

MICHAEL J. SATZ
STATE ATTORNEY
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 S.E. SIXTH STREET, Suite 660
FORT LAUDERDALE, FL 33301-3360

PHONE: (954) 831-7228
(954) 831-7202

February 17, 2017

The Law Firm of Colson Hicks Eidson
Attn: Denise H. Georges, Esq.,
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re: Investigation into the Death of Daniel Tyson
PR Case ID #: 7813

Dear Ms. Georges:

I am in receipt of your Public Records Request for information regarding the shooting death of Daniel Tyson. The investigation into Mr. Tyson's death has not yet been presented to the Grand Jury for their consideration. Your request for the investigative information regarding Mr. Tyson's death is based upon circumstances that are unique and specific to this incident. Therefore, in consideration of your client's right to pursue civil remedies before the statute of limitations expires, our Office will provide you with the information you have requested. The investigation has not been concluded, and therefore the investigative information continues to evolve. This information is being provided to you, in the interest of justice. Because of the status of this case, we ask as a courtesy that you not disclose the information we are providing to any third parties, so as not to compromise the current investigative information.

Please find below a list of the documents that we are providing to you in the interest of justice.

- ME Report
- Policy – Use of Force
- Property Receipts
- Taser Analysis
- Taser Certification
- Taser Downloads
- Crime Scene Logs
- Crime Scene Report
- ME Property Receipts
- Rescue Run
- Police/Fire CAD
- Neighborhood Canvass
- Consent to Search – Cellphone – Lesmarie, Xavier
- Statements
- Witness: Corbo, Christine
- Autopsy Photos
- Dispatch/911 Tape
- Officer's Statements
- Supplements / Exhibits
- Rental Agreement (Apartment)
- Report

Please feel free to contact our office should you need anything further.

Sincerely,

Janice Williams
Janice Williams
Public Records Custodian

CR_VS2012

MICHAEL J. SATZ
STATE ATTORNEY
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURTHOUSE
201 SE SIXTH STREET, SUITE 660 A, FORT LAUDERDALE, FL 33301-3360

*Main Request "Active"*

## PUBLIC RECORDS REQUEST

Contact Mrs. Seltzer at (954) 831-7228 / SSeltzer@sao17.state.fl.us

| | |
|---|---|
| Requestor: DENISE GEORGES | Request Reference #: 7813 |
| Company: COLSON HICKS EIDSON | Phone: (305) 476-7475 |
| Address: 255 ALHAMBRA CIRCLE PENTHOUSE | Fax: |
| City, State, Zip: CORAL GABLES, FL - 33134 | Date: 1/5/2017 |
| Email:: DENISE@COLSON.COM | |

Pursuant to Chapter 119, Florida Statutes, request is made for:

Request Type: COPIES                    Record Type: Public Records Request
Defendant:
Description: INVESTIGATION INTO THE DEATH OF DANIEL TYSON: PLEASE SEE REQUEST FOR SPECIFIC ITEMS

YOU ARE ADVISED that the State Attorney's Office is not the custodian of the official court records. The records you have requested are only those in the custody of the State Attorney, subject to all legal exceptions and/or redactions. For a copy of the complete and official record and/certified copies, contact the office of Howard Forman, Clerk of the Court, 17th Judicial Circuit of Florida, at (954) 831-6565

*(For SAO use only)*

| | | |
|---|---|---|
| Letter acknowledging request sent by JW | Date | 1/9/17 |
| Active Discovery provided by | Date | |
| Reviewed/Redacted by | Date | |
| Approved/Disapproved by A.S.A. | Date | 1/17/17 |
| File unable to be located by Unit | Date | |

*See Notes/Exemptions/Redactions indicated below*

Request Withdrawn--Date _____    SAO has no record as requested _____
SAO record was destroyed per §119.021(2)(d), ___ A In the Interest of Justice
Notes/Exemptions from Public Record Disclosure (For Reviewing ASA use only)

- ☐ Active internal affairs investigation => exempt, §112.533, FS; §655.057(1)(a), FS
- ☐ Attorney notes=> confidential and exempt, Lopez v. State 696 So. 2d 725 (Fla. 1997); Arbelaez v. State, 775 So. 2d 909 (Fla.2000)
- ☐ Confession by Defendant on active cases=> exempt, §119.071(2)(e), FS
- ☐ Bank account numbers, debit, charge and credit account numbers and social security numbers=> exempt, §215.322(6)1, FS; §119.071(5)(a)(b), FS; §655.057, FS; §655.059, FS
- ☐ Biometric ID Information=>exempt, §119.071(5)(g), FS
- ☐ Information revealing id of Confidential Informant or confidential source=> exempt, §119.071(2)(f), FS
- ☐ Defendant not entitled to free copy of file.=> Roesch v. State, 633 So. 2d 1 (Fla. 1993)
- ☐ Criminal History Data=> exempt, §943.0525, FS
- ☐ Department of Corrections Records & Investigations=> exempt, §945.10, FS
- ☐ Autopsy Photographs=> exempt, §406.135(1), FS
- ☐ E.M.S. Reports=> exempt, §395.51, FS
- ☐ Home Addresses, etc., of current or former prosecutors, law enforcement personnel, firefighters, judges and code inspectors=> exempt, §119.071(4)(d)1, FS
- ☐ Traffic Crash Report exempt for 60 days after report is filed=>exempt, §316.066(5)(a), FS
- ☐ Videotaped statement of minor victim of sexual battery=>exempt, §119.071(j)2.a., FS
- ☐ DL and DMV records=>exempt, §119.0712(2), FS
- ☐ Other exemptions=>_____
- ☐ Photo/video/audio recording that depicts or records the killing of a human being=>exempt, F.S. 406.136
- ☐ Security video/surveillance=>exempt 281.301, F.S and/or F.S. 119.071(3)(a)

