1                    UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF FLORIDA

3

4    JEAN SUAREZ, et al.,
                                    No. 0:16-CV-62215-WPD
5              Plaintiffs,

6    vs.

7    CITY OF HOLLYWOOD, et al.,

8              Defendants.

9    ─────────────────────────────

10

11

12

13

14      EXPERT DEPOSITION OF DANIEL WOHLGELERNTER, M.D.

15                     June 12, 2018

16                      1:55 p.m.

17

18

19           1990 South Bundy Drive, Suite 540
                   Los Angeles, California
20

21

22

23

24           Diana Janniere, CSR-10034

25



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                            2

```
 1                    APPEARANCES OF COUNSEL

 2

 3     For the Plaintiffs:

 4          COLSON, HICKS, EIDSON
            DENISE H. GEORGES, ESQ.
 5          255 ALHAMBRA CIRCLE, PENTHOUSE
            CORAL GABLES, FLORIDA  33134
 6          305.476.7400
            denise@colson.com
 7

 8     For the Defendants:

 9          WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE
            DANIEL ABBOTT, ESQ.
10          200 EAST BROWARD BOULEVARD, SUITE 1900
            FORT LAUDERDALE, FLORIDA  33301
11          954.763.4242
            dabbott@wsh-law.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  DANIEL WOHLGELERNTER, M.D.

 3   EXAMINATION                                     PAGE

 4   By Mr. Abbott                                      4

 5

 6                    INDEX OF EXHIBITS

 7   EXHIBIT              DESCRIPTION                 PAGE

 8      1        SUBPOENA TO PRODUCE DOCUMENTS          5

 9      2        DR. WOHLGELERNTER'S RESPONSE TO
                 DEFENDANT, CITY OF HOLLYWOOD'S
10               SUBPOENA DUCES TECUM; EXCITED
                 DELIRIUM AND SUDDEN DEATH:
11               A SYNDROMAL DISORDER AT THE EXTREME
                 END OF THE NEUROPSYCHIATRIC
12               CONTINUUM; PULSELESS ELECTRICAL
                 ACTIVITY; PART 7.2: MANAGEMENT OF
13               CARDIAC ARREST; DIFFERENCE IN
                 END-TIDAL CO2 BETWEEN ASPHYXIA
14               CARDIAC ARREST AND VENTRICULAR
                 FIBRILLATION/PULSELESS VENTRICULAR
15               TACHYCARDIA CARDIAC ARREST IN THE
                 PREHOSPITAL SETTING
16                                                      5

       3        EXPERT REPORT OF DR. WOHLGELERNTER     27
17

18               (Original Exhibits 1 - 3 are attached

19   hereto.)

20

21

22

23

24

25
```



```
 1        EXPERT DEPOSITION OF DANIEL WOHLGELERNTER, M.D.

 2                         June 12, 2018

 3

 4                  DANIEL WOHLGELERNTER, M.D.,

 5     having been first duly sworn, testifies as follows:

 6

 7                         EXAMINATION

 8   BY MR. ABBOTT:

 9        Q     Good afternoon.  Sir, would you please state

10   your name for the record?

11        A     Yes, Daniel Wohlgelernter.

12        Q     And are you a medical doctor, sir?

13        A     Yes, I am.

14        Q     And have you been retained by the plaintiffs

15   in a case called "Jean Suarez versus the City of

16   Hollywood"?

17        A     Yes.

18        Q     Doctor, were you -- were you provided a

19   subpoena asking you for certain documents for this

20   deposition?

21        A     Yes.

22        Q     Did you happen to bring a copy of that

23   subpoena with you, sir?

24        A     No.

25              MR. ABBOTT:  Counsel, do you have a copy?   I
```



DANIEL WOHLGELERNTER, M.D.                                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                          5

1   sure would like to attach it as an -- as an exhibit

2   and -- and to ask the doctor about it.

3               MS. GEORGES:  I am looking.  I -- hold on.

4               Dan, I have it.

5               MR. ABBOTT:  Great.

6               MS. GEORGES:  So we can mark it.

7               MR. ABBOTT:  So I will instruct you to allow

8   the doctor to take a peek at it and we will mark it as

9   Defendant's 1 at the appropriate time.

10               MS. GEORGES:  I will write a 1 on the bottom

11   right-hand corner.

12               (Exhibit 1 marked.)

13               MR. ABBOTT:  And, Counsel, I am wondering if

14   you also have the response that was provided to us.

15               MS. GEORGES:  I do.

16               MR. ABBOTT:  That is awesome.  Thank you.

17               And if you want to mark that 2, at this

18   point.

19               (Exhibit 2 marked.)

20   BY MR. ABBOTT:

21       Q    Have they been marked and, Doctor, do you

22   now have them in front of you?

23       A    Yes and yes.

24       Q    Awesome.  Could I trouble you to take a look

25   at the subpoena, and I think that is Defendant's



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        6

1   Exhibit 1, and the actual document request doesn't

2   begin until page 6 of that document.

3        A    Yes.

4        Q    And I just want to ask you a couple of

5   questions about that request and response.  Let's

6   start with request No. 1.

7             We asked you to provide the literature

8   suggesting that victims of excited delirium syndrome

9   may die from cardiopulmonary arrest, but that linked

10  this sudden cardiac death with generalized sympathetic

11  storm within the autonomic nervous system causing

12  lethal ventricular arrhythmia, such as ventricular

13  tachycardia or ventricular fibrillation.

14             First of all, did I read that correctly?

15       A    Yes.

16       Q    And, Doctor, if I could trouble you to flip

17  over to Exhibit 2 in response to that request, you

18  provided us an article of -- authored by a Dr. Deborah

19  Mash?

20       A    Yes.

21       Q    And that's the only document you provided in

22  response to that request?

23       A    Yes.

24       Q    Doctor, I am wondering, do you have that

25  Dr. Mash article there?  If you have the full



DANIEL WOHLGELERNTER, M.D.                                June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                    7

```
 1    response, it would be attached to Exhibit 2.

 2         A    I have the full article, yes.

 3         Q    And I am wondering, Doctor, is there a

 4    particular provision of this Dr. Mash article that you

 5    found responsive to this question?

 6         A    Yes.

 7         Q    And can you refer me to that -- to that

 8    portion?

 9         A    Yes.  Page 6.

10         Q    Yes, sir.

11         A    Right-hand column, third paragraph.

12         Q    Right.

13         A    "Victims of excited delirium

14              syndrome usually die from

15              cardiopulmonary arrest, sudden

16              cardiac death induced by

17              life-threatening stressor" --

18              S-T-R-E-S-S-O-R -- "results from a

19              generalized sympathetic storm

20              within the autonomic nervous

21              system."

22         Q    Okay.  And so that's -- that's almost word

23    for word like at least the first portion of the

24    request, of the language in the first portion of

25    request No. 1?
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              8

```
 1        A     Correct.
 2              But I have not finished my answer.
 3        Q     Oh.
 4        A     So you asked me for a citation, so --
 5        Q     Yes, sir.
 6        A     -- on page 6, left-hand column, third
 7   paragraph, last paragraph, midway through that
 8   paragraph:
 9              "Taggart" -- T-A-G-G-A-R-T -- "et
10              al., suggest that the roles of
11              mental stress and emotion in
12              arrhythmogenesis and sudden cardiac
13              death are no longer confined to the
14              realm of anecdote, but should be
15              viewed as contributors to the
16              pathophysiology of cardiac sudden
17              death."
18               "Sympathetic arousal magnifies
19              the electrophysiological effects of
20              ischemia and abnormal brain
21              activity during seizures is
22              associated with abnormalities of
23              cardiac repolarization and
24              peri-ictal" -- P-E-R-I, dash,
25              I-C-T-A-L -- "ventricular
```



DANIEL WOHLGELERNTER, M.D.                                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                        9

1              tachycardia/ventricular

2              fibrillation in the absence of any

3              visible cardiovascular disease.

4                 "A centrally triggered

5              arrhythmia is a likely cause of

6              sudden unexpected death in epilepsy

7              and a similar neurocardiac

8              mechanism could underlie the sudden

9              cardiac collapse in excited

10             delirium syndrome."

11     Q    And, Doctor, is that -- is that language

12     that you just read for me support for the proposition

13     that the quote later in the article should be modified

14     by -- by saying that the cardiac death is by lethal

15     ventricular arrhythmias, such as ventricular

16     tachycardia or ventricular fibrillation?

17     A    I am not sure what your question is.  I am

18     not understanding your question.

19     Q    All right.  So -- so the first part about

20     the document request asks about excited delirium

21     syndrome and dying from cardiopulmonary arrest; right?

22     A    Yes.  Yes.

23     Q    And you quoted from the right-hand column

24     here of page 6?

25     A    Right.



1     Q     But you go on to -- the request asked that

2   your report suggests that that statement should be

3   modified because the particular cardiopulmonary arrest

4   is lethal ventricular arrhythmias.

5           Am I reading sort of the gist of your report

6   correctly?

7     A     Yes, but I am not suggesting any

8   modification of an article.  I am gleaning key points

9   made in the article and merging them into my

10  paragraph.

11          So I am not here to serve as an editor on

12  this article.  I am here to provide information that I

13  gathered from this article.

14    Q     Okay.  And -- and here is what I am trying

15  to get at, Doctor.  The first quote that you read to

16  me supports the proposition, if you go back to the

17  request, for the language up until the third line that

18  ends with the phrase, "nervous system."

19          Can we agree on that?

20    A     Okay.  Where is that -- where is Exhibit 1?

21          Here it is.  Okay.

22          I'm sorry.  Can you repeat your question?

23    Q     Yes, sir.

24    A     Yes.

25    Q     The first quote that you read from the --



1    from the article from Dr. Mash on the right-hand

2    column on page 6, would you agree with me, sir,

3    that -- that that supports the language in the

4    document request and from your report up to the third

5    line and the phrase, "nervous system"?

6         A    Yes.

7         Q    All right.  So what I am asking now is the

8    support for the remainder of the statement, which is

9    the particular kind of cardiopulmonary arrests we are

10   talking about are ventricular arrhythmias, and my

11   question is:  Is the support for that argument, that

12   the kinds of cardiopulmonary arrest that can be caused

13   by excited delirium syndrome are limited to

14   ventricular arrhythmias, is your support for that

15   proposition the second paragraph that you read on the

16   left-hand side of page 6?

17        A    Yes.

18        Q    And am I, in fact, getting the gist of your

19   report correct that excited delirium syndrome can

20   cause cardiopulmonary arrest, but only the kinds of

21   arrest that are ventricular arrhythmias?

22        A    No.  And I don't think I said, "but only."

23             And in this article, there is also reference

24   to -- and this is in that same paragraph on the

25   right-hand column, page 6, the third paragraph:



```
 1              "Experimental brain stimulation of
 2              the left insula" -- I-N-S-U-L-A --
 3              "can induce QT prolongation" --
 4              capital Q, capital T --
 5              "prolongation, bradycardia, and
 6              pulseless asystole, similar to the
 7              sudden loss of vital signs with
 8              asystole reported in excited
 9              delirium syndrome victims."
10         So this is experimental data, not clinical
11    data, but this suggests another potential mechanism of
12    asystole, which is flatline in lay terms, another type
13    of rhythm disorder that can lead to sudden cardiac
14    death.
15         Q    Okay.  Let's move on, Doctor.
16              Do you see in that document request in
17    Exhibit 1, request No. 5, which asks for a copy of all
18    reports authored by you in which you analyze or
19    discuss whether an individual's death was caused by
20    restraint or compressive asphyxia.
21              Did I read that request correctly?
22         A    Yes.
23         Q    And if you look over on to Exhibit 2, your
24    response is that you don't have any such reports to
25    provide?
```



DANIEL WOHLGELERNTER, M.D.                     June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                         13

```
 1            MS. GEORGES:  To your left.
 2            THE WITNESS:  Oh, there it is.  Thank you.
 3            Correct.
 4   BY MR. ABBOTT:
 5       Q    Is it then correct for me to conclude,
 6   Doctor, that you have never been retained to serve as
 7   an expert witness in a case that involves potential
 8   restraint or compressive asphyxia?
 9            MS. GEORGES:  Form.
10            THE WITNESS:  No, that is not correct.
11   BY MR. ABBOTT:
12       Q    Okay.  Where did I -- where did I go wrong,
13   then, if you have been -- if you were retained in such
14   a matter, you did not author a report?
15       A    I authored a report to the attorney, which
16   is, I understand, is attorney work product and not to
17   be disclosed to anyone else.  I have not testified and
18   I have not been deposed.
19            So you are the lawyer.  I am just the
20   doctor, but I understand the legal process and there
21   are restrictions in terms of release of information.
22       Q    Okay.  So -- so if I understand you
23   correctly, you do have a document or documents
24   responsive to request No. 5?
25       A    I do not have a document that I can release
```



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        14

1    to you.
2         Q    I understand, Doctor, and I think we are
3    saying the same thing.  I am just making a record.
4              You do have in your possession a responsive
5    document to request No. 5, but you think it is
6    privileged from dissemination?
7         A    Correct.
8         Q    All right.  Are you prepared to talk to me
9    about that report here or do you think that discussion
10   is similarly privileged?
11        A    It's privileged.
12        Q    And so if I were to ask you what the issues
13   were in that case or what your expert opinion was,
14   you're not going to tell me?
15        A    Correct.
16        Q    Would you tell me when you authored the
17   report?
18        A    2018, a few months ago.
19        Q    Would you tell me who retained you in that
20   matter? ***
21        A    No.  You know, Attorney, I think you
22   understand that I have already defined this as being
23   privileged and you are pushing the envelope to get
24   more information.
25              I don't know, to me, that seems



DANIEL WOHLGELERNTER, M.D.                           June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              15

 1  inappropriate.  So I am not going to answer those
 2  questions.
 3      Q    All right.  Well, Doctor, you can do what
 4  you want, but I need to establish in this record, so
 5  that the judge knows what you are willing to tell me
 6  and what you're not willing to tell me.  And so he can
 7  decide whether or not this document should have been
 8  produced.
 9          But I do not mean to press the matter and I
10  think I understand your point.  You do not want me to
11  ask any other questions about that for now because you
12  think it is privileged, and you are not going to give
13  me any more answers.
14      A    No, sir.  I have been told by the other
15  attorney, with whom I have worked, that it is
16  privileged and I was not to release it.
17          So I would think that if you had that kind
18  of conversation with an expert, you would hope the
19  expert would adhere to your admonitions.  So I am
20  doing what I have been told.
21      Q    And honestly, Doctor, I am not quibbling
22  with you.  I just need to make my record.
23          Is it fair to say that you don't intend to
24  tell me anything more about that report and that
25  retention here today?



1     A     Correct.

2     Q     Okay.  The request goes on, can you take a

3  look at request No. 7.

4            Request No. 7 asks for all documents

5  including, but not limited to presentations or

6  scientific, technical or professional articles; books;

7  texts; treatises; journals; or similar publications

8  relied on in forming your opinion.

9            Did I read that correctly?

10    A     Yes.

11    Q     And -- and let's see if we can put on the

12 record what the response was.

13           You did provide several articles in response

14 to that request; true?

15    A     Yes.

16    Q     And they are as follows:  There is the --

17 there is the article from Dr. Mash that we talked

18 about earlier?

19    A     Yes.

20    Q     There is an article from Dr. Grmec,

21 et al. --

22    A     G-R-M-E-C.

23    Q     -- Difference in End-Tidal

24 CO2?

25    A     Yes.



1      Q      You have provided me an excerpt from a

2  publication from the American Heart Association,

3  Part 7.2 of that publication called Management to

4  Cardiac Arrest?

5      A      Yes.

6      Q      You have provided me an article by a

7  Dr. Shah entitled, Pulseless Electrical Activity?

8      A      Yes.

9      Q      And those are all of the articles that you

10  have -- that you have provided; true?

11      A      True.

12      Q      And so those are the articles that form the

13  bases of your opinions as contained in your report?

14      A      Those are the articles that provide the

15  basis of my opinions.

16          My opinions are also based on my knowledge

17  and experience as a cardiologist practicing for over

18  30 years.

19      Q      Okay.  Request No. 11 asked for a list of

20  cases in which this plaintiff, the Suarez/Titan

21  plaintiffs have retained you.

22          Did I read that correctly?

23      A      Yes.

24      Q      And you did tell us that the -- that the

25  plaintiffs' attorneys and in particular



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              18

```
 1    Attorney Kalbac has retained you as an expert witness
 2    in the past?
 3        A    Yes.
 4        Q    Okay.  And finally, and I promise I am done
 5    with the document request questions after this.
 6             Request No. 13 says to the extent that you
 7    opined that Daniel Tyson's severe coronary
 8    arteriosclerosis did not contribute to his death, all
 9    documents relied by you in forming that opinion.
10             Did I read that correctly?
11        A    Yes.
12        Q    And in response, you refer us back to the
13    articles that we previously discussed?
14        A    Yes.
15        Q    And could you help me out, Doctor.  Is there
16    a particular citation or a particular provision of any
17    of the articles that you have provided us that provide
18    support for your opinion that Mr. Tyson's severe
19    coronary arteriosclerosis did not contribute to his
20    death?
21        A    No, I don't think actually the articles
22    provide any specific support, and that opinion;
23    namely, that Mr. Tyson's arteriosclerosis did not
24    contribute to his death is based on my review of the
25    medical records, the autopsy report, and also the
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                          19

1    deposition testimony of Dr. Michael Bell.

