UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62215-CIV-DIMITROULEAS

JEAN SUAREZ,

    Plaintiff,

v.

CITY OF HOLLYWOOD,

    Defendant.
_____/

**INDEX OF EXHIBITS TO CITY OF HOLLYWOOD'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. Index of Exhibits
2. Rental Agreement
3. Deposition of Dr. Pierre Pean
4. Deposition of Jessica Auerbach
5. Deposition of John Collette
6. Deposition of Robert Brown
7. Deposition of Leonarda Moore
8. Sworn Statement of Patrick McConnell
9. Deposition of Xavier Lesmarie
10. Declaration of Major Boris Millares
11. Deposition of Officer Andreas Pantaloukas
12. CAD Dispatch Transcript
13. Timeline Prepared by Detective Ryan Rillo (Exhibit D to Incident Report)
14. Deposition of Officer Brian Kerns

15. Sworn Statement of Officer Alexis Ramirez

16. Deposition of Officer Alexis Ramirez

17. Autopsy Report

18. Sworn Statement of Officer Andreas Pantaloukas

19. Sworn Statement of Officer Brian Kerns

20. Declaration of Magne "Max" Nerheim

21. Deposition of Officer Alejandro Falcon

22. Deposition of Officer Anthony Truntz

23. Deposition of Officer Kyle Wagner

24. Deposition of Officer Kyle Karl

25. Sworn Statement of Officer Anthony Truntz

26. Sworn Statement of Officer Alejandro Falcon

27. Declaration of Sergeant Yasmanny Ruiz

28. Declaration of Officer James Gibbons

29. Declaration of Rafael Fuentes

30. Sworn Statement of Kyle Wagner

31. Sworn Statement of Xavier Lesmarie

32. Sworn Statement of Christine Corbo

33. Sworn Statement of Jennifer Corbo

34. Fire Rescue Report

35. Declaration of Dr. Pierre Pean

36. Report of Dr. Gary Vilke

37. Report of Dr. Mark Shuman

38. Hollywood Police Department Operations Manual (Oct. 2014)

39. Acknowledgements regarding Standard Operating Procedures

40. Deposition of Lieutenant Thea Basler

41. Report of Chuck Drago

42. Deposition of Chuck Drago

43. Academy Training Materials (Part I)

44. Academy Training Materials (Part II)

45. Police Academy Schedule (Jan. 2014 – June 2014)

46. State Officer Certification Results for Officer Ramirez

47. State Officer Certification Results for Officer Pantaloukas

48. Taser certifications for Officer Ramirez and Pantaloukas

49. Crisis Intervention Team Training Materials