- ☐ Mental Health records => exempt, §394.4615(1), FS; §456.057, FS
- ☐ On active, pending cases, information not disclosed to defense in discovery=> exempt, Satz v. Blankenship, 407 So. 2d 396 (Fla. 4DCA 1981); Tribune Co. v. Public Records, 493 So. 2d 480 (Fla. 2nd DCA_1986)
- ☐ Personal assets of crime victim=> exempt, §119.071(2)(i), FS
- ☐ Personal victim Information in cases of sexual offense, child abuse, lewd & lascivious offense=> exempt, §119.071(2)(h), FS; §794.024
- ☐ Medical Records=> exempt, §395.3025(4), FS; §395.3025(8), FS; §456.057, FS
- ☐ PSI, PTI, pre-plea, post-sentence investigative records=> exempt, §945.10(1)(b), FS
- ☐ Reports of abuse of vulnerable adult=> exempt, §415.107, FS
- ☐ Department of Children & Families Reports of child abuse=> exempt, §39.0132(4)(a), FS; §39.202, FS
- ☐ School records=> exempt, §1002.22, FS
- ☐ Photograph of victim of sexual offense=> exempt, §119.071(2)(h)
- ☐ Active criminal intelligence and investigative information=> exempt, §119.071(2)(c), FS
- ☐ Identity of caller requesting or reporting "911" emergency=>exempt, §365.171(15), FS
- ☐ Juvenile Records=>exempt, §985.04, FS
- ☐ Drivers License digital imaging=> exempt, §322.142(4), FS
- ☐ Telecommunications records=>exempt, §119.071(5)(d)
- ☐ Pharmacy Records=>exempt, §465.017(2)
- ☐ Federal Tax Information=>exempt- 26 USC 1603

Document # 12943                                                                                  v5/22

ORIGINAL - ADM/2          COPY- *Requesting Party*          COPY - *Public Records File*



**CopyScan TECHNOLOGIES**
Document Management. Data Discovery.
1230 S Andrews Ave Fort Lauderdale, FL 33316

Phone #: 954-463-9394  305-229-0209
www.CopyScan.com
Federal ID#: 65-0620776

# Invoice

| Date | Invoice # |
|---|---|
| 2/22/2017 | 159238 |
| Due Date | 3/24/2017 |

PAID 02/22/2017

| Bill To | Ship To |
|---|---|
| COLSON, HICKS, ET AL<br>ATTN: ACCOUNTS PAYABLE<br>255 ALHAMBRA CIR PH<br>CORAL GABLES, FL 33114 | COLSON, HICKS, ET AL<br>ATTN: DENISE GEORGES<br>255 ALHAMBRA CIR PH<br>CORAL GABLES, FL 33114 |

| Account # | P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|---|
| COL700 | DEATH OF TYSON, DANIEL* D | Net 30 Days | HA | 2/22/2017 | E-MAIL |

| Item Code | Quantity | Description | Price Each | Amount |
|---|---|---|---|---|
| SCAN LIT-2 | 736 | LITIGATION SCANNING - MEDIUM | 0.15 | 110.40 |
| EMAIL 1 | 1 | LOAD DOCUMENT FILES TO BOX | 28.50 | 28.50 |
| ORIGINALS - BL... | 1 | BLUE SHEETS FOR ORIGINALS | | 0.00T |
| COPIES - GREEN | 1 | GREEN SHEETS FOR COPIES | | 0.00T |
| | | COPIES FROM SAO, BROWARD COUNTY | | |

We are more than Copying & Scanning - Ask Us About our Other Services
> Document Hold Management > Forensic Data Collection > Electronic Discovery ESI Processing
> Data Hosting > Digital Review Software - Hosted or at Your Site > Document Review Services and Staffing
> Case Archiving & Backup (no per GB charge!!!)
> Custom Trial Graphics > Trial Exhibits > Digital Trial Presentations
> Privacy Law Compliance Training > Encrypted Email Service > Document & Hard Drive Destruction

WO # 1702-0297

Received by: E-mail 2-22-17    Delivered by: _____
Printed Name: _____    Delivery Date/Time: _____

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum. In the event that it is necessary for COPYSCAN, Inc to engage in collection activity as a result of the customer's account being past due, customer agrees to pay collection costs, including, but not limited to attorneys fees and court costs, regardless of whether suit is filed.

| | |
|---|---|
| Subtotal | $138.90 |
| Sales Tax (7.0%) | $0.00 |
| Total | $138.90 |
| Payments/Credits | -$138.90 |
| Balance Due | $0.00 |

We thank you for your business. Please call on us again.