2         Q    Okay.  So let me go through those

3    individually.

4              The medical records that you refer to, what

5    medical records have been provided to you?

6         A    Do you want all the medical records provided

7    to me or the medical records that I relied upon for

8    that opinion?

9         Q    Well, why don't we start with what medical

10   records were provided to you?

11        A    Okay.  I received records from the Hollywood

12   Fire and Rescue Department pertaining to the emergency

13   medical services encounter with Mr. Tyson on

14   October 27, 2014.

15             I received the hospital records from the

16   emergency room from MRH, Memorial Regional Hospital.

17   Again, this is October 27, 2014.

18             I received the records from the Broward

19   County Medical Examiner with the autopsy report,

20   autopsy performed on October 28, 2014; and that also

21   included the cardiac pathology report authored by

22   Dr. Michael Bell.  Those are the medical records that

23   I received.

24             I also received case reports provided by the

25   law enforcement officers, who were involved in the



DANIEL WOHLGELERNTER, M.D.                June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                      20

1   incident on October 27, 2014, and also interviews with

2   sworn testimony from the involved law enforcement

3   officers.

4       Q    Okay.  So those are the medical records that

5   you were provided, and were you provided all of those

6   medical records on either May 15th or May 16th of this

7   year?

8       A    Yes.

9       Q    Okay.  And the autopsy report that also had

10  a report from Dr. Bell, did you receive those on

11  May 15th or May 16th?

12      A    Yes.

13      Q    And did you tell me the last thing that you

14  relied upon in developing this opinion was the

15  deposition of Dr. Bell?

16      A    Yes.

17      Q    And when was that provided to you?

18      A    That was provided in the last three days.  I

19  don't recall precisely what day that I received it.

20      Q    Okay.  Your report in this case is dated

21  May 18?

22      A    May 17th, I think.

23      Q    Okay.  Very good.

24           So that would be fair to conclude that the

25  deposition of Dr. Bell was not part of your forming



```
 1   this opinion because you didn't have it at the time?
 2        A    Correct.
 3        Q    And now, Doctor, I think you anticipated
 4   this question:  What particular provisions of the --
 5   of the medical records, including the autopsy records,
 6   support your conclusion that Mr. Tyson's severe
 7   coronary arteriosclerosis did not contribute to his
 8   death?
 9        A    Okay.  From the medical records, the EKGs
10   that were obtained after Mr. Tyson collapsed on the
11   scene on October 27, 2014, showed pulseless electrical
12   activity, and that type of rhythm disorder is not what
13   is expected to be seen with sudden cardiac death due
14   to coronary arteriosclerosis.
15           The vast majority of deaths caused by
16   coronary arteriosclerosis are associated with
17   ventricular tachycardia or ventricular fibrillation,
18   and a smaller percentage are associated with asystole.
19           Pulseless electrical activity is not
20   associated with coronary arteriosclerosis other than
21   in patients or individuals who have had massive heart
22   damage with pump failure; and we know from the autopsy
23   report that there was no evidence of myocardial
24   infarction or previous damage to Mr. Tyson's heart.
25           So that would not support any conclusion
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              22

1  that the death was related to coronary

2  arteriosclerosis, given the pulseless electrical

3  activity would not be a manifestation of coronary

4  arteriosclerosis.

5      Q    Can severe coronary arteriosclerosis affect

6  oxygen -- affect the ability of the body to

7  disseminate oxygen?

8      A    Theoretically, it can, if the individual has

9  impaired cardiac function due to extensive myocardial

10 infarction.  There can be decreased cardiac output,

11 which can impair oxygen delivery going to the tissues.

12         Again, in this specific case, the autopsy

13 did not show any evidence of damage to the heart

14 muscle and no evidence of myocardial infarction.

15     Q    Could you refer me, Doctor, to authority for

16 the proposition that death from arteriosclerosis would

17 not be expected in a patient who demonstrated

18 pulseless electrical activity?

19     A    Yes.  Since I mentioned it, I will refer to

20 Dr. Michael Bell's deposition testimony in which he

21 acknowledged that pulseless electrical activity would

22 not be consistent with death due to arteriosclerosis.

23         In terms of cardiology texts, I would refer

24 to the online medical journal called Up to Date and

25 the section on sudden cardiac death, which discusses



1   the various rhythm disorders and their association

2   with underlying arteriosclerotic disease.

3             Also, the textbook called Heart Disease

4   edited by Dr. Braunwald, B-R-A-U-N-W-A-L-D.   Its

5   chapter on sudden cardiac death, also speaks to the

6   correlation of ventricular tachycardia and ventricular

7   fibrillation with arteriosclerosis and discusses

8   pulseless electrical activity as being a manifestation

9   of other disorders.

10            In addition, the article that I had provided

11  and that was forwarded to you, which you specifically

12  mentioned the article entitled Pulseless Electrical

13  Activity authored by Dr. Shah, S-H-A-H, discusses the

14  various causes of pulseless electrical activity; and

15  the leading causes of pulseless electrical activity

16  are not associated with arteriosclerosis.   They

17  include hypoxia and hypokalemia and hypovolemia.

18  These are separate from and independent from coronary

19  arteriosclerosis.

20            The only factor that is listed as a

21  potential cause of pulseless electrical activity that

22  is in any way related to coronary arteriosclerosis is

23  coronary thrombosis and the autopsy on Mr. Tyson shows

24  no evidence of coronary thrombosis.

25            Q    Doctor, in Exhibit 2 there, the responses to



```
 1    the subpoena duces tecum, we were provided some E-mail

 2    correspondence between you and the plaintiffs'

 3    attorneys.

 4              Do you have that in front of you?

 5        A    Yes, I do.

 6              MS. GEORGES:  One second.

 7              THE WITNESS:  I have it here; right?

 8    BY MR. ABBOTT:

 9        Q    So I am looking at an E-mail chain that

10    extends from May 15th to May 16th.

11              Is that what you are looking at?

12        A    Yes.

13        Q    So looking at it from a -- from the bottom

14    up or chronologically, it looks like some material was

15    sent to you on May 15th at 6:25 in the evening?

16        A    Yes.

17        Q    And it looks like you didn't respond to that

18    E-mail and then some additional material was sent to

19    you on May 16?

20              MS. GEORGES:  Form to the last question.

21    BY MR. ABBOTT:

22        Q    Are you following me?

23        A    Yeah, I am following you.  I am not sure

24    about the lack of response, but I do acknowledge that

25    I received additional materials on May 16th.
```



1     Q     Are you suggesting, Doctor, that there may

2   be additional E-mails in this E-mail string that were

3   not produced?

4           MS. GEORGES:   Form to the last question.

5           THE WITNESS:   I am not suggesting anything.

6   I just don't -- you know, it is my custom to respond.

7   It may have been a response along the lines of thank

8   you.   Nothing more detailed than that.

9           But I didn't forward these E-mails to you.

10  Attorney Georges did.   So if anything was omitted, it

11  wasn't anything more than thank you or thanks in

12  response to that initial submission of records.

13  BY MR. ABBOTT:

14    Q     All right.   Well, what I am trying to find

15  out, Doctor, are you confident in saying that you

16  actually received or downloaded these documents on the

17  15th or is it possible that you didn't get to it until

18  the 16th because that is the first E-mail I see from

19  you?

20    A     I -- you know what, I am not certain.   If it

21  is very important to you, I am not sure if there is a

22  way we can verify it.   So whether I actually

23  downloaded it on the 15th or the 16th, that, I am not

24  sure.

25    Q     Okay.   And then it looks like some



DANIEL WOHLGELERNTER, M.D.                     June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        26

 1   additional materials, as I finally get to Page 1 of

 2   the E-mail string, were provided to you in the

 3   afternoon of May 16?

 4        A    Yes.

 5        Q    And then the first E-mail I see from you is

 6   at 6:20 in the evening on May 16th where you say,

 7   "Thanks"?

 8        A    Yes.

 9        Q    And then my last few questions about the

10   document production, Doctor, is a letter or an invoice

11   that you sent to the plaintiffs' attorneys on

12   June 5th?

13        A    Yes.

14        Q    Do you have that in front of you?

15        A    Yes.

16        Q    Okay.  And can you tell by looking at this

17   document when you began review of the documents that

18   were sent to you on the 15th and the 16th?

19        A    Well, I prepared an opinion report on the

20   17th.  So I certainly was reviewing records no later

21   than the 16th.  Whether I started on the 15th, I don't

22   know for certain.  I believe that I did.

23        Q    Okay.  So then to go back to the E-mail

24   string -- well, all right.

25             So whether or not you responded to the



1    E-mail transmittal, are you now confident that you

2    actually opened the E-mail and downloaded the

3    documents on the 15th?

4              MS. GEORGES:  Form to the last E-mail.

5              THE WITNESS:  I am not sure how you define

6    "confident."  Is that a legal term?  I want some

7    precision on that -- on that term before I answer it.

8    BY MR. ABBOTT:

9        Q    All right.  Well, let me just ask you this,

10   because you are under oath.  Did you, in fact,

11   download that E-mail and review the contents of the

12   15th?

13       A    Asked and answered.  Right.  I told you that

14   I am not certain.

15       Q    Okay.  Fair enough.

16             But in any event, you did your report on the

17   17th and it took you a couple of hours?

18       A    Correct.

19       Q    Okay.  So let's get to the report.

20             Do you have that in front of you?

21       A    Yes.

22             MR. ABBOTT:  And we will mark that as

23   Defendant's 3.

24             (Exhibit 3 marked.)

25



```
 1    BY MR. ABBOTT:
 2         Q    All right.  So let's just start from the
 3    beginning and -- and get through it.
 4              It starts with the materials that you
 5    reviewed and these are, in fact, the materials that
 6    were sent to you on May 15th and May 16th?
 7         A    Yes.
 8         Q    All right.  And then the next section of
 9    your report talks about a summary of the facts and
10    circumstances, and as we get near the end of the first
11    paragraph, you found out from reviewing those
12    materials that Mr. Tyson had a diagnosed mental
13    illness and was not on his medication?
14         A    Yes.
15         Q    Okay.  Doctor, what are some of the signs
16    and symptoms of excited delirium?
17              MS. GEORGES:  Form.
18              THE WITNESS:  I am not an expert in excited
19    delirium, but as I understand it from the literature,
20    the characteristic symptoms include bizarre and
21    aggressive behavior, unexpected physical strength;
22    paranoid behavior; and often violent behavior directed
23    towards others.
24    BY MR. ABBOTT:
25         Q    Okay.  Would you agree with me, Doctor, that
```



DANIEL WOHLGELERNTER, M.D.                                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                        29

```
 1    Mr. Tyson exhibited all of those signs on October 27
 2    of 2014?
 3              MS. GEORGES:  Form.
 4              THE WITNESS:  Yes.
 5    BY MR. ABBOTT:
 6         Q    Would you also agree with me, Doctor, that
 7    excited delirium happens commonly with patients with a
 8    history of mental illness?
 9         A    I am not in a position to provide answers
10    about frequency of that condition.  I am not a
11    psychiatrist or mental health professional.  And it's
12    not something that I encounter on a regular basis.
13         Q    Okay.  Will you give me the same answer if I
14    were to ask you if that syndrome has been recognized
15    as frequently occurring in mental health patients that
16    abruptly stop taking their medication?
17              MS. GEORGES:  Form.
18    BY MR. ABBOTT:
19         Q    Would you be able to comment on that either
20    way?
21              MS. GEORGES:  Form.
22              THE WITNESS:  No.
23    BY MR. ABBOTT:
24         Q    Do you have an opinion, Doctor, in terms of
25    whether or not Mr. Tyson was, in fact, in excited
```



1  delirium on October 27th of 2014?

2           MS. GEORGES:  Form.

3           THE WITNESS:  I recognize that the symptoms

4  and behavior that he manifested meet the profile of

5  excited delirium.  And I am not in a position to

6  refute that diagnosis insofar as Mr. Tyson's condition

7  on October 27, 2014.

8  BY MR. ABBOTT:

9       Q    Would you agree with me, Doctor, that

10  excited delirium can cause cardiac arrest and death?

11          MS. GEORGES:  Form.

12          THE WITNESS:  Yes.

13  BY MR. ABBOTT:

14       Q    Let's move forward, then, to the -- to the

15  bottom of page 1, and you are reciting what the

16  officers that -- were doing at the scene on October 27

17  of 2014?

18       A    Yes.

19       Q    Are you with me, I am on the last paragraph

20  of page 1 as it carries over to page 2?

21       A    Yes.

22       Q    And let me ask you this:  Where did you gain

23  this information?

24       A    From the reports submitted by the law

25  enforcement officers and the investigators.



1      Q    Okay.  Let's look at the last sentence on

2   page 1 that carries over, you say that:

3            "The officers placed Mr. Tyson in

4            handcuffs and held various

5            positional points by applying

6            pressure to maintain Mr. Tyson in a

7            prone position."

8      A    Yes.

9      Q    Did I read that correctly?

10      A    Yes.

11      Q    Did you develop an opinion, Doctor, in terms

12   of how long Mr. Tyson was held in a prone position?

13      A    I missed the first part of your question.

14   It got garbled.

15      Q    I'm sorry, Doctor.

16            My question is:  Have you determined for

17   what duration of time the police officers held

18   Mr. Tyson in a prone position?

19      A    No.

20      Q    Do you have an opinion, sir, in terms of

21   whether Mr. Tyson was in a prone position during the

22   entire time that he was encountered by the police

23   officers?

24            MS. GEORGES:  Form.

25            THE WITNESS:  No, that is not my opinion.



DANIEL WOHLGELERNTER, M.D.                           June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              32

```
 1   BY MR. ABBOTT:

 2        Q    Okay.  And what is your opinion in terms of

 3   when he was prone and when he was not?

 4        A    I don't have a precise timeline.

 5        Q    Okay.  So let's continue, and -- and you

 6   note that three other police officers arrived on the

 7   scene, Officers Karl, Truntz, and Falcon; right?

 8        A    Yes.

 9        Q    After Mr. Tyson was placed in handcuffs?

10        A    Yes.

11        Q    So let me ask you this, Doctor, do you have

12   an opinion with regard to whether or not Mr. Tyson

13   suffered from positional asphyxia prior to the time

14   that he was placed in handcuffs?

15             MS. GEORGES:  Form.

16             THE WITNESS:  No, I am not asserting that he

17   had positional asphyxia prior to the handcuffs.

18   BY MR. ABBOTT:

19        Q    Can you say the opposite?  Can you say that

20   he wasn't or are you not sure?

21        A    He was not.

22        Q    Okay.  And then after Mr. Tyson was in

23   handcuffs, you note what three officers did:

24             "Officer Karl proceeded to apply

25             his body weight on Mr. Tyson's
```



```
 1                    upper right arm and upper rear
 2                    thigh."
 3                    Did I read that correctly?
 4        A     Yes.
 5        Q     Can you explain to me, Doctor, or do you
 6   have an opinion with regard to the amount of force
 7   that Officer Karl was applying to Mr. Tyson's right
 8   arm and thigh?
 9             MS. GEORGES:  Form.
10             THE WITNESS:  I don't have any calculations
11   of the actual force in terms of pounds per square
12   inch.
13   BY MR. ABBOTT:
14        Q     Do you have any opinion, sir, in terms of
15   the duration of time that Officer Karl was applying
16   body weight on Mr. Tyson's arm and thigh?
17        A     No.
18             MS. GEORGES:  Form.
19   BY MR. ABBOTT:
20        Q     You go on to say that:
21                    "Officer Truntz applied pressure to
22                    Mr. Tyson's left arm."
23        A     Yes.
24        Q     Similar question there, do you -- do you --
25   can you describe the amount of force that
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              34

1    Officer Truntz was applying to Mr. Tyson's left arm?

2             MS. GEORGES:   Form.

3             THE WITNESS:   No.

4    BY MR. ABBOTT:

5        Q    And do you know how long Officer Truntz was

6    applying pressure to Mr. Tyson's left arm?

7        A    No.

8             MS. GEORGES:   Form.

9    BY MR. ABBOTT:

10       Q    You go on to say that:

11            "Officer Falcon applied his right

12            knee to Mr. Tyson's left shoulder

13            blade."

14       A    Yes.

15       Q    Is that correct?

16       A    Correct.

17       Q    And again, can you describe the amount of

18   force that Officer Falcon was applying to Mr. Tyson's

19   left shoulder blade?

20            MS. GEORGES:   Form.

21            THE WITNESS:   No.

22   BY MR. ABBOTT:

23       Q    And do you know how long Officer Truntz

24   applied pressure to Mr. Tyson's left shoulder blade?

25       A    No.  You just said, "Officer Truntz."  We



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                               35

```
 1   were talking about Officer Falcon.
 2        Q    You are a hundred percent right.  Thank you
 3   for catching me, Doctor.  Let me clean up the
 4   question.
 5             Do you have an opinion, sir, in terms of the
 6   duration of time that Officer Falcon was applying
 7   pressure to Mr. Tyson's left shoulder?
 8             MS. GEORGES:  Form.
 9             THE WITNESS:  No.
10   BY MR. ABBOTT:
11        Q    Okay.  And finally, Officer Pantaloukas was
12   at a positional point at Mr. Tyson's leg?
13        A    Yes.
14        Q    Do you know if Officer Pantaloukas was
15   applying any force or pressure to Mr. Tyson's legs?
16        A    I have your question in mind.  I am just
17   reviewing Officer Pantaloukas' report.
18        Q    Of course.  Take your time, Doctor.
19        A    And I'm sorry.  Can you repeat your question
20   about Officer Pantaloukas?
21        Q    My question is:  Was he holding, was he
22   applying any force to Mr. Tyson's legs?
23             MS. GEORGES:  Form.
24             THE WITNESS:  I do not know.
25
```



1   BY MR. ABBOTT:

2       Q    Okay.  And you note that Officer Pantaloukas

3   was using his taser to achieve neuromuscular

4   incapacitation?

5       A    Yes.

6       Q    Do you have an opinion one way or the other,

7   Doctor, whether or not Officer Pantaloukas was

8   successful in achieving neuromuscular incapacitation

9   on Mr. Tyson?

10              MS. GEORGES:  Form.

11              THE WITNESS:  I don't have an opinion.

12  BY MR. ABBOTT:

13      Q    Okay.  After the activity that we have just

14  talked about, leg restraints were put on Mr. Tyson's

15  legs?

16      A    Yes.

17      Q    And do you have an understanding, Doctor, in

18  terms of what those leg restraints were?

19      A    Not specifically.

20              MS. GEORGES:  Form.

21  BY MR. ABBOTT:

22      Q    Okay.  Do you know if those leg restraints

23  were attached in any way to the handcuffs?

24      A    I do not know.

25      Q    Okay.  Have you heard of the phrase



1   "hogtied" or restraints called a "hobble restraints"?

2       A    Yes.

3       Q    And do you have an opinion one way or the

4   other in terms of whether or not Mr. Tyson was hogtied

5   or placed in hobble restraints?

6       A    That was not my understanding.  In other

7   words, I do not have the understanding that he was

8   hogtied.

9       Q    Okay.  Are you familiar with the phrase

10  "prone maximal restraint"?

11      A    No.

12      Q    Okay.  You go on to say that:

13           "Officers Pantaloukas, Karl, Truntz

14           and Falcon maintained their

15           positions after the leg restraints

16           were applied."

17           Did I read that correctly?

18      A    Yes.

19      Q    And do you have an opinion, sir, in terms of

20  how long those officers maintained those positions?

21           MS. GEORGES:  Form.

22           THE WITNESS:  No.

23  BY MR. ABBOTT:

24      Q    Do you have an opinion one way or the other

25  whether or not those officers were in physical contact



DANIEL WOHLGELERNTER, M.D.                              June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                    38

1  with Mr. Tyson when he became unresponsive?

2            MS. GEORGES:  Form.

3            THE WITNESS:  My understanding is that when

4  the officers realized that he was unresponsive, that

5  they released contact.  So my understanding is they

6  did have contact with him up until that point.

7  BY MR. ABBOTT:

8       Q     Okay.  All of those officers, your

9  understanding, kept their same positions that we

10 talked about just a little bit earlier and that you

11 discussed earlier in this paragraph, that they

12 maintained those positions all the way up to the point

13 that Mr. Tyson became unresponsive?

14      A     I am not specifically knowledgeable about

15 each and every officer and their position.  So I can't

16 provide specific information, but my understanding is

17 that there were officers still physically in contact

18 with Mr. Tyson up until the moment that they realized

19 that he was unresponsive.

20      Q     Do you have an opinion, sir, in terms of

21 whether or not Mr. Tyson lifted his torso off the

22 ground at any point during this encounter?

23            MS. GEORGES:  Form.

24            THE WITNESS:  At any time, meaning from the

25 beginning of the interaction of the officers with



1  Mr. Tyson or are you talking about after the leg

2  restraints were placed on?

3  BY MR. ABBOTT:

4      Q    Well, let's talk about at any time since

5  the -- since the encounter began, since the wrestling

6  began?

7              MS. GEORGES:  Form.

8              THE WITNESS:  I know that the officers speak

9  to Mr. Tyson continuing to kick and attempting to rise

10 from the prone position, and that he was actually able

11 to lift Officer Ramirez from the ground.

12             So, yes, I mean, he was moving and trying to

13 rise from the prone position.

14 BY MR. ABBOTT:

15     Q    Okay.  And how about after the leg

16 restraints were applied, did Mr. Tyson lift his torso

17 off the ground after that point?

18             MS. GEORGES:  Form.

19             THE WITNESS:  I didn't see any documentation

20 that that occurred.

21 BY MR. ABBOTT:

22     Q    Okay.  All right.  Doctor, let's move on.

23             Further in the middle of page 2, you have a

24 discussion about the taser being used on Mr. Tyson?

25     A    Yes.



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                          40

1      Q      And you gain this information, again, from
2  the police reports and the police officers'
3  statements?
4      A      Yes.
5      Q      Do you have any opinion, sir, in terms of
6  whether or not any of those taser usages actually
7  applied any electrical charge to Mr. Tyson?
8              MS. GEORGES:   Form.
9              THE WITNESS:   No.
10 BY MR. ABBOTT:
11     Q      And do you have an opinion, sir, in terms of
12 whether or not Mr. Tyson was ever in a state of
13 neuromuscular incapacitation?
14             MS. GEORGES:   Form.
15             THE WITNESS:   No.
16 BY MR. ABBOTT:
17     Q      Would you agree with me, sir, that the use
18 of a taser does not result in pulseless electrical
19 activity as measured in an EKG?
20             MS. GEORGES:   Form.
21             THE WITNESS:   Yeah, I am not going to make a
22 general statement about tasing because I think it
23 depends on the circumstances, but in this specific
24 case, I don't think the tasing contributed to the
25 pulseless electrical activity.



```
1    BY MR. ABBOTT:
2        Q    And, Doctor, would you agree with me that
3    those taser discharges did not have any role in the
4    cause of Mr. Tyson's death?
5             MS. GEORGES:  Form.
6             THE WITNESS:  I agree.
7    BY MR. ABBOTT:
8        Q    Let's move on to the section of the autopsy.
9    The first thing you note is Mr. Tyson's height and
10   weight?
11       A    Yes.
12       Q    Is that information significant to you,
13   Doctor, in terms of any of the opinions that you
14   developed in this case?
15            MS. GEORGES:  Form.
16            THE WITNESS:  No.
17   BY MR. ABBOTT:
18       Q    There is -- you go on to say that there were
19   some abrasions discovered on Mr. Tyson's body in the
20   autopsy?
21       A    Yes.
22       Q    Did you notice anything in that autopsy
23   report or otherwise that described musculoskeletal
24   injuries other than those abrasions?
25            MS. GEORGES:  Form.
```



```
 1              THE WITNESS:  No.
 2    BY MR. ABBOTT:
 3         Q    So was there any suggestion that Mr. Tyson
 4    suffered from bruising?
 5         A    I have your question in mind.  I am just
 6    going to briefly review the report.
 7              The answer is no.
 8         Q    Okay.  And did Mr. Tyson suffer any broken
 9    bones?
10         A    No.
11         Q    You go on to say that Mr. Tyson, in that
12    autopsy, was found to have severe coronary
13    arteriosclerosis?
14         A    Yes.
15         Q    And could you quantify for me, please, what
16    was found on autopsy with regard to that, to that
17    condition?
18         A    Well, I don't have any independent ability
19    to quantify.  I am totally reliant on the cardiac
20    pathology report that is contained in the medical
21    examiner's dossier.
22         Q    Okay.  And that was the report from
23    Dr. Bell?
24         A    Correct.
25         Q    And I guess I don't need you to parrot those
```



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        43

1    back on the record, but Dr. Bell's findings in terms

2    of the narrowing of various arteries, you have no

3    reason to quibble with him about those findings?

4              MS. GEORGES:  Form.

5              THE WITNESS:  I have no basis to either

6    confirm or refute his findings.  I am not a

7    pathologist and did not have access to review any of

8    the tissue or slides that were prepared.

9    BY MR. ABBOTT:

10       Q    Okay.  Would you agree with me, sir, that

11   the -- that the extent of arthrosclerosis that was

12   found in Mr. Tyson was sufficient to cause sudden

13   cardiac arrest?

14             MS. GEORGES:  Form.

15             THE WITNESS:  I would not agree in a blanket

16   statement.  There is an important concept in the

17   cardiology literature that indicates that postmortem

18   assessment of coronary arteries overestimates the

19   degree of stenosis in comparison to evaluation of the

20   coronary arteries in the living, beating heart.

21             That is well-documented in the cardiology

22   and pathology literature.  And that discrepancy

23   between autopsy findings and clinical findings can be

24   as much as 30 percent.

25             So, for example, a 90 percent narrowing seen



1    on autopsy may correspond to a narrowing in the actual

2    living, beating heart that is no worse than

3    60 percent.  And 60 percent is not associated with

4    sudden cardiac death.

5              So, though, I acknowledge, as I specifically

6    stated in the report, that Mr. Tyson had severe

7    coronary atherosclerosis, I cannot assume or confirm

8    that the degree of atherosclerosis that he had was

9    sufficiently severe to be responsible for sudden

10   cardiac death.

11             More importantly, as we have discussed

12   earlier in this deposition, and as I indicated in my

13   opinion report, the nature of his death insofar as the

14   EKG showed pulseless electrical activity is not

15   consistent with death due to coronary

16   arteriosclerosis; but rather it is consistent with

17   death to asphyxia and hypoxia.

18   BY MR. ABBOTT:

19       Q    Mr. Tyson showed severe coronary

20   arthrosclerosis in all four of his major coronary

21   arteries; didn't he?

22             MS. GEORGES:  Form.

23             THE WITNESS:  Yes.

24   BY MR. ABBOTT:

25       Q    Would you agree with me, sir, that narrowing



1    of multiple coronary artery can have a synergistic

2    effect in terms of the likelihood that -- that a heart

3    attack would follow?

4              MS. GEORGES:  Form.

5              THE WITNESS:  I agree in a general sense,

6    but again, in the specific case here, even multivessel

7    coronary artery disease would not account for

8    pulseless electrical activity as the cause of death.

9    BY MR. ABBOTT:

10        Q    So let's go to page 3 of your report and

11   we -- and we finally reach your opinion.

12             You say that, "Mr. Tyson's death

13             was due to restraint/compressive

14             asphyxia with resultant

15             hypoxia/hypoxemia causing PEA

16             cardiac arrest."

17             Did I read that correctly?

18        A    Yes.

19        Q    And that is, in fact, your opinion in this

20   case?

21        A    Yes.

22        Q    Is it your opinion, sir, that that was the

23   only cause of Mr. Tyson's death?

24        A    Yes.

25        Q    What data do you rely upon, Doctor, to



1   conclude that restraint or compressive asphyxia exist,
2   that that activity causes cardiac arrest?
3        A    Are you asking in a general sense or
4   specifically in this case?
5        Q    No.  I am saying in a general sense.  This
6   concept that positional asphyxia causes cardiac arrest
7   or may cause cardiac arrest, what do you rely upon in
8   that implicit opinion?
9             MS. GEORGES:  Form.
10            THE WITNESS:  The literature that discusses
11  hypoxia secondary to respiratory failure being the
12  most common cause of pulseless electrical activity
13  discusses the various mechanisms of hypoxia and
14  respiratory failure, including things like aspiration
15  pneumonia, drowning; and restraint or compressive
16  asphyxia.
17  BY MR. ABBOTT:
18       Q    All right.  So I am interested in only
19  really this concept of positional or restraint
20  asphyxia.
21            Are there any studies that you are aware of
22  that have -- that have made the correlation or allowed
23  you to conclude that the position in which somebody is
24  held can cause asphyxia and result in cardiac arrest?
25            MS. GEORGES:  Form.



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              47

1          THE WITNESS:   I did not specifically study

2     the literature regarding the mechanisms and specific

3     quantitative aspects of positional restraint coupled

4     with compression, because I am using both terms here,

5     restraint and compression.

6          But that is a known mechanism of hypoxia and

7     hypoxia can cause PEA cardiac arrest, and my opinion

8     is that the PEA cardiac arrest here was due to

9     hypoxia, and the clinical history and the pathology do

10    not speak to any other cause of hypoxia in Mr. Daniel

11    Tyson, other than restraint/compressive asphyxia.

12    BY MR. ABBOTT:

13         Q    All right.   Well, maybe I should back up.

14              Are you using -- is restraint asphyxia and

15    compressive asphyxia the same thing?

16              MS. GEORGES:   Form.

17              THE WITNESS:   There are two components.

18    Restraint is obviously the use of restraints, such as

19    handcuffs, leg restraints.

20              Compression or compressive refers to weight

21    of external objects or other individuals applied to

22    the individual that can interfere with respiration.

23    BY MR. ABBOTT:

24         Q    Okay.   So then let's break those down.

25              Are you aware of studies that have



1    established to your satisfaction, that restraint can

2    cause asphyxia?

3              MS. GEORGES:  Form.

4              THE WITNESS:  No, and it's not my contention

5    that restraint alone was responsible here.  I have

6    used the term "restraint/compressive asphyxia," which

7    incorporates two components of the mechanism.

8    BY MR. ABBOTT:

9         Q    Okay.  Are you aware of studies that have

10   established the link to your satisfaction between

11   restraint and compression and asphyxia?

12             MS. GEORGES:  Form.

13             THE WITNESS:  Yes, I am aware of literature

14   that discusses the connection and causation link

15   between restraint and compression and asphyxia.

16   BY MR. ABBOTT:

17        Q    And can you tell me what that literature is,

18   please?

19        A    No.  As I mentioned earlier, I have not

20   specifically reviewed that literature in formulating

21   my opinions.

22        Q    Okay.  So let me ask you this:  What was the

23   actual mechanism, in your opinion?  What happened to

24   Mr. Tyson that caused him to asphyxiate and then go

25   into cardiac arrest?



1        A    He wasn't able to breathe.

2        Q    And in particular, I understand that is the

3   meaning of that word.  What kept him from breathing?

4        A    Combination of restraints and compression.

5        Q    All right.  So the restraints we are talking

6   about, handcuffs and leg shackles around his wrists

7   and ankles?

8        A    Yes.

9        Q    And that those cuffs contributed to him not

10  being able to breathe?

11            MS. GEORGES:  Form.

12            THE WITNESS:  You know, you are choosing to

13  separate the two components that I have been very

14  explicit about linking, and you know that I have been.

15  So I am not certain why you continue to separate those

16  components.

17            I have said that I am linking both

18  components, restraints and compression, and my

19  discussion talked about restraints in combination with

20  officers who were applying pressure to various

21  portions of Mr. Tyson's torso and extremities.

22            So I am not talking just about restraint and

23  I am not talking just about compression.  I have

24  talked about both components.

25



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                          50

```
 1    BY MR. ABBOTT:
 2        Q    I understand that, Doctor.  I promise I am
 3    going to talk about both components, but I just want
 4    to understand.
 5            I am talking about the first component and I
 6    just don't understand how -- how does having handcuffs
 7    on your wrists or leg shackles on your ankle
 8    contribute to asphyxia?
 9            I understand you don't think it was the sole
10    cause, but what role does that have in making it so
11    you can't breathe?
12            MS. GEORGES:  Form.
13            THE WITNESS:  Okay.  This, again, is similar
14    in the prone position, so that the combination of
15    being in a prone position with extremities being
16    restrained limits the ability of the thoracic cavity
17    to expand and to move the lungs to have proper
18    respiration.
19    BY MR. ABBOTT:
20        Q    Okay.  What -- Doctor, what are the
21    diagnostic criteria?  What do you need to see in order
22    to make a diagnosis of restraint/compressive asphyxia?
23            MS. GEORGES:  Form.
24            THE WITNESS:  An individual who is
25    restrained who has elements of compression because of
```



DANIEL WOHLGELERNTER, M.D.                                      June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                         51

```
 1  external forces applied to the body, who suddenly
 2  stops breathing, and has pulseless electrical
 3  activity, which is a consequence of hypoxia.
 4  BY MR. ABBOTT:
 5      Q    If you got those four things, you can make
 6  the diagnosis?
 7           MS. GEORGES:  Form.
 8           THE WITNESS:  I -- depending on the
 9  individual circumstances, but in this particular case,
10  those components are there.
11           And as I mentioned before, the pathology
12  shows no independent source of difficulty with
13  respiration.  There was no pneumonia.  There was no
14  pathology in the lungs or larynx or tracheobronchial
15  system that would cause any respiratory difficulty.
16  BY MR. ABBOTT:
17      Q    All right.  You know, I am not talking about
18  Mr. Tyson in particular, I think, for purposes of this
19  question, but to make the diagnosis in the abstract,
20  to make the diagnosis that an individual has suffered
21  from restraint/compressive asphyxia, you listed for me
22  four factors that you would look for; and that's
23  enough for you to make the diagnosis?
24           MS. GEORGES:  Form.
25           THE WITNESS:  Well, there are five factors
```



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        52

1   because the pathology is also issued here.  The

2   pathology establishes that there is no other cause.

3   BY MR. ABBOTT:

4        Q    So it's a differential diagnosis once you --

5   once you have eliminated all of the other

6   possibilities, you can conclude that it was

7   restraint/compressive asphyxia?

8        A    Yes.

9        Q    And can you refer me, sir, to any literature

10  that establishes those criteria in order to make the

11  restraint/compressive asphyxia diagnosis?

12       A    As I indicated before, I don't -- I didn't

13  review specific literature and I don't have citations

14  for specific references on the topic of

15  restraint/compressive asphyxia.

16            I have talked about pulseless electrical

17  activity and its association with hypoxia and provided

18  literature to support that argument.

19       Q    Do you believe that Mr. Tyson was --

20  before -- before he went into asphyxia, was pressure

21  being applied to his chest?

22            MS. GEORGES:  Form.

23            THE WITNESS:  I didn't use the word "chest."

24  I used the word "torso."

25



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                      53

```
 1   BY MR. ABBOTT:
 2        Q    Okay.  Was force being applied to his torso?
 3        A    Yes.
 4        Q    And are you referring specifically, then, to
 5   Officer Falcon and the pressure on the left shoulder
 6   blade?
 7        A    Yes.
 8        Q    Okay.  You would agree with me, sir, that no
 9   other police officers applied pressure to Mr. Tyson's
10   torso other than this pressure on the left shoulder
11   blade?
12             MS. GEORGES:  Form.
13             THE WITNESS:  I have your question in mind.
14   I am going to review the records one more time.
15             MR. ABBOTT:  Yes, sir.
16             THE WITNESS:  There is a comment by
17   Officer Falcon that Officer Ramirez was "struggling to
18   control the top portion of the subject who was lying
19   slightly prone on the ground."
20             There isn't specifics there about where
21   Officer Ramirez's pressure was being applied.
22   BY MR. ABBOTT:
23        Q    Okay.  Officer Ramirez, and I think you will
24   see this on the top of page 2 of your report,
25   Officer Ramirez was injured and was not in physical
```



```
 1    contact with Mr. Tyson during this bigger struggle we

 2    are talking about; was he?

 3              MS. GEORGES:  Form.

 4              THE WITNESS:  Officer Ramirez was injured,

 5    but he actually hit flipped Mr. Tyson to the ground,

 6    landing Mr. Tyson on his stomach, and then according

 7    to Officer Falcon, Officer Ramirez was attempting to

 8    subdue Mr. Tyson.

 9    BY MR. ABBOTT:

10       Q    All right.  But I think you're saying -- and

11    again, you can check page 2 of your report.

12              At some point when Officer Falcon arrived on

13    the scene, he relieved the injured officer, Ramirez --

14       A    Correct.

15       Q    -- didn't he?

16       A    Yes.

17       Q    Okay.  So we can agree that whatever contact

18    Officer Ramirez had earlier in the encounter with

19    Mr. Tyson, it was not related to the positional

20    asphyxia that you think caused Mr. Tyson's death?

21              MS. GEORGES:  Form.

22              THE WITNESS:  That -- I'm sorry, so you're

23    asking about Officer Ramirez's compression; is that

24    what you are asking?

25
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                            55

1   BY MR. ABBOTT:

2       Q    Yes, sir.  I think we got down the rabbit

3   hole because you had found that at some point in the

4   encounter, Officer Ramirez may have been in contact

5   with Mr. Tyson's torso?

6       A    Yes.

7       Q    And I am wondering if at this point we can

8   agree, that was earlier in the encounter and it was

9   not a cause of the asphyxia that you think Mr. Tyson

10  ultimately suffered from?

11      A    Yes.

12      Q    Okay.  Then can we now agree that the torso

13  pressure that you think had a role in causing the

14  asphyxia was only Officer Falcon's pressure to

15  Mr. Tyson's left shoulder blade?

16          MS. GEORGES:  Form.

17          THE WITNESS:  That is the only documented

18  statement that I saw that referred to the torso.

19  BY MR. ABBOTT:

20      Q    And, Doctor, do you see any evidence that

21  there was any compression, any force applied to

22  Mr. Tyson's neck?

23      A    No.

24      Q    How about to his diaphragm?

25          MS. GEORGES:  Form.



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              56

1          THE WITNESS:  Well, he is in the prone
2     position.  By definition, your diaphragm cannot fully
3     expand if you are in the prone position.
4     BY MR. ABBOTT:
5          Q    So he has some pressure because he is on his
6     stomach, which applies some pressure to one's
7     diaphragm?
8               MS. GEORGES:  Form.
9               THE WITNESS:  Yes.
10    BY MR. ABBOTT:
11         Q    Okay.  Do you have an opinion, Doctor, in
12    terms of what amount of force is necessary, what
13    amount of compressive force is necessary to cause
14    restraint/compressive asphyxia?
15              MS. GEORGES:  Form.
16              THE WITNESS:  No.
17    BY MR. ABBOTT:
18         Q    Do you have any opinion, Doctor, in terms of
19    the duration that compressive force has to be applied
20    in order to cause restraint/compressive asphyxia?
21              MS. GEORGES:  Form.
22              THE WITNESS:  I think we have been over this
23    a few times and my answer before was no and my answer
24    again is no.
25



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                          57

 1    BY MR. ABBOTT:

 2        Q    Okay.  Would you expect, Doctor, to see --

 3    to see evidence of musculoskeletal injury for a

 4    patient who was put into restraint/compressive

 5    asphyxia?

 6              MS. GEORGES:  Form.

 7              THE WITNESS:  I'm sorry, to see

 8    musculoskeletal injury?

 9    BY MR. ABBOTT:

10        Q    Yes, sir.

11        A    No, not necessarily.

12        Q    And are you aware of any support for that

13    proposition in the literature, that the amount of

14    force to cause compressive asphyxia is not necessarily

15    the amount of force that would cause an injury to the

16    body?

17              MS. GEORGES:  Form.

18              THE WITNESS:  No.

19    BY MR. ABBOTT:

20        Q    Okay.  Doctor, did Mr. Tyson exhibit any

21    signs of airway constriction before he went

22    unresponsive?

23              MS. GEORGES:  Form.

24              THE WITNESS:  I have your question in mind.

25              Officer Falcon's report on page 2 says:



```
 1              "After approximately 30 seconds,

 2              the subject became unresponsive and

 3              appeared to have difficulty

 4              breathing."

 5   BY MR. ABBOTT:

 6       Q    Okay.  Was there any sign that you are aware

 7   of that Mr. Tyson was suffering respiratory difficulty

 8   of any sort before he went unresponsive?

 9              MS. GEORGES:  Form.

10              THE WITNESS:  All of the officers comment on

11   Mr. Tyson being very vocal, screaming, yelling and

12   then suddenly, going silent.

13              And the witness, Leonarda Moore also

14   commented on Mr. Tyson yelling and screaming, and then

15   she noticed that:

16              "His legs stretched out, about two

17              to three minutes later, I heard no

18              more yelling or screaming."

19              So this is certainly consistent with someone

20   who is no longer able to yell or scream because they

21   are not able to -- not able to breathe.

22   BY MR. ABBOTT:

23       Q    How long before he went unresponsive did

24   Mr. Tyson stop yelling?

25              MS. GEORGES:  Form.
```



```
 1              THE WITNESS:  I don't have a timeline that
 2     can quantify that.
 3     BY MR. ABBOTT:
 4         Q    Is that the only evidence that you are aware
 5     of that Mr. Tyson showed signs of any respiratory
 6     difficulty before he went unresponsive?
 7              MS. GEORGES:  Form.
 8              THE WITNESS:  Yes.
 9     BY MR. ABBOTT:
10         Q    My next section of your report, now I am in
11     the middle of page 3, you make reference to the 2005
12     American Heart Association excerpt that we talked
13     about earlier?
14         A    Yes.
15         Q    What is the significance of that article?
16     Is there something in there that you found helpful in
17     rendering your opinions?
18         A    There is discussion about PEA pulseless
19     electrical activity on page 61 of that article and
20     there is the statement:
21              "Pulseless electrical activity is
22              often caused by reversible
23              conditions and can be treated if
24              those conditions are identified and
25              corrected."
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                          60

1            So this was relevant to the discussion about

2     pulseless electrical activity and that's -- that's why

3     that article was cited.

4         Q    Okay.  Okay.  Let's go to the -- then near

5     the bottom of page 3, and you list the possible causes

6     of pulseless electrical activity.

7         A    Yes.

8         Q    And we talk about the six Hs and six Ts.

9         A    Yes.

10        Q    And hypoxia or oxygen deficiency is one of

11    the causes?

12        A    One of the leading causes, yes.

13        Q    Can excited delirium result in hypoxia?

14            MS. GEORGES:   Form.

15            THE WITNESS:   My knowledge of the literature

16    of excited delirium syndrome and sudden death does not

17    indicate that sudden death in those patients is due to

18    hypoxia.

19    BY MR. ABBOTT:

20        Q    Okay.  And what literature is that?

21        A    We have talked about the Mash article.

22        Q    Okay.  Were you done with your answer,

23    Doctor?

24        A    Yes.

25        Q    Can severe coronary arteriosclerosis cause



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        61

```
 1   hypoxia?
 2              MS. GEORGES:  Form.
 3              THE WITNESS:  Only in a limited circumstance
 4   where there is advanced cardiac muscle damage with
 5   congestive heart failure and pulmonary edema, and
 6   those findings were not found in the case of
 7   Mr. Tyson.
 8   BY MR. ABBOTT:
 9       Q    Okay.  One of the causes of pulseless
10   electrical activity is acidosis?
11       A    Yes.
12       Q    Is acidosis associated with excited
13   delirium?
14              MS. GEORGES:  Form.
15              THE WITNESS:  The excited delirium syndrome
16   can cause acidosis, but that has not been demonstrated
17   to be a cause of death with excited delirium syndrome.
18   BY MR. ABBOTT:
19       Q    I am not sure I am following.
20              So acidosis is associated with excited
21   delirium?
22       A    So let me walk you through it.  Let me walk
23   you through this.
24       Q    Okay.
25       A    There is mild acidosis and there is severe
```



1   acidosis.  You can get mild acidosis with excited

2   delirium syndrome, but it takes severe acidosis to

3   cause pulseless electrical activity.

4            And there is no report association of

5   excited delirium syndrome with pulseless electrical

6   activity.

7       Q    Okay.  What -- what amount of acidosis can

8   one expect in a patient who -- who is experiencing

9   excited delirium?

10      A    Not enough to cause death.  Not enough to

11  cause pulseless electrical activity.

12      Q    And you can't quantify it for me any more

13  precisely than that?

14      A    That's correct.  Mild acidosis can be

15  associated with excited delirium syndrome, but not

16  sufficient to cause pulseless electrical activity.

17      Q    And can you cite me to any medical study or

18  medical literature that would support that statement?

19      A    Yes.  We have discussed the Mash article and

20  the association of excited delirium and sudden death,

21  and you read the article, I'm sure.

22           And you notice that there is no mention of

23  acidosis causing pulseless electrical activity as a

24  mechanism of sudden death in the article, which has

25  multiple references from many different sources, about



DANIEL WOHLGELERNTER, M.D.                              June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                    63

1   100 references.

2           So none of those hundred articles that are

3   cited talk about acidosis from excited delirium

4   syndrome causing pulseless electrical activity.

5       Q     The Mash article?

6       A     The Mash article.

7       Q     Okay.  Hypokalemia and hyperkalemia can

8   cause pulseless electrical activity?

9       A     Yes.

10      Q     Are those conditions associated with excited

11  delirium?

12      A     They can be, but again, not sufficient to

13  cause pulseless electrical activity.

14          MS. GEORGES:  Form.

15  BY MR. ABBOTT:

16      Q     What is your support for that proposition?

17      A     The Mash article and all the references

18  cited in the Mash article.

19      Q     How much hypokalemia or hyperkalemia can one

20  expect in a patient who is suffering from excited

21  delirium?

22          MS. GEORGES:  Form.

23          THE WITNESS:  Mild.  I will just give you a

24  qualitative answer:  Mild.  It would have to be severe

25  to cause pulseless electrical activity.



```
 1   BY MR. ABBOTT:

 2        Q     And what is the support for that

 3   proposition?

 4        A     The Mash article.

 5        Q     Did you note or do you know, Doctor, what

 6   Mr. Tyson's body temperature was when he got to

 7   Memorial?

 8        A     No, I didn't see any documentation of what

 9   the body temperature was.

10        Q     If Mr. Tyson died from cardiac arrest caused

11   by asphyxia, as you have opined, would you have any

12   expectation in terms of what his body temperature

13   would have been?

14             MS. GEORGES:  Form.

15             THE WITNESS:  No.

16   BY MR. ABBOTT:

17        Q     Would you have any expectation as to the

18   body temperature of a person that died as a result of

19   excited delirium?

20             MS. GEORGES:  Form.

21             THE WITNESS:  No.

22   BY MR. ABBOTT:

23        Q     Let's move, then, on to page 4 of the -- of

24   the -- of your report.

25             And the first full paragraph, you say that:
```



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        65

1              "Cardiac arrest was PEA or

2              pulseless electrical activity is

3              incompatible with the theory that

4              excited delirium was the culprit."

5    A     Correct.

6    Q     Did I read that correctly?

7    A     Yes.

8    Q     And what medical support do you have for the

9    proposition that people that died from excited

10   delirium do not have pulseless electrical activity?

11             MS. GEORGES:  Form.

12             THE WITNESS:  I appreciate your

13   thoroughness.  We have discussed this extensively, and

14   we have talked about the mechanism of pulseless

15   electrical activity related to hypoxia.

16             We have talked about the discussion in the

17   Mash article about the mechanisms of sudden death and

18   excited delirium syndrome; and the fact that pulseless

19   electrical activity is not listed as a mechanism of

20   sudden death in excited delirium syndrome; and that

21   the leading cause of pulseless electrical activity is

22   hypoxia and respiratory failure.

23             So I am just reiterating the same things

24   that we have discussed before.

25



DANIEL WOHLGELERNTER, M.D.                              June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              66

1    BY MR. ABBOTT:

2        Q    So again, the support for the proposition is

3    this Mash article?

4        A    The Mash article and the hundred references

5    listed in the footnotes of the Mash article, all of

6    which are used to support the conclusions in the Mash

7    article.  So the Mash article --

8        Q    All -- all --

9        A    Yes, all.  Let me finish my answer.

10       Q    I'm sorry, of course.

11       A    This is not an editorial written by

12   Dr. Mash.  This is a review article and it cites

13   numerous articles.

14           I am estimating it is about a hundred, and

15   none of those articles talk about pulseless electrical

16   activity as a mechanism of death in excited delirium

17   syndrome.

18           And the article that I provided about

19   excited -- about pulseless electrical activity

20   published and updated in March of 2018 does not

21   discuss -- amongst all the different causes of

22   pulseless electrical activity, does not discuss

23   excited delirium syndrome as a mechanism of causing

24   pulseless electrical activity.

25       Q    You have not reviewed, Doctor, have you, the



DANIEL WOHLGELERNTER, M.D.                                  June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                      67

1    notes he references in the Mash article?

2        A    I have reviewed some of them, yes, not all

3    hundred of them; but I reviewed some of them, yes.

4        Q    Which ones have you read?

5        A    I don't specifically recall which ones.

6        Q    All right.  You are not suggesting that each

7    of these hundred references, if we were to read

8    whatever articles those doctors wrote, that there

9    would be support for the proposition that cardiac

10   arrest from excited delirium syndrome would not show

11   any pulseless electrical activity; are you?

12       A    Yes, I am.

13            MS. GEORGES:  Form.

14            THE WITNESS:  I am prepared to say there is

15   no literature that supports an association between

16   excited delirium syndrome and pulseless electrical

17   activity.

18   BY MR. ABBOTT:

19       Q    All right.  You are confident in that?

20       A    I am prepared to say -- this is sworn

21   testimony -- that there is no literature that supports

22   an association between excited delirium syndrome and

23   pulseless electrical activity.

24       Q    Okay.  The -- see the end-tidal CO2 noted by

25   the paramedics for Mr. Tyson was 22 milligram?



1      A    22 millimeters mercury.

2      Q    Okay.  Is that -- is that number, in fact,

3  low?

4           MS. GEORGES:  Form.

5           THE WITNESS:  I mean, it depends what your

6  range is.  It is low for someone with asphyxia and

7  respiratory failure, if that end-tidal CO2 is obtained

8  immediately upon the initiation of resuscitation.

9           But as I articulate in my report and support

10 with medical literature, if the end-tidal CO2 is

11 measured after one minute of C.P.R., the CO2 will be

12 in that range that was measured in Mr. Tyson; namely,

13 22 millimeters mercury.

14 BY MR. ABBOTT:

15     Q    What is -- what is the normal range for just

16 walking around people?

17          MS. GEORGES:  Form.

18          THE WITNESS:  Well, walking around people

19 are usually not subjected to measurement of end-tidal

20 CO2.  It is usually done in people that are either

21 anesthetized and are mechanical ventilation or people

22 that have had cardiac arrest and have resuscitation

23 measures.

24          So the numbers that I have, the data that I

25 have applied to those situations, specifically cardiac



1    arrest and comparison of asphyxial cardiac arrest and

2    ventricular tachycardia, ventricular fibrillation

3    cardiac arrest.

4    BY MR. ABBOTT:

5        Q    Okay.   When was C.P.R. given to Mr. Tyson

6    relative to when his EKG was taken?

7        A    The paramedic emergency medical service

8    records and timeline indicate that C.P.R. was

9    initiated at 15:03 military time on October 27, 2014.

10        The first discussion about EKG is at 15:05

11   when pulseless electrical activity was documented.

12        The first measurement of end-tidal $CO_2$ was

13   at 15:08, five minutes after C.P.R. was initiated.

14       Q    Okay.   So that is the basis for your opinion

15   that, that difference in time that the time lapse

16   between the C.P.R. and the measurement was

17   five minutes, as evidenced by the paramedics' reports?

18       A    Correct.

19       Q    And in the -- in the hospital study that you

20   rely upon from Dr. Grmec, what was the -- when were

21   the -- when were the EKGs taken relative to when

22   C.P.R. was given?

23       A    That wasn't the focus of the article.   The

24   article was talking about end-tidal $CO_2$ measurements

25   and given timelines.   I don't think they provided any



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                            70

1    data about when precisely the EKGs were obtained.

2        Q    Okay.  How about the time between the

3    administration of C.P.R. and the measurement of carbon

4    dioxide?

5        A    Okay.  So that is in the article, and it's

6    in the body of my report.  It is Table 3 in the

7    article.

8             Do you have the article?  I don't know what

9    I did with a copy of it.  Oh, I have it.

10            So Table 3, which is on page 142 of the

11   article talks -- provides timing.

12       Q    Okay.  And so you conclude, after you go to

13   Table 3, that the PetCO2 measured five minutes after

14   C.P.R. was consistent with asphyxia; true?

15       A    Well --

16            MS. GEORGES:  Form.

17            THE WITNESS:  -- I think it is more

18   correctly, since I was responding to the opinion

19   provided by defense expert, Dr. Vilke, that the

20   end-tidal CO2 was inconsistent with asphyxia.

21            So I am now rebutting that insofar as the

22   literature as cited in this article indicates that

23   even in asphyxia cardiac arrest, after one minute of

24   C.P.R., the end-tidal CO2 level drops and is in the

25   same range as ventricular tachycardia and ventricular



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        71

1    fibrillation cardiac arrest.

2    BY MR. ABBOTT:

3        Q    Okay.  So this finding of the PetCO2 in

4    Mr. Tyson after five minutes, you would agree with me

5    that that result is consistent with sudden cardiac

6    arrest?

7              MS. GEORGES:  Form.

8              THE WITNESS:   Correct.

9    BY MR. ABBOTT:

10       Q    Sudden cardiac arrest caused by excited

11   delirium syndrome?

12             MS. GEORGES:  Form.

13             THE WITNESS:  To the extent that

14   hypothetically the patient had -- or the individual

15   had excited delirium syndrome causing ventricular

16   tachycardia or ventricular fibrillation as a cause of

17   cardiac arrest, yes, the end-tidal CO2 that is

18   measured would not differentiate between asphyxia

19   cardiac arrest or ventricular tachycardia cardiac

20   arrest; but importantly, the measurement obtained

21   cannot be used to rule out asphyxia as the cause of

22   death.

23             Dr. Vilke placed great emphasis on this

24   finding of what he characterizes a low end-tidal CO2,

25   but, in fact, given that five minutes elapsed from the



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                           72

```
 1    time of C.P.R. to the measurement of the CO2, that

 2    data does not rule out asphyxia cardiac arrest.

 3    BY MR. ABBOTT:

 4         Q    I understand that, Doctor.

 5              My only point is that CO2 level is also

 6    consistent with sudden cardiac arrest caused by

 7    excited delirium syndrome?

 8              MS. GEORGES:   Form.

 9              THE WITNESS:   Yes, taken by itself, taken in

10    a vacuum.

11              However, the presence of pulseless

12    electrical activity is entirely incompatible with

13    excited delirium syndrome as the cause of death,

14    because even if we were to hypothesize that the

15    patient -- that Mr. Tyson had excited delirium

16    syndrome causing ventricular tachycardia and

17    ventricular fibrillation cardiac arrest, that type of

18    arrhythmia does not ever evolve into pulseless

19    electrical activity.  So that sequence of events could

20    not physiologically happen.

21    BY MR. ABBOTT:

22         Q    Okay.  Would you agree with me, Doctor, that

23    one of the symptoms of excited delirium syndrome is

24    tachycardia?

25         A    Yes.
```



1    Q    The next paragraph, the final paragraph here

2    on page 5 you say:

3              "I note the pathology findings of

4              severe coronary arteriosclerosis.

5              There is no evidence that this

6              disease process contributed to

7              Mr. Tyson's death."

8              What would such evidence be, Doctor?

9    A    There are several points of evidence that

10   could support theoretically death being due to severe

11   coronary arteriosclerosis.

12             One would be acute thrombotic occlusion of a

13   coronary artery that was not present in this case.

14             No. 2 would be evidence of extensive

15   myocardial infarction.  There was no evidence of that

16   in this case.

17             No. 3, rhythm at the time of cardiac arrest,

18   ventricular tachycardia or ventricular fibrillation,

19   that was not the case with Mr. Tyson.

20             So there are no points of evidence that in

21   any way would support a conclusion that his

22   arteriosclerosis was responsible for his sudden

23   cardiac death.

24             And I note that Dr. Michael Bell, in his

25   deposition testimony, fundamentally agrees with those



1  conclusions.

2       Q    Arteriosclerosis can cause cardiac arrest

3  and death; true?

4       A    True.

5            MS. GEORGES:  Form.

6  BY MR. ABBOTT:

7       Q    And not only by myocardial infarction; would

8  you agree with that?

9            MS. GEORGES:  Form.

10           THE WITNESS:  I agree.

11           MR. ABBOTT:  Doctor, I don't have any other

12  questions for you.  Thank you very much.

13           THE WITNESS:  Thank you, sir.

14           MS. GEORGES:  No cross.

15           MR. ABBOTT:  I guess you are all set,

16  Doctor.

17           And forgive me, I am not familiar with

18  California law.  I suspect you have the right to read

19  the deposition?

20           THE WITNESS:  Yes, that is the policy here.

21  Yes.

22           MR. ABBOTT:  Okay.  And if you need -- and

23  forgive me again, I don't know, but if the court

24  reporter needs to know now, you might want to tell

25  her, but you don't have to tell her.  I don't practice



DANIEL WOHLGELERNTER, M.D.                     June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                        75

1    in that state.

2              THE REPORTER:  So you want it transcribed?

3              MR. ABBOTT:  Yes.

4              MS. GEORGES:  I'd like to order a copy,

5    e-tran only.

6              THE REPORTER:  Thank you.

7              (The deposition concluded at 3:40 p.m.)

8                         *  *  *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                              76

1                   REPORTER'S CERTIFICATION

2

3        I, Diana Janniere, a Certified Shorthand Reporter,

4   in and for the State of California, do hereby certify:

5

6        That the foregoing witness was by me duly sworn;

7   That the deposition was then taken before me at the

8   time and place herein set forth; that the testimony

9   and proceedings were reported stenographically by me

10  and later transcribed into typewriting under my

11  direction; and that the foregoing is a true record of

12  the testimony and proceedings taken at that time.

13

14       IN WITNESS WHEREOF, I subscribed my name

15  this 20th day of June, 2018.

16

17

18

19                    

20      _____

21           Diana Janniere, CSR No. 10034

22

23

24

25

DANIEL WOHLGELERNTER, M.D.                                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                      77

```
 1                    DECLARATION ERRATA SHEET

 2

 3

 4    Our Assignment No. J2315542

 5    Case Caption:  Suarez

 6    vs. City of Hollywood

 7

 8           DECLARATION UNDER PENALTY OF PERJURY

 9             I declare under penalty of perjury that I

10    have read the foregoing transcript of my deposition

11    taken in the above-captioned matter or the same has

12    been read to me, and the same is true and accurate,

13    save and except for the changes and/or corrections, if

14    any, as indicated by me on the DEPOSITION ERRATA SHEET

15    hereof, with the understanding that I offer these

16    changes as if still under oath.

17             Signed on the _____ day of

18    _____, 2018.

19

20

21

22             _____

23             DANIEL WOHLGELERNTER, M.D.

24

25
```



DANIEL WOHLGELERNTER, M.D.                                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                                    78

```
1                    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Page No._____Line No._____Change to:_____

5    _____

6    Page No._____Line No._____Change to:_____

7    _____

8    Page No._____Line No._____Change to:_____

9    _____

10   Page No._____Line No._____Change to:_____

11   _____

12   Page No._____Line No._____Change to:_____

13   _____

14   Page No._____Line No._____Change to:_____

15   _____

16   Page No._____Line No._____Change to:_____

17   _____

18   Page No._____Line No._____Change to:_____

19   _____

20   Page No._____Line No._____Change to:_____

21   _____

22   Page No._____Line No._____Change to:_____

23   _____

24   SIGNATURE:_____DATE_____

25              DANIEL WOHLGELERNTER, M.D.
```



DANIEL WOHLGELERNTER, M.D.                          June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                            79

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____ Line No._____ Change to:_____

 3   _____

 4   Page No._____ Line No._____ Change to:_____

 5   _____

 6   Page No._____ Line No._____ Change to:_____

 7   _____

 8   Page No._____ Line No._____ Change to:_____

 9   _____

10   Page No._____ Line No._____ Change to:_____

11   _____

12   Page No._____ Line No._____ Change to:_____

13   _____

14   Page No._____ Line No._____ Change to:_____

15   _____

16   Page No._____ Line No._____ Change to:_____

17   _____

18   Page No._____ Line No._____ Change to:_____

19   _____

20   Page No._____ Line No._____ Change to:_____

21   _____

22   Page No._____ Line No._____ Change to:_____

23   _____

24   SIGNATURE:_____ DATE_____

25            DANIEL WOHLGELERNTER, M.D.
```



800.211.DEPO (3376)
EsquireSolutions.com

DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: 1..ABBOTT

**Exhibits**

2315542 DAN
IEL.
WOHLGELERNT
ER, M.D..
EXHIBIT1

2315542 DAN
IEL.
WOHLGELERNT
ER, M.D..
EXHIBIT2

2315542 DAN
IEL.
WOHLGELERNT
ER, M.D..
EXHIBIT3

_____

**1**

1
  5:9,10,12
  6:1,6
  7:25
  10:20
  12:17
  26:1
  30:15,20
  31:2

100
  63:1

11
  17:19

13
  18:6

142
  70:10

15:03
  69:9

15:05
  69:10

15:08
  69:13

15th
  20:6,11
  24:10,15
  25:17,23
  26:18,21
  27:3,12
  28:6

16
  24:19
  26:3

16th
  20:6,11
  24:10,25
  25:18,23
  26:6,18,
  21 28:6

17th
  20:22
  26:20
  27:17

18
  20:21

_____

**2**

2
  5:17,19
  6:17 7:1
  12:23
  23:25
  30:20
  39:23
  53:24
  54:11
  57:25
  73:14

2005
  59:11

2014
  19:14,17,
  20 20:1

21:11
  29:2
  30:1,7,17
  69:9

2018
  14:18
  66:20

22
  67:25
  68:1,13

27
  19:14,17
  20:1
  21:11
  29:1
  30:7,16
  69:9

27th
  30:1

28
  19:20

_____

**3**

3
  27:23,24
  45:10
  59:11
  60:5
  70:6,10,
  13 73:17

30
  17:18
  43:24
  58:1

3:40
  75:7

_____

**4**

4
  64:23

_____

**5**

5
  12:17
  13:24
  14:5 73:2

5th
  26:12

_____

**6**

6
  6:2 7:9
  8:6 9:24
  11:2,16,
  25

60
  44:3

61
  59:19

6:20
  26:6

6:25
  24:15

_____

**7**

7
  16:3,4

7.2
  17:3

_____

**9**

90
  43:25

_____

**A**

ABBOTT
  4:8,25
  5:5,7,13,
  16,20
  13:4,11
  24:8,21
  25:13
  27:8,22
  28:1,24
  29:5,18,
  23 30:8,
  13 32:1,
  18 33:13,
  19 34:4,
  9,22
  35:10
  36:1,12,
  21 37:23
  38:7
  39:3,14,
  21 40:10,
  16 41:1,
  7,17 42:2
  43:9
  44:18,24
  45:9
  46:17
  47:12,23
  48:8,16
  50:1,19
  51:4,16
  52:3
  53:1,15,
  22 54:9
  55:1,19
  56:4,10,
  17 57:1,
  9,19
  58:5,22
  59:3,9
  60:19
  61:8,18
  63:15



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: ability..arrhythmia

64:1,16,
22 66:1
67:18
68:14
69:4
71:2,9
72:3,21
74:6,11,
15,22
75:3

**ability**
22:6
42:18
50:16

**abnormal**
8:20

**abnormalities**
8:22

**abrasions**
41:19,24

**abruptly**
29:16

**absence**
9:2

**abstract**
51:19

**access**
43:7

**account**
45:7

**achieve**
36:3

**achieving**
36:8

**acidosis**
61:10,12,
16,20,25
62:1,2,7,
14,23
63:3

**acknowledge**
24:24
44:5

**acknowledged**
'22:21

**activity**
8:21 17:7
21:12,19
22:3,18,
21 23:8,
13,14,15,
21 36:13
40:19,25
44:14
45:8
46:2,12
51:3
52:17
59:19,21
60:2,6
61:10
62:3,6,
11,16,23
63:4,8,
13,25
65:2,10,
15,19,21
66:16,19,
22,24
67:11,17,
23 69:11
72:12,19

**actual**
6:1 33:11
44:1
48:23

**acute**
73:12

**addition**
23:10

**additional**
24:18,25
25:2 26:1

**adhere**
15:19

**administration**
70:3

**admonitions**
15:19

**advanced**
61:4

**affect**
22:5,6

**afternoon**
4:9 26:3

**aggressive**
28:21

**agree**
10:19
11:2
28:25
29:6 30:9
40:17
41:2,6
43:10,15
44:25
45:5 53:8
54:17
55:8,12
71:4
72:22
74:8,10

**agrees**
73:25

**airway**
57:21

**allowed**
46:22

**American**
17:2
59:12

**amount**
33:6,25

34:17
56:12,13
57:13,15
62:7

**analyze**
12:18

**anecdote**
8:14

**anesthetized**
68:21

**ankle**
50:7

**ankles**
49:7

**answers**
15:13
29:9

**anticipated**
21:3

**appeared**
58:3

**applied**
33:21
34:11,24
37:16
39:16
40:7
47:21
51:1
52:21
53:2,9,21
55:21
56:19
68:25

**applies**
56:6

**apply**
32:24

**applying**
31:5

33:7,15
34:1,6,18
35:6,15,
22 49:20

**approximately**
58:1

**argument**
11:11
52:18

**arm**
33:1,8,
16,22
34:1,6

**arousal**
8:18

**arrest**
6:9 7:15
9:21 10:3
11:12,20,
21 17:4
30:10
43:13
45:16
46:2,6,7,
24 47:7,8
48:25
64:10
65:1
67:10
68:22
69:1,3
70:23
71:1,6,
10,17,19,
20 72:2,
6,17
73:17
74:2

**arrests**
11:9

**arrhythmia**
6:12 9:5
72:18



arrhythmias
  9:15 10:4
  11:10,14,
  21
arrhythmoge
nesis
  8:12
arrived
  32:6
  54:12
arteries
  43:2,18,
  20 44:21
arterioscle
rosis
  18:8,19,
  23 21:7,
  14,16,20
  22:2,4,5,
  16,22
  23:7,16,
  19,22
  42:13
  44:16
  60:25
  73:4,11,
  22 74:2
arterioscle
rotic
  23:2
artery
  45:1,7
  73:13
arthroscler
osis
  43:11
  44:20
article
  6:18,25
  7:2,4
  9:13
  10:8,9,
  12,13

11:1,23
16:17,20
17:6
23:10,12
59:15,19
60:3,21
62:19,21,
24 63:5,
6,17,18
64:4
65:17
66:3,4,5,
7,12,18
67:1
69:23,24
70:5,7,8,
11,22
articles
  16:6,13
  17:9,12,
  14 18:13,
  17,21
  63:2
  66:13,15
  67:8
articulate
  68:9
asks
  9:20
  12:17
  16:4
aspects
  47:3
asphyxia
  12:20
  13:8
  32:13,17
  44:17
  45:14
  46:1,6,
  16,20,24
  47:11,14,
  15 48:2,
  6,11,15

50:8,22
51:21
52:7,11,
15,20
54:20
55:9,14
56:14,20
57:5,14
64:11
68:6
70:14,20,
23 71:18,
21 72:2
asphyxial
  69:1
asphyxiate
  48:24
aspiration
  46:14
asserting
  32:16
assessment
  43:18
association
  17:2 23:1
  52:17
  59:12
  62:4,20
  67:15,22
assume
  44:7
asystole
  12:6,8,12
  21:18
atheroscler
osis
  44:7,8
attach
  5:1
attached
  7:1 36:23

attack
  45:3
attempting
  39:9 54:7
attorney
  13:15,16
  14:21
  15:15
  18:1
  25:10
attorneys
  17:25
  24:3
  26:11
author
  13:14
authored
  6:18
  12:18
  13:15
  14:16
  19:21
  23:13
authority
  22:15
autonomic
  6:11 7:20
autopsy
  18:25
  19:19,20
  20:9
  21:5,22
  22:12
  23:23
  41:8,20,
  22 42:12,
  16 43:23
  44:1
aware
  46:21
  47:25
  48:9,13
  57:12

58:6 59:4
awesome
  5:16,24

___

B

B-R-A-U-N-
W-A-L-D
  23:4
back
  10:16
  18:12
  26:23
  43:1
  47:13
based
  17:16
  18:24
bases
  17:13
basis
  17:15
  29:12
  43:5
  69:14
beating
  43:20
  44:2
began
  26:17
  39:5,6
begin
  6:2
beginning
  28:3
  38:25
behavior
  28:21,22
  30:4
Bell
  19:1,22



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: Bell's..citations

20:10,15,
25 42:23
73:24

Bell's
22:20
43:1

bigger
54:1

bit
38:10

bizarre
28:20

blade
34:13,19,
24 53:6,
11 55:15

blanket
43:15

body
22:6
32:25
33:16
41:19
51:1
57:16
64:6,9,
12,18
70:6

bones
42:9

books
16:6

bottom
5:10
24:13
30:15
60:5

bradycardia
12:5

brain
8:20 12:1

Braunwald
23:4

break
47:24

breathe
49:1,10
50:11
58:21

breathing
49:3 51:2
58:4

briefly
42:6

bring
4:22

broken
42:8

Broward
19:18

bruising
42:4

_____

C

_____

C.P.R.
68:11
69:5,8,
13,16,22
70:3,14,
24 72:1

C02
16:24

calculation
s
33:10

California
74:18

called
4:15 17:3
22:24

23:3 37:1

capital
12:4

carbon
70:3

cardiac
6:10 7:16
8:12,16,
23 9:9,14
12:13
17:4
19:21
21:13
22:9,10,
25 23:5
30:10
42:19
43:13
44:4,10
45:16
46:2,6,7,
24 47:7,8
48:25
61:4
64:10
65:1 67:9
68:22,25
69:1,3
70:23
71:1,5,
10,17,19
72:2,6,17
73:17,23
74:2

cardiologis
t
17:17

cardiology
22:23
43:17,21

cardiopulmo
nary
6:9 7:15
9:21 10:3

11:9,12,
20

cardiovascu
lar
9:3

carries
30:20
31:2

case
4:15 13:7
14:13
19:24
20:20
22:12
40:24
41:14
45:6,20
46:4 51:9
61:6
73:13,16,
19

cases
17:20

catching
35:3

causation
48:14

caused
11:12
12:19
21:15
48:24
54:20
59:22
64:10
71:10
72:6

causing
6:11
45:15
55:13
62:23
63:4

66:23
71:15
72:16

cavity
50:16

centrally
9:4

chain
24:9

chapter
23:5

characteris
tic
28:20

characteriz
es
71:24

charge
40:7

check
54:11

chest
52:21,23

choosing
49:12

chronologic
ally
24:14

circumstanc
e
61:3

circumstanc
es
28:10
40:23
51:9

citation
8:4 18:16

citations
52:13



cite
 62:17

cited
 60:3
 63:3,18
 70:22

cites
 66:12

City
 4:15

clean
 35:3

clinical
 12:10
 43:23
 47:9

CO2
 67:24
 68:7,10,
 11,20
 69:12,24
 70:20,24
 71:17,24
 72:1,5

collapse
 9:9

collapsed
 21:10

column
 7:11 8:6
 9:23
 11:2,25

combination
 49:4,19
 50:14

comment
 29:19
 53:16
 58:10

commented
 58:14

common
 46:12

commonly
 29:7

comparison
 43:19
 69:1

component
 50:5

components
 47:17
 48:7
 49:13,16,
 18,24
 50:3
 51:10

compression
 47:4,5,20
 48:11,15
 49:4,18,
 23 50:25
 54:23
 55:21

compressive
 12:20
 13:8
 46:1,15
 47:15,20
 56:13,19
 57:14

concept
 43:16
 46:6,19

conclude
 13:5
 20:24
 46:1,23
 52:6
 70:12

concluded
 75:7

conclusion

21:6,25
 73:21

conclusions
 66:6 74:1

condition
 29:10
 30:6
 42:17

conditions
 59:23,24
 63:10

confident
 25:15
 27:1,6
 67:19

confined
 8:13

confirm
 43:6 44:7

congestive
 61:5

connection
 48:14

consequence
 51:3

consistent
 22:22
 44:15,16
 58:19
 70:14
 71:5 72:6

constriction
 57:21

contact
 37:25
 38:5,6,17
 54:1,17
 55:4

contained
 17:13

42:20

contention
 48:4

contents
 27:11

continue
 32:5
 49:15

continuing
 39:9

contribute
 18:8,19,
 24 21:7
 50:8

contributed
 40:24
 49:9 73:6

contributors
 8:15

control
 53:18

conversation
 15:18

copy
 4:22,25
 12:17
 70:9 75:4

corner
 5:11

coronary
 18:7,19
 21:7,14,
 16,20
 22:1,3,5
 23:18,22,
 23,24
 42:12
 43:18,20
 44:7,15,

19,20
 45:1,7
 60:25
 73:4,11,
 13

correct
 8:1 11:19
 13:3,5,10
 14:7,15
 16:1 21:2
 27:18
 34:15,16
 42:24
 54:14
 62:14
 65:5
 69:18
 71:8

corrected
 59:25

correctly
 6:14 10:6
 12:21
 13:23
 16:9
 17:22
 18:10
 31:9 33:3
 37:17
 45:17
 65:6
 70:18

correlation
 23:6
 46:22

correspond
 44:1

correspondence
 24:2

Counsel
 4:25 5:13

County



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: couple..discusses

19:19

couple
    6:4 27:17

coupled
    47:3

court
    74:23

criteria
    50:21
    52:10

cross
    74:14

cuffs
    49:9

culprit
    65:4

custom
    25:6

                D

damage
    21:22,24
    22:13
    61:4

Dan
    5:4

Daniel
    4:11 18:7
    47:10

dash
    8:24

data
    12:10,11
    45:25
    68:24
    70:1 72:2

Date
    22:24

dated
    20:20

day
    20:19

days
    20:18

death
    6:10 7:16
    8:13,17
    9:6,14
    12:14,19
    18:8,20,
    24 21:8,
    13 22:1,
    16,22,25
    23:5
    30:10
    41:4
    44:4,10,
    13,15,17
    45:8,12,
    23 54:20
    60:16,17
    61:17
    62:10,20,
    24 65:17,
    20 66:16
    71:22
    72:13
    73:7,10,
    23 74:3

deaths
    21:15

Deborah
    6:18

decide
    15:7

decreased
    22:10

Defendant's
    5:9,25
    27:23

defense
    70:19

deficiency
    60:10

define
    27:5

defined
    14:22

definition
    56:2

degree
    43:19
    44:8

delirium
    6:8 7:13
    9:10,20
    11:13,19
    12:9
    28:16,19
    29:7
    30:1,5,10
    60:13,16
    61:13,15,
    17,21
    62:2,5,9,
    15,20
    63:3,11,
    21 64:19
    65:4,10,
    18,20
    66:16,23
    67:10,16,
    22 71:11,
    15 72:7,
    13,15,23

delivery
    22:11

demonstrate
d
    22:17
    61:16

Department
    19:12

depending
    51:8

depends
    40:23
    68:5

deposed
    13:18

deposition
    4:20 19:1
    20:15,25
    22:20
    44:12
    73:25
    74:19
    75:7

describe
    33:25
    34:17

detailed
    25:8

determined
    31:16

develop
    31:11

developed
    41:14

developing
    20:14

diagnosed
    28:12

diagnosis
    30:6
    50:22
    51:6,19,
    20,23
    52:4,11

diagnostic
    50:21

diaphragm
    55:24
    56:2,7

die
    6:9 7:14

died
    64:10,18
    65:9

difference
    16:23
    69:15

differentia
l
    52:4

differentia
te
    71:18

difficulty
    51:12,15
    58:3,7
    59:6

dioxide
    70:4

directed
    28:22

discharges
    41:3

disclosed
    13:17

discovered
    41:19

discrepancy
    43:22

discuss
    12:19
    66:21,22

discussed
    18:13
    38:11
    44:11
    62:19
    65:13,24

discusses



22:25
23:7,13
46:10,13
48:14

**discussion**
14:9
39:24
49:19
59:18
60:1
65:16
69:10

**disease**
9:3 23:2,
3 45:7
73:6

**disorder**
12:13
21:12

**disorders**
23:1,9

**disseminate**
22:7

**dissemination**
14:6

**doctor**
.4:12,18
5:2,8,21
6:16,24
7:3 9:11
10:15
12:15
13:6,20
14:2
15:3,21
18:15
21:3
22:15
23:25
25:1,15
26:10
28:15,25
29:6,24

30:9
31:11,15
32:11
33:5
35:3,18
36:7,17
39:22
41:2,13
45:25
50:2,20
55:20
56:11,18
57:2,20
60:23
64:5
66:25
72:4,22
73:8
74:11,16

**doctors**
67:8

**document**
6:1,2,21
9:20 11:4
12:16
13:23,25
14:5 15:7
18:5
26:10,17

**documentation**
39:19
64:8

**documented**
55:17
69:11

**documents**
4:19
13:23
16:4 18:9
25:16
26:17
27:3

**dossier**

42:21

**download**
27:11

**downloaded**
25:16,23
27:2

**drops**
70:24

**drowning**
46:15

**duces**
24:1

**due**
21:13
22:9,22
44:15
45:13
47:8
60:17
73:10

**duration**
31:17
33:15
35:6
56:19

**dying**
9:21

———————

**E**

———————

**E-MAIL**
24:1,9,18
25:2,18
26:2,5,23
27:1,2,4,
11

**E-MAILS**
25:2,9

**e-tran**
75:5

**earlier**
16:18
38:10,11
44:12
48:19
54:18
55:8
59:13

**edema**
61:5

**edited**
23:4

**editor**
10:11

**editorial**
66:11

**effect**
45:2

**effects**
8:19

**EKG**
40:19
44:14
69:6,10

**EKGS**
21:9
69:21
70:1

**elapsed**
71:25

**electrical**
17:7
21:11,19
22:2,18,
21 23:8,
12,14,15,
21 40:7,
18,25
44:14
45:8
46:12
51:2

52:16
59:19,21
60:2,6
61:10
62:3,5,
11,16,23
63:4,8,
13,25
65:2,10,
15,19,21
66:15,19,
22,24
67:11,16,
23 69:11
72:12,19

**electrophysiological**
8:19

**elements**
50:25

**eliminated**
52:5

**emergency**
19:12,16
69:7

**emotion**
8:11

**emphasis**
71:23

**encounter**
19:13
29:12
38:22
39:5
54:18
55:4,8

**encountered**
31:22

**end**
28:10

**end-tidal**
16:23



67:24
68:7,10,
19 69:12,
24 70:20,
24 71:17,
24

**ends**
10:18

**enforcement**
19:25
20:2
30:25

**entire**
31:22

**entitled**
17:7
23:12

**envelope**
14:23

**epilepsy**
9:6

**establish**
15:4

**established**
48:1,10

**establishes**
52:2,10

**estimating**
66:14

**et al**
16:21

**evaluation**
43:19

**evening**
24:15
26:6

**event**
27:16

**events**
72:19

**evidence**
21:23
22:13,14
23:24
55:20
57:3 59:4
73:5,8,9,
14,15,20

**evidenced**
69:17

**evolve**
72:18

**EXAMINATION**
4:7

**Examiner**
19:19

**examiner's**
42:21

**excerpt**
17:1
59:12

**excited**
6:8 7:13
9:9,20
11:13,19
12:8
28:16,18
29:7,25
30:5,10
60:13,16
61:12,15,
17,20
62:1,5,9,
15,20
63:3,10,
20 64:19
65:4,9,
18,20
66:16,19,
23 67:10,
16,22
71:10,15
72:7,13,
15,23

**exhibit**
5:1,12,19
6:1,17
7:1 10:20
12:17,23
23:25
27:24
57:20

**exhibited**
29:1

**exist**
46:1

**expand**
50:17
56:3

**expect**
57:2 62:8
63:20

**expectation**
64:12,17

**expected**
21:13
22:17

**experience**
17:17

**experiencing**
62:8

**experimental**
12:1,10

**expert**
13:7
14:13
15:18,19
18:1
28:18
70:19

**explain**
33:5

**explicit**

49:14

**extends**
24:10

**extensive**
22:9
73:14

**extensively**
65:13

**extent**
18:6
43:11
71:13

**external**
47:21
51:1

**extremities**
49:21
50:15

---

**F**

**fact**
11:18
27:10
28:5
29:25
45:19
65:18
68:2
71:25

**factor**
23:20

**factors**
51:22,25

**facts**
28:9

**failure**
21:22
46:11,14
61:5
65:22

68:7

**fair**
15:23
20:24
27:15

**Falcon**
32:7
34:11,18
35:1,6
37:14
53:5,17
54:7,12

**Falcon's**
55:14
57:25

**familiar**
37:9
74:17

**fibrillation**
6:13 9:2,
16 21:17
23:7 69:2
71:1,16
72:17
73:18

**final**
73:1

**finally**
18:4 26:1
35:11
45:11

**find**
25:14

**finding**
71:3,24

**findings**
43:1,3,6,
23 61:6
73:3

**finish**
66:9



DANIEL WOHLGELERNTER, M.D.                                      June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                    Index: finished..handcuffs

finished
  8:2

Fire
  19:12

flatline
  12:12

flip
  6:16

flipped
  54:5

focus
  69:23

follow
  45:3

footnotes
  66:5

force
  33:6,11,
  25 34:18
  35:15,22
  53:2
  55:21
  56:12,13,
  19 57:14,
  15

forces
  51:1

forgive
  74:17,23

form
  13:9
  17:12
  24:20
  25:4 27:4
  28:17
  29:3,17,
  21 30:2,
  11 31:24
  32:15
  33:9,18
  34:2,8,20
  35:8,23

36:10,20
37:21
38:2,23
39:7,18
40:8,14,
20 41:5,
15,25
43:4,14
44:22
45:4
46:9,25
47:16
48:3,12
49:11
50:12,23
51:7,24
52:22
53:12
54:3,21
55:16,25
56:8,15,
21 57:6,
17,23
58:9,25
59:7
60:14
61:2,14
63:14,22
64:14,20
65:11
67:13
68:4,17
70:16
71:7,12
72:8
74:5,9

forming
  16:8 18:9
  20:25

formulating
  48:20

forward
  25:9
  30:14

forwarded
  23:11

found
  7:5 28:11
  42:12,16
  43:12
  55:3
  59:16
  61:6

frequency
  29:10

frequently
  29:15

front
  5:22 24:4
  26:14
  27:20

full
  6:25 7:2
  64:25

fully
  56:2

function
  22:9

fundamental
ly
  73:25

_____

      G

G-R-M-E-C
  16:22

gain
  30:22
  40:1

garbled
  31:14

gathered
  10:13

general

40:22
45:5
46:3,5

generalized
  6:10 7:19

Georges
  5:3,6,10,
  15 13:1,9
  24:6,20
  25:4,10
  27:4
  28:17
  29:3,17,
  21 30:2,
  11 31:24
  32:15
  33:9,18
  34:2,8,20
  35:8,23
  36:10,20
  37:21
  38:2,23
  39:7,18
  40:8,14,
  20 41:5,
  15,25
  43:4,14
  44:22
  45:4
  46:9,25
  47:16
  48:3,12
  49:11
  50:12,23
  51:7,24
  52:22
  53:12
  54:3,21
  55:16,25
  56:8,15,
  21 57:6,
  17,23
  58:9,25
  59:7
  60:14
  61:2,14

63:14,22
64:14,20
65:11
67:13
68:4,17
70:16
71:7,12
72:8
74:5,9,14
75:4

gist
  10:5
  11:18

give
  15:12
  29:13
  63:23

gleaning
  10:8

good
  4:9 20:23

great
  5:5 71:23

Grmec
  16:20
  69:20

ground
  38:22
  39:11,17
  53:19
  54:5

guess
  42:25
  74:15

_____

      H

handcuffs
  31:4
  32:9,14,
  17,23
  36:23



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: happen..interfere

47:19
49:6 50:6

happen
4:22
72:20

happened
48:23

health
29:11,15

heard
36:25
58:17

heart
17:2
21:21,24
22:13
23:3
43:20
44:2 45:2
59:12
61:5

height
41:9

held
31:4,12,
17 46:24

helpful
59:16

history
29:8 47:9

hit
54:5

hobble
37:1,5

hogtied
37:1,4,8

hold
5:3

holding
35:21

hole
55:3

Hollywood
4:16
19:11

honestly
15:21

hope
15:18

hospital
19:15,16
69:19

hours
27:17

Hs
60:8

hundred
35:2 63:2
66:4,14
67:3,7

hyperkalemia
63:7,19

hypokalemia
23:17
63:7,19

hypothesize
72:14

hypothetically
71:14

hypovolemia
23:17

hypoxia
23:17
44:17
46:11,13
47:6,7,9,
10 51:3
52:17
60:10,13,

18 61:1
65:15,22

hypoxia/
hypoxemia
45:15

————————
I
————————

I-C-T-A-L
8:25

I-N-S-U-L-A
12:2

identified
59:24

illness
28:13
29:8

immediately
68:8

impair
22:11

impaired
22:9

implicit
46:8

important
25:21
43:16

importantly
44:11
71:20

inappropriate
15:1

incapacitation
36:4,8
40:13

inch
33:12

incident
20:1

include
23:17
28:20

included
19:21

including
16:5 21:5
46:14

incompatible
65:3
72:12

inconsistent
70:20

incorporates
48:7

independent
23:18
42:18
51:12

individual
22:8
47:22
50:24
51:9,20
71:14

individual's
12:19

individually
19:3

individuals
21:21
47:21

induce
12:3

induced
7:16

infarction
21:24
22:10,14
73:15
74:7

information
10:12
13:21
14:24
30:23
38:16
40:1
41:12

initial
25:12

initiated
69:9,13

initiation
68:8

injured
53:25
54:4,13

injuries
41:24

injury
57:3,8,15

instruct
5:7

insula
12:2

intend
15:23

interaction
38:25

interested
46:18

interfere
47:22



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: interviews..majority

interviews
20:1

investigators
30:25

invoice
26:10

involved
19:25
20:2

involves
13:7

ischemia
8:20

issued
52:1

issues
14:12

—————

J

Jean
4:15

journal
22:24

journals
16:7

judge
15:5

June
26:12

—————

K

Kalbac
18:1

Karl
32:7,24
33:7,15
37:13

key
10:8

kick
39:9

kind
11:9
15:17

kinds
11:12,20

knee
34:12

knowledge
17:16
60:15

knowledgeable
38:14

—————

L

lack
24:24

landing
54:6

language
7:24 9:11
10:17
11:3

lapse
69:15

larynx
51:14

law
19:25
20:2
30:24
74:18

lawyer
13:19

lay

12:12

lead
12:13

leading
23:15
60:12
65:21

left
12:2 13:1
33:22
34:1,6,
12,19,24
35:7
53:5,10
55:15

left-hand
8:6 11:16

leg
35:12
36:14,18,
22 37:15
39:1,15
47:19
49:6 50:7

legal
13:20
27:6

legs
35:15,22
36:15
58:16

Leonarda
58:13

lethal
6:12 9:14
10:4

letter
26:10

level
70:24
72:5

life-
threatening
7:17

lift
39:11,16

lifted
38:21

likelihood
45:2

limited
11:13
16:5 61:3

limits
50:16

lines
25:7

link
48:10,14

linked
6:9

linking
49:14,17

list
17:19
60:5

listed
23:20
51:21
65:19
66:5

literature
6:7 28:19
43:17,22
46:10
47:2
48:13,17,
20 52:9,
13,18
57:13
60:15,20
62:18

67:15,21
68:10
70:22

living
43:20
44:2

long
31:12
34:5,23
37:20
58:23

longer
8:13
58:20

loss
12:7

low
68:3,6
71:24

lungs
50:17
51:14

lying
53:18

—————

M

made
10:9
46:22

magnifies
8:18

maintain
31:6

maintained
37:14,20
38:12

major
44:20

majority



| | | | | |
|---|---|---|---|---|
| 21:15 | material | 47:2 | 22:20 | 14:18 |
| **make** | 24:14,18 | 65:17 | 73:24 | **Moore** |
| 15:22 | **materials** | **medical** | **middle** | 58:13 |
| 40:21 | 24:25 | 4:12 | 39:23 | **move** |
| 50:22 | 26:1 | 18:25 | 59:11 | 12:15 |
| 51:5,19, | 28:4,5,12 | 19:4,5,6, | **midway** | 30:14 |
| 20,23 | **matter** | 7,9,13, | 8:7 | 39:22 |
| 52:10 | 13:14 | 19,22 | **mild** | 41:8 |
| 59:11 | 14:20 | 20:4,6 | 61:25 | 50:17 |
| **making** | 15:9 | 21:5,9 | 62:1,14 | 64:23 |
| 14:3 | **maximal** | 22:24 | 63:23,24 | **moving** |
| 50:10 | 37:10 | 42:20 | **military** | 39:12 |
| **Management** | **meaning** | 62:17,18 | 69:9 | **MRH** |
| 17:3 | 38:24 | 65:8 | **milligram** | 19:16 |
| **manifestati** | 49:3 | 68:10 | 67:25 | **multiple** |
| **on** | **measured** | 69:7 | **millimeters** | 45:1 |
| 22:3 23:8 | 40:19 | **medication** | 68:1,13 | 62:25 |
| **manifested** | 68:11,12 | 28:13 | **mind** | **multivessel** |
| 30:4 | 70:13 | 29:16 | 35:16 | 45:6 |
| **March** | 71:18 | **meet** | 42:5 | **muscle** |
| 66:20 | **measurement** | 30:4 | 53:13 | 22:14 |
| **mark** | 68:19 | **Memorial** | 57:24 | 61:4 |
| 5:6,8,17 | 69:12,16 | 19:16 | **minute** | **musculoskel** |
| 27:22 | 70:3 | 64:7 | 68:11 | **etal** |
| **marked** | 71:20 | **mental** | 70:23 | 41:23 |
| 5:12,19, | 72:1 | 8:11 | **minutes** | 57:3,8 |
| 21 27:24 | **measurement** | 28:12 | 58:17 | **myocardial** |
| **Mash** | **s** | 29:8,11, | 69:13,17 | 21:23 |
| 6:19,25 | 69:24 | 15 | 70:13 | 22:9,14 |
| 7:4 11:1 | **measures** | **mention** | 71:4,25 | 73:15 |
| 16:17 | 68:23 | 62:22 | **missed** | 74:7 |
| 60:21 | **mechanical** | **mentioned** | 31:13 | |
| 62:19 | 68:21 | 22:19 | **modificatio** | |
| 63:5,6, | **mechanism** | 23:12 | **n** | **N** |
| 17,18 | 9:8 12:11 | 48:19 | 10:8 | |
| 64:4 | 47:6 | 51:11 | **modified** | **narrowing** |
| 65:17 | 48:7,23 | **mercury** | 9:13 10:3 | 43:2,25 |
| 66:3,4,5, | 62:24 | 68:1,13 | **moment** | 44:1,25 |
| 6,7,12 | 65:14,19 | **merging** | 38:18 | **nature** |
| 67:1 | 66:16,23 | 10:9 | **months** | 44:13 |
| **massive** | **mechanisms** | **Michael** | | **necessarily** |
| 21:21 | 46:13 | 19:1,22 | | 57:11,14 |



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: neck..PEA

neck
  55:22

nervous
  6:11 7:20
  10:18
  11:5

neurocardia
c
  9:7

neuromuscul
ar
  36:3,8
  40:13

normal
  68:15

note
  32:6,23
  36:2 41:9
  64:5
  73:3,24

noted
  67:24

notes
  67:1

notice
  41:22
  62:22

noticed
  58:15

number
  68:2

numbers
  68:24

numerous
  66:13

O

oath
  27:10

objects
  47:21

obtained
  21:10
  68:7 70:1
  71:20

occlusion
  73:12

occurred
  39:20

occurring
  29:15

October
  19:14,17,
  20 20:1
  21:11
  29:1
  30:1,7,16
  69:9

officer
  32:24
  33:7,15,
  21 34:1,
  5,11,18,
  23,25
  35:1,6,
  11,14,17,
  20 36:2,7
  38:15
  39:11
  53:5,17,
  21,23,25
  54:4,7,
  12,13,18,
  23 55:4,
  14 57:25

officers
  19:25
  20:3
  30:16,25
  31:3,17,
  23 32:6,
  7,23
  37:13,20,

25 38:4,
8,17,25
39:8
49:20
53:9
58:10

officers'
  40:2

omitted
  25:10

one's
  56:6

online
  22:24

opened
  27:2

opined
  18:7
  64:11

opinion
  14:13
  16:8
  18:9,18,
  22 19:8
  20:14
  21:1
  26:19
  29:24
  31:11,20,
  25 32:2,
  12 33:6,
  14 35:5
  36:6,11
  37:3,19,
  24 38:20
  40:5,11
  44:13
  45:11,19,
  22 46:8
  47:7
  48:23
  56:11,18
  69:14
  70:18

opinions
  17:13,15,
  16 41:13
  48:21
  59:17

opposite
  32:19

order
  50:21
  52:10
  56:20
  75:4

output
  22:10

overestimat
es
  43:18

oxygen
  22:6,7,11
  60:10

P

P-E-R-I
  8:24

p.m.
  75:7

Pantaloukas
  35:11,14,
  20 36:2,7
  37:13

Pantaloukas
'
  35:17

paragraph
  7:11 8:7,
  8 10:10
  11:15,24,
  25 28:11
  30:19
  38:11
  64:25

73:1

paramedic
  69:7

paramedics
  67:25

paramedics'
  69:17

paranoid
  28:22

parrot
  42:25

part
  9:19 17:3
  20:25
  31:13

past
  18:2

pathologist
  43:7

pathology
  19:21
  42:20
  43:22
  47:9
  51:11,14
  52:1,2
  73:3

pathophysio
logy
  8:16

patient
  22:17
  57:4 62:8
  63:20
  71:14
  72:15

patients
  21:21
  29:7,15
  60:17

PEA



| | | | |
|---|---|---|---|
| 45:15<br>47:7,8<br>59:18<br>65:1 | **plaintiff**<br>17:20<br>**plaintiffs**<br>4:14<br>17:21 | 50:14,15<br>56:2,3<br>**positional**<br>31:5<br>32:13,17 | 67:14,20<br>**presence**<br>72:11<br>**present**<br>73:13 | **production**<br>26:10<br>**professiona l**<br>16:6<br>29:11 |
| **peek**<br>5:8 | **plaintiffs'**<br>17:25 | 35:12<br>46:6,19 | **presentatio ns** | **profile**<br>30:4 |
| **people**<br>65:9<br>68:16,18,<br>20,21 | 24:2<br>26:11<br>**pneumonia**<br>46:15 | 47:3<br>54:19<br>**positions**<br>37:15,20 | 16:5<br>**press**<br>15:9 | **prolongatio n**<br>12:3,5 |
| **percent**<br>35:2<br>43:24,25<br>44:3 | 51:13<br>**point**<br>5:18<br>15:10 | 38:9,12<br>**possession**<br>14:4<br>**possibiliti** | **pressure**<br>31:6<br>33:21<br>34:6,24 | **promise**<br>18:4 50:2<br>**prone**<br>31:7,12, |
| **percentage**<br>21:18 | 35:12<br>38:6,12,<br>22 39:17 | **es**<br>52:6<br>**postmortem** | 35:7,15<br>49:20<br>52:20 | 18,21<br>32:3<br>37:10 |
| **performed**<br>19:20 | 54:12<br>55:3,7<br>72:5 | 43:17<br>**potential**<br>12:11 | 53:5,9,<br>10,21<br>55:13,14 | 39:10,13<br>50:14,15<br>53:19 |
| **peri-ictal**<br>8:24 | **points**<br>10:8 31:5 | 13:7<br>23:21 | 56:5,6<br>**previous** | 56:1,3<br>**proper** |
| **person**<br>64:18 | 73:9,20<br>**police** | **pounds**<br>33:11 | 21:24<br>**previously** | 50:17<br>**proposition** |
| **pertaining**<br>19:12 | 31:17,22<br>32:6 40:2<br>53:9 | **practice**<br>74:25<br>**practicing** | 18:13<br>**prior**<br>32:13,17 | 9:12<br>10:16<br>11:15 |
| **Petco2**<br>70:13<br>71:3 | **policy**<br>74:20 | 17:17<br>**precise**<br>32:4 | **privileged**<br>14:6,10,<br>11,23 | 22:16<br>57:13<br>63:16<br>64:3 65:9 |
| **phrase**<br>10:18<br>11:5 | **portion**<br>7:8,23,24<br>53:18 | **precisely**<br>20:19<br>62:13 | 15:12,16<br>**proceeded**<br>32:24 | 66:2 67:9<br>**provide**<br>6:7 10:12 |
| 36:25<br>37:9 | **portions**<br>49:21 | 70:1<br>**precision** | **process**<br>13:20 | 12:25<br>16:13 |
| **physical**<br>28:21<br>37:25<br>53:25 | **position**<br>29:9 30:5<br>31:7,12,<br>18,21 | 27:7<br>**prepared**<br>14:8 | 73:6<br>**produced**<br>15:8 25:3 | 17:14<br>18:17,22<br>29:9<br>38:16 |
| **physically**<br>38:17 | 38:15<br>39:10,13 | 26:19<br>43:8 | **product**<br>13:16 | **provided**<br>4:18 5:14 |
| **physiologic ally**<br>72:20 | 46:23 | | | |



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: provision..regard

6:18,21
17:1,6,10
18:17
19:5,6,
10,24
20:5,17,
18 23:10
24:1 26:2
52:17
66:18
69:25
70:19

**provision**
7:4 18:16

**provisions**
21:4

**psychiatris
t**
29:11

**publication**
17:2,3

**publication
s**
16:7

**published**
66:20

**pulmonary**
61:5

**pulseless**
12:6 17:7
21:11,19
22:2,18,
21 23:8,
12,14,15,
21 40:18,
25 44:14
45:8
46:12
51:2
52:16
59:18,21
60:2,6
61:9

62:3,5,
11,16,23
63:4,8,
13,25
65:2,10,
14,18,21
66:15,19,
22,24
67:11,16,
23 69:11
72:11,18

**pump**
21:22

**purposes**
51:18

**pushing**
14:23

**put**
16:11
36:14
57:4

———————

**Q**

———————

**QT**
12:3

**qualitative**
63:24

**quantify**
42:15,19
59:2
62:12

**quantitativ
e**
47:3

**question**
7:5 9:17,
18 10:22
11:11
21:4
24:20
25:4

31:13,16
33:24
35:4,16,
19,21
42:5
51:19
53:13
57:24

**questions**
6:5 15:2,
11 18:5
26:9
74:12

**quibble**
43:3

**quibbling**
15:21

**quote**
9:13
10:15,25

**quoted**
9:23

———————

**R**

———————

**rabbit**
55:2

**Ramirez**
39:11
53:17,23,
25 54:4,
7,13,18
55:4

**Ramirez's**
53:21
54:23

**range**
68:6,12,
15 70:25

**reach**
45:11

**read**
6:14 9:12
10:15,25
11:15
12:21
16:9
17:22
18:10
31:9 33:3
37:17
45:17
62:21
65:6
67:4,7
74:18

**reading**
10:5

**realized**
38:4,18

**realm**
8:14

**rear**
33:1

**reason**
43:3

**rebutting**
70:21

**recall**
20:19
67:5

**receive**
20:10

**received**
19:11,15,
18,23,24
20:19
24:25
25:16

**reciting**
30:15

**recognize**
30:3

**recognized**
29:14

**record**
4:10 14:3
15:4,22
16:12
43:1

**records**
18:25
19:4,5,6,
7,10,11,
15,18,22
20:4,6
21:5,9
25:12
26:20
53:14
69:8

**refer**
7:7 18:12
19:4
22:15,19,
23 52:9

**reference**
11:23
59:11

**references**
52:14
62:25
63:1,17
66:4
67:1,7

**referred**
55:18

**referring**
53:4

**refers**
47:20

**refute**
30:6 43:6

**regard**
32:12



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: Regional..rise

33:6
42:16

Regional
19:16

regular
29:12

reiterating
65:23

related
22:1
23:22
54:19
65:15

relative
69:6,21

release
13:21,25
15:16

released
38:5

relevant
60:1

reliant
42:19

relied
16:8 18:9
19:7
20:14

relieved
54:13

rely
45:25
46:7
69:20

remainder
11:8

rendering
59:17

repeat
10:22

35:19

repolarizat
ion
8:23

report
10:2,5
11:4,19
13:14,15
14:9,17
15:24
17:13
18:25
19:19,21
20:9,10,
20 21:23
26:19
27:16,19
28:9
35:17
41:23
42:6,20,
22 44:6,
13 45:10
53:24
54:11
57:25
59:10
62:4
64:24
68:9 70:6

reported
12:8

reporter
74:24
75:2,6

reports
12:18,24
19:24
30:24
40:2
69:17

request
6:1,5,6,
17,22

7:24,25
9:20
10:1,17
11:4
12:16,17,
21 13:24
14:5
16:2,3,4,
14 17:19
18:5,6

Rescue
19:12

respiration
47:22
50:18
51:13

respiratory
46:11,14
51:15
58:7 59:5
65:22
68:7

respond
24:17
25:6

responded
26:25

responding
70:18

response
5:14 6:5,
17,22 7:1
12:24
16:12,13
18:12
24:24
25:7,12

responses
23:25

responsible
44:9 48:5
73:22

responsive
7:5 13:24
14:4

restrained
50:16,25

restraint
12:20
13:8
37:10
46:1,15,
19 47:3,
5,14,18
48:1,5,
11,15
49:22

restraint/
compressive
45:13
47:11
48:6
50:22
51:21
52:7,11,
15 56:14,
20 57:4

restraints
36:14,18,
22 37:1,
5,15
39:2,16
47:18,19
49:4,5,
18,19

restriction
s
13:21

result
40:18
46:24
60:13
64:18
71:5

resultant
45:14

results
7:18

resuscitati
on
68:8,22

retained
4:14
13:6,13
14:19
17:21
18:1

retention
15:25

reversible
59:22

review
18:24
26:17
27:11
42:6 43:7
52:13
53:14
66:12

reviewed
28:5
48:20
66:25
67:2,3

reviewing
26:20
28:11
35:17

rhythm
12:13
21:12
23:1
73:17

right-hand
5:11 7:11
9:23
11:1,25

rise



DANIEL WOHLGELERNTER, M.D.                    June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD        Index: role..stimulation

39:9,13

role
    41:3
    50:10
    55:13

roles
    8:10

room
    19:16

rule
    71:21
    72:2

_____

        S

S-H-A-H
    23:13

S-T-R-E-S-
S-O-R
    7:18

satisfactio
n
    48:1,10

scene
    21:11
    30:16
    32:7
    54:13

scientific
    16:6

scream
    58:20

screaming
    58:11,14,
    18

secondary
    46:11

seconds
    58:1

section

22:25
28:8 41:8
59:10

seizures
    8:21

sense
    45:5
    46:3,5

sentence
    31:1

separate
    23:18
    49:13,15

sequence
    72:19

serve
    10:11
    13:6

service
    69:7

services
    19:13

set
    74:15

severe
    18:7,18
    21:6 22:5
    42:12
    44:6,9,19
    60:25
    61:25
    62:2
    63:24
    73:4,10

shackles
    49:6 50:7

Shah
    17:7
    23:13

shoulder
    34:12,19,

24 35:7
53:5,10
55:15

show
    22:13
    67:10

showed
    21:11
    44:14,19
    59:5

shows
    23:23
    51:12

side
    11:16

sign
    58:6

significanc
e
    59:15

significant
    41:12

signs
    12:7
    28:15
    29:1
    57:21
    59:5

silent
    58:12

similar
    9:7 12:6
    16:7
    33:24
    50:13

similarly
    14:10

sir
    4:9,12,23
    7:10 8:5
    10:23

11:2
15:14
31:20
33:14
35:5
37:19
38:20
40:5,11,
17 43:10
44:25
45:22
52:9
53:8,15
55:2
57:10
74:13

situations
    68:25

slides
    43:8

slightly
    53:19

smaller
    21:18

sole
    50:9

sort
    10:5 58:8

source
    51:12

sources
    62:25

speak
    39:8
    47:10

speaks
    23:5

specific
    18:22
    22:12
    38:16
    40:23

45:6 47:2
52:13,14

specificall
y
    23:11
    36:19
    38:14
    44:5 46:4
    47:1
    48:20
    53:4 67:5
    68:25

specifics
    53:20

square
    33:11

start
    6:6 19:9
    28:2

started
    26:21

starts
    28:4

state
    4:9 40:12
    75:1

stated
    44:6

statement
    10:2 11:8
    40:22
    43:16
    55:18
    59:20
    62:18

statements
    40:3

stenosis
    43:19

stimulation
    12:1



DANIEL WOHLGELERNTER, M.D.                                        June 12, 2018
JEAN SUAREZ vs CITY OF HOLLYWOOD                          Index: stomach..taser

stomach
  54:6 56:6

stop
  29:16
  58:24

stops
  51:2

storm
  6:11 7:19

strength
  28:21

stress
  8:11

stressor
  7:17

stretched
  58:16

string
  25:2
  26:2,24

struggle
  54:1

struggling
  53:17

studies
  46:21
  47:25
  48:9

study
  47:1
  62:17
  69:19

Suarez
  4:15

Suarez/
titan
  17:20

subdue
  54:8

subject
  53:18
  58:2

subjected
  68:19

submission
  25:12

submitted
  30:24

subpoena
  4:19,23
  5:25 24:1

successful
  36:8

sudden
  6:10 7:15
  8:12,16
  9:6,8
  12:7,13
  21:13
  22:25
  23:5
  43:12
  44:4,9
  60:16,17
  62:20,24
  65:17,20
  71:5,10
  72:6
  73:22

suddenly
  51:1
  58:12

suffer
  42:8

suffered
  32:13
  42:4
  51:20
  55:10

suffering
  58:7

subject
  63:20

sufficient
  43:12
  62:16
  63:12

sufficientl
y
  44:9

suggest
  8:10

suggesting
  6:8 10:7
  25:1,5
  67:6

suggestion
  42:3

suggests
  10:2
  12:11

summary
  28:9

support
  9:12
  11:8,11,
  14 18:18,
  22 21:6,
  25 52:18
  57:12
  62:18
  63:16
  64:2 65:8
  66:2,6
  67:9 68:9
  73:10,21

supports
  10:16
  11:3
  67:15,21

suspect
  74:18

sworn
  20:2

67:20

sympathetic
  6:10 7:19
  8:18

symptoms
  28:16,20
  30:3
  72:23

syndrome
  6:8 7:14
  9:10,21
  11:13,19
  12:9
  29:14
  60:16
  61:15,17
  62:2,5,15
  63:4
  65:18,20
  66:17,23
  67:10,16,
  22 71:11,
  15 72:7,
  13,16,23

synergistic
  45:1

system
  6:11 7:21
  10:18
  11:5
  51:15

──────────

            T

T-A-G-G-A-
R-T
  8:9

Table
  70:6,10,
  13

tachycardia
  6:13 9:16
  21:17

23:6 69:2
  70:25
  71:16,19
  72:16,24
  73:18

tachycardia
/
ventricular
  9:1

Taggart
  8:9

takes
  62:2

taking
  29:16

talk
  14:8 39:4
  50:3 60:8
  63:3
  66:15

talked
  16:17
  36:14
  38:10
  49:19,24
  52:16
  59:12
  60:21
  65:14,16

talking
  11:10
  35:1 39:1
  49:5,22,
  23 50:5
  51:17
  54:2
  69:24

talks
  28:9
  70:11

taser
  36:3
  39:24



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: tasing..understand

40:6,18
41:3

**tasing**
40:22,24

**technical**
16:6

**tecum**
24:1

**temperature**
64:6,9,
12,18

**term**
27:6,7
48:6

**terms**
12:12
13:21
22:23
29:24
31:11,20
32:2
33:11,14
35:5
36:18
37:4,19
38:20
40:5,11
41:13
43:1 45:2
47:4
56:12,18
64:12

**testified**
13:17

**testimony**
19:1 20:2
22:20
67:21
73:25

**textbook**
23:3

**texts**

16:7
22:23

**theoretically**
22:8
73:10

**theory**
65:3

**thigh**
33:2,8,16

**thing**
14:3
20:13
41:9
47:15

**things**
46:14
51:5
65:23

**thoracic**
50:16

**thoroughness**
65:13

**thrombosis**
23:23,24

**thrombotic**
73:12

**time**
5:9 21:1
31:17,22
32:13
33:15
35:6,18
38:24
39:4
53:14
69:9,15
70:2 72:1
73:17

**timeline**
32:4 59:1

69:8

**timelines**
69:25

**times**
56:23

**timing**
70:11

**tissue**
43:8

**tissues**
22:11

**today**
15:25

**told**
15:14,20
27:13

**top**
53:18,24

**topic**
52:14

**torso**
38:21
39:16
49:21
52:24
53:2,10
55:5,12,
18

**totally**
42:19

**tracheobronchial**
51:14

**transcribed**
75:2

**transmittal**
27:1

**treated**
59:23

**treatises**
16:7

**triggered**
9:4

**trouble**
5:24 6:16

**true**
16:14
17:10,11
70:14
74:3,4

**Truntz**
32:7
33:21
34:1,5,
23,25
37:13

**Ts**
60:8

**type**
12:12
21:12
72:17

**Tyson**
19:13
21:10
23:23
28:12
29:1,25
31:3,6,
12,18,21
32:9,12,
22 36:9
37:4
38:1,13,
18,21
39:1,9,
16,24
40:7,12
42:3,8,11
43:12
44:6,19
47:11
48:24

51:18
52:19
54:1,5,6,
8,19 55:9
57:20
58:7,11,
14,24
59:5 61:7
64:10
67:25
68:12
69:5 71:4
72:15
73:19

**Tyson's**
18:7,18,
23 21:6,
24 30:6
32:25
33:7,16,
22 34:1,
6,12,18,
24 35:7,
12,15,22
36:14
41:4,9,19
45:12,23
49:21
53:9
54:20
55:5,15,
22 64:6
73:7

— **U** —

**ultimately**
55:10

**underlie**
9:8

**underlying**
23:2

**understand**
13:16,20,



DANIEL WOHLGELERNTER, M.D.
JEAN SUAREZ vs CITY OF HOLLYWOOD

June 12, 2018
Index: understanding..yelling

22 14:2,
22 15:10
28:19
49:2
50:2,4,6,
9 72:4

understanding
9:18
36:17
37:6,7
38:3,5,9,
16

unexpected
9:6 28:21

unresponsive
38:1,4,
13,19
57:22
58:2,8,23
59:6

updated
66:20

upper
33:1

usages
40:6

**V**

vacuum
72:10

vast
21:15

ventilation
68:21

ventricular
6:12,13
8:25
9:15,16
10:4

11:10,14,
21 21:17
23:6 69:2
70:25
71:15,16,
19 72:16,
17 73:18

verify
25:22

versus
4:15

victims
6:8 7:13
12:9

viewed
8:15

Vilke
70:19
71:23

violent
28:22

visible
9:3

vital
12:7

vocal
58:11

**W**

walk
61:22

walking
68:16,18

weight
32:25
33:16
41:10
47:20

well-
documented
43:21

Wohlgelernter
4:11

wondering
5:13 6:24
7:3 55:7

word
7:22,23
49:3
52:23,24

words
37:7

work
13:16

worked
15:15

worse
44:2

wrestling
39:5

wrists
49:6 50:7

write
5:10

written
66:11

wrong
13:12

wrote
67:8

**Y**

year
20:7

years
17:18

yell
58:20

yelling
58:11,14,
18,24



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com