# HOLLYWOOD POLICE DEPARTMENT



# OPERATIONS MANUAL

**FRANK G. FERNANDEZ
CHIEF OF POLICE**

# HOLLYWOOD POLICE DEPARTMENT
## OPERATIONS MANUAL
## TABLE OF CONTENTS

DEPARTMENT RULES AND REGULATIONS (DRRs)..........................................................DRR PG 1-35
DEPARTMENT RULES AND REGULATIONS INDEX.........................................................DRR PG 34-35

## ADMINISTRATIVE SOP'S 100-199 .......................................................................SOP #

WRITTEN DIRECTIVES, OFFICIAL & OTHER CORRESPONDENCE...................................... 100
APPEARANCE STANDARDS ....................................................................................... 101
PERSONNEL UNIT.................................................................................................... 102
AWARDS & RECOGNITION......................................................................................... 103
PROFESSIONAL COMPLIANCE ................................................................................... 104
DISCIPLINE POLICY ................................................................................................. 105
GRIEVANCE AND ARBITRATION ................................................................................ 106
SUBSTANCE ABUSE……………………………………………………………………………… 107
PEER SUPPORT ...................................................................................................... 108
SOCIAL MEDIA……………………………………………………………………………………109
CODE OF ETHICS………………………………………………………………………………….110
PERFORMANCE EVALUATIONS ................................................................................. 111
TRAINING AND PROFESSIONAL DEVELOPMENT ......................................................... 112
TRAVEL POLICY ..................................................................................................... 113
TRANSFER PROCESS .............................................................................................. 118
INFECTIOUS DISEASES ........................................................................................... 119
HARASSMENT AND DISCRIMINATION........................................................................ 120
BIAS BASED PROFILING .......................................................................................... 121
EMPLOYEE INJURY & WORKERS' COMPENSATION ...................................................... 130
LIGHT AND LIMITED DUTY ...................................................................................... 131
OFF-DUTY & EXTRA-DUTY EMPLOYMENT .................................................................. 141
MUTUAL AID .......................................................................................................... 145
STAFF DUTY OFFICER ............................................................................................ 150
ACCREDITATION..................................................................................................... 151
COMPUTER SYSTEMS ............................................................................................. 154
QUARTERMASTER................................................................................................... 155
PUBLIC INFORMATION OFFICER ............................................................................... 156
POLICE RECORDS ................................................................................................... 157
FISCAL MANAGEMENT ............................................................................................ 158
CONFIDENTIAL AND INVESTIGATIVE FUNDS ............................................................. 159
PERSONAL LEAVE AND COMPENSATION ................................................................... 166
COURT PROCEDURES.............................................................................................. 171
VOLUNTEERS IN POLICING ..................................................................................... 181
CRIME WATCH ....................................................................................................... 182
CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM ................................................ 182.1
CITIZEN OBSERVER-RIDE ALONG PROGRAM ............................................................. 183
CHAPLAIN PROGRAM............................................................................................... 184
NEIGHBORHOOD NETWORK CENTERS ...................................................................... 185
WIRELESS TELEPHONES ......................................................................................... 193

## OPERATIONS SOP'S 200-299 ..........................................................................SOP #

USE OF FORCE ....................................................................................................... 200
SPECIAL IMPACT WEAPONS & CHEMICAL AGENTS...................................................... 201
ARREST PROCEDURES............................................................................................. 203
FIREARMS.............................................................................................................. 204

EMERGENCY & POLICE VEHICLE PURSUIT OPERATIONS ................................................. 205
HOMELESS ASSISTANCE ................................................. 206
MARCHMAN ACT ................................................. 211
BAKER ACT ................................................. 212
SEXUAL PREDATOR/OFFENDER REGISTRATION ................................................. 213
POLICE VEHICLE CRASHES ................................................. 214
SPECIAL PURPOSE VEHICLE ................................................. 215
POLICE VEHICLES ................................................. 215.1
RED LIGHT CAMERAS ................................................. 215.2
PATROL FUNCTIONS & RESPONSIBILITIES ................................................. 216
FIELD REPORTING SYSTEM ................................................. 216.1
RAPID ID DEVICE – FINGERPRINT SCANNER ................................................. 216.2
SATELLITE RECEPTION CENTER ................................................. 217
PUBLIC INFORMATION DESK ................................................. 218
RADIO COMMUNICATIONS ................................................. 220
COMMUNICATIONS CENTER ................................................. 221
TOWED OR IMPOUNDED VEHICLES ................................................. 225
COMMUNITY SERVICE OFFICER ................................................. 226
POLICE CANINE ................................................. 227
LOJACK VEHICLE RECOVERY SYSTEM ................................................. 228
LICENSE PLATE READERS ................................................. 228.1
VEHICLE STOPS ................................................. 229
CITATIONS ................................................. 230
TRAFFIC CRASH INVESTIGATION ................................................. 231
HIT & RUN INVESTIGATIONS ................................................. 232
D.U.I. DETECTION & TESTING ................................................. 233
D.U.I. VIDEO RECORDING ................................................. 234
D.U.I. ZERO TOLERANCE ................................................. 235
SPEED MEASURING DEVICES ................................................. 236
TRAFFIC DIRECTION & CONTROL ................................................. 237
CHECKPOINT OPERATIONS ................................................. 238
ROADWAY AND MOTORIST SAFETY ................................................. 239
TRAFFIC & PEDESTRIAN REGULATION EQUIPMENT ................................................. 240
LICENSE PLATE SEIZURE ................................................. 241
VEHICLE ESCORTS ................................................. 242
VICTIM & WITNESS ASSISTANCE ................................................. 243
INTERVIEW ROOMS ................................................. 244
CRIMINAL INVESTIGATIONS ................................................. 245
CRIMES AGAINST PERSONS ................................................. 246
DEATH INVESTIGATIONS ................................................. 247
SEXUAL BATTERY INVESTIGATIONS ................................................. 249
DOMESTIC VIOLENCE INVESTIGATIONS ................................................. 250
MISSING PERSONS ................................................. 251
CHILD ABDUCTIONS/KIDNAPPING ................................................. 251.1
JUVENILES ................................................. 252
CHILD ABUSE & NEGLECT INVESTIGATIONS ................................................. 253
BOMB THREATS AND EXPLOSIVE DEVICES ................................................. 254
PROPERTY CRIMES ................................................. 260
NARCOTICS, LIQUOR, GAMBLING & PROSTITUTION CRIMES ................................................. 261
HOTEL-MOTEL & LANDLORD-TENANT ................................................. 262
ABANDONED & HAZARDOUS APPLIANCES ................................................. 263
PROPERTY AND EVIDENCE ................................................. 270
COMPUTER CRIMES INVESTIGATIONS ................................................. 271
SEARCH WARRANTS ................................................. 272
INFORMANTS ................................................. 273
SEARCH & SEIZURE ................................................. 274

ANIMAL INVESTIGATIONS..................................................................................................... 275
UNUSUAL OCCURRENCES ................................................................................................... 280
HURRICANE PLAN ............................................................................................................... 280.1
HAZARDOUS MATERIALS ................................................................................................... 280.2
STRATEGIC OPERATION PLANS ........................................................................................ 281
SPECIAL EVENTS................................................................................................................. 282
CIVIL DISTURBANCE-MASS ARREST ................................................................................. 283
INCIDENT COMMAND SYSTEM .......................................................................................... 284
HONOR GUARD.................................................................................................................... 285
SPECIAL WEAPONS AND TACTICS TEAM ......................................................................... 290
CRITICAL INCIDENT RESPONSE........................................................................................ 291
DIGNITARY PROTECTION ................................................................................................... 293
MARINE OPERATIONS.......................................................................................................... 294

**SOP INDEX**

# CITY OF HOLLYWOOD, FL. POLICE DEPARTMENT

## Department
## Rules and Regulations

# Frank G. Fernandez
# Chief of Police

## TABLE OF CONTENTS

**Mission Statement** ................................................................................................ **6**

# PART A   INTRODUCTION ................................................................ 7

**General Policies of the Hollywood Police Department** ........................................ **7**

**Crime Prevention and Control:** ........................................................................... **7**

**Providing for the Safety and Services of Citizens:** ............................................. **7**

**Oath of Office: [2.01]** ......................................................................................... **7**

**Law Enforcement Code of Ethics [2.02]** ............................................................ **8**

**Harassment and Discrimination** ......................................................................... **9**

| | | |
|---|---|---|
| **Chapter 1** | **DEFINITIONS** | **10** |
| 1.1 | Absent Without Leave (AWOL): | 10 |
| 1.2 | Accountability: | 10 |
| 1.3 | Accreditation: | 10 |
| 1.4 | Accreditation Standard: | 10 |
| 1.5 | Acting: | 10 |
| 1.6 | ADA: | 10 |
| 1.7 | Administrative Leave: | 10 |
| 1.8 | Amend: | 10 |
| 1.9 | Assistant Chief of Police: | 10 |
| 1.10 | Authority: | 10 |
| 1.11 | Blog: | 11 |
| 1.12 | Bureau: | 11 |
| 1.13 | Canon Of Ethics: | 11 |
| 1.14 | Chain of Command: | 11 |
| 1.15 | Chief of Police: | 11 |
| 1.16 | City: | 11 |
| 1.17 | City Limits: | 11 |
| 1.18 | City Ordinance: | 11 |
| 1.19 | Civilian: | 11 |
| 1.20 | Conduct Unbecoming or Detrimental: | 11 |
| 1.21 | Command Staff: | 11 |
| 1.22 | Command Post: | 11 |
| 1.23 | Commanding Officer: | 11 |
| 1.24 | Communication: | 12 |
| 1.25 | Community Service Officer: | 12 |
| 1.26 | Complainant: | 12 |
| 1.27 | Department: | 12 |
| 1.28 | Department Operations Manual: | 12 |
| 1.29 | Department Rules and Regulations (DRR's): | 12 |
| 1.30 | Department SOP: | 12 |
| 1.31 | Detective: | 12 |
| 1.32 | Discretion: | 12 |
| 1.33 | Division: | 12 |
| 1.34 | Division Commander: | 12 |
| 1.35 | Division Order: | 12 |
| 1.36 | Duty: | 13 |
| 1.37 | Education: | 13 |
| 1.38 | Extenuating Circumstances: | 13 |
| 1.39 | F.C.I.C.: | 13 |
| 1.40 | F.D.L.E.: | 13 |
| 1.41 | Florida Statute 119: | 13 |

| 1.42 | General Order: | 13 |
|------|---------------|----|
| 1.43 | General Policies: | 13 |
| 1.44 | Headquarters: | 13 |
| 1.45 | Health Insurance: | 13 |
| 1.46 | Incompetence: | 13 |
| 1.47 | Insubordination: | 13 |
| 1.48 | Job Descriptions: | 14 |
| 1.49 | Kickbacks: | 14 |
| 1.50 | Lawful Order: | 14 |
| 1.51 | Liability Protection Program: | 14 |
| 1.52 | Lieutenant: | 14 |
| 1.53 | Light Duty: | 14 |
| 1.54 | Limited Duty: | 14 |
| 1.55 | Major: | 14 |
| 1.56 | Member: | 14 |
| 1.57 | Memorandum: | 14 |
| 1.58 | N.C.I.C.: | 14 |
| 1.59 | Neglect Of Duty: | 14 |
| 1.60 | Neighborhood Team Leader (NTL): | 15 |
| 1.61 | Non-Sworn Member: | 15 |
| 1.62 | Non-Sworn Manager: | 15 |
| 1.63 | Non-Sworn Supervisor: | 15 |
| 1.64 | Oath: | 15 |
| 1.65 | Objective: | 15 |
| 1.66 | Off Duty: | 15 |
| 1.67 | Extra- Duty Detail (Police Service): | 15 |
| 1.68 | Officer: | 15 |
| 1.69 | Officer in Charge: | 15 |
| 1.70 | Official Bulletin: | 15 |
| 1.71 | Official Correspondence: | 16 |
| 1.72 | On-Duty: | 16 |
| 1.73 | Order: | 16 |
| 1.74 | Personal Website: | 16 |
| 1.75 | Plain Clothes Officer: | 16 |
| 1.76 | Police Incident: | 16 |
| 1.77 | Policy: | 16 |
| 1.78 | Procedure: | 16 |
| 1.79 | Proficiency: | 16 |
| 1.80 | Promotion: | 16 |
| 1.81 | Rank: | 16 |
| 1.82 | Ranking Officer: | 16 |
| 1.83 | Report: | 17 |
| 1.84 | Reserve Officer: | 17 |
| 1.85 | Retirement: | 17 |
| 1.86 | Rules and Regulations: | 17 |
| 1.87 | Section: | 17 |
| 1.88 | Seniority: | 17 |
| 1.89 | Sergeant: | 17 |
| 1.90 | Shift: | 17 |
| 1.91 | Shift Lieutenant: | 17 |
| 1.92 | Sick Leave: | 17 |
| 1.93 | Social Networking Site: | 17 |
| 1.94 | Standard Operating Procedure (S.O.P.): | 17 |
| 1.95 | Span of Control: | 17 |
| 1.96 | Special Event: | 18 |
| 1.97 | Squad: | 18 |

| 1.98 | Staff Duty Officer: | 18 |
| 1.99 | Staff Inspections: | 18 |
| 1.100 | Supervisor: | 18 |
| 1.101 | Suspension: | 18 |
| 1.102 | Sworn Member: | 18 |
| 1.103 | Table Of Organization: | 18 |
| 1.104 | Termination: | 18 |
| 1.105 | Tour Of Duty: | 18 |
| 1.106 | Truthfulness: | 18 |
| 1.107 | Undercover: | 18 |
| 1.108 | Uniformed Officers: | 18 |
| 1.109 | Unit: | 19 |
| 1.110 | Use Of Force: | 19 |
| 1.111 | Will: | 19 |
| 1.112 | Written Directive: | 19 |
| 1.113 | Written Directive System: | 19 |
| 1.114 | Zone: | 19 |

## PART B   THE ORGANIZATIONAL STRUCTURE OF THE HOLLYWOOD POLICE DEPARTMENT [1.01]

**PART B   THE ORGANIZATIONAL STRUCTURE OF THE HOLLYWOOD POLICE DEPARTMENT [1.01] ................................ 19**

| **Chapter 2** | **Organization Structure** | **19** |
| 2.1 | Organization: | 19 |
| 2.2 | Office of the Chief of Police: | 20 |
| 2.3 | Patrol Services Bureau: | 20 |
| 2.4 | Investigations and Support Services Bureau: | 21 |
| 2.5 | Command Protocol: [1.03A-D] | 21 |
| 2.6 | Span of Control and Chain of Command: [1.02] | 22 |
| 2.7 | Table of Organization [1.01] | 22 |

| **Chapter 3** | **Command Officer/Supervisor Responsibilities** | **22** |
| 3.1 | Chief of Police: | 22 |
| 3.2 | Command Staff: | 23 |
| 3.3 | Supervisors: | 23 |
| 3.4 | Complaints and Inquire: | 23 |
| 3.5 | Department Operations Manual: | 23 |
| 3.6 | Discretion: | 23 |
| 3.7 | Documents: | 23 |
| 3.8 | Execution of Authority: | 23 |
| 3.9 | Health, Welfare and Safety: | 24 |
| 3.10 | Inspections: | 24 |
| 3.11 | Orders: | 24 |
| 3.12 | Performance Appraisals: | 24 |
| 3.13 | Performing Duties of Subordinates: | 24 |
| 3.14 | Preparation: | 25 |
| 3.15 | Public Records Law: | 25 |
| 3.16 | Response to Critical Incidents and Unusual Occurrences: | 25 |
| 3.17 | Reports to Command Staff & Supervisory Officers: | 25 |
| 3.18 | Roll Call: | 26 |
| 3.19 | Temporary Command Position: | 26 |
| 3.20 | Timekeeping: | 26 |

| **PART C** | **RULES OF PROFESSIONAL CONDUCT [11.01] ................................ 26** | |

| **Chapter 4** | **Members Responsibilities** | **26** |
| 4.1 | Addressing Superiors: | 26 |
| 4.2 | Aid, incite or Violate a Written Directive: | 26 |
| 4.3 | Conduct Unbecoming or Detrimental: | 26 |

| 4.4 | Confidential Information: | 27 |
| 4.5 | Consorting with Persons of Ill-Repute: | 27 |
| 4.6 | Courtesy: | 27 |
| 4.7 | Cowardice: | 27 |
| 4.8 | Department Address (Private Use of): | 27 |
| 4.9 | Discussing Internal Investigations: | 27 |
| 4.10 | Fitness For Duty: | 28 |
| 4.11 | Gifts or Gratuities: | 28 |
| 4.12 | Inappropriate Influence: | 28 |
| 4.13 | Insubordination: | 28 |
| 4.14 | Integrity: | 28 |
| 4.15 | Interrupting Legal Process: | 28 |
| 4.16 | Knowledge and Conformity: [11.01] | 29 |
| 4.17 | Membership in Organizations: | 29 |
| 4.18 | Name and Badge Number: | 29 |
| 4.19 | Neutrality: | 29 |
| 4.20 | NCIC/FCIC: | 29 |
| 4.21 | Orders: [2.05] | 29 |
| 4.22 | Orders Conflicting: [2.06] | 29 |
| 4.23 | Use of Tobacco Products: Tobacco Free Workforce (HR-012:1) | 30 |
| 4.24 | Unjust or Contrary to Written Directive: [2.06] | 30 |
| 4.25 | Unlawful Orders: [2.06] | 30 |
| 4.26 | Political Activities: | 30 |
| 4.27 | Probation: | 30 |
| 4.28 | Professional Compliance: | 31 |
| 4.29 | Public Comment/Criticism: | 31 |
| 4.30 | Recommendations/Referral: | 31 |
| 4.31 | Relating Information under investigation: | 31 |
| 4.32 | Rendering Aid: | 31 |
| 4.33 | Residence Telephone and Address: | 31 |
| 4.34 | Temporary Rank: | 32 |
| 4.35 | While on duty: | 32 |



**PART A          INTRODUCTION**

### General Policies of the Hollywood Police Department

**Crime Prevention and Control:**
The primary responsibility of the Hollywood Police Department is to provide protection of citizens' lives and property from criminal activity.  While accepting this central responsibility and establishing it as the Department's first priority, the Department rejects the narrow perspective that crime is solely a "Police problem."  The Department is only one of the components of the criminal justice system.  The others: the legislators, the prosecutors, the defense attorneys, the Courts, and the various correctional facilities and institutions, based upon their responsibilities, authority and resources, must also share the burden of providing meaningful crime prevention and control programs.  In addition, the Department recognizes that criminal acts, at least to some degree, have underlying social causes rooted in sociological, psychological, physiological, educational, political and economic conditions.  The responsibility then for successful social control rests also with those charged with the effective functioning of the social welfare agencies, the allied health professions, the economy, and the Government.  Finally, and perhaps most important, the community and the citizens thereof, play critical roles in the operation of crime prevention and control programs – especially as related to Police activities.  The Department chooses to be part of, rather than apart from, the community it serves.  As such, the Police Officer is a representative of the citizenry, as well as a member of the City.
The support, cooperation and encouragement of the citizenry of Hollywood is a prerequisite to being effective in our effort to eliminate criminal activity.

**Providing for the Safety and Services of Citizens:**
While prevention and control of crime is the Department's first priority, an overwhelming majority of Police time will be expended providing and improving upon the services citizens have learned to rely upon from their Police Department.
The Department is committed to community involvement.  The day-to-day interactions between Police Officers and local citizens clearly establish the Department's strong commitment to providing effective and humane services through the Community Oriented Policing Philosophy.
The Administration of the Department is fully cognizant that the operational Police Officer possesses a wide range of discretion and within the guidelines of the Law and the policies herein contained, urges the Officer to exercise his discretion in service to the community and for the benefit of the citizens.

**Oath of Office:** [2.01]
All Police personnel, prior to assuming sworn status, will take and subsequently abide by an Oath of Office to enforce the Laws and uphold the Constitutions of the United States and the State of Florida. Furthermore, Members will obey the Rules & Regulations of the City of Hollywood and the Rules, Regulations and Orders of the Hollywood Police Department.
"I do solemnly swear that I will support, protect and defend the Constitution, Laws and Government of the United States and of the State of Florida and the Charter and all Ordinances of the City of Hollywood; that I am duly qualified to hold Office under the Constitution of the State, and I will faithfully perform the duties of Police Officer of the City of Hollywood Florida, on which I am now about to enter."

**Law Enforcement Code of Ethics** [2.02]

The City of Hollywood Police Department has adopted the Code of Ethics as published by the International Association of Chiefs of Police.  All sworn Police Officers of this Department, in the execution of their duties and responsibilities, will abide by the Code of Ethics as listed below.

- As a Law Enforcement Officer, my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the constitutional rights of all men to liberty, equality and justice.
- I will keep my private life unsullied as an example to all and will behave in a manner that does not bring discredit to me or to my Agency.  I will maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint; and be constantly mindful of the welfare of others.  Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the Laws and Regulations of my Department.  Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.
- I will never act officiously or permit personal feelings, prejudices, political beliefs, animosities or friendships to influence my decisions.  With no compromise for crime and with relentless prosecution of criminals, I will enforce the Law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.
- I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held, so long as I am true to the ethics of the Police service. I will never engage in acts of corruption or bribery, nor will I condone such acts by other Police Officers.  I will cooperate with all legally authorized Agencies and their representatives in the pursuit of justice.
- I know that I alone am responsible for my own standard of professional performance and will take every reasonable opportunity to enhance and improve my level of knowledge and competence.
- I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession … Law Enforcement.

**(International Association of Chiefs of Police)**

**Harassment and Discrimination**

The City of Hollywood is committed to providing equal opportunity to all Members and applicants for employment and will not discriminate or harass on the basis of gender, race, color, religion, national origin, age, political affiliation, sexual orientation, ancestry, disability, marital and /or veteran status.  Standard practice or employment will be in accordance with applicable equal employment opportunity Laws including Federal and State regulations.  Furthermore, efforts shall be made to ensure full compliance with the City's Equal Employment Opportunity, Sexual Harassment, Americans with Disabilities Act, and Veterans Policies and the City of Hollywood Code of Ordinances Section 33.004.

The City of Hollywood desires and embraces the diversity of people represented within its workforce. America is culturally diverse and multicultural points of view strengthen us as a City.  Therefore, the City welcomes and seeks balance within the Organization.  All Members are expected to respect the added value of the different groups represented at the City of Hollywood.

The City of Hollywood enthusiastically accepts the responsibility of providing its Members with good working conditions, competitive salaries and benefits, and the personal respect that each Member deserves. The City makes every effort to ensure that all Members are treated fairly.  In no case will abuse of any Member be tolerated.  The City considers no deviation from this policy too trivial for prompt attention.  If you have any concerns regarding the violation of this policy, whether as a victim or as a witness to discrimination, you should contact the Human Resources Division, Equal Opportunity Manager at 921-3216, or the Police Department's designated E.E.O. Representative.

DEFINITION OF TERMS

**Chapter 1          DEFINITIONS**

Except as otherwise provided, the following words or terms as they appear in the manual are defined as follows:

**1.1          Absent Without Leave (AWOL):**

Unexcused failure to report for duty at the Member's regularly scheduled time: or at the time designated by Order from a Supervisor: or leaving a duty assignment and/or post before being relieved or released from assignment by a Supervisor.

**1.2          Accountability:**

The state of being held responsible for specified, job-related results as well as your own actions.

**1.3          Accreditation:**

A voluntary, self-motivated approach by which organizations seek to achieve, objectively verify, and maintain high quality in their operations through periodic evaluations.

**1.4          Accreditation Standard:**

Minimum expectation of professional quality as determined by the Commission for Florida Law Enforcement Accreditation.

**1.5          Acting:**

Serving temporarily in a position to which the Member is assigned by competent authority, usually in a position of higher rank.  All the authority, responsibilities, and duties of the higher rank are delegated to the acting Member.

**1.6          ADA:**

The Americans with Disabilities Act (ADA) of 1990 requires Departments of any State or local government to ensure those qualified individuals with disabilities can participate in, and receive the benefits of, any program, service or activity.

**1.7          Administrative Leave:**

Certain authorized absences not provided for under regular leave policies for purposes that further the good order and discipline of the Department.  This is not an employee right, benefit nor term of condition of employment and must be approved by the Chief of Police.

**1.8          Amend:**

To alter by adding, deleting, or rephrasing; to improve content.

**1.9          Assistant Chief of Police:**

An Assistant Chief of Police is the second highest rank within the Hollywood Police Department.   The Hollywood Police Department has two Assistant Chiefs of Police, each are in charge of a Bureau.  Division Majors report directly to an Assistant Chief of Police.

**1.10          Authority:**

All members are given the authority to make decisions necessary for the effective execution of their responsibilities. **[11.3.1.A]**

The power to enforce Laws, determine, or judge; to hold person(s) accountable.**[11.3.1B]**

**1.11**     **Blog:**

A personal online journal that is frequently updated and intended for general public consumption.  Blogs are defined by their format:  a series of entries posted to a single page in reverse-chronological order.  Blogs generally represent the personality of the author or reflect the purpose of the website that hosts the blog.

**1.12**     **Bureau:**

There are two Bureaus in the Department: the Operations Bureau and the Administration Bureau.  An Assistant Chief of Police Commands each Bureau.

**1.13**     **Canon of Ethics:**

Rules or standards governing the conduct of Members of a profession.

**1.14**     **Chain of Command:**

The unbroken line of authority extending from the Chief of Police down through a single subordinate at each level of Command, to the level of execution.
- Police Chief
- Assistant Police Chief
- Major
- Lieutenant or Non-Sworn Manager
- Sergeant or Non-Sworn Supervisor
- Police Officer or Non-Sworn Personnel

**1.15**     **Chief of Police:**

Chief Administrative Officer.

**1.16**     **City:**

The City of Hollywood, Broward County, Florida.

**1.17**     **City Limits:**

That area within the corporate City limits of the City of Hollywood, Florida.

**1.18**     **City Ordinance:**

A Law enacted by the City Commission of the City of Hollywood, Florida.

**1.19**     **Civilian:**

Any Member of the Department whose position does not require certification under Florida Statute 943.

**1.20**     **Conduct Unbecoming or Detrimental:**

Any conduct or act, which has an adverse impact upon the operation of the Department or adversely affects the Member's ability to perform the required duties or brings discredit to the Department.

**1.21**     **Command Staff:**

Consists of the Chief of Police, Assistant Chiefs of Police, and Majors.

**1.22**     **Command Post:**

A temporary location in the field or within a departmental facility established for an incident that requires more than routine supervision to control and coordinate operations.

**1.23**     **Commanding Officer:**

Chief of Police, Assistant Chiefs of Police, Majors, and Lieutenants who are in charge of Divisions, Districts, Sections , Units, Squads, Offices, Shifts, Staffs or field operations.

During the absence of the Commanding Officer, the Member designated to relieve such Commanding Officer is in Command and during that time is the Acting Commanding Officer.

**1.24**     **Communication:**

Information, either oral or written, and any duplication, reproduction or photograph thereof.

**1.25**     **Community Service Officer:**

A now-sworn Member responsible for the performance of a variety of non-emergency field and office activities relating to the Law Enforcement mission.  Community Service Officers have received specialized training and are certified in parking enforcement and accident investigation.

**1.26**     **Complainant:**

An individual, requesting some degree of Police service, responded to by a Member of the Department.

**1.27**     **Department:**

The Police Department of the City of Hollywood, Florida.

**1.28**     **Department Operations Manual:**

A collection of Written Directives in notebook format containing Department Standard Operating Procedures and Department Rules and Regulations.

**1.29**     **Department Rules and Regulations (DRR's):**

Written directives issued by the Chief of Police that establish specific Member behavior not found within a SOP.

**1.30**     **Department SOP:**

Written directives issued by the Chief of Police to establish guidance of Department operations and Member behavior.

**1.31**     **Detective:**

A Police Officer assigned to an investigative function.  The designation is an assignment and not a promotion.

**1.32**     **Discretion:**

Freedom to act or judge on one's own best judgment.

**1.33**     **Division:**

A component of the Department that operates under the direction of a Division Commander holding the rank of Police Major who reports directly to an Assistant Chief of Police.

**1.34**     **Division Commander:**

Police Major.

**1.35**     **Division Order:**

Temporary SOP's issued by the Chief of Police, Assistant Chief of Police or Division Major to announce policies and procedures concerning a specific matter, event or set of circumstances for the Department or a Division.

**1.36**     **Duty:**

An act or course of action required by position, Law or Custom.  A service, function, or task assigned to a Member.

**1.37**     **Education:**

The City provides educational benefits in accordance with the current Collective Bargaining Agreement for Police. **[22.2.2E]**

**1.38**     **Extenuating Circumstances:**

Something arising suddenly from current events; any event or occasional action or remedy; a sudden and unexpected happening or an unforeseen occurrence or condition.

**1.39**     **F.C.I.C.:**

Florida Crime Information Center.

**1.40**     **F.D.L.E.:**

Florida Department of Law Enforcement.

**1.41**     **Florida Statute 119:**

Also known as the Florida Public Records Act; directs that all documents created and/or maintained by a governmental entity be made available for public inspection.

**1.42**     **General Order:**

General Orders are temporary SOP's or DRR's issued by the Chief of Police or designee to announce policy or procedures concerning a specific matter, a set of circumstances or an event.

**1.43**     **General Policies:**

The Chief of Police will establish General Policies.  They will provide the ideological value statements of the Department that will serve as the foundation for the delivery of Law Enforcement services to the community.

**1.44**     **Headquarters:**

The primary Police Administrative facility located at 3250 Hollywood Boulevard, Hollywood, Florida.

**1.45**     **Health Insurance:**

The City shall provide health insurance to all personnel, their spouses and families at rates determined through collective bargaining.  Information about the Health Insurance plan is contained within the Collective Bargaining Agreements for Police and General Employees. **[22.2.2A]**

**1.46**     **Incompetence:**

Demonstrated incident(s) of unsatisfactory performance of duties; the lack of any of the following qualities maybe evidence of incompetence: courage, honesty, emotional stability, sound judgment, alertness, decisiveness, power to observe, initiative, energy, intelligence, or the ability to get along with people.

**1.47**     **Insubordination:**

The willful disobedience of any order lawfully issued by a Supervisor, or any disrespectful, insolent or abusive language toward a Supervisor.

**1.48**     **Job Descriptions:**

The City of Hollywood Human Resource Department maintains current job descriptions for all employees.  The job descriptions can be located at http://www.hollywoodfl.org/ under Human Resource and Risk Management. **[21.2.2]**

**1.49**     **Kickbacks:**

Includes referral fees, rebates, money, services, favors, gifts, discounts, considerations, or anything of value.

**1.50**     **Lawful Order:**

A verbal or written order which is either prescribed by Law, the Department Manual or a Superior Officer. **[2.05]**

**1.51**     **Liability Protection Program:**

The City provides liability protection pursuant to F.S.S. 768.
The City also purchases an endorsement to the City's General Liability Policy which covers personal injury liability for Police Officers.  The definition contained therein is of personal injury sustained by any person or organization and arising out of any offense, act or omission committed by one or more Police/Peace Officers resulting from Law Enforcement activities of the City's Police Department.  This coverage is subject to Erroneous service of civil papers by a Police Officer or assault and battery and resultant bodily injury by Police Officer in the course of Law Enforcement activities. **[22.2.2D]**

**1.52**     **Lieutenant:**

A Unit or Section Commander.

**1.53**     **Light Duty:**

Assignments of a nature that will not aggravate an injury or infirmity and which has medically been determined to be permanent or persistent.

**1.54**     **Limited Duty:**

Those temporary assignments in which special job functions are curtailed due to injury or infirmary.  An administrative assignment which will terminate upon a Member's recovery or by order of the Chief of Police.

**1.55**     **Major:**

A Division Commander who may report directly to the Chief of Police or an Assistant Chief of Police.

**1.56**     **Member:**

All employees of the Hollywood Police Department, including: sworn, non-sworn, full-time, part-time and volunteer.

**1.57**     **Memorandum:**

A written document that is generally used to clarify, inform, request or inquire.

**1.58**     **N.C.I.C.:**

National Crime Information Center.

**1.59**     **Neglect of Duty:**

Failure to perform duties as required by Statute, Ordinance, Work Rules and Regulations, SOP's, or Departmental Directives, written or verbal.  Examples include: failure to take appropriate action upon the commission of a crime, disorder, or other act or condition deserving Police attention; absence without leave; failure to report for duty at the time and place designated, unnecessary absence from assigned zone during tour of duty; failure to

perform duties prescribed in Rules and Regulations; failure to conform to Department operating procedures.

**1.60**    **Neighborhood Team Leader (NTL):**

A Police Officer assigned to a neighborhood. The duties of the NTL include, but are not limited to the following: coordination of Team activities, maintenance of Team guidebooks, attendance at community events, attendance at civic/community meetings and facilitation of communications among Team Members. The NTL will have an understanding of the neighborhood challenges and the environment that attributes to community and quality of life issues. The NTL will also possess complete knowledge of all available resources utilized in the intervention and resolution of issues.

**1.61**    **Non-Sworn Member:**

Members who are not working as a certified Law Enforcement Officer or Correction Officer.

**1.62**    **Non-Sworn Manager:**

Non-sworn Members at a rank equivalent to Lieutenant with like duties and responsibilities.

**1.63**    **Non-Sworn Supervisor:**

Non-sworn Members at a rank equivalent to Sergeant with like duties and responsibilities.

**1.64**    **Oath:**

A solemn, formal declaration or promise to fulfill a pledge.

**1.65**    **Objective:**

A result that one intends to attain in order to achieve partial fulfillment of a goal. An objective is a sub-goal or an element of a goal, and therefore, requires a shorter time to accomplish than a goal.

**1.66**    **Off Duty:**

The state of a Member during the hours not "on-duty".

**1.67**    **Extra- Duty Detail (Police Service):**

Extra- Duty Details are approved and assigned by the Department and performed by qualified Members. The scope of Extra- Duty Details is similar to routine Police functions, but are services which cannot be provided by on-duty Members. Off-duty Members are requested and compensated by individuals or establishments outside the Police Department.

**1.68**    **Officer:**

A duly appointed Police Officer of the Department who is certified by the Criminal Justice Standards and Training Commission pursuant to F.S.S. 943 and sworn to act as a Police Officer, excluding Reserve, Auxiliary and Community Service Officers.

**1.69**    **Officer in Charge:**

The first Officer at a specific incident or scene, unless formally relieved by a ranking Member of the Department or an assigned investigating Officer.

**1.70**    **Official Bulletin:**

A bulletin prepared under the direction of the Chief of Police, published once a week to ensure that all Members of the Department are kept fully informed and have up to date information.

**1.71**     **Official Correspondence:**

Letters written on official Hollywood Police Department letterhead, written in the name of the Chief, with the authorized Member placing their name on the letter and signing it.

**1.72**     **On-Duty:**

That period, during which a Member is actively engaged in the performance of an assigned duty or performing a Police action.

**1.73**     **Order:**

A written or oral instruction, given by a Supervisor and/or acting Supervisor to a subordinate.

**1.74**     **Personal Website:**

Website created or configured by an individual for business, social, or entertainment purposes.

**1.75**     **Plain Clothes Officer:**

Officers whose duties require the wearing of civilian clothing during a tour of duty.

**1.76**     **Police Incident:**

An occurrence or incident requiring Police action or service by Members pursuant to Law, Rules or Regulations, Policy or Procedures of the Department.

**1.77**     **Policy:**

A statement within a Written Directive that is an ideological value statement of the Department that will serve as a foundation for the delivery of Law Enforcement services to the community.  These values will guide the development of all SOP's and DRR's.

**1.78**     **Procedure:**

The official method of managing the prescribed activities and policies of the Department.

**1.79**     **Proficiency:**

The additional skills, knowledge, and abilities that are needed to remain competent in performing the duties and responsibilities of a job.

**1.80**     **Promotion:**

A change in the employment status of a Member to a position of greater responsibility or higher rank.

**1.81**     **Rank:**

Each class of Officer within the Department has a rank.  The titles of the ranks are:
- Chief of Police
- Assistant Chief of Police
- Major
- Lieutenant
- Sergeant
- Police Officer

**1.82**     **Ranking Officer:**

The Officer having the highest rank.  Officers of the same rank will grade according to the date of their appointment to that rank.  If the dates of appointment are the same, then rank will be determined by existing policy.  When two or more Officers are on-duty together, the Officer of highest rank is in Command and will be held responsible for the operation.  An Officer may be designated by a Supervisor to take Command without regard to rank.

**1.83**     **Report:**

A written communication, unless otherwise specified, relating to Police matters.

**1.84**     **Reserve Officer:**

A volunteer, State certified, sworn Law Enforcement Officer, with or without compensa-tion, who possesses the same powers and performs the same duties as a regular, full time Police Officer.  Reserve Officers have qualifications and training equivalent to full time, regular, sworn Officers performing like functions and are utilized to augment the Department's day-to-day delivery of Law Enforcement services.

**1.85**     **Retirement:**

By, ordinance, participation in the City's Retirement System is mandatory for full-time employees.  The ordinance requires a contribution of a specified percentage of base pay to be paid by the employee.  Information about the retirement plan and benefits is availa-ble through the City of Hollywood Human Resource Department. **[22.2.2A]**

**1.86**     **Rules and Regulations:**

Specific directions not included within a Standard Operating Procedure (SOP).

**1.87**     **Section:**

An organizational subdivision, which may be a subunit of a Division or Bureau, or under the immediate direction of an Assistant Chief of Police.

**1.88**     **Seniority:**

A position of higher standing determined first by time in rank, then by length of service time in the Department.

**1.89**     **Sergeant:**

A Sergeant is a first-line Supervisor having immediate control over Members assigned to them.

**1.90**     **Shift:**

An assigned working period during a 24-hour period of time.

**1.91**     **Shift Lieutenant:**

The on-duty Lieutenant in charge of a Patrol Shift.

**1.92**     **Sick Leave:**

That period during which a Member is excused from active duty by reason of illness or off-duty injury.

**1.93**     **Social Networking Site:**

A website or service that enables users to create public profiles within that website and form relationships with other users of the same website who access their profile.  Social networking sites can be used to describe community-based websites, online discussions, forums, chat rooms and other social spaces online or by cell phone.

**1.94**     **Standard Operating Procedure (S.O.P.):**

Written directives that establish guidance of Member behavior or operations.  Department SOP's are issued by the Chief of Police.  Division SOP's are issued by the Division Ma-jor.

**1.95**     **Span of Control:**

The number of persons reporting to any one Supervisor.

**1.96**     **Special Event:**

An activity, such as a parade, festival, athletic contest, or public demonstration that results in the need for supervision of traffic control, crowd control, and related activities.

**1.97**     **Squad:**

A group of Members regularly assigned to one Supervisor.

**1.98**     **Staff Duty Officer:**

A Designee of the Chief of Police who acts as the on-call Commanding Officer.

**1.99**     **Staff Inspections:**

Inspections conducted by Members assigned to the Accreditation Unit and who have control of the persons, facilities, or procedures being inspected.

**1.100**    **Supervisor:**

Any sworn Member of the Department assigned to the rank of Sergeant or above, or a Non-sworn Supervisor or Lead Worker, either on a permanent, probationary or acting basis, or any Member of the Department assigned to a position requiring immediate supervision over other Departmental personnel.

**1.101**    **Suspension:**

The act of temporarily denying a Member the privilege of performing his duties as a result of allegations of misconduct or in consequence of a sustained violation of Law, Rules and Regulations, SOPs, General or Division Orders.

**1.102**    **Sworn Member:**

A duly appointed Police Officer, Reserve Officer and Correctional Officer of the Department who is certified by the Criminal Justice Standards and Training Commission pursuant to F.S.S. 943 sworn to an Oath of Office and possessing those general Peace Officer powers prescribed by the Florida Constitution, Florida State Statutes and the City of Hollywood Ordinances.

**1.103**    **Table of Organization:**

A chart establishing the span of control and delineating the Chain of Command within the structure of the Department.

**1.104**    **Termination:**

The act of discontinuing the service of a Member with the Department.

**1.105**    **Tour of Duty:**

The time during which a Member is on-duty.

**1.106**    **Truthfulness:**

Members are required to be truthful at all times, whether under oath or not, except as authorized in the performance of duties and as necessary for maintaining covert operations during investigation of criminal activities.  Untruthfulness includes deliberate misrepresentation of the truth and/or omissions of facts which would clarify an issue.

**1.107**    **Undercover:**

Those Members whose identity must remain anonymous to the public to effectively accomplish the Police mission.

**1.108**    **Uniformed Officers:**

A Police Officer who is required to wear a regulation Police uniform in the course of his duties.

**1.109**      **Unit:**

An organizational subdivision that may be a sub-unit of a Division or Bureau, or an entity assigned under the immediate direction of the Police Chief.

**1.110**      **Use of Force:**

A defensive response by an Officer to overcome a person's physical resistance to an Officer's performance of Legal duty; to protect an Officer or another person from physical resistance or acts of aggression that are likely to cause bodily harm; or is used to apprehend a fleeing criminal suspect.

**1.111**      **Will:**

Expressive authority that is mandatory.

**1.112**      **Written Directive:**

Any written document used to guide the performance or conduct of Department Members.  The term includes SOP's and DRR's, and require a Written Directive Receipt Form to be signed.

**1.113**      **Written Directive System:**

A formal system designed to provide Members with a clear understanding of the constraints and expectations relating to the performance of their duties.

**1.114**      **Zone:**

A designated section of the City that a Member is assigned to for any duty responsibility.

**PART B**      **THE ORGANIZATIONAL STRUCTURE OF THE HOLLYWOOD POLICE DEPARTMENT [1.01]**

      **Chapter 2        Organization Structure**

**2.1**      **Organization:**

**2.1.1**      In order to carry out its functions, the Police Department is divided into several organizational components delineating the span of control and the ranks of Members within the Chain of Command of the Department, as per the Table of Organization.

**2.1.2**      The organizational structure of the Department will consist of the Office of the Chief of Police and two Bureaus: the Administrative Bureau and the Operational Bureau.  An Assistant Chief will command each Bureau.

**2.1.3**      The Operational Bureau has three Divisions: the Patrol Division East District, the Patrol Division West District and the Special Operations Division. The Administrative Bureau has three Divisions: Criminal Investigations Division, Support Services Division and Professional Standards Division.  Each Division includes various Sections and Units, which are grouped by function as determined by the Chief of Police to best, serve the citizens of the City of Hollywood.

**2.1.4**      Only one Supervisor will be designated as the Commander of any one Division, Section, Unit, Shift, Squad, or Office and will be accountable for the effective direction, coordination, and control of that organizational component.

**2.1.5**      The Department's organizational structure is depicted on an organizational chart indicating the position of Bureaus, Sections and Units in the Chain of Command.  The organizational chart for the Department will be contained in the DRR's section of the Operations Manual.  The organizational chart will be reviewed and updated as needed.  **[1.01]**

**2.2**      **Office of the Chief of Police:**

The mission of the Office of the Chief of Police is to create a synergy between the various functions and services within the Organization to work collectively towards the Department's mission and Strategic Plan.  For assistance, the Chief utilizes a variety of components to promote programs and services, provide accountability, legal compliance and organizational improvement.  The Office of the Chief of Police will consist of the following:

➢ **General Counsel**

➢ **Community and Media Relations**
  - ❖ PIO/Media
  - ❖ SRO/PAL/Explorers
  - ❖ Community Outreach Programs
  - ❖ Crime Prevention

➢ **Code Enforcement/Manager**

➢ **Internal Affairs**
  - ❖ Accreditation
  - ❖ Staff Inspections

➢ **Fiscal Affairs**
  - ❖ Timekeeper

**2.3**      **Operational Bureau:**

The mission of the Operational Bureau is to provide for the day to day Law Enforcement activities of the Hollywood Police Department.  The Operational Bureau is Commanded by an Assistant Chief of Police and consists of the following:

➢ **Patrol Division – East District**
  - ❖ Patrol Services East
  - ❖ Neighborhood Services
  - ❖ Street Crimes
  - ❖ Neighborhood Team Leader's
  - ❖ Downtown Corridor Bicycle Unit

➢ **Patrol Division – West District**
  - ❖ Patrol Services West
  - ❖ Neighborhood Services
  - ❖ Street Crimes
  - ❖ Neighborhood Team Leader's

➢ **Beach District Special Operations**
  - ❖ Patrol Services Beach
  - ❖ Neighborhood Services
  - ❖ Neighborhood Team Leader's
  - ❖ Canine
  - ❖ Traffic Homicide
  - ❖ Motors
  - ❖ Beach & Marine
  - ❖ Hostage Negotiations
  - ❖ SWAT
  - ❖ Field Force
  - ❖ Detail/Special Events
  - ❖ CIU/CCTV/LPR

❖ CRO's

**2.4**      **Administrative Bureau:**

The mission of the Administrative Bureau is to provide for the day to day administrative activities of the Hollywood Police Department.  The Administrative Bureau is Commanded by an Assistant Chief of Police and consists of the following:

> **Criminal Investigations Division**
> ❖ Investigative Services
> ❖ JTTF
> ❖ Crime Scene Investigations
> ❖ Vice, Intelligence and Narcotics

> **Support Services Division**
> ❖ Quarter Master
> ❖ Property
> ❖ Information Technology
> ❖ Red Light Camera
> ❖ Records Section
> ❖ Communications Center/Teletype

> **Professional Standards Division**
> ❖ Personnel
> ❖ Training/Professional Development
> ❖ CIT
> ❖ Staffing Office

**2.5**      **Command Protocol: [1.03A-D]**

**2.5.1**      In the event of the sudden unexpected absence of the Chief of Police, the most senior, highest-ranking Officer will assume the duties of the Chief of Police until relieved by a higher authority.  Command authority automatically succeeds in the following descending order, unless otherwise directed: **[1.03A]**
     **a.** Assistant Chief of Police
     **b.** Major
     **c.** Lieutenant
     **d.** Sergeant
     **e.** Officer.

**2.5.2**      Expected absences of the Chief of Police will be preceded by a Memorandum, which will appoint a temporary replacement for the expected time of the Chief of Police's absence. The appointed Member will assume all duties and responsibilities of the Chief of Police and carryout and enforce all Policies, Procedures, and Rules and Regulations. **[1.03A]**

**2.5.3**      During exceptional situations when Members of the same organizational component of equal rank are at a scene, the senior Member will assume Command. **[1.03B]**

**2.5.4**      When Members of different functions are involved in an incident, the ranking Member present is responsible until the organizational component responsible for the follow up investigation and/or conclusion of the case arrives, at which time he/she will assume responsibility for, and take Command of, the investigation.  The Chief of Police has the authority to designate command authority in any situation as needed. **[1.03C]**

**2.5.5**      Under normal day-to-day operating conditions, the highest-ranking Member present at an incident will assume Command. **[1.03D]**

**2.6**     **Span of Control and Chain of Command:** [1.02]

**2.6.1**   Each Member of the Hollywood Police Department is accountable to only one Supervisor at any given time. [1.02]

**2.6.2**   The Chain of Command will be preserved in order to maintain principles of good administration and will not be bypassed except under emergency conditions or unusual situations.

**2.6.3**   Division Majors will be responsible for reviewing the span of control of all Supervisors under their Command to ensure Officer safety and community response.  Division Majors should consider:
   **a.**   The extent to which Supervisors must carry out non-management tasks
   **b.**   The specialty of tasks performed by the Unit.

**2.7**     **Table of Organization [1.01]**



**Chapter 3     Command Officer/Supervisor Responsibilities**

**3.1**     **Chief of Police:**

The Chief of Police is the Chief Administrative Officer of the Department and the final Departmental Authority on all matters of policy, operations and discipline.  The Chief of Police is responsible for the planning, directing, coordinating, controlling, and staffing of all activities of the Department for its continued and efficient operation; for the enforcement of Rules and Regulations within the Department; for the Department's relationship with the citizens, the City Government, and other Agencies for providing and defining the mission of the Department; and for the successful accomplishment of that mission.

3.2      **Command Staff:**

The Command Staff will be responsible for the effective and efficient management of the Department by establishing goals and objectives that are congruent with the Department's Mission and Strategic Plan.  Command Staff Members are also responsible for the duties outlined for all Supervisors.  The Command Staff will consist of the following personnel:

- Assistant Chiefs of Police
- Police Majors

3.3      **Supervisors:**

Supervisors have direct supervision and control, subject to the orders of the Chief of Police, over all Members of the Department assigned to their Command. The responsibilities herein outlined may be delegated, but such delegation will not relieve the Supervisor of the responsibility for ensuring that his duties are accomplished.

3.4      **Complaints and Inquire:**

3.4.1    Members will maintain a patient, sincere, courteous, and dignified attitude with all citizens and Members, making inquiries and requesting service.

3.4.2    Members will investigate or cause to be investigated all complaints by citizens and Department Members involving misconduct, incompetence, neglect of duty, or any violations of the City of Hollywood Employment Rules and Regulations and/or Police Department Policies, DRR's, SOP's, General or Division Orders on the part of anyone under their Command.

3.5      **Department Operations Manual:**

Supervisors are responsible for ensuring that Members under their Command have a copy of the Department Operations Manual including all amendments, changes, and corrections thereto and will see that each Member under their Command receives the proper direction and instruction so the execution of their duties are accomplished in the manner prescribed by the Department Manual.

3.6      **Discretion:**

All Members are empowered and encouraged to decide responsibility.  Members will be held accountable for their discretionary decisions.

3.7      **Documents:**

3.7.1    The preparation, distribution, transmission, accuracy, routing, safekeeping, usage, and preservation of written directives, official records, reports, forms, affidavits, warrants, subpoenas, and other papers of Legal process, as well as timely and proper completion and accuracy of these items.

3.7.2    The prompt service of all official notices, summons, or subpoenas.

3.7.3    The prevention of unauthorized removal, or alterations of records, except for the purpose of correcting a clerical misprint or error so accuracy or completeness is improved.

3.7.4    Subordinates are required to carry all required reports and accurately, promptly and completely record all information, in black ink, on the proper forms.

3.8      **Execution of Authority:**

3.8.1    Treating all Members with courtesy, dignity, respect, and fairness.

3.8.2    Insuring cooperation with all other Divisions of the Department.

3.8.3    Promoting harmony within Command.

| | |
|---|---|
| 3.8.4 | Maintaining morale and discipline, without laxity, prejudice or discrimination, among Members of their Command.  Repeated leniency toward Members in their Command will be deemed neglect of duty on the part of the Supervisor. |
| 3.8.5 | Set an example to all subordinates in appearance, energy, sobriety, courtesy, dignity, courage, thoroughness, truthfulness, skill, discipline and attention to duty. |
| 3.8.6 | Insuring no obligation to any person of lesser rank. |
| 3.8.7 | Managing assigned subordinates even though a Superior Officer may be present. |
| 3.8.8 | Retaining Command over all subordinates within the Department and initiating investigations or corrective action against a Member committing any violation. |
| **3.9** | **Health, Welfare and Safety:** |
| | The preservation of the health, welfare, and safety of any person in the custody of, in the care of, under the influence of, or detained by, any Member to include safeguarding of all property of such persons and not allowing unnecessary violence during the questioning or management of, except when force is reasonable and necessary in the maintaining of custody and control. |
| **3.10** | **Inspections:** |
| 3.10.1 | Inspecting all buildings, offices, office furnishings, equipment and vehicles within their Command with a view toward proper care, economical use, repair, safety, and sanitation of City owned facilities and equipment. |
| 3.10.2 | Inspecting and observing of all Members within their Command to ensure their compliance with all City of Hollywood Employment Rules and Regulations and Police Department Rules and Regulations, Standard Operating Procedures, City Administrative Policies, General and Division Orders. |
| **3.11** | **Orders:** |
| 3.11.1 | Giving orders that are clear, civil in tone, and understandable.  Explanation of orders will be given to improve comprehension.  Vagueness and ambiguity creates confusion, reduces efficiency and injures the morale of the Department. |
| 3.11.2 | Taking action in cases not regularly assigned to their Command when the delay might result in a failure of the Department to perform a Police duty. |
| 3.11.3 | Exercising care that a given order does not conflict with an order of the Member's Supervisor. |
| 3.11.4 | Supervisors will not countermand an order issued by a Superior Officer without sufficient cause. |
| 3.11.5 | Insuring that an order is carried out and properly executed.  Merely issuing an order does not relieve the Supervisor of this responsibility. |
| **3.12** | **Performance Appraisals:** |
| | Maintaining written documentation of each assigned Member's performance and behavior to accurately prepare performance evaluations at such intervals and upon such forms as may be required. |
| **3.13** | **Performing Duties of Subordinates:** |
| | Being proficient in the duties of their subordinates and performing those duties when the need arises.  Supervisors are not relieved from providing those Police services normally conducted by subordinates such as directing traffic, effecting arrests, dispatching or such other duties of general Police service as situations may require. |

3.14        **Preparation:**

Supervisors will, upon reporting for duty, thoroughly familiarize themselves with all Police business that has been transacted since their last tour of duty which may affect them or their Command, including all written directives, bulletins, and intelligence information. Supervisors will ensure that minimum staffing levels are satisfied.  Ignorance of such Police business will not be an excuse for the improper performance of duties.

3.15        **Public Records Law:**

Being knowledgeable of F.S. Chapter 119, Public Records Law, to properly facilitate requests for inspection or release of records.

3.16        **Response to Critical Incidents and Unusual Occurrences:**

Occurrences of a serious or unusual nature, incidents that involve controversy of a Department Member or incidents that contain subject matter, which falls within their duty assignment requires a response to the scene.   If the Supervisor's presence at another location would be of more value, the Supervisor will assign a competent Officer to take Command at the scene.

3.17        **Reports to Command Staff & Supervisory Officers:**

Members and Supervisors will report critical incidents, incidents of an unusual occurrence, controversial incidents involving a Department Member and other serious crimes to their immediate Supervisor.
**Monday - Friday                    8:00am - 5:30pm**
The Patrol Shift Lieutenant will notify their Immediate Supervisor of the occurrence of any incident described below.
**Monday – Friday                    5:30pm – 8:00am**
The Patrol Shift Lieutenant will notify the Staff Duty Officer of the occurrence of any incident described below.
**Saturday and Sunday**
The Patrol Shift Lieutenant will notify the Staff Duty Officer of the occurrence of any incident described below.
After discussing the incident with their immediate Supervisor or the Staff Duty Officer, it will be the Shift Lieutenant's responsibility to commence an "All Page" through the Communications Section.  The "All Page" will commence as soon as possible and in any event no longer than 30 minutes after the Shift Lieutenant notifies the appropriate Command Staff Member. Incidents highlighted in RED require immediate notification of the Staff Duty Officer.
An "All Page" will be initiated, but will not be limited to the below list of incidents.

> ➢ **Police involved shootings**
> ➢ **Incident with media attention**
> ➢ **Serious injury to a Department Member**
> ➢ **Arrest of a Department Member**
> ➢ On-going Critical Incident(s)
> ➢ All shootings with injuries
> ➢ Hostage situation
> ➢ Missing Juveniles more than one hour, **except known runaways**
> ➢ Police pursuits
> ➢ Any incident involving serious injury or death, except natural deaths
> ➢ Police vehicle accidents
> ➢ S.W.A.T. call-outs (non-search warrant related)
> ➢ Crisis Negotiation Team call-outs
> ➢ Plane Crashes
> ➢ Train Derailments
> ➢ Boating accidents with serious injury.

> ➢ Explosive Device incidents
> ➢ Civil disorders
> ➢ Arrest of a City Employee
> ➢ Closure of a City Facility
> ➢ Hazardous material spills or incidents
> ➢ Serious crimes not limited to homicide, sexual battery, traffic homicides, kidnapping, robberies, or any incident of a sensitive nature.

**3.18**     **Roll Call:**

**3.18.1**   Conducting training and inspections for: new information, critical incidents, written directives, and Officer safety skills, uniform attire and equipment.

**3.18.2**   Determining a Member's fitness for duty and punctual attendance.

**3.18.3**   Insuring coverage of work and zone assignments.

**3.19**     **Temporary Command Position:**

Bestowing supervisory authority upon a subordinate during the temporary absence of a Supervisor unless other provisions have been made by the Chief of Police.  Consideration should be afforded to subordinates on an active promotional list.

**3.20**     **Timekeeping:**

Insuring proper documentation of overtime, Court time, accrued leave time, sick leave, and worker's compensation leave.

**PART C**     **RULES OF PROFESSIONAL CONDUCT** [11.01]

**Chapter 4       Members Responsibilities**

**4.1**      **Addressing Superiors:**

While on duty and in public view, Members will address Supervisors by rank.

**4.2**      **Aid, incite or violate a Written Directive:**

**4.2.1**    Members will not violate, aid, abet, nor incite another Member to violate the written directives of the Department or City.

**4.2.2**    Members will not be induced nor induce or attempt to induce another Member in the service of the City of Hollywood to commit an unlawful act, or to act in violation of Lawful and reasonable Departmental or Official Regulation or Order.

**4.3**      **Conduct Unbecoming or Detrimental:**

**4.3.1**    Members will conduct themselves, on or off-duty, in a manner that reflects favorably on the Department.  Conduct that is unbecoming or detrimental includes, but is not limited to:

**4.3.2**    Acts that could be considered "Good Moral Character" violations as defined by the Criminal Justice Standards and Training Commission.

**4.3.3**    A Violation of Law.

**4.3.4**    A Violation of Written Directive.

**4.3.5**    Substance abuse.

**4.3.6**    Unauthorized release of confidential information.

**4.3.7**    Conduct which subverts or attempts to subvert the Commission, Criminal Justice Training School or Agency's examination process.

**4.3.8**  Participation in any sexual, immoral, indecent, lewd, or disorderly behavior that brings discredit upon the Department.

**4.3.9**  Negligent use or discharge of a firearm.

**4.3.10**  Excessive moving vehicle violations or excessive unpaid parking tickets.

**4.3.11**  Impaired relationships with other Law Enforcement Agencies.

**4.3.12**  Fights or quarrels with Member(s) of the Department.

**4.4**  **Confidential Information:**

No Member will reveal any information deemed by statue, confidential policy or by reason of an active or pending criminal or administrative investigation, to anyone unless authorized to do so by the Chief of Police or his designee. This includes video/audio recording or photographing by cameras, cellular phones, or any other device.

**4.5**  **Consorting with Persons of Ill-Repute:**

Members will not associate with individuals who are under criminal investigation or indictment, and/or who have an open or notorious reputation for criminal or immoral behavior, except to accomplish a Police assignment or mission.  This rule will not apply to Members associating with their relatives or spouse.

**4.6**  **Courtesy:**

**4.6.1**  Members will treat everyone with dignity, courtesy and respect.  This applies to oral and written communication as well as action and personal demeanor.

**4.6.2**  Members will not discriminate against any person because of race, religion, gender, color, national origin, ancestry, age, sexual orientation or disability.

**4.6.3**  Members will not ridicule, mock, deride, taunt, belittle, willfully embarrass, humiliate or shame any person or take any action which would incite a person to violence.

**4.6.4**  Members will not use indecent, profane, or harsh language while in the public view or in the performance of their official duties.

**4.7**  **Cowardice:**

**4.7.1**  Members will not avoid their required duties because of fear, injury or the lack of courage to control a situation.  Though sworn Members are not expected, or required to enter immediately into hazardous situations without assistance or proper planning, failure to come to the aid of another Member of the Department who is already engaged in a hazardous situation may be considered a violation.

**4.7.2**  Sworn Members will respond to the aid of persons in danger unless the probability of serious injury or losing their own life exceeds the probability of a successful rescue.

**4.8**  **Department Address (Private Use of):**

No Member of the Department will use the Department as a mailing address for private or personal purposes.  The Department address may be used on motor vehicle registrations and Driver's Licenses as per Florida State Statue.

**4.9**  **Discussing Internal Investigations:**

Members will not discuss matters concerning or relating to pending or active departmental internal investigations, either among themselves or with any other person, except as permitted by departmental policy and procedure.

**4.10**      **Fitness for Duty:**

The Police Chief shall have the authority to direct any Member to report to a designated physician, psychologist or psychiatrist to determine the Member's fitness for duty.

**4.11**      **Gifts or Gratuities:**

**4.11.1**    Members of this Department will not solicit, attempt to solicit, or accept any item or service that is free, has been discounted or offered for sale to themselves or any other person, which is not offered to the general public and which is offered for the commission or omission of any of their duties, position or association with the Department.

**4.11.2**    Any unauthorized gift, gratuity, loan, fee, reward, service or other item coming into the possession of any Member will be forwarded immediately to the Office of the Chief of Police.  The Chief will make all reasonable attempts to return the item to the donor.  Failing in this, the item will be donated to a charitable organization.

**4.11.3**    All City Members are prohibited from offering, giving, demanding or accepting gifts and/or other forms of consideration to or from any other City Member to induce or influence the date of retirement or resignation of any City Member or Members.

**4.12**      **Inappropriate Influence:**

Members will not use the authority of their position, or information available to them due to their status as Members, for any purpose of personal gain.

**4.13**      **Insubordination:**

**4.13.1**    Members will not speak derogatorily or critically to any person regarding the written directives, orders or instructions of any Supervisor or of the Department in general.

**4.13.2**    Members will not deliberately refuse or fail to perform an order of a Supervisor.

**4.13.3**    Members will not exhibit offensive conduct or language.

**4.14**      **Integrity:**

**4.14.1**    Members will not knowingly make false accusations of Law, Criminal Ordinance or traffic violation.  This provision will not prohibit the use of deception during criminal investigations or interrogations as permitted under Law.

**4.14.2**    Members will truthfully, completely and impartially report, testify and present evidence, including exculpatory evidence, in all matters of an official nature.

**4.14.3**    Upon learning of conduct or observing conduct that is in violation of any Law or written directive of this Department by another Member, Members will take appropriate action and report the incident to a Supervisor.

**4.14.4**    Members will not intentionally omit information, create false or inaccurate written reports, records or make false verbal statements.

**4.15**      **Interrupting Legal Process:**

**4.15.1**    Members will not interfere with the proper administration of civil or criminal justice.  If a Member has knowledge of such interference and fails to inform a Superior Officer, that Member will be subject to disciplinary action.

**4.15.2**    Members will not undertake any investigation or other official action not part of their regular duties unless ordered to do so by a Supervisor or where a manifest injustice might otherwise occur.  In the latter case, the Member's Supervisor will be notified immediately.

4.15.3   Except in the interest of justice, Members will not attempt to have any traffic citation or criminal case reduced, voided or stricken.  Members having knowledge of such action and failing to inform a Supervisor thereof will be in violation.

4.15.4   Members will not communicate in any manner, either directly or indirectly, any information, which might assist persons accused of criminal acts, to escape the full process of Law.

**4.16**   **Knowledge and Conformity:** [11.01]

4.16.1   Members will thoroughly familiarize themselves with, conform to, abide by and comply with the Department Rules and Regulations, SOP's, General and Division Orders, City Administrative Policies and Current Bargaining Agreements. In the event of improper action or breach of discipline, it will be presumed that the Member involved was familiar with the Law and/or order in question.  Upon return from any extended absence, they will familiarize themselves with all changes that may have occurred during such absence. [11.01]

4.16.2   Members will possess a working knowledge of all Federal, State, County, and Municipal Laws and Ordinances that are applicable to performing their job competently.

**4.17**   **Membership in Organizations:**

4.17.1   No Member will affiliate themselves with any organization or group, which would prevent them from rendering proper and efficient service to the Department and the City of Hollywood.

4.17.2   Members will not knowingly become a member, or be connected with any subversive organization as defined in the Laws and Statutes of the State of Florida or as listed by the United States Department of Justice, except when necessary in the performance of duty and then only under the direction of the Chief of Police.

**4.18**   **Name and Badge Number:**

Members will give their name and badge number to any person who may request it.

**4.19**   **Neutrality:**

Members will carry out their duties with fairness and without bias.

**4.20**   **NCIC/FCIC:**

Members will not use NCIC/FCIC or any other Government program for personal gain or unofficial Law Enforcement purposes per Florida State Statue 943 and/or Department Policy.

**4.21**   **Orders:** [2.05]

4.21.1   Members will strictly obey and properly execute any Lawful Order, issued either verbally or written, from any senior Ranking Supervisory Member, on or off-duty, directly relating to Department business. [2.05]

4.21.2   Orders given by a Member of equal or lesser rank will be obeyed when said Member is relaying the Orders of a Superior.  [2.05]

4.21.3   Subordinates in doubt as to the nature, meaning, or details of an order will seek clarification from the Member issuing the order.

**4.22**   **Orders Conflicting:** [2.06]

Upon receipt of an order conflicting with any previous order or instructions, the Member affected will advise the person issuing the second Order of this fact.  Responsibility for countermanding the original instruction will then rest with the individual issuing the sec-

ond order.  If so directed, the subordinate will obey the second order.  The person issuing the second order will, as soon as practical, inform the person issuing the original order of the new, conflicting order.  The subordinate will not be held accountable for disobeying the original order.  Conflicting orders will be issued only when clearly necessary.

**4.23      Use of Tobacco Products: Tobacco Free Workforce (HR-012:1)**

The use of tobacco products by anyone is prohibited inside all City owned or buildings managed by City employees and vehicles owned or leased by the City. This includes all workspaces, private offices, lounges, snack rooms, stairwells, etc.
Smoking breaks are prohibited. Employees hired before April 5, 2006 may smoke during authorized break times at locations designated as smoking areas. The smoking areas are strictly limited to cigarette products only. Smoking is prohibited within fifty (50) feet of the entrances and exits to City buildings.
Any employee who violates this policy may be subject to disciplinary action.
Employees hired after April 5, 2006 signed an affidavit affirming non-usage of tobacco products. These employees may be subject to immediate discharge if they begin using tobacco or tobacco products.

**4.24      Unjust or Contrary to Written Directive: [2.06]**

Members given orders that are unjust or contrary to Department Rules and Regulations, SOP's, General or Division Orders must first obey the order to the best of their ability.  In any case where there is sound reason to believe that such orders or instructions are in-consistent or unjust, it is the responsibility of any Member receiving the order to respect-fully call it to the attention of the person issuing the order.

**4.25      Unlawful Orders: [2.06]**

No Supervisor will knowingly issue any order, which is in violation of, or tends to nullify, any Law or Ordinance.  Members are not required to obey an unlawful order that is con-trary to Federal, or State Law, County or Municipal Ordinance.  Responsibility for refusal to obey rests with the Member, who will be held accountable to justify the action to the Chief of Police in writing.

**4.26      Political Activities:**

**4.26.1**      Members will not engage in any on-duty political activity.  The exception will be internal elections sanctioned by the Chief of Police.

**4.26.2**      Members will not campaign for any candidate or be photographed with a candidate for any political office while on-duty, in uniform or using any Departmental equipment.

**4.26.3**      Members will not solicit political influence to effect any action within the Department.

**4.26.4**      Members will not use, threaten, or attempt to use political influence in securing a promo-tion, leave of absence, transfer, change in pay, change in character of work, or revision of examination grade.

**4.26.5**      Members will not solicit or collect money from any Member in the service of the City of Hollywood for the purpose of making a gift to a public Officer in violation of any City Ordi-nance or State Statute.

**4.27      Probation:**

The Chief of Police may terminate Probationary Members at any time during their proba-tionary period.  The Chief of Police may reduce Members promoted to a higher rank who are on probation back to their previous rank at the conclusion of their probationary status. Members on probationary status have no right of appeal under the provisions of the Civil Service Board and the decision of the Chief of Police will be final.  Appointment to the rank of Police Major and above is at the sole discretion of the Chief of Police and that rank is held, serving at the pleasure of the Chief of Police.

**4.28**　　　　**Professional Compliance:**

**4.28.1**　　Members will properly perform the duties and assume the responsibilities of their positions. Failure to maintain professional compliance may be demonstrated by the following:

**4.28.2**　　A lack of knowledge of the application of Laws required to be enforced;

**4.28.3**　　An unwillingness, inability or lack of knowledge and skills to perform job tasks associated with the Member's position, rank or grade.

**4.28.4**　　Failure to take appropriate action on the occasion of a crime, disorder, or any condition deserving Police attention;

**4.28.5**　　Repeated poor evaluations;

**4.28.6**　　A record of repeated infractions of the Rules and Regulations, SOPs, General and Division Orders or City Administrative Policies

**4.29**　　　　**Public Comment/Criticism:**

**4.29.1**　　Members will not publicly criticize or ridicule the Department, its policies, or Members by talking, writing, or other expression where such comment or criticism tends to impair the efficiency, effectiveness, discipline or operation of the Department.

**4.29.2**　　Members will not make public comment that has reckless disregard for truth, is obscene; slanderous or defamatory.

**4.29.3**　　If a Member is an authorized spokesperson for Member organizations or collective bargaining groups, they will not be restrained from public comment on the issues in question, provided that such comments are clear and speak on behalf of their organization and not on behalf of the Department, nor in violation of Law.

**4.30**　　　　**Recommendations/Referral:**

Members will not make any recommendations or referrals for private service while in their official capacity.

**4.31**　　　　**Relating Information under investigation:**

Members will not make public any information relating to any cases under investigation, criminal intelligence matters, or conclusions and opinions based on matters under investigation unless ordered to do so by a court or other governmental entity of competent jurisdiction.  Any information on the aforementioned categories will be made public only by the authority of the Police Chief or his designee.

**4.32**　　　　**Rendering Aid:**

Members will immediately respond to the call of another Member seeking aid or assistance in any Police matter and will give such aid or assistance to the best of their ability and training.

**4.33**　　　　**Residence Telephone and Address:**

**4.33.1**　　Members are required to provide the Department with a residential or cellular telephone number.  Pager numbers are not acceptable in lieu of a residential or cellular telephone number.

**4.33.2**　　Members are required to provide the Department with a residential address.  P.O. boxes are not acceptable in lieu of a residential address.

**4.33.3**　　Members are required to provide the Department with any change of their address, telephone number, marital status, or name change.  Changes will be reported within 24 hours of such change to the Personnel Unit, by completing the "Employee/Retiree Change of Address Form" which is available in the Personnel Unit.  This form will then be

submitted to the Member's immediate Supervisor and forwarded back to the Personnel Unit.

**4.34**       **Temporary Rank:**

Any Member placed temporarily in a position of higher rank by proper authority will exercise the authority and duties of the position.

**4.35**       **While on duty:**

**4.35.1**     Members will not conduct private business.

**4.35.2**     Members will not loaf or be unproductive.

**4.35.3**     Members will not sleep.

**4.35.4**     Members will not participate in pari-mutuel wagering or gambling.

**4.35.5**     Members will not participate in any lewd behavior, sexual contact, or make physical contact with the nude or partially nude body of any person, except in the lawful performance of their duties and responsibilities.

**4.35.6**     Members will not abuse sick leave, be excessively tardy or AWOL without good cause.

**4.35.7**     Members will appear as required before any Grand Jury, Court Judge, Hearing Officer, Board or body authorized by Law, City Ordinance, Union Contract or City Commission.

**4.35.8**     Members will not refuse to answer questions concerning official duties.

**4.35.9**     Members will not interfere with work in or about the Department including, but not limited to, instigating, leading, or participating in any walkout, strike, sit-down, stand-in, slow-down, refusal to return to duty at the scheduled time, or otherwise instigate, lead, or contribute to job actions that undermine Supervisory authority and seriously affect discipline, morale, or organizational effectiveness and efficiency.

# INDEX

Absent Without Leave (AWOL) ...................... 10
Accountability .................................................. 10
Accreditation .................................................. 10
Accreditation Standard .................................... 10
Acting ............................................................. 10
ADA ................................................................ 10
Addressing Superior ........................................ 26
Administrative Leave ........................................ 10
Aid, incite or Violate a Written Directive .......... 26
Amend ............................................................ 10
Assistant Chief of Police ................................. 10
Authority ......................................................... 10
Bureau ............................................................ 11
Canon of Ethics .............................................. 11
Chain of Command .................................. 11, 22
Chief of Police ......................................... 11, 22
City ................................................................. 11
City Limits ....................................................... 11
City Ordinance ................................................ 11
Civilian ............................................................ 11
Command Officer/Supervisor Responsibilities . 22
Command Post ................................................ 11
Command Protocol .......................................... 21
Command Staff ......................................... 11, 23

Commanding Officer ........................................ 11
Communication ............................................... 12
Community Service Officer .............................. 12
Complaint ........................................................ 12
Complaints and Inquires .................................. 23
Conduct Unbecoming or Detrimental ......... 11, 26
Conflicting ....................................................... 29
Consorting with Persons of Ill-Repute ............. 27
Courtesy ......................................................... 27
Cowardice ...................................................... 27
Crime Prevention and Control .......................... 7
Definitions ....................................................... 10
Department ...................................................... 12
Department Address (Private Use of) .............. 27
Department Manual ................................... 12, 23
Department Rules and Regulations (DRR) ..... 12
Department SOP .............................................. 12
Detective ........................................................ 12
Discretion ................................................. 12, 23
Division ........................................................... 12
Division Commander ........................................ 12
Division Order ................................................. 12
Documents ...................................................... 23
Duty ................................................................ 13

Execution of Authority ........................................23
Executive Services Bureau .............................21
Extenuating Circumstances ............................13
F.C.I.C. ................................................................13
F.D.L.E ................................................................13
Fitness For Duty ................................................28
Florida Stature 119 ...........................................13
General Order ....................................................13
General Policies ................................................13
Gifts or Gratuities .............................................28
Harassment and Discrimination .........................9
Headquarters .....................................................13
Health, Welfare and Safety ..............................24
Inappropriate Influence .....................................28
Incompetence ....................................................13
Inspections ........................................................24
Insubordination............................................13, 28
Integrity..............................................................28
Interrupting Legal Process ...............................28
Kickbacks ..........................................................14
Knowledge and Conformity ...............................29
Law Enforcement Code of Ethics.......................8
Lawful Order ......................................................14
Lieutenant..........................................................14
Light Duty ..........................................................14
Limited Duty ......................................................14
Major ..................................................................14
Member ..............................................................14
Members Responsibilities .................................26
Membership in Organizations ...........................29
Memorandum .....................................................14
N.C.I.C. ..............................................................14
Name and Badge Number ................................29
Neglect of Duty..................................................14
Neighborhood Team Leader (NTL)....................15
Neutrality ...........................................................29
Non-Sworn Manager .........................................15
Non-Sworn Member ..........................................15
Non-Sworn Supervisor ......................................15
Oath....................................................................15
Oath of Office ......................................................7
Objective ............................................................15
Off Duty ..............................................................15
Off Duty Detail (Police Service).........................15
Office of the Chief of Police, Administrative
    Services ........................................................20
Officer.................................................................15
Officer In Charge ...............................................15
Official Bulletin ..................................................15
Official Correspondence.....................................16
On-Duty ..............................................................16
Operations Bureau .............................................20
Orders ...............................................16, 24, 29
Organization .......................................................19
Organizational Structure ....................................19
Performance Appraisals......................................24

Performing Duties of Subordinates ...................24
Plain Clothes Officer .........................................16
Police Incident ...................................................16
Policy .................................................................16
Political Activities ..............................................30
Preparation ........................................................25
Probation Status ...............................................30
Procedure ..........................................................16
Professional Compliance ...................................31
Proficiency .........................................................16
Promotion ..........................................................16
Providing For the Safety and Services of
    Citizens: ..........................................................7
Public Comment/Criticism..................................31
Public Records Law ...........................................25
Rank ...................................................................16
Ranking Officer ..................................................16
Recommendations/Referral ...............................31
Rendering Aid .....................................................31
Report ................................................................17
Reserve Officer ..................................................17
Residence Telephone and Address................31
Response to Critical Incidents and Unusual
    Occurrences ...................................................25
Roll Call .............................................................26
Rules and Regulations .......................................17
Rules of Professional Conduct ..........................26
S.O.P. .................................................................17
Section ...............................................................17
Seniority .............................................................17
Sergeant ............................................................17
Shift....................................................................17
Shift Lieutenant .................................................17
Sick Leave .........................................................17
Span of Control ...........................................17, 22
Special Event .....................................................18
Squad.................................................................18
Staff Duty Officer ...............................................18
Staff Inspections ...............................................18
Supervisor ....................................................18, 23
Suspension ........................................................18
Sworn Officer .....................................................18
Table of Organization ........................................18
Temporary Command Position ..........................26
Temporary Rank ................................................32
Termination ........................................................18
Timekeeping ......................................................26
Tour of Duty .......................................................18
Undercover ........................................................18
Uniformed Officers ............................................18
Unit ....................................................................19
Unjust or Contrary to Written Directive ............30
Unlawful Order...................................................30
Use Of Force .....................................................19
While on duty .....................................................32
Will .....................................................................19

Written Directive..............................................19

Written Directive System...................................19

Zone ................................................................19

# SOP INDEX

Item ..................................................................................................................SOP #

## A

Abandoned & Hazardous Appliances ................................................. SOP 263
Abandoned Vehicles ........................................................................ SOP 225
Accreditation .................................................................................. SOP 151
Accreditation Familiarization .......................................................... SOP 151
Administrative Leave, Use of Force ................................................ SOP 200
Administrative Reviews ................................................................... SOP 104
Advanced Training .......................................................................... SOP 112
Aerosol Chemical Agent (ACA) ...................................................... SOP 201
Aggravated Assault ........................................................................ SOP 246
Aggravated Battery ........................................................................ SOP 246
All Terrain Vehicles, Equipment ..................................................... SOP 215
All Terrain Vehicles, Limitations of Usage ...................................... SOP 215
All Terrain Vehicles, Maintenance ..................................................SOP 215
Ammunition, Duty Use .................................................................... SOP 204
Ammunition, Property Procedures ................................................... SOP 270
Animal Abuse/Cruelty ..................................................................... SOP 275
Animal Investigations ..................................................................... SOP 275
Animals, Dangerous ....................................................................... SOP 275
Animals, Lethal Force .................................................................... SOP 200
Anti-Ballistic Vest .......................................................................... SOP 101
Anti-Racial & Anti-Discrimination Profiling ..................................... SOP 121
Appearance Standards ................................................................... SOP 101
Arrest Procedures .......................................................................... SOP 203
Arrest, Aboard Foreign Vessels ......................................................SOP 203
Arrest, Aboard Military Vessels .......................................................SOP 203
Arrest, Alternatives ........................................................................SOP 203
Arrest, Civil Liability .......................................................................SOP 203
Arrest, Criminal Liability .................................................................SOP 203
Arrest, Crowd Control..................................................................... SOP 283
Arrest, Entering a Premise ............................................................. SOP 274
Arrest, Entry of Premises ............................................................... SOP 274
Arrest, Escapes ..............................................................................SOP 203
Arrest, Escapes/Documenting ........................................................SOP 203
Arrest, Extra Duty Details ............................................................... SOP 141
Arrest, Governmental Members ......................................................SOP 203
Arrest, Illegal Aliens ......................................................................SOP 203
Arrest, Immunity from .....................................................................SOP 203
Arrest, Notice to Appear .................................................................SOP 203
Arrest, Notice to Appear, Juveniles ................................................SOP 203
Arrest, Of Members........................................................................ SOP 104
Arrest, Officer Discretion ................................................................SOP 203
Arrest, On Federal Property ............................................................SOP 203
Arrest, Premise Search .................................................................. SOP 274
Arrest, Release of Person Arrested ................................................SOP 203
Arrest, Reporting Requirements/Adults & Juveniles .......................SOP 203
Arrest, Restraining .........................................................................SOP 203
Arrest, School Members..................................................................SOP 203
Arrest, Search of Premises ............................................................ SOP 274
Arrest, Searches ............................................................................SOP 203
Arrest, Strip Searches ....................................................................SOP 203

Arrest, Transporting Juveniles ........................................................................... SOP 203
Arrest, Transporting Violent ............................................................................... SOP 203
Arrest, Transporting/Opposite Sex/Sick/Disabled ............................................ SOP 203
Arrest, Warrant .................................................................................................. SOP 203
Arrest, Warrantless ........................................................................................... SOP 203
Arrested Persons, Releasing ............................................................................ SOP 203
Arrestee Escapes .............................................................................................. SOP 203
Arrestee Medical Procedures ........................................................................... SOP 217
Arrestee Processing .......................................................................................... SOP 217
Arrestee Property Inventory .............................................................................. SOP 217
Arrestee Supervision ........................................................................................ SOP 217
Arrestee, Separation ......................................................................................... SOP 217
Arrestees, Death While In Custody ................................................................... SOP 217
Arrestees, Escape ............................................................................................. SOP 217
Arrestees, Violent .............................................................................................. SOP 217
Arrestees/Detainee of the Opposite Sex, Transporting .................................... SOP 203
Arson ................................................................................................................. SOP 246
Assault .............................................................................................................. SOP 246
Assembly, Parades, & Demonstrations ............................................................. SOP 282
Authorized Firearm ........................................................................................... SOP 204
Auto Theft .......................................................................................................... SOP 260
Aviation Assistance, Police Pursuits ................................................................ SOP 205
Award Presentation ........................................................................................... SOP 103
Awards and Recognition ................................................................................... SOP 103
Awards Committee ............................................................................................ SOP 103
Awards, Description & Criteria .......................................................................... SOP 103

**B**
Baker Act ........................................................................................................... SOP 212
Baker Act, Court Admission .............................................................................. SOP 212
Baker Act, Involuntary Admission ..................................................................... SOP 212
Baker Act, Medical Treatment Required ........................................................... SOP 212
Baker Act, Officer Admission ............................................................................ SOP 212
Baker Act, Receiving Facility ............................................................................ SOP 212
Baker Act, Reporting ......................................................................................... SOP 212
Baker Act, Transporting .................................................................................... SOP 212
Baker Act, Voluntary Admission ....................................................................... SOP 212
Barricades ......................................................................................................... SOP 240
Battery ............................................................................................................... SOP 246
Beach Citations ................................................................................................. SOP 230
Beach Citations, Voiding ................................................................................... SOP 230
Biased Based Profiling ...................................................................................... SOP 121
Bicycles ............................................................................................................. SOP 270
Bicycles, Equipment .......................................................................................... SOP 215
Bicycles, Limitations of Usage .......................................................................... SOP 215
Bicycles, Maintenance ...................................................................................... SOP 215
Bicycles, Property Procedures .......................................................................... SOP 270
Bike Compound ................................................................................................. SOP 270
Biohazard Cleanup, Police Vehicles ............................................................... SOP 215.1
Bio-Hazardous Material, Property Procedures .................................................. SOP 270
Bio-Hazardous Materials, Property Procedures ................................................ SOP 270
Block Party Applications .................................................................................... SOP 282
Blood Exposure ................................................................................................. SOP 119
Boating Citations ............................................................................................... SOP 230
Boating Citations, Voiding ................................................................................. SOP 230
Boats .................................................................................................................. SOP 215
Boats, Equipment .............................................................................................. SOP 215

Boats, Limitations of Usage ................................................................................... SOP 215
Boats, Maintenance ............................................................................................... SOP 215
Body Fluid Exposure .............................................................................................. SOP 119
Bomb Reports ........................................................................................................ SOP 254
Bomb Threats ........................................................................................................ SOP 254
Bomb Threats and Explosive Devices .................................................................... SOP 254
Bomb Threats, Police Building ............................................................................... SOP 254
Bomb Threats, Search Procedures ........................................................................ SOP 254
Booking Photographs ............................................................................................ SOP 217
Broward Outreach Center ...................................................................................... SOP 206
BSO Lab Drop Box ................................................................................................ SOP 270
Budget Preparation ................................................................................................ SOP 158
Building Access ...................................................................................................... SOP 218
Building Access Card ............................................................................................. SOP 155
Building Deliveries ................................................................................................. SOP 218
Building Maintenance ............................................................................................. SOP 155
Building Security .................................................................................................... SOP 155
Bulk Storage Room ................................................................................................ SOP 270
Burglary ................................................................................................................. SOP 260
Business Cards, Issuance....................................................................................... SOP 155

**C**

C.V.S.A. Testing..................................................................................................... SOP 245
Cad System............................................................................................................ SOP 221
Canine Assistance, Police Pursuits ........................................................................ SOP 205
Canine Callouts ..................................................................................................... SOP 227
Canine Vehicles ..................................................................................................... SOP 215
Canine Vehicles, Equipment................................................................................... SOP 215
Canine Vehicles, Limitations of Usage ................................................................... SOP 215
Canine Vehicles, Maintenance ............................................................................... SOP 215
Canine, Area Searches .......................................................................................... SOP 227
Canine, Bomb Detection ........................................................................................ SOP 227
Canine, Building Searches ..................................................................................... SOP 227
Canine, Call-Out Procedures ................................................................................. SOP 227
Canine, Crowd Control ........................................................................................... SOP 227
Canine, Foot Pursuits ............................................................................................ SOP 227
Canine, Narcotics Detection ................................................................................... SOP 227
Canine, Officer Conduct around .............................................................................SOP 227
Canine, Other Agency Request ..............................................................................SOP 227
Canine, Search & Rescue ...................................................................................... SOP 227
Canine, Trailing/Tracking ....................................................................................... SOP 227
Canine, Vehicle Pursuits ........................................................................................ SOP 227
Career Development Program ................................................................................ SOP 113
Carry A Firearm While On Workers' Compensation, Limited or Light Duty ............. SOP 204
Carrying a Firearm Off-Duty................................................................................... SOP 204
Car-To-Car Transmissions..................................................................................... SOP 220
Case Clearance Types............................................................................................ SOP 245
Case File Maintenance ........................................................................................... SOP 245
Case Filing Process ...............................................................................................SOP 157
Cellular Phone Usage ............................................................................................ SOP 193
Cellular Phones ..................................................................................................... SOP 193
Central Records Accessibility................................................................................. SOP 157
Chaplain Program .................................................................................................. SOP 184
Chaplain Selection Process .................................................................................... SOP 184
Chaplain's Attire .................................................................................................... SOP 184
Child Abuse and Neglect........................................................................................ SOP 246
Child Abductions/Kidnaping ................................................................................... SOP 251.1

Citation, Distribution ................................................................................................ SOP 230
Citations ................................................................................................................. SOP 230
Citations, Accountability .......................................................................................... SOP 230
Citations, Amended ................................................................................................. SOP 230
Citations, Arrest ...................................................................................................... SOP 230
Citations, Beach ...................................................................................................... SOP 230
Citations, Bicycle, Pedestrians ................................................................................ SOP 230
Citations, Boating .................................................................................................... SOP 230
Citations, Commercial Vehicles ............................................................................... SOP 230
Citations, Court Date ............................................................................................... SOP 230
Citations, Juvenile ................................................................................................... SOP 230
Citations, Moving ..................................................................................................... SOP 230
Citations, Multiple ................................................................................................... SOP 230
Citations, Non-Moving ............................................................................................. SOP 230
Citations, Parking .................................................................................................... SOP 230
Citations, Signing .................................................................................................... SOP 230
Citations, Voided, Lost, Stolen ................................................................................. SOP 230
Citations, Warnings ................................................................................................. SOP 230
Citizen Initiated Complaints ..................................................................................... SOP 104
Citizen Observer Ride-Along Program ...................................................................... SOP 183
Citizen's Crime Watch Mobil Patrol, Uniform ........................................................... SOP 101
Citizens' Crime Watch Mobile Patrol ........................................................................ SOP 182.1
City Administrative Surcharge ................................................................................... SOP 141
City Vehicle/Property Accidents ............................................................................... SOP 231
Civil Actions Against Members or the Department .................................................... SOP 171
Civil Court Orders, Service and Enforcement ........................................................... SOP 250
Civil Disturbance, Member Responsibilities .............................................................. SOP 283
Civil Disturbance-Mass Arrest .................................................................................. SOP 283
Civil Liability to Police .............................................................................................. SOP 203
Civil Process ........................................................................................................... SOP 250
Class A Uniform, Non Sworn Member ....................................................................... SOP 101
Class A Uniform, Sworn Member .............................................................................. SOP 101
Class B Uniform, Non Sworn Member ....................................................................... SOP 101
Class B Uniform, Sworn Member .............................................................................. SOP 101
Class C Uniform, Non Sworn Member ....................................................................... SOP 101
Class C Uniform, Sworn Member .............................................................................. SOP 101
Class D Uniform ...................................................................................................... SOP 101
Classroom Schedule, First Floor .............................................................................. SOP 155
Code of Ethics ......................................................................................................... SOP 110
Collecting Evidence ................................................................................................. SOP 270
Collecting Non-Evidentiary Property ........................................................................ SOP 270
Commercial Motor Vehicles ..................................................................................... SOP 230
Communicable Disease Disclosure ........................................................................... SOP 119
Communications Center ........................................................................................... SOP 221
Communications Center, Security ............................................................................. SOP 221
Communications Tapes ............................................................................................ SOP 220
Community Oriented Policing .................................................................................... SOP 216
Community Service Officers ..................................................................................... SOP 226
Community Service Officers, Use of Force ............................................................... SOP 226
Community Service Officers/ Prohibitions ................................................................. SOP 226
Community Service Officers/ Responsibilities ........................................................... SOP 226
Compensation for Civil Trials and Depositions ......................................................... SOP 171
Compensation for Off-Duty Employment ................................................................... SOP 141
Complaint Intake Report (Cir) ................................................................................... SOP 104
Computer Crimes ..................................................................................................... SOP 271
Computer Password ................................................................................................. SOP 154

Computer Systems............................................................................................SOP 154
Computer Training...........................................................................................SOP 154
Confidential & Investigative Funds Usage, Criteria ........................................SOP 159
Confidential and Investigative Funds ..............................................................SOP 159
Confidential Funds Request In Excess Of $2500. ..........................................SOP 159
Confidential Informants, Documenting.............................................................SOP 273
Confidential Informants, Sources ....................................................................SOP 273
Consent to Search ..........................................................................................SOP 274
Consent, Third Party .......................................................................................SOP 274
Consent, Withdrawing .....................................................................................SOP 274
Contesting Evaluations, Management .............................................................SOP 111
Contesting Evaluations, Sworn Member..........................................................SOP 111
Controlled Substances, Property Procedures..................................................SOP 270
Core Values and Beliefs.......................................................................................DRRs
Counseling/Disciplinary Report .......................................................................SOP 105
Court Appearances, Conflicting .......................................................................SOP 171
Court Attendance ............................................................................................SOP 171
Court Attire (Central) .......................................................................................SOP 171
Court Attire (Satellite) .....................................................................................SOP 171
Court Fees, Payment .......................................................................................SOP 157
Court Procedures ............................................................................................SOP 171
Credit Card Control (Department Members).....................................................SOP 158
Credit Card Offenses .......................................................................................SOP 260
Crime Prevention and Control...............................................................................DRRs
Crime Scene Security ......................................................................................SOP 245
Crime Scene Technician, Uniform ...................................................................SOP 101
Crime Scene Van .............................................................................................SOP 215
Crime Scene Van, Equipment..........................................................................SOP 215
Crime Scene Van, Limitations of Usage ..........................................................SOP 215
Crime Scene Van, Maintenance ......................................................................SOP 215
Crime Watch ....................................................................................................SOP 182
Crime Watch Block/Building Captains ..............................................................SOP 182
Crimes Against Persons ..................................................................................SOP 246
Criminal Analysts, C.O.P Division ...................................................................SOP 216
Criminal Investigations ....................................................................................SOP 245
Criminal Investigations, Follow-Up..................................................................SOP 245
Criminal Liability to Police ...............................................................................SOP 203
Criminal Traffic Violations ...............................................................................SOP 230
Crisis Incident, News Media ............................................................................SOP 291
Crisis Negotiation, Procedures ........................................................................SOP 291
Crisis Negotiator, Selection Criteria ................................................................SOP 291
Critical Incident Response ...............................................................................SOP 291
Critical Incident, Establishing Perimeters........................................................SOP 291
Critical Incident, Member Responsibilities.......................................................SOP 291
Critical Incident, Operational Plan ...................................................................SOP 291
Crowd Control, Arrest.......................................................................................SOP 283
Crowd Control, Dispersal .................................................................................SOP 283
Crowd Control, Training & Equipment ..............................................................SOP 283
Currency, Property Procedures ........................................................................SOP 270
Custody of Juveniles ........................................................................................SOP 252

**D**
Dangerous Animals..........................................................................................SOP 275
Data Entry Process ..........................................................................................SOP 157
Death Investigations.........................................................................................SOP 247
Death Scene Protocol ......................................................................................SOP 247
Decoy Operations Plan ....................................................................................SOP 281

Demotions ................................................................................................................ SOP 105
Department Equipment, Issued By Quartermaster ............................................... SOP 155
Department Rules and Regulations (DRRs) ................................................................DRRs
Depositions and Statements, Reading and Signing ............................................. SOP 171
Detail Coordinators .............................................................................................. SOP 141
Detention Transport Van, Equipment ................................................................... SOP 215
Detention Transport Van, Limitations of Usage ................................................... SOP 215
Detention Transport Van, Maintenance ................................................................ SOP 215
Dignitary Protection .............................................................................................. SOP 293
Dignitary Protection Request ............................................................................... SOP 293
Disabled Vehicles ................................................................................................ SOP 239
Disabled/Unsafe Vehicle, Obstructing Traffic ..................................................... SOP 225
Disabled/Unsafe Vehicle, Traffic Crash .............................................................. SOP 225
Disciplinary Action ............................................................................................... SOP 105
Discipline Policy ................................................................................................... SOP 105
Dog Bites .............................................................................................................. SOP 275
Domestic Violence & Repeat Violence Restraining Orders, Civil Process ......................SOP 250
Domestic Violence Arrest ..................................................................................... SOP 250
Domestic Violence Investigations ........................................................................ SOP 250
Domestic Violence, Arrest Consideration ............................................................ SOP 250
Domestic Violence, Care Of Children  ................................................................. SOP 250
Domestic Violence, Dual Arrests ......................................................................... SOP 250
Domestic Violence, Follow-Up Investigation ........................................................SOP 250
Domestic Violence, Investigation ......................................................................... SOP 250
Domestic Violence, Involving Law Enforcement Officers ..................................... SOP 250
Domestic Violence, Repeat Violence Injunctions ................................................SOP 250
Domestic Violence, Reporting .............................................................................. SOP 250
Domestic Violence, Serving Injunctions ...............................................................SOP 250
Domestic Violence, Victim Support Services ....................................................... SOP 250
Driver Improvement Program ............................................................................... SOP 112
Drivers License, Foreign Diplomats/Consular Officials ....................................... SOP 230
Drivers License, Juveniles ................................................................................... SOP 230
Drivers License, Legislators ................................................................................. SOP 230
Drivers License, Military Member .......................................................................... SOP 230
Drivers License, Non-Residents ........................................................................... SOP 230
Drivers License, Re-Examinations ....................................................................... SOP 230
DRR Index ....................................................................................................................DRRs
Dui Administrative Hearings .................................................................................SOP 171
Dui Detection and Testing ..................................................................................... SOP 233
Dui Video Taping .................................................................................................. SOP 234
Dui Zero Tolerance (.02) Law .............................................................................. SOP 235
Dui Zero Tolerance, Persons Under 21 ............................................................... SOP 235
Dui, Arrests ........................................................................................................... SOP 233
Dui, Blood Test ..................................................................................................... SOP 233
Dui, Blood Withdrawals ........................................................................................ SOP 233
Dui, Breath Test ................................................................................................... SOP 233
Dui, Citations ........................................................................................................ SOP 233
Dui, Florida Implied Consent ............................................................................... SOP 233
Dui, Miranda Rights .............................................................................................. SOP 233
Dui, Portable Breathe Test ................................................................................... SOP 235
Dui, Reporting Procedures ................................................................................... SOP 233
Dui, Roadside Exercises ...................................................................................... SOP 233
Dui, Testing ........................................................................................................... SOP 233
Dui, Traffic Crash Investigation ........................................................................... SOP 233
Dui, Withdrawal of Blood Samples ....................................................................... SOP 233
Duty Belt, Issuance .............................................................................................. SOP 155

# E

Educational Assistance Program ............................................................................... SOP 158
Electronic Monitoring Device .................................................................................... SOP 216
Electric Vehicles ...................................................................................................... SOP 215
E-Mail ...................................................................................................................... SOP 154
Emergency & Police Vehicle Pursuit Operations ...................................................... SOP 205
Emergency Generator ............................................................................................... SOP 155
Emergency Management & Planning ......................................................................... SOP 280
Emergency Operations Center ................................................................................. SOP 280.1
Emergency Operations, Arrest, Processing & Confinement ....................................... SOP 280
Emergency Operations, Communications .................................................................. SOP 280
Emergency Operations, Evacuations ........................................................................ SOP 280
Emergency Operations, Medical Treatment ............................................................... SOP 280
Emergency Operations, Quartermaster ..................................................................... SOP 280
Emergency Operations, Search & Rescue ................................................................ SOP 280
Emergency Operations, Training ............................................................................... SOP 280
Emergency Radio Transmissions .............................................................................. SOP 220
Emergency Response to Traffic Accidents ................................................................ SOP 231
Employee Accidents and Injuries, Reporting ............................................................ SOP 130
Employee Injuries & Workers' Compensation ........................................................... SOP 130
Employee Recognition Reports ................................................................................. SOP 103
Entering the Property Room ...................................................................................... SOP 270
Equal Opportunity .................................................................................................... SOP 120
Evacuation, Hazardous Materials ............................................................................. SOP 280.2
Evacuation, Hurricanes ............................................................................................ SOP 280.1
Evaluation Forms ...................................................................................................... SOP 111
Evidence, Removing/Returning ................................................................................. SOP 270
Executing a Search Warrant ..................................................................................... SOP 272
Explorer Program ..................................................................................................... SOP 252
Explosive Devices .................................................................................................... SOP 254
Explosive Devices-Transporting ............................................................................... SOP 254
Explosive, Flammable Liquids-Property Procedures .................................................. SOP 270
Exposure Control Officer .......................................................................................... SOP 119
Extra-Duty Assignment ............................................................................................. SOP 141
Extra-Duty Availability List ....................................................................................... SOP 141
Extra-Duty Detail Arrest ........................................................................................... SOP 141
Extra-Duty Employment ............................................................................................ SOP 141
Extra-Duty Employment Injuries ............................................................................... SOP 141
Extra-Duty Notification of Service ............................................................................. SOP 141
Extra-Duty Permit Fees ............................................................................................ SOP 141
Extra-Duty Request for Police Services .................................................................... SOP 141
Extra-Duty Wages .................................................................................................... SOP 141

# F

False Arrest ............................................................................................................. SOP 203
FDLE Mandatory Retraining Requirements ............................................................... SOP 112
Field Interview Contacts ........................................................................................... SOP 216
Field Interviews, Criminal Investigations .................................................................. SOP 245
Field Interviews, Property Crimes ............................................................................. SOP 216
Field Interviews, Search and Seizures ...................................................................... SOP 274
Field Radio Communications .................................................................................... SOP 216
Field Training Guide ................................................................................................. SOP 216
Field Training Program ............................................................................................. SOP 216
Filing Criminal Charges ............................................................................................ SOP 203
Fingerprint Fee ........................................................................................................ SOP 157
Fingerprinting ........................................................................................................... SOP 217

Fire Detection & Prevention ............................................................... SOP 155
Firearm Discharge Report ................................................................. SOP 200
Firearm Discipline ............................................................................ SOP 200
Firearm, Use During Pursuits ........................................................... SOP 205
Firearms ........................................................................................... SOP 204
Firearms, Ammunition ...................................................................... SOP 204
Firearms, Approved Caliber .............................................................. SOP 204
Firearms, Carrying Aboard Commercial Airlines ............................... SOP 204
Firearms, Carrying Concealed .......................................................... SOP 204
Firearms, Carrying Off-Duty ............................................................. SOP 204
Firearms, Inspections, Repairs & Modifications ............................... SOP 204
Firearms, Primary Handgun .............................................................. SOP 204
Firearms, Primary Shotgun ............................................................... SOP 204
Firearms, Prohibited Ammunition ..................................................... SOP 204
Firearms, Qualification ..................................................................... SOP 204
Firearms, Qualification Failures ........................................................ SOP 204
Firearms, Safety and Security ........................................................... SOP 204
Firearms, Secondary (Back-Up) ....................................................... SOP 204
Firearms, Storage ............................................................................ SOP 204
Field Reporting System .................................................................... SOP 216
Fiscal Management ........................................................................... SOP 158
Fitness Center .................................................................................. SOP 112
Flares, Use of ................................................................................... SOP 240
Flash Money ..................................................................................... SOP 159
Flashlight Batteries, Issuance .......................................................... SOP 155
Flashlight, Issuance ......................................................................... SOP 155
Fleeing Felon or Escapee ................................................................. SOP 200
Florida Implied Consent ................................................................... SOP 233
Florida Uniform Traffic Citations ...................................................... SOP 230
Follow-Up Investigations .................................................................. SOP 245
Forfeiture Funds .............................................................................. SOP 158
Formal Discipline ............................................................................. SOP 105
Forming A Crime Watch Block/Building ............................................ SOP 182
Found Child ...................................................................................... SOP 251
Fraud ................................................................................................ SOP 260
Full Duty Status, Workers Comp ...................................................... SOP 130

**G**
Gas Drive-Off ................................................................................... SOP 260
General Employee Performance Evaluation ...................................... SOP 111
Grievance and Arbitration ................................................................ SOP 106
Grievance Appeals ........................................................................... SOP 106
Grievance Steps ............................................................................... SOP 106
Gym Attire ........................................................................................ SOP 101

**H**
Hair, Personal Appearance .............................................................. SOP 101
Hand Written Statements ................................................................. SOP 245
Handicapped Arrestees, Transporting .............................................. SOP 203
Handicapped Parking ....................................................................... SOP 230
Harassment & Discrimination ........................................................... SOP 120
Harassment Prevention .................................................................... SOP 120
Hate Crime Reporting ...................................................................... SOP 246
Hazardous Material, Exposures ........................................................ SOP 280.2
Hazardous Materials ........................................................................ SOP 280.2
Hazardous Materials, Classifications and Characteristics ................. SOP 280.2
Hazardous Materials, Evacuation ..................................................... SOP 280.2

Hazardous Materials, Exposure ................................................................................ SOP 280.2
Hazardous Materials, Members Responsibilities ...................................................... SOP 280.2
Hazardous Materials, Property Procedures .............................................................. SOP 270
Hazardous Roadway Conditions ............................................................................... SOP 239
Hepatitis B Vaccination ............................................................................................ SOP 119
High Liability Training ............................................................................................... SOP 112
High-Risk Vehicle Stops ........................................................................................... SOP 229
Hit & Run Accident Investigations ............................................................................ SOP 232
Hit & Run Accidents .................................................................................................. SOP 232
Hit & Run Accidents, Property Damage .................................................................... SOP 232
Holding Area Conditions ........................................................................................... SOP 217
Homeless Assistance ............................................................................................... SOP 206
Homeless, Personal Property ................................................................................... SOP 206
Homes and Businesses, Securing ............................................................................ SOP 216
Honor Guard .............................................................................................................. SOP 285
Honor Guard, Events ................................................................................................ SOP 285
Honor Guard, Personal Appearance ........................................................................ SOP 285
Honor Guard, Staffing ............................................................................................... SOP 285
Honor Guard, Uniform ............................................................................................... SOP 101
Honor Guard, Vacancies ........................................................................................... SOP 285
Hospice Care ............................................................................................................ SOP 247
Hostile Work Environment ........................................................................................ SOP 120
Hotel-Motel & Landlord-Tenant ................................................................................ SOP 262
Hurricane Hotline ...................................................................................................... SOP 280.1
Hurricane Plan .......................................................................................................... SOP 280.1
Hurricane, Evacuations ............................................................................................ SOP 280.1
Hurricane, Facility Operations .................................................................................. SOP 280.1
Hurricane, Mobilization ............................................................................................. SOP 280.1
Hurricane, Patrol Function ........................................................................................ SOP 280.1
Hurricane, Post Disaster Recovery .......................................................................... SOP 280.1
Hurricane, Sheltering ................................................................................................ SOP 280.1
Hurricane, Traffic & Fixed Post ................................................................................ SOP 280.1
Hurricane, Transportation of Evacuees .................................................................... SOP 280.1
Hypodermic Needles and Syringes .......................................................................... SOP 119

I

Identification Cards, Issuance .................................................................................. SOP 102
Immunity from Arrest ................................................................................................ SOP 203
Impact Weapons ....................................................................................................... SOP 201
Impounded Vehicle, Releasing ................................................................................. SOP 225
Impounding Vehicles ................................................................................................ SOP 225
Incident Command System ....................................................................................... SOP 284
Inclement Weather Gear, Issuance .......................................................................... SOP 155
In-Custody Death ...................................................................................................... SOP 247
Infectious Disease Control ........................................................................................ SOP 119
Infectious Disease Transmissions ............................................................................ SOP 119
Infectious Waste ....................................................................................................... SOP 119
Informal Discipline .................................................................................................... SOP 105
Informants ................................................................................................................. SOP 272
Informants ................................................................................................................. SOP 273
Injuries-Extra Duty Employment, Reporting ............................................................. SOP 141
In-Service Training .................................................................................................... SOP 112
Inspection Fee, Traffic Citations .............................................................................. SOP 157
Inspection of Police Vehicles ................................................................................... SOP 215.1
Inter and Intra Jurisdictional Pursuits ...................................................................... SOP 205
Internal Affairs, Administrative Review ..................................................................... SOP 104
Internal Affairs, Early Warning Report ..................................................................... SOP 104

Internal Affairs, Investigations ........................................................................................................... SOP 104
Internal Affairs, Member Complaints Investigated ............................................................................. SOP 104
Internal Affairs, Records ..................................................................................................................... SOP 104
Interview Room Monitoring Log .......................................................................................................... SOP 244
Interview Rooms .................................................................................................................................. SOP 244
Interview Rooms, Control of Firearms/Weapons ............................................................................... SOP 244
Interview Rooms, Security Measures .................................................................................................. SOP 244
Interview Rooms, Suspects/Arrestee's/Prisoner's ............................................................................ SOP 244
Interviews ............................................................................................................................................ SOP 245
Intranet & Internet .............................................................................................................................. SOP 154
Inventory Control ................................................................................................................................. SOP 155
Investigative Case Filing Maintenance .............................................................................................. SOP 245
Investigative Process .......................................................................................................................... SOP 245

**J**
Jury Duty, Sworn and Non-Sworn Personnel ..................................................................................... SOP 171
Juvenile Records ................................................................................................................................. SOP 157
Juveniles ............................................................................................................................................. SOP 252
Juveniles, Allegations of Harm ........................................................................................................... SOP 252
Juveniles, Custodial Interview ............................................................................................................ SOP 252
Juveniles, Found Child ........................................................................................................................ SOP 252
Juveniles, Immediate Danger .............................................................................................................. SOP 252
Juveniles, Taking into Custody ........................................................................................................... SOP 252
Juveniles, Transporting ....................................................................................................................... SOP 203

**K**
Key Control .......................................................................................................................................... SOP 155
Knives & Sharp Objects, Property Procedures .................................................................................. SOP 270

**L**
Landlords Responsibilities & Restrictions .......................................................................................... SOP 262
Landlord-Tenant Disputes ................................................................................................................... SOP 262
Laser Speed Measuring Device .......................................................................................................... SOP 236
Less Lethal Force, Training ................................................................................................................. SOP 112
Less Lethal Force, Use ........................................................................................................................ SOP 200
Less-Lethal Force ................................................................................................................................ SOP 201
Less-Lethal, Members Responsibilities .............................................................................................. SOP 200
Less-Lethal, Supervisor's Responsibilities ........................................................................................ SOP 200
Lethal Force ......................................................................................................................................... SOP 200
Lethal Force, Members Responsibilities ............................................................................................. SOP 200
Lethal Force, Restrictions ................................................................................................................... SOP 200
Lethal Force, Supervisor's Responsibilities ....................................................................................... SOP 200
Lethal Force, Training .......................................................................................................................... SOP 200
Levels of Suspension .......................................................................................................................... SOP 105
License Plate Readers (LPR) .............................................................................................................. SOP 228.1
License Plates Seizures ...................................................................................................................... SOP 241
Light And Limited Duty ........................................................................................................................ SOP 131
Light Duty Status ................................................................................................................................. SOP 131
Light Duty Status, Workers Comp ....................................................................................................... SOP 130
Limited Duty Status ............................................................................................................................. SOP 131
Liquor Violations .................................................................................................................................. SOP 261
Local Mutual Aid Agreements ............................................................................................................. SOP 145
Locked Vehicles .................................................................................................................................. SOP 239
Lojack .................................................................................................................................................. SOP 228
Lojack Vehicle Recovery System ........................................................................................................ SOP 228

**M**
Maintenance of Police Vehicles .......................................................................................................... SOP 215.1
Management Employee Performance Evaluation ............................................................................... SOP 111

Mandatory Physical Training......................................................................... SOP 216
Mandatory Retraining.................................................................................. SOP 112
Marchman Act ............................................................................................ SOP 211
Marchman Act, Facility Refusal ................................................................... SOP 211
Marchman Act, Reporting ........................................................................... SOP 211
Marchman Act, With Consent ..................................................................... SOP 211
Marchman Act, Without Consent ................................................................ SOP 211
Marine Operations ...................................................................................... SOP 294
Marksman/Observer Team, Swat ............................................................... SOP 290
Meals & Breaks .......................................................................................... SOP 216
Media Access, Crime Scenes ..................................................................... SOP 156
Medical Examiner Investigation Report ......................................................SOP 247
Medical Examiner's Office/Contacting ........................................................ SOP 247
Medical Procedures for Arrestees .............................................................. SOP 217
Member "Early Warning" Report ................................................................. SOP 104
Member Complaints .................................................................................... SOP 104
Missing Person, Criteria ............................................................................. SOP 251
Missing Person, Recovered ........................................................................ SOP 251
Missing Persons ......................................................................................... SOP 251
Mobile Command Vehicle, Equipment ........................................................ SOP 215
Mobile Command Vehicle, Limitations of Usage ......................................... SOP 215
Mobile Command Vehicle, Maintenance ..................................................... SOP 215
Mobile Command Vehicle, Swat Use........................................................... SOP 290
Mobile Computer Terminals (MCTs) ........................................................... SOP 220
Mobilization Plan, Unusual Occurrences .................................................... SOP 280
Mobilization, Hurricanes .......................................................................... SOP 280.1
Mobilization, Levels of Activation ............................................................... SOP 280
Mobilization, Reporting For Duty ................................................................ SOP 280
Motor Vehicle Searches .............................................................................. SOP 274
Motorcycle Officer, Uniform ........................................................................ SOP 101
Motorcycles ................................................................................................ SOP 215
Motorcycles, Equipment ............................................................................. SOP 215
Motorcycles, Limitations of Usage .............................................................. SOP 215
Motorcycles, Maintenance .......................................................................... SOP 215
Moving Violations ....................................................................................... SOP 230
Mutual Aid .................................................................................................. SOP 145
Mutual Aid Requests, Civil Disturbance ..................................................... SOP 283
Mutual Aid, Assistance ............................................................................... SOP 145
Mutual Aid, Operational Assistance ............................................................ SOP 145
Mutual Aid, Requests ................................................................................. SOP 145
Mutual Aid, Swat ........................................................................................ SOP 290

**N**
Narcotics Violations .................................................................................... SOP 261
Narcotics, Liquor, Gambling & Prostitution Crimes ..................................... SOP 261
Natural Deaths ........................................................................................... SOP 247
NCIC/FCIC Information ................................................................................ SOP 157
Needles & Syringes, Property Procedures .................................................. SOP 270
Neighborhood Network Centers .................................................................. SOP 185
Neighborhood Police Teams ....................................................................... SOP 222
Neighborhood Police Teams ....................................................................... SOP 222
News Media & Photographer, Access to Scenes ........................................ SOP 156
News Release, Media .................................................................................. SOP 156
Non-Moving Violations ................................................................................ SOP 230
Notice To Appear ........................................................................................ SOP 203
Notifying Next of Kin ...................................................................................SOP 247

## O

Oath of Office ............................................................................................................DRRs
Observed Behavior Reports ................................................................................ SOP 105
Obtaining Food or Lodging under False Pretenses ............................................. SOP 262
Occupational Exposure Training ......................................................................... SOP 119
Off-Duty & Extra-Duty Employment .................................................................... SOP 141
Off-Duty Employment.......................................................................................... SOP 141
Off-Duty Handgun ............................................................................................... SOP 204
Office Supplies, Issuance.................................................................................... SOP 155
Officer Discretion, Arrest .................................................................................... SOP 203
Official Correspondence...................................................................................... SOP 100
On-Scene Procedures..........................................................................................SOP 247
Operational Plan, Critical Incidents .................................................................... SOP 291
Operations Manual, Issuance ............................................................................. SOP 155
Organization Structure ..........................................................................................DRRs

## P

Pagers, Issuance ................................................................................................ SOP 155
Parking Citations, Voiding................................................................................... SOP 230
Parking Violations ............................................................................................... SOP 230
Passwords, Computer.......................................................................................... SOP 154
Pat-Down Searches............................................................................................. SOP 274
Patrol Functions and Responsibilities ................................................................. SOP 216
Patrol Functions, Chain Of Command ................................................................. SOP 216
Patrol Functions, Schedules & Coverage ........................................................... SOP 216
Patrol Officers Responsibilities ........................................................................... SOP 216
Peer Recognition Report ..................................................................................... SOP 103
Peer Support Program ........................................................................................ SOP 108
Performance Evaluation ...................................................................................... SOP 111
Performance Evaluation, General Employees ..................................................... SOP 111
Performance Evaluation, Management ................................................................ SOP 111
Performance Evaluation, Sworn Members .......................................................... SOP 111
Perishables.......................................................................................................... SOP 270
Permits for Police Services ................................................................................. SOP 141
Personal Appearance .......................................................................................... SOP 101
Personal Computer & Related Hardware/Software .............................................. SOP 158
Personal Hygiene ................................................................................................ SOP 101
Personal Leave and Compensation ..................................................................... SOP 166
Personal Watercrafts, Equipment ....................................................................... SOP 215
Personal Watercrafts, Limitations of Usage.........................................................SOP 215
Personal Watercrafts, Maintenance .................................................................... SOP 215
Personnel Unit..................................................................................................... SOP 102
Petty Cash........................................................................................................... SOP 158
Petty Cash, Expenditures.................................................................................... SOP 158
Police Building, Security....................................................................................... SOP 218
Police Canine ...................................................................................................... SOP 227
Police Chaplains, Uniform ................................................................................... SOP 101
Police Escorts ..................................................................................................... SOP 141
Police Explorer, Uniform ..................................................................................... SOP 101
Police Facility, Parking ...................................................................................... SOP 215.1
Police Pursuit, Accidents .................................................................................... SOP 205
Police Radio's & Batteries................................................................................... SOP 155
Police Records .................................................................................................... SOP 157
Police Vehicle Accidents ..................................................................................... SOP 214
Police Vehicle Accidents, Appeal Process........................................................... SOP 214
Police Vehicle Accidents, Disciplinary Process ................................................... SOP 214

Police Vehicle Accidents, Member Responsibilities ........................................................... SOP 214
Police Vehicle Accidents, Reporting Requirements ...........................................................SOP 214
Police Vehicle Accidents, Supervisor Responsibilities .................................................... SOP 214
Police Vehicle Operations, Emergency Responses .......................................................... SOP 205
Police Vehicle Operations, Non-Emergency Responses................................................... SOP 205
Police Vehicle Pursuits...................................................................................................... SOP 205
Police Vehicles ............................................................................................................... SOP 215.1
Police Vehicles, Biohazard Cleanup ............................................................................. SOP 215.1
Police Vehicles, Care and Security ............................................................................... SOP 215.1
Police Vehicles, Inspection ........................................................................................... SOP 215.1
Police Vehicles, Take Home .......................................................................................... SOP 215.1
Pool Vehicles ................................................................................................................. SOP 215.1
Post Disaster Recovery..................................................................................................SOP 280.1
Pregnant Female Arrestees, Transporting....................................................................... SOP 203
Pregnant Members ........................................................................................................... SOP 119
Preliminary Investigations, Criminal Investigations ........................................................ SOP 245
Preliminary Investigations, Patrol..................................................................................... SOP 216
Prescription Violations...................................................................................................... SOP 261
Primary Handgun .............................................................................................................. SOP 204
Primary Shotgun ............................................................................................................... SOP 204
Processing Arrestees ....................................................................................................... SOP 217
Professional Compliance .................................................................................................. SOP 104
Prohibited Off-Duty Work .................................................................................................. SOP 141
Prohibited Pursuit Tactics ................................................................................................ SOP 205
Promotions ....................................................................................................................... SOP 102
Property & Evidence, Ammunition ....................................................................................SOP 270
Property & Evidence, Controlled Substance ....................................................................SOP 270
Property & Evidence, Currency......................................................................................... SOP 270
Property & Evidence, Jewelry ........................................................................................... SOP 270
Property & Evidence, Knives/Sharp Objects .................................................................... SOP 270
Property and Evidence...................................................................................................... SOP 260
Property Crimes ................................................................................................................ SOP 260
Property Decontamination................................................................................................. SOP 119
Property Return Procedures .............................................................................................SOP 270
Property/Evidence Submission Forms .............................................................................. SOP 270
Providing Mutual Aid Assistance ...................................................................................... SOP 145
Public Information Officer.................................................................................................. SOP 156
Public Information Desk .................................................................................................... SOP 218
Public Information Desk, Operations ................................................................................ SOP 218
Public Records ................................................................................................................. SOP 100
Purchasing a City Handgun .............................................................................................. SOP 204
Purchasing Guidelines, Based On Cost............................................................................ SOP 158
Pursuit Operations, Driving Tactics .................................................................................. SOP 205
Pursuit Operations, Firearms Usage................................................................................ SOP 205
Pursuit Operations, Accident(S)....................................................................................... SOP 205
Pursuit Operations, Aviation Assistance .......................................................................... SOP 205
Pursuit Operations, Back-Up Unit .................................................................................... SOP 205
Pursuit Operations, Canine Assistance ........................................................................... SOP 205
Pursuit Operations, Inter/Intra-Jurisdictional .................................................................. SOP 205
Pursuit Operations, Member Responsibilities .................................................................. SOP 205
Pursuit Operations, Number of Vehicles .......................................................................... SOP 205
Pursuit Operations, Primary Unit ..................................................................................... SOP 205
Pursuit Operations, Prohibitions ...................................................................................... SOP 205
Pursuit Operations, Radio Transmissions ........................................................................ SOP 205
Pursuit Operations, Reports ............................................................................................. SOP 205
Pursuit Operations, Review Board.................................................................................... SOP 205

Pursuit Operations, Specialized/Unmarked/With Emergency Equipment ......................................... SOP 205
Pursuit Operations, Supervisory Responsibilities ...................................................................... SOP 205
Pursuit Operations, Support Unit ........................................................................................... SOP 205
Pursuit Operations, Termination ............................................................................................ SOP 205
Pursuit Operations, Unmarked/Marked Without Emergency Equipment.................................. SOP 205
Pursuit Review Board............................................................................................................. SOP 205

**Q**

Qualification Failures............................................................................................................. SOP 204
Quartermaster ...................................................................................................................... SOP 155

**R**

Radar and Laser, Calibrations ............................................................................................... SOP 236
Radar and Laser, Court Requirements .................................................................................... SOP 236
Radar Speed Measuring Device ............................................................................................. SOP 236
Radio Communication .......................................................................................................... SOP 220
Radio Designators................................................................................................................. SOP 220
Radio Transmission, Police Pursuits ...................................................................................... SOP 205
Radio, Audible Tone Alerts ................................................................................................... SOP 220
Radio, Emergency Transmissions .......................................................................................... SOP 220
Radio, Equipment................................................................................................................. SOP 220
Radio, Failures ..................................................................................................................... SOP 220
Radio, Off-Duty ................................................................................................................... SOP 220
Radio, Prohibited Communications ....................................................................................... SOP 220
Radio, Transmissions............................................................................................................ SOP 220
Raid Operations Plan ............................................................................................................ SOP 281
Railroad Accidents ............................................................................................................... SOP 231
Range Operations ................................................................................................................. SOP 204
Rapid ID Device – Fingerprint Scanner ................................................................................. SOP 216.2
Record Retrieval System……................................................................................................. SOP 157
Recruit Training ................................................................................................................... SOP 112
Recruiting ............................................................................................................................ SOP 102
Red Light Camera ................................................................................................................ SOP 215.2
Refrigerated Secure Storage .................................................................................................. SOP 270
Relief from Duty .................................................................................................................. SOP 104
Remedial Training, General ................................................................................................... SOP 112
Remedial Training, Poor Performance or Infraction ................................................................ SOP 105
Remote Evidence Processing And Storage Site ....................................................................... SOP 270
Report Distribution .............................................................................................................. SOP 157
Reporting Requirements ........................................................................................................ SOP 247
Reports, Walk-In .................................................................................................................. SOP 218
Requesting Mutual Aid ......................................................................................................... SOP 145
Restraining Arrestees............................................................................................................ SOP 203
Restraining Orders ............................................................................................................... SOP 250
Restricted Information .......................................................................................................... SOP 156
Retail Theft, Reporting ......................................................................................................... SOP 260
Retail Theft, Submitting As Evidence..................................................................................... SOP 270
Roadway and Motorist Safety ............................................................................................... SOP 239
Roadway Debris and Defects................................................................................................. SOP 239
Robbery............................................................................................................................... SOP 246
Roll Call Procedures, Patrol .................................................................................................. SOP 216
Roll Call Training ................................................................................................................. SOP 112
Rules of Professional Conduct............................................................................................... DRRs
Runaway Juveniles ............................................................................................................... SOP 252

**S**

Salary Incentive Funding....................................................................................................... SOP 112
Satellite Reception Center ..................................................................................................... SOP 217

School Crossing Guard, Uniform ................................................................................ SOP 101
Sealing, Labeling & Marking Property/Evidence ........................................................ SOP 270
Search & Seizure ....................................................................................................... SOP 274
Search Warrant, Application Process .......................................................................... SOP 272
Search Warrant, Execution ......................................................................................... SOP 272
Search Warrant, High Risk .......................................................................................... SOP 272
Search Warrant, Low Risk ........................................................................................... SOP 272
Search Warrant, Moderate Risk .................................................................................. SOP 272
Search Warrant, Time Limitations ............................................................................... SOP 272
Search Warrants ......................................................................................................... SOP 272
Searches, Arrestees .................................................................................................... SOP 203
Searches, Body Cavity ................................................................................................ SOP 217
Searches, Strip ............................................................................................................ SOP 217
Secondary Handgun .................................................................................................... SOP 204
Security Card Access ................................................................................................... SOP 102
Sexual Predator, Community Notification .................................................................... SOP 213
Sexual Assault Treatment Center ............................................................................... SOP 249
Sexual Battery ............................................................................................................. SOP 246
Sexual Battery Investigations ...................................................................................... SOP 249
Sexual Battery, Arrest .................................................................................................. SOP 249
Sexual Battery, Evidence Collection & Preservation ................................................... SOP 249
Sexual Battery, Initial Response .................................................................................. SOP 249
Sexual Battery, Investigation ....................................................................................... SOP 249
Sexual Battery, Treatment Center (SATC) .................................................................. SOP 249
Sexual Harassment ...................................................................................................... SOP 120
Sexual Offender, Community Notification .................................................................... SOP 213
Sexual Offender, Registration ...................................................................................... SOP 213
Sexual Predator, Registration ..................................................................................... SOP 213
Sexual Predator/Offender Registration ....................................................................... SOP 213
Shift Assignment & Selection Process, Patrol  ............................................................ SOP 216
Shooting, Moving Vehicle or Vessel ............................................................................ SOP 200
Sick, Disabled or Injured Arrestees/Detainees, Transporting ...................................... SOP 203
Social Media ................................................................................................................SOP 109
Soft Body Armor, Issuance .......................................................................................... SOP 155
Special Events ............................................................................................................. SOP 282
Special Events, Processing .......................................................................................... SOP 282
Special Impact Munitions ............................................................................................ SOP 201
Special Investigative Requirements ............................................................................. SOP 247
Special Parking Request .............................................................................................. SOP 282
Special Purpose Vehicles ............................................................................................ SOP 215
Special Weapons and Tactics Team ............................................................................ SOP 290
Specialized Training .....................................................................................................SOP 112
Speed Measuring Device, Enforcement ...................................................................... SOP 236
Speed Measuring Devices ........................................................................................... SOP 236
Speed Monitoring Awareness Radar Trailer (Smart) ................................................... SOP 236
Staff Duty Officer ......................................................................................................... SOP 150
Staff Duty Officer's Responsibilities ............................................................................ SOP 150
State of Emergency .................................................................................................. SOP 280.1
Stolen Tags & Decals .................................................................................................. SOP 260
Stop Stick Deployment ................................................................................................ SOP 205
Storm Terminology ................................................................................................... SOP 280.1
Stranded Motorist ........................................................................................................ SOP 239
Strategic Operations Plans .......................................................................................... SOP 281
Strategy 2001-2003 .............................................................................................................DRRs
Subpoena Log .............................................................................................................. SOP 171
Subpoena Receipt ........................................................................................................ SOP 171

Substance Abuse.................................................................................................. SOP 107
Suicide.................................................................................................................. SOP 247
Supervisor Initiated Complaints .......................................................................... SOP 104
Supervisor Responsibilities..................................................................................DRRs
Supervisor's Commendation Report ................................................................... SOP 103
Supervisor's Response to Resistance Report  ................................................... SOP 200
Surveillance ......................................................................................................... SOP 245
Surveillance Operations Plan............................................................................... SOP 281
Suspensions......................................................................................................... SOP 105
Swat, Activation.................................................................................................... SOP 290
Swat, Deployment ................................................................................................ SOP 290
Swat, Equipment .................................................................................................. SOP 290
Swat, Member Responsibilities ........................................................................... SOP 290
Swat, Member Selection Criteria ......................................................................... SOP 290
Swat, Mutual Aid .................................................................................................. SOP 290
Swat, Physical Fitness ......................................................................................... SOP 290
Swat, Records & Reports ..................................................................................... SOP 290
Swat, Search/Arrest Warrants ............................................................................. SOP 290
Swat, Team Capabilities ...................................................................................... SOP 290
Swat, Team Training ............................................................................................ SOP 290
Swat, Uniform ...................................................................................................... SOP 101
Swat, Utility Officer .............................................................................................. SOP 290
Swat, Weaponry ................................................................................................... SOP 290
**T**
Table of Organization...........................................................................................DRRs
Take-Home Police Vehicles ................................................................................. SOP 215.1
Taped and Written Statements ............................................................................ SOP 245
Telephone Reporting Unit .................................................................................... SOP 218
Temporary Property Drop ..................................................................................... SOP 270
Termination .......................................................................................................... SOP 105
Theft ..................................................................................................................... SOP 260
Toll Card ............................................................................................................... SOP 155
Towed or Impounded Vehicles ............................................................................ SOP 225
Towed Vehicle Holds ........................................................................................... SOP 225
Towed Vehicle Inventory and Receipt Form ....................................................... SOP 225
Towed Vehicle, Private Property .......................................................................... SOP 225
Towed Vehicle, Release ....................................................................................... SOP 225
Traffic & Pedestrian Regulation Equipment ....................................................... SOP 240
Traffic Accident Investigation .............................................................................. SOP 231
Traffic Accidents Reports ..................................................................................... SOP 231
Traffic Accidents, Hazardous Materials .............................................................. SOP 231
Traffic Accidents, Injury........................................................................................ SOP 231
Traffic Accidents, Investigation  .......................................................................... SOP 231
Traffic Accidents, Traffic Unit .............................................................................. SOP 231
Traffic Check Point, Site Selection....................................................................... SOP 238
Traffic Checkpoint, Equipment ............................................................................ SOP 238
Traffic Checkpoint, Procedures ........................................................................... SOP 238
Traffic Checkpoints, Reporting............................................................................. SOP 238
Traffic Citations, Voiding ...................................................................................... SOP 230
Traffic Cones ....................................................................................................... SOP 240
Traffic Direction & Control ................................................................................... SOP 231
Traffic Direction and Control ................................................................................ SOP 237
Traffic Direction Equipment.................................................................................. SOP 237
Traffic Homicide Call-Outs ................................................................................... SOP 231
Traffic Safety Checkpoint Operations .................................................................. SOP 238
Traffic Violations, Officer Approach and Contact ................................................ SOP 229

Traffic Warnings ............................................................................... SOP 230
Trainee Uniform ............................................................................... SOP 101
Training and Professional Development ........................................... SOP 112
Training Records .............................................................................. SOP 112
Training's Function .......................................................................... SOP 112
Transfer Application Process ........................................................... SOP 118
Transfer Eligibility ........................................................................... SOP 118
Transfer Process ............................................................................. SOP 118
Transfer Selection Process .............................................................. SOP 118
Travel Request, Procedure .............................................................. SOP 158
Truancy ........................................................................................... SOP 252

**U**

Undercover Operations Plan ............................................................ SOP 281
Uniform Classes .............................................................................. SOP 101
Uniform Guidelines .......................................................................... SOP 101
Uniform Standards ........................................................................... SOP 101
Uniform Standards, Extra-Duty ....................................................... SOP 141
Uniforms, Issuance .......................................................................... SOP 155
Uniforms, Types .............................................................................. SOP 101
Universal Precautions ...................................................................... SOP 119
Unusual Occurrences ...................................................................... SOP 280
Use of Force .................................................................................... SOP 200
Use of Force Continuum .................................................................. SOP 200
Use of Force, Against Animals ........................................................ SOP 200
Use of Force, Florida Statutes Governing ....................................... SOP 200
Use of Force, Imminent Commission of A Forcible Felony ............... SOP 200
Use of Force, Incident Review Committee Responsibilities .............. SOP 200
Use of Force, Internal Affair's Responsibilities ................................ SOP 200
Use of Force, Legal & Psychological Representation ........................ SOP 200
Use of Force, Making an Arrest ....................................................... SOP 200
Use of Force, Member Response Levels .......................................... SOP 200
Use of Force, Preventing A Felon or Escape From Fleeing Justice ... SOP 200
Use of Force, Required Field Dictation or Supplemental Report ....... SOP 200
Use of Force, Shooting At or From A Moving Vehicle or Vessel ....... SOP 200
Use of Force, Subject Resistance Levels ......................................... SOP 200
Use Of Force-Special Impact Weapons and Chemical Agents ......... SOP 201

**V**

Valuables, Property Procedures ...................................................... SOP 270
Vandalism ........................................................................................ SOP 260
Vehicle and Miscellaneous Storage Compound ............................... SOP 270
Vehicle Decontamination ................................................................. SOP 119
Vehicle Escort, Types ...................................................................... SOP 242
Vehicle Escorts ............................................................................... SOP 242
Vehicle Fires ................................................................................... SOP 239
Vehicle Forfeitures .......................................................................... SOP 225
Vehicle Holds .................................................................................. SOP 225
Vehicle Impoundment Hearing ........................................................ SOP 225
Vehicle Seizure and Impoundment .................................................. SOP 225
Vehicle Stops .................................................................................. SOP 229
Vehicle Stops, High-Risk ................................................................. SOP 229
Vehicle Stops, Officers Approach & Contact ................................... SOP 229
Vehicle Stops, Oversized/Overweight Vehicles ............................... SOP 229
Vehicle Stops, Routine .................................................................... SOP 229
Vehicle Stops, Using Unmarked ...................................................... SOP 229
Vehicles 4x4, Equipment ................................................................. SOP 215

Vehicles 4x4, Limitations on Usage ........................................................................... SOP 215
Vehicles 4x4, Maintenance ....................................................................................... SOP 215
Vehicles Theft, Recoveries ....................................................................................... SOP 260
Vehicular Pursuit Report ........................................................................................... SOP 205
Victim & Witness Assistance ..................................................................................... SOP 243
Victim Advocates ...................................................................................................... SOP 243
Violent Arrestees, Transporting ................................................................................. SOP 203
Volunteers In Policing ............................................................................................... SOP 181
Volunteers In Policing, Attire ..................................................................................... SOP 181
Volunteers In Policing, Training ................................................................................. SOP 181
Volunteers In Policing, Uniform ................................................................................. SOP 101

**W**

Warning Shots ........................................................................................................... SOP 200
Warrant Arrest .......................................................................................................... SOP 203
Warrantless Arrest .................................................................................................... SOP 203
Weapons, Courthouse Procedures ............................................................................ SOP 171
Weapons, Obtaining .................................................................................................. SOP 155
Wellness Program ..................................................................................................... SOP 112
Witness Fees, Submission ........................................................................................ SOP 171
Workers Comp, Reporting Accidents ......................................................................... SOP 130
Workers Comp, Unable To Return to Work ................................................................ SOP 130
Worker's Compensation ............................................................................................ SOP 130
Workers' Compensation, Extra Duty Employment ...................................................... SOP 141
Worthless and Forged Checks ................................................................................... SOP 260
Written Directive and Official Correspondences ......................................................... SOP 100
Written Directive System ........................................................................................... SOP 100

**X**

**Y**

Youth Services Section .............................................................................................. SOP 252

**Z**

# WRITTEN DIRECTIVES, OFFICIAL & OTHER CORRESPONDENCE



| | |
|---|---|
| **DEPARTMENT SOP: #100** | **CALEA: 12.2.1, 12.2.2** |
| **EFFECTIVE DATE: 11/1/2001** **REVIEW: 05/09/2014** | **CFA:** **3.01A-G** |

**PURPOSE:** To provide guidelines for the implementation and management of a written directive system and provide guidance for the issuance and control of official and other correspondence.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Chief of Police establishes guidance of Department operations and Member behavior by way of Department Standard Operating Procedures (SOPs) and Department Rules and Regulations (DRRs) bounded into the Department Operations Manual and available via an electronic access system on all Departmental desktop and laptop computers

Only the Chief of Police, or his designee, has the authority to issue, modify, or rescind a policy or procedure promulgated by a Department SOP or DRR. Once a Department SOP or DRR is adopted and distributed, it will become the official order on the subject.

Official written directives and correspondence will conform to the provisions of this SOP. Letters, memorandums, emails, and routing slips are not directives and will only be used to transmit information.

It is the policy of the Department to make no distinction among Members or other individuals by gender. For simplicity and uniformity, the words "he," "him," and "his" in all written directives, policies, procedures, orders, rules and regulations will be construed to read "she," "her," and "hers" when applicable to females. **[12.2.1F]**

**INDEX:**

I. **DEPARTMENT OPERATIONS MANUAL [3.01A,B,12.2.1D]**....................2

A. Accreditation Unit Responsibilities: .....2
B. Ownership: .........................................2
C. Dissemination: [3.01F,12.2.2A,B]........2
D. Knowledge of the Operations Manual: 2

II. **WRITTEN DIRECTIVE SYSTEM**...........2

A. Department Standard Operating Procedure (SOP) and Department Rules and Regulations: ......................2
B. Division SOPs: ..................................6

III. **OFFICIAL CORRESPONDENCE**..........7

A. Incoming Correspondence: ................7
B. Letters: ..............................................8
C. Memorandum: ...................................8
D. Official Bulletin: ................................8
E. Other Bulletins:.................................9
F. Forms and Reference Material:..........9

IV. **OTHER CORRESPONDENCE**...........10

V. **PRECEDENCE OF LAWS AND SOP'S** ...........................................................10

A. Compliance: ....................................10
B. Conflicts:..........................................10

VI. **PUBLIC RECORD LAW F.S.S. 119**....10

VII. **POLICY REVIEW**................................10

VIII. **DEFINITIONS:**.....................................11

A. ACCREDITATION:............................11
B. ACCREDITATION STANDARD:........11
C. BULLETINS:.....................................11
D. DEPARTMENT RULES AND REGULATIONS (DRRs): .................11
E. ELECTRONIC ACCESS SYSTEM: ..11
F. MICROSOFT OUTLOOK: ................11
G. POLICY: ...........................................11
H. PROCEDURE: .................................11
I. RECEIPT:..........................................11
J. STANDARD OPERATING PROCEDURE (SOPs): ....................11
K. WRITTEN DIRECTIVE:.....................11

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 1 of 11
SOP #100

**PROCEDURE:**

I. **DEPARTMENT OPERATIONS MANUAL** [3.01A,B,12.2.1D]

All Department Standard Operating Procedures (Department SOPs) and Department Rules and Regulations (DRRs) are the Written Directives that establish the Department's Operations Manual. The Manual will be available to all Members via an electronic access system on all Departmental desktop and laptop computers.

A. **Accreditation Unit Responsibilities:**

The Accreditation Unit is the source of origin for all new Written Directives signed by the Chief of Police. These Written Directives are archived within the Unit.

B. **Ownership:**

The Department's Operations Manual (hardcopy and digital version) is the property of the Hollywood Police Department and is to be returned to the Quartermaster Section upon termination of employment.

C. **Dissemination:** [3.01F,12.2.2A,B]

The Operations Manual will be available to all Members via an electronic access system on all Departmental desktop and laptop computers. Operations Manual changes are automatically updated on all Police Department Computers. The Operations Manual can be found in Police Resources folder or in the Police Drive under LAPTOP Docs. Amended polices will be transmitted to employees via the PowerDMS system.

1. Each employee shall be accountable for acknowledging receipt of new or amended policies by following the PowerDMS Statement of Acknowledgement procedure. The Accreditation Manager will access PowerDMS to produce a report identifying who has not acknowledge the new policy and forward the report to each Division Major. [12.2.2C]

D. **Knowledge of the Operations Manual:**

All Members are charged with acquiring a sound working knowledge of all Written Directives.

1. Training may be provided for new or amended Written Directives.

2. Members are responsible for seeking clarification from their immediate Supervisor, when necessary.

II. **WRITTEN DIRECTIVE SYSTEM**

A Written Directive System is a written document that is used to guide the performance or conduct of Department Members. This term includes SOPs and DRRs. [12.2.1D]

A. **Department Standard Operating Procedure (SOP) and Department Rules and Regulations:**

Only the Chief of Police has the authority to issue Written Directives that establish guidance of a Member's behavior and Department operations. [3.01E, 12.2.1B]

1. **Development:**

Members will adhere to strict criteria when developing a SOP or DRR.

a. Information must be specific, accurate, dependable, and include all relevant data. It must be logical and organized for easy comprehension. Text will be written in the third person, utilizing clear and concise language.

b. It is the responsibility of all Members to recommend new SOPs or DRRs; to update, revise, or request removal of any outdated SOP or DRR. Proposals will be submitted through the Chain of Command to the Chief of Police via Memorandum with the attached New, Revised or Updated SOP Worksheet (see **Appendix A**).

2. **SOP Format:** [3.01A12.2.1D]

Each SOP will be assembled according to the following guidelines (see **Appendix B**):

a. All SOPs will be prepared on standard white paper (81/2" x 11"). Format the document into two columns, defined as balanced newspaper format and fully justified. Use 10 point Arial

Original Date: 11/1/2001
Revised Date: 05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 2 of 11
SOP #100

font type, unless indicated otherwise.

**b.** Page margins are to be set at 1" for the left, right, top, and bottom. Auto hyphenation will be enabled, zone will be .025 and "limit consecutive hyphens" will be set to "no limit".

**c.** All SOPs will contain the following:

**(1). Header:** A standard header will be attached to the first page of all SOPs, using typeface Arial, size 12 point all in CAPS and bolded.

The header will be outlined as depicted in **Appendix B**.

**(a). Box 1:** Contains the subject of the SOP, using Arial, size 14 point.

**(b). Box 2:** Contains the Hollywood Police Badge.

**(c). Box 3:** Indicates the sequential SOP number. The Accreditation Unit (AU) will provide the proper sequential number for the SOP.

**(d). Box 4:** States the effective date of the SOP.

**(e). Box 5:** Enumerates the applicable accreditation standard(s). The AU will enter the accreditation standards that are found within the SOP.

**(2). Body:** The body will contain the following:

**(a). Purpose:** The purpose should provide a brief statement for the need of the SOP.

**(b). Scope:** The scope designates the Members affected by the SOP.

**(c). Policy:** Provides value statements or goals for executing the SOP. **[12.2.1F]**

**(d). Index:** Identifies the content of the SOP alpha-numerically indicating page number.

**(e). Procedure:** Procedures will designate a way of carrying out Agency activities by affecting an act composed of steps or a course of action. A procedure could be made mandatory in tone by using "will" rather than "shall", or using "must" rather than "may". **[3.01E][12.2.1H]**

An alphanumeric order will be used to differentiate and establish topic relationships as depicted in **Appendix B**. Each topic heading will be bolded. **[3.01E]**

**(f). Definitions:** If needed, definitions will provide explanations of words and phrases unique to the SOP. If there are no definitions listed, the "DEFINITIONS" header will be formatted as a "Heading," instead of "Heading 1," and will not be added into the alphanumeric header listings, as indicated in **Appendix B**.

**(g). Authentication:** The last page of the SOP will contain authentication information. A double line will be drawn one space after the last line of the text to indicate there is no further text (this is located after the last Definition entry). Immediately below this line, typed in CAPS, "APPROVED BY:" skip

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 3 of 11
SOP #100

three lines and type a line straight across for the Chief's signature. On the next line, enter the Chief's name, tab over and type "Date". On the next line, type "Chief of Police. The Authentication section will provide a location for the Chief's signature approving and adopting the SOP.

(3). **Attachments:** Two spaces below the "Chief of Police" signature line, type the work "**ATTACHMENTS:**" (heading format) in large caps and bolded. Directly below that is where all appendixes are placed.

(4). **Footer:** Place a footer on each page of the document as follows:

(a). **First line:** Draw a single line across the bottom of the page from margin to margin.

(b). **Second line:** Change font size to 8 point. Type "Original Date:" then insert the date the document began. Tab to the right of the page and insert page number using auto tab x of y).

(c). **Third line:** Type "Revised Date:" then enter that date if it has been revised. Tab over to the right of the page and type "SOP #" and enter the correct number.

(d). **Fourth line:** Type "File Name:" then auto insert "File Name" from the tab button.

3. **DRRs Format:** [3.01A,12.2.1G]

All DRRs will be prepared in single column form on standard white paper (8.5" x 11"), using typeface Arial, size 10 point, (unless indicated oth-

erwise). Page margins are to be set at 1" from the left, right, top and bottom margins. There will be no header and the footer consists of the following (see **Appendix E**):

a. **First Line:** Draw a single line across the bottom of the page from margin to margin.

b. **Second Line:** Change the font size to 8 point. Type "Original Date:" the insert the date the document was initiated. Tab to the right of the page and insert the page number using the "auto tab x of y".

c. **Third Line:** Type "Revised Date:" then enter that date if it has been revised. Tab over to the right of the page and type "DRR".

d. **Fourth Line:** Type "File Name:" then "auto insert" the File Name. Tab over to the right and type "Author:"

4. **Numbering:** [3.01B]

The Accreditation Unit (AU) will provide the proper sequential number for all SOPs and DRRs.

5. **Indexing:** [3.01B][12.2.1E]

To facilitate easy accessibility of content, SOPs will be indexed numerical, DRRs and the Operations Manual indexed alphabetically.

6. **Revising, Research, and Staff Review:** [3.01D] [12.2.1E,I]

Any Member may propose a new SOP or DRR and suggest revisions and/or deletions to existing SOPs or DRR.

a. **Proposal Initiation:** All proposals will be made via the Chain of Command utilizing the New, Revised or Updated SOP Worksheet (see **Appendix A**) submitted to the Member's Division Major. To explain the reasoning behind the proposal, the initiating Member may attach a memo to the package.

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 4 of 11
SOP #100

**(1).** The initiating Member will prepare the document in Microsoft (MS) Word and provide a written copy to accompany the proposal.

**(2).** The initiating Member will also send a copy of the MS Word ".doc" file to the Accreditation Unit (AU); via, CD, the Department's Police(S:) network drive, or via email.

**(3).** If necessary, AU will assist the initiating Member with the formatting of the document and send a properly formatted copy to the initiating Member.

**b. Supervisory Research and Review:**

**(1).** Each Supervisor in the initiating Member's Chain of Command up to the Division Major will review and research the proposal ensuring proper format and content.

If a reviewing Supervisor believes the proposal contains a question of law, he will forward the proposal to the Legal Advisor for review. Upon making a determination, the Legal Advisor will return the SOP to the forwarding Supervisor.

**(2).** Each supervisor will make any corrections he deems necessary and will sign-off on the accompanying New, Revised or Updated SOP Worksheet, indicating that the proposal is acceptable to continue the review process.

The proposal will then be forwarded to the next level in the Chain of Command, repeating this process to the Division Major.

**(3).** If the proposal affects an SOP which is under the command of a different Division Major than that of the initiating Member, the initiating Member's Division Major will forward the proposal to the appropriate Division Major for approval.

**(4).** Upon approval of the proposal, the Division Major will forward the proposal to the Assistant Chief.

**(5).** Upon approval of the proposal, the Assistant Chief will forward the proposal to the Accreditation Unit.

**c. Accreditation Review:**

**(1).** AU will ensure that each Written Directive reflects up to date information.

**(2).** AU will ensure that the proposed SOP or DRR conforms to Accreditation Standards.

**(3).** AU will incorporate any suggested spelling and/or grammatical changes into the draft.

**(4).** AU will ensure that there are no conflicts and/or contradictions with other existing SOPs, and if any are discovered, will bring these conflicts/contradictions to the attention of the Division Major that sent the proposal.

**(5).** After review, the AU will sign-off on the accompanying New, Revised or Updated SOP Worksheet, indicating that the proposal is acceptable to continue the review process, and forward the proposal to the Professional Standards Major.

**d. Adoption:** The Professional Standards Major will make any corrections he deems necessary and will sign-off on the accompanying New, Revised or Updated SOP Worksheet, indicat-

Original Date: 11/1/2001
Revised Date: 05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 5 of 11
SOP #100

ing that the proposal is acceptable to continue the Chief of Police. The Chief of Police may, at his option, discuss any substantive changes at the next Staff Meeting.

The Chief of Police will make any corrections he deems necessary and will sign-off on the accompanying New, Revised or Updated SOP Worksheet, indicating that the proposal is acceptable. The Chief is the sole approving authority for all Written Directive revisions.

7. **System for Keeping Current:** [3.01C]

AU will be responsible for keeping all SOPs and DRRs current, reflecting up to date information. AU will ensure that each current SOP and DRR, is revisited monthly to ensure that all revisions issued during the previous month are incorporated into the Operations Manual by the following month.

8. **Dissemination:**

The AU will distribute Department SOPs and DRRs in digital format along with any amendments or rescindments via the Microsoft Outlook email to all Department Members. AU will also ensure that Information Technology sends out an automatic update to all Department computers whenever any changes to the SOPs or DRRs occur. These updates will install automatically when the Member logs on to their Departmental networked computer. Members will also receive an Inter-office Memorandum via Microsoft Outlook email outlining the SOP and DRR changes.

9. **Storage:** [3.01I]

The AU will maintain a complete file of all past and current Operations Manual's and all rescinded SOPs and DRRs. These files will contain a complete and current library of all reference material which was used to write these directives. Therefore,

the originator of a SOP or DRR will be responsible for supplying all reference material utilized to its development.

10. **Receipt:**

Each Supervisor will ensure that all Members under their command logs into Microsoft Outlook on their Departmental desktop and laptop computers whenever an update or change occurs to the SOPs or DRRs. By logging into Microsoft Outlook, the Member will be required to OPEN an email acknowledging he has received the SOP and/or DRR. Every Member has a responsibility to review, understand and comply with it immediately. The AU will be able to accurately track receipt of changes to the SOPs and DRRs with this method. The AU will notify the Member's Supervisor within 10 calendar days from issuance if they do not acknowledge receipt of the change. (See SOP 154 Computer Systems for further)

11. **Archival:**

When archiving SOP and DRR files, the AU will maintain the original and all subsequent revisions thereafter. All SOPs and DRRs that are revised will reflect the current date of the revision in the footer section.

a. Members are encouraged to create a sub-folder in their Microsoft Outlook email account for storing Operations Manual updates or changes.

b. Members will seek guidance from their Supervisors for any questions they may have about any SOP or DRR updates or changes.

B. **Division SOPs:**

Each Division Major will have the responsibility of ensuring that Members under their command are maintaining a current Division SOP. [12.2.1C]

1. **Development:**

The authority approving and changing these SOPs will be the respec-

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 6 of 11
SOP #100

tive Division Major. Each request will be submitted in accordance with **Section II A 1** of this SOP.

2. **Format:**

   Division SOPs will be written in the same format as Department SOPs, replacing the wording "Department SOP" with "Division SOP".

3. **Numbering:**

   Division SOPs will be sequentially numbered using the Division's prefix as follows.

   **a.** PAT-01

   **b.** CID-01

   **c.** SUP-01

   **d.** SER-01

   **e.** CHF-01

   These numbers will be issued by the AU.

4. **Revising:**

   Revisions are authorized by the Division Major. Each request will be submitted in accordance with **Section II A 6** of this SOP then forwarded to the AU for final approval.

5. **Research and Staff Review:**

   Before incorporating a new or revised Division SOP, the Division Major will:

   **a.** Review the proposal with his staff to ensure no conflicts exist.

   **b.** Forward the proposal to the AU to ensure that there is no conflict with accreditation standards, current Department SOP or another Division SOP.

   The process will not be considered complete until AU signs off that there are no conflicts with the Department Manual.

6. **Receipt:**

   Each Division Major will ensure all Members under their command affected by a Division SOP will receive the Division SOP via Microsoft Outlook e-mail. Members opening the email indicates acknowledgement of the Division SOP and/or update. Each email is digitally tracked and recorded to document receipt by all Members.

7. **Archival:**

   Copies of all Division SOPs will be filed in the AU. The AU will record all requests for changes and the actual changes to them.

8. **Exclusions:**

   A Division SOP will not supersede or alter a Department SOP or DRR. If it is determined that a Division SOP conflicts with a Department SOP or DRR, then the Department SOP or DRR will take precedence. The Division Major will be responsible for resolving the conflict.

9. **Other:**

   All Division SOPs will be disseminated, stored, indexed and kept current following the same guidelines as the Department SOP.

## III. OFFICIAL CORRESPONDENCE

Letters and correspondence are important to the effective functioning of the Department. Since correspondence creates an image, it must be promptly acted upon and professionally prepared.

A. **Incoming Correspondence:**

   All in-coming correspondence will be immediately routed to the Division, Section, or Unit concerned for timely coordination, action, and if required, a reply.

1. **Copies:**

   The office of the highest-ranking Member listed as the sender or recipient will retain a copy of all letters and correspondence. This does not prevent other Members who must provide input for the correspondence from maintaining a copy for their files. The disposal of such files will be in accordance with the rules found in the State of Florida General Records Schedule for Law Enforcement Agencies. See **FSS 119** and related Departmental SOP(s).

Original Date: 11/1/2001
Revised Date: 05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 7 of 11
SOP #100

**2. Representation:**

Members will not use the Police Department's name or their official status or title for personal gain. Violation of this may result in disciplinary action.

**B. Letters:**

Letters are the Department's official means of written communication with outside entities and will be used for all correspondence leaving the Department. They will be prepared on Department Letterhead in the accepted business letter format. Letters will state who is to receive the information requested and who should be contacted if any further information is needed (see **Appendix H**).

**1. Use Within Department:**

Letters will not be used for any form of communication within the Department with the exception of the Police Chief.

**2. Controversial Subject Matter:**

When the subject or content of a letter may be controversial or negative in substance, the proposed draft or subject matter will be reviewed or discussed with the appropriate Assistant Police Chief.

**3. Signature:**

Letters must be prepared in the name of the Police Chief, followed by the signature of the authorized Member.

**4. Personal Use:**

Department Letterhead will not be used for personal or private correspondence. The Department's official mailing address will not be used for purposes of receiving personal mail not connected with official Department business, except where provided by law.

**C. Memorandum:**

Interoffice Memorandums will be used to inform or make inquiries within the Police and other City Departments (see **Appendix I**).

**1. Action Memorandum:**

Memorandums submitted to request approval or authorization of a higher authority must be submitted with "Approved" and "Disapproved" blocks following the body of text, along with a signature block.

**2. Chain of Command:**

All memorandums directed through the Chain of Command will be addressed to the intended recipient followed with "Via Chain of Command." The submitting Member will give the memorandum to his immediate Supervisor. Each Supervisor in the Chain of Command will acknowledge the memorandum on the last page with their initials and date. Additional comments may be added to the memorandum in writing or on a separate attached page.

**D. Official Bulletin:**

It is important all Members of the Department are kept fully informed and up to date on information.

**1. Development:**

In an effort to ensure all Members of the Department are informed concerning Departmental issues, Official Bulletins will be posted for Member review.

**a.** Official Bulletins will contain information concerning, Staff Duty Officer schedules, and status of Department projects, and other appropriate information.

**2. Format:**

The following procedures will govern the publication of the Official Bulletin.

**a.** The Official Bulletin will use a format outline approved by the Chief of Police.

**b.** Official Bulletins will be numbered as to year and consecutive number, i.e., OB 00-0(1).

**c.** The Official Bulletin will be published weekly. Deadline for

Original Date: 11/1/2001
Revised Date: 05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 8 of 11
SOP #100

submissions of information will be Wednesdays at 2pm.

3. **Posting:**

Official Bulletins will be posted in the line up room (all board on the Lieutenant's podium) and will be archived in Public Affairs. Archived Official Bulletins will be accessible to all Members by making an appointment with Public Affairs. Official Bulletins are not to be removed or purged from their posted locations except by a Member of Public Affairs.

4. **Distributions:**

The Official Bulletin is sent to all Members and City Hall via Microsoft Outlook e-mail.

5. **Inconsistencies**:

When the contents of an Official Bulletin conflicts with an existing policy, procedure, rule or regulation, it should be brought to a Supervisor's attention and addressed through the Chain of Command to the Division Major of the Member who requested the information be included in the Official Bulletin.

   **a.** The Member who requested the information will be identified at the end of each entry in the Official Bulletin in the event further information or clarification is needed.

   **b.** Questions relating to the contents of Official Bulletins will be clarified through a Member's immediate Supervisor.

E. **Other Bulletins:**

These Bulletins include, but are not limited to, Legal Bulletins, Training Bulletins, CID Informational Bulletins and other Internal Office Bulletins.

1. **Development**:

Other Department, Division, or Unit Bulletins may be developed and distributed to affected Members, if approved by their Division Major.

2. **Format:**

The following procedures will govern the publication of Other Bulletins

   **a.** Bulletins will use a format outline approved by the originating Member's Division Major.

   **b.** Bulletins will be sequentially numbered with prefix letters identifying the Division, the last digits of the year and publication number, i.e. Legal 00-01.

3. **Distribution:**

Bulletins will be distributed by the publishing component to affected Members. The component publishing the Bulletins will retain copies of the Bulletins.

F. **Forms and Reference Material:**

The Chief of Police will approve all Forms or reference materials used by the Department.

1. **Approval:**

Only those Forms or reference materials approved for use by the Chief of Police will be published.

2. **Changes and Revisions:**

Any Member who observes, or is made aware of any changes or revisions needed in any Department Form or reference material, is encouraged to submit a proposal, via the Chain of Command, to their Division Major.

3. **Printing:**

It is the responsibility of the Division requiring the Form or reference material to prepare it according to Print Shop standards.

4. **Forwarding:**

Once the Form or reference material is prepared, the Division Major will forward the proposed Form along with a Memorandum explaining its use to the AU.

5. **Verification:**

The AU will review the proposal for the new Form or reference material

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 9 of 11
SOP #100

and verify compliance with applicable Law, Department Operations Manual, and Accreditation Standards.

6. **AU Review:**

Upon completion of the review, the AU will send the proposed Form or reference material along with the memorandum explaining its use to Professional Standards Major for review via a red folder with a "New, Revised, or Updated SOP Worksheet", Appendix A.

7. **Professional Standards Major Review:**

Upon completion of the review by the Professional Standards Major, the AU will send the proposed Form or reference material to the Chief of Police for approval.

8. **Chiefs Approval:**

Upon approval by the Chief of Police, the Form or reference material will be forwarded along with a Memorandum to the AU for archiving.

9. **Quartermaster:**

The AU will forward the approved Form or reference material to the Quartermaster for printing.

10. **Inventory:**

All Forms or reference material will be maintained as part of the inventory of the Quartermaster or, by the component that solely uses the Forms.

## IV. OTHER CORRESPONDENCE

The Chief of Police has the inherent authority to restrict work place communications which compromise the integrity of the Department or potentially disrupt the orderly work environment.

Members will not distribute or post any literature, documents or correspondence to other Members of the Police Department or Employees of the City of Hollywood which could be perceived as being disruptive or detrimental to the orderly operation of the Department.

## V. PRECEDENCE OF LAWS AND SOP'S

A. **Compliance:**

All Department SOPs and Directives will be written to comply with Federal Law, Florida Statutes, Broward County Ordinances and Resolutions, and City of Hollywood Ordinances and Resolutions.

B. **Conflicts:**

They will be resolved in favor of the superior directive as listed below in descending order of precedence:

1. Federal Laws.
2. State Statutes.
3. County Ordinances.
4. County Resolutions.
5. City Ordinances.
6. City Resolutions,
7. Department Rules and Regulations.
8. Department SOPs.
9. General Orders.
10. Division SOPs.
11. Division Orders.

## VI. PUBLIC RECORD LAW F.S.S. 119

Original documents of all written communications are subject to provisions of F.S.S. 119, Florida Public Records Law and Departmental SOPs. All Members are to familiarize themselves with F.S.S. 119, the Public Records Law.

## VII. POLICY REVIEW

All current, revised, or new SOPs, Rules and Regulations, General and Division Orders, Official and Other Bulletins will be reviewed at roll calls, meetings, and/or training sessions. Supervisors will be held accountable for the training and compliance of their subordinates' to all Written Directives. All Members are charged with acquiring a sound working knowledge of all Written Directives. Members are responsible for seeking clarification from their immediate Supervisor when necessary.

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 10 of 11
SOP #100

**VIII.  DEFINITIONS:**

**A.  ACCREDITATION:**

A voluntary, self-motivated approach by which organizations seek to achieve, objectively verify, and maintain high quality in their operations through periodic evaluations.

**B.  ACCREDITATION STANDARD:**

Minimum expectation of professional quality as determined by the Commission for Florida Law Enforcement Accreditation or other Accrediting Agencies.

**C.  BULLETINS:**

Written documents that inform Members of Departmental issues.

**D.  DEPARTMENT RULES AND REGULATIONS (DRRs):**

Written Directive issued by the Chief of Police that establishes specific Member behavior not found within a SOP.

**E.  ELECTRONIC ACCESS SYSTEM:**

A system which allows Members access to the Operation's Manual in a digitally stored format if they have a desktop or laptop computer connected to the City's network.

**F.  MICROSOFT OUTLOOK:**

The name of the City's email communication system.  All Members of the Department are given access to the system in order to receive SOP and DRR changes as well as other Departmental and Citywide related communications.

**G.  POLICY:**

A written directive that is an ideological value statement of the Department that will serve as the foundation for the delivery of Law Enforcement services to the Community.  These values will guide the development of all SOPs and DRRs.

**H.  PROCEDURE:**

The official method of dealing with any given situation prescribed by the Department Operations Manual.

**I.  RECEIPT:**

The acknowledgment of receiving and understanding a Department directive. All SOPs, DRRs, and Operations Manuals, require each Member to digitally accept receipt by logging into the Microsoft Outlook email system opening an email indicating a change to the SOP and/or initiating an automatic download of any Operations Manual updates or changes on their Departmental desk top and laptop computers. (See SOP 154 Computer Systems for further)

**J.  STANDARD OPERATING PROCEDURE (SOPs):**

Written Directives that establish guidance of Member behavior or operations. Department SOPs are issued by the Chief of Police.  Division SOPs are issued by the Division Major.

**K.  WRITTEN DIRECTIVE:**

A written document used to guide the performance or conduct of Department Members. The term includes SOPs and DRRs and will require a Written Directive Receipt Form to be signed.

APPROVED BY:

**05/09/2014**

**Frank G. Fernandez                    Date
Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**        New, Revised or Updated SOP worksheet.

- **Appendix B:**        Policy Format.

- **Appendix C:**        Department Rules and Regulations.

- **Appendix D:**        Official Letter.

- **Appendix E:**        Departmental Memorandum.

Original Date:  11/1/2001
Revised Date:  05/09/2014
File Name: SOP 100 Written Directives Official and Other Correspondence.doc

Page 11 of 11
SOP #100

# New, Revised or Updated SOP Worksheet

**This form will be placed into the <u>RED</u> Revision Folder or <u>BLUE</u> New Policy Folder and will follow the SOP throughout the entire review process:**

**Department SOP Name:** _____

**Member Initiating SOP Change:** _____  Date: _____
**Attached is a copy of the SOP recommended for change.**

> <u>**Notice to Reviewer**</u>:  **Changes should be returned to the initiating Member before the SOP is forwarded to the next review level.**

**Member's Sergeant**: _____  Date: _____
I have reviewed the attached SOP and find it acceptable to continue the review process.

**Member's Lieutenant**: _____  Date: _____
I have reviewed the attached SOP and find it acceptable to continue the review process.

**Member's Major**: _____  Date: _____
I have reviewed the attached SOP and find it acceptable to continue the review process.

**Member's ASSISTANT CHIEF**: _____  Date: _____
I have reviewed the attached SOP and find it acceptable to continue to PSAU.

**IF PSAU REQUIRES ANY CORRECTIONS FOR CFA STANDARDS OF COMPLIANCE OR FORMATTING, <u>THE SOP WILL BE RETURNED</u>.**

**Accreditation Unit**: _____  Date: _____

**MAJOR**
**of Professional Standards:** _____  Date: _____
___ I have reviewed the attached SOP and find it acceptable to continue the review process.

**MAJOR**
**of Professional Standards:** _____  Date: _____
___ I have reviewed the attached SOP and have made corrections.  Completed by AU: Date: _____

**CHIEF OF POLICE:** _____  Date: _____
___ I have reviewed the attached SOP and find it acceptable to place into a General Order.

**CHIEF OF POLICE:** _____  Date: _____
___ I have reviewed the attached SOP and have made corrections.

Completed by AU: Date: _____

**Note:  All corrections or changes should be completed in <span style="color:red">RED.</span>  Words or sections being deleted should be completed in <span style="color:blue">BLUE</span> <span style="color:blue">~~strikethrough~~</span>.**

| SOP TITLE | Box #1 | |
|---|---|---|
| Box #2 | **DEPARTMENT SOP:**<br><br>Box #3 | **CFA STANDARDS**<br><br>Box #5 |
| | **EFFECTIVE DATE:**  Box #4 | |

**PURPOSE:**

**SCOPE:**

**POLICY:**

**INDEX:**

**PROCEDURE:**

I.   **HEADING 1:  ALIGNED AT 0, INDENT AT 0.25, TAB AT 0.25, FONT SIZE 10, BOLD**

Miscellaneous text is formatted as "Body Text" and indented the same indent as the header above.

A.   **Heading 2:  Aligned at 0.25 Indent at 0.50 -Tab at 0.50, Font size 10,Bold**

Miscellaneous text is formatted as "Body Text" and indented the same indent as the header above (this will repeat below as necessary).

1.   Heading 3:  Aligned at 0.50, Indent at 0.75, Tab at 0.75, Font size 10, Bold

a.   Heading 4:   Aligned at 0.75, Indent at 1.00, Tab at 1.00, Font size 10, Bold

(1). Heading 5:  Aligned at 1.00, Indent at 1.25, Tab at 1.25, Font size 10, Bold

(a). Heading 6:   Aligned at 1.25,  Indent  at  1.50, Tab at 1.50, Font size 10, Bold

1).   Heading 7:  Aligned at 1.50, Indent at 1.75, Tab at 1.75, Font size 10, Bold

II.   **DEFINITIONS:** ◄——

A.   **DEFINITION NAME:**

Description of definition.

B.   **DEFINITION NAME:**

Description of definition.

| If there are no definitions listed, this will be formatted as "Heading" instead of "Heading 1;" and NONE will be printed in "normal" format in place of the first Definition |
|---|

this empty line is formatted "Normal"

═══════════════════════════════

APPROVED BY:

this empty line is formatted "Normal"

this empty line is formatted "Normal"

_____
**(Name of Chief)          Date**
**Office of the Chief of Police**

this empty line is formatted "Normal"

**ATTACHMENTS:**

- **Appendix A:**      Type name of appendix.

(Department Rules and Regulations)
(8.5 x 11" white paper, Arial Font size 10 point single column)

**Part A:   Introduction**

   **General Policies of the Hollywood Police Department**

**Part B:   Definition of Terms**

   **Chapter 1:  Definitions**

**Part C:   The Organizational Structure Of The Hollywood Police Department**

   **Chapter 2:  Organization Structure**
   **2.1:**

   **Chapter 3:  Command Officer/Supervisor Responsibilities**
   **3.1:**

**Part D:   Rules of Professional Conduct**

   **Chapter 4:     Member Responsibilities**
   **4.1:**



Insert 10 Blank Lines

Date:

Insert 4 Blank Lines

(Addressee)
(Street Address)
(City, State, Zip Code)

Insert 2 Blank Line

Dear (Addressee):

Insert 2 Blank Line

All official correspondence on letterhead is to be formatted in block style with no justified margins.  The font to be used is Arial, 12 point, as shown in this example.

Remember that this is an official representation of the Police Department and should be a professional document in every way.

Insert 2 Blank Line

Sincerely,

Insert 4 Blank Lines

**(Name of Chief)**
Office of the Chief of Police

Insert 4 Blank Lines

(Name of Sender)
(Title of Sender)

Insert 1 Blank Line

JS:(then the typist's initials)

Insert 1 Blank Line

Insert Departments Filing Classification

Insert 1 Blank Line

c:



# CITY OF HOLLYWOOD, FLORIDA
## INTEROFFICE MEMORANDUM
## POLICE DEPARTMENT
(Insert 2 lines)
(Use 8.5" x 11" standard white paper, Arial font and size 12 point)

**DATE**:    (Insert date)

**TO:**    (Name of addressee)
(Title of addressee)

**FROM**:    (Name of writer)
(Title of writer)

**VIA:**    **CHAIN OF COMMAND**

**SUBJECT:**    (Subject of memorandum)

**FILE:**    If applicable put Division, Unit, or the writers initials and then the last two digits of the year followed by the memo number, i.e. MS-00-01.

## ISSUE:
(The issue is the introduction to the Memorandum.  It states the facts concerning the purpose, authority, and background for the memo.)



## EXPLANATION:
(The explanation describes the purpose of the Memorandum.  It should be presented chronologically.  It discusses the writer's findings or other data presented.  The explanation may be informative in nature, describe a request or inquiry, or identify a problem.)

## RECOMMENDATION:
(The recommendation advises the reader what response if any is anticipated as a result of the Memorandum.  It may simply read, "For your information", or may give instructions on how to proceed.)



**For action memoranda only:** (use size 8 point)

☐ **Approved**    ☐ **Disapproved**    **by:** _____
**Signature**

| APPEARANCE STANDARDS | | |
|---|---|---|
|  | **DEPARTMENT SOP: #101** | **CALEA: 22.2.7, 26.1.1** |
| | **EFFECTIVE DATE: 11/1/2001**<br>**REVIEW DATE: 03/04/2014** | **CFA:** |

**PURPOSE:** To establish standards and guide-lines for appearance and grooming.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Members will comply with the proce-dures and guidelines established in this SOP, unless excused by proper authority.

**INDEX:**

I.     UNIFORM GUIDELINES ........................2

   A.     Global Standards: ................................2
   B.     Authority: ............................................2

II.    UNIFORM CLASSES ............................2

   A.     Sworn Members Class A Uniform: ......2
   B.     Non-Sworn Members Class A Uniform: ...............................................................2
   C.     Sworn Members Class B Uniform: ......3
   D.     Non-Sworn Members Class B Uniform: ...............................................................3
   E.     Non-Sworn Members Uniform: ............3
   F.     Class D Uniforms: ...............................3
   G.     Training Unit Officers and Recruits: ....5
   Authorized for all Members assigned to the Training Unit. ........................................5
   H.     Police Academy Trainee Uniforms: .....6
   I.     Honor Guard Uniform: .........................6
   J.     Police Explorers: .................................6
   K.     Citizen's Crime Watch Mobile Patrol Volunteers (MPV): ..............................6
   L.     Volunteers in Policing (VIP's): ............7
   M.     Police Chaplains: .................................7
   N.     Gym Attire: ..........................................7

III.   UNIFORM STANDARDS ......................7

   A.     Headwear: ...........................................7
   B.     Uniform Shirts: ....................................7
   C.     Uniform Pants and Shorts: .................9

   D.     Police Duty Belt: ................................9
   E.     Uniform Footwear: .............................9
   F.     Protective Barrier Gloves: ................10
   G.     Non-Sworn Optional Uniforms: .........10
   H.     Civilian Attire While Assigned Inside the Department: ...............................10
   I.     Undercover Officers: ........................10
   J.     Off-Duty Uniform Restrictions: ..........10
   K.     Court Attire: ......................................11
   L.     Training Attire: ..................................11
   M.     Wearing Uniform While Under Suspension: .......................................11
   N.     Non-Uniformed Officers at In-Progress Calls: ...............................................11
   O.     Violations: ..........................................11

IV.    PERSONAL APPEARANCE ...............12

   A.     Hair-All Members: .............................12
   B.     Hair of Female Uniformed Members: 12
   C.     Hair – Male Members: .......................12
   D.     Sideburns – Uniformed Members: ....12
   E.     Mustaches and Beards: ....................12
   F.     Personal Hygiene and Accessories: .13
   G.     Tattoos .............................................13

V.     EQUIPMENT .......................................14

   A.     Uniform Jackets, Raingear and Reflective Vests: .............................14
   B.     Anti-Ballistic Vests: ...........................14
   C.     Required Equipment: .........................14
   D.     Department Equipment: .....................14
   E.     Personal Equipment: .........................14
   F.     Departmental Pagers and Cellular Telephones: ....................................15

VI.    DEFINITIONS: ....................................15

   A.     GOATEE: ...........................................15
   B.     MEDALS: ...........................................15
   C.     PINS: .................................................15

**PROCEDURE:**

**I.    UNIFORM GUIDELINES**

    **A.  Global Standards:**

The following standards apply to all Members:

    1.  Uniformed Members will only wear uniforms and equipment issued by the Department unless authorized by the Chief of Police.

    2.  Every Member in a Sworn classification will have a complete Class B uniform, readily available, in the event of a contingency requiring a uniformed appearance.

    3.  All classes of uniforms and accessories will be worn in their entirety, clean and pressed as described.

    **B.  Authority:**

Division Majors have the authority to choose the class of uniform required for Members under their Command.

**II.    UNIFORM CLASSES**

    **A.  Sworn Members Class A Uniform:**

All Sworn Members are required to have a Class A uniform. The uniform will be worn when participating in formal occasions, or as otherwise directed by the Chief of Police.  The Class A uniform consists of:

    1.  Department issued long sleeve dark blue shirt with Department shoulder patch on both shoulders.

    2.  Badge worn on left side of shirt in pre-positioned eyelets.

    3.  Nametag aligned with the top of the right shirt pocket flap.

    4.  Rank insignia on sleeve and/or collar. Rank insignias designating Lieutenants and above will be worn 1 inch from the tip of the collar and centered.

    5.  Appropriate gold buttons for Ranking Officers.

    6.  Hash marks on left shirt sleeve.

    7.  Department issued dark blue uniform pants.

    8.  Dark blue necktie.

    9.  Approved optional pins and awards.

    10. Black polished boots or corfram shoes.  Sneakers are prohibited.

    11. Dark blue or black socks.

    12. Complete duty belt.

    13. Dress hat (optional).

    **B.  Non-Sworn Members Class A Uniform:**

All Non-Sworn Members are required to have a Class A uniform.  The uniform will be worn when participating in formal occasions, or as otherwise directed by the Chief of Police.  The Class A uniform consists of:

    1.  Department issued long sleeve light blue shirt with Department shoulder patch on both shoulders.

    2.  Badge on left side of shirt in pre-positioned eyelets.

    3.  Nametag aligned with the top of the right shirt pocket flap.

    4.  Department issued dark blue uniform pants or skirt.

    5.  Dark blue necktie.

    6.  Optional pins and awards.

7. The uniform shoe will be limited to an all-black, plain toe, lace-up; rubber or leather heeled sole. Polish able, smooth, shiny finish; no suede.

8. Dark blue or black socks.

9. Complete duty belt, if applicable.

**C. Sworn Members Class B Uniform:**

Authorized for uniformed assignments (on or off-duty).

1. Department issued short or long sleeved dark blue shirt (open collar, no tie) with Department shoulder patch on both shoulders.

2. Badge on left side of shirt in pre-positioned eyelets.

3. Embroidered name tag aligned with the top of the right shirt pocket flap.

4. Department issued dark blue uniform pants.

5. Optional pins and awards.

6. Complete duty belt.

7. The uniform shoe will be limited to an all-black, plain toe, lace-up; rubber or leather heeled sole. Polish able, smooth, shiny finish; no suede.

8. Dark blue or black socks.

9. Rank insignia on sleeve and/or collar. Rank insignias designating Lieutenants and above will be worn one inch from the collar tip centered on top of the shoulder.

**D. Non-Sworn Members Class B Uniform:**

Authorized for uniformed assignments (on or off-duty).

1. Department issued short or long sleeve light blue shirt (open collar) with Department shoulder patch on both shoulders).

2. Badge on left side of shirt in pre-positioned eyelets.

3. Embroidered nametag aligned with the top of the right shirt pocket flap.

4. Dark blue uniform pants or skirt.

5. Optional pins and awards.

6. Complete duty belt, if applicable (to be worn with pants).

7. The uniform shoe will be limited to an all-black, plain toe, lace-up; rubber or leather heeled sole. Polish able, smooth, shiny finish; no suede.

8. Dark blue or black socks.

**E. Non-Sworn Members Uniform:**

To be worn by Non-Sworn Members assigned to Communications, Records Section, Quartermaster Section, and Support Services Division.

1. Department issued blue polo style shirt.

2. Embroidered patch on left side of shirt.

3. Embroidered nametag on right side of shirt.

4. Department issued dark blue pants or skirt.

5. Black footwear with dark blue or black socks.

**F. Class C Uniforms:**

The following miscellaneous uniform categories are specific to the job description.

1. **Motorcycle Officers:**

Officers assigned to the Motor Unit will wear the following uniform:

a. Issued black leather motorcycle boots.

**b.** Department issued dark blue pants (motorcycle britches).

**c.** White short sleeve uniform shirt or white long sleeve shirt issued by the Department with embroidered badge and Member's name above the pocket.

**d.** Traffic wing insignias worn on the collar. Wings worn centered on the point of the collar with the tips of the traffic wings touching the stitching bordering the edges of the collar.

**e.** The motorcycle traffic wheel patch will be centered on the left uniform sleeve.

**f.** Complete duty belt.

**g.** The motorcycle helmet will be worn with chinstrap properly secured while the motorcycle is in operation. F.S. 316.211(3) Motorcycle Headgear Exemptions does not apply to Officers operating a City leased or owned motorcycle.

**2. Investigative Services Section:**

This section will apply to Detectives, Detective Sergeants, and Detective Lieutenants assigned to the Investigative Services Section

**a.** Male Members will wear appropriate business attire consisting of dress or docker style pants, dress shirt and tie. Plan oxford or dress type shoes. Sneakers are prohibited.

**b.** Female Members: Appropriate business attire.

**c.** Sworn Members of the Investigative Services Section can wear the following on call-outs and Fridays:

**(1).** Dress or Docker Style pants;

**(2).** Department issued navy polo shirt with gold badge embroidered on the left chest and Detective's name affixed to the right chest;

**(3).** Plain oxford or dress type shoes. Sneakers are prohibited.

**3. Street Crime Members:**

**a.** Black Battle Dress pants (BDU) issued by the Department.

**b.** Black Street Crimes Unit shirt issued by the Department with printed badge.

**c.** The uniform shoe will be limited to an all black, plain toe, lace-up; rubber or leather heeled sole. Polish able, smooth, shiny finish; no suede.

**d.** Black socks.

**e.** Plain clothes may be worn when working in an undercover capacity.

**4. SWAT Team Officers:**

**a.** Department issued long sleeve black Battle Dress Uniform (BDU).

**b.** High top boots.

**c.** Other specialized equipment as authorized. (see **Special Weapons & Tactics Team SOP**)

**5. Crime Scene Technicians:**

**a.** Department issued navy polo style shirt. "Hollywood Police Department Crime Scene Unit" printed on back.

**b.** Dark blue B.D.U. pants issued by the Department.

**c.** Black or blue socks.

**d.** The uniform shoe will be limited to an all black, plain toe, lace-up; rubber or leather heeled sole. Polish able, smooth, shiny finish; no suede.

**e.** Department patch worn on the left side of shirt or jump suit.

**f.** Nametag aligned with the top of right shirt pocket flap.

**6. Canine Officers:**

**a.** Department issued grey Battle Dress Uniform (BDU).

**b.** Complete duty belt, with handler accessories.

**c.** Other specialized equipment, as authorized. (see **Police Canine SOP**)

**7. Marine Unit Officers and Beach Unit Officers:**

**a.** Department issued dark blue shorts or nylon pants.

**b.** Department issued navy Polo style shirt or long sleeve Polo style shirt. "Hollywood Police Department" printed on back.

**c.** While wearing long pants, the uniform shoe will be limited to an all black, plain toe, lace-up; rubber or leather heeled sole. Polish able, smooth, shiny finish; no suede.

**d.** White or Black sneakers, plain, with no visible logo and white/black socks with shorts.

**8. Downtown Bike Unit:**

**a.** Department issued Bicycle Uniform:

**(1).** Department issued shirts with reflected lettering on the back.

**(2).** Department issued shorts or pants.

**(3).** Black only sneakers, plain, with no visible logo and white/black socks with shorts.

**(4).** This section will apply to Neighborhood Team Leaders operating a bicycle.

**9. Code Enforcement Unit Officers:**

**a.** Department issued dark blue shorts or nylon pants.

**b.** Department issued grey Polo style shirt with an embroidered patch and Member's name. "Hollywood Police Department Code Enforcement" printed on back.

**c.** Dark blue or black socks and solid black footwear with long pants. White or black sneakers and white socks with shorts.

**G. Training Unit Officers and Recruits:**

Authorized for all Members assigned to the Training Unit.

**1.** Department issued dark blue Battle Dress Uniform (BDU) or dark blue nylon pants.

**2.** Department issued navy Polo style shirt or long sleeve Polo style shirt. "Hollywood Police Department" printed on back.

**3.** Training Unit Officers will wear a red polo with khaki BDUs while conducting Range duties.

**4.** Recruits, while assigned to the Training Unit will wear the following:

**a.** Recruits will be issued two (2) black Polo style shirts with an embroidered City of Hollywood patch, no name or screen-printing.

**b.** Recruits will be issued two (2) black Battle Dress Uniform (BDU) pants.

**H. Police Academy Trainee Uniforms:**

Authorized for all Members attending the Police Academy.

1. Consists of a white, short sleeve shirt:

   **a.** Hollywood Police Department patch on the right shoulder.

   **b.** Institute of Public Safety patch on the left shoulder.

   **c.** Collar insignias for Platoon Leader and Commander classifications, if applicable.

   **d.** Nametag aligned with the top of the right shirt pocket.

2. Grey pants.

3. Black socks.

4. Black shoes.

5. Web belt with silver buckle.

**I. Honor Guard Uniform:**

Authorized for wear only by Departmental Honor Guard Members when participating in an official Honor Guard activities.

1. Department issued long sleeve Class A shirt with creased sleeves or single-breasted dark blue jacket. Hash marks will be placed on left sleeve. Uniforms will be adorned with issued gold buttons and proper rank insignia.

2. Specialty Nametag centered and aligned with the top of the right shirt or jacket pocket flap.

3. Approved ribbons will be worn centered and aligned above the right shirt or jacket pocket flap.

4. Department issued dark blue pants with blue piping (decorative stripe).

5. High Gloss duty belt to include: holster, magazine pouch and handcuff case only. When wearing the jacket, the cross strap along with two keepers will be worn.

6. Light blue Ascot or dark blue tie with Honor Guard pin.

7. Aiguillette over the left shoulder sleeve.

8. High gloss shoes.

9. White gloves.

10. Honor Guard dress hat.

**J. Police Explorers:**

Authorized for wear by Police Explorers at official Department or Explorer functions only.

1. Department issued light blue short sleeve shirt or light blue T-shirt.

2. Department issued dark blue pants.

3. Black or blue socks.

4. Solid Black shoes; Smooth finish

5. Black belt with silver buckle.

6. Hollywood Police Explorer patch on both shoulders.

7. Hollywood Police Explorer badge on left side of shirt.

8. Hollywood Police Explorer rockers under the patches.

**K. Citizen's Crime Watch Mobile Patrol Volunteers (MPV):**

Authorized for wear while on patrol or attending authorized official City functions. The uniform will clearly distinguish MPV's from Sworn Members. The uniform will not be worn outside of the con-

texts of the program. The uniform will consist of:

**1.** Red vest (provided).

**2.** Black or dark blue slacks or skirt.

**3.** Black shoes or boots. Open toe shoes are not permitted.

**L. Volunteers in Policing (VIP's):**

The Volunteer uniform will clearly distinguish the VIP's from Sworn Officers. The uniform consists of:

**1.** Department issued beige Polo styles shirt (provided).

**2.** In addition to the Department issued polo style shirt, Volunteers may wear clothing appropriate for a business type atmosphere:

    **a.** Men may wear slacks, sport shirt with a collar, and closed toe shoes with socks.

    **b.** Women may wear dress, skirt, or slacks, blouse, and closed toe shoes.

**M. Police Chaplains:**

(see **SOP# 184 CHAPLAIN PROGRAM, Section IV Chaplain Attire**)

**N. Gym Attire:**

Members will wear appropriate gym attire and sneakers when using the Fitness Center.

The following must be followed:

**1.** T-shirts and/or sleeveless t-shirts must be worn at all times. No midriff tops or bare midriffs.

**2.** No articles of clothing depicting obscenity and/or vulgarity.

**3.** No articles of clothing considered offensive to others.

**4.** Appropriate athletic footwear. No sandals of any type.

## III. UNIFORM STANDARDS

**A. Headwear:**

The Department authorizes the following styles of Police headwear:

**1.** Dress Uniform Hat: Optional wear by Sworn Officers with Class A.

**2.** Department issued Baseball Cap: Optional wear with Class C and D uniforms, permitted with Class B uniform for extended outdoor exposure only. Baseball caps will not be worn indoors at any time.

**3.** Unit SOP's will regulate Unit specific headwear and protective headgear, such as motorcycle and bicycle helmets.

**4.** Other options of headwear may be available upon request and require approval by Division Major. (ex. Wool caps, visors)

**5.** Headwear will be worn in a military manner, square and level on the head, in its original shape and form and not soiled, crushed, modified or sloppy in appearance.

**B. Uniform Shirts:**

All Class A and B uniform shirts will have the Police Department shoulder patch affixed. Sergeant chevrons and Unit identification patches will be affixed as appropriate.

**1.** Uniform shirts will be issued by the Department and will be worn in accordance with this SOP.

**2.** White Class C shirts are reserved for use by Members assigned to the Motorcycle Unit, Marine Unit, and Beach Unit.

3. Sleeves will not be rolled up or turned under. All shirts will be closed entirely, except at the neck.

4. Shirts will be completely tucked into the uniform pants, shorts or skirt.

5. Undershirts, if worn, will be black or white and will be completely covered by the shirt at the sleeve.

6. Class A and B uniform shirts require the following accessories displayed in the described manner:

   a. Badges will be worn above the left shirt pocket.

   b. Issued nametag, consisting of a minimum of the last name and the first initial will be centered along the top of the right pocket flap.

   c. A maximum of two, black ink pens will be carried, inserted in the left shirt pocket.

7. **Polo Style Shirts:**

   a. Polo shirts will be issued by the Department and will be worn in accordance with this SOP.

   b. Short sleeves, open collared with embroidered Police badge (Sworn Members only) or Police patch (Non-Sworn Members).

   c. Non-Sworn Members will wear blue, with the exception of Range Personnel who will wear red while conducting Range duties and Code Enforcement will wear grey.

   d. Polo shirts for Sworn Members will be appropriately embroidered, identifying the Member by name and rank. Patches will not be worn on the sleeves of the Polo. "Hollywood Police Department" printed on back (with the exception of CID).

   e. Members assigned to the Marine Unit and the Beach Unit may have the option of a long sleeve polo.

   f. Division Major approval will be required on all other occasions Polo shirts may be worn.

8. **Optional shirt decorations:**

   The Chief of Police has authorized the following items for wear:

   a. Award Ribbons.

   b. Pins.

      (1). **K-9** (Canine Officers)

      (2). **F.B.I.N.A.** (Federal Bureau of Investigation National Academy)

      (3). **SRO** (School Resource Officer)

      (4). **SPI** (Southern Police Institute)

      (5). **SWAT** (Special Weapons and Tactics)

      (6). **DARE** (Drug Awareness Resistance Education)

      (7). **SWLEI** (Southwestern Law Enforcement Institute)

      (8). **FTO** (Field Training Officer)

      (9). City Employee Service Pin may be worn as tie tack on the Class A uniform only.

   c. Medals.

   d. Career development chevrons.

   e. Service Hash Marks - One hash mark designates 4 years of continuous service with the Department.

**C. Uniform Pants and Shorts:**

Uniform pants and shorts will be worn as follows:

**1.** Uniform pants and shorts will be issued by the Department and will be worn in accordance with this SOP.

**2.** The length of the pant leg will touch the top of the shoe while the Member is standing.

**3.** The waistline will be maintained above the hipbone level.

**4.** Motorcycle Officers are guided by their Unit procedures.

**D. Police Duty Belt:**

The following will govern the wearing of the Police Duty Belt:

**1.** The following items will be affixed to the duty belt:

   **a.** Authorized holster and firearm.

   **b.** Handcuff case and handcuffs.

   **c.** Magazine pouches (worn vertically), two magazines and issued ammunition.

   **d.** Radio carrier, radio and microphone.

   **e.** At a minimum, one less lethal weapon.

   **f.** At a minimum, two belt keepers.

**2.** The following items are optional equipment to be worn on the duty belt:

   **a.** Protective glove case and protective gloves.

   **b.** Key holder.

   **c.** A folding knife may be carried, but will be limited to a maximum blade length of three and one-half inches. If worn on the duty belt, the knife must be in a carrying case.

   **d.** Flashlight holder and flashlight.

**E. Uniform Footwear:**

The following will govern footwear in all uniform classes.

**1.** Socks will be worn at all times. Sock length will be above the ankle. (White socks will not be visible with long dark pants.)

**2.** The uniform shoe will be limited to an all black, plain toe, lace-up; rubber or leather heeled sole. Polishable, smooth, shiny finish; no suede.

**3.** Boots may be worn and will be limited to a black, plain toe, rubber or leather-heeled boot.

   **a.** Boots will be tall enough that the pant leg will not catch or snag on the top of the boot.

   **b.** Motorcycle Officers will be guided by Unit procedures.

**4.** Marine Patrol will wear conservative wet shoes while operating a Personal Watercraft.

**5.** Footwear will not be adorned with buckles or ornaments.

   **a.** No metal plates, cleats, or other attachments will be worn on the bottom surfaces.

   **b.** Side Taps are permitted for the Honor Guard during Honor Guard functions.

**6.** Combined sole and heel height of footwear will be no more than one and one-half inches.

**7.** Footwear will be kept polished and maintained in good condition.

8. Black polished boots or corfram shoes are required when Sworn Officers are wearing the Class A uniform.

## F. Protective Barrier Gloves:

Latex gloves may be worn for personal protection. All other gloves are prohibited when wearing the regular duty uniform with the following exception.

1. The below listed models of leather gloves, manufactured by "HATCH" only, may be worn when a Member is searching an individual, on a scene where there is a threat to exposure to body fluids, or where there is a potential for injury from sharp objects while searching scenes:

    a. "Resister Gloves" - cut resistant lining;

    b. "Frisk Master Spectra Gloves" - cut resistant lining;

    c. "Lined Barrier Gloves" - Liquid proof Barrier.

2. All gloves, including leather gloves, exposed to bodily fluids will be immediately disposed of in a proper manner after use and will not be re-used. (Refer to the **Infectious Disease Control SOP**).

3. Officers assigned to Units that utilize Police bicycle patrol may wear bicycle gloves when operating a bicycle.

4. Motorcycle Officers will be guided by Unit procedures.

## G. Non-Sworn Optional Uniforms:

The following rules will govern options available to Non-Sworn Members in uniform wear:

1. Non-Sworn Members not issued uniforms have the option of purchasing an approved uniform or wearing plain clothes. Purchase, maintenance, and replacement costs are the Member's responsibility. The uniform may be worn daily or periodically. Uniforms will be worn in its entirety with appropriate footwear.

2. In addition to the uniform pants, non-Sworn female Members have the option of wearing a dark blue A-line skirt/skort, only when assigned to a position within the Police Building. If worn, the length of the skirt/skort shall be no shorter than two inches above the top of the knee and no longer than three inches below the bottom of the knee.

## H. Civilian Attire While Assigned Inside the Department:

The following rules will govern the wearing of civilian attire when assigned to a position within Headquarters:

1. Members will dress in appropriate business attire unless otherwise directed by their Division Major.

2. The Departmental Identification card, door card or issued badge will be worn and visible when wearing non-uniform attire inside any Police Facility, in Court, or at the scene of any Police incident. **[22.2.7B]**

## I. Undercover Officers:

Undercover Officers may wear hairstyles, facial hair, and clothing suitable to job tasks.

## J. Off-Duty Uniform Restrictions:

Off-duty Members are restricted in the use of the uniforms as follows:

1. Members may wear the full uniform going to and from work.

2. Members working extra-duty Police service assignments will wear the Class B uniform. Exceptions may be made with the approval of the Patrol Division Major.

**3.** When off-duty and not working an extra-duty assignment, no part of the uniform will be worn into any establishment that serves alcohol.

**K. Court Attire:**

When attending Court or other legal proceedings, Members will adorn the proper attire as follows:

**1. Central Courthouse:** Members will dress appropriately as follows:

    **a. Jury Trials:** Members will wear either a Class A Uniform (preferred), Class B Uniform, or appropriate business attire.

        **(1). Male Members:** Appropriate business attire includes dress pants, dress shirt, and tie.

        **(2). Female Members:** This includes suits, dresses, or dress pants and dress shirt.

    **b. Other Legal Proceedings:** Members will wear at a minimum, dress pants and a collared shirt.

**2. Satellite Courthouse:** Members will wear at a minimum:

    **a. Male Officers:** Class A uniform, Class B uniform, the Member's assigned Unit's Uniform, or appropriate business attire.

    **b. Female Officers:** Class A uniform, Class B uniform, the Member's assigned Unit's Uniform, or dress pants and dress blouse or dress skirt and dress blouse.

**L. Training Attire:**

The following attire is approved for training as indicated:

**1. In Service Classroom Training:**

    **a.** Polo style shirt, long pants, closed toe shoes or sneakers.

    **b.** Duty uniform.

    **c.** Appropriate business attire.

    **d.** Clothing as approved via prior written notice of the Training and Professional Development Unit Supervisor or appropriate Instructor.

**2. In Service Field Training:**

    **a.** Polo style shirt, long pants, closed toe shoes or sneakers.

    **b.** Duty Uniform.

    **c.** Clothing as approved via prior written notice of the Training and Professional Development Unit Supervisor or appropriate Instructor.

**3. Outside Agency Training:**

    **a.** Duty Uniform.

    **b.** Appropriate business attire.

**M. Wearing Uniform While Under Suspension:**

No portion of the uniform will be worn while a Member is under suspension.

**N. Non-Uniformed Officers at In-Progress Calls:**

Plain-clothes Officers will approach the immediate scene wearing the official Department Badge or ID in a visible location or wearing an issued Police jacket with proper Police identification affixed. **[22.2.7B]**

**O. Violations:**

Any uniform changes must be approved by the Policy Review Committee.

Members who violate uniform standards may be required to return to their residence in order to don approved uniform apparel.

**1.** During their absence from the work place and until their return, properly attired, they will not be compensated.

**2.** Only those items dispensed by the Quartermaster or approved by the Chief of Police will be worn.

**3.** All Supervisors and Command Staff Members are required to enforce the provisions of this SOP and are accountable for the professional appearance of Department personnel.

**4.** Uniform standards will be inspected on a quarterly basis by a Members immediate Supervisor. A copy of the completed and signed Uniform Appearance Inspection form (see **Appendix A**) will be forwarded to their Division Major via the chain of command by the 15th of January, April, July and October. By the 30th of January, April, July and October, Division Majors will submit a memorandum to the Chief of Police on the status of the Uniform Inspections. Uniform Appearance Inspection forms will be archived for 1 calendar year.

## IV.  PERSONAL APPEARANCE

### A.  Hair-All Members:

Hair will be maintained in a clean, neatly combed or styled manner, and will not interfere with a Member's vision or the proper performance of duties. Shaved designs, plaited designs or other controversial hairstyles or colors will not be worn while on-duty. Hair decorations will not be worn.

### B.  Hair of Female Uniformed Members:

Hair worn below shoulder length will be pinned or secured on the head, while in uniform, in such a manner that the uniform hat can be worn.

### C.  Hair – Male Members:

The sides and back of the hair will be either tapered or block cut, but will not protrude over the shirt collar when the Member is in a standing position. Hair may cover the upper half of each ear.

### D.  Sideburns – Uniformed Members:

The length of the sideburns will not extend more than one-quarter inch beyond the lower tip of the ear lobe. The width will not exceed one and one-half inches at its widest point and the growth will not exceed one-half inch deep.

### E.  Mustaches and Beards:

The wearing of facial hair will be guided by the following:

**1.  Mustache:**  will be neatly trimmed and the growth will be limited to one-quarter inch beyond or below the corner of the mouth.

**2.  Beards:**

**a.** A letter will be submitted by the Member of his intent to grow a beard.

**b.** The beard will follow the jawbone and will be kept neatly trimmed at all times.

**c.** The beard will not be more than one inch in length at its longest point.

**d.** The beard will not extend down from the crease of the neck or up onto the cheek under the eye

**e.** The beard will be developed while on vacation or otherwise away from the Department for at least 40 work hours. Members will not be permitted to maintain a shabby appearance because of a simple failure to shave.

**f.** Goatees are not permitted.

The Member's immediate Supervisor will be responsible for enforcing these guidelines. Any dispute will be submitted to the Chief of Police, whose decision will be final.

**F. Personal Hygiene and Accessories:**

Excluding those Members acting in an undercover capacity, all Members will be expected to maintain a high standard of personal grooming and hygiene.

**1. Fingernails:** Nail polish, if worn, will be of a conservative nature. Nails should be kept at a length, which does not interfere with job functions.

**2. Jewelry:**

**a.** Necklaces will not be visible while wearing the uniform shirt.

**b.** While in uniform, sworn female employees may wear one set of small post-style earrings. The earrings shall be silver, gold, diamond, or pearl, no larger than 6mm in size, and have non-locking backs.

**(1).** Authorized earrings must be worn as a set with one earring in each ear.

**(2).** The earring shall be worn in the ear lobe only.

**(3).** Male employees shall not wear earrings while on-duty, or during extra duty assignments, unless approved by their Division Major.

**c.** Employees are discouraged from wearing expensive items of jewelry because of the probability of loss and/or damage. In addition, officer safety is a factor that limits the wearing of jewelry.

**d.** A wedding band may be worn.

**e.** Sunglasses: Lenses and frames will be of a conservative nature.

**f.** Members in uniform or in plain clothes representing the City of Hollywood in an official capacity will not display any type of body piercing. The visible areas will include but are not limited to the eyebrows, nose, tongue, neck and lips. Members assigned to V.I.N. and S.C.U must receive approval for the exhibition of body piercing from the Patrol Services Bureau or Investigations and Support Services Bureau Assistant Chief prior to display of such piercing.

**G. Tattoos**

This agency recognizes self-expression, but ultimately maintains the authority to mandate a professional appearance as the Chief of Police or his designee deems appropriate.

**1.** Members, Sworn and Non-Sworn, in uniform or in plain clothes representing the City of Hollywood in an official capacity will not display any tattoos/brandings.

**2.** Members assigned to VIN must receive approval from the Division Major for the exhibition of tattoos/brandings while working in an undercover capacity.

**3.** Officers shall cover tattoos/brandings, which are visible on the forearms, wrists, or legs by wearing Department issued long pants, long sleeved uniform shirt and/or a Department approved sleeve/bandage (appropriate for covering tattoos).

## V.  EQUIPMENT

### A.  Uniform Jackets, Raingear and Reflective Vests:

Jackets worn while in any class uniform will be complete with Departmental patches, cloth emblems, rank insignia, or career development chevrons when applicable.

1.  Rank insignias designating Lieutenants and above will be worn one inch from the shoulder/arm seam centered on top of the shoulder.

2.  Only reflective vests issued by the Quartermaster are permitted and will be worn while directing traffic or working an accident scene.

### B.  Anti-Ballistic Vests:

Body armor is available to all Sworn Members and Community Service Officers.  Members will refer to the **Quartermaster SOP** for Soft Body Armor guidelines.

### C.  Required Equipment:

Members are required to have all their equipment with them daily, as their assignment dictates.

1.  Basic equipment includes a notebook, two pens (black ink), and a flashlight.

2.  An authorized aerosol chemical agent (that has a valid expiration date) and/or Department approved impact weapon for which they hold certification of competency.  Officers are prohibited from carrying blackjacks, saps, or any other impact weapon not authorized by the Department.

3.  Members, whose duties require the operation of a City vehicle, will have a valid Florida Driver's License in their possession.

4.  Sworn Members, not under suspension, will carry their Police badge and identification card, on or off-duty, while within the public view inside the City limits of Hollywood, except while participating in off-duty activities which would obviously prevent carrying a badge and ID. **[22.2.7B]**

5.  Officers will have the Departmental Operations Manual and Florida Criminal Law Handbook readily accessible during their tour of duty.

6.  Upon leaving employment with the Department, all City owned equipment will be returned to the Quartermaster.

### D.  Department Equipment:

Members may be assigned vehicles, lockers, desks, cabinets and cases as their function dictates.

1.  All such equipment will be subject to entry and inspection without notice, at any time, by the Chief of Police or his designee.

2.  All Members are cautioned not to retain personal items in any Departmentally owned vehicle, locker, desk, cabinet or case as the Department will not be responsible for loss of or damage to any personal items.

### E.  Personal Equipment:

Members are permitted to use personally owned briefcases or similar containers for convenience in performing assigned duties.  These containers are subject to being opened or inspected at any time while in or on City owned property or vehicles or while being used by or in the possession or custody of Members.

**F. Departmental Pagers and Cellular Telephones:**

Departmental pagers and cellular telephones are issued to various Members within the Police Department.

1. When a Member transfers out of a Unit in which he was issued a Departmental pager, the pager will be returned to the Quartermaster.

2. When a Member transfers out of a Unit in which he was issued a Departmental cellular telephone, he will return the phone to his immediate Supervisor prior to leaving the Unit.

**VI. DEFINITIONS:**

**A. GOATEE:**

A small chin beard often trimmed into a point and resembling that of a goat.

**B. MEDALS:**

Decorations awarded by the Chief of Police to Members for outstanding service.

**C. PINS:**

Ornaments identifying Member achievement or specific assignment.

APPROVED BY:

*Frank G. Fernandez*          03/04/2014

**Frank G. Fernandez**          Date
**Chief of Police**

<u>**ATTACHMENTS:**</u>

- **Appendix A:**          Uniform   Appearance Inspection Form.



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## UNIFORM APPEARANCE INSPECTION SOP #101

**Member:** _____   **Badge #:** _____

**Inspection Date:** _____

**Sergeant Name:** _____   **Badge #:** _____

**Lieutenant Signature:** _____   **Badge #:** _____

<u>**Complies with Policy**</u>

|  | Yes | No | N/A |
|---|---|---|---|

<u>**DRESS CODE**</u>
**Uniform**:

| | Yes | No | N/A |
|---|---|---|---|
| Badge | ☐ | ☐ | ☐ |
| Shirt | ☐ | ☐ | |
| (completely tucked in) | ☐ | ☐ | ☐ |
| (sleeves not rolled up or tucked) | ☐ | ☐ | ☐ |
| (buttoned except neck) | ☐ | ☐ | ☐ |
| Undershirt not visible | ☐ | ☐ | ☐ |
| 2 black ink pens | ☐ | ☐ | ☐ |
| Footwear | ☐ | ☐ | ☐ |
| Member has a complete, properly fitting Class B uniform regardless of current assignment | ☐ | ☐ | |
| **Attire Appropriate for Current Assignment** | ☐ | ☐ | |

<u>**EQUIPMENT**</u>

| | Yes | No | N/A |
|---|---|---|---|
| Holster/Firearm | ☐ | ☐ | ☐ |
| Handcuff Case/Handcuffs | ☐ | ☐ | ☐ |
| Magazine Pouches (2) | ☐ | ☐ | ☐ |
| (worn vertical) | ☐ | ☐ | ☐ |
| Radio Carrier/Radio | ☐ | ☐ | ☐ |
| Taser & Holster (Spark Tested) | ☐ | ☐ | ☐ |
| (Cartridge Expiration Date:          ) | | | |
| Freeze (Expiration Date:          ) | ☐ | ☐ | ☐ |
| ASP & Holster | ☐ | ☐ | ☐ |
| **Equipment Appropriate for Current Assignment** | ☐ | ☐ | |

<u>**PERSONAL APPEARANCE**</u>

| | Yes | No | N/A |
|---|---|---|---|
| Earrings | ☐ | ☐ | ☐ |
| Piercings | ☐ | ☐ | ☐ |
| Mustaches and Beards | ☐ | ☐ | ☐ |
| Tattoos (Visible) | ☐ | ☐ | ☐ |

<u>**CORRECTIVE ACTION REQUIRED IF "NO" IS CHECKED**</u>

Identify the deviation, outline corrective action, and include the date by which the Member must comply with the Standard.  Indicate the action or direction taken to insure the Member is in compliance with established Standards.
<u>Example:</u> Member must get a haircut prior to next shift.

**Comments** (if  not in compliance)**:**



| PERSONNEL UNIT | |
|---|---|
| **DEPARTMENT SOP: #102** | **CALEA: 32.1.,34.1.3** |
| **EFFECTIVE DATE: 11/1/2001** | **CFA:** |
| **REVIEW DATE: 04/04/2014** | **8.01, 13.01, 14.13, 15.01, 15.02, 15.03,** |

**PURPOSE:** To establish procedures for selection, hiring, and promotion of qualified candidates to fill vacancies within the Police Department. In addition, to provide support in all Personnel matters effecting Departmental Members.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to staff the Agency with the most qualified candidates available; oriented towards professional service to the Citizens of the City of Hollywood. To recognize and adhere to the guidelines of an Equal Opportunity/Equal Access Employer.

**INDEX:**

I.   **EMPLOYMENT SELECTION PROCESS [13.01] [14.13] ........................ 2**
   A.   Employment Inquiries: ......................... 2
   B.   Job Announcements: [14.13] .............. 2
   C.   Application: ........................................ 3
   D.   Testing and Selection: ........................ 3
   E.   Test Score Posting: ........................... 4

II.  **PROMOTION [15.01] ............................ 4**
   A.   Requirements for Promotion: [34.1.3A] ............................................................ 4
   B.   Promotional Written Announcements: [15.02A-C] ......................................... 4
   C.   Written Examination: [34.1.3B,H] ....... 4
   D.   Oral Examination: [34.1.3C,H] ............ 4
   E.   Scoring: ............................................. 5
   F.   Promotional Eligibility Lists: [15.03A-D] ............................................................ 5
   G.   Review and Appeal of Promotional Test: [15.04][34.1.3E] ...................... 5

III. **CLASSIFICATION AND DELINEATION OF DUTIES [8.01A-C] .......................... 5**
   A.   Example of Duties; ............................. 5
   B.   The Requirements; ............................. 5
   C.   Knowledge, Skills and Abilities ........... 5

IV.  **PERSONNEL ACTION FORMS (PA's) 5**
   A.   Appointments / Salary Changes / Demotion / Promotion / Transfers / Separations: ........................................ 5
   B.   Worker Compensation: ........................ 5

V.   **RECRUITING ......................................... 6**
   A.   City Sponsored: ................................... 6
   B.   Informal: .............................................. 6

VI.  **BACKGROUND INVESTIGATIONS ...... 6**

VII. **FILES .................................................... 6**
   A.   Types of Files: .................................... 6
   B.   Record Maintenance: ........................... 6
   C.   Public Records Request: ..................... 6

VIII. **IDENTIPASS PLUS SYSTEM .............. 7**

IX.  **SECURITY CARD ACCESS ................. 7**
   A.   Reader Groups: ................................... 7
   B.   Access Card: ....................................... 7
   C.   Card Deletion: ..................................... 7
   D.   Access Controls: ................................. 7

X.   **IDENTIFICATION (ID) CARDS ............. 7**
   A.   Initial Card Issue: ............................... 7
   B.   Replacement ID Card: ......................... 8
   C.   Retired Personnel ID Cards: .............. 8
   D.   Nonstandard ID Cards: ....................... 8
   E.   Special Need ID Cards: ....................... 8
   F.   Destruction of ID Cards: ..................... 8

XI.  **DUTIES AND RESPONSIBILITIES OF THE PERSONNEL UNIT LIEUTENANT 8**

**XII.   OTHER UNIT FUNCTIONS AND DUTIES**.................................................8

**XIII.   EXIT INTERVIEWS** ...............................8

**PROCEDURE:**

**I.   EMPLOYMENT SELECTION PROCESS** [13.01] [14.13][32.1.1]

Employment with the Hollywood Police Department will follow the guidelines set forth in City of Hollywood Civil Service Ordinances, current Collective Bargaining Agreements and applicable CJSTC requirements. All Directives or Manuals will be kept on file for review by Agency Members and the public. [13.01]

**A.   Employment Inquiries:**

Inquiries about employment opportunities or position availability within the Department will be directed to the Personnel Unit during normal business hours. After-hours inquires may be referred to:

1.   The Police Department Web site: www.hollywoodpolice.org

2.   The City of Hollywood Web site: www.hollywoodfl.org.

**B.   Job Announcements:** [14.13]

The City of Hollywood Office of Human Resources publishes all job announcements for positions within the Police Department.   Announcements identify the Agency as an Equal Opportunity/Equal Access employer.

1.   **Open Competitive:**   Job Announcements list the minimum requirements for the position and apply to all persons.   The announcement will contain:

a.   Opening/Closing and Examination dates.

b.   Salary Range.

c.   Nature of Work.

d.   Specialized training or education is required for the following civilian positions: [14.13]

(1). Crime Scene Technician I.

(2). Crime Scene Technician II.

(3). Latent Print Examiner.

(4). Administrative Assistant I.

(5). Administrative Assistant II.

(6). Photo Imaging Specialist.

(7). Civilian Background Investigator.

(8). Criminal Intelligence Analyst.

e.   Proof of training and education must be submitted during the application process.

f.   Copies of training certificates and education credentials will be maintained in the Personnel file.

(1). Examination Requirements.

(2). Special Requirements.

(3). Application Process.

2.   **Closed Competitive:**   These positions are available only to current City of Hollywood Employees. Closed Competitive announcements will contain the same information as **Open Competitive**.   Announcements for both open and closed competitive positions will be posted on the official bulletin boards on the First and Second Floor of the Department.

3.   **Closed Promotional:** See **Section II** of this SOP.

4.   **Vacancy Transfers:**

a.   **Sworn Members:**

See **SOP# 118 TRANSFER PROCESS**. The Personnel Unit maintains all forms submitted per SOP #118 as well as creates and distributes required reports.

**b. Civilian Members:**

**(1).** Must submit a Request for Transfer Form (see **Appendix A**) following the procedures as outlined in the Collective Bargaining Agreement.

**(2).** A copy of the Employee Organization Agreement is available for review in the Personnel Unit.

**5. Voluntary Demotion Requests:**

**a.** Civilian requests must be submitted on a Request for Transfer Form.

**b.** Sworn voluntary demotion requests must be submitted in memorandum format, via Chain of Command, to the Chief of Police.

**c.** All requests must follow the guidelines as outlined in the respective Collective Bargaining Agreement and Civil Service Ordinance.

**6. Announcements and Test Scores:**

Copies of all City of Hollywood job announcements and test scores, relating to Police Department Positions, will be kept on file in the Personnel Unit.

**C. Application:**

An application must be completed for all positions within the City of Hollywood.

**1.** Applications may be completed at the Office of Human Resources at

City Hall or through the City's Intra-net.

**2.** Applications for non-sworn positions must be returned to the Office of Human Resources at City Hall.

**D. Testing and Selection:**

The location of testing will depend on the type of test being given and the position for which the applicant is applying. All components of the testing and selection process have been reviewed and approved by the Office of Human Resources as being job related and non-discriminatory. All components of the testing and selection process are administered, scored and interpreted in a uniform manner.

**1. Written Examinations:** The Office of Human Resources administers and scores written examinations for all open competitive, closed competitive and closed promotional positions.

**2. Oral Interview:** Representatives from the requesting Division and a representative from the Personnel Unit will conduct oral interviews administered at the Police Department.

**a.** The Oral Board composition will attempt to reflect appropriate diversity.

**b.** Copies of the applicable interview questions, for each position, are maintained in a secure file in the Personnel Unit.

**3. Training and experience requirements**: Will be graded and scored by guidelines established on the job announcement by the City of Hollywood, Office of Human Resources.

**4. Typing Tests:** When a position requires certain typing skills, the Office of Human Resources or the Police Department Personnel Unit will administer typing tests. Typing test standards are established according

to the needs of the particular position.

**E.  Test Score Posting:**

The Police Chief's Office will review all test scores and the Personnel Unit will post the scores on the official bulletin boards located on the First and Second Floors of the Department.

## II.  PROMOTION [15.01]

Announcements for Police Department related promotional positions originate from the Office of Human Resources. These announcements follow the requirements set forth in the City of Hollywood Civil Service Ordinance and the respective Collective Bargaining Agreement.   The announcements will describe each element of the promotional process and will be job related and non-discriminatory.

**A.  Requirements for Promotion: [34.1.3A]**

1.  Sergeant – five (5) years of continuous service with the City of Hollywood as a Sworn Police Officer.

2.  Lieutenant – eighteen (18) months of continuous service with the City of Hollywood as a Sergeant plus an Associate Degree or sixty (60) semester hours of college credit.

**B.  Promotional Written Announcements: [15.02A-C]**

Announcements will be posted on official bulletin boards located on the First and Second Floors of the Department and copies will be sent to each respective Division for distribution to affected Members.     Each promotional announcement will contain at a minimum:

1.  A description of the position for which the vacancy exists. **[15.02A]**

2.  A schedule of dates, times and locations of all elements of the process. **[15.02A]**

3.  A description of the eligibility requirements. **[15.02B]**

4.  A description of the process to be used in selecting Members for the vacancies. **[15.02C]**

**C.  Written Examination: [34.1.3B,H]**

The written examination will be administered in September every two years on the Friday after Labor Day.  The examination shall be developed by an outside consultant who will mail the examination booklets to the City's Human Resources representative one week prior to the testing date.  The box will remain unopened and secured in a locked location within the Human Resources Office until the day of the examination. Once the candidates have completed the examination, their Scan-tron answer sheets will be sealed in an envelope and secured in a locked location within the Human Resources office until the challenge review period is completed.

**D.  Oral Examination: [34.1.3D,H]**

Applicants who score a 70% on the written examination will be eligible to participate in the oral examination.    Oral board interviews are help one to two weeks after the examination has been graded.   The Oral review board shall consist of police personnel from other agencies and shall include the rank of Captain or above for the Lieutenant examination and the rank of Lieutenant or above for the Sergeant examination. The questions asked on the oral board shall be maintained within the Human Resources office in a secure and locked location.   No one from the Hollywood Police Department shall know the questions or participate in the development of the oral board questions. Candidates who are participating in the oral examination shall be sequestered to the test location on the day of the oral board. Half the candidates will test in the morning and half will test in the afternoon. The candidates testing in the morning will not be allowed to leave the testing site until the candidates for the afternoon have been sequestered at the test location.

**E.  Scoring:**

Scoring is comprised 60% of the written examination and 40% of the oral examination.  Points are then added for seniority and education.  The effective date of the civil service eligibility list is October 1 following test administration.

**F.  Promotional Eligibility Lists:** [15.03A-D]

Eligibility lists will be used in promotional testing to establish a ranking order of eligible candidates.  Eligibility lists will include:

1. Numerical weight, if any, assigned to each eligibility requirement. [15.03A]

2. The system of ranking eligible Members on the list. [15.03B]

3. Time and grade and/or time in rank eligibility requirements, if any.

4. Educational and seniority requirements if applicable.

5. Duration of the eligibility list. [15.03C]

6. Written certification of eligible Members.

7. The system used in selecting candidates from the eligibility list will be determined by the guidelines set forth in the City of Hollywood Civil Service Ordinance and the current applicable bargaining unit contract. [15.03 D]

**G.  Review and Appeal of Promotional Test:** [15.04][34.1.3E]

1. Applicants will be given an opportunity to challenge the correctness of the answer key. Applicants will be given a copy of the test booklet along with the answer key.  Applicants will document in writing their challenges.

2. Once the applicants have completed preparing their challenges, a Human Resource representative will present the applicant's challenges to the Chief's appointed challenge review panel.  The panel is made up of the Hollywood Police Command Staff.  The decisions of the challenge review panel are final.

**III.  CLASSIFICATION AND DELINEATION OF DUTIES** [8.01A-C]

Each sworn classification within the Department will have a job description located on the City of Hollywood's website for review by all Members.  Each job description will contain:

**A.  Example of Duties;**

**B.  The Requirements;**

**C.  Knowledge, Skills and Abilities**

**IV.  PERSONNEL ACTION FORMS (PA's)**

Personnel Action Forms (see **Appendix B**) are used to notify the necessary departments within the City of Hollywood of all Appointments, Salary Changes, Transfers, and Separation Information. PA's will be completed in accordance with the City of Hollywood "Instructions for use of the Personnel Action Form".  All PA's will be routed through the Personnel Unit for review prior to being forwarded to the Office of Human Resources.

**A.  Appointments / Salary Changes / Demotion / Promotion / Transfers / Separations:**

The Personnel Unit will complete and forward to the City of Hollywood, Office of Human Resources all PA's involving appointments, salary changes, demotions, promotions, transfers, and separations.

**B.  Worker Compensation:**

The Personnel Unit will be responsible for generating all PA's involving Workers Compensation.

## V.  RECRUITING

### A.  City Sponsored:

The Department's Personnel Unit will participate at City Sponsored recruiting events.

### B.  Informal:

All Department Members are encouraged to recruit individuals and endorse the opportunities, rewards and benefits of working for the Hollywood Police Department.  Members should refer those interested in employment opportunities to the Personnel Unit, or to the City's web site.

## VI.  BACKGROUND INVESTIGATIONS

Background investigations on all prospective Police Department Members will be conducted or monitored by the Personnel Unit. The Professional Standards Major must approve background investigations conducted for other Departments within the City.

## VII.  FILES

### A.  Types of Files:

The below listed files will be maintained and controlled by the Personnel Unit:

1.  **Background Investigation Files:** Contains records and documents gathered or generated during the background investigation of Departmental personnel.

2.  **Personnel Files:** Contains documents and records generated during an individuals employment with the Hollywood Police Department.

3.  **Training Files:** Contains documents generated any time training is required or accomplished.

4.  **Non Hired Applicant Files:** Contains those documents and forms generated as a result of the hiring/background process for individuals who have applied but were not selected for employment.

5.  **Separated Employee Files:** Contains the Background, Personnel and Training files of Employees who have left the Department.  These files will be held in hard copy for five years after separation, after which they will be microfilmed and maintained in the Records Section for 50 years after separation.

6.  **Volunteer/Intern/Others Files:** Contains documents generated during background checks of individuals participating in the Intern and Volunteer Programs, or are, contract or temporary employees working in the Hollywood Police Department. Units responsible for these individuals will notify the Personnel Unit, via memorandum, upon their separation from the Department. Record retention will be treated as Personnel Records OPS/Temporary employee (Per F.S.S Chapter 257).

### B.  Record Maintenance:

The State of Florida Records Management Handbook will serve as a guide for record maintenance management and disposition.  A copy of this handbook is available in the Personnel Unit.

File audits will be completed on a bi-annual basis in January, July and annually. Random audits will be conducted at the direction of the Chief of Police or his designee.

### C.  Public Records Request:

The Personnel Unit designee receiving a Public Records Request for a Member's personnel or training file will comply with the provisions of Florida Public Records Law. The designee will notify the Member of the request and the entity or person making the request.

## VIII. IDENTIPASS PLUS SYSTEM

The Personnel Unit is responsible for the Employee information and access controls entered into the Identipass Plus system. If a system malfunction occurs, contact the Personnel Unit.

## IX. SECURITY CARD ACCESS

### A. Reader Groups:

The Personnel Unit establishes reader groups/areas, documents, and enters personnel authorized access to those reader groups/areas. A Personnel transfer memo, generated by the Chief of Police, will be utilized to adjust card access of affected personnel accordingly.

### B. Access Card:

The Personnel Unit issues access cards to all Members. Cards issued to an individual are the responsibility of that individual.

1. The Storeroom, which has control of the number of spare access cards and will establish a Visitor/Volunteer Access Card Control Log (see **Appendix C**) to provide accountability for each card.

2. **Individual Initial Card Issue:** All initial card issues, for Police Department Members, will be based on the "New Hire" memorandum from the Personnel Unit.

   a. Issuance of cards to non-Departmental personnel will be authorized by memorandum, through the Chain of Command, to the Administrative Bureau Assistant Chief of Police. This memorandum must state the person's title, reason access is required and areas to which access will be granted.

   b. Prior to the issuance of an access card, a limited background check will be conducted by the

Personnel Unit to insure the security of the Department.

3. **Access Card Replacement:** Each Member will be held accountable and responsible for their access card. Individuals who lose their access card must notify Personnel Unit immediately so the card can be deactivated. A request is then made, by memorandum, via the Chain of Command, to the Personnel Unit for replacement.

4. **Inoperative Card Replacement:** If an access card becomes inoperative, the Personnel Unit will issue a replacement.

5. **Special Card Issues:** Requests for special card issues such as visitor cards or single purpose cards must be made by memorandum, via Chain of Command, to the Administrative Bureau Assistant Chief of Police. The reason for the card and access authorizations must be specified.

### C. Card Deletion:

When a Member or Volunteer leaves the Department, they must turn in their access card to the Storeroom. The access card will be forwarded to the Personnel Unit and deactivated.

### D. Access Controls:

Access to the variety of Restricted and Limited Access areas of the Department will be assigned based upon a Member's work assignment and rank.

## X. IDENTIFICATION (ID) CARDS

### A. Initial Card Issue:

The Personnel Unit creates and issues an identification card to new Members processed into the Department.

1. ID cards will be signed for on an "Equipment Issue" card at the Storeroom.

**2.** The issuance and distribution of ID cards will be coordinated between:

    **a.** The Personnel Unit, and

    **b.** The Storeroom.

**3.** ID cards for Volunteers are created and issued on an "as needed" basis. Requests for Volunteer Identification cards will be submitted, through the Chain of Command, to the Personnel Unit via memorandum.

**B. Replacement ID Card:**

Replacement ID cards will be issued on an "as needed" basis, as a result of promotion, or transfer.

**1. Lost Cards:** To replace a lost ID-card, a police report will be made and the Agency name and report number cited in the memorandum submitted, via the Chain of Command, to the. Personnel Unit.

**2. Promotion/Transfer Cards:** When a memorandum or Personnel Action Form is received by the Personnel Unit indicating a person has been promoted or transferred within the Department, a new ID card will be issued indicating the appropriate change. The previously held ID-card will be returned.

**C. Retired Personnel ID Cards:**

Requests for retired personnel ID cards will be submitted in writing from the Personnel Unit, via the Chain of Command, and forwarded to the Chief of Police.

**D. Nonstandard ID Cards:**

Requests for ID cards in a format different from standard Sworn, Non-Sworn and Volunteer formats must be submitted in writing and approved by the Division Major, via the Chain of Command, and forwarded to the Investigations and Support Services Assistant Chief of Police. Any approved format changes will be forwarded to the Personnel Unit.

**E. Special Need ID Cards:**

ID cards for other than Sworn, Non-sworn or Volunteers must be in writing and approved by the Chief of Police (i.e. Citizen Crime Watch, Police Explorers, etc.).

**F. Destruction of ID Cards:**

When a Member or Volunteer leaves the Department, they must turn in their ID card to the Storeroom. The access card will be forwarded to the Personnel Unit.

**XI. DUTIES AND RESPONSIBILITIES OF THE PERSONNEL UNIT LIEUTENANT**

The Personnel Unit Lieutenant will direct, control and coordinate those elements of the Unit to ensure timely and factual support for the Hollywood Police Department.

**XII. OTHER UNIT FUNCTIONS AND DUTIES**

The Personnel Unit will perform those additional functions and duties necessary to ensure complete and accurate personnel support for all Members employed at the Hollywood Police Department. The Personnel Unit will also perform those duties necessary to assist and support outside organizations.

**XIII. EXIT INTERVIEWS**

The Chief of Police or his designee will conduct an Exit Interview with any employee voluntarily resigning from the Police Department.

Upon receipt of a letter of resignation, the Office of the Chief of Police will schedule the Exit Interview with the resigning employee. The resigning employee will complete an Exit Interview form (see **Appendix D**) and the Office of the Chief of Police will forward the form to the Human Resources/Benefits Division.

**DEFINITIONS:**

None

APPROVED BY:

04/04/2014

**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Request for Transfer Form.

- **Appendix B:** Personnel Action Form.

- **Appendix C:** Visitor/Volunteer Building Access Card Control Log.

- **Appendix D:** Exit Interview.

## Request for Transfer

Name: _____

Phone Extension #: _____

This is a request for a voluntary:  **LATERAL TRANSFER**          **DEMOTION**
                                                    (Circle One)

Title/Dep't. of current position: _____

Date began current position: _____

Paygrade: _____

Title of position requested: _____

Department of requested position: _____
        (only if applicable)

Reason for request: _____

_____

Pay change:

    From: _____   To: _____   Loss: _____ hourly
                                                  _____ annually

If this is a request for demotion:  I acknowledge and understand that this demotion will involve a reduction in pay unless otherwise stipulated and, once either is approved and effected, is permanent and cannot be reversed except through the regular promotional procedures for classified employees.


_____          _____
Signature – Employee                       Date


_____          _____
Signature – Approval from Human Resources   Date


U:\data\doc\forms\transfer request form.doc
07/07/99

# CITY OF HOLLYWOOD, FLORIDA
## REPORT OF PERSONNEL ACTION

EMPLOYEE NAME                                    DATE

STREET ADDRESS                                   SOCIAL SECURITY NUMBER

CITY                                             EMPLOYEE NUMBER

## FROM                                          ## TO

POSITION DESIGNATOR NUMBER                       POSITION DESIGNATOR NUMBER

DEPT./DIV.                                       DEPT./DIV.

CLASSIFICATION                                   CLASSIFICATION

SALARY REVIEW DATE   MONTH   DAY   YEAR          SALARY REVIEW DATE   MONTH   DAY   YEAR

GRADE/STEP/TIER                                  GRADE/STEP/TIER
BASE   A                                         BASE   A
PAY    B                                         PAY    B
       H                                                H
OTHER PAY                                        OTHER PAY
TYPE/AMOUNT                                      TYPE/AMOUNT

TOTAL HOURLY RATE                                TOTAL HOURLY RATE

## EFFECTIVE DATE OF ACTION _____

| APPOINTMENT | SALARY CHANGE |
|---|---|
| ☐ ORIGINAL APPOINTMENT, FULL TIME BUDGETED POSITION | ☐ MERIT INCREASE/BARGAINING UNIT EMPLOYEES |
| ☐ ORIGINAL APPOINTMENT, PART TIME BUDGETED POSITION | ☐ PERFORMANCE EVALUATION INCREASE |
| ☐ TEMPORARY: FROM_____ TO_____ | ☐ A. Six Month Review ☐ B. 12 Month Review |
| ☐ PROVISIONAL (PENDING EXAM) | ☐ EDUCATIONAL INCREASE / REIMBURSEMENT |
| ☐ RECLASSIFICATION   ☐ TRANSFER | ☐ LONGEVITY PAY |
| ☐ PROMOTION | ☐ ASSIGNMENT PAY: FROM_____ TO_____ |
| ☐ OTHER_____ | ☐ OTHER_____ |

### SEPARATION

| | | |
|---|---|---|
| ☐ RESIGNATION | ☐ BLOOD HOURS_____ | ☐ PROBATIONARY TERMINATION |
| ☐ A. Verbal  ☐ B. Written | ☐ COMP. HOURS_____ | ☐ DISMISSAL |
| ☐ END TEMPORARY APPOINTMENT | ☐ HOLIDAY HOURS_____ | ☐ SUSPENSION |
| ☐ DROP PLAN | | FROM_____ TO_____ |
| ☐ RETIREMENT | | |
| ☐ OTHER_____ | | ☐ OTHER_____ |

REMARKS:_____
_____
_____

DIVISION                          DATE          HUMAN RESOURCES                     DATE
                                                MANAGEMENT & BUDGET                 DATE
DEPT.



# HOLLYWOOD POLICE DEPARTMENT
## VISITOR/VOLUNTEER ACCESS CARD
### CONTROL LOG

Audit Purposes please check **Quarter**   ☐March 31   ☐June 30   ☐September 30   ☐December 31  **Year**

| Access Card # | Issued To | Date/Time Out | Date/Time In | Authorizing Member | Badge # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



# City of Hollywood - Exit Interview

All information obtained from this inquiry will be handled in a confidential manner and will be retained in the Office of Human Resources/Benefits Division.  The information will be used as a tool for change and improvements and will not be placed in your personnel file.  We ask that you be as honest and fair as possible.  Your opinion and assistance are valuable to us.  Please use additional paper, if necessary, when completing your answers.

NAME:

JOB TITLE:              DEPT.:

Last day worked          .  Is written resignation attached?      ☐ Yes   ☐ No

Would you ever return to work at the City?                         ☐ Yes   ☐ No

What is your main reason for leaving the City?

If offered a position with the City in the future, what must change for you to come back?

What did you like most about working at the City?

What did you dislike about your job or feel needs to be improved?

Were you treated fairly while with the City?      ☐ Yes   ☐ No   What   was   the problem?

The reason for leaving the City has nothing to do with a work related problem or grievance.          ☐ Agree    ☐ Disagrees

How did you feel about the amount of work expected from you?  Is there too much pressure?

Did your supervisor let you know what he/she thinks of your work, offering consistent feedback?

Did you feel free to go to your supervisor or department head to discuss problems about your job?  Was the problem(s) handled effectively?

How satisfied are you with the on-job training you received?

Did you attend any City sponsored training class?  If yes, state the name of the class and your comments.

Do you believe your pay was fair in relation to your job responsibilities?  Please explain:

Do you have any other comments?

_____          _____
                          Signature                                                    Date

| | **AWARDS & RECOGNITION** | |
|---|---|---|
|  | **DEPARTMENT SOP: #103** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 06/13/2014** | **CFA:**<br><br>**11.02 A** |

**PURPOSE:**  The purpose of this SOP is to establish and maintain a system for the Department's Award and Recognition Program.  This includes establishing a series of uniform criteria for the nomination of deserving sworn and non-sworn Members for Departmental Awards.  This SOP will provide guidelines for Award Committee Members in their considerations of nominees for particular awards.

**SCOPE:**  This SOP applies to all Department Members.

**POLICY:**  The primary mission of the Department's Award and Recognition Program is to establish a uniform system to; identify and recognize unique contributions of Department Members, Department components, other city employees, citizens and organizations for; specific heroic acts, devotion to duty, personal sacrifice above and beyond the call of duty, or professional excellence reflecting a special interest and pride in citizenship and public services.  Awards, Department Recognition Reports and public recognition of a job well done motivates Members and increases the overall effectiveness of the Department.  The Chief desires to publicly recognize and commend those who distinguish themselves. **[11.02A]**

The Crime Prevention Unit will administer awards and is responsible for archiving the process.

**INDEX:**

I.   **GENERAL** ................................................. 2

II.  **EMPLOYEE RECOGNITION REPORTS** ... 2

III. **DEPARTMENT RECOGNITION FOR NON-MEMBERS** ................................................. 3

A.   Purpose: ................................................. 3
B.   Method of Submission: ......................... 3
C.   Consideration for a Department Award: . ................................................. 3

IV.  **AWARDS COMMITTEE** ......................... 3

A.   Voting Members: ................................... 3
B.   Selection of Awards Committee Members: ................................................. 4

V.   **AWARDS COMMITTEE MEETING AND SELECTION OF RECIPIENTS** ......................... 4

A.   Meeting: ................................................. 4
B.   Selection Criteria: ................................. 4

VI.  **AWARDS DESCRIPTION AND CRITERIA** ...................................................... 4

A.   Medal of Valor: ..................................... 4
B.   Police Shield: ........................................ 4
C.   Lifesaving Award: ................................. 5
D.   Chief's Special Recognition Award: ..... 5
E.   Supervisory Leadership Award ............. 5
F.   Supervisor of the Year Award .............. 5
G.   Professional Integrity Award ................ 5
H.   Officer and Employee of the Year: ....... 5
I.   Officer and Employee of the Month: ..... 6
J.   The Police Chief's "Richard L. Brickman Award": ................................................. 6
K.   Administrative Excellence Award: ......... 6
L.   COPPS Award: ...................................... 6
M.   Community Involvement Award: ........... 7
N.   Unit Citation: ......................................... 7
O.   Academy Honor Medallion: ................... 7
P.   Armed Forces Recognition: ................... 7
Q.   Educational Recognition: ...................... 8
R.   Law Enforcement Recognition: ............. 8
S.   Special Weapons and Tactics: ............. 8
T.   Honor Guard: ........................................ 8
U.   Continuous Service: .............................. 8

VII.   **AWARD PRESENTATION** ....................8

A.   Multiple Awards:....................................8

B.   Presentations of Awards: .....................8

**PROCEDURE:** [11.02A]

I.   **GENERAL**

A.   **Final Approving Authority for all Awards and Recognition Reports:**

The Police Chief has final approval on all Awards, Member Recognition Reports and Certificates of Appreciation.

B.   **Archiving Awards, Member Recognition Reports and Letters of Appreciation from Citizens:**

All approved Awards, Member Recognition Reports and Letters of Appreciation will be routed and archived as follows:

Original to Personnel File.

1.   Copy to recognized Member via their Chain of Command.

2.   Copy to Crime Prevention Unit for the Award's Committee.

The Chief's Office will copy and route all Awards and Member Recognition Reports for the Department.   Members will be responsible for proper routing of Letters of Appreciation when they are received to ensure proper recognition.

C.   **External Recognition and Awards:**

The Crime Prevention Unit will coordinate and document all Department efforts to apply for external awards.   This will include the application and submission process.

Division Majors are responsible for coordinating the application process/paperwork for external awards. When completed, all paperwork will be forwarded to the CPU for recording and submission purposes.   The CPU will monitor the progress of evaluation and selection, notifying the Chief's Office if an employee is chosen.

D.   **Awards and Recognition Considerations:**

Violations of Federal and State laws, County and City Ordinances, our Department's core values and beliefs, Departmental rules, regulations, policies and procedures may disqualify a candidate from receiving an Award, Member Recognition Report or Certificate of Appreciation.

II.   **EMPLOYEE RECOGNITION REPORTS**

A.   **Types of Employee Recognition Reports:**

The Department has created the following two forms of Employee Recognition Reports:

1.   **Supervisor's Commendation Report:** Completed by Supervisors, the Supervisor's Commendation Report (see **Appendix A**) can be submitted on behalf of any Member of the Department who distinguishes themselves above and beyond the call of duty or who has performed an act worthy of a Department Award. This report will be printed on green paper.

2.   **Peer Recognition Reports:** Completed by any Member, the Peer Recognition Report (see **Appendix B**) can be submitted on behalf of any Member who distinguishes themselves above and beyond the call of duty or who performs an act worthy of a Department Award. This report will be printed on gold paper.

3.   **Supervisor Recognition Reports:** Completed by any Member, the Supervisor Recognition Report (see **Appendix E**) can be submitted on behalf of any Supervisor who distinguishes themselves above and beyond the call of duty or who per-

forms an act worthy of a Department Award.

    **4. Time Restrictions:** All Employee Recognition Reports should be submitted timely.

**B. Coordination of Effort:**

Supervisors or Members submitting a Member Recognition Report will confer with each person involved in the incident to ensure that submitted information is factual and to ensure that a maximum of one Recognition Report is completed per incident.

**C. Submission Requirements:**

All Member Recognition Reports must be submitted to the Member's immediate Supervisor and routed to the Chief of Police via the Chain of Command as follows:

    **1.** The Supervisor will verify the documented incident.

    **2.** If the Member Recognition Report is in the form of a Peer Recognition Report, the Supervisor may approve or disapprove the Report.

        **a.** If a Supervisor approves the Report, it will be routed via the Chain of Command to the recognized Member's Division Major.

        **b.** If a Supervisor disapproves the Peer Recognition Report, a Memorandum documenting the cause must be attached and forwarded with the Report.

    **3.** However, all Member Recognition Reports will be routed to the Chief of Police through the recognized Member's Division Major.

**D. Consideration for a Department Award:**

Prior to submission of a Member Recognition Report, the Member should review **Section VI Awards Description and Criteria** of this SOP to determine if the recognized Member's noteworthy action matches a particular award criteria. If so, the originating Member needs to include this information in the "Recommendation" portion of the Report.

All Member Recognition Reports approved by the Chief of Police will be forwarded to the Awards Committee for Award review and consideration.

**III. DEPARTMENT RECOGNITION FOR NON-MEMBERS**

**A. Purpose:**

The Department relies on its partnership with the community to fulfill its mission. When an organization or person, outside the Agency, makes a significant contribution to Law Enforcement, the Department should recognize such efforts.

**B. Method of Submission:**

Members are encouraged to nominate any non-Member or organization for a Department Certificate of Appreciation (see **Appendix D**) by authoring a Memorandum to the Chief of Police via the Chain of Command.

**C. Consideration for a Department Award:**

Upon receipt, the Chief of Police may award a non-Member or organization any of the Department's Awards.

**IV. AWARDS COMMITTEE**

**A. Voting Members:**

The Awards Committee will consist of five voting Members with the Chairpersons vote deciding a tie.

    **1.** Major

    **2.** Lieutenant

    **3.** Sergeant

4. Officer

5. Civilian

B. **Selection of Awards Committee Members:**

The appointment of Awards Committee Members will be randomly selected as follows:

1. The Chairperson will make a monthly, random selection of sworn and non-sworn personnel.

2. Division Majors will supply Members for the meeting.

3. The Members will be advised via Inter-office Memorandum as to the date, time, and location of the Committee meeting.

V. **AWARDS COMMITTEE MEETING AND SELECTION OF RECIPIENTS**

A. **Meeting:**

The Awards Committee will meet on or before the 15th of every month. Any nominations that are received by the 10th day will be distributed at the beginning of the meeting to all Board Members.

1. In the event an Awards Committee Member cannot be present, it will be the absent Member's responsibility to inform the Chairperson as soon as possible. The Chairperson will secure an alternate.

2. All Members from the Committee must be present before deliberating.

3. The decision of the Awards Committee will be determined by a majority vote.

B. **Selection Criteria:**

The Awards Committee will consider every submission for all Departmental awards.

1. The level of an award will be determined solely on the merits of the nominated action, as strictly applied to the established criteria for each award.

2. The Chief of Police will be the final authority as to the meaning and interpretation of the guidelines and applicability of the guidelines to a particular award.

VI. **AWARDS DESCRIPTION AND CRITERIA**

The following order designates the sequence in which ribbons will be worn on the Member's uniform shirt, beginning from the upper left-hand corner of the mounting system, running from left to right, top to bottom (see **Appendix C**). Ribbons will be worn at all formal ceremonies requiring a Class A Uniform.

A. **Medal of Valor:**

Awarded for outstanding performance, heroic action or bravery displayed in a particular incident that was above and beyond the normal call of duty without regard for personal safety or well being. This is the highest award issued by the Department.

1. The award may be awarded posthumously for any "line of duty" related deaths.

2. The award includes a silver medal, plaque and ribbon. This award will be presented before the City Commission.

B. **Police Shield:**

May be awarded to Officers who are wounded, seriously injured or killed in the line of duty during a significant police related event.

1. The Officer must have been acting in the capacity of a Police Officer.

2. The award includes a medal, plaque and ribbon. The award will be presented before the City Commission.

**C. Lifesaving Award:**

Awarded to Members who are directly responsible for the saving of a human life.

1. The award will also be given where the Committee suggests that actions taken prolonged a human life.

2. This award includes a ribbon and certificate.

**D. Chief's Special Recognition Award:**

Awarded to any Member at the sole discretion of the Police Chief.

This award includes a ribbon and certificate.

**E. Supervisory Leadership Award**

Awarded at the sole discretion of the Police Chief to any Supervisor (Sergeant, Lieutenant or Civilian) who performs an exemplary act or series of acts which demonstrates Leadership and Professional Excellence, resulting in the attainment of department goals or employee development, thus increasing the Department's effectiveness and efficiency.

A Supervisor Recognition Report may be submitted at any time, by any member throughout the year. In addition, any external recognition (i.e. email, letter) may be used as a basis for the Award and may be attached to the Supervisor Recognition Report.

The Supervisor Recognition Report must be submitted to the Supervisor's immediate Supervisor and routed to the Chief of Police via the Chain of Command.

This award includes a ribbon and a certificate.

The Crime Prevention Unit will archive Supervisor Recognition Reports for the calendar year and each recipient will au-tomatically be nominated for the Supervisor of the Year Award.

**F. Supervisor of the Year Award**

A Supervisor of the Year will be selected from the time period commencing January 1st and ending December 31st each year. The Awards Committee assigned to select the Supervisor of the Year Award will submit three names to the Police Chief for final selection by the 15th of February.

This award includes a plaque and ribbon, which will be presented during the annual Luncheon Banquet.

**G. Professional Integrity Award**

Awarded at the sole discretion of the Police Chief to any member through a pattern of behavior or single event, who demonstrates a high level of integrity, duty, and moral responsibility.

Supervisor Recognition Report, Peer Recognition Report, Supervisor's Commendation Report or any external recognition (i.e. email, letter) may be submitted any time, by any member throughout the year.

The Supervisor Recognition Report, Peer Recognition Report, Supervisor's Commendation, or external recognition must be submitted to the Chief of Police via the Chain of Command.

This award includes a ribbon and a certificate.

**H. Officer and Employee of the Year:**

The Officer and Employee of the Year are selected from the time period commencing January 1st and ending December 31st each year.

1. Officer and Employee of the Month recipients will be automatically nominated for the Officer/Employee of the Year Award.

2. Supervisors will nominate other Officers/Employees by the 15th of February.

3. This award will be presented during March/April of the following year in the form of an inscribed plaque and ribbon.  The award can be for only one Officer and one Member.

4. This award includes a plaque and a ribbon and will be presented during the annual Luncheon Banquet.  Recipients will also be recognized by the City Commission.

**I. Officer and Employee of the Month:**

Awarded to Members via Employee Recognition Reports.  The Awards Committee assigned to select the Officer and Employee of the Month will submit three names to the Police Chief for final selection.  The Committee should strive to elect only one Officer and one Employee for each month.

1. Recommendations for the Officer and Employee of the Month can be submitted in the form of a:

   a. Commendation Report;

   b. Peer Recognition Report;

   c. Report and Probable Cause Affidavit;

   d. Letter from a citizen.

2. This award will be selected for each month of the calendar year.

3. Officer and Employee of the Month recommendation reports must be received for consideration by the 10th day of the following month.

4. The Awards Committee will meet by the 15th day of the month to discuss all nominations from the previous month.

5. This award includes a plaque and ribbon.  This award will be presented before the City Commission.

**J. The Police Chief's "Richard L. Brickman Award":**

Awarded at the sole discretion of the Chief of Police to retiring Members.

1. Its purpose is to recognize an individual's career commitment to the City of Hollywood and/or Members of the Police Department.

2. Recipient's name will be placed on the perpetual plaque (first floor lobby).

**K. Administrative Excellence Award:**

Awarded to any Member, by the Chief of Police, who has developed a new system, policy, program or idea that has been adopted and/or implemented by the Department.

This award includes a ribbon and certificate.

**L. COPPS Award:**

Awarded to those Department Members who have a successful outcome through the practice of Community Oriented Policing and Problem Solving.  The award can be shared across Unit, Divisional or Departmental lines for those individuals, sworn or non-sworn, who partnered with the Team.

1. Key components to consider in the nomination and selection process include:

   a. Demonstrated knowledge of their area and its residents.

   b. Partnership with the community-coactive problem solving.

   c. Use of community, City, County or State resources in resolutions.

**d.** Solves a community problem and empowers citizens to solve their own problems.

**e.** Crime prevention education and practices incorporated into problem solving.

**f.** Innovation and creativity.

**g.** Effectiveness in strategies and initiatives associated with team performance measures.

**h.** Use of the Scanning, Analysis, Response, Assessment model (SARA) to address the issue.

**2. Quarterly Selection:** On a quarterly basis, nominations for the COPPS Award can be made to the Assistant Chief of the Administrative Bureau or the Assistant Chief of the Operational Bureau via memorandum.

**a.** The memorandum should outline the timeline, circumstances, partnerships, issues, crime prevention efforts and results of a problem solving campaign.

**b.** The Memorandum will include all names, badge numbers, and Units participating in the problem solving effort.

**3. Selection by Committee:** A Committee will be established by the Patrol Division Major consisting of one Patrol Lieutenant, one Patrol Sergeant, and two Patrol Officers. The award may be presented to more than one Team during any given quarterly review.

**4. Committee Responsibilities:** The Committee is tasked with the duty to ensure that the nominated Teams are working under the guide of our Department's Mission statement, core values and beliefs, strategic plan and the key components listed above before making their selections.

**a.** Committee recommendations will be forwarded to the Assistant Chief of the Administrative Bureau and the Assistant Chief of the Operational Bureau.

**b.** Once approved, certificates and ribbons will be forwarded to Division Majors and announced in the Official Bulletin.

**c.** Teams will be placed on a perpetual plaque.

**M. Community Involvement Award:**

Presented to Members who perform outside the normal realm of their duties to become part of an organization or project where they give unselfishly of their time to better the community and Department without compensation. This award includes a ribbon and certificate.

**N. Unit Citation:**

Recognizes a Unit within the Department for exceptional or meritorious service. Submitting a Unit for this award requires a written memorandum to the Police Chief and will include all Members' names and badge numbers.

This award includes a ribbon and certificate.

**O. Academy Honor Medallion:**

Issued to Officers who received the Police Academy Honor Medallion.

This award includes a ribbon.

**P. Armed Forces Recognition:**

Authorized to Members who have served, in an active duty status, in the United States Armed Forces and who have received an Honorable or Medical Discharge. The ribbon is also authorized to those Members who have served in the United States Military Reserve or National Guard for a minimum period of two years.

This award includes a ribbon.

**Q. Educational Recognition:**

Ribbon is authorized to Members who have obtained a college diploma.

1. Recognition will be a ribbon for an Associates Degree, a bronze oak leaf attached for a Bachelors Degree; two bronze oak leafs for Masters Degree and one gold star for a Doctorate Degree.

2. This award includes a ribbon.

**R. Law Enforcement Recognition:**

Awarded to Members who have been recognized by a Federal, State, Local Agency or Advocacy Organizations for outstanding achievement or meritorious service.

1. Members will submit their award to Crime Prevention Unit for consideration by the Chief of Police.

2. This award includes a ribbon.

**S. Special Weapons and Tactics:**

Presented to Members who have been trained and qualified for this special assignment for tactical deployment incidents; hostage and sniper situations, barricaded persons, dignitary protection, warrants being issued involving building entry, and the protection of the Field Force in time of civil disturbance.

1. This honor includes a ribbon.

**T. Honor Guard:**

Presented to Members who were chosen on a volunteer basis to represent the Hollywood Police Department. The Honor Guard will render honors at Funerals. Duties will also include posting of the National, State and City colors at Awards and Promotional Ceremonies.

1. This honor includes a ribbon.

**U. Continuous Service:**

Presented to Members for the years of service they represented the Hollywood Police Department. After the first five years they are awarded a ribbon, after each five years afterwards they will be issued a bronze oak leaf. On the sixth time the bronze oak leaves will be replaced by a gold star.

**VII. AWARD PRESENTATION**

**A. Multiple Awards:**

For Members receiving the same award on more than one occasion, the following will be in effect unless specially addressed by the award.

1. The first time award will be in the form of a ribbon.

2. The second through fifth time, a bronze oak leaf will be attached to the ribbon.

3. The sixth time, a gold star will replace the oak leaves.

4. This will be repeated until four gold stars are received.

5. On the next receipt of the award, a gold frame will be placed around the ribbon and the process will be repeated.

**B. Presentations of Awards:**

The Medal of Valor, Police Shield, Life Saving Award, Chief's Special Recognition Award, Richard L. Brickman Award, Officer and Member of the Month, Officer and Member of the Year will be presented by the Chief of Police. All other awards will be presented by the Member's Division Major in a timely manner.

**DEFINITIONS:**

None

APPROVED BY:

06/13/2014

**Frank G. Fernandez**          **Date**
**Office of the Police Chief**

**ATTACHMENTS:**

- **Appendix A:** Supervisor's Commendation Report.

- **Appendix B:** Peer Recognition Report.

- **Appendix C:** Hollywood Police Service Awards Ribbons.

- **Appendix D:** Certificate of Appreciation.

- **Appendix E:** Supervisors Recognition Report.



# HOLLYWOOD POLICE DEPARTMENT
## SUPERVISOR'S COMMENDATION REPORT

**To:**                                          **Date:**

    **Office of the Chief of Police**

**Name of Member:**

---

**Nature of Commendation:**

**Remarks/Recommendations:**

**Submitted By:**

**Approved By:**

---

**Recognition Awarded:**

**Affirm:** ☐     **Disaffirm:** ☐     **Modify:** ☐

_____        **Date:** _____
**Chief of Police**

_____        **Date:** _____
**Member's Signature**



# HOLLYWOOD POLICE DEPARTMENT
## PEER RECOGNITION REPORT

**To:** _____                          **Date:** _____

**Name of Member:** _____

_____

**Nature of Commendation:**

**Remarks/Recommendations:**

**Submitted By:** _____

**Approved By:** _____

_____

**Recognition Awarded:**

**Affirm:** ☐      **Disaffirm:** ☐      **Modify:** ☐

_____          **Date:** _____
**Chief of Police**

_____          **Date:** _____
**Member's Signature**

Yellow Paper

# Hollywood Police Department
## Service Award Ribbons

**Medal of Valor**
(Navy Cross)

 

**Police Shield**
(AF Outstanding Unit)



**Lifesaving Award**
(Humanitarian Service)



**Chief's Special Recognition**
(CG Basic Training Honor Graduate)



**Supervisory Leadership**
(AF Commendation)



**Supervisor of the Year**
(Silver Star)



**Professional Integrity**
(Navy & Marine Corps)



**Officer/Employee of the Year**
(Philippine Presidential Unit Citation)



**Officer/Employee of the Month**
(Distinguished Service Cross)



**Brickman Award**
(Navy Expiditionary)



**Administrative Excellence**
(Meritorious Unit Coomendation)



**C.O.P.P.S. Award**
(Basic Military Training Honor Graduate)



---

**Community Involvement**
(Outstanding Volunteer Service Medal)



**Honor Guard**
(Good Conduct)



**S.W.A.T.**
(Medal for Humane Action)



**Unit Citation**
(Joint Meritorious Unit Award)



**Academy Honor**



**Armed Forces Recognition**
(National Defense Service)



**Educational Recognition**
(AF Training Ribbon)



**Law Enforcement Recognition**
(Joint Service Achievement Medal)



**Continuous Service**
(Presidential Unit Citation)







# HOLLYWOOD POLICE DEPARTMENT
## SUPERVISOR RECOGNITION REPORT

**To:** _____                    **Date:** _____

**Name of Supervisor:** _____

**Nature of Commendation:**

**Remarks/Recommendations:**

**Submitted By:** _____

**Approved By:** _____

**Recognition Awarded:**

**Affirm:** ☐      **Disaffirm:** ☐      **Modify:** ☐

_____          **Date:** _____
**Chief of Police**

_____          **Date:** _____
**Member's Signature**

Yellow Paper

|  | **PROFESSIONAL COMPLIANCE** | |
|---|---|---|
| | **DEPARTMENT SOP: #104** | **CALEA:** 1.2.9, 25.1.1E, 35.1.9, 41.2.2 |
| | **EFFECTIVE DATE: 11/1/2001** | **CFA:** |
| | **REVIEW: 05/13/2013** | **4.12,11.03, 11.05, 27.01A-G,C, 27.02, 27.03, 27.04A-E, 27.05, 27.06** |

**PURPOSE:**   To establish accountability and procedures for handling inquiries into Department Members' conduct.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:**   The Law Enforcement profession derives its "Powers to Police" from the citizens it serves.  The community is entitled to question how we execute the powers that have been uniquely bestowed upon us.

Therefore, to promote the highest level of public trust and cooperation, the Department must provide a responsive system of inquiry that will alert to unprofessional or illegal conduct or practices which may diminish our integrity, or actions that hinder the effective or efficient achievement of the Department's Mission.

Though the discovery of truth will be the basis of any Department inquiry, the Department will ensure that the rights of Members are not violated and their reputations are guarded from any mistaken perceptions or deliberate false accusations.

Hence, all inquiries or investigations will begin without any preconceived notions or bias to anyone.  They will be conducted with the utmost thoroughness, and recorded with acute accuracy.

**INDEX:**

**I.    LEGAL REQUIREMENTS......................3**

   A.    Establishment of a Citizen Complaint System:................................................3
   B.    Confidentiality of Citizen Complaints: ..3
   C.    Discovery of Truth:..............................3

   D.    "Law Enforcement Officers' Bill of Rights:" ................................................4

**II.    AUTHORITY [27.01] ..............................4**

   A.    Purpose of an Internal Affairs Unit: .....4
   B.    Police Chief's Authority: ......................4

**III.    RESPONSIBILITIES OF THE INTERNAL AFFAIRS UNIT ...................4**

   A.    Oversee all Member Complaints: [27.01B] ...............................................4
   B.    Directly Investigate the Following: [27.01B] ...............................................4
   C.    Investigations Requiring Internal Affairs Review: [27.01C]...................................5
   D.    Provide Assistance to Other Department Units: ...............................5
   E.    Document Routing for Discipline Recommendations: ............................5
   F.    Case Preparation for Discipline Hearings: .............................................5
   G.    Monitor Discipline Process: [11.03] .....5
   H.    Background Checks on Members: ......5
   I.    Maintenance and Secure Storage of Records: [27.01F]................................5
   J.    Confidentiality of Investigations: [27.01E,G] ...........................................6
   K.    Reporting to the Criminal Justice Standards and Training Commission:..6

**IV.    MEMBER COMPLAINTS.......................6**

   A.    Types of Member Complaints Investigated:.........................................6
   B.    Member Responsibilities: ....................6
   C.    Cooperation of Witness Members: ......7

**V.    SUPERVISOR DUTIES [27.01A,D] .......7**

   A.    Complaint Intake Reports (CIR's): ......7
   B.    When a Complaint is recorded on a Complaint Intake Report (CIR):..........7
   C.    Complaints of a Serious Nature: .........7
   D.    Routing of Complaint Intake Reports: ..8

E.  Investigations of Complaint Intake Reports: ..............................................8
F.  Supervisor Initiated Complaints: ..........8
G.  Citizen Initiated Complaints: ...............8
H.  Member Complaints: ............................9
I.  Relief From Duty: [27.03] ....................9

VI.  REVIEW OF ALL COMPLAINTS BY THE INTERNAL AFFAIRS UNIT. ..........9

A.  Internal Affairs Unit to Review and Assign all Complaint Intake Reports: ..9
B.  Registration and Tracking of All Citizen Complaint Reports: [27.01D] .............9

VII.  INVESTIGATIVE PROCESS FOR ADMINISTRATIVE REVIEWS AND INTERNAL AFFAIRS INVESTIGATIONS ....................................................9

A.  Notifications: [27.02] ............................9
B.  Status of a Complaint: .......................10
C.  Limited Expectation of Privacy; Warrantless Entry into Department Issued or Assigned Property: ............10
D.  Member Restrictions During Complaint Investigations: ....................................10
E.  Standard of Proof: .............................10
F.  Case Disposition: [27.05] ...................11
G.  Final Disposition Review: ..................11
H.  Requirements for Dispositions of Sustained: ..........................................11

VIII.  ADMINISTRATIVE REVIEWS .............11

A.  Discovery that Complaint is not Against a Member: ........................................11
B.  Discovery of Serious Violation(s): .....12
C.  21 Day Completion Time: ...................12
D.  Report Format for all Administrative Reviews: ...........................................12
E.  Routing of Completed Administrative Reviews: ...........................................12
F.  Recording of Administrative Reviews: ..........................................................13

IX.  INTERNAL AFFAIRS INVESTIGATIONS ..................................................13

A.  All Complaint Intake Reports will be Received and Recorded by Internal Affairs: ..............................................13
B.  Reassignment within the City and placement on Administrative Leave ..13
C.  Investigative Assistance to Internal Affairs: ..............................................13
D.  The Use of Member Photographs, Medical Laboratory Examinations, Line-Ups, Financial Disclosure

Statements, and Instruments for the Detection of Deception: [27.04A-E]... 14
E.  180 Day Completion Time: ................ 14

X.  INTERVIEW PROCEDURE FOR INTERNAL AFFAIRS INVESTIGATIONS ..................................................... 15

A.  Officer Notification for Appearing at an Internal Investigation Interview: ........ 15
B.  Counsel or Representation at Administrative and Criminal Investigative Interviews: ................. 15
C.  Administrative Interviews (Garrity Warning): ........................................ 16
D.  Criminal Interviews: .......................... 16
E.  Recording of Internal Affairs Interviews: ......................................... 16

XI.  THE PUBLIC RECORDS LAW [27.01G] ..................................................... 17

A.  When Complaints are no Longer Confidential and Included as Public Records: ........................................... 17
B.  Exemptions to Public Records: ......... 17

XII.  INTERNAL AFFAIR'S RECORDS ....... 17

A.  Supervisor's Response to Resistance Reports: ........................................... 17
B.  Annual Review of Response to Resistance and Firearms Discharge Reports. [4.12] ................................. 17
C.  All Not Sustained, Unfounded, Withdrawn or Exonerated Records of Complaints: ....................................... 17
D.  All Sustained Records: ..................... 18
E.  Personnel Files: ............................... 18
F.  Disciplinary Action Reports: [11.05] .. 18

XIII.  REQUESTS FOR INTERNAL AFFAIR'S INVESTIGATIVE RECORDS [27.01G] 18

A.  Requirement for Release: ................ 18
B.  Removal of Information: ................... 18
C.  Persons who can Review Completed Internal Affairs Files: ....................... 18
D.  Location Where Reviews are Conducted: ...................................... 18
E.  Release of Originals and Copies: ...... 18

XIV.  MEMBER "EARLY WARNING" REPORT 19

A.  "Early Warning" Quarterly Reports: ... 19
B.  Distribution of Quarterly Early Warning Reports: ........................................... 19
C.  Publication Schedule: ....................... 20

XV.  ARREST OF MEMBERS ..................... 20

XVI.   **DIVISION OF CRIMINAL JUSTICE STANDARDS AND TRAINING COMMISSION (CJSTC)** ...................... 20

A.   CJSTC Authority to Discipline: .......... 20
B.   Sources of Commission Cases: ........ 20
C.   Definitions of the "Good Moral Character" Standard of the Commission: ..................................... 20
D.   Types of Discipline Imposed by the Commission: ..................................... 21
E.   Impact of Department Discipline on Commission's Decision to Defer Discipline: ......................................... 21
F.   The Department's Responsibility to CJSTC: ............................................... 22

XVII.   **DEFINITIONS:** ...................................... 22

A.   ADMINISTRATIVE REVIEW: ............ 22
B.   COMMISSION: ................................. 22
C.   CORRECTIVE ACTION: ................... 22
D.   DISCIPLINARY ACTION REPORTS: 22
E.   EARLY WARNING TRACKING SYSTEM: .......................................... 22
F.   "GOOD MORAL CHARACTER" STANDARD: ..................................... 23
G.   FACT FINDING INVESTIGATION: .... 23
H.   FORMAL DISCIPLINE: ..................... 23
I.   INFORMAL DISCIPLINE: ................. 23
J.   INTERNAL AFFAIRS INVESTIGATIONS: .......................... 23
K.   INITIATING SUPERVISOR: ............. 23
L.   LETTER OF ACKNOWLEDGEMENT: ................................................. 23
M.   INVESTIGATING SUPERVISOR: ..... 23
N.   OFFENSE OF A LESS SERIOUS NATURE: .......................................... 23
O.   OFFENSE OR INCIDENT OF A SERIOUS NATURE: .......................... 23

**PROCEDURE:**

I.   **LEGAL REQUIREMENTS**

A.   **Establishment of a Citizen Complaint System:**

The Department has established this SOP in compliance with FSS 112.533(1), which requires "every Law Enforcement Agency and Correctional Agency…" to "…establish and put into operation a system for the receipt, investigation, and determination of complaints".

B.   **Confidentiality of Citizen Complaints:**

To ensure the integrity of the process:

1.   FSS 112.533 (2)(a), mandates that any complaint and "all information obtained pursuant to the investigation will be confidential and exempt from the provisions of FSS 119.07 (1) (The Public Records Law), until the investigation ceases to be active, i.e. no findings within 45 days of the complaint being filed or the investigation has been concluded.

2.   Therefore, "any person who is a participant in an internal investigation including the complainant, the subject of the investigation, the investigator…, and any witnesses… who willfully discloses any information…including the identity of the Officer under investigation, the nature of the questions asked, information revealed or documents furnished…before such complaint…becomes a public record …commits a misdemeanor of the first degree" FSS 122.533 (4).

C.   **Discovery of Truth:**

The "discovery of truth" is the basis for any Department inquiry:

1.   Notice of FSS 837.012, "Perjury When Not in an Official Proceeding" and FSS 837.02 "Perjury in an Official Proceeding" will be incorporated into all the appropriate appendixes as a warning to any participant to be truthful in this process.  These Statutes advise "whoever makes a false statement, which he/she does not believe to be true, whether in an official proceeding or not, in regard to any material matter" may be charged with a criminal offense up to a felony of the third degree.

2.   Knowledge of the materiality of the statement is not an element of the crime, and the defendant's mistaken belief that his statement was not material, is not a defense.

**D. "Law Enforcement Officers' Bill of Rights:"**

The **"Law Enforcement Officers' and Correctional Officers' Bill of Rights"** established by FSS 122.532, will be integrated into this Standard Operating Procedure to inform sworn Members of their rights under the Law should they become the subject of an investigation.

The spirit of the "Law Enforcement Officers Bill of Rights" will also be used as a guide during internal investigations of any Member of the Department, sworn or non-sworn.

**II. AUTHORITY** [27.01]

**A. Purpose of an Internal Affairs Unit:**

Internal Affairs has been established to:

1. Act on behalf of the Chief of Police as the primary investigative component of all inquiries brought against Department Members.

2. Ensure the policy statements of this SOP will guide all investigations involving Department Members.

**B. Police Chief's Authority:**

The Internal Affairs Unit acts on the direct authority of the Chief over all matters that are specified herein or assigned to the Unit for investigation by the Chief of Police.

Therefore, the Internal Affairs Unit is authorized to:

1. Conduct investigations concerning allegations of misconduct by Department Members as directed by the Chief of Police.

2. Refer complaints of an appropriate nature to:

   a. A Division Major.

   b. Other Agencies, when authorized by the Chief.

3. Have access to and examine all Department facilities, equipment, records and communications, as required to conduct investigations.

4. Conduct any investigation or activity authorized by the Chief.

5. Provide investigative assistance to other Agencies.

**III. RESPONSIBILITIES OF THE INTERNAL AFFAIRS UNIT**

**A. Oversee all Member Complaints:**
[27.01B]

Receive, record, register, manage and control the investigation of all complaints of alleged or suspected misconduct against Department Members in accordance with Florida Statute.

1. An initial Fact Finding Investigation will be conducted to determine if the complaint is an allegation of misconduct or a misunderstanding of law, departmental written directive and/or procedure.

2. If the Fact Finding Investigation reveals there is no violation of the law, departmental written directive and/or procedure and the complaint was about an issue of law or procedure, the Internal Affairs Investigator will explain the facts with the complainant.

**B. Directly Investigate the Following:**
[27.01B]

Receive and directly investigate the following types of allegations of misconduct. This may include, but is not limited to:

1. Acts that could be considered "Good Moral Character" violations as defined by the Criminal Justice Standards and Training Commission.

2. Excessive use of force, under color of authority.

3. Criminal and official misconduct.

4. Violations of civil rights.

5. Allegations of corruption.

6. Committing or condoning racial, religious, national origin, ethnic harassment, or hostile work environment activity.

7. Conduct unbecoming a Member or conduct that:

   **a.** Brings the Department into disrepute.

   **b.** Reflects discredit upon the Member as part of the Department.

8. Lying, except as authorized in the performance of duties, or committing perjury.

9. Unauthorized release of confidential information.

10. Violations of the City of Hollywood's Rules and Regulations and/or the Department's Operations Manual that may result in formal disciplinary action.

11. Substance abuse by Members to include DUI.

**C. Investigations Requiring Internal Affairs Review: [27.01C]**

To ensure the highest level of investigative integrity, the Internal Affairs Unit will respond to the scene and monitor the investigative process of the following incidents which include, but are not limited to:

1. Any discharge of a City owned firearm by any party, except during firearms training and practice; or any discharge of a Non-City owned firearm by a Department Member, except during training, practice or legally sanctioned hunting.

2. Any incident involving a Departmental Member, an individual in Departmental custody, or any citizen that results in death or serious life threatening injury as a result of direct or indirect Police action, i.e., shootings, auto and boat accidents, use of force incidents, etc.

**D. Provide Assistance to Other Department Units:**

Provide investigative assistance, guidance and cooperation to all elements of the Department.

**E. Document Routing for Discipline Recommendations:**

Upon the completion of a sustained investigation, Internal Affairs will forward a copy of the investigation through the appropriate Chain of Command for recommendation of disciplinary action.

**F. Case Preparation for Discipline Hearings:**

Prepare, on behalf of the Department, all cases for Civil Service or Arbitration Hearings involving disciplinary matters.

**G. Monitor Discipline Process: [11.03]**

Supervise and monitor the disciplinary procedure on behalf of the Chief of Police.

**H. Background Checks on Members:**

Monthly, Internal Affairs will query NCIC/FCIC and DHSMV databases to determine if Department Members continue to possess a valid Florida Driver's License or have acquired an arrest record without knowledge of the Department.

**I. Maintenance and Secure Storage of Records: [27.01F]**

Maintain complete and secured records of all Internal Affairs investigations, Internal or External Complaints, At-Fault Accidents, Vehicle Pursuits, Unsatisfactory Observed Behavior Reports, Response to Resistance Reports, Adminis-

trative Reviews, Firearm Discharges and Red Light Camera Violations in a secured area.  These reports will be incorporated into an Early Warning Identification System which will be published:

1. Quarterly, to the Chief of Police.

2. To the public upon official request.

**J. Confidentiality of Investigations:** [27.01E,G]

Ensure Administrative Reviews and Internal Investigations remain confidential until the investigation has been concluded and information can be properly released according to the Public Records Law (see **Section XI Chapter 119, Public Records Law** of this SOP).

**K. Reporting to the Criminal Justice Standards and Training Commission:**

Internal Affairs will forward to the Commission:

1. All sustained misconduct investigations, which violate the "good moral character" standards as defined by CJSTC.

2. Incidents where sworn Members fail to maintain minimum standards as required by the Commission.

## IV. MEMBER COMPLAINTS

**A. Types of Member Complaints Investigated:**

All complaints against Department Members will be recorded and examined, including complaints received in person, by letter, by telephone, by Complaint Intake Form (CIF) **(see Appendix G)**, or by email.

1. All Department Members will appropriately assist any citizen in filing a complaint by contacting any On-Duty Supervisor.

2. If a citizen does not want to speak to a Supervisor, the citizen can request

to speak directly with an Internal Affairs Investigator Monday through Friday, 0800-1600 hours.

3. A citizen will also have the option of documenting his or her complaint on a Complaint Intake Form (CIF).

4. Complaint Intake Forms are located in the lobby of Police Headquarters and are available in English, Spanish and French.

5. Completed Complaint Intake Forms may be hand-delivered to any On-Duty Supervisor, hand-delivered to the Public Information Desk, mailed to Police Headquarters c/o Internal Affairs Unit, faxed to 954-967-4313, or submitted via e-mail to IA@hollywoodfl.org.

**B. Member Responsibilities:**

All Members will adhere to the following guidelines:

1. **Complaints Against Department Members by Citizens:**  If a Department Member is contacted by a citizen who wants to make a complaint against a Department Member, that Member will immediately contact any On-Duty Supervisor.

2. **Complaints against Department Members by Another Department Member:**  When a Member has a complaint against another Member; they are encouraged to utilize all reasonable means to resolve the problem including traditional rank structure and Chain of Command.

   a. Members may, at their discretion, bypass the traditional Chain of Command and report the matter directly to the accused Member's Supervisor or Division Major.

   b. If the matter cannot be resolved satisfactorily to the agreement of both parties, a Complaint Intake Report (see **Appendix A**)

will be prepared and forwarded to Internal Affairs.

3. If a Member is aware of any violations of a serious nature, especially a violation or occurrence that meets any of the criteria under **"Section III Responsibilities of the Internal Affairs Unit," paragraph "B" or "C,"** the Member has the responsibility to immediately report the violation directly to their immediate Supervisor or appropriate Command personnel.

4. **Arrests, Investigations or Court Orders Served on Department Members by Another Agency:**

   a. Members who are arrested, under criminal investigation or served with a Restraining Order or Injunction by another Agency will notify the Police Chief's Office immediately of such investigation, arrest or service.

   b. The Chief or designee will contact the Internal Affairs Unit who will be responsible to forward all relevant information.

   c. Members should refer to the **Domestic Violence SOP** for additional information.

C. **Cooperation of Witness Members:**

   A Member's cooperation during investigations is essential.

   1. Members will cooperate to their fullest with any inquiry made by a Supervisor, Internal Affairs or Investigators representing outside Agencies during an Administrative Review or Formal Internal Investigation.

   2. Members will not knowingly make any statements that are untruthful, misleading, or in effect conceals information.

V. **SUPERVISOR DUTIES** [27.01A,D]

Supervisors will either initiate a fact finding investigation or properly record complaints of misconduct as follows:

A. **Complaint Intake Reports (CIR's):**

   Complaint Intake Reports are the Department's method of tracking all allegations of Member misconduct or violations of Department written directives. All Complaint Intake Reports will be completed by a Supervisor.

   1. Supervisors personally dealing with a citizen complaint will be prohibited from informing the citizen to complete a Complaint Intake Form (CIF) and directing it the attention of the Internal Affairs Unit.

B. **When a Complaint is recorded on a Complaint Intake Report (CIR):**

   All received citizen complaints and Supervisor initiated complaints that may be a violation of a serious nature or have potential for formal discipline will be recorded on a Complaint Intake Report (CIR).   (see **Definitions for Formal Discipline and Offense or Incident of a Serious Nature** at the end of this SOP).

C. **Complaints of a Serious Nature:**

   When dealing with complaints of a serious nature that meet any of the criteria under **"Section III, Responsibilities of the Internal Affairs Unit," paragraph "B" or "C,"** or complaints that may result in formal disciplinary action, the Supervisor will:

   1. Ensure confidentiality of the investigation by <u>only</u> discussing the incident with their Respective Chain of Command and/or Internal Affairs Investigators.

   2. Initiate all appropriate investigative procedures (evidence collection, crime scene security, witness identification) but avoid any actions that

might jeopardize a subsequent criminal or administrative investigation (i.e. improperly interviewing the Member, an improper search or chain of custody errors for collected evidence).

**D. Routing of Complaint Intake Reports:**

Supervisor's will immediately complete a CIR and forward it to Internal Affairs via the Chain of Command

**E. Investigations of Complaint Intake Reports:**

Administrative Reviews or Internal Investigations will not be initiated until the Complaint Intake Report is reviewed by the Internal Affairs Unit and the complaint has been assigned to a Division Major for an Administrative Review or to an Internal Affairs Investigator by the Chief of Police or his designee.

**F. Supervisor Initiated Complaints:**

If a Supervisor becomes aware of a violation of a written directive, it becomes the Supervisor's responsibility to initiate immediate action.

1. **Violations of a Less-Serious Nature:** If the Supervisor initiates corrective action for a violation of a less-serious nature requiring less than formal disciplinary action against the Member, the initiating Supervisor will:

   a. Complete the appropriate documentation.

   b. If the corrective action was against a Member not within that Supervisor's span of control, the initiating Supervisor will advise that Member's Supervisor of his actions, as soon as possible. All documentation will be forwarded to the subject Member's Division Major.

2. **Violations of a Serious Nature:** If the Supervisor initiates an investiga-

tion for a serious violation, the Supervisor will refer to **Paragraph C** of this Section.

**G. Citizen Initiated Complaints:**

All citizen complaints of employee misconduct should be referred to the Member's immediate Supervisor. If the Member's immediate Supervisor is off-duty, the receiving On-duty Supervisor will be the Initiating Supervisor responsible for completing the Complaint Intake Report. Supervisors are responsible for handling citizen complaints in a timely manner. Therefore:

1. The Initiating Supervisor should meet with the citizen as soon as possible.

2. Many citizen complaints are not allegations of misconduct but misunderstandings of law or procedure. An understanding approach, patience and a calm explanation of the law or procedures may satisfy the complainant. If there is no violation of law or Departmental written directive and the complaint was about an issue of law or procedure, the Supervisor will not have to complete a Complaint Intake Report. However,

   a. If the Supervisor was not able satisfy the complainant, the Supervisor will have to explain the citizen's dissatisfaction on a Memorandum directed to his Division Major.

   b. The Division Major will forward the Memorandum to Internal Affairs to be filed under the complainant's name.

3. If the complaint alleges misconduct or violation of a written directive and not a matter of law or procedure, the Initiating Supervisor will ensure that the Complaint Intake Report (see **Appendix A**) is completed, signed by the complainant, and the complainant is given a copy.

The failure or refusal of a complainant to do any of the following may not preclude the proper investigation and routing of the Complaint Intake Report:

**a.** Sign a Complaint Intake Report.

**b.** Respond in person to an interview.

**c.** Provide a name or identification.

**H. Member Complaints:**

Supervisors will complete a Complaint Intake Report when:

**1.** A matter of a less serious violation cannot be resolved satisfactorily to the agreement of both Members, or

**2.** If a Member informs a Supervisor of any violation of a serious nature or a violation which may result in formal discipline.

**I. Relief From Duty:** **[27.03][1.2.9C]**

In those instances where a Member violates the Rules of Professional Conduct or it is deemed necessary for the good of the Department, a Supervisor may recommend to a Shift Lieutenant that a Member be temporarily relieved from duty. The Shift Lieutenant will immediately notify the Staff Duty Officer.

A Staff Duty Officer will relieve the Member, if appropriate, as follows:

**1.** The relieved Member will surrender their badge, Police identification card, Department firearm and Department vehicle, if applicable.

**2.** The Chief of Police or his designee will review the action on the next business day.

**3.** The Member will receive full pay while being relieved from duty unless otherwise specified by the Chief of Police.

**4.** The Member relieved from duty and all Supervisors involved will be required to report to the Chief of Police on the next business day at 0900 hours, unless otherwise directed by a Member of the Command Staff.

**VI. REVIEW OF ALL COMPLAINTS BY THE INTERNAL AFFAIRS UNIT.**

**A. Internal Affairs Unit to Review and Assign all Complaint Intake Reports:**

Upon receipt of all Complaint Intake Reports, the Internal Affairs Unit will assign the complaint to the appropriate Division Major for an Administrative Review Investigation or to an Internal Affairs Investigator as directed by the Chief of Police or his designee.

**B. Registration and Tracking of All Citizen Complaint Reports:** **[27.01D]**

All completed Complaint Intake Reports will be registered and assigned a Complaint Tracking Number by Internal Affairs.

**VII. INVESTIGATIVE PROCESS FOR ADMINISTRATIVE REVIEWS AND INTERNAL AFFAIRS INVESTIGATIONS**

**A. Notifications:** **[27.02]**

The following notifications will be completed, documented and maintained in the case file of all Administrative Reviews and Internal Affairs Investigations.

**1. Citizen Notifications:** Citizens will be provided the following written notification (see **Appendix B**) by Internal Affairs:

**a.** Their complaint has been received and will be investigated appropriately.

**b.** The rank and name of the assigned Supervisor that will be investigating the complaint.

   **c.** The phone number of the Investigator.

   **d.** Targeted completion date:

     **(1).** Administrative Inquiries should be completed within 21 days.

     **(2).** Internal Investigations should be completed within 180 days.

   **e.** The conclusion of fact and disposition concerning the allegation of misconduct.

**2.** **Member Notification:** Accused Members will be provided the following notification by Internal Affairs: **[27.02]**

   **a.** Written notification that they are the subject of an Administrative Review or Internal Investigation, and sufficient information to apprise them of the allegation, including the Member's rights and responsibilities relative to the investigation (see **Appendix C**). **[27.02]**

   **b.** When confidentiality is necessary because of the sensitivity of the investigation, the Member will be notified of the above information at the time of the initial interview.

   **c.** Upon conclusion of the Administrative Review or Internal Affairs Investigation, the Member will receive the conclusion of fact and disposition concerning the allegation of misconduct, in writing, within 10 days.

**B.** **Status of a Complaint:**

Accused Members may contact the Internal Affairs Unit or the Supervisor conducting the Administrative Review to ascertain the status of a complaint against them.

**C.** **Limited Expectation of Privacy; Warrantless Entry into Department Issued or Assigned Property:**

Members should understand that a limited expectation of privacy may exist for Department issued equipment or systems used for communication. Therefore,

**1.** Department issued and assigned property may be inspected.

**2.** Department communications equipment i.e. telephones, radio channels, e-mail and terminal messages are recorded and may be monitored.

**D.** **Member Restrictions During Complaint Investigations:**

Any Member having knowledge of or involved as a subject or witness in a complaint will not:

**1.** Independently participate in the investigation.

**2.** Be present during any investigative contact with the complainant or complainant's witness(s).

**3.** Contact the complainant or complainant's witnesses concerning the allegations.

**4.** Disclose or discuss the existence of the facts of a complaint with anyone except the designated Departmental authorities conducting the investigation, the Member's attorney or Bargaining Unit representatives.

**5.** Obstruct or interfere with the investigation.

**6.** Audiotape any interview.

**E.** **Standard of Proof:**

The Standard of Proof for determination of any Administrative Review or Internal Affairs Investigation will be a preponderance of evidence.

**F.  Case Disposition:** [27.05]

There are seven categories which define the conclusion of an incident:

1.  **Not Sustained:** There is insufficient evidence to either prove or disprove the complaint.

2.  **Exonerated:** The incident occurred, however, the Member's actions were justified, Lawful, or in accordance with Standard Operating Procedure.

3.  **Unfounded:** Proof exists that the accused Member was not involved in the incident or the incident did not actually occur.

4.  **Exonerated due to Policy Failure:** The allegation is true but the Member was acting in a manner consistent with Department policy or no policy exists covering the Member's action.

    In all cases involving a finding of "Exonerated Due to Policy Failure", the Supervisor making the finding will facilitate a draft to resolve the failure.

5.  **Sustained:** The allegation is supported by sufficient evidence to conclude that the Member committed one or more of the alleged violation(s).

6.  **Sustained Violation not Reported:** During the course of the Administrative Review or Internal Affairs Investigation, information was discovered that the Member violated a written directive of the Department, City Policy, or violation of Law, which was not originally reported.

7.  **Withdrawn:** The complainant retracted the allegation(s) through either a verbal or written statement.

**G.  Final Disposition Review:**

The final authority for all reviews is as follows:

1.  **Administrative Reviews:** The assigned Division Major is the final authority for disposition on an Administrative Review as indicated by his affixed signature.

2.  **Internal Affairs Investigation:** The Chief of Police is the final authority for disposition on all Internal Affairs Investigations as indicated by his affixed signature.

**H.  Requirements for Dispositions of Sustained:**

For dispositions of "Sustained" or "Sustained Violations not Reported:

1.  The Investigating Supervisor will articulate in the investigative conclusion of the report, the written directive of the Department, City policy, or Law that was violated.

2.  The Division Major will coordinate a recommendation for corrective action or discipline from all Supervisors within the accused Member's Chain of Command and forward the recommendation to the Chief of Police via Memorandum.

3.  The Memorandum will be attached to the investigative file and forwarded to Internal Affairs.

4.  The Chief of Police will be the final authority for discipline.

**VIII.  ADMINISTRATIVE REVIEWS**

**A.  Discovery that Complaint is not Against a Member:**

During any phase of an Administrative Review, the investigating Supervisor may determine that the allegation does not constitute a complaint against a Member; rather the complaint was about an issue of Law or procedure.

1. The Supervisor will not complete the Administrative Review Report. Rather, the Supervisor will complete a Memorandum articulating his findings (see **Section V, Paragraph G** of this SOP).

2. The Supervisor will attach the Complaint Intake Report to the Memorandum to be approved by the Division Major.

3. The Division Major will forward the package to Internal Affairs.

**B. Discovery of Serious Violation(s):**

During the course of an Administrative Review, if evidence is found that the Member has committed any of the following, the investigator will refer the investigation and its current findings to Internal Affairs via Chain of Command for appropriate follow up and completion:

1. A violation of Law.

2. An act that meets any of the criteria under "**Section III, Responsibilities of the Internal Affairs, paragraph B or C.**"

3. A violation of policy which could result in formal disciplinary action.

**C. 21 Day Completion Time:**

Division Majors will have 21 calendar days from the date of the complaint to complete an Administrative Review.

Extensions may be granted. A Memorandum from the Supervisor conducting the inquiry must be approved by the Division Major and forwarded to Internal Affairs.

**D. Report Format for all Administrative Reviews:**

All completed Administrative Review investigations will be documented on the Administrative Review Report (see **Appendix D**). Reporting Supervisors will complete each section of the Report.

1. **The Report Narrative:** The narrative portion of the Report will contain a minimum of the following information:

   a. Restatement of the Complaint.

   b. Date, time and synopsis of the following interviews:

      (1). Complainant.

      (2). Witness(s).

      (3). Witness Officer(s)

      (4). Subject Member(s).

   c. Witnesses not interviewed and why.

   d. Evidence:

      (1). Description.

      (2). Review of Evidence.

      (3). Diagram(s) if needed.

      (4). Records used.

2. **Supervisor's Summation:** The facts that have been revealed and deductive reasoning used to make an investigative conclusion.

3. **Report Disposition:** Upon completion of the Administrative Review, the investigating Supervisor will articulate their disposition and the Department or City written directive violation, if appropriate, on an Administrative Review Report.

   The disposition must be concurred with up the Chain of Command to the Division Major who has final review and authority.

**E. Routing of Completed Administrative Reviews:**

The Division Major or his designee will deliver the completed Administrative Review Report along with any other

documentation and reports of corrective action, if required, to the Internal Affairs Unit.

**F. Recording of Administrative Reviews:**

Formal discipline is usually not the focus of an Administrative Review. However, Members who are the subject of an Administrative Review may request a recording of the Supervisor's inquiry. Recording will only be conducted by the reviewing Supervisor. If a recording is made, the Member may request a copy and the original Recording will become an official part of the Administrative Review file.

## IX. INTERNAL AFFAIRS INVESTIGATIONS

**A. All Complaint Intake Reports will be Received and Recorded by Internal Affairs:**

Upon review of any Complaint Intake Report, the Chief of Police or his designee may assign the complaint to an IA Investigator for an Internal Affairs Investigation.

**B. Reassignment within the City and placement on Administrative Leave**

The Chief of Police will make the determination on the status of the accused Member ranging from reassignment to another position within the City of Hollywood up to Administrative Leave from the Department.

1. Reassignment to another position within the City of Hollywood.

   a. A Member re-assigned may be required to return any and all issued equipment as indicated on the Internal Affairs Receipt for City Issued Property form (see **Appendix G**) based upon the request of the Chief of Police.

2. Administrative Leave

   a. Any Member placed on Administrative Leave as a result of an Internal Affairs investigation will return all issued equipment as indicated on the Internal Affairs Receipt for City Issued Equipment form.

   b. Access to the City of Hollywood Microsoft Outlook e-mail system will be suspended. This will be handled by the Internal Affairs Unit via the City of Hollywood Information Technology Division. An email will be sent to the HELPDESK.

   c. The Member will be required to remain at their residence and assume new shift hours of 0900 to 1700 hours – Monday through Friday.

   d. The Member must call the Internal Affairs office twice per day at 1000 and 1400 hours to check in.

   e. The Member may only leave their residence for the purpose of attending to any subpoena or scheduled meetings with the Internal Affairs Unit. All other absences from the Members home must be approved by a Lieutenant or Sergeant of the Internal Affairs Unit.

**C. Investigative Assistance to Internal Affairs:**

The Internal Affairs Investigator may enlist the skills of an Investigator from any Division to assist in an investigation.

If an Internal Affairs Investigator requires the assistance of an Investigator from another Division, the request must be made by the Internal Affairs Investigator to the affected Division Major.

**D. The Use of Member Photographs, Medical Laboratory Examinations, Line-Ups, Financial Disclosure Statements, and Instruments for the Detection of Deception:** [27.04A-E]

Members may be required to submit to the above procedures as follows:

1. Internal Affairs Investigators can require Members to submit to the following when there is reasonable suspicion to believe the results will disclose an administrative violation:

   a. Medical Laboratory Examinations: [27.04A]

      Substance analysis may be ordered by the Chief of Police or his designee, when there is reasonable suspicion to believe that the Member is, or has been impaired by, or is under the influence of a substance. The Internal Affairs Unit will oversee the process for substance abuse testing and analysis. The analysis will be conducted using recognized technologies. The types of screening include, but are not limited to:

      **(1).** Blood tests.

      **(2).** Urine tests.

      **(3).** Breath tests.

   b. Member photographs. [27.04B]

   c. Live line-ups. [27.04C]

   d. Financial disclosure statements. [27.04D]

   e. Instruments for the detection of deception. [27.04E]

   f. Voice prints (other than deception tests).

   g. Handwriting samples.

2. If the Department has not requested that a Member submit to any of the above tests or procedures, a Member under investigation may request that any of the above procedures be performed. The cost of such request will be borne by the Member and the procedure should be recognized and controlled by the Department.

3. Financial disclosures, and other tests or examinations, including instruments for the detection of deception, will only be used to support criminal charges when probable cause can be articulated and proper criminal procedures are initiated to obtain them.

**E. 180 Day Completion Time:**

Investigations by the Internal Affairs Unit for disciplinary actions will be completed within 180 days following the date the agency receives notice of the allegation by a person authorized by the agency to initiate an investigation of misconduct. Statutory exceptions to extend the 180 day limitation period have been established and are set forth in section 112.532(6)(a), Florida Statutes which are:

1. The running of the limitations period may be tolled for a period specified in a written waiver of the limitation by the Law Enforcement Officer or Correctional Officer.

2. The running of the limitations period will be tolled during the time that any criminal investigation or prosecution is pending in connection with the act, omission, or other allegation of misconduct.

3. If the investigation involves an Officer who is incapacitated or otherwise unavailable, the running of the limitations period will be tolled during the period of incapacitation or unavailability.

**4.** In a multijurisdictional investigation, the limitation period may be extended for a period of time reasonably necessary to facilitate the coordination of the agencies involved.

**5.** The running of the limitations period may be tolled for emergencies or natural disasters during the time period wherein the Governor has declared a state of emergency within the jurisdictional boundaries of the concerned agency.

## X. INTERVIEW PROCEDURE FOR INTERNAL AFFAIRS INVESTIGATIONS

**A. Officer Notification for Appearing at an Internal Investigation Interview:**

Once an Internal Affairs Investigation has reached a point that an interview with a Member is necessary, the Member will be notified of a date and time for the interview via memorandum.

**1.** The Member will be notified whether he is required to appear as a subject or as a witness to an alleged incident.

**2.** The Division Major will be copied and will ensure the Member's response to Internal Affairs.

**3.** All interviews will occur at Headquarters during duty hours, when possible, unless the seriousness of the investigation is of such a degree that immediate action is required.

**4.** If any Member requests and receives a date and time that is off duty, the Member will not be compensated for their appearance.

**B. Counsel or Representation at Administrative and Criminal Investigative Interviews:**

If a Member is ordered to appear as:

**1.** A **witness**; a Representative or Counsel is not permitted to accompany.

**2.** The **subject;** has the right to be accompanied by Counsel or any other Representative of their choice. The Representative cannot be someone who is involved in the investigation.**[25.1.1E]**

**a.** The Counsel or the Representative is there to observe that the interview is conducted in a fair and objective manner and in accordance with the "Law Enforcement Officers' and Correctional Officer' Bill of Rights" FS 112.532.

**b.** The Counsel or the Representative will identify himself on the Record and state who he is representing.

**c.** Members have the right, during the interview, to briefly confer with Counsel or Representative regarding questions presented to them.

**d.** Counsel or Representatives will <u>not</u> interrupt the interview by raising objections to questions or by making statements for the record unless the objection is based upon a procedure that violates the rights of the Officer being interviewed.

**e.** Any Counsel or Representative of a Member at the interview who interferes with or impedes the progress of the statement or investigation will be asked to leave.

**f.** In the event a Representative is asked to leave, the subject Member will be required to proceed with the interview.

**g.** If, at the end of the interview, the subject Member wishes to make a brief statement on the

record regarding the complaint or the manner in which the interview was conducted, they will be permitted to do so.

**C. Administrative Interviews (Garrity Warning):**

Garrity Warnings will only be administered by Members of the Internal Affairs Unit.

Only in unique circumstances and with the approval of the Chief of Police or his designee, will a Supervisor be permitted to administer Garrity Warnings.

Prior to being compelled to answer questions, the Member will:

1. Read and sign the Internal Affairs Garrity Warning Form (see **Appendix E**).

2. The subject Member will be permitted to review the complaint and all statements, regardless of form, made by the complainant and witnesses immediately prior to the start of the investigative interview.

3. The subject Member or his Counsel/Representative may not cancel the interview after reviewing the complaint. If necessary, the subject Member will be ordered to proceed with the interview.

4. The subject Member will be informed of the rank, name, and Command of the Officer in Charge of the investigation, the investigating Officer, and all persons present during the interview.

5. All questions directed to the subject Member will be asked by and through one interviewer, unless waived by the subject officer.

6. All Members are required to answer fully, completely, and accurately all questions related to the performance of their duties.

a. Statements and/or answers by a Member may not be used in any criminal prosecution as evidence with the exception of perjury and obstruction of justice. However, they may be used for administrative purposes to impose disciplinary action.

b. Members who refuse to give a statement will be given a Direct Order by the Investigator to do so. Refusing to answer questions may result in disciplinary action, up to and **including dismissal**.

c. The Member will not be subjected to offensive language or threatened.

d. No promise or reward will be made as an inducement to answer any questions.

**D. Criminal Interviews:**

Members who are the subject of a criminal Investigation will be read Miranda Rights and the provisions of Miranda will be adhered to throughout the interview.

Members who are the subject of a criminal interview cannot be forced to give a statement or incriminate themselves.

**E. Recording of Internal Affairs Interviews:**

All Member interviews for Internal Affairs Investigations will be recorded. Internal Affairs Investigators will be the only recording agents.

1. A Member interviewed as the subject of an Internal Affairs Investigation may request and obtain a copy of any recordings made during their interview.

2. All recess periods will be verbally noted on the recording.

3. There will be no unrecorded questions or statements.

4. Interview sessions will be for reasonable periods and will allow for personal necessities and rest periods as are reasonably necessary.

## XI.  THE PUBLIC RECORDS LAW [27.01G]

A. **When Complaints are no Longer Confidential and Included as Public Records:**

All complaints filed will remain confidential and exempt from the provisions of FSS 119.07(1) until the Department has:

1. Concluded the investigation with a finding.

2. The Chief of Police has approved the finding.

3. Written notice to the Member who was the subject of the investigation has been delivered.

B. **Exemptions to Public Records:**

The following are exemptions to Public Record releases in accordance with Chapter 119 of the Florida State Statutes:

1. Any information relating to active criminal intelligence or investigative information, FSS 119.07 (3)(b).

2. Any information revealing the identity of Confidential Informants or Sources, FSS 119.07 (3)(c).

3. Any information revealing surveillance techniques, procedures, or personnel, FSS 119.07(3)(d).

4. Any criminal intelligence information or criminal investigative information, including the photograph, name, address, or other facts of information, which reveals the identity of the victim of any sexual battery, lewd and lascivious assault, or child abuse, FSS 119.07(3)(f).

5. Any criminal intelligence information or criminal investigative information which reveals the personal assets of the victim of the crime, other than property stolen or destroyed during the commission of a crime, FSS 119.07(3)(g).

6. The social security numbers, home addresses, telephone numbers and photographs of active or former Law Enforcement Personnel or their immediate family, FSS 119.07(3)(i).

7. The names and locations of schools attended by children of Law Enforcement Personnel, FSS 119.07(3)(i).

8. All Juvenile Records, Medical Records, Bank Records, FBI Records and any exemptions provided by general or specific Law.

## XII.  INTERNAL AFFAIR'S RECORDS

Records will be maintained in a secure area, under the control of the Internal Affairs Unit, for the duration as required by Law. [27.01F]

A. **Supervisor's Response to Resistance Reports:**

Will be maintained by Internal Affairs for 4 years.

B. **Annual Review of Response to Resistance and Firearms Discharge Reports.** [4.12]

By January 30th of each year an annual administrative review and analysis of all Response to Resistance and Firearms Discharge reports will be conducted. This report will be in the form of a memo submitted to Chief of Police for review.

C. **All Not Sustained, Unfounded, Withdrawn or Exonerated Records of Complaints:**

Will remain in the Member's Internal Affairs file for a minimum of 4 years after final disposition unless there is administrative value to retain the record longer.

**D. All Sustained Records:**

Will remain in the Member's Internal Affairs and Personnel file until such records become obsolete or the administrative value of such records is lost.

**E. Personnel Files:**

Must be maintained for 50 years after the Member separates from the Department.

**F. Disciplinary Action Reports:** [11.05]

Disciplinary Action Reports are stored and maintained per Collective Bargaining Agreements and as follows:

**1.** Disciplinary Action Reports resulting from informal discipline will be sent directly to the Personnel Unit by the issuing Major and stored in the affected Members Personnel file.

**2.** Disciplinary Action Reports resulting from an Administrative Review or Internal Affairs investigation will be stored and maintained as follows:

    **a.** The Internal Affairs Unit will place a copy into the affected Members Personnel file for storage.

    **b.** The Internal Affairs Unit will maintain the original copy in the affected Members Internal Affairs case file.

**3.** Disciplinary Action Reports are maintained by the Department in accordance with the State of Florida's General Records Schedule for Law Enforcement Agencies (Schedule GS2).

**XIII. REQUESTS FOR INTERNAL AFFAIR'S INVESTIGATIVE RECORDS** [27.01G]

**A. Requirement for Release:**

No one will release, copy, reproduce, or access Internal Affairs Unit files without permission from the Chief or his designee.

**1.** Members will not refer any Public Record Requests to Internal Affairs Investigators.

**B. Removal of Information:**

The Internal Affairs Unit will ensure that any information exempted from FSS Chapter 119, the Public Records Law, is properly redacted from the file, before access, reproduction or release.

**C. Persons who can Review Completed Internal Affairs Files:**

Access to Internal Affairs files is restricted and any review must be requested and coordinated through the Internal Affairs Unit.

**D. Location Where Reviews are Conducted:**

All reviews of the Internal Affairs Unit files will be conducted in the Internal Affairs Office. All reviews will be noted on an "Internal Affairs Unit Records Request Form" (see **Appendix F**). This form will become part of the case file.

**E. Release of Originals and Copies:**

No original of any Internal Affairs File will be released to any entity outside the Internal Affairs Unit Office unless authorized by the Chief of Police.

Copies will be released as follows:

**1.** Inter-Departmental entities and other Law Enforcement Agencies will receive one copy, free of charge.

**2.** Members will receive one copy, free of charge, for each incident that they are a subject of, upon request.

**3.** Any complainant may receive one copy of the Internal Affairs Unit file, free of charge, upon request.

**4.** Payment for any additional copies will be:

    **a.** $.15 to $1.00 per page.

    **b.** $.35 to $15.00 per photo duplication.

    **c.** $5.00 to $15.00 per recording.

    **d.** The Internal Affairs Member who makes the duplication will:

        **(1).** Confer with a Member of the Records Section to determine the proper fee.

        **(2).** Deliver the duplicated item to the Records Section for retention until the proper fee is collected.

## XIV. MEMBER "EARLY WARNING" REPORT

### A. "Early Warning" Quarterly Reports:

Internal Affairs will generate this Report on a Quarterly basis for the following units: **[35.1.9a]**

**1.** For Members assigned to the K-9 Unit who accumulate a total of twelve (12) incidents including internal or external complaints, at-fault accidents, Vehicle Pursuits, Unsatisfactory Observed Behavior Reports, Response to Resistance Reports, Administrative Reviews, Firearm Discharges and Red Light Camera Violations during a 12 month period will be identified in the Early Warning System.

**2.** For Members assigned to the Street Crimes Unit who accumulate a total of eight (8) incidents including internal or external complaints, at-fault accidents, Vehicle Pursuits, Unsatisfactory Observed Behavior Reports, Response to Resistance Reports, Administrative Reviews, Firearm Discharges and Red Light Camera Violations during a 12 month period will be identified in the Early Warning System.

**3.** Members not assigned to the Street Crimes Unit or K-9 Unit who accumulates a total of six (6) incidents including internal or external complaints, at-fault accidents, Vehicle Pursuits, Unsatisfactory Observed Behavior Reports, Response to Resistance Reports, Administrative Reviews, Firearm Discharges and Red Light Camera Violations during a 12 month period will be identified in the Early Warning System.

**4.** This Report tracks complaints against Members and ensures Management and Supervisors are provided information to identify Officers that may require intervention. The report will include the following:

    **a.** Name of Member.

    **b.** Number of Complaints.

    **c.** Date of Complaint(s).

    **d.** Violation(s).

    **e.** Type of Complaint(s).

    **f.** Finding(s).

    **g.** Traffic Accident History while driving City owned or leased vehicles.

**5.** If an "Early Warning Report" is generated that meets or exceeds the aforementioned threshold, a memorandum will be completed by the Division Major or designee with their findings and forwarded to the Internal Affairs Unit within 10 days.

### B. Distribution of Quarterly Early Warning Reports:

The Report will be forwarded to the Chief of Police and distributed to all Command Staff Members. **[35.1.9b]**

**1.** Division Majors will review and analyze the information looking for individual/Departmental patterns or

trends that indicate training needs and/or policy modifications.

2. The information provided is to be used as a resource in helping determine if job stress or a performance problem exists. The information must be reviewed in conjunction with, but not limited to, Member time records, commendations, in-service injuries, traffic accidents, and Observed Behavior Reports in order for a fair and meaningful assessment to be made.

3. Other sources may include, but are not limited to:

   a. The Internal Affairs Unit who can provide additional documentation and background of incidents and records of disciplinary actions.

   b. Interviews with the Member's immediate Supervisor and co-workers.

   c. Review of personnel files.

   d. Police reports and statistical analysis of Officer activity i.e.; types of arrests, FIC's, self-initiated activity, etc.

C. **Publication Schedule:**

   An annual evaluation of the Early Warning System with be completed by January 15th for the previous year and submitted to the Chief of Police. It shall include but not be limited to Internal or External Complaints, At-Fault Accidents, Vehicle Pursuits, Unsatisfactory Observed Behavior Reports, Response to Resistance Reports, Administrative Reviews, Firearm Discharges and Red Light Camera Violations. **[35.1.9C][41.2.2J]**

XV. **ARREST OF MEMBERS**

   If a Member is arrested for any violation of Law, the Chief of Police may suspend the Member with or without pay pending further investigation. The Chief of Po-

lice will notify the Director of Human Resources of any action.

XVI. **DIVISION OF CRIMINAL JUSTICE STANDARDS AND TRAINING COMMISSION (CJSTC)**

A. **CJSTC Authority to Discipline:**

   The Criminal Justice Standards and Training Commission certifies all Criminal Justice Officers in Florida. Therefore, the Commission's decision to discipline may be separate and distinct from the disciplinary action taken by an Officer's employing Agency.

B. **Sources of Commission Cases:**

   The Commission will open a disciplinary case against an Officer from the following sources:

1. Information received from the employing Agency in the form of a sustained violation of the "Good Moral Character" standard.

2. Verifiable complaints received from citizens.

3. Notification of an Officer's arrest.

4. Officer termination under undesirable circumstances or misconduct involving a violation of the "Good Moral Character" standard.

   Therefore, an Officer's resignation in lieu of Agency discipline does not preclude the Commission from reviewing the facts of the Officer's misconduct and taking its own disciplinary action.

5. FDLE Staff documentation.

6. By order of the Governor.

C. **Definitions of the "Good Moral Character" Standard of the Commission:**

   The following criteria is used by the Commission to determine if the miscon-

---

duct is a "Good Moral Character" violation:

1. Any act or acts which would constitute a felony offense, whether criminally prosecuted or not, regardless of,

   a. A plea of nolo contendere, guilty plea or conviction.

   b. A conviction with a withholding of adjudication or suspension of sentence.

2. Any act or acts which would constitute a serious misdemeanor offense, whether criminally prosecuted or not, regardless of,

   a. A plea of nolo contendere, guilty plea or conviction.

   b. A conviction with a withholding of adjudication or suspension of sentence.

3. The following non-criminal acts of misconduct:

   a. Excessive use of force, under color of authority.

   b. Sexual harassment involving physical contact or misuse of official position.

   c. Engaging in sex while on duty.

4. Conduct which subverts or attempts to subvert the Commission, Criminal Justice Training School or employing Agency's examination process.

5. The unlawful use of controlled substances.

6. Unprofessional relationship with an inmate, probationer or parolee.

**D. Types of Discipline Imposed by the Commission:**

Types and examples of discipline are as follows:

1. **Types:**

   a. Written reprimand.

   b. Probation up to two years (with mandatory re-training or counseling, if applicable).

   c. Suspension up to two years.

   d. Revocation.

2. The following example violations, absent mitigating circumstances, usually conclude with the revocation of a Criminal Justice Officer's Certification:

   a. Convictions or pleas of nolo contendere or guilty to a felony offense, regardless of withholding of adjudication or suspension of sentence.

   b. Convictions or pleas of nolo contendere or guilty to a misdemeanor involving perjury or false statement, regardless of withholding of adjudication.

   c. Possession, sale or positive tests for a controlled substance.

   d. Tampering with Evidence.

   e. Use of Force/Battery.

   f. Prostitution or Lewdness.

   g. False reports or false official statements.

**E. Impact of Department Discipline on Commission's Decision to Defer Discipline:**

If an Officer is not terminated by the employing Agency after committing a "Good Moral Character" violation and the Officer has been disciplined by the Agency in accordance with the Commission's penalty guidelines, the Commission will defer to the Agency's disciplinary action.

1. The following requirements must be met prior to the Commission deferring to an Agency's discipline:

   a. The Officer's act is not a felony.

   b. The Officer has not tested positive for a controlled substance.

   c. There is not a "pattern of misconduct."

   d. The misconduct does not present a high risk of harm to the Officer, other Officers, or the public at large.

   e. The Officer is not a repeat offender (third act of misconduct being brought to the Commission).

   f. The Officer was disciplined in accordance with the Commission's penalty guidelines for the violation charged.

2. If the Commission is satisfied with the Agency's discipline of the Officer, the Officer will be issued a "Letter of Acknowledgement" and the Commission will take no further action.

**F. The Department's Responsibility to CJSTC:**

The Department is required to send a complete investigative package to the Commission, which includes but is not limited to:

1. The allegations, summary of the facts, names of witnesses, witness statements and depositions, and any other supportive documentation or information of a sustained allegation of "Good Moral Character."

2. The Department must also conduct an internal investigation and submit findings to the Commission if the Department has cause to believe that an Officer has not maintained the minimum standards to be certified.

3. Therefore, the following Units are responsible for conducting an Administrative Review and submitting their findings to the Internal Affairs Unit for any sworn Member who fails to maintain minimum standards as required by the Commission:

   a. Training Unit.

   b. Personnel Unit.

4. The Internal Affairs Unit will be responsible for submitting such reports to the Commission.

**XVII. DEFINITIONS:**

**A. ADMINISTRATIVE REVIEW:**

An investigation of a less serious nature reviewed at a Division level and issued a Review Number (R-number) from Internal Affairs.

**B. COMMISSION:**

The Criminal Justice Standards and Training Commission of the Florida Department of Law Enforcement (FDLE).

**C. CORRECTIVE ACTION:**

Observed Behavior Reports, verbal and written counseling/reprimands.

**D. DISCIPLINARY ACTION REPORTS:**

Any documentation of discipline, whether formal or informal, which includes, but not limited to, Internal Affairs Investigations and Administrative Reviews.

**E. EARLY WARNING TRACKING SYSTEM:**

A Report used to track Member complaints, Response to Resistance Reports, at-fault Traffic Accidents while driving City owned or leased vehicles, Firearm Discharges, Vehicles pursuits,

Unsatisfactory Observed Behavior Reports and Red Light Camera Violations.

**F. "GOOD MORAL CHARACTER" STANDARD:**

Acts of conduct that meets criteria developed by the Criminal Justice Standards and Training Commission (CJSTC), of the Florida Department of Law Enforcement (FDLE).

**G. FACT FINDING INVESTIGATION:**

An initial investigation conducted by the Internal Affairs Unit to determine if the complaint is an allegation of misconduct or a misunderstanding of law, departmental written directive and/or procedure.

**H. FORMAL DISCIPLINE:**

Formal Discipline includes suspension, demotion, or termination.

**I. INFORMAL DISCIPLINE:**

Informal Discipline consists of counseling and the issuance of Observed Behavior Reports (Sworn Members) and Written Reprimand (Non-sworn Members). Such actions are not subject to the grievance process.

**J. INTERNAL AFFAIRS INVESTIGATIONS:**

Allegations of a serious nature or event that have a potential of liability for the Department that is specified under **"Section III, Responsibilities of the Internal Affairs Unit," paragraph "B" or "C"** or any incident which has been adopted by Internal Affairs as an investigation and issued an Internal Affairs Case number (IA-number).

**K. INITIATING SUPERVISOR:**

The Supervisor who initially identifies or receives a complaint or allegation of misconduct and completes the Complaint Intake Report.

**L. LETTER OF ACKNOWLEDGEMENT:**

Letter issued by CJSTC agreeing with an Agency's discipline for a sustained violation.

**M. INVESTIGATING SUPERVISOR:**

The Supervisor responsible for conducting an Administrative Review.

**N. OFFENSE OF A LESS SERIOUS NATURE:**

A complaint about rudeness, discourtesy, or other minor violation or occurrence not specified **under "Section III, Responsibilities of the internal Affairs Unit, paragraph B or C".**

**O. OFFENSE OR INCIDENT OF A SERIOUS NATURE:**

A complaint that meets the criteria under "Section III, Responsibilities of the internal Affairs Unit, paragraph B or C.

---

APPROVED BY:

_Frank G. Fernandez_ **05/13/2013**

**Frank G. Fernandez          Date
Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Complaint Intake Report.

- **Appendix B:**  Citizen Notification Letter.

- **Appendix C:** Member Notification Letter.

- **Appendix D:** Administrative Review Report.

- **Appendix E:** Garrity Warning.

- **Appendix F:** Citizen Request to Review Internal Affairs Files.

- **Appendix G:** Complaint Intake Form

Internal Affairs Case #:

# HOLLYWOOD POLICE DEPARTMENT

## COMPLAINT INTAKE REPORT

| Date Reported: | | Time Reported: | | Received By: (Employee Name) | | | Received:<br>☐ In person ☐ By Phone ☐ Other | |
|---|---|---|---|---|---|---|---|---|
| Date Occurred: | | Time Occurred: | | Location of Occurrence: | | | Location of Interview: | |
| Person Involved: | | | Race/Sex<br>W / M | D.O.B. | Reporting Party (If Different) | | Race/Sex<br>W / M | D.O.B. |
| Home Address: | | Phone: | | | Home Address: | | Phone: | |
| Work Address: | | Phone: | | | Work Address: | | Phone: | |
| Witness Name: | | | Race/Sex<br>W / M | D.O.B. | Witness Name: | | Race/Sex<br>W / M | D.O.B. |
| Home Address: | | Phone: | | | Home Address: | | Phone: | |
| Work Address: | | Phone: | | | Work Address: | | Phone: | |
| Brief Summary of Specific Allegation (s): | | | | | | | | |
| Employee(s) Named: | | | | | | | | |

## Description of Incident and Allegations: ( List  Additional Witnesses or Involved Employee(s)) (Additional Information Can be attached to this Package)

| |
|---|
| |
| |
| |
| |
| |
| |
| |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Original Case Number: | Photos Taken:<br>☐ Yes ☐ No | Other: | |
|---|---|---|---|
| Employee Receiving Complaint: (Print) | Badge Number: | Employee Signature: | Date: |

I, _____, do hereby swear or affirm that the information provided by me in this matter is true and correct to the best of my knowledge and belief.  I understand that any false statement made by me under oath, which I do not believe to be true, may subject me to civil and or criminal prosecution pursuant to State Statute 837.012.

I also understand that Florida State Statute 112.533-"Confidentiality of Citizen Complaints against Law Enforcement Officers" requires that all complaints filed against a Law Enforcement Officer, and all information obtained pursuant to the investigation by the Agency of such complaint shall be <u>confidential</u> until the investigation ceases to be active.  Therefore, as a participant in an internal investigation, if I willfully disclose any information before such complaint, document, action or proceeding becomes a public record, I will be guilty of a **Crime**.  The Hollywood Police Department will provide me with written notification of the outcome and conclusion of my complaint when the case has been fully investigated.

Further, I hereby acknowledge that if any action is initiated, my testimony may be required.  I hereby agree to make myself available to the Court or Administrative Hearing when requested.

I have read and/or have had read to me the above explanations of Law and I understand the requirements of said Law.


_____          _____
        Affiant / Complainant                                      Date



Sworn to and subscribed before me on this _____day of _____, 20_____

                                _____
                                        Notary Public or Police Officer

# CITY OF HOLLYWOOD, FLORIDA

**POLICE DEPARTMENT ♦ INTERNAL AFFAIRS UNIT**
3250 HOLLYWOOD BOULEVARD ♦ 33021-6967
Telephone: (954) 967-4398 ♦ (954) 967-4399

*Office of the*
*Chief of Police*

*"To Enhance the Quality of Life for Every Individual in the City of Hollywood"*

Date:

Name:

Address:

Internal Affairs Case Number:

Dear          ,

The Hollywood Police Department is presently investigating allegations made by you against a member of this Department.  The investigation will be conducted under the above listed Internal Affairs Case Number.

We anticipate that the Internal Affairs portion of the investigation will be completed within 30 to 45 days from the date of receipt; however the entire administrative process, from date of receipt of complaint to final disposition, takes approximately 90 days.

Florida State Statute 112.533(3) states: Any person who is a participant in an internal investigation, including the complainant, the subject of the investigation, the Investigator, and any witnesses in the investigation, who willfully discloses any information pursuant to the Agency's investigation, including, but not limited to, the identity of the Member under investigation, the nature of the questions asked, information revealed, or documents furnished in connection with a confidential internal investigation of an Agency, before such complaint, document, action, or proceeding becomes a public record as provided in this section, commits a **crime** punishable as provided in Florida State Statutes 775.082 or 775.083.

The assigned Supervisor, _____ with the telephone number of _____ will be contacting you in the near future.

Thank you for bringing this matter to our attention.  You will be notified when the investigation is completed.

[Type Written Name and Title]_____
Internal Affairs Unit
Hollywood Police Department



*Office of the*
*Chief of Police*

# CITY OF HOLLYWOOD, FLORIDA

### POLICE DEPARTMENT ♦ INTERNAL AFFAIRS UNIT
3250 HOLLYWOOD BOULEVARD ♦ 33021-6967
Telephone: (954) 967-4398 ♦ (954) 967-4399

### "To Enhance the Quality of Life for Every Individual in the City of Hollywood"

Date:

Name:

Address:

Internal Affairs Case Number:

Insert Member's Rank and Name here

The Hollywood Police Department, Internal Affairs Unit is presently investigating an allegation made against you.  The investigation will be conducted under the above listed Internal Affairs Case Number (          ).

THE COMPLAINANT HAS ALLEGED THE FOLLOWING:

Date:          Time:
Type of Contact:
Location of Contact:
Type of Complaint or Action:
Explanation of Complaint:

**Members Rights and Responsibilities:**

**State Statutes:**

- FSS 112.533 mandates that Internal Affair complaints are confidential until the complaint has been completed and officially closed by the Chief of Police.  Therefore, you are prohibited from discussing this case with anyone.

- FSS 112.532, the "Officer's Bill of Rights", requires the Department to follow certain procedures during all Internal Investigations and interview of sworn Members.  It is the policy of this Department to adhere to these requirements for all Members, sworn and non-sworn, who are the subject of an Internal Investigation.

- FSS 837.02, "Perjury When in an Official Proceeding" Statute will apply to all Members, complainants and witnesses to ensure that the "Discovery of Truth" is the basis of this procedure.

**Written Notification to Accused Members:**

- Members will receive written notification if they are the subject of an Administrative Review or Internal  Affair's Investigation.  If confidentiality of the complaint is not an investigative necessity, the member will also receive sufficient information to apprise them of the allegation.

- Members will also receive written notification of the findings and classification of an Administrative Review or Internal Affairs Investigation within 10 days of conclusion.

**Member Rights During Criminal and Administrative Internal Affair Investigations.**

- Accused Members, who are the subject of an investigation, have the right to be accompanied by a Representative or Counsel when summoned to give an interview to Internal Affairs.

- Each Member will have the opportunity to read and review the complaint along with all written statements prior to an interview.

- All interviews to Internal Affairs will be audio taped by Internal Affairs, <u>only</u>.

- Only one Investigator at a time will interview a Member.

- Members will not receive any promises, inducement or reward for giving a statement nor be subjected to offensive language, threatened with job transfer, dismissal or disciplinary action.

- Members are not allowed to independently investigate or participate in the investigation.  Therefore, Members will not:

    - Have contact with the complainant or witnesses.

    - Disclose or discuss the existence of facts of a complaint with anyone except the designated Departmental Authorities conducting the investigation, Bargaining Unit Representative, or Attorney.

    - Obstruct or interfere with the investigation.

**Criminal Investigations:**

- Members who are the subject of a Criminal Investigation will be read Miranda Rights prior to the interview being conducted.  The provisions of Miranda will be adhered to throughout the interview.

- Members will also be required to adhere to the orders of a subpoena if certain personal documents i.e.; financial records, medical records or other necessary documents are required during a Criminal Investigation.

**Administrative Internal Affairs Investigations:**

- Member's, who are the subject of an Administrative Internal Affairs Investigation, will receive "Garrity Warnings" prior to an interview.  Members who refuse to answer any question, after receiving a direct order from the Investigator, may be subject to disciplinary action up to and including <u>dismissal.</u> Administrative statements can not be used against the Member in any criminal proceeding except for Perjury and Obstruction of Justice violations.

- All Department equipment, issued property or personal property within the Department may be subject to a warrantless search.

- Members may be required to submit to Photographs, Medical Laboratory Exams, and Financial Disclosure statements without a required subpoena.

For further information concerning these issues, see the Professional Compliance SOP # 104.

You may be contacted to provide additional information about this incident. If you have any witnesses or additional information regarding this investigation, please forward the information to the Internal Affairs Unit.

Investigator's Signature _____    Title _____
Hollywood Police Department
Internal Affairs Unit



# HOLLYWOOD POLICE DEPARTMENT
## INTERNAL AFFAIRS UNIT

## ADMINISTRATIVE REVIEW REPORT

DATE:                                          INTERNAL CASE #:

TO:    **Internal Affairs Unit**              POLICE CASE #:

FROM:                                          INCIDENT DATE:
                                                          TIME:

COMPLAINANT'S NAME:

COMPLAINT MADE AGAINST:                                Badge:

Additional Member's Name:                              Badge:
Additional Member's Name:                              Badge:
Additional Member's Name:                              Badge:
Additional Member's Name:                              Badge:

**Report Narrative**
    Restatement of the Complaint:
    Date, Time and Synopsis of Interviews:
        Complainant:
        Witness(s)
        Witness Officer(s):
        Subject Member(s):
    Witnesses not interviewed and Why:
    Evidence:
        Description:
        Review of Evidence:
        Diagram(s) if needed:
        Records used:
    Supervisor's Summation:
    Report Disposition:

☐ **Not Sustained**      ☐ **Unfounded**              ☐ **Sustained**
☐ **Exonerated**         ☐ **Exonerated due to Policy Failure**   ☐ **Sustained Not Reported**

Date Investigation Completed:
Investigating Supervisor Name:              Badge #:

Reviewed by:   1._____*Signature*      *Date:*_____

             2._____*Signature*      *Date:*_____

             3._____*Signature*      *Date:*_____

Complainant Notified of Outcome: Date:        Time:
Addendum:

Internal Affairs Case #:

# Hollywood Police Department
## INTERNAL AFFAIRS UNIT

### GARRITY WARNING

I am **_Investigator's Name_** of the Internal Affairs Unit of the Hollywood Police Department.  Also present is/are **_Names of other Interviewing Investigators_**.

You are being questioned as part of an official investigation being conducted at the specific direction of the Police Chief and under the authority invested in this Unit by the Operations Manual of the Hollywood Police Department with respect to allegations made against you by**_; Complainant's name,_** to the effect that you **_Statement of Accusation_**.

You will be asked questions specifically directed and narrowly related to the performance of your Official Duties and Fitness for Office.  You are entitled to all the rights and privileges guaranteed by the Florida Statutes and the Constitution of the United States, including the right not to be compelled to incriminate yourself and further have an attorney or any other representative of your choice present during questioning.  Furthermore, this conversation is being recorded.

Since your testimony is being offered under oath, any lack of truthfulness during questioning may be subject to a perjury violation.  With the exception of the offense of perjury, any disclosure or truthful information which might indicate that you may be guilty of criminal conduct will not be used against you in a criminal prosecution.  This is an administrative investigation and these statements may be used against you in relation to Department charges. You are required to answer questions truthfully.

    1.    Do you understand what has just been explained to you? ____ Yes ____ No
                               Initial       Initial

    2.    Do you have any questions concerning what has just been explained to you?
        ____Yes ____No
        Initial    Initial

    3.    You are now ordered to answer questions that shall be asked. Failure to provide answers after receiving a direct order from the Investigator may subject you to disciplinary action up to and including dismissal. _____
                                                                    Initial

_____    _____   _____
    Signature (Interviewed Member)              Date              Time

_____
    Signature of Interviewing Investigator

Witness: _____    Witness: _____

**HOLLYWOOD POLICE DEPARTMENT**
**INTERNAL AFFAIRS UNIT**

## CITIZENS REQUEST TO REVIEW INTERNAL AFFAIRS FILE

Date of Review:

**Requesting Parties Information**

Name:

Address:

Telephone #:

**File(s) Requested**

Officer:

Officer:

Officer:

Officer:

Officer:

Copies Requested: ☐ Yes  ☐ No

Number or Pages Copied:

Cost Charged for Copies: $

Complaint Intake Form

Hollywood Police Department

c/o Internal Affairs Unit

3250 Hollywood Boulevard

Hollywood, Florida 33021

954-967-4398



Date Received Stamp: (Official Use Only)

Received ☐ In Person ☐ Mail ☐ Fax
☐ Email ☐ Other _____

## Instructions:

This form may be hand-delivered to any On-Duty Supervisor of the Hollywood Police Department, hand-delivered to the Public Information Desk located in the lobby of Police Headquarters at the address listed above, mailed to the address listed above, faxed to 954-967-4313, or submitted via e-mail to IA@hollywoodfl.org.

## Complainant Information:

Complainant's Name:

Home Address:

Email Address:                Home Phone:                Cell Phone:

## Complaint:

Case Number (if known):                Date of Incident:

Location of Incident:                Time of Incident:

Nature of Complaint: (e.g. courtesy/rudeness, etc... Use reverse side if necessary)

## Witness Information:

Witness Name:                Witness Home Phone:

Witness Address:                Witness Cell Phone:

Witness Name:                Witness Home Phone:

Witness Address:                Witness Cell Phone:

## Member Information:

Member Name:                Badge Number:

Was the Member in Uniform at the time of the incident?                Was the Member in a marked or unmarked car:

Member Name:                Badge Number:

Was the Member in Uniform at the time of the incident?                Was the Member in a marked or unmarked car:

Original Date:
Revised Date:                Appendix G SOP #104
File Name: Appendix G Complaint Intake Form

| | DISCIPLINE POLICY | |
|---|---|---|
| | **DEPARTMENT SOP: #105** | **CALEA:** 1.2.9,26.1.4 A-C, 26.1.6 |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 12/01/2012** | **CFA:** **11.02B,C  11.03,  11.04A-C, 11.06** |

**PURPOSE:**  To establish guidelines for the disciplinary process.  The disciplinary process may include counseling, corrective action and formal discipline.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Unless otherwise provided for in any applicable Collective Bargaining Agreement, it is the policy of the Department to train and counsel Members in those instances where such Members need guidance in performing their duties. Imposition of discipline becomes necessary when such training and counseling fails to rectify improper action or the Member commits a pronounced violation.  Proper counseling and disciplinary guidelines are essential to efficient and orderly achievement of the Department's Mission.

**INDEX:**

I.    **INFORMAL DISCIPLINE [11.02C]** ........1

A.  Counseling:...........................................2
B.  Observed Behavior Report for Sworn Members:..............................................2
C.  Written Reprimand for Non-Sworn Members:..............................................2
D.  Remedial Training:................................2

II.   **FORMAL DISCIPLINE [11.02C]** ...........3

A.  Suspensions: .......................................3
B.  Demotion: .............................................3
C.  Termination:..........................................4
D.  Other Discipline: ..................................4

III.  **SUPERVISORY RESPONSIBILITY**.......4

A.  Role: .....................................................4
B.  Documentation:....................................4

C.  Discipline Assessment: ......................5

IV.   **THE AUTHORITY OF SUPERVISORY MEMBERS [11.03]**................................5

A.  Counseling:...........................................5
B.  Observed Behavior Reports for Sworn Members: ...............................................5
C.  Written Reprimand for Non-Sworn Members: ...............................................5
D.  Suspension, Reduction in Rank, Termination and other Formal Discipline:..............................................6

V.    **SUSTAINED INTERNAL AFFAIRS INVESTIGATIONS** .................................6

A.  Notice of Intent to Discipline:...............6
B.  Pre-Determination Hearing:.................6

VI.   **WRITTEN NOTICE OF DISCIPLINE MEMORANDUM [11.04]**.......................6

A.  Memorandum Procedures: [11.04A-C]6
B.  Memorandum Receipt: .........................7

VII.  **PROCESS FOR APPEALING DISCI-PLINARY ACTIONS [11.06][26.1.6]**......7

VIII. **DEFINITIONS:**.......................................7

A.  CORRECTIVE ACTION: ......................7
B.  DISCIPLINARY ACTION:....................7
C.  MISCONDUCT: .....................................7
D.  PROFESSIONAL COMPLIANCE: ......7
E.  REDUCTION IN RANK: ......................7
F.  RELIEF OF DUTY: ..............................7
G.  SUSPENSION:.....................................7
H.  TERMINATION:....................................8

**PROCEDURE:**

I.    **INFORMAL DISCIPLINE** [11.02C][1.2.9C]

Informal Discipline consists of counseling and the issuance of Observed Behavior Re-

ports (Sworn Members) and Written Warnings (Non-sworn Members).  Such actions are not subject to the grievance process.

**A. Counseling:**

Supervisors are responsible for providing appropriate counseling when there is a recognizable problem with a Member's performance or behavior.  Effective counseling provided in a timely manner can avert the need for a vast majority of disciplinary actions. **[26.1.4B]**

1. Supervisors will be responsible for maintaining notes of Supervisor/subordinate counseling sessions in their personal records for future reference.  These records will not become a part of a Member's permanent record.  Counseling will normally be appropriate in the case of minor violations, which have not been of a recurring nature.

2. The Supervisor will indicate to the Member the required conduct or performance expected.

3. Supervisors must recognize situations beyond their expertise.  Referral of the Member to the "Employee Assistance Program," is desirable when professional counseling is suggested for emotional problems associated with, but not limited to:

   a. Domestic difficulties.

   b. Physical or psychological illness.

   c. Alcohol or other substance abuse.

**B. Observed Behavior Report for Sworn Members:**

Supervisors will use this Report to document minor violations of Department policies or procedures committed by sworn Members.  The Report may also be used when other forms of corrective action have been unsuccessful.  The Observed Behavior Report will advise the Member of the violation and provides the opportunity for Member response.

1. A Supervisor will complete an Observed Behavior Report, (see **Appendix A**) when formal documentation is necessary.

2. This Report may be completed to document violations, which do not necessitate disciplinary action.

3. An Observed Behavior Report will be approved by a Division Major prior to issuance to the Member.

4. Members will be personally served by a Supervisor and will be given a copy of all documents upon which the violation is based.

5. Members may submit a written rebuttal within 10 calendar days of receiving the unsatisfactory Observed Behavior Report.

**C. Written Reprimand for Non-Sworn Members:**

This Report (see **Appendix B**) will be used, in place of the Observed Behavior Report to document violations of Department policy, procedure, rules and regulations committed by a non-sworn Member of the Department.

**D. Remedial Training:**

When a Supervisor determines that a Member's poor performance or infraction of a Department policy or procedure is the result of a lack of knowledge, additional or remedial training may be required. **[26.1.4A]**

1. Supervisors are responsible for providing or facilitating qualified instruction to assist Members in overcoming a noted deficiency.

2. If the degree of instruction required exceeds the Supervisor's capabilities or expertise, he may request/recommend the Training Unit

facilitate the required training. The request/recommendation will be submitted via the Chain of Command to the Supervisor's Respective Assistant Chief of Police for approval.

3. Training may be utilized in lieu of, or in conjunction with disciplinary action.

4. Additional/remedial training may be desirable in the following circumstances:

   a. A Member's Performance Evaluation indicates an overall rating of "below satisfactory", in the case of non-sworn Members, and "unacceptable", in the case of sworn Members.

   b. A Member's poor performance in a continued or specific incident indicates a special need for training.

5. The Member's immediate Supervisor will document all recommended methods of improving performance. Members failing to follow recommendations to improve their performance may be subject to progressive disciplinary action.

## II. FORMAL DISCIPLINE [11.02C] [1.2.9C]

Formal Discipline includes demotion, reduction or loss in pay or Member benefits, suspension, and termination. [26.1.4C]

### A. Suspensions:

Suspensions are usually reserved for serious offenses or repeated minor offenses.

1. Suspension may be warranted in the following circumstances:

   a. Misconduct.

   b. Progressive disciplinary steps have been utilized and the conduct/performance is repeated.

   c. The gravity of the offense is considered "severe".

   d. The gravity of the offense is considered unbecoming conduct.

2. The Supervisor will maintain supporting documentation of the progressive disciplinary steps taken in the Member's personnel file.

3. **Levels of Suspension:**

   a. **8 to 24 working hours**: Suspension without pay for violations of a moderately serious nature with extenuating circumstances.

   b. **24 to 80 working hours**: Suspension without pay due to violations of a moderately serious nature without extenuating circumstances.

   c. **80 to 160 working hours:** Suspension without pay due to violations of a serious nature for which the possible penalty might be dismissal except for extenuating circumstances.

   d. Any other level determined appropriate by the Chief of Police.

### B. Demotion:

Demotion or reduction in rank may be of formal discipline and is usually reserved for serious matters. Probationary demotions may not be a formal discipline.

1. Demotion may be warranted in, but not limited to, the following circumstances:

   a. A Member is not performing duties commensurate with his rank.

   b. A Member sustains substandard work performance.

**c.** Progressive disciplinary steps have been taken.

**d.** Those circumstances listed in **Section II, paragraph A, subsections 1(a), 1(b), 1(c), 1(d)**.

**2.** When the Chief of Police recommends a demotion, it will include the specific rank and/or pay grade to which the Member will be demoted.

## C. Termination:

Termination is the final and most severe form of discipline administered by the Department.  Termination may be warranted in, but not limited to, the following circumstances:

**1.** Failure to meet in any instance, the duties and responsibilities assigned a Member of this Department.

**2.** Failure to maintain professional compliance as set forth in the Department Rules and Regulations.

**3.** A serious violation or repeated violations of rules, regulations, policy, or procedures, which constitutes a willful, intentional or negligent disregard.

**4.** Violations of Criminal Statutes and Ordinances.

## D. Other Discipline:

The loss of a benefit or privilege could occur during the discipline process.  Other forms of discipline may include, but are not limited to, loss of a take-home vehicle, suspension from off-duty details, etc.

## III. SUPERVISORY RESPONSIBILITY

### A. Role:

One of the primary roles of a Supervisor is the administration of corrective/disciplinary action.  Corrective/disciplinary action may involve encouragement, inspiration, training or the imposition of negative sanctions.

**1.** The exercise of positive corrective disciplinary action requires foresight and planning rather than reaction. Proper training, motivation, and recognition of individual and group effort, results in self-discipline.

**2.** The exercise of negative corrective disciplinary action may range from the issuance of an **Observed Behavior Report** to termination.

**a.** Action steps should only be administered to the extent necessary to correct the performance/behavior.

**b.** The extent of the action administered should consider the interests of the Member, the Agency and the public.

### B. Documentation:

A pattern of behavior or course of conduct can only be established through thorough record-keeping procedures.

**1.** The documentation should include all observed incidents, informal and formal disciplinary/corrective actions taken, and Employee Performance Evaluations.

**2.** Supervisors will maintain personal records documenting informal counseling.  The concerned Member will be notified when such data is being retained.  Documentation must identify dates, times, locations, and circumstances.

**3.** Employee Performance Evaluations must document both satisfactory and unsatisfactory performance in the case of non-sworn Members, and acceptable and unacceptable performance in the case of sworn Members.  Specific incidents demonstrating the Member's performance or conduct will be noted in the Evaluation.

**4.** Prior documented incidents will be examined to determine if a particular course of conduct is demonstrated. Affected Members will be informed when a particular course of conduct has been identified. Corrective action will be initiated to correct the deficiency and prevent its recurrence.

**5.** Supervisors who initiate corrective disciplinary action must identify each violation or instance of unsatisfactory performance and cite the appropriate SOP, General Order, Rule or Regulation that establishes the proper performance standard. All violations cited will be documented on the appropriate form.

**C. Discipline Assessment:**

The degree of corrective/disciplinary action will be based on the totality of facts and circumstances associated with each incident or substantiated complaint.

**1.** The corrective/disciplinary action recommended should cause the Member to modify his behavior as well as recognize his responsibility to himself, the Department, and the public.

**2.** The degree of action taken should increase with each substantiated violation.

**3.** Review and evaluation of the following will assist the Supervisor in recommending the proper degree of corrective/disciplinary action:

**a.** The Internal Affairs Officer History Summary Report.

**b.** Seriousness of the violation.

**c.** Identification of a particular course of conduct.

**d.** Mitigating circumstances, if any. Length of service, and previous record of the Member.

**e.** Reasonable consistency in applying similar action to similar offenses.

**f.** The prospect that the action taken may play a rehabilitative role.

**g.** Other relevant factors or specifics of the incident under consideration.

**IV. THE AUTHORITY OF SUPERVISORY MEMBERS** [11.03]

This SOP does not negate the authority of any Supervisor, or the Department, from taking immediate corrective/disciplinary action if warranted.

The following contains the authority attendant to each level of Supervision and Command relative to each corrective disciplinary action.

**A. Counseling:**

A Member's immediate Supervisor has the authority to administer counseling without notifying a Member of higher rank.

**B. Observed Behavior Reports for Sworn Members:**

An Observed Behavior Report will be approved by a Division Major prior to issuance to the Member.

In cases where sworn Supervisor's are issued Observed Behavior Reports it must be approved through their Chain of Command to the Chief of Police or his designee prior to issuance to the Member.

**C. Written Reprimand for Non-Sworn Members:**

In cases, where civilian Members are issued Written Warnings or Reprimands, the procedure defined in the current Collective Bargaining Unit Contract will be followed.

**D. Suspension, Reduction in Rank, Termination and other Formal Discipline:**

A Supervisor's recommendation for the suspension, reduction in rank, termination or other formal discipline of a Member requires Chain of Command approval. The Chief of Police is the **ONLY** authorized Member of the Department who issues disciplinary action and is the final authority.

## V. SUSTAINED INTERNAL AFFAIRS INVESTIGATIONS

When an investigation is substantiated, corrective steps are implemented to improve behavior and facilitate improved performance. These steps are generally implemented on a progressive basis; however, if the nature of the violation is considered "severe", the appropriate discipline may be imposed.

**A. Notice of Intent to Discipline:**

When the discipline is suspension, demotion, or termination, the Internal Affairs Unit will hand deliver a Notice of Intent to Discipline Memorandum to the Member. The Notice will include:

1. The allegation of improper behavior.

2. Specific Department/City rules violated.

3. The recommended discipline.

4. The Member will acknowledge receipt of the document by signature and date upon a Receipt for Notice of Intent to Discipline Form (see **Appendix C**).

5. The Member is entitled to, and may at their option; schedule a pre-determination hearing with the Chief of Police within five business days.

**B. Pre-Determination Hearing:**

A Member who has received "Intent to Discipline Memorandum", is entitled to and may at their option, request a pre-determination hearing prior to the imposition of suspension, demotion, or termination. The basis for this hearing is to afford the Member the opportunity to show cause why the action should not be taken.

1. The Member may have a representative/attorney present with him during the hearing.

2. If a Member exercises his right to a pre-determination hearing, the Chief of Police will consider any further information provided by the Member prior to rendering a decision on the administration of discipline.

3. The Chief of Police will render his decision within 10 days following the conclusion of the pre-determination hearing.

4. If the Member chooses not to schedule a hearing, the discipline will become effective as indicated.

   a. The Chief of Police has final authority in any decision involving disciplinary action.

   b. If the Chief of Police affirms a suspension, demotion, or termination, the Internal Affairs Unit will prepare a Notice of Discipline Memorandum.

## VI. WRITTEN NOTICE OF DISCIPLINE MEMORANDUM [11.04]

**A. Memorandum Procedures: [11.04A-C]**

The Notice of Discipline Memorandum contains the following information:

1. Nature of the incident.

2. Sustained violation(s).

3. Nature of Discipline.

4. Effective date of the suspension/ demotion/termination.

5. A copy will be forwarded to the, Director of Human Resources, the City Attorney, and City Manager.

   a. Both offices must concur with the Chief's decision.

   b. The City Manager may be consulted if concurrence is not reached.

   c. The City Manager will be specifically notified prior to any termination.

6. Notification of grievance procedure per the current Collective Bargaining Agreement.

7. In the case of termination, the affected Member will be given a copy of the "Notice of Discipline" Memorandum which will contain the additional following information: **[11.04A-C]**

   a. Reason for dismissal. **[11.04A]**

   b. Effective date of dismissal. **[11.04B]**

   c. Copy of the City of Hollywood Exit FAQs, which will help inform the Member of the status of all fringe and retirement benefits afforded him after dismissal. **[11.04C]**

   d. Upon the Member's request, one copy of the investigative file that contains supporting documentation relating to the Member's dismissal.

**B. Memorandum Receipt:**

   **Receipt for Notice of Discipline Form:** (see **Appendix D**). The Member will acknowledge the receipt of the document with their signature and date.

**VII. PROCESS FOR APPEALING DISCIPLINARY ACTIONS [11.06][26.1.6]**

   Suspensions, demotions, and terminations are appealable or grievable in ac-

cordance with the current Collective Bargaining Agreements.

**VIII. DEFINITIONS:**

**A. CORRECTIVE ACTION:**

   May include, but is not limited to, Supervisory counseling, training, testing, psychological counseling, suspension of privileges, reassignment, or other measures designed to correct performance or behavior.

**B. DISCIPLINARY ACTION:**

   The suspension, demotion, termination, reduction in pay, or other employment benefit, or similar action taken against a Member as punishment for misconduct.

**C. MISCONDUCT:**

   An act of mismanagement, improper behavior, or intentional violation of a law, rule, regulation, policy, procedure, or SOP.

**D. PROFESSIONAL COMPLIANCE:**

   Members will properly perform the duties and assume the responsibilities of their positions.

**E. REDUCTION IN RANK:**

   The act of moving a Member from a position in one class to a different position in another class having a lesser degree of responsibility and a lower salary and salary range.

**F. RELIEF OF DUTY:**

   The act of temporarily denying a Member the privilege of performing his duties pending the outcome of an internal investigation.

**G. SUSPENSION:**

   The act of temporarily denying a Member the privilege of performing his duties as a result of misconduct or in consequences of a sustained violation of De-

partment/City Rules and Regulations, SOP's, General or Division Orders.

**H.  TERMINATION:**

The act of terminating (ending) the Member's employment with the City.

───────────────────────

APPROVED BY:

_Frank G. Fernandez_   **12/10/2012**
────────────────────────
**Frank G. Fernandez          Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Observed Behavior Report.

- **Appendix B:** Written Reprimand.

- **Appendix C:**  Receipt for Notice of Intent to Discipline Form.

- **Appendix D:**  Receipt for Notice of Discipline Form.

- **Appendix E:** City of Hollywood Exit FAQs

# City of Hollywood Police Department

## Performance Evaluation System

## Observed Behavior Report

☐ **Commendable**     ☐ **Unsatisfactory**

**Employee Name:**

**Job Title:**

**Division/Unit:**

**Date:**

**Supervisor's Statement of Performance:**

**Recommended Action Plan:**

**Employee's Comments:**

Employee Signature: _____ Date: _____

Supervisor's Signature: _____ Date: _____

Reviewer's Signature: _____ Date: _____



# *City of Hollywood, Florida*
## WRITTEN REPRIMAND

Date:

Employee:

Dept/Office.:                                  Division:

**Previous Disciplinary Actions, Including Rule Violations and Date(s):**

**Violations:**

**Cause for Action:**

Be advised that  you have a period of fourteen (14) days to file a grievance per the Collective Bargaining Agreement.

_____
Signature - Division Head/Department Head

---

### NOTIFICATION

The undersigned employee hereby acknowledges that he/she received this document on
_____.

This signature in no way indicates that the employee concurs with any statement contained in the document.

_____
Signature - Employee

Distribution List:  Employee     City Attorney     Human Resources     Department/Office     Union
empcouns (rev. 2/23/2004)



# HOLLYWOOD POLICE DEPARTMENT
## INTERNAL AFFAIRS UNIT

### RECEIPT FOR NOTICE OF INTENT TO DISCIPLINE

I, _____ certify that _____ was served the attached **Notice of Intent to Discipline Memorandum** on

(Date)       at (Address)       by ☐ mail delivery ☐ hand delivery.

**By:**

**For:** _____, Office of the Chief of Police **Date:**

The undersigned employee hereby acknowledges the receipt of the attached **Notice of Intent to Discipline Memorandum** on the above noted date.

_____        _____
               **EMPLOYEE**                                          **DATE**

IT IS FURTHER ACKNOWLEDGED BY THE UNDERSIGNED THAT THIS RECEIPT IS FOR THE PURPOSE OF ESTABLISHING THE DATE THE **NOTICE OF INTENT TO DISCIPLINE MEMORANDUM** WAS RECEIVED BY THE EMPLOYEE.

**Employee:** _____ **Date:** _____

**By:** _____ **Date:** _____

**For:** _____, Office of the Chief of Police            **Date:** _____



# HOLLYWOOD POLICE DEPARTMENT
## INTERNAL AFFAIRS UNIT

### RECEIPT FOR NOTICE OF DISCIPLINE

I,        certify that        was served the attached **Notice of Disciplinary Action Memorandum** on        , 2        at        ☐ mail delivery ☐ hand delivery.

**By:**

**For:**        , Office of the Chief of Police   **Date:**

The undersigned employee hereby acknowledges the receipt of the attached **Notice of Disciplinary Action Memorandum** on the above noted date.

_____          _____
                            **EMPLOYEE**                                             **DATE**

IT IS FURTHER ACKNOWLEDGED BY THE UNDERSIGNED THAT THIS RECEIPT IS FOR THE PURPOSE OF ESTABLISHING THE DATE THE **NOTICE OF DISCIPLINARY ACTION MEMORANDUM** WAS RECEIVED BY THE EMPLOYEE.

**Employee:** _____   **Date:** _____

**By:** _____   **Date:** _____

**For:**        , Office of the Chief of Police          **Date:** _____

**Note:**  When discipline has resulted in "termination", Members must contact the City of Hollywood's Human Resources Office to inquire about their available benefits.

# <u>City of Hollywood Exit FAQs</u>

1. When will I get my last check?
   - All of your paperwork needs to be processed (ending PA, Separation of Employment form, turning in of uniforms, keys, ID card, etc).
   - Once payroll receives all the necessary documentation, they will issue your check on the next payday. Your final paycheck, including any payout, will be mailed to the address that payroll has on file.

2. What happens to my pension?
   You will need to contact the Pension Administrator for your plan.
   - General Pension:   Lisa Castronovo, 954.921.3333
   - Police Pension:    Dave Williams, 954.967.4395
   - Fire Pension:      Jennifer Kerr, 954.967.4331

3. When do my medical and dental benefits end?
   - Medical and dental benefits for you and your enrolled dependents will terminate at the end of the month in which you leave.  For example: if you leave May 5th, your benefits will terminate on May 31st.

4. If I have Medical and Dental coverage, what type of coverage can I continue?
   - Within sixty (60) days of leaving you will receive a notice from Ceridian, the company who handles our COBRA coverage. You will have 45 days to accept COBRA coverage.
   - You will have the option of continuing existing coverage, provided you pay 102% of the premium.
   - As long as the premium is paid, coverage will then generally continue for a maximum of eighteen (18) months.

5. What happens to my Group Life Insurance?
   - Basic Life and AD&D Insurance and Supplemental Life Insurance end on your last day of employment. You may be able to convert your Life Insurance directly with the carrier.  Go to: http://www.hollywoodfl.org/human_res/forms.htm#L for the necessary conversion forms.

6. I received tuition reimbursement, what happens?
   - If you received tuition reimbursement within two (2) years of leaving the City, by contract it must be reimbursed. Please refer to your Bargaining Unit contract for information or HR Policies.
   - Payroll will deduct it from your last check. Arrangements will need to be made to remit if check doesn't cover necessary amount.

7. If I move, how will I receive my W-2?
   - If you move prior to receiving your last W-2 from the City, please contact Human Resources and provide your new mailing information. If you are retiring, or you are vested, also contact your pension administrator whenever you have an address change.
   - If you are enrolled in COBRA, Human Resources will notify Ceridian of your new address.

8. What happens to my 457 Deferred Compensation Plan and Police Retirement Health Savings Plan?
   - Contact your representative directly for information.

Human Resources and Risk Management Office 2600 Hollywood Blvd, Room 206; Hollywood, FL 33020 954.921.3218

| GRIEVANCE AND ARBITRATION | | |
|---|---|---|
| | **DEPARTMENT SOP: #106** | **CALEA: 25.1.1** |
| | **EFFECTIVE DATE: 11/1/2001**<br>**REVIEW: 02/05/2013** | **CFA:**<br><br>**10.01,   10.02,   10.03A-C,<br>10.04, 10.05** |

**PURPOSE:**  To provide guidelines for Grievance and Arbitration procedures, per current Collective Bargaining Agreement.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The purpose of this SOP is to ensure a fair, but formal procedure for dealing with Grievances, which arise between Members and Management.  It is recognized that a formal method that allows Members to realize their grievances with Management fairly and expeditiously is an element, which can help reduce personnel dissatisfaction, improve morale, identify problems in the Organization, and increase the positive perception Employees have of the organization.

**INDEX:**

**I.   GRIEVANCE AND ARBITRATION [10.01] 1**

   A.   Grievance Steps:...................................1
   B.   Coordinating the Grievance Process:
        [10.02] [10.03B-D] .................................1
   C.   Grievance Records: [10.05] .................2

**II.   APPEALING GRIEVANCE DECISIONS [10.04] ..............................................2**

**III.   DEFINITIONS:.............................................2**

   A.   GRIEVANCE: .......................................2

**PROCEDURE:**

**I.   GRIEVANCE   AND   ARBITRATION**
   **[10.01][25.1.1A]**

   **A.   Grievance Steps:**

      The guidelines for grievance and arbitration procedures are governed by the following employee contracts:**[10.01A]**

      **1.**   Sworn Members will be guided as per the current P.B.A Collective Bargaining Agreement pertaining to the Section titled Grievance Procedures and Arbitration.

      **2.**   Non Sworn Members will be guided as per the current AFSCME Employee Organization Agreements pertaining to the Sections titled Grievance Procedures and Arbitration.

   **B.   Coordinating the Grievance Process:**
      **[10.02] [10.03B-D]**

      The Office of the Chief of Police will be responsible for the management and coordination of the grievance process.
      **[10.02]**

      The following response will be made in writing when a grievance is presented:

      **1.**   Acknowledging the receipt of the grievance by noting the time, date, and person receiving the grievance.
            **[10.03AB]**

      **2.**   Affirming or denying the allegations in the grievance in writing.
            **[10.03C][25.1.1C]**

3.  Identifying the remedy or adjustment, if any, to be made to resolve the grievance. **[10.03D]**

C.  **Grievance Records: [10.05]**

The Office of the Chief of Police will be responsible for the management and control of grievance records.

Grievance records are subject to disclosure under Chapter 119.07(1), Florida Statutes.

## II.   APPEALING   GRIEVANCE   DECISIONS **[10.04]**

All Members may appeal any grievance decision to a final step of arbitration.  If a Member requests arbitration, the ruling will be binding upon the Member, the City of Hollywood and the Employee Unions.

## III.  DEFINITIONS:

A.  **GRIEVANCE:**

A procedure designed to resolve differences between the Employee and the Employer.

APPROVED BY:

*Frank G. Fernandez* **01/07/2009**

**Frank G. Fernandez**          **Date**
**Chief of Police**

<u>**ATTACHMENTS:**</u>

**NONE**

| | SUBSTANCE ABUSE | |
|---|---|---|
| | **DEPARTMENT SOP: #107** | **CALEA:** |
| | **EFFECTIVE DATE:  07/30/2003**<br><br>**REVIEW:** | **CFA:**<br><br>**NONE** |

**PURPOSE:** To establish guidelines that ensures the integrity of the Police Department by its Members in maintaining a drug free work environment. This policy is guided by Florida State Statutes and the Drug-Free Workplace Act.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to comply with the Florida State Statutes regarding substance abuse.

**INDEX:**

I.      MEMBER CONDUCT ............................1
    A.    Member Guidelines:..............................1
    B.    Member's responsibility to report the utilization of prescribed and non-prescribed medications. ......................2

II.     SUPERVISOR RESPONSIBILITIES ......2
    A.    Supervisory Procedure: .......................2
    B.    Prescribed & Non-Prescribed Medications: ........................................2

III.    SUBSTANCE ANALYSIS AND RESULTS .............................................2
    A.    Substance Analysis: ............................2
    B.    Analysis Results: ................................3

IV.    DEFINITIONS: ........................................3
    A.    REASONABLE SUSPICION: ..............3
    B.    SUBSTANCE ABUSE:........................3

**PROCEDURE:**

I.   **MEMBER CONDUCT**

   A.   **Member Guidelines:**

   Members will conduct themselves in a professional manner while on or off duty.

   1.   Members will not be under the influence of intoxicants or narcotics (controlled substances with or without a prescription, barbiturates, or central nervous system stimulants as defined in FSS 893.02 and FSS 893.0356), while on or off duty or while wearing any portion of a Departmentally issued uniform.

   2.   Off duty use of a controlled substance that negatively impacts a Member's job performance may result in a fitness for duty examination and/or disciplinary action.

   3.   Consumption of alcoholic beverages of any kind, while on duty or in uniform, except as authorized in the performance of official duties is strictly prohibited.

   4.   Members will not report for duty with the odor of alcoholic beverages on their breath.

**B. Member's responsibility to report the utilization of prescribed and non-prescribed medications.**

1. Members will notify their immediate Supervisor at the beginning of their tour of duty if they are utilizing a prescription or non-prescription drug that may interfere with their normal motor-function or decision-making skills.

2. Members will also notify their Supervisor of the length of time the Member is expected to be taking the prescribed medication.

## II. SUPERVISOR RESPONSIBILITIES

If there is reasonable suspicion that a Member is using and or under the influence of alcohol, narcotics or other substance   while on duty or reporting for duty. Supervisors are guided by the following procedures in addition to SOP 104, Professional Compliance.

**A. Supervisory Procedure:**

Supervisors will adhere to the following procedures when reasonable suspicion exists that a Member is under the influence of alcohol, narcotics or other illegal substances while on duty:

1. The Supervisor will immediately complete the following:

   **a.** Notify the Shift Commander.

   **b.** Ensure the Member does not operate a City owned vehicle.

   **c.** Ensure the Member's weapon(s) are removed and secured pending the investigation.

   **d.** Complete a Complaint Intake Report **(See Appendix A, SOP 104)** that will be forwarded, by the Supervisor, to the Internal Affairs Unit for further investigation. The report will be forwarded in an expeditious manner.

   **e.** Ensure the Member is secured in an area that is safe and continuous observation can be maintained.

   **f.** The Member will not be permitted to eat, drink or smoke until test(s) are complete.

2. The Shift Commander will notify the Staff Duty Officer.

3. The Staff Duty Officer will ensure the Internal Affairs Unit is contacted to assist in the investigation.

4. The Chief of Police or his designee will determine if the Member will be required to submit to appropriate testing.

**B. Prescribed & Non-Prescribed Medications:**

Supervisors will respond in the following manner when informed of a Member taking prescribed or non-prescribed medications.

1. The Supervisor will immediately notify the Division Major via chain of command.

2. A determination will be made if the Member may perform their regular duties

## III. SUBSTANCE ANALYSIS AND RESULTS

**A. Substance Analysis:**

Substance Analysis may be ordered by the Chief of Police or his designee when there is reasonable suspicion to believe that the Member is, or has been impaired by, or is under the influence of a substance whether on or off duty.

1. A Member suspected of being under the influence of alcohol or narcotics while on duty and a subject of an investigation may, at their request,

have a bargaining unit representative present during the testing procedure.

2. Analysis will be conducted using recognized technologies. The types of screening include but are not limited to:

    a. Blood

    b. Breath

    c. Urine

3. Test level guidelines will be adhered to by the current F.D.L.E. standards.

**B. Analysis Results:**

The Internal Affairs Unit will ensure compliance with the following procedures.

1. In the event of a positive result, a second definite and confirmatory analysis of the initial sample must be administered in a timely manner to verify the initial positive screening results before administrative action is taken.

2. An Internal Affairs Investigator will include a copy of the analysis results in the investigative report.

3. The Member has the option of obtaining an independent second opinion provided the Member agrees to provide, at the Member's expense, a duly licensed clinical laboratory technologist or other certified technical expert to observe the analysis procedure using testing equipment located in the Department's servicing laboratory. The analysis will be conducted by the servicing laboratory's Supervisor or certified designee.

4. Results obtained from any additional analysis shall become a part of the Departmental official report.

5. Positive results of analysis or a refusal to submit to analysis may result in disciplinary action and/or termination from employment.

6. The report will be forwarded to the Chief of Police for final decision.

**IV. DEFINITIONS:**

**A. REASONABLE SUSPICION:**

Based on factual circumstances as interpreted in light of present and past experience and knowledge.

**B. SUBSTANCE ABUSE:**

The use by any Member of an illegal, controlled or uncontrolled, narcotic, drug or alcohol that causes the Member's job performance, general physical or mental health to decline, or be impaired which may render the Member incapable of performing essential job functions.

APPROVED BY:

**Frank G. Fernandez**          **10/11/2010**
**Chief of Police**              **Date**

**ATTACHMENTS:**

**NONE**

| PEER SUPPORT | | |
|---|---|---|
| **DEPARTMENT SOP: #108** | | **CALEA:** |
| **EFFECTIVE DATE:  09/30/2005**  **REVIEW:** | | **CFA:**  **NONE** |

**PURPOSE:** The purpose of this directive is to provide Members of the Hollywood Police Department with a policy pertaining to utilization of the Peer Support Team.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Hollywood Police Department recognizes that the law enforcement profession is inherently stressful on many fronts, for both sworn and non-sworn employees.  Almost everyone has experienced or will experience some sort of stressful situation in his or her lifetime. Therefore, the Department has assembled and trained a group of employees to provide peer support and emotional care during and after times of critical incidents and or personal crisis. The assistance offered may be in the form of group interventions, defusing, and one on one peer support or confidential referrals to a Mental Health Professional. Members utilizing such services will have the option of requesting the same services for a significant other or immediate family member when the situation creates a traumatic impact for their family members or home life.

**INDEX:**

| I. | Team Outline | 1 |
|---|---|---|
| A. | Role of Peer Supporters: | 1 |
| B. | Role of Peer Support Advisory Committee: | 2 |
| C. | Role of Program Coordinators: | 2 |
| D. | Peer Supporter Selection Process: | 2 |
| E. | Peer Support Training Program: | 3 |
| F. | Rules and Regulations: | 3 |
| G. | Confidentiality: | 3 |
| II. | TEAM ACTIONS | 4 |
| A. | Team Activation | 4 |
| B. | Group Interventions / Debriefings | 4 |
| C. | Individual Contacts | 4 |
| D. | Discipline | 4 |
| E. | Internal Investigations | 4 |
| F. | Mutual Aid | 5 |
| III. | DEFINITIONS: | 5 |
| A. | Critical or Traumatic Incident: | 5 |
| B. | Debriefing or Group Crisis Intervention: | 5 |
| C. | Defusing: | 5 |
| D. | Mental Health Consultant: | 5 |

**PROCEDURE:**

**I.   Team Outline**

**A.   Role of Peer Supporters:**

The Peer Supporter provides support and assistance to employees in times of stress and crisis. Peer Supporter responsibilities are to:

1. Provide emotional support during and after times of personal or professional crisis to Members who express a need for assistance.

2. Provide emotional support for Members who have experienced family tragedies.

3. Regularly check on the status of Members experiencing serious illnesses or personal crisis and provide emotional support where desired or if needed.

4. Provide assistance and support on a voluntary basis, and in most cases without additional compensation.

5. Promote trust, allow appropriate anonymity, and preserve confidentiality for persons utilizing Peer Support Team Members within the guidelines of the program.

6. Be available to the individual for additional follow-up support.

7. Maintain contact with Program Coordinators regarding program activities.

8. Maintain an effective Peer Support training and response program to help Members effectively deal with Critical Incidents or any occurrence that produces a high level of immediate or delayed emotional reaction.

9. Provide In-Service Training and Education to Members on topics such as "Emotional Survival" and "Stress Management."

10. Attend training sponsored by the National Organization of Victim Services (NOVA) Community Crisis Response Team when available. Attend additional training when available during the maturation of this Program.

**B. Role of Peer Support Advisory Committee:**

The Peer Support Advisory Committee acts as the policy setting board for the program's operation and direction, subject to review and approval by the Chief. The committee also participates in the selection process of peer Supporters. Members will be selected by the Chief of Police and will include the two Peer Support Team Coordinators, a member of the Command Staff and a Mental Health Consultant.

**C. Role of Program Coordinators:**

Peer Support Program Coordinators will act as the primary liaison between Peer Supporters, Peer Support Advisory Committee, outside resource persons and the Police Department. The Program Coordinators serve as the link to ensure the Program is being managed in accordance with the goals and objectives established for the Program. Major duties of the Program Coordinator(s) include:

1. Coordinating the program on a daily basis.

2. Serving as a Member of the Peer Support Advisory Committee.

3. Recruiting and coordinating the screening of Peer Support Applicants.

4. Develop Peer Support Team Members who can identify employees in crisis and provide guidance, advice, or confidential referral to the Employee Assistance Program, a Mental Health Professional or other alternative resources when required.

5. Developing resources to assist individuals when problems or issues are identified.

6. Maintain statistical data of reported contact by Peer Supporter(s).

7. Offering guidance to Peer Supporters.

**D. Peer Supporter Selection Process:**

Interested employees who choose to volunteer as a Peer Supporter must submit a Peer Support Application Form (see **Appendix A**) to the Lieutenant of the Family Services Unit. Members may also submit the name of a peer using the Peer Support Nomination Form (see **Appendix B**) and forward it to the Family Services Unit Lieutenant. Prospective Peer Supporters must be willing to meet the following criteria:

1. Agree to maintain confidentiality as dictated in this policy.

2. Be empathetic and possess inter-personal and communication skills.

3. Be motivated and willing to manage time effectively.

4. Successfully complete the selection process.

5. Must attend and successfully com-plete advanced training programs. Examples include:

   a. Domestic Violence Prevention and Intervention

   b. Basic Peer Support Training

   c. Suicide Prevention and Inter-vention

   d. Basic Critical Incident Stress Management

   e. Community Crisis Response Team Training

**E. Peer Support Training Program:**

1. The Peer Support Training Program will be coordinated by Team Coor-dinators. The major emphasis will focus on skill development for peer assistance. Main subject areas will include:

   a. Effective listening

   b. General assessment skills

   c. Crisis intervention

   d. Referral and follow-up

   e. Responding to traumatic inci-dents

2. Follow-up training will be scheduled to enhance problem-solving skills, provide group sharing and allow an exchange of experiences.

**F. Rules and Regulations:**

1. Peer Supporters may voluntarily withdraw at any time. They are, however, required to notify the Pro-gram Coordinators in writing.

2. Peer Supporters will be removed for conduct that is detrimental to or in-consistent with program policy and objectives.

3. Peer Supporters will be removed from participation if advanced train-ing is not attended at least once per year.

**G. Confidentiality:**

The acceptance and overall success of the Hollywood Police Department Peer Support Team will be determined, at least in part, by the observance of confi-dentiality. It is absolutely imperative each Member maintain strict confidenti-ality of all information obtained from an individual. Members of the Peer Support Team are reminded they are also em-ployees of the Hollywood Police De-partment and therefore are bound under certain laws to report the following inci-dents:

1. A well-founded reason to believe a peer presents a danger to him-self/herself or others (e.g. threats or actions towards suicide, homicide, etc.).

2. A strong belief that a peer has committed a crime.

3. A well-founded belief that a peer has committed child, elderly, or spousal abuse.

4. Exceptions to the confidentiality rule will be clearly stated to the partici-pants prior to beginning any inter-vention process.

5. Peer Support Team Members hav-ing knowledge of one of the excep-tions will not discuss the matter with

anyone except appropriate authorities.

6. It will be the policy of the Police Department not to question Peer Support Team Members for facts surrounding a group intervention or any information obtained from a Member as a result of a Peer counseling session.

## II.  TEAM ACTIONS

### A.  Team Activation

1. It will be the responsibility of the Staff Duty Officer, through the Communications Section, to notify a Peer Support Team representative for the following types of incidents:

   **a.** Murder or suicide of a Department Member.

   **b.** Any Officer involved shooting involving injury or death to another person.

   **c.** Any mass casualty incident, such as plane crash, bus crash, or any incident with multiple seriously injured victims resulting from any criminal or natural disaster.

   **d.** Any incident in which the circumstances were so unusual or the sights and sounds so distressing as to produce a high level of immediate or delayed emotional reaction.

2. It will be the responsibility of the Peer Support Coordinators to provide the Communications Section with an updated roster of Peer Support Team Members. All Team Members will be paired into teams of two for scheduled on-call rotations, with a back-up team scheduled and available for larger incidents.

3. Peer Support Team Members should avoid direct involvement in the incident.

4. A defusing should be held as soon as possible after the conclusion of an incident.

5. Compensation for call-outs will be authorized on a case-by-case basis by the Investigative Services Section Major.

### B.  Group Interventions / Debriefings

1. It will be the responsibility of Peer Support Team Coordinators and the Team's Mental Health Consultant to determine if a group intervention or debriefing session is needed.  This session will then be scheduled as soon as practical.

2. Only those Members involved in the critical or traumatic incident will be permitted to attend the group session. Any unauthorized individuals who were not directly involved in or affected by the incident will not be permitted to attend the session.

### C.  Individual Contacts

Any employee (Sworn or Civilian) or family member may initiate contact with a Peer Support Team Member for assistance with personal matters.  Special requests for Peer Support Team Members based on human diversity issues should be accommodated whenever possible.

### D.  Discipline

The Peer Support Team is not an alternative to discipline.  Peer Support Team Members will not intervene in the disciplinary process, even at a Member's request.

### E.  Internal Investigations

1. In the event a Peer Support Team Member is requested to assist an individual who is involved in an In-

ternal Affairs investigations, the confidentiality guidelines outlined in SOP #104  and FSS 112.533 (2)(a) will be followed by both the Peer Support Team Member and the Individual requesting assistance.

2. The role of Team Members in internal investigative circumstances should be one of support, by helping the individuals effectively deal with the stress and anxiety they may feel during the internal affairs investigation process. If Peer Support Team Members have any questions or concerns regarding these situations, they should consult a Peer Support Coordinator.

**F.  Mutual Aid**

Outside agencies may request the services of the Hollywood Police Department's Peer Support Team.   All requests will be referred to a Program Coordinator. After consulting with the requesting agency, the Coordinator will consult with the Chief of Police or his designee, who will either grant or deny the request.

**III.  DEFINITIONS:**

**A.  Critical or Traumatic Incident:**

Any incident in which the circumstances were so unusual or the sights and sounds so distressing as to produce a high-level of immediate or delayed emotional reaction.

**B.  Debriefing or Group Crisis Intervention:**

A confidential meeting with Members of the Peer Support Team and the Sworn or Civilian personnel directly involved in a critical or traumatic incident.  The purpose of the meeting is to validate emotional reactions to trauma, and educate the participants in stress management techniques.  The meeting is NOT an operational critique of the event.

**C.  Defusing:**

A brief and confidential discussion between Members of the Peer Support Team and Members affected by a traumatic incident, which occurs immediately following a critical or traumatic event. The purpose of the defusing is to restore the participant's cognitive functioning and prepare them for future stress reactions resulting from the incident.

**D.  Mental Health Consultant:**

A licensed Mental Health Professional who provides oversight to the intervention activities of the Peer Support Team, assuring the right kind of service or intervention is provided.  They also assist with training Members of the Peer Support Team to ensure Members work within the limits of their training and experience

APPROVED BY:

_Frank G. Fernandez_                     **04/03/2008**
**Frank G. Fernandez**                    **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**    Peer Support Application Form

- **Appendix B:**    Peer Support Nomination Form

# PEER SUPPORTER APPLICATION FORM

## CITY OF HOLLYWOOD, FLORIDA
## POLICE DEPARTMENT

Member Name: _____ Badge #: _____

Division/Unit: _____ Shift: _____

Law Enforcement Officer: _____ Civilian:_____

Supervisor Signature:_____ Date: _____

Please have your immediate supervisor sign **this form only**. It is not necessary to have a supervisor sign your questionnaire.

### **SUBMIT TO THE FAMILY SERVICES UNIT IN A SEALED ENVELOPE TO THE ATTENTION OF THE ASSIGNED SERGEANT**

**PSP**

Date received: _____

Signature:_____

Other: _____

# PEER SUPPORTER
# APPLICATION FORM
### (PLEASE PRINT)

**1.**    **Why do you want to be on the Peer Support Team?**

_____

_____

_____


**2.**    **Are you aware this may be a Volunteer Program,
possibly without compensation?**

_____

_____


**3.**    **What do you expect to receive from being a Peer Support Team Member?**

_____

_____

_____


**4.**    **Explain what confidentiality means to you?**

_____

_____

_____


**5.**    **Have you ever been involved in or experienced a traumatic incident in your
personal or professional life?  Please explain.**

_____

_____

_____


**6.**    **What do you remember most that was emotionally helpful?**

_____

_____

_____

7.      **Name three qualities you possess that would most benefit you as a Peer Supporter:**

_____

_____

_____

8.      **Are you willing to commit to making yourself available to assist other employees through a call-out system?**

_____

_____

9.      **Are you willing to attend professional training and workshops?**

_____

_____

10.     **Have you had any previous training in the areas of crisis intervention, Critical Incident Stress Management or Counseling? When? By whom?**

_____

_____

_____

11.     **Have you attended any of the recent Police Paradox training sessions? Which ones?**

_____

_____

# PEER SUPPORTER

## NOMINATION FORM

**Qualifications:**

**1.       A person you feel comfortable with discussing a problem.**
**2.       Can maintain confidentiality.**
**3.       Is empathic and has displayed strong interpersonal skills.**

Nominated/selected Peer Supporters can be from any employee group, Officer and Civilian, regardless of rank or assignment.

Nomination by: _____

Names of persons you would like to nominate:

1. _____    11. _____

2. _____    12. _____

3. _____    13. _____

4. _____    14. _____

5. _____    15. _____

6. _____    16. _____

7. _____    17. _____

8. _____    18. _____

9. _____    19. _____

10. _____    20. _____

Submit to the Family Services Unit in a sealed envelope
to the attention of the Assigned Sergeant.

| | SOCIAL MEDIA | |
|---|---|---|
| *(badge)* | **DEPARTMENT SOP: #109** | **CALEA:**<br><br>**CFA:** |
| | **EFFECTIVE DATE: 11/23/2011**<br><br>**REVIEW:** | |

**PURPOSE:**  This policy establishes the Department's position on the utility and management of social media and provides guidance on its management, administration, and oversight.  This policy is not meant to address one particular form of social media; rather social media in general, as advances in technology will occur and new tools will emerge.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Department recognizes the role that social media plays in the personnel lives of some Members; however, the personal use of social media can have bearing on Members in their official capacity.  As such, this policy provides information of a precautionary nature as well as prohibitions on the use of social media by Members.

**INDEX:**

I.     AGENCY USE...........................................1

    A.     Potential Uses: ....................................1
    B.     Use of City Equipment:........................1

II.    PERSONAL USE ....................................1

    A.     Prohibitions:...........................................2
    B.     Precautions:...........................................2

III.   DEFINITIONS: ........................................3

    A.     Blog: .....................................................3
    B.     Page: ....................................................3
    C.     Post: .....................................................3
    D.     Profile: ..................................................3
    E.     Social Media: ......................................3
    F.     Social Networks:.................................3
    G.     Speech: ...............................................3
    H.     Wiki:......................................................3

**PROCEDURE:**

**I.   AGENCY USE**

This policy is not intended to prevent Members from accessing social media for legitimate, work related purposes.

    **A.   Potential Uses:**

        **1.**   Social media can be a valuable investigative tool when seeking evidence or information.

        **2.**   Search methods will not involve techniques that are a violation of existing law.

        **3.**   This Department has an obligation to include Internet-based content when conducting back-ground investigations of job candidates.

        **4.**   Every effort must be made to validate Internet-based information considered during the hiring process.

    **B.   Use of City Equipment:**

        Members will not utilize any City issued equipment to access personal social media sites, blogs, websites, or public forums while on duty, or while working extra-duty details unless required in the performance of their duties.

**II.   PERSONAL USE**

While Members have the right to use personal/social networking pages or sites, as Members of the Department, they are public servants who are held to a higher standard

than the general public with regard to standards of conduct and ethics.

Members are free to express themselves as private citizens on social media sites to the degree that their speech does not impair working relationships of this Department for which loyalty and confidentiality are important, impede the performance of duties, impair discipline and harmony among coworkers, or negatively affect the public perception of the Department.

As public employees, Members are cautioned that speech on- or off-duty, made pursuant to their official duties – that is, that owes its existence to the employee's professional duties and responsibilities – may not be protected speech under the First Amendment and may form the basis for discipline if deemed detrimental to the Department. Members should assume that their speech and related activity on social media sites may reflect upon the Department.

**A.  Prohibitions:**

Barring State Law or binding employment contract to the contrary, Members will abide by the following when using social media.

1.  Members will not post, transmit, or otherwise disseminate any information to which they have access as a result of their employment, or could reasonably be considered to represent the views or positions of this Department without permission from the Chief of Police or his designee.

2.  Members will not display Department or City logos, seals, badges, patches, uniforms, or similar identifying items on any social media format, as these items are protected official images and symbols of the City of Hollywood.

3.  When using social media, Members should be mindful that their speech becomes part of the worldwide electronic domain. Therefore, adherence to the Department's Rules of Professional Conduct is required in the personal use of social media. In particu-

lar, Members are prohibited from the following:

(1). Speech containing obscene or sexually explicit language, images, or acts and statements or other forms of speech that ridicule, malign, disparage, or otherwise express bias against any race, any religion, or any protected class of individuals.

(2). Speech involving themselves or other Members reflecting behavior that would reasonably be considered reckless or irresponsible.

4.  Engaging in speech that may provide grounds for undermining or impeaching a Member's testimony in criminal proceedings.

**B.  Precautions:**

1.  For safety and security reasons, it is suggested that Members not disclose their employment with this Department nor will they post information pertaining to any other Member of the Department without their permission.

2.  Department personnel should be aware that they may be subject to civil litigation for:

a.  Publishing or posting false information that harms the reputation of another person, group, or organization.

b.  Publishing or posting private facts and personal information about someone without their permission that has not been previously revealed to the public, is not of legitimate public concern, and would be offensive to a reasonable person.

c.  Using someone else's name, likeness, or other personal attributes without that person's

permission for an exploitative purpose

**d.** Publishing the creative work of another, trademarks, or certain confidential business information without the permission of the owner.

**3.** Members should be aware that privacy settings and social media sites are constantly in flux, and they should never assume that personal information posted on such sites are protected.

**4.** Members should expect that any information created transmitted, downloaded, exchanged, or discussed in a public online forum may be accessed by the Department at any time without prior notice.

**III.  DEFINITIONS:**

**A.  Blog:**

A self-published diary or commentary on a particular topic that may allow visitors to post responses, reactions, or comments.

**B.  Page:**

The specific portion of a social media website where content is displayed, and managed by an individual or individuals with administrator rights.

**C.  Post:**

Content an individual shares on a social media site or the act of publishing content on a site.

**D.  Profile:**

Information that a user provides about himself/herself on a social networking site.

**E.  Social Media:**

A category of Internet-based resources that integrate user-generated content

and user participation.  This includes, but is not limited to, social networking sites (Facebook, MySpace), microblogging sites (Twitter, Nixle), photo- and video-sharing sites (Flickr, YouTube), wikis (Wikipedia), blogs, news sites (Digg, Reddit) and Leo Affairs.

**F.  Social Networks:**

Online platforms where users can create profiles, share information, and socialize with others using a range of technologies.

**G.  Speech:**

Expression or communication of thoughts or opinions in spoken words, in writing, by expressive conduct, symbolism, photographs, video, or related forms of communication.

**H.  Wiki:**

Web pages(s) that can be edited collaboratively.

APPROVED BY:

**Frank G. Fernandez**          **11/23/2011**
**Chief of Police**                      **Date**

**ATTACHMENTS: none**

| CODE OF ETHICS | |
|---|---|
| **DEPARTMENT SOP: #110** | **CALEA STANDARDS:** |
| | 1.1.2, 26.1.1 |
| **EFFECTIVE DATE:  11/07/2012** | **CFA STANDARDS:** |
| **REVIEW DATE:** |  2.02 |

**PURPOSE:**  To establish a Code of Ethics and Agency Philosophy for all Sworn and Civilian Members of the Department.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:**  All Sworn and Civilian Members of the Department will adhere to the principles and display degree of integrity as outlined in the Law Enforcement Code of Ethics.

The City of Hollywood Police Department has adopted the Code of Ethics as published by the International Association of Chiefs of Police. All Sworn Police Officers of this Department, in the execution of their duties and responsibilities, will abide by the Code of Ethics as listed below.

**INDEX:**

I.   **LAW ENFORCEMENT CODE OF ETHICS**………………………………………1

II.  **ETHICS TRAINING** ....................................2

**PROCEDURE:**

I.   **LAW ENFORCEMENT CODE OF ETHICS**

- As a Law Enforcement Officer, my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the constitutional rights of all men to liberty, equality and justice.

- I will keep my private life unsullied as an example to all and will behave in a manner that does not bring discredit to me or to my Agency.  I will maintain courageous calm in the face of danger, scorn, or ridicule; develop self-restraint; and be constantly mindful of the welfare of others.  Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the Laws and Regulations of my Department.  Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

- I will never act officiously or permit personal feelings, prejudices, political beliefs, animosities or friendships to influence my decisions.  With no compromise for crime and with relentless prosecution of criminals, I will enforce the Law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

- I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held, so long as I am true to the ethics of the Police service. I will never engage in acts of corruption or bribery, nor will I condone such acts by other Police Officers.  I will cooperate with all legally authorized Agencies and their representatives in the pursuit of justice.

- I know that I alone am responsible for my own standard of professional performance and will take every reasonable opportunity to enhance and improve my level of knowledge and competence.

- I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession … Law Enforcement.

## II.  ETHICS TRAINING

Both Sworn and Civilian Members of the Department will receive training that concerns their position dilemmas, temptations, responsibilities and duties during New hire Orientation. Ethics Training for all Department Members will be conducted biennial.

## III.  DEFINITION

### A.  MEMBERS:

All employees of the Hollywood Police Department, including: sworn, non-sworn, full-time, part-time and volunteer.

APPROVED BY:

**Frank G. Fernandez**          **11/07/2012**
**Chief of Police**               **Date**



| PERFORMANCE EVALUATIONS | |
|---|---|
| **DEPARTMENT SOP: #111** | **CALEA: 35.1.1,35.1.2,35.1.7** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 04/08/2014** | **CFA: 13.09, 13.10, 16.01A-I, 16.02A-D, 16.03A-C, 16.04, 16.05, 16.06, 16.07A-C** |

**PURPOSE:** To establish guidelines for Member Performance Evaluations.

**SCOPE:** This S.O.P. applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department that Supervisors will complete Performance Evaluations for every Member under their span of control (including Probationary Sworn Officers) in conformance with this SOP. All Performance Evaluations will be completed using job-related and non-discriminatory measures. **[13.09]**

**INDEX:**

**I.  SWORN MEMBER PERFORMANCE EVALUATION SYSTEM [13.09] .................2**

 A. Objectives of Sworn Member Performance Evaluations:[16.01A] .......2
 B. Utilization of Evaluation Results: [16.04] ......................................2
 C. Rater Responsibility: [16.01F,35.1.1C] .2
 D. Rater Training: [16.01F][35.1.1D] .........3

**II.  MEMBER REVIEW MEETINGS.................3**

 A. Initial Review: [16.07A-C].....................3
 B. Mid-Year Review:.................................3
 C. Annual Review: [16.01D,16.03A].........3

**III.  EVALUATION FORMS .............................3**

 A. Police Officer:......................................3
 B. Police Detective: .................................3
 C. Sworn Police Supervisor: .....................3

**IV.  MEASUREMENT DEFINITIONS FOR SWORN [16.01B] [35.1.1A].......................4**

 A. Global Duties:.......................................4
 B. Performance Elements:.........................4

**V.  PROCEDURE FOR COMPLETING THE EVALUATION FORM [16.01C][35.1.1B] ...4**

 A. Overall Performance of Member:..........4
 B. Mandatory Requirements on Performance Evaluations: [16.03E] ......4

**VI.  CONTESTING SWORN MEMBER PERFORMANCE EVALUATIONS [13.10][16.01I]............................................5**

 A. Appeal of an Acceptable Performance Evaluation: ...........................................5
 B. Appeal of an Unacceptable Performance Evaluation: ....................5

**VII.  PERFORMANCE EVALUATION RETENTION.................................................5**

 A. Records Retention Schedule: [16.06]...5
 B. Distribution of Performance Evaluations: ............................................................5
 C. Confidentiality: .....................................5

**VIII.  GENERAL EMPLOYEE PERFORMANCE EVALUATIONS..........................................6**

**IX.  MEASUREMENT DEFINITIONS FOR GENERAL EMPLOYEES [16.01B,35.1.1A] ...................................................................7**

 A. Unsatisfactory: .....................................7
 B. Satisfactory: .........................................7

**X.  MANAGEMENT EMPLOYEE PERFORMANCE EVALUATIONS .............7**

 A. Performance Review Completion Manual: ................................................7
 B. Initial Counseling: [16.07A-C] ..............7
 C. Annual Performance Evaluation: ..........7
 D. Member Review Meeting: [16.03A-C]...8
 E. Performance Evaluation Results: [16.04] ............................................................8
 F. Contesting Management Employee Performance Evaluation: [16.01I] .........8

**XI. DEFINITIONS:**...............................................**8**

A. EVALUATOR: .....................................8

**PROCEDURE:**

**I.  SWORN MEMBER PERFORMANCE EVALUATION SYSTEM [13.09]**

Satisfactory job performance by all Sworn Members is necessary for the Department to fulfill its mission.  Performance Evaluations for non-probationary Sworn Members below the rank of Major will be completed annually, due January 15th of each calendar year.  Probationary Sworn Police Officers will be evaluated by the 15th of each month. **[16.01D][35.1.2]**

Probationary Lieutenants and Police Sergeants will be evaluated on a quarterly basis.  A copy of the completed and signed evaluation will be forwarded to the Members respective Assistant Chief within ten days.  Prior to the completion of "Probationary" status, a "Probationary Review Board" will convene to review the members' performance and approve "Permanent" status to the Member. **[13.09, 34.1.7]**

**A.  Objectives of Sworn Member Performance Evaluations:[16.01A]**

The objectives of the Sworn Member Performance Evaluation System are as follows:

**1.** Improve Sworn Member performance.

**2.** Foster fair and impartial personnel decisions.

**3.** Provide a conduit for counseling, coaching, mentoring, and dialogue.

**4.** Facilitate retention decisions during probationary periods.

**5.** Provide a means to recognize and acknowledge individual performance.

**6.** Identify training needs.

**7.** Identify performance issues.

**8.** Document performance problems, previously brought to the attention of the Member, that have not been resolved.

**9.** Encourage positive work behavior through the following:

**a.** Observation.

**b.** Evaluation.

**c.** Correction.

**B.  Utilization of Evaluation Results: [16.04]**

Sworn Member Performance Evaluation results may be utilized in the following manner:

**1.** Determining Member retention.

**2.** Identifying training needs.

**3.** Measuring job effectiveness.

**4.** Recognizing career advancement potential.

**5.** Determining eligibility for a Merit Pay Increase.

**C.  Rater Responsibility: [16.01F,35.1.1C]**

Sworn Members will be evaluated by their Immediate Supervisors according to the following criteria: **[16.01G]**

**1. Performance during rating period:** Supervisors will evaluate the performance of all Members under their immediate supervision based only on the individual Member's performance during the rating period. **[16.01E]**

**2. Criteria Specific to Position:** Members will be evaluated on criteria specific to the position(s) occupied during the rating period.

**D. Rater Training:** [16.01F][35.1.1D]

The Training and Professional Development Unit is responsible for providing training to all Supervisors pertaining to this SOP at its implementation. All newly promoted Sergeants will be required to attend a Performance Evaluation training program provided by the Training and Professional Development Unit.

## II. MEMBER REVIEW MEETINGS

The Sworn Member Performance Evaluation will consist of the following Supervisor/Member meetings: [16.03A]

**A. Initial Review:** [16.07A-C]

The initial Supervisor/Member counseling-review will be documented on the Performance Evaluation Employee Review Meeting Form (see **Appendix A**). This initial review will be completed by January 15th of each calendar year.

This meeting will require that the Member be counseled concerning the following:

1. Tasks of the position occupied; [16.07A,35.1.7A]

2. Level of performance expected; [16.07B,35.1.7B]

3. Criteria used for ratings on the evaluation; [16.07C]

4. Career development relative to such topics as advancement, specialization, or training appropriate for the employee's position; [35.1.7C]

**B. Mid-Year Review:**

The mid-year review will be completed by July 15th of each calendar year. The Performance Evaluation Employee Review Meeting Form will document the meeting.

The mid-year review provides the Supervisor with an opportunity to counsel the Member on his progress and achievements, and provides a forum to

notify the Member of performance deficiencies or substandard performance.

The mid-year review should not preclude the necessity for additional meetings throughout the evaluation period.

**C. Annual Review:** [16.01D]

The Evaluating Supervisor and the Member being evaluated will meet to review and discuss the Member's Annual Performance Evaluation.

The annual review should not preclude the necessity for additional meetings throughout the evaluation period.

## III. EVALUATION FORMS

Sworn Members will be evaluated on one of three job-specific Employee Performance Evaluation Forms.

**A. Police Officer:**

The Police Officer Evaluation will be used to evaluate the performance of all Sworn Officers below the rank of Sergeant who do not fall in the category of Detective (see **Appendix B**).

**B. Police Detective:**

The Police Detective Evaluation Form will be used to evaluate all Sworn Officers holding the position of Detective. Detective positions include those Members assigned to the Investigative Services Section, Vice, Intelligence, and Narcotics Unit and the Personnel Unit's Background Investigators (see **Appendix C**).

**C. Sworn Police Supervisor:**

The Police Supervisor Evaluation Form will be used to evaluate all Sworn Officers holding the rank of Lieutenant or Sergeant (see **Appendix D**).

## IV. MEASUREMENT DEFINITIONS FOR SWORN [16.01B] [35.1.1A]

Each Sworn Member Performance Evaluation will have the following measurements listed along with specific performance objectives for each.

### A. Global Duties:

Global duties identify general duties and responsibilities and are consistent on each of the three Sworn Member Performance Evaluation Forms.

### B. Performance Elements:

Performance elements are defined as duties, responsibilities, functions, observed behaviors, skills, and measurable objectives specific to the individual Member's assignment or position.

## V. PROCEDURE FOR COMPLETING THE EVALUATION FORM [16.01C][35.1.1B]

The Evaluator will complete the Performance Evaluation by indicating either **YES** or **NO** to the Global Duties and Performance Elements. The Evaluator's choice of selection indicates whether the Member meets expectations.

If a Member is rated **NO** in any category, the Member must have been given notice of the unsatisfactory performance prior to the end of the rating period in the form of a Documented Verbal Counseling Session or an Observed Behavior Report. The unsatisfactory performance must also be explained in the Evaluator's Comments Section of the Performance Evaluation Form. [16.08][16.09]

### A. Overall Performance of Member:

The Evaluator will indicate whether the Member's overall performance for the evaluation period is acceptable or unacceptable.

If seven or more **NO** boxes are checked, the Member's overall performance will be considered to be **UNACCEPTABLE**.

### B. Mandatory Requirements on Performance Evaluations: [16.03E]

The following requirements are mandatory on all Performance Evaluations:

1.  The Evaluator will provide written comments on the Member's performance in the Evaluator's Comments Section. [16.01C,16.09]

2.  The Immediate Supervisor (Evaluator) signs the Evaluation.

3.  Evaluations are reviewed and signed by the Evaluator's Supervisor. [16.03E]

4.  **Employee Acknowledgement:** This Section of the Performance Evaluation Form will be checked off **YES** or **NO** by the Member and will provide for the following:

    a.  That the Member has read and reviewed the Evaluation with the Evaluator.

    b.  That the Member has received feedback that is useful and constructive.

    c.  If the Member wishes to discuss the evaluation with the Division Major.

    d.  That the Member requests a copy of the Performance Evaluation. A copy will be provided upon request. [16.01H]

5.  **Written Comments:** Members may elect to provide written comments in the Employee's Comments section of the Performance Evaluation. [16.03B]

6.  **Member Signature:** The Member is required to sign the completed Performance Evaluation indicating that the Member has read the Evaluation. [16.03C]

7.  **Observed Behavior Reports:** If the Member received an Observed Be-

havior Report during the evaluation period, the Evaluator will indicate if they are attached to the Evaluation Form by checking **YES** or **NO**.

## VI. CONTESTING SWORN MEMBER PERFORMANCE EVALUATIONS [13.10][16.01]

A Sworn Member may present facts that justify a change in an Evaluation during the annual review.  If a change is warranted, the Evaluator will revise the Evaluation. The Evaluator and the Sworn Member will initial any changes.   To contest the results of a Sworn Member Performance Evaluation, the following will apply:

### A. Appeal of an Acceptable Performance Evaluation:

Sworn Members, including Probationary Officers, have the right to appeal their Performance Evaluation in the following manner:

1. Appeals will be made within 10 calendar days and submitted on a Memorandum to the Member's immediate Supervisor.

2. Upon receipt of an appeal from a Sworn Member, the Supervisor receiving it will have 7 calendar days to evaluate the appeal and advise the Sworn Member of his determination.

3. A second appeal can be made within 3 calendar days after receipt of the determination of the Sworn Member's immediate Supervisor. The appeal process may be carried to the level of Division Major, whose decision is final.

### B. Appeal of an Unacceptable Performance Evaluation:

Any Member who has received an overall Performance Evaluation of unacceptable may request an appeal in the following manner:

1. This appeal is to be requested in writing via Memorandum to the next

highest authority over the Evaluator within 10 calendar days.

2. Upon receipt of an appeal from a Sworn Member, the Supervisor receiving it will have 7 calendar days to evaluate the appeal and advise the Sworn Member of his determination.

3. A second appeal can be made within 3 calendar days after receipt of the determination of the Sworn Member's Supervisor. The appeal process may be carried to the level of the Police Chief.

4. The Police Chief will conduct a hearing and thereafter will render a decision in writing, which will be final and binding.

## VII. PERFORMANCE EVALUATION RETENTION

### A. Records Retention Schedule: [16.06]

All Performance Evaluation Reports are maintained in conformance with the State Records Retention Schedule (FSS 119).

### B. Distribution of Performance Evaluations:

The original Performance Evaluation will be forwarded to the Personnel Unit and placed in the Member's personnel file.

If a Member is eligible for a merit pay increase the Personnel Unit will forward the Performance Evaluation to the Human Resources Department at City Hall.

### C. Confidentiality:

Member Performance Evaluations will be treated as confidential until the appraisal process and any appeals are exhausted.  The release of Performance Evaluation information will conform to the provisions of FSS 119.

## VIII. GENERAL EMPLOYEE PERFORMANCE EVALUATIONS

General Employees are evaluated according to the "Employee Performance Appraisal System" plan which is outlined in the Employee Performance Appraisal System Manual (see **Appendix E**). **[16.01A,35.1.1B]**

### A. Collective Bargaining Agreement:

This guide is in accordance with the General Employees current Collective Bargaining Agreement between AFSCME and the City of Hollywood.

All General Employees as defined above will be evaluated in accordance with this guide. **[16.01D]**

Members must have been given notice of any substandard performance prior to the end of the rating period in the form of a Documented Verbal Counseling Session or a Written Reprimand. **[16.08]**

### B. Objectives and Utilization of Evaluation Results: **[16.01A,16.04]**

The evaluation is part of an ongoing communication process between the supervisor and employee. The evaluation results may be utilized in the following manner:

1. Set and clarify performance standards;

2. Improve the efficiency of the individual and of the entire group over a period of time;

3. Serve as documentation for closed promotions, pay increases, transfers, and corrective actions;

4. Identify performance problems to be corrected;

5. Determine individual and group training needs;

6. Allow the employee to know how he is meeting the expectations of management;

7. Motivate employees to continue to find ways to improve;

8. Identify areas of career development.

### C. If a Member is rated **Unsatisfactory** in any category, the Member must have been given notice of the unsatisfactory performance prior to the end of the rating period in the form of a Documented Verbal Counseling Session or a Written Reprimand. **[16.08]**

### D. Annual Review:

The Evaluating Supervisor and the Member being evaluated will meet to review and discuss the Member's Annual Evaluation. **[16.01A,16.01D16.03A]**

This meeting will require that the Member be counseled concerning the following:

1. Tasks of the position occupied; **[16.07A,35.1.7A]**

2. Level of performance expected; **[16.07B, 35.1.7B]**

3. Criteria used for ratings on the evaluation; **[16.07C]**

4. Career development relative to such topics as advancement, specialization, or training appropriate for the employee's position; **[35.1.7C]**

### E. Rater Responsibility: **[35.1.1C]**

Non-Sworn Members will be evaluated by their Immediate Supervisors according to the following criteria: **[16.01G]**

1. **Performance during rating period:** Supervisors will evaluate the performance of all Members under their immediate supervision based only on the individual Member's performance during the rating period. **[16.01E]**

2. **Criteria Specific to Position:** Members will be evaluated on crite-

ria specific to the position(s) occupied during the rating period.

### 3. Written Comments:

The evaluator will provide written comments on the Member's performance. **[16.01C][16.09]**

Members may elect to provide written comments in the Employee's Comments section of the evaluation. **[16.03B]**

### 4. Members Signature:

The Member is required to sign the completed Evaluation indicating that the Member has read the Evaluation. **[16.03C]**

### F. Copy of Evaluation: **[16.01H]**

A copy of the completed Evaluation Report will be provided to any General Employee who works for the Police Department, upon request.

## IX. MEASUREMENT DEFINITIONS FOR GENERAL EMPLOYEES **[16.01B,35.1.1A]**

Each General Employee will have the following measurements definitions:

### A. Unsatisfactory:

Defined as a rating signifying General Employee's performance in a category is clearly below the acceptable level, and immediate significant improvement is necessary in this category.

### B. Satisfactory:

Defined as a rating signifying General Employee's performance in a category is sufficient and acceptable, meeting expectations in a competent manner.

## X. MANAGEMENT EMPLOYEE PERFORMANCE EVALUATIONS

Management Employees are those Sworn Members above the rank of Lieutenant and those General Employees classified as Executive/Management.

### A. Performance Review Completion Manual:

Management Employees are evaluated according to the "Employee Performance Appraisal System" plan which is outlined in the Employee Performance Appraisal System Manual (see **Appendix E**).

### B. Initial Counseling: **[16.07A-C]**

Each Management Employee will be counseled at the beginning of the evaluation period concerning the following:

### 1. Task of the position occupied. **[16.07A]**

### 2. Level of performance expected. **[16.07B]**

### 3. Criteria, described as performance elements, used for evaluating the Member's performance will be identified and discussed. **[16.07C]**

### C. Annual Performance Evaluation:

Management Employees will be evaluated annually by October 1st of each year.

The Performance Evaluation will provide for the following:

### 1. The evaluation will be based only on the Member's performance during the evaluation period. **[16.01E]**

### 2. The evaluation will consist of criteria specific to the position occupied by the Member during the rating period. **[16.02B]**

### 3. Members will be rated by their immediate Supervisor. **[16.01G]**

### 4. Evaluations will be signed by the immediate Supervisor.

**5.** Evaluations are reviewed and signed by the Evaluator's Supervisor.

**6.** Members must have been given notice of any substandard performance prior to the end of the rating period in the form of a Documented Verbal Counseling Session or a Written Reprimand. **[16.08]**

**D. Member Review Meeting:** [16.03A-C]

The Evaluator and Member will have a meeting to review the Member's completed annual Performance Evaluation Report, which includes the following: **[16.03A,16.01D]**

**1.** Provisions for written comments by the Member. **[16.03B]**

**2.** The Member is given an opportunity to sign the completed Performance Evaluation to indicate the Member has read the evaluation. **[16.03C]**

**3.** The evaluated Member is provided a copy of the completed Evaluation Report, upon request. **[16.01H]**

**E.** Performance **Evaluation Results:** [16.04]

The Management Employee Performance Evaluation results may be utilized in the following manner:

**1.** Determining work assignments.

**2.** Identifying promotional opportunities.

**3.** As a factor in determining salary increases.

**4.** Identifying training needs.

**5.** Retention decisions.

**6.** Determining job effectiveness.

**F. Contesting Management Employee Performance Evaluation:** [16.01I]

When a Management Employee wishes to contest a performance evaluation, the Employee will file an appeal in writing one level up the Chain of Command from the Evaluator.

If the Employee is not satisfied with the decision of the appeal, the Employee may appeal in writing to the City's Director of Human Resources whose decision is final.

**XI. DEFINITIONS:**

**A. EVALUATOR:**

For the purpose of CFA Standards and this SOP, the term Evaluator may be used interchangeably with the term Rater. Both terms identify the Supervisor responsible for completing a Subordinate's Performance Evaluation.

APPROVED BY:

**04/08/2014**

**Frank G. Fernandez      Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Police Officer Performance Evaluation Employee Review Meeting Form.

- **Appendix B:** Police Officer Employee Performance Evaluation Form.

- **Appendix C:** Police Detective Employee Performance Evaluation Form.

- **Appendix D:** Police Supervisor Employee Performance Evaluation Form.

- **Appendix E:** Employee Performance Appraisal System Manual.

**City of Hollywood Police Department**
**Police Officer Performance Evaluation**
**Employee Review Meeting**

**Employee's Title/Name:**
**Division/Unit:**
**Evaluator's Title/Name:**
**Evaluation Period Starting Date:**
**Evaluation Period Ending Date:**

☐ **INITIAL REVIEW**      ☐ **MID-YEAR REVIEW**

---

### EVALUATOR'S SECTION

**Evaluator's Comments:**
<u>**Tasks of the position occupied:**</u>

<u>**Level of performance expected:**</u>

<u>**Criteria used for evaluation:**</u>

<u>**Career Development:**</u>

**Evaluator's Signature/Date:** _____

---

### EMPLOYEE'S SECTION

**Employee's Comments:**

**Employee's Signature/Date:** _____

# HOLLYWOOD POLICE DEPARTMENT



# EMPLOYEE PERFORMANCE EVALUATION

# POLICE OFFICER

_____

Title, Name, Badge

EVALUATION PERIOD:          TO

☐ PROBATIONARY          ☐ ANNUAL

EVALUATOR:_____

Title, Name, Badge

_____

**City of Hollywood Police Department**
**Police Officer Performance Evaluation**

**Employee Title/Name**
**Division/Unit:**
**Evaluator's Title/Name:**
**Evaluation Period Starting Date:**
**Evaluation Period Ending Date:**

## GLOBAL DUTIES

|  | YES | NO |
|---|---|---|
| Maintains compliance with rules and regulations | ☐ | ☐ |
| Has met re-certification requirements | ☐ | ☐ |
| Meets attendance and punctuality guidelines | ☐ | ☐ |
| Proper care and operation of Departmental equipment | ☐ | ☐ |
| Has met firearms qualification requirements | ☐ | ☐ |
| Consistently exhibits a professional appearance | ☐ | ☐ |

## PERFORMANCE ELEMENTS                    <u>Meets Expectations</u>

**Professionalism**

|  | YES | NO |
|---|---|---|
| Demonstrates sound judgement | ☐ | ☐ |
| Quality of work product | ☐ | ☐ |
| Pursues knowledge and training | ☐ | ☐ |
| Makes logical and effective decisions | ☐ | ☐ |
| Quality of law enforcement skills | ☐ | ☐ |

**Human Relationships**

|  |  |  |
|---|---|---|
| Demonstrates willingness to help others | ☐ | ☐ |
| Demonstrates concern and compassion for others | ☐ | ☐ |
| Treats others with dignity and respect | ☐ | ☐ |
| Shows respect and sensitivity for cultural differences | ☐ | ☐ |
| Maintains a professional working relationship with others | ☐ | ☐ |

**COMMUNITY POLICING PERFORMANCE ELEMENTS**

<u>**Meets Expectations**</u>

**Problem Solving**                                                    YES        NO

Effectively identifies and prioritizes problems          ☐          ☐
Gathers and analyzes information skillfully               ☐          ☐
Develops alternative solutions                              ☐          ☐
Effectively resolves problems                              ☐          ☐
Efficiently manages uncommitted time                    ☐          ☐

**Teamwork**

Balances team and individual responsibilities           ☐          ☐
Exhibits objectivity and openness to others' views      ☐          ☐
Gives and welcomes feedback                              ☐          ☐
Contributes to team building atmosphere                 ☐          ☐
Works well in group problem solving situations           ☐          ☐

**Initiative**

Volunteers readily                                          ☐          ☐
Undertakes self-initiated activities                      ☐          ☐
Seeks increased responsibilities                          ☐          ☐
Takes independent actions and calculated risks          ☐          ☐
Asks for help when needed                                ☐          ☐

**Overall Performance of Employee:**     ☐ **Acceptable**    ☐ **Unacceptable**

**Observed Behavior Reports Attached:**   ☐ **Yes**          ☐ **No**

**EVALUATOR'S COMMENTS:**

**Evaluator's Signature/Date:** _____
This evaluation is based on my observations and/or knowledge.  It represents my best judgement
of the employee's performance.

**Reviewed By:** _____

                        Title, Name, Badge                      Signature/Date

**EMPLOYEE'S ACKNOWLEDGEMENT:**       **YES**   **NO**

I have read and reviewed this evaluation with the Evaluator  ☐   ☐
I have received feedback that is useful and constructive  ☐   ☐
I wish to discuss this evaluation with the Division Commander  ☐   ☐
I request a copy of this Evaluation  ☐   ☐

**Employee's Comments:**

**Employee's Signature/Date** _____
I have reviewed this document and discussed the contents with my supervisor.  My signature means that I have been advised of my performance status and does not necessarily imply that I agree with the evaluation.

Original Date:  11/1/2001                                 Page 4 of 4
Revised Date:                                        Appendix B SOP #111
File Name:  Appendix B Officer's Evaluation.doc

# HOLLYWOOD POLICE DEPARTMENT



# EMPLOYEE PERFORMANCE EVALUATION

# POLICE DETECTIVE

_____

Title, Name, Badge

EVALUATION PERIOD:            TO

☐ PROBATIONARY          ☐ ANNUAL

EVALUATOR:_____

Title, Name, Badge

_____

**City of Hollywood Police Department**
**Police Detective Performance Evaluation**

**Employee Title/Name**
**Division/Unit:**
**Evaluator's Title/Name:**
**Evaluation Period Starting Date:**
**Evaluation Period Ending Date:**

## GLOBAL DUTIES

|  | YES | NO |
|---|---|---|
| Maintains compliance with rules and regulations | ☐ | ☐ |
| Has met re-certification requirements | ☐ | ☐ |
| Meets attendance and punctuality guidelines | ☐ | ☐ |
| Proper care and operation of Departmental equipment | ☐ | ☐ |
| Has met firearms qualification requirements | ☐ | ☐ |
| Consistently exhibits a professional appearance | ☐ | ☐ |

## PERFORMANCE ELEMENTS                    <u>Meets Expectations</u>

### Professionalism

|  | YES | NO |
|---|---|---|
| Demonstrates sound judgement | ☐ | ☐ |
| Quality of work product | ☐ | ☐ |
| Pursues knowledge and training | ☐ | ☐ |
| Makes logical and effective decisions | ☐ | ☐ |
| Quality of law enforcement skills | ☐ | ☐ |

### Human Relationships

|  | YES | NO |
|---|---|---|
| Demonstrates willingness to help others | ☐ | ☐ |
| Demonstrates concern and compassion for others | ☐ | ☐ |
| Treats others with dignity and respect | ☐ | ☐ |
| Shows respect and sensitivity for cultural differences | ☐ | ☐ |
| Maintains a professional working relationship with others | ☐ | ☐ |

## DETECTIVE PERFORMANCE ELEMENTS

**Meets Expectations**

**Initiative**                                                   YES    NO

Volunteers readily                                               ☐      ☐
Undertakes self-initiated activities                             ☐      ☐
Seeks increased responsibilities                                 ☐      ☐
Takes independent actions and calculated risks                   ☐      ☐
Seeks career development training opportunities                  ☐      ☐

**Investigative Skills**

Conducts thorough, complete and impartial investigations         ☐      ☐
Demonstrates thorough working knowledge of laws                  ☐      ☐
Skillfully gathers and analyzes information                      ☐      ☐
Reaches logical conclusions based on information/evidence        ☐      ☐
Knowledge and use of available resources                         ☐      ☐
Demonstrates effective interviewing and interrogation skills     ☐      ☐

**Administrative/Case Management Skills**

Demonstrates effective report writing skills                     ☐      ☐
Demonstrates effective case preparation skills                   ☐      ☐
Efficiently manages multiple cases                               ☐      ☐
Maintains successful case filing rate                            ☐      ☐
Effective court preparation and testimony                        ☐      ☐

**Overall Performance of Employee:**   ☐ **Acceptable**   ☐ **Unacceptable**

**Observed Behavior Reports Attached :**   ☐ **Yes**      ☐ **No**

**EVALUATOR'S COMMENTS:**

**Evaluator's Signature/Date:** _____
This evaluation is based on my observations and/or knowledge.  It represents my best judgement of the employee's performance.

**Reviewed By:** _____

Title, Name, Badge                                        Signature/Date

**EMPLOYEE'S ACKNOWLEDGEMENT:**                     **YES   NO**

I have read and reviewed this evaluation with the Evaluator ☐ ☐
I have received feedback that is useful and constructive ☐ ☐
I wish to discuss this evaluation with the Division Commander ☐ ☐
I request a copy of this Evaluation ☐ ☐

**Employee's Comments:**

**Employee's Signature/Date** _____

I have reviewed this document and discussed the contents with my supervisor.  My signature means that I have been advised of my performance status and does not necessarily imply that I agree with the evaluation.

# HOLLYWOOD POLICE DEPARTMENT



# EMPLOYEE PERFORMANCE EVALUATION

# POLICE SUPERVISOR

---

Title, Name, Badge

EVALUATION PERIOD:             TO

☐ PROBATIONARY          ☐ ANNUAL

EVALUATOR:_____

Title, Name, Badge

---

**City of Hollywood Police Department**
**Police Supervisor's Performance Evaluation**

**Employee Title/Name**
**Division/Unit:**
**Evaluator's Title/Name:**
**Evaluation Period Starting Date:**
**Evaluation Period Ending Date:**

## GLOBAL DUTIES

|  | YES | NO |
|---|---|---|
| Maintains compliance with rules and regulations | ☐ | ☐ |
| Has met re-certification requirements | ☐ | ☐ |
| Meets attendance and punctuality guidelines | ☐ | ☐ |
| Proper care and operation of Departmental equipment | ☐ | ☐ |
| Has met firearms qualification requirements | ☐ | ☐ |
| Consistently exhibits a professional appearance | ☐ | ☐ |

## PERFORMANCE ELEMENTS · <u>Meets Expectations</u>

**Professionalism**

|  | YES | NO |
|---|---|---|
| Demonstrates sound judgement | ☐ | ☐ |
| Quality of work product | ☐ | ☐ |
| Pursues knowledge and training | ☐ | ☐ |
| Makes logical and effective decisions | ☐ | ☐ |
| Quality of law enforcement skills | ☐ | ☐ |

**Human Relationships**

|  |  |  |
|---|---|---|
| Demonstrates willingness to help others | ☐ | ☐ |
| Demonstrates concern and compassion for others | ☐ | ☐ |
| Treats others with dignity and respect | ☐ | ☐ |
| Shows respect and sensitivity for cultural differences | ☐ | ☐ |
| Maintains a professional working relationship with others | ☐ | ☐ |

**SUPERVISORY PERFORMANCE ELEMENTS**

<u>**Meets Expectations**</u>

**Human Resource Management**                                     YES        NO

Treats subordinates fairly and respectfully                      ☐          ☐
Includes subordinates in the planning process                    ☐          ☐
Takes responsibility for subordinates actions                    ☐          ☐
Offers, provides and requests feedback                           ☐          ☐
Develops subordinates skills and encourages growth               ☐          ☐

**Planning & Organizing**

Prioritizes and plans work activities                            ☐          ☐
Uses time efficiently                                            ☐          ☐
Completes administrative tasks correctly and on time             ☐          ☐
Sets goals and objectives                                        ☐          ☐
Develops solutions to problems                                   ☐          ☐

**Leadership**

Makes competent and logical decisions                            ☐          ☐
Sets the example to follow                                       ☐          ☐
Motivates others to perform well                                 ☐          ☐
Takes independent actions and calculated risks                   ☐          ☐
Directs and controls actions of subordinates                     ☐          ☐

**Overall Performance of Employee:**    ☐ **Acceptable**    ☐ **Unacceptable**

**Observed Behavior Reports Attached :**    ☐ **Yes**        ☐ **No**

**EVALUATOR'S COMMENTS:**

**Evaluator's Signature/Date:** _____
This evaluation is based on my observations and/or knowledge.  It represents my best judgement
of the employee's performance.

**Reviewed By:** _____

                      Title, Name, Badge              Signature/Date

**EMPLOYEE'S ACKNOWLEDGEMENT:**       **YES**   **NO**

I have read and reviewed this evaluation with the Evaluator  ☐  ☐
I have received feedback that is useful and constructive  ☐  ☐
I wish to discuss this evaluation with the Division Commander  ☐  ☐
I request a copy of this Evaluation  ☐  ☐

**Employee's Comments:**

**Employee's Signature/Date** _____
I have reviewed this document and discussed the contents with my supervisor.  My signature means that I have been advised of my performance status and does not necessarily imply that I agree with the evaluation.

Original Date:  11/1/2001              Page 4 of 4
Revised Date:              Appendix D SOP #111
File Name:  Appendix D Supervisors Performance Evaluation.doc

# Employee Performance Appraisal System



City of Hollywood, Florida

---

| | TRAINING AND PROFESSIONAL DEVELOPMENT | |
|---|---|---|
|  | **DEPARTMENT SOP: #112** | **CALEA: 22.3.2,32.2.10, 33.1.4, 33.1.5, 33.1.6, 33.1.7, 33.4.1, 33.4.3,33.5.1,33.8.2** |
| | **EFFECTIVE DATE: 11/1/2001**  **REVIEW DATE: 04/24/2014** | **CFA: 14.01, 14.02, 14.03A-E, 14.04A-D, 14.05A-D, 14.06, 14.07A-D, 14.08, 14.09, 14.10, 14.11A,C-F, 14.12,** |

**PURPOSE:** To identify the primary functions and operational guidelines of the Training and Professional Development Unit and outline training requirements and responsibilities of Departmental Members.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Training is a critical responsibility of all Law Enforcement Agencies. Effective training develops, assists, and prepares Members for job-related duties and responsibilities, while reducing the Department's exposure to liability. It is the policy of the Hollywood Police Department to provide its Members with quality, contemporary training that serves to enhance the Member's performance, knowledge, skills and abilities. Training is paramount to accomplishing the Department's overall goals, objectives and mission.

**INDEX:**

**I. ADMINISTRATION** .................................2

A. Training and Professional Development Sergeant: ..................................................2

**II. TRAINING AND PROFESSIONAL DEVELOPMENT UNIT** ..........................3

A. Training Functions: ...................................3
B. Department Firearms Range: ...............3

**III. ADVANCED TRAINING** ..........................3

A. Processing of Advanced Training Requests: ...................................................3
B. Travel Requests: ......................................4
C. Cancellation Process: [14.01] .................4
D. Salary Incentive Funding: ......................4

**IV. TRAINING RECORDS** ............................5

A. Maintaining Current Training Records: [14.06][33.1.6]: ........................................5
B. Member Responsibilities: ......................5

**V. IN-SERVICE TRAINING** .........................5

A. Program Design and Administration: [14.02][14.11E] ......................................5
B. Lesson Plans: [14.03A-F] ......................5
C. Instructor Selection and Qualification: [14.09] ....................................................6
D. Mandatory Attendance Requirements: [14.01] ....................................................6
E. In-Service Training Records: [14.07A-D]6

**VI. FDLE MANDATORY RETRAINING REQUIREMENTS** ....................................7

A. Training and Professional Development Responsibilities: [14.11A] ......................7
B. FDLE Retraining Policy: ........................7

**VII. RECRUIT TRAINING AND BCC INSTITUTE OF PUBLIC SAFETY ACADEMY ASSIGNMENTS [33.4.1]** ....8

A. Recruit Requirements: ...........................8
B. Departmental Representative: ...............8

**VIII. ROLL CALL TRAINING [33.1.5]** ...........8

A. Training Officer's Responsibilities: ........8
B. Training Topics: ......................................8
C. Scheduling: .............................................8
D. Documentation: ......................................9
E. Authority: ................................................9

**IX. REMEDIAL TRAINING** ...........................9

A. Circumstances and Criteria for Remedial Training: [14.05A] ..................................9
B. Request for Remedial Training: [14.05C] .................................................................9

C.   Types of Remedial Training Available: [14.05B]..................................9
D.   Attendance Requirement: [14.05D] ........9

X.   WELLNESS PROGRAM.........................9

A.   Program Administration: .......................10
B.   Fitness Center Utilization:.....................10
C.   Fitness Center Maintenance:................10
D.   Sworn Wellness Program Participation: ...............................................................10
E.   Non-Sworn Wellness Program Participation: ............................................10
F.   Restrictions: ..........................................11
G.   Fitness Center Dress Code: .................11

XI.   WELLNESS AT WORK EMPLOYEE FITNESS PROGRAM FOR NON-SWORN MEMBERS AT THE MLK CENTER ...............................................11

A.   The program is designed to: .................11
B.   Use of the Fitness Center: ....................11
C.   Fitness Center Dress Code: .................12
D.   Restrictions: ..........................................12

XII.   DRIVER IMPROVEMENT PROGRAM .12

A.   Instructors: ............................................12
B.   Program Instructions:............................12

XIII.   USE OF FORCE TRAINING [14.11C]..12

A.   Lethal Force Training:............................12
B.   Biennial Less Lethal Force Training:[14.11D] .....................................12
C.   Weaponless Control Techniques with a Potential for Serious Injury: .................13

XIV.   NEW MEMBER ORIENTATION TRAINING ...........................................13

A.   Sworn Orientation Training Topics: ......13
B.   Civilian Orientation Training Topics: [14.04A-D]..............................................13
C.   Scheduling: ............................................14
D.   Documenting Training:...........................14

XV.   COLLEGE INTERN PROGRAM...........14

A.   Qualifications: ........................................14
B.   Application Procedure:...........................14
C.   Intern Program Modules: .......................14
D.   Program Management: ...........................14
E.   Length of Internship and Work Product: ...............................................................14
F.   Code of Ethics: ......................................15
G.   College Intern Rules: .............................15

XVI.   HIGH LIABILITY TRAINING [14.10] ....16

A.   Firearms. ...............................................16
B.   Vehicle Operations. ...............................16

C.   Medical First Responder. .....................16
D.   Defensive Tactics. .................................16

XVII.   SPECIALIZED TRAINING [14.12] .......16

A.   Police Divers:.........................................16
B.   Radar Operators:....................................16
C.   Canine Officers:.....................................16
D.   GREAT Officers:.....................................16
E.   SWAT Officers:.......................................16
F.   Identification Technicians: .....................16

XVIII.   FIELD TRAINING PROGRAM [14.08] .16

A.   Length of Field Training Program: [33.4.3A] ...............................................16
B.   Field Training Officer Selection Criteria: [14.08A][14.08C][33.4.3B,E]................16
C.   Field Training Program: Entry Level Training: [13.08]...................................17
D.   Field Training Program Phases: [13.08][14.08F,G][33.4.3F] ...................17
E.   Recruit Probationary Period: [13.08] ....17

XIX.   FIELD TRAINING GUIDE [14.08D]......18

A.   FTO Responsibility: ...............................18
B.   Recruit Responsibilities: ........................18
C.   Recruit Evaluation Guidelines: [14.08E][33.4.3G,H]..............................18
D.   Field Training Supervisor Responsibilities: [33.4.3C]......................18
E.   Mandatory Physical Training: ................18
F.   Remedial Recruit Training:....................18

XX.   SUPERVISORY TRAINING.................19

A.   Training:[33.8.2]....................................19

XXI.   DEFINITIONS: ....................................19

A.   FIELD TRAINING OFFICER (FTO):.....19
B.   FIELD TRAINING PROGRAM: ............19
C.   FIELD TRAINING PROGRAM STANDARDIZED EVALUATION GUIDELINES: ......................................19
D.   FIELD TRAINING SUPERVISOR: .......19
E.   TRAINING UNIT: ...................................19
F.   RECRUIT:...............................................19

**PROCEDURE:**

I.   **ADMINISTRATION**

The Training and Professional Development Unit is organizationally assigned to the Professional Standards Division.

A.   **Training and Professional Development Sergeant:**

The Training and Professional Development Sergeant is responsible for the overall management and day to day operations of the Unit and reports directly to the Personnel and Training Lieutenant.

All Members assigned to the Training and Professional Development Unit are under the direct supervision of the Unit Sergeant.

## II. TRAINING AND PROFESSIONAL DEVELOPMENT UNIT

### A. Training Functions:

Primary responsibility for training Members rests with the Training and Professional Development Unit. Training functions performed, supervised, and/or facilitated by the Unit include:

1. Provide training as mandated by FDLE.

2. Provide training to be in compliance with Federal mandates, ex. ICS.

3. In-Service Training.

4. Range Training/qualification, live fire and computer simulator. (Refer to **Firearms SOP**).

5. Advanced/ Career Development Training.

6. Driver Improvement Training.

7. Wellness Program.

8. Roll Call Training.

9. Remedial Training.

10. Use of Force Training.

11. Infectious Disease Control.

### B. Department Firearms Range:

The Range Master, under the direction of the Unit Sergeant, will determine operating hours for the Range.

The Range Master will post range hours bi-weekly at the Range entrance and provide a copy of the schedule to the Professional Standards Chain of Command.

## III. ADVANCED TRAINING

### A. Processing of Advanced Training Requests:

The Training and Professional Development Unit is responsible for processing all Advanced Training Requests (see **Appendix A**).

1. Members requesting Advanced Training must submit a completed Advanced Training Request, via the Chain of Command, to the Training and Professional Development Unit.

2. Advanced Training Requests must be submitted 30 days prior to the start of the course.

3. All requests must be approved by the Member's Chain of Command prior to processing by Training and Professional Development. The Training and Professional Development Unit will complete:

   a. Registration of the applicant in the requested course.

   b. Routing of the Advanced Training Request back to the originating Member.

   c. Maintenance of a copy of the Advanced Training Request until a training certificate copy is received.

   d. Data entry of completed training into the appropriate Departmental database.

   e. Forwarding training certificate copies to the Professional Standards Section, Personnel Unit.

4. For all classes and/or training requiring travel outside the local area, the Chief of Police must select a Training Category prior to signing off on a Training Request. Training is categorized into two groups (Categories A and B) based on the following:

   a. Category A – Courses and/or training required by, or on behalf of, the City.

      Costs associated with travel under Category A will be funded or reimbursed by the City.

   b. Category B – Courses and/or training requested by the Member, which may enhance employee skills and developmental opportunities.

      Costs associated with travel under Category B will require the Member to share in the costs of the trip. The employee shall contribute to the cost of food and lodging, or the cost of food and transportation, whichever is the lesser combination.

**B. Travel Requests:**

Members should not pre-book travel or accommodations until approved via the Chain of Command. Final approval will be made by the Chief of Police. (Refer to **SOP #113, Travel Policy**).

**C. Cancellation Process:** **[14.01]**

All Departmentally sanctioned training will be credited towards a Member's normally scheduled work hours, unless directed otherwise by the Member's Supervisor. Attendance at all training programs identified in this SOP is considered mandatory. **[14.01]**

1. Cancellations will be reported to the Training and Professional Development Unit as soon as practical.

   a. Cancellation of previously approved training will be the responsibility of the requesting Member.

   b. Members will notify their immediate Supervisor when an emergency prevents them from attending scheduled training. It is the Member's responsibility to make proper notification to the affected training host. If the Member is unable to do so, the Member's immediate Supervisor becomes responsible for the cancellation notification.

   c. Merely leaving a recorded telephone message with Training and Professional Development does not relieve the Member of their responsibility for cancellation notification.

2. A Member's unexcused absence at a scheduled training class may result in disciplinary action or denial of future training requests.

3. Supervisors are responsible for ensuring attendance of their subordinates.

**D. Salary Incentive Funding:**

Salary incentive monies are available from the State of Florida for Members successfully completing eighty hour blocks of "salary incentive" training.

1. Members eligible for "salary incentive" money should submit a copy of the training certificate received from FDLE to the Personnel Unit.

2. The Personnel Unit is responsible for processing the Personnel Action Form on behalf of the Member.

## IV. TRAINING RECORDS

### A. Maintaining Current Training Records: [14.06][33.1.6]

The Department will maintain current training records for each Member. [14.06]

1. The Training and Professional Development Unit is responsible for processing all training certificates received from Members.

2. Copies of all training certificates will be forwarded to the Personnel Unit upon receipt and archived in the Member's training file. [14.06]

3. Computer entry of training files into the appropriate Departmental database will be the responsibility of designated Training and Professional Development personnel.

### B. Member Responsibilities:

It is a Member's responsibility to ensure that Training and Professional Development receives a copy of the Member's training certificate as proof of attendance and successful course completion. Original certificates are retained by the Member.

Upon completion of training related travel, original receipts (hotel, fuel, tolls, etc) related to the approved training class will be submitted to the Training Unit for reimbursement. Original receipts not submitted within five working days from the Member's return from the training may preclude reimbursement to the Member.

## V. IN-SERVICE TRAINING

### A. Program Design and Administration: [14.02][14.11E]

Training and Professional Development is responsible for facilitating In-Service Training.

1. In-Service training and instruction will be provided by qualified instructors.

2. The subject matter presented will be determined jointly at the Division level, combining mandated FDLE curriculum and contemporary training issues in classroom, roll-call, and scenario based settings. This includes legal updates or Bulletins issued since the previous In-Service Training. [14.11E] [33.5.1]

3. All training programs administered by Training and Professional Development will integrate the identified components of the job task analysis for the position targeted for training. [14.02]

4. Scheduling of In-Service Training will be facilitated through Training and Professional Development.

5. All Sworn Members will receive the applicable number of hours of training credit toward mandatory FDLE re-training certification for attendance at In-Service Training.

6. Periodically, In-Service Training participants will complete surveys designed to measure the effectiveness and impact of the training.

### B. Lesson Plans: [14.03A-F]

Lesson plans written by the instructor, will be developed with guidance from Training and Professional Development and retained for a period of time mandated by FDLE guidelines.

1. Lesson plans will include a Lesson Plan Title Page (see **Appendix B**) listing:

   a. A statement of students' performance objectives. [14.03A] [33.1.4A]

   b. Appropriate instructional techniques. [14.03C] [33.1.4B]

   c. Criterion for training.

   d. Lesson plan format. [14.03D]

   e. Course instructor(s).

**f.** Applicable attendee(s).

**g.** Approval process.**[14.03E][33.1.4C]**

**h.** Identification of tests, if used. **[14.03F][33.1.4D]**

**2.** Additionally, each lesson plan will contain the training content in a detailed course outline or text. **[14.03B]**

**C. Instructor Selection and Qualification:** **[14.09]**

The primary source of instructors will be Training Officers who have completed Instructor Techniques training in accordance with CJSTC guidelines.

**1.** In-house instructors will be utilized from time to time based upon need, the desire to instruct, subject matter knowledge, skills of the instructor, instructional ability and recommendation from Supervisors and peers.

**2.** Instructors are responsible for providing Training and Professional Development with approved lesson plans prior to the beginning of their instruction.

**3.** The Department does not provide instructors nor offer any CJSTC approved training courses at or through the Broward County Institute of Public Safety or any other Criminal Justice Training School.

**D. Mandatory Attendance Requirements:** **[14.01]**

Sworn Members below the rank of Major are required to attend In-Service Training. **[14.01]**

**1.** Members at the rank of Major and above will attend In-Service Training at the direction of the Chiefs Office.

**2.** The Training and Professional Development Unit Sergeant will report unexcused Member absences, via memorandum, through the Chain of Command to the Professional Standards Division Major. Non-

sworn Members will attend In-Service Training at the direction of their immediate Supervisor.

**3.** Members under subpoena or called to Court during In-Service Training, will provide the Training and Professional Development Sergeant with a copy of the subpoena prior to excusal.

**4.** Members absent for more than one hour of In-Service Training will not be credited with training and will be required to re-schedule.

**5.** Members failing to attend scheduled In-Service Training will provide a memorandum of explanation, via Chain of Command, to their Division Major. The Members Supervisor will re-schedule training for the Member. If unavailable, the Member will seek outside training to satisfy FDLE topic and hourly mandates.

**6.** Training and Professional Development will distribute and retain attendance rosters (see **Appendix C**) of all participants.

**E. In-Service Training Records:** **[14.07A-D]**

Training and Professional Development will be responsible for maintaining the following records for each "In-Service Training Class".

**1. Course Title:** Will include the lesson plan content outlining: **[14.07A][33.1.7A]**

**a.** Performance Objectives.

**b.** Instructional Techniques.

**c.** Criterion.

**d.** Lesson Plan Format.

**e.** Instructors.

**f.** Attendee(s).

**g.** Approval.

2. **Names of Participants:** All In-Service Training participants will sign an attendance roster indicating their presence. **[14.07B][33.1.7B]**

3. **Performance of Individual Participants:** In situations where the performance of individual Members is required, i.e. firearm's training, defensive tactics, etc., qualified, trained Instructors will provide an assessment of the Member's performance. **[14.07C][33.1.7C]**

   This is done through testing when applicable (e.g. the documentation of firearm qualifications scores) and said documentation is maintained by the Training Unit.

4. **The Instructors:** The In-Service Training Lesson Plan will identify Training Instructors. **[14.07D]**

## VI. FDLE MANDATORY RETRAINING REQUIREMENTS

Training and Professional Development is responsible for program maintenance of FDLE mandatory training requirements pursuant to Florida State Statute Section 943, and the Criminal Justice Standards and Training Commission.

A. **Training and Professional Development Responsibilities: [14.11A]**

   The Training and Professional Development Unit will ensure that all sworn Members are meeting established FDLE mandated training certification guidelines. **[14.11A]**

   1. If a Member requires additional training to satisfy mandatory FDLE requirements, they will be notified via Memorandum by Training and Professional Development.

   2. Training and Professional Development is responsible for annually updating the FDLE CJSTC-74 Form (see **Appendix D**) into the FDLE online computer database, which serves to certify compliance with Officer re-training requirements.

B. **FDLE Retraining Policy:**

   FDLE mandates that "a full-time, Reserve, or Auxiliary Police Officer successfully complete 40 hours of In-Service, Specialized, or Career Development Training every four years. This includes FDLE-CJSTC mandated training subjects.

   1. Training requirements can be met through In-service, Roll Call, Career Development Training, College Credit or other training recognized by FDLE-CJSTC.

   2. Second and Fourth Quarter In-Service Training will maintain a component dedicated to meeting Mandatory training topics identified by FDLE CJSTC.

   3. Training and Professional Development has the primary responsibility to monitor compliance for Officers needing additional training to fulfill their retraining requirements.

      Members also have an individual responsibility to monitor their certification requirements, current status, and date of expiration. Members are also responsible for seeking training relative to FDLE retraining requirements to maintain current Law Enforcement Certification.

   4. Non-compliance of training requirements will result in an "inactive" certification status from FDLE.

   5. Officer re-certification dates vary depending upon an Officer's original certification date. All re-certification requirements must be met by June 30th of the calendar year due.

   6. On January 15th of each calendar year, the Training Unit Sergeant will send a memo to the Services Division Major indicating Officers requiring certification.

Prior to June 30th of each calendar year, the Training Unit Sergeant will send a memo to the Services Division Major indicating compliance by all Members, and/or explaining the reason for any Members' non-compliance.

## VII. RECRUIT TRAINING AND BCC INSTITUTE OF PUBLIC SAFETY ACADEMY ASSIGNMENTS [33.4.1]

### A. Recruit Requirements:

Recruits attending the BCC Institute of Public Safety for basic recruit training will be under the direct supervision of the Institute and their respective "Institute Advisor".

1. Recruits will be governed by all Policies, Procedures, Rules and Regulations established by the Institute, to include conduct and attire.

2. Recruits violating Institute policy may be subject to Departmental disciplinary action, up to and including termination.

3. During Institute closings, Recruits will report to the Training and Professional Development Unit for work assignments unless otherwise directed by the Unit Sergeant.

4. Upon graduation from the Institute, Recruits are required to achieve a passing grade in all phases of the Basic Recruit State Examination. Failure to achieve a passing grade may result in Departmental reassignment for remedial training and re-test. Recruits failing to achieve a passing grade after a second attempt will be evaluated on an individual basis as to retention.

### B. Departmental Representative:

A Departmental representative may be assigned to the BCC Institute of Public Safety from the Training and Professional Development Unit, reporting to the Unit Sergeant.[33.4.3D]

1. Assignment to the Institute is at the discretion of the Chief of Police, and subject to recall at any time.

2. The Departmental Representative serving as "Institute Advisor" is governed by all applicable Rules, Regulations, Policies and Procedures of the Department, as well as those established by the Institute. Conflicts will be resolved by the Personnel and Training Lieutenant. Sworn Members serving as Institute Advisors are responsible for reporting all matters of importance pertaining to the Department, Recruits, or other matters that may affect the Department and its relationship with the Institute. This information will be forwarded to the Training and Professional Development Unit Sergeant as expeditiously as possible.

## VIII. ROLL CALL TRAINING

Roll Call Training provides an effective means to update, review, and enhance the skills, knowledge and abilities of Members.

### A. Training Officer's Responsibilities:

Training and Professional Development Officers are responsible for the facilitation of Roll Call Training, for sworn and non-sworn Members. This does not preclude Supervisors from conducting periodic Roll Call Training as needed.

### B. Training Topics:

Training topics will vary based on special requests, need, current issues, policy changes, legal decisions /case law changes, or any subject matter identified by the Department as beneficial.

### C. Scheduling:

Scheduling of Roll Call Training will be administered through Training and Professional Development, at the mutual convenience of the affected Division. Training videos, outlines and supporting documents will be provided by Training and Professional Development.

**D. Documentation:**

Roll Call Training will be documented through Attendance Rosters. Training videos, outlines and supporting documents will be provided by Training and Professional Development. Members will be credited with appropriate training time.

When appropriate, a test will be administered by Training and Professional Development to assess training effectiveness.

**E. Authority:**

The affected Division Major, or his designee, will determine attendance requirements.

## IX. REMEDIAL TRAINING [33.1.5]

On occasion, Members may require Remedial Training to assist in job related duties and responsibilities.

**A. Circumstances and Criteria for Remedial Training:** [14.05A]

Remedial Training is primarily designed to address concerns such as policy and procedure clarification, job task deficiencies, Officer safety (i.e. arrest techniques) or preventable accidents.

**B. Request for Remedial Training:** [14.05C]

Department Supervisors will submit all requests for Remedial Training via Memorandum through the Chain of Command to the Training and Professional Development Unit.

1. Remedial training hours will not be credited toward an Officer's FDLE re-certification.

2. Remedial training will be administered within a reasonable time from the written request, not to exceed 30 calendar days. [14.05C]

**C. Types of Remedial Training Available:** [14.05B]

The Training and Professional Development Unit is responsible for administering or facilitating Remedial Training on topics selected by the requesting Supervisor. Remedial Training may be provided in the following manner:

1. In-house Training.

2. Training provided by the Institute of Public Safety.

3. Training provided by other Law Enforcement Agencies.

4. Training provided by other Florida Police Academies.

5. Contracted outside sources.

**D. Attendance Requirement:** [14.05D]

Attendance at scheduled remedial training is mandatory. Notification to the Member of the time and place is the responsibility of the requesting Division. The Training and Professional Development Unit Sergeant will document instances of non-compliance, forwarding notification to the Personnel and Training Lieutenant via memorandum. Non-compliance may result in disciplinary action. Members will not resume their duties until they pass and prove proficient in the area of this Remedial Training.

## X. WELLNESS PROGRAM

Participation in the Wellness Program is voluntary and will comply with all guidelines established in this SOP. The Department encourages all employees to maintain physical fitness for their own personal well-being and enhanced job performance. In order to further this encouragement, the Department has a fully equipped gym for the use of Members as specifically authorized. [22.3.2]

**A. Program Administration:**

The Wellness Program is administered and coordinated through the Training and Professional Development Unit.

The Training Unit will provide all Wellness Program participants with an orientation of the Program and available fitness equipment.

The Training Unit will identify and resolve issues such as, equipment maintenance and purchases, and potential policy changes.

**B. Fitness Center Utilization:**

Use of the Department Fitness Center is restricted to sworn and non-sworn Members who are approved Wellness Program participants. The Chief of Police may grant exceptions.

Family members and associates are not permitted to use or act as spectators in the gym facility.

The Fitness Center is available to authorized participants 7 days a week, 24 hours a day.

**C. Fitness Center Maintenance:**

General maintenance of the fitness center is the responsibility of the Training and Professional Development Unit.

**D. Sworn Wellness Program Participation:**

When organizationally feasible, Sworn Members may be permitted three on-duty hours weekly to participate in the Wellness Program. Shift Supervisors will have final authority on Wellness scheduling.

   **1.** Members participating in the Wellness Program will restrict their workout to the Departmental Fitness Center and a running route that begins and ends at Police Headquarters.

   **2.** On-duty Members participating in the Wellness Program will restrict their post workout showering and grooming to the Police Building's shower facilities.

   **3.** Members requesting to participate in the Wellness Program must complete an "Assumption of Risk and Hold Harmless Agreement" (see **Appendix E**) available from the Training and Professional Development Unit. The Training Unit will maintain all Wellness Program files.

   **4.** New participants will coordinate with the Training Unit to attend a one hour introductory course to become familiar with the proper use of the various equipment in the Fitness Center.

**E. Non-Sworn Wellness Program Participation:**

Non-Sworn Members have the option of utilizing the Department Fitness Center. Members who wish to utilize the Department Fitness Center will adhere to the following guidelines. Members may be permitted to work out three times per week for ½ hour on duty in the Department Fitness Center. Members must receive initial approval from their immediate Supervisor and final approval from the Unit Manager. The Unit Manager is the final authority on Fitness Center scheduling.

   1. New participants will coordinate with the Training Unit to attend a one hour introductory course to become familiar with the proper use of the various equipment in the Fitness Center.

   2. Members must complete an Assumption of Risk and Hold Harmless Agreement (see **Appendix E**) available in the Training and Professional Development Unit. The Training Unit will maintain all Wellness Program Files.

   3. Members will be permitted to combine their ½ work out privilege with

their assigned lunch but will not be permitted to take their assigned lunch at the beginning or end of their shift.

4.  Members will not be granted additional time for post-workout showering and grooming, this must be accomplished within the permitted ½ hour timeframe or hour timeframe if it is being combined with lunch.

5.  Members will be required to sign in and out each time they utilize the Department Fitness Center.

6.  The Unit Manager will be responsible to retrieve the sign in sheet each week to ensure Member compliance.

**F.  Restrictions:**

Members are restricted as follows:

1.  Members on Light or Limited Duty status will not be permitted to use the Fitness Center or participate in the Wellness Program until medically cleared to return to full duty.

2.  Members are prohibited from engaging in any physical contact training such as, Boxing, Kick Boxing, Ju-Jitsu, Tae Kwon Do, Karate or any other similar types of contact sports while utilizing the fitness center.

3.  Members are prohibited from utilizing any other fitness facility while on-duty and participating in the Wellness Program.

**G.  Fitness Center Dress Code:**

Members will wear appropriate gym attire and sneakers when using the Fitness Center. The following are **STRICTLY PROHIBITED**:

1.  Thong/G-String type bottoms.

2.  Midriff Tops or Bare Midriffs

3.  Articles of clothing depicting obscenity and/or vulgarity.

4.  Articles of clothing considered offensive to others.

5.  Sandals of any type.

**XI.  WELLNESS AT WORK EMPLOYEE FITNESS PROGRAM FOR NON-SWORN MEMBERS AT THE MLK CENTER**

**A.  The program is designed to:**

1.  Assist Members in developing and maintaining a level of fitness and physical performance capability so as to satisfactorily preform job tasks and personal activities.

2.  Improve employees' present health status and lower the risk for disease by offering exercise classes, exercise equipment, treadmills and elliptical machines.

3.  Participation in the Wellness at Work program is voluntary.

4.  The City of Hollywood employs knowledgeable staff to assist with classes and equipment.

5.  The Wellness at Work Employee Fitness center is located at Dr. Martin Luther King Jr. Center, 2400 Charleston Street.

**B.  Use of the Fitness Center:**

Members who wish to participate in the Wellness at Work Employee Fitness Program at the MLK Center must meet certain requirements:

1.  Members requesting to participate in the Wellness at Work Employee Fitness program must complete an "Assumption of Risk and Hold Harmless Agreement" (see **Appendix L**) available from the Training and Professional Development Unit. The Training Unit will maintain all Wellness Program files.

2.  Members will sign in with their name, date, time in and time out on

the sign in sheet provided at the Dr. Martin Luther King Jr. Center.

3. Members will provide their own transportation and will assume any liability during travel.

**C. Fitness Center Dress Code:**

Members will wear appropriate gym attire and sneakers when using the Fitness Center. The following are **STRICTLY PROHIBITED**:

1. Thong/G-String type bottoms.

2. Midriff Tops or Bare Midriffs

3. Articles of clothing depicting obscenity and/or vulgarity.

4. Articles of clothing considered offensive to others.

5. Sandals of any type.

**D. Restrictions:**

Members are restricted as follows:

1. Members on Light or Limited Duty status will not be permitted to participate in the Wellness at Work Employee Fitness program until medically cleared to return to full duty status.

2. Members are prohibited from utilizing any other fitness facility while participating in the Wellness at Work program.

**XII. DRIVER IMPROVEMENT PROGRAM**

Training and Professional Development has established Driver Training Programs to enhance the driving skills and ability of all Sworn and certain non-sworn Members. The Program content currently incorporates familiarization and application of departmentally issued Stop Sticks.

**A. Instructors:**

Training will be conducted by a qualified Officer who has received certification in this High Liability area of instruction (as described in Section XVI. High Liability Training on page 16 of this SOP).

**B. Program Instructions:**

Members will be guided as follows:

1. The Driver Training Program is conducted at the BCC Institute of Public Safety or the Miami-Dade Community College School of Justice.

2. Members will report to Driver Training with their assigned Police vehicle or a pool vehicle.

3. Members with more than one "preventable" accident in one year will be afforded priority attendance.

4. Members will receive the appropriate number of training hours credited for completion of courses.

**XIII. USE OF FORCE TRAINING [14.11C]**

All sworn and certain non-sworn Members are required to complete annual "Use of Force" training. The Training and Professional Development Unit will administer the training to ensure compliance with FDLE and Accreditation requirements.

**A. Lethal Force Training:**

Lethal force training will focus on the Use of Force Matrix outlined in the **Use of Force SOP #200**. In addition to policy review, Members will participate in instruction on the firearm computer simulator and live firearm training as outlined in the **Firearms SOP #204**.

**B. Biennial Less Lethal Force Training: [14.11D]**

Biennial Less Lethal Force training will combine policy review with practical demonstration of impact weapons, such as the expandable baton (ASP), aerosol

chemical agent, Tasers, and other authorized less lethal intermediate weapons.

Defensive tactics outlined in the Use of Force Matrix will also be demonstrated and practiced by a qualified Training Officer who has received training in this High Liability area.

**C. Weaponless Control Techniques with a Potential for Serious Injury:**

The use of neck restraints or similar weaponless control techniques with a potential for serious injury is prohibited.

## XIV. NEW MEMBER ORIENTATION TRAINING

The Training and Professional Development Unit has developed an Orientation Training Program for all newly appointed Members.

**A. Sworn Orientation Training Topics:**

All newly appointed Sworn Members will receive orientation training prior to initial assignment and it will be documented on a New Sworn Member Orientation Training form (See **Appendix F**) in the following areas:

1. Familiarization with the Department's Community Oriented Policing philosophy, role, purpose, goals, policies and procedures. **[14.04A]**

2. Explanation of working conditions and regulations. **[14.04B]**

3. Officer's Rights and Responsibilities. **[14.04C]**

4. Familiarization with the Accreditation process. **[14.04D]**

5. Use of Force Training. **[4.01]**

6. Deadly Force Policy. **[4.05]**

7. Fleeing Felon Policy. **[4.02]**

8. Firearms proficiency. **[4.07]**

9. ACA Chemical Agents. **[4.05]**

10. Impact Weapons. **[4.05]**

11. Traffic Enforcement/Citations. **[22.03]**

12. DUI Enforcement and Citations. **[23.01C]**

13. Stopping and approaching vehicles. **[22.05]**

14. Emergency Vehicle Equipment Use/Pursuits. **[17.07]**

15. Infectious Disease training. **[37.02]**

16. Use of interview rooms. **[18.06]**

17. Bias Based Profiling. **[2.08B]**

18. Harassment and Discrimination.

19. Code of Ethics **[1.1.2]**

20. Baker Act **[41.2.7D]**

**B. Civilian Orientation Training Topics: [14.04A-D]**

All newly appointed Civilian Members will receive orientation training and it will be documented on a New Civilian Member Orientation Training Form (see **Appendix G**). Training will be conducted by the new Member's immediate supervisor. Members defined as "At Risk" employees (see **SOP #119 INFECTIOUS DISEASE**) will be given instruction by the Training Unit on the following topics:

1. Familiarization with the Department's Community Oriented Policing philosophy, role, purpose, goals, policies and procedures. **[14.04A]**

2. Explanation of working conditions and regulations. **[14.04B]**

3. Rights and responsibilities of the Member. **[14.04C]**

4. Familiarization with the Accreditation process. **[14.04D]**

5. Harassment and Discrimination.

6.   Infectious Disease training. **[37.02]**

C.   **Scheduling:**

Orientation Training will be scheduled through the Personnel Unit at the convenience of the affected Member's Division.

D.   **Documenting Training:**

Member training will be documented by the Personnel Unit and retained in accordance with FDLE guidelines.

## XV. COLLEGE INTERN PROGRAM

The College Intern Program is designed to provide a meaningful learning and work experience and an opportunity to assess the police profession first hand.

A.   **Qualifications:**

Intern applicants must meet the following requirements:

1.   Minimum of 18 years old.

2.   Enrolled at an accredited college or university.

3.   Minimum of 2.7 GPA in their major and 2.5 GPA overall.

4.   Recommended by their faculty advisor.

5.   Interested in a career in Law Enforcement.

6.   Highly motivated to broaden their understanding of Police work.

7.   Able to work a minimum of 20 hours per week.

8.   Successful criminal history check.

B.   **Application Procedure:**

1.   Intern students must complete the following forms and submit them to Personnel/Training Unit Lieutenant:

a.   Intern Application

b.   Letter of Referral from school official

c.   Resume

d.   Official Transcript

C.   **Intern Program Modules:**

Students will be exposed to all aspects of an accredited, multi-faceted law enforcement agency. Interns will follow the following program modules:

1.   Module 1 – Administrative Division

2.   Module 2 – Patrol Division

3.   Module 3 – Investigative and Support Services

D.   **Program Management:**

The Professional Standards Division Lieutenant will be the Intern Program Coordinator.

1.   The Training Unit Sergeant will be responsible for the following:

a.   Assist the Intern with the application process

b.   Coordinate assignments with various Units/Squads

c.   Issue certificate of completion at the conclusion of the program

d.   Assist the Intern with job placement, if applicable

2.   The Major or designee of the respective module will be responsible for all forms pertaining to the intern.

E.   **Length of Internship and Work Product:**

1.   Internship will be conducted during the summer (June-August), Fall (September-November), and Spring (February-April).

**2.** Consist of approximately 160 hours.

**3.** The Training Unit will provide a brief "Report Writing" class to Interns.

**4.** The Intern will be required to complete "Narrative Reports" as directed by the Training Unit Sergeant based on incidents observed during the block modules.

**5.** Students will be evaluated on project assignment and work ethic.

**6.** Students will not receive final evaluations until they have completed the minimum number of prescribed hours.

**F.  Code of Ethics:**

As a representative of the Department, Interns will adhere to the following Code of Ethics, which will delineate their basic duties and responsibilities:

**1.** As a Member, the fundamental duty is to serve the residents and visitors of the City.

**2.** Conduct Intern duties in a professional and courteous manner at all times.

**3.** Obey the rules and regulations of the Department.

**4.** Protect the confidentiality of all sensitive information related to the work of the Department.

**5.** Respect the functions and responsibilities of the Department's staff and cooperate fully in maintaining a good working relationship.

**6.** Exercise caution and good judgment in all situations.

**7.** Interns will not engage in conduct that would bring discredit to the Department or their College or University

**8.** Interns should avoid inappropriate comments, conversations and gestures.

**G.  College Intern Rules:**

**1.** Interns will maintain a neat, well-groomed appearance.

**2.** Interns will dress in appropriate business attire as directed by SOP #101, III, H, Appearance, unless specifically instructed by the Training Unit Sergeant.

**3.** Interns will enter the building through the first floor lobby door, exceptions may be when specifically instructed to do otherwise by a Supervisor.

**4.** Interns must wear their Identification Card while in the Police Facility in a manner that is readily visible.

**5.** Notices of any absences should be submitted to the Training Unit Sergeant as soon as practical.

**6.** Police Interns will not involve themselves in enforcement actions. Interns will not interfere with the action(s) of Sworn Police Officers.

**7.** Interns will not pursue or detain anyone within the Police Facility.

**8.** Interns will not intervene in civil matters in their roles as a Police Department Intern.

**9.** Interns are not permitted to carry weapons.

**10.** Narcotics and/or alcohol may not be consumed prior to and/or during a scheduled shift.

**11.** Complaints or concerns which may arise should be reported to the Intern Program Coordinator or Training Unit Sergeant.

Failure to comply with the Intern Program rules may include automatic dis-

missal and a notice of failure will be sent to the College or University's contact person.

## XVI.   HIGH LIABILITY TRAINING [14.10]

Agency Instructors who teach the following high liability topics, as identified by the Criminal Justice Standards and Training Commission (CJSTC), must have completed a certified CJSTC Instructors Techniques Course or its equivalent and possess a current Instructor Techniques certificate:

**A.** Firearms.

**B.** Vehicle Operations.

**C.** Medical First Responder.

**D.** Defensive Tactics.

## XVII. SPECIALIZED TRAINING [14.12]

The Department will provide specialized training to Members who receive assignments requiring such training.

**A. Police Divers:**

Certification from a nationally recognized dive organization.

**B. Radar Operators:**

DUI Investigator or Motorcycle Officer; 40 hour State certification course.

**C. Canine Officers:**

Initial 420-hour State mandated training.

**D.** GREAT Officers:

**E. SWAT Officers:**

80-hour State approved SWAT course.

**F. Identification Technicians:**

Technicians responsible for crime scene or crash scene evidence processing will receive the following specialized training:

**1.** Detection and collection of latent fingerprints and palm prints.

**2.** Detection and collection of foot, tool, and tire impressions.

**3.** Photography and sketches.

**4.** Collection, preservation, and submission of physical evidence, including biological materials.

**5.** Refresher training to update Members in new procedures and equipment.

## XVIII.   FIELD TRAINING PROGRAM [14.08]

**A. Length of Field Training Program: [33.4.3A]**

The Field Training Program is a standardized 17 week Training Program, designed to indoctrinate and prepare Police Recruits for their assignment to the Patrol Section. The FTO Program will be managed by the Professional Standards Division Major.

**B. Field Training Officer Selection Criteria: [14.08A][14.08C][33.4.3B,E]**

Field Training Officers (FTOs) will be Sworn Members at the rank of Officer, supervised by an FTO Program Supervisor as designated by the Professional Standards Division Major. FTOs will be selected based on the following criteria:[14.08C]

**1.** Must have a minimum of three years continuous service as a Hollywood Police Officer in good standing, or

**2.** Members may be considered for selection to participate in the Program based on individual job performance and/or organizational need.

**3.** Completion of a FTO Course of Training from a recognized Institute of Training.[14.08B]

**4.** Members interested in serving as a Field Training Officer will submit a

request by Memorandum to the Professional Standards Division Major via their Chain of Command.

**C. Field Training Program: Entry Level Training:** [13.08]

All newly certified graduates of an approved Police Academy, Recruits including Certified Officers with previous Police experience, and cross-certified Officers with Police experience will accomplish the following:

1. Complete the Field Training Program.

2. Rotate among different Field Training Officers on different shifts, as scheduled by the FTO Program Supervisor during appropriate phases of the Field Training Program.

3. Attend the City of Hollywood's "New Hire Orientation" during the Field Training Program, as directed by Human Resources.

**D. Field Training Program Phases:** [13.08][33.4.3F]

The Field Training Program is currently divided into the following four Phases, which is curriculum based on tasks of the most frequent assignments. The Training and Professional Development Supervisor acts as a liaison with the Police Academy staff. [14.08]

1. **"Phase I"** This is a four week session. The Recruit is assigned to the Department's Training and Professional Development Section for orientation, OSSI training and initial training.

2. **"Phase II"** This is a one-week session of Uniformed Patrol assignment with a Field Training Officer. During this phase, the Field Training Officer acts as the lead Officer, while the Recruit is limited to an observation role.

3. **"Phase III"** This phase begins the Recruit's active role as lead Officer

during Road Patrol operations for a 10 week period.

4. **"Phase IV"** Recruits begin experience in zone assignment in the "silent observer" phase for a 1 week period and a "solo patrol" phase for a 1 week period, as a final indicator for the FTO Program Supervisors and FTO in order to determine if Recruits are prepared to advance to a Squad assignment. Upon successful completion of all four Phases, as determined by the Professional Standards Division Major, FTO Program Supervisor, Recruits will be recommended for Patrol Squad assignment. [13.08]

**E. Recruit Probationary Period:** [13.08]

A Recruit's "Probationary" status begins on the date that they achieve a passing score on the State of Florida's Basic Law Enforcement Certification Exam and will continue for a full 12 months. [13.08][32.2.10]

1. The Professional Standards Division is responsible to provide a Monthly Status Report to the Chief of Police and Assistant Chiefs of Police on all Probationary Sworn Members until the successful completion of probation.[13.08]

2. Prior to the final day of "Probationary" status, a Probation Review Board will convene and make a determination to appoint the Member to "Permanent" status.

3. A Probationary Review Board will be scheduled at the direction of the Chief's Office. Attendance at the Probation Review Board will consist of those Members designated by the Chief of Police or his designee.

4. Upon successful completion of a recruit's probationary period, they will receive a Certificate of Commission (**Appendix H**) from the Chief of Police.

## XIX. FIELD TRAINING GUIDE [14.08D]

The Field Training Guide is designed to be a comprehensive guide for all entry level Recruits during the Field Training Program.

### A. FTO Responsibility:

Each Field Training Officer and FTO Program Supervisor will ensure that the Field Training Guide is properly reviewed and completed during the Field Training Program.

### B. Recruit Responsibilities:

Every Recruit assigned to the Field Training Program will be responsible for:

1. The maintenance and proper completion of the Field Training Guide.

2. Abiding by the "Recruit Mandatory Conduct" (see **Appendix I**) set forth in the Field Training Guide.

### C. Recruit Evaluation Guidelines: [14.08E][33.4.3G,H]

While participating in the Field Training Program, the work performance of Probationary Recruits will be evaluated utilizing a Daily Observation Report (see **Appendix J**) and a Silent Observer Report (see **Appendix K**). The Observation Reports will be completed daily by the Recruit's Field Training Officer during relative Phases of the Field Training Program. The Daily Observation Report has been developed using job related and non-discriminatory measures and procedures.

1. Field Training Officers will refer to "the "Standardized Evaluation Guidelines", to assist them in completing the Daily Observation Report.

2. Completed Daily Observation Reports will be reviewed by the FTO Program Supervisor and stored in the Training Unit for the duration of the Member's "Probationary" status.

3. Upon appointment to "Permanent" status, all Recruit training files from the Field Training Program will be forwarded to Professional Standards by the FTO Program Supervisor.

4. Recruits, who do not agree with a Daily Observation Report, either in whole, or in part, may request a review with the FTO Program Supervisor.

### D. Field Training Supervisor Responsibilities: [33.4.3C]

The Field Training Supervisor will manage the Field Training Officer Program and report to the Professional Standards Division Major.

1. The Field Training Supervisor is responsible for the periodic review of the Field Training Guide, as well as final approval at the end of a Recruit's Field Training Program.

2. The Field Training Supervisor will have final authority in all contested Daily Observation Reports.

### E. Mandatory Physical Training:

Physical training is a mandatory *component* of the **"Phase I"** Field Training Program and will incorporate the fundamental principles of the Wellness Program, including but not limited to, cardiovascular development and weight training.

1. All Field Training Officers and Recruits may participate in the Wellness Program.

2. Field Training Officers and Recruits will be attired in the appropriate gym attire while participating in physical training.

### F. Remedial Recruit Training:

Remedial training will be afforded to all Recruits displaying work-related deficiencies.

1. Recruits, who are not progressing at an acceptable level, as determined by the FTO, the FTO Program Supervisor and Professional Standards Division Major, will be afforded remedial training to improve identified deficiencies.

2. The length and substance of the remedial training will be determined jointly by the Professional Standards Division Major, and the Field Training Program Supervisor, focusing on deficiencies displayed by a Recruit.

3. Repeated unsuccessful remedial training may result in a recommendation of termination, as determined by the Professional Standards Division Major.

## XX. SUPERVISORY TRAINING

The Training Unit will provide job related training to all personnel upon promotion.

### A. Training:[33.8.2]

Such training may include the following:

1. Line Supervision School;

2. Southern Police Institute;

3. Other appropriate Management Schools outside the Agency;

4. In-Service Training;

5. F.B.I National Academy;

6. Various Management Seminars;

## XXI.   DEFINITIONS:

### A. FIELD TRAINING OFFICER (FTO):

Specially trained Law Enforcement Officer who is responsible for providing training to newly hired recruits.

### B. FIELD TRAINING PROGRAM:

A structured 17 week Training Program designed specifically for the introductory training of new police recruits.

### C. FIELD TRAINING PROGRAM STANDARDIZED EVALUATION GUIDELINES:

Provides criteria for the evaluation of recruits that is documented on the Daily Observation Report.

### D. FIELD TRAINING SUPERVISOR:

Lieutenant or Sergeant as designated by the Professional Standards Division Major.

### E. TRAINING UNIT:

Abbreviated term identifying the Hollywood Police Department's Training and Professional Development Unit.

### F. RECRUIT:

The status of newly hired Law Enforcement Officers, certified by the State of Florida, while in the Training Program.

APPROVED BY:

_Frank G. Fernandez_ **04/24/2014**

**Frank G. Fernandez**                    **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Advance Training Request Form.

- **Appendix B:**  Lesson Plan Title Page.

- **Appendix C:**  Attendance Roster.

- **Appendix D:**  FDLE CJSTC-74 Form.

- **Appendix E:**  Assumption of Risk and Hold Harmless agreement.

- **Appendix F:**  New Sworn Member Orientation Form.

- **Appendix G:**  New Civilian Member Orientation Training Form.

- **Appendix H:**  Certificate of Commission

- **Appendix I:**  Recruit Mandatory Conduct

- **Appendix J:**  Recruit Daily Observation Report

- **Appendix K:**  Silent Observer/Solo Phase

- **Appendix L:**  Assumption of Risk and Hold Harmless agreement for MLK Center.

# A D V A N C E D   T R A I N I N G   R E Q U E S T
## HOLLYWOOD POLICE DEPARTMENT

Completed Form Must be Submitted to the Training Unit 30 Days Prior to the Start of the Course

**Member's Name**: _____ **Badge #**: _____ **Date**:_____

☐ **Sworn**  ☐ **Non-Sworn**

**Course Title**: _____

**Course Dates**: _____ to _____ **Time**: _____ to _____

**Location of Training**: _____

**Total Training Hours**: _____   ☐ **Salary Incentive**   ☐ **Mandatory Training**

**Last Two Courses Attended**:

Course: _____ Date: _____ Total Hours: _____

Course: _____ Date: _____ Total Hours: _____

---

### EXPENSE SUMMARY

**Course Fee**: $_____   ☐ Paid by City   ☐ Paid by Member   ☐ Member Willing to Pay if City will Not.

**(Payment due upon enrollment)**

**Per Diem**: # of days _____ x $_____ per day = **Total Per Diem Cost**: $_____

**Lodging**: # of days _____ x $_____ per day = **Total Lodging Cost**: $_____

Hotel Name & Address: _____

_____ Telephone:_____

☐ **Rental Vehicle**: $_____   ☐ **Air Fare**: $_____   ☐ **Gas/Mileage Reimbursement**.

☐ **City Lease Vehicle**   ☐ **Florida Toll Card**

**Grand Total Cost**: $

---

◆   **Upon final approval, Member is responsible for Airline, Vehicle Rental and Lodging Reservations.**
◆   **Member will coordinate City Lease Vehicle Assignment with the Fleet Unit.**
◆   **Pre-approval Required for Mileage and Gas Reimbursement. No Reimbursement will be made without Prior Approval.**
◆   **Member Must Submit Vehicle Rental, Taxi, & Gas Receipts Prior to Reimbursement.**

☐ Approved   ☐ Denied   Signature: _____ Date:_____

☐ Approved   ☐ Denied   Signature: _____ Date:_____

☐ Approved   ☐ Denied   Signature: _____ Date:_____

☐ Approved   ☐ Denied   Signature: _____ Date:_____

*The Chief of Police Must Approve and Select Training Category and Sign Final Line.*

☐ **Category A Training**   (Costs associated with travel will be funded or reimbursed by the City, per SOP #112.)

☐ **Category B Training**   (Costs associated with travel will require the Member to share the costs, per SOP #112.)

☐ Approved   ☐ Denied   Signature: _____ Date:_____

Remarks: _____

◆   **Members will submit a copy of the course certificate to the Training Unit upon completion.**
◆   **If this course is not offered on the monthly training calendar, you must attach a course description flyer.**
◆   **Cancellation Policy: It is the Member's responsibility to notify the Training and Professional Development Unit and the Host Agency of any inability to attend the approved training.**

---

### BELOW SPACE FOR TRAINING UNIT PURPOSES ONLY

Date Registered: _____   Unable to Register/Class Full: _____

Travel Request Completed by: _____ Date: _____

*Sample*

# HOLLYWOOD POLICE DEPARTMENT

## TRAINING AND PROFESSIONAL DEVELOPMENT

| | COURSE TITLE:<br><br>H&K POLICE TRANSITIONAL COURSE | FILE: TF-00-004-SP |
|---|---|---|
| | DATE(S):<br><br>SEE FILED SCHEDULE | TRAINING HOURS:20<br>2 Ten Hour Sessions |

**PERFORMANCE OBJECTIVES:** The course is designed to help the student transition from the Smith & Wesson semi-auto pistol to the H&K semi-auto pistol. The student will be able to demonstrate their knowledge and ability to safely handle, load, unload, and accurately fire the H&K USP .45 semi-automatic pistol.

**INSTRUCTIONAL TECHNIQUES:** The training content will be instructed through lecture, demonstration, class discussion and live fire range exercises.

**CRITERION:**

- **USP Operators Manual**

- **Heckler & Koch Police Pistol Study Book**

**MEETS FDLE REQUIREMENTS FOR MANDATORY RETRAINING.**

**LESSON PLAN FORMAT:** Outline handouts and study book (Attached)

**INSTRUCTORS:**

- **Hollywood Police Range Master Terry Haddock, Certified Firearm Instructor**

- **Additional Certified Firearm Instructors: See File schedule**

**ATTENDEE(S):**

- **Sworn Members: See File Attendance Record**

**TEST ADMINISTERED:** Range Qualification

**APPROVAL:**

By:                                                      Date:



# HOLLYWOOD POLICE DEPARTMENT
## TRAINING & PROFESSIONAL DEVELOPMENT
## ATTENDANCE ROSTER

☐ **IN-HOUSE TRAINING**      ☐ **INITIAL TRAINING**

☐ **CJSTC MANDATORY TRAINING**   ☐ **ANNUAL TRAINING**

**DATE:**_____ **TOPIC:**_____ **HRS OF INSTRUCTION:** _____

| No | Attendee's Name (Print) | Job Title | AM Initials | PM Initials | Badge No |
|----|-------------------------|-----------|-------------|-------------|----------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

**INSTRUCTOR(S):**_____



**FDLE**
Florida Department of
Law Enforcement

**MANDATORY RETRAINING REPORT**

Incorporated by Reference in Rule 11B-27.00212(4), F.A.C.

CJSTC
74

Please type or print legibly in black or blue ink and use capital and small letters to write names, titles, and addresses

1. Social Security Number (optional): _____  2. Officer name: _____

3. Agency ORI: FL _____

4. Agency name: _____

5. Officer employment type:  ☐ Law Enforcement  ☐ Correctional  ☐ Correctional Probation  ☐ Concurrent
   ☐ Special Elected or Appointed  ☐ Railroad Police

6. **Training used to fulfill the 40-hour mandatory retraining requirement:** *Documentation of training used to fulfill this requirement shall be attached to this form.* Documentation may include copies of certificates, memoranda, rosters, letters, course index or outline, or other documents that indicate completion of training. Documentation shall also include the date, number of hours, title of course, or conference or topic of the training, and the entity presenting the training.

| COURSE OR CONFERENCE TITLE: | Hours |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

7a. College credit hours used for mandatory retraining requirement:

| COLLEGE CREDIT: | |
|---|---|
| | |

7b. **REQUIRED RETRAINING PURSUANT TO SECTIONS 943.1701, 1716, 1758, 17295, F.S.:** Certified officers who elect to instruct the four or eight hours of human diversity training, and law enforcement officers who elect to instruct Domestic Violence or Juvenile Sexual Offender Investigation training may substitute completion or instruction of such training to satisfy the officer's continuing training requirement. Documentation showing the date and hours instructed shall be attached to form CJSTC-74.

| | Hours |
|---|---|
| **HUMAN DIVERSITY:** Effective 7/1/98, a minimum of eight hours training is required for law enforcement, correctional, and correctional probation officers and shall include four hours of professional traffic stops training and is required for law enforcement only. (Human Diversity training, including Professional Traffic Stops is eight hours and includes four hours in Professional Traffic Stops) | |
| **DOMESTIC VIOLENCE:** Effective 7/1/98 and this training is required for law enforcement only. No hourly requirement. | |
| **JUVENILE SEXUAL OFFENDER INVESTIGATIONS:** Effective 7/1/98 and is required for law enforcement only. No hourly requirement. | |
| **PROFESSIONAL TRAFFIC STOPS:** Effective 10/1/2001, a minimum of four hours training is required for law enforcement only. | |
| **USE-OF-FORCE TRAINING FOR LAW ENFORCEMENT AND CORRECTIONAL OFFICERS:** Effective on or after July 1, 2005, complete once every two years, training in scenario-based firearms training, physiological response dynamics training, use-of-force matrix and less-lethal force options available within the agency, agency policies on use-of-force training, and legal aspects regarding use-of-force training, and reporting such training at the end of the officer's four-year cycle. | |
| Date of First Completion: | |
| Date of Second Completion: | |
| **USE-OF-FORCE TRAINING FOR CORRECTIONAL PROBATION OFFICERS:** Effective on or after July 1, 2005, complete once every two years, training in physiological response dynamics training, use-of-force matrix and less-lethal force options available within the agency, agency policies on use-of-force training, and legal aspects regarding use-of-force training, and report such training at the end of the officer's four-year cycle. | |
| Date of First Completion: | |
| Date of Second Completion: | |
| **Total Hours** | |

8. Enter the date the officer completed the mandatory retraining requirement: _____

9. _____  10. _____
   Agency Administrator or Designee's Signature          Date signed

**AGENCIES SHALL BE NOTIFIED WHEN SUBJECT TOPICS CHANGE**

| Effective 1/1/1992 | Original - FDLE | Copy - Agency | Revised 5/5/2005 |
|---|---|---|---|



# HOLLYWOOD POLICE DEPARTMENT

## ASSUMPTION OF RISK AND HOLD HARMLESS AGREEMENT

## FOR CITY OF HOLLYWOOD EMPLOYEES

---

**WHEREAS**, I, _____ being over the age of eighteen (18), desire to use the City of Hollywood Police Department's Fitness Center exercise equipment; and

**WHEREAS**, I understand that fitness testing and the use of exercise equipment involves certain risks to my health and well-being; and

**WHEREAS**, I further understand that the use of the Police Department's Fitness Center exercise equipment will be subject to restrictions and guidelines established by the Police Department's Administration and I hereby agree to adhere to any/all guidelines and procedures set forth.

**NOW, THEREFORE**, in consideration of the permission given me to use the Police Department's Fitness Center exercise equipment, I do hereby agree and understand that:

1. USE OF THE POLICE DEPARTMENT'S FITNESS CENTER EXERCISE EQUIPMENT INVOLVES CERTAIN RISK OF INJURY AND I HEREBY ASSUME THE RISK OF INJURY OR DAMAGE WHILE USING THE POLICE DEPARTMENT'S FITNESS CENTER EXERCISE EQUIPMENT.

2. I WILL HOLD THE CITY OF HOLLYWOOD, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES HARMLESS AND AGREE TO RELINQUISH ANY RIGHT OR CLAIM OF ANY KIND OR NATURE THAT MAY ACCRUE IN MY FAVOR AGAINST THE CITY OF HOLLYWOOD, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES ON ACCOUNT OR AS A RESULT OF MY USE OF THE POLICE DEPARTMENT'S FITNESS CENTER EXERCISE EQUIPMENT.

3. I, MY HEIRS OR ASSIGNS, HEREBY AGREE TO RELEASE AND HOLD HARMLESS THE CITY OF HOLLYWOOD, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES FOR ANY INJURIES OR ILL EFFECTS TO MY HEALTH THAT MAY OCCUR AS A RESULT OF MY PARTICIPATION IN A FITNESS PROGRAM IN WHICH I AM ENROLLING OR USE OF THE POLICE DEPARTMENT'S FITNESS CENTER EXERCISE EQUIPMENT.

4. THIS HOLD HARMLESS AGREEMENT MAY NOT PREVENT ANY RIGHT OR CLAIM TO WORKER'S COMPENSATION COVERAGE ESTABLISHED BY FLORIDA STATE STATUTE OR THE CURRENT COLLECTIVE BARGAINING AGREEMENT.

_____                    _____
                Signature                                              Date



# FIELD TRAINING GUIDE



**Recruit:** _____

**Badge #:** _____

# INTRODUCTION

You are now entering the second major phase of your training as a probationary officer. Upon completion of the Police Academy, you will be assigned to the Training Unit where you will be given fifteen weeks of intense field training under the direct supervision of a Field Training Officer (FTO).

The Field Training Program (often referred to as the FTO Program) is a nationally accepted training program designed to help the recruit officer make the transition from the classroom environment of the Police Academy to the practical application of skills in field situations. Your Field Training Officer has been chosen for their ability to perform the job in a professional and efficient manner as well as for their ability to impart this necessary knowledge to you. FTO's receive specialized training in this area and are monitored by the Field Training Supervisor.

Training of police officers has evolved over the years. An example of early training methods might best be described as the "sink or swim" theory. Preparation for the job consisted of little more than the issuance of a gun and the keys to a patrol car. If the recruit made it past their first year, they were truly innovative or very lucky. Eventually new officers were assigned to senior partners and received a form of on-the-job training. To some extent, this was an effective manner of teaching a new officer the ropes, but there were some inherent problems. The most glaring problem was the "popularity contest" that eventually occurred. If the senior officer liked you, you would make it. If not, your future as a police officer was limited.

A drastic change in law enforcement training occurred with the introduction of the Police Academy. This method of training is still with us today but has undergone many format changes and improvements. While it is an efficient method of introducing the new officer to police work, it does not adequately prepare the new officer for assignment to a one-officer car. Because of this, they developed a need for a training program to help the new officer make that transition from the academy to the field.

This need is satisfied by the FTO Program. The present FTO Program, used by most police departments throughout the nation, was originally implemented in San Jose, California and is known as the San Jose Model. The concept, modified to fit this Department's needs, continues to maintain its integrity.

This time-tested concept should enable you, the probationary officer, to reach an acceptable level of performance in the given time span, providing you make an effort matching that of your Field Training Officer.

Success depends on attitude and one's willingness to perform the job. The training is time consuming and demanding, for you and your FTO, but the pay-off will be well worth it all.

An important point to remember is this: YOU MUST GIVE US THE CHANCE TO TRAIN YOU!  If you resist, or take lightly what we are doing, you may not succeed.

It is our desire to help you become a fully competent police officer.  The obstacles that we most often experience are complacency and/or reluctance on the part of the recruit.  The best advice we can give you is to be assertive.  When you are in the field, give your FTO something to evaluate.  You learn from your mistakes and we expect that you will make many of them; but, from them we learn what training needs to be done.  That is what this program is all about.

You will find that this program is stressful, but you will also find that it is the most enjoyable part of your training.  We are very enthusiastic about the Field Training Program and have the same expectation of you.  The Field Training Officers who will be guiding you have been hand picked and specially trained to accomplish the goal of making you the finest police officer you can be.  They represent the "best of the best" and are among the most dedicated and skillful officers we have to offer.  Your chore will be to absorb all of their knowledge, taking the best attributes from each trainer, and molding your style into a compilation of the exemplary traits embodied by these individuals.

The Hollywood Police Department is an outstanding organization with a proud heritage and rich traditions.

You have now joined a modern, progressive, and innovative department.  I look forward to your contribution in making our Department even greater.

# Training Guide
# Phase One
# Orientation



All new Sworn Members (RECRUITS), upon completion of The Police Academy training and passing the FDLE certification exam (or newly hired certified officers) will attend a three to four week orientation to provide the officer with a fundamental knowledge of the Hollywood Police Department working environment. The training content will be instructed through lecture, demonstration, discussion and proficiency drills when applicable. Sworn Members will be tested on Standard Operating Procedures, Broward County Signals and Ten Codes, and City Geography. Upon completion of the three week orientation and one week OSSI training, Sworn Members will begin Phase Two, FIELD TRAINING.

Orientation

## RECRUIT MANDATORY CONDUCT

1. Recruits will stay in a designated area during training hours.

2. Recruits will address all department members by their rank and last name. Members of the public will be addressed as Sir or Ma'am.

3. No Recruit will enter the Training office without first knocking and then receiving permission to enter.

4. A Recruits' Training Officer is their immediate supervisor.  All requests will go through the Training Officer unless an emergency exists.

5. All Recruits will maintain proper hygiene in accordance with the Operations Manual.

6. Recruits must have access to the Operations Manual and Field Training Manual at all times unless directed otherwise by their Training Officer.

7. Firearms and radios may be worn by Recruits only after graduation from the Police Academy, being qualified by the Range Master, and being sworn in by the Chief of Police.

8. All Departmental equipment, when not in use, shall be properly secured.

9. While off duty, Recruits will not respond to police calls and will only intervene in law violations when someone's immediate safety is being threatened.

10. Recruits will be prompt to all training functions.

11. Recruits are responsible to maintain their Recruit Training Manual.  Recruits are to initial and date each section after they have reviewed it with their Training Officer. Upon completion of the Training Program Recruits will turn in the Recruit Training Manual to their Field Training Supervisor to be forwarded to their Personnel/Training file.

**Violation of any of the above rules will be documented via typed memorandum and forwarded to the Training and Professional Development Sergeant.**

**Recruit's Signature:**_____ **Date:** _____



# HOLLYWOOD POLICE DEPARTMENT
### TRAINING & PROFESSIONAL DEVELOPMENT
### NEW SWORN MEMBER ORIENTATION TRAINING

---

**SWORN MEMBER NAME:**

**ORIENTATION SCHEDULE DATE:**

**PURPOSE:** To ensure that newly appointed Agency Members receive appropriate training.

**DESCRIPTION:** I have received orientation training in the following areas:

☐ Agency's role, purpose, goals, policies and procedures     Initial/Date _____

☐ Code of Ethics     Initial/Date _____

☐ The Agency's working conditions and regulations     Initial/Date _____

☐ Officer's Rights & Responsibilities     Initial/Date _____

☐ The Accreditation Process     Initial/Date _____

☐ Use of Force Training     Initial/Date _____

☐ Deadly Force Policy     Initial/Date _____

☐ Fleeing Felon Policy     Initial/Date _____

☐ Firearms Proficiency     Initial/Date _____

☐ ACA Chemical Agents     Initial/Date _____

☐ Impact Weapons     Initial/Date _____

☐ Traffic Enforcement/Citation     Initial/Date _____

☐ DUI Enforcement     Initial/Date _____

☐ Stopping/Approaching Vehicles     Initial/Date _____

☐ Emergency Vehicle Equipment     Initial/Date _____

☐ Infectious Disease Training     Initial/Date _____

☐ Use of Interview Rooms     Initial/Date _____

☐ Bias Based Profiling     Initial/Date _____

☐ Baker Act     Initial/Date _____

**SWORN MEMBER'S SIGNATURE:** _____   **Date:** _____

---

Original Date: 11/01/2001     Page 6 of 32
Revised Date: 11/01/2013     Appendix F SOP #112
File Name: Appendix F New Sworn Member Orientation Training

## BUILDING ORIENTATION

**First Floor**

| | |
|---|---|
| Police Information Desk | Initials_____ Date_____ |
| Range | Initials_____ Date_____ |
| Storeroom | Initials_____ Date_____ |
| Property | Initials_____ Date_____ |
| Quarter Master | Initials_____ Date_____ |
| Telephone Reporting Unit | Initials_____ Date_____ |
| Classroom | Initials_____ Date_____ |

**Outside**

| | |
|---|---|
| Kennels | Initials_____ Date_____ |
| Bicycle Compound | Initials_____ Date_____ |
| Confiscation Lot | Initials_____ Date_____ |

**Second Floor**

| | |
|---|---|
| Line-up room | Initials_____ Date_____ |
| Mailboxes | Initials_____ Date_____ |
| Patrol Sergeants/Lieutenants Office | Initials_____ Date_____ |
| Detention | Initials_____ Date_____ |
| Training Unit | Initials_____ Date_____ |
| Patrol Office | Initials_____ Date_____ |
| Detail Office | Initials_____ Date_____ |
| Lounge | Initials_____ Date_____ |
| Gym/Locker Rooms | Initials_____ Date_____ |

**Third Floor**

| | |
|---|---|
| Detective Bureau | Initials_____ Date_____ |
| Crime Scene Unit | Initials_____ Date_____ |
| Street Crimes/VIN Unit | Initials_____ Date_____ |
| Youth Services Unit | Initials_____ Date_____ |
| Computer Room | Initials_____ Date_____ |
| Records/Case Filing/Data | Initials_____ Date_____ |
| Fingerprinting/Court Log Room | Initials_____ Date_____ |

**Fourth Floor**

| | |
|---|---|
| Finance/Budget | Initials_____ Date_____ |
| Accreditation | Initials_____ Date_____ |
| Timekeeper | Initials_____ Date_____ |
| Personnel Unit | Initials_____ Date_____ |
| Internal Affairs | Initials_____ Date_____ |
| Police Chief | Initials_____ Date_____ |
| Legal Advisor | Initials_____ Date_____ |
| Special Operations | Initials_____ Date_____ |

**Off-Site**

| | |
|---|---|
| Communications 2741 Stirling Road (Station 74) | Initials___ Date_____ |
| Public Affairs 111 N. 69 Way (W. Network Center) | Initials___ Date_____ |
| Code Enforcement/Animal Control (Network Ctrs.) | Initials___ Date_____ |

## IMPORTANT LOCATIONS

Recruits should be familiar with the locations of these important city/county facilities and the services they offer.

| | | | |
|---|---|---|---|
| City Hall | 2600 Hollywood Boulevard | Initials_____ | Date_____ |
| Garage/Fleet/ Pumps | 1600 S. Park Road | Initials_____ | Date_____ |
| | | | |
| BSO Main jail | 200 SE 6 Street | Initials_____ | Date_____ |
| S.A.T.C. | 400 NE 4 Street | Initials_____ | Date_____ |
| B.A.R.C. | 1000 SW 2 Street | Initials_____ | Date_____ |
| BSO B.A.T. | 2601 West Broward Blvd (Use NW 27 Avenue Entrance) | Initials_____ | Date_____ |
| South Satellite Court | 3550 Hollywood Blvd | Initials_____ | Date_____ |
| Main Courthouse | 201 SE 6 Street | Initials_____ | Date_____ |
| West Satellite Court | 100 N Pine Island Road | Initials_____ | Date_____ |
| J.A.C. | 2600 SW 4 Avenue | Initials_____ | Date_____ |
| Child & Fam Svc | 7261 Sheridan Street | Initials_____ | Date_____ |
| | | | |
| Fire Station #5 | 1819 N 21 Avenue | Initials_____ | Date_____ |
| Fire Station #31 | 3401 Hollywood Boulevard | Initials_____ | Date_____ |
| Fire Station #40 | 707 South Ocean Drive | Initials_____ | Date_____ |
| Fire Station #45 | 1810 North 64 Avenue | Initials_____ | Date_____ |
| Fire Station #74 | 2741 Stirling Road | Initials_____ | Date_____ |
| Fire Station #105 | 1511 S. Federal Highway | Initials_____ | Date_____ |
| | | | |
| Memorial Regional | 3501 Johnson Street | Initials_____ | Date_____ |
| Memorial South | 3600 Washington Street | Initials_____ | Date_____ |
| Memorial Pembroke | 7800 Sheridan Street | Initials_____ | Date_____ |
| | | | |
| Broward ME | 5301 SW 31 Avenue | Initials_____ | Date_____ |
| Broward Methadone | 1101 S. 21 Avenue | Initials_____ | Date_____ |
| Henderson Clinic | 1957 Jackson Street | Initials_____ | Date_____ |
| Hollywood Pavilion | 1201 N. 37 Avenue | Initials_____ | Date_____ |
| Broward Outreach | 2056 Scott Street | Initials_____ | Date_____ |
| Cosac Center | 1203 N. Federal Highway | Initials_____ | Date_____ |
| | | | |
| Port Everglades | | Initials_____ | Date_____ |
| | | | |
| S.E. Network Center | 1511 S. Federal Highway | Initials_____ | Date_____ |
| West Network Center | 1111 N. 69 Way | Initials_____ | Date_____ |
| Liberia Network Center | 2207 Raleigh Street | Initials_____ | Date_____ |
| | | | |
| Lauderdale Speedometer | 300 W. SR 84 | Initials_____ | Date_____ |
| Quality Communications | 2111 SW 31st | Initials_____ | Date_____ |

# HOLLYWOOD SCHOOLS

| LEVEL | SCHOOL | ADDRESS |
|---|---|---|
| Pre/day | ABC Academy of Hollywood | 6020 Funston St |
| Pre/day | ABC School | 2116 Garfield St |
| Pre/day | Academics "R" Us | 2514 Sheridan St |
| Pre/day | Academics Plus | 6311 Washington St |
| Middle | Apollo Middle | 6800 Arthur St |
| Pre/day | Arts Academy | 1955 Harrison St |
| Middle | Attucks Middle | 3500 N 22 Ave |
| Charter | Beachside Montessori | 2230 Lincoln St |
| Private | Aukela Christian Military Acad | 2835 Madison St |
| Private | Beacon Hill School | 7600 Davie Road Ext |
| Charter | Ben Gamla Charter School | 2620 Hollywood Blvd |
| Elementary | Bethune Elementary | 2400 Meade St |
| Elementary | Boulevard Heights Elementary | 7201 Johnson St |
| Pre/day | Buttons & Bows | 5650 Stirling Rd |
| Private | Chaminade High School | 500 E Chaminade Dr |
| Pre/day | Charlee Preschool & Childcare | 1605 N 20 Av |
| Pre/day | Childlife Early Childhood Education | 300 N 24 Av |
| Pre/day | Children Learning Center | 6880 Stirling Rd |
| Elementary | Colbert Elementary | 2701 Plunket St |
| Private | Covenant Teaching Fellowship | 1834 Plunkett St |
| Pre/day | Creative Beginnings | 2919 Van Buren St |
| Elementary | Driftwood Elementary | 2700 N 69 Ave |
| Middle | Driftwood Middle | 2751 N 70 Terr |
| Pre/day | Ebony Village | 2308 McClellan St |
| Private | Emerald Hills School | 3270 Stirling Rd |
| Pre/day | Epworth Methodist Preschool | 7651 Johnson St |
| Pre/day | First Presbyterian Preschool | 1600 Hollywood Blvd |
| Charter | Florida Intercultural Academy | 1704 Buchanan St |
| Pre/day | Geri Day Care Center | 2457 Fletcher St |
| Charter | Hollywood  Academy of Arts & Science | 1720 Harrison St |
| Elementary | Hollywood Central Elementary | 1700 Monroe St |
| Private | Hollywood Christian Academy | 1708 N State Rd 7 |
| Elementary | Hollywood Hills Elementary | 3501 Taft St |
| High School | Hollywood Hills High School | 5400 Stirling Rd |
| Pre/day | Hollywood Hills United Methodist | 400 N 35 Av |
| Pre/day | Hollywood Kidz Care | 1610 S 24 Av |
| Pre/day | Hollywood Kidz Care #2 | 2325 Wiley St |
| Elementary | Hollywood Park Elementary | 901 N 69 Way |
| Charter | International School of Broward | 3100 75 Ave |
| Pre/day | Just for Kids | 5608 Taft St |
| Pre/day | Kiddie Kollege | 2910 Jackson St |

| Pre/day | Kids in Motion Learning Center | 906 N 62 Av |
|---|---|---|
| Pre/day | Lil' Rascals Academy | 1911 N 66 Av |
| Pre/day | Little Bear and Friends | 6311 Johnson St |
| Private | Little Flower School | 1843 Pierce St |
| Private | Little Shavers | 7747 Davie Road Ext |
| Pre/day | Love Thy Children Academy | 5610 Washington St |
| High School | McArthur High School | 6501 Hollywood Blvd |
| Middle | McNicol Middle | 1602 S 27 Ave |
| Pre/day | Montessori Rainbow School | 6067 Hollywood Blvd |
| Private | Nativity School | 5200 Johnson St |
| Elementary | Oakridge Elementary | 1507 N 28 Ave |
| Pre/day | Once Upon a Time | 7343 Davie Road Ext |
| Elementary | Orangebrook Elementary | 715 S 46 Ave |
| Private | Paladin Academy | 2751 Van Buren St |
| Charter-M | Paragon Academy of Technology | 2210 Pierce St |
| Private | Parkway Christian School | 6301 Fillmore St |
| Pre/day | Patty Cake Academy | 6300 Polk St |
| Pre/day | Pumpkin Shell #2 | 6025 Mayo St |
| Pre/day | Pumpkin Shell #3 | 1924 Monroe St |
| Publ Ctr | Quest | 6401 Charleston St |
| Private | Sheridan Hills Christian | 3751 Sheridan St |
| Elementary | Sheridan Hills Elementary | 5001 Thomas St |
| Elementary | Sheridan Park Elementary | 2310 N 70 Ter |
| Vocational | Sheridan Technical | 5400 Sheridan St |
| High School | South Broward High School | 1901 N Federal Hwy |
| Private | St. Bernadette School | 7450 Stirling Rd |
| Private | St. Mark's Lutheran School | 502 N 28th Ave |
| Elementary | Stirling Elementary | 5500 Stirling Rd |
| Charter-E | Sunshine Elementary Charter | 2210 Pierce St |
| Pre/day | Temple Beth El | 1351 S 14 Av |
| Pre/day | Temple Sinai | 1400 N 46 Av |
| Pre/day | Temple Solel | 5100 Sheridan St |
| Pre/day | Tender Loving Care | 2325 Simms St |
| Pre/day | Washington Park Child Care Center | 5731 Pembroke |
| Private | Wee Ones of Hollywood Hills | 5516 Hollywood Blvd |
| Elementary | West Hollywood Elementary | 6301 Hollywood Blvd |
| Private | West Hollywood | 829 S 62 Av |
| YMCA | YMCA of Hollywood After School Care | 3161 Taft St |
| Pre/day | Young Kidz Academy | 6281 Pembroke Rd |

# Topics

ACCREDITATION                                          Initials_____ Date_____

COMMUNICATIONS OPERATIONS
    Workings of 911 Call Center                   Initials_____ Date_____

    Duties & Responsibilities of T1                Initials_____ Date_____

    Duties & Responsibilities of T2                Initials_____ Date_____

    NCIC/FCIC Terminal                             Initials_____ Date_____

COMPUTER/OSSI/LAPTOP                                   Initials_____ Date_____

COURT ATTENDANCE PROCEDURES                            Initials_____ Date_____

STREET CRIMES                                          Initials_____ Date_____

CRIMINAL & RELATIVE CIVIL LAW ISSUES    Initials_____ Date_____

CRIMINAL INVESTIGATIONS DIVISION
    Burglary                                       Initials_____ Date_____

    Crime Scene Procedures                         Initials_____ Date_____

    Death Investigations                           Initials_____ Date_____

    Domestic Violence/Child Abuse                  Initials_____ Date_____

    Economic Crimes                                Initials_____ Date_____

    Latent Fingerprints                            Initials_____ Date_____

    Robbery                                        Initials_____ Date_____

    Vehicle Crimes                                 Initials_____ Date_____

    VIN                                            Initials_____ Date_____

DEFENSIVE TACTICS
    Restraints and Handcuffing                     Initials_____ Date_____

    Holds and Strikes                              Initials_____ Date_____

    Takedowns                                      Initials_____ Date_____

    Countermoves                                   Initials_____ Date_____

    Gun Retention                                  Initials_____ Date_____

    Intermediate Weapons and Chemical Sprays Initials_____ Date_____

    Edged Weapons                                  Initials_____ Date_____

FIREARM PROFICIENCY TRAINING        Initials_____ Date_____

FLEEING FELON POLICY        Initials_____ Date_____

FLEET MAINTENANCE        Initials_____ Date_____

FORMS
    Explanation of each Departmental Form        Initials_____ Date_____

GEOGRAPHY
    Streets-Courts-Lanes (East/West)        Initials_____ Date_____

    Terraces-Ways-Avenues (North/South)        Initials_____ Date_____

    Odd House Numbers (North/East)        Initials_____ Date_____

    Even House Numbers (South/West)        Initials_____ Date_____

    Zone Boundaries, City Limits, Dead Ends        Initials_____ Date_____
       Thru streets

    Natural/Manmade Barriers (Rivers, Lakes,        Initials_____ Date_____
    Canals, Railroads, Turnpike and Interstates)

INFECTIOUS DISEASE        Initials_____ Date_____

INTERVIEW ROOMS        Initials_____ Date_____

NEIGHBORHOOD TEAM POLICING        Initials_____ Date_____

PHYSICAL TRAINING
    Strength and Cardiovascular Calisthenics        Initials_____ Date_____
    Running        Initials_____ Date_____
    Defensive Tactics Drills        Initials_____ Date_____
    Confidence and Teambuilding Drills        Initials_____ Date_____

PROPERTY PROCEDURES        Initials_____ Date_____

PUBLIC AFFAIRS
    Crime Prevention        Initials_____ Date_____
    Mobile Patrol        Initials_____ Date_____
RACIAL PROFILING        Initials_____ Date_____

RECORDS/DATA/CASE FILING   Initials_____ Date_____

REPORT WRITING
  Burglary        Initials_____ Date_____

  Domestic Violence    Initials_____ Date_____

  Field Interview Card   Initials_____ Date_____

  NTA         Initials_____ Date_____


RIGHTS AND RESPONSIBLITIES   Initials_____ Date_____


TRAFFIC DIVISION
  Traffic Violations/Citations  Initials_____ Date_____

  DUI Detection and Enforcement Initials_____ Date_____


USE OF FORCE      Initials_____ Date_____

YOUTH SERVICES UNIT    Initials_____ Date_____

# Tests

## STANDARD OPERATING PROCEDURES TESTS

Rules of Professional Conduct   Initials_____ Date_____

Professional Compliance (SOP 104)  Initials_____ Date_____

Social Media (SOP 109)    Initials_____ Date_____

Infectious Disease (SOP 119)   Initials_____ Date_____

Accreditation (SOP 151)    Initials_____ Date_____

Police Records (SOP 157)    Initials_____ Date_____

Court Procedures (SOP 171)   Initials_____ Date_____

Volunteers In Policing (SOP 181)  Initials_____ Date_____

Crime Watch and Citizens Mobile Patrol Initials_____ Date_____
  (SOP 182.1)

Original Date: 11/01/2001             Page 13 of 32
Revised Date: 01/01/2013           Appendix F SOP #112
File Name: Appendix F New Sworn Member Orientation Training

Chaplain Program (SOP 184)                                    Initials_____ Date_____

Use of Force (SOP 200)                                          Initials_____ Date_____

Use of Force SIW and CA (SOP 201)                    Initials_____ Date_____

Arrest Procedures (SOP 203)                              Initials_____ Date_____

Firearms (SOP 204)                                              Initials_____ Date_____

Emergency and Police Vehicle Pursuits (SOP 205)  Initials_____ Date_____

Baker Act (SOP 212)                                            Initials_____ Date_____

Red Light Cameras (SOP 215.2)                          Initials_____ Date_____

Patrol Functions (SOP 216)                                Initials_____ Date_____

Radio Communications (SOP 220)                       Initials_____ Date_____

Communications Center (SOP 221)                     Initials_____ Date_____

Canine (SOP 227)                                                Initials_____ Date_____

Vehicle Stops (SOP 229)                                     Initials_____ Date_____

Citations (SOP 230)                                            Initials_____ Date_____

Traffic Crash Investigations (SOP 231)              Initials_____ Date_____

DUI (SOPs 233, 234, 235)                                   Initials_____ Date_____

Victim and Witness Assistance (SOP 243)          Initials_____ Date_____

Interview Room (SOP 244)                                  Initials_____ Date_____

Criminal Investigations (SOP 245)                      Initials_____ Date_____

Crimes Against Persons (SOP 246)                     Initials_____ Date_____

Death Investigations (SOP 247)                          Initials_____ Date_____

Domestic and Dating Violence (SOP 250)           Initials_____ Date_____

Property Crimes (SOP 260)                                 Initials_____ Date_____

Property and Evidence (SOP 270)                 Initials_____ Date_____

Animal Investigations (SOP 275)                 Initials_____ Date_____

Critical Incident Response (SOP 291)            Initials_____ Date_____

DHSMV'S DAVID                                    Initials_____ Date_____

## LOGISTICAL TESTS

Test #1 Signals and Ten Codes                   Initials_____ Date_____

Test #2 Signals and Ten Codes                   Initials_____ Date_____

Streets Test                                    Initials_____ Date_____

**I HAVE BEEN INSTRUCTED IN ALL ITEMS LISTED IN THE TRAINING GUIDE AS INDICATED BY MY INITIALS ADJACENT TO EACH ITEM.**

_____        _____
SIGNATURE OF POLICE RECRUIT                             DATE

_____        _____
SIGNATURE OF TRAINING OFFICER                          DATE

_____        _____
SIGNATURE OF TRAINING AND                              DATE
PROFESSIONAL DEVELOPMENT UNIT
SERGEANT



# Training Guide
# Phase Two
# Field Training

One of the key elements of the Field Training Program is the standardization of the training given to all Recruits.  This guide was developed to ensure that each Recruit is instructed and exposed to numerous identifiable task associated with the competent performance of a Police Officer.  Some of these tasks are simple and mundane, while others are complex and require a concentrated effort. Regardless of the complexity, certain tasks must be conquered by the Recruit and therefore the FTO will instruct the Recruit how to properly accomplish the respective task.  The Recruits should be allowed to practice skills needed for task accomplishment and provide an opportunity to perform the tasks under controlled field situations.

The Training Guide is not an evaluation in itself.  It is simply a lesson plan for the FTO to use and a forum for the FTO to document task exposure.  With this in mind, the FTO should initial and date the guide in appropriate areas as the Recruit is taught about a task and/or performs a task.  The FTO is not required to wait until a Recruit masters a particular task before initialing.

There must be recognition by all involved Members that due to the random nature of calls for service, tasks will not be covered in listed order.  This does not relieve the FTO of the responsibility to instruct the Recruit in each listed task applicable to the Recruits performance level.

The assigned FTO will make a continuous review of the Training Guide to assure tasks are not neglected.  If tasks are discovered to have not been covered that should have been for the respective phase of training, the FTO will expose the Recruit to those tasks.  The Training Guide is kept in the Recruit's possession during the FTP. As the program is completed, the Training Guide becomes part of the Members training file. This Training Guide contains the basic police responsibilities and procedures the Field Training Officer will use during the training period.  The FTO will explain each item and when practical, demonstrate the task or procedure to the Recruit.  When the FTO believes that the Recruit is capable of handling a task, he or she will require that the task be performed while under observation.  When an item has been satisfactorily completed, the FTO will enter his initials next to the task. The last page of this guide has a space allocated for the entry of those situations not specifically covered in this manual. The FTO is encouraged to include these situations after proper demonstration has been accomplished.

ORIENTATION

    Reporting Time                Initials_____ Date_____FTO_____

    Roll Call                     Initials_____ Date_____FTO_____

    Required Equipment & Uniform    Initials_____ Date_____FTO_____

    Preparation & Inspection       Initials_____ Date_____FTO_____

    Maintenance of Notebooks      Initials_____ Date_____FTO_____

    Proper Attention to Orders     Initials_____ Date_____FTO_____

    Hard to Find Streets          Initials_____ Date_____FTO_____

DISPATCH & TELETYPE

    Use of Radio                Initials_____ Date_____FTO_____

    Phonetic Alphabet           Initials_____ Date_____FTO_____

    Aware of status of other units   Initials_____ Date_____FTO_____

    Priority Transmissions        Initials_____ Date_____FTO_____

    Dispatch informed of status at all Times                   Initials_____ Date_____FTO_____

    Telephone Utilization        Initials_____ Date_____FTO_____

    Supplemental Radio Channels    Initials_____ Date_____FTO_____

    Conducts DL Check          Initials_____ Date_____FTO_____

    Conducts QRU Check        Initials_____ Date_____FTO_____

    Verify Tag (Teletype)        Initials_____ Date_____FTO_____

    Verify VIN (Teletype)        Initials_____ Date_____FTO_____

    Criminal History Procedures     Initials_____ Date_____FTO_____

    License Plate Seizures       Initials_____ Date_____FTO_____

    Method for putting out BOLO when Nec                   Initials_____ Date_____FTO_____

    Radio Repair Form          Initials_____ Date_____FTO_____

PATROL VEHICLE

    Inspection of and equipment check  Initials_____ Date_____FTO_____

    Maintenance Check         Initials_____ Date_____FTO_____

    Damage Inspection (old or new damage)        Initials_____ Date_____FTO_____

Emergency Equipment                              Initials_____ Date_____FTO_____

Required Equipment                               Initials_____ Date_____FTO_____

Demonstrates Safe Driving                        Initials_____ Date_____FTO_____

Proper Parking                                   Initials_____ Date_____FTO_____

Answering routine non-emergency
Call                                             Initials_____ Date_____FTO_____

What constitutes an emergency                    Initials_____ Date_____FTO_____

Use of Lights and Sirens                         Initials_____ Date_____FTO_____

Defensive Driving                                Initials_____ Date_____FTO_____

Maintains Control of Vehicle                     Initials_____ Date_____FTO_____

Pursuit Driving                                  Initials_____ Date_____FTO_____

Vehicle Repair Form                              Initials_____ Date_____FTO_____

TRAFFIC

General rules on traffic control                 Initials_____ Date_____FTO_____

Familiar with traffic direction                  Initials_____ Date_____FTO_____

Traffic Direction where signals fail             Initials_____ Date_____FTO_____

Moving Violation Citations                        Initials_____ Date_____FTO_____

Parking Violation Citations                       Initials_____ Date_____FTO_____

Private Parking Affidavit                         Initials_____ Date_____FTO_____

Pedestrian/Bicycle Violation                      Initials_____ Date_____FTO_____

Speeding violation/

pace & doc citation                               Initials_____ Date_____FTO_____

Procedure/Options

for refusal to sign UTC                           Initials_____ Date_____FTO_____

Determining fault at crashes                      Initials_____ Date_____FTO_____

Locating Drivers/Witnesses of
Crashes                                           Initials_____ Date_____FTO_____

When/How to clear crash scenes                    Initials_____ Date_____FTO_____

Motor Vehicle Crash Report                        Initials_____ Date_____FTO_____

Hit & Run Crash Report                            Initials_____ Date_____FTO_____

Issuing Vehicle Bolo's                         Initials_____ Date_____ FTO_____

Driver Exchange Form                           Initials_____ Date_____ FTO_____

Towed Vehicle Report                           Initials_____ Date_____ FTO_____

City involved crashes                          Initials_____ Date_____ FTO_____

Vehicle Release Form                           Initials_____ Date_____ FTO_____

Vehicle Hold Form                              Initials_____ Date_____ FTO_____

TRAFFIC STOPS

Traffic Stop Radio Procedures                  Initials_____ Date_____ FTO_____

Officer Safety–Approach to Vehicle  Initials_____ Date_____ FTO_____

REQUESTING SUPPORT SERVICES

Tow Truck                                      Initials_____ Date_____ FTO_____

Fire Rescue                                    Initials_____ Date_____ FTO_____

Animal Control                                 Initials_____ Date_____ FTO_____

City Board-up Crew                             Initials_____ Date_____ FTO_____

Humane Society                                 Initials_____ Date_____ FTO_____

Medical Examiner                               Initials_____ Date_____ FTO_____

**CRIMES AGAINST PROPERTY**

## Auto Theft

Auto-Theft Investigations                      Initials_____ Date_____ FTO_____

Establishing Vehicle Ownership                 Initials_____ Date_____ FTO_____

Determine if a Lien Exists                     Initials_____ Date_____ FTO_____

Check with Communications for Repo             Initials_____ Date_____ FTO_____

Successfully enters into Teletype              Initials_____ Date_____ FTO_____

Recovery of Stolen Vehicles                    Initials_____ Date_____ FTO_____

When to Request ID for Recovery                Initials_____ Date_____ FTO_____

Removal from Teletype                          Initials_____ Date_____ FTO_____

## Fraud

Worthless & Forged Documents                   Initials_____ Date_____ FTO_____

Counterfeit Money and Jurisdiction             Initials_____ Date_____ FTO_____

Checks – Criminal Intent                       Initials_____ Date_____ FTO_____

Insufficient Funds – Checks          Initials_____ Date_____ FTO_____

Forgery or No Account                Initials_____ Date_____ FTO_____

Familiarity with Credit Card Crimes  Initials_____ Date_____ FTO_____

## Burglary

Determining Method of Entry          Initials_____ Date_____ FTO_____

Determining Time Frame               Initials_____ Date_____ FTO_____

Familiar with Lost Listing           Initials_____ Date_____ FTO_____

Familiar with Affidavit

## Misdemeanor Crimes

Familiarity with Criminal Mischief   Initials_____ Date_____ FTO_____

Familiarity with Loitering & Prowling Initials_____ Date_____ FTO_____

Familiarity with Trespassing         Initials_____ Date_____ FTO_____

Familiarity with Civil Matters       Initials_____ Date_____ FTO_____

Disorderly Conduct/Disturbances      Initials_____ Date_____ FTO_____

Public Intox/Sub Abuse–Marchman Act  Initials_____ Date_____ FTO_____

Baker Act Procedures                 Initials_____ Date_____ FTO_____

**CRIMES AGAINST PERSONS**

## Domestic Violence

Familiarity with Domestic Disturbances Initials_____ Date_____ FTO_____

Domestic Violence Information        Initials_____ Date_____ FTO_____

Domestic Violence Injunction         Initials_____ Date_____ FTO_____

Domestic Violence Emergency Injunction Initials_____ Date_____ FTO_____

## Homicide (Sex Crimes/Missing Persons)

Missing Per Case with Flyers and Affidavit Initials_____ Date_____ FTO_____

Natural Death Investigations         Initials_____ Date_____ FTO_____

Notifying Next of Kin                Initials_____ Date_____ FTO_____

Handling of Deceased's Property      Initials_____ Date_____ FTO_____

Investigations of Apparent Suicides  Initials_____ Date_____ FTO_____

Murder –vs- Suicide Investigations   Initials_____ Date_____ FTO_____

| Sexual Battery Investigations | Initials_____ Date_____ FTO_____ |
| Indecent Exposure Investigations | Initials_____ Date_____ FTO_____ |
| Child Molestation Investigations | Initials_____ Date_____ FTO_____ |
| Incest Investigations | Initials_____ Date_____ FTO_____ |
| Unnatural & Lascivious Acts | Initials_____ Date_____ FTO_____ |
| Obscene Literature | Initials_____ Date_____ FTO_____ |

## Robbery

| Robbery in Progress Calls | Initials_____ Date_____ FTO_____ |

INVESTIGATIVE SKILLS

| Elements to Pertinent Crimes | Initials_____ Date_____ FTO_____ |
| Arriving when stealth is necessary | Initials_____ Date_____ FTO_____ |
| Responds to in progress Burglaries in proper manner | Initials_____ Date_____ FTO_____ |
| Rendezvous with Back-up Units when warranted | Initials_____ Date_____ FTO_____ |
| Informs other units as soon as practical | Initials_____ Date_____ FTO_____ |
| Being Observant Enroute to Suspicious persons/autos | Initials_____ Date_____ FTO_____ |
| Avenues of escape | Initials_____ Date_____ FTO_____ |
| Recognizing Modus Operandi (MO) | Initials_____ Date_____ FTO_____ |
| Conducts systematic search | Initials_____ Date_____ FTO_____ |
| Requesting a Detective | Initials_____ Date_____ FTO_____ |
| Notifying a Supervisor of Major Crimes | Initials_____ Date_____ FTO_____ |
| K-9 Procedures | Initials_____ Date_____ FTO_____ |
| Box procedures | Initials_____ Date_____ FTO_____ |
| Reference Points for Banks | Initials_____ Date_____ FTO_____ |
| Issuing Vehicle BOLO's | Initials_____ Date_____ FTO_____ |
| Proper note taking | Initials_____ Date_____ FTO_____ |
| Isolating a Suspect | Initials_____ Date_____ FTO_____ |
| How to Interview Suspects | Initials_____ Date_____ FTO_____ |

How to Interview Victims      Initials_____ Date_____ FTO_____

Maintaining Witnesses at the Scene      Initials_____ Date_____ FTO_____

Questions Witnesses      Initials_____ Date_____ FTO_____

Reads Miranda to subject      Initials_____ Date_____ FTO_____

When not to read Miranda      Initials_____ Date_____ FTO_____

No Promises, Use of Force or Coercion      Initials_____ Date_____ FTO_____

Procedure for Identifying Suspects      Initials_____ Date_____ FTO_____

Isolating a Suspect      Initials_____ Date_____ FTO_____

Utilization of Informants      Initials_____ Date_____ FTO_____

When & How to Request CSU/VIN      Initials_____ Date_____ FTO_____

Suggests Security Measures to Victims      Initials_____ Date_____ FTO_____

CRIME SCENE/EVIDENCE/PROPERTY

Determining if a Crime Scene Exists      Initials_____ Date_____ FTO_____

Recog & Identifying Modus Operandi (MO)      Initials_____ Date_____ FTO_____

Protection of Scene      Initials_____ Date_____ FTO_____

Evidence (mark, transport, wrap, label)      Initials_____ Date_____ FTO_____

Line of Authority & Responsibility      Initials_____ Date_____ FTO_____

JUVENILES

Familiar with JAC Procedures      Initials_____ Date_____ FTO_____

Limitations of Juvenile Names in Reports      Initials_____ Date_____ FTO_____

Constitutional Right of Juveniles      Initials_____ Date_____ FTO_____

Juvenile Pick-up Orders      Initials_____ Date_____ FTO_____

PRISONERS

Precautions with Prisoners      Initials_____ Date_____ FTO_____

Preliminary Search of Prisoners      Initials_____ Date_____ FTO_____

Prisoners considered Dangerous Despite Charges      Initials_____ Date_____ FTO_____

When and How to
Handcuff (Juveniles also)          Initials_____ Date_____ FTO_____

Transportation of Prisoners          Initials_____ Date_____ FTO_____

Procedures for Transporting
Prisoners          Initials_____ Date_____ FTO_____

Isolation of Juv from Adults          Initials_____ Date_____ FTO_____

Female Prisoners          Initials_____ Date_____ FTO_____

Starting and Finishing Mileage          Initials_____ Date_____ FTO_____

SEARCH & SEIZURE – AUTHORITY OF OFFICER
Incidental to a Lawful Arrest          Initials_____ Date_____ FTO_____

With a Search Warrant          Initials_____ Date_____ FTO_____

Voluntary Consent/Consensual
Encounter          Initials_____ Date_____ FTO_____

Legal Waiver (Bars, Hotels, Groceries –
Alcohol Sales)          Initials_____ Date_____ FTO_____

Reasonable Suspicion          Initials_____ Date_____ FTO_____

Terry Stop & Frisk          Initials_____ Date_____ FTO_____

Motor Vehicle Searches          Initials_____ Date_____ FTO_____

Carroll Searches          Initials_____ Date_____ FTO_____

Seizures during a Crime          Initials_____ Date_____ FTO_____

Instruments of a Crime          Initials_____ Date_____ FTO_____

Weapons or Means of Escape          Initials_____ Date_____ FTO_____

Contraband          Initials_____ Date_____ FTO_____

COMPUTER
Familiarization with PMDC          Initials_____ Date_____ FTO_____

Incident/Case History          Initials_____ Date_____ FTO_____

Mobile Field Reporting (OSSI)          Initials_____ Date_____ FTO_____

Obtaining a Report Copy          Initials_____ Date_____ FTO_____

Writing Memos          Initials_____ Date_____ FTO_____

Operations Manual          Initials_____ Date_____ FTO_____

Policy Revisions          Initials_____ Date_____ FTO_____

Utilization of Daily Bulletins          Initials_____ Date_____ FTO_____

CJNet/D.A.V.I.D/BSO Pics                 Initials_____ Date_____ FTO_____

VIN

Prostitution Offenses                    Initials_____ Date_____ FTO_____

Gambling Offenses                        Initials_____ Date_____ FTO_____

Liquor Law Violations                    Initials_____ Date_____ FTO_____

Familiarity with Narcotic Arrests        Initials_____ Date_____ FTO_____

USE OF FORCE

Amount Authorized by Fl Statute          Initials_____ Date_____ FTO_____

Departmental Policy                      Initials_____ Date_____ FTO_____

Required Procedure when Force
is Utilized                              Initials_____ Date_____ FTO_____

LEGAL PROCESS

Court Preparation                        Initials_____ Date_____ FTO_____

Review of Notes                          Initials_____ Date_____ FTO_____

Preparing Evidence                       Initials_____ Date_____ FTO_____

Depositions                              Initials_____ Date_____ FTO_____

Testimony                                Initials_____ Date_____ FTO_____

MISCELLANEOUS

Prowler Calls –Don't Minimize
Danger                                   Initials_____ Date_____ FTO_____

Weapons Violations within Vehicle        Initials_____ Date_____ FTO_____

Weapon Registration Requirements         Initials_____ Date_____ FTO_____

Loose Animal Investigations              Initials_____ Date_____ FTO_____

Animal Bite Investigations               Initials_____ Date_____ FTO_____

Quarantine Req by Animal Control         Initials_____ Date_____ FTO_____

Notification of Health Department        Initials_____ Date_____ FTO_____

Abandon Appliances                       Initials_____ Date_____ FTO_____

Bike Storage Procedures                  Initials_____ Date_____ FTO_____

Education Assistance Program             Initials_____ Date_____ FTO_____

Career Development Courses               Initials_____ Date_____ FTO_____

Sexual Predator Registration          Initials_____ Date_____FTO_____

FORMS

Arrest Headers          Initials_____ Date_____FTO_____

Arrest Forms (Adult PC)          Initials_____ Date_____FTO_____

Arrest Forms (Juv PC)          Initials_____ Date_____FTO_____

BSO Prisoner Property Form          Initials_____ Date_____FTO_____

Complaint Affidavit          Initials_____ Date_____FTO_____

Waiver of Prosecution Form          Initials_____ Date_____FTO_____

Departmental Rights Waiver Form          Initials_____ Date_____FTO_____

Overtime /Time Off  Form          Initials_____ Date_____FTO_____

BSO Lab Report          Initials_____ Date_____FTO_____

VINE Form          Initials_____ Date_____FTO_____

TESTS

#1          Initials_____ Date_____FTO_____

#2          Initials_____ Date_____FTO_____

#3          Initials_____ Date_____FTO_____

#4          Initials_____ Date_____FTO_____

Landlord/Tenant          Initials_____ Date_____FTO_____

Use of Force          Initials_____ Date_____FTO_____

Arrest Procedures          Initials_____ Date_____FTO_____

Domestic Violence          Initials_____ Date_____FTO_____

Vehicle Pursuit          Initials_____ Date_____FTO_____

Towed Vehicle          Initials_____ Date_____FTO_____

Death Investigations          Initials_____ Date_____FTO_____

Animal Investigations          Initials_____ Date_____FTO_____

Marchman Act          Initials_____ Date_____FTO_____

Baker Act          Initials_____ Date_____FTO_____

Crimes against Persons          Initials_____ Date_____FTO_____

Property Crimes          Initials_____ Date_____FTO_____

Juveniles          Initials_____ Date_____FTO_____

Child Abuse          Initials_____ Date_____FTO_____

Property Unit                          Initials_____ Date_____FTO_____

Citations                              Initials_____ Date_____FTO_____

Search and Seizure                     Initials_____ Date_____FTO_____

Gambling – Narcotics                   Initials_____ Date_____FTO_____

## CIRCUMSTACES WHERE AN OFFICER MAY MAKE AN ARREST

With a warrant or knowledge that one exists

Initials_____ Date_____ FTO_____

If a Felony or Misdemeanor or violation of a Municipal
or County Ordinance is committed in the presence of
the Officer.

Initials_____ Date_____ FTO_____

If a Felony has been committed, not within the Officer's
presence but the Officer "reasonably believes" the
Offender committed it.

Initials_____ Date_____ FTO_____

If the Officer "reasonably believes" that a Felony has
been or is being committed and the person to be arrested
has committed or is committing it.

Initials_____ Date_____ FTO_____

There is "Probable Cause" to believe that:

The person has knowingly committed an act in violation
of an injunction for protection entered pursuant to
FSS 741.30 or FSS 784.046 which creates a threat of
imminent danger to the Petitioner or Household Members.

Initials_____ Date_____ FTO_____

The person has committed a battery as defined in
FSS 784.03

Initials_____ Date_____ FTO_____

The person has committed an act of domestic violence as
defined in FSS 741.28 or has committed child abuse as
defined in FSS 827.04(2) & (3) and the Officer reasonably
believes thatthere is danger of violence unless the person
alleged to have committed the act of domestic violence
or child abuse is arrested without delay.

Initials_____ Date_____ FTO_____

The person has committed an act of retail or farm theft as
defined in FSS 812.015

Initials_____ Date_____ FTO_____

The person is carrying a concealed weapon.

Initials_____ Date_____ FTO_____

The person is guilty of disorderly conduct on the premises
of an establishment, as defined in FSS 509.143

Initials_____ Date_____ FTO_____

The person has stolen personal property of a public lodging
establishment or public food service establishment as defined
in FSS 509.162

Initials_____ Date_____ FTO_____

The person has committed the offense of stalking as defined
in FSS 784.048

Initials_____ Date_____ FTO_____

The person has knowingly violated a domestic violence or
repeat violence injunction, as defined in FSS 784.046

Initials_____ Date_____ FTO_____

The person has committed the offense of transit fare evasion,
as defined in FSS 812.015(4)

Initials_____ Date_____ FTO_____

The person has committed the offense of trespass in a structure
or conveyance as defined in FSS 812.015(3&4)

Initials_____ Date_____ FTO_____

The person has committed the offense of criminal mischief or
graffiti-related offenses, as defined in FSS 806.13

Initials_____ Date_____ FTO_____

The person has, in his or her possession, a firearm or ammunition
when the person is subject to an injunction against committing
acts of domestic violence, as defined in FSS 790.233

Initials_____ Date_____ FTO_____

## COMPLETED POLICE REPORTS

**When a Recruit handles each of the following types of calls, have them initial, date and place the Case Number on the line.**

Abandoned Vehicle            Initials_____   Date_____

      33-_____-_____

Assault            Initials_____   Date_____

      33-_____-_____

Battery            Initials_____   Date_____

      33-_____-_____

Baker Act            Initials_____   Date_____

      33-_____-_____

Burglary            Initials_____   Date_____

      33-_____-_____

Child Abuse            Initials_____   Date_____

      33-_____-_____

Disturbance            Initials_____   Date_____

      33-_____-_____

Domestic Disturbance            Initials_____   Date_____

      33-_____-_____

Death Investigation            Initials_____   Date_____

      33-_____-_____

Felony Arrest            Initials_____   Date_____

      33-_____-_____

Field Interview            Initials_____   Date_____

      33-_____-_____

Landlord/Tenant            Initials_____   Date_____

      33-_____-_____

Lost/Found Property            Initials_____   Date_____

      33-_____-_____

Misdemeanor Arrest            Initials_____   Date_____

      33-_____-_____

Narcotics Arrest                                    Initials_____   Date_____

      33-_____-_____

NTA                                                 Initials_____   Date_____

      33-_____-_____

Missing Person                                      Initials_____   Date_____

      33-_____-_____

Prowler                                             Initials_____   Date_____

      33-_____-_____

Robbery                                             Initials_____   Date_____

      33-_____-_____

Suicide                                             Initials_____   Date_____

      33-_____-_____

Sexual Assault                                      Initials_____   Date_____

      33-_____-_____

Stabbing Investigation                              Initials_____   Date_____

      33-_____-_____

Shooting Investigation                              Initials_____   Date_____

      33-_____-_____

Theft – Vehicle                                     Initials_____   Date_____

      33-_____-_____

Traffic Crash                                       Initials_____   Date_____

      33-_____-_____

Shoplifting                                         Initials_____   Date_____

      33-_____-_____

Vandalism                                           Initials_____   Date_____

      33-_____-_____

Worthless Check                                     Initials_____   Date_____

      33-_____-_____

Other (specify)

_____                     Initials_____   Date_____

      33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____          Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____

_____     Initials_____  Date_____

33-_____-_____


**I HAVE BEEN INSTRUCTED IN ALL ITEMS LISTED IN THE
TRAINING GUIDE AS INDICATED BY MY INITIALS ADJACENT TO
EACH ITEM.**


_____     _____
SIGNATURE OF POLICE RECRUIT                    DATE


_____     _____
SIGNATURE OF FIELD TRAINING OFFICER            DATE


_____     _____
SIGNATURE OF EXECUTIVE LIEUTENANT/             DATE
FIELD TRAINING LIEUTENANT



# HOLLYWOOD POLICE DEPARTMENT
## TRAINING & PROFESSIONAL DEVELOPMENT
## NEW CIVILIAN MEMBER ORIENTATION TRAINING

**CIVILIAN MEMBER NAME:**

**ORIENTATION SCHEDULE DATE:**

---

## PURPOSE:

**To ensure that newly appointed Agency Members receive appropriate training.**

## DESCRIPTION:

**I have received orientation training in the following areas:**

☐    The Agency's C.O.P. philosophy, role, purpose, goals, policies and procedures.

     Initial _____

☐    The Agency's working conditions and regulations.      ☐   My rights and responsibilities.

     Initial _____                   Initial _____

☐    The Accreditation process.      ☐   Harassment and Discrimination.

     Initial _____                   Initial _____

☐    The Hepatitis B (HBV) Vaccination Program (outlined in SOP# 119 XII)

     Initial _____

**SIGNATURE OF MEMBER**
**RECEIVING THE TRAINING:** _____ **DATE:** _____

**SIGNATURE OF SUPERVISOR**
**CONDUCTING THE TRAINING:** _____ **DATE:** _____

Forward this completed form to the Personnel Unit for inclusion into the Member's Personnel File.

---

# *Certificate of Commission*

*Know ye that I, _____, Chief of Police of the City of Hollywood Police Department, having special trust and confidence in the skill and integrity of*

## *X*

*Do hereby recognize he has successfully passed the probationary period for the position of*

## *X*

*And I do authorize and enjoin him to execute and perform all duties thereof, and he is vested with the powers and responsibilities, which by law, may pertain to the said office, so long as he shall hold the same by virtue of her employment. The same to become effective on the _____ day of _____, 2014.*

_____

*Chief of Police*



# HOLLYWOOD POLICE DEPARTMENT
## RECRUIT'S
## MANDATORY RULES OF CONDUCT

1.   Recruits will stay in their assigned area during training hours.

2.   Recruits will address all Department Members by their rank and last name. Members of the public will be addressed as sir or ma'am.

3.   No Recruit will enter the Patrol Section Administrative Lieutenant's office or the Sergeant's office when the door is closed without first knocking and then receiving permission to enter.

4.   A Recruit's Training Officer/FTO is their immediate Supervisor.  All requests will go through the FTO unless an emergency exists.

5.   All Recruits will maintain proper hygiene in accordance with the Department's Operations Manual.

6.   Recruits will have the Operations Manual and Field Training Manual with them at all times unless directed otherwise by their Training Officer/FTO.

7.   Firearms and radios may be worn by Recruits only after graduation from the Police Academy, being sworn in at City Hall, and being qualified by the Range Master.

8.   All Departmental equipment shall be properly secured when not in use.

9.   Recruits are responsible for maintaining their Recruit Training Guide.  Recruits will initial and date each section after they have reviewed it with their Training Officer/FTO.

10.   Recruits will be prompt to all training functions.

11.   While off duty, Recruits will not respond to Police calls and will only intervene in Law violations when someone's immediate safety is being threatened.

12.   Violation of any of the above rules will be documented via typed Memorandum and forwarded to the Administrative Lieutenant.

Recruit's Signature: _____ Date: _____

FTO's Signature:_____ Date: _____

Training Sgt.'s Signature: _____ Date: _____



# HOLLYWOOD POLICE DEPARTMENT
## RECRUITS DAILY OBSERVATION REPORT

**RECRUIT** _____   **FTO** _____   **DATE:** _____

**RATING INSTRUCTIONS:**   Rate observed behavior utilizing the scale below. Specific comments are required for all ratings of unsatisfactory. Refer to the Standardized Evaluation Guidelines.

**S**- SATISFACTORY         **U**- UNSATISFACTORY

**NO**- NOT OBSERVED        **NRT**- NOT RESPONDING TO TRAINING

| **APPEARANCE** | **S** | **U** | **NO** | **NRT** |
|---|---|---|---|---|
| 1. Hygiene-General | ☐ | ☐ | ☐ | ☐ |
| 2. Uniform Standards | ☐ | ☐ | ☐ | ☐ |

| **KNOWLEDGE** | | | | |
|---|---|---|---|---|
| 3. Knowledge of Dept. Policies and Procedures | ☐ | ☐ | ☐ | ☐ |
| 4. Knowledge of Florida State Statutes | ☐ | ☐ | ☐ | ☐ |
| 5. Knowledge of Municipal Ordinances | ☐ | ☐ | ☐ | ☐ |

| **PERFORMANCE** | | | | |
|---|---|---|---|---|
| 6.  Driving Skills: Normal Conditions | ☐ | ☐ | ☐ | ☐ |
| 7.  Driving Skills: Moderate Stress | ☐ | ☐ | ☐ | ☐ |
| 8.  Use of Locale: Orientation and Response Time to Calls | ☐ | ☐ | ☐ | ☐ |
| 9.  Ability to recognize Landmarks as location reference | ☐ | ☐ | ☐ | ☐ |
| 10. Routine Forms: accuracy and thoroughness | ☐ | ☐ | ☐ | ☐ |
| 11. Report Writing: Organization, details, And grammatical correctness. | ☐ | ☐ | ☐ | ☐ |
| 12. Report Writing: Timeliness | ☐ | ☐ | ☐ | ☐ |
| 13. Field Performance: Normal Conditions | ☐ | ☐ | ☐ | ☐ |
| 14. Field Performance: Stressful Conditions | ☐ | ☐ | ☐ | ☐ |
| 15. Self-Initiated Field Activity | ☐ | ☐ | ☐ | ☐ |
| 16. Officer Safety: General | ☐ | ☐ | ☐ | ☐ |
| 17. Officer Safety: Suspects-Prisoners | ☐ | ☐ | ☐ | ☐ |
| 18. Officer Safety: Traffic Stops | ☐ | ☐ | ☐ | ☐ |
| 19. Ability to Control Conflict | ☐ | ☐ | ☐ | ☐ |
| 20. Appropriate use of voice commands and general command presence | ☐ | ☐ | ☐ | ☐ |
| 21. Use of Common Sense and Good Judgement | ☐ | ☐ | ☐ | ☐ |
| 22. Radio: Appropriate Use of "10-Codes" | ☐ | ☐ | ☐ | ☐ |
| 23. Proper Radio Procedures-General | ☐ | ☐ | ☐ | ☐ |

|  | S | U | NO | NRT |
|---|---|---|---|---|
| 24.  Acceptance to feedback | ☐ | ☐ | ☐ | ☐ |
| 25. General attitude towards Police work | ☐ | ☐ | ☐ | ☐ |
| 26. Investigative Skill | ☐ | ☐ | ☐ | ☐ |

## INTERPERSONAL SKILLS

| | S | U | NO | NRT |
|---|---|---|---|---|
| 27. Interaction with Citizens: General | ☐ | ☐ | ☐ | ☐ |
| 28. Interaction with Supervisors/Command Staff | ☐ | ☐ | ☐ | ☐ |
| 29. Interaction with other Department Members | ☐ | ☐ | ☐ | ☐ |
| 30. Interaction with Field Training Officers | ☐ | ☐ | ☐ | ☐ |

## UNSATISFACTORY PERFORMANCE:

## ADDITIONAL COMMENTS:

**Has the recruit been counseled on deficiencies?  Yes ☐ No ☐**

**Did the deficiencies require remedial training? Yes ☐ No ☐**

**If yes, describe the training:**

## WEEKLY SUMMARY:  *(Mandatory at end of work week)

♦  **RECRUIT:** _____
           **Signature and Badge #**

♦  **FTO:** _____
           **Signature and Badge #**

♦  **FTO PROGRAM SUPERVISOR:** _____
                                   **Signature and Badge #**



# HOLLYWOOD POLICE DEPARTMENT
### RECRUITS DAILY OBSERVATION REPORT DURING
### Silent Observer/SOLO PHASE

**RECRUIT:** _____   **FTO:** _____   **DATE:** _____

**RATING INSTRUCTIONS:**   Rate observed behavior utilizing the scale below. Specific comments are required for all ratings of unsatisfactory. Refer to the Standardized Evaluation Guidelines.

## Y – COMPLETED / SATISFACTORY     N – NOT COMPLETED / UNSATISFACTORY

| | Y | N |
|---|---|---|
| **APPEARANCE** | | |
| 1. Hygiene-General | ☐ | ☐ |
| 2. Uniform Standards | ☐ | ☐ |
| **KNOWLEDGE** | | |
| 3. Knowledge of Dept. Policies and Procedures | ☐ | ☐ |
| 4. Knowledge of Florida State Statutes | ☐ | ☐ |
| 5. Knowledge of Municipal Ordinances | ☐ | ☐ |
| **PERFORMANCE** | | |
| 6.  Self-Initiated Field Activity | | |
| Subject Stops | ☐ | ☐ |
| Traffic Stops | ☐ | ☐ |
| Business Checks | ☐ | ☐ |
| Park and Walks | ☐ | ☐ |
| 7.  Officer Safety: | | |
| General | ☐ | ☐ |
| Suspects-Prisoners | ☐ | ☐ |
| Traffic Stops | ☐ | ☐ |
| 8.  Calls Handled Properly | | |
| Forms completed and accurate | ☐ | ☐ |
| Case/Incident numbers given to involved parties | ☐ | ☐ |
| Reports completed and accurate | ☐ | ☐ |
| Appropriate conclusion reached | ☐ | ☐ |
| 9.  Radio Procedures | | |
| General | ☐ | ☐ |
| Proper use of "10 Codes" | ☐ | ☐ |
| Locations given when called | ☐ | ☐ |
| 10.  Acceptance to feedback | ☐ | ☐ |
| 11.  Use of Common Sense and Good Judgment | ☐ | ☐ |

**<u>FTO MADE CONTACT WITH THE FOLLOWING COMPLAINANTS: (Name and Incident #)</u>**

**<u>NOT COMPLETED / UNSATIFACTORY</u>**

**<u>DAILY SUMMARY:</u>**

**Has the recruit been counseled on deficiencies?  Yes ☐ No ☐**

**Did the deficiencies require remedial training? Yes ☐ No ☐**

**If yes, describe the training:**

**<u>WEEKLY SUMMARY</u>:  *(Mandatory at end of work week)**

- ♦ **RECRUIT: _____**
  **Signature and Badge #**

- ♦ **FTO: _____**
  **Signature and Badge #**

- ♦ **FTO PROGRAM SUPERVISOR: _____**
  **Signature and Badge #**



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

### ASSUMPTION OF RISK AND HOLD HARMLESS AGREEMENT

### FOR CITY OF HOLLYWOOD EMPLOYEES

### Dr. Martin Luther King JR. Fitness Center

**WHEREAS**, I, _____ being over the age of eighteen (18), desire to use the City of Hollywood Police Department's Fitness Center exercise equipment; and

**WHEREAS**, I understand that fitness testing and the use of exercise equipment involves certain risks to my health and well-being; and

**WHEREAS**, I further understand that the use of the Dr. Martin Luther King Jr. Center exercise equipment will be subject to restrictions and guidelines established by the City of Hollywood and I hereby agree to adhere to any/all guidelines and procedures set forth.

**NOW, THEREFORE**, in consideration of the permission given me to use the Dr. Martin Luther King Jr. Fitness Center exercise equipment, I do hereby agree and understand that:

1. USE OF THE DR. MARTIN LUTHER KING JR. FITNESS CENTER EXERCISE EQUIPMENT INVOLVES CERTAIN RISK OF INJURY AND I HEREBY ASSUME THE RISK OF INJURY OR DAMAGE WHILE USING THE DR. MARTIN LUTHER KING JR FITNESS CENTER EXERCISE EQUIPMENT.

2. I WILL HOLD THE CITY OF HOLLYWOOD, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES HARMLESS AND AGREE TO RELINQUISH ANY RIGHT OR CLAIM OF ANY KIND OR NATURE THAT MAY ACCRUE IN MY FAVOR AGAINST THE CITY OF HOLLYWOOD, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES ON ACCOUNT OR AS A RESULT OF MY USE OF THE DR. MARTIN LUTHER KING JR'S FITNESS CENTER EXERCISE EQUIPMENT.

3. I, MY HEIRS OR ASSIGNS, HEREBY AGREE TO RELEASE AND HOLD HARMLESS THE CITY OF HOLLYWOOD, ITS EMPLOYEES, AGENTS AND REPRESENTATIVES FOR ANY INJURIES OR ILL EFFECTS TO MY HEALTH THAT MAY OCCUR AS A RESULT OF MY PARTICIPATION IN A FITNESS PROGRAM IN WHICH I AM ENROLLING OR USE OF THE DR. MARTIN LUTHER KING JR'S FITNESS CENTER EXERCISE EQUIPMENT.

4. THIS HOLD HARMLESS AGREEMENT MAY NOT PREVENT ANY RIGHT OR CLAIM TO WORKER'S COMPENSATION COVERAGE ESTABLISHED BY FLORIDA STATE STATUTE OR THE CURRENT COLLECTIVE BARGAINING AGREEMENT.

_____          _____
Signature                                                                          Date

| | **TRAVEL POLICY** | |
|---|---|---|
| | **DEPARTMENT SOP: #113** | **CALEA:** |
| | **EFFECTIVE DATE:  10/10/2005**<br><br>**REVIEW: 02/13/2013** | **CFA:**<br><br>**None** |

**PURPOSE:**  To establish guidelines for the prudent use of public funds covering Member expenses while traveling on City business.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of this Department to provide a travel allowance to all Members traveling on approved City business.  Member reimbursements are not intended to be Member compensation or a Member benefit.  The policy is designed to cover all Member travel.

The City reserves the right to determine the mode of travel, i.e., which airline, and it may specify limousine or charter bus travel rather than City or personal vehicle.

**INDEX:**

**I.      TRAVEL BY AIR ...................................1**

   A.     Airfares & Reimbursement ..................1
   B.     Frequent Flyer Points ...........................2
   C.     Parking Reimbursement ......................2

**II.     TRAVEL BY VEHICLE ...........................2**

   A.     Rental Cars...........................................2
   B.     Car-Pooling...........................................2
   C.     Private Vehicle Reimbursement ..........3
   D.     City Vehicle ...........................................3

**III.    ACCOMODATIONS, PER DIEM, & REIMBURSEMENTS...........................3**

   A.     Hotel Room Rate Policy ......................3
   B.     Telephone Calls...................................3
   C.     Meal Reimbursements.........................4
   D.     Extended Travel...................................4

**IV.     TRAVEL AUTHORIZATION, FUNDING, ADVANCE PAYMENTS, & FORMS ......5**

   A.     Travel Authorization and Funding .......5
   B.     Travel Advance Payments ..................5
   C.     Timing and Submission of Travel Forms ...................................................5
   D.     Fiscal Year Overlap.............................6

**V.      LOCAL & TRI-COUNTY TRAVEL .........6**

   A.     Single-day Events ...............................6
   B.     Multi-day Events ..................................6
   C.     Reimbursement for Use of Personal Automobile ..........................................7

**VI.     Travel for Criminal Investigations .......7**

   A.     Authorization: ......................................7
   B.     Method of Travel: ................................7
   C.     Travel Funding: ...................................7

**PROCEDURE:**

**I.      TRAVEL BY AIR**

   **A.     Airfares & Reimbursement**

      **1.**   The City will reimburse the traveler for the cost of the "Lowest Airfare", using Fort Lauderdale/Hollywood International, Miami International or Palm Beach International airports as the local departure and return points  when flying on any regularly scheduled airline allowing for intermediate stop(s) as long as those stops do not increase travel time by over 2 hours.  Departure(s) is to be between 0700 – 2000 hours local time and the ticket should be issued one week in advance, or within current airline policy, whenever possible.

2. In the event the traveler cannot obtain the lowest airfare due to scheduling problems not within the traveler's control, or unavailability of seats, or any other reason approved by the Department Director, the City will reimburse the actual higher cost "Coach Airfare." However, first class travel rate will not be reimbursed.

3. If the traveler wishes to take a flight, or use a particular airline, for personal reasons, which costs more than the lowest airfare, and the lowest is available, then he or she may do so, but Members will be reimbursed only for the lowest airfare.

4. Lowest airfare will be used as the guideline in comparing costs of personal car vs. air travel, unless proper and timely planning of the trip would have allowed use of an even lower airfare.

   a. Use of lowest airfares, even when there are cancellation penalties, is required when the traveler is reasonably sure of being able to make the trip and scheduling allows such a reservation.

   b. If a reservation is made which has a cancellation penalty and the traveler cannot make the trip due to serious personal or work related problems, and the traveler documented those problems, in writing, at the earliest possible time, the City will be responsible for any penalty. Unused tickets must be returned to the General Accounting Division with indication that the trip was canceled, or the mode of travel changed.

   c. The City will not require the traveler to use alternate airports.  The City will encourage use of alternative airports if it reduces the net cost of travel,

including parking or limousine costs.

**B. Frequent Flyer Points**

Any frequent flying points earned on official City travel must be used on future City travel only.

**C. Parking Reimbursement**

1. The City encourages travelers to obtain their own transportation or parking at Fort Lauderdale/Hollywood International Airport.  Travelers parking at the airport will be reimbursed at long-term rates with receipt.

2. For alternate Miami International or Palm Beach International airports, the traveler will be reimbursed, with receipt, for either parking at the current long-term rate or taxi service up to $20.00 each way, up to $40.00 total.  Those that qualify for mileage reimbursement for personal car use can charge the travel miles to and from the airport.

3. Any parking expense reimbursements covered by this administrative policy, including valet parking, will be limited to regular parking rates.

**II. TRAVEL BY VEHICLE**

**A. Rental Cars**

The policy of the City of Hollywood is that no one is permitted to rent a car. Exceptions must be approved in advance by the Chief of Police.

**B. Car-Pooling**

Personal reasons, such as combining vacation and official travel or spouse transportation, will not be considered adequate justification for not car pooling. While car pooling is not mandatory, it is strongly encouraged.

### C.  Private Vehicle Reimbursement

1. The use of a private car will be reimbursed at the rate authorized by IRS regulations at the time the travel took place to the authorized destination. Mileage will be reimbursed based upon the State's Official Highway Mileage Chart (available on the State of Florida website at www3.dot.state.fl.us/mileage), but total cost will not exceed the lowest airfare, plus any normal limousine fares to and from airports. Parking at the meeting site will be reimbursed provided a receipt is submitted. Meal and lodging reimbursements will be based on scheduled rates. If two or more Members car pool, which is highly recommended, and it results in a net savings to the City, the City will reimburse the owner of the vehicle used to car pool for the trip at the current mileage reimbursement rate.

2. The mileage reimbursement rate includes factors for:

   a. Variable costs: gasoline, oil, lubrication, tires, battery, washing

   b. Fixed costs: depreciation, repairs, insurance and license fees.

3. Those using personal vehicles are required to have the State required automobile insurance coverage of $100,000 for each person, $200,000 each accident and property damage of $25,000. The City will not assume responsibility for any damage to a Member's vehicle. The mileage reimbursement payment includes a factor for liability, collision and comprehensive insurance coverage.

### D.  City Vehicle

1. If a City vehicle is assigned to the traveler, or is available for the traveler's use, it should be used, and may be required.

2. Toll charges, fuel and other travel related expenses will be reimbursed, with proof of original receipts as long as those expenses are approved as being directly related to City business travel.

### III.  ACCOMODATIONS, PER DIEM, & REIMBURSEMENTS

### A.  Hotel Room Rate Policy

1. The City will reimburse the traveler for lodging related receipts after they are reviewed for reasonableness.

2. The City will reimburse for State sales tax, if applied by the hotel, only when the City's tax-exempt letter is not honored.

3. Tips will not be reimbursed.

### B.  Telephone Calls

1. Personal calls will not be reimbursed.

2. Business telephone and facsimile calls will be reimbursed with receipts and proper identification, including person called and purpose of call. Receipt and documentation must be presented with the Travel Expense Report, as required in this policy. Travelers cannot charge these calls on their home telephone or credit card because cost documentation will not be available until a later date.

3. If the hotel adds a service charge for each telephone call, even when those calls are made on a credit card or are 800 number calls, the City will reimburse the traveler for

the service charge(s) for business calls only.

4. Wireless Internet charges may be reimbursed if the Member is conducting City business by responding to Microsoft Outlook emails. Proof that the Member sent or received City email may be required.

## C. Meal Reimbursements

1. The City will reimburse the cost of meals up to the per diem rates for the traveler's destination as established in section 112.061, Florida Statutes. Per Diem rates are available at www.myflorida.com.

2. The traveler will not submit a claim for any meals, which are included as a part of the airfare, registration fee, or are otherwise complimentary. If a continental breakfast is offered as a part of the hotel charge, seminar or meeting, no meal reimbursement will be given for that meal period.

3. The General Accounting Director will authorize meals and lodging based on actual air travel time/date in relation to convening hours of a conference, meeting, etc. Normally the following rules will apply:

   a. Travel prior to beginning date of conference, meeting, etc., overnight lodging and evening meal will be allowed, depending upon the starting time of the conference or meeting.

   b. Return: if the conference or meeting adjournment time, or the availability of flights are such that it will not allow the traveler to return the next day, overnight lodging and breakfast may be allowed.

   c. Breakfast on departure dates from the City will not be allowed.

d. Meal allowance will not normally be provided during actual flight time while traveling by air.

e. While in a travel status, fractional days shall be divided into segments as follows:

   (1). Breakfast:
   Departure prior to 0800 hrs
   Return prior to 1200 hrs

   (2). Lunch:
   Departure 0801-1200 hrs
   Return 1201-1800 hrs

   (3). Dinner:
   Departure 1201-1800 hrs
   Return 0801- 0000 hrs

   (4). Lodging:
   Overnight

## D. Extended Travel

Extended Travel may be requested by the traveler, or dictated by significantly lower airfares.

1. If requested by the traveler, extended travel may be allowed at the beginning or end of the trip, in order to reduce costs to the City, as supported by proper documentation.

2. Extended travel will not occur during the traveler's normal work time

3. The traveler will be reimbursed for per diem and lodging during the extended travel time, as long as the total net cost resulted in a cost reduction to the City.

   If a traveler is combining City business and vacation, and part of the extended travel time consisted of a bridge between the two, no reimbursement for expenses incurred during that bridge time will be allowed.

## IV. TRAVEL AUTHORIZATION, FUNDING, ADVANCE PAYMENTS, & FORMS

### A. Travel Authorization and Funding

1. Department Directors will have the authority to utilize their department travel budget appropriation in a manner which they determine will further City and Departmental objectives. While individual trips are identified for budget justification, actual trips are to be taken at the discretion of the Department Director in accordance with this policy. Executive personnel planning to travel must submit a memo to the City Manager requesting permission for the trip and explaining its purpose and benefits.

2. Budgeted travel consists of those trips whose costs can be accommodated within the adopted travel appropriation for the particular department. Travel Request Forms are to be approved by the Department Director and submitted to the Office of Budget and Procurement Services for review and approval prior to initiating travel. In addition, Travel Request Forms for executive personnel must be accompanied by a copy of a memo already approved by the City Manager authorizing travel.

3. Non-budgeted travel is travel whose costs will cause the department's total travel appropriation to be exceeded. Travel Request Forms for these trips will be approved by the Department Director and submitted to the Office of Budget and Procurement Services for review and approval. Prior to approval by the Department Director, the method of paying for the trip must be identified. Any flow of funds from another budget must accompany the advance forms.

4. It is the responsibility of the individual departments to ensure that their travel accounts do not exceed budgeted amounts without approv-al of the Office of Budget and Procurement Services.

### B. Travel Advance Payments

1. Advances for conference registrations, airfares and hotel reservations will be processed upon submission of a Travel Request Form (see **Appendix A**), except as otherwise noted in **Section V, LOCAL & TRI-COUNTY TRAVEL**, Local Travel.

2. If the total estimated per diem rates and other out-of-pocket expenses not covered in Section IV.B.1 (the preceding paragraph) exceed $100.00, a cash advance may be requested on a Travel Request Form.

3. All travel advances must be reconciled by submitting a Travel Expense Report upon completion of the trip even if no reimbursement is due. Prepaid hotel charges must be supported with an original hotel bill.

4. Airfare and other expenses will be reimbursed when the supporting ticket stub or receipts are presented with the Travel Expense Report Form (see **Appendix B**).

### C. Timing and Submission of Travel Forms

1. The traveler shall submit a Travel Request Form at a minimum of four (4) weeks prior to departure date. A copy of AVAILABLE BROCHURES AND LITERATURE must be attached to the Travel Request Form, specifically showing lodging and registration rates and any expenses included in the registration rate (e.g., meals).

2. Close attention should be paid to critical dates within BROCHURES AND LITERATURE for cut-off dates where savings to the City can be achieved, (i.e., early regis-

tration, bargain room rates, etc.) The completed Travel Request should be received in the General Accounting Division three weeks prior to the date the first check for any portion of the travel is to be issued.

3.  Travel receipts, and related items are to be submitted to the General Accounting Division on a Travel Expense Report Form, within five (5) working days after completion of the trip, or future travel advances will be denied until the outstanding report is submitted.

### D.  Fiscal Year Overlap

Travel which occurs in the next fiscal year will be approved out of current fiscal year funds only if the travel occurs within the first 30 days of the next fiscal year and the required prior payment is processed in September of the current fiscal year in accordance with the fiscal year end closing procedures.

## V.  LOCAL & TRI-COUNTY TRAVEL

Destinations in Broward, Miami-Dade, and Palm Beach counties.

### A.  Single-day Events

Travel Request Forms are not required for one-day events in the Tri-County area. Instead, a (DPV) Direct Payment Voucher (see **Appendix E**) form is to be used to request the conference or seminar registration fee.  If parking, mileage, tolls and meal reimbursements are allowed, as provided in other sections of this policy, a DPV form is to be completed by Fiscal Affairs upon return to the City and supported by a mileage summary, parking and toll receipts, or other applicable forms and receipts.

### B.  Multi-day Events

For conferences or seminars lasting more than one day, the following procedures apply:

1.  Tolls and Parking:

   a.  If a City car is used, tolls and parking will be reimbursed on a Travel Expense Report Form.

   b.  If a personal car is used, mileage at the current rate, plus tolls and parking,      will be reimbursed, except for those in management receiving a vehicle allowance who will be reimbursed only for tolls and parking.   For reimbursement, use a monthly mileage summary and a Travel Expense Report Form.

2.  Meal Reimbursement:

   a.  If a meal is part of the official program of the conference or is otherwise complimentary, no reimbursement will be provided.

   b.  If the Member is required, as part of the reason for the travel, to be out of the City and to return home after 2000 hours the cost of the evening meal, up to the current local per diem amount, will be allowed with a receipt.

   c.  All meal reimbursements will be submitted on a Travel Expense Report Form.

3.  Hotels:

   Hotel costs are not authorized, except in special situations, which are approved by the Department and the General Accounting Director.

4.  Advances:

   Only conference registration advances will be issued for travel in the Tri-County area.

**C. Reimbursement for Use of Personal Automobile**

1. All City Members not receiving a monthly management vehicle allowance are eligible for reimbursement for mileage when using their personal vehicles for authorized City business. Mileage reimbursement for the first and last trip of a weekday will be based on the distance between Police Department headquarters, rather than the place of residence, and the destination. For the weekend travel and travel originating after 1800 hours on weekdays, mileage will be measured from the Member's place of residence.

2. Reimbursement for mileage will be made at the rate authorized by IRS regulations at the time the travel took place. This mileage reimbursement rate includes factors for variable costs: gasoline, oil, lubrication, tires, battery, washing, and fixed costs: depreciation, repairs, insurance and license fees. Those using personal vehicles must have the State required automobile insurance coverage, plus minimum liability insurance coverage of $100,000 for each person, $200,000 each accident, and property damage of $25,000. The City will not assume responsibility for any damage to an Member's vehicle. The mileage reimbursement payment includes a factor for liability, collision and comprehensive insurance coverage.

3. For reimbursement, each Member must complete in detail a Monthly Mileage Reimbursement Summary (see **Appendix D**) with a DPV form (filled out by Fiscal Affairs) and submit it to his Supervisor and Department Director for approval.

4. After department approval, all forms should be forwarded directly to the General Accounting Division within five (5) working days after the end of each month.

5. In the event the total local travel mileage reimbursement plus parking expense is less than $15.00 for the month for non-routine travel to a conference, monthly meeting or other approved event or purpose, a Member may submit the Monthly Mileage Reimbursement Summary and parking receipt, along with a Petty Cash Disbursement Request (see **Appendix C**) approved by the Member's Department Director, to Fiscal Affairs for reimbursement. Such reimbursements are subject to review by the city's General Accounting Division and to subsequent adjustment, if necessary. The Member is responsible for reimbursing the City in the event of a subsequently identified discrepancy or error that resulted in an overpayment.

   This provision excludes any travel originating with a Travel Request Form. Such travel, regardless of the amount of reimbursement, must be completed using the procedures specified in Section IV.C Timing and Submission of Travel Forms.

6. Illegible or incomplete forms that lack authorized signatures, Member numbers, etc., will be returned to the department for completion or correction before being processed.

**VI. Travel for Criminal Investigations**

**A. Authorization:**

Members requiring emergency travel for a criminal investigation must receive approval through their Chain of Command.

**B. Method of Travel:**

The type of travel mode (vehicle, airline, etc) will be    determined by the distance of the destination and the urgency of the Member's arrival.

**C. Travel Funding:**

Payment for travel, hotel, per diem, and other related expenses will come from the appropriate Investigative Fund account.   All original receipts must be submitted to Fiscal Affairs.

APPROVED BY:

*Frank G. Fernandez*   **04/03/2008**

**Frank G. Fernandez**      Date
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Travel Request Form

- **Appendix B:**  Travel Expense Report Form

- **Appendix C:**  Petty Cash Disbursement Request

- **Appendix D:**  Monthly Mileage Reimbursement Summary

- **Appendix E:**  Direct Payment Voucher



# *City of Hollywood, Florida*

## TRAVEL REQUEST

| Requester | Employee No. | Department # | Date |
|-----------|--------------|--------------|------|
| Destination | Travel Method | Dates of Trip<br>From:<br>To: | Budget Acct. No. |

| | Cost | Notes: |
|---|---|---|
| Lodging | | |
| Food <OR> | | |
| Per Diem | | |
| Transportation | | |
| Registration Fees | | |
| Other | | **Travel Advance Requested** |
| Total | | ☐ **No**    ☐ **Yes**        **Amount:** |

**Purpose of Trip:**


_____     _____     _____     _____
**Requester (Signature)**                        **Date**                        **Approved (Dept. Head)**                        **Date**


_____     _____     _____     _____
**Approved (Director of the Office of**          **Date**                        **Approved (City Mgr.)**                        **Date**
**Budget and Procurement Services)**                                                   **(When Required)**


### FOR FINANCIAL SERVICES DEPARTMENT USE ONLY

| Amount Advanced | Received (Req. Sig.) | Voucher No. | Check No. | Date |
|-----------------|----------------------|-------------|-----------|------|
| $ | | | | |

## Refer to Administrative Policy

Copy Distribution:     Finance                     Requester Comeback                     Requester File



# *City of Hollywood, Florida*

## TRAVEL EXPENSE REPORT

| Name: | Department: | Employee No.: |
|---|---|---|
| Destination: | Departed (Time/Date): | Returned (Time/Date) |

| Item | Day Date | Sun. | Mon. | Tues. | Wed. | Thurs. | Fri. | Sat. | Total |
|---|---|---|---|---|---|---|---|---|---|
| Lodging | | | | | | | | | |
| Breakfast | | | | | | | | | |
| Lunch | | | | | | | | | |
| Dinner or | | | | | | | | | |
| Per Diem Allowance | | | | | | | | | |
| Transportation | | | | | | | | | |
| Registration Fee | | | | | | | | | |
| Tips | | | | | | | | | |
| Taxi/Bus Fares | | | | | | | | | |
| Vehicle Tolls | | | | | | | | | |
| Parking Fees | | | | | | | | | |
| City Vehicle | | | | | | | | | |
| Total | | | | | | | | | |

| Total Advanced | | Budget Acct No. |
|---|---|---|
| Total Expense | | |
| Due  City or | | Voucher No. |
| Due Requester | | |

Remarks:

Elapsed Time and Amounts Certified Correct:

Traveler: (Sig)          Date                    Approved (Dept. Head)                    Date

**Instructions:**

1. Fill out the section above that is applicable to your travel, i.e., Per Diem Allowance or Actual Expenses.
2. Other Allowable expense items are listed.  If any such expenses were incurred list same under proper day.
3. This form is to be supported by paid receipts for Hotel Room (when on Actual Expenses), Registration Fee, Toll Fees, Gasoline Tickets,  and any or all other slips that are obtainable.
4. Within five days (5) of return, accounting must be made on this form, properly signed, and submitted to the Finance Department.  Excess advanced funds will be returned to the Finance Department.  Amounts due the payee will be processed by Finance.
5. For trips longer than seven (7) days, continue on additional forms.

Copy Distribution:  Finance, Employee (Validated), Employee file



# *City of Hollywood, Florida*

### PETTY CASH DISBURSEMENT REQUEST:

(To be completed by requesting department and submitted to the Department of Financial Planning & Administration/Asset Development Division).

Date:

      Department/Division:

      Payee:

      Description of Expenditure to be Reimbursed and Purpose for the Expenditure:


Amount:

Account to be Charged:


Approved By:  _____

                                 (Department or Division Head)

Original Date:  10/10/2005           Page 1 of 1
Revised Date:                             Appendix C SOP #113
File Name:  Appendix C - Petty Cash Disbursement Request.doc



# *City of Hollywood, Florida*

## MONTHLY MILEAGE SUMMARY

| Name: | Department: | Employee No.: | Date: |
|-------|-------------|---------------|-------|

| | |
|-----|-----|
| **1ST** | |
| **2ND** | |
| **3RD** | |
| **4TH** | |
| **5TH** | |
| **6TH** | |
| **7TH** | |
| **8TH** | |
| **9TH** | |
| **10TH** | |
| **11TH** | |
| **12TH** | |
| **13TH** | |
| **14TH** | |
| **15TH** | |
| **16TH** | |
| **17TH** | |
| **18TH** | |
| **19TH** | |
| **20TH** | |
| **21ST** | |
| **22ND** | |
| **23RD** | |
| **24TH** | |
| **25TH** | |
| **26TH** | |
| **27TH** | |
| **28TH** | |
| **29TH** | |
| **30TH** | |
| **31ST** | |
| **TOTAL** | |



# *City of Hollywood, Florida*

### DIRECT PAYMENT VOUCHER

### TO FINANCE DEPARTMENT

DPV #

Date:

Pay to:  Vendor No.
Name:
Address:
City :
State/Zip

Amount of Payment:
Account No.:
Separate Check Requested ☐
Invoice Number:

Explanation of Payment:

| Item | Budget Line Item | Item Description | Unit | Quantity | Unit Price | Extension/Total |
|------|------------------|-----------------|------|----------|-----------|-----------------|
| 1 | | Subscription | | | | |
| 2 | | Dues & Membership Fee | | | | |
| 3 | | Postage Meter/Stamps | | | | |
| 4 | | Host Account Reimbursements | | | | |
| 5 | | Licenses, Permits, Certificates | | | | |
| 6 | | Payments to other Gov't. Agency | | | | |
| 7 | | Court Cost | | | | |
| 8 | | Real Estate Closing - Attach Stmt. | | | | |
| 9 | | Advertising - attach tearsheet | | | | |
| 10 | | Books - attach order list | | | | |
| 11 | | Education Courses/Seminars | | | | |
| 12 | | Education/Reimbursements | | | | |
| 13 | | Government Publications | | | | |
| 14 | | Taxes | | | | |
| 15 | | Records/Slides/Films | | | | |
| 16 | | Deferred Comp./Bank Payments | | | | |
| 17 | | Medical Payment | | | | |
| 18 | | Veterinary Payments | | | | |
| 19 | | Insurance Premiums | | | | |
| 20 | | Grant Disbursements | | | | |
| 21 | | Utilities | | | | |
| 22 | | Dump Fees | | | | |
| 23 | | Refunds | | | | |
| 24 | | Courier/Freight | | | | |
| 25 | | Petty Cash Reimbursement | | | | |
| 26 | | Other Professional Services | | | | |
| 27 | | Recreation Performance Payments | | | | |
| 28 | | Special Events | | | | |
| 29 | | Temporary Employment Services | | | | |
| 30 | | Meal (one-day tri-county travel) | | | | |
| 31 | | Parking/tolls (one-day tri-county travel) | | | | |
| 32 | | Mileage | | | | |
| | | | | | **Total:** | |

Originated by:

 Department/Division: _____ Dept. Head: _____ Date: _____

Financial Services:_____ Date: _____

City Commission or City Manager Action: _____ Date: _____

_____
City Manager Signature (if required)

Distribution List:        Finance        Procurement Services        Department Copy

Original Date:  10/10/2005                                                                      Page 1 of 1
Revised Date:                                                               Appendix E SOP #113
File Name:  Appendix E - Direct Payment Voucher.doc

| | GOALS AND OBJECTIVES | |
|---|---|---|
|  | **DEPARTMENT SOP: #114** | **CALEA: 15.2.1** |
| | **EFFECTIVE DATE: 04/08/2014** **REVIEW:** | **CFA:  1.04** |

**PURPOSE:**   To provide guidelines for establishing and routinely updating goals and operational objectives for the Department and within each component within the agency.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY**:   Law Enforcement leaders must successfully manage the day-to-day operations within their areas of responsibility, while also looking to the future.   The establishment of organizational goals and objectives is a process that serves the interests of both the Department and the community.

The development of goals and objectives provides the opportunity for input into Departmental activities from all levels and functional areas within the organization.   The goals and objectives highlight areas of importance and provide a sense of direction to all employees of the Department.

Published goals and objectives provide information to the community and communicate an organizational philosophy as they relate to service and internal management.

**INDEX:**

I.   **ESTABLISHING GOALS** ............................1

   A.   Performance Activities shall: ...............1
   B.   Participation:.........................................1

II.   **PLANNING PROCESS** ..............................2

III.   **OBJECTIVES AND PERFORMANCE ACTIVITIES** ..................................................2

   A.   Responsibilities:....................................2

IV.   **IMPLEMENTATION** ...................................2

V.   **REPORTING** ...............................................3

VI.   **DEFINITIONS:** ............................................3

   A.   GOAL: ..................................................3
   B.   OBJECTIVES:.....................................3
   C.   PERFORMANCE ACTIVITY: ..............3

**PROCEDURE:**

I.   **ESTABLISHING GOALS**

To ensure that the future needs of the organization are considered, the Department will review, revise and promulgate goals and objectives annually.   Each organizational component, down through the unit level, will review the Department's goals and objectives to work towards achieving the department's goals and objectives. **[1.04A]**

A.   **Performance Activities shall:**

   1.   Be realistic;

   2.   Be measureable; **[1.04B]**

   3.   Identify organizational components or individuals responsible for the task; and

   4.   In all cases, seek to improve the delivery of service to the community.

B.   **Participation:**

Supervisory personnel shall involve employees, at all levels, in the preparation of objectives and performance activities relating to their area of responsibility. The participative effort in setting objec-

tives and performance activities helps to develop an organization that reflects the knowledge, needs, and interests of all employees and their respective organizational component.

## II. PLANNING PROCESS

In recognition of a changing environment and a need to be responsive to conditions which affect the Department's ability to deliver professional police services, a review and revision of the goals, objectives and performance measures shall take place annually as part of the budgetary process. **[1.04C]**

**A.** During the first quarter of the fiscal year (October-December), a meeting (follow-up meetings, as necessary) will be scheduled by the Chief of Police to review and evaluate the progress made toward achieving the Department's existing goals and objectives and to make recommendations for goals and objectives for the following fiscal year. The meeting will be attended by employees who represent a cross section of the organization.

**B.** By January 15th of each fiscal year, the recommendations accepted during the October-December planning meetings will be disseminated in the form of Department-wide objectives and performance activity statements to be accomplished in the upcoming fiscal year.

## III. OBJECTIVES AND PERFORMANCE ACTIVITIES

**A. Responsibilities:**

    **1.** By January 15th of each fiscal year, each Division and subordinate component will be responsible for identifying objectives and performance activities that are consistent with the Department-wide goals.

    **2.** Division Majors shall encourage all members, at all levels of the Division, to submit goals and objectives. All goals and objectives must be submitted in writing to their respective Division Major.

    **3.** Objective/activities requiring commitments from other components of the Department will be coordinated prior to submission.

    **4.** After the objectives/performance activities have been developed (with supporting documentation, if necessary), they will be reviewed and approved by the appropriate Assistant Chief before being submitted to the Chief of Police.

    **5.** The final, approved version of the objectives/performance activities will be submitted along with the Division's new budget request by the 3rd quarter of the fiscal year in accordance with the City's budget schedule.

    **6.** The goals, objectives and performance activities will be posted for each fiscal year on the City of Hollywood website **[15.2.1]**

    **7.** It is recognized that the adherence to the budget preparation process, requires setting objectives, etc.; nearly a year before action on them is commenced.

        **a.** Nothing herein shall prohibit any organizational component from implementing the new objectives, etc. prior to the upcoming fiscal year.

        **b.** The recognition of changed priorities, funding resources, or other situations beyond the control of the Department may require revisions to planned actions. A revised plan may be submitted to the Chief of Police at any time via the Chain-of-Command.

## IV. IMPLEMENTATION

The Assistant Chiefs of Police are responsible for ensuring every effort is made to achieve the goals and objectives set forth by the Department.

## V. REPORTING

**A.** The Assistant Chief for each Division is responsible for preparing an annual report for the Chief of Police and shall be submitted on the 15th of October of each year. This report must provide documentation regarding achievement of the specified goals and objectives or, if not achieved, an explanation. **[1.04C][15.2.1]**

## VI. DEFINITIONS

**A. GOAL:**

A relatively broad statement of the result the agency intends to achieve. A goal usually requires a relatively long time (more than a year) to achieve and, whenever possible, should be stated in a way that permits measurement of its achievement.

**B. OBJECTIVES:**

An end result that one intends to attain in order to achieve partial fulfillment of a goal. An objective is a sub-goal or an element of a goal and, therefore, may require a shorter time to accomplish than a goal.

**C. PERFORMANCE ACTIVITY:**

Statements describing the task, who will perform it, and the criteria for satisfactory achievement of the objective.

**ATTACHMENTS:**

APPROVED BY:

**08/20/2014**
**Frank G. Fernandez          Date**
**Chief of Police**

| FAMILY AND MEDICAL LEAVE ACT (FMLA) | | |
|---|---|---|
| | **DEPARTMENT SOP: #115** | **CALEA:** |
| | **EFFECTIVE DATE: 04/01/2014**<br>**REVIEW:** | **CFA:** |

**PURPOSE:**   To outline the conditions under which leave in conformance with the Family and Medical Leave Act of 1993 and new military family leave entitlements enacted under the National Defense Authorization Act of 2008, may be requested by an employee or designated by the City.  This policy provides for time off without pay for a limited period with job protection and no loss of accumulated service if the employee returns to work.

The Hollywood Police Department Family and Medical Leave SOP, mirrors the City of Hollywood's policy.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY**:  A family or medical leave of absence is defined as an approved absence available to eligible employees for up to twelve (12) weeks of leave per year (12 months) under particular circumstances that are critical to the employees or their family members. The twelve (12) month period shall consist of the time beginning with the approved leave and extending over the subsequent twelve (12) months.

**INDEX:**

I.      FAMILY LEAVE ......................................1

II.     REQUESTED LEAVE ..............................2

III.    DESIGNATED LEAVE ............................3

IV.     MEDICAL DOCUMENTATION AND ADDITIONAL OPINIONS........................3

V.      FITNESS FOR DUTY CERTIFICATION ..3

VI.     DEFINITIONS: ........................................3

A.      FMLA: ................................................3

**PROCEDURE:**

**I.   FAMILY LEAVE**

Leave may be taken:

**A.**  For the birth of an employee's child;

**B.**  For the placement of a child for adoption or foster care with an employee;

**C.**  When an employee is needed to care for a child, spouse, parent, or registered domestic partner who has a serious health condition; or

**D.**  When an employee is unable to perform at least one of the essential functions of his or her position because of the employee's own serious health condition, regardless of whether it was the result of an "on or off" the job circumstances.

**E.**  For any qualifying exigency related to a spouse, son, daughter or parent's active duty, deployment overseas, or notification of an impending call or order to active duty in the Armed Forces in support of a contingency operation.

**F.**  When an employee is the caregiver of a spouse, son, daughter, parent, or next of kin who is an Armed Forces covered service member (or veteran) and suffers injury or illness in the line of duty.

**G.** Unless otherwise provided for in a collective bargaining agreement, all regular employees are eligible for leave under this policy if employed by the City for at least twelve (12) months and if they have worked at least 1,250 hours during the twelve (12) month period immediately preceding the requested leave. Leave will be in accordance with the Family and Medical Leave Act of 1993.

**H.** Leave may be taken on an intermittent or reduced-leave schedule if it is medically necessary for a serious health condition of the employee or his or her spouse, child, or parent.

**I.** Spouses or registered domestic partners who are both employed by the City are entitled to a total of twelve (12) weeks leave (rather than 12 weeks for each spouse) for the birth or placement in adoption or foster care.

**J.** An eligible employee is entitled to take up to 12 workweeks of unpaid FMLA leave for any qualifying exigency when the employee's spouse, child or parent is on active duty or deployed overseas (or has been notified of an impending call or order to active duty) in the Armed Forces in support of a contingency operation.

**K.** An eligible employee who is the spouse, son, daughter, parent or next of kin of a covered service member is entitled to a total of 26 workweeks of unpaid FMLA leave during a single 12-month period to care for the service member who is undergoing medical treatment or who is medically unfit to perform military duties due to an injury or illness incurred while on active duty.

**L.** An eligible employee is entitled to 26 weeks of unpaid leave to render care to the employee's spouse, child, parent, or next of kin who is a veteran of the Armed Forces if at any time within the five year period preceding the date on which the veteran undergoes medical treatment, therapy or recuperation for a serious injury or illness, the veteran had been an active member of the Armed Forces. The leave also applies to the family member who provides care to a veteran whose injury or illness existed before the service member's active deployment and was aggravated by active duty service.

**M.** Service member FMLA runs concurrent with other leave entitlements provided under federal law.

**N.** This policy is intended to provide general guidelines of the FMLA. All questions concerning this policy shall be controlled by the Family and Medical Leave Act of 1993 and its Amendments. For more information on FLMA, please visit the United States Department of Labor website.

## II.   REQUESTED LEAVE

**A.** Employees requiring the use of Family Leave must submit a City of Hollywood Application for Family and Medical Leave (see **Appendix A**) to their Supervisor no later than thirty (30) days prior to the need for such leave unless it is an unforeseeable emergency.

1. Employees requesting a leave for their own serious health condition will complete form WH-380E. Employees are responsible to have the treating physician complete Section III of the Certification of Health Care Provider for Employee's Serious Health Condition form (see **Appendix B**)

2. Employees requesting a leave for the care of a child, spouse, domestic partner, parent or next of kin who is a veteran of the Armed Forces (5 year period pre-ceding the date on which the veteran undergoes medical treatment) will complete form WH-380F. Employees are responsible to have the treating physician complete Section III of the Certification of Health Care Provider for Family Member's Serious Health Condition form (see **Appendix C**)

**B.** Employees requesting Family Leave will be required to utilize accrued sick or annual leave benefits before becoming eligible for the unpaid leave. Use of accrued sick or annual leave by the employee will be counted as part of the family leave time entitlement. Employees will continue to be eligible for health and life insurance coverage during the leave of absence.

## III. DESIGNATED LEAVE

**A.** The Department/Office must designate FMLA when any illness meets the Acts qualifications. Once the Department/Office has become aware that the leave is being taken for an FMLA reason, the Department/Office must promptly notify the employee and Human Resources that the leave will be counted as FMLA. This notice may be oral, but will be followed by written notification/confirmation from Human Resources.

**B.** An employee returning from Family Leave is entitled to the position held before the Family Leave began, assuming that the position is vacant. If the former position is not vacant, the employee will be offered an equivalent position with no reduction in salary or benefits. Questions regarding more specific details should be directed to Human Resources.

**C.** City of Hollywood Policy HR-04-071.1 "Unfunded Payroll Deductions" will apply to this type of leave.

## IV. MEDICAL DOCUMENTATION AND ADDITIONAL OPINIONS

**A.** The Hollywood Police Department has the right to have the employee examined and/or the medical documentation reviewed by a physician/mental health professional chosen by and paid by the Hollywood Police Department.

**B.** Additional Opinion:

**3.** The Hollywood Police Department has the right to require a second medical opinion by a physician of the agency's choosing if the agency deems it necessary to determine if the leave is warranted under this policy. The cost of the second opinion will be paid by the Hollywood Police Department.

**4.** A third opinion by a physician mutually agreed upon by the parties may be necessary if the first two opinions conflict. The cost of the third opinion will be paid by the Hollywood Police Department.

## V. FITNESS FOR DUTY CERTIFICATION

As a condition of restoration to employment of a member who has taken FMLA leave due to the member's own serious health condition, the member may be required to provide certification from the member's health care provider that the member is able to resume work, (is fit for duty). This certification will be presented to City of Hollywood Human Resources Department via Chain of Command at least two (2) working days prior to the member's anticipated return to work.

## VI. DEFINITIONS:

**A.** FMLA:

Family and Medical Leave Act.

APPROVED BY:

_Frank G. Fernandez_                    04/01/2014

**Frank G. Fernandez**                    **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Application for Family and Medical Leave

- **Appendix B:**  Certification of Health Care Provider for Employee's Serious Health Condition

- **Appendix C:**  Certification of Health Care Provider for Family Member's Serious Health Condition

# CITY OF HOLLYWOOD
Human Resources

## Application for Family and Medical Leave

Name: _____     Department: _____

Job Title: _____     Supervisor: _____

Home Address: _____     City: _____ Zip: _____

Day Phone: _____     Work Phone: _____

Under the Family and Medical Leave Act (FMLA), eligible employees are entitled to up to 12 weeks of job-protected leave for certain family and medical reasons.  Please submit this request form to your supervisor at least 30 days before leave is to commence, when practicable.  When submission of the request 30 days in advance is not possible, submit the request as early as possible before leave would commence.   The City reserves the right to deny or postpone leave for failure to give appropriate notice when such denial/postponement would be permitted under Federal and State law.

## ELIGIBILITY DETERMINATION

1. Counting any periods of time that you worked for the City (whether they were consecutive or not), have you worked for the City for a total of 12 months or more?
   _____ YES          _____ NO
   (If YES, continue.  If NO, stop here.)

2. During the past 12 months, have you worked at least 1,250 hours?
   _____ YES          _____ NO

3. Have you previously received family or medical leave?
   _____ YES          _____ NO

   If YES, dates of previous leave:  from _____ to _____

   Purpose of previous leave: _____

4. Have you taken any previous intermittent leave?         _____YES _____ NO
   Have you taken extended time off from scheduled hrs?    _____ YES _____ NO
   If YES, provide details:

   _____

   _____

## REASON(S) FOR REQUESTING LEAVE (check and complete all that apply)

I am requesting leave for the following reason(s):

–   Personal serious health condition ____

–   Serious health condition of

| | | | |
|---|---|---|---|
| Spouse: | ____ | Name: | _____ |
| Child: | ____ | Name: | _____ |
| Parent: | ____ | Name: | _____ |

–   Birth of child: ____   Expected date of delivery: _____

–   Adoption or placement of a child or foster care: ____

Child's name: _____

Date of adoption/placement: _____

–   Because of a qualifying exigency arising out of the fact that your ____ spouse; ____ child; ____ parent is on active duty or called to active duty status in support of a contingency operation as a member of the National Guard or Reserves.

–   Because you are the ____ spouse; ____ child; ____ parent; _____ next of kin of a covered service member with a serious injury or illness.

**Note:  A leave request based on an employee's serious health condition or the serious health condition of an employee's spouse, child, or parent MUST be accompanied by a verifying medical certification from the attending physician.**

## DATES OF REQUESTED LEAVE (complete all that apply)

I request leave from _____ through _____

My expected return to work date: _____

I request intermittent leave according to the following schedule:

_____

_____

I request a reduced schedule leave according to the following schedule:

_____

_____

The total number of days of requested leave: _____ work days
If intermittent leave, total number of hours requested: _____ hours

**WORK SCHEDULE**

Please provide your regular work schedule:

Days of the week      _____

Hours per day          _____

**AUTHORIZATION**

I hereby authorize the City of Hollywood to contact my physician to verify the reason for my requested leave or for any other information concerning my requested family and medical leave.

Physician's name _____ Phone _____

Additionally, I understand that a failure to return to work at the end of my leave period may be treated as a resignation unless an extension has been agreed upon and approved in writing by my Department Director and the Director of Human Resources.

Signature _____ Date _____

**REVIEWED BY:**

Department/Office Director _____ Date _____

Human Resources _____ Date _____

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 2/28/2015

## SECTION I:  For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:**  The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health provider.  Please complete Section I before giving this form to your employee.  Your response is voluntary.  While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _____

Employee's job title: _____ Regular work schedule: _____

Employee's essential job functions: _____

_____

Check if job description is attached: _____

## SECTION II:  For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:**  Please complete Section II before giving this form to your medical provider.  The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections.  29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: _____
First                                              Middle                                       Last

## SECTION III:  For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:**  Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts.  Several questions seek a response as to the frequency or duration of a condition, treatment, etc.  Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient.  Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave.  Please be sure to sign the form on the last page.

Provider's name and business address: _____

Type of practice / Medical specialty: _____

Telephone: (_____)_____ Fax:(_____)_____

Page 1

CONTINUED ON NEXT PAGE

Form WH-380-E  Revised  January 2009

Original Date: 04/01/2014
Revised Date:
File Name: Appendix B - Family and Medical Leave Act

1 of 4
SOP #115

PART A: MEDICAL FACTS

1. Approximate date condition commenced: _____

Probable duration of condition: _____

**Mark below as applicable:**

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? ___No ___Yes. If so, dates of admission:

_____

Date(s) you treated the patient for condition:

_____

Will the patient need to have treatment visits at least twice per year due to the condition? ___No ___Yes.

Was medication, other than over-the-counter medication, prescribed? ___No ___Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ____No ____Yes. If so, state the nature of such treatments and expected duration of treatment:

_____

2. Is the medical condition pregnancy? ___No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ____ No ____ Yes.

If so, identify the job functions the employee is unable to perform:

_____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

_____

_____

_____

_____

_____

_____

_____

CONTINUED ON NEXT PAGE Form WH-380-E Revised January 2009

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ___Yes.

     If so, estimate the beginning and ending dates for the period of incapacity: _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ___Yes.

     If so, are the treatments or the reduced number of hours of work medically necessary?
     ___No ___Yes.

     Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

     _____

     Estimate the part-time or reduced work schedule the employee needs, if any:

     _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ____No ____Yes.

     Is it medically necessary for the employee to be absent from work during the flare-ups?
     ____ No ____Yes. If so, explain:

     _____

     _____

     Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency          : _____ times per _____ week(s) _____ month(s)

        Duration: _____ hours or ___ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_____

_____

_____

_____

_____

_____

                 CONTINUED ON NEXT PAGE             Form WH-380-E Revised January 2009

Original Date: 04/01/2014
Revised Date:                                                    3 of 4
File Name: Appendix B - Family and Medical Leave Act                 SOP #115

Case 0:16-cv-62215-WPD  Document 103-38  Entered on FLSD Docket 07/19/2018  Page 296 of 1512

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____     _____

**Signature of Health Care Provider**                    **Date**

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4                                                                    Form WH-380-E Revised January 2009

Original Date: 04/01/2014
Revised Date:                                                                              4 of 4
File Name: Appendix B - Family and Medical Leave Act                                       SOP #115

Certification of Health Care Provider for
Family Member's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 2/28/2015

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave to care for a covered family member with a serious health condition to submit a medical certification issued by the health care provider of the covered family member. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees' family members, created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies.

Employer name and contact: _____

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your family member or his/her medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name: _____
    First               Middle             Last

Name of family member for whom you will provide care: _____
                                                First         Middle         Last

Relationship of family member to you: _____

If family member is your son or daughter, date of birth: _____

Describe care you will provide to your family member and estimate leave needed to provide care:

_____

_____

_____

_____

_____    _____
Employee Signature                          Date

        CONTINUED ON NEXT PAGE        Form WH-380-F Revised January 2009

Original Date: 04/01/2014
Revised Date:
File Name: Appendix C - Family and Medical Leave Act

1 of 4
SOP #115

**SECTION III:  For Completion by the HEALTH CARE PROVIDER**
**INSTRUCTIONS to the HEALTH CARE PROVIDER:**  The employee listed above has requested leave under the FMLA to care for your patient.  Answer, fully and completely, all applicable parts below.  Several questions seek a response as to the frequency or duration of a condition, treatment, etc.  Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient.  Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave.  Page 3 provides space for additional information, should you need it.  Please be sure to sign the form on the last page.

Provider's name and business address: _____

Type of practice / Medical specialty: _____

Telephone: (_____)_____ Fax:(_____)_____

PART A:  MEDICAL FACTS

1. Approximate date condition commenced: _____

   Probable duration of condition: _____

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   ___No ___Yes. If so, dates of admission: _____

   Date(s) you treated the patient for condition: _____

   Was medication, other than over-the-counter medication, prescribed? ___No ___Yes.

   Will the patient need to have treatment visits at least twice per year due to the condition? ___No ____ Yes

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ____ No ____Yes. If so, state the nature of such treatments and expected duration of treatment:

   _____

   _____

2. Is the medical condition pregnancy? ___No ___Yes. If so, expected delivery date: _____

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _____

   _____

   _____

   _____

CONTINUED ON NEXT PAGE              Form WH-380-F  Revised January 2009

Original Date: 04/01/2014
Revised Date:                                                                                    2 of 4
File Name: Appendix C - Family and Medical Leave Act                                             SOP #115

PART B: AMOUNT OF CARE NEEDED: When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care:

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ___No ___Yes.

Estimate the beginning and ending dates for the period of incapacity: _____

During this time, will the patient need care? __ No __ Yes.

Explain the care needed by the patient and why such care is medically necessary:

_____

_____

_____

_____

_____

5. Will the patient require follow-up treatments, including any time for recovery? ___No ___Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

_____

Explain the care needed by the patient, and why such care is medically necessary: _____

_____

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? __ No __ Yes.

Estimate the hours the patient needs care on an intermittent basis, if any:

_____ hour(s) per day; _____ days per week    from _____ through _____

Explain the care needed by the patient, and why such care is medically necessary:

_____

_____

_____

_____

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? _____No _____Yes.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

Does the patient need care during these flare-ups? _____ No _____ Yes.

Explain the care needed by the patient, and why such care is medically necessary: _____

_____

_____

_____

_____

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_____

_____

_____

_____

_____

_____

_____ _____
**Signature of Health Care Provider**            **Date**

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210.
**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

     Form WH-380-F Revised January 2009

Original Date: 04/01/2014
Revised Date:            4 of 4
File Name: Appendix C - Family and Medical Leave Act      SOP #115

| **TRANSFER PROCESS** | |
|---|---|
| **DEPARTMENT SOP: #118** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 03/04/2014** | **CFA:**<br><br>**NONE** |

**PURPOSE:**  This SOP establishes guidelines for submission of transfer applications for vacancies within Specialized Units, and the application review process leading to the selection of Personnel.  This process is intended to enhance the career path opportunities of Sworn Members.

**SCOPE:**  This SOP applies to all Sworn Police Officers below the rank of Sergeant.

**POLICY:**  Personnel transfers are a Management right, however, Members must be confident that each application for transfer to a Specialized Unit will be given strong consideration to the issues of fairness and impartiality, demonstrated performance, and ensuring the transfer system will provide Specialized Units with prepared and qualified personnel.  The goal is to enhance the effectiveness and efficiency of the Department so as to provide the most professional service to the community.  This SOP has been established to provide all qualified Officers an equal opportunity to apply for transfer to any Specialized Unit.

**INDEX:**

I.   **DIVISION MAJOR RESPONSIBILITIES ....1**

II.  **ELIGIBILITY .................................................2**

III. **DEFINITIONS:.............................................4**

A. CANDIDATE LIST: ......................................4
B. INTERVIEW:...............................................4
C. KSA FORM: ...............................................4
D. TRANSFER APPLICATION: ......................4
E. TRANSFER REQUEST PORTFOLIO:........4

**PROCEDURE:**

I.   **DIVISION MAJOR RESPONSIBILITIES**

   **A.**  When a vacancy or anticipated vacancy becomes available within a specialized unit, the affected Division Major will distribute a memorandum announcing the vacancy.

   **B.**  The memorandum will contain the position sought to be filled and time frame within which officers must submit a complete Transfer Application Portfolio.

   **C.**  Transfer Application Portfolios received after the specified "closing" date on the Major's memorandum will not be accepted.

   **D.**  The Division Major or their designee will develop, review and or update oral interview questions.

   **E.**  Officers' Responsibilities:

   Officers applying for transfer to a Specialized Unit will abide by the following procedures:

   **1.**  Officers will submit a Transfer Request Portfolio consisting of a Transfer Application and a KSA Form - Packet (see **Appendix A**) when a vacancy is posted by the Division Major.

   **2.**  Officers will attach their two most recent Employee Performance Evaluation to the Transfer Request Portfolio.

**3.** Officers are responsible for updating their KSA Form prior to the interview.

**4.** Officers will have to successfully pass an interview in order to be selected for the vacancy.

**F. Supervisors' Responsibilities:**

Supervisors will abide by the following procedures:

**1.** The Officer's immediate Supervisor will review the Transfer Request Portfolio and complete the Recommendation or Non-Recommendation Section of the Transfer Application.

**2.** The Supervisor will forward the Transfer Request Portfolio to the next level in the Chain of Command.

**3.** The affected Lieutenant, Major and Assistant Chief of Police will review the Transfer Request Portfolio indicating their recommendation or non-recommendation.

**4.** The affected Assistant Chief of Police will forward all Transfer Request Portfolios to the Division Major of the affected position.

**G. Non-Recommendation:**

The following procedures and options apply in those instances where an Officer receives a non-recommendation on their Transfer Application:

**1.** A non-recommendation requires that a copy of the Non-Recommendation Report (see **Appendix B**) be given to the Officer. This report will:

**a.** Identify the reasons why the Officer was not recommended.

**b.** Enable the Officer to correct or improve his skills for future consideration.

**2.** The Officer may attach a Memorandum to the Transfer Application explaining why he disagrees with the Non-Recommendation Report.

**3.** The Assistant Chief of Police of the affected Officer will make the final determination as to whether the Officer will be allowed to interview for the available position.

**II. ELIGIBILITY**

**A. Criteria:**

Candidates must meet eligibility requirements before applying for a vacancy and submitting a Transfer Application Portfolio.

**1.** Officers must have completed a minimum of two years of service as a Hollywood Police Officer. Exceptions may be made at the sole discretion of the Chief of Police.

**2.** Officers must have received an overall rating of acceptable on their most recent Employee Performance Evaluation.

**3.** Officers in a limited duty status will not be precluded from consideration.

**B. Selection Process:**

Once all recommended Transfer Application Portfolios are received within the specified time frame:

**1.** The Division Major or designee will schedule a date, time, and location for oral interviews.

**2.** The Division Major or designee will ensure the Internal Affairs Unit has reviewed all KSA Portfolios prior to submission to the Transfer Board.

**3.** The Division Major or designee will be present to facilitate all interviews.

**4.** Priority consideration will be afforded for, but not limited to:

    **a.** Organizational needs.

    **b.** Officer performance.

    **c.** Uninterrupted seniority in the Patrol Division, Patrol Section.

    **d.** Opportunity for personnel development.

**5.** Supervisory transfers will be at the discretion of the Chief of Police.

**6.** Members who are selected for assignment to the Vice, Intelligence and Narcotics Unit will be required to submit to an additional background check. Background checks could be performed by the following entities:

    **a.** Florida Department of Law Enforcement, depending on assignment to specific State and local Task Force.

    **b.** Any Federal Agency, dependant of assignment to specific Federal Task Force.

    **c.** Any other authorized agency as approved by the Chief of Police or his designee.

**7.** Assignment to any of the following Departmental entities is considered special assignments, not transfers. Therefore, Members requesting assignment to one of the following entities will refer to the appropriate Department SOP for application procedures and selection criteria:

    **a.** Field Training Officer.

    **b.** SWAT Team.

    **c.** Underwater Search and Recovery Team.

    **d.** Honor Guard.

    **e.** Crisis Negotiation Team.

    **f.** Field Force.

**C. Transfer Recommendation Board (TRB):**

The Transfer Recommendation Board is responsible for overseeing the screening, testing and recommendation of applicants for assignment.

**1.** The Transfer Recommendation Board will be diverse and representative of the department. It will be comprised of the following:

    **a.** The Division Major or Lieutenant, Sergeant and Officer from the Specialized Unit. Board Members will be selected by the Division Major from that Division.

    **b.** A Sworn Officer from a patrol district will also be selected for the Board.

**2.** The Division Major or Lieutenant will chair the board only to assist the remaining Board Members in achieving a consensus.

**3.** A new board will be selected for each announced vacancy.

**4.** The Transfer Board will select three candidates for recommendation. If more than one position is available, two additional candidates will be selected.

**5.** The Transfer Board will provide the Division Major of the affected vacancy a list of candidates in the recommended order to be selected. That Division Major will provide the list with their recommendation to the Office of the Police Chief via memorandum. The Chief will finalize all transfer decisions. A copy of that list will be forwarded to the personnel Unit.

## III. DEFINITIONS:

### A. CANDIDATE LIST:

The list of Candidates submitted to the Chief of Police or his designee for eligibility to fill vacant positions in Specialized Units.

### B. INTERVIEW:

An interview will be defined as oral communication between the candidate and an interview board which allows the candidate an opportunity to discuss their qualifications.

### C. KSA FORM:

The KSA form shall include general information relating to the background information of a candidate as it relates to their experience and qualifications for the position.

### D. TRANSFER APPLICATION:

A form completed by a Member for the purpose of requesting consideration for transfer to a Specialized Unit

### E. TRANSFER REQUEST PORTFOLIO:

A portfolio consisting of the Transfer Application and Knowledge, Skills and Abilities Form.

## ATTACHMENTS:

- **Appendix A:** Transfer Request Portfolio

- **Appendix B:** Non-Recommendation Report.

- **Appendix C:** Knowledge, Skills and Abilities

APPROVED BY:

_____   **03/04/2014**

**Frank G. Fernandez**          **Date**
**Chief of Police**



# Transfer

# Request

# Portfolio



# HOLLYWOOD POLICE DEPARTMENT
## TRANSFER APPLICATION

Officer: _____   Badge # _____

Current Assignment: _____   Date of Transfer: _____

(You must attach your most recent Performance Evaluation.)

REQUESTED ASSIGNMENT:

1. _____

2. _____

Officer Signature: _____   Date: _____

### SERGEANT REVIEW

☐ Recommend
☐ Non-Recommendation (Requires Non-Recommendation Report)

Sergeant Signature: _____   Date: _____

### LIEUTENANT REVIEW

☐ Recommend
☐ Non-Recommendation (Requires Non-Recommendation Report)

Lieutenant Signature: _____   Date: _____

### MAJOR REVIEW

☐ Recommendation
☐ Non-Recommendation (Requires Non-Recommendation Report)

Major Signature: _____   Date: _____

### ASSISTANT CHIEF REVIEW

☐ Recommendation
☐ Non-Recommendation (Requires Non-Recommendation Report)

Assistant Chief Signature: _____   Date: _____



# HOLLYWOOD POLICE DEPARTMENT
**Knowledge, Skills and Abilities Form**

Officer: _____   Badge # _____

Current Assignment: _____   Date of Transfer: _____
(You must attach your most recent Performance Evaluation.)

REQUESTED ASSIGNMENT:
1.

SPECIALIZED TRAINING RELATED TO POSITION:
1.
2.
3.

OTHER RELATED TRAINING:
1.
2.
3.

RELATED SPECIALIZED SKILLS AND ABILITIES:
1.
2.
3.

DISCIPLINARY ACTION WITHIN 2 YEARS:          ☐ YES          ☐ NO
TWO MOST RECENT EVALUATIONS ATTACHED:     ☐ YES          ☐ NO

_____

## EVALUATORS ASSESSMENT
( EVALUATOR USE ONLY)

SELF-INITIATED ACTIVITY (2 YEARS)
ARRESTS MADE (2 YEARS)

☐ PERSONNEL RECORDS REVIEWED (LAST 2 YEARS)
   COMMENTS:

☐ BACKGROUND EVALUATION:
   2 SUPERVISORS          ☐
   2 PEERS                ☐

ORAL INTERVIEW: (ATTACH QUESTIONNAIRE AND RESULTS)
CERTIFICATIONS CONFIRMED:     ☐
WORK PRODUCT REVIEWED:        ☐

EVALUATORS:
1.
2.
3.
4.
5.

# HOLLYWOOD POLICE DEPARTMENT
## TRANSFER APPLICATION-NON-RECOMMENDATION REPORT

Officer: _____ Badge #_____

REQUESTED ASSIGNMENTS:

1. _____

2. _____

I DO NOT RECOMMEND THIS OFFICER FOR TRANSFER DUE TO THE FOLLOWING REASON(S):
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Supervisor Signature: _____ Date: _____

**ASSISTANT CHIEF:**
☐ I Concur, Officer will not be placed on Candidate List.
☐ I Do not concur, Officer placed on Candidate List.

_____ _____
      Assistant Chief Signature           Date

**Note:** A copy of this report will be forwarded to the Officer.

## BEACH UNIT

## KNOWLEDGE, SKILLS AND ABILITIES

### REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

### DESIRED SKILLS AND ABILITIES:

- State Statue/City Ordinance.
- Beach Streets.
- Beach Citations.

### DESIRED TRAINING:

- Advanced ATV Riding Skills.
- Basic Understanding of COP/POP philosophy.
- Knowledge of Landlord/Tennant laws.
- Ability and willingness to work effectively outdoors in extreme heat.
- Ability and willingness to work varied hours.
- Desire to enforce Municipal Ordinances pertaining to quality of life issues.
- Tactical Police Bicycle Operations.



# DOWNTOWN CORRIDOR BIKE UNIT OFFICER

# KNOWLEDGE, SKILLS AND ABILITIES

## REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

## DESIRED SKILLS AND ABILITIES:

- Ability and willingness to work varied shifts.
- Ability to adapt to a variety of environmental conditions.
- Possess strong public relations skills.
- Awareness of the special requirements and policing problems common to the downtown commercial and residential area, including vagrants, intoxicated persons, elderly and disabled individuals, homelessness.
- Ability to successfully complete a Police Bicycling course.
- Ability to ride a bicycle and work in crowd situations.
- Enhanced knowledge of City Ordinances and State Statutes.
- Basic understanding of COP/POP philosophy.

## DESIRED TRAINING:

- Tactical Police Bicycle Operations.



| INVESTIGATIVE SERVICES |
| --- |
| **KNOWLEDGE, SKILLS AND ABILITIES** |

## REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

## DESIRED SKILLS AND ABILITIES:

- Ability and willingness to work varied hours, shifts and days, to include beyond regularly scheduled hours.
- Ability to conduct thorough investigations.
- Ability to deal with people in difficult and stressful situations.
- Willingness to be on-call during off duty hours.
- Advanced report writing skills.
- Ability and willingness to work in different surroundings.
- Ability to work in a self-directed environment.

## DESIRED TRAINING:

- Investigative Interview school.
- Criminal Investigation school.
- CJIS Computer course.
- Surveillance techniques.
- Confidential Informant course.
- Courtroom Preparation, Presentation and Testimony Course.
- Advanced Report Writing Course.

_____



## K-9 UNIT OFFICER

## KNOWLEDGE, SKILLS AND ABILITIES

### REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

### DESIRED SKILLS AND ABILITIES:

- Ability to work with a police dog.
- Willingness to devote personal time to the care and maintenance of the police dog.
- Good physical condition.
- Ability to swim with the police dog.
- Ability to put on K-9 demonstrations to large groups of people.
- Must be available for call-outs.

### DESIRED TRAINING:

- Defensive Driving course.
- Special Tactical Problems course.
- Crime Scene Management course.
- Instructor Techniques course.
- K9 Guide for Road Patrol.
- Any additional canine related Training or Seminars.



## MARINE UNIT

## KNOWLEDGE, SKILLS AND ABILITIES

### REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

### DESIRED SKILLS AND ABILITIES:

- Extensive boating operation experience.
- Boat trailering skills.
- Knowledge of boat operations and maintenance.
- Ability to communicate and work effectively with other agencies.
- Desire to enforce boating, fishing, environmental regulations.
- Ability to work varied hours.
- Ability to swim.

### DESIRED TRAINING:

- U.S. Coast Guard Boating Safety Course.



# MOTOR UNIT

# KNOWLEDGE, SKILLS AND ABILITIES

## REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

## DESIRED SKILLS AND ABILITIES:

- Display maturity with safe driving record.
- Ability to communicate and work effectively with other agencies.
- Familiar with basic motorcycle operations.
- Self-Motivated with ability to work alone.
- Ability to issue both hand written and computer generated citations.
- Willingness to participate in motorcycle skill training seminars throughout the year.
- Ability to work with limited supervision.
- Ability to deal with people in difficult and stressful situations.
- Ability to safely store motorcycle during off-duty hours.

## DESIRED TRAINING:

- Radar Certified
- Ability to successfully complete Motor Officer Certification Course.
- Advance Motorcycle Rider Training:  Presidential Motorcades, Funeral Escorts, Scheduled City of Hollywood Events, and monthly in-house training requirements



# SCHOOL RESOURCE OFFICER

# KNOWLEDGE, SKILLS AND ABILITIES

## REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental General Orders.
- Basic Investigative Techniques.
- Basic report writing skills.
-

## DESIRED SKILLS AND ABILITIES:

- Excellent patrol procedures.
- Excellent written and verbal communication skills.
- Patience.
- Interpersonal skills.
- Self-motivated.
- Able to design and implement problem-solving strategies in partnership with the school, community.
- Public speaking experience.
- Able to deal with people in difficult or stressful situations.
- Ability to be empathetic with children.
- Ability to communicate effectively with parents.
- Ability to exercise temper control when dealing with children.
- Advanced report writing skills.
- Ability to respond to calls during off-duty hours.

## DESIRED TRAINING:

- Kinesics Interview school.
- Instructor Techniques school.
- Investigative Interview school.
- Dealing with Difficult People course.
- SRO School.



## STREET CRIMES UNIT DETECTIVE

## KNOWLEDGE, SKILLS AND ABILITIES

### REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

### DESIRED SKILLS AND ABILITIES:

- Ability to design and implement problem-solving strategies in partnership with the community, utilizing the SARA method.
- Self-motivated and a team player.
- Knowledge of the Police Information System (PI), including CAD, RMS and the CJIS computer programs.
- Street level drug enforcement skills.
- Has effected arrest for narcotics.
- Ability to work flexible hours / schedules.
- Able to work independently or with a team.

### DESIRED TRAINING:

- Training related to illegal narcotics.
- Street level drug enforcement.
- Computer classes.
- Narcotics Identification classes.



## TRAFFIC HOMICIDE INVESTIGATIONS

## KNOWLEDGE, SKILLS AND ABILITIES

### REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

### DESIRED SKILLS AND ABILITIES:

- Effective mathematical skills.
- Ability to conduct thorough investigations.
- Ability to deal with people in difficult and stressful situations.
- Ability to work with limited supervision.
- Interest in DUI investigations and enforcement.
- Computer skills.
- Self-motivated..
- Ability to respond to call-outs during off-duty hours.
- Ability to work late evening and midnight hours.
- Basic police and patrol procedures.
- Traffic laws.
- Traffic accident investigation and reporting procedures.
- D.U.I. investigation procedures.

### DESIRED TRAINING:

- Radar Operators course.
- Traffic Accident Investigation course.
- Standardized Field Sobriety Testing course.



| | TRAINING UNIT OFFICER |
| | KNOWLEDGE, SKILLS AND ABILITIES |

## REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental SOP's.
- Basic Investigative Techniques.
- Basic report writing skills.

## DESIRED SKILLS AND ABILITIES:

- Excellent verbal and written skills.
- Ability to develop lesson plans and implement training programs.
- Ability to make presentations.
- Ability to counsel and train individuals.
- Ability to prepare reports.
- Computer skills.
- Time Management skills.
- Ability to coordinate and supervise various training activities.
- Public speaking experience.

## DESIRED TRAINING:

- Instructor Techniques.
- Field Training Officer.



# VICE, INTELLIGENCE AND NARCOTICS UNIT DETECTIVE

# KNOWLEDGE, SKILLS AND ABILITIES

## REQUIRED KNOWLEDGE:

- Criminal Statutes.
- City Ordinances.
- Departmental General Orders.
- Basic Investigative Techniques.
- Basic report writing skills.

## DESIRED SKILLS AND ABILITIES:

- Demonstrates investigative abilities in complicated situations.
- Role-playing ability.
- Foreign language skills.
- Knowledge of photography and electronic equipment; i.e. video recorders, transmitters.
- Photography and Video training.
- Computer skills.
- Ability to work with informants.
- Ability to work undercover.
- Ability to work varied shifts and be available for 24 hour call out.
- Ability to adapt to differing surroundings.
- High proficiency with firearms or above average qualification scores.
- Knowledge of street level narcotics and enforcement techniques.
- Ability to work as a team player.
- Organized and able to document information for long term cases.
- Familiar with VIN Unit SOP, Confidential Informant SOP, Property and Evidence SOP and Investigative Funds SOP.
- Familiar with Department and BSO evidence handling.
- Ability to present case to the Courts in a professional, organized and logical manner.

## DESIRED TRAINING:

- Investigative Interview school.
- Kinesics Interview school.



# VICE, INTELLIGENCE AND NARCOTICS UNIT DETECTIVE

# KNOWLEDGE, SKILLS AND ABILITIES

- Criminal Investigations school.
- Forgery / Fraud investigations.
- Surveillance Techniques.
- Intelligence Operations.
- Major Case Investigations course.
- CJIS Computer course.
- Confidential Informants course.
- Basic Narcotics Investigations course.
- Forfeiture / Seizure training.
- Court Testimony experience.

Original Date: 10/28/2013      Page **2** of **2**
Revised Date:      Appendix D SOP #118
File Name: Appendix C Knowledge, Skills and Abilities

|  | **INFECTIOUS DISEASE CONTROL** | |
|---|---|---|
| | **DEPARTMENT SOP: #119** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW DATE: 03/27/2014** | **CFA:** **37.01A-J, 37.02 A-I** |

**PURPOSE:** This policy is intended to provide procedural safeguards to protect "at risk" Members against health hazards resulting from exposure to blood, airborne pathogens, and other potentially infectious body fluids. Further, this SOP is intended to assist in minimizing the risks of occupational exposure and identify recognized practices when an exposure incident occurs.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Department is committed to the health and safety of its Members. As such, it is the policy of the Department to provide Members with up to date safety procedures and information that will assist in reducing the risks associated with potential occupational exposure to blood borne pathogens, while increasing their knowledge and understanding of the potential risks involved through policy and training.

This SOP is in compliance with the Occupational Safety and Health Act, 29 U.S.C. 655, 29 CFR 1910.1030, and Florida Administrative Code 10D-104 and 381-20. In an effort to reduce the risks involved with exposure incidents, Personal Protective Equipment will be provided to all "at risk" Members by the Department. This SOP, which uses engineering and work practice controls, will serve as the Department's Exposure Control Plan.

**INDEX:**

I.      **EXPOSURE DETERMINATIONS [37.01A]** ...................................................**2**

A.   At Risk Determinants:..........................2
B.   Occupational Exposure: ......................2

II.     **RESPONSIBILITY...................................2**

A.   Annual Policy Review: [37.01J].............2
B.   Exposure Control Officer:....................2

III.    **INFECTIOUS DISEASES ....................3**

A.   Transmission of Infectious Diseases: ..3
B.   Susceptibility: ....................................3
C.   Members who are Pregnant:..............3
D.   Disclosure of a Serious Communicable Disease: .............................................3

IV.    **WORK PRACTICE CONTROLS [37.01C]3**

A.   Personal Protective Equipment:..........3
B.   Universal Precautions: [37.01B]............4

V.     **HYPODERMIC NEEDLES AND SYRINGES [37.01E,H] .............................4**

A.   Collection and Disposal: [37.01E] .........4
B.   Member Injuries from Hypodermic Needles: [37.01H] ..................................4

VI.    **EXPOSURE CONTROL........................5**

A.   Exposure Possibilities: ........................5
B.   Disposal [37.01C]: ...............................5

VII.   **MEMBER EXPOSURES TO AND TREATMENT OF BLOODBORNE AND AIRBORNE [37.01H] ...............................5**

A.   Initial Exposure: [37.01H] ......................5
B.   Members Infected by a Known Communicable Disease: [37.01H].........6
C.   Evidentiary Examination:.....................6
D.   Cost of Testing: ..................................7
E.   Disclosure of Test Results: .................7
F.   Incident Notification:...........................7

VIII.  **CRIME SCENE AND EVIDENCE ..........8**

A.   Safeguards: ........................................8
B.   Member Responsibilities: ....................8

IX.    **DECONTAMINATION AND STORAGE [37.01C,D,F,I] .........................................8**

A.   Vehicles:.............................................8
B.   Property:..............................................8

**X.     REGULATED WASTE MANAGEMENT [37.01E]** ....................................9

A.   Inspection of Discarded Infectious Waste: ....................................9
B.   Collection of Discarded Infectious Waste: ....................................9
C.   Disposal of Discarded Infectious Waste: ....................................9
D.   Reporting Requirements of Discarded Infectious Waste: ....................9

**XI.    OCCUPATIONAL EXPOSURE TRAINING PROGRAM [37.02]** .............10

A.   Training Responsibility: **[37.02A-I]** .......10
B.   Training Records: .............................10

**XII.   HEPATITIS B (HBV) VACCINATION PROGRAM [37.05]** ................................10

A.   Vaccination: ..................................10
B.   Hepatitis B Vaccination Form: ...........11
C.   Voluntary Refusal: ............................11
D.   Documentation: ...............................11
E.   Re-Vaccinations: ..............................11
F.   Members are encouraged to have an annual PPD skin test for TB, unless they have a known prior positive PPD skin test. ............................................11

**XIII.  RECORD KEEPING** ............................11

A.   Retention: .....................................11
B.   Review and Tracking: ......................11
C.   Exposure Incident File: ....................11

**XIV.   DEFINITIONS:** ....................................11

A.   AIDS (ACQUIRED IMMUNE DEFICIENCY SYNDROME): ............11
B.   AIRBORNE PATHOGENS: ...............12
C.   BLOODBORNE PATHOGENS: ........12
D.   ENGINEERING CONTROLS: ...........12
E.   EXPOSURE CONTROL OFFICER: ..12
F.   EXPOSURE CONTROL PLAN: ........12
G.   EXPOSURE INCIDENT: ..................12
H.   HIPAA: ............................................12
I.   UNIVERSAL PRECAUTIONS: ..........12

**PROCEDURE:**

## I.     EXPOSURE DETERMINATIONS [37.01A]

### A.   At Risk Determinants:

Risk determination will be based upon job classification and the work duties, responsibilities and procedures of a Member's assignment.

Members identified "At Risk" include the following:

1.   Police Officers.

2.   Crime Scene Technicians.

3.   Community Service Officers.

4.   Property Unit Members.

### B.   Occupational Exposure:

Situations that may create the potential for an occupational exposure to infectious disease, include, but are not limited to:

1.   Providing first aid.

2.   Arrest situations.

3.   Exposure to areas where the presence of body fluids are, or can be expected to be present.

4.   Gathering and handling evidence contaminated with body fluid.

5.   Crime scene processing.

6.   Exposure to body fluids present in Police vehicles during servicing by Fleet personnel.

## II.    RESPONSIBILITY

### A.   Annual Policy Review: [37.01J]

The Training and Professional Development Unit (T&PD) is responsible for the maintenance of this SOP, which serves as the Department's Exposure Control Plan.

T&PD will annually review the Exposure Control Plan with consideration for updating procedures designed to eliminate or minimize occupational exposure as necessary. **[37.01J]**

### B.   Exposure Control Officer:

The Exposure Control Officer will be the Training Sergeant assigned to T&PD.

1. The Exposure Control Officer will be qualified through recognized occupational training.

2. Revisions to the Exposure Control Plan will be the responsibility of the Exposure Control Officer.

3. The Training Sergeant will designate a properly trained and qualified Member to be an alternate Exposure Control Officer in the event of the Training Sergeant's absence.

## III. INFECTIOUS DISEASES

### A. Transmission of Infectious Diseases:

The transmission of infectious diseases requires the presence of five factors:

1. **An infectious agent:**  A microscopic organism such as a virus or bacterium usually found in an infected person.

2. Exit of the infectious agent through the blood or other body fluids (blood borne) or respiration (airborne) by the infected person.

3. Contact by the Member with contaminated blood or other body fluids, or with airborne droplets of the infectious agent.

4. Entry into the Member's body through a needle stick; respiration; contact with the Member's mouth, nose or eyes; through broken skin; or by other means.

5. Susceptibility or the Member's lack of protection from potential infection.

### B. Susceptibility:

Members should consult with their private Physician regarding susceptibility if they are taking prescription medicines.

### C. Members who are Pregnant:

Report any direct contact with blood or other body fluids or with infected persons contacted in the line of duty to their Physician as soon as possible.

### D. Disclosure of a Serious Communicable Disease:

Members who have knowledge that they are a carrier of a communicable disease, which may endanger, or expose others to a serious communicable disease, will immediately report this information to their Supervisor.

1. Supervisory Personnel are responsible for providing notification to Command Staff Members.

2. Members may be required to undergo a medical examination by a qualified Physician provided by the Department.

## IV. WORK PRACTICE CONTROLS [37.01C]

### A. Personal Protective Equipment:

Personal Protective Equipment (PPE) will be used whenever the potential for occupational exposure exists.  One PPE will be kept in each Police vehicle.

1. PPE is available from the Storeroom and includes the following items:

    a. Disposable, single use, latex gloves.

    b. CPR barrier masks.

    c. Anti-microbial skin wipes /Hand Sanitizer gel.

2. Protective clothing such as gowns and shoe covers will be worn in extreme occupational exposure incidents and are available through the Crime Scene Investigations Unit.

3. Collection and disposal of contaminated PPE will comply with the procedure set forth in **Section IX** of this SOP.

**B.  Universal Precautions:** [37.01B]

According to the concept of Universal Precautions, all human blood and body fluids are treated as if known to be infectious for HIV, HBV, and other blood-borne pathogens.

In a Police setting, **"UNIVERSAL PRE-CAUTIONS"** refers to:

1.  The consistent use of disposable, single use gloves, protective face shields, CPR mask and other available PPE appropriate to the situation.

2.  Proper handling of hypodermic needles and other sharps.

3.  Immediate and thorough hand washing or cleansing with germicidal hand wipes;

4.  Immediate and thorough cleaning and decontamination of contaminated equipment, clothing and work surfaces with a ten-to-one water to bleach solution.

5.  Modification of Police functions such as searches and processing of physical evidence.

**V.  HYPODERMIC NEEDLES AND SYRINGES** [37.01E,H]

Hypodermic needles and syringes should be considered contaminated.  Members should use caution and take universal precautions when handling hypodermic needles and syringes.

**A.  Collection and Disposal:** [37.01E]

Hypodermic needles and syringes will be collected and disposed of according to the Property and Evidence SOP.

**B.  Member Injuries from Hypodermic Needles:** [37.01H]

If a Member is injured as a result of coming in contact with a hypodermic needle, they will seek immediate medi-

cal treatment and will be guided by the following procedures. [37.01H]

1.  Have a Crime Scene Technician respond to photograph the hypodermic needle and then seal the hypodermic needle in the puncture resistant, appropriately labeled, evidence cylinder.

2.  The Crime Scene Technician will enter the photograph into property, in lieu of the hypodermic needle, as evidence.

3.  The Crime Scene Technician will advise the Broward County Health Department, Environmental Health Department, at (954) 467-4935, of the incident and deliver the hypodermic needle to the facility at 2421 SW 6 AVE., Ft. Lauderdale, (open Mon.-Fri., 8 AM- 5 PM) for testing.

    a.  If the hypodermic needle is obtained during non-business hours, it will be transported to the facility on the next business day.

    b.  It is the responsibility of the transporting Crime Scene Technician to ensure the Environmental Health Department personnel sign the property sheet to acknowledge receipt of the hypodermic needle.  The property sheet is to be turned in to the Records Unit.

    c.  The Broward County Environmental Health Department will furnish the Department with test results.

4.  All incidents will be reported to the Exposure Control Officer, or the designated alternate, and to the Legal Advisor as soon as practical, by the affected Member's Supervisor.

5.  Supervisors are responsible for completing a Contagious Disease Supplement form (see **Appendix A**) an Accident Injury Report form (see **Appendix B**), a First Report of Inju-

ry or Illness form (see **Appendix C**), and a Workers Compensation Report form (see **Appendix E**).

## VI. EXPOSURE CONTROL

### A. Exposure Possibilities:

Whenever the possibility of an exposure exists from bloodborne or airborne infectious diseases, the following be adhered to:

1. Appropriate PPE will be utilized at all times, when practical.

2. Extreme caution should be used during searches to prevent accidental skin punctures.

3. Whenever possible, ask suspects if they are in possession of hypodermic needles, syringes or other sharp objects, and, if so, to voluntarily relinquish those items.

4. If it is necessary to search manually, always wear protective gloves and proceed slowly and carefully.

5. Avoid touching the telephone, radio, and any other equipment or personal items with contaminated gloves.

6. Subjects with blood or body fluids on their persons should be transported separately from other subjects when possible.   Fire-Rescue will be summoned when a subject with body fluids present needs to be transported to a hospital for medical treatment.

### B. Disposal [37.01C]:

After the completion of a task or search where PPE, or other protective items were used, and the protective equipment has become contaminated with body fluids, it will be removed with caution, placed in a red plastic biohazard bag, and disposed of within the guidelines set forth in **Section IX-B**, of this SOP. **[37.01I]**

## VII. MEMBER EXPOSURES TO AND TREATMENT OF BLOODBORNE AND AIRBORNE [37.01H]

Members who have had physical contact with body fluids of another person will be considered exposed to a communicable disease.  While most exposures do not result in infection, Members will be guided by all procedures set forth in this SOP in an effort to reduce risks.

### A. Initial Exposure: [37.01H]

Members will immediately notify their Supervisor if they believe that they have been exposed as a result of physical contact with the body fluids of another person.

1. If deemed necessary, the Member will respond to Memorial Regional Hospital or Memorial Regional South for immediate medical treatment. **[37.01H]**

2. Members will be guided by the recommendation of qualified health care providers.

3. **Human Bites:**   Members should adhere to the following precautions to minimize the risk of infection: **[37.01H]**

   a. Encourage the wound to bleed by applying pressure and "squeeze" around the wound.

   b. Wash the affected area thoroughly with soap and hot running water for 10 to 15 minutes.

   c. Seek immediate medical attention through Memorial Regional Hospital or Memorial Regional South

4. Members exposed to suspected or known case of: Meningococcal Meningitis, Staphylococcus Aureus (Staph) bacteria, Metichillin - Resistant (MRSA) and Shingles/Chicken Pox, should seek immediate medical evaluation.

5. Supervisors are responsible for completing a Contagious Disease Supplement form (see **Appendix A**), an Accident Injury Report form (see **Appendix B**), a First Report of Injury or Illness form (see **Appendix C**), and a Workers Compensation Report form (see **Appendix E**).

6. All reports will be forwarded to the Legal Advisor, and copies simultaneously sent to the Exposure Control Officer in T&PD by the preparing Supervisor as soon as practical.

7. The Exposure Control Officer, or the designated alternate, will create an Exposure Incident file that will be housed in the T&PD office.

8. The Legal Advisor will review the incident and immediately prepare and send appropriate court motions as described in Section C below.

**B. Members Infected by a Known Communicable Disease:** [37.01H]

Members exposed by an occupational exposure and subsequently infected by a communicable disease will:

1. Respond to the appropriate health care facility for clinical and serological testing for evidence of infection and comply with their instructions. [37.01H]

2. Member's experiencing an HIV exposure incident will be evaluated clinically and serologically for infection immediately.   Members exposed to HIV and Hepatitis B should be seen by a physician within 2 hours of exposure.  Evaluations will be repeated at intervals of 6 weeks, 3 months, 6 months and 12 months. [37.01H]

3. Member's exposed to TB will immediately respond to Memorial Regional Hospital or Memorial Regional South for testing.   Member's showing positive results will continue testing as prescribed by a li-

censed Physician of the Departments choice. [37.01H]

4. Members exposed to TB should document persons whom contact was made with, and possible locations for future investigation.

**C. Evidentiary Examination:**

FSS 384.287 states that a Member acting within the scope of their employment who comes into contact with a person in such a way that significant exposure has occurred may seek a court order directing that the person who is the source of the significant exposure submit to screening.  The Department may seek the court order on the Member's behalf.

1. A sworn statement by a licensed Physician that a significant exposure has occurred and that, in the Physician's medical judgment, the screening is medically necessary to determine the course of treatment for the employee constitutes probable cause for the issuance of the order by the court.

2. The Legal Advisor will be responsible for sending the appropriate court motions to the State Attorney's Office or the court to have the offending subject tested or his test results released.  If a court appearance is necessary, the exposed Member may be required to attend the court proceedings requesting the subject's blood withdrawal for testing.

3. The Exposure Control Officer will coordinate with the Legal Advisor and note in the Exposure Incident file any court date(s) and any projected date(s) test results will be available to the Member.

4. A copy of the Member's Workers Compensation Report form (see **Appendix E**), along with the Contagious Disease Supplement form (see **Appendix A**), completed by a licensed Physician, will be attached to the P.C. Affidavit.  All information concerning the Member's injury,

along with the request to have a court order issued to have the offending subject tested, will be included in the written narrative of the Probable Cause Affidavit.

**D.  Cost of Testing:**

The Department will bear the cost of, and ensure continued testing of the Member as prescribed by a licensed Physician of the Departments choice.

**E.  Disclosure of Test Results:**

**1.  Member:**

Unless the Member, State Law or Court Order authorizes disclosure, the Member's test results will remain confidential.

**2.  Subject:**

**a.** Due to the Health Insurance Portability and Accountability Act of 1996 (HIPAA), the subject's test results may <u>only</u> be communicated to the exposed Member.

**b.** If a court order is issued requiring blood withdrawal of the subject, the Judge will arrange with the exposed Member the time and manner in which the Member will be notified. The Member will notify the Exposure Control Officer of the target date given by the Judge.

**3.  Follow Up by Exposure Control Officer:**

**a.** If the Exposure Control Officer is not informed of the target date for the release of the test results, he will contact the Member to obtain the date given to the Member by the Judge.

**b.** Upon notification of the test results, the Member will, within one (1) week, notify the Exposure Control Officer that the re-

sults were received and the date or receipt will be noted in the Exposure Incident file.

**c.** If the results are not received by the Member in accordance with the Judge's arrangements, the Member will inform the Exposure Control Officer, who will coordinate with the Legal Advisor to contact the assigned Prosecutor or Judge to facilitate the release of the results to the exposed Member.

**d.** If the Member does not notify the Exposure Control Officer that the test results were received, the Exposure Control Officer will, within one (1) week after the target date given by the Judge, contact the Member to determine if the Member received the results.

**F.  Incident Notification:**

When Members encounter subjects involved in an exposure incident, they will inform their Supervisor as soon as practical.

**1.** Officers have an obligation to inform support personnel (i.e., Detention Officers, Fire Fighters, Paramedics, Sheriffs' Deputies, other Police Personnel) whenever change or transfer of custody occurs, if the subject has made a voluntary statement that they have an infectious disease or the subject has blood or body fluids present on their person.

**2.** Officers will indicate, on the appropriate arrest forms, when a subject makes a voluntary statement that they have an infectious disease. Verbatim narratives will be included when preparing offense reports and will include information when a subject has body fluids present on their person or clothing.

**3.** Officers responding to a call where a complainant is alleging they have been intentionally infected with an

infectious disease will notify a Supervisor to respond to the scene. All PPE will be utilized.

## VIII. CRIME SCENE AND EVIDENCE

### A. Safeguards:

When Members encounter body fluids of any type under uncontrolled, emergency circumstances, they should treat all such encounters as potentially hazardous and employ the proper precautions and procedures.

### B. Member Responsibilities:

Under most circumstances, a Crime Scene Technician will collect contaminated evidence at a crime scene. Members will be guided by all procedures set forth in the Crime Scene SOP during the collection of contaminated evidence.

1. Members will not:

   a. Eat.

   b. Drink.

   c. Smoke.

   d. Apply cosmetics or lip balm.

   e. Handle contact lenses.

   f. Bite nails at crime scenes or calls where body fluids are present or other contagious factors exist, and

   g. Any hand-to-mouth, nose or eye contact should be avoided.

2. All bloody evidence, clothing, or sacks containing bloody evidence or clothing will be treated as if contaminated. Members handling these materials will do so only while wearing PPE.

   a. If the stain or sample is dry, it should be placed in a paper bag. A proper evidence tag, evidence-processing request and a special biohazard label should be affixed to the outside of the package.

   b. If the evidence consists of a syringe and needle, Members will be guided by the procedure set forth in **Section V** of this SOP.

   c. Members will comply with all procedures outlined in the Evidence and Property SOP prior to submitting any sharp or biohazardous material into the Property Section.

## IX. DECONTAMINATION AND STORAGE [37.01C,D,F,I]

### A. Vehicles:

Decontamination procedures will be performed when a Police vehicle requires cleaning after blood or other body fluids have contaminated the vehicle.

1. Members will notify their immediate Supervisor as soon as practical when a vehicle has been contaminated from blood or other body fluids.

2. The affected vehicle will be turned into the Storeroom with a completed Vehicle Condition Report indicating, in detail, the circumstances, the substance(s) contaminating the vehicle and case number involved.

3. Decontamination will be facilitated through Fleet Services, by an OSHA compliant vendor.

### B. Property:

When body fluids contaminate Department equipment, uniforms, or personal property in the line of duty, the item(s) will be double sealed in a red biohazard plastic bag. [37.01D,F,I]

1. The Member will deliver the bag to Storeroom personnel, who will place the item(s) in the biohazard receptacle located in the first floor

maintenance closet, which will be kept locked at all times.

2. After hours, storage will require notification of the Shift Lieutenant to place the item(s) in the locked maintenance closet.

3. Members will not dispose of the contaminated Department equipment or personal property in any manner other than outlined in this SOP.

4. The Quartermaster will be advised of the infected item(s) via memorandum or incident report and will make arrangements to either clean or replace the item(s).

5. Members will notify their immediate Supervisor as soon as practical.

## X. REGULATED WASTE MANAGEMENT [37.01E]

The collection and disposal of infectious waste will comply with established Federal, State and Local Laws, as well as OSHA standards.

**A. Inspection of Discarded Infectious Waste:**

Discarded infectious waste will be inspected for markings, which might identify an owner or user.  All items, whether identifiable or not, will be placed in a red biohazard plastic bag using all applicable PPE. **[37.01I]**

1. **Identifiable Waste:** Communications will notify the Department of Health (954-467-4935 Mon-Fri 8 AM – 5 PM, after hours 1-800-320-0519) who will send a representative to investigate.

2. **Unidentifiable Waste:** If an owner or user is not identified, the waste will be collected and transported to Headquarters and stored in the manner outlined in **Section IX, B** of this SOP.

**B. Collection of Discarded Infectious Waste:**

Members responsible for collecting infectious waste will:

1. Utilize all available PPE during the collection process.

2. Conduct a thorough check of the surrounding area, particularly on the beaches where tides and currents can distribute waste over large areas.

3. Request that a Patrol Sergeant respond, who will distribute a red plastic bag labeled INFECTIOUS-BIOHAZARDOUS WASTE for collection. **[37.01I]**

4. Notify Fire-Rescue Personnel to respond to the scene, if appropriate.

**C. Disposal of Discarded Infectious Waste:**

Members who have collected infectious waste will dispose of it as follows:

1. **Identifiable Waste:** The bag of discarded infectious waste and its contents will be released to the Department of Planning and Environmental Protection Member.

2. **Unidentifiable Waste:** Members will respond to Headquarters with the properly bagged items and arrange for storage as set forth in **Section IX, B** of this SOP.

The Quartermaster will be responsible for the disposal of unidentifiable infectious waste by an OSHA compliant vendor.

**D. Reporting Requirements of Discarded Infectious Waste:**

Reports will be generated by the Member(s) who find, collect and dispose of the infectious waste.

1. **Identifiable Waste:** A Mobile Field Report will include the responding Department of Planning and Environmental Protection Member's name and a description of the found infectious waste and its markings. A Police Property Report will also be completed.

2. **Unidentifiable Waste:** A Mobile Field Report and a Police Property Report will be completed by the Department Member.

## XI. OCCUPATIONAL EXPOSURE TRAINING PROGRAM [37.02]

### A. Training Responsibility: [37.02A-I]

Training for all "At Risk" members will be facilitated through T&PD Unit. Supervisors of "At Risk" Members will notify the Training Sergeant to schedule training. This training will occur at the time of a Member's initial assignment. Departmental training will be conducted once every three years. The Exposure Control Officer will be responsible for providing this training, which will include:

1. Familiarization with the Departments Infectious Diseases Control SOP (Exposure Control Plan), and OSHA regulation; **[37.02A]**

2. First Aid Training; **[14.15]**

3. Familiarization of PPE available; **[37.02C]**

4. Familiarization with the basic epidemiology and symptoms of bloodborne diseases; **[37.02B]**

5. Familiarization with modes of transmission of bloodborne diseases; **[37.02B]**

6. Exposure control procedures.; **[37.02E]**

7. Information about Hepatitis and Hepatitis B Vaccination program.; **[37.02D]**

8. Recognition of the international biohazard waste symbol; **[37.02G]**

9. Familiarization with the Departments biohazard waste disposal procedures;**[37.02H]**

10. Explanation of work methods, which will prevent or reduce exposure; **[37.02CI]**

11. Explanation of what procedures to follow if an exposure occurs, including post exposure follow-up; **[37.02F]**

12. Questions and answer period; **[37.02I]**

### B. Training Records:

Training records will be maintained for a minimum of six years in a separate file in the TP&D Unit. These records will include the following:

1. Lesson Plan.

2. Names and qualifications of persons conducting the training.

3. Sign in sheets with the names and job titles of all persons attending the training session.

## XII. HEPATITIS B (HBV) VACCINATION PROGRAM [37.05]

SOP 112.XIII.B. Outlines the Supervisory Members responsible for informing "At Risk" Members of the risks and modes of transmission relating to Hepatitis B during Department orientation at the beginning of employment.

### A. Vaccination:

Hepatitis B Vaccinations will be offered and available to all "At-Risk" Members on a voluntary basis within 10 working days of initial assignment. The Personnel Unit will facilitate the Hepatitis B Vaccination program. Members will not be compensated for inoculations scheduled during off duty hours.

The City of Hollywood will provide a three shot inoculation series of Hepatitis B Vaccinations, which are given in a specified time frame. A designated medical provider will give the inoculations.

**B.  Hepatitis B Vaccination Form:**

All "At-Risk" Members are required to complete the Hepatitis B Vaccination Form (see **Appendix D**) indicating their choice to participate in the program.

Members who participate are required to complete the entire protocol as prescribed. Members who must repeat an inoculation will do so at their expense, unless justified by memorandum and approved by the Personnel Unit.

**C.  Voluntary Refusal:**

Members electing not to participate will waive their right to a presumption that the disability was suffered in the line of duty. A Member may present a written Physician's statement stating immunization would pose a significant risk to the Members health. Absent a written Physician's statement, a Member who refuses to be vaccinated may be disqualified from the benefits of the presumption (F.S. 112.181). Members who voluntarily refuse to participate in the Vaccination program may at any time choose to participate by notifying the Personnel Unit who will arrange for the Member to begin the vaccination program.

**D.  Documentation:**

The Hepatitis B Vaccination Form (see **Appendix D)** and all documentation of Hepatitis B inoculations will be maintained in the Member's Personnel File.

**E.  Re-Vaccinations:**

Presently, there are no guidelines for revaccination. However, in the future should a booster dose of Hepatitis B vaccine be recommended by the U.S. Public Health Services such booster will be made available in accordance with Section XII.A. of this SOP. Members who have completed the series may elect to have a Hepatitis "Titer" test to determine if their immunity still exists. The "Titer" test is conducted one month after the series. Based on the results, the Member may elect to have an additional vaccine or if necessary a new series of vaccinations. Members requesting the "Titer" test or additional inoculations will do so by Memorandum via their Chain of Command to the Personnel Unit. The Personnel Unit will coordinate the initial phase of all additional testing and vaccinations.

**F.  Members** are encouraged to have an annual PPD skin test for TB, unless they have a known prior positive PPD skin test.

## XIII. RECORD KEEPING

**A.  Retention:**

Member and Agency records will be maintained by Professional Standards in accordance with the record retention schedule established by the State of Florida.

**B.  Review and Tracking:**

The Exposure Control Officer will be responsible for the review and tracking of exposure incidents.

**C.  Exposure Incident File:**

An Exposure Incident file will be maintained by the Exposure Control Officer and housed in the T&PD office.

## XIV.   DEFINITIONS:

**A.  AIDS (ACQUIRED IMMUNE DEFICIENCY SYNDROME):**

Communicable disease that undermines the body's immune system, rendering the body susceptible to a wide range of opportunistic infections, malignancies and/or other diseases.

**B.   AIRBORNE PATHOGENS:**

Pathogenic microorganisms carried by or through the air and transmitted by respiration or breathing infectious droplets.

**C.   BLOODBORNE PATHOGENS:**

Pathogenic microorganisms carried by or through the blood, skin or surface irritation and other body fluids and transmitted by the exchange of infected blood or body fluids.

**D.   ENGINEERING CONTROLS:**

Those controls that isolate or remove the blood borne pathogen hazards from the workplace.

**E.   EXPOSURE CONTROL OFFICER:**

The Training Sergeant qualified by training and /or experience, to act as the liaison between the Department and any appropriate medical facility, or the Department of Health and Human Services.

**F.   EXPOSURE CONTROL PLAN:**

This SOP, which is a written program developed and implemented by the Hollywood Police Department to establish procedures, engineering controls, personal protective equipment, work practices, and other methods capable of protecting Members from exposure to blood borne pathogens, and meets the requirements contained in the OSHA Blood Borne Pathogen Standard.

**G.   EXPOSURE INCIDENT:**

Contact with a potentially infectious material arising from performance of a Member's duties.

**H.   HIPAA:**

The Health Insurance Portability and Accountability Act of 1996 provides rights and privacy protections for participants and beneficiaries in-group health plans.

**I.   UNIVERSAL PRECAUTIONS:**

An approach to infection control.

_____

APPROVED BY:

_Frank G. Fernandez_                **03/27/2014**
**Frank G. Fernandez**                Date
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Contagious Disease Supplement Form.

- **Appendix B:**  Accident Injury Report Form.

- **Appendix C:**  First Report of Injury or Illness Form.

- **Appendix D:**  Hepatitis B Vaccination Form.

- **Appendix E:**  Workers' Compensation Report Form.



# HOLLYWOOD POLICE DEPARTMENT
## City of Hollywood Workers' Compensation Report
### Contagious Disease Supplement

## EMPLOYER'S SECTION
(A Supervisor will complete this section before a Doctor's appointment is made.)

Patient's Name:_____ Date of Appointment: _____

Date of Incident: _____

Authorized Physician: _____

Supervisor's Name: _____ _____Signature: _____

## PHYSICIAN'S SECTION

**"CONTAGIOUS DISEASE ALERT"** Any Law Enforcement Officer who has been bitten by a person or has had physical contact with the body fluids of another person while on duty shall be considered to have been exposed to a contagious disease.

Nature of Injury (Diagnosis): _____

_____

_____

_____

_____

_____

_____

☐ **Check this box if the injury may result in the possible transmission of a disease.**

Physician's Name: _____ Date: _____

Physician's Signature: _____

---

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix A Contagious Disease Supplement.doc

Page 1 of 1
Appendix A SOP #119

**SECTION ONE**          (must be submitted *immediately* for medical treatment authorization)

# CITY OF HOLLYWOOD, FLORIDA
# ACCIDENT/INJURY REPORT

**(PLEASE PRINT)**

**TYPE OF ACCIDENT:** ☐ Motor Vehicle          ☐ CDL Vehicle/Operator          **Substance Test Required** ☐YES ☐NO

☐Personal Injury          ☐ City Property Damage          ☐Personal Property Damage          ☐ Other

**POLICE INVESTIGATION:** ☐ **YES** ☐ **NO**          POLICE REPORT #          CITY VEHICLE #

## EMPLOYEE INFORMATION

| NAME (Last)                         (First)                    (MI) | BADGE# | DATE OF BIRTH |
|---|---|---|
| HOME ADDRESS (INCLUDE CITY STATE & ZIP CODE) | HOME PHONE | WORK PHONE |
| JOB TITLE | DEPARTMENT | SUPERVISOR NAME (Print) |

## EMPLOYEE ACCIDENT REPORT

LOCATION OF ACCIDENT: _____

DATE & TIME                    DATE & TIME                    INJURED ON
OF ACCIDENT: _____    REPORTED: _____    REGULAR JOB: ☐ YES ☐ NO

| DESCRIBE HOW ACCIDENT HAPPENED: |
|---|
| DESCRIBE INJURY: |

**EMPLOYEE SIGNATURE          DATE**                    **SUPERVISOR SIGNATURE          DATE**

**INJURED EMP.:**   Taken to Hospital? ☐ YES ☐ NO     Taken to Doctor? ☐ YES ☐ NO     **Lost Time?** ☐ YES ☐ NO

| NAME OF HOSPITAL: | NAME OF DOCTOR: | FIRST DAY LOST (mm/dd/yyyy): |
|---|---|---|

## PROPERTY DAMAGE INFORMATION

| DESCRIBE NATURE AND EXTENT OF VEHICLE OR PROPERTY DAMAGE: |
|---|

## OTHER PARTY INVOLVED/WITNESS INFORMATION

| WITNESSES: (give full name, address, & phone number): |
|---|

**NOTE:** SECTION TWO OF FORM MUST BE COMPLETED WITHIN *24 HRS.* OF OCCURRENCE

*SECTION TWO*                    (must be completed **within *24 hrs.*** of occurrence)

## SUPERVISOR'S INVESTIGATION

CAUSE OF ACCIDENT:

☐ NOT USING PROTECTIVE EQUIPMENT          ☐ UNSAFE ACT          ☐ CARELESSNESS

☐ NOT USING PROPER METHOD OR TOOLS        ☐ UNSAFE CONDITION    ☐ OTHER

☐ FAULTY EQUIPMENT OR FACILITY

EXPLAIN:

SUPERVISOR'S EXPLANATION OF ACCIDENT:

DESCRIBE ACTION TAKEN TO AVOID SIMILAR ACCIDENT:

**SUPERVISOR SIGNATURE          DATE**          **LIEUTENANT SIGNATURE          DATE**

## DIVISION/DEPARTMENT REVIEW

COMMENTS:

**DIVISION HEAD SIGNATURE          DATE**          **DEPARTMENT HEAD SIGNATURE          DATE**

## HUMAN RESOURCES/COMMENTS

CONCUR WITH ABOVE:  ☐ YES  ☐ NO – IF NO EXPLAIN:

**SAFETY DIV. REP. SIGNATURE          DATE**

**NOTE:**  SECTION TWO SHOULD BE SUBMITTED TO RISK MANAGEMENT WITHIN ***24 HOURS*** OF OCCURRENCE.

# FIRST REPORT OF INJURY OR ILLNESS

**FLORIDA DEPT. OF LABOR & EMPLOYMENT SECURITY**

**DIVISION OF WORKERS' COMPENSATION**

For assistance call 1-800-342-1741
or contact your local EAO Office
Report all deaths within 24 hours (904) 488-3044

| RECEIVED BY CARRIER | SENT TO DIVISION | DIVISION REC'D DATE |
|---|---|---|
| | | |

## PLEASE PRINT OR TYPE

### EMPLOYEE INFORMATION

| NAME (First, Middle, Last) | Social Security Number | Date of Accident (Month/Day/Year) | Time of Accident ☐ AM ☐ PM |
|---|---|---|---|

**HOME ADDRESS**

Street/Apt. #

City:          State:          Zip:

| TELEPHONE     Area Code     Number ( ) | EMPLOYEE'S DESCRIPTION OF ACCIDENT (Include cause of injury) |
|---|---|

OCCUPATION

| DATE OF BIRTH | SEX ☐ M  ☐ F | INJURY/ILLNESS THAT OCCURRED | PART OF BODY AFFECTED |
|---|---|---|---|

## EMPLOYER INFORMATION

| COMPANY NAME:   City Of Hollywood | FEDERAL I.D. NUMBER (FEIN)  596000338 | DATE FIRST REPORTED (Month/Day/Year) |
|---|---|---|

DBA:

| Street:   PO Box 229045 | NATURE OF BUSINESS   Municipality | POLICY/MEMBER NUMBER   Self-Insured |
|---|---|---|

City:  Hollywood   State:  FL   Zip:  33022

| TELEPHONE   Area Code   Number ( 954 ) 921.3218 | DATE EMPLOYED | PAID FOR DATE OF INJURY ☐ YES  ☐ NO |
|---|---|---|

| EMPLOYER'S LOCATION ADDRESS (if different) | LAST DATE EMPLOYEE WORKED | WILL YOU CONTINUE TO PAY WAGES INSTEAD OF WORKERS' COMP?  ☐ YES |
|---|---|---|

| | RETURNED TO WORK  ☐ YES  ☐ NO | LAST DAY WAGES WILL BE PAID INSTEAD OF WORKERS' COMP |
|---|---|---|

Street:

| City:          State:          Zip: | IF YES, GIVE DATE | RATE OF PAY   ☐ HR  ☐ WK   $    PER   ☐ DAY  ☐ MO |
|---|---|---|

LOCATION # (If applicable)

| PLACE OF ACCIDENT (Street, City, State, Zip) | DATE OF DEATH (If applicable) | Number of hours per day
Number of hours per week
Number of days per week |
|---|---|---|

Street:

| City:          State:          Zip: | AGREE WITH DESCRIPTION OF ACCIDENT? ☐ YES  ☐ NO | NAME, ADDRESS AND TELEPHONE OF PHYSICIAN OR HOSPITAL  Name: |
|---|---|---|

COUNTY OF ACCIDENT:

Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information is guilty of a felony of the third degree.  I have reviewed, understand and acknowledge the above statement.

Address:

| EMPLOYEE SIGNATURE (If available to sign) | DATE |
|---|---|
| EMPLOYER SIGNATURE | DATE |

State:          Zip:

Telephone: ( )

## CARRIER INFORMATION

☐  1.  Case Denied – DWC-12, Notice of Denial Attached          ☐  2.  Medical Only which became Lost Time Case (Complete all info in #3)

☐  3.  Lost Time Case – 1st day of disability          Salary continued in lieu of comp?  ☐ YES  Salary End Date

Date First Payment Mailed          AWW          Comp Rate

☐ T.T.   ☐ T.T. – 80%   ☐ T.P.   ☐ I.B.   ☐ P.T.   ☐ Death

REMARKS:

| CARRIER CODE # | EMPLOYEE'S RISK  CLASS CODE | EMPLOYER'S SIC CODE | CARRIER NAME, ADDRESS & TELEPHONE

EMPLOYERS MUTUAL INC,
700 CENTRAL PARKWAY
STUART, FL 34994
1-800-431-2221  PHONE
1-772-220-1637  FAX |
|---|---|---|---|
| SERVICE CO/TPA CODE #   6173 | CARRIER FILE # | | Is employer self-insured?  ☒ YES  ☐ NO |



# HOLLYWOOD POLICE DEPARTMENT
## HEPATITIS B VACCINATION FORM

**DATE:**

**EMPLOYEE:**

I have been informed of the risks and modes of transmission related to the Hepatitis B virus and how they are related to my anticipated job functions.  I understand that I am being offered the opportunity to accept or refuse vaccination for the Hepatitis B virus through a Departmental approved medical provider and the City of Hollywood Police Department will assume the cost for the vaccinations.  If I accept the initial vaccination, and do not complete the series of follow-up vaccinations, I will assume the cost for any repeat vaccinations if I decide to complete the series.

Members electing not to participate will waive their right to a presumption that the disability was suffered in the line of duty.  A Member may present a written physician's statement stating immunization would pose a significant risk to the Members health.  Absent a written physician's statement, a Member who refuses to be vaccinated maybe disqualified from the benefits of the presumption (F.S. 112.181).

I further understand that if I refuse to accept the vaccination at this time, I can later opt to receive the Hepatitis B vaccination at no cost if I have not previously initiated the vaccination series.

I am making an informed decision to:

☐ Request and accept the Hepatitis B vaccination being offered to me.

_____
**Signature**

☐ Refuse acceptance of the Hepatitis B vaccination at this time.

_____
**Signature**

☐ Decline inoculation:  A sealed confidential written physician's statement is attached.

_____
**Signature**

_____
**Witness**



# CITY OF HOLLYWOOD, FLORIDA

## Human Resources Department

2600 Hollywood Boulevard – PO Box 229045 – Hollywood, Florida 33022-9045

## CITY OF HOLLYWOOD WORKERS' COMPENSATION REPORT FORM

### EMPLOYEE SECTION

(to be completed by Supervisor before appointment)

PATIENT'S NAME: _____

EMPLOYER'S NAME:     **City of Hollywood**

ADDRESS & TELEPHONE:     **PO Box 229045, Hollywood, FL 33022-9045  /  (954) 921-3287**

DATE OF ACCIDENT: _____

SELF-INSURED ADJUSTER'S NAME:     **EMPLOYERS MUTUAL, INC.**

ADDRESS:                    **700 Central Parkway      Stuart, FL 34994**

AUTHORIZED PHYSICIAN: _____

SIGNATURE OF SUPERVISOR: _____

### ************ PHYSICIAN'S SECTION ************

(Please Print or Type Information Except for Physician's Signature)

DATE: _____  ARRIVAL: _____  DEPARTURE: _____

NATURE OF INJURY (Diagnosis): _____

PHYSICIAN'S OPINION IF WORK CONNECTED: _____

TREATMENT AND/OR MEDICATION PRESCRIBED: _____

_____

LIMITATION OF DUTIES, IF ANY: _____

_____

ANTICIPATED LOSS OF TIME FROM WORK, IF ANY: _____

DATE OF RETURN APPOINTMENT, IF NEEDED: _____

RECOMMENDATION AND/OR REFERRAL TO ANOTHER PHYSICIAN, IF ANY: _____

_____

TREATING PHYSICIAN'S SIGNATURE: _____

ADDRESS & TELEPHONE NUMBER: _____

ATTENTION:     *ALL POLICE PERSONNEL RETURN THIS FORM TO THE PATROL OFFICE AFTER APPOINTMENT.  THE PATROL OFFICE WILL FORWARD FORM TO HUMAN RESOURCES.*

Phone Numbers:  Workers Comp, Liability, & Safety (954) 921-3218 – Employee Benefits (954) 921-3505

| HARASSMENT AND DISCRIMINATION | | |
|---|---|---|
|  | **DEPARTMENT SOP: #120** | **CALEA: 26.1.3** |
| | | **CFA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 01/09/2012** | **11.07** |

**PURPOSE:** To affirm the Department's commitment to provide a professional work environment, free of sexual and other forms of unlawful harassment or discrimination; to promote equal opportunity for all Members; to provide procedures for reporting, investigating and resolving complaints of sexual and other forms of unlawful harassment.**[11.07]**

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the City of Hollywood and the Hollywood Police Department to provide a work environment free of sexual and other forms of unlawful harassment and discrimination.**[11.07]**

**INDEX:**

I.   CATEGORY DESCRIPTIONS ..................1
   A.   Unlawful Harassment: **[11.07]** ...............1
   B.   Equal Opportunity: .............................2
   C.   Hostile Work Environment: ..................2
II.  GENERAL PROCEDURES ....................2
   A.   Culpability: ........................................2
   B.   Categories: ........................................2
   C.   Assignments: .....................................2
   D.   Concerns: ...........................................2
   E.   Confidentiality of Complaints: .............2
   F.   Sustained Complaints:........................2
   G.   Retaliation:.........................................3
   H.   False Claims: .....................................3
III. MEMBER RESPONSIBILITY .................3
   A.   Preventing Sexual and Other Forms of Unlawful Harassment and Discrimination: **[11.07] [2.11]** ......................................3
   B.   Procedure for Reporting Complaints to the Equal Opportunity Manager: ...................4
IV.  SUPERVISOR'S RESPONSIBILITIES ..4
   A.   Work Place: ........................................4
   B.   Observed Acts: ...................................4
   C.   Limiting Contact:.................................4
   D.   Duty to Report: ..................................4
V.   DEFINITIONS: ........................................4
   A.   DISCRIMINATION:..............................4
   B.   EXPLICT:.............................................4
   C.   HARASSMENT: ..................................4
   D.   IMPLICIT: ............................................5
   E.   SEXUAL HARASSMENT: ..................5
   F.   SPURIOUS:.........................................5

**PROCEDURE:**

**I.   CATEGORY DESCRIPTIONS**

   **A.   Unlawful Harassment: [11.07]**

      Sexual and other forms of unlawful harassment in the workplace is a form of unlawful discrimination prohibited by Title VII of the 1964 Civil Rights Act, the Florida Civil Rights Act of 1992, Civil Service Reform Act of 1978 and Federal Officer of Personnel Management. Such unlawful harassment and discrimination is prohibited when:

      **1.**   Submission to such conduct is made, either explicitly or implicitly, as a term or condition of an individual's employment; or

      **2.**   Submission to, or rejection of, such conduct by an individual is used as the basis for employment decisions affecting such individual; or

      **3.**   Such conduct interferes with an individual's work performance and/or

creates an intimidating, hostile, or offensive working environment.

**B. Equal Opportunity:**

An equal opportunity complaint is one where the Member has been adversely impacted by a practice, decision and/or hostile work environment because of race, religion, color, national origin, ancestry, age, disability, marital, or veteran status.

**C. Hostile Work Environment:**

An environment in which Members are explicitly or implicitly, directly or indirectly ridiculed, mocked, belittled or intimidated.

## II. GENERAL PROCEDURES

**A. Culpability:**

All Members are liable for violating the City's Discrimination, Equal Opportunity and Harassment Policies. Violators will be subject to disciplinary action, including termination if they:

1. Act as an offender by harassing, discriminating or violating the equal opportunity rights of other Members.

2. Witness or become a victim of any equal opportunity violation, harassment, or discriminatory conduct and fail to report it.

3. Permit Members under their supervision to engage in such practices,

4. Retaliate against another Member who has reported such conduct.

**B. Categories:**

Participants in the actions described above fall into three categories:

1. The offender(s),

2. The target or victim,

3. The observer or witness.

**C. Assignments:**

In some instances, the accomplishments of various Law Enforcement goals will necessitate assignments of Members based on gender, race, color, religion, familial status, sexual orientation, political affiliation, national origin, ancestry, disability, age, marital or veteran status. For example, a female Officer may be required to search a female prisoner or a Member of a certain race or religion may be needed to infiltrate a criminal organization.

Nothing in this SOP will prohibit assignments based on these criteria when it is done for the purpose of attaining Organizational goals and objectives, and is in accordance with Bonafide Occupational Qualification restrictions.

**D. Concerns:**

Members with concerns regarding discrimination, sexual and other forms of unlawful harassment, and/or accommodations can contact the Human Resource Department at City Hall, or the Department's designated Representative.

**E. Confidentiality of Complaints:**

To encourage the reporting of any incidents of harassment, and to protect the reputation of a Member who might wrongfully be accused of unlawful harassment and/or discrimination, information concerning a complaint of harassment will remain confidential pursuant to the provisions of Section 112.533(4), Florida Statutes.

Therefore, information will not be released or discussed with anyone except the Investigator, Counsel or the Bargaining Unit Representative of the accused Member.

**F. Sustained Complaints:**

If the investigation reveals that the complaint is sustained, prompt measures will

be taken to impose discipline and prevent its recurrence.

### G. Retaliation:

There will be no retaliation against any Member for filing a harassment and/or discrimination complaint, or assisting, testifying, or participating in the investigation of such complaint. Any subsequent conduct by Members toward any affected party, which is negative and retaliatory, should be reported for investigation and an appropriate response.

### H. False Claims:

While every effort will be made to investigate and resolve complaints lodged in good faith by Members, the Department prohibits claims that a Member knows are false, spurious, or made with the intent to take revenge against or otherwise harm a fellow Member. Members, who make such accusations, knowing that they are <u>not</u> justified by the facts, are subject to disciplinary action.

## III. MEMBER RESPONSIBILITY

### A. Preventing Sexual and Other Forms of Unlawful Harassment and Discrimination: [11.07] [2.11]

All Members are urged to be proactive in ensuring that the work place provides equal opportunity for all, and that Members are free from sexual and other forms of unlawful harassment and any type of discrimination. Tips for prevention include:

1. Immediately addressing problems that appear to limit opportunities for Members and potential Members because of discriminatory criteria not based on knowledge, skills or abilities of workers.

2. Clearly expressing your feelings regarding any harassing and/or discriminatory behaviors.

3. Expressing disapproval and asking the offender to cease and desist.

4. Encouraging any Member who confides that they are being unlawfully harassed, or discriminated against to report these acts to a Supervisor.

5. Keeping a record of time, place and specific details about each incident you are subjected to, or witness.

6. Reporting incidents that are of a discriminatory or harassing nature to any of the following:

   a. The Complainant's immediate Supervisor.

   b. To the City's Equal Opportunity Officer.

   c. The EEO Representative of the Police Department, Sergeant Cathy Marano, Criminal Investigations Section, 954-967-4411. [2.11]

   d. For ADA complaints contact the Assistant City Manager or Human Resources Manager at 954-921-3218. [11.07]

7. If the offending party is in the complaint's Chain of Command, the Member may report directly to any of the following: [11.07]

   a. Any Supervisor in the Complainant's Chain of Command to include the Chief of Police.

   b. The City's Equal Opportunity Officer.

   c. The EEO Representative of the Police Department, Sergeant Cathy Marano. [2.11]

   d. For ADA complaints contact the Assistant City Manager or Human Resources Manager at 954-921-3218.

**B. Procedure for Reporting Complaints to the Equal Opportunity Manager:**

All complaints should be filed with the City's Equal Opportunity Manager within thirty (30) calendar days of the alleged incident of discrimination or harassment.

1. The Member should be prepared to complete the EEO Complaint Form and provide the following:

    a. Name, Department, and position of person filing the complaint.

    b. Identification of the person(s) committing the discrimination/harassment, Department and title(s), if known.

    c. The specific nature of the discrimination/harassment, how long it has gone on, any employment action (demotion, dismissal, refusal to hire, transfer, etc.) taken as a result of the harassing and discriminating behavior.

    d. Names of witnesses to the act of discrimination and harassment, if any.

2. This form will be forwarded to the City's Equal Opportunity Manager.

## IV. SUPERVISOR'S RESPONSIBILITIES

**A. Work Place:**

It will be the responsibility of each Supervisor to maintain his work place free of harassment and/or discrimination. This duty includes counseling all Members on the types of behavior prohibited and the Department's procedures for reporting and resolving complaints of harassment and discrimination.

**B. Observed Acts:**

Supervisor's are responsible for stopping any observed acts that may be considered harassment or discrimination and taking the appropriate steps to in-

tervene, regardless of whether the involved Members are within the Supervisor's span of control.

Depending on the seriousness of the behavior, the observing Supervisor will initiate immediate action or notify the offender's Supervisor.

**C. Limiting Contact:**

Supervisors will take immediate action to limit the work contact between two Members where there has been a complaint of harassment and/or discrimination and an investigation is pending.

**D. Duty to Report:**

Supervisor's learning of an incident of harassment or discrimination have a duty to report it. Failure to take action to stop known harassment shall be grounds for discipline up to and including dismissal from the City. To ensure action is taken, the Supervisor will:

1. Report the incident, in writing to the Chief of Police, via the Chain of Command, and

2. Ensure that the victim reports the incident directly to the City's Equal Opportunity Manager, the Assistant to the City Manager for Human Relations, or the Departments EEO Representative.

## V. DEFINITIONS:

**A. DISCRIMINATION:**

An act based on prejudice.

**B. EXPLICT:**

Fully and clearly expressed; leaving nothing implied.

**C. HARASSMENT:**

Conduct that has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive

working environment.   e.g., slurs, de-rogatory statements, jokes or comments.

**D.  IMPLICIT:**

Implied or understood though not directly expressed.

**E.  SEXUAL HARASSMENT:**

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature, constitute sexual harassment when (1) submission to such conduct is made either explicitly or implicitly as a term or condition of an individual's employment, (2) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual, or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

**F.  SPURIOUS:**

Lacking authenticity or validity in essence or origin; not genuine or real; false.

APPROVED BY:

Chadwick E. Wagner                **01/09/2012**
**Chadwick E. Wagner                Date**
**Chief of Police**

**ATTACHMENTS:**

**NONE**

| BIAS BASED PROFILING | |
|---|---|
| **DEPARTMENT SOP: 121** | **CALEA: 1.2.9A-D** |
| | **CFA:** |
| **EFFECTIVE DATE: 1/15/2003** <br> **REVIEW: 01/13/2014** | **2.08A-H** |

**PURPOSE:** The purpose of this policy is to affirm the Hollywood Police Department's commitment to unbiased policing and to reinforce procedures that serve to maintain public confidence by providing service and enforcing laws in a fair and equitable manner.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to prohibit bias based profiling in all Police-initiated actions. These include all investigative detentions, field contacts, traffic contacts, arrests, searches, asset seizures and forfeiture efforts. Officers' actions will be based on a standard of reasonable suspicion or probable cause as required by the Fourth Amendment of the U.S. Constitution and statutory authority. Officers must be able to articulate specific facts, circumstances and conclusions, which support reasonable suspicion for an investigative detention or traffic stop, or probable cause for arrest. Officers shall not consider race, ethnicity, national origin, religion, age, gender identity or sexual orientation in establishing either reasonable suspicion, probable cause, or as a basis for requesting consent to search. **[2.08A][1.2.9A]**

Criminal profiling is a legitimate tool in the fight against crime. It is an investigative method in which an Officer, through observation of activities and environment, identifies suspicious behavior by individuals and develops a legal basis, consistent with the Fourth Amendment, to detain and question.

However, illegal profiling refers to a decision by an Officer to stop, detain, interdict, or search an individual based on the race, color, gender, ethnicity, religion, age, sexual orientation, or na-

tional origin. The Department prohibits illegal profiling as a law enforcement tactic and will not tolerate or condone its use by any Member.

**INDEX:**

**I.   EDUCATION PROGRAMS ...................... 1**

   A.   Training Department Members:.......... 1
   B.   Community Education: [2.08F]............ 2

**II.   DETENTION OF PERSON(S).................. 2**

   A.   Reasonable Suspicion:....................... 2
   B.   Recording Information: [2.08E]............ 2

**III.   COMPLAINT PROCEDURE [2.08 H] .... 2**

   A.   Officer Receiving a Complaint:............ 3
   B.   Supervisor Receiving Complaint: ........ 3
   C.   Internal Affairs Responsibilities: .......... 3
   D.   Corrective Action: [2.08C] .................. 3
   E.   Administrative Review: [2.08G] ........... 3

**IV.   DEFINITIONS: ....................................... 3**

   A.   REASONABLE SUSPICION: [2.08D] . 3
   B.   BIAS BASED PROFILING: [2.08D]..... 3

**PROCEDURE:**

**I.   EDUCATION PROGRAMS**

   **A.   Training Department Members:**

      Training programs will be designed to emphasize the need to respect the rights of all citizens to be free from unreasonable government intrusion or police action. The annual training programs will incorporate Bias Based Profiling issues including legal aspects in accordance with CJSTC guidelines. The initial training will include all Officers. All

newly hired Officers will be provided training during orientation. **[2.08B, 1.2.9B]**

**B. Community Education:** **[2.08F]**

The Department will inform the public of its Policy statement from this SOP against Bias Based Policing. This Policy statement will be posted on the Department web site, and in an area having public access located at The Hollywood Neighborhood Network Center and at each Police Substation. A copy of this policy will be made readily available to any person requesting it at no cost to the requesting party.

## II.  DETENTION OF PERSON(S)

**A. Reasonable Suspicion:**

Persons will only be subject to detention upon reasonable suspicion that they have committed, are committing, or are about to commit a violation of law. Detention may be based on an Officer's observations combined with his/her training and experience, and/or information from reliable sources.

No motorist or pedestrian, once cited or warned, will be detained beyond the point where there exists no reasonable suspicion of further criminal activity or other legal or factual basis for detention. No person or vehicle will be searched in the absence of a search or arrest warrant, a legally recognized exception to the warrant requirement, or a person's voluntary consent.

**B. Recording Information:** **[2.08E]**

1. Traffic and pedestrian stop procedures will be followed as outlined in **SOP# 220 RADIO COMMUNICATIONS**, Section II, Circumstances Requiring Radio Communications, letter G, Traffic Stops.

2. Any violations of FSS 316.614, Florida's Safety Belt Usage Law, requires Law Enforcement Officers to document the race and ethnicity of the violator directly on the citation.

a. The race of the violator is based on observed physical characteristics. An estimate should be based on apparent ancestry and limited to White, Black, American Indian, Alaskan, Asian, or Unknown.

b. The ethnicity of the violator is an estimate, based on physical characteristics, language, and/or name, of a person's cultural affiliation with countries in Central or South America, or the Caribbean Islands. An estimate should be limited to Hispanic or Latino or Not Hispanic or Not Latino.

3. Officers will use their best judgment to determine race and ethnicity. If an Officer is unsure of the race, color, ethnicity, or gender of a person stopped, the Officer will not risk offending that individual by asking the person to identify that characteristic except in an instance in which that characteristic is necessary to the investigation.

4. The Police Department will document and compile race and ethnicity statistics for all citations issued for Safety Belt violations. The required data will be recorded on a Safety Belt Violation Data Collection Form (see **Appendix A**) and submitted on a quarterly basis to the Department of Highway Safety and Motor Vehicles.

## III.  COMPLAINT PROCEDURE [2.08 H]

A complaint may be filed with the Department if the affected party believes they may have been detained or searched based on race, ethnicity, national origin, religion, age, gender identity or sexual orientation. No person will be discouraged or in any way prevented from filing such a complaint, or retaliated against because they have filed a complaint.

**A. Officer Receiving a Complaint:**

If a citizen believes they were stopped or searched based on Biased Profiling and contacts a Department Member requesting to make a complaint, the Member will immediately contact any On-Duty Supervisor.

**B. Supervisor Receiving Complaint:** [2.08C]

Any Supervisor receiving such a complaint will complete a **Complaint Intake Report** and forward the complaint to the Internal Affairs Unit as outlined in **"SOP 104 Professional Compliance, Section V Supervisor Duties, Paragraph D"**.

If a Bias Based Profiling complaint is sustained against a Member, it will result in corrective measures and/or disciplinary action as outlined in **SOP 104, Professional Compliance and SOP 105 Discipline Policy.** [2.08C][1.2.9C

**C. Internal Affairs Responsibilities:**

The Internal Affairs Unit will be responsible for reviewing the following and being particularly alert to any pattern of potentially discriminatory treatment by an individual Officer or Squad.

1. All profiling complaints.

2. In-vehicle video tapes of traffic stops, if applicable.

3. Reports filed by Officers relating to detentions.

**D. Corrective Action:** [2.08C,1.2.9C]

Whenever it appears that an unlawful practice is occurring either through review or sustained complaints, the results will be sent to the Chief of Police for appropriate corrective/disciplinary action.

**E. Administrative Review:** [2.08G, 1.2.9D]

By October 15th of each year the Internal Affairs Unit will conduct an annual administrative review of Agency practices concerning Bias Based Policing, to include arrests, traffic contacts, field contacts, searches and seizures, and any asset seizure and forfeiture efforts . A report of the findings will be sent to the Chief of Police for review and a copy forwarded to the Accreditation Unit.

**IV. DEFINITIONS:**

**A. REASONABLE SUSPICION:** [2.08D]

Articulable facts, when considered in aggregate fashion, would cause a reasonable person to believe that a violation of law has been committed or is about to be committed by the person(s) under suspicion.

**B. BIAS BASED PROFILING:** [2.08D]

The selection of an individual(s) based solely on a trait common to a group for enforcement action. This includes but is not limited to: race, ethnic background, gender, sexual orientation, religion, economic status, age, cultural group or any other identifiable group.

APPROVED BY:

*Frank G. Fernandez* 01/13/2014
**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Data Collection Form

New Form

# DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

## SAFETY BELT VIOLATION DATA COLLECTION (316.614)

**Reporting Period:** _____

**County/City/Agency Code :** _____ - _____ - _____

**Agency Name:** _____

**Address:** _____

**City:** _____

**County:** _____     **Zip Code:** _____

**Person Completing Report:** _____
                                           (Please Print)

**Phone Number  (_____)  _____- _____  ext: (_____)**

---

## Citations Issued For Violation of Section 316.14

| Race Breakdown | Number of Non Hispanic or Latino | Number of Hispanic or Latino | Total Number of Citations |
|---|---|---|---|
| White | | | |
| Black | | | |
| American Indian or Alaskan | | | |
| Asian | | | |
| Unknown | | | |
| Total | | | |

---

*Signature of Person submitting report:*

_____          Date: _____

| | LINE OF DUTY DEATHS / SERIOUS INJURIES | |
|---|---|---|
|  | **DEPARTMENT SOP: 129** | **CALEA STANDARDS: 22.2.4** |
| | **EFFECTIVE DATE:  07/07/2014**<br><br>**REVIEW DATE:** | **CFA STANDARDS:** |

**PURPOSE:**  To prepare the Department in the event of an officer's death or serious injury in the line-of-duty. To direct the Department in providing proper emotional care for a seriously injured or deceased Officer's family through contingency planning and procedures.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Department has the responsibility to provide liaison assistance to the immediate survivors of an officer who dies in the line-of-duty. This responsibility provides tangible and intangible emotional support for the surviving family during this traumatic period of readjustment. A comprehensive study of survivors' benefits with clarification should be provided to the family, as well, as continued emotional support for the family.

**INDEX:**

I.      DEATH NOTIFICATION ............................1

II.     ASSISTING THE FAMILY AT THE HOSPITAL ....................................3

III.    SUPPORT FOR THE FAMILY DURING THE WAKE AND FUNERAL......................4

IV.     DEPARTMENT LIAISON ........................4

V.      FUNERAL LIAISON OFFICER..............5

VI.     BENEFITS COORDINATOR .................5

VII.    FAMILY SUPPORT ADVOCATE ..........6

VIII.   CEREMONIAL GUIDELINES ................7

IX.     DEFINITION .........................................10

**PROCEDURE:**

I.    **DEATH NOTIFICATION**

    **A.**  This procedure is followed in case of critically injured officers with poor prognosis or obvious line-of-duty death.

    **B.**  Timeliness takes precedence over protocol in the serious injury or death Notification process. The highest ranking officer on the scene is responsible for ensuring that timely Notification is made to the surviving family. When available, this will be the Chief of Police or the member's Division Major. In the event that neither is available, the on duty shift commander will conduct the notification. Upon confirmation of death, a death Notification must be made to the immediate survivors shortly after or co-incidental with normal command Notifications. The Chief of Police designates a ranking officer as Notification Officer. He may assign at least one other officer or personally accompany the Notification Officer, if circumstances permit. If the Chief of Police or appropriate Division Major is not immediately available to make this designation, responsibility for designating a Notification Officer remains with the on duty shift commander.

    **1.**  The Notification Officer will ensure he has the correct and current information before meeting with the family in order to provide the family with answers to their questions with as much detail as they desire.

2. If a family member asks a question for which the Notification Officer does not have an answer, he will explain that the information is not available at this time, but will ascertain the information as soon as possible. The Notification Officer will use discretion based on the circumstances and legal aspects of the death.

3. When time permits, a Police Chaplain and/or victim advocate should accompany the Notification Officer to assist the family.

C. Notifications must always be made in person and never alone. Members of the Hollywood Police Department will not disclose any information to anyone via any means until proper notification has been made. The Chief of Police or designee should accompany the Notification Officer. Keep in mind, however, that if the person(s) are not readily accessible, notification should not be delayed. It is vital for the family to receive an official, In Person notification before hearing of the death or serious injury from the news media, concerned officers or other sources.

D. If the opportunity to transport the family to the hospital prior to the death of the officer exists, do not wait for the departmental delegation to arrive.

E. The Notification Officer must be prepared and aware of the following:

1. Verify the name and address of the spouse (current), children and parents before arrival at the family's home. This information can be accessed by any Police Lieutenant through the RMS (OSSI) system under personal data. Members are responsible to submit any changes to their information via the Personnel Unit.

2. Prepare for any family medical requirements for which preparation is needed. It may be judicious to have Fire Rescue/ EMS unit pre-staged near the family's home.

3. As soon as the family sees you, they will know something is wrong. Death notifications should not be made in the doorway of the home. Ask to be admitted into the residence. Gather everyone in the home and ask them to sit down. Inform them slowly and clearly of the information you have on the incident, making sure you use the officer's name during the notification.

4. Begin by asking what they already know about the situation. Bridging from that, give a brief description of additional events that led up to the member's arrival at the hospital or the scene of death. If they know nothing of the event, start from the beginning.

5. The notification should not attempt to shield the family from what they need to know, nor should they be left with a false sense of hope. If the officer has already died, relay that information using words like "died" and "dead" rather than "gone away" and "passed on". Reactions of the family may include hysteria, anger, fainting, physical violence, shock, etc.

6. The Notification Officer will be seriously affected by the death; he should understand that showing emotions is perfectly acceptable.

7. If the family wants to go to the hospital, they should be transported via police vehicle. It is highly recommended that the family not drive themselves to the hospital. Should there be a serious resistance and the family insists on driving, an officer should accompany them in the family vehicle. The Hospital Liaison Officer shall be notified by telephone when the family is en-route to the hospital.

8. After the next of kin have been notified, inform the Public Information Officer (PIO) so a press release can be made. Additionally, the on duty Shift Commander will be notified.

The Shift Commander will inform the Communications Supervisor to conduct a "tone alert" to relay this information.

**F.** Officers should be aware that in the event of an on-duty-death, the external monitoring of the police frequency may be extensive, particularly by the news media. Communications regarding notifications should be restricted to the telephone whenever possible. The name of the deceased officer must never be provided to anyone, to include the media, before the immediate survivors living in the region are notified. If the media already has the officer's name, they should respond to a request to withhold this information from the PIO, pending notification of the next of kin.

**G.** Any notification of immediate survivors beyond Miami-Dade County and Palm Beach Counties should be made through personal death notification by the local law enforcement agency in that area. The Notification Officer obtains the names of relatives to contact from the immediate survivors or through RMS (OSSI) system and passes this information on to the Teletype Supervisor. Teletype sends a teletype message to that jurisdiction requesting personal Death Notification or the Notification Officer contacts that jurisdiction personally by telephone. Logistical arrangements should include telephone numbers for the officer's Division Major or the Notification Officer. The Notification Officer will submit a written report of any notifications made to the Chief of Police via chain of command.

**II.  ASSISTING THE FAMILY AT THE HOSPITAL**

**A.** The first Patrol Division Supervisor or designee to arrive at the hospital will be designated as the Hospital Liaison Officer. The Hospital Liaison Officer will be assigned to this position until relieved and will be responsible to:

1. Make arrangements with hospital personnel for reserving segregated areas (in anticipation of) the following or for:

   **a.** The immediate survivors, the <u>Chief of Police, Notification Officer, Police Chaplain and only others requested</u> by the immediate survivors.

   **b.** A separate area room for fellow police officers and friends.

   **c.** A press staging area.

2. Ensure that medical personnel relate pertinent information of officer's condition to the family first.

3. Notify the appropriate hospital personnel that all billing for the Medical services shall be directed only to the City of Hollywood. The family should not receive any of these bills at their residential address. This may require the Hospital Liaison Officer to re-contact the hospital later during normal business hours to ensure proper billing takes place.

4. Arrange transportation for the immediate survivors and others from the hospital back to their residence.

**B.** If it is possible for the family to visit a critically injured officer prior to death, depending on the Hospital policy, they should be afforded that opportunity, without delay.

**C.** Those officers and police personnel present at the hospital should be aware of the following when dealing with the immediate survivors:

1. Do not be overly protective of the family. This includes the sharing of specific information on how the officer died, as well as, allowing the family time with the deceased officer.

2. Do not suggest a survivor be sedated unless medication is requested by that survivor.

**D.** The Chief of Police or designee will be present the entire time the family is at the hospital to arrange whatever assistance the family may need at the time.

## III. SUPPORT FOR THE FAMILY DURING THE WAKE AND FUNERAL

**A.** Within 24 hours of death, the Chief of Police will designate a Department Liaison (usually the member's Division Major), a Funeral Liaison Officer, a Benefits Coordinator and a Family Support Advocate. These designations are announced to the department in writing and all referrals are made according to the areas of responsibility.

**B.** The Chief of Police personally notifies the surviving family of the designated choices.

**C.** The Support Services Division Major may require additional employees or overtime to field incoming phone calls in the Public Information Desk. A record should be made of calls incoming and callers should be directed to the appropriate liaison, according to the responsibility.

**D.** The Chief of Police or designee will make appropriate referrals under the employee assistance program for critical incident stress debriefing for officers close to the incident and referrals for the surviving family if they desire.

## IV. DEPARTMENT LIAISON

**A.** This position is normally filled by a Division Major because of the need to make expedient provisions of all department resources and delegation of tasks.

**B.** The Department Liaison will work closely with the Funeral Liaison officer to ensure the needs and request of the family are satisfied regarding funeral arrangements.

**C.** The Department Liaison or designee will direct the funeral activities of the department and visiting police agencies, according to the wishes of the family. The Department Liaison is also responsible for:

**1.** Overseeing provisions of travel, lodging and transportation for out-of-town family members.

**2.** Expediting provisions for all department resources.

**3.** Identifing alternative churches and/or reception halls that will accommodate a law enforcement funeral. This information will be passed on to the family as soon as possible to assist the family in making a decision on a location. The choice remains with the family.

**4.** Coordinating all official law enforcement notifications and arrangements for a law enforcement funeral. This will include the Special Operations Division Major or designee for Motor Unit escort or other traffic related issues, the Honor Guard Commander, the Police Chaplain, pall bearers and liaisons with all visiting law enforcement agencies.

**5.** Contact the PIO with media relations issues. The PIO will confer with the Chief of Police regarding the desirability of conducting any type of formal news conference relating to the incident. In the unlikely event that the family should decide to accept an interview, the PIO should attend and monitor all questions being presented to the family, so as not to jeopardize upcoming legal proceedings. All instructions on what information may be released are given to the PIO.

**6.** Arrange for routine residence checks of the survivor's home for 4-6 weeks following the tragedy. This service is necessary since large amounts of money may pass through the residence and the survi-

vors may be spending much time away from the home with legal matters. This may require outside liaison with other jurisdictions.

## V. FUNERAL LIAISON OFFICER

**A.** The Funeral Liaison Officer works closely with the Department Liaison.

**B.** The Funeral Liaison Officer need not be a ranking Officer, but the assignment is critical.

**C.** The Funeral Liaison Officer is not a decision making position. The Funeral Liaison Officer acts as a facilitator between the decedent's family and the Department during the wake and funeral. The position requires the Officer have good knowledge of the family relationships, but not be so emotionally involved with the loss, that he would become ineffective. The Funeral Liaison Officer is responsible for:

1. Meet with the family and explaining the responsibilities of a Funeral Liaison Officer.

2. Be constantly available to the family throughout the wake and funeral.

3. Ensure that the needs of the family come before the wishes of the Department.

4. Meet with the family and funeral director regarding funeral arrangements. Since most officers have not pre-arranged their wishes for the handling of their own funeral, the family will likely need to decide all aspects of the funeral. These decisions should remain with the family. The Funeral Liaison Officer should only make the family aware of what the department may offer in the way of assistance and resources, according to the Department Liaison.

5. Relay all available information to the surviving family concerning the circumstances of death as long as it does not jeopardize the any poten-

tial criminal investigation concerning the incident. The Funeral Liaison Officer should coordinate with investigating Detectives to ensure that the family receives as much information as possibly allowable during the first few days.

6. Determine the need for travel arrangements for out-of-town family members or any other special needs during the funeral.

7. Report all pertinent information to the Department Liaison.

8. Brief the family on law enforcement funeral procedures (i.e. 21 gun volley, playing taps, bag pipes and presentation of flag, etc…) This is solely up to the family, if they want these customary honors.

## VI. BENEFITS COORDINATOR

**A.** The Chief of Police designates a ranking Officer to act as Benefits Coordinator and have the following responsibilities:

1. Fill workman's compensation claims and related paperwork.

2. Gather information on all benefits/funeral payments available to the family, including the Public Safety Officer's Benefits Act provided by the Department of Justice.

3. Field all phone calls and inquiries regarding the establishment of any trust funds or education funds.

4. Make a clear distinction between benefits, (which are financial payments made to the family to ensure financial stability following the loss of a loved one) and funeral payments, (which are funds specifically earmarked for funeral expenses by the City of Hollywood).

5. Assist to coordinate contacts between the family to the City of Hollywood Human Resource Department for benefits that the surviving

family is entitled to receive and the Hollywood Police Retirement Fund for the benefits for the beneficiaries.

6. Visit with the surviving family within a few days following the funeral to discuss benefits.

   a. If there are surviving children from a former marriage, the guardian of those children should also receive a printout of what benefits the child(ren) will be receiving.

   b. Special attention should be paid to problems regarding possible revocation of health benefits. The vast majority of survivors are given a 30 day grace period before being canceled from the coverage or being responsible for monthly payments for the coverage.

7. Advise the family of the role of police associations and organizations such as the Broward County Police Benevolent Association in making their attorney/financial counselor available to the surviving family for whatever legal/financial counseling is necessary: (i.e. establishing trust funds etc. …) This attorney should not be affiliated with the City of Hollywood and should work as an avid advocate for the family's interest.

## VII.   FAMILY SUPPORT ADVOCATE

A. The Family Support Advocate acts as a long-term liaison with the surviving family. The Family Support Advocate will be appointed by the Chief of Police or designee. The Family Support Advocate should have extensive experience in dealing with police victims and witnesses. The Funeral Liaison officer may also serve as Family Support Advocate. This Officer's responsibilities include:

   1. Keep constant contact with the surviving family to keep them abreast of any criminal proceedings. The family should never learn of developments of the case from the press prior to learning them from the department.

   2. Accompany the family to any criminal proceedings. Introducing them to prosecutors, and answering any questions they may have during the criminal trial.

   3. Coordinate with outside peer support groups.

   4. Ensure that the surviving family does not feel totally isolated by the department.

   5. Encourage others to make visits or help with family needs of the surviving family. Care should be used that idle promises are not made to the surviving family.

B. The Family Support Advocate should not set time limitations on when the family should "recover" from this traumatic event. The grieving process has no timetable. The survivors may experience a complicated grieving process.

C. Survivors should continue to feel a part of the "Police Family" for which the Officer gave his/her life. The Family Support Advocate should keep in touch with the family with at least monthly phone calls through the first year, dwindling off as necessary. The needs of the survivors usually dictate the frequency of contact.

D. The Chief of Police, Family Support Advocate, and others ensure that the anniversary date of the Officer's death is observed with a note to the family and/or flowers sent to the grave; and that adequate support is given to the family during holidays, particularly during the first year.

## VIII.  CEREMONIAL GUIDELINES

A. All Department members who have authorized uniform attire will display their uniform while in attendance of all such formal ceremonies, even if not currently in a uniformed assignment. All personnel attending such ceremonies will be in Class A uniforms with the proper hat unless otherwise authorized by the Chief of Police and present a neatly groomed appearance.

B. It will be the policy of this Department that all members who suffer a line-of-duty death will be posthumously awarded the Department's Medal of Valor in reverence for their service. This award should be presented during the funeral ceremony to the decedents immediate survivor; however if circumstances prevent this, then the award should be presented at a future appropriate Police Memorial service.

C. The following are the guidelines developed to assist in the Ceremonial preparations common for law enforcement funeral procedure.

1. Such law enforcement honors are intended for the decedent's family as well as the extended law enforcement family. Such law enforcement honors are also intended to demonstrate to the family and community the high esteem held for the decedent Officer by the Hollywood Police Department and his/her chosen profession.

2. It is important that this intent be conveyed to the decedent's survivors by the Funeral Liaison Officer and Family Support Advocate, understanding that the ultimate decisions concerning various ceremonial aspects remain with the family.

D. Arrangements – within 24 hours of death, not only will the key designees be appointed, but the informal support groups of those personnel closest to the decedent's family will have emerged. This group of individuals from the Department will rapidly form the core personnel needed to insure the various details of this policy are carried out.

1. An initial "support team" meeting should be scheduled the day following the death to bring all key individuals together to review progress to that point, communication needs, and coordinate plans. At least one other coordination meeting should be scheduled prior to the funeral or memorial ceremonies to confirm progress and identify any shortcomings.

2. As soon as the funeral arrangements have been made by the family through the Funeral Director, it is paramount that these be communicated to the Hollywood Police Department by the Funeral Liaison officer to maximize planning time.

E. Communications

1. It will be the responsibility of the Support Services Division Major or designee to insure that all notification of arrangements to other agencies by accomplished in a timely manner and be updated as needed with more specific information as such develops. Teletype will be used for outside agency updates, noting capabilities of fax machines to send detailed messages such as memorial notices with instructions for outside agency participation and relevant maps.

2. It will be the responsibility of the Special Operations Division Major or designee to arrange with other agencies to accomplish motorcade assistance in a timely manner.

3. The PIO will be responsible for all public notifications as well as the development of a "Memorial Notice"

(single page description of the decedent's employment summary, or other relevant activities or accomplishments, birth history and family survivors, services information regarding wake and funeral information. This should be an attractively computer-designed product with a photograph, preferably one that can be photocopied for mass distribution.)

4. Much of the same personal and professional history, along with a short line-of-duty death description should comprise an award certificate/letter noting the decedent being awarded the Department's Medal of Valor. The PIO should draft this for the Chief's signature, to be presented with the actual medal/pin to the appropriate survivor at the funeral/memorial.

5. Patrol Briefing will continuously update departmental personnel on developments and facilitate an exchange of information. All departmental personnel are encouraged to attend patrol briefings during this period. The ceremonial briefing given to all attending departmental personnel in the hours just prior to the funeral/memorial service will involve a large number of attendees and should therefore be scheduled in a large room and may necessitate dual sessions.

F. Wake or Viewing

1. The Honor Guard will be posted throughout viewing periods.

2. Motor Officers should handle any desired escorts.

3. Pallbearers should be selected by the family no later than this point, and these individuals should survey the site(s) of the memorial and/or funeral service prior to the last viewing, working closely with representatives from these locations to plan various logistics of escorting the casket. During this same timeframe,

appointed ushers, Honor Guard Supervisor(s) and individual site supervisor(s) should also survey the selected sites for planning respective responsibilities (from parking, to staging, to seating, and ceremonial formations) and prepare diagramed plans. Sufficient personnel should also be appointed to ensure effective implementation of these plans when they occur (ushers and parking attendants.)

G. Funeral / Memorial Processions - Depending on the various religious beliefs and personal wishes of the decedent's family, a church, cemetery or hall may or may not be utilized for a ceremony; and range from a full funeral including burial, to a memorial service only. At least one procession will be involved for any ceremony, starting with the removal of the decedent from the funeral home.

1. A police motorcade will accompany all processions, with outside police agencies handling any and all traffic posts so as the department personnel can remain as part of the procession. Department marked units will follow immediately behind the motorcade which escorts the hearse and family vehicles. Unmarked vehicles will then be placed after all marked units to conclude the procession (with the exception of high ranking officials who can be placed near the front/family).

2. It is strongly encouraged that a drive-by the Hollywood Police Department be included as the preferable route. When this route is included, only a motorcade will accompany the initial departure from the funeral home, with all other departmental personnel poised to join from the station.

a. This will be conducted with all vehicles appropriately staged at predetermined locations in front of the station, with all lights activated and all personnel lined up between their vehicles at the

position of "attention" prior to arrival of the motorcade.

**b.** All on-duty Department personnel working within the station, unless staffing a critical function, will be authorized to also lineup to pay final respects to the decedent and his/her family.

**c.** When a cemetery is involved, where large numbers of attendees proceed from a previous, separate location (church or hall) and have to re-stage at a grave site, a "stalling tactic" for the family procession is important to allow time for this staging without the grieving family having to wait in their vehicles for an extended time period. A small motorcade escorting the hearse and the family through an additional route that may be significant/symbolic to the decedent is further recommended.

**H.** Funeral / Memorial services. The following are traditional elements for a law enforcement funeral ceremony. These can take place in varied sequence, at varied locations, and may or may not be inclusive depending on the final wishes of the family. As such, the following listing is presented as an aid to planning:

**1.** Command and ceremonial sequence will be coordinated with the Honor Guard Commander and the family's wishes at least 24 hours before the funeral.

**2.** The Funeral Liaison Officer will insure that a notice is prepared prior to the ceremony, noting the sequence of ceremonial events approved by the family, for distribution to personnel prior to the ceremony.

**3.** A request via BSO Communications will be made for a separate police radio channel to be utilized for ceremonial coordination (i.e. timing of the flyover, dispatch of "attention all units message", etc. …) to avoid

such communications being audible during the ceremony while waiting for the "attention all units message".

**I.** Post Ceremonial response:

**1.** A post ceremonial debriefing meeting should be scheduled within one week after the funeral with all individuals involved in the planning of various activities in attendance. The primary purpose is to critique what went well and what could be improved upon, insure continued response as outlined in this policy and assist the below remaining communications.

**2.** As it is difficult to often times identify all agencies represented at the various ceremonies, and not wishing to offend any through omission, an "all agencies teletype" message should be prepared and sent with the approval of the Chief of Police, generically thanking all agencies who "participated, extended their condolences and offered their support".

**3.** Letters of appreciation from the Department should be prepared in a timely manner for the Chief's signature, giving special recognition to all those individuals and organizations that provided special assistance to the decedent's family or the Departments efforts while preparing the ceremonies and/or dealing with the loss of the decedent.

**4.** A Department Memorandum should be prepared and disseminated from the Chief of Police to all personnel, offering a message of appreciation for the professionalism of all members involved in the various activities during a period of such professional and personal loss and grief; offering a healing message of encouragement.

IX. **Personal Information Form:**

    **J.** Annually, at the time of the member's Patrol Shift Assignment Application is due; the member shall update their emergency notification and contact information. The form will also include the specific information regarding the member's wishes should they die while in the line of duty.

X. **DEFINITION**

    **A. Line-of-Duty Death:**

    A death that is the direct and proximate result of a traumatic injury sustained while performing duties of the assigned job. The Chief of Police may put certain parts of this directive into effect for cases of natural death of an officer.

    **B. Survivors:**

    Include immediate family members of the deceased officer, spouse, children, parents, siblings, fiancée and/or significant other.

APPROVED BY:

07/07/14

**Frank G. Fernandez**    **Date**
**Chief of Police**

| | **EMPLOYEE INJURY & WORKERS' COMPENSATION** | |
|---|---|---|
|  | **DEPARTMENT SOP: #130** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 04/01/2014** | **CFA:**<br><br>**NONE** |

**PURPOSE:**  To establish guidelines and procedures for reporting, documenting, and managing on-duty accidents, injuries and Worker's Compensation claims.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Hollywood Police Department will provide a means for emergency and non-emergency treatment of work-related injuries.  If the Member is entitled to Workers' Compensation benefits, the Department will properly document the injury.  The Department will provide support within the guidelines of City, State, and Collective Bargaining Agreements.

**INDEX:**

**I.      REPORTING ACCIDENTS & INJURIES 1**

**II.     INJURIES REQUIRING MEDICAL ATTENTION ......................................... 1**

A.     Procedure: ............................................ 1
B.     Member Subsequently Seeks Treatment: ........................................... 2
C.     Appropriate Follow-Up After Initial Treatment: .......................................... 3
D.     Re-Injury: ............................................. 3

**III.    INJURIES NOT REQUIRING MEDICAL ATTENTION ......................................... 3**

A.     Member Does Not Seek Treatment: .... 3

**IV.    RETURN TO WORK STATUS .............. 3**

A.     Full Duty: .............................................. 3
B.     Light or Limited Duty: ........................... 3
C.     Unable to Return to Work: ................... 4

**V.     WORKER'S COMPENSATION / SUPPLEMENTAL COMPENSATION .... 4**

D.     Additional Benefits and Provisions: ..... 5
E.     Member Reporting Requirements: ...... 5

**VI.    SPECIAL REQUIREMENTS FOR COMPENSATION ISSUES ................... 5**

A.     Travel To and From Work: ................. 5
B.     Business Travel: ................................. 5
C.     Deviation from Employment: .............. 5
D.     Subsequent Intervening Accidents: ..... 5
E.     Refusal to Use Protective Equipment: 6

**VII.   DEFINITIONS: ....................................... 6**

A.     ACTING WITHIN THE COURSE OF EMPLOYMENT: ................................. 6
B.     OFFICIAL LAW ENFORCEMENT VEHICLE: ........................................... 6

**PROCEDURE:**

**I.      REPORTING ACCIDENTS & INJURIES**

All work related accidents or injuries, regardless of severity or apparent triviality; will be immediately reported to the Member's Supervisor.  Human Resources is also to be notified immediately so that benefits due the employee in accordance with State worker compensation laws may be coordinated with the City's Third Party Administrator (TPA).

**II.     INJURIES REQUIRING MEDICAL ATTENTION**

The following applies to Members who sustain a work-related injury or are exposed to any type of communicable disease while on duty.

**A.  Procedure:**

When a Member's injury is serious or of a life threatening nature:

1. The Member will respond or be transported to the nearest hospital emergency room.

2. For all other work related injuries, employees may go to Memorial Regional South or Memorial Regional Hospital for initial treatment and diagnosis. If no diagnostic care is anticipated, employees may go to Occupational Medical Centers of America (OMCA) located at 3705 Garfield Street during normal business hours for treatment.

3. The Member's Supervisor will investigate the circumstances of the accident/injury. The Member's Supervisor will complete an Accident Injury Report form (see **Appendix A**) and a First Report of Injury or Illness form (see **Appendix B**) in cooperation with the Member.

    a. All employee and employer information on the First Report of Injury or Illness Form **MUST** be completed.

    b. The employee **MUST** complete the box titled "Employee's description of accident" and sign the First Report of Injury or Illness Form. If the Member is unable to sign or complete the applicable sections of the form, indicate so in the appropriate section.

    c. Part Two of the Accident Injury Report form must be completed for potential follow-up.

    d. All paperwork will be forwarded to the Personnel Unit by the end of the shift.

4. The injured Member will receive discharge instructions from the Medical Treatment Facility. A copy of the instructions must be submitted to the Human Resources Department via the Chain of Command, as soon as possible.

5. The Member should be given a Worker's Compensation Prescription form (see **Appendix E**) before filling any Worker's Compensation related prescriptions. The form can be obtained from the City's General Template folder or from the "Forms" folder on the Police Department's "S" drive. The injured employee will present this form to the pharmacist when filling prescriptions for a work-related injury.

6. Any necessary medical follow-up will be coordinated and approved by the City's TPA.

7. After review, the Personnel Unit will process the Accident Injury Report and First Report of Injury or Illness Form in the following manner:

    a. The **Original** copy will be sent to the City's Human Resources office.

    b. A copy will be put into the employee's file in the Personnel Unit.

    c. A copy will be sent to the timekeeper.

8. It is the responsibility of the injured Member to ensure that City approval for medical treatment has been granted.

9. Members exposed to a communicable disease will follow the reporting procedures in accordance with **SOP # 119 Infectious Disease Control.**

B. **Member Subsequently Seeks Treatment:**

   If subsequent treatment is necessary, then all procedures in **Section II** will be completed.

## C. Appropriate Follow-Up After Initial Treatment:

The following procedures will be followed:

1. The Member will obtain a City of Hollywood Workers' Compensation form (see **Appendix D**) prior to a Doctor's or physical therapy appointment.

   a. The treating Physician must complete a Workers' Compensation Form for each separate visit.

   b. The completed original **form** will be submitted to the Personnel Office after each visit.

2. All follow up treatment and/or physical therapy will be coordinated with the City's TPA. Members must not make appointments on their own without coordinating with the City's TPA. This may led to treatment being denied or time not being compensable.

## D. Re-Injury:

All suspected re-injuries will be treated in the same manner as an original injury with regards to seeking medical treatment.

1. All appropriate Forms will be completed as previously outlined.

2. The City's TPA will determine compensability.

3. If there is a question as to whether an employee has been re-injured or sustained a new injury in a work-related occurrence, contact the Human Resources Department for instructions prior to completing any paperwork.

## III. INJURIES NOT REQUIRING MEDICAL ATTENTION

### A. Member Does Not Seek Treatment:

If a Member is injured while on duty (not involving a vehicle), and opts not to seek medical treatment, the following procedures will be followed:

1. The Member will report the injury to a Supervisor, as soon as possible.

2. The Member will log the injury and the date of occurrence on the Non-Medical Injuries Log (see **Appendix C**).

At the end of each month, all Division Majors are responsible for forwarding the Non-Medical Injuries Log to the Personnel Unit.

## IV. RETURN TO WORK STATUS

Any Member receiving information from a Health Care Provider specific to their duty status (return full-duty, return light duty, return limited duty, not able to return to work) will notify their Division Major as soon as practical for assignment.

### A. Full Duty:

If full duty return to work is indicated on the Injury Status Report or the Emergency Room discharge papers, the employee will be returned to work. Copies will be submitted to the Personnel Unit as soon as possible.

### B. Light or Limited Duty:

If Light or Limited Duty is indicated on the Injury Status Report or the discharge papers from the Medical Treatment Facility, the Department will make every effort to place the injured employee in a suitable position.

1. The Police Personnel Unit is to be notified as soon as practical to coordinate placement in the proper work assignment.

2. Copies will be submitted to the Human Resources Department via the Chain of Command, as soon as possible.

3. The Personnel Unit will maintain a Member Duty Log. This Log will be submitted monthly to the Assistant Chief of Police.

**C. Unable to Return to Work:**

Members unable to return to work will adhere to the following:

1. Assume the assigned duty hours of Monday through Friday 8:00 a.m. to 4:00 p.m.

2. Submit to the Police Personnel Lieutenant or designee and their immediate supervisor, medical status report via electronic mail, facsimile or deliver in person before 10:00 a.m. the Monday of every week in which the member will be unable to return to work. It is the affected member's supervisor's responsibility to ensure the chain of command is notified. The medical status report will include the most recent doctor's orders and next scheduled medical appointment date. If applicable, the medical status report will note the expected date the member will return to Limited, Light or Full Duty. If the member is unable to perform these notifications themselves, the member's immediate supervisors will notify the Division Major who will determine the notification procedure.

3. Be confined to their home, clinic, or hospital during their assigned working hours, except to visit their personal physician, attend therapy, obtain needed medical supplies, or with the permission of their Division Major.

4. The Personnel Unit will maintain a daily Workers' Compensation Tracking Report on each affected Member, logging their workers' compensation status for each day an affected Member is unable to return to work.

5. If the Police Personnel Unit or the member's immediate chain of command required clarification on the status of an affected member they are to contact the City of Hollywood Human Resource Department.

Any lost time from work due to injury must be documented by the affected member's Lieutenant on the Unit's time-sheets.

**V. WORKER'S COMPENSATION / SUPPLEMENTAL COMPENSATION**

Worker's Compensation is a benefit which the City, by law, provides to all employees. Worker's compensation benefits apply to employees who receive on the job injuries.

Supplemental Compensation: An employee, on becoming eligible for Worker's Compensation benefits due to a job-related injury or illness, will receive Supplemental Compensation from the City for a period of up to eight weeks.

1. For the first seven days of disability, the Worker's Compensation Law does not provide disability benefits for job related disability. If the employee loses more than 21 days of work, disability benefits will be payable retroactively.

2. Supplemental Compensation will be the difference between the employee's regular bi-weekly salary and the amount of the weekly Worker's Compensation benefit, not to exceed 100% of the base rate of pay at the time of the injury or disability.

3. The supplemental benefit may extend beyond the initial eight week period upon recommendation of the Chief of Police or his designee, for as long as the employee is unable to perform his/her regular job duties.

**D. Additional Benefits and Provisions:**

Members can refer to their current Collective Bargaining Agreement, as well as Florida State Statute Chapter 440, as well as Chapter 112.18 for additional information concerning Worker's Compensation laws, benefits, requirements, and provisions.

**E. Member Reporting Requirements:**

All Members who are out on Worker Compensation will report all visits to a health care provider to their Division Major by the next business day.

## VI. SPECIAL REQUIREMENTS FOR COMPENSATION ISSUES

In accordance with F.S. 440.092: Florida Department of Labor and Employment Security, Division of Workers' Compensation, the following compensation issues may apply:

**A. Travel To and From Work:**

In accordance with Chapter 440.092(2), Florida Statutes:

An injury to a full-time Law Enforcement Officer during the Officer's work period, or while going to or coming from work in an official Law Enforcement Vehicle, is presumed to be an injury arising out of or in the course of employment unless the injury was incurred during a distinct deviation for a non-essential personal errand. However, if an Agency policy or Collective Bargaining Agreement permits such deviations, the injury will be presumed to be in the course and scope of employment.

1. The Chief of Police, or his designee, has the authority to approve such deviations, i.e.:

   a. The use of an official Law Enforcement Vehicle to travel directly to and from Department approved extra-duty Police assignment is recognized as an approved deviation.

   b. The use of an official Law Enforcement Vehicle used for travel while performing a Department approved extra-duty Police assignment is recognized as an approved deviation.

   c. Sworn Staff Members compensated with a City vehicle allowance.

2. As a matter of Departmental policy, an injury to a full-time Law Enforcement Officer sustained while travelling to or from work in a privately owned vehicle, will be presumed to be an injury arising out of or in the course of employment unless the injury was incurred during a distinct deviation for a non-essential personal errand.

**B. Business Travel:**

A Member who is required to travel in connection with his or her employment who suffers an injury while in travel status will be eligible for benefits only if the injury arises out of and in the course of employment while he or she is actively engaged in the duties of employment.

**C. Deviation from Employment:**

A member who is injured while deviating from the course of employment, including the Employer's premises, is not eligible for benefits unless such deviation is expressly approved by the Employer, or unless such deviation or act is in response to an emergency and designed to save life or property.

**D. Subsequent Intervening Accidents:**

Injuries caused by a subsequent intervening accident which are the direct and natural consequence of the original injury are not compensable unless suffered while traveling to or from a health care provider for the purpose of receiving remedial treatment for the compensable injury.

### E. Refusal to Use Protective Equipment:

Willful refusal to use a safety appliance, or observe a safety rule required by Statute or approved by the State Industrial Relations Commission, may be cause to reduce compensation by 25%. The Member may also be subject to disciplinary action.

## VII. DEFINITIONS:

### A. ACTING WITHIN THE COURSE OF EMPLOYMENT:

In Accordance with Chapter 440.091, Florida Statutes, Florida Department of Labor and Employment Security, Division of Workers' Compensation:

A Police Officer is deemed to have been acting within the course of employment, provided the Officer was discharging his primary responsibilities within the State in a place and under circumstances reasonably consistent with that primary responsibility; and was not engaged in services for which he or she was paid by a private employer, and the Officer and his or her public employer had no agreement providing for Workers' Compensation coverage for that private employment.

### B. OFFICIAL LAW ENFORCEMENT VEHICLE:

A marked or unmarked Police vehicle owned or leased by the Hollywood Police Department which is used by a Sworn Member in the performance of his official duties.

APPROVED BY:

_04/01/2014_

**Frank G. Fernandez**
**Chief of Police**                      **Date**

## ATTACHMENTS:

- **Appendix A:** Accident/Injury Report Form.

- **Appendix B:** First Report of Injury or Illness Report Form.

- **Appendix C:** Non-Medical Injuries Log.

- **Appendix D:** Worker's Compensation Form.

- **Appendix E:** Worker's Compensation Prescription Form.

- **Appendix F:** Professional Medical Care Acknowledgement Statement Form.

**SECTION ONE**   (must be submitted *immediately* for medical treatment authorization)

# CITY OF HOLLYWOOD, FLORIDA
# ACCIDENT/INJURY REPORT

**(PLEASE PRINT)**

**TYPE OF ACCIDENT:** ☐ Motor Vehicle    ☐ CDL Vehicle/Operator    **Substance Test Required** ☐YES ☐NO

☐ Personal Injury    ☐ City Property Damage    ☐ Personal Property Damage    ☐ Other

**POLICE INVESTIGATION:** ☐ **YES** ☐ **NO**    POLICE REPORT #    CITY VEHICLE #

## EMPLOYEE INFORMATION

| NAME (Last)          (First)          (MI) | BADGE# | DATE OF BIRTH |
|---|---|---|
| HOME ADDRESS (INCLUDE CITY STATE & ZIP CODE) | HOME PHONE | WORK PHONE |
| JOB TITLE | DEPARTMENT | SUPERVISOR NAME (Print) |

## EMPLOYEE ACCIDENT REPORT

LOCATION OF ACCIDENT:_____

| DATE & TIME OF ACCIDENT: _____ | DATE & TIME REPORTED: _____ | INJURED ON REGULAR JOB: ☐ YES ☐ NO |
|---|---|---|

| DESCRIBE HOW ACCIDENT HAPPENED: |
|---|
| DESCRIBE INJURY: |

**EMPLOYEE SIGNATURE        DATE**                    **SUPERVISOR SIGNATURE        DATE**

**INJURED EMP.:**   Taken to Hospital? ☐ YES ☐ NO    Taken to Doctor? ☐ YES ☐ NO    **Lost Time?** ☐ YES ☐ NO

| NAME OF HOSPITAL: | NAME OF DOCTOR: | FIRST DAY LOST (mm/dd/yyyy): |
|---|---|---|

## PROPERTY DAMAGE INFORMATION

| DESCRIBE NATURE AND EXTENT OF VEHICLE OR PROPERTY DAMAGE: |
|---|

## OTHER PARTY INVOLVED/WITNESS INFORMATION

| WITNESSES: (give full name, address, & phone number): |
|---|

**NOTE:** SECTION TWO OF FORM MUST BE COMPLETED WITHIN *24 HRS.* OF OCCURRENCE

**SECTION TWO**                (must be completed **within** *24 hrs.* of occurrence)

## SUPERVISOR'S INVESTIGATION

CAUSE OF ACCIDENT:

☐ NOT USING PROTECTIVE EQUIPMENT          ☐ UNSAFE ACT          ☐ CARELESSNESS

☐ NOT USING PROPER METHOD OR TOOLS          ☐ UNSAFE CONDITION          ☐ OTHER

☐ FAULTY EQUIPMENT OR FACILITY

EXPLAIN:

SUPERVISOR'S EXPLANATION OF ACCIDENT:

DESCRIBE ACTION TAKEN TO AVOID SIMILAR ACCIDENT:

**SUPERVISOR SIGNATURE          DATE**          **LIEUTENANT SIGNATURE          DATE**

## DIVISION/DEPARTMENT REVIEW

COMMENTS:

**DIVISION HEAD SIGNATURE          DATE**          **DEPARTMENT HEAD SIGNATURE          DATE**

## HUMAN RESOURCES/COMMENTS

CONCUR WITH ABOVE: ☐ YES ☐ NO – IF NO EXPLAIN:

**SAFETY DIV. REP. SIGNATURE          DATE**

**NOTE:** SECTION TWO SHOULD BE SUBMITTED TO RISK MANAGEMENT WITHIN *24 HOURS* OF OCCURRENCE.

**FIRST REPORT OF INJURY OR ILLNESS**

FLORIDA DEPARTMENT OF FINANCIAL SERVICES
DIVISION OF WORKERS' COMPENSATION

For assistance call 1-800-342-1741
or contact your local EAO Office
Report all deaths within 24 hours
1-800-219-8953 or (850) 922-8953

| | SENT TO DIVISION DATE | DIVISION RECEIVED DATE |
|---|---|---|

**PLEASE PRINT OR TYPE**

**EMPLOYEE INFORMATION**

| Name (First, Middle, Last) | Social Security Number | Date of Accident | Time of Accident ☐ AM ☐ PM |
|---|---|---|---|

| Home Address Street/Apt. #: City:      State:      Zip: Telephone: Area Code    Number | Employee's Description of Accident (Include Cause of Injury) CONTACT WITH SHARP OBJECTS ▼ |
|---|---|

| Occupation: Date of Birth      Sex ☐ M ☐ F | Injury/Illness That Occurred HEART DISORDER ▼ | Part of Body Affected (Select Body Part Description) ▼ (Select Body Part Description) ▼ (Select Body Part Description) ▼ |
|---|---|---|

**EMPLOYER INFORMATION**

| Co. Name:   CITY OF HOLLYWOOD, FL D.B.A.: Street:   2600 HOLLYWOOD BLVD #206 City:   Hollywood State: FL  Zip 33020 | Federal ID Number (FEIN)       231615254 | Date First Reported (Month/Day/Year) |
|---|---|---|
| Telephone: Area Code   Number | Nature of Business | Policy/Member Number SELF INSURED |
| Employer's Location Address (if different) Street: City:      State:      Zip: Place of Accident (street, city, state, zip) Street: City:      State:      Zip: County of Accident: | Date Employed | Paid for Date of Injury ☐ YES ☐ NO |
| | Last Date Employee Worked | Will you continue to pay wages instead of Workers' Comp? ☐ NO Last day wages will be paid instead of Worker's Comp  /  / |
| | Returned to Work ☐ NO If Yes, Give Date ☐ YES | Rate Of Pay $_____ Per ☐ HR ☐ WK ☐ DAY ☐ MO |
| | Date of Death (if applicable) | Number of hours per day Number of hours per week Number of days per week |
| | Agree with description of accident? ☐ YES ☐ NO | |

Any person, who knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance Company, or self-insured program, files a statement of claim containing any false or misleading information commits insurance fraud, punishable as provided in Florida Statute 817.234, Section 440.105(7), F.S

| | Name, Address Telephone and Fax of Physician or Hospital |
|---|---|
| Employee Signature (if available)      Date | |
| Employer Signature      Date | Authorized by Employer ☐ YES ☐ NO |

**CLAIMS-HANDLING ENTITY INFORMATION**

1a.☐ Case Denied - DWC-12, Notice of Denial Attached
1b.☐ Indemnity Only Denied Case - DWC-12, Notice of Denial Attached

2. ☐ Medical Only which became Lost Time Case (Complete all info in #3)
Employee's 8th Day of Disability  /  /
Entity's Knowledge of 8th Day of Disability  /  /

3. ☐ Lost Time Case – 1st day of disability  /  /    Full Salary in lieu of comp? ☐ YES   Full Salary End Date _____

Date First Payment Mailed  /  /   AWW _____   Comp Rate _____

☐ TT  ☐ TT-40%   ☐ TP   ☐ LA   ☐ PT   ☐ Death   ☐ Settlement Only

Penalty Amount Paid in 1st Payment $_____   Interest Amount Paid in 1st Payment $_____

| Remarks: | Insurer Name:   City of Hollywood Claims-Handling Entity Name, Address & Telephone |
|---|---|
| INSURER CODE # 9633 | Employee's Class Code | Employer's NAICS Code 921190 | **Employers Mutual, Inc 700 Central Parkway Stuart, FL 34994 1-800-431-2221** |
| Service Co/TPA Code # 6060 | Claims-Handling Entity File # | | |

Form DFS-F2-DWC-1 (03/2009) Rule 69L-3.025, F.A.C.

**ADDITIONAL NOTES:**

DWC-1 Purpose and Use Statement

The collection of the social security number on this form is specifically authorized by Section 440.185(2), Florida Statutes. The social security number will be used as a unique identifier in Division of Workers' Compensation database systems for individuals who have claimed benefits under Chapter 440, Florida Statutes. It will also be used to identify information and documents in those database systems regarding individuals who have claimed benefits under Chapter 440, Florida Statutes, for internal agency tracking purposes and for purposes of responding to both public records request and subpoenas that require production of specified documents. The social security number may also be used for any other specifically required or authorized by state or federal law.

# MONTHLY LOG OF "NON-MEDICAL INJURIES"

| INJURED NAME | DATE REPORTED | DESCRIPTION OF ACCIDENT | DESCRIPTION OF INJURY AFFECTED BODY PART |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE: SUBMIT THIS LIST TO THE SAFETY OFFICE MONTHLY, KEEPING A COPY FOR YOUR FILES.   IF ONE OF THE ABOVE MEMBERS SEEKS MEDICAL ATTENTION, IMMEDIATELY FILL OUT THE "NOTICE OF INJURY FORM") AND SUBMIT IT TO THE SAFETY OFFICE WITHIN 24 HOURS.



# CITY OF HOLLYWOOD, FLORIDA

## Human Resources Department

2600 Hollywood Boulevard – PO Box 229045 – Hollywood, Florida 33022-9045

### CITY OF HOLLYWOOD WORKERS' COMPENSATION REPORT FORM

### EMPLOYEE SECTION

(to be completed by Supervisor before appointment)

PATIENT'S NAME: _____

EMPLOYER'S NAME: **City of Hollywood**

ADDRESS & TELEPHONE: **PO Box 229045, Hollywood, FL 33022-9045  /  (954) 921-3287**

DATE OF ACCIDENT: _____

SELF-INSURED ADJUSTER'S NAME: **EMPLOYERS MUTUAL, INC.**

ADDRESS: **700 Central Parkway     Stuart, FL 34994**

AUTHORIZED PHYSICIAN: _____

SIGNATURE OF SUPERVISOR: _____

### *********** PHYSICIAN'S SECTION ***********

(Please Print or Type Information Except for Physician's Signature)

DATE:_____ ARRIVAL:_____ DEPARTURE: _____

NATURE OF INJURY (Diagnosis): _____

PHYSICIAN'S OPINION IF WORK CONNECTED:_____

TREATMENT AND/OR MEDICATION PRESCRIBED: _____

_____

LIMITATION OF DUTIES, IF ANY:_____

_____

ANTICIPATED LOSS OF TIME FROM WORK, IF ANY:_____

DATE OF RETURN APPOINTMENT, IF NEEDED: _____

RECOMMENDATION AND/OR REFERRAL TO ANOTHER PHYSICIAN, IF ANY:_____

_____

TREATING PHYSICIAN'S SIGNATURE:_____

ADDRESS & TELEPHONE NUMBER:_____

ATTENTION:     *ALL POLICE PERSONNEL RETURN THIS FORM TO THE PATROL OFFICE AFTER APPOINTMENT.  THE PATROL OFFICE WILL FORWARD FORM TO HUMAN RESOURCES.*

Phone Numbers:  Workers Comp, Liability, & Safety (954) 921-3218 – Employee Benefits (954) 921-3505

ExpressComp

# *Temporary Prescription Services ID*
## *Important Benefit Information*

### Attention Injured Employee:

**The attached injured employee prescription instructions identify you as a member of ExpressComp Program.** It is important when filling prescriptions that you present this Temporary Prescription Services ID form to your pharmacist before obtaining your prescription. If you have any questions about your injured employee drug program or to locate a participating pharmacy, please contact Customer Service toll-free at **1-800-676-5774.**

## NOTICE TO INJURED EMPLOYEE

**This injured employee Temporary Prescription Services ID form MUST BE PRESENTED to your pharmacist when you fill your initial prescription(s).**

| **Choice Pharmacy Solutions** | **EMPLOYEE MAILING ADDRESS** |
|---|---|
| Express Scripts ExpressComp Authorization for Prescription Services ID number, pre-printed group number, and date of birth are required fields to process on-line. | |
| ID # _____ Social Security Number | **STREET** |
| DATE OF INJURY _____ CCYY/MM/DD | |
| **GROUP #**     **BFJCHOICE** | **CITY**     **STATE**     **ZIP** |
| **EMPLOYEE DATE OF BIRTH** | **EMPLOYER'S NAME**: City of Hollywood |
| **EMPLOYEE NAME** | **DIVISION OR DEPARTMENT** |
| **FIRST**     **MI**     **LAST** | *Help Desk*: This is a POS program through Express Scripts only. For assistance call the Express Scripts Help Desk at toll-free number 1-800-676-5774. |

### Attention Pharmacist:

Choice Pharmacy Solutions' injured employee prescription benefit program is administered by Express Scripts. The following are the steps necessary to submit a claim.

**Please follow the action steps listed below to enter the claim.  Be sure you are using NCPDP version 3.2 allowing for faster service.**

| | |
|---|---|
| Step 1 | Enter Bin Number 003858 |
| Step 2 | Enter Processor Control A4 |
| Step 3 | Enter the Group Number as it appears above |
| Step 4 | Enter the injured worker's 9 digit ID# |
| Step 5 | Enter first name & last name |
| Step 6 | Enter the injured worker's date of birth as it appears above |

**NEED ASSISTANCE?**     **Pharmacist**, if you have any questions while processing the claim, please call Express Scripts Help Desk toll-free number at 1-800-676-5774

## PROFESSIONAL MEDICAL CARE ACKNOWLEDGEMENT STATEMENT

I, _____, do not wish to seek medical attention at this time. Should I need medical attention at a later date, concerning this incident, I understand that I will notify _____.

(School/Department)

_____           _____

**Signature of Employee**                                                  **Date**

_____

**Witness**

Note: This Form must accompany First Report of Injury or Illness (Form DWC-1) to Risk Management.

AN EQUAL OPPORTUNITY AGENCY

| | **LIGHT AND LIMITED DUTY** | |
|---|---|---|
| | **DEPARTMENT SOP: #131** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/22/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:**  To establish procedures for Light and Limited Duty assignments.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Light and Limited Duty assignments, when available, are for Members of the Hollywood Police Department who because of injury, illness, or disability, are temporarily or permanently unable to perform their regular assignments, but are capable of performing alternative duty assignments.

This SOP in no way affects the privileges of Members under the provisions of the Family and Medical Leave Act, Fair Labor Standards Act, Americans with Disabilities Act, or other Federal and State laws.

**INDEX:**

I.      **LIGHT DUTY STATUS**............................1

  A.      Requirements for Light Duty: ...............1
  B.      Light Duty Requests: ..........................2
  C.      Light Duty Assignments: ......................2

II.     **LIMITED DUTY STATUS** .......................2

  A.      Requirements for Limited Duty: ...........2
  B.      Limited Duty Requests: .......................3
  C.      Limited Duty Assignments: ..................3

III.    **CARRYING A FIREARM WHILE ON WORKER'S COMPENSATION, LIMITED OR LIGHT DUTY [4.05]** ..........................4

IV.     **DEFINITIONS:** ........................................4

  A.      LIGHT DUTY: .......................................4
  B.      LIMITED DUTY: ....................................4

**PROCEDURE:**

I.   **LIGHT DUTY STATUS**

  A.  **Requirements for Light Duty:**

   Light-Duty positions are reserved for service incurred permanent disabilities as deemed by the Pension Board. The Department provides two positions per the current Collective Bargaining Agreement.  The following guidelines apply to Light Duty assignments:

   1.  Members deemed permanently disabled in the line of duty will be considered for Light Duty assignments.

   2.  Assignments may be changed at any time, upon the approval of the treating physician, if deemed in the best interest of the Member or the Department.

   3.  Assignments to Light Duty will not affect a Member's pay classification, pay increases, retirement or other employment benefits.

   4.  Members receiving a Light Duty assignment will not be eligible for promotion.

   5.  No specific position within the Department will be designated as a Light Duty assignment, nor will any existing Light Duty assignment be designated or utilized exclusively for Members on Light Duty.

   6.  Officers on Light Duty are prohibited from:

**a.** Engaging in outside employment of a Police nature.

**b.** Wearing the Departmental uniform.

**c.** Working extra-duty details.

**d.** Taking Police action except in extreme life threatening situations.

**7.** Overtime hours may be restricted at the discretion of the Department.

**8.** An Officer on Light Duty will not be assigned a take-home vehicle, except at the sole discretion of the Chief of Police.

**a.** Officers will return the vehicle to their immediate Supervisor upon being placed in a Light Duty status.

**b.** The Member's Supervisor will deliver the keys to the Fleet Management Unit.

**9.** City vehicle use will be restricted for on-duty purposes only and may be prohibited according to the Member's abilities.

**10.** All Members who become aware that their personal medical condition may interfere with their assignment or may jeopardize the Member's physical or mental well being will immediately notify the Chief of Police via the Chain of Command. After such notification, the Member will be placed on Limited Duty pending medical determination.

**B.   Light Duty Requests:**

When requesting Light Duty assignments, Members will submit a Memorandum to the Chief of Police, via the Chain of Command, detailing the facts relating to their request.

**1.** The Memorandum must be accompanied by Pension Board documentation supporting the request for a Light Duty assignment.

**2.** The documentation must include:

**a.** Probable duration of the disability;

**b.** Prognosis for recovery;

**c.** Nature of work restrictions;

**d.** Documentation from the treating physician or health care provider stating the Member can physically assume the duties and responsibilities of the Light Duty position in the Department.

**C.   Light Duty Assignments:**

Light Duty assignments assigned by the Chief of Police and may include, but are not necessarily limited to, the following types of assignments:

**1.** Desk / Clerical.

**2.** Telephone Reporting Unit.

**3.** Computer Operations.

**4.** Forfeiture/Vehicle Impoundment.

**5.** Legal

**II.   LIMITED DUTY STATUS**

**A.   Requirements for Limited Duty:**

Limited Duty assignments are offered to Members who because of injury, illness, disability, or pregnancy are temporarily unable to perform regular assignments, but are capable of performing alternative duty assignments. Positions are available based on the Member's abilities and the needs of the Department.  This policy is guided by the following:

**1.** Assignments may be changed or cancelled at anytime based on the needs of the Department.

**2.** No specific position within the Department will be designated as a Limited Duty assignment, nor will any existing Limited Duty assignment be designated or utilized exclusively for Members on Limited Duty.

**3.** Officers on Limited Duty are prohibited from:

    **a.** Engaging in outside employment of a Police nature.

    **b.** Wearing the Departmental uniform.

    **c.** Working extra-duty details.

    **d.** Taking Police action except in extreme life-threatening situations.

**4.** Overtime hours may be restricted at the discretion of the Department.

**5.** An Officer on Limited Duty will not be assigned a take-home vehicle until returned to full duty, except at the sole discretion of the Chief of Police.

    **a.** Officers will return the vehicle to their immediate Supervisor upon being placed in a Limited Duty status.

    **b.** The Member's Supervisor will deliver the keys to the Fleet Management Unit.

**6.** City vehicle use will be restricted for on-duty purposes only and may be prohibited according to the Member's abilities.

**7.** All Members who become aware that their personal medical condition may interfere with their assignment or may jeopardize the Member's physical or mental well being will immediately notify their Division Major via the Chain of Command. After such notification, the Member will immediately be placed on Limited Duty.

**B. Limited Duty Requests:**

When requesting Limited Duty assignments, Members will submit a Memorandum to their Division Major, via the Chain of Command, detailing the facts relating to their request.

**1.** The Memorandum must be accompanied by medical documentation supporting the request for a Limited Duty assignment. The documentation must be signed by the treating physician or other health-care provider.

**2.** The documentation must include:

    **a.** Probable duration of the disability;

    **b.** Prognosis for recovery or return to full duty;

    **c.** Nature of work restrictions;

    **d.** Additionally, the treating physician or health care provider must affirm that the Member can physically assume the duties and responsibilities of the Limited Duty position.

**3.** The Division Major will notify the Chief of Police in writing, who will approve all Limited Duty assignments in excess of 40 hours. Limited Duty assignments in excess of 90 days must be reassessed and approved by the Chief of Police or his designee.

**C. Limited Duty Assignments:**

Limited Duty assignments may include, but are not limited to, the following:

**1.** Desk / Clerical.

**2.** Communications Section.

**3.** Telephone Reporting Unit.

**4.** Computer Operations.

**5.** Firearms Range.

**III. CARRYING A FIREARM WHILE ON WORKER'S COMPENSATION, LIMITED OR LIGHT DUTY** [4.05]

Authorized Members assigned to worker's compensation, limited duty or light duty status may carry an approved firearm (either on or off-duty) providing; the firearm is carried in a concealed manner at all times; it does not aggravate or hinder the healing process of the injury; and the Sworn Member has maintained current qualification standards as set forth in SOP #204 Firearms.

**IV. DEFINITIONS:**

**A. LIGHT DUTY:**

An assignment given to a Member who, due to line of duty disability, is deemed by the Pension Board, permanently unable to perform regular assignments but who is capable of performing alternative duty assignments.

**B. LIMITED DUTY:**

An assignment given to a Member who because of injury, illness, or disability, is temporarily unable to perform regular assignments, but who is capable of performing alternative duty assignments.

APPROVED BY:

**Frank G. Fernandez**          **02/22/2013**
**Chief of Police**              **Date**

**ATTACHMENTS:**

NONE

|  | **OFF-DUTY & EXTRA-DUTY EMPLOYMENT** | |
|---|---|---|
| | **DEPARTMENT SOP: #141** | **CALEA: 22.3.5** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/10/2014** | **CFA:**<br><br>**9.01, 9.02A-E** |

**PURPOSE:** To establish standards and guidelines for Police and Community Service Officers engaged in Off-Duty and Extra-Duty employment.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to allow qualified Members to engage in approved Off-Duty and Extra-Duty employment, provided the employment does not impair their efficiency, duties, and responsibilities, and conforms to this SOP and all laws. Off-Duty and Extra-Duty employment may be prohibited or restrictions imposed when the nature of the work is considered detrimental to the Department. **[9.02A]**

**INDEX:**

I.     OFF-DUTY EMPLOYMENT ...................2

A.     Member Requests: [9.01] ...................2
B.     Enforceability Clause: ..........................3

II.    EXTRA-DUTY POLICE SERVICE .........3

A.     City Ordinance: [9.01]..........................3
B.     Assignment: [9.02D] ............................4
C.     Administration:......................................4

III.   MEMBER BEHAVIOR AND ACTIVITIES WHILE WORKING EXTRA-DUTY EMPLOYMENT [9.02B][22.3.5B] ..........4

A.     Hourly Work Limits: [22.3.5B].............4
B.     Weekly Extra-Duty Detail Worksheet: [9.02E] [22.3.5E]....................................4
C.     Special Circumstances: [22.3.5B] .......4
D.     Extra-Duty Assignments: [22.3.5B] .....5
E.     Uniform Standards: [22.3.5B] ..............5
F.     General Guidelines: [22.3.5B] .............6

IV.    MEMBERS STANDARD OF CONDUCT ................................................................ 6

A.     Rules and Regulations: [9.02B] [22.3.5B] ............................................... 6
B.     Member's Staffing Responsibility: .......7
C.     Failure to Meet Obligations: ................8

V.     COMPENSATION FOR EXTRA-DUTY EMPLOYMENT ...................................... 8

A.     Established Wages: ............................. 8
B.     Rate Schedule:.................................... 9
C.     Financial Disclosure: ........................... 9
D.     Compensation for Detail Coordinators: ........................................................... 10
E.     City Administrative Surcharge:.......... 10

VI.    EXTRA-DUTY ASSIGNMENT AVAILABILITY...................................... 11

A.     Members Authorized to Work Extra-Duty Assignments: ........................... 11
B.     Members Prohibited from Working Extra-Duty Assignments:................... 11
C.     Command Staff Officers:.................... 11
D.     Members Requesting to Work Extra-Duty Assignments: [9.02A][22.3.5].... 11
E.     Detail Office Assignments: ................ 11
F.     Special Skills: ................................... 12

VII.   REQUESTS FOR EXTRA-DUTY POLICE SERVICES............................ 12

A.     Request and Approval: [9.02C] [22.3.5C]............................................ 12
B.     Permits for Police Services: [9.01] .... 13
C.     Permit Fees: [9.02C] ......................... 13
D.     Permanent Extra-Duty Police Services: ........................................................... 14

VIII.  DETAIL COORDINATORS, PERMANENT   EXTRA-DUTY DETAILS ...................................................... 14

A.     Detail Coordinator Eligibility: ............. 14
B.     Appointments: .................................... 15

C.    Removal: ................................15
D.    Detail Coordinator's Duties and
      Responsibilities:...................15
E.    Member Selection and Scheduling:...16

IX.   **NOTIFICATION OF EXTRA-DUTY
      SERVICE ......................................16**

A.    Member's Responsibilities:................16
B.    Communications Section Responsi-
      ability: .....................................16

X.    **SUPERVISOR RESPONSIBILITY ......16**

XI.   **SHIFT LIEUTENANT'S DUTIES AND
      RESPONSIBILITIES ...........................16**

A.    Authority: ..................................16
B.    Audit Checks: ...........................17

XII.  **SPECIAL EVENTS..............................17**

XIII. **BUSINESSES LICENSED TO SELL
      ALCOHOL ...........................................17**

A.    While Open for Business: .................17
B.    When Closed for Business: ..............17

XIV.  **FUNERAL ESCORTS .........................17**

A.    Members Authorized to Perform
      Funeral Escorts: ................................17
B.    Administration and Scheduling: .........17
C.    Permit Fee: ...............................17

XV.   **MISCELLANEOUS ESCORTS ............18**

A.    Authorized Members: ........................18
B.    Geographical Limitations: .................18
C.    Assignment: ...............................18
D.    Permit Fees and Surcharges:............18

XVI.  **EXTRA-DUTY DETAIL ARRESTS ......18**

A.    Notification Requirements: ................18
B.    Compensation Issues: ......................18

XVII. **EXTRA-DUTY EMPLOYMENT
      INJURIES .........................................19**

A.    Notification Responsibilities:.............19
B.    Police Supervisors:............................19
C.    Workers' Compensation: .................19

XVIII. **PENALTIES FOR NON-COMPLIANCE
      [9.02C] [22.3.5C]...................................19**

A.    Employers:...............................19
B.    Employee Penalties:...........................20

XIX.  **DEFINITIONS: .......................................20**

A.    BILLING AGENT: ...............................20
B.    DETAIL COORDINATOR: .................20

C.    DETAIL OFFICE: ...............................20
D.    MEMBERS: ......................................20
E.    EXTRA-DUTY APPLICATION FORM:
      ..........................................................20
F.    EXTRA-DUTY EMPLOYER/PERMIT
      HOLDER: .........................................20
G.    EXTRA-DUTY EMPLOYMENT:.........20
H.    EXTRA-DUTY POLICE SERVICE: ...21
I.    OFF-DUTY EMPLOYMENT:..............21
J.    PERMANENT PERMIT: ....................21
K.    FUNERAL ESCORT: ........................21
L.    MISCELLANEOUS ESCORT:...........21
M.    SPECIAL EVENTS: ..........................21
N.    TEMPORARY PERMIT:....................21

**PROCEDURE:**

I.   **OFF-DUTY EMPLOYMENT**

Sworn and non-sworn Members may per-
form Off-Duty employment only after receiv-
ing Agency approval.

A.  **Member Requests:** [9.01]

Members will adhere to the following
process when requesting authorization
to work Off-Duty employment.

1.   Any Member, including self-
     employed Members, requesting au-
     thorization to perform Off-Duty em-
     ployment will submit the request on
     the Off-Duty Employment Request
     Form (see **Appendix A**).  It will be
     the Member's responsibility to en-
     sure that the information provided
     on the Form is accurate and current.

a.   The Form must be submitted by
     October 1st.  The Form must be
     renewed annually.

b.   The Form will be forwarded via
     the Chain of Command to the
     Member's Division Major.

c.   The Division Major will review
     the Form, make recommenda-
     tions as necessary and forward
     the Form to the Chief of Police.

d.   The Chief of Police will approve
     or deny the request.

**(1). Approval:** If approved, the Member is authorized to perform Off-Duty employment.

**(2). Denial:** If denied, the Member will not be authorized to perform Off-Duty employment.

**e.** The Off-Duty Employment Request Form will be filed in the following manner: The original copy will be filed in the Detail Office. One copy will be provided to the Member, and one copy will be placed in the Member's personnel file.

**2.** Requests involving Off-Duty employment of a potentially compromising nature, use of Police power or where discredit to the Member or Department may be of concern, will be denied.

**3.** Because of legal restrictions or a high probability of conflict of interest with Police employment, the following will not be approved or permitted:

**a.** Criminal private investigation work.

**b.** Private investigation or process service on any case involving a government entity.

**c.** Working for an attorney on a government case.

**d.** Criminal process server.

**e.** Alcoholic beverage server.

**f.** Criminal polygraph exams.

**g.** Employment with a collection Agency.

**h.** Employment with a repossession Agency.

**i.** Employment with a valet car parking business (exception is provided if the operation remains entirely on private property).

**j.** Employment with a towing company.

**k.** Employment with a taxi company.

**l.** Employment as a private bodyguard.

**m.** Any other employment deemed detrimental by the Chief of Police.

**4.** Any Supervisor determining that a Member's performance has declined due to excessive Off-Duty employment, will submit in writing to the Chief of Police or his designee via the Chain of Command, the basis for such belief, along with specific instances of such conduct. Upon review of such information, the Chief or his designee may prohibit the Member from Off-Duty employment.

**B.  Enforceability Clause:**

It will be the responsibility of Supervisory Personnel to monitor the provisions set forth in this SOP.

**1.** Any Member found to be in violation of this SOP may be subject to disciplinary action.

**2.** Violations of this SOP may result in disciplinary action and/or being relieved from further Off-Duty employment.

**II.  EXTRA-DUTY POLICE SERVICE**

**A.  City Ordinance:** [9.01]

City of Hollywood Municipal Ordinance S-23 (2002) (see **Appendix B**) establishes guidelines for Extra-Duty Police Service.

**B. Assignment:** [9.02D]

The Detail Office is functionally assigned to the Office of the Chief of Police.

The Detail Office is designated as the point of coordination and administration to oversee adherence to this SOP. [9.02D]

**C. Administration:**

The administrative responsibilities of the Detail Office include:

1. Management.

2. Monitoring.

3. Providing monthly reports to the Chief of Police, which includes:

   a. The number of details in the City.

   b. Financial statements.

4. Auditing.

5. Insuring compliance of Department policies.

6. Maintaining documentation, which includes:

   a. Member's name.

   b. Member's Badge number.

   c. Name of the Extra Duty employer.

   d. Dates, times and hours worked.

**III. MEMBER BEHAVIOR AND ACTIVITIES WHILE WORKING EXTRA-DUTY EMPLOYMENT** [9.02B][22.3.5B]

Extra-Duty Employment usually consists of activities such as traffic control, crowd control, escorts, etc. When performing these duties, Members are held to the same standards and Rules and Regulations as when On-Duty.

**A. Hourly Work Limits:** [22.3.5B]

The following guidelines govern hourly work limits:

1. Members will not work more than a cumulative total of 75 hours during any workweek excluding Overtime, Court time or Detail Coordination time. For the purpose of this SOP, a workweek is defined as Monday to Sunday.

2. Members are responsible for accurately tracking and reporting the amount of hours worked.

3. Members are restricted from working more than 18 hours in a 24 hour period. The 18 hours includes regular duty and Extra-Duty work.

4. The total number of hours worked both coordinating and actually working Extra-Duty assignments will not exceed 39 hours weekly.

**B. Weekly Extra-Duty Detail Worksheet:** [9.02E] [22.3.5E]

Members working Extra-Duty employment will complete the Weekly Extra-Duty Detail Worksheet (see **Appendix C**), which documents the hours worked during the previous week. The Worksheet will be submitted to the Detail Office before 1600 hours on each Wednesday of the following week.

1. A Supervisor must sign a subordinate's Worksheet before submission to ensure accuracy and compliance with policy.

2. Any arrests or significant incidents occurring during the Extra-Duty employment will be documented on the Worksheet. [9.02E]

**C. Special Circumstances:** [22.3.5B]

In the event a Member reaches, his weekly hourly work limit and circumstances arise during a scheduled Extra-Duty detail that will cause the Member

to exceed the work limit, the Member will:

1. Notify the Detail Office immediately, if during business hours. The Detail Administrator will confer with the on-duty Shift Lieutenant.

2. If the Detail Office is closed, it is the Member's responsibility to contact the Shift Lieutenant and advise him of the circumstances.

3. The Shift Lieutenant may elect to authorize the extension of work hours, or locate another Off-Duty Member to staff the detail. The following criteria will be considered:

   a. Did the person scheduled to relieve the Member fail to arrive?

   b. Did the employer request that the Member remain longer for the safety of the business and its employees?

   c. Did circumstances require the immediate placement of additional Members?

4. The Shift Lieutenant authorizing the action will notify the Detail Office within 24 hours, and provide:

   a. The circumstances for the extension.

   b. The date, time and location of the assignment.

   c. The name(s) of the involved Member(s).

### D.  Extra-Duty Assignments: [22.3.5B]

The following applies to Extra-Duty Police employment.

1. Members are only permitted to work authorized Extra-Duty details during one of the following times:

   a. While on accrued leave.

   b. When on Off-Duty status.

2. Members are prohibited from using any breaks during their regular duty assignment to perform an Extra-Duty detail.

3. Members will adhere to the Chain of Command during all Extra-Duty employment activities.

### E.  Uniform Standards: [22.3.5B]

All Members will wear the Class B, or C uniform while performing Extra-Duty assignments, with the following exceptions:

1. Motor Unit Officers may wear the Class D Uniform.

2. Plain clothes may be worn only when authorized by the Chief of Police or his designee.

3. Wearing Class C uniforms (see **Appearance Standards SOP**) on Extra-Duty details is prohibited when any of the following conditions exist:

   a. The permit holder objects.

   b. When the detail is located at a licensed liquor establishment.

   c. The majority of the detail's hours are worked after sundown.

   d. When the detail assignment is indoors.

   e. Any traffic control assignment after sundown.

   f. City sponsored special events without prior approval of the Patrol Division Major or his designee.

4. A reflective safety vest will be worn on all traffic related Extra-Duty details.

**F.  General Guidelines:** [22.3.5B]

Guidelines for Extra-Duty employment:

1. A Member of a higher rank is prohibited from working an Extra-Duty Police assignment coordinated by a Member of a lesser rank within his Chain of Command.

2. No Extra-Duty assignment will be performed outside the jurisdictional limits of the City of Hollywood, unless specifically requested by the Director of a Law Enforcement Agency of the appropriate jurisdiction and approved by the Chief of Police.

3. Members are reminded that although they are employed in an Extra-Duty capacity, it does not relieve them of the duty and responsibility to conduct necessary enforcement action.

4. The Chief of Police retains the right to restrict, suspend or revoke a Member's privilege to participate in any or all Extra-Duty employment. The decision of the Chief of Police may be based upon a review and evaluation of recommendations submitted in writing by Internal Affairs, the Member's on-duty Supervisor(s), or the Member's Extra-Duty Detail Coordinator.  Members may submit a written rebuttal to the Chief of Police via the Member's Chain of Command.

5. Police Officers and Community Service Officers acting in an Extra-Duty Police service capacity are not permitted to perform any service not generally related to Police type work.  The permit holder is restricted to the general assignment of duties only.

6. Members performing Extra-Duty assignments will comply with all Department directives concerning uniform standards, personal appearance, and conduct.

7. Performing Extra-Duty employment may continue until:

   a. Termination by the permit holder.

   b. Expiration or termination of the permit.

   c. Cancellation by the Chief of Police.

8. Members will not solicit for Extra-Duty assignments.

   a. Soliciting will be defined as any Member who initiates a conversation for the expressed purpose of securing Extra-Duty employment.

   b. All inquiries for Extra-Duty Police service will be directed to the Detail Office.

9. Communications will not dispatch Members working Extra-Duty assignments to handle calls of a routine nature unless the call is directly related to that assignment.

**IV.  MEMBERS STANDARD OF CONDUCT**

**A.  Rules and Regulations:** [9.02B] [22.3.5B]

Members engaged in Extra-Duty employment will adhere to all Departmental rules and regulations.

1. Members performing Extra-Duty details will ensure that the requirements of the assignment do not contradict or violate City Ordinance or the Department's policies and procedures.

2. Police Officers performing in an Extra-Duty capacity exercise the full scope of their sworn Law Enforcement authority and must conduct themselves in a professional manner at all times.  Officers will wear the appropriate uniform to include their service weapon and radio.

3. Community Service Officers will conduct themselves in a professional manner at all times and are prohibited from engaging in any action, which violates City Ordinance or the Department's policies and procedures. Their functions are strictly related to traffic control. Community Service Officers will wear the appropriate Department issued uniform to include a radio.

**B. Member's Staffing Responsibility:**

Members are responsible for working Extra-Duty assignments when they are scheduled for the assignment by either the Detail Coordinator or the Detail Office. Members are also responsible for staffing Extra-Duty assignments when they verbally agree to accept the assignment from another previously scheduled Member.

When a Member is scheduled to work an Extra-Duty assignment, they are responsible for arriving on time, wearing the proper uniform, and working until the assignment's designated ending time or until they are properly relieved by another Member.

1. If a Member fails to report for an Extra-Duty assignment, leaves prior to the designated ending time or leaves prior to being properly relieved by another Member, they will be subject to administrative and/or disciplinary action.

2. Members will not transfer their Extra-Duty assignments to other Members without first receiving permission from either the Detail Coordinator or the Detail Office. Exceptions may be made for emergency situations when the Detail Coordinator cannot be reached and/or the Detail Office is closed. In that case, the Shift Lieutenant will be contacted and notified of the change.

3. Members will not be relieved of their responsibility for staffing an Extra-Duty assignment without first receiving approval from the Detail Coordinator, Detail Office, or Shift Lieutenant.

4. If a Member cannot work an Extra-Duty assignment for which they are scheduled, the Member will:

   a. Contact the Detail Coordinator and/or the Detail Office to assist in finding a replacement Member to staff the assignment.

   b. If the Detail Coordinator cannot be reached and the Detail Office is closed, the Member will attempt to find another Member to staff the Extra-Duty assignment. The Shift Lieutenant will be notified of the change if another Member takes responsibility for the assignment. When the Detail Coordinator becomes available, the Member will notify the coordinator of the previous changes.

   c. In the event that a replacement Member cannot be found to staff the assignment <u>and</u> there are exigent circumstances that prohibit the Member from working the Extra-Duty assignment, the Member must notify the Shift Lieutenant of the circumstances.

      (1). If the Shift Lieutenant chooses to relieve the Member of their responsibility to work the assignment, they will assume the responsibility of staffing the Extra-Duty assignment with an On-Duty Member.

      (2). The Shift Lieutenant will consider the best interests of the City and the permit holder by staffing the assignment with On-Duty personnel until an Off-Duty Member is contacted and arrives to complete the remainder of the Extra-Duty assignment.

5. If a Member must leave their Extra-Duty assignment due to exigent circumstances, it will be that Member's responsibility to notify the Detail Coordinator and/or the Shift Lieutenant and receive authorization prior to leaving.

   a. The Detail Coordinator will attempt to find a replacement Member to staff the remainder of the assignment.

   b. If the Detail Coordinator is unsuccessful in finding a replacement, the Shift Lieutenant will be notified and they will assume the obligation of staffing the Extra-Duty assignment with an On-Duty Member. The Shift Lieutenant will consider the best interests of the City and the permit holder by staffing the assignment until an Off-Duty Member arrives to complete the remainder of the Extra-Duty assignment.

   c. The Shift Lieutenant will notify the Member's immediate Supervisor as well as the Detail Coordinator whenever they are notified that a Member leaves an Off-Duty Detail assignment without authorization, or when a Member fails to show up as scheduled, or when the Member commits any other violation of this policy so the proper disciplinary or administrative action can be taken.

**C. Failure to Meet Obligations:**

The Extra-Duty employer has the authority to monitor the Off-Duty Member's job performance and to terminate the Member from the detail.

1. The employer may terminate the Member from the detail by notifying the Detail Office, or the on-duty Shift Lieutenant, if the Detail Office is closed.

2. If a Member is terminated from the detail by the employer due to a lack of performance, the Member will be compensated only for the actual number of hours worked. The three-hour minimum will not apply under these circumstances.

3. Members who fail to meet their obligations may be relieved from the Extra-Duty assignment. A Memorandum detailing the Member's failure to satisfy the requirements of the Extra-Duty assignment (i.e.: tardiness, inattentiveness, etc.) will be completed by the Member's Supervisor explaining such violations and be forwarded to the Member's Division Major for disposition. Any Member may be removed by authority of the Police Chief or his designee.

4. The Detail Office will monitor the performance of all Members engaged in Extra-Duty employment to assess compliance with Department standards and determine a Member's continuing eligibility for Extra-Duty employment. This will be accomplished by:

   a. Conducting random on-scene detail inspections.

   b. Auditing detail logs, to include dates, times, and locations worked.

**V. COMPENSATION FOR EXTRA-DUTY EMPLOYMENT**

   **A. Established Wages:**

   The following guidelines are established:

   1. The Bargaining Unit will initiate the compensation rate increases for Extra-Duty details via the Chief of Police.

   2. All Members and business entities employing Extra Duty Police and Community Service Officers in their

official capacity must adhere to the established wages.

**B. Rate Schedule:**

Failure to comply with existing rates will result in the termination of Extra-Duty Police service.

The current established compensation rates are as follows:

**1. Officers:**

    **a.** The salary rate for regular Extra-Duty Police employment is $30.00 per hour.

    **b.** The salary rate for traffic details is $35.00 per hour.

    **c.** The salary rate for details worked at City sponsored special events/film is $40.00 per hour.

    **d.** The salary rate for funeral escorts is a flat fee of $50.00 per 90 minutes. If the funeral escort exceeds 90 minutes, the three-hour minimum payment will apply.

**2. Sergeants.**

    **a.** Sergeants working Extra-Duty in the capacity of a Supervisor (i.e. supervising other Members) will be compensated at the rate of $32.50 per hour.

    **b.** Sergeants working Extra-Duty in a supervisory capacity at City sponsored special events/film will be compensated at the rate of $45.00 per hour.

    **c.** Sergeants working Extra-Duty in a supervisory capacity at a traffic detail, excluding funeral escorts will be compensated at the rate of $37.50 per hour.

**3. Lieutenants:**

    **a.** Lieutenants working Extra-Duty in the capacity of a Lieutenant, (e.g., supervising subordinate Members), will be compensated at the rate of $35.00 per hour.

    **b.** Lieutenants working Extra-Duty in a supervisory capacity at City sponsored special events/film will be compensated at the rate of $45.00 per hour.

    **c.** Lieutenants working Extra-Duty in a supervisory capacity at a traffic detail, excluding funeral escorts will be compensated at the rate of $40.00 per hour.

**4. Holiday rates.**

Hourly pay rates will be doubled for any Extra-Duty employment performed during the following holiday hours:

    **a.** New Year's Eve (December 31st 0800 hours through January 1st 0800 hours).

    **b.** Independence Day (July 4th 0001 hours through July 4th 2359 hours).

    **c.** Thanksgiving Day (Thanksgiving Day, 0001 hours through 2359 hours).

    **d.** Christmas Eve (December 24th 0800 hours through December 24th 2359 hours).

    **e.** Christmas Day (December 25th 0001 hours through December 26th 0800 hours).

**5.** Members, while performing Extra-Duty Police service, are to be considered independent contractors or agents of the permit holder. Compensation for services will be remitted directly to the Member or billing agent, not the City of Hollywood.

**C. Financial Disclosure:**

The following requirements regulate financial disclosure:

1. The Extra-Duty employer assumes sole responsibility for the employment and payment of assigned Members.

2. All Members will make appropriate financial disclosures as required by Law regarding their Extra-Duty employment activities.

**D. Compensation for Detail Coordinators:**

Detail Coordinators are:

1. Prohibited from performing coordination responsibilities while on-duty.

2. Permitted to receive payment at the regular Extra-Duty Police service rate for up to four hours weekly from the permit holder for coordinating the Extra-Duty assignment. The following provisions must be met:

   a. The permit is for a permanent detail.

   b. Coordinating responsibilities include the scheduling of two or more Members per week.

   c. The detail is staffed in excess of 25 hours per week.

3. Detail Coordinators are not required to charge a coordination fee.

**E. City Administrative Surcharge:**

A City administrative surcharge may be charged when:

1. Specialized City equipment is used as an integral part of the Extra-Duty Police service assignment and no mutual interest benefiting the Police and the community exists, however the equipment is still requested by the permit holder. The following equipment is considered specialized equipment:

   a. Police vehicles.

   b. Police motorcycles.

   c. Police boats. (Police boats will only be used for temporary details).

   d. Other Police equipment that may be requested.

2. Surcharge fees will be accessed as follows:

   a. Police Boats - $25.00 per hour, up to 8 hours.

   b. Police Motorcycle - $15.00 per business entity, up to 8 hours.

   c. Police Vehicles - $25.00 per detail, up to 8 hours.

3. Temporary customers requesting Extra-Duty Police service will be required to pay all applicable fees in advance to the Detail Office.

4. The administrative surcharge may only be waived by written authorization of the Police Chief or his designee.

5. Temporary customers must complete the Hollywood Police Department Extra-Duty Police Officer Application Form (see **Appendix D**).

6. The Detail Office may bill permanent employers who have established a good record of payment for the monthly administrative surcharge

7. Administrative surcharges will be remitted to the Detail Office payable to the City of Hollywood.

8. The Detail Office will review all administrative surcharge fee accounts on a monthly basis and will prohibit Officers from working for any business entity whose account is 90 days past due. The Detail Office will notify the business entity in writing. Any Member or coordinator who violates this work prohibition will be subject to disciplinary action.

## VI. EXTRA-DUTY ASSIGNMENT AVAILABILITY

### A. Members Authorized to Work Extra-Duty Assignments:

The following Members are authorized to work Extra-Duty Police assignments:

1. Sworn Members on probation who have received three months of acceptable evaluations following the completion of the FTO Program under the following circumstances:

   a. The detail does not involve alcohol sales or require special skills and experience.

   b. Each extra duty detail assignment in this category is to be approved by the detail office supervisor(s).

2. Sworn Members on probation who have successfully completed the Field Training Program (FTO) and have 1 year of non-probationary prior law enforcement experience may submit an Inter-Office Memorandum via the Chain of Command to the Detail Office. The Member's request will be evaluated by the Patrol Division Major for final approval by the Chief of Police.

3. Community Service Officers who have successfully completed the probationary period of their employment.

### B. Members Prohibited from Working Extra-Duty Assignments:

The following Members are prohibited from working Extra-Duty Police assignments:

1. Part–Time Officers.

2. Probationary Community Service Officers

3. Members working in the Vice, Intelligence & Narcotics Unit.

4. Members relieved from active duty.

5. Members on light or limited duty status.

6. Members on leave of absence, whether paid or unpaid.

7. Sworn Members who have not met firearm qualification requirements for the preceding quarter.

8. Members with unsatisfactory work performance.

### C. Command Staff Officers:

The Chief of Police, Assistant Chief's, and Majors are prohibited from engaging in Extra-Duty Police employment unless specifically assigned by the Chief of Police.

### D. Members Requesting to Work Extra-Duty Assignments: [9.02A][22.3.5]

All Members requesting authorization to work Extra-Duty Police assignments will submit their request on an Inter-Office Memorandum via the Chain of Command to the Detail Office. The Member's request must be approved by the Patrol Division Major prior to the Member's eligibility to perform an Extra-Duty assignment.

### E. Detail Office Assignments:

In the event the Detail Office receives a request to fill a properly permitted Extra-Duty assignment, not already coordinated by a Detail Coordinator, the Detail Office will:

1. Ascertain which Sworn Members are scheduled to be Off-Duty at the time of the assignment.

2. Ascertain which Sworn Members are not currently involved in a permanent or temporary Extra-Duty assignment.

3. The Detail Office will attempt to contact Sworn Members who fall into

the above two categories, by proceeding in chronological order through the list of names of those Sworn Members who have notified the Detail Office that they wish to work such assignments.

4. If the Detail Office is unable to staff the assignment by the above means, the Office will then contact other Sworn Members already involved in other permanent or temporary details to staff the assignment.

5. If both lists of Sworn Members have been exhausted and the Police service assignment is traffic related, the list of Community Service Officers will then be utilized in the same manner.

6. Detail Coordinator or the Detail Office scheduling traffic details will be responsible for posting its availability via Microsoft Outlook e-mail. If after 72 hours the detail cannot be staffed by a Sworn Officer(s), a Community Service Officer(s) may be utilized to staff the post.

7. Failure to return a call from the Detail Office within 24 hours will be considered a refusal of the assignment.

**F. Special Skills:**

A list of Members possessing special skills such as bilingual capabilities, motorcycle certification, boat license, etc., will be maintained to satisfy such specific requests by the permit holder.

**VII. REQUESTS FOR EXTRA-DUTY POLICE SERVICES**

**A. Request and Approval:** [9.02C] [22.3.5C]

The following procedure will be followed when requesting Extra-Duty Police Services:

1. Every person, firm or corporation requesting Extra-Duty Police services must apply for, and be grant-

ed, a permit from the Chief of Police or his designee for each site where the service is to be performed.

a. The person applying for the permit must present a copy of the business's current occupational license.

b. If the business is licensed to sell alcohol, the person applying for the permit must provide a copy of the business's current liquor license.

2. No permit will be granted to a billing agent or to any other intermediary who is not the permit holder.

3. The Detail Office will review the customer's request for Police services and determine the number of Members necessary to staff the assignment, the amount of permit fees due, and the applicability of any surcharge fees.

4. Staffing considerations include:

a. Anticipated number of people in attendance.

b. Presence of alcohol.

c. Nature of the event.

d. Potential hazards to vehicular and pedestrian traffic.

e. Impact on the surrounding neighborhood.

f. Specialized equipment requirements.

5. When <u>five or more</u> Members are required for an Extra-Duty assignment, the permit holder will employ one Supervisor at the rank of Sergeant or above. In the event three or more such squads are employed, the permit holder will employ an additional Supervisor one rank above the highest-ranking Supervisor.

6. In addition to the payment of permit fees and/or surcharges, every person applying for a permit will select one of the following options:

    a. Sign a City of Hollywood, Florida Police Department Extra-Duty Police Services Hold Harmless Agreement (see **Appendix E**) or,

    b. Pay a $1.00 per hour surcharge fee per Member or,

    c. Provide evidence of a liability insurance policy approved by the City's Risk Manager.

7. The Chief of Police or his designee will investigate all applications for permits. The permits will be approved or disapproved based upon the following criteria: **[22.3.5C]**

    a. Previous or current violations of City Ordinance.

    b. If the service requested:

        (1). Conflicts with the efficiency of the Department.

        (2). Is perceived in conflict with the Department or City.

        (3). Compromises the Department's mission.

8. No application will be accepted via telephone except in the case of an emergency. An emergency approval will take into account:

    a. Time of day.

    b. Nature of the event.

    c. Benefit to the City.

    d. Benefit to the community.

    e. Availability of personnel.

9. If the Detail Office is closed, the Shift Lieutenant may approve temporary Extra-Duty Police service assignments when it is in the best interest of the Department and/or the community.

10. On-duty Members may be temporarily assigned to staff the assignment as a service to the community until an Off-Duty Member can be assigned. The on-duty Member will not be compensated.

11. Any questions or requests concerning Extra-Duty Police service will be directed to the Detail Office between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday.

**B. Permits for Police Services: [9.01]**

Applications for permits must be received by the Detail Office a minimum of three business days prior to the date of the requested service.

City Ordinance establishes two types of detail permits:

1. **Temporary Permit** – A permit issued for Extra-Duty Police service, which does not exceed two successive weeks.

2. **Permanent** – A permit issued for Extra-Duty Police service which exceeds two successive weeks and for which a special permit is not required.

Upon completion of the required forms, the customer will be given a Permit for Off Regular Duty Police Service (see **Appendix F**).

**C. Permit Fees: [9.02C]**

Customers applying for a Permanent or Temporary Permit for Extra-Duty Police service will pay a fee. The fees are based on a sliding scale as shown below. Permit Fees will be remitted to the Detail Office payable to the City of Hollywood.

1. **Temporary Permit:**

   a. Less than 50 hours - $50.00.

   b. From 50 – 100 hours - $100.00

   c. Over 100 hours - $250.00

   d. If a customer requesting a Temporary Permit applies more than two times for the same location between October and September of the following year, the previous fees paid may be applied toward a Permanent Permit.

2. **Permanent Permit:**

   a. Under 500 hours- $100.00.

   b. 500–1000 hours - $250.00.

   c. Over 1000 hours - $500.00.

   d. The permit fee is to be paid annually prior to October 1st of each year to the City, and every permit will expire on September 30th of each year.

   e. **Review:** Prior to reissuing a Permanent Permit for Extra-Duty Police service the Detail Office will conduct a review of the Customers Application along with application criteria to assure continued compliance with this SOP. The reissuing of the Permanent Permit will serve as proof of the review. **[9.02C] [22.3.5C]**

3. **Permit Fees for Funeral Escorts:**

   Refer to the **SOP# 242 VEHICLE ESCORTS**.

4. **Special Events Permit Surcharge:**

   a. Less than 1000 hours - $100.00

   b. Over 1000 hours - $250.00

D. **Permanent Extra-Duty Police Services:**

   The following guidelines will be adhered to:

   1. The Detail Office will evaluate and forward the application and any relative documentation to the Chief of Police or his designee, via the Chain of Command for approval.

   2. Upon receipt of written authorization from the Chief of Police, the Detail Office will select a Detail Coordinator.

   3. Employers will be billed a minimum of three hours pay at the approved rate for each Member employed.

   4. No public or private non-profit group, religious organization or governmental Agency applying for a Temporary or Permanent Permit for Extra-Duty Police service will be assessed the permit fee when proof of nonprofit status is provided. City Administrative surcharges may still apply.

   5. Upon request by the Chief of Police, every permit holder will furnish the Department with a record of the number of Members employed, the number of hours worked per Member, and the amount of pay given to each Member. Refusal or failure to comply with this request will result in the immediate termination of a permit, and the denial of any future request for a permit.

   6. The granting of a permit for Extra-Duty Police service is a privilege and may be denied or revoked by the Chief of Police at any time.

VIII. **DETAIL COORDINATORS, PERMANENT EXTRA-DUTY DETAILS**

   A. **Detail Coordinator Eligibility:**

      Sworn Officers who have successfully completed their probationary employ-

ment period are authorized to perform the assignment of Detail Coordinator. Interested Members will submit their request via Memorandum to the Detail Office. Command Staff Members may only be assigned by the Chief of Police.

**B.  Appointments:**

The following procedure governs the appointment of Detail Coordinators:

1.  A Detail Coordinator will be appointed for permanent details requiring more than one Member.

2.  The Detail Office will appoint Detail Coordinators for new Permanent Permits from the established availability list.  The list will be established based on:

    a.  Seniority.

    b.  Request for assignment.

    c.  Rotation.

3.  All requests after October 1st of each year will be placed at the back of the rotation list.

4.  Detail Coordinators will be selected by the following process:

    a.  Officers that work permanent Extra-Duty details who are not Coordinators.

    b.  Officers who work temporary Extra-Duty details that have requested to be considered as a Coordinator.

5.  Officers may coordinate only one permanent detail.

**C.  Removal:**

Detail Coordinators may resign their Coordinator duties by submitting a Memorandum to the Detail Office 14 calendar days prior to the date of the resignation becoming effective.

**D.  Detail Coordinator's Duties and Responsibilities:**

Detail Coordinators will:

1.  Prepare, coordinate and submit monthly work schedules.

2.  Liaison between the Extra-Duty employer and the Detail Office ensuring that the employer is aware of:

    a.  Extra-duty employment policy and procedures.

    b.  Payment requirements.

        (1). City administrative surcharge.

        (2). Equipment charges.

        (3). Individual Officer rates.

        (4). The penalties for non-payment.

        (5). Recall to duty obligations.

            (a). Ensure that Extra-Duty employers understand and acknowledge that the employer must immediately release Extra-Duty Police personnel to respond to an emergency situation.

            (b). The employer will assume full responsibility for all operations until the Extra-Duty Member returns.  The employer is not required to pay the Member during the time absent from the job.

3.  Submit to the Detail Office by the 25th of the previous month, a schedule listing the dates and times of the Extra-Duty Police service assignment.  Changes in the schedule will require notification to the Detail Office.

**4.** Forward a completed work schedule to the Detail Office by the 7th day of each month, for the previous month's activity. This schedule will contain:

    **a.** Members' names.

    **b.** Dates and hours worked.

    **c.** Total number of shifts involved.

**E. Member Selection and Scheduling:**

Detail Coordinators will:

**1.** Be guided by the Officer availability list maintained by the Detail Office.

**2.** Have the authority to establish or modify the detail work schedule with timely notification.

**3.** Secure a replacement when a vacancy arises.

**IX. NOTIFICATION OF EXTRA-DUTY SERVICE**

**A. Member's Responsibilities:**

All Members working Extra-Duty details will:

**1.** Maintain radio communication capability and monitor the designated H.P.D. channel or group at all times.

**2.** Use their Badge number preceded by the designation "Uniform" as a radio call sign.

**3.** Contact the Communications Section prior to commencement of the detail and provide:

    **a.** Member's name.

    **b.** Member's Badge number.

    **c.** Location of the assignment.

    **d.** Starting and ending hours of the assignment.

**4.** If multiple Members are working the same detail hours, one phone call providing the information will be sufficient.

**B. Communications Section Responsiability:**

The information provided to the Communications Section will be:

**1.** Recorded in the Computer Aided Dispatch System (CAD).

**2.** Forwarded to the Detail Office at the end of each day.

**X. SUPERVISOR RESPONSIBILITY**

Supervisors must ensure that the on-duty performance of Officers is not impaired by excessive Extra-Duty employment.

If a Supervisor determines a Member's duty performance is being impaired by Extra-Duty employment activities, the Supervisor may recommend in writing to the Chief of Police, via the Chain of Command, that restrictions be placed upon the Member's Extra-Duty employment activities.

**XI. SHIFT LIEUTENANT'S DUTIES AND RESPONSIBILITIES**

**A. Authority:**

The on-duty Shift Lieutenant has supervisory authority over all Extra-Duty Police service assignments during his tour of duty.

**1.** The on-duty Shift Lieutenant will evaluate requests for Extra-Duty Police services when the Detail Office is closed.

**2.** The Shift Lieutenant may determine the Extra-Duty detail should be filled immediately without consultation with the Detail Office or prepayment of the administrative surcharge, the Shift Lieutenant will assign Members to the detail.

3. The on-duty Shift Lieutenant will notify the Detail Office in writing, by the next business day, of the action taken.

**B. Audit Checks:**

The on-duty Shift Lieutenant will be responsible for conducting monthly random audit checks of Extra-Duty details.

1. The Detail Office will provide a random list of Extra-Duty details to each Shift Lieutenant by the 7th of each month.

2. The Shift Lieutenant will:

   **a.** Review the list.

   **b.** Observe the Member at the detail.

   **c.** Document observations.

   **d.** Complete the Extra-Duty Detail Audit Form and submit the Form by the 26th of each month to the Detail Office (see **Appendix G**).

## XII. SPECIAL EVENTS

The Special Events Coordinator will work in conjunction with the Detail Office when off active duty Members are needed to staff special events.

## XIII. BUSINESSES LICENSED TO SELL ALCOHOL

Extra-duty details at licensed liquor establishments require a minimum of two Sworn Officers.

**A. While Open for Business:**

Officers will remain outside of the establishment unless it becomes necessary to respond inside for a Police related matter.

**B. When Closed for Business:**

Officers may remain inside the establishment after closing time to:

1. Protect employees handling cash.

2. Secure the premises.

3. Assist the establishment in ensuring a timely closing.

## XIV. FUNERAL ESCORTS

**A. Members Authorized to Perform Funeral Escorts:**

The nature and safety risks associated with performing funeral escorts increases the potential of injury to Members performing the function. Therefore, specialized training, skills, and experience are required to perform the function safely. As such, funeral escorts will only be performed by qualified Members of the Motor Unit.

**B. Administration and Scheduling:**

All service requests for funeral escorts will be administered and assigned by the Detail Office.

1. Officers performing funeral escorts are exempted from the requirement of scheduling Extra-Duty details three days in advance.

2. The Detail Office will determine the number of Officers required for an escort based on the following:

   **a.** Number of vehicles involved in the escort motorcade.

   **b.** Route of travel.

**C. Permit Fee:**

A detail permit fee of $100.00 will be charged for the first year of this newly established function. The permit fee will be reviewed and adjusted as necessary to comply with established permit application rates.

## XV. MISCELLANEOUS ESCORTS

### A. Authorized Members:

Sworn Members are permitted to provide personal security (bodyguard services are prohibited) and other miscellaneous type escorts (i.e., bank deposits, jewelry vendor escorts, wide loads, heavy machinery, etc.).

### B. Geographical Limitations:

Sworn Members may provide escorts outside the City limits provided the escort originated in the City, remains within the boundaries of Broward County, and no unnecessary stops or delays are made. (Chief's approval required).

### C. Assignment:

All service requests for personal security and other miscellaneous escorts will be administered and assigned by the Detail Office.

1. Members performing miscellaneous escorts are exempted from the requirement of scheduling Extra-Duty details three days in advance.

2. The Detail Office will determine the number of Officers required for an escort.

### D. Permit Fees and Surcharges:

Employers of Miscellaneous Police escorts will:

1. Comply with all permit fees and permit applications.

2. Pay a surcharge for all applicable administrative fees to the Detail Office prior to the escort. (Refer to **Section V, E**).

## XVI. EXTRA-DUTY DETAIL ARRESTS

### A. Notification Requirements:

Officers making an arrest while performing Extra-Duty assignments will be guided by the following:

1. The Officer will notify the on-duty Shift Lieutenant who will instruct the Officer to do one of the following:

   a. Respond to Headquarters to complete the arrest and processing procedures, or

   b. Transfer probable cause and responsibility for arrest processing to an on-duty Officer, or

   c. Issue the arrestee a Notice to Appear and release on scene.

2. If the Shift Lieutenant authorizes an Officer to respond to Headquarters for arrest processing, the Shift Lieutenant will assess the need to temporarily staff the detail with an on-duty Officer, taking into consideration City service priorities.

   a. If it is anticipated that the detail Officer will be away from the detail for an extended period of time, the Shift Lieutenant may contact the Detail Coordinator who will attempt to staff the detail with another Off-Duty Officer.

   b. If the Shift Lieutenant opts to staff the detail with an on-duty Officer, the assigned Officer will not receive additional compensation.

### B. Compensation Issues:

Members will be guided by the following:

1. Arrests made during the course of an Extra-Duty detail that can be disposed of through the issuance of a N.T.A. will not qualify for overtime compensation. Officers will only be-

come eligible for overtime if a response to Headquarters is required and approved.

2. If an arrest is made and the response to Headquarters is necessary and authorized by the Shift Lieutenant, the Member will be compensated in accordance with the provisions of the current Collective Bargaining Agreement.

3. The arresting Officer will cease receiving payment for the Extra-Duty assignment while at Headquarters processing the arrest.

4. Upon concluding his involvement in the arrest processing procedure, the Officer will return to the Extra-Duty assignment and will be eligible to receive compensation for the remainder of the Extra-Duty assignment.  Arrest will be documented on the Weekly Extra-Duty Detail Worksheet. (see **Appendix C**)

5. Each Member performing Extra-Duty Police service will receive a minimum of three hours pay for each individual Extra-Duty assignment.

## XVII.   EXTRA-DUTY EMPLOYMENT INJURIES

### A.  Notification Responsibilities:

If injured during the performance of an Extra-Duty detail, Members will:

1. Notify Communications.

2. Request a Supervisor to respond.

3. Complete the proper documentation and forms.

### B.  Police Supervisors:

Police Supervisors will:

1. Respond to the site where the injury occurred.

2. Implement standard Departmental reporting procedures.

3. Complete the required Accident Injury Forms as listed in the **Employee Injury and Workers' Compensation** SOP.

4. The notation "Extra-Duty Employment" will be noted in the first line of the narrative.

5. Complete the forms if the Member is unable to do so.

### C.  Workers' Compensation:

The following guidelines govern the City's acceptance of workers' compensation claims:

1. **Police Officers:**  The City will provide workers' compensation in those situations where the Off-Duty Police Officer takes affirmative Police action, including arrests.  The City, in accordance with applicable law and Police Department policy, will make the determination as to whether the Off-Duty Police Officer was taking affirmative Police action.

2. **Community Service Officers:**  The City will provide workers' compensation for injuries incurred while working within their job capacity during Extra-Duty service.

## XVIII.   PENALTIES FOR NON-COMPLIANCE [9.02C] [22.3.5C]

Members are reminded that Extra-Duty employment is voluntary and that violations of the SOP reflect negatively upon the employer, the community, fellow Members, and the Department.  Therefore, it is incumbent upon the Member to strictly adhere to this SOP.

### A.  Employers:

All persons or entities employing, or seeking to employ Members in an Extra-Duty capacity will be informed to comply with the requirements in this SOP or be subject to:

**1.** Denial.

**2.** Restriction.

**3.** Suspension.

**4.** Revocation of such services.

**B. Employee Penalties:**

Any Member who fails to adhere to the requirements in this SOP may be subject to disciplinary action under the guidelines established in this SOP and in other applicable City and Departmental policies and procedures.

Failure to submit a Supervisory approved Weekly Extra-Duty Detail Worksheet to the Detail Office by Wednesday for the previous week of Extra-Duty assignments will result in a week suspension from working any Extra-Duty assignment. Multiple occurrences may result in further disciplinary action.

## XIX.   DEFINITIONS:

**A. BILLING AGENT:**

One who receives compensation from a permit holder for Extra-Duty Police service and, in turn, pays the Extra-Duty Member for such service. A billing agent will be entitled only to a bookkeeping fee for receiving and paying monies as described above and will not be entitled to any other fee.

**B. DETAIL COORDINATOR:**

The Police Officer designated to be responsible for preparing and coordinating the work schedules and related activities with the permittee and the Detail Office whenever a permanent permit requiring more than one Member is issued. A Detail Coordinator will not act as a billing agent. **[22.3.5D]**

**C. DETAIL OFFICE:**

Located in the Police Building, consists of employee(s) appointed by the Chief of Police to issue permits, assign Members, and maintain records of all Extra-Duty Police service assignments. **[22.3.5D]**

**D. MEMBERS:**

Full-time Police Officers and Community Service Officers.

**E. EXTRA-DUTY APPLICATION FORM:**

Required for all temporary Extra-Duty Police service assignments. The Application requires at a minimum, the following information:

**1.** Name, address, and telephone number of the permit holder.

**2.** Period of employment.

**3.** Number of hours to be worked.

**4.** Location the Extra-Duty assignment is to be performed.

**5.** Number of Members' required.

**6.** A representative of the prospective permit holder from the site at which the Extra-Duty Police service is to be performed will sign the Application Form.

**F. EXTRA-DUTY   EMPLOYER/PERMIT HOLDER:**

A person, firm or corporation, who applies for and receives approval to employ Police Department Members in an Extra-Duty capacity.

**G. EXTRA-DUTY EMPLOYMENT:**

Employment which is performed while on "off active duty" status and requires the use of Law Enforcement authority. Sworn Police Officers and Community Service Officers may perform Extra-Duty employment.

**H.  EXTRA-DUTY POLICE SERVICE:**

Also referred to in this SOP as: Extra-Duty employment, Extra-Duty police assignment, Extra-Duty detail, or detail.

Extra-duty Police service is approved and assigned by the Department and performed by qualified Members.  The scope of Extra-Duty Police services are similar to routine Police functions, but are services that cannot be provided by on-duty personnel.  Members performing Extra-Duty assignments are requested and compensated by individuals or establishments outside the Police Department.

**I.  OFF-DUTY EMPLOYMENT:**

Off-Duty Employment is referred to as Employment **NOT** of a Police Nature.

**J.  PERMANENT PERMIT:**

A permit issued for Extra-Duty Police service that exceeds two successive weeks.

**K.  FUNERAL ESCORT:**

A distinct and separate duty

**L.  MISCELLANEOUS ESCORT:**

Examples include: personal security escorts, special event traffic enforcement, wide-load or heavy vehicle escort, etc.

**M.  SPECIAL EVENTS:**

An outdoor public celebration or gathering which involves the use of either public parks, streets, right-of-way or other municipal property and which includes entertainment, dancing, music, dramatic publications, art exhibitions, parades, or the sale of merchandise, food or alcohol, or any combination of the foregoing: and which, of necessity, requires for its successful execution the provision and coordination of municipal services to a degree over and above that which the City routinely provides under ordinary everyday circumstances.

**N.  TEMPORARY PERMIT:**

A permit issued for Extra-Duty Police service that does not exceed two successive weeks (i.e.: private house party).

APPROVED BY:

02/10/2014

**Frank G. Fernandez**          Date
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**          Off-Duty Employment Request Form.

- **Appendix B:**          Hollywood Ordinance S-23.

- **Appendix C:**          Weekly Extra-Duty Detail Worksheet.

- **Appendix D**          Hollywood Police Department Extra-Duty Police Officer Application Form.

- **Appendix E:**          City of Hollywood Police Department Extra-Duty Police Services Hold Harmless Agreement.

- **Appendix F:**          Permit For Off Regular Duty Police Service.

- **Appendix G:**          Extra-Duty Detail Audit Form.



# HOLLYWOOD POLICE DEPARTMENT
## OFF-DUTY EMPLOYMENT REQUEST FORM

To:        Chief of Police                                Date:

From:

Via:        Chain of Command

It is requested that I be authorized for Off-Duty employment.  The employment is not related to Law Enforcement or contingent upon my position with the Hollywood Police Department.  I will be employed by the following individual(s) or Firm(s), beginning such employment on

| Person/Firm | Address | Phone | Location | Hours |
|-------------|---------|-------|----------|-------|
|             |         |       |          |       |
|             |         |       |          |       |
|             |         |       |          |       |
|             |         |       |          |       |
|             |         |       |          |       |

(Explain in detail the type of work to be performed)

_____

_____

_____

_____

_____        _____ / _____ / _____

                    Signature                                                Date

## AUTHORIZING SIGNATURES

☐Approved ☐Denied   Sergeant: _____   Date: __ / __ / __

☐Approved ☐Denied   Lieutenant: _____   Date: __ / __ / __

☐Approved ☐Denied   Division Major: _____   Date: __ / __ / __

☐Approved ☐Denied   Asst. Chief: _____   Date: __ / __ / __

☐Approved ☐Denied   Chief of Police: _____   Date: __ / __ / __

### NOTE
- This Form must be resubmitted annually by the Member prior to October 1st.
- Approval of Off-Duty employment is granted with the explicit understanding by the Member and the outside employer that the Member is subject to emergency recall.

48                                    Hollywood - Administration

*DETAIL COORDINATOR.* The police officer designated to be responsible for preparing and coordinating work schedules and related activities with the permittee and the Police Department whenever a permanent permit requiring more than one police officer community service officer is issued. A detail coordinator shall not act as a billing agent or broker.

*OFF-DUTY POLICE SERVICE.* Employment which is conditioned upon the authority of the police officer or Community Service Officer and which is rendered during a period of time not within assigned hours of duty.

*PERMANENT PERMIT.* A permit issued for off-duty police service which exceeds two successive weeks and for which a special permit is not required.

*PERMITTEE.* Any person, firm or corporation, that actually utilizes off-duty police service and is granted a permit therefor.

*POLICE OFFICER.* A sworn law enforcement officer employed full time by the Hollywood Police Department, except probationary police officers.

*SPECIAL PERMIT.* A permit issued for off-duty police service when the permittee has special needs and requests involving more than the ordinary city personnel, vehicles and equipment normally assigned to an off-duty police detail.

*TEMPORARY PERMIT.* A permit issued for off-duty police service which does not exceed two successive weeks and for which a special permit is not required. ('72 Code, § 22-9)

(B) *Employment of a police officer or Community Service Officer in an off-duty police service capacity; permit required.*

(1) Every person wishing to employ a police officer or Community Service Officer for off-duty police service must apply for a permit granted by the Police Department for each site at which such service is to be performed. No applications shall be accepted over the telephone, except that in cases of emergency, when the office that administers off-duty police service is closed but the commanding officer on duty deems a temporary off-duty police service assignment to be in the best interest of the Department, the commanding officer may accept an application by telephone until the administrative office opens.

(2) Said application shall be on a form

provided by the Department, shall require, at a minimum, the following information: name, address and telephone number of the prospective permittee; period of employment and number of hours to be worked; location of off-duty police service; and the specific police function to be performed, and shall be signed by a representative of the prospective permittee from the site at which off-duty police service is to be performed.

(3) The Chief of Police or his or her designee shall investigate all applicants for a permit and approve or disapprove said application based upon the following criteria:

(a) Whether the prospective permittee is under criminal investigation or have been convicted of any crime.

(b) Whether the purpose for which the off-duty police service is requested is of a nature which would conflict with the efficiency of the Department, or would bring disrepute, or be compromising to the Department.

(4) No permit shall be granted to a broker or to any other intermediary who will not be the permittee. Except as specifically provided in this section, no fees, charges or commissions of any kind shall be paid or collected for off-duty police service. ('72 Code, § 22-10)

(C) *Temporary, permanent and special permits; fees.*

(1) Every person applying for a permanent permit for off-duty police service shall pay a fee specified in the collective bargaining agreement between the city and the police union. Said fee is to be paid annually to the city, and every permit will expire on September 30 of each year. Permittees must apply annually for said permit before October 1 of each year.

(2) Every person applying for a temporary permit for off-duty police service shall pay a fee specified in the collective bargaining agreement between the city and the police union. If a person requesting a temporary permit applies more than two times between October 1 and September 30 of the following year, no additional fee shall be required; but an application for a permit shall be filed before the off-duty service will be approved. Every request must be made three days in advance of the service, except in cases of a bona fide emergency approved by the Chief of Police or his or her designee.

(3) Every person applying for a special permit

for off-duty police service shall pay a fee to be determined by the Chief of Police on a case-by-case basis; said fee shall approximate the cost to the city of the special off-duty detail. Every request must be made three days in advance of the service, except in cases of a bona fide emergency approved by the Chief of Police or his or her designee.

(4)   No public or private nonprofit group, religious organization or governmental agency applying for a temporary or permanent permit for off-duty police service shall be assessed the fees provided for hereinabove upon presentation of proof of its nonprofit status.

(5)   In addition to paying the fees required by this subsection, every person applying for a permit for off-duty police service shall choose one of the following options:

(a)   Payment to the city, each time compensation for off-duty police service is remitted to a police officer, Community Service Officer, or billing agent, of an hourly surcharge equal to the estimated cost of the city's risk of liability attributable to the off-duty police service in an amount determined annually by the Risk Manager. The surcharge shall cover only the city's liability and shall not protect the police officer , the Community Service Officer, or the permittee from liability;

(b)   Provision of a hold harmless agreement protecting the city and approved by the City Attorney; or

(c)   Provision of an insurance policy covering the city and approved by the Risk Manager.
('72 Code, § 22-11)

(D)   *Regulation of off-duty police service.*

(1)   Requests for off-duty police service are to be for a minimum of three hours. Hourly charges for permit assignments will be made from the starting place and time specified by the permittee to the ending time and place of assignment. Travel time to and from will not be included. The geographical points at which an off-duty assignment shall commence and terminate will be established at the time of request. The permittee will be assessed the three-hour minimum rate for each police officer or Community Service Officer for canceled or postponed assignments unless the Department is notified a minimum of three hours prior to the specified starting time. Permits requiring more than five police officers or Community Service Officers require an additional 15 minutes per officer or Community Service Officer in

excess of five officers or Community Service Officers for cancellation notification.

(2)   A police officer or community service officer under criminal investigation, under internal investigation for a claim of excessive use of force or unlawful arrest or generally considered a risk because of a civil claim alleging excessive use of force or unlawful arrest may be prohibited, a the discretion of the Chief of Police, from performing in an off-duty police service capacity.  Police officers or community service officer acting in an off-duty police service capacity are not permitted to perform any service not generally related to police-type work. The permittee is restricted to the general assignment of duties only.

(3)   No off-duty police service will be performed outside the jurisdictional limits of the city, unless specifically requested by the head of a law enforcement agency of the appropriate jurisdiction and approved by the Chief of Police.

(4)   Upon request by the Chief of Police, every permittee shall furnish the Department with a record of the number of police officers or community service officers employed during the requested service, number of hours worked per officer, and the amount of pay given to each officer. Refusal or failure to comply with this request will result in the immediate termination of a permit, and the denial of any future request for a permit.

(5)   The granting of a permit for off-duty police service  and the authorization for a police officer or Community Service Officer to perform in a off-duty police service capacity is a privilege and may be denied or revoked by the Chief of Police at any time.

(6)   Any decision made by the Chief of Police pursuant to this section may be appealed to the City Manager.  Any such appeal shall be deemed filed only after the person requesting the relief has transmitted the reasons why he or she feels the relief should be granted in writing to the Manager.
('72 Code, § 22-12)

(E)   *Liability for off-duty police service.*

(1)   Police officers and Community Service Officers, while acting in an off-duty police service capacity, are considered independent contractors or employees of the permittee.  All compensation for such service shall be remitted directly to the police officer or to a billing agent, not to the city or the detail coordinator; Community Service Officer provided, however, that the

1999 S-23



# CITY OF HOLLYWOOD POLICE DEPARTMENT

WEEKLY EXTRA-DUTY DETAIL WORKSHEET

Name: _____   Badge Number: _____

Week Beginning: _____ / _____ / _____          Week Ending: _____ / _____ / _____

| Date | Day | Detail Name | Time of Detail | | Total Hrs | Shift Hrs | Time-Off Hrs |
|------|-----|-------------|-------|-----|-----------|-----------|--------------|
|      |     |             | Start | End |           |           |              |
|      | Monday |          |       |     |           |           |              |
|      | Tuesday |         |       |     |           |           |              |
|      | Wednesday |       |       |     |           |           |              |
|      | Thursday |        |       |     |           |           |              |
|      | Friday |          |       |     |           |           |              |
|      | Saturday |        |       |     |           |           |              |
|      | Sunday |          |       |     |           |           |              |

Total Extra-Duty Detail Hours Worked: _____    Total Time Off Hours (i.e. Vacation/Comp/Holiday): _____

Arrest/Significant Incidents:_____

Date: _____ / _____ / _____          Case Number: _____

Member's Signature: _____   Badge #: _____   Date: _____ / _____ / _____

Supervisor's Signature: _____   Badge #: _____   Date: _____ / _____ / _____

**PERMIT # _____**

☐ TEMPORARY  ☐ PERMANENT



# HOLLYWOOD POLICE DEPARTMENT
## EXTRA DUTY POLICE OFFICER APPLICATION FORM

## EMPLOYMENT INFORMATION

**Type:**  ☐ Party  ☐ Dance  ☐ Traffic  ☐ Security  ☐ Other: _____

|  | TIME | |
|---|---|---|
| **DATE(S)** | **Start** | **End** |
|  |  |  |
|  |  |  |
|  |  |  |

Specific purpose of Detail: _____

_____

Number or Persons Expected: _____  Alcoholic Beverages: ☐ Yes  ☐ No  Uniformed: ☐ Yes  ☐ No

## PERMIT INFORMATION

Location of Detail: _____

Permittee; Person or Business: _____

      Address: _____

      Telephone: _____

## OFFICER INFORMATION

Number of Officer(s) Requested: _____

| Badge # | Name | Unit/Squad | Date(s) Employed |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Summary of Officer(s) Duties:** _____

_____

_____

Original Date: 06/01/2001
Revised Date: 02/03/2012
File Name: Appendix D Hollywood Police Department Extra-Duty Police Officer Application Form.doc

Page 1 of 1
Appendix D
SOP 141



PERMIT #_____

# CITY OF HOLLYWOOD, FLORIDA
## POLICE DEPARTMENT
### EXTRA DUTY POLICE SERVICES
### HOLD HARMLESS AGREEMENT

**WHEREAS**, the undersigned filed an application on _____ / _____ / _____, for a ☐ permanent or ☐ temporary permit with the City of Hollywood for Extra Duty Police Service; and

**WHEREAS**, the undersigned understands and acknowledges that Police Officers and Community Service Officers while acting in an Extra Duty Police Service capacity are considered independent contractors or employees of the undersigned; and

**WHEREAS**, the City of Hollywood merely schedules Police Officers and Community Service Officers for Extra Duty Police Service as a convenience for the public; and

**WHEREAS**, compensation for such service shall be remitted directly to the Police Officer or Community Service Officer, not the City of Hollywood, Florida;

**NOW, THEREFORE**, in consideration of the covenants contained herein, the undersigned does hereby agree as follows:

1.    That the above recitations are true and correct.

2.    That all parties who have the authority to act on behalf of this extra-duty police services application have been accurately disclosed to the Police Department's Extra-Duty Police Services Administrator.

3.    That all pending conflicts, court-ordered injunctions and/or court proceedings between family members of the applicant, employees of the applicant, corporate officers associated with the applicant or business partners associated with the applicant have been accurately disclosed to the Police Department's Extra-Duty Police Services Administrator.

4.    That to the extent of liability specified under Florida Statute 768.28, _____ (permittee) shall indemnify and save harmless the City of Hollywood, from and against any claims, suits, actions, damages, causes of action or worker's compensation for any personal injury, loss of life or damage to property sustained by reason of or as a result of the undersigned hiring a Police Officer or Community Service Officer to act in an Extra Duty Police Service capacity, or his agents, employees, invitees, and all other person, and from and against any orders, judgments or decrees, which may be entered thereto, and from and against all costs, attorney's fees, expenses and liabilities incurred in or by reason of the defense of any such claim, suit or action, and the investigation thereof. Nothing in the Agreement shall be construed to affect in any way the City of Hollywood's rights, privileges and immunities as are set forth in Florida Statute 768.28.

5.    That it is the specific intent of the undersigned that the restrictions and obligations reference herein shall be binding on the undersigned and his heirs, successors and assigns.

_____
Signature                                                                    Date

_____
Witness

_____
Witness

**PERMIT #**_____

**ACKNOWLEDGMENT CERTIFICATE (INDIVIDUAL)**

(VENUE)

State of Florida

County of Broward

STATEMENT
OF
FACTS

The foregoing instrument was acknowledged be-
fore me this ____ / ____ / ____ (date) by

_____

(name of person acknowledging), who is personally

known to or who has produced_____

_____

_____

(type of identification) as identification and ☐ who

did or ☐ who did not take an oath.

_____
(Signature of Person Taking Acknowledgement)

**NOTARY'S SEAL**

_____
(Name of Acknowledger Typed, Printed or Stamped)

_____
(Title or Rank)

_____
(Serial Number, if any)

_____
Witness

_____
Witness

Original Date:  11/1/2001
Revised Date: 06/14/2004
File Name:  Appendix E Extra-Duty Police Services Hold Harmless Agreement.doc

Page 2 of 2
Appendix E SOP #141



**HOLLYWOOD POLICE DEPARTMENT**

3250 Hollywood Boulevard
Hollywood, FL 33021
Phone (954) 967-4500

PERMIT NUMBER

№ 3145

TEMP ☐
PERM ☐

## PERMIT FOR OFF REGULAR DUTY POLICE SERVICE

PERMITTEE:_____ PHONE:_____

ADDRESS:_____

PERSON IN CHARGE:_____ S:___ R:___ DOB:_____

PERMIT FEE:   $25.00 ☐   $100.00 ☐   $250.00 ☐   $500.00 ☐   PAY ARRANGEMENTS:_____

APPLICATION APPROVED:_____        DISAPPROVED:_____
                                              date                                              date

REVIEWED BY:_____ DATE:_____

# HOLLYWOOD POLICE DEPARTMENT

## EXTRA DUTY DETAIL AUDIT

MONTH: _____

AUDIT PERFORMED BY: _____

SUSPENSE DATE: _____

**1) DETAIL:** _____
Called in to Communications
☐ Yes   ☐ No

OFFICER: _____
Proper Uniform Worn
☐ Yes   ☐ No

DATE/TIME: _____
Problems Observed-Note in Remarks
☐ Yes   ☐ No

**2) DETAIL:** _____
Called in to Communications
☐ Yes   ☐ No

OFFICER: _____
Proper Uniform Worn
☐ Yes   ☐ No

DATE/TIME: _____
Problems Observed-Note in Remarks
☐ Yes   ☐ No

**3) DETAIL:** _____
Called in to Communications
☐ Yes   ☐ No

OFFICER: _____
Proper Uniform Worn
☐ Yes   ☐ No

DATE/TIME: _____
Problems Observed-Note in Remarks
☐ Yes   ☐ No

**4) DETAIL:** _____
Called in to Communications
☐ Yes   ☐ No

OFFICER: _____
Proper Uniform Worn
☐ Yes   ☐ No

DATE/TIME: _____
Problems Observed-Note in Remarks
☐ Yes   ☐ No

**5). DETAIL:** _____
Called in to Communications
☐ Yes   ☐ No

OFFICER: _____
Proper Uniform Worn
☐ Yes   ☐ No

DATE/TIME: _____
Problems Observed-Note in Remarks
☐ Yes   ☐ No

REMARKS: _____

|  | **MUTUAL AID** | |
|---|---|---|
| | **DEPARTMENT SOP: #145** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 10/14/2013** | **CFA: 20.01E** |

**PURPOSE:** The purpose of this SOP is to establish policy and guidelines for Mutual Aid agreements and to formulate guidelines for instituting and maintaining effective channels of communication between the Hollywood Police Department, other Police Agencies, and Social Service Agencies. It will also establish responsibilities for Agencies that have concurrent jurisdiction with the City Hollywood.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to maintain current Mutual Aid agreements with other Agencies. This ensures that the citizens of Hollywood receive the most efficient and effective Law Enforcement service possible. Mutual Aid agreements assist the Department in establishing and maintaining liaison with those Federal, State, and local Law Enforcement/Social Service Agencies that service the adjoining areas and/or have concurrent jurisdiction with the Department.

**INDEX:**

I.  **GENERAL** .............................................1

A.  Purpose: ..............................................1
B.  Types of Agreements:..........................2

II.  **LOCAL MUTUAL AID AGREEMENTS** .2

A.  Mutual Aid Participants: ......................2
B.  Interlocal Agreement Participant: ........2

III.  **VOLUNTARY COOPERATION** .............3

A.  Terms and Procedures: ......................3
B.  On  Duty,  In-Progress  Crime Assistance: ..........................................3
C.  Off  Duty,  In-Progress  Crime Assistance: ..........................................4

D.  Officer Assistance: ..............................4
E.  Voluntary Investigations: .....................4
F.  Traffic Control Assistance: ..................4
G.  General Traffic Enforcement ..............5

IV.  **OPERATIONAL ASSISTANCE** .............5

A.  Forcible Felony Requests:...................5
B.  Searching for Fugitives:.......................5
C.  Searching for Missing Persons: .........5
D.  Other Spontaneous Incidents:.............5

V.  **PROVIDING  MUTUAL  AID ASSISTANCE** ........................................5

A.  Request and Approval: ........................5
B.  Response: ............................................6

VI.  **REQUESTING MUTUAL AID** ...............6

A.  Making the Request: ...........................6
B.  Federal and State Assistance: ...........7
C.  National Guard Assistance: [20.01E] ..7

VII.  **CONCURRENT JURISDICTION** ...........7

A.  Agencies with Concurrent Jurisdiction:7
B.  Procedures: ..........................................8

VIII.  **DEFINITIONS:**........................................8

A.  CONCURRENT JURISDICTION:........8
B.  MUTUAL AID AGREEMENT:..............8

**PROCEDURE:**

**I.  GENERAL**

The State of Florida Chapter 23 and Chapter 252.40, defines the legal rights extended to Law Enforcement Agencies and requirements in Mutual Aid Agreements.

**A.  Purpose:**

Mutual Aid is an exchange of services, personnel and/or equipment between Law Enforcement Agencies during times

of emergency, pursuant to a written agreement executed in accordance with the Florida Mutual Aid Act.

1. The Department has entered into a Mutual Aid agreement with several Broward County Law Enforcement Agencies and jurisdictions.

2. This agreement ensures that the citizens of Hollywood receive a continuous Law Enforcement response during emergencies and unusual occurrences.

3. The Hollywood Police Department will respond to all emergencies and will be continuously available within the Agency's jurisdiction.

**B. Types of Agreements:**

The Department recognizes two agreement types:

1. **Mutual Aid Agreement:** A written agreement which permits voluntary cooperation and assistance of a routine Law Enforcement nature across jurisdictional lines.

2. **Interlocal Agreement:** A written agreement between two or more Law Enforcement Agencies evidenced by a request from one Agency and an agreement by the other(s), for the rendering of assistance in specified Law Enforcement situations.

3. **Law Enforcement Mutual Aid Agreement for Traffic Enforcement:** A written agreement covering traffic enforcement activities across jurisdictional boundaries in certain defined circumstance for the purpose of protecting the public peace and safety and preserving the lives and property of the citizens of each Governmental Entity.

**II.   LOCAL MUTUAL AID AGREEMENTS**

**A. Mutual Aid Participants:**

The Department has entered into Mutual Aid agreements with the following cities and Agencies:

1. Broward County;

2. Coconut Creek;

3. Coral Springs;

4. Davie;

5. Ft. Lauderdale;

6. Hallandale;

7. Hillsboro Beach;

8. Lauderhill;

9. Lighthouse Point;

10. Margate;

11. Miramar;

12. Pembroke Pines;

13. Plantation;

14. Sea Ranch Lakes;

15. Sunrise;

16. Wilton Manors.

17. Broward County School Board Special Investigations Unit;

**B. Interlocal Agreement Participant:**

Seminole Tribe of Florida:

The Hollywood Police Department has a limited Interlocal Agreement with the Seminole Tribe of Florida. Under very limited circumstances may Hollywood Police Officers take enforcement action within the Seminole Reservation jurisdiction. Enforcement action will be guided by the following:

1. Officers shall limit their actions to felony crimes or criminal traffic incidents.

2. Officers shall provide prior notice of any investigative activity in the Seminole Reservation to the Seminole Law Enforcement Communications Division.

3. Hollywood Police Officers shall, when making an emergency arrest on the Seminole Reservation, detain the arrestee until the arrival of a Seminole Law Enforcement Officer. The arrestee will be relinquished to the custody of a Seminole Law Enforcement Officer for booking.

4. General traffic enforcement is excluded from this Interlocal Agreement except for cases involving Driving Under the Influence and Reckless Driving. **(See II. G.)**

## III. VOLUNTARY COOPERATION

Law Enforcement Agencies realize that an increasing number of criminals operate in more than one jurisdiction, and there is a need for a continuing multi-Agency response to this threat.

### A. Terms and Procedures:

The Chief of Police or his designee will have the sole authority to determine the amount of personnel and equipment that will be available for voluntary cooperation.

1. Voluntary cooperation can also be initiated by an on-duty Officer who views an in-progress crime, traffic crash or need for traffic control in a cooperating Agency's jurisdiction.

2. Whenever a Hollywood Officer is rendering aid to a cooperating jurisdiction, the Officer will have the same powers, duties, rights and immunities as if they were taking action within their own jurisdiction.

### B. On Duty, In-Progress Crime Assistance:

Whenever an on-duty Law Enforcement Officer from one jurisdiction views a felony or misdemeanor occurring in a cooperating jurisdiction, the Officer may physically arrest the perpetrator and preserve the crime scene.

1. Officers will limit their actions to criminal acts, which inadvertently or spontaneously take place in their presence.

2. The Officer will notify his Supervisor immediately to enable the Supervisor to direct the Officer's actions.

3. Communications personnel will notify the Agency with jurisdiction to respond and assume control of the suspect or scene.

4. Control of person(s) apprehended, the crime scene and any physical evidence will be relinquished to the first available Officer from the jurisdiction in which the incident occurred.

5. If remaining at the scene exposes either the Officer or the subject to imminent physical danger, the subject may be transported or otherwise relocated.

6. When taking Law Enforcement action, Officers will have full authority as if the Officers were taking action within their own jurisdiction.

7. Officers who make arrests outside their jurisdiction will co-sign the Probable Cause Affidavit along with an Officer from the jurisdiction where the arrest occurred.

8. All arrests outside the City limits of Hollywood require a Field

Dictation Report be called in on a priority basis.

**C. Off Duty, In-Progress Crime Assistance:**

Off-duty Officers may take Law Enforcement action within the jurisdiction of participating Agencies in the following circumstances:

1. Off-Duty Hollywood Police Officers will only make arrests outside the City limits for felony violations involving a threat of death or great bodily injury.

2. The incident must have occurred in the Officer's presence.

3. The jurisdiction in which the arrest is being made will be notified as soon as possible.

4. Arrest processing will be coordinated with the jurisdiction in which the arrest is made.

5. An Officer from each Agency involved will co-sign the Probable Cause Affidavit.

6. A Field Dictation Report called in on a priority basis will be required. The report will include all details of the incident including the other Agency's report number and other Officers involved.

**D. Officer Assistance:**

Officers off-duty and outside their jurisdiction may come upon a situation where on-duty Officers from the jurisdiction of occurrence are on a scene and may need assistance.

1. Hollywood Officers will assist when it appears that death or Officer injury might occur.

2. The action the Hollywood Officer takes depends upon the Officer's capabilities and resources available.

**E. Voluntary Investigations:**

On-duty Police Officers from one jurisdiction may conduct investigations (that originate in their jurisdiction) or make arrests in any participating jurisdiction in the Mutual Aid agreement.

1. Notification will be made to the affected jurisdictions Communication's Supervisor of the location and nature of the investigation, unless the notification would jeopardize the investigation.

2. If enforcement action is anticipated, the Officer will seek assistance from the primary jurisdiction when making non-emergency arrests.

**F. Traffic Control Assistance:**

Hollywood Police Officers may witness or respond to traffic crashes involving suspected injuries of a serious nature, and may render first aid and/or traffic direction until the appropriate Agency having jurisdiction is able to respond. Traffic assistance may also be provided under the following circumstances:

1. In situations where automated traffic control devices located within the jurisdictional boundaries of one Agency have malfunctioned, creating a hazardous situation requiring immediate traffic control.

2. Where an incident occurs on a roadway or so near thereto that the potential for traffic crashes appears imminent.

   a. Cooperative traffic efforts will be restricted to the necessary and standard traffic control and direction activities and will not include traffic enforcement.

   b. Control of the incident will be immediately relinquished to the first available Officer from the Agency having jurisdictional responsibility.

G.  **General Traffic Enforcement**

The Broward County Law Enforcement Mutual Aid Agreement for Traffic Enforcement allows Hollywood Police Officers to enforce Florida State Traffic Statutes while outside the jurisdictional limits of the City of Hollywood, but within the County of Broward. **However,** enforcement of traffic statutes, other than criminal infractions, by Hollywood Officers outside of the city limits of Hollywood is restricted as follows:

1.  Traffic enforcement for the purpose of this agreement will be permitted by On Duty Officers only.

2.  Enforcement will **ONLY** be permitted on contiguous roads directly adjacent to the City of Hollywood (example: eastbound Pembroke Road through Hollywood, westbound Sheridan Street through Dania) or as a result of incidents originating on these perimeter roads.

3.  Specific Units and/or Officers may be given expanded traffic enforcement boundary areas with the approval of the Chief of Police or his designee.

## IV.  OPERATIONAL ASSISTANCE

Special public safety problems arise occasionally that require additional Law Enforcement personnel for assistance.

A.  **Forcible Felony Requests:**

When an Agency reports a forcible felony as defined in F.S. 776.08, and that Agency is unable to provide the immediate response necessary to prevent imminent death, great bodily harm or substantial property loss as a result, operational assistance may be requested from cooperating Agencies.

B.  **Searching for Fugitives:**

When an Agency is conducting a search for a fugitive whose presence is known or is reasonably believed to be in that jurisdiction, and immediate assistance to apprehend the fugitive is necessary to prevent the fugitive's continued freedom or to protect nearby persons or property from an imminent threat, operational assistance may be requested.

C.  **Searching for Missing Persons:**

When an Agency is conducting a search for a missing person whose presence is known or is reasonably believed to be in that jurisdiction, and immediate assistance is required, cooperative assistance may be requested.

D.  **Other Spontaneous Incidents:**

Operational assistance may be requested and supplied for special events and conditions that occur for extended periods of time.  The assistance may include Patrol services.  Additional incidents include the following:

1.  Mass processing of arrests.

2.  Transporting prisoners.

3.  Operating temporary Detention facilities.

4.  Civil disturbances.

5.  Natural disasters.

6.  Hostage situations.

7.  Any other exigent circumstance.

## V.  PROVIDING MUTUAL AID ASSISTANCE

A.  **Request and Approval:**

When this Agency receives a request from another Law Enforcement Agency for Mutual Aid assistance, the following procedures and guidelines will be followed:

1.  The following preliminary information will be ascertained and documented:

**a.** The Department and name of the authority making the request.

**b.** The nature and scope of the problem.

**c.** The amount of Officers requested.

**d.** The location where the Officers are to respond.

**e.** The name of the authority to whom Members are to report.

**f.** The manner and procedure for maintaining radio communications between Agencies.

**2.** The request will be transmitted to the Staff Duty Officer who will notify the Chief of Police or his designee of the Mutual Aid request.

**3.** The Chief of Police or his designee will be the person responsible for authorizing Mutual Aid assistance.

**4.** In a case of emergency circumstances requiring immediate action, the Shift Lieutenant is authorized to approve the Mutual Aid request. The Staff Duty Officer will be notified as soon as possible. It will be the responsibility of the Staff Duty Officer to notify the Chief of Police.

**5.** When the Chief of Police or his designee approves the Mutual Aid request, the Staff Duty Officer or Shift Lieutenant will immediately notify the other Agency.

**B. Response:**

The following procedures will govern the actions of Hollywood Police Officers when responding to assist other Agencies under the provisions of Mutual Aid.

**1.** Hollywood Police Officers will follow all policies, procedures, rules, and regulations of this Department.

**2.** Whenever a Hollywood Police Officer is rendering Mutual Aid to a participating Agency, the Officer will have the same powers, duties, rights and immunities as if taking action within their own jurisdiction.

**3.** Officers responding to a voluntary cooperation request will be under the direction and authority of the Commanding Officers of the Agency to which they are called.

**4.** Officers will carry out the orders of the requesting Agency's Supervisory Officers in all matters of Mutual Aid, unless:

**a.** The order would place the Officer in direct violation of Hollywood Police Department policies, procedures, rules or regulations.

**b.** The order would violate accepted safety practices.

**c.** The order would be contrary to Federal, State or local Law.

**5.** In the event an order is not carried out due to the provisions stated above, the Officer will inform the issuing authority of the conflict, and respectfully request that:

**a.** The order be rescinded, or

**b.** The order is redirected to a Supervisory Officer of this Department.

## VI. REQUESTING MUTUAL AID

The following procedures will be followed when requesting Mutual Aid assistance from other Agencies.

**A. Making the Request:**

The Chief of Police or his designee will make a request for Mutual Aid assistance.

1. The request will be made to the appropriate Agency's Commander.

2. The requested Agency will be informed of the following information:

   a. The nature and scope of the problem.

   b. The amount of Officers requested.

   c. The location where the Officers are to respond.

   d. The name of the authority to whom the Officers are to report.

   e. The manner and procedure for maintaining radio communications between Agencies.

**B. Federal and State Assistance:**

In addition to local cooperative Mutual Aid participants listed in **Section II**, the following Federal and State Agencies may also be contacted for assistance:

1. Federal Bureau of Investigation.

2. Drug Enforcement Administration.

3. Immigration and Customs Enforcement.

4. Federal Bureau of Alcohol, Tobacco, and Firearms.

5. United States Coast Guard.

6. Florida Highway Patrol.

7. F.D.L.E.

8. Florida Fish and Wildlife Conservation Commission.

**C. National Guard Assistance: [20.01E]**

When a local emergency escalates to the point where it cannot be handled by the resources of the Department or with the assistance of other Agencies that have Mutual Aid agreements with the Department, the National Guard may be called for assistance.

1. The Mayor of the City, or in his/her absence, the City Manager will contact the Governor of Florida, or in his absence, and if the emergency is to the extent that there is no time for delay, the Adjutant General (National Guard), and advise him of the situation. (Pursuant to F.S. 250.28)

2. Either the Governor or, if he cannot be reached, the Adjutant General will issue an order to the Officer in Command of the body of troops best suited for the required duty. The Commander will proceed with the required troops to assist in the emergency (pursuant to F.S. 250.28).

**VII. CONCURRENT JURISDICTION**

The Department is responsible for providing all Law Enforcement services within the City of Hollywood. Although the Department has jurisdiction in the City, Members should be aware that there is concurrent (overlapping) jurisdiction with County, State and Federal Law Enforcement Agencies. Those County, State and Federal Law Enforcement Agencies are able to take Law Enforcement action within the City.

**A. Agencies with Concurrent Jurisdiction:**

The following Agencies have concurrent jurisdiction in the City of Hollywood:

1. **The Broward County Sheriff's Office (BSO):** The Broward County Sheriff's Office has concurrent jurisdiction in the City of Hollywood.

2. **The Florida Highway Patrol (FHP):** FHP has concurrent jurisdiction for traffic-related functions. The Hollywood Police Department is responsible for all criminal activity that occurs on the thoroughfare system within the boundaries of Hollywood and is available to assist FHP as needed.

**3. Other Agencies:** The Department has established concurrent jurisdiction with State and Federal Law Enforcement Agencies that have the authority to conduct investigations within the City of Hollywood.

**B. Procedures:**

The following procedures pertaining to concurrent jurisdiction will be followed:

**1.** Any questions regarding which jurisdictions may exercise Law Enforcement powers in the City of Hollywood should be directed to the Legal Affairs Unit via the chain of command.

**2.** An apprehension that results from a fresh pursuit into Hollywood from another city within Broward County allows for the arrestee to be returned to the pursuing Agency's jurisdiction for processing.

**3.** An apprehension that results from a fresh pursuit into Hollywood from a jurisdiction outside of Broward County requires that the arrestee be processed at a booking facility located within the County where the apprehension occurred.

**VIII. DEFINITIONS:**

**A. CONCURRENT JURISDICTION:**

A geographical area upon which the Department and another Law Enforcement Agency both have jurisdiction.

**B. MUTUAL AID AGREEMENT:**

Mutual Aid between two Agencies is an exchange of services, personnel, and/or equipment between Law Enforcement Agencies during times of emergency, or other specific instances pursuant to a written agreement executed in accordance with the Florida Mutual Aid Act.

---

APPROVED BY:

10/14/2013

**Frank G. Fernandez**    **Date**
**Chief of Police**

**ATTACHMENTS:**

**NONE**

---

## STAFF DUTY OFFICER

| | | |
|---|---|---|
| *(badge image)* | **DEPARTMENT SOP: #150** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 01/29/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:**  This SOP establishes the duties and responsibilities of the Staff Duty Officer.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The purpose of the Staff Duty Officer is to provide the Department, with a Command Staff representative whenever the need arises. The Staff Duty Officer will ensure the responsible monitoring necessary to improve the overall efficiency of the Department.

**INDEX:**

I.    AUTHORITY ...............................................1
   A.    Assignment: ..........................................1
   B.    Staff Duty Officer's Responsibilities:....1
   C.    Notification of the Staff Duty Officer: ...1

**PROCEDURE:**

I.    **AUTHORITY**

The Staff Duty Officer is delegated the authority to act on behalf of the Chief of Police while serving as the Staff Duty Officer. This authority will remain in force until a higher-ranking Officer or the Chief of Police relieves the Staff Duty Officer of this responsibility.

A.    **Assignment:**

The Chief of Police will assign the Staff Duty Officer.

1.    A Member of the Command Staff will be assigned as the Staff Duty Officer on a rotating basis by administrative order of the Chief of Police.

2.    The Assistant Chief will ensure that the Communications Section is appraised of any changes in the Staff Duty Officer schedule.

3.    The Staff Duty Officer will be immediately available for calls after normal working hours during their assignment period, including weekends.

B.    **Staff Duty Officer's Responsibilities:**

The Staff Duty Officer is responsible for, but not limited to, the following duties:

1.    Responding to the scene and assuming command, if required.

2.    Facilitating the notification of the Chief of Police.

3.    Attending scheduled events and meetings in representation of the Department, if required.

4.    The Staff Duty Officer scheduled to work the night of any City Commission meeting will remain at City hall for Citizen Comments/Questions at the conclusion of the regularly scheduled meeting.

C.    **Notification of the Staff Duty Officer:**

The Staff Duty Officer will be notified of all significant incidents requiring a Police response or involving Department Members.

The Staff Duty Officer will be notified by Communications or directly by the Shift

Lieutenant of all appropriate incidents. The notification by Communications Personnel will be made only with the Shift Lieutenant's approval.

**DEFINITIONS:**

None

---

APPROVED BY:

01/29/2013
**Frank G. Fernandez          Date**
**Chief of Police**

**ATTACHMENTS:**

**NONE**

| ACCREDITATION | |
|---|---|
| **DEPARTMENT SOP: #151** | **CALEA: 33.5.3** |
| | **CFA:** |
| **EFFECTIVE DATE: 11/1/2001** | |
| **REVIEW:** | **14.04D** |

**PURPOSE:**  To ensure the highest level of service delivery, the Department has elected to participate in a Law Enforcement Accreditation process where the Department's standards and practices are evaluated by other practicing Law Enforcement professionals.  Therefore, the Department has established an Accreditation Management System that provides for the administration, maintenance, and follow-up of the Law Enforcement Accreditation process.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of this Department to participate in the Accreditation process of the Florida Commission of Accreditation.  Therefore, to achieve and maintain Accreditation status, the Department has established the Accreditation Unit reporting directly to the Major of Professional Standards.

**INDEX:**

I.      ACCREDITATION UNIT..........................1

    A.    Responsibilities:.....................................1
    B.    Duties:.................................................1
    C.    Authority:.............................................2

II.     DEPARTMENT RESPONSIBILITIES.....2

    A.    All Members:.........................................2
    B.    SOP Manuals:......................................2
    C.    Proofs Of Compliance:.........................2

III.    ACCREDITATION FAMILIARIZATION..2

    A.    AU Responsibilities:..............................2
    B.    New Member Familiarization Training:
          **[14.04D]** ...............................................2
    C.    Re-Accreditation: .................................2

IV.     DEFINITIONS: .........................................3

    A.    FUNCTIONAL STAFF AUTHORITY: ..3

    B.    ON-SITE REVIEW:...............................3
    C.    PROOFS OF COMPLIANCE: .............3
    D.    SELF-ASSESSMENT:........................3
    E.    WRITTEN DIRECTIVE SYSTEM:.......3

**PROCEDURE:**

**I.    ACCREDITATION UNIT**

   **A.    Responsibilities:**

   The Accreditation Unit (AU) is responsible for developing and maintaining a System of Written Directives and methods of evaluation and review to ensure compliance with the Written Directive System.

   The Written Directive System will conform to criteria (Accreditation Standards) of a professionally recognized Accreditation Agency as well as articulate policy and procedures to ensure the highest level of service delivery to internal and external stakeholders.

   **B.    Duties:**

   AU will complete the following activities to guide the Department in the pursuit of achieving and maintaining Accreditation.

   **1.**    Establish and maintain relationships with other Law Enforcement professionals who are familiar with the processes of Accreditation.

   **2.**    Provide resources for Department Members tasked with the development or improvement of a Written Directive.

3. Evaluate Written Directives for compliance with Accreditation standards, current law enforcement practices and conflict(s) with other Written Directives.

4. Archive all Written Directives utilized by the Department.

5. Publish, maintain, update and disperse changes to the Department's Operation's Manual.

6. Inspect and evaluate internal processes and their adherence to Department directives.

7. Provide recommendations for System improvements.

**C. Authority:**

The AU Manager is empowered with functional staff authority on behalf of the Chief of Police. The Manager has direct access to all facilities and Members of the Department to include Command Staff personnel in all matters related to the Accreditation process.

## II. DEPARTMENT RESPONSIBILITIES

**A. All Members:**

Members will become familiar and cooperative with the process of Accreditation. Though Accreditation standards provide a foundation to any Department's Written Directive System, Member cooperation, input and ideas provide the necessary structure.

Therefore, Members are encouraged to propose or suggest a new change to an existing Written Directive to ensure the Department is functioning effectively (see **Written Directive SOP**).

**B. SOP Manuals:**

Each Division, Section or Unit will provide the Accreditation Unit with a copy of all procedural or operational manuals. These must be reviewed periodically by the Division Major or his designee to ensure they remain current. Additions or revisions will be submitted to the Accreditation Manager.

**C. Proofs of Compliance:**

Members will provide proofs of compliance when requested by the Accreditation Manager. The Accreditation Manager, in accordance with applicable Accreditation Standards, defines the specific nature of the proof of compliance required.

## III. ACCREDITATION FAMILIARIZATION

Orientation to the Accreditation process will be provided to all Agency Members.

**A. AU Responsibilities:**

The Accreditation Unit will ensure that all Members receive orientation training. This will include:

1. History and Background of Accreditation,

2. Goals and objectives of Accreditation,

3. Involvement of, and impact of Accreditation upon the Agency, and

4. Advantages of attaining Accreditation.

**B. New Member Familiarization Training: [14.04D][33.5.3A]**

All new Members of the Department will receive Accreditation familiarization training organized by the Training Unit.

**C. Re-Accreditation: [33.5.3B,C]**

All Members will receive familiarization associated with re-accreditation through memorandums and updates published during the self-assessment and on-site review.

IV. **DEFINITIONS:**

    A. **FUNCTIONAL STAFF AUTHORITY:**

        Authority granted by the Chief of Police to control activities of other components as they relate to specific staff responsibilities. As used in this SOP, functional staff authority is limited to those matters relating to the Law Enforcement Accreditation process.

    B. **ON-SITE REVIEW:**

        The examination of proofs of compliance by Accreditation Assessors to verify that the Department complies with applicable standards.

    C. **PROOFS OF COMPLIANCE:**

        Verification by documentation that the Department fully complies with the letter and spirit of an Accreditation Standard.

    D. **SELF-ASSESSMENT:**

        The continuous process of achieving compliance with applicable standards, establishing proofs of compliance, ensuring training on the Written Directive System and facilitating on-site reviews by external evaluators.

    E. **WRITTEN DIRECTIVE SYSTEM:**

        A system of written documents used to guide the performance or conduct of Department Members.

———————

APPROVED BY:

*Frank G. Fernandez*   10/29/2008

**Frank G. Fernandez**     **Date**
**Chief of Police**

**ATTACHMENTS:**

**NONE**



| COMPUTER SYSTEMS | |
|---|---|
| **DEPARTMENT SOP: #154** | **CALEA: 82.1.6** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 01/29/2013** | **CFA:  34.12 A,B,D-G** |

**PURPOSE:**  To establish guidelines for the security, use and maintenance of computer hardware and software purchased or leased by the City of Hollywood.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  All Members will be governed by the procedures established in this SOP.  The City's Information Technology Department is responsible for all computer hardware, software, peripheral equipment and connectivity therein, purchased or leased by the City for use at the Hollywood Police Department.

**INDEX:**

**I.   COMPUTER SYSTEM SECURITY..........2**

A.   Computer Room Access: [34.12F] ......2
B.   Member Access Levels: [34.12F, G] ...2
C.   Member Passwords for Windows: [26.02C] [34.12F]....................................2
D.   Hardware/Software: [34.12D, E]..........2
E.   Reporting Procedures: ........................3
F.   Network Audit: .....................................3

**II.   COMPUTER TRAINING ........................3**

A.   Availability:............................................3
B.   Initial Computer Training ....................3
C.   Specific Application Training: ..............3

**III.   SOFTWARE LICENSING ......................4**

A.   Software Products: ...............................4
B.   Copying Software: ................................4

**IV.   INTRANET & INTERNET [34.12B]..........4**

A.   Official Use Only:..................................4
B.   Expectation of Privacy:........................4

**V.   ELECTRONIC MAIL (E-MAIL) [34.12A].4**

A.   Official Use Only: .................................4
B.   Expectation of Privacy:.........................4
C.   Prohibited Uses: ...................................4
D.   E-mail Security: ....................................5

**VI.   VIRTUAL LINE-UP WEBSITE.................5**

A.   Overview ...............................................5
B.   Password Issuance and Security ........6
C.   Public Disclosure of Site Content........6

**VII.   IN-CAR TECHNOLOGY [34.12C] ...........6**

A.   Scope of use: .......................................6
B.   Issuance of Laptop Computers: ..........6
C.   Certifications: .......................................6
D.   Member Separation or Transfer:.........7
E.   Technical Assistance: ..........................8
F.   Logging On:...........................................8
G.   PMDC/OSSI (Premier Mobile Data Computer): ...........................................9
H.   MFR (Mobile Field Reporting): ............9
I.   Call Disposition: ...................................9
J.   Logging Off PMDC: ..........................10
K.   Logging Off OSSI .............................10
L.   Technology Repairs: .........................10
M.   Lost/Stolen Equipment .....................11

**VIII.   DEFINITIONS: ......................................11**

A.   Computer Hardware: ..........................11
B.   E-Mail:.................................................11
C.   Information Technology:......................11
D.   MFR (Mobile Field Reporting): ..........11
E.   Network: ..............................................11
F.   Password:............................................11
G.   Peripheral Equipment:........................11
H.   Personal Computer (PC):...................11
I.   Software: .............................................11
J.   Virus: ..................................................11

**PROCEDURE:**

**I.   COMPUTER SYSTEM SECURITY**

   **A.   Computer Room Access: [34.12F]**

      Hallway access doors to the Department's Computer Room will be kept closed and locked while the room is unattended to prevent unauthorized access.

   **B.   Member Access Levels: [34.12F, G]**

      A Member's access level to the network and associated drives will be based upon the Member's assignment. When a Member is transferred to another Division within the Police Department, the Member's Division Major will notify the IT Department via Microsoft Outlook e-mail.

   **C.   Member Passwords for Windows: [26.02C] [34.12F]**

      To prevent against unauthorized attempts to access, modify, remove or destroy stored computer information relating to intelligence and other Departmental information, each Member assigned to use a computer will be assigned a login name and will select a private personal password.

      Passwords should follow I.T. guidelines and meet the following criteria:

       a.   Minimum 8 characters

       b.   Change every 90 days

       c.   Cannot use 10 previous passwords

      Passwords must also contain characters from three of the following four categories:

       a.   Uppercase character

       b.   Lowercase character

       c.   Base 10 digits (0 through 9)

       d.   No alphanumeric characters (@ # $ % & …)

   **1.**   Passwords are created by and can be changed by the user at any time by using the Change Password command.

   **2.**   To prevent unauthorized access to the computer system, Members will not divulge their password to others and will be responsible for the security of his/her password. Members will lock their computer system by using **Ctrl + Alt + Delete** prior to leaving it unattended. **[26.02C]**

   **D.   Hardware/Software: [34.12D, E]**

      Members will adhere to the following:

   **1.**   All authorized software (file maintenance, backup, and retention) for PCs will be installed and maintained by, or under the direction of Information Technology.**[82.1.6A,B]**

   **2.**   No software of any type, including games, will be installed on any City computer except those authorized by Information Technology.

   **3.**   All software to be installed on a City computer must be submitted to Information Technology for license review, virus scanning, analysis, and installation **[34.12E]**

      Prior to purchasing any software to be installed on a City computer, an IT Equipment Software Request Form (available as an MS Word template on any City computer) must be submitted to the City IT Department. The IT Department will verify that the software does not pose a conflict to existing City software and will obtain a price for the item using the City's software purchasing policy. Once a price has been obtained by IT, a Budget Appropriations Request may be filed and submitted via the Chain of Command.

4. Proper licensing and documentation is required for each software application installed.

5. Members will not alter or modify any software or configuration files in the computer.

6. Members will not expose computers to excessive heat or moisture, liquid spills, or food droppings, which can cause damage.

7. **Virus infection control measures:** Members will log off or shut down their computer prior to leaving it unattended and computers will not be left on after the Member's shift ends.

   A virus detection and destruction program is installed on every City computer. The program's virus definitions update automatically each time a computer user logs into the City network. **[34.12E]**

E. **Reporting Procedures:**

   Members will report computer associated problems and malfunctions as follows:

1. If a hardware, software (e.g. Windows, Microsoft Office, Microsoft Outlook, Windows), or networking problem occurs, Members are to call the Information Technology Help Desk at City Hall (Ext. 3219).

2. If a problem occurs while using the OSSI RMS or CAD, Members should contact the Police Operations Technician at ext. #4497.

3. If changes to a network or workstation are required, such as location, software, hardware, user logins, etc., a request will be sent via the Chain of Command to Information Technology Helpdesk (ext. 3219)

F. **Network Audit:**

   Information Technology or the Technology Projects Group will conduct an an-

nual audit of all network and program software by April 1st of each year. **[34.13C]**

II. **COMPUTER TRAINING**

A. **Availability:**

   Computer training will be available to all Members.  Members will forward their requests for computer training to the Training and Professional Development Unit through the Chain of Command, indicating the type of training desired.

B. **Initial Computer Training**

   All new affected Members will be given an overview of the City's networks (i.e. PMDC via Verizon, Wi-Fi hotspots and LAN connections) and computer applications by  the Training and Professional Unit.

   Comprehensive training on computer applications used in the field will be provided during the Field Training Program for all new Police Officers, Community Service Officers, and Communication Teletype Operators.

C. **Specific Application Training:**

   The following computer training will be available upon request:

1. OSSI MCT/MFR

2. PMDC

3. RMS (OSSI/Printrack/Legacy)

4. CAD

5. CrimeView

6. FCIC/NCIC

7. Microsoft Office (Word, Excel, Access, PowerPoint, Publisher, etc.)

8. Broward County applications

9. Other Police-specific applications

**10.** City computer applications (including Microsoft Outlook, Performance Now, etc.)

For quick assistance with the basic functionality of these applications and/or assistance with accessing the City's networks, Members may also contact the Technology Projects Group at extension 4497 & 4498.

## III.  SOFTWARE LICENSING

### A.  Software Products:

All Members using commercial software products licensed to the Department are responsible for upholding the terms of the licensing agreements.   Licensing agreements for software prohibit copying of the software or the use of the software on another computer.

### B.  Copying Software:

It is unlawful to make copies of software not permitted in the licensing agreement for any purpose other than for a back-up copy to be used in case of damage to the original CD or diskettes.

The unlawful copying of licensed software may subject the Member to disciplinary action.

## IV.  INTRANET & INTERNET [34.12B]

### A.  Official Use Only:

The use of the City's Intranet and connection to the World Wide Web (Internet) are provided as a business and communication tool.  Use of the Intranet and Internet will be limited to legitimate, work related purposes.

### B.  Expectation of Privacy:

Members have NO legitimate expectation of privacy when browsing, receiving, or sending information through the City's Intranet System or through the use of the City's connection to the Internet. The City has the capability of monitoring web sites browsed by employees and

reserves the right to periodically conduct random audit checks as deemed necessary by the City's I.T. Department,  or by the Chief of Police or his designee.

## V.  ELECTRONIC MAIL (E-MAIL) [34.12A]

### A.  Official Use Only:

The use of the City's Microsoft Outlook e-mail system is a City resource provided as a business and communications tool.  Use of the Microsoft Outlook e-mail system will be limited to official purposes only.  All e-mail correspondence is discoverable through the Public Records Law, Chapter 119, and Florida Statues.

### B.  Expectation of Privacy:

Members have no legitimate expectation of privacy while using the Microsoft Outlook e-mail system, PMDC email system and/or any other system used by the City for electronic communications. These systems are operated by the City of Hollywood, provided for legitimate, work related purposes and will be monitored as deemed necessary by the City's I.T. Department,  or by the Chief of Police or his designee.

The City of Hollywood has the right to review, audit, intercept, and disclose all matters sent over its e-mail system.

**1.** E-mail messages are considered official communications of the Police Department.

**2.** Members should exercise the same care in drafting e-mail communications that they would any written memorandum or document.

### C.  Prohibited Uses:

The following usage of the City's e-mail system is prohibited:

**1.** Unauthorized use of another person's User ID or password to send, receive or read e-mail.

2. Members are not permitted to send out an e-mail to "all employees" without the prior approval of the Chief of Police (or his designee) or the Director of Human Resources.

3. Sending or forwarding:

   a. Offensive, harassing, obscene, defamatory, or otherwise inappropriate material or comments.

   b. Chain letters.

   c. Copies of documents in violation of copyright laws.

   d. Messages without legitimate City business purposes, such as attempting to sell personal items, using the system for political reasons, or requesting donations for events/charities.

   e. Any correspondence with subject matter that would bring discredit to either the Department or the City.

**D. E-mail Security:**

To prevent unauthorized entry into a Member's computer or Microsoft Outlook e-mail account:

1. Members will not divulge their password to others.

2. Members will exit the e-mail function prior to leaving their computer unattended, or have screen saver with password protection activated.

## VI. VIRTUAL LINE-UP WEBSITE

### A. Overview

Virtual Line-up is a secure website containing sensitive law-enforcement information. The purpose of the site is to deliver pertinent information to all Members of the Department, including Officers in the field.  The site is located at: http://vl.hollywoodpolice.org/

1. Home Page

   The Home page of the site contains a Departmental calendar and a brief description of the site's features.

2. Wanted Page

   The Wanted Page contains flyers of wanted suspects (both with and without warrants and/or Probable Cause).

   Users may post comments, such as pertinent police intelligence information regarding the suspect, attached to any flyer for other user's to review.

3. Safety BOLO's

   The Safety BOLO's Page contains Officer Safety flyers regarding items and/or individuals that may pose a threat to Law Enforcement Officers. The page also identifies individuals that are chronic repeat offenders.

4. Gang Information

   The Gangs page contains information regarding local gang members and their affiliations.

5. Extra Patrol Locations

   All users can view or add Extra Patrol locations.

6. Training Page

   This page lists pertinent training dates and times and posts upcoming training opportunities.

7. Officer's Forum

   This is a forum/bulletin board page for Department Members to share and exchange information regarding Police related issues.

8. Notice To Appear (NTA)

This page provides a sample Notice To Appear and a blank template in order to complete and print.

**B.  Password Issuance and Security**

1.  Users may obtain a password by connecting to the website at: http://vl.hollywoodpolice.org/.   Click on the "Register" link in the top-right area of the page and complete the following fields:

    a.  "User Name," this is normally the Member's first initial and last name (e.g. John Doe would be jdoe).

    b.  "First Name," the Member's first name.

    c.  "Last Name," the Member's last name.

    d.  "Display Name," this is the name that will be displayed on posts and should be the commonly used first and last name of the Member (e.g. Jonathon Doe is known by John would be John Doe).

    e.  "Email Address," this is the Member's City of Hollywood email address.

    f.  "Password," the Member must choose a password of at least 7 characters containing a combination of letters and numbers.

**C.  Public Disclosure of Site Content**

Much of the information contained on the Virtual Line-up site pertains to active criminal Investigations, which may be exempt from public disclosure.  However, flyers describing Probable Cause or an Active Warrant are generally subject to disclosure.

Forum posts that contain information relating to an ongoing criminal investigation or contain criminal intelligence information are exempt from public disclo-

sure; however, posts of a personal nature are subject to public disclosure and are not permitted.

**VII.  IN-CAR TECHNOLOGY [34.12C]**

**A.  Scope of use:**

Members are issued laptop computers to be used for Departmental business purposes as well as any activities (educational, research) that will enhance their professional capabilities.

All applicable policies relating to Internet/Intranet, Microsoft Outlook and the installation of software pertain to this Section.

**B.  Issuance of Laptop Computers:**

1.  Inventory of laptop computer assignments will be the responsibility of the Information Technology Department.

2.  The issuance of technology hardware (e.g. computer mounts, cabling, printers, driver license readers, microphones) will be the responsibility of the Fleet Services Unit Sergeant.

**C.  Certifications:**

1.  The Department's Local Agency Instructor (L.A.I.), assigned to the Training Unit, will be responsible for Member NCIC/FCIC Certification.

2.  The Training Unit Sergeant will be the Point of Contact (POC) for instruction and for obtaining a Security Certificate for the DAVID (the Driver and Vehicle Information Database) system. Members will obtain a DAVID certificate as follows:

    a.  Applying for a DAVID certificate is done via the CJNet website, at: www.flcjn.net.  When the page opens, click on the "DAVID (formerly DLIRS)" link that will direct you to the DAVID page.

**b.** On the DAVID page, click on "Click here to apply for or download a DAVID/CJNet Digital Certificate" link.

**c.** 4) Under "New Requests," click on the "Browser Certificate" link.

**d.** Fill out the application and click Accept. NOTE: Do not change the "Cryptographic Service Provider" as it automatically defaults to the correct provider.

**e.** After clicking "Accept," a page will open showing the information you provided; click "Continue." A confirmation message will open reading: "This information has been sent to your POC, xxxxxx@hollywoodfl.org."

**f.** The Florida Department of Law Enforcement (FDLE), which administers the use of the DAVID system, will contact the POC to verify the Member's application.

**g.** Once FDLE has received confirmation from the POC that the Member meets the criteria for issuance of a certificate, the Member will receive an email confirming that the certificate is available for download on the DAVID website. This process takes several days.

**h.** The Member will receive an email indicating the certificate is available for download. When the email is received, or if after 4 days the email has still not been received, the Member must return to the website and repeat the initial steps to return to the "New Request" page and click "Install your new certificate" link.

**i.** Type in only the first part of the e-mail address used in the application, followed by an asterisk* (e.g. jdoe@hollywoodfl.org

will be jdoe*. The asterisk acts as a wildcard, replacing the rest of the address. If the Member's name is common, be certain to choose the correct name and City from the list. If the certificate is ready, a box will open with a circle. Click in the circle and two question boxes will open regarding the download and installation of the certificate; answer "Yes" to both questions.

**j.** If the certificate is not available, contact the POC for further assistance.

**k.** A copy of the certificate should be saved to the Member's U-drive on the City's network as a back up; this will prevent the Member from having to reapply if the certificate file is deleted or becomes corrupted. Certificate files are often deleted during compute upgrades. The Member may also contact the Police Operations Technician at ext. 4497 or I.T. Helpdesk at ext. 3219 for assistance in creating a back-up copy of a DAVID certificate.

**l.** DAVID certificates are active for two (2) years.

**D. Member Separation or Transfer:**

**1.** Whenever a Member separates from the Department due to retirement, resignation, termination, or suspension, or the Member is transferred from an assignment that required the issuance of a laptop computer to an assignment that does not require a laptop computer, he will return the laptop computer to the City Department of Information Technology OR to the Storeroom. A receipt will be provided to the submitting Member by the receiving I.T. or T.P.G. Member.

**2.** When a Member is transferred from an assignment that does not require a laptop computer to an assignment

that does require a laptop computer, the Member will request a laptop computer via email or memo to the Support Services Division Major and respond to the Department of Information Technology to obtain a laptop computer. The receiving Member will sign a receipt from the I.T. Member and they will receive their issued laptop computer.

**E. Technical Assistance:**

When a Member encounters a hardware or software problem that he cannot resolve, he will notify his Supervisor of the problem. If the problem cannot be resolved by the Supervisor, the following procedures will be followed:

1. During the hours of 0800-1700, Monday through Friday, the Member will call the I.T. Help Desk at Ext. 3219 and follow the instructions of I.T. personnel.

2. Between the hours of 1700-0700 and on weekends, the Supervisor will determine if the problem is limited to the Member's computer or if the problem affects multiple Members.

   a. If the problem affects only one Member, the Member will contact the Help Desk as soon as they are available during the Member's shift.

   b. If the problem affects multiple Members, the Supervisor or his designee will report the problem to the appropriate agency as follows:

      (1). If the problem has been identified as the Verizon card, contact the Wireless Data Technical Support Line at: 866-788-9387.

      (2). If the problem has been identified as a CAD problem, alert the Communication Supervisor to contact

the CDC1 on-duty Supervisor at 954-767-8740.

      (3). If the problem has been identified as the Message Switch contact the Motorola Help Desk at 800- 734-6241 and refer to SCA# 0904.

      (4). If the problem has been identified as OSSI, Communications will contact the Department's OSSI subject expert. If they are unavailable they will then contact a BSO CDT Regional representative.

   The Supervisor reporting the problem will notify the Communications Major via e-mail after the technical complaint has been placed.

**F. Logging On:**

Members will adhere to the following when the computer is turned on:

1. Members with assigned desktop or laptop computers that are <u>connected to the City network via wired LAN</u> will log onto the Windows Client for Windows by user name (default is first initial/last name) and password. Once logged onto Windows, Microsoft Outlook email may be accessed by clicking the Microsoft Outlook icon on the desktop.

2. Members with in-car laptop computers <u>that connect to the City network wirelessly</u> will log onto the Windows Client for Windows by user name (default is first initial/last name) and password.

   a. Once logged in, Members using an in-car laptop can log into either the City's network via Wi-Fi or onto the Verizon network via Net Mobility Software via username and password.

**b.** Members are REQUIRED to log onto the City network via Wi-Fi access once per week for ten minutes to allow for the automatic update of virus protection.

**c.** To log onto the City network wirelessly, the Member must be within the area of a Police Department Wi-Fi access point (e.g. in the parking lot of HQ). The Member will activate the "Wireless Network Connection Status" icon on the bottom toolbar (lightning bolt icon), and will then login. Once logged onto the City network, the Member can access the City Network Drives, the Internet and the Microsoft Outlook email system (via the Microsoft Outlook icon on the desktop). Connecting to this network will also update system virus protections and wirelessly transmit Memorandums, SOP updates and other official Department correspondence.

**d.** Once logged on to Net Mobility, Members using laptops who wish to access PMDC/OSSI MCT via their Verizon aircard will shutoff the lighting bolt (WiFi) and log into PMDC/OSSI via username and password.

**e.** Once logged into net Mobility, Members can access the internet, DAVID, BSO Pics or the web-based version of Microsoft Outlook email.

**3.** All Members will check their Microsoft Outlook email accounts at least once during their scheduled shift to receive SOP updates, notifications or any other City and Departmental email correspondence.

**4.** Members may contact the Helpdesk at Extension x3219 if they have any questions or problems accessing their Microsoft Outlook account.

**G. PMDC/OSSI (Premier Mobile Data Computer):**

Specific instructions for the In-Car Technology System are located on the "S" Drive and in Police Resources.

**1.** After successfully logging onto PMDC and OSSI/MCT, Members will advise Dispatch via radio "10-8 MDC."

**2.** Members are reminded that all messaging transmissions are recorded and subject to disclosure under the Public Records Laws Ch. 119 and therefore are to be used for Law Enforcement purposes only. Furthermore, any queries conducted under the "CAD Reports" and "CJNET" function keys are strictly limited for Law Enforcement purposes only.

**H. MFR (Mobile Field Reporting):**

Specific instructions for the Mobile Field Reporting System are located in Police Resources under "Mobile MCT-MFR User Guides."

**1.** Members may log into MFR while working extra-duty details or at any time when needed to complete a report or require access to Departmental data.

**2.** Members will properly log onto MFR at the beginning of the shift and sign off properly at the end of the shift.

**I. Call Disposition:**

**1.** Members may self-initiate an incident where there is no suspect or BOLO information via PMDC. "Park and Walks", Traffic Enforcement or Special Details are examples where Self-Initiated Activity would be permissible. However, Officer Safety is the priority; if there is any doubt regarding the self-initiation of an incident via PMDC, Officers should initiate an incident via the radio.

**a.** Members may "Self-Initiate" by using the "F2-Dispatch" button then the "F5-Self-Initiate" button.

**b.** The following fields shall be completed:

**(1).** Incident Type

**(2).** Address

**(3).** Comment describing the Incident.

**2.** Officers may use the Update Function only if the Information is not BOLO information or would lead to the apprehension of a Suspect. The Update Function may be used to:

**a.** Change the Incident Type.

**b.** Change the Address.

**c.** Change the Location.

**d.** Add Complainant information.

**e.** Add additional Comments.

**3.** Members will adhere to existing Policy regarding changing Incident Type without Supervisory permission (See SOP# 220, Radio Communications). Members must receive either verbal or written approval via the radio or Messaging Function from a Supervisor to downgrade a restricted call type (e.g. call dispatched as Signal 38) to an NR. The Update Function will be used to change the Incident Type; additionally, the Member will indicate the name of the Supervisor and the reason for the downgrade in the Comments Section, if applicable.

**4.** Deleting a Call: Should a Member delete a call, he must advise Dispatch to reassign the call in order to provide the proper disposition.

**5.** The "Close Call" Function will be used by the Primary Unit on all dispatched or self-initiated Incidents. A brief summary of the Incident will be provided.

**J. Logging Off PMDC:**

**1.** Members will log-off PMDC at the end of their shift. However, Members may log into PMDC while working extra-duty details or at any time when operating a Police vehicle. Members may also remain logged into the messaging module of PMDC at any time.

Dispatchers may, at their discretion, remotely log-off a Member from PMDC if the Member is known to be off-duty and not working an extra-duty detail.

**K. Logging Off OSSI**

**1.** Members will first log-off PMDC/OSSI before shutting down the computer.

**2.** To log off OSSI, complete the following:

**a.** Select "F1" Status screen;

**b.** Select "Log OFF";

**c.** Select "Cancel" (log in screen);

**d.** When prompted to exit application say "yes"

**L. Technology Repairs:**

**1.** Members assigned In-Car Technology equipment that malfunctions or has been damaged and in need of repair will leave the equipment with the Police Operations Technicians or I.T. Department, at Police Headquarters and complete a Technology Equipment Repair Form (Appendix B).

**2.** The original Form will be retained by the Police Operations Technician; a copy of the Technology Repair Form will be retained by the submitting Member.

3. Loaner equipment may be provided, if available, until the equipment is returned to the Member.

4. When the equipment is repaired, the the Police Operations Technician will contact the Member and make arrangements to return the equipment.

**M. Lost/Stolen Equipment**

1. Members' assigned In-Car Technology equipment that has been Lost or Stolen will report the loss immediately, via Memorandum, to the Communications Major via Chain of Command, after informing their immediate Supervisor.

2. The Communications Major, or his designee, will be responsible for coordinating all administrative tasks regarding the replacement of lost/stolen equipment.

## VIII. DEFINITIONS:

**A. Computer Hardware:**

The physical components of the computer such as hard disks, display screens, keyboards, boards, chips, cables, etc.

**B. E-Mail:**

Short for electronic mail. A service that sends messages on computers through local or global networks.

**C. Information Technology:**

The City Department charged with the responsibility of purchasing, installing, and maintaining all computer hardware, software and peripheral equipment.

**D. MFR (Mobile Field Reporting):**

OSSI Mobile Field Reporting enables Law Enforcement Officers to generate reports electronically using mobile computers.

**E. Network:**

Computers connected through hardware and software, either wired or wirelessly, in order to share applications, documents and communications.

**F. Password:**

An alphanumeric code input by a computer user in order to gain access to a computer and its services, a computer file, or a computer program.

**G. Peripheral Equipment:**

Video display monitors, keyboards, tape backup Units, printers, scanners, terminals, etc.

**H. Personal Computer (PC):**

A computer designed for use by one person at a time. Self-contained personal computers are self-contained units that have their own central processing units that can run software independently of other machines.

**I. Software:**

Computer programs containing instructions that cause the hardware to do work (e.g., payroll, purchasing, Microsoft Office, PMDC, Microsoft Outlook, etc.).

**J. Virus:**

A program that "infects" a computer. A virus can destroy or overwrite data, format or erase drives, change one or more programs, replicate itself or autonomously re-distribute itself.

APPROVED BY:

**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS**:

- **Appendix A:**  User Access/Change Request Form

- **Appendix B:**  Technology Equipment Repair Form



# City of Hollywood, Florida
## CITY OF HOLLYWOOD AUTOMATED TRANSACTIONS
### USER ACCESS / CHANGE REQUEST FORM

User Name: _____     Extension: _____

Job Title: _____     Badge # (Pol/Fire) _____

Department: _____     SSN# (HLWD11 access only): _____

MODULES TO BE ACCESSED          ☐ Add Access          ☐ Remove Access

| Application - Module | Tran-saction | Inquiry/Reports | Application - Module | Tran-saction | Inquiry/Reports |
|---|---|---|---|---|---|
| GEMS - Accounts Payable | ☐ | ☐ | HLWD11 - Building & Zoning/Code/Liens | ☐ | ☐ |
| GEMS - Budget Preparation | ☐ | ☐ | ARS - Alarm Registration | ☐ | ☐ |
| GEMS - Fixed Assets | ☐ | ☐ | WOS - Work Order System | ☐ | ☐ |
| GEMS - General Ledger | ☐ | ☐ | Personnel Action Signature Profile | ☐ | |
| GEMS - Inventory | ☐ | ☐ | | | |
| GEMS - Purchasing/Bid Admin | ☐ | ☐ | | | |
| GEMS - Requisitions | ☐ | ☐ | | | |

GEMS Server:      ☐ Add Access   ☐ Remove Access   Lease Number _____   SEND TO: MELINDA, I.T.

AS400:           ☐ Add Access   ☐ Remove Access                         FAX TO: ATTN MELINDA,

HLWD11 Server:   ☐ Add Access   ☐ Remove Access                         ext. 3488

Network:         ☐ Add Access   ☐ Remove Access

Microsoft Office: ☐ Add Access   ☐ Remove Access

Internet Access:  ☐ Add Access   ☐ Remove Access

Microsoft Office Internet Email:   ☐ Add Access      ☐ Remove Access

Reset Expired PW:  ☐ GEMS

Transfer from Department: _____     Transfer to Department: _____

Name Change:   Old Name: _____     New Name: _____

**Notice to the User**
**Access to CHAT is granted for the sole purpose of performing your job functions and responsibilities.  Any user who willfully, knowingly, and without proper authorization, uses, accesses, modifies or destroys computer equipment, data, programs or source documents, is guilty of a felony of the third degree under Chapter 815, Florida Statutes.**

User Signature: _____

Division/Department Head Approval: _____
====================================================================================

CHAT Security Use Only:
Initial password issued: _____     Date Issued: _____

Security Approval: _____

## City of Hollywood, Florida-Police Department

## Technology Equipment Repair Form

**Name:** _____   **Rank:** _____          **Badge #** _____

**Date Submitted by Member:** _____

| Item to be Repaired: | | Serial # | Warranty Y | N |
|---|---|---|---|---|
| ☐ Laptop Computer | Panasonic CF-18 | _____ | ☐ | ☐ |
| ☐ Laptop Computer | Panasonic CF-29 | _____ | ☐ | ☐ |
| ☐ Laptop Computer | Panasonic CF-30 | _____ | ☐ | ☐ |
| ☐ Handheld Device | Intermec CN3B | _____ | ☐ | ☐ |
| ☐ Air Card | Verizon | _____ | ☐ | ☐ |
| ☐ Microphone | Array | _____ | ☐ | ☐ |
| ☐ D.L. Reader | Magtek | _____ | ☐ | ☐ |
| ☐ Printer | Zebra RW-420 | _____ | ☐ | ☐ |
| ☐ In-Car Video System | Coban | _____ | ☐ | ☐ |

**Provide specific details about the problem:**

_____

**Date Returned by Vendor:** _____

|  | **QUARTERMASTER** | |
|---|---|---|
| | **DEPARTMENT SOP: #155** | **CALEA: 41.3.2, 41.3.5, 41.3.6** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW DATE: 08/13/2014** | **CFA:** **7.04, 17.10** |

**PURPOSE:** To establish procedures for the proper maintenance and efficient operation of the Police Building and Department owned property.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of this Department to maintain a system for managing property owned or used by the Department. This system involves the identification, labeling, and recording of capital assets and the maintenance of the system as assets are added, transferred, replaced, or destroyed. Members will be responsible for the property and equipment assigned to them. It is also the policy of this Department to maintain a clean, safe, secure and functional building.

**INDEX:**

I.   **DEPARTMENTAL PROPERTY & EQUIPMENT** ...........................................1

A.   Radio Equipment: ................................1
B.   Issuance of Citation Booklets: .............2
C.   Notice To Appear Booklets: .................2
D.   Availability of Forms:...........................2
E.   Departmental Weapons: ......................2
F.   Body Armor: .......................................2
G.   Departmental Equipment: ...................3

II.   **INVENTORY CONTROL SYSTEM [7.04]** ...........................................4

A.   Asseting New Items: ............................4
B.   Fixed Asset Inventory (Department Owned Property): ...............................4
C.   Department Leased Property: .............4
D.   Reverse Requisitions:...........................4

III.   **POLICE BUILDING** ..............................4

A.   Building Security:..................................4
B.   Restricted Access Areas: ....................5
C.   Fire Detection and Prevention:............6
D.   Emergency Generator: ........................6
E.   Building Maintenance: .........................6
F.   Citizens Ordered to Perform Community Service: ..........................7
G.   First Floor Classroom Schedule: .........7

IV.   **DEPARTMENT MAIL STATION**............7

A.   Location: .............................................7
B.   Usage: .................................................7
C.   Mail Custodian:.....................................7

V.   **BIOHAZARDOUS LETTERS AND/OR PACKAGES:** ..........................................8

VI.   **DEFINITIONS:**.......................................9

A.   High Risk Situation: .............................9

**PROCEDURE:**

I.   **DEPARTMENTAL PROPERTY & EQUIPMENT**

The Storeroom provides uniforms, equipment and miscellaneous supplies to Department Members. The current hours of operation are from 6:30 a.m. to 11:00 p.m. daily. **[41.3.2]**

A.   **Radio Equipment:**

1.   **Batteries:** Storekeepers will ensure that freshly charged batteries are available as needed.

2.   **Microphones:** Storekeepers will issue microphones to members as needed.

**B. Issuance of Citation Booklets:**

Refer to **SOP #230 Citations.**

**C. Notice To Appear Booklets:**

Notice to Appear Booklets are issued to all Sworn Members.  Members must document the acceptance of the booklet by affixing their signature and badge number on the Notice To Appear Log (see **Appendix B**).

**D. Availability of Forms:**

The forms and brochures used for victims, witnesses, and suspects will be available in numbered bins located across from the Storeroom. All other forms will be available via the Police Resources Folder on all Police Department computers for the Member to print as needed.

**E. Departmental Weapons:**

Authorized Members may access the following weapons via the Storeroom.

1. **ASP:**  Every qualified Member will be issued an ASP.

   a. If the Member's ASP is lost or stolen, the loss will be documented on a Memorandum and submitted to the Storekeeper Supervisor via the Chain of Command.

   b. The Storekeeper Supervisor will facilitate the replacement of the ASP.

2. **Aerosol Chemical Agent:**  All qualified Members will be issued one canister of a Departmentally approved Aerosol Chemical Agent.

   a. A Memorandum is required from the Training Unit stating the Member has been trained in the use of the Aerosol Chemical Agent.

   b. The Member will present the Memorandum to the Storekeeper and sign the Chemical Agent Logbook (see **Appendix C**).

   c. Depleted or expired Aerosol Chemical Agent canisters will be exchanged as necessary.

**F. Body Armor:**

Body armor with a minimum threat level IIIA is available to all Sworn Members and Community Service Officers.  Furthermore, the Storekeeper will provide spare body armor to Members when needed.  The Department mandates all Sworn Members to wear ballistic vests that are engaged in patrol, pre-planned or High-Risk situations.
**[17.10][41.3.5][41.3.6]**

1. **Standard Issue Body Armor:**

   a. Members requesting to order, repair or replace body armor will obtain a Voucher (see **Appendix D**) from the Storeroom.  A list of approved vendors will be attached to the Voucher.

   b. Members will retrieve the body armor directly from the vendor.

   c. Sworn Members electing to receive a Voucher for a standard issue vest may upgrade their vest at their own expense.

      (1). Members wishing to obtain upgraded body armor will deal directly with the vendor without the Department's involvement.

   d. Sworn Members hired after November 1, 2001 are required to receive a vest or voucher.

2. **Servicing Body Armor:**

   a. Members are responsible for the care and maintenance of their body armor.

**b.** Body armor is considered serviceable for a period of five years.

**c.** Body armor that sustains a gunshot, puncture or other significant damage will be replaced immediately. Members will not attempt to repair body armor.

**G. Departmental Equipment:**

The Storekeeper will issue the following equipment to Department Members.

**1. Identification Cards:** The Personnel Unit creates, authorizes issuance, and issues Department Identification Cards.

**a.** All Identification Cards will be signed for via the Storekeeper.

**b.** When a Member's employment with the Department terminates, the Identification Card must be delivered to the Storekeeper for accountability and destruction.

**2. Uniforms:** Department Uniforms are ordered and issued through the Storeroom.

**a.** Members will complete a Request for Repair or Replacement of Equipment Form (see **Appendix E**).

**c.** Members are governed by the current Contractual Bargaining Agreements.

**3. Duty Belt:** Authorized Members will be issued a duty belt and equipment commensurate with their job position. Duty belt gear will be replaced as needed.

**4. Inclement Weather Gear:** Authorized Members will be issued a rain suit and rubber boots.

**5. Badges:** Badges are issued to Police Officers and Community Service Officers. Members requesting replacement of a lost or stolen badge will submit a Memorandum via the Chain of Command to the Storekeeper Supervisor.

**6. Operations Manual:** Each Member will have access to the Operations Manual via lap top or desk top computer. Members will also receive an Interoffice Memorandum via Microsoft Outlook email outlining SOP and DRR changes.

**7. Flashlight:** Flashlights are available in the Storeroom. Members may also purchase and carry their own flashlights.

**8. Flashlight Batteries:** Size C and D cell batteries are available from the Storeroom for use in issued equipment. A written request is not required.

**9. Office Supplies:** Office supplies are available in the Storeroom.

**10. Business Cards:** Police Department Business Cards are available to Members under the following provisions:

**a.** Cards will contain a standard format, size, type, and paper.

**b.** Cards will contain the Member's name and rank on its face.

**c.** Cards will contain the Department's Web site address: www.hollywoodpolice.org.

**d.** Cards will contain the Member's individual Departmental e-mail address if applicable. (ex. jjones@hollywoodfl.org).

**e.** Cards will not contain individualized information such as, Unit assignment, or any other superlative descriptor.

**11. Department Issued Pagers:** Members requesting the issuance of a Departmental pager must submit a

Memorandum, approved via the Chain of Command to the Storekeeper Supervisor.

**a. Repairs or Replacements:** Departmental pagers in need of repair or replacement will be returned directly to the Storeroom.

**b. Lost or Stolen:** In the event a Member's Departmental pager is lost or stolen:

**(1).** The Member will document the loss via Memorandum submitted through the Chain of Command to the Member's Division Major.

**(2).** The Division Major will forward a copy of the Memorandum to the Storeroom to facilitate replacement.

## II.  INVENTORY CONTROL SYSTEM [7.04]

### A.  Asseting New Items:

All Agency owned property and equipment, with a value of $1000.00 or more will be asseted.  The asset number, physical description, serial number, location, dollar value and PO number information are all required.  A list of all asset property will be faxed to the City's Financial Services Department.

### B.  Fixed Asset Inventory (Department Owned Property):

An inventory of all fixed asset items will be conducted once each year during the third quarter of the calendar year.  The Inventory Report will be forwarded to the City's Financial Services Department.

**1.** A fixed asset number (green tag) is to be placed on each item.  Information will be entered in the asset computer program and logged on a Fixed Asset Inventory Sheet (See **Appendix F**).

**2.** Fixed asset items include all equipment with a dollar value of $1000.00 or more.

**3.** Then Storekeeper Supervisor must be notified prior to moving any fixed asset item from one Division or physical location to another within the Department.

**4.** A Memorandum to the Storekeeper Supervisor will list the asset number, where the item is being moved from, and where the item is being sent.

### C.  Department Leased Property:

City Hall's Information Services conducts and maintains an annual inventory of all Departmental leased asset items (yellow tag).

### D.  Reverse Requisitions:

When asset items are no longer useful or needed by the Department, the item may be reverse requisitioned.

**1.** Supervisory Personnel will submit a Memorandum to the Storekeeper Supervisor stating an item is no longer needed and requesting it be removed.

**2.** The Storekeeper Supervisor will complete a Reverse Requisition Form (see **Appendix G**) and fax it to the City's Purchasing Department.

**3.** The Storekeeper Supervisor will coordinate the removal process with the Purchasing Department.

## III.  POLICE BUILDING

### A.  Building Security:

The Hollywood Police Building is considered a secure facility.  To access the Building and many office areas, a Member must use a Security Access Card.

1. **Access Card Issuance:** The Personnel Unit creates the access cards and maintains the access card database.

   a. Access Cards will be issued to all Department Members through the Personnel Unit.

   b. Members will acknowledge receipt of the access card by signing an Equipment Issue Card.

   c. If the Access Card is lost or stolen, the Member must notify the Personnel Unit immediately.

2. **Access Card Deletion:** When a Member leaves the Department's employment, their access card will be returned to the Storekeeper. The Access Card will be forwarded to the Personnel Unit and deleted from the system.

3. **Key Control:** Members must receive the Division Major's approval and coordinate any lock changes with Facility Maintenance before any locks within the Police Building can be changed or re-keyed.

   a. **Duplication of Keys:** Members must first obtain approval from Facility Maintenance before duplicates of any Departmental key is made.

   b. **Security of Keys:** All master keys will be stored inside a locked container located inside the Shift Lieutenant's Office.

      (3). Only a Lieutenant or his designee is authorized to access the master keys.

      (4). A Department Key Log (see **Appendix I**) will be maintained by the Shift Lieutenant indicating:

         (a). Requesting Supervisor's Name and Badge number.

         (b). Check out time and date.

         (c). Area to be accessed.

         (d). Return time and date.

B. **Restricted Access Areas:**

   Several areas within the Department are classified as Restricted Access Areas. These areas will only be accessible to those Members as authorized by the Chief of Police using the Security Access Card.

   When unauthorized Members must enter these areas to conduct official business, a Member assigned to that area will escort them. Furthermore, in addition to the escort, the Property & Evidence Unit, Crime Scene Investigations Unit and Records will require unauthorized Members to sign an Entry Log (see **Appendix M**: Restricted Access Entry Log) before entering these areas. The following are Restricted Access Areas.

   1. First Floor:

      a. Property and Evidence Unit.

      b. Storeroom.

   2. Second Floor:

      a. Training and Professional Development

      b. Patrol Sergeant and Lieutenants Office.

      c. Hollywood Satellite Reception Center.

   3. Third Floor:

      a. Crime Scene Investigations Unit

      b. Records.

   4. Fourth Floor:

      a. Personnel.

**b.** Red Light Cameras

**c.** Special Operations Section

**d.** Legal Affairs.

**e.** Accreditation.

**f.** Community and Media Relations

## C. Fire Detection and Prevention:

The Department is equipped with automatic fire alarms, a smoke and heat detection system and a fire suppression system. All have been approved in writing by the City Of Hollywood's Fire Marshall.

1. All fire detection devices and alarm systems will be inspected regularly for damage or tampering.

   **a.** If damage or tampering is evident, it will be documented via Memorandum and forwarded to the Assistant Chief of Administrative Services Bureau.

   **b.** The damage will be immediately corrected.

2. Facilities Maintenance will be responsible for facilitating the inspection and testing of all fire detection devices, alarm systems and fire suppression equipment throughout the Department. Inspection and testing will be documented on the Fire/Smoke Alarm and Fire Suppression Equipment Testing Log (see **Appendix J**) as follows:

   **a.** Fire and Smoke Detection Alarm devices by the 15th of each month.

   **b.** Fire suppression equipment by June 1st and December 1st of each year.

   **c.** Fire drills will be conducted on an annual basis.

3. Members, when exposed to a fire-related alarm or issue, will immediately evacuate the building to a hazard free area as posted on evacuation plans and maps. Evacuation plans and maps will be posted beside each exit door on each floor of the Police Building.

## D. Emergency Generator:

In the event of a of loss of electrical power to the Police Building, a fuel-operated generator located on the First Floor will be used as a backup to restore power to the building until regular power has returned.

1. Facility Maintenance will facilitate the testing of the back-up generator on a monthly basis. The test will be documented on the Generator Test Log (see **Appendix K**).

2. A final inspection will be made prior to June 1st of each calendar year.

3. The fuel source for the generator is secured with a lock. Only Members assigned to Facility Maintenance are allowed access to the key.

## E. Building Maintenance:

The Police Department contracts with a janitorial service for routine cleaning. If cleaning is needed before or after the janitors have serviced an area, the Storeroom or Quartermaster's Office will be notified.

1. **Building Deficiencies:** Members are encouraged to report building deficiencies to Facility Maintenance.

2. **Emergency Maintenance/Repairs:** Emergency conditions are considered to exist when safety or health is endangered, Facility security is breached, or routine operations are severely hindered.

   **a.** During normal business hours, requests may be made verbally to Facility Maintenance.

**b.** During off-hours, Communications will be notified to facilitate the appropriate notifications.

**F. Citizens Ordered to Perform Community Service:**

The Quartermaster will supervise persons ordered by the Court to perform community service work at the Police Building. Any Division with a need for a community service worker may contact the Quartermaster.

**G. First Floor Classroom Schedule:**

The First Floor Classroom is available for use for Department related meetings, classes or equipment demonstrations.

1. The Classroom is reserved on a first-come, first-serve basis.

2. Reservations may be made by telephone or Memorandum to the Quartermaster.

3. The Member reserving the Classroom is responsible for returning the Classroom to its original condition.

**IV. DEPARTMENT MAIL STATION**

The Department Mail Station will be used to route incoming and outgoing U.S. and City Hall mail.

**A. Location:**

The Mail Station is located on the 4th Floor of Police Headquarters in the hallway adjacent to the Training Unit's Office.

**B. Usage:**

Each Division, Section or Unit will be responsible for delivering its outgoing U.S. and City Hall mail to the Mail Station.

**C. Mail Custodian:**

Member assigned by the Support Services Division Major will fulfill the responsibilities of Mail Custodian.

The Mail Custodian will be responsible for disseminating all Departmental mail in the following manner.

1. **Incoming from City Hall Mail:** All incoming U.S. and City Hall mail will be delivered directly to the Quartermaster Office. They will immediately notify the Mail Custodian that mail is present.

   **d.** The Mail Custodian will take possession of all City Hall mail.

   **e.** The Mail Custodian will sort and distribute the City Hall mail in the appropriate Mail Station boxes.

2. **Incoming U.S. mail:** Upon taking possession of the U.S. Mail from the locked mailbox, the Mail Custodian will take all U.S. Mail to the Quartermaster Office where it will be inspected.

   Incoming mail from the U.S. Postal Service is delivered into the locked mailbox located next to the east parking lot, directly east of the front entrance of Headquarters.

3. **Outgoing U.S. Mail:** The Mail Custodian will ensure that all outgoing U.S. mail is collected, sorted and placed into the locked mailbox no later than 1100 hours each day. Official Departmental mail requiring postage will be placed with the City Hall Outgoing Mail.

4. **Outgoing City Hall Mail:** The Mail Custodian will ensure that all City Hall outgoing mail is collected and delivered to the Mail Station by 1100 hours each day.

5. Mail will be delivered to the Mail Station and sorted into the appropriate mailboxes. The Mail Custodian will ensure that all incoming U.S. mail is collected and distributed no later than 1100 hours each day.

**6. Prudent Mail Handling Practices:**

Members handling the mail should:

**a.** Be aware of all letters or packages that have suspicious traits. Some typical characteristics which should cause suspicion include letters or parcels that:

**(1).** Have a powdery substance on the outside.

**(2).** Have excessive postage, handwritten or poorly typed address, incorrect titles or titles with no name, or misspellings of common words.

**(3).** Addressed to someone no longer with the organization or are otherwise outdated.

**(4).** Have no return address, or have one that cannot be verified as legitimate.

**(5).** Are of unusual weight, given their size, or are lopsided or oddly shaped.

**(6).** Have an unusual amount of tape.

**(7).** Are marked with restrictive endorsements, such as "Personal" or "Confidential".

**(8).** Have strange odors or stains.

**(9).** Have protruding wires, or dripping powders or liquids.

**(10).** Have a city or state in the postmark that does not match the return address.

**b.** Use gloves when sorting/handling (encouraged).

**c.** Use a disposable mask (encouraged).

**d.** Should adequately bandage or cover all cuts, scrapes and skin rashes.

**e.** Wash their hands frequently with soap and an ample amount of warm water every time gloves are removed.

**V. BIOHAZARDOUS LETTERS AND/OR PACKAGES:**

Any letter(s) or package(s) deemed suspicious will not be accepted. Members who encounter a suspicious package or letter addressed to the Police Department will request that a Supervisor respond immediately to evaluate the letter or package.

**A. Members will adhere to the following guidelines when dealing with suspicious letters and packages:**

**1.** Members will not open the letter or package.

**2.** Leave the letter or package in plain sight.

**3.** Evacuate the area, close the room and prevent any further access.

**4.** Ensure that all persons who have touched the letter or package wash their hands with soap and water.

**5.** The Supervisor will evaluate the facts and circumstances and make a decision to contact the Hollywood Fire Rescue Department's Hazardous Materials Team for assistance.

**6.** The Hazardous Material Team will assess the situation and secure the suspicious item. A sample of the suspicious item will be collected and sealed in a container for evidence. The remaining portion will be safely packaged for destruction.

**7.** If a Member has been exposed to a foreign substance or is located within a contaminated area, the exposed Member will be quarantined and that location secured as a crime scene.

8. The Hazardous Material Team will provide direction and instructions for decontamination and will handle the scene contamination according to Federal Standards and Guidelines.

9. The on scene Supervisor will request an Investigative Services Detective to conduct an investigation.

**B. Members will adhere to the following guidelines when dealing with non-suspicious letters and packages (do not have proper labeling, poorly written addresses or unidentifiable markings):**

1. Items will be double bagged and discarded in an outside trash receptacle.

## VI. DEFINITIONS:

**A. High Risk Situation:**

A situation where the threat of violence against a Member is likely. These include but are not limited to: warrant executions, drug raids, felony take downs, etc. **[41.3.6]**

APPROVED BY:

**Frank G. Fernandez          Date**
**Chief of Police**

08/13/2014

**ATTACHMENTS:**

- **Appendix A:** Police Radio Repair Request.

- **Appendix B:** Notice To Appear Issuance Log.

- **Appendix C:** Chemical Agent Logbook.

- **Appendix D:** Vest Voucher.

- **Appendix E:** Request for Repair or Replacement of Equipment.

- **Appendix F:** Fixed Asset Inventory Sheet.

- **Appendix G:** Reverse Requisition Form.

- **Appendix H:** Toll Card Request Form.

- **Appendix I:** Department Key Control Log.

- **Appendix J:** Equipment Test Log.

- **Appendix K:** Generator Test Log.

- **Appendix L:** Emergency Uninterrupted Power Supply Test Log.

**City of Hollywood**
## POLICE RADIO REPAIR REQUEST

№ **1517**

USER NAME:_____ FULL RADIO SERIAL #_____

Radio Type
☐ MRK I
☐ MRK II
☐ PCS Scan
☐ Other_____

DESCRIPTION OF PROBLEM: _____

_____

| Submitted for Repair | For Microphone Repair | Phone #_____ | Dept._____ |
|---|---|---|---|
| Date_____ | Engraved_____ | L.I.D.#_____ | W/Antenna  ☐ Yes  ☐ No |
| Rcvd. by_____ | MRK_____  PCS_____ | W/Battery ☐ Yes  ☐ No | W/Microphone ☐ Yes  ☐ No |

48-01 (Rev 12/96)



# HOLLYWOOD POLICE

## NOTICE TO APPEAR ISSUANCE LOG

| SUMMONS NUMBERS | | STOREROOM REFERENCE NUMBER | OFFICER NAME | OFFICER BADGE # | DATE | STOREROOM CLERKS BADGE # |
|---|---|---|---|---|---|---|
| BEGINNING | END | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# HOLLYWOOD POLICE
## CHEMICAL AGENT LOGBOOK

| AGENT CHECK IF RECEIVED | HOLDER CHECK IF RECEIVED | STOREROOM REFERENCE NUMBER | OFFICER NAME | OFFICER BADGE # | DATE | STOREROOM CLERKS BADGE # |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# HOLLYWOOD POLICE DEPARTMENT VEST VOUCHER

THIS CERTIFICATE ENTITLES THE BEARER TO ONE BALLISTICS VEST
** NON-TRANSFERABLE**NOT REDEEMABLE FOR CASH VALUE**
**VEST MUST BE A MINIMUM OF A THREAT LEVEL II**

## *VOUCHER AMOUNT:     $600.00*

Vest Manufacturer: _____

Date of Manufacture: _____

Vest Serial Number: _____

Vendor Name: _____

Vendor Address: _____

Vendor Phone No: _____


Officer's Name: _____

Badge Number:  _____

Date Vest Issued to Officer: _____

Expiration Date of Vest: _____


**Quartermaster's Authorized Signature:** _____


Today's Date: _____


**VENDOR:**
Please return this completed voucher with your invoice for payment. For any additional information needed, call (954) 967-4632.


**OFFICER:**
All current vests expired or not, must be turned into the Storeroom when you receive your new vest. **You are responsible for ordering and picking up your own vest.**   Please try your vest on and be sure you are satisfied before leaving the vendor.


Increase Effective
**12/06/04**

_____
**OFFICER'S APPROVAL SIGNATURE**
(Needed for payment of invoice)

# City of Hollywood, Florida—Police Department
## REQUEST FOR REPAIR OR REPLACEMENT OF EQUIPMENT

Name: _____   Rank: _____   Badge # _____   Date: _____

TRANSFER ☐   YEARLY UNION CONTRACT ☐   OTHER ☐   PROMOTION ☐   REPLACEMENT ☐

| Item | Size / Type | Amount | Item | Size / Type | Amount |
|---|---|---|---|---|---|
| EYE GLASSES | | | RAIN BOOTS | | |
| WRIST WATCH | | | WINTER COAT | | |
| *UNDER BELT (see below) | | | PANTS | | |
| HOLSTER Right ☐ Left ☐ | | | SHORTS | | |
| 4506 ☐ 4506-1 ☐ 4516 ☐ | | | SHIRT (Check below for additional patches) | | |
| MAGAZINE POUCH | | | Long Sleeve ☐   Sleeve Length ___ | | |
| *GUN BELT (see below) | | | Check below for additional information | | |
| HAT Baseball ☐ Dress ☐ Size ___ | | | | | |
| BADGE   Hat ☐  Uniform ☐ | | | POLO (Check below for additional information) | | |
| HANDCUFF CASE | | | Tie   Regular ☐  Long ☐ | | |
| HANDCUFFS | | | | | |

*Belt Information:
X-Small—24-28
Small—28-34
Medium—34-40
Large—40-46
X-Large—46-52

M.P.O ☐ P.O.1st CLASS ☐
P.O. 2nd CLASS ☐
Hashmarks (Amt. Needed) ___
(1 per each 4 yrs. of service)
OTHER ___

maximum 3 lines/not mandatory

**S H I R T   I N F O R M A T I O N**

FULL NAME ___
FULL NAME w/ ___

1st initial/last name only ☐
1st initial /last name w/ ☐

maximum 3 lines/not mandatory

|  | IMPRINTS ON BACK | POLICE | CRIME SCENE | POLICE ON SLEEVES |
|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ |

**Must be signed before this request can be processed**

As of this date I have a Class A Uniform (Pants, Long Sleeve Shirt & Tie) available to wear if requested by my supervisor.

Name: _____   Badge # _____

Date: _____

| | Item | APPROVED | DENIED | DATE ORDERED |
|---|---|---|---|---|
| 1st LEVEL SUPERVISOR | | APPROVED ☐ | DENIED ☐ | |
| 2nd LEVEL SUPERVISOR | | APPROVED ☐ | DENIED ☐ | |
| SUPPORT SERVICES | | APPROVED ☐ | DENIED ☐ | |
| DATE RECEIVED _____ | | | | |
| BY WHOM: _____ | | | | |

22-312 (Rev./Rec 10/97)



## CITY OF HOLLYWOOD
### FIXED ASSET INVENTORY SHEET
### 1999

PAGE _____ OF _____

DIVISION NO.:

NOTE: List any assets found that are not recorded on the Fixed Asset Inventory Report (GAR130/140).

| DECAL COLOR | FIXED ASSET / DECAL NUMBER | DESCRIPTION | LOCATION | IDENTIFICATION / SERIAL NUMBER | CONDITION OF ITEM | ACQUISITION DATE | COST OR EST. VALUE | ESTIMATED LIFE (YRS.) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |



# City of Hollywood, Florida

## REVERSE REQUISITION

Date:

**Reverse Requisition #:  0530-112136**

| Quantity | Description | Fixed Asset | Serial Number | Initial |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Prepared by: _____

Pick-up from address:                              Room #:

Phone #:                                          Contact Person:

Transfer From
Department:                     Supervisor: _____  Date: _____

Transfer To
Department:                     Supervisor: _____  Date: _____

Information Services MUST receive a copy of all reverse requisitions that have Computer Equipment listed.

RevReq (8/15/96)        Distribution List:  Finance        Department Receiving        Department Releasing



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## TOLL CARD REQUEST FORM

**DATE OF REQUEST:** _____

**MEMBERS NAME:** _____ **BADGE #:** _____

**MEMBERS DIVISION:** _____

## ASSIGNMENT OF TOLL CARD

☐ PERMANENT:

   PURPOSE: _____

☐ TEMPORARY:

   PURPOSE: _____

## ACCEPTANCE OF TOLL CARD

TOLL CARD NUMBER: _____ ISSUANCE DATE: _____

VEHICLE NUMBER: _____

MEMBERS SIGNATURE: _____DATE: _____

FLEET MEMBER SIGNATURE: _____DATE: _____

## RETURN OF TOLL CARD

TOLL CARD NUMBER: _____ RETURN DATE: _____

MEMBERS SIGNATURE: _____DATE: _____

FLEET MEMBER SIGNATURE: _____DATE: _____



# HOLLYWOOD POLICE DEPARTMENT
## MASTER KEY/PROPERTY & EVIDENCE KEYCARD LOG
### (Communications Supervisor will complete shaded areas)

| Date | Requesting Supervisor | Key Type | Purpose of Request | Communication Supervisor | Time In | Time Out |
|------|----------------------|----------|-------------------|-------------------------|---------|----------|
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |
|  |  | ☐ Master Key ☐ Prop/Evid Keycard |  |  |  |  |



# HOLLYWOOD POLICE DEPARTMENT

## FIRE/SMOKE ALARM - FIRE SUPPRESSION EQUIPMENT TESTING LOG

| DATE OF TEST | TYPE OF TEST | DEVICE LOCATION | STATUS | PERSON PERFORMING TEST |
|---|---|---|---|---|
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |
| | ☐ Fire Alarm ☐ Smoke Alarm ☐ Fire Supp Equip | | ☐ Operational ☐ Malfunction ☐ Other | |

## NOTE:

- Fire and Smoke Detection Alarm devices tested by the 15th of each month. **[30.02B]**
- Fire suppression equipment tested by June 1st and December 1st of each year. **[30.02C]**
- A check box of "Other" requires an interoffice memorandum to the Chief of Police explaining the remark and remedies if applicable.



# HOLLYWOOD POLICE DEPARTMENT
## EMERGENCY GENERATOR
### TEST LOG

| QUARTER | DATE TESTED | TESTED BY | FUNCTIONAL |
|---------|-------------|-----------|------------|
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |

This form will be archived by the Quartermaster Section



# HOLLYWOOD POLICE DEPARTMENT
## EMERGENCY UNINTERRUPTED POWER SUPPLY (UPS)
### TEST LOG

| QUARTER | DATE TESTED | TESTED BY | FUNCTIONAL |
|---------|-------------|-----------|------------|
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| **YEAR** | | | |
| 1ST | | | ☐ YES ☐ NO |
| 2ND | | | ☐ YES ☐ NO |
| 3RD | | | ☐ YES ☐ NO |
| 4TH | | | ☐ YES ☐ NO |
| | | | |

This form will be archived by the Quartermaster Section

 **H O L L Y W O O D   P O L I C E   D E P A R T M E N T**

**RESTRICTED ACCESS ENTRY LOG**

**LOCATION: _____**

| DATE | MEMBER'S NAME | REASON FOR ENTRY | TIME IN | TIME OUT | ESCORTING MEMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**NOTE:**  This is a Restricted Area.  Under no circumstances will **UNAUTHORIZED MEMBERS** be allowed to gain access without signing this log and being escorted by an authorized Member.

| | PUBLIC INFORMATION OFFICER | |
|---|---|---|
|  | **DEPARTMENT SOP: #156** | **CALEA:** |
| | | **CFA:** |
| | **EFFECTIVE DATE: 11/1/2001** | |
| | **REVIEW DATE: 04/24/2013** | **28.01A-F, 28.02A-C, 28.03A,B 28.04A-I** |

**PURPOSE:**  To provide a guide for Members of the Department on the functions and daily activities of the Public Information Officer.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Hollywood Police Department to cooperate with all requests for information and to provide information to the Media and to the Public in an effective and timely manner.  The Public Information Officer is responsible for coordinating and disseminating the information appropriately.

**INDEX:**

**I.   PUBLIC INFORMATION OFFICER FUNCTIONS** ....................................................... 1

   A.   Assisting Media Covering News Stories: [28.01A] ................................................ 1
   B.   Assisting Media at Crime Scenes: [28.01A] ................................................ 2
   C.   On-Call Responses to News Media: [28.01B] ................................................ 2
   D.   Preparing and Distributing Agency News Releases: [28.01C] ...................... 2
   E.   Arranging for, and Assisting at News Conference: [28.01D] ........................ 2
   F.   Release of Information: [28.01E] .......... 2
   G.   Release of Information Concerning Confidential Investigations and Operations: [28.01F] ............................ 2

**II.   NEWS RELEASE** ..................................... 2

   A.   Frequency of News Release: ................ 2
   B.   Subject Matter: [28.02A] ........................ 2
   C.   Persons Authorized to Release Information: [28.02B] ............................ 3

**III.   NEWS MEDIA AND PHOTOGRAPHER ACCESS TO SCENES** .................................. 3

   A.   Scenes of Major Fires, Natural Disasters, or Other Catastrophic Events: [28.03A] .................................................. 3
   B.   Crime Scene Perimeters: [28.03B] ....... 3

**IV.   RESTRICTED INFORMATION RELATED TO ONGOING INVESTIGATIONS** .. 3

   A.   Prior Criminal Record, Character, or Reputation of the Accused: [28.04A] .... 3
   B.   Photographs of Accused: [28.04B] ....... 3
   C.   Confessions, Admissions of Guilt, or Statements or Refusal of Statements Made by the Accused: [28.04C] ............ 4
   D.   Results of Any Examinations or Test of the Accused: [28.04D] ......................... 4
   E.   Identity, Testimony, or Credibility of a Prospective Witness: [28.04E] .............. 4
   F.   Opinions of Agency Members: [28.04F] 4
   G.   Personal Information Identifying the Victim: [28.04G] .................................... 4
   H.   Information Pertaining to Juveniles: [28.04H] ................................................ 4
   I.   Information Received from Other Agencies: [28.04I] .................................. 4

**V.   DEFINITIONS:** ......................................... 4

   A.   DEPARTMENT: ................................... 4
   B.   MEDIA: .................................................. 4
   C.   PIO: ...................................................... 4

**PROCEDURE:**

**I.   PUBLIC INFORMATION OFFICER FUNCTIONS**

   **A.   Assisting Media Covering News Stories: [28.01A]**

      The Public Information Officer ( PIO) will assist members of the media in covering routine news stories regarding Po-

lice matters.  All requests from the news media for information will be directed to the PIO.

**B. Assisting Media at Crime Scenes: [28.01A]**

The PIO will respond to Police Scenes of Media interest in order to gather pertinent information for release to news bureaus in a factual and timely manner.

**C. On-Call Responses to News Media: [28.01B]**

The PIO will maintain an "on-call" status in order to respond to scenes which are of significant interest to the public. The PIO will assist Police and Media personnel in gathering pertinent information for public release.

**D. Preparing and Distributing Agency News Releases: [28.01C]**

The PIO will prepare written media releases concerning Agency activities at the discretion of the Chief of Police and will distribute the releases accordingly.

1. The Media Release will be prepared only at the direction of the Chief of Police or his designee (see Section II, C for after business hours).

2. Dissemination will commence only at the direction of the PIO.

3. An Email or fax on the "Local", "All" or "Spanish" media group will commence at the direction of the PIO.

    a. The originals will be archived electronically in the PIO Media Folder.

**E. Arranging for, and Assisting at News Conference: [28.01D]**

The PIO will arrange news conferences when Police incidents and activities generate significant public interest.

**F. Release of Information: [28.01E]**

The PIO and Shift Lieutenants are authorized to coordinate the release of information regarding victims, witnesses, suspects, to the news media in accordance with FSS 112 and FSS 119.

Only information listed on a prepared Media Release can be given to members of the media by the PIO, Command Staff Member or Shift Lieutenant. Multiple releases may be necessary for ongoing situations.

**G. Release of Information Concerning Confidential Investigations and Operations: [28.01F]**

The PIO will coordinate and authorize the release of information concerning confidential investigations and operations under the guidance of the Chief of Police or his designee and in accordance with FSS 112 and FSS 119.

**II. NEWS RELEASE**

**A. Frequency of News Release:**

A written Media Release will be completed on Police activities which are of significant interest to the public, or upon request by media sources.

Media Releases will be constructed only under the direction of the PIO.  Dissemination will commence only at the direction of the PIO.

**B. Subject Matter: [28.02A]**

The subject matter of the Media Release will include at a minimum, the time, date, location, nature of incident, and author of the Release.

1. The PIO has prepared a preformatted Media Release form. The Media Release document is the master and should not be saved unless work will continue on that document.  In such an event, the file name should be changed so as not to corrupt the Master Release file.

**2.** A Media Release number, obtained from the Media Release logbook, will be assigned to each Release and electronically logged accordingly.

## C. Persons Authorized to Release Information: [28.02B]

The PIO, Command Staff and all Lieutenants are authorized to release Agency information to the media under the authority and direction of the Chief of Police.

No Member of the Department is to release any information or speak to members of the media unless approved by the PIO or a Command Staff Member.

**1.** Shift Lieutenants are responsible for releasing information to the media whenever a PIO is not available.

**2.** In the absence of a PIO, the Communications Supervisor (or designee) may handle all telephone inquiries from the media to the Communications Center. The on-call Staff Duty Officer is to be notified.

**3.** Only information listed on a prepared Media Release can be given to members of the media by the PIO.

**4.** Efforts will be made to ensure that all reasonable requests from the media for Public Records are addressed within the parameters of FSS 119 and FSS 112. (Refer to "Public Records, A guide for Law Enforcement Agencies" published by the Office of the Attorney General). Requests for report copies or statistical research will be referred to the Records Unit, unless it involves members of the Hollywood Police Department. Those Public Records Requests will be forwarded to the Personnel Unit Lieutenant or his designee, who will coordinate the release of those documents in accordance with FSS 112 and 119.

## III. NEWS MEDIA AND PHOTOGRAPHER ACCESS TO SCENES

### A. Scenes of Major Fires, Natural Disasters, or Other Catastrophic Events: [28.03A]

News media representatives will be permitted to operate at the scene of major fires, natural disasters or other catastrophic events provided such operations do not interfere with the emergency management function.

### B. Crime Scene Perimeters: [28.03B]

A "Media Staging Area" should be outside the established perimeter, providing media personnel a good working view of the secured area, without violating the integrity of the scene or hindering Police operations.

## IV. RESTRICTED INFORMATION RELATED TO ONGOING INVESTIGATIONS

### A. Prior Criminal Record, Character, or Reputation of the Accused: [28.04A]

Members will not make comments concerning the prior criminal record, character or reputation of an accused, unless approved through the PIO.

### B. Photographs of Accused: [28.04B]

Members will not release photographs of an arrested person unless approved by the PIO, in coordination with the appropriate Division Major. Photographs of an arrestee are a matter of public record.

**1.** In the event that a Department Member is arrested, photographs will not be released.

**2.** Media photographing of any individual, who is in the custody of this Department, will not be authorized within the confines of the Police Department Building.

**3.** The media may photograph Federal prisoners only by authorization of

the arresting Federal agency or the US Marshal.

4. When escorting a prisoner outside the facility, photographing by the media cannot be restricted.

5. Department personnel may not prevent media representatives from photographing arrestees while in a public area. However, an arrestee shall not be paraded or posed for the media.

6. The Legal Affairs Unit will prepare the text for a Media Release and a color photograph flyer concerning sexual predators or sexual offenders. The PIO will fax this information to local media affiliates.

C. **Confessions, Admissions of Guilt, or Statements or Refusal of Statements Made by the Accused:** [28.04C]

Any information concerning the contents of a statement given to the Police by the accused (e.g. refusal of statements, confessions or admissions) will not be released unless approved through the PIO, in coordination with the Chief of Police or his designee.

D. **Results of Any Examinations or Test of the Accused:** [28.04D]

The results of examinations or tests involving the accused will not be released unless approved through the PIO, in coordination with the Chief of Police or his designee.

E. **Identity, Testimony, or Credibility of a Prospective Witness:** [28.04E]

Information concerning the identity, testimony or credibility of a prospective witness will not be released.

F. **Opinions of Agency Members:** [28.04F]

Members will not make any personal opinion or speculation regarding the guilt or innocence of the accused or the merits of an on-going investigation.

G. **Personal Information Identifying the Victim:** [28.04G]

Members will not release personal information that would identify a victim of sexual battery, domestic violence/domestic related crimes, child abuse or neglect, or any information, which if divulged, might lead to the victim's identity, residence or place of employment.

Members will not release the identity of any injured or deceased person prior to family notification.

H. **Information Pertaining to Juveniles:** [28.04H]

Information pertaining to a juvenile's identity will not be released to the public unless an exception is provided by F.S.S. 985.04(2).

I. **Information Received from Other Agencies:** [28.04I]

Information received from other Agencies will not be released unless approved through the PIO, in coordination with the involved Agency(s).

V. **DEFINITIONS:**

A. **DEPARTMENT:**

City of Hollywood Police Department.

B. **MEDIA:**

Includes print and broadcast representatives from the private sector.

C. **PIO:**

Public Information Officer. The Sworn Member assigned to handle media inquiries.

APPROVED BY:

**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS**:

**NONE**

| | POLICE RECORDS | |
|---|---|---|
|  | **DEPARTMENT SOP: #157** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 09/26/2014** | **CFA: 34.01B-C, 34.02A-C, 34.03, 34.04, 34.05, 34.06A-D, 34.09, 34.10** |

**PURPOSE:** To establish guidelines and procedures for the submission, processing and retention of Departmental Records in compliance with Public Records Law.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Records Section is the central repository for all Police reports originated by the Hollywood Police Department. The Records Section also compiles the Department's statistics for the Uniform Crime Report and other public entities.

**INDEX:**

I.      RECORDS SECTION FUNCTIONS.......2

    A.  Records Unit: ......................................2
    B.  Data Entry Unit:...................................2
    C.  Case Filing Unit:..................................2
    D.  Data Systems Support Unit..................2

II.     RECORDS SECTION ACCESSIBILITY [34.03].................................................3

    A.  Public Hours of Operation: [34.01C] .....3
    B.  Internal Hours of Operation: [34.05][34.01C]...................................3
    C.  Office Entry Procedures: [34.03]...........3

III.    SUBMITTING POLICE RECORDS [34.01C] ...............................................3

    A.  Report Routing: ...................................3
    B.  Mobile Field Reporting System .............3
    C.  Field Dictation System ..........................3
    D.  Reports/Forms Requiring Submission: .4
    E.  Traffic Crash Reports: ..........................4

IV.     REPORT DATABASES, MAINTENANCE, & CONFIDENTIAL FILES.................................................5

    A.  OSSI RMS ...........................................5
    B.  Printrak LRMS Database: .....................5
    C.  Legacy Database: ................................6
    D.  Custom Reporting: ...............................6
    E.  Record Retention: [34.04].....................6
    F.  Report Maintenance: [34.01B] ..............6
    G.  Confidential Files ..................................6
    H.  Records Validation:...............................8

V.      REPORT DISTRIBUTION [34.02A-C]...8

    A.  Distribution of Police Reports within the Agency: [34.02A] ..................................8
    B.  Distribution of Police Reports Outside the Agency: [34.02B,C]........................8
    C.  Record Requests for Material not Archived in the Records Section:..........8
    D.  City-Wide Wrecker Towing Service: .....9
    E.  Public Records Request Fees: .............9
    F.  Members' Witness Fees: ......................9
    G.  Traffic Citation Inspection Fees: ..........9
    H.  Fingerprint Fees: ................................10
    I.  Extra-Duty Detail Permits: .................10
    J.  Code Enforcement Violations: ............10
    K.  Audit of Funds:...................................10

VI.     JUVENILE ARREST RECORDS: [34.10] .......................................................10

    A.  Juvenile Arrest Files Separated and Identified: ...........................................10
    B.  Juvenile Arrest Photographs and Fingerprint Cards. ...........................11
    C.  Juvenile Booking Photographs and Fingerprint Cards Separated and Identified ...........................................11
    D.  Retention of Misdemeanor Juvenile Arrest Records:................................11

VII.    CASE FILING PROCESS ...................11

    A.  Case Filing Unit Responsibilities: .......11
    B.  Arresting Officer's Responsibility: .......11

VIII.   DATA ENTRY PROCESS...................12

A. Data Entry Unit Responsibilities: [34.01C] ............................................... 12

B. Destruction of FCIC/NCIC Criminal Histories: [34.06D] .............................. 12

C. Retention of the Criminal History Dissemination Log: ............................. 12

D. Security of Information: [34.06C] ........ 12

IX. **DEFINITIONS:** ..................................... **12**

A. JUVENILE ARREST RECORD: .......... 12

**PROCEDURE:**

## I. RECORDS SECTION FUNCTIONS

The Records Section is comprised of the following Units:

### A. Records Unit:

The Records Unit archives all original Police Reports within its Data Bases (Except those listed in Section V. A.) Members are responsible for the scanning of all investigation related documents submitted to the Unit for archiving, all filing, reproduction requests of Police/Accident Reports, the receipt and distribution of all subpoenas for Department Members, FDLE teletype compliance, and the collection of record fees, In addition, the Unit monitors the City's authorized tow contractor for compliance with the City's Tow Ordinance and assists the City's Treasury Department with public compliance with the City's Alarm Ordinance.

### B. Data Entry Unit:

Reviews and performs quality control checks on all approved and submitted OSSI Mobile Field Reports or MobLan Reports. Members are responsible for maintaining and ensuring the integrity of the OSSI Name's database for the Department, ensure Departmental compliance with court orders for Expungements, Record Sealings and Arrest Amendments. For follow-up investigations relating to incidents which occurred prior to July 1, 2010, they are responsible for transcribing all Police Reports submitted to the Telephone Dictation System and ensuring proper recording of Uniform Crime Report Data for the production of the Department's Uniform Crime Report (UCR). They also are responsible for a monthly Audit of the Department's missing Reports. Personnel also enter data from handwritten Notice to Appears, Warrant forms and Lost Listing Reports into the Department's OSSI RMS Database.

### C. Case Filing Unit:

Members file all misdemeanor and felony arrests for the Department, within specified time frames, with the appropriate office of prosecution, except VIN/and others designated.

If an arresting Member fails to complete all required reports, the following procedure will be followed via a Microsoft Outlook email from the Case Filing Unit;

1. First Request – Sent to Officer and Supervisor. The Member is sent an e-mail requesting the information/documents needed to properly file the case.

   Member is then added to the Case Filing Request List, which includes Member's name, Case number, date of original request, action required and assigned Case Filer. The Case Filing Request list is sent out, via e-mail, twice a week to all Lieutenants and Command Staff personnel. If the Member fails to take the appropriate steps needed, the list is updated to note the Members non-compliance.

   Upon officer completing action required, their name is removed from the list.

### D. Data Systems Support Unit

Assists the Department with the maintenance of Police specific software and hardware such as the following:

1. OSSI- RMS, MobLan, MCT/MFR

2. LRMS – Law Records Management System.

**3.** Legacy

**4.** IIQ – Infotrak Investigative Query.

**5.** BI & BI-WEB – Hummingbird Business Intelligence Report Writer along with its web publishing module.

**6.** GIS – Geographical Information Mapping System.

**7.** DVR – Digital Video Recording System.

These systems are used for the collection, recording, and reporting of crime statistics. The Unit works with Data Entry to publish the Department's semi-annual UCR report to FDLE by August 1st and the Annual UCR Report by February 1st for the preceding year.

## II. RECORDS SECTION ACCESSIBILITY [34.03]

The Records Section Office Suite and all storage rooms under the authority of the Records Section are Restricted Access Areas. The following procedures are designed to protect the privacy and security of Department Records. Only those Members authorized by the Department are allowed access into the Records facilities. [34.03]

### A. Public Hours of Operation: [34.01C]

The Records Section is open to the public from 8:00 a.m. to 4:30 p.m., Monday through Friday, excluding national and City designated holidays.

### B. Internal Hours of Operation: [34.05][34.01C]

Records information is accessible to Agency Members 24 hours a day, 7 days a week. Information can be accessed via the following means:

**1.** Calling the Records Section during hours of operation.

**2.** Visiting the Records Section, Members Information Window during hours of operation.

**3.** Accessing OSSI, LRMS, Bi-Web, Laserfiche or Legacy RMS databases via City's Network.

### C. Office Entry Procedures: [34.03]

The Records Section Office is secured by an electronic security access card system. Authorized Members requiring access will adhere to the following:

**1.** Make the request for entry at the Information Window by using the phone at the window.

**2.** Once entry is approved, the Member will sign in on the Restricted Access Entry Log (see **Appendix A**) and be escorted by a Records Section Member.

**3.** Upon leaving the Records Section, the Member will sign-out on the Records Section Entry Log.

**4.** The Records Section Entry Log will be completed in its entirety and archived in the Records Section.

## III. SUBMITTING POLICE RECORDS [34.01C]

### A. Report Routing:

The Reporting Member's Supervisor will deliver all records required, to be submitted to the SAO or archived by the Records Section, by depositing those records into the designated drop boxes located at the Records Section Member's Information Window.

### B. Mobile Field Reporting System

Members utilizing the OSSI MCT/MFR to complete and electronically submit a report are required to follow the MFR Training Guide accessible in the Police Resources Folder.

### C. Field Dictation System

Members investigating incidents which occurred prior to July 1, 2010 and require a Supplemental Report or a Prob-

able Cause Affidavit to be completed must follow the below procedures:

1. Type the supplemental narrative (ie. recoveries, clearances) in Microsoft Word along with any added person information and save by case number and Member last name. If a Probable Cause Affidavit is needed, use the Probable Cause template located in the S: drive in the "CST" folder. Probable Cause should then be saved under the case number and the arrestee's last name.

2. Send an e-mail to Data Entry using Microsoft Outlook address "CIDNARR" and attach supplemental narrative and/or Probable Cause affidavit.

3. Once received from Member, Data Entry will enter all the submitted information into the LRMS/Legacy System.

4. If a Probable Cause affidavit is completed, ensure compliance with **SOP #203 Arrest Procedures**.

D. **Reports/Forms Requiring Submission:**

The following reports/forms require submission to the Records Section for archiving. All reports will be submitted as described above unless otherwise indicated in this section.

1. Mobile Field Reports

   a. Law Incident Reports

   b. Law Supplement Reports

   c. Arrest Affidavits

   d. Citations

   e. Traffic Crash Reports

   f. Traffic Crash Supplement Reports

2. Laboratory Analysis Reports.

   a. Laboratory Reports from the Broward Sheriff's Office will be retrieved by one of the Hollywood Court Liaison Officers and forwarded to the Case Filing Unit for dissemination.

   b. The Case Filing Unit will copy each Laboratory Report received and forward copies to the investigating Detective or Detective Sergeant.

   c. Members receiving a Laboratory Analysis Report are responsible for submitting the original Report to Records for archiving.

3. Notices to Appear

4. Property Reports, as forwarded from the Property and Evidence Unit or Detective.

   Property Report submission is outlined in SOP# 270 PROPERTY AND EVIDENCE.

5. Towed Vehicle Inventory Receipt Forms

6. Trespass Affidavits

7. Injuctions

E. **Traffic Crash Reports:**

The following guidelines will govern the submission and processing of Traffic Crash Reports:

1. Traffic Crash Reports will be submitted electronically via OSSI MCT/MFR to the Special Operations Section, Traffic Homicide Unit CSO, for review and approval.

2. Once approved and reviewed all Traffic Crash Reports will be electronically stored in the OSSI RMS Database.

**3.** Traffic Crash Reports will then be electronically submitted to the Department of Highway Safety and Motor Vehicles Crash Records Database in Tallahassee via the OSSI Software Program.

**4.** A copy of any Traffic Crash Report involving damage to City property will be sent to the City's Risk Management Office and to Public Works by the Traffic Homicide Unit.

## IV. REPORT DATABASES, MAINTENANCE, & CONFIDENTIAL FILES

The Department maintains three computerized records management systems (RMS) which contain computerized records since April 15, 1991. In addition the Department maintains archived microfilm records beginning on 01/01/1986.

### A. OSSI RMS

OSSI RMS is one of the Department's three current computerized records databases. It contains information submitted, on or after July 1, 2010, from the following sources: Law Incident Reports, Law Supplement Reports, Filed Contact Reports, Citations, Arrest Reports, Traffic Crash Reports and, Traffic Crash Supplement Reports

Members should refer to the SunGard Public Sector OSSI RMS User Guide (see **Appendix F**) to assist them with various basic queries, which is located in the S; Drive and Police Resources.

**1.** OSSI RMS Search Procedures:

Members can complete basic queries within OSSI RMS by selecting "Quick Access" Search. Members can query any field within any of the following master indexes or by using Advanced Query in the specific module.

Use the (%) symbol as a wildcard to represent any one character and assist in searching.

**a.** Incident

**b.** Names

**c.** Vehicle

**d.** Property

**e.** Location

**f.** Arrest Module

### B. Printrak LRMS Database:

The Printrak Law Records Management System is also one of the Department's computerized records databases. It contains reporting information submitted, in between June 27, 2004 and June 30, 2010, from the following sources: Arrest Affidavits, Citations, Field Dictation Reports, F.I.V.O. Cards, M.I. Cards, N.T.A.'s, Property Reports, and Traffic Crash Reports.

Members should refer to the LRMS BI-WEB Training Guide (see **Appendix G**) that is posted on the Department's Police "S" Drive within the LRMS HELP folder and in the "S" Drive Operations Manual "Forms" Directory to assist them with various queries.

**1.** LRMS Search Procedures:

To access the LRMS Database, Members must connect the VPN client.

Members can complete basic queries within the LRMS by selecting "Master" in the Menu bar and selecting "Browse" in the drop down menu. Members can query any field within any of the following master indexes or by using Advanced Query that combines all the Master Indexes together within one query page. Use the (_) underscore symbol as a wildcard to represent any one character and the (%) symbol to represent a string of characters.

**a.** Address

**b.** Business

**c.** Event

**d.** Person

**e.** Property

**f.** Vehicle

**C. Legacy Database:**

The Legacy Database is the Department's third computerized records database. It contains information submitted, in between April 15, 1991 and June 24, 2004, from the following sources, Arrest Affidavits, Field Dictation Reports, Citations and Traffic Crash Reports.

**1.** Members can complete a basic query by selecting module to be searched and entering the required search criteria.

**D. Custom Reporting:**

**1.** Infotrak Investigative Query (IIQ):

IIQ is a "web" browser based query tool that uses hyperlinks to access related information embedded in other reports that may initially appear to be unrelated.

**2.** Hummingbird Business Intelligence Report Writer (BI Query):

BI Query is a web based tool that is used to access specific Department historical or statistical reports. These reports require a Member to enter basic information to retrieve a statistical list or detailed historical report.

**E. Record Retention:** **[34.04]**

All Police Department records will be retained in accordance with the Department of State, Division of Archive and Records Management. State Retention Schedule GS-1, GS-2 (See **Appendix B**).

Prior to the destruction of any police reports that are not stored electronically, written authorization must be obtained by the applicable Division Major, the records Supervisor and the Director of the City of Hollywood Records and Archives Department to ensure: the administrative value of these records is not lost and; to ensure compliance with F.S. Chapter 119.

**F. Report Maintenance:** **[34.01B]**

Original Police Reports related to arrest and all related documents are maintained in the Records Section in secure storage. The only exceptions are Police Homicide Reports. Only copies of original Police Reports may be maintained in any other Unit or Office.

**G. Confidential Files**

Approval of the Records Manager or Supervisor of the Unit housing the record is required before Confidential Files are released to the public. The following is a description of those files that are considered confidential:

**1. Homicide Records**

All Homicide cases will be solely maintained by the Homicide Unit. Homicide files are maintained separately from other Agency records and are secured in locked file cabinets. To ensure accountability;

**a.** The Lead Detective will respond to the Records Section and complete a Confidential Records Form that states "all forms relating to this case will be forwarded to the Homicide Sergeant."

**b.** The Confidential Records Form will be placed in the Records folder to alert employees to the existence of a separate case file within the Homicide Unit.

**c.** Requests for release of any information will be directed to the

Homicide Sergeant by the Records Manager.

2. **Open Criminal Investigations**

All open criminal investigations are exempt from release to the Public by F.S.S. Chapter 119 until the case is    closed or classified as inactive. Members are responsible for checking Page #1 of the OSSI RMS Law Incident Report, in for this indication.

3. **Records of Law Enforcement Officers**

All reports containing any information revealing the home address, home telephone, social security number or photograph of a Law Enforcement Member are exempted from public release by F.S.S. Chapter 119. Therefore, records containing this information will require authorization by the Records Manager and the Legal Advisor before being released to the public.

4. **Public Record Exempted Crime Records**

Victims of certain crimes are given either comprehensive (automatic) exemption or the right to file a written request for confidentiality by F.S.S 119 and F.S.S. 741.30. This information includes their photograph, name, home and business information, personal assets or other identifying information.

Therefore, all open criminal investigations involving offenses within the following Florida Statutes require authorization by the Records Manager and the Sergeant of the Unit who conducted the investigation before information can be released to the public.

a. Abuse of Children, F.S.S 827

b. Any Child Abuse Offense

c. Aggravated Battery

d. Aggravated Stalking

e. Domestic Violence

f. Harassment

g. Lewdness; Indecent Exposure, F.S.S. 800

h. Sexual Battery, F.S.S. 794

5. **Records of a Sensitive Nature**

The following incidents contain information of a sensitive nature which could be personally damaging or evoke emotional trauma to the victim or their families.  Release of any ongoing Death Investigations or Traffic Homicide Investigations require authorization of the Records Manager and the Supervisor in charge of the investigation:

a. Death Investigations (ongoing)

b. Traffic Homicide Investigations (ongoing)

6. **Juvenile Arrest Records**

**See Section VI on Page 10 of this SOP.**

7. **Traffic Crash Reports within 60 days of occurrence being reported**

Motor Vehicle Crash Reports are confidential for 60 days after reported. Reports may be made immediately available after completion of a Sworn Statement for Traffic Crash Report Information (HSMV-94010), to the following with proper identification:

a. Parties involved in the crash and immediate relatives.

b. Their legal representatives, local/state/federal agency authorized to have access.

c. Owner of the vehicle involved in the crash.

d. Their insurance companies and agents.

e. Prosecutorial authorities.

f. Certain print and broadcast media.

**H. Records Validation:**

The Records Section is responsible for validating all entries made into NCIC/FCIC by members of this agency. On a monthly basis, the agency's CJIS Terminal Agency Coordinator will notify the Records Section that all active entries available to be validated. The Records Section designee, who must be NCIC/FCIC certified, will then perform the following;

1. Verify a corresponding incident report exists and contains the same information in the NCIC/FCIC entry. (If it does not, request the entering officer correct any discrepancies.)

2. Mail a validation request form to the original reportee to determine if the person/item entry has been recovered or is still missing.

3. If the reportee advises the person/item has been recovered, have an officer further investigate and complete a police report advising such.

4. In either instance, the designee will note the required information in the Florida Department of Law Enforcement CJIS Validation software program.

5. The returned validation mailer will then be electronically scanned under its case number.

**V.   REPORT DISTRIBUTION [34.02A-C]**

Members of the Records Section have the authority to distribute reports generated by

Members of the Department according to the following guidelines:

**A. Distribution of Police Reports within the Agency: [34.02A]**

Department Members can access all police reports, including confidential files, for investigative purposes and court proceedings. However, based on the sensitivity of Homicide Records, Members requesting this type of confidential records will be required to:

1. Request access from the Homicide Unit Sergeant by signing a "File In Use Card" (see **Appendix C**).

2. The "File In Use Card" is signed again upon returning the file.

**B. Distribution of Police Reports Outside the Agency: [34.02B,C]**

Copies of all Departmental records not restricted by F.S.S. 119 or Section IV.G. Confidential Files of this SOP can be released by Members of the Records Unit to outside entities including members of the public.

**C. Record Requests for Material not Archived in the Records Section:**

This section dictates procedures to centralize and track Records Requests for material not archived in the Records Section to include; Video Tapes, Audio Tapes, Personnel Records, Internal Affairs Records, Homicide Files, Timekeeping Records, Policies and Procedures, Crime Scene Photos, Fingerprints, Computer Data, and Code Enforcement Records.

1. The Records Unit designee will determine whether the incident is under investigation by the Police Department or if the requested records are available for public release.

2. If the incident is not an open case and/or the record is available, the designee will document the request on the Public Records Request Log

and notify the requestor of the cost for the request, if any. Once the fee, per F.S.S., has been collected the Records designee will instruct the Unit housing the record to duplicate it for release.  Upon completing the requested task, the appropriate Unit will route the item(s) to the Records Unit designee who will document receipt of the item on the Public Records Request Log for one year.

3.  The requestor will then be notified, by the Records Unit designee, the record is available for pick-up.

4.  In cases involving a juvenile victim, the juvenile's parent or legal guardian may request and obtain the photographs after providing proof of guardianship.

**D.  City-Wide Wrecker Towing Service:**

The Records Section is responsible for monitoring and ensuring the City contracted Tow Service Company is in compliance with both the Broward County Towing Ordinance and the City of Hollywood Franchise Agreement

1.  The Records Unit designee will receive and inspect all Towed Vehicle and Inventory Forms for accuracy and completeness.

2.  By the 10th of each following month, a representative of the City of Hollywood contracted towing service will forward to the Hollywood Police Department Records Unit designee a monthly spreadsheet. This will include a detailed list of all the incidents where the contracted towing service company was requested, by the department, to perform a Tow Service.

3.  The list will include, at a minimum, the following;

    a.  Date of Tow Service.

    b.  Location of Tow Service.

c.  Police Department Case Number.

d.  Disposition.

e.  Final Superior Labor/Admin - Fees/Charges.

4.  The Police Department Record's designee will select a random sample of Tow Incidents from the spreadsheet, not to exceed 5% of total amount of Tows for that month, and request the contracted TOW service supply a specific detailed Invoice for each of the incidents requested. The Department designee will verify and ensure all fees are in compliance with specified Ordinances and if no errors are detected will file and archive the Invoice. If errors are detected further investigation will be warranted and will be brought to the attention of the Records Manager/Supervisor.

**E.  Public Records Request Fees:**

Per F.S.S 119 .07 (4)(d), an agency may charge a special service charge that includes labor costs (salary and benefits) when responding to a Public Records Request that will take longer than 15 minutes.

**F.  Members' Witness Fees:**

**See SOP 171, Court Procedures.**

**G.  Traffic Citation Inspection Fees:**

Citizens who receive a Uniform Traffic Citation for a vehicle equipment violation may pay a fee at the Records Section Counter for the purpose of having a Police Officer inspect their vehicle to document that the equipment violation has been repaired.

1.  The charge for this service is $4.00. This fee will only be accepted for citations that are within 30 days of the date of issuance.

**2.** The citizen will be provided with a cash register receipt and directed to the First Floor Public Information Desk, where a Police Officer/CSO will be contacted to inspect the vehicle and confirm that the equipment violation has been corrected.

**3.** After inspecting the vehicle, the Officer will sign the back of the Citation and return it to the citizen.

**H. Fingerprint Fees:**

Hollywood residents or business owners may avail themselves of the fingerprinting service offered by the Department and performed by a Member of the Crime Scene Investigations Unit or designee.

**1.** The fee for the service is $10.00. If Non-Resident of Hollywood the fee is $15.00.

**2.** Proof of identity and residency is required. Must bring with them photo I.D. and fingerprint card. We do not fingerprint for INS purposes.

**3.** The service is offered on Tuesday and Wednesday from 8:00 a.m. to 10:30 a.m.

**I. Extra-Duty Detail Permits:**

The Department's Extra-Duty Detail Coordinator will submit Extra-Duty Detail Permit Forms along with the assigned fee to a Records Unit Clerk. The Clerk will retain the pink copy of the form and return the remaining copies to the Coordinator. The pink copy along with the printed receipt for funds collected will be copied and forwarded to the Fiscal Affairs Unit.

**J. Code Enforcement Violations:**

Members of the public issued Code Enforcement violations may respond to the Records Section counter for payment of said violation, where a receipt will be given.

**K. Audit of Funds:**

Prior to October 15 of each year, the Fiscal Affairs Unit will conduct an internal audit of the Records Section funds to ensure compliance with the Fiscal Management SOP.

**VI. JUVENILE ARREST RECORDS:** [34.10]

The Hollywood Police Department has defined Juvenile Arrest Records as those records documenting non-traffic related misdemeanor and felony arrests. Juvenile Arrest Records include; Juvenile Transcripts, Adult Probable Cause Affidavits (if being charged as an adult), and their associated booking photograph and fingerprint card.

**A. Juvenile Arrest Files Separated and Identified:**

Juvenile Transcripts and applicable Adult Probable Cause Affidavits will be stored in the Records Section, which is a secure Restricted Access Area, in separate file folders arranged sequentially by case number.

**1.** The area used for filing Juvenile Arrest Records will be clearly labeled as "JUVENILE CONFIDENTIAL". All Juvenile Arrest Records will also be individually marked "JUVENILE CONFIDENTIAL."

**2.** Juvenile Arrest Records will be separated by Case Filing and archived by Records Section personnel.

**3.** Juvenile Arrest Records may also be stored electronically in OSSI RMS, LRMS Legacy or scanned into Laserfiche. The reports are automatically separated by being clearly marked as Juvenile Records, both within Databases and in printed form.

**4.** When Juvenile Arrest Records are transferred to microfilm, they will be separated from adult arrest records by being clearly marked as Juvenile Records. Once microfilmed, the original document will be destroyed.

**B. Juvenile Arrest Photographs and Fingerprint Cards.**

1. Fingerprinting of Juvenile prisoners will be completed by personnel at JAC.

2. The photographing of Juveniles by Officers is permissible under any circumstance that would justify the photographing of an adult.

3. Juvenile photographs, along with name, date of birth, case number, and date of arrest, will be entered into the Juvenile Log, by Crime Scene Personnel if taken by Members of the Hollywood Police Department.

4. The photographs of Juveniles must be marked "Juvenile/Confidential", and will be kept in confidential files separate from adult files.

**C. Juvenile Booking Photographs and Fingerprint Cards Separated and Identified**

1. Crime Scene Unit Personnel will separate booking Photographs and fingerprint cards.

2. Juvenile photos will be archived in a separate file area clearly marked "JUVENILE CONFIDENTIAL". All juvenile photographs will also be individually marked "JUVENILE CONFIDENTIAL."

3. Juvenile Booking Photographs and Fingerprint cards will be stored in the Crime Scene Unit Office.

4. Juvenile Booking Photos or fingerprint cards stored in any Investigative Unit or Section (e.g. C.I.D., V.I.N., C.S.T.) which are utilized for investigative purposes will be filed separately from adult photos and labeled as "JUVENILE CONFIDENTIAL".  All juvenile photographs will also be individually marked "JUVENILE CONFIDENTIAL."

**D. Retention of Misdemeanor Juvenile Arrest Records:**

The Department will utilizes electronic data storage to retain the information contained in Juvenile Arrest Reports.

However, these Juvenile misdemeanor Arrest Records will not be available for release to the general public unless the criteria in Section IV G. Confidential Files and Section V. Juvenile Arrest Records is met.

**VII. CASE FILING PROCESS**

**A. Case Filing Unit Responsibilities:**

Members assigned to the Case Filing Unit are responsible for preparing case packages for all arrests for submission to the State Attorney's Office.  All arrest packages must be submitted to the State Attorney's Office within 18 calendar days from the date of the arrest for felonies and 14 calendar days for misdemeanors.

**B. Arresting Officer's Responsibility:**

Members are responsible for submitting all required paperwork to the Case Filing Unit within three days of the arrest to ensure compliance with the filing deadlines.

1. To ensure efficiency in the Case Filing process, the Member shall complete the Arrest Checklist and all appropriate paperwork for Supervisory review prior to submission.

2. If a Member fails to forward all required reports within one day of the arrest, a reminder will be sent to the Officer and if needed his/her chain of command to ensure compliance. Refer to Section I C of this SOP for further.

3. If the Member fails to respond accordingly to the notification, the Member's Chain of Command will be advised to ensure compliance.

## VIII. DATA ENTRY PROCESS

### A. Data Entry Unit Responsibilities: [34.01C]

Members assigned to the Records Section's Data Entry Unit will be responsible for the following functions:

1. Review all supervisory approved reports submitted through OSSI MCT/MFR. (Properly note Recovery of all Persons, Property and Vehicles).

2. Daily Records Review of all submitted reports.

3. OSSI Name Candidation – This process ensures the integrity of the departmens NAME records.

4. Transcribing Supplemental Reports for follow up investigation to incidents which occurred prior to July 1, 2010.

5. Court ordered Records Sealed and Expungements

6. Court Order Arrest Amendments

7. FDLE Identity Corrections

8. Broward Sheriff's Office Warrant Tracking

9. Entering all information from Loss Listing Reports.

10. Entering information from N.T.A.'s and short form Warrants.

11. Prepare a monthly audit of department Missing Reports.

12. Ensure compliance and proper submittal of Uniform Crime Reporting statistics that will be submitted to FDLE by August 1st and February 1st each year].

### B. Destruction of FCIC/NCIC Criminal Histories: [34.06D]

Disposal of criminal histories will be in accordance with NCIC/FCIC Regulation 18.4 which states: "When users are finished with the criminal history information it should be shredded and not retained in case files."

### C. Retention of the Criminal History Dissemination Log:

The Criminal History Dissemination Log will be archived in the Central Records Section for a period of 4 years. Disposal of this log will be in accordance with the State of Florida General Records Schedule.

### D. Security of Information: [34.06C]

The computer terminals authorized to transmit and receive NCIC/FCIC criminal history information are located in, the Communications Center, and the Criminal Investigations Division. The computer screens will not be visible to unauthorized Department Members or members of the general public.

## IX. DEFINITIONS:

### A. JUVENILE ARREST RECORD:

Includes the Juvenile Transcript, the associated booking photograph, and fingerprint card of a misdemeanor arrest.

APPROVED BY:

**Frank G. Fernandez**          **09/26/2014**
**Chief of Police**             **Date**

**ATTACHMENTS:**

- **Appendix A:**  Restricted Access Entry Log.

- **Appendix B:**  General Records Schedule GS2.

- **Appendix C:**  File in Use Card.

- **Appendix D:**  Deleted

- **Appendix E:**  Criminal History Dissemination Log.

- **Appendix F:** OSSI-RMS Training Guide

- **Appendix G:**  LRMS BI-WEB Training Guide.

- **Appendix H:** Public Records Request Invoice.

- **Appendix I:** Photograph Request Form.

- **Appendix J:** Video Request Form.

- **Appendix K:** Sworn Statement for Traffic Crash Report Information.



# HOLLYWOOD POLICE DEPARTMENT
## RESTRICTED ACCESS ENTRY LOG

### LOCATION: _____

| DATE | MEMBER'S NAME | REASON FOR ENTRY | TIME IN | TIME OUT | ESCORTING MEMBER |
|------|---------------|-------------------|---------|----------|------------------|
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |
|      |               |                   |         |          |                  |

**NOTE:**  This is a Restricted Area.  Under no circumstances will **UNAUTHORIZED MEMBERS** be allowed to gain access without signing this log and being escorted by an authorized Member.

# State of Florida

## *GENERAL RECORDS SCHEDULE GS1-SL FOR STATE AND LOCAL GOVERNMENT AGENCIES*



**OCTOBER 1, 2013**

Florida Department of State
State Library and Archives of Florida

Tallahassee, Florida

850.245.6750

http://info.florida.gov/RecordsManagers

**Printed on bright orange card stock**

FILE IN USE

CASE NUMBER: _____

FILE CHECKED OUT TO:_____

DEPARTMENT: _____

DATE CHECKED OUT: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DATE FILE RETURNED: _____

FILE RETURNED BY: _____




# HOLLYWOOD POLICE DEPARTMENT
## CRIMINAL HISTORY LOG

**REQUEST #**          **NAME/DOB/SID #/FBI #:**

**DATE:**          **PURPOSE:**

**OPERATOR #:**          **OPERATOR SIGNATURE:**

**PRINTED NAME OF PERSON RECEIVING:**

....................................................................

**REQUEST #:**          **NAME/DOB/SID #/FBI #:**

**DATE:**          **PURPOSE:**

**OPERATOR #:**          **OPERATOR SIGNATURE:**

**PRINTED NAME OF PERSON RECEIVING:**

....................................................................

**REQUEST #**          **NAME/DOB/SID #/FBI #:**

**DATE:**          **PURPOSE:**

**OPERATOR #:**          **OPERATOR SIGNATURE:**

**PRINTED NAME OF PERSON RECEIVING:**

....................................................................

**REQUEST #**          **NAME/DOB/SID #/FBI #:**

**DATE:**          **PURPOSE:**

**OPERATOR #:**          **OPERATOR SIGNATURE:**

**PRINTED NAME OF PERSON RECEIVING:**

....................................................................



SUNGARD PUBLIC SECTOR
OSSI

Mobile Field Reporting
(MFR)
User Guide
MOB-USR-MFR-03





# *LRMS*

### *Law Records Management Systems*

### *and*

# *BI Web*

### *Informational Reports from the Law Records Management System (LRMS)*

# *TRAINING GUIDE*



# Hollywood Police Department
3250 Hollywood Blvd.
Hollywood, FL 33021
(954)967-4398 ● Fax (954)967-4313
## Public Records Request
## Invoice

Date: _____                          Invoice# _____

To: _____

From: _____

RE:   Case#   _____

Type of Request:

☐ Personnel File       ☐ Internal Affairs       ☐ Police Report       ☐ Policy and Procedure       ☐ Misc.
☐ Video - VHS          ☐ Video - DVD            ☐ Audio CD            ☐ Crime Scene Photos

Duplication Fee:

Copies: _____ at $0.15 per page (single-sided)              $0.00

Copies: _____ at $0.20 per page (double-sided)              $0.00

Photographs,VHS, DVD, CD, or Audio Cassette Fee:                       $0.00

                                                    **Sub-Total:**     **$0.00**

Crime Scene Photographs/CD
   4x6    _____ at $0.10 per photo                           $0.00
   8x10   _____ at $0.50 per photo                           $0.00
CD/DVD    _____ at $1.00 per CD/DVD                          $0.00
                Mandatory $5 deposit due in advance        ☐

Administrative Fees (if applicable):
        Number of hours: _____ at Hourly Wage : _____          $0.00
                                    $28.26
(Hourly wage is calculated at employee hourly wage plus 40% Benefits.)    **Total:**    **$0.00**
                                Less Deposit (if applicable):           $0.00

                                **Balance Due:**  | **$0.00** |

Processed by: _____


**Pursuant to FS 119.07(1)(b) an agency may charge a special service charge (Administrative Fee) for extensive use of clerical or supervisory labor or for extensive technology resources**

Original Date: 03/07/2005
Revised Date: 01/23/2012
File Name: Appendix H Public Records  Request Invoice

Page 1 of 1
Appendix H
SOP 157



# CITY OF HOLLYWOOD POLICE DEPARTMENT

## RECORDS - PHOTOGRAPH REQUEST FORM

DATE OF REQUEST: _____

CASE #: _____

REQUESTOR: _____

REQUESTOR'S PHONE NUMBER: _____

NUMBER OF CD'S REQUESTED: _____

ADDITIONAL INSTRUCTIONS (IF ANY): _____

_____

## MANDATORY PROCESSING FEE ($1.00) COLLECTED BY:

RECORDS CLERK (NAME/BADGE#): _____

I/A INVESTIGATOR APPROVAL: _____

CRIME SCENE PROCESSOR: _____

DATE RECEIVED: _____    DATE COMPLETED: _____

**DELIVER TO RECORDS UPON COMPLETION W/ THIS FORM ATTACHED**

RECEIVING RECORDS CLERK: _____

DATE RECEIVED: _____

Created by City of Hollywood P. D. Records – Lt. B. Millares – 11/29/12



# CITY OF HOLLYWOOD POLICE DEPARTMENT

## RECORDS - VIDEO REQUEST FORM

DATE OF REQUEST: _____

CASE #: _____

REQUESTOR: _____

REQUESTOR'S PHONE NUMBER: _____

NUMBER OF DVD's REQUESTED: _____

ADDITIONAL INSTRUCTIONS (IF ANY): _____

_____

**MANDATORY PROCESSING FEE ($5.00 per DVD) COLLECTED BY:**

RECORDS CLERK (NAME/BADGE#): _____

I/A INVESTIGATOR APPROVAL: _____

VIDEO PROCESSOR: _____

DATE RECEIVED: _____ DATE COMPLETED: _____

**DELIVER TO RECORDS UPON COMPLETION W/ THIS FORM ATTACHED**

RECEIVING RECORDS CLERK: _____

DATE RECEIVED: _____

Created by City of Hollywood P. D. Records – Lt. B. Millares – 11/29/12

## SWORN STATEMENT FOR TRAFFIC CRASH REPORT INFORMATION

Motor vehicle crash information is confidential and exempt from disclosure for a period of 60 days after the date the crash report is filed. §316.066(3)(c) Fla. Stats. (2003). Obtaining confidential information by someone who knows they are not entitled to do so is a felony violation.

The undersigned requests the following crash report (date/location/parties):

_____.

The undersigned states that he/she or the organization they represent qualify for immediate disclosure of the crash report according to the exemption checked below and does swear or affirm that information contained in a crash report made confidential by statute will not be used for any commercial solicitation of accident victims, or knowingly disclosed to any third party for the purpose of such solicitation, during the period of time that the information remains confidential.

☐ I am a party involved in the crash.

☐ I am a legal representative to a party involved in the crash:  Fla. Bar No _____,
OR Immediate Relative (relation) _____
OR Written Authority from immediate relative, copy attached.

☐ I am a licensed insurance agent to a party involved in the crash, their insurer or insurers to which they applied for insurance coverage, Fla. License No. _____

☐ I am a person under contract to provide claims or underwriting information to a qualifying insurance company, identified as: _____

☐ I am a prosecuting authority, Fla. Bar No. _____

☐ I represent a radio or television station licensed by the FCC or newspaper qualified to publish legal notices or a free newspaper of general circulation, which qualifies under the statute _____
Name of Radio/Television Station, Newspaper

☐ I represent a local, state or federal agency that is authorized by law to have access to these reports.

☐ I represent a Victim Service Program, as defined in §316.003(84), Florida Statutes.
Name of Program: _____


_____          _____
Printed Name                                               Agency/Business Represented


_____          _____
Signature                                                     Address


_____          _____
(Area Code) Telephone Number                   City, State, Zip Code

State of Florida, County of_____
Sworn to (or affirmed) and subscribed before me this ____ day of _____, 200__, by
Personally known____ or Produced Identification____ Type of i.d. produced:_____


_____          _____
Print, Type, or Stamp, Commissioned name of Notary     Signature of Notary Public or Certified Law Enforcement or
                                                                              Correctional Officer

Drivers license or other photographic identification, proof of status or identification that demonstrates qualifications to access this information were reviewed by

_____, agency employee, on this ____
day of _____, 200__.

Original Date: 03/07/2005
Revised Date:
File Name: Appendix K Sworn Statement for Traffic Crash Report Info.

Page 1 of 1
Appendix K SOP #157

| **Uniform Crime Reporting (UCR)** | |
|---|---|
| **DEPARTMENT SOP: #157.1** | **CALEA:** |
| **EFFECTIVE DATE:**<br><br>**REVIEW:** | **CFA:** |

**PURPOSE:** The Purpose of this policy is to establish guidelines that will provide a barometer of the crime conditions within a geographic jurisdiction.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** UCR crimes statistics are used in many ways and serve many purposes. They provide law enforcement with data for use in budget formulation, planning, resource allocation, assessment of police operations, etc., to help address the crime problem at various levels. Chambers of commerce and tourism agencies examine these data to see how they impact the particular geographic jurisdictions they represent. Therefore, the guidelines issued by the Florida Department of Law Enforcement will be followed concerning the reporting of crime information through the Uniform Crime Reporting Program.

**INDEX:**

**I.   Uniform Crime Report .............................1**

   A.   Part I offenses:......................................1
   B.   Part II offenses:.....................................1

**II.   UCR Reporting Procedures ....................2**

   A.   Patrol Officer/Detective
         Responsibilities: .....................................2
   B.    Records Section Manager: ..................2
   C.   Investigative Services Section
         Detectives: ............................................2
   D.   Investigative Services Section
         Supervisors: ..........................................3
   E.   Investigative Services Section
         Lieutenants:...........................................3
   F.   Police Operations Technician:...............3

**PROCEDURE:**

**I.   Uniform Crime Report**

Criminal justice researchers study the nature, cause, and movement of crime over time. F.S.S. 943.05 adopts the rules to effectively and efficiently implement, administer, manage, maintain, and use the automated biometric identification system and uniform offense reports and arrest reports. The Uniform Crime Reporting (UCR) Program divides offenses into two groups, Part I and Part II offenses.

  **A.   Part I offenses:**

   Part I offenses consist of the following:

   **1.**   Homicide

   **2.**   Sexual Assault

   **3.**   Robbery

   **4.**   Aggravated Assault

   **5.**   Burglary

   **6.**   Larceny – Theft

   **7.**   Motor Vehicle Theft

   **8.**   Arson

  **B.   Part II offenses:**

   Part II offenses consist of other violations not specifically identified in Part I offenses such as simple assaults, stolen property, vandalism, driving under the influence and fraud.

## II.   UCR Reporting Procedures

### A.   Patrol Officer/Detective Responsibilities:

Members who complete Incident Reports in their MCT or MobLan must ensure the following is completed accurately and thoroughly for UCR purposes:

1. Report, Occurred and At Found date and time.

2. Day / Night / Unknown (determine when an incident occurred).

3. Domestic (Was incident domestic related).

4. Weapon or tool (whether one was used during the incident being reported).

5. Gang related (Was incident Gang related).

6. Hate / Bias Motivated (whether incident was motivated by Hate or Bias).

7. Offense Section: Member must select highest one in hierarchy and complete as many fields as possible.

8. If Arson is reported in conjunction with another UCR reportable offense, both offenses should be reported.

9. Names Section: Member must select proper related Name's Code and as complete as many fields as possible.

10. If the incident involved a Law Enforcement Assault, the LE Assault Section must be completed.

11. Property Section:

    a.   Select the appropriate Property Code.

    b.   List the correct status and date (Stolen or Recovered).

    c.   Value (Stolen or Recovered).

12. Vehicles Section:

    a.   Select the appropriate Vehicle Type.

    b.   List the correct Status.

    c.   Value (Stolen or Recovered).

### B.   Records Section Manager:

The Records Section Manager will be responsible for overseeing and ensuring the Department's UCR reporting is within established FDLE guidelines.

1. Under the supervision of the Records Section Manager, the Data Entry Supervisor will review all Department generated incident supplemental and arrests reports for UCR accuracy on a daily basis.

2. The Data Entry Supervisor will work in conjunction with the Police Operations Technician to correct any error discovered during generation of the UCR report.

### C.   Investigative Services Section Detectives:

The Investigative Services Section Detectives will generate a supplement report for each assigned case to include but not limited to the following:

1. Correct Clearance Classification of the Offense:

    a.   Cleared by Arrest:

       (1). At least one person is arrested.

       (2). At least one person is charged with the commission of the offense.

**(3).** And is turned over to the court for prosecution.

**b.** Cleared by Exception:

**(1).** Has the investigation definitely established the identity of the offender?

**(2).** Is there enough information to support an arrest?

**(3).** Do you know the exact location of the offender so that you could take him into custody?

**(4).** Is there some reason beyond law enforcement control that stops you from arresting, charging and prosecuting the offender?

**D.   Investigative Services Section Supervisors:**

The Investigative Services Section Supervisors will review all completed and submitted reports from Detectives under their command to ensure the offense and recommended case closure classification in supplements are accurate.

**E.   Investigative Services Section Lieutenants:**

The Investigative Services Section Lieutenants will complete a quarterly audit of all exceptionally cleared case closures emanating from Detectives within the Investigative Services Section  to ensure compliance with UCR guidelines.

A memorandum will be authored to the Chief of Police via the Chain of Command highlighting the findings of the audit and any corrective action taken.

**F.   Police Operations Technician:**

The Police Operations Technician, under the direct management of the Division Major will work with the Records Section Manager to publish the De-

partment's semi-annual UCR report to FDLE by August 1st and the Annual UCR Report by February 1st for the preceding year.

**1.** Run the UCR report through Records Management System:

**a.** Enter the appropriate date range

**b.** January through June and January through December are the reporting periods.

**2.** Generate a report that summarizes all UCR reportable data:

**a.** An edit check is run inside the UCR program that validates totals and may produce an error report, if applicable.  Corrections are made and edit checks are run until there are no errors in the report by the Police Operations Technician.   The edit check will be performed on the first of every month and vetted with the Data Entry Supervisor and Police Operations Technician.

**b.** Semi-Annual Report - by July 15th of the reporting year, the semi-annual UCR report will be submitted to the Investigative Services Major for review by the Records Manager. The Investigative Services Lieutenant, Investigative Services Sergeants and Crime Analyst will verify the data for accuracy and return the report to the Records Section Manager for any corrective actions needed to Part I Crimes within one calendar week.

**c.** Annual Report - by January 15th, of the following reporting year, the annual UCR report will be submitted to the Investigative Services Major for review by the Records Manager. The Investigative Services Lieutenant, Investigative Services Sergeants

and Crime Analyst will verify the data for accuracy and return the report to the Records Section Manager for any corrective actions needed to Part I Crimes within one calendar week.

**d.** Agency Approval Process - within five business days of receipt of corrected UCR report, the Records Section Manager will be responsible for ensuring the agency's UCR report is corrected as needed by the Police Operations Technician and the Data Entry Supervisor.

**e.** The completed UCR report along with a memorandum agreed to by the Records Section Manager and the Investigative Services Major is then forwarded to the Administrative Bureau Assistant Chief for final approval and prior to the UCR data being electronically submitted to FDLE.

**f.** Upon receiving the final UCR report from FDLE, it will be forwarded to the Chief of Police for final approval.

**g.** The Chief of Police will approve the final report and it will be faxed to FDLE.

APPROVED BY:

**Frank G. Fernandez**          **10/08/2013**
**Chief of Police**                **Date**

**ATTACHMENTS:**

| | **FISCAL MANAGEMENT** | |
|---|---|---|
|  | **DEPARTMENT SOP: #158** | **CALEA: 17.4.2** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 02/28/2013** | **CFA:**<br><br>**7.01A-D, 7.02A-F, 7.03, 7.05** |

**PURPOSE:** To establish guidelines for the preparation and management of the Department's budget and annual expenditures.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The obtainment and maintenance of strategic initiatives relies upon the public funds entrusted to the Department. As such, the Department has the responsibility to provide a system of fiscal accountability that ensures money budgeted to our Department is utilized appropriately.

**INDEX:**

**I.    BUDGET PREPARATION ..................... 2**

  A.  Budget Planning: ................................ 2
  B.  Budget Preparation: ............................ 2

**II.   BUDGET MANAGEMENT ..................... 2**

  A.  Initial Appropriations: ........................... 2
  B.  Monthly Budget Status Reports: [7.01A-D] .......................................... 3
  C.  Emergency Fund Transfers: [7.05] ...... 3

**III.  PURCHASES ......................................... 3**

  A.  Purchasing Manual: ............................ 3
  B.  Purchasing Manual Provisions: ........... 3
  C.  Overview of Purchase Requests: ........ 4

**IV.  SPECIFIC PURCHASING GUIDELINES BASED ON COST ................................ 4**

  A.  Purchases less than $1,000: .............. 4
  B.  Purchases between $1,000- $9,999: ... 4
  C.  Purchases between $10,000- $24,999: ............................................................. 4
  D.  Purchases over $25,000: .................... 5
  E.  Emergency Appropriations: [7.05] ....... 5

**V.   PETTY CASH ALLOTMENT SYSTEM .. 6**

  A.  Safeguarding: [7.02] ........................... 6
  B.  Disbursement: [7.02][7.02C] ............. 6
  C.  Replenishment of Petty Cash Funds: .. 6
  D.  Tax Exempt Status: ............................. 7

**VI.  MEMBERS OR UNITS AUTHORIZED TO ACCEPT, COLLECT, OR DISBURSE FUNDS [7.02] ....................................... 7**

  A.  Members Authorized to Accept and/or Collect Funds: [7.02E] ......................... 7
  B.  Procedures for Fund Disbursements: . 7

**VII. RECORDS OF APPROPRIATION [7.02A,B,D] ........................................ 8**

  A.  Petty Cash: .......................................... 8
  B.  Collecting Payments: .......................... 8

**VIII. EMPLOYEE EDUCATIONAL ASSISTANCE PROGRAM .................... 9**

  A.  Prior Course Approval Required: ........ 9
  B.  Member Application for Reimbursement: ................................... 9
  C.  Executive/Management Application for Reimbursement: ................................... 9
  D.  Cancellation of Course/Program ......... 9

**IX.  PERSONAL COMPUTER & RELATED HARDWARE/SOFTWARE ACQUISITION ....................................... 9**

  A.  Requests for Computer Hardware/Software: .............................. 9
  B.  Information Technology Equipment/Software Request Approval: ............................................................. 9
  C.  Final Approval Process: ...................... 9

**X.   PREPARING FINANCIAL STATEMENTS [7.02F] ....................... 10**

  A.  Annual Statements: ........................... 10

   B.     Monthly Statements: ..........................10

**XI.    AUDITS OF CASH ACCOUNTS [7.02F]**
**...................................................10**

**XII.   ACCOUNTING ...................................10**

   A.     System: ..............................................10
   B.     Financial Audits and Fund Control:
          [7.03] ...............................................10
   C.     Grants: ..............................................11
   D.     Budget Appropriations Requests and
          Purchase Orders: ..............................11
   E.     Credit Card Control: ...........................11

**XIII.  FORFEITURE FUND ...........................11**

   A.     Proposal Format/Content: .................11
   B.     Proposal Requests: ...........................12
   C.     Payment of Funds: ...........................12
   D.     Reporting/Site Visits: ........................13
   E.     Depositing Forfeiture Funds ..............13

**XIV.  DEFINITIONS: .....................................13**

   A.     ACCOUNTING SYSTEM: ..................13
   B.     ALLOCATED: ....................................13
   C.     ANNUAL BUDGET: ..........................13
   D.     APPROPRIATION: ............................13
   E.     AUDIT: ..............................................13
   F.     BUDGET CALENDAR: ......................13
   G.     BUDGET TRANSFER: ......................13
   H.     EMERGENCY PURCHASE: .............13
   I.     EXPENDITURE: ................................13
   J.     FISCAL YEAR: .................................13
   K.     FUND: ...............................................13
   L.     GENERALLY ACCEPTED
          ACCOUNTING PRINCIPLES: ...........14
   M.   PURCHASE: .....................................14
   N.     PURCHASE ORDER: ........................14
   O.     PURCHASING MANUAL: ..................14

**PROCEDURE:**

**I.   BUDGET PREPARATION**

The Budget is perhaps the single most valuable document for assisting the Chief of Police in meeting the growing service demands of the community. The following process will assist in the careful thought and preparation of this document:

   **A.  Budget Planning:**

      Division Majors will continually assess their areas of responsibility. They will examine current operations, plan for future operational goals and objectives,

and determine the equipment needs of each component. This review and planning process will be the foundation for preliminary budget development and requests for the next year.

   **B.  Budget Preparation:**

      During March of each year, the Chief of Police and the Fiscal Affair's Unit will provide all Division Majors with a budget calendar and guidelines for preparing budget requests. The guidelines will include a chart of line items, a glossary with a brief description of the items classed in each account type, and budget preparation worksheets.

      **1.  Assessment:** Division Majors will review their previous year's budget and evaluate spending trends which will serve as a guide for establishing fiscal needs for the following year.

      **2.  Justification:** Division Majors must provide written justification for additional personnel, new programs or projects. All capital acquisitions must be fully explained and justified.

      **3.  Budget Workshop:** The Chief of Police will conduct workshops with each Division Major and review each budget request.

      **4.  Development of Department Budget:** Information from Budget Workshops will be used to prepare a consolidated Department budget for the Chief of Police to review. The final budget will be submitted to the City Manager in conformance with established deadlines.

**II.  BUDGET MANAGEMENT**

Budget Management is a continuous process involving the Fiscal Affair's Unit and Members of the Department. The process includes the following:

   **A.  Initial Appropriations:**

      Once the budget is approved by the Mayor and City Commission, the Chief

of Police and the Fiscal Affair's Unit will oversee the initial appropriation for each account to the respective cost centers.

**B. Monthly Budget Status Reports:** **[7.01A-D]**

Division Majors will be provided monthly budget reports that are to be reviewed by each Unit Supervisor.  This will allow the Supervisors to plan procurement activities for subsequent months.    The Monthly Budget Status Report will include the following:

1.   Initial Appropriation. **[7.01A]**

2.   Beginning Balance. **[7.01B]**

3.   Expenditures. **[7.01C]**

4.   Encumbrances. **[7.01C]**

5.   Unencumbered Balance. **[7.01D]**

**C. Emergency Fund Transfers**: **[7.05]**

If circumstances develop during the fiscal year that require emergency funds for non-budgeted expenditures, the following will occur:

1.   **Requesting Supervisor's Responsibility:** The requesting Supervisor will submit a Budget Transfer Memorandum via the Chain of Command to the Chief of Police. The Chief of Police will review the request and will approve or disapprove the request.

2.   **Upon Approval:** The Fiscal Affairs Unit will prepare a Request for Transfer of Funds Form (see **Appendix A**).  The request will then be forwarded to the City's Office of Budget and Procurement Services for approval.

   a.   **Same Category Transfers:** Office of Budget and Procurement Services can only approve budget transfers within the same budget category and not from one category to another.

The Budget categories are as follows:

   **(1).** Personnel Services.

   **(2).** Operating.

   **(3).** Capital Funding.

   b.   **Unlike Category Transfers:** If a budget category transfer has to be made from one budget category to another, a request must be made from the Chief of Police to the City Manager for approval.

3.   **Amendments:**  If the Department's funding does not meet the anticipated needs of the Agency, a request for a supplemental appropriation may be prepared.  The Chief of Police will present this request as a budget amendment utilizing a Memorandum directed to the Mayor and City Commissioners submitted via the City Manager.

Only the Mayor and Commissioners have the authority to increase the allocated amounts, approving the transfers of funds from the City's contingency fund into the Department's budget.

**III. PURCHASES**

   **A. Purchasing Manual:**

The City of Hollywood Purchasing Manual establishes the guidelines used by the City for all purchases.  A copy of the Purchasing Manual is maintained by the Department's Fiscal Affairs Unit and is also available at the Office of Budget and Procurement Services.

   **B. Purchasing Manual Provisions:**

This Manual contains provisions that detail:

1.   Specifications for items requiring standardized purchases.

2. Bidding procedures.

3. Criteria for the selection of vendors and bidders.

4. Procedures for the emergency purchasing or rental agreements for equipment.

5. Procedures for requesting supplemental or emergency appropriation and fund transfer.

**C. Overview of Purchase Requests:**

All purchases or requests for service which require expenditure by the Department must be processed by the Department's Fiscal Affairs Unit prior to the actual purchase or service delivery. All purchase requests will be submitted on the Budget Appropriation Request Form (see **Appendix B**).

1. Requests above $1000.00 must be authorized by the Division Major and the Division Major's Assistant Chief of Police prior to submission to the Fiscal Affairs Unit.

2. Requests under $1000.00 require only the Division Major's authorization prior to submission to the Fiscal Affairs Unit.

3. No purchase will exceed the original authorized amount. If an exemption is required, approval will be requested through the Fiscal Affairs Unit, subject to approval by the Chief of Police.

4. The Fiscal Affairs Unit processes all invoices. If a Member receives an invoice directly it should be reviewed for accuracy after approval via chain of command and immediately forwarded to the Fiscal Affairs Unit. The City is obligated to satisfy the requisition for payment in a timely manner.

5. Purchases estimated at a cost of $500 or more require that three bids be obtained. Depending upon the amount, the Member should obtain three verbal or written bids. A copy of the written bids should be attached to the Budget Appropriation Request Form. Facsimile bids will be accepted. Purchases of $25,000 or more require a formal bid process by resolution.

6. When oral quotes are allowed, all oral quotes will be recorded on a Telephone Quotation Log (see **Appendix C**) which will serve as documentation. The names of the bidders submitting quotations, and the date and amount of each quotation will be recorded and maintained for public record. The Telephone Quotation Forms will be attached to the Budget Appropriations Request.

7. Members will make every effort to ensure the fair and open solicitation of competitive quotes. Awards will be made to the lowest responsive bidder. The participation of minority owned firms in the bidding process is encouraged.

**IV. SPECIFIC PURCHASING GUIDELINES BASED ON COST**

**A. Purchases less than $1,000:**

Oral price quotations are acceptable for solicitations up to $1,000. Multiple quotes should be obtained whenever possible.

**B. Purchases between $1,000- $9,999:**

The preferred method for obtaining prices for purchases in this category will be by written or facsimile quotations. In the case of operational necessity, oral quotations are acceptable at the discretion of the Fiscal Affairs Unit. If approved, the quotes will be recorded on a Telephone Quotation Form.

**C. Purchases between $10,000- $24,999:**

These purchases will only be made after obtaining written bids. Quote Approval Form (see **Appendix P**) will be attached

to the written bids and sent to the director of Office of Budget and Procurement Services, describing the specifications or scope of work of the goods or services required.   Office of Budget and Procurement Services will:

1. Mail an Invitation for Bids (IFB) to all registered vendors who offer the applicable goods or service.

2. Provide sufficient time to encourage competitive bidding.

3. Make every effort to obtain a minimum of three bids for each item or group of items required. The bid will be awarded to the lowest responsive bidder.

**D. Purchases over $25,000:**

A Solicitation Request Form (see **Appendix D**) must be completed since these purchases require a competitive sealed bidding or competitive sealed proposal process to be used.  The procedure is as follows:

1. Office of Budget and Procurement Services prepares the bid or proposal using the terms and conditions appropriate to the technical specifications.

2. Office of Budget and Procurement Services with the assistance of the Member requiring the purchase, will prepare a mailing list utilizing vendors on file, minority business enterprise list (W/MBE), publications, catalogs, and other sources.

3. The bid or proposal is advertised at least one time in a newspaper of general circulation, for not less than 10 calendar days.

4. Copies of all bids are sent to the requesting Member for their review and recommendation.

5. An evaluation committee will be appointed to review all proposals for ranking and recommendation.

6. The recommendation to award will be publicly posted for a minimum of five business days prior to the award.

7. Awards of all bids or proposals over $25,000 will be approved by the City Manager.

8. The City Commission must approve contract awards for professional services over $25,000 and bids or proposals over $50,000.

9. Sealed bids or proposals received by the facsimile machine will not be accepted.

**E.  Emergency Appropriations:** [7.05]

All emergency appropriations will be governed by City Policy and will be approved by a Division Major and/or Fiscal Affairs as follows:

1. During normal daytime business hours, an emergency purchase order will be issued or the expenditure of petty cash funds will be authorized by a Division Major and Fiscal Affairs.   After normal business hours, a Division Major will authorize the expenditure.

2. All emergency appropriations will be documented by Memorandum to the Chief of Police within 24 hours of the purchase.   The Memorandum will contain:

   a. The emergency necessitating the expenditure of funds.

   b. Documentation of item(s) purchased.

   c. Cost.

   d. Vendor name.

   e. Vendor address.

   f. Vendor phone number.

3. Office supplies and normal operating equipment are not considered emergency supplies and will be requisitioned in advance to ensure adequate supply. The Support Services Division Major will ensure the adequate inventory of operational supplies.

## V. PETTY CASH ALLOTMENT SYSTEM

The Fiscal Affairs Unit is responsible for the maintenance of the Petty Cash Allotment System, which allows for the expenditure of cash funds without a Budget Appropriations Form. A quarterly accounting report of the Agency's cash activities will be completed by the Fiscal Affairs Unit and sent to the Chief of Police or designee via E-mail. Members will adhere to the following procedures: **[7.02A,7.02F,17.4.2A,F]**

**A. Safeguarding: [7.02]**

Petty Cash will be maintained in a secured location designated by the receiving Division Major.

The Division Major or Non-Sworn Manager of the Unit who collects payments or makes deposits will:

1. Provide a minimum number of keys or combinations to authorized Members.

   a. A Key/Combination Log (see **Appendix M**) will be maintained listing all persons to whom keys or combinations are issued.

   b. If a Member authorized to access funds is transferred or loses authorization privileges, the key will be retrieved or the combination changed.

**B. Disbursement: [7.02][7.02C17.4.2C]**

Petty Cash will be given to the following Units and disbursed at the authorization and discretion of the Division or Unit Commander. Requests for disbursement in excess of amounts listed below will require the approval of the Chief of Police. **[7.02C]**

1. Fiscal Affairs Unit: $500.$^{00}$

2. Legal: $150.$^{00}$

3. Investigative Services: $2,500.$^{00}$

4. Records: $200.$^{00}$

5. V.I.N. Unit: $12,000.$^{00}$

6. Street Crimes Unit: $5000.$^{00}$

**<u>Note:</u>**

Investigative Services, VIN Unit, and Street Crimes Unit's funds are specifically to be used for investigation purposes.

**C. Replenishment of Petty Cash Funds:**

When a Petty Cash fund needs to be replenished, the following procedure applies:

1. The Division Major of the Unit requesting replenishment will submit a Memorandum with a copy of the Petty Cash Receipts to his respective Assistant Chief.

2. Upon the Assistant Chief's approval, the Fiscal Affair's Unit Fiscal Affairs Manager will prepare a written request for the funds, identifying the requesting Division Major and the amount requested.

3. The written request will be sent to the City's Finance Services Department.

4. If approved, the City's Finance Services Department will issue a check in the name of the Division Major making the request.

5. The Division Major will, cash the check at a City designated financial institution and immediately deposit the funds in a secured location.

**D. Tax Exempt Status:**

Circumstances may require the purchase of an item with petty cash. In those instances, Member's will either provide the vendor the City's tax-exempt status number or provide them a copy of the Tax Exempt Certificate when needed (see **Appendix J**). Copies are available from Fiscal Affairs.

In addition, a Blanket Certificate for Tax Exempt State Certification Letter (see **Appendix K**) is also available in the Fiscal Affairs Unit for vendors who may require additional proof.

**VI. MEMBERS OR UNITS AUTHORIZED TO ACCEPT, COLLECT, OR DISBURSE FUNDS** [7.02A,17.4.2A,E]

**A. Members Authorized to Accept and/or Collect Funds:** [7.02E]

Certain Members and Units are authorized to collect cash, checks and make bank deposits for activities such as services rendered, settlements, reimbursements, accounts receivable and found property.

**1. Fiscal Affairs:**

    **a.** Fiscal Affairs Manager

    **b.** Financial Analyst

    **c.** Secretary.

**2. Records:**

    **a.** Records Administrative Secretary.

    **b.** Records Clerical Specialist.

    **c.** Records Secretary

    **d.** Central Records Accounting Clerk.

**3. Legal Unit:**

    **a.** Police Legal Advisor.

    **b.** Legal Secretary.

**4. Crime Scene Unit:**

    **a.** Crime Scene Technician II

    **b.** Secretary

**5. Property and Evidence Unit:** The Property and Evidence Custodian.

**6. Public Information Desk:** The Member assigned at the time of collection.

**B. Procedures for Fund Disbursements:**

Those Members and Units authorized to receive funds will disburse (deposit) the funds collected as follows:

**1. Fiscal Affairs:** The Fiscal Affairs Unit will deposit all their collections and the funds from the Legal Unit, the Property and Evidence Unit, and Public Information Desk directly into the Bank Account set up for such deposits.

**2. Records:** Records will send all funds collected by Records and the Crime Scene Unit to the City Financial Services-Treasury, along with a Daily Cash Report (see **Appendix L**).

**3. Legal Unit:** The Legal Unit will forward all collected funds to the Fiscal Affairs Unit for deposit along with a Memorandum explaining their origin.

**4. Crime Scene Unit:** The Crime Scene Investigations Unit will send all funds to Records for disbursement. A Daily Cash Report will accompany the collected funds.

**5. Property and Evidence Unit:** The Property and Evidence Unit will send all funds to the Fiscal Affairs Unit for deposit along with a Memorandum explaining their origin.

**6. Public Information Desk (PID):** Payments for the release of im-

pounded vehicles pursuant to the Vehicle Impoundment Ordinance will be accepted at the Police Information Desk (PID) in accordance with following procedures:

**a.** The Member staffing the PID will complete the "Receipt for and Release of Property Form" (see **Vehicle Impoundment Ordinance SOP**) only after collecting $500 in cash, cashier's check, money order or certified check made payable to the "City of Hollywood Impoundment Fund".

**b.** Any cash collected will be visually checked for signs of counterfeiting and tested with a counterfeit detection marker.

**c.** Two copies of the form will be given to the Payee, one copy for the Payee's records and one copy for the Payee to give to the wrecker service.

**d.** The PID Member will staple the original and remaining copies of the "Receipt for and Release of Property Form" to an envelope marked "Vehicle Impoundment Fine" which will contain the collected money.

**e.** The PID Member will immediately deposit this "package" into the Public Information Desk's safe.

**f.** Fiscal Affairs Members will be responsible for retrieving and depositing these funds into the appropriate account.

## VII. RECORDS OF APPROPRIATION
[7.02A,B,D,17.4.2A]

### A. Petty Cash:

Issuance, expenditures, and reimbursements of Petty Cash will be documented as follows:

**1.** **Petty Cash Ledger:** The Supervisor designated by the Division Major will maintain The Petty Cash Ledger (see **Appendix H**). The Ledger will be stored with the petty cash. The Ledger will reflect the cash balance, the credits (cash received), debits (cash disbursed) and the balance on hand for each petty cash account. **[7.02A]**

**2.** **Petty Cash Receipts:** The Supervisor dispensing the petty cash will complete a Petty Cash Receipt; in triplicate (see **Appendix I**). The Receipt will reflect the date, the name of the Member receiving the petty cash, the purpose and the signatures of the Supervisor issuing the petty cash and the Member receiving the funds. **[7.02B,17.4.2B]**

**3.** **Petty Cash Expenditures:** The person utilizing the petty cash will provide written documentation (receipts, memorandum and/or expense reports) of all disbursements of the funds issued. Petty cash will not be used to circumvent the purchasing system. It will only be used for emergencies and/or expenses such as parking, tolls, etc. **[7.02D,17.4.2D]**

**a.** All receipts, accompanied by a memorandum from the Major of the Member making the expenditure, will be sent to the Fiscal Affairs Unit when a request for reimbursement is made.

**b.** All petty cash expenditures will be charged against the program budget utilizing the purchased item.

### B. Collecting Payments:

Members who collect payments will issue a receipt for all cash and checks received.

A report of all cash receipts will be forwarded to the Fiscal Affairs Unit.

## VIII. EMPLOYEE EDUCATIONAL ASSISTANCE PROGRAM

The Police Department will assist permanent full-time Members with tuition reimbursement for training or educational programs designed to strengthen their abilities, which in turn directly benefits the Department by assisting them in performing their duties.

These programs are outlined in current Collective Bargaining and Management Agreements.

### A. Prior Course Approval Required:

All Members, except those assigned to Executive/Management positions, must have prior course approval before tuition reimbursement can be applied for. These Members will complete the following:

1. **Sworn:** Sworn Members will obtain prior approval from the Chief of Police via their Chain of Command utilizing the Request for Course Approval Form (see **Appendix E**).

2. Courses must be completed within the time indicated in the Request for Course Approval Form. If not, a new Request Form must be resubmitted.

### B. Member Application for Reimbursement:

All Members, except those assigned to Executive/Management positions, will apply for tuition reimbursement as follows:

1. **Sworn:** Sworn Members will complete a Tuition Reimbursement Application Form (see **Appendix F**) and send it, with a copy of the appropriate course approval, copy of their grades and receipts for tuition and books to the Fiscal Affair's Unit for processing, within one month of completing the course/program.

### C. Executive/Management Application for Reimbursement:

Tuition Reimbursement Application Form for Executive/Management Members (see **Appendix G**) must be completed appropriately and sent to the City's Human Resources Department directly for processing.

### D. Cancellation of Course/Program:

Any Member who fails or cancels a course/program must notify the Fiscal Affairs Unit, via a memorandum, within one week of the cancellation or failure.

## IX. PERSONAL COMPUTER & RELATED HARDWARE/SOFTWARE ACQUISITION

The City promotes a standardized selection process for all personal computer and related hardware/software systems. The City's Department of Information Technology is the central clearinghouse for all such purchases and requires approval as follows:

### A. Requests for Computer Hardware/Software:

All Department personnel requiring micro-computer technology will submit a written request via e-mail or by Memorandum to the City's Department of Information Technology Manager prior to submitting a Budget Appropriation Request. The request will describe the equipment and the system(s) intended use.

### B. Information Technology Equipment/Software Request Approval:

The City's Department of Information Technology Manager will request an Information Technology Equipment/Software Request approval number from the City's Department of Information Technology.

### C. Final Approval Process:

Upon approval, an Information Technology Equipment/Software Request approval form will be sent to the Public

Safety Systems and Communication Manager who will forward the approval to the requesting Member. The Information Technology Equipment/Software Request approval and the Budget Appropriations Request will be forwarded to the Assistant Chief of Police of the Member's Bureau.

## X. PREPARING FINANCIAL STATEMENTS [7.02F]

### A. Annual Statements:

The Fiscal Affairs Unit will be responsible for preparing an annual FY financial statement concerning all petty cash accounts by October 15th. This financial statement will be sent to the Administrative Bureau Assistant Chief of Police.

### B. Monthly Statements:

The Division Majors/Non-Sworn Managers of Units who accept payments or make deposits will:

1. Maintain a file on all collections and disbursements.

2. Fiscal Affairs Unit will prepare a monthly financial statement from a running ledger of all the weekly receipts. These ledger entries will include:

   a. Week beginning date.

   b. Date received in Unit.

   c. Date of bank deposit.

   d. Date posted.

   e. The amount.

## XI. AUDITS OF CASH ACCOUNTS [7.02F]

**Internal Audit:** The Chief of Police will assign a person to conduct an Internal Audit to ensure all cash funds have been collected, disbursed or deposited, including petty cash accounts, according to this SOP. The internal audit report will be available no later than

October 15 of each year and forwarded to the Chief of Police or designee for review.

## XII. ACCOUNTING

### A. System:

The Department and the City maintain information concerning appropriations, cash balances, unencumbered balances, expenditures, receipts, and open purchase orders. This information can be retrieved by contacting the Fiscal Affair's Unit.

### B. Financial Audits and Fund Control: [7.03]

The City's Director of General Accounting Financial Services is responsible for preparing financial statements, fund control, and coordinating an independent financial audit. These duties include:

1. Ensuring that an annual independent financial audit of the Department's fiscal activities is completed within 6 months after the fiscal year ends in accordance with F.S. 11.45. A City authorized independent accounting firm will prepare financial statements of record.

2. Assisting individual auditors during examination of the accounts and records of the Department.

3. Disseminating audit findings to appropriate Staff Members and soliciting responses when appropriate.

4. Preparing a final report of responses and audit findings to the Mayor, City Commissioners, City Manager, and the Chief of Police.

5. Conducting annual internal and management audits of investigative funds and other audits as needed by the Department.

6. Making internal control recommendations for all fund activities.

**C. Grants:**

Separate subsidiary accounting records will be maintained to record revenues and expenditures independently generated by grant activities. Therefore, all grant applications will be submitted to the Professional Standards Major for review and subsequent financial analysis and processing by Fiscal Affairs. Any grant documents received after application should be forwarded to the Fiscal Affairs Unit.

**D. Budget Appropriations Requests and Purchase Orders:**

Upon approval, all Budget Appropriation Requests approved by an Assistant Chief of Police will be submitted to the Fiscal Affairs Unit.

1. The secretary assigned to Fiscal Affairs will enter the requisition information into the computer system. The City's Office of Budget and Procurement Services will generate a Purchase Order.

2. The Office of Budget and Procurement Services will send copies of the Purchase Order to the Department's Fiscal Affair's Unit for distribution.

3. Fiscal Affairs will send a copy of the Purchase Order to the Quartermaster Section for inventory control.

4. Upon receipt of the goods, a receiving copy will be forwarded to the Fiscal Affairs Unit by the Quartermaster Section to be matched with the invoice for payment.

5. The Fiscal Affairs Unit is responsible for matching invoices to Purchase Orders attesting to their validity and processing the detail for payment. All fund disbursements for goods and services will be processed on a timely basis by Fiscal Affairs. Discounts will be taken whenever possible.

**E. Credit Card Control:**

Designated Department Members are authorized to use credit cards to make purchases. Requests for credit cards must be submitted, with Supervisory approval to the Fiscal Affairs Unit on a City of Hollywood, Florida Purchasing Card Request/Certification/Receipt Request Form (see **Appendix N**).

The Member's name, rank, and Division must be indicated on the Form. The Fiscal Affairs Unit will maintain a log of the credit cards issued. Upon receiving the credit card billing statement, receipts will be matched to the statement to verify the authenticity of the transactions. The reconciled billing statement will be processed for payment.

**XIII. FORFEITURE FUND**

Monies confiscated and intended for forfeiture will be deposited into the Property and Evidence Unit as directed under SOP 270. A review by the Police Legal Advisor is required before any expenditure can be made from the Law Enforcement Trust Fund (LETF) to ensure the appropriateness of the expenditure or use of property in accordance with current Florida Law. The use of LETF funds can be accomplished by either the Department's direct participation in suggested activities or by demonstrating a substantial Law Enforcement benefit for the proposed expenditure. The following procedures provide for the requested use of these funds:

**A. Proposal Format/Content:**

Verbal requests for LETF money will not be considered. Each request for LETF or forfeited property will contain a completed Hollywood Police Department LETF Grant Application (see **Appendix O**) which will be attached to a Memorandum addressed to the Chief of Police. This Memorandum will contain the following information:

1. Problem/Issue identification for funding purposes.

2. Project Description to include how funds/property will be used to solve the problem and how the Department will be directly involved. The description should also describe:

   a. The target audience

   b. Duration of the funding

   c. The goals and objectives of the proposed use of funds.

   d. The amount of time that will be incorporated into the program for drug prevention and crime prevention activities and education.

   e. Evaluation criteria.

3. Identification of program staffing, if appropriate. Staffing should include a list of staff by title, qualifications, and how said positions are to be funded (i.e. program funded, in-kind support or volunteers).

4. A line item budget.

5. A budget narrative detailing the justification of each category.

6. Procedures as to whom and how disbursements and reimbursements are to be completed.

7. Incorporation documentation including the names, addresses and telephone numbers of all corporate Officers, Directors, and the registered Agent.

**B. Proposal Requests:**

Proposals for the use of LETF will:

1. Be forwarded to the Chief of Police for review. The Chief will confer with the Department's Legal Advisor, confirming or disapproving the program as a legitimate LETF expenditure.

2. The Legal Advisor will provide a written opinion to the Chief's Office.

3. The Chief of Police will review the proposal and determine its appropriateness based on its fiscal impact, need for the project, Legal Advisor recommendation, and the availability of LETF money.

   a. **Approved LETF Proposals:** Approved proposals will be forwarded by the Chief of Police to the City Commission for expenditure authorization, stating that the funding request complies with requirements of F.S. 932.7055.

   b. **Denied LETF Proposals:** The Chief of Police will return denied proposals to the Administrative Bureau Assistant Chief of Police for purposes of notification.

4. A complete record of all proposal requests, including all supporting documentation, will be maintained by the Chief of Police.

**C. Payment of Funds:**

All external requests for LETF money or forfeited property that are approved will be processed through the Chief of Police.

The disbursement of funds will be accomplished by:

1. A City of Hollywood Law Enforcement Trust Fund check, made payable, whenever possible, to the requesting organization.

2. Checks will not be made payable to individuals unless approved by the Chief of Police.

3. A cash disbursement of LETF money is not permitted.

**D. Reporting/Site Visits:**

Grant recipients may be required to submit monthly, quarterly, or annual progress reports accounting for all funds received. Field Evaluations will be conducted at the direction of the Chief of Police.

**E. Depositing Forfeiture Funds:**

When the Legal Advisor identifies a case for forfeiture proceedings, Property and Evidence will be notified via memoranda.

1. Verification of funds will be made by two members of the Fiscal Affairs Unit. The Legal Advisor will then notify Fiscal Affairs of the need for a filing fee.

2. Upon Court proceeding conclusion, an "Award Memorandum" will be produced by the Legal Advisor. This memorandum will release the Property and Evidence Unit to transfer these monies to Fiscal Affairs for deposit into the appropriate City account.

## XIV.   DEFINITIONS:

**A. ACCOUNTING SYSTEM:**

A system of financial record keeping which records, classifies, and reports information on the financial status and operation of an organization.

**B. ALLOCATED:**

To distribute budgeted funds among various cost centers.

**C. ANNUAL BUDGET:**

The financial plan of operation approved by the Mayor and City Commission. It includes an estimate of proposed expenditures for the fiscal year.

**D. APPROPRIATION:**

Money that the Agency is authorized to spend for a specific purpose, such as for personnel services, salaries, operating expenses, capital, etc.

**E. AUDIT:**

An official review of the Department's accounting system to ensure that financial records are accurate and in compliance with all legal requirements of public funds.  Accounting professionals in conformance with recognized guidelines will perform this review.

**F. BUDGET CALENDAR:**

The schedule of key dates the Department follows in the preparation and adoption of the budget.

**G. BUDGET TRANSFER:**

A budgetary transaction that modifies the adopted line appropriation within a budget.

**H. EMERGENCY PURCHASE:**

Purchasing of any goods or services using City funds in an emergency situation.

**I. EXPENDITURE:**

The actual outlay of cash or credit for goods and services received.

**J. FISCAL YEAR:**

A financial period to which revenues, appropriations, and expenditures are related for accounting purposes.  The fiscal year for the City of Hollywood begins October 1st and ends September 30th of the following year.

**K. FUND:**

A set of interrelated, self-balancing accounts that record the assets, liabilities, revenues and expenditures related to a specific purpose.

**L. GENERALLY ACCEPTED ACCOUNTING PRINCIPLES:**

Accounting processes developed and documented by nationally recognized professional organizations for conducting, measuring, and reporting financial and related activities in a consistent manner.

**M. PURCHASE:**

A purchase is an acquisition of commodities or services. Commodities are any of the various supplies, materials, goods, merchandise, equipment and other tangible property purchased, leased, or otherwise contracted for by the Hollywood Police Department. Services are intangible works or duties performed by others for the benefit of the Hollywood Police Department.

**N. PURCHASE ORDER:**

A document issued to authorize a vendor to deliver specified merchandise or render a specified service for a stated estimated price.

**O. PURCHASING MANUAL:**

The official guidelines for purchasing any goods or services using City funds.

---

APPROVED BY:

**Frank G. Fernandez          Date**
**Chief of Police**

02/28/2013

**ATTACHMENTS:**

- **Appendix A:** Request for Transfer of Funds.

- **Appendix B:** Budget Appropriation Request.

- **Appendix C:** Telephone Quotation Log.

- **Appendix D:** Solicitation Request Form.

- **Appendix E:** Request for Course Approval Form for Police Officers.

- **Appendix F:** Tuition Reimbursement Application form for Sworn Members

- **Appendix G:** Tuition Reimbursement Application Form for Executive/Management Professional Members.

- **Appendix H:** Petty Cash Ledger.

- **Appendix I:** Petty Receipt.

- **Appendix J:** Tax Exempt Certificate.

- **Appendix K:** Blanket Certificate of State Sales Tax Exemption.

- **Appendix L:** Daily Cash Report.

- **Appendix M:** Keys/Combinations Log.

- **Appendix N:** Florida Purchasing Card Request/Certification/Receipt Request.

- **Appendix O:** Hollywood Police Department LETF Grant Application.

- **Appendix P:** Quote Approval Form.

# CITY OF HOLLYWOOD
## REQUEST FOR TRANSFER OF FUNDS

FUND NUMBER:

FUND NAME:

TOTAL TRANSFER REQUEST:

REQUESTING DEPARTMENT:

REQUESTING DIVISION:

CONTACT PERSON / EXT:

### Transfer From:

| ACCOUNT NAME: | ACCOUNT NUMBER: | AMOUNT BUDGETED: | REQUESTED AMOUNT: |
|---|---|---|---|
| | | (Budget Use Only) | |
| | | | |
| | | | |
| | | | |
| | | TOTAL REQUEST: | |

### Transfer To:

| ACCOUNT NAME: | ACCOUNT NUMBER: | AMOUNT BUDGETED: | REQUESTED AMOUNT: |
|---|---|---|---|
| | | (Budget Use Only) | |
| | | | |
| | | | |
| | | | |
| | | TOTAL REQUEST: | |

### Explanation For Available Funds:

### Justification For Needed Funds:

### APPROVALS:

| Department Head: | Budget Director: | Finance Director: | City Manager: |
|---|---|---|---|
| Date: | Date: | Date: | Date: |

White Copy: Finance        Yellow Copy: Budget Office        Pink Copy: Requesting Department

06-01 (Rev. 03/06)

## BUDGET APPROPRIATIONS REQUEST

**Date**:          **Division**:          **Section**:          **Prepared by**:

**Unit Supervisor**:          **Date**:

**Justification**:

| SPECIFICATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | AMOUNT | TYPE | COLOR | SIZE | STOCK/MODEL # | EST. UNIT COST | EST. TOTAL COST |
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

| BRAND NAME | FIRM HANDLING ITEM | SALES REPRESENTATIVE | PHONE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### SPECIAL INSTRUCTIONS - (ATTACH BROCHURE or PICTURE IF AVAILABLE)

☐   APPROVED   ☐   DISAPPROVED   DIVISION COMMANDER: _____   DATE: _____

☐   APPROVED   ☐   DISAPPROVED   ASSISTANT CHIEF: _____   DATE: _____



HOLLYWOOD POLICE DEPARTMENT
TELEPHONE QUOTATION LOG

| Date of Call | Company Name/Number | Name of Representative | Description of Item | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# CITY OF HOLLYWOOD, FLORIDA

## PROCUREMENT SERVICES DIVISION

### Solicitation Request Form
(Use for bids, RFPs, RLIs, RFQs)

Date _____

Department/Office _____                    Division/Area _____

Contact Person _____                       Title _____

Phone _____                                Email _____

1. Product/Service being requested (be specific.) _____

2. Detailed description of the products/services function and purpose. _____

    Are there alternative products/services capable of performing the required function? _____

3. Has this product/service previously been formally solicited by the City of Hollywood?

    ☐ Yes ☐ No ☐ Unsure

    If yes, please provide previous solicitation number. _____

4. Has this product/service previously been formally solicited by another government agency?

    ☐ Yes ☐ No ☐ Unsure

    If yes, please provide details and copy if available. _____

5. Total estimated cost of the requested product/service? _____

    Has this cost been approved in your budget? ☐ Yes ☐ No

    If yes, provide Account Number (s.) _____                _____

*Procurement Service Division use only*

| | | |
|---|---|---|
| *Requisition # R_____* | *Purchase Order # P_____* | *Blanket Purchase Oder #* |
| *BPO_____* | | |
| *(As Applicable)* | *(As Applicable)* | *(As Applicable)* |

6. Formal Solicitations must be advertised for a minimum of 10 (ten) days and typically not more than 30 (thirty) days. How long is the Department/Office requesting to advertise this solicitation? _____ Days

7. Is a pre-bid meeting required? ☐ Yes ☐ No

      If yes, are you requesting it to be mandatory? ☐ Yes ☐ No

8. Project location? _____

9. Completion Time: Final completion of this project shall be in _____ calendar days once a Notice To Proceed (NTP) is given to the awarded vendor.

10. Are you requesting this formal solicitation require liquidated damages (liquidated damages are not penalties, they should represent the amount of monies the City will incur/lose if the project is not completed in require time?)

    ☐ Yes ☐ No

11. Please list any special licenses or certification require to bid. _____

12. Are there any outside entities assisting with this solicitation (i.e. Architect, Consultant, etc?)
    ☐ Yes ☐ No

    If yes, please provide the information:

    Entity _____      Contact Person _____

    Phone _____    Email _____

13. Are there attachments associated with this request? ☐ Yes ☐ No

14. Would this purchase(s) result in the potential of future purchases for related products/services being restricted to a particular vendor or create a specific vendor as sole source provider for related items?

    ☐ Yes   ☐ No

    If yes, please describe the related products/services and estimated cost(s.)
    _____

15. Would this purchase(s) result in any future maintenance costs which are not included in the initial purchase?

    ☐ Yes ☐ No

    If yes, please attach a draft maintenance plan which includes cost estimates and funding source(s.)
    _____

16. Is this a grant related purchase? ☐ Yes ☐ No

    If yes, please provide details (timeline, expiration dates, milestones, special procurement requirements, etc.) _____

    Will this require matching funds? ☐ Yes ☐ No

*Procurement Service Division use only*

| | | |
|---|---|---|
| *Requisition # R_____* | *Purchase Order # P_____* | *Blanket Purchase Oder #* |
| *BPO_____* | | |
| *(As Applicable)* | *(As Applicable)* | *(As Applicable)* |

Original Date: 02/11/2013                         Page 2 of 4
Revised Date:                                  Appendix D SOP #158
File Name: Appendix D Solicitation Request Form

What is the grant source? _____

What is the grant (dollar) amount? _____

17. Does this solicitation for product/service work in conjunction with any other Department/Office or will it impact any other Department/Office? ☐Yes ☐ No

If yes, please provide details on Department/Office and how._____

Signature(s) below of other Department/Office Director(s) indicates they have reviewed and agree to this Request Form.

_____  _____
Signature                                        Department/Office

_____  _____
Signature                                        Department/Office

18. Please provide the names of suggested evaluations committee member:

_____  _____

_____  _____

_____  _____

19. Please provide any specific vendor(s) to be included in the notification of this solicitations.
_____

To be completed by Procurement Services Division upon award recommendation

Advanced search of the vendor recommended for award on the Federal Government's Excluded Parties List System at www.epls.gov.

Date of Advanced Search _____

Company Name(s) Searched          Search Results
_____                                          _____

_____                                          _____

_____                                          _____

_____                                          _____

_____  _____
Contact Person's Signature                    Date

_____  _____
Supervisor's Signature                        Date

*Procurement Service Division use only*

*Requisition # R_____*     *Purchase Order # P_____*     *Blanket Purchase Oder #*
*BPO _____*
*(As Applicable)*                          *(As Applicable)*                          *(As Applicable)*

_____          _____
Director's Signature                      Date

| APPROVAL (Procurement Service Division Use Only) | | | |
|---|---|---|---|
| Verified By: | | Date | |
| Approved By: | | Date | |

*Requisition # R_____*          *Purchase Order # P_____*          *Blanket Purchase Oder #*
*BPO_____*
*(As Applicable)*                              *(As Applicable)*                              *(As Applicable)*

Original Date: 02/11/2013                                                                Page 4 of 4
Revised Date:                                                                              Appendix D SOP #158
File Name: Appendix D Solicitation Request Form



# CITY OF HOLLYWOOD, FLORIDA
# POLICE DEPARTMENT
## POLICE OFFICER EDUCATIONAL ASSISTANCE PROGRAM
## REQUEST FOR COURSE APPROVAL

**Instructions:**
1. **Prior** to submitting this form, confirm you meet the requirements of the Educational Reimbursement Program in the current Collective Bargaining Agreement.
2. **Attach** a copy of the degree program that indicates program requirements.
3. Members will only be reimbursed for **one** job related degree at each level (e.g. Associate's or Bachelor's or Master's level degree).
4. Members will be limited to a maximum of **$1,800.00** each fiscal year.

In accordance with the current Collective Bargaining Agreement for sworn Police Officers and the Hollywood Police Department's Operations Manual, I request that permission be granted to attend _____.

(Name of College or University)

| TITLE OF COURSE(S) | ONLINE COURSE | CORE CLASS | COST |
|---|---|---|---|
| | Y☐ N☐ | Y☐ N☐ | |
| | Y☐ N☐ | Y☐ N☐ | |
| | Y☐ N☐ | Y☐ N☐ | |
| | Y☐ N☐ | Y☐ N☐ | |

DATES OF COURSE(S):  From __ / __ / __   To __ / __ / __

I am seeking a College degree in the field of _____

(Type of Degree)

Upon the successful completion of the course(s) indicated above, I will submit the appropriate tuition fee receipt(s) and grade report(s).  I further acknowledge the fact that this course(s) are offered on off-duty shift days/hours and will attend at those times.

_____   _____
Officer's Name (Print)                              Date

_____   _____
Officer's Signature                                    Date

_____   _____          ☐ Approved
Chief of Police (Signature)                 Date

☐ Disapproved

# HOLLYWOOD POLICE DEPARTMENT
## TUITION REIMBURSEMENT
## SUPPLEMENTAL FORM (SWORN ONLY)

Name:_____ ID/BADGE _____ Date:_____

Course(s) Requested:_____  _____

Degree (Level and Major):_____

As per PBA Agreement Article 39.1 (expiring 9/30/14):

**(a)** To be eligible to participate in the Educational and Incentive Pay Program, a newly hired member must have achieved permanent status by successfully completing the probationary period.  Effective October 1, 2009, employees who are participating in the DROP shall not be eligible for tuition reimbursement.

**(b)** Members must receive "satisfactory" or better Employee Performance Evaluations prior to the beginning of the course work.

**(c)** Employees shall be only reimbursed for one job related degree at each level (e.g., one Associates or one Bachelor's or one Master's level degree).

**(d)** Employees shall be limited each fiscal year to a maximum total of $1,800 annually for tuition reimbursement costs.

**(e)** Employees who receive benefits under this program, who voluntarily leave the City's employment within two (2) years of receiving such benefit, shall be responsible for reimbursing the City for the entire cost of the benefit.

**(f)** The City Manager retains the discretionary authority to further limit or discontinue the tuition reimbursement program at any time in a fiscal year based on the availability of funds.

Section Reference:                                                         Confirmed by:

(a)    Permanent Sworn Officer                                      Initials _____

(a)    Not in DROP (Planned Retirement is okay)            Initials _____

(b)    Performance Evaluation of Satisfactory or Better    Initials _____

(c)    Job related degree and no previous at same degree level    Initials _____

(d)    Reimbursement (Fiscal Year to date) under $1,800.00    Initials _____

**CHAIN OF COMMAND APPROVAL:**

Sergeant: _____  _____  _____
                   Printed Name                      Signature                       Date

Lieutenant:_____  _____  _____
                   Printed Name                      Signature                       Date

Major: _____  _____  _____
                   Printed Name                      Signature                       Date

Asst.Chief: _____  _____  _____
                   Printed Name                      Signature                       Date



# CITY OF HOLLYWOOD, FLORIDA
# POLICE DEPARTMENT
### POLICE OFFICER EDUCATIONAL ASSISTANCE PROGRAM
### TUITION REIMBURSEMENT APPLICATION

NAME: _____  BADGE #: _____

NAME OF SCHOOL: _____

SCHOOL ADDRESS: _____

**Check One:** ☐ Degree Program        Type (A.S., B.A., etc.): _____
              ☐ Certificate Program
              ☐ Non-Degree Program

Related to Law Enforcement:  ☐ Yes  ☐ No

Major: _____  Anticipated Graduation Date: ____ / ____ / _____

## COURSES FOR WHICH TUITION REIMBURSEMENT IS REQUESTED

| COURSE TITLE/ NUMBER | ON-LINE COURSE | CORE CLASS | CREDIT HOURS | TUITION COST | COST OF BOOKS | DATE COMPLETED | GRADE | PERCENT TO REFUND | AMOUNT TO REIMBURSE |
|---|---|---|---|---|---|---|---|---|---|
| | Y☐ N☐ | Y☐ N☐ | | | | | | | |
| | Y☐ N☐ | Y☐ N☐ | | | | | | | |
| | Y☐ N☐ | Y☐ N☐ | | | | | | | |
| | Y☐ N☐ | Y☐ N☐ | | | | | | | |
| | Y☐ N☐ | Y☐ N☐ | | | | | | | |

## ELIGIBLE FOR OTHER EDUCATIONAL ASSISTANCE?  ☐ Yes  ☐ No

I understand and agree with the current Collective Bargaining Agreement and the guidelines established in SOP #166 of the Hollywood Police Department's Operations Manual, with regard to length and terms of employment with the City of Hollywood.  It is understood that this application and conditions thereof are not to be construed as to express or imply the setting forth of an employment contract for a definite term.  The statements and representations made herein as contained in supporting documents are true and correct, and I acknowledge that the City of Hollywood and its personnel will rely on such information. **Tuition will not be reimbursed for online degree programs.**

_____    _____
Police Officer Signature                          Date

# *City of Hollywood, Florida*
## Tuition Reimbursement Application
### (Executive, Management, Confidential, Technical)

*Instructions:*

1   <u>Prior</u> *to enrolling in and/or taking courses, submit completed form with documents and acknowledgment signatures to Human Resources.*
2   *Attach a copy of the degree program that indicates program requirements.*
3   *Upon completion of classes, submit a copy of your grade(s) and receipts for tuition and books.  Receipts must be itemized. Copies of checks or credit card receipts are not acceptable.*
4   *If you are receiving financial aid, you must submit a statement of account **prior to approval** which itemizes payments toward your tuition balance.  It MUST reflect whether payment is through loans, scholarships, grants or some other form of payment.*

**Name:**                    **Department/Division:**                    **Job Title:**

**Name & Address of College/University:**

**Degree Program:**                    **Type (A.S., B.A., etc.)**                    **Related to job?** ☐Yes   ☐ No

**Are you receiving any other form of tuition assistance (i.e., grant or loan)?** ☐Yes *   ☐No
*\*If "yes", attach documentation of type of assistance and amount awarded.  See #4 above.*

*Reimbursable Semester Credit Hour Rates:*        *Undergraduate  = up to $139.55 per credit hour*
                                                  *Graduate        = up to $326.62 per credit hour*

| Course Title | Course # | Credit Hours | Est. Cost Credit Hours | Est. Cost Books | *HR Application Review* | | | ***HR Final Review*** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Eligible?* | *HR* | *Date* | *Grade* | *Tuition* | *Books* | *Total* |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | |

I acknowledge this application is not a guarantee of reimbursement and that reimbursement is based on State semester credit hour tuition rates and submission of the appropriate documents verifying tuition and official grades.  Furthermore, I understand that reimbursement is for all courses leading to a college degree or post-graduate degree in which the City would obtain a benefit from the knowledge gained. **Tuition will not be reimbursed for on-line degree programs. If I should voluntarily leave the City's employment within two (2) years of receiving this reimbursement benefit, I will be responsible for reimbursing the City for the entire cost of the benefit. Reimbursement may not exceed $1,800 in any one fiscal year.** The statements and representations made herein and as contained in supporting documents are true and correct, and I acknowledge that the City of Hollywood and its personnel will rely on such information.

*(Please contact HR if you have questions regarding eligible on-line coursework.)\**

*Employee Signature* _____        *Date* _____

**Acknowledgment:**

*This degree/course of study would benefit the City.        YES/NO (circle one)*

*Division Mgr/Super*   _____        *Date* _____

*Dept/Office Director*   _____        *Date* _____

*Dept/Office Budget Account #* _____

*\*\*Please be advised that the HR Final Review is subject to changes pending final grade, cost of books and classes. \*\**

**Budget Office Review:**   _____        *Date* _____

**APPROVAL:**

*City Manager*   _____        *Date* _____

| DATE | DESCRIPTION | IN | OUT | BALANCE |
|------|-------------|----|----|---------|
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |
|      |             |    |    |         |

DATE _____ 19 ____ NO. **2053**

RECEIVED FROM _____

ADDRESS _____

_____ DOLLARS $ _____

FOR _____

_____

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY _____

FORM 46808 ®

---

DATE _____ 19 ____ NO. **2054**

RECEIVED FROM _____

ADDRESS _____

_____ DOLLARS $ _____

FOR _____

_____

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY _____

FORM 46808 ®

---

DATE _____ 19 ____ NO. **2055**

RECEIVED FROM _____

ADDRESS _____

_____ DOLLARS $ _____

FOR _____

_____

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY _____

FORM 46808 ®

---

DATE _____ 19 ____ NO. **2056**

RECEIVED FROM _____

ADDRESS _____

_____ DOLLARS $ _____

FOR _____

_____

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | | |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY _____

FORM 46808 ®

---

0000026 05/03/12



FLORIDA
DEPARTMENT
OF REVENUE

| **Consumer's Certificate of Exemption** | | | DR-14<br>R. 04/11 |
| --- | --- | --- | --- |
| Issued Pursuant to Chapter 212, Florida Statutes | | | |

| 85-8012621605C-4 | 05/31/2012 | 05/31/2017 | MUNICIPAL GOVERNMENT |
| --- | --- | --- | --- |
| Certificate Number | Effective Date | Expiration Date | Exemption Category |

This certifies that

CITY OF HOLLYWOOD
2600 HOLLYWOOD BLVD
HOLLYWOOD FL 33020-4807

is exempt from the payment of Florida sales and use tax on real property rented, transient rental property rented, tangible personal property purchased or rented, or services purchased.



FLORIDA
DEPARTMENT
OF REVENUE

| **Important Information for Exempt Organizations** | DR-14<br>R. 04/11 |
| --- | --- |

1. You must provide all vendors and suppliers with an exemption certificate before making tax-exempt purchases. See Rule 12A-1.038, Florida Administrative Code (F.A.C.).

2. Your *Consumer's Certificate of Exemption* is to be used solely by your organization for your organization's customary nonprofit activities.

3. Purchases made by an individual on behalf of the organization are taxable, even if the individual will be reimbursed by the organization.

4. This exemption applies only to purchases your organization makes. The sale or lease to others of tangible personal property, sleeping accommodations, or other real property is taxable. Your organization must register, and collect and remit sales and use tax on such taxable transactions. Note: Churches are exempt from this requirement except when they are the lessor of real property (Rule 12A-1.070, F.A.C.).

5. It is a criminal offense to fraudulently present this certificate to evade the payment of sales tax. Under no circumstances should this certificate be used for the personal benefit of any individual. Violators will be liable for payment of the sales tax plus a penalty of 200% of the tax, and may be subject to conviction of a third-degree felony. Any violation will require the revocation of this certificate.

6. If you have questions regarding your exemption certificate, please contact the Exemption Unit of Account Management at 800-352-3671. From the available options, select "Registration of Taxes," then "Registration Information," and finally "Exemption Certificates and Nonprofit Entities." The mailing address is PO Box 6480, Tallahassee, FL 32314-6480.



# CITY OF HOLLYWOOD, FLORIDA

### Procurement Services Division

2600 Hollywood Blvd. · Room 303 · P. O. Box 229045 · Hollywood, Florida 33022-9045
Phone (954)921-3299 · Fax (954)921-3086· www.hollywoodfl.org

TO:        City Of Hollywood Vendors and Suppliers

FROM:     Joel Wasserman, Procurement Services Director

SUBJECT:  Blanket Certificate of State Sales Tax Exemption, Federal Excise Exemption
And City Federal I.D. Number

The City of Hollywood is a municipal political subdivision of the state of Florida and as such, is
exempt from applicable Florida sales tax and federal excise tax.  Also stated herein is the City's
Federal I.D. Number.

    FLORIDA CONSUMER'S CERTIFICATE OF EXEMPTION:  **85-8012621605C-4** (EXPIRES 5/31/2017)

    FEDERAL EXCISE TAX NO.:     **59-84-0077K**

    FEDERAL I.D. NO.:          **59-6000338**

All three (3) of the above numbers appear on the face of corresponding City of Hollywood
purchase orders and this blanket certificate should be adequate for your state and federal tax
exemption records.

The above statements certified to, by:

_____

Joel Wasserman, Procurement Services Director
City of Hollywood, Florida

Dated this 31st day of May, 2012,
And shall remain in effect until revoked by the City and are covered by same numbers identified
on the face of all vendors' copy of City purchase orders.

Original Date: 11/01/2001
Revised Date: 04/04/2008
File Name: Appendix K Blanket Certificate of State Sales Tax Exemption

Page 1 of 1
Appendix K SOP #158



# CITY OF HOLLYWOOD, FLORIDA POLICE DEPARTMENT

# DAILY CASH REPORT

NUMBER _____   DATE _____   BAG# _____

**Amount**

**General Sales**                    9410              $ _____

**Officer Witness Fee**           9420              $ _____

_____

_____

_____

_____   _____        $ _____

**Officer Off Duty Detail**       9430              $ _____

_____

_____   _____        $ _____

**Total $ _____**

**Prepared By** _____

**Supervisor** _____

22-502 (rev 12/04)

# KEYS/COMBINATIONS LOG

| NAME | DATE ISSUED | KEY | COMBINATION | DATE RET'D/CHANGED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



# CITY OF HOLLYWOOD, FLORIDA
## Procurement Card
### Request/Certification/Receipt
### Request

Request to issue a City of Hollywood Procurement Card for: _____
*Employee Name*

Employee ID Number: _____

Position Name: _____          Division: _____          Department: _____

Default Account Number: _____          Agency: _____          Organization: _____

Single Purchase Limit: $_____          30 Day Limit: $_____

Address for Billing:  City of Hollywood, Florida,  Attn: Kimberly Kilpatrick

                     2600 Hollywood Boulevard,  Room 303

                     Hollywood, Florida 33022-9045

Division Director: _____          Date: _____

Procurement Services Director: _____          Date: _____

---

For Procurement Services Division Use Only
Certification

Card Number: _____

Single Purchase Limit: $ _____          30 Day Limit: $ _____

SC/G/A Specific Blocked MCC's: _____          Included MCC's: _____

Division/Department Card Representative Name: _____

Telephone: _____

---

Receipt

I certify that I received the Bank of America VISA Procurement Card listed above and a copy of the City of Hollywood, Florida, Procurement Card Policies and Procedures, and, I understand and agree to the terms set forth therein. I agree that I will relinquish my Bank of America VISA Procurement Card to the City of Hollywood when requested to do so, and upon termination of employment. I understand that failure to use this Procurement Card in accordance with all rules and regulations may require relinquishing the card and may result in disciplinary measures.
I UNDERSTAND THAT THIS PROCUREMENT CARD CANNOT BE USED FOR ANY PERSONAL USE AND SUCH USE WILL REQUIRE IMMEDIATE REIMBURSEMENT AND WILL RESULT IN DISCIPLINARY ACTION WHICH MAY INCLUDE DISMISSAL.

Employee Signature: _____          Date: _____

# HOLLYWOOD POLICE DEPARTMENT



GRANT APPLICATION

COMMUNITY

ENHANCEMENT

# LAW ENFORCEMENT TRUST FUND



# CITY OF HOLLYWOOD, FLORIDA

## PROCUREMENT SERVICES DIVISION

### Quote Approval Form
(Use for purchase(s) from $10,000 - $25,000)

Date _____

Department/Office _____          Division/Area _____

Contact Person _____            Title _____

Phone _____                     Email _____

---

1. Requested Vendor _____        Vendor Number _____

   Address _____

   Contact Person _____          Title _____

   Phone _____                   Email _____

2. Product/Service being requested (be specific.) _____

3. Detailed description of the product's/service's function and purpose. _____

   Please list alternative products/services capable of performing the required function. _____

4. Copies of all written quotes are attached (minimum of 3 quotes are required) and valid for at least 30 days from the date in the header of this form.

   ☐ Yes ☐ No

5. Is the request to purchase from the lowest quote? ☐ Yes ☐ No

   If not, please provide detailed justification as to why the lowest quote is not being requested. _____

6. Requesting approval of:
   ☐ Purchase Order
   ☐ Blanket Purchase Oder (quote pricing must be fixed for one year)

---

*Procurement Service Division use only*

Requisition # R_____      Purchase Order # P_____      Blanket Purchase Oder #
BPO_____
*(As Applicable)*                *(As Applicable)*                    *(As Applicable)*

7. Total cost of the requested product/service? _____

8. Total estimated annual (fiscal year) cost of requested product/service? _____

      Account Number(s) _____          _____

9. Is this product/service covered by a warranty? ☐ Yes ☐ No

      If yes, please attach a copy of the warranty details.

10. Would this purchase(s) result in the potential of future purchases for related products/services being restricted to a particular vendor or create a specific vendor as sole source provider for related items?

      ☐ Yes ☐ No

      If yes, please describe the related products/services and estimated cost (s.) _____

11. Would this purchase(s) result in any future maintenance costs which are not included in the initial purchase?

      ☐ Yes ☐ No

      If yes, please attach a draft maintenance plan which includes cost estimates and funding source(s.) _____

12. Is this a grant related purchase ☐ Yes ☐ No

      If yes, please provide details (timeline, expiration dates, milestones, special procurement requirements, etc.) _____

      Will this require matching funds? ☐ Yes ☐ No

      What is the grant (dollar) amount? _____

      What is the grant source? _____

13. Please complete an advanced search of the vendor recommended for award on the Federal Government's Excluded Parties List System at www.epls.gov.

      Date of Advanced Search _____

| Company Name(s) Searched | Search Results |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

*Procurement Service Division use only*

| Requisition # R_____ | Purchase Order # P_____ | Blanket Purchase Oder # |
|---|---|---|
| BPO_____ | | |
| *(As Applicable)* | *(As Applicable)* | *(As Applicable)* |

## REQUESTING DEPARTMENT RECOMMENDATION

*Note: By signing and returning this form, you are verifying and acknowledging that you have reviewed all portions (scope, terms, conditions, pricing, etc.) of the requested contract and recommend its approval based on the contract complying with the City of Hollywood's scope and pricing requirements and to the best of you knowledge the contract does not violate any applicable policy, statue, governing rule or regulation.*

_____                   _____
Contact Person's Signature                            Date

_____                   _____
Supervisor's Signature                                  Date

_____                   _____
Director's Signature                                     Date

| APPROVAL (Procurement Service Division Use Only) | | | |
|---|---|---|---|
| Verified By: | | Date | |
| Approved By: | | Date | |

*Procurement Service Division use only*

Requisition # R_____       Purchase Order # P_____ _____       Blanket Purchase Oder #
BPO_____
*(As Applicable)*                          *(As Applicable)*                        *(As Applicable)*

|  | **CONFIDENTIAL AND INVESTIGATIVE FUNDS** | |
|---|---|---|
| | **DEPARTMENT SOP: #159** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** | **CFA:** |
| | **REVIEW DATE: 03/04/2014** | **7.06A-C(1-6), D-F, 18.03F** |

**PURPOSE:**  To establish and maintain an expense accounting procedure for Confidential and Investigative Funds appropriated by the City and administered by the Police Department.

These funds are used in active investigations by the Criminal Investigation Division, Vice, Intelligence and Narcotics, and Street Crimes Unit when it is necessary to protect the identity of the funding source.  Investigative necessity does not relieve Members or the Department from the accurate accountability and auditing of these public funds.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Confidential & Investigative Funds provide Members with the ability to surreptitiously enhance investigations by purchasing evidence and/or information or paying Confidential Informants without the normal constraints placed on public funding.  Though more readily accessible than other public funds, strict procedures have been established to account for and maintain the highest public integrity of their use.

**INDEX:**

**I.    CONFIDENTIAL AND INVESTIGATIVE FUNDS USAGE CRITERIA [7.06F].......2**

A.    Authorized Uses: ................................2
B.    Flash Money: ....................................2

**II.    GENERAL ACCOUNTING SYSTEM FOR CONFIDENTIAL AND INVESTIGATIVE FUND ACCOUNTS....3**

A.    Systems Authoritarian: [7.06A]............3
B.    Confidential and Investigative Funds/Petty Cash Funds: ....................3

C.    Replenishment of Confidential and Investigative Funds: ............................3
D.    Reimbursement of Funds: ...................3
E.    Maintenance of Confidential and Investigative Fund Ledger: .................3
F.    Maintenance of Requests/Receipts: ...3
G.    Security of Confidential and Investigative Funds /Petty Cash Funds: ............................................................4

**III.    ACCOUNTING SYSTEM OF REQUESTS AND EXPENDITURES OF CONFIDENTIAL AND INVESTIGATIVE FUNDS .....................................................4**

A.    Accessibility of Confidential and Investigative Funds and Submission of Request for Funds Prior to Payment: [7.06B] .................................................4
B.    Limitations of Requests: [7.06D] .........4
C.    Submission of Receipts after Payment (Expense Vouchers): [7.06C (1-6)] .....4
D.    Sergeant Review of Expense Voucher and Approval: ....................................4
E.    Lieutenant Review of Expense Voucher and Approval: ....................................5

**IV.    PAYMENT OF CONFIDENTIAL & INVESTIGATIVE FUNDS TO CONFIDENTIAL INFORMANTS [18.03E] ...................................................5**

A.    Approval for Payments less than $100.00: .............................................5
B.    Approval for Payments in Excess of $100.00: [7.06D]...............................5

**V.    AUDITING OF THE CONFIDENTIAL AND INVESTIGATIVE FUND/PETTY CASH FUND .........................................5**

A.    Quarterly Internal Audits: [7.06E] ........5
B.    Yearly Internal Audit: ...........................6
C.    Monthly Internal Audit:.........................6

**VI.    DEFINITIONS:.......................................6**

A. CONFIDENTIAL AND INVESTIGATIVE FUNDS (CONFIDENTIAL AND INVESTIGATIVE FUND): ...................6
B. FLASH MONEY: .................................6

**PROCEDURE:**

## I. CONFIDENTIAL AND INVESTIGATIVE FUNDS USAGE CRITERIA [7.06F]

### A. Authorized Uses:

Confidential and Investigative Funds are generally used for payments incurred for:

1. Confidential Informant services or information.

2. Department approved expenses incurred by a Confidential Informant pertaining to a criminal investigation.

3. Purchases of illegal narcotics, stolen property, and other contraband or evidence pertaining to a criminal investigation.

4. Purchases of special investigative equipment and other investigative related expenses where the identity of the Police Department must be concealed.

5. Temporary relocation or living expenses of witnesses or Confidential Informants when real or potential threats require funding that appears anonymous.

### B. Flash Money:

Officers assigned to the C.I.D., V.I.N., and Street Crimes Unit may request use of these funds by notifying their Supervisor.

1. Requests for Flash Money in excess of $500.00 require the development and submission of an Operational Plan.

2. The Operational Plan will be approved by a Lieutenant or Major and will accompany the request for funds. (See **Strategic Operations Plan SOP**)

3. Should an investigation require the use of "Flash Money" which exceeds the on-hand Petty Cash account balances within a Unit, a Detective assigned to the C.I.D., V.I.N., and Street Crimes Unit can access up to $500,000 within 48 hours, utilizing the following procedure:

   a. **Receiving the Funding:**

      (1). The Chief of Police must approve a Memorandum explaining the operational necessity of the funds.

      (2). Upon approval, the Chief of Police will draft a Memorandum to the City Manager.

      (3). Upon approval, the Memorandum will be sent to the City's Finance Director.

      (4). A check will be issued in the name of the Lieutenant or Major of the Unit making the request.

      (5). The Division Major or Lieutenant will respond with two armed Officers to the City's banking institution for the withdrawal.

      (6). The funds will be transported to the Department.

      (7). The funds will be placed into the Unit's safe on the day of the operation.

      (8). The funds will be placed into the Storeroom's safe for overnight storage.

      (9). The funds will be redeposited into the City's financial institution for weekend storage.

**b. Re-depositing the Funds:**

    **(1).** The funds will be returned to the City's financial institution by the Division Major or Lieutenant who made the withdrawal accompanied by two armed officers.

    **(2).** Copies of the deposit slip will be made and distributed as follows:

        **(a).** One copy will be archived by the Lieutenant

        **(b).** One copy will be archived by the Department's Fiscal Affairs Unit.

        **(c).** The original will be returned to the City's Finance Director.

## II. GENERAL ACCOUNTING SYSTEM FOR CONFIDENTIAL AND INVESTIGATIVE FUND ACCOUNTS

**A. Systems Authoritarian: [7.06A]**

The Administrative Bureau's Assistant Chief or designee are responsible for the oversight of the Accounting System associated with all Confidential Funds. The Assistant Chief will designate a Supervisor in each Unit of his Division as the Custodian Manager of the Confidential and Investigative Funds.

**B. Confidential and Investigative Funds/Petty Cash Funds:**

Confidential and Investigative Funds originate from the on-hand Petty Cash account balances of the following Units:

**1.** Investigative Services Section: $2,500.00

**2.** Street Crimes Unit: $5,000.00

**3.** Vice, Intelligence, and Narcotics: $12,000.00 (Petty Cash) $15,000.00 (Flash Money)

Management of these funds will also comply with the **Fiscal Management SOP.**

**C. Replenishment of Confidential and Investigative Funds:**

When the on-hand Confidential and Investigative Fund cash account balances become operationally insufficient, the Lieutenant or Major designated by the Assistant Chief to oversee each Unit's account will prepare an Inter-office Memorandum requesting reimbursement to the fund. The original Petty Cash Receipts for payment will be attached to the Memorandum.

**D. Reimbursement of Funds:**

Once approved by the Assistant Chief, Fiscal Affairs will process the request and ensure a reimbursement check is issued to the requesting Lieutenant or Major. The reimbursement check's stub will become a permanent record and stored with the Confidential and Investigative Funds.

**E. Maintenance of Confidential and Investigative Fund Ledger:**

The designated Lieutenant or Major will ensure that the Ledger reflecting cash balance, credits, and debits to the Confidential and Investigative Fund is being maintained and stored with the Confidential and Investigative Funds (see **Fiscal Management SOP**).

**F. Maintenance of Requests/Receipts:**

Fiscal Affairs will maintain the Memorandum for reimbursement along with the original attached Petty Cash Receipts/Request. The designated Lieutenant or Major will ensure that copies of the attached Petty Cash Receipts are attached to a Confidential Funds Expense Voucher (see **Appendix B**) and

the remaining copy remains with the Petty Cash Receipt binder.

**G. Security of Confidential and Investigative Funds /Petty Cash Funds:**

All Confidential and Investigative Funds/Petty Cash Funds will be secured in a safe designated by the Major.

## III. ACCOUNTING SYSTEM OF REQUESTS AND EXPENDITURES OF CONFIDENTIAL AND INVESTIGATIVE FUNDS

**A. Accessibility of Confidential and Investigative Funds and Submission of Request for Funds Prior to Payment: [7.06B]**

Officers assigned to C.I.D., V.I.N., or the. Street Crimes Unit may request the use of Confidential and Investigative funds by making such request directly to their immediate Supervisor.

1. Each request will not exceed $200.00.

2. The requesting Officer will acknowledge the receipt of these funds by signing a Petty Cash Receipt. The Officer will be given a copy of the Petty Cash Receipt to document acceptance of the funds.

**B. Limitations of Requests: [7.06D]**

Officers are allowed to operate with Confidential and Investigative Funds of no more than $200.00 for general investigations unless a separate request for a specific purchase or Confidential Informant payment of a larger amount is approved by a Supervisor.

**C. Submission of Receipts after Payment (Expense Vouchers): [7.06C (1-6)]**

Anytime Confidential and Investigative Funds are expended, the Officer must document each expenditure on a Confidential Funds Expense Voucher. When these funds are exhausted, the Confidential Funds Expense Voucher will be submitted directly to the Officers immediate Supervisor. The following infor-

mation must be included on the voucher:

1. The amount and purpose of the payment. **[7.06C1]**

2. Member's name and Badge number. **[7.06C2]**

3. Confidential Informant's name or identifier, if any. **[7.06C3]**

4. Information or material purchased. **[7.06C4]**

5. Subsequent Law Enforcement action, if any.

6. Date. **[7.06C5]**

7. Case number. **[7.06C6]**

**D. Sergeant Review of Expense Voucher and Approval:**

The Supervisor of an Officer submitting a Confidential Funds Expense Voucher will:

1. Ensure that the following paperwork is attached to the Confidential Funds Expense Voucher:

   **a.** Copies of any Confidential Informant Payment Receipts.

   **b.** Receipts for purchases, if applicable.

   **c.** Officer's copy of the Petty Cash Receipt

2. Verify expenses against Mobile Field Reports.

3. Check the completeness of the Report.

4. Sign the Confidential Funds Expense Voucher as the reviewer and submit the form to the Lieutenant for review.

**E. Lieutenant Review of Expense Voucher and Approval:**

1. All expense vouchers will be reviewed and signed by the respective unit's Lieutenant.

## IV. PAYMENT OF CONFIDENTIAL & INVESTIGATIVE FUNDS TO CONFIDENTIAL INFORMANTS [18.03E]

During an investigation where the services of a Confidential Informant requires payment, the Confidential Informant Payment Receipt (see **Appendix C**) will be completed. A copy of this form will be attached to the Confidential Funds Expense Voucher. All payments to a Confidential Informant require signatures from the following:

- The Confidential Informant.

- The Paying Officer.

- A Witness Officer.

**A. Approval for Payments less than $100.00:**

A Detective assigned to the C.I.D., V.I.N., or the Street Crimes Unit can make a Confidential Informant payment or purchase evidence $100.00 or less without the authorization of his Supervisor.

1. The purchase or payment will require an entry to the Confidential Funds Expense Voucher, and

2. The completion of a Confidential Informant Payment Receipt, if a payment was made to a Confidential Informant.

**B. Approval for Payments in Excess of $100.00: [7.06D]**

When a request for Confidential and Investigative Funds in excess of $100.00 is made for Confidential Informant payment or the purchase of evidence/information, the following is required:

1. **Payments from $101.00 to $499.00.**

   a. Approval of Unit Sergeant. **[7.06D]**

   b. Confidential Informant payment made in the presence of a Sergeant.

   c. Witnessing signature of the Sergeant verifying payment.

2. **Payments from $500.00 to $1,000.00**

   a. Approval of Unit Lieutenant or Major. **[7.06D]**

   b. Confidential Informant payment made in the presence of a Sergeant.

   c. Witnessing signature of the Sergeant verifying payment.

   d. Thumbprint obtained from the Confidential Informant.

3. **Payments in excess of $1,000.00**

   a. Approval of the Division Major **[7.06D]**

   b. Confidential Informant payment made in the presence of a Sergeant.

   c. Witnessing signature of the Sergeant verifying payment.

   d. Thumbprint obtained from the Confidential Informant.

## V. AUDITING OF THE CONFIDENTIAL AND INVESTIGATIVE FUND/PETTY CASH FUND

**A. Quarterly Internal Audits: [7.06E]**

Fiscal Affairs will be responsible for conducting a Quarterly Internal Audit of the Confidential and Investigative Fund and preparing a report of expenditures

to the Administrative Bureau Assistant Chief.

The Quarterly Internal Audit will be due by the 15th of January, April, July, and October auditing the previous three months. The Audit Report will include:

1. Reconciliation of cash received.

2. Cash expended.

3. Remaining balance.

**B. Yearly Internal Audit:**

The Assistant Chief of the Administrative Bureau will assign a person to conduct an Internal Audit to include all cash funds that have been collected, disbursed, or deposited, including petty cash, which includes Confidential and Investigative Funds. The Internal Audit Report will be completed no later than October 15th of each year and forwarded to the Chief of Police for review. (See **Fiscal Management SOP**)

**C. Monthly Internal Audit:**

The Division Major shall be responsible for ensuring a monthly audit of dispersed/outstanding Confidential and Investigative Funds has been completed. The Unit's Lieutenant assigned to the Vice, Intelligence and Narcotics Unit and the Street Crimes Unit shall prepare a memorandum directed to the respective Division Major. The audit will be completed by the 7th of each month for the previous month's audit. This memorandum shall include;

1. A list all outstanding disbursed cash investigative funds assigned to Detectives for investigative purposes;

2. An explanation as to why the funds remain outstanding.

## VI. DEFINITIONS:

**A. CONFIDENTIAL AND INVESTIGATIVE FUNDS (CONFIDENTIAL AND INVESTIGATIVE FUND):**

Petty Cash used for Confidential Informant payment and investigative issues.

**B. FLASH MONEY:**

"Flash Money" is the use of currency from the Confidential and Investigative Funds to enhance the believability of an undercover operation though no actual expenditure is anticipated.

APPROVED BY:

03/04/2014
**Frank G. Fernandez**
**Chief of Police**                    **Date**

## ATTACHMENTS:

- **Appendix A:** Petty Cash Receipt.

- **Appendix B:** Confidential Funds Expense Voucher.

- **Appendix C:** Confidential Informant Payment Receipt.



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## CONFIDENTIAL FUNDS
## EXPENSE VOUCHER                    RECEIPT #:_____

| DATE | CASE NO. | MEMBER'S NAME/BADGE # | LAW ENFORCEMENT ACTION (if any) | INFORMANT'S NAME OR IDENTIFIER (if any) | INFORMATION OR MATERIAL PURCHASED | PURPOSE OF PAYMENT | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | **TOTAL EXPENDED** |  |

☐ V.I.N.   ☐ C.I.D.   ☐ C.S.U.

MEMBERS SIGNATURE: _____   BADGE #: _____   DATE: _____

SERGEANTS SIGNATURE: _____   BADGE #: _____   DATE: _____

LIEUTENANTS SIGNATURE: _____   BADGE #: _____   DATE: _____

# HOLLYWOOD POLICE DEPARTMENT
### CONFIDENTIAL INFORMANT
### PAYMENT RECEIPT

**Receipt #:**_____

I hereby acknowledge receipt of $_____, (_____) dollars paid to me by
Written Amount

the Representatives of the City of Hollywood for and in consideration of the sale and delivery of in-

formation and/or evidence pertaining to **CASE NO:** _____, described as follows:

_____

_____

_____

_____

_____

Upon Receipt of payment, I acknowledge that I am responsible for the payment of all taxes due to the
appropriate Government or Governments.

_____      CI #: _____ DATE: _____
Payee Signature

_____
Payee Last Name                         First Name

**THUMBPRINT**
(Required if over $500.00)

OFFICER: _____ # _____ DATE: _____

WITNESS: _____ # _____ DATE: _____

SUPERVISOR: _____ # _____ DATE: _____

COMMAND LEVEL APPROVAL: _____ DATE: _____

| | PERSONAL LEAVE & COMPENSATION | |
|---|---|---|
|  | **DEPARTMENT SOP: #166** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 02/12/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:** The purpose of this SOP is to establish guidelines for various forms of personal leave and employee compensation.

**SCOPE:** This SOP applies to all Sworn and Non-Sworn Members of the Department, as defined in the **Definition Section** of this SOP.

**POLICY:** The procedures outlined in this SOP are in compliance with the Sworn Member's current Collective Bargaining Agreement and the Non-Sworn Member's current Employee Organization Agreement.

**INDEX:**

I.   VACATIONS ............................................2
   A.   Sworn Members:...................................2
   B.   Non-Sworn Members:..........................3

II.  HOLIDAY TIME ...................................4
   A.   Accrual & Observance of Holidays: .....4
   B.   Redeeming Holiday Time: ..................4

III. COMPENSATORY TIME......................5
   A.   Sworn Members:...................................5
   B.   Non-Sworn Members:..........................5

IV.  ADMINISTRATIVE LEAVE....................6

V.   BLOOD TIME .......................................6
   A.   Sworn Members:...................................6
   B.   Members Terminating Employment.....6

VI.  TIME OFF REQUEST PROCEDURES...6
   A.   Request Forms ....................................6
   B.   Approval/Denial of Requests ..............6

VII. SICK LEAVE ........................................7
   A.   Sworn Members:...................................7
   B.   Non-Sworn Members:..........................8

VIII. BEREAVEMENT LEAVE ....................10
   A.   Granting of Bereavement Leave: ......10
   B.   Immediate Family Defined:................10
   C.   Request Submission: ........................10

IX.  MILITARY LEAVE (TRAINING) ..........10
   A.   Compliance with Laws:......................10
   B.   Eligibility:............................................10
   C.   Member Protection: ...........................10
   D.   Procedure:..........................................11
   E.   Duration of Leave of Absence: ..........11

X.   MILITARY LEAVE (ACTIVE DUTY).....11
   A.   Compliance with Laws:......................11
   B.   Member Protection: ...........................11
   C.   Procedure:..........................................11
   D.   Compensation during Active Service:11

XI.  LEAVE OF ABSENCE ........................12
   A.   Compliance with Collective Bargaining Agreements: ...................................................12
   B.   Approved Leaves: .............................12
   C.   Leave without Pay .............................12
   D.   Notification of Pregnancy: .................12

XII. OVERTIME .........................................13
   A.   Compliance with Collective Bargaining Agreements: ...................................................13
   B.   Scheduling and Approval: ................13
   C.   Restrictions:.......................................13
   D.   Overtime Submission Procedure:......13

XIII. EDUCATIONAL REIMBURSEMENT...13
   A.   Sworn Members: ...............................13
   B.   General & Confidential Employees: ..14
   C.   Executive/Management & Professional Employees:...................................................14

XIV. NON-SWORN MEMBERS SHIFT DIFFERENTIAL PAY......................................15
   A.   Program Description:.........................15

B.      Process:...........................................15

**XV.     DEFINITIONS: ....................................15**

A.      SWORN MEMBER: ..........................15
B.      NON-SWORN MEMBER: .................15
C.      OUR SOFTWARE LIMITED (OSL): ..16

**PROCEDURE:**

**I.    VACATIONS**

### A.  Sworn Members:

Sworn Members will abide by the following guidelines:

#### 1.  General Guidelines:

**a.**  Vacations will be taken at the convenience of the Department and will be taken within the next calendar year after earned.

**b.**  Accrued time will be used and deducted from a Member's balance on an hour for hour basis.

**c.**  Sworn Members employed less than one year may not take a Vacation until they have completed probation.

#### 2.  Vacation Selection Process:
Sworn Members must select Vacation periods by March $1^{st,}$ of each year.  The Chief of Police or his designee may extend the selection period.

**a.**  Vacations will be selected by seniority among Members of each rank in each Division, Section, or Unit according to total accumulated time in rank within the Department.

**b.**  Generally, Members may select up to 160 hours of consecutive accrued leave annually.  The Chief of Police or his designee may allow consecutive leave greater than 160 hours based on departmental needs.

**c.**  Overlapping selections require the approval of the Division Major, or his designee.

**d.**  In the Patrol Division's Patrol Section, Vacations will be selected based on Departmental seniority within each squad. Sergeants may select Vacation periods according to seniority on their shift.

**e.**  The Division Major, or his designee, has the sole right to determine how many Members of each rank can be on Vacation at any one time within each Division, Section, or Unit.

**f.**  A Member's Supervisor will verify, at least 10 days prior to the commencement of the Vacation, that a Member has sufficient leave balance to satisfy the scheduled Vacation.  If a deficit will result, the Member will be advised and the necessary adjustment or cancellation of the Vacation will be made and the Timekeeper notified.

**g.**  Division Majors will be responsible for preparing and submitting Vacation selections to the Timekeeper.

#### 3.  Advanced Vacation Pay:  Members may request their Vacation paycheck in advance of their scheduled annual Vacation Leave by submitting a written request to the City Payroll Department no later than three weeks prior to the commencement of their Annual Vacation Leave.

#### 4.  Redeeming Vacation Time:  Sworn Members may elect to redeem a maximum of 40 hours of unused Annual Vacation Leave per calendar year.

**a.**  Members may redeem Vacation Leave by completing a Vacation or Holiday Time Pay Redemption Request Form (see **Ap-**

pendix C) and submitting it to the Timekeeper via their Chain of Command.

**b.** The Form must be submitted no later than August 1st of each calendar year.

**c.** Payment for such redemption will be made on or before September 10th following the redemption request.

**5. Transfers Affecting Vacation Selection:** Due to the fact that Vacation selections are chosen by seniority within a Division, Section or Unit, personnel transfers have the potential of disrupting the Vacation selection process. The following procedures have been implemented to refine the selection process.

**a.** Sworn Members, who request and are granted a transfer after Vacation selections have been made, will, if operationally feasible, have their original Vacation selection honored.

**b.** Sworn Members who have been transferred at the discretion of the Department and not of their own request after Vacation selections have been made will have their original Vacation selection honored.

**6. Vacation Cancellations/Changes:** Cancellations or changes to Vacation requests that have already been submitted to the Timekeeper require the following notification process.

**a.** If the cancellation or change is made prior to the date of the requested Vacation, the Member will notify the Timekeeper's Office by submitting a revised Hollywood Police Vacation Schedule.

**b.** If the cancellation or change is made after the date of the scheduled Vacation, the Member will notify the Timekeeper's

Office by submitting a Memorandum via the Chain of Command.

**7. Involuntary Cancellation:** If a Member's scheduled Vacation is involuntarily canceled due to the City's personnel needs, occasioned by civil disorder or emergency, the Member will be permitted to reschedule the Vacation at a mutually agreeable time. If a rescheduled time cannot be mutually agreed upon, the City will redeem that period of scheduled Vacation Leave that has been cancelled.

**B. Non-Sworn Members:**

Non-Sworn Members will be guided by the following procedures:

**1. General Guidelines:**

**a.** Vacations will be taken at the convenience of the Department.

**b.** After completion of the first full year of service, Vacation time accrued as of September 30th of each year is to be utilized during the following 15 months.

**c.** Accrued time will be used and deducted from a Member's balance on an hour for hour basis.

**d.** Non-Sworn Members may schedule a Vacation while on Probationary status, but may not take the Vacation until they have successfully completed their probationary period.

**2. Vacation Selection Process:** Vacations will be scheduled by the calendar year. Non-Sworn Members must select Vacations prior to March 1st, each year.

**a.** Vacations will be chosen by citywide seniority by job classification within a Division, Section or Unit unless a particular work group within a Division, Section

or Unit unanimously agrees to continue the existing Vacation selection method.

**b.** Non-Sworn Members who utilize their Vacation other than in one consecutive period may exercise their seniority for the first Vacation period and will not select the second Vacation period until all other Members in their group have selected primary Vacation.

**c.** Generally, Members may select up to three consecutive weeks for their first Vacation selection.

**d.** Overlapping requests require Supervisory approval.

**e.** The Division Major or his designee has the sole right to determine how many Members of each rank can be on Vacation at any one time within each Division, Section, or Unit.

**f.** A Member's Supervisor will verify, at least 10 days prior to the commencement of the Vacation, that a Member has sufficient leave balance to satisfy the scheduled Vacation.  If a deficit will result, the Member will be advised and the necessary adjustment or cancellation of the Vacation will be made and the Timekeeper notified.

**3. Advanced Vacation Pay:**  Non-Sworn Members may request their Vacation Pay in advance of any scheduled Vacation Leave by submitting a written request to the Chief of Police four weeks in advance of the requested Vacation Schedule.

**a.** Advanced Vacation Pay will only be distributed on regular paydays.

**b.** Advanced Vacation Pay must be requested for entire pay periods.

**c.** Vacation pay will be computed using the employee's regular straight time rate of pay as of the first day of Vacation.

**4. Redeeming Vacation Time:**  Cash payments in lieu of unused Vacation will be made only on termination of employment or upon approval of the City Manager.

**5. Part-Time Non-Sworn Members:**  All regularly scheduled part-time employees who have worked more than 1,500 hours in the prior fiscal year will be eligible for one-half the Vacation accrual.

## II. HOLIDAY TIME

This Section will apply to both Sworn and Non-Sworn Members of the Department:

**A. Accrual & Observance of Holidays:**

Legal Holidays will be observed and time accrued in accordance with current Collective Bargaining Agreements.

**B. Redeeming Holiday Time:**

Sworn Members, who elect to redeem an eight-hour holiday, may do so by submitting a Vacation or Holiday Time Pay Redemption Request Form to the Timekeeper via their Chain of Command.

**1.** The Form must be received by the Timekeeper prior to the commencement of the pay period within which the holiday falls.

**2.** Redemption for pay will only pertain to holidays falling within the particular pay period.  Any request, which fails to meet the time frame, will not be accepted.

## III. COMPENSATORY TIME

### A. Sworn Members

For the purposes of this SOP, Compensatory Time is defined as time off in lieu of overtime compensation.

1. **Accrual of Compensatory Time:** Compensatory Time will be accrued in accordance with the current Collective Bargaining Agreement.

   a. Sworn Members may retain a maximum balance of 80 hours of Compensatory Time.

      Sworn Members will not exceed 80 hours of Compensatory Time. Any additional hours will be submitted as Paid Hours on the appropriate form(s). Any Compensatory Time accrued that exceeds the 80-hour maximum balance will be paid to the Member during the next pay cycle.

2. **Usage:** Compensatory Time will be utilized at the request of the Member with five working days' notice, subject to the approval of the Chief of Police, or his designee, provided:

   a. The use of Compensatory Time does not mitigate minimum staffing requirements beyond a reduction of two Officers, and

   b. The usage does not unduly disrupt the operations of the Department or impose an unreasonable burden on the Department's ability to provide Police services of acceptable quality and quantity to the public.

   c. The decision of the Chief of Police or his designee concerning the approval of Compensatory Time usage is final.

### B. Non-Sworn Members:

For the purposes of this SOP, Compensatory Time is defined as time off in lieu of overtime compensation.

1. **Accrual of Compensatory Time:** Compensatory Time will be accrued in accordance with the current Employee Organization Agreement.

   a. Non-Sworn Members may accrue a balance of 40 hours of Compensatory Time.

   b. Accrued Compensatory Time must be utilized within the 120 calendar day period succeeding the date on which the overtime is worked.

   c. If the Department does not schedule the Compensatory Time in accordance with the Member's request, or at some other time mutually agreed to, prior to the completion of the 120 calendar day period succeeding the date on which the overtime is worked, the Member will be compensated at the appropriate rate of pay in lieu of paid time off.

2. **Usage:** Compensatory Time will be utilized at the request of the Member upon five working days' notice subject to the approval of the Chief of Police, or his designee, provided:

   a. The usage does not unduly disrupt the operations of the Department or impose an unreasonable burden on the Department's ability to provide Police services of acceptable quality and quantity to the public.

   b. The decision of the Chief of Police, or his designee, concerning the approval of Compensatory Time usage is final.

## IV.  ADMINISTRATIVE LEAVE

Certain authorized absences, not provided for under regular Leave policies, fall within the category of administrative discretion.  This Leave, with pay, is referred to as Administrative Leave.  This is not an employee right, benefit, nor term or condition of employment.  The Chief of Police may grant Administrative Leave at his discretion for purposes that further the good order and discipline of the Department.

## V.  BLOOD TIME

### A.  Sworn Members:

Effective October 1, 2009, the Blood time credit benefit will be discontinued and no additional Blood Time may be accumulated.

Any Member who has accrued Blood Time as of October 1, 2009, will be entitled to maintain that accrued time and thereafter use it consistent with the current approval requirements, or be paid for that accrued Blood Time upon termination or entry into DROP at the Member's current rate of pay.

Members will be guided by Union Contracts concerning any "Grandfather Exception" pertaining to accrued Blood Time.

### B.  Members Terminating Employment

1.  Upon termination, all blood time will be paid at the Member's current rate of pay.

2.  Once a Member has been compensated, no additional blood time will be accrued.

## VI.  TIME OFF REQUEST PROCEDURES

The Division Major, or his designee, has the sole right to determine how many Members of each rank can be on Vacation and/or approved for time off at any one time within each Division, Section, or Unit.

### A.  Request Forms

1.  **Requests Over 40 Hours**

    Members requesting to use more than 40 hours of Vacation Time, Holiday Time (including Birthday Time), Compensatory Time, Administrative Time, Blood Time, or any combination of thereof will submit the request on a Hollywood Police Vacation Schedule (see **Appendix A**) for approval through his Chain of Command with an attached OSL Bank Balance printout.

2.  **Requests 40 Hours or Less**

    Members requesting to use 40 hours or less of Vacation Time, Holiday Time (including Birthday Time), Compensatory Time, Administrative Time, or Blood Time will submit the request on a Time-Off Request Form (see **Appendix B**) for approval through his Chain of Command.

### B.  Approval/Denial of Requests

1.  All Time Off requests will be reviewed, and approval will be determined by staffing requirements, verification of vacation schedules, the existence of pending emergency situations within the City, and Collective Bargaining Agreement requirements.

    a.  If the Member's request is approved, the form will be submitted to the Timekeeper's Office via the Member's Chain of Command.

    b.  If the Member's request is denied, the form will be returned to the Member and an explanation provided.

    c.  If the Member does not receive confirmation of the approval or denial of the request, it will be the Member's responsibility to verify that the time off request

was approved prior to the date requested.

2. All time off will be used on an hour for hour basis.

## VII. SICK LEAVE

A. **Sworn Members:**

Sworn Members will be guided by the current Collective Bargaining Agreement and the following procedures:

1. **Accruing Sick Leave:**

   **a**. Sick Leave is accrued at the rate of eight hours per calendar month for each month worked. Sick Leave will not accrue during unpaid leave of absences.

   **b**. Sick Leave will be charged against the Member's balance on an hour-for-hour basis. Members may not draw against future unearned Sick Leave.

2. **Donating Sick Leave:**

   At the Sworn Member's discretion, Sick Leave may be donated to another Member within the PBA Bargaining Unit in need of such time to cover a prolonged illness or injury. The donating Member must have completed five years of continuous service with the Department to be eligible for the donation. Such donations are on a dollar for dollar basis.

3. **Reporting Sick for Duty:**

   **a.** Members unable to report for duty because of injury or illness to themselves or a member of their immediate family will notify the Department at least one hour prior to the start of their scheduled tour of duty by calling the Police Information Desk.

   **(1).** The Member receiving the notification will notify the

appropriate Unit or Supervisor of the absence and complete the Absentee Log and an Employee Absentee Report (see **Appendix D**).

   **(2).** The original Absentee Report will be forwarded to the Timekeeper's Office.

   **(3).** The second copy will be forwarded to the Member's Unit or Supervisor.

   **b.** Sworn Member's reporting sick or injured will be confined to their homes, clinic, or hospital during their normal working hours, except to visit their personal Physician or pharmacy to obtain needed medical services or supplies.

   **c.** Sworn Members who leave work sick will be charged for the remaining hours of their tour of duty on an hour-for-hour basis. The Member's Supervisor will document the Sick Leave usage according to Timekeeping protocol.

   **d.** Sworn Members cannot use earned Compensatory, Blood, Vacation or Holiday Time in lieu of Sick Leave without the prior approval of a Supervisor. Substituting any other form of accrued Leave for Sick Leave after the fact is prohibited.

4. **Abuse of Sick Leave:**

   **a.** Sworn Members will not feign illness or injury, falsely report themselves injured or ill or otherwise deceive or attempt to deceive any Supervisor as to their health for the purpose of avoiding duty.

   **b.** A history of reporting sick in conjunction with days off, holidays or weekends off may be considered abuse.

c. Employees absent from duty for a period of over three (3) consecutive working days due to illness or injury may be required to submit a letter from their physician prior to their return, approving resumption of duties. The letter should be sent to the attention of the Privacy Officer in the Office of Human Resources and Risk Management. Those employees whom the department head has identified as abusing the sick leave benefit system may be required to submit physician statements on a more frequent basis.

d. Sworn Members absent from duty for a period exceeding five consecutive working days due to sickness or injury may be required to submit to an examination by a designated City Physician prior to returning to active duty.

   (1). The examination will be ordered at the discretion of the Chief of Police.

   (2). The Member's return to duty may be contingent upon a satisfactory examination and review of the Physician's report by the Chief of Police.

**5. Conversion of Sick Leave:**

When employees have accrued four hundred (400) hours of sick leave they will have the option of converting up to forty (40) hours to sick vacation. This conversion option will take place between October 1st and September 30th. Under the provisions of this policy, no more than forty (40) hours of sick leave may be converted to sick vacation in any Fiscal year (see **Appendix B**).

**B. Non-Sworn Members:**

Non-Sworn Members will be guided by the current Employee Bargaining Agreement and the following procedures:

**1. Accruing Sick Leave:**

a. Non-Sworn Members accrue Sick Leave at the rate of eight hours per calendar month for each month worked. Non-Sworn Members will be allowed to accrue an unlimited amount of Sick Leave.

b. Sick Leave will not accrue while the Employee is on approved "Special Leave" as defined in the AFSCME Employee Organization Agreement.

c. Sick Leave will be charged against the Member's balance on an hour-for-hour basis. Employees may not draw against future unearned Sick Leave.

**2. Donating Sick Leave:** A Voluntary Sick Leave Pool has been established by the City's Human Resource Department for the purpose of assisting employees in cases of non-work related catastrophic or long-term illnesses. All Regular full-time employees within the General Employee ranks including Non-Sworn Police Department Personnel may participate in the Sick Leave Pool. Employees are encouraged to refer to the City of Hollywood's Office of Human Resources Personnel Policies and Procedures Manual for further details and qualifications.

**3. Reporting Sick for Duty:**

a. Non-Sworn Members unable to report for duty because of injury or illness to themselves or a member of their immediate family will notify the Department no later than one-half hour prior to the start of their scheduled shift.

   (1). All non-sworn Members, except Members assigned to the Communications Sec-

tion, will call the Police Information Desk.

**(2).** Members assigned to the Communications Section will contact the on-duty Communications Shift Supervisor.

The Communications Shift Supervisor will be responsible for completion of an Employee Absentee Report as directed in "Section b."

**b.** The Member receiving the notification will notify the appropriate Unit or Supervisor of the absence and complete an Employee Absentee Report (see **Appendix D**).

**(1).** The original Absentee Report will be forwarded to the Timekeeper's Office.

**(2).** The second copy will be forwarded to the Member's Unit or Supervisor.

**c.** Non-Sworn Members reporting sick or injured will be confined to their homes, clinic, or hospital during their normal working hours, except to visit their personal Physician or pharmacy to obtain needed medical services or supplies.

**d.** Non-Sworn Members who leave work sick will be charged for the remaining hours of their tour of duty on an hour-for-hour basis. The Member's Supervisor will document the Sick Leave usage according to Timekeeping protocol.

**e.** Non-Sworn Members cannot use earned Compensatory, Blood, Vacation or Holiday Time in lieu of Sick Leave without the prior approval of a Supervisor. Substituting any other form of Accrued Leave for Sick Leave after the fact is prohibited.

**4. Abuse of Sick Leave:**

**a.** For the purpose of this SOP, abusing Sick Leave will be defined as having incurred more than six occurrences involving the use of Sick Leave during a Fiscal Year (October 1st to September 30th).

**b.** Non-Sworn Members will not feign illness or injury, falsely report themselves injured or ill, or otherwise deceive or attempt to deceive any Supervisor as to their health for the purpose of avoiding duty.

**c.** Employees absent from duty for a period of over three (3) consecutive working days due to illness or injury may be required to submit a letter from their physician prior to their return, approving resumption of duties. The letter should be sent to the attention of the Privacy Officer in the Office of Human Resources and Risk Management. Those employees whom the department head has identified as abusing the sick leave benefit system may be required to submit physician statements on a more frequent basis.

**d.** Non-Sworn Members absent from duty for a period exceeding five consecutive working days due to sickness or injury may be required to submit to an examination by a designated City Physician prior to returning to active duty.

**(1).** The examination will be ordered at the discretion of the Chief of Police.

**(2).** The Member's return to duty may be contingent upon a satisfactory examination and review of the Physician's report by the Chief of Police.

**5. Conversion of Sick Leave:**

When employees have accrued four hundred (400) hours of sick leave they will have the option of converting up to forty (40) hours to sick vacation. This conversion option will take place between October 1st and September 30th. Under the provisions of this policy, no more than forty (40) hours of sick leave may be converted to sick vacation in any Fiscal year (see **Appendix B**).

## VIII. BEREAVEMENT LEAVE

This Section will apply to Sworn and Non-Sworn Members of the Department:

**A. Granting of Bereavement Leave:**

Bereavement Leave will be granted in those cases involving the death of a Member's immediate family.  Members eligible to receive Bereavement Leave will be guided by the following:

**1.** Members will be granted three working days off with pay; such Leave will not be charged to Sick Leave, Vacation Leave or any other Accrued Leave.

**2.** Members eligible for Bereavement Leave which resulted from a death, which occurred, or a funeral, which is being held, outside of the State of Florida may apply to the Chief of Police for two additional days of Bereavement Leave (total of five days).

**3.** If the additional Bereavement Leave days are denied, the appeal process, as promulgated in the affected Member's current Collective Bargaining Agreement, will prevail.

**B. Immediate Family Defined:**

Immediate family members are defined as per the current Members Collective Bargaining Agreement(s).

**C. Request Submission:**

Members will initiate requests to use Bereavement Leave as follows:

**1.** Submit the request indicating the amount of Bereavement Leave days desired to his Immediate Supervisor on a Time-Off Request Form.

**2.** The Form will be forwarded via the Chain of Command to the Chief of Police.

**3.** Upon approval, the Form will be forwarded to the Timekeeper's Office.

**4.** The City reserves the right to request proof of death upon a Member's return to duty.

## IX. MILITARY LEAVE (TRAINING)

This Section will apply to both Sworn and Non-Sworn Members of the Department:

**A. Compliance with Laws:**

Departmental guidelines governing Military Leave of Absence will be in compliance with applicable Federal and State Laws.

**B. Eligibility:**

Department Members who are Commissioned Reserve Officers or Reserve Enlisted Personnel in the United States Military, or Members of the National Guard.

**C. Member Protection:**

Members will be entitled to a Military Leave of Absence without loss of Personal Leave Time, Seniority, or performance efficiency rating for such time as they are ordered to Military service.

**D. Procedure:**

Members who are enlisted in the Military Reserves will notify the Personnel Unit on Memorandum via the Chain of Command within three days of assuming a Military obligation.  The notification will contain the following information:

1. Branch of Military Service.

2. Status.

3. Occupational Specialty.

4. Term of Obligation.

5. Date and Term of Re-enlistment.

**E. Duration of Leave of Absence:**

The Military Leave of Absence will not exceed 30 working days in any one Annual period.

## X.  MILITARY LEAVE (ACTIVE DUTY)

It is the policy of the City of Hollywood (as well as Federal and State Governments) to provide a military leave of absence for Members called to active duty during a period of national emergency or other military obligation (other than military training, covered previously).

This Section will apply to both Sworn and Non-Sworn Members of the Department.

**A. Compliance with Laws:**

Departmental guidelines governing Military Leave of Absence will be in compliance with applicable Federal and State Laws.

**B. Member Protection:**

1. Members will be entitled to a Military Leave of Absence without loss of Personal Leave Time, Seniority, or performance efficiency rating for such time as they are ordered to Military service.

2. It is the policy of the Florida Department of Law Enforcement (FDLE) to freeze a Member's FDLE Mandatory Re-training requirements as of the date of Active Service until the Member's release from Active Service, protecting the Member's State Certification from expiration during his tour of military duty.

**C. Procedure:**

Members who are entering active duty will notify the Personnel Unit via Memorandum within three days of receiving their orders, via the Chain of Command.

The notification will contain the following information (if known and/or available):

1. A copy of their written orders.

2. Branch of Military Service.

3. Status.

4. Occupational Specialty.

5. Term of Obligation.

The Personnel Unit will prepare a Personnel Action Form and attach the military orders to such form and forward it to Human Resources for processing.

**D. Compensation during Active Service:**

1. Members on active duty will be entitled to receive the difference between their regular base salary and the salary received from the military for a period up to six (6) months. This may be extended at the discretion of the City Manager.

2. The City will continue to pay its portion of the individual or family health and life insurance premiums for as long as the Member remains on active duty.

3. A Member returning from active duty will be reinstated to his former position or a similarly comparable posi-

tion with no loss in seniority, pay, or benefits.

4. Members must notify the Department of their intention to return to work within ninety (90) days of discharge from active duty.

5. Members who return from active duty cannot be terminated for a twelve (12) month period following reinstatement except where good cause has been established.

## XI. LEAVE OF ABSENCE

This Section will apply to Sworn and Non-Sworn Members of the Department:

### A. Compliance with Collective Bargaining Agreements:

The Department will grant Leaves of Absence in accordance with the guidelines and conditions outlined in the current Employee Bargaining Agreements and as provided for within the City of Hollywood Policies and Procedures.

### B. Approved Leaves:

Generally, the Department will approve a Leave of Absence for one or more of the following reasons:

1. The birth of an employee's child.

2. The placement of a child with the employee for adoption or foster care.

3. The employee's need to care for a child, spouse, or parent who has a serious and debilitating health condition.

4. The employee's non-work related inability to perform the functions of an assigned position because of a serious and debilitating health condition.

### C. Leave without Pay

1. Any regular employee who has been employed with the City for a period of twelve (12) continuous months may be granted a leave of absence without pay for a period not to exceed six (6) months. The reason for such leave shall be attributable to an extraordinary condition not directly associated with provisions of the Family and Medical Leave Policy. During such leave, the employee will not accrue any annual or sick leave or be entitled to any benefits other than health and life insurance subject to the regulations of the Risk Management Division.

2. Employees who qualify for a "Leave without Pay" will initiate a request for such leave by sending a written request to the Chief of Police via the Chain of Command. Such request will be made not less than two (2) weeks prior to the requested leave date, unless it is an unforeseeable emergency. Such request will include the purpose of the leave and an estimate of the amount of time needed for such leave. All requests must be approved by the Chief of Police, Human Resources, and the City Manager.

### D. Notification of Pregnancy:

When a Member of the Department becomes aware of her pregnancy, she will immediately comply with the following:

1. The Member will submit a Memorandum to the Chief of Police via the Chain of Command, and include a letter from the Member's Physician outlining the projected month of delivery.

2. When notification of pregnancy has been submitted to the Chief of Police, the Member may be placed on limited-duty status. The decision is contingent upon the Member's assignment.

## XII. OVERTIME

This Section will apply to Sworn and Non-Sworn Members of the Department:

**A. Compliance with Collective Bargaining Agreements:**

The policy governing Overtime Pay or the accrual of Compensatory Time in lieu of receiving premium Overtime Pay will be in accordance with the guidelines and conditions as outlined in the current Employee Bargaining Agreements and this SOP.

**B. Scheduling and Approval:**

Members will not perform Overtime work without prior Supervisory authorization. An exception is granted in the case of Court Overtime where a lawfully issued Subpoena or Court Order will suffice as proper authorization.

**C. Restrictions:**

The following restrictions apply:

1. Members will not change their normally scheduled duty hours for the purpose of earning Overtime compensation.

2. A Sworn Member will not submit an Overtime Request for an off-duty arrest unless the arrest required the Member to respond to Police Headquarters for furtherance of the case (Shift Lieutenant's approval required).

3. Members will not falsify, nor attempt to falsify any circumstance, record, or report for the purpose of receiving Overtime compensation.

**D. Overtime Submission Procedure:**

The following procedures will guide Members in the documentation and submittal of Overtime.

1. Members will document Overtime hours worked by completing a City of Hollywood Police Department, Weekly Employee Overtime Record (see **Appendix E**).

2. The City of Hollywood Police Department, Weekly Employee Overtime Record will document all Regular and Standby Court Overtime worked during a one-week period from Monday at 0001 hours through Sunday at 0000 hours.

3. Members will answer the requisite information on the Overtime Record, filling in each section completely.

4. The Record will be submitted to the Member's immediate Supervisor and subsequently forwarded via the Chain of Command to the Chief's Office for final approval. The Chief's Office will then forward to the Timekeeper.

5. Employee Overtime Records will be submitted no later than Wednesday following the week in which the Overtime was worked.

6. Court Overtime submission procedures are dictated in **SOP# 171 COURT PROCEDURES**.

## XIII. EDUCATIONAL REIMBURSEMENT

Employee Educational Reimbursement Programs are available to Sworn and Non-Sworn Members of the Department.

**A. Sworn Members:**

Sworn Members will be guided by the provisions of their current Collective Bargaining Agreement and the following procedures:

1. Sworn Members are eligible to participate in the Educational Assistance Program if they have achieved permanent status by successfully completing their probationary period.

**2.** Members who are participating in the DROP will not be eligible for tuition reimbursement.

**3.** Sworn Members must receive satisfactory or better Employee Performance Evaluations prior to the beginning of the course work in order to participate in the program.

**4.** Members will only be reimbursed for one job related degree at each level (e.g., one Associates or one Bachelor's or one Master's level degree).

**5.** Members will be limited each fiscal year to a maximum total of $1,800.00 annually for tuition reimbursement costs.

**6.** Eligibility for City reimbursement for the costs of books and tuition must be pre-approved for eligibility by the Chief of Police. Members will complete the following procedures:

    **a.** Submit a Request for Course Approval Form (see **Appendix F**) to the Chief of Police, providing a written explanation of the relationship between the course work and Law Enforcement related activities.

    **b.** All course work must be properly approved prior to the beginning of the class.

    **c.** Reimbursement will be for courses leading to college or post graduate degrees. Reimbursement may be provided by for on-line coursework for core courses required by a residential degree program. Tuition will not be reimbursed for total on-line degree programs and/or on-line degree program electives.

**7.** When a Member completes the approved course work, it is their responsibility to submit the Tuition Reimbursement Application (see **Appendix G**) along with a copy of their grades and tuition/book(s) receipts to the Fiscal Affairs Unit. The Form must be submitted no later than 1 month after completion of the course.

**8.** Tuition Reimbursement Forms are available on the. S Drive, in the "Operational Manual and Forms Folder".

**B. General & Confidential Employees:**

Members who fall into one of the above job classifications will be guided by the provisions of their current Employee Organization Agreement and the following procedures:

**1.** Non-Sworn Members desiring educational reimbursement will complete the following procedures.

    **a.** Complete an Application for Educational Reimbursement (see **Appendix H**) and,

    **b.** Attach a summary of the degree program that indicates program requirements.

    **c.** The Application Form and Program Summary will be submitted to the Member's Division Major. The Division Major will forward the material to the Chief of Police for approval and routing to the City's Human Resource Director and Budget Director.

**2.** Upon completion of classes, the Member will submit a copy of grades and receipts for reimbursement of tuition and books, via their Chain of Command.

**C. Executive/Management & Professional Employees:**

Members who fall into the job classification of Executive, Management, or Professional will be guided by the following procedures.

**1.** The Member will complete the Tuition Reimbursement Application

Form (see **Appendix I**), and attach a copy of the degree or certificate that indicates program require-ments.

2. The Form will be submitted to the City's Human Resource Depart-ment.

3. Upon completion of the course(s), the Member will submit receipts for reimbursement of tuition and books, via their Chain of Command.

## XIV. NON-SWORN MEMBERS SHIFT DIFFER-ENTIAL PAY

This Section applies to Non-Sworn Mem-bers, only.

### A. Program Description:

Non-Sworn Members who will receive Shift Differential pay based on shift as-signment for all hours worked.

1. Members assigned to work from 4:00 p.m. to 12:00 a.m., or when the majority of their assigned work hours fall within these hours will re-ceive Shift Differential pay of .30 per hour.

2. Members assigned to work from 12:00 a.m. to 8:00 a.m., or when the majority of their assigned work hours fall within these hours will re-ceive Shift Differential pay of .50 per hour.

3. Shift Differential will not be applied to Sick or Vacation Time.

4. Applicable Shift Differential pay will not be adjusted for any hours worked outside the majority of hours worked on the assigned shift.

### B. Process:

Supervisory personnel are responsible for tracking the applicable hours worked by Non-Sworn Members assigned to them and documenting the amount of shift differential pay the Non-Sworn

Members are entitled on the appropriate forms.

1. The Employee Shift Differential 24 Hour Operations Shift A Form (see **Appendix J**) will be completed for Members assigned to work from 4:00 p.m. to 12:00 a.m.

2. The Employee Shift Differential 24 Hour Operations Shift B Form (see **Appendix K**) will be completed for Members assigned to work from 12:00 a.m. to 8:00 a.m.

    a. The Forms may be accessed on the City computer system's "S" drive as designated by the Ac-creditation Unit.

    b. Supervisors will complete the Shift A or Shift B version as ap-propriate.

    c. Supervisors will forward the completed Shift Differential Forms to the Timekeeper, via the Chain of Command, no later than 7:00 a.m. on the Monday immediately following the end of the pay-period in which the time was earned.

## XV. DEFINITIONS:

### A. SWORN MEMBER:

Sworn Members are those identified in the Collective Bargaining Agreement be-tween the Broward County PBA and the City of Hollywood.  Sworn Members in-clude All Sworn Police Officers in the ranks of Police Officer, Police Sergeant and Police Lieutenant.

Sworn Members at the rank of Captain or above should refer to the City of Hol-lywood Executive Management Classifi-cation guidelines.

### B. NON-SWORN MEMBER:

Non-Sworn Members are those identi-fied in the Employee Organization

Agreements between the City of Hollywood and AFSCME Local 2432.

**C.  OUR SOFTWARE LIMITED (OSL):**

Timekeeping System Software.

---

APPROVED BY:

**02/12/2013**

**Office of the Chief of Police   Date**

**ATTACHMENTS:**

- **Appendix A:**  Hollywood Police Vacation Schedule.

- **Appendix B:**  Time Off Request Form.

- **Appendix C:**  Vacation or Holiday Time Pay Redemption Request Form.

- **Appendix D:**  Employee Absentee Report.

- **Appendix E:**  Employee Overtime Record.

- **Appendix F:**  Request for Course Approval Form.

- **Appendix G:**  Tuition Reimbursement Application (Sworn Members).

- **Appendix H:**  Tuition Reimbursement Application (General and Confidential Employees).

- **Appendix I:**  Tuition Reimbursement Application (Executive/Management, Professional Employees).

- **Appendix J:**  Employee Shift Differential 24 Hour Operations Shift A Form.

- **Appendix K:**  Employee Shift Differential 24 Hour Operations Shift B Form.

- **Appendix L:**  Blood Donation Verification.

- **Appendix M:** Hollywood Police Department Employee Bank Balance

# HOLLYWOOD  POLICE  VACATION  SCHEDULE
## 40 HOURS OR MORE

Name / Badge

Date of Employment

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Accrual rate : _____

Date processed by Timekeeper: _____

| | Hol | Vac |
|---|---|---|
| Must Use by 12/31 This Year | | |

Employee Signature / Badge                    Date

Supervisor Approval  / Badge                   Date



# TIME OFF REQUEST FORM

### 40 HOURS OR LESS

DATE OF REQUEST:_____ EMPLOYEE ID #:_____

MEMBERS NAME:_____ BADGE #:_____

DATE(S) REQUESTED:_____

---

- ☐ 1 HOUR
- ☐ 2 HOURS
- ☐ 3 HOURS
- ☐ 4 HOURS
- ☐ 5 HOURS
- ☐ 6 HOURS
- ☐ 7 HOURS
- ☐ 8 HOURS
- ☐ 9 HOURS
- ☐ 10 HOURS
- ☐ _____ HOURS

- ☐ VACATION TIME
- ☐ COMPENSATORY TIME
- ☐ HOLIDAY TIME
- ☐ BLOOD TIME
- ☐ ADMINISTRATIVE TIME
- ☐ BIRTHDAY TIME
- ☐ MILITARY LEAVE
- ☐ BEREAVEMENT TIME
- ☐ PERSONAL / SICK TIME (Civilians Only)
- ☐ SICK-VACATION

☐ BEGINNING OF SHIFT     ☐ END OF SHIFT

---

☐ APPROVED     ☐ DISAPPROVED

SUBMITTING MEMBER: _____ BADGE #:_____

SERGEANT:_____ LIEUTENANT:_____

MAJOR: _____

---



# VACATION OR HOLIDAY TIME PAY REDEMPTION REQUEST FORM

DATE OF SUBMISSION:_____

NAME OF MEMBER:_____ BADGE #_____

I request the redemption of _____ hours of ☐ Vacation ☐ Holiday Time for pay.

**Indicate date of the holiday you request compensation for:_____**

**NOTE:**

1. Any request to redeem a holiday must be received by the Timekeeper prior to commencement of the pay period in which the holiday falls.

2. Any request to redeem vacation time for pay must be submitted no later than August 1, of the calendar year and will pertain to unused annual leave earned during the prior fiscal year.

3. After this form has been filled out and signed by the requesting Member, the Supervisor will then sign and expeditiously forward this form to the Timekeeper.  The Supervisor is responsible for ensuring that requests which fail to meet time frame requirements are returned to the Member.

_____
MEMBER'S SIGNATURE

_____
SUPERVISOR'S SIGNATURE

CITY OF HOLLYWOOD, FLORIDA
POLICE DEPARTMENT



# EMPLOYEE ABSENTEE REPORT

1 - To (Suprvr.): _____

2 - Ref. Emp: _____

3 - Emp. Badge # _____ Emp # _____

4 - Reptd by: _____ Ph:# _____

5 - Rel. to Emp. _____

6 - Absent Shift _____ Assign. _____

7 - Date/Time Dept Notified: _____

8 - Duty connected illness/injury? ❏ Yes ❏ No

9 - Remarks _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Received by _____ Ser# _____

22-047 (08/05)

**City of Hollywood**

**Police Department**          **Weekly Employee Overtime Record**

| NAME / BADGE # / EMPLOYEE # | | DIVISION NAME | DIVISION # | DATE |
|---|---|---|---|---|

| DATE | TIME | | NO. OF HOURS | | REASON | Assigned by (name) |
|---|---|---|---|---|---|---|
| | REG. HRS. | O.T. HRS. | # PAID HRS. | # COMP HRS. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| EMPLOYEE SIGNATURE: | SUPERVISOR SIGNATURE: | DIVISION APPROVAL: |
|---|---|---|
| DEPARTMENT APPROVAL: | WEEK BEGINNING: | WEEK ENDING: |

- Must be submitted by the following Wednesday.
- Maximum compensatory balance: 40hrs. (Non sworn) & 80hrs. (Sworn)          *All copies will be forwarded to the Timekeeper



# CITY OF HOLLYWOOD, FLORIDA
# POLICE DEPARTMENT
## POLICE OFFICER EDUCATIONAL ASSISTANCE PROGRAM
## REQUEST FOR COURSE APPROVAL

**Instructions:**

1. **Prior** to submitting this form, confirm you are eligible to participate in the Educational Reimbursement Program in the current Collective Bargaining Agreement.
2. **Attach** a copy of the degree program that indicates program requirements.
3. Members will only be reimbursed for **one** job related degree at each level (e.g. Associate's or Bachelor's or Master's level degree).
4. Members will be limited to a maximum of **$1,800.00** each fiscal year.

In accordance with the current Collective Bargaining Agreement for sworn Police Officers and the Hollywood Police Department's Operations Manual, I request that permission be granted to attend _____.

(Name of College or University)

| TITLE OF COURSE(S) | ONLINE COURSE | CORE CLASS | COST |
|---|---|---|---|
| | Y☐ N☐ | Y☐ N☐ | |
| | Y☐ N☐ | Y☐ N☐ | |
| | Y☐ N☐ | Y☐ N☐ | |
| | Y☐ N☐ | Y☐ N☐ | |

DATES OF COURSE(S):  From  __ / __ / __   To  __ / __ / __

I am seeking a College degree in the field of _____

(Type of Degree)

Upon the successful completion of the course(s) indicated above, I will submit the appropriate tuition fee receipt(s) and grade report(s).  I further acknowledge the fact that this course(s) are offered on off-duty shift days/hours and will attend at those times.

_____   _____
Officer's Name (Print)                                      Date

_____   _____
Officer's Signature                                          Date

_____   _____          ☐ Approved
Chief of Police (Signature)                    Date

                                                                                    ☐ Disapproved



# CITY OF HOLLYWOOD, FLORIDA
# POLICE DEPARTMENT
### POLICE OFFICER EDUCATIONAL ASSISTANCE PROGRAM
### TUITION REIMBURSEMENT APPLICATION

NAME: _____  BADGE #: _____

NAME OF SCHOOL: _____

SCHOOL ADDRESS: _____

**Check One:** ☐ Degree Program    Type (A.S., B.A., etc.): _____
☐ Certificate Program
☐ Non-Degree Program

Related to Law Enforcement: ☐ Yes ☐ No

Major: _____ Anticipated Graduation Date: ___ / ___ / ____

## COURSES FOR WHICH TUITION REIMBURSEMENT IS REQUESTED

| COURSE TITLE/ NUMBER | ON-LINE COURSE | CORE CLASS | CREDIT HOURS | TUITION COST | COST OF BOOKS | DATE COMPLETED | GRADE | PERCENT TO REFUND | AMOUNT TO REIMBURSE |
|---|---|---|---|---|---|---|---|---|---|
|  | Y☐ N☐ | Y☐ N☐ |  |  |  |  |  |  |  |
|  | Y☐ N☐ | Y☐ N☐ |  |  |  |  |  |  |  |
|  | Y☐ N☐ | Y☐ N☐ |  |  |  |  |  |  |  |
|  | Y☐ N☐ | Y☐ N☐ |  |  |  |  |  |  |  |
|  | Y☐ N☐ | Y☐ N☐ |  |  |  |  |  |  |  |

## ELIGIBLE FOR OTHER EDUCATIONAL ASSISTANCE?   ☐ Yes ☐ No

I understand and agree with the current Collective Bargaining Agreement and the guidelines established in SOP #166 of the Hollywood Police Department's Operations Manual, with regard to length and terms of employment with the City of Hollywood.  It is understood that this application and conditions thereof are not to be construed as to express or imply the setting forth of an employment contract for a definite term.  The statements and representations made herein as contained in supporting documents are true and correct, and I acknowledge that the City of Hollywood and its personnel will rely on such information. **Tuition will not be reimbursed for online degree programs.**

_____   _____
Police Officer Signature                   Date

# *City of Hollywood, Florida*
## Tuition Reimbursement Application
### (General & Confidential Employees)

## *Instructions:*

1   *__Prior__ to enrolling in and/or taking courses, submit completed form with documents and acknowledgment signatures to Human Resources.*
2   *Attach a copy of the degree program that indicates program requirements.*
3   *Upon completion of classes, submit a copy of your grade(s) and receipts for tuition and books.  Receipts must be itemized. Copies of checks or credit card receipts are not acceptable.*
4   *If you are receiving financial aid, you must submit a statement of account __prior to approval__ which itemizes payments toward your tuition balance.  It MUST reflect whether payment is through loans, scholarships, grants or some other form of payment.*

**Name:**                    **Department/Division:**                    **Job Title:**

**Name & Address of College/University:**
**Degree:**                              **Type (A.S., B.A., etc.)**          **Related to job?** ☐Yes   ☐ No

**Are you receiving any other form of tuition assistance (i.e., grant or loan)?** ☐Yes *   ☐No
*\*If "yes", attach documentation of type of assistance and amount awarded.  See #4 above.*

*Reimbursable Semester Credit Hour Rates:*     *Undergraduate = up to $110.90 per semester credit hour*
                                              *Graduate      = up to $259.73 per semester credit hour*

| Course Title | Course # | Credit Hours | Est. Cost Credit Hours | Est. Cost Books | *HR Application Review* | | | *\*\*HR Final Review\*\** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Eligible?* | *HR* | *Date* | *Grade* | *Tuition* | *Books* | *Total* |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | |

I acknowledge this application is not a guarantee of reimbursement and that reimbursement is based on State semester credit hour tuition rates, submission of the appropriate documents verifying tuition, book costs and official grades.  Furthermore, I understand that reimbursement is for core courses (elective courses are excluded) leading to college degrees in which the City would obtain a benefit from the knowledge gained and for courses that are related to a service/function of my position and that on-line coursework must meet contractual and City standards. **Tuition will not be reimbursed for on-line degree programs.** Additionally, if I should voluntarily leave the City's employment within two (2) years of receiving this reimbursement benefit, I will be responsible for reimbursing the City for the cost of the benefit on a prorated basis per my contractual bargaining unit agreement. The statements and representations made herein and as contained in supporting documents are true and correct, and I acknowledge that the City of Hollywood and its personnel will rely on such information.

*(Please contact HR if you have questions regarding eligible on-line coursework.)*

*Employee Signature*   _____   *Date* _____

**Acknowledgment:**

*This course of study would benefit the City and is related to the service/function of the employee's position.*

   *YES/NO (circle one)*

   *Division Mgr/Super*   _____   *Date* _____

   *Dept/Office Director*   _____   *Date* _____

   *Dept/Office Budget Account #* _____

*\*\*Please be advised that the HR Final Review is subject to changes pending final grade, cost of books and classes. \*\**
**Budget Office Review:**   _____   *Date* _____
**APPROVAL:**

   *City Manager*   _____   *Date* _____

# *City of Hollywood, Florida*
## Tuition Reimbursement Application
### (Executive, Management, Professional, Supervisory)

*Instructions:*

1   <u>Prior</u> to enrolling in and/or taking courses, submit completed form with documents and acknowledgment signatures to Human Resources.
2   Attach a copy of the degree program that indicates program requirements.
3   Upon completion of classes, submit a copy of your grade(s) and receipts for tuition and books.  Receipts must be itemized. Copies of checks or credit card receipts are not acceptable.
4   If you are receiving financial aid, you must submit a statement of account **prior to approval** which itemizes payments toward your tuition balance.  It MUST reflect whether payment is through loans, scholarships, grants or some other form of payment.

**Name:**                **Department/Division:**                **Job Title:**

**Name & Address of College/University:**

**Degree Program:**                **Type (A.S., B.A., etc.)**                **Related to job?** ☐ Yes   ☐ No

**Are you receiving any other form of tuition assistance (i.e., grant or loan)?** ☐ Yes *   ☐ No
*\*If "yes", attach documentation of type of assistance and amount awarded.  See #4 above.*

*Reimbursable Semester Credit Hour Rates:*   Undergraduate = up to $110.90 per credit hour
                                              Graduate    = up to $259.73 per credit hour

| Course Title | Course # | Credit Hours | Est. Cost Credit Hours | Est. Cost Books | *HR Application Review* | | | *\*\*HR Final Review\*\** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | *Eligible?* | *HR* | *Date* | *Grade* | *Tuition* | *Books* | *Total* |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **TOTALS** | | | | | | | | | | | |

I acknowledge this application is not a guarantee of reimbursement and that reimbursement is based on State semester credit hour tuition rates and submission of the appropriate documents verifying tuition, book costs and official grades.  Furthermore, I understand that reimbursement is for all courses leading to a college degree or post-graduate degree in which the City would obtain a benefit from the knowledge gained and that on-line coursework must meet contractual or policy standards. **Tuition will not be reimbursed for on-line degree programs.** If I should voluntarily leave the City's employment within two (2) years of receiving this reimbursement benefit, I will be responsible for reimbursing the City for the cost of the benefit on a prorated basis per my contractual bargaining unit agreement or City policy. The statements and representations made herein and as contained in supporting documents are true and correct, and I acknowledge that the City of Hollywood and its personnel will rely on such information.
*\*(Please contact HR if you have questions regarding eligible on-line coursework.)\**

*Employee Signature* _____   *Date* _____

**Acknowledgment:**

*This degree/course of study would benefit the City.*      YES/NO (circle one)

*Division Mgr/Super* _____   *Date* _____

*Dept/Office Director* _____   *Date* _____

*Dept/Office Budget Account #* _____

*\*\*Please be advised that the HR Final Review is subject to changes pending final grade, cost of books and classes. \*\**

**Budget Office Review:** _____   *Date* _____

**APPROVAL:**

*City Manager* _____   *Date* _____



Employee Shift Differential 24 Hour Operations Shift A (.30 Cents)

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix J Employee Shift Differential 24 Hour Operations Shift A Form.doc

Page 1 of 1
Appendix J SOP #166



Employee Shift Differential 24 Hour Operations Shift B (.50 Cents)

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix K Employee Shift Differential 24 Hour Operations Shift B Form.doc

Page 1 of 1
Appendix K SOP #166

## BLOOD DONATION VERIFICATION

I, _____ have given blood/phoresis on _____ at

_____ am/pm.  I have used my accrued ☐ vacation ☐ compensatory time,

☐ blood time, ☐ scheduled day off, ☐ lunch hour or ☐ other non-work time
_____ (please specify type, such as after work hours or days off) to do so.


_____          _____
Employee Signature                                    Date

_____          _____
Print Name of Collection Staff                      Date

_____          _____
Signature of Collection Staff                       Collection Site

Verification of time usage by Department/Office:


Time used: _____


Verified by: _____          _____
                        Timekeeper Name                                      Signature

                                                                        _____
                                                                        Date

_____          _____
Director's Name                                       Director's Signature


                                                                        _____
                                                                        Date


**\*\*PLEASE RETURN TO HR FOR PROCESSING AFTER VERIFICATION\*\***

## Hollywood Police Department Employee Bank Balance

**Employee Name:**

**Employee Number:**

Date: May  21, 2008          Time : 13:45 HRS

| Time Code | Description | Factor | Balance |
|-----------|-------------|--------|---------|
| HL | Holiday Time | 1.00 | 16:00 |
| SK | Sick Leave | 1.00 | 123:05 |
| VA | Vacation | 1.00 | 130:42 |

Original Date: 11/1/2001
Revised Date: 5/15/2008
File Name: Appendix M Hollywood Police Department Employee Bank Balance

Page 1 of 1
Appendix M SOP #166



| COURT PROCEDURES | |
| --- | --- |
| **DEPARTMENT SOP: #171** | **CFA STANDARDS:** |
| **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:**  The purpose of this SOP is to establish policy, procedures and accountability for Court attendance, Court overtime, and the receipt and service of subpoenas and other Court related paperwork.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of this Department to establish means to manage and supervise the Court attendance process.

**INDEX:**

I.    SCOPE OF SUBPOENAS.........................2

  A.    Subpoena Receipt: .............................2
  B.    Subpoena Log: ..................................2
  C.    Undelivered Subpoenas: ....................2
  D.    Accessibility: ......................................2
  E.    Authority:............................................2
  F.    Evidence: ...........................................2
  G.    Absence from Duty: .............................2
  H.    Case Files:.........................................2

II.   COURT ATTENDANCE ...........................2

  A.    Unable to Comply with Subpoena: ......2
  B.    Conflicting Court Appearances:...........3
  C.    Training and School Conflicts:.............3
  D.    Disciplinary Action for Failure to Attend a Scheduled Court Appearance. .........3
  E.    Disciplinary / Corrective Action Guidelines:.........................................3

III.  STANDBY SUBPOENAS FOR TRIAL: ....4

  A.    Daily Master Central Court Status Log: ................................................................4
  B.    Member Responsibility: .......................4
  C.    Central Court Liaison Responsibility:...4
  D.    Cancellations: .....................................4
  E.    Day to Day Extensions: ......................5

  F.    Standby Trial Subpoena Compensation: .....................................5

IV.   COURT ATTIRE .........................................5

V.    WEAPONS PROCEDURES IN THE COURTHOUSE ........................................5

  A.    Weapons Procedures:.........................5
  B.    Disciplinary Procedures:......................5

VI.   READING AND SIGNING DEPOSITIONS AND STATEMENTS..................................5

VII.  COURT APPEARANCE PAYMENT FOR CRIMINAL CASES, CITY  OF HOLLYWOOD ORDINANCE VIOLATIONS, AND TRAFFIC COURT.....6

  A.    Witness Fees:......................................6
  B.    Submission of Witness Fees:..............6

VIII. CIVIL ACTIONS AGAINST MEMBERS OR THE DEPARTMENT..................................7

  A.    Member Named as a Defendant: ........7
  B.    Members Subpoenaed to Testify Against the City: ................................7

IX.   JURY DUTY OF SWORN AND NON-SWORN PERSONNEL...............................7

  A.    Jury Duty for Sworn Personnel: ..........7
  B.    Jury Duty Non-Sworn Personnel:........8

X.    COMPENSATION FOR CIVIL TRIALS AND DEPOSITIONS .................................8

XI.   DUI ADMINISTRATIVE HEARINGS.........8

## PROCEDURE:

### I.  SCOPE OF SUBPOENAS

#### A.  Subpoena Receipt:

Subpoenas for Members will be delivered to the Records Section or designated Court Liaison Officers.

1.  Upon receiving "over the counter" subpoenas, Records Section Members will date stamp and initial each subpoena.

2.  Two copies of each subpoena are made.  One copy is forwarded to the Court Liaison.  The second copy is kept in the "Over the Counter" subpoena binder.

3.  Records Clerks will place subpoenas with all required reports attached in the subpoenaed Member's squad boxes.

#### B.  Subpoena Log:

Section, Unit or Squad Supervisors are responsible for insuring that all subpoena's directed to Members assigned to their supervision are immediately documented using a Members Receipt of Subpoena Log (see **Appendix A**).

1.  The Member will sign the second or photocopied copy acknowledging receipt.

2.  This process will be completed on the date that the subpoena is received or the first day that the Member returns to work.

3.  Members are responsible for monitoring the Subpoena Log.

#### C.  Undelivered Subpoenas:

Supervisors will return undelivered subpoenas to the Records Section, providing the justification for non-delivery.  All returned subpoenas will be forwarded to the Court Liaison.

#### D.  Accessibility:

When off-active duty, Members will be accessible at home or provide other means of contact to Court Liaison Officer between the hours of 9:00 a.m. and 11:00 a.m. for stand-by subpoenas. Members may only be placed on an "extended stand-by" status by a Court Liaison Officer.

#### E.  Authority:

The Court Liaison Officer will be the only advising authority regarding Court appearance cancellations.

#### F.  Evidence:

It is the subpoenaed Member's responsibility to obtain all evidence needed for the appearance from the Property and Evidence Custodian prior to attending a hearing or trial.

#### G.  Absence from Duty:

Members will notify their Supervisor at the beginning of their tour of duty of subpoenas requiring absence from duty so that arrangements can be made for relief during their absence.

#### H.  Case Files:

At the conclusion or continuation of the proceedings and during the Member's next tour of duty, the case file and/or report copies will be returned to the Records Section.

### II.  COURT ATTENDANCE

Any employee who is lawfully directed to appear at a Court related proceeding, either by subpoena or contact by a Court Liaison Officer, shall attend.  This includes; depositions, pre-file conferences, hearings, trials or any other Court related proceeding.

#### A.  Unable to Comply with Subpoena:

Members unable to comply with an accepted subpoena due to sickness, injury, or other such causes will contact

the Court Liaison Officer, issuing authority or Agency listed on the subpoena to obtain a release from the subpoena or make other accommodations.

**B. Conflicting Court Appearances:**

Upon a Member learning that he has been scheduled for two or more legal appearances simultaneously, he will notify the issuing authorities and advise them of the scheduling conflict.

1. The Member will attempt to resolve the conflict with the issuing Agencies.

2. If the Member is unable to resolve the conflict and is not released from one of the appearances after proper notification has been made, he will notify the Legal Advisor's Office.

**C. Training and School Conflicts:**

If a Member is attending any training session or class in Broward County, he shall request to be excused from the training session or class in order to attend the Court appearance. Court appearances shall take precedence over training classes.

**D. Disciplinary Action for Failure to Attend a Scheduled Court Appearance.**

Each week, the Court Liaisons will provide the Division Majors with an attendance roster identifying any Member who was absent from a scheduled Court appearance. The roster will indicate the reason provided by the Member for the missed Court appearance. The Member's Division Major will make the determination if the absence is excused or unexcused.

Unexcused absences will be reviewed on a case by case basis. The following factors may be considered in determining the appropriateness or extent of corrective or disciplinary action:

1. Type of appearance (criminal trial, City of Hollywood Ordinance violation, traffic court, deposition, etc.).

2. Severity of the case (felony, misdemeanor, etc.).

3. Impact of the absence.

   a. Was the prosecution of the case compromised by the Member's absence?

   b. Was the disposition of the case compromised by the Member's absence?

4. The Member received a specific request or notification requesting his appearance.

5. Prior unexcused absences by the Member.

**E. Disciplinary / Corrective Action Guidelines:**

The following disciplinary/corrective action guidelines may be followed for Unexcused Absences from Scheduled Court Appearances:

1. First Unexcused Absence will require the Member to submit a memorandum providing an explanation for their absence to their Division Major.

2. Second Unexcused Absence within 12 months of the first unexcused absence will result in the Member receiving an Unsatisfactory Observed Behavior Report. The Member may attach a memorandum to the report providing an explanation for their absence.

3. Third or subsequent unexcused Absence within 18 months of the first unexcused absence will result in the Member receiving the appropriate disciplinary action.

4. The Chief of Police reserves final authority on all matters of discipline

and may find cause to impose enhanced discipline on Members who fail to attend a scheduled court appearance.

5. Any disciplinary action taken against a Member will be administered in accordance with departmental policy and the guidelines established in the current Collective Bargaining Agreements. No disciplinary action will commence until the appeal process has concluded.

## III. STANDBY SUBPOENAS FOR TRIAL:

Members receiving a Standby Subpoena for trial will be responsible for reviewing the Daily Master Central Court Status Log during scheduled work week hours to determine the **Case Status** as identified in section **III.A.2.e.** of this SOP.

### A. Daily Master Central Court Status Log:

The Daily Master Central Court Status Log, (**SEE Appendix E**), will be maintained by the Central Court Liaison Officer(s). The Daily Master Central Court Status Log will be sent on a daily basis via Microsoft Outlook email by the Central Court Liaison to all Members. The Daily Master Central Court Status Log will include daily updated case information to be conspicuously posted as referenced below:

1. **Posting:** The Daily Master Central Court Status Log will be available for Member review via Microsoft Outlook by the end of each business day

2. Information included in the Daily Master Central Court Status Log will consist of the following:

   a. A listing of subpoenas accepted through Central Court Liaison alphabetized by Officer Name.

   b. Defendant's Name.

c. Hollywood Police Case Number.

d. Court Date(s).

e. Case Status: This column will notify members of the following:

   (1). Continued Standby status.

   (2). Day to Day Standby status.

   (3). Cancellation of Standby Status.

   (4). Change from Standby to a Mandatory Court Appearance.

   (5). Cancellation of Mandatory Court Subpoena.

### B. Member Responsibility:

Each member is required to check the posted Daily Master Central Court Status Log on a daily basis during their scheduled working hours at any of the two (2) locations referenced above.

Members have the option of viewing the Daily Master Central Court Status Log or receiving information by contacting the Patrol Division support staff at **967-4500** or the Central Court Liaison at **831-6163/6164.**

### C. Central Court Liaison Responsibility:

Delivery of the Daily Master Central Court Status Log via facsimile or electronic mail for the purpose of timely posting at the designated locations referenced above.

### D. Cancellations:

All cancellations will be posted on the Daily Master Central Court Status Log.

Individual Officers whose regularly scheduled days off do not permit notification will be contacted at phone numbers provided to the Court Liaison via the Police Department's Mobilization Listing.

Sworn Members who do not receive notification of cancellation of Standby time at least 24 hours prior to a scheduled Standby Court Appearance will be compensated for the Standby time.

**E. Day to Day Extensions:**

The Daily Master Central Court Status Log will be the only means of notification for Day to Day Standby subpoena extensions.

**F. Standby Trial Subpoena Compensation:**

Sworn members who are required by a subpoena to remain on standby for a Court appearance related to their official duties will receive compensation in accordance with Article 12 Section 6(a) of the Collective Bargaining Agreement between the City of Hollywood and the Broward County Police Benevolent Association.  To be eligible for Standby pay, an employee must be on his regularly scheduled day off, for which the employee is under subpoena.

Members are not eligible for compensation for "Standby" if an overlapping Court appearance is made the same day.

## IV.  COURT ATTIRE

See **SOP# 101 APPEARANCE STANDARDS**, Section III Uniform Standards, subsection K Court Attire.

## V.  WEAPONS PROCEDURES IN THE COURTHOUSE

Pursuant to an Administrative Order issued by the Chief Judge of the 17th Judicial Circuit, the following Courthouse security procedures will be adhered to by all Department Members.

**A.  Weapons Procedures:**

No Law Enforcement Officer may enter the County Courthouse or any Satellite Courthouse in possession of a firearm other than in the course and scope of the Officer's official duties.

1.  All non-uniformed and plain-clothes Law Enforcement Officers will be required to present official identification prior to entry into the Courthouse.

    a.  All non-uniformed and plain clothes Officers will be required to register/sign-in immediately upon entry to the Courthouse.

    b.  Any Officer not presenting official identification will be prohibited from possessing a firearm within the Courthouse.

2.  All non-uniformed Officers and/or plain clothes Officers will be required to securely encase and conceal their firearm from public view.

3.  All uniformed Officers will securely encase their firearm in their service holster.

4.  Officers appearing for reasons other than official business will be required to secure their firearm in a weapons box located in a controlled area with limited public access.

**B.  Disciplinary Procedures:**

Failure to adhere to the procedures listed above may subject the Member to disciplinary action in accordance with Departmental guidelines.

## VI.  READING AND SIGNING DEPOSITIONS AND STATEMENTS

Members will not waive the reading and signing of depositions or statements.  Transcribed depositions will be directed to the Records Section to be signed and notarized.

## VII. COURT APPEARANCE PAYMENT FOR CRIMINAL CASES, CITY OF HOLLYWOOD ORDINANCE VIOLATIONS, AND TRAFFIC COURT

### A. Witness Fees:

When appearing in legal proceedings while off-duty, Members are entitled to receive witness fees for their appearance.

1. Officers will collect witness fees for off-duty Court appearances with the following two exceptions.

    a. Notices for deposition in criminal cases from a public defender or special public defender; or

    b. A second appearance on the same day where a fee was already collected for the first appearance.

    c. City of Hollywood Ordinance Violation cases.

2. If a Member travels to Court in his personal vehicle, the allotted mileage fee will be collected and become property of the Member, except in City of Hollywood Ordinance Violation cases, where no mileage fee will be collected.

3. If a Member travels to Court in a City leased or owned vehicle, On or Off Duty, a mileage fee will be collected, except for City of Hollywood Ordinance violations. The money/check will be endorsed by the Member and submitted to the Records Section where a Witness/Mileage Fee Receipt will be prepared and submitted with the required signatures.

### B. Submission of Witness Fees:

Members will submit witness fees to the Department within 30 days of receipt of the fees.

1. It will be the responsibility of each off-duty Member to report to a Court Liaison Officer and sign in and out on the Off-Duty Court Record Log.

    a. **Traffic Court/City of Hollywood Ordinance Violations:** Members must be on time and sign the Off-Duty Court Record Log prior to the start of the court session. A Court Liaison will be in the courtroom with the log prior to the court session.

        (1). A Member that is late to court, resulting in the dismissal of the case, will not be permitted to sign in on the Off-Duty Court Record Log.

        (2). The Member will submit an overtime slip for the appearance to the Division Major along with a memorandum as outlined in Section I.E. Disciplinary / Corrective Action Guidelines: on page 3 of this SOP.

    b. **Central Broward County Courthouse, Depositions and Non-Traffic Court Appearances:** Members will sign in on the Off-Duty Court Record Log at the HPD Court Liaison desk on the 22nd floor of the 110 tower (110 SE 6th St). The Member may sign in before or after the appearance at his discretion.

2. Money will be hand delivered to the Records Section where a Witness Fee Receipt (see **Appendix B**) will be prepared and submitted with the required signatures.

3. It is the Member's responsibility to forward the white copy to the Time-keeper on the same date.

4. In the event an appearance is required twice for the same Court case, on the same day, for which only one witness fee is received and there is a four hour time lapse between appearances:

   a. The Off-Duty Court Record Log (see **Appendix C**) will be signed separately for each appearance.

   b. When making payment of witness fees at the Records Section, the Clerk will be advised of the circumstances and two Witness Fee forms—will be executed. One form will indicate receipt of witness fees. The second form will note: "Second Same Day Appearance" in that portion normally reserved for indicating the "Amount Paid".

5. When witness fee payments are issued in check form, the Member will endorse the check making it payable to the City of Hollywood.

6. Witness fee checks issued by a private attorney for a Member's on-duty appearance will be endorsed by the Member and submitted to the Records Section.

7. City of Hollywood Ordinance Violations: Since Members will not receive a witness fee for these court appearances, the Witness Fee form will be submitted to the Records Section indicating "NO FEE COLLECTED" in the section normally reserved for indicating the "Amount Paid".

## VIII. CIVIL ACTIONS AGAINST MEMBERS OR THE DEPARTMENT

### A. Member Named as a Defendant:

A Member who is named as a defendant in a civil suit alleging act(s) committed within the Member's official duties, will:

1. Within 24 hours, submit a Memorandum to the Chief of Police via the Chain of Command stating his involvement in the case. A copy of the subpoena will be attached to the Memorandum.

2. The Chief of Police will forward copies of the Memorandum and subpoena to the Legal Advisor and Professional Standards Major.

### B. Members Subpoenaed to Testify Against the City:

A Member who is subpoenaed to testify for the defense in any trial, or against the City of Hollywood in any hearing will:

1. Within 24 hours, submit a Memorandum to the Chief of Police via the Chain of Command stating his involvement in the case. A copy of the subpoena will be attached to the Memorandum.

2. The Chief of Police will forward copies of the Memorandum and subpoena to the Legal Advisor and Professional Standards Major.

## IX. JURY DUTY OF SWORN AND NON-SWORN PERSONNEL

### A. Jury Duty for Sworn Personnel:

Sworn personnel will adhere to the following procedure:

1. Members will notify their immediate Supervisor upon receipt of a summons.

2. Members will immediately execute the area of the subpoena, which exempts Sworn Law Enforcement Of-

ficers from jury duty and return the completed form accordingly.

**B. Jury Duty Non-Sworn Personnel:**

Non-sworn personnel will adhere to the following procedure:

1. Members will notify their immediate Supervisor upon receipt of a summons via Memorandum.

2. The Supervisor will forward the Memorandum to the Timekeeper, along with a copy of the summons.

3. Jury duty will be listed as an excused absence by entering the initials "JD" on the Timesheet.

4. All fees for jury service will be submitted to the Records Section.

## X. COMPENSATION FOR CIVIL TRIALS AND DEPOSITIONS

No Member will request monetary compensation over and above standard witness and mileage fees for attendance at a trial or deposition.

## XI. DUI ADMINISTRATIVE HEARINGS

Members appearing at an Administrative Hearing while off-duty must contact the South Satellite Court Liaison by the beginning of the next business day to qualify for overtime.

For the purpose of this SOP, the phrase "over the counter" subpoena, will include all Administrate Hearing documentation associated with Driver License proceedings.

**DEFINITIONS:**

NONE

---

**APPROVED BY:**

*Chadwick E. Wagner*   **10/12/2010**
**Chadwick E. Wagner          Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Member's Receipt of Subpoena Log.

- **Appendix B:** Witness Fee Form.

- **Appendix C:** Off-Duty Court Record Log.

- **Appendix D:** Daily Master Central Court Status Log.



# HOLLYWOOD POLICE
## MEMBER'S RECEIPT OF SUBPOENA LOG

**MEMBER'S NAME:**_____

| CASE # | DEFENDANT | COURT LOCATION | COURT DATE & TIME | DATE ENTERED & TIME | MEMBER'S INITIALS & DATE RECEIVED |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Hollywood Police Department
**Witness Fee**

## 08-0340

Received from Officer: _____

Badge Number: _____

Amount Paid: _____

Employee ID: _____

| Paid by: | ☐ Check | Type of Time: | ☐ Paid | Court Log: | ☐ Satellite Court |
|---|---|---|---|---|---|
| | ☐ Cash | | ☐ Comp | | ☐ County Court |

Date of Appearance: _____   Time of Appearance: _____

Case Number: _____

Received by: _____
(Records Section)

# HOLLYWOOD POLICE DEPARTMENT
## OFF DUTY COURT RECORD LOG

**Time:** ☐ Comp  ☐ Pay

**To:** **PAYROLL DEPARTMENT**

**From:** _____, **Court Liaison**

**Re:** Off-duty Officers
**TIME SPENT IN COURT**

**Date:** _____

**Day:** _____

| CASE NUMBER | NAME | BADGE # | SHIFT HOURS | DAY OFF | | SIGNATURE | TIME IN COURT | | TOTAL TIME |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | FROM | TO | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |
| | | | | Yes | No | | | | |

### HOLLYWOOD POLICE
### DAILY MASTER CENTRAL COURT STATUS LOG
#### (Dates Included)

| OFFICER | DEFENDANT | CASE# | COURT DATE | STATUS |
|---------|-----------|-------|------------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

SB: STANDBY
M: MANDATORY
C: CANCELLED

1/15/2003 3:18 PM                Page 1 of 1

| | **VOLUNTEERS IN POLICING (VIP) PROGRAM** | |
|---|---|---|
|  | **DEPARTMENT SOP: #181** | **CALEA:** |
| | **EFFECTIVE DATE:  11/1/2001** **REVIEW DATE: 01/29/2013** | **CFA:** **6.01, 6.02, 6.03, 6.04** |

**PURPOSE:**  The following will provide a guide to the functions and daily activities of the Hollywood Police Department's Volunteers in Policing (VIP) Program.

**SCOPE:**  This SOP applies to all Members of the Department, to include the Volunteers within the VIP Program.

**POLICY:**  The VIP Program is designed to foster a cooperative partnership with Members of our Community who wish to assist the Police Department on a volunteer basis.

**INDEX:**

**I.      PROGRAM ADMINISTRATION.............1**

A.    Authority and Latitude: [6.01] ................1
B.    Code of Ethics: ....................................2
C.    Chain of Command: .............................2
D.    Program Structure: ..............................2
E.    Requesting a Volunteer: ......................2

**II.     RECRUITMENT....................................2**

A.    Mechanisms for Recruitment: ..............2
B.    Qualifications: ......................................3
C.    Application: ..........................................3
D.    Background Investigation: ...................3
E.    Interview: .............................................3
F.    Acceptance: ........................................3
G.    Assignments: .......................................3

**III.    TRAINING AND PERSONNEL FILES...4**

A.    Training: [6.03] ......................................4
B.    Personnel Files: ..................................4

**IV.    PARTICIPATION & TERMINATION ......4**

A.    Duties and Responsibilities: [6.02]........4
B.    Recognition: .........................................5
D.    Volunteers Attire: [6.04].........................5
E.    Liability & Insurance:............................5
F.    Grounds for Termination:.....................5

**V.      DEFINITIONS:........................................ 6**

A.    VIP:...................................................... 6

**PROCEDURE:**

**I.    PROGRAM ADMINISTRATION**

   **A.  Authority and Latitude:** [6.01]

      The VIP Program was created in an effort to foster a greater involvement of the community in our policing efforts. This program is intended to utilize the wealth of talent and experience that Volunteers can bring to our Department.

      **1.  Authority:**  Citizen Volunteers can support and supplement Departmental services, thus freeing Department Members to perform other priority duties and tasks.  Our efforts are to place qualified Volunteers in assignments which best utilize their personal skills, talents, and interests, while also offering rewarding challenges and the opportunity to learn new skills.

      **2.  Latitude:**   The program supplements our Community Policing efforts to build better community partnerships by giving Citizen Volunteers an opportunity to become familiar with, and develop a better understanding of, the services provided by the Department.

**B. Code of Ethics:**

As a representative of the Department, Volunteers adhere to the following Code of Ethics, which will delineate their basic duties and responsibilities:

1. As a Member, the fundamental duty is to serve the residents and visitors of the City.

2. Conduct volunteer duties in a professional and courteous manner at all times.

3. Obey the rules and regulations of the Department.

4. Protect the confidentiality of all sensitive information related to the work of the Department.

5. Respect the functions and responsibilities of the Department's staff and cooperate fully in maintaining a good working relationship.

6. Exercise caution and good judgement in all situations.

**C. Chain of Command:**

To ensure the success of any cooperative effort between Volunteers and Law Enforcement, it is important that all participants understand the organizational structure commonly referred to as the "Chain of Command". Adherence to this structure allows for smooth operations in routine and emergency circumstances.

The Chain of Command becomes more complex once Volunteers are assigned to a Unit or Section.

**D. Program Structure:**

The Volunteers in Policing Program operates under the following organizational structure:

Chief of Police



Division Major



Neighborhood Services Division Police Lieutenant



Unit or Section Supervisor



Volunteer Coordinator



Citizen Volunteers

**E. Requesting a Volunteer:**

Units requesting a Volunteer must complete a Job Description Form (see **Appendix A**) and a Volunteer Request Form (see **Appendix B**).

1. The forms are designed to identify job tasks and the scope of duties.

2. An effort is made to match desired skills with Volunteer abilities and interest.

## II. RECRUITMENT

The Volunteer recruitment process attempts to identify citizens with a sense of community, willingness to work without pay, and the skills to perform general duties.

**A. Mechanisms for Recruitment:**

The following have proven to be successful mechanisms and markets for recruitment:

1. City of Hollywood's local cable access channel.

2. Newspaper advertisements.

3. Media releases describing the program and announcing recruitment.

4. Hollywood Police Department Open House.

**5.** Crime Watch meetings.

**6.** Homeowners and Civic Association meetings.

**7.** Graduates of the Department's Citizens Police Academy.

**8.** SALT Council (Seniors and Law Enforcement Together) meetings.

**9.** The distribution of flyers at Department functions and public appearances.

**B. Qualifications:**

Potential Volunteers must be at least 18 years of age, a resident of the City, or a person with a legitimate interest in the welfare of the City. No physical examination or agility tests are given to applicants.

**C. Application:**

Interested candidates will submit a VIP application and a brief personal history statement. Applications are available to Members of the community upon request.

**D. Background Investigation:**

A background investigation for Volunteers consists of an NCIC/FCIC warrants query, DMV license check, and a criminal history check.

**E. Interview:**

Those applicants, who meet with initial approval, are invited to participate in an oral interview conducted by the Neighborhood Services Division Lieutenant.

**1.** The interview is based on facts provided in the application. The purpose of the interview is to evaluate the applicant's communication skills, learn the reasons why he wants to volunteer specifically with the Department, understand and assess the applicant's ability to perform the required duties, and ascertain the level of commitment.

**2.** Following the interview, the successful applicant is provided with program policies and procedures and a building tour.

**3.** Applicants are photographed and fingerprints are taken for an identification card. Fingerprints are also forwarded to the FBI for any criminal history information.

**F. Acceptance:**

A Candidate may be disqualified at any step in the acceptance process, (i.e. application, background check, oral interview, training, etc.). Candidates are disqualified if convicted of any felony, or any crime involving drugs or moral turpitude.

**1.** Once it is determined that the candidate is willing to volunteer their time and the Department has an area for placement, the Volunteer will be asked to sign the Citizen Volunteer Program Conduct and Dress Code Form (see **Appendix C**).

**2.** Volunteering does not make an individual eligible for City employment. Should an opportunity or interest arise concerning an advertised position in the City, a Volunteer is welcomed to apply.

**3.** Assignments are made based upon a skill assessment; the Volunteer is assigned to a Section within the Department where their skills can best be utilized.

**G. Assignments:**

Volunteer assignments are available in the following Units and Sections of the Department:

**1.** VIP-Coordinator Special Operations.

**2.** Crime Prevention Unit

**3.** Police Chief's Office.

**4.** Records and Evidence Unit.

**5.** Quartermaster Section.

**6.** Timekeepers Office.

**7.** Training Unit.

**8.** Patrol Division.

**9.** Fingerprinting.

**10.** Family Services.

**11.** Crime Scene Unit

## III.  TRAINING AND PERSONNEL FILES

### A.  Training: [6.03]

Orientation will be scheduled on the same day as the interview.

**1.** Orientation consist of the following topics:

    **a.** VIP Conduct and Dress Code.

    **b.** VIP Job Description.

    **c.** City of Hollywood Police Department Overview Video Tape.

**2.** Members and Supervisors of the assigned Unit will provide the Volunteer with training concerning their duties and responsibilities for any role to which they are assigned.

### B.  Personnel Files:

The Volunteer Coordinator, under the supervision of the Crime Prevention Unit, will maintain these training files. Each Volunteer Member has a personnel file containing:

**1.** Personal photo.

**2.** Initial application.

**3.** Copies of liability waiver.

**4.** Any letters/commendations related to service.

## IV.  PARTICIPATION & TERMINATION

In order for each Volunteer to feel secure in the performance of his duties, it is important to know the behavioral "boundaries" that are designed to ensure both individual safety and an efficiently functioning program.  Florida Law permits Organizations to discontinue the services of any Volunteer without cause.

### A.  Duties and Responsibilities: [6.02]

Volunteers are charged with the following duties and responsibilities:

**1.** Are encouraged to greet citizens and provide assistance.

**2.** Will avoid inappropriate comments, conversations or gestures.

**3.** Will enter the Police Building through the first floor, front lobby doors.

**4.** Will remain within their designated work area unless other wise instructed to do otherwise by a Supervisor.

**5.** Will not intervene in civil matters.

**6.** Are not sworn Police Officers and should not represent themselves as such.

**7.** Will not interfere with the actions of a Police Officer.

**8.** Will not pursue or detain anyone within the Police Facility.

**9.** Information learned while serving as a Volunteer that is of a sensitive nature, must be kept confidential.

**10.** Are not permitted to carry weapons while performing their duties.  This includes Volunteers who have a Florida Concealed Weapons Permit.

11. Narcotics and/or alcohol may not be consumed prior to or during a scheduled shift (prescription medication is permitted).

**B. Recognition:**

Volunteers are recognized annually at the City of Hollywood's Volunteer Recognition Ceremony.

**C. Volunteers Hours:**

Records are kept of each Volunteer's hours of assignment. This information is used to determine the success of the program, recognize Members, and identify cost savings provided to the Department through the utilization of Volunteers.

**D. Volunteers Attire: [6.04]**

Volunteers represent the Department and the City; therefore, they are required to adhere to an established dress code, which clearly distinguishes them from Sworn Members.

1. Upon acceptance to the program, Volunteers are issued a polo style shirt. In addition to the polo style shirt, Volunteers may wear clothing appropriate for a business type atmosphere:

   a. Men: slacks, sport shirt with a collar, closed toed shoes with socks.

   b. Women: dress, skirt or slacks, blouse and closed-toed shoes.

   c. Volunteers must wear their Identification Card in a readily visible fashion while in the Police Facility.

2. Building access cards will be provided to each Volunteer.

**E. Liability & Insurance:**

The Florida Volunteer Protection Act, F.S. 768.1355, provides for immunity from any civil liability for any act or omission by the volunteer which results in injuries or property damage.

1. This protection is conditioned upon the person acting in good faith and within the scope of the duties of the Organization.

2. In order to be protected, the person must act as an ordinary, reasonably prudent person would have acted under the same circumstances.

3. In order to be protected, the actions must be within the scope of the Organization's services.

4. The Volunteer Protection Act, Public Law 105-19, offers a strong degree of protection for Volunteers and will allow them a feeling of security against personal loss due to their volunteering. Many Volunteers, particularly seniors, worry about a lawsuit due to a mistake they make in the course of their activity.

5. Volunteers have a fair degree of protection, unless one of the following occurs:

   a. The Volunteer does something outside the job description.

   b. The Volunteer does not have required license or certificate for the job being performed.

   c. The act that caused the injury occurred while the Volunteer was operating a motor vehicle, and the Volunteer caused the injury with willful, criminal or reckless misconduct or gross negligence.

**F. Grounds for Termination:**

The Department believes each Volunteer should be made aware of behavior

that cannot be allowed.  In addition to issues of integrity or Agency interests, the following represent additional reasons that a Volunteer may be terminated from the program:

1.  Repeatedly failing to confirm with program guidelines/policies.

2.  Creating disharmony or negatively impacting the effectiveness of other Volunteers and/or Department Personnel.

3.  Repeatedly failing to keep service commitments and/or demonstrating excessive tardiness.

4.  Failing to keep any sensitive information confidential.  Any information or paperwork that is not for public record will be kept within the Police Facility.

5.  The Department understands that Volunteers may unexpectedly need to reduce the amount of time they volunteer due to business and family obligations.  However, a quality service program cannot be successfully maintained if minimum standards for individual performance are not enforced.  Therefore, when a pattern of conduct develops concerning an insufficient amount of volunteer hours, standards demand that the issue be addressed and satisfactorily resolved in the best interest of the Department.

**V.  DEFINITIONS:**

   **A.  VIP:**

   Volunteers in Policing

APPROVED BY:

_____  **01/29/2013**
**Vincent R. Affanato**                        **Date**
**Interim Chief of Police**

**ATTACHMENTS:**

- **Appendix A**:  VIP Job Description Form.

- **Appendix B**:   VIP Request for Volunteer Form.

- **Appendix C**:  VIP Conduct and Dress Code.



# HOLLYWOOD POLICE DEPARTMENT
Volunteers in Policing – Job Description

Job Title:              Division:            Unit/Section:

Objectives:

_____

_____

_____

_____

Major Responsibilities:

_____

_____

_____

Qualifications or Special Requirements:

_____

Comments:

_____

_____

_____

Responsible to: _____

Times Required: _____ Days Required: _____

Duration of Assignment: _____

Original Date:  11/1/2001                  Page 1 of 1
Revised Date:                        Appendix A SOP #181
File Name: Appendix A VIP Job Description.doc



# HOLLYWOOD POLICE DEPARTMENT
## Volunteers in Policing – Request for Volunteer

Division Requesting: _____

Unit/Section to be placed: _____

Job Description (tasks expected to perform):

_____

_____

_____

Number of Volunteers needed: _____

Duration of assignment: _____    Proposed starting date: _____

Supervisor's Approval: _____

Upon completion of this form, please forward to the Public Affairs Unit,
Volunteer in Policing, Program Coordinator.

# HOLLYWOOD POLICE DEPARTMENT
## Volunteers in Policing – Conduct and Dress Code

The personal conduct of a Volunteer is one of the keys to the success of this program. The Police Department is committed to serving the citizens of Hollywood and the actions of the Volunteer should reflect positively.  Every visitor to the Police Facility should be treated with courtesy and respect.

Volunteers are encouraged to greet fellow citizens and talk with them in friendly and helpful ways.

Volunteers should avoid inappropriate comments, conversations and gestures.

A polo style shirt is supplied to all Volunteers.  In addition to the polo style shirt, Volunteers may wear clothing appropriate for a business type atmosphere:

Men:  slacks, sport shirt with a collar, shoes with socks

Women:  dress, skirt or slacks, blouse and closed-toed shoes

Personal hygiene and grooming is expected.

Volunteers will enter the building through the first floor lobby door; the exception will be when a Volunteer is specifically instructed to do otherwise by a Supervisor.

Volunteers must wear their Identification Card while in the Police Facility in a manner that is readily visible.

The assigned Unit Supervisor, coordinated through the Volunteer Coordinator, will prepare schedules.  Please provide as much notice as possible when a personal commitment will cause you to miss a scheduled shift.  If the absence is an emergency, contact the Unit Supervisor directly.

Volunteers should remain within their designated work area unless instructed to do otherwise based upon their job assignment or Supervisor. It is not necessary for a Volunteer to personally escort visitors; a call to the visitors' destination will summon an employee to escort the visitor.

Volunteers are not sworn Police Officers and should not represent themselves as such.

Volunteers should not interfere with the action(s) of a sworn Police Officer.

Volunteers should not pursue or detain anyone within the Police Facility.
A Volunteer, while functioning in that capacity, is not permitted to carry weapons; this includes Volunteers who have a Florida Concealed Weapons Permit.

Narcotics and/or alcohol may not be consumed prior to and/or during a scheduled shift. (Prescription medication is permitted.)

Volunteers will not intervene in civil matters in their role as a Police Department Volunteer.

Information learned while serving as a Volunteer that is of a confidential nature should be kept confidential.

Complaints or concerns which may develop in your capacity as a Volunteer for the Hollywood Police Department should be reported to the Volunteers in Policing Program Coordinator as soon as possible.

I have read and understand the Conduct and Dress Code of the Volunteers in Policing Program and agree to conform to them.

_____
Signature

_____
Print Name                    Date

| CRIME WATCH | | |
|---|---|---|
| | **DEPARTMENT SOP: #182** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW DATE: 02/15/2013** | **CFA:** **NONE** |

**PURPOSE:** To establish guidelines for the operation and administration of the Hollywood Citizens' Crime Watch Program.

**SCOPE:** This SOP applies to Members of the Department, the Crime Watch Advisory Board, and Members of Crime Watch.

**POLICY:** It is the policy of the Hollywood Police Department to provide support to citizens organizing and maintaining a grass-roots organization for the purpose of reporting and preventing criminal activity. The Department's Crime Watch Coordinator will act as liaisons to all Citizens' Crime Watch programs and activities.

INDEX:

**I.    ADVISORY BOARD ..................................1**

   A.    Appointments:.......................................1
   B.    Representation: ...................................1
   C.    Duties:..................................................1
   D.    Meetings and Records:........................2

**II.    CITIZENS CRIME WATCH ....................2**

   A.    Structure: ............................................2
   B.    Communication:..................................2
   C.    Members:.............................................2
   D.    Block/Building Captains:.....................2
   E.    Members:.............................................3
   F.    Forming a Crime Watch Block/Building: 3
   G.    Crime Watch Signs: ............................4

PROCEDURE:

**I.    ADVISORY BOARD**

The Crime Watch Advisory Board was created to offer structure, support and resources for Citizens' Crime Watch efforts to report and prevent crime.

**A.    Appointments:**

The City Commission appoints Advisory Board Members.   Their participation is guided through:

**1.**    Hollywood City Ordinances 37.255 and 37.32, (See **Appendix A**),

**2.**    Specific by-laws, and

**3.**    This Standard Operating Procedure.

**B.    Representation:**

The Advisory Board consists of twenty Members representing specific geographical areas of the City.   It is preferred, but not required, that these Members reside or work in the area they are representing.

**C.    Duties:**

Advisory Board duties:

**1.**    Promote crime prevention education and involvement in anti-crime programs within geographical neighborhoods.

**2.**    Expand the Crime Watch Program.

**3.**    Recruit Block Captains.

**4.**    Have a good working knowledge of geographical boundaries.

**5.**    Set goals and objectives in cooperation with the Hollywood Police Department that will improve neighborhood livability.

6. Plan, organize, implement and participate in Crime Prevention programs that will promote neighborhood safety.

7. Assess the success of programs and provide feedback to residents and the Police Department.

8. Establish and maintain effective communication with all Crime Watch Block Captains, Members, and Law Enforcement personnel.

9. Attend the monthly Advisory Board meeting. Participation and knowledge are key functions of an effective Advisory Board Member.

10. Maintain an accurate roster of all Members in the represented neighborhood. (Lists are available from the Crime Watch Unit)

**D. Meetings and Records:**

The Crime Watch Advisory Board meets monthly on the first Tuesday to address neighborhood needs. Efforts to address concerns continue throughout the month with the aid of Crime Prevention Specialists and Neighborhood Team Leaders.

1. Minutes are taken at each Board meeting and distributed to the Police Department's Liaison and the Advisory Board Members.

2. Minutes and agendas are archived in the Crime Watch Unit in compliance with Florida Records Retention Regulations.

## II. CITIZENS CRIME WATCH

**A. Structure:**

Crime Watch is structured so as to expedite communication from the Crime Watch Advisory Board and the Police Department. This is accomplished through neighborhood intermediaries assigned to each established Crime Watch block.

1. Crime Watch Advisory Board.

2. Crime Watch Coordinator, Crime Watch Unit.

3. Block /Building Captains.

4. Assistant Block Captains.

5. Members.

**B. Communication:**

The Hollywood Police Department strongly recommends that Crime Watch Members register with CrimeWatchUSA.org in order to receive BOLO's and other important messages.

During business hours (Monday-Friday, 0800-1600 hours), the Crime Watch Unit will issue BOLO's via text message or email, otherwise will be issued by Dispatch. A Patrol Supervisor must approve the BOLO before it is given to Dispatch for dissemination. BOLO criteria consists of:

1. Felony that recently occurred and suspect(s) have left the area.

2. Missing child or elderly person.

3. Information that enhances Public Safety.

**C. Members:**

Members choose Block/Building Captains and Assistant Block/Building Captains who ultimately coordinate with the appointed Crime Watch Advisory Board Member.

**D. Block/Building Captains:**

Block and Building Captains should conduct Crime Watch meetings quarterly to support the Citizen's Crime Watch program. Crime Watch Captains are encouraged to stay abreast of crime in their respective area and share this information with neighbors. Block/Building Captains are responsible for performing the following:

1. Guide participants on their block or in their building on crime prevention and reporting.

2. Coordinate and attend Crime Watch meetings several times a year.

3. Notify the Crime Prevention Unit of any desired crime prevention programs.

4. Be responsible for keeping Citizen's Crime Watch active in their area.

5. Solicit Members to act as Assistant Block/Building, or Floor Captains.

6. When applicable, seek and collect donations for the purchase of Crime Watch signs for display in active Crime Watch Areas.

7. Update membership rosters annually and forward the information to the Crime Watch Unit.

**E. Members:**

Hollywood residents may volunteer to be a member of Crime Watch, free of charge, by contacting the Crime Watch Unit  Members:

1. Are urged to attend their neighborhood Crime Watch meetings.

2. Serve as additional "eyes and ears" of the Police Department in their neighborhoods, reporting any suspicious activity or safety hazards.

3. Comply with recommended crime prevention techniques.

4. Cooperate with and assist Block/Building Captains, Assistant Block/Building Captains and others involved in the program.

5. Do not become involved in any type of confrontation as a result of actual or potential criminal activity, unless authorized by law.  Members are encouraged to report the incident to the Police Department.

**F. Forming a Crime Watch Block/Building:**

Citizen involvement is the most effective tool in fighting crime.  Members of Crime Watch are neighbors willing to put in a little extra effort to make their neighborhoods a safer place to live.  Recruitment of Members may be guided as follows:

1. Distribute invitation flyers to neighbors for the Crime Watch presentation. (It is against postal regulation to put flyers in mailboxes.)  Leave notices and literature by the door or on the porch where the resident can easily find the information.

2. Do not force people to be part of the program.

3. When contacted, the Crime Watch Unit will educate citizens and assist in forming new Crime Watch block/buildings.  The implementation of Crime Watch may include the following:

   a. Crime Watch concept.

   b. Introductory film.

   c. Recruitment of additional Block/Building Captains.

   d. Emergency numbers.

   e. Discuss suspicious person, vehicle, incident types.

   f. Commercial/home security survey/hardware.

   g. Self performed residential surveys.

   h. Operation identification.

   i. Combat Auto Theft Program.

   j. Assignment of Crime Watch street signs.

   k. Crime Prevention for senior citizens.

    **l.**  Fraud and con issues.

    **m.**  Drug and alcohol abuse.

    **n.**  R.U.O.K. program.

    **o.**  National Night Out.

    **p.**  CrimeWatchUSA.org

  **4.**  Requests for additional presentations can be scheduled through the Crime Watch Unit.

**G. Crime Watch Signs:**

Crime Watch signs will be ordered and installed on Crime Watch blocks, with the written permission of the residents.

The Crime Watch Unit will facilitate and coordinate the ordering and installation of signs and posts.

**DEFINITIONS:**

NONE:

APPROVED BY:

**02/15/2013**

**Vincent R. Affanato      Date**
**Office of the Police of Chief**

**ATTACHMENTS:**

- **Appendix A:** City of Hollywood, Florida Code of Ordinances 37.255 and 37.32

# CITY OF HOLLYWOOD, FLORIDA
## CODE OF ORDINANCES

**37.255  APPOINTMENT AND TERMS OF ADVISORY BOARD MEMBERS.**

(A) Except where otherwise specifically provided to the contrary in the City Charter, general or special law:

(1)  The term of each Board member shall be three years.
(2)  The term of each Board member shall expire on June 30 of the last year of his/her term.

(B) Appointments to fill all Board vacancies which result from the expiration of a member's term shall be filled by the City Commission as a Special Meeting to be held in June of each year.

(C) When a vacancy occurs on a Board by reason of resignation or removal of a Board member, The City Commission shall appoint a replacement member within a reasonable period of time to serve the remaining unexpired term of the position vacated.
(Ord. O-98-12, passed 6-3-98)

**37.32  CRIME WATCH ADVISORY BOARD.**

(A) *Establishment.* There is hereby established in the city a Citizens' Crime Watch Advisory Board.  The Board shall be subject to the regulations set forth in #37.25 of this Code.

(B) *Appointment of members.*

(1) The City Commission shall appoint 13 members to the board.  Appointments shall be for a term of three years, except that the initial appointments shall be staggered, as determined by selection of the Board, as follows: five members for a one-year term; five members for a two-year term; and three members for a three-year term.

(2) There shall be two territorial districts for membership appointment purposes.  Seven members of the Board shall reside in the city west of Interstate-95.  Six members of the Board shall reside in the city east of Interstate-95.  All members of the Board at the time of enactment of this section may fulfill their respective terms on the Board.  In the event the City Commission is unable to fill the membership of the Board as required hereunder, the city may appoint at-large members as necessary.

(C) *Ex-officio member.*  A representative of the community services division of the Police Department shall serve as a non-voting ex-officio member of the Board. Such ex-officio member shall work with the Board and the Crime Watch Coordinator as the Police Department's liaison, and shall also review and provide recommendations to the City Manager regarding the annual budget of the Crime Watch Program.

(D) *Meetings.*  The Board shall meet at least once every other month or more frequently as a majority of the Board deems necessary.  A majority of the voting members of the Board shall constitute a quorum for the transaction of the Board's business.  Special meetings of the Board may be called by the Chairperson of the Board or by the Coordinator on at least 48 hours notice posted to advise the public and the press.

(E) *Responsibilities.*  The Board shall study, create programs and make recommendations to the Commission regarding methods for the elimination of conditions which invite or facilitate the perpetration of crime in the city.  The Board shall organize an annual anti-crime crusade in the city.  The Board is authorized to raise revenues, in addition to moneys annually budgeted,

through contributions, newsletters subscriptions and programs.  The Board shall implement its actions through the Crime Watch Coordinator and through the Police Department liaison.

(F) *Coordinator.*   The Board shall be served in an executive capacity by a Crime Watch Coordinator who shall be hired by the City Manager along with clerical staff, as the Manager deems appropriate.  In addition to serving the Board, the Coordinator shall organize citizens' crime watch activities in the city, provide education programs to the public, oversee the C.A.T. program and other such programs as the Commission may from time to time, adopt, oversee such programs established by the Board and act as Board liaison to local homeowners' and civic associations.  The Coordinator shall consult the work closely with the Police Department and particularly with the Police liaison to crime watch.  The Coordinator is authorized to produce and distribute a quarterly newsletter to be printed by the city printshop facility, if determined by the Coordinator to be cost-effective.  The Coordinator shall attempt to attach paid advertising to the newsletter and charge a subscription fee therefor.  However, each homeowners' association and civic association in the city requesting same shall be entitled to receive one free subscription.

(Ord. O-91-35, passed 6-19-91; Am. Ord. O-91-81, passed 11-20-91; Am. Ord. O-92-37, passed 7-22-92)

| | CITIZENS' CRIME WATCH MOBILE PATROL | |
|---|---|---|
|  | **DEPARTMENT SOP: #182.1** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 11/26/2013** | **CFA:**<br><br>**6.01, 6.02, 6.03, 6.04** |

**PURPOSE:** The Citizens' Crime Watch Mobile Patrol provides a visible presence on the streets as a deterrent to criminal activity. Concerned residents patrolling the streets sends a clear message that crime is not accepted or tolerated.

A secondary purpose is to report suspicious or illegal activities to the Police. The Police rely heavily on Citizens and their input. These patrols can provide timely information to the Police, which may help apprehend criminals.

This program will also provide concerned Citizens' with the means to become involved in the daily tasks of reducing threats to the livability of their neighborhood, and foster a cooperative partnership with the Police Department.

**SCOPE:** This SOP applies to the Mobile Patrol Volunteers and all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to work in partnership with Members of the community towards the common goal of decreasing the opportunity for crime and improving the quality of life throughout the City of Hollywood.

**INDEX:**

**I.    PROGRAM ADMINISTRATION.................1**

A.    Criteria for Membership:.......................1
B.    MPV Training: [6.03] .............................2
C.    Authority and Latitude Given to Volunteer Members by the Department: [6.01] ....................................................2
D.    Department Member's Responsibilities:2

**II.   DUTIES AND RESPONSIBILITIES [6.02]..3**

A.    Job Responsibilities: .............................3
B.    Reporting for tour of duty: ....................3

C.    Equipment:...............................................3
D.    Patrol Duties: ..........................................3
E.    Recording:................................................4
F.    Vehicle Use:............................................4
G.    End of Tour of Duty:..............................4
H.    Communication: ......................................4

**III.  UNIFORMS AND IDENTIFICATION CARDS ........................................................5**

A.    Uniforms: [6.04]......................................5
B.    Identification Card: .................................5

**IV.  DISMISSAL ..............................................5**

**V.   LIABILITY & INSURANCE .........................5**

A.    The Florida Volunteer Protection Act, 768.1355 of the Florida Statutes:..........5
B.    The Volunteer Protection Act, Public Law 105-19: ...........................................5

**VI.  DEFINITIONS: ...........................................6**

A.    MPV ........................................................6
B.    CPU ........................................................6

**PROCEDURE:**

**I.    PROGRAM ADMINISTRATION**

Citizens' Crime Watch Mobile Patrol Volunteer Program (MPV) is coordinated and supervised by the Crime Watch Coordinator who is supervised by a Patrol Division Lieutenant. The Citizens' Crime Watch Mobile Patrol is administered as a partnership between the Hollywood Police Department and the Crime Watch Advisory Board.

**A.  Criteria for Membership:**

Citizens who wish to participate in the Mobile Patrol will meet the following criteria:

1. Be a Hollywood resident or business owner.

2. Be a Hollywood Crime Watch Member.

3. Be at least 18 years of age.

4. Complete an application form.

5. Submit to a background investigation including:

    a. Warrants query,

    b. Driver's License check, and

    c. Criminal history check.

    d. Sexual Predator Check

6. No criminal convictions within the last five years

7. Sign a Release of Liability (see **Appendix A**).

8. Complete the Mobile Patrol Training Program or Citizens Police Academy and any refresher courses offered.

9. Sign for and comply with **the Citizen's Crime Watch Mobile Patrol Conduct and Dress Code** (see **Appendix B**).

10. The Department reserves the discretion to refuse any applicant.

B. **MPV Training:** [6.03]

   MPV's will attend a training program conducted by the Hollywood Police Department (see **Appendix C**) or successfully complete the Department's Citizens Police Academy.

   1. Orientation will include:

      a. Rules of Conduct.

      b. Responsibilities and Limitations.

      c. Citizens' Crime Watch Mobile Patrol SOP.

   2. Training records will be archived in the Crime Prevention Unit.

   3. Refresher training will be provided periodically.

   Documentation of orientation and training will consist of a sign in sheet attached to the lesson plan or a certificate from the Department's Citizens Police Academy. [6.03]

C. **Authority and Latitude Given to Volunteer Members by the Department:** [6.01]

   Mobile Patrol Volunteers (MPV's) are citizens, approved by the Department, who have met the designated requirements for the position.

   1. MPV's have NO LAW ENFORCEMENT AUTHORITY OR POWERS. It is illegal for a MPV to represent himself as a Law Enforcement Officer.

   2. MPV's are expected to remain mobile within their neighborhoods and in public view.

   3. MPV's are encouraged to:

      a. Greet and assist Citizens.

      b. Explain their role as a MPV.

      c. Disseminate crime prevention information.

   4. MPV's will not interfere with the official actions of any Municipal, County, State or Federal employee.

   5. MPV's have no authority to enforce parking violations.

D. **Department Member's Responsibilities:**

   Department Members should recognize that MPV's are concerned Citizens who

are volunteering their time to provide a visible presence on the streets as a deterrent to criminal activity.

Sworn Members or Community Service Officers who observe an MPV demonstrating inappropriate behavior will:

**1.** Immediately take appropriate corrective action.

**2.** Notify a Patrol Supervisor who will document the behavior and actions taken.

**3.** Forward all documentation to the Crime Watch Coordinator via the Chain of Command.

## II. DUTIES AND RESPONSIBILITIES [6.02]

Members of the Citizen's Crime Watch Mobile Patrol are **not** authorized to carry any type of firearm or weapon in the performance of their duties.

### A. Job Responsibilities:

The job of a MPV is to randomly patrol neighborhood roadways for the purpose of reporting suspicious persons or incidents.

### B. Reporting for tour of duty:

MPV's will adhere to the following procedures:

**1.** Report for scheduled duty on time and in the appropriate attire.

**2.** Upon reporting to the Police Department, review current Extra Patrol requests or Directed Patrol assignments via email.

**3.** The MPV will sign out the vehicle and keys from the designated locations.

**4.** If the MPV is unable to report for duty, he will:

    **a.** Provide as much advance notice as possible.

    **b.** Notify the Crime Watch Coordinator who will attempt to schedule a replacement.

### C. Equipment:

MPV's will inspect their assigned equipment and ensure it is functional. If any vehicle problems exist, notify the Crime Watch Coordinator (see **Appendix D**). This equipment includes:

**1.** Mobile Patrol Vehicle:

    **a.** Fuel level.

    **b.** Damage Inspection.

**2.** Cell Phone: Test the cell phone by calling Police Dispatch at 967-4321 or 967-4357. This will also provide notification to Communications of the MPV's schedule.

**3.** Plastic encased flashlight.

**4.** Fire Extinguisher.

**5.** Have a City Map, City phone numbers, and palm cards.

**6.** Reflective traffic vests.

**7.** First Aid/CPR kit.

### D. Patrol Duties:

When patrolling, MPV's will adhere to the following:

**1.** Remain alert at all times and be prepared for any emergency.

**2.** Do not confront any situation, but report the suspicious activity or possible criminal act using the issued cellular telephone (see **Section H Communications** of this SOP).

**3.** If contact is made with a victim or witness, remain with them until a Police Officer arrives.

**4.** Remain in public areas and public view.

**5.** Patrol in a random manner.

**6.** MPV's may Patrol solo from 0700 hours until 1700 hours, otherwise Patrol in pairs until 2300 hours.

**7.** Be familiar with the neighborhood they patrol to include:

  **a.** Street names and directions traveled.

  **b.** Locations of dead-ends, canals, alleyways and parking areas.

  **c.** Persons and vehicles that belong in the area.

**E. Recording:**

MPV's will record the following activities on the Vehicle Daily Report and the Daily Activity Log:

**1.** The starting/ending mileage.

**2.** The vehicle number.

**3.** The names of MPV(s) participating (see **Appendix E**).

**4.** All activities and helpful information given to other Citizens in an Incident Report Form (see **Appendix F**).

**F. Vehicle Use:**

When patrolling, MPV's will adhere to the following:

**1.** Drive safely at all times, obeying all traffic laws and wearing seat belts.

**2.** Lock the vehicle when it is not in use.

**3.** Never leave the Mobile Patrol Vehicle unoccupied while the engine is running.

**4.** Overhead lights will be activated when stopped in the roadway for official business only.

**5.** The MPV **will not** use the assigned vehicle to chase or apprehend or attempt to chase or apprehend anyone.

**G. End of Tour of Duty:**

At the end of their tour, MPV's will:

**1.** Return the vehicle with at least ½ tank of fuel.

**2.** Return the keys to the designated location. Place all completed paperwork in the designated area.

**H. Communication:**

MPV's will be aware of the following:

**1.** The Hollywood Police Department strongly recommends that Members of the MPV register with Crime-WatchUSA.org in order to receive BOLO's and other important messages.

**2.** During business hours (Monday-Friday, 0800-1600 hours), the Crime Prevention Until will issue BOLO's via text messages or email, otherwise they will be issued by Dispatch. BOLO criteria consists of:

  a. Felony that recently occurred and suspect(s) have left the area.

  b. Missing child or elderly person.

  c. Information that enhances Public Safety.

**3.** All interactions with Communications will be conducted by phone.

**4.** In an emergency, the Volunteer will dial 911 and advise the call-taker of the problem.

**5.** In non-emergency situations, the Volunteer will dial the complaint desk number (967-4357).

## III. UNIFORMS AND IDENTIFICATION CARDS

MPV's represent Citizens' Crime Watch, the Police Department, and the City of Hollywood. Therefore, MPV's are required to adhere to the following dress code:

### A. Uniforms: [6.04]

The uniform will clearly distinguish MPV's from Sworn Members.

1. The uniform will consist of:

   a. A Light Blue Polo Shirt will only be worn while on patrol or attending official City functions.

   b. Black or dark blue slacks or skirts.

   c. Black shoes or boots. Open toe shoes are not permitted.

   d. Reflective vests while in roadway

2. Uniforms will be laundered, pressed and maintained by the Volunteer.

### B. Identification Card:

The MPV Identification card (see **Appendix B)** will:

1. Be worn where it can be readily visible.

2. Be worn while on assigned duties, or within the Police facility.

3. Not be displayed except in the course of the Volunteer's official duties. Unauthorized or improper display of the identification card may be grounds for termination from the program.

4. If lost, be reported immediately, on a Memorandum to the Crime Watch Coordinator.

## IV. DISMISSAL

A Patrol Division Major, without process, may remove any Volunteer from the MPV program. No appeal process is afforded for removal.

## V. LIABILITY & INSURANCE

### A. The Florida Volunteer Protection Act, 768.1355 of the Florida Statutes:

The Florida Volunteer Protection Act, 768.1355 of the Florida Statutes, provides for immunity from civil liability for acts or omissions by the Volunteer, which results in injuries or property damage.

1. This protection is conditioned upon the person acting in good faith and within the scope of the duties of the organization.

2. In order to be protected, the person must act as an ordinary, reasonably prudent person would have acted under the same circumstances.

3. In order to be protected, the actions must be within the scope of the organization's services.

### B. The Volunteer Protection Act, Public Law 105-19:

The Volunteer Protection Act, Public Law 105-19, offers a strong degree of protection for Mobile Patrol Volunteers and will allow them a feeling of security against personal loss due to their volunteering.

MPV's have a fair degree of protection, unless one of the following occurs:

1. The Volunteer does something outside the job description.

2. The Volunteer does not have the required license or certificate for the job being performed.

3.  The Volunteer's act that caused the injury occurred while they were operating a motor vehicle, and the Volunteer caused the injury with willful, criminal or reckless misconduct or gross negligence.

## VI.  DEFINITIONS:

**A.  MPV**

Mobile Patrol Volunteer

**B.  CPU**

Crime Prevention Unit

---

APPROVED BY:

**11/26/2013**
**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Citizens' Crime Watch Mobile Patrol Release, Waiver and Indemnification Agreement.

- **Appendix B:**  Citizens' Crime Watch Mobile Patrol Conduct and Dress Code.

- **Appendix C:**  Training Outline.

- **Appendix D:**  Vehicle Daily Report.

- **Appendix F:**  Incident Report.



**CITIZENS' CRIME WATCH MOBILE PATROL**
**RELEASE, WAIVER AND IDEMNIFICATION AGREEMENT**

The undersigned has requested the Hollywood Police Department to permit him/her to utilize a City owned CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM Vehicle, merely to observe and report criminal incidents and safety hazards.

The undersigned therefore agrees that he/she will:

1. Always operate the assigned vehicle in full compliance with all traffic rules and regulations.

2. Always operate the assigned vehicle in full compliance with the regulations of the CITIZENS' CRIME WATCH MOBILE PATROL as promulgated by the City of Hollywood Police Department.

The undersigned further agrees that he/she WILL NOT:

3. Carry, transport, or posses weapons of any kind in the assigned vehicle while it is being operated pursuant to the CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM.

4. Use his or her assigned vehicle to chase or apprehend or attempt to chase or apprehend anyone.

5. Use the assigned vehicle for any purpose other than pursuant to the CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM.

6. Consume alcohol or drugs prior to or during Volunteer service hours.

I hereby acknowledge that my participation in the CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM is strictly on a voluntary basis and that I am not a Hollywood Police Department Employee, nor will I represent myself as such during my participation in this program.

I agree to obey all instructions, orders, or commands given to me by any Hollywood Police Officer during the period of my participation in the Program. I understand that such instructions, orders, and commands are for my safety and protection and the safety and protection of others.

I agree to read and abide by any and all policies and procedures of the CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM INCLUDING ANY AND ALL AMENDMENTS THERETO.

I am fully aware of and appreciate the fact that, as a Mobile Patrol Volunteer in the Program, I may experience or encounter many dangers including, but not limited to, vehicle accidents. I fully realize and appreciate the fact that such dangers may result in physical harm, injury, or death to myself. I voluntarily accept any and all risks associated with such dangers. In assuming such risks, I, on behalf of myself, my heirs, executors, and assignees, agree not to pursue any lawsuit or cause of action against the City of Hollywood Police Chief, his employees, agents, and/or servants for any physical harm, injury or death to myself, as a result of my voluntary participation in this Program.

I agree to indemnify from any liability and save harmless the City of Hollywood, the City of Hollywood Police Chief, and all employees, agents, and servants of the City of Hollywood against liability arising from any claim, cause of actions, or lawsuits brought against the City of Hollywood, the City of Hollywood Police Chief, or any employees, agents or servants of the City of Hollywood as a result of any acts committed by me that are contrary to policy and the training that I have received as part of my participation in the Program.

I, the undersigned, intending to be legally bound hereby, for my heirs, executors, assignees, and myself waive and release any and all rights and claims for any losses or damages I may have against the

City of Hollywood, the City of Hollywood Police Chief, or any employees, agents, and servants of the City of Hollywood from liability arising from my participation in the Program.

I agree to immediately inform the Hollywood Police Department of any changes in the status of my driver's license, residency or criminal history.

I acknowledge that the above stated provisions are applicable, without exception, to all Mobile Patrol Volunteers.

_____        _____
Mobile Patrol Volunteer:  Printed Name                                    Witness


_____        _____
Mobile Patrol Volunteer:  Signature                                       Witness


_____
Mobile Patrol Volunteer:  Street Address, City, State and Phone Number


The individual identified above is approved to participate in the CITIZENS' CRIME WATCH MOBILE PATROL PROGRAM:


Approval is:        GRANTED        /        DENIED        by:




_____
Printed name Program Liaison Officer


Date: _____

**CITY OF HOLLYWOOD, FLORIDA**
**POLICE DEPARMENT**
**CITIZENS' CRIME WATCH MOBILE PATROL**
**CONDUCT AND DRESS CODE**

The personal conduct of a Volunteer is one of the keys to the success of this program. The Police Department is committed to serving the Citizens' of Hollywood and the actions of the Volunteer should reflect positively.  Every Citizen should be treated with courtesy and respect.

1.  Vehicles are not for personal use. When patrolling, MPV's will not conduct personal business.

2.  Confrontation, questioning, and detention are Police functions and must be left to sworn Officers.

3.  If at risk, the Mobile Patrol Volunteer (MPV) will back away from the situation and summon a Police Officer.

4.  Avoid inappropriate gestures, comments, and conversations.

5.  Obey all laws and ordinances.

6.  NO weapons of any kind, including mace products, will be carried by any Volunteer while on duty.  This also applies to persons who may have a Florida Concealed Firearms permit.  No weapons are allowed in any Hollywood Police vehicle or facility.

7.  Only the official City of Hollywood Citizens' Crime Watch Mobile Patrol vehicle will be utilized to perform the patrol functions of the Crime Watch Mobile Patrol Program.

8.  The use of tobacco products in City-owned vehicles is prohibited.

9.  Do not chase, pursue, or apprehend anyone.

10. Do not interfere with the actions of Sworn Police Officers or Community Service Officers.

11. Do not intervene in civil matters.

12. Do not enforce the rules/or regulations of any condominium or homeowners' association.

13. MPV's are not call-takers for the Hollywood Police Department.  Citizens should be referred to the 967-HELP (4357) line in non-emergency situations.

14. MPV's will obey all instructions, orders, or commands given to them by any Sworn Police Officer or Community Service Officer.

15. MPV's will inform the Crime Watch Unit Lieutenant of any change in the status of their driver's license or place of residency.

16. MPV's will notify the Crime Watch Unit Lieutenant in case of a change in criminal history.DL's and Criminal History will be reviewed randomly on an annual basis.

17. It is illegal to represent yourself as a Police Officer.

18. As a citizen volunteer, you are encouraged to greet the public and talk with them in a friendly and helpful way.  Help them if they need assistance and explain your role as a Volunteer.

Original Date:  11/1/2001
Revised Date: 03/21/2013
File Name:  Appendix B Citizens' Crime Watch Mobile Patrol Conduct and Dress Code.doc

Page 1 of 2
Appendix B SOP #182.1

19. Stay in public view while on duty.

20. Your job, as a Volunteer, is to observe and communicate.  You are providing an invaluable service to the Hollywood Police Department and your community.

21. No drugs or alcohol may be consumed prior to or during patrol.  Mobile Patrol Volunteers taking any prescription medication that could alter their performance abilities shall not report for duty.

22. All assigned equipment and paperwork will be turned into the designated area(s) at the end of patrol.

23. Mobile Patrol Volunteers are permitted to ride alone from 7am to 5pm. There will be at least two Mobile Patrol Volunteers together at all times when on duty after 5pm.

24. Mobile Patrol Volunteers will remain within the boundaries of the City of Hollywood.

25. Mobile Patrol Volunteers will wear a Citizens' Crime Watch shirt, dark blue or black slacks or skirts (no jeans) and black shoes/boots.  Open toe shoes are not permitted. Mobile Patrol Volunteers must wear their identification card only while on assigned duties or within the Police facility in a manner that is visible. Unauthorized or improper display of the identification card may be grounds for termination from the program.

26. If the need arises to be outside the vehicle (i.e. accident scenes), the safety vest must be worn at all times.

27. Please provide as much notice as possible when a personal commitment will cause you to miss a scheduled patrol.  If the absence is an emergency, contact the Crime Watch Office at your earliest convenience so that we know when to expect you again.

28. Complaints or concerns which may develop in the capacity as a Volunteer for the Citizens' Crime Watch Mobile Patrol should be reported to the Crime Prevention Unit Lieutenant as soon as possible.

29. A minimum of 6 hours of patrol time, per month, is required to get/retain a City of Hollywood, ID badge and Mobile Patrol shirt. These items remain the property of the Hollywood Police Department and must be surrendered upon request.


I have read and understand the Conduct and Dress Code of the Citizens' Crime Watch Mobile Patrol Program and agree to conform to them.  I understand that I can be removed from the program without cause or appeal.


_____          _____     _____

Signature                                            Print Name                           Date

**HOLLYWOOD POLICE DEPARTMENT**
**CITIZENS' CRIME WATCH - MOBILE PATROL**
# TRAINING OUTLINE

I.      Goals and Objectives

II.     Hollywood Police Department - Table of Organization

III.    Chain of Command - Who's in charge?

IV.     Legal aspects - Police Legal Advisor

      A.      Volunteer vs. Police Officer status

      B.      Firearms and weapons

      C.      Authority to detain suspicious person(s)

      D.      Civil law and potential liability for Mobile Patrol Volunteers

            1.      Not authorized to act or serve as a Police employee

            2.      Mobile Patrol Volunteers are not authorized legal authority to exercise the use of force

            3.      Responsible for personal acts of negligence or intentional acts

            4.      Personal insurance

            5.      Probable Cause

            6.      Arrest

V.      Policies and Procedures

      A.      Preparation for patrol

            1.      In service and out of service procedure - vehicle information and neighborhood of residency

            2.      Appropriate dress and equipment (phone, flashlight, notepad, pen, forms)

            3.      Fully charged cellular phone (location for phones)

            4.      Vehicle Daily Report, Daily activity log and Incident Report Form.

            5.      Map of crime watch neighborhood

            6.      Vehicle cleanliness

            7.      Fueling procedures

B.       Patrol Techniques

     1.       Patrol in pairs only

     2.       Driving safely and obey all traffic laws.  Emergency Police vehicle operation policies do not apply to Mobile Patrol Mobile Patrol Volunteers

     3.       Constant use of overhead beacons

     4.       Mobile Patrol Volunteers should know the neighborhood

         a.       street names and directional names

         b.       dead-ends, canals alleyways and parking areas

         c.       random pattern of patrol

         d.       persons and vehicles that belong in the area

         e.       remain alert at all times and be prepared for any emergency

C.   Police & Fire dispatch

     1.       Communicating information to call taker

     2.       911 or the non-emergency number (967-4357)

     3.       Answer all questions asked by the call taker. Provide as much information as possible so the responding Officer will have an idea of what to expect upon arrival.  It is very important to be specific with descriptions of vehicles and subjects, and any direction of travel. Be accurate and concise.

         a.       Priority of calls dispatched

         b.       Safety of Officers

         c.       Dispatching of Officers in field

     4.       Conduct of Volunteer after call is made

     5.       Robbery, Burglary and Theft

     6.       Suspicious persons/vehicles

VI.      Forms and equipment

A.       Suspicious person/vehicle report

B.       Volunteer patrol schedule

C.       Vehicle log

D.       Sign in sheet

E.       Incident report

      1.   Activity will depend on area needs

      2.   Information or activity not requiring an immediate response should be logged as notifying the Communications Center and turned into the Citizens Crime Watch Mobile Patrol Coordinator (abandoned vehicle, trash, etc.)

VII.     Operation of the cellular telephone

VIII.    Alternative resource:

    A.   RUOK
    B.   Broward Outreach
    C.   Youth services
    D.   Code Enforcement
    E.   C.A.T.
    F.   Operation Identification
    G.   Closed Home
    H.   CTTF
    I.   Citizen Academy

IX.     Questions and answers

X.     Ride along

Original Date:  11/1/2001                                 Page 3 of 3
Revised Date: 03/21/2013                              Appendix C SOP #182.1
File Name:  Appendix C Training Outline.doc

# Hollywood Police Department
## Crime Watch Mobile Patrol
## Vehicle Daily Report

**Vehicle Unit #_____**

**Name:_____#_____**          **Date:___/___/___**

**Name:_____#_____**


**Time start:_____:____   Miles start:_____**
**Time end:_____:____   Miles end:_____**

**Total time:_____:_____          Total miles: _____**

**Vehicle Inspection: Lights, Tires, Glass, Horn, Mirrors, Body Damage     Satisfactory: ____  ____**
                                                                                    Yes    No
**Problems Observed**:_____

_____

_____

_____

_____

_____

In the event there is a problem with the vehicle i.e. unreported damage, contact the Shift Patrol Sergeant.


_____
Patrol Sergeant

**CITY OF HOLLYWOOD**
**CITIZENS' CRIME WATCH MOBILE PATROL**
**DAILY ACTIVITY LOG**


Date: _____


Name: _____   Name: _____


Vehicle #: _____   Time in Service_____   Time Out of Service_____


Mileage Start_____/ Finish_____


TIME          NARRATIVE

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

## Hollywood Police Department
## Citizen's Crime Watch Mobile Patrol
## Incident Report

Date:_____/_____/_____          Unit:        _____          Time:_____:_____

Location:_____

Nature Of Incident: _____

_____

_____

Action Taken By Mobile Patrol
Officer:_____

_____

_____

Officer Responded:     (Y)     (N)      HLWD CASE #_____

Action Taken by
Officer:_____

_____

_____

Comments:_____

_____

_____

Mobile Patrol Volunteer:_____ID#_____

Mobile Patrol Volunteer:_____ID#_____

| | CITIZEN OBSERVER-RIDE ALONG PROGRAM | |
|---|---|---|
|  | **DEPARTMENT SOP: #183** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 01/17/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:**  The Hollywood Police Department recognizes the educational benefit in allowing citizens to ride as observers with Officers, Detectives and Crime Scene Investigators.  Citizens will be allowed to ride as observers and will be required to adhere to the guidelines and criteria established in this policy. Citizens requesting to ride as observers with Crime Scene Investigators will be approved on a case by case basis by the Criminal Investigations Division Major.

**SCOPE:**  This SOP applies to all Members and citizens approved to ride as an observer.

**POLICY:**  To allow interested citizens the opportunity to ride with Officers during their tour of duty for legitimate civic or educational purpose.

**INDEX:**

I.　　GENERAL ...............................................1

   A.　Procedures Governing the Program:....1
   B.　Observer Prohibitions: ........................2

**PROCEDURE:**

**I.　GENERAL**

   **A.　Procedures Governing the Program:**

      1. Applicants for this program must be 16 years of age or older. Minors (under eighteen years of age) must have a waiver signed by their parent or legal guardian in the presence of a Supervisor.

      2. Requests to participate in this program from News Media representatives will be referred to the Crime Prevention Unit for approval.

3. A Citizen requesting to participate will fill out the Citizen Observer Ride Along Request Form and Agreement Assuming Risk of Injury or Damage Waiver and Release of Claims and Indemnity Agreement (Appendix A).

4. A photocopy of the applicant's Driver License or identification card will be attached to the request.

5. The Patrol or Criminal Investigations Division Major or his designee will conduct a records check to ensure the applicant has no criminal record or outstanding warrants. The Citizen Observer Ride Along Internal Approval and Tracking form will be completed (Appendix B).

6. Approval for the Citizen ride along rests with the Division Major or his designee.

7. All paperwork will be forwarded to the Patrol Division Office for retention.

8. The assigned Officer will not intentionally involve the observer in a dangerous situation (i.e.: pursuits, violent felonies or any confrontational encounter).

9. The assigned Officer may terminate the observer program if the individual obstructs, interferes with, or is not a satisfactory participant.  The Officer will notify his Supervisor prior to terminating the ride along program.

**10.** A Supervisor may terminate a ride along at any time.

**11.** Members of this Agency, on or off-duty, may ride as an observer at the discretion of either the Patrol Division Major, or the requesting Member's Major. No waiver form is required.

**12.** Members of the Police Explorer Program will conform to established procedures in their Unit SOP. Approval is at the discretion of a Patrol Division Major.

**13.** Observers may ride a maximum of two times in any 12 month period. The Patrol or Criminal Investigations Division Major or his designee may grant exceptions.

**14.** Observers will be dressed in business attire with closed toe footwear. Denim type pants, shorts, hats, tank tops, halter tops, or open toe shoes or sandals are not acceptable.

**15.** Officers will ensure that confidential and sensitive information is protected.

**B. Observer Prohibitions:**

Citizen Observers are prohibited from the following:

**1.** Operating any Department vehicle.

**2.** Carrying or using a firearm or other weapon (ASP, baton, pepper spray, etc.).

**3.** Handling evidence or property.

**4.** Using a Police radio.

**5.** Interacting with victims, suspects, or prisoners.

**6.** Riding with probationary Officers.

**7.** Participating during the execution of search or arrest warrants.

**8.** Use of tobacco products.

**9.** No narcotics or alcohol may be consumed prior to or during ride alongs.

**DEFINITIONS:**

NONE

APPROVED BY:

_Chadwick E. Wagner_   **09/29/2009**

**Chadwick E. Wagner            Date**
**Chief of Police**

**ATTACHMENT:**

- **Appendix A:** Citizen Observer Request and Agreement Assuming Risk of Injury or Damage Waiver and Release of Claims and Indemnity Agreement.

- **Appendix B:** Citizen Observer Ride Along Internal Approval and Tracking

|  | **CHAPLAIN PROGRAM** | |
|---|---|---|
| | **DEPARTMENT SOP: #184** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** | **CFA:** |
| | **REVIEW DATE: 01/13/2014** | **6.01, 6.02, 6.03, 6.04** |

**PURPOSE:** The following will provide a guide to the functions and activities of the Chaplain Program in the Hollywood Police Department.

**SCOPE:** This policy applies to all Department Members and volunteers in the Chaplain Program.

**POLICY:** It is the policy of the Hollywood Police Department to provide volunteer pastoral services to Department Members, their families, and victimized individuals of the community.

**INDEX:**

I.   CHAPLAIN'S ...........................................1
   A.   Authority: [6.01]...................................1
   B.   Chain of Command:............................1
   C.   Latitude: [6.01] ...................................1
   D.   Duties and Responsibilities: [6.02] ......2
   E.   Requesting Services:...........................2
   F.   Police Chaplain Response: ................3
   G.   Liability & Insurance:...........................3
   H.   Access: ..............................................4

II.   SELECTION PROCESS.........................4
   A.   Applicant Criteria: ...............................4
   B.   Appointment Process:..........................5

III.   TRAINING [6.03] ....................................5
   A.   Orientation: ..........................................5
   B.   Continuous Training:............................5

IV.   CHAPLAIN ATTIRE [6.04].....................5
   A.   Dress Code: .........................................5
   B.   Formal Ceremonies: ............................6
   C.   Informal Settings or Ride-Alongs:........6
   D.   Replacements:......................................6

V.   CONFIDENTIALITY ...............................6

**PROCEDURE:**

I.   **CHAPLAIN'S**

   A.   **Authority:** [6.01]

   The Department maintains a Chaplain Program that authorizes its Chaplains to provide on-call spiritual guidance, counseling, consultation, and other forms of crisis intervention. Information communicated to a Chaplain will be recognized as privileged information (see **Section V CONFIDENTIALITY**).

   B.   **Chain of Command:**

   To ensure the success of any cooperative effort between Chaplains and Law Enforcement, it is important that all participants understand the organizational structure commonly known as the "Chain of Command".

   1.   Police Chief.

   2.   Community and Media Relations Lieutenant.

   3.   Chaplain Program Chairperson.

   C.   **Latitude:** [6.01]

   The Chaplain Program aims to assist Members through those times when the burdens associated with Police work and personal crisis attack their spiritual beliefs or otherwise affect their mental or emotional well being.

**D. Duties and Responsibilities:** [6.02]

Chaplains, in their role as religious advisors, are available 24 hours a day, 7 days a week providing the following:

1. Assist Members in situations where Chaplain training and expertise may provide emotional comfort and spiritual guidance.

2. Upon request, the Chaplain may assist in the notification of family members concerning death or serious injury of a Department Member or immediate family member. Depending on the circumstances of each incident, the Police Chaplain may respond to the scene, residence or the hospital.

3. When appropriate, the Chaplain should ascertain, from those needing pastoral help, whether they have a particular religious affiliation; and if so, the Chaplain will assist in notifying the appropriate Clergyman.

4. The Chaplain should be prepared to refer persons to a Chaplain within the program who is a certified counselor, agency employee assistance program (E.A.P.), or agency referred Psychologist.

5. The Chaplain should assist Members regarding funeral services of other Members, their immediate family Members, Volunteers or retired Members of the Department. Funerals of Law Enforcement Officers killed in the line of duty and services for Officers committing suicide, depending on the circumstances, should be attended by a Department Chaplain.

6. Upon specific request, the Chaplain may work in cooperation with Department Members regarding weddings of Department Members, their immediate family members, Volunteers or retired Members of the Department. Additionally, pre-marital counseling may be provided by the Chaplain.

7. The Police Chaplain may be available to counsel any Member of the Department, their immediate family members, Volunteers or retired Members of the Department.

8. The Police Chaplain may be available to lead in the invocation or benediction of banquets and ceremonies related to the Department.

9. The Police Chaplain may visit Members of the Department, their immediate family Members, Volunteers, and retired Members who are hospitalized. If a Member of the Department is facing surgery, the Police Chaplain, upon request, may visit the family and offer support.

10. The Police Chaplain may, upon request, make a home visit to those Members of the Department who have been injured, disabled, or are suffering from a serious illness. The purpose of the home visit is to offer encouragement to the Member and/or family during recovery. If unable to make home visits, the Police Chaplain may attempt to contact the Member and/or family by telephone in order to offer encouragement.

11. Upon request of any Law Enforcement Agency, the Chaplain may be available to offer Mutual Aid assistance. This assistance may include but is not limited to:

    a. Injury and death notifications,

    b. Funerals,

    c. Counseling, or

    d. Other duties of Clergy.

**E. Requesting Services:**

The Police Chaplain may be called for Post-Traumatic incidents involving De-

partment Members, Victims and/or Witnesses of crime.

1. Officers should consider requesting assistance from the Police Chaplain at any crime scene or event where Officers, Victims or Witnesses have experienced a significant event in which the circumstances were so unusual or the sights and sounds so distressing as to produce a high level of immediate or delayed emotional reaction. All requests for assistance will be approved via Chain of Command. These include:

   a. Officer involved shootings,

   b. Death of a friend or relative,

   c. Rape,

   d. All critical incidents, including but not limited to, serious crimes involving children; loss of life; and forcible felonies.

2. Additionally, Chaplains may be requested via the Special Events Lieutenant or via an on-call rotation schedule provided to:

   a. Staff Duty Officer

   b. Shift Lieutenants

   c. Victim Advocates

   d. Communications

3. Chaplains will meet informally with Division Majors to ascertain the best method(s) regarding providing services to Members under their command.

**F. Police Chaplain Response:**

The Police Chaplain will respond based on requests from a Police Supervisor, Lead Detective or Victim's Advocate. Upon arrival at the scene, the Chaplain will report to the Victim's Advocate or Police Supervisor.

1. The Police Chaplain will not have contact with any persons identified as a Suspect, unless specifically requested and directed by a Supervisor.

2. The Police Chaplain may perform such non-hazardous tasks as attending to non-belligerent individuals (family members of barricaded subjects, hostages, and missing persons) until a Detective initiates the statement obtaining process.

3. The Police Chaplain may refer Victims to other appropriate community service agencies.

4. The Special Events Lieutenant will contact the designated on-call Chaplain if a serious injury, illness, or death happens to any Member of the Department.

**G. Liability & Insurance:**

Because Chaplains are Volunteers, the Florida Volunteer Protection Act, FSS 768.1355 provides immunity from any civil liability for any act or omission by the Volunteer, which results in injuries or property damage.

1. In order to be protected, the actions must be within the scope of the Organization's services.

2. In order to be protected, the person must act as an ordinary, reasonably prudent person would have acted under the same circumstances.

3. This protection is conditioned upon the person acting in good faith and within the scope of the duties of the Organization.

4. The Volunteer Protection Act, Public Law 105-19, and FSS 768.1355 Florida Volunteer Protection Act, offer a strong degree of protection for Volunteers and will allow a feeling of security against personal loss.

5. Volunteers have protection, unless one of the following occurs:

   a. The Volunteer does something outside the job description.

   b. The Volunteer does not have the required licenses or certificates for the job assigned.

   c. The Volunteer's act that caused the injury occurred while operating a motor vehicle and the Volunteer caused injury with willful, criminal, or reckless misconduct or gross negligence.

**H. Access:**

Because Chaplains bring a dimension of spirituality to the Police Department, they will be granted access within the Police Department.   However, due to strict FDLE guidelines and Accreditation Standards, the Chaplains will not be granted access to Restricted Areas of the Department without an escort.

## II. SELECTION PROCESS

Because of the enormous responsibility and the sensitive, confidential nature of the work, the selection process for Membership and assignment is strict in concept and policy. The program will be maintained to the highest professional standards to protect its integrity.

**A. Applicant Criteria:**

Membership in the Chaplain Program will be limited to those professionals who meet the following criteria:

1. Applicants will:

   a. Complete an application.

   b. Provide a résumé providing sufficient personal data to complete a background investigation and criminal records check.

2. Applicants will be ordained in good standing.

3. Applicants must maintain high spiritual and moral standards.

4. Applicants must strive for an unbiased understanding of all faiths and be acquainted with their beliefs.

5. Applicants will be Members of the International Conference of Police Chaplains (ICPC) or be accepted for Membership by that organization. NOTE: The Hollywood Police Department will pay annual Membership dues to the International Conference of Police Chaplains for Chaplain Program Members.

6. Applicants should have served a congregation for at least five years. This requirement may be waived under special circumstances after review by the Chaplain's Committee, the Chaplain's Liaison and approved by the Chief of Police.

7. Applicants must provide a minimum of three letters of recommendation. Recommendations may be from any of the following:

   a. Any individual,

   b. A leader in the applicant's organization or denomination,

   c. His/her ecclesiastical (religious organization) superior,

   d. A Police Chaplain,

   e. A Department Member.

8. Applicants must provide copies of educational degrees and certificates of additional training relating to counseling.

9. Applicants must possess a valid Florida Driver's License.

10. Applicants must be able to provide their own transportation with valid auto insurance.

**11.** Applicants should be familiar with the City of Hollywood.

**B. Appointment Process:**

The Chaplain's Committee will serve as the screening committee for persons seeking to join the Chaplain Program and will have authority, in consultation with the Chief of Police, to approve or to reject an applicant's Membership.

**1.** The Chaplain's Committee will be comprised of:

**a.** Special Events Lieutenant

**b.** Chaplain Program Chairperson.

**c.** Existing Members of the Chaplain Program.

**2.** The Chaplain Program will normally meet once every two months or upon the call of the Chairperson or Chaplain Program Liaison Officer.

**C. Dismissal:**

Chaplains will serve on a voluntary basis. Their services may be terminated at any time if it is believed their involvement in the program is not in the best interest of the agency.

**III. TRAINING** [6.03]

**A. Orientation:**

Upon completion of an interview, limited background investigation, and acceptance, an orientation will be conducted by the Special Events Lieutenant consisting of the following will occur:

**1.** Hollywood Police Department Overview videotape.

**2.** Building Tour.

**3.** Equipment and I.D. card issuance.

The training will be documented in a memo by the Special Events Lieutenant

and placed in the Chaplains personnel folder. **[6.03]**

**B. Continuous Training:**

**1.** Chaplains will receive continuous training in their duties and responsibilities indicated earlier in this SOP. Furthermore, Chaplains should try to ride with an Officer for a minimum of 5 hours per month.

**2.** Chaplains should attend appropriate in-service training sessions beneficial to their area of expertise, i.e. peer support training or any other available training that might be made available for Police Chaplains through various Law Enforcement training programs.

**IV. CHAPLAIN ATTIRE** [6.04]

Department Uniforms for Chaplains are clearly distinguishable from those of Sworn Members.

**A. Dress Code:**

**1.** Chaplains representing the Hollywood Police Department are required to adhere to an established dress code.

**2.** The Chaplains attire will be a suit or accepted clerical attire with appropriate identification or the Police Chaplain Uniform provided by the Department.

**a.** White shirt (one long sleeve and one short)

**b.** Dark blue pants (two pair)

**c.** Chaplain's badge

**d.** Chaplain's collar insignia

**e.** Tie

**f.** Name tag

**g.** Belt

Shoes and socks are provided by the Chaplain and will conform to the Department uniform standards (blue or black socks without pattern). Shoes should be black, leather or high gloss, plain toe, and without ornaments.

    **h.** Two polo style shirts (white or blue) will also be issued to Chaplains to wear at informal meetings or events.

**B. Formal Ceremonies:**

"Class A" Uniforms or Clerical Attire will be worn at all formal ceremonies. The Class A uniform consists of the Department issued clothing articles, with the long sleeve white uniform shirt.

**C. Informal Settings or Ride-Alongs:**

"Class B" Uniforms or Clerical Attire may be worn during informal settings or when riding with Officers during their normal tour of duty. The Class B uniform consists of Department issued clothing articles, with the short sleeve white uniform shirt.

**D. Replacements:**

Annual uniform replacement or repair requests will be submitted to the Special Events Lieutenant for approval. Once approved, the request will be forwarded to the Quartermaster Section, who will facilitate the issuance or repair of any uniforms or issued equipment.

## V. CONFIDENTIALITY

FSS 90.505 establishes a privilege for any communication made by a person to a Clergyman when such communication is made privately for the purpose of seeking spiritual guidance. Although this privilege was not always recognized, a majority of the States, including Florida, enacted a statutory privilege covering religious denominations and organizations in general.

Section 90.505 states that "when a person reasonably believes an individual to be a Clergyman, he/she is permitted to invoke this privilege to prevent disclosure of communications made in good faith. This privilege contains similar language to the attorney/client and psychotherapist-patient privileges. Consistent with these other privileges, communications to Clergyman will not be privileged unless made in the course of seeking spiritual counsel and advice and under circumstances to ensure confidentiality.

A person has a privilege to refuse to disclose, and to prevent another from disclosing, a confidential communication by the person to a member of the Clergy in his or her capacity as spiritual advisor with limited exceptions. The confidential status usually afforded to such communication will not apply to any communication involving allegations of child abuse, child abandonment, child neglect, elderly abuse or elderly neglect. Communications to the Clergy which includes allegations of any of the crimes referenced above do not have any form of privilege and require immediate reporting to local Law Enforcement. Clergy who receive communications, which describe the crimes enunciated above, are compelled to report these crimes to local authorities without violating the cannons of confidentiality.

In addition, it will be the Policy of this Department for Police Chaplains to notify the Chief of Police or his/her designee, of any disclosures involving admissions of murder, attempted murder, suicide, attempted suicide, and sexual battery as they will not have the privilege of confidentiality when reported during the course of a clergy consultation.

**DEFINITIONS:**

NONE

APPROVED BY:

_Frank G. Fernandez_ (signature)    **01/13/2014**

**Frank G. Fernandez**         **Date**
**Chief of Police**

**<u>ATTACHMENTS</u>:**

NONE

| NEIGHBORHOOD NETWORK CENTERS | |
|---|---|
| DEPARTMENT SOP: #185 | CALEA: |
| EFFECTIVE DATE:  10/10/2005<br><br>REVIEW: N/A | CFA:<br><br>NONE |

**PURPOSE:**  To establish guidelines and procedures for Members assigned to the Neighborhood Network Centers.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Hollywood Police Department has established Neighborhood Network Centers to provide miscellaneous Police services.

Various Members (K-9, NTL's, THI) may use the centers to achieve the Department's Mission.

**INDEX:**

**I.    NETWORK CENTER'S ACCESS ..............1**

A.    Alarm Procedures: .....................1
B.    Events and Meetings: .........................1
C.    Departmental Access:.........................2

**PROCEDURE:**

**I.    NETWORK CENTER'S ACCESS**

Neighborhood Network Centers have been established to provide a variety of City and Police services to the community.

1.  The Network Centers are not accessible to the general public.

2.  Based on geographical location, Network Centers will be used by Units for various duties, including, but limited to the following:

    a.  Training

    b.  Community Meetings and Events

    c.  Patrol Members may use the facilities during their normal work period.

    d.   See **Section II. B** for scheduling procedures.

**A.  Alarm Procedures:**

Members opening or closing Neighborhood Network Centers will;

1.  Deactivate the alarm system via the alarm keypad upon entering.  In the event the alarm is activated, Members will:

    a.  Deactivate the alarm.

    b.  Contact Communications via radio or telephone.

2.  Upon closing the Network Center, Members will activate the alarm and exit the building ensuring the front door is locked.

**B.  Events and Meetings:**

Members wishing to utilize Network Centers for events and meetings should contact the Neighborhood Services Lieutenant to ensure availability.

A calendar will be available on the "S" drive for all Members to view.  Only the Chief's Office and the Neighborhood Services Lieutenant will have access to the calendar for editing. Members must contact the Chief's Office or the Neighborhood Services  Lieutenant for scheduling.

**C.  Departmental Access:**

The Neighborhood Network Centers are accessible to Department Members 24 hours a day, seven days a week.

<u>DEFINITIONS:</u>

None

APPROVED BY:

*Chadwick E. Wagner*  **09/12/2012**
**Chadwick E. Wagner   Date**
**Chief of Police**

<u>ATTACHMENTS:</u>

| | **WIRELESS TELEPHONES** | |
|---|---|---|
| | **DEPARTMENT SOP: #193** | **CFA STANDARDS** |
| | **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:**  To establish policy for the acquisition and management of wireless telephones to be used to conduct Department business.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The City and Department recognize a need for the use of wireless telephones by Department employees in the performance of their duties.

**INDEX:**

**I.    WIRELESS TELEPHONES ASSIGNED TO A FUNCTION....................................1**

A.    Acquisition Process: ...........................1
B.    Telephone Care & Maintenance:.........1
C.    Availability by Telephone:....................2
D.    Authorized Telephone Usage:.............2
E.    Return of Wireless Telephone: ...........2
F.    Wireless Telephone Records: .............2

**II.   WIRELESS TELEPHONES ASSIGNED TO AN EMPLOYEE...............................2**

A.    Authorized Members: .........................2
B.    Implementation Process:.....................2

**III.  WIRELESS TELEPHONE ACQUISITION ......................................................3**

A.    Members not currently assigned a wireless telephone:...............................3
B.    Members currently assigned a wireless telephone:............................................3

**IV.   WIRELESS TELEPHONE SERVICE AGREEMENT..........................................3**

A.    Initiation of Service Agreement:..........3
B.    Member Responsibility: .......................4

**V.    WIRELESS TELEPHONE STIPEND......4**

A.    Stipend Amount:..................................4
B.    Payment Method: ................................4
C.    Stipend Duration:................................4

**VI.   WIRELESS TELEPHONE USAGE ........4**

A.    Providing Telephone Number to the Department:.........................................4
B.    Availability by Telephone:....................4
C.    Safety Precautions: ............................4

**PROCEDURE:**

**I.    WIRELESS TELEPHONES ASSIGNED TO A FUNCTION**

**A.    Acquisition Process:**

In the event that a wireless telephone is assigned to a function rather than an individual, the following process will be adhered to:

**1.**    The Chief of Police or his designee will issue an Inter-office Memorandum to the Director of the Division of Communications and Public Safety Systems detailing the proposed use of the telephone.

**2.**    The Director of the Division of Communications and Public Safety Systems, will issue ordering and billing instructions to the requesting Department.

**3.**    Invoices will be reviewed by each Division Major on a monthly basis.

**B.    Telephone Care & Maintenance:**

Each Member issued a wireless telephone will maintain the phone in its proper working condition.

1. The Department will contact the Director of the Division of Communications and Public Safety Systems for all maintenance issues including the loss or theft of a wireless telephone.

2. The telephone will be maintained in its original condition.

3. The loss or theft of a wireless telephone will require:

   a. Notification of Member's Supervisor.

   b. An Incident Report.

   c. Reimbursement, if loss is due to negligence.

**C. Availability by Telephone:**

Members who are assigned to a function in which they may be temporarily or routinely required to use a City issued wireless telephone will adhere to the following procedures:

1. The wireless phone will be sufficiently charged prior to each shift.

2. While the Member is on duty, the wireless phone will be on to receive incoming calls. The telephone's voicemail feature will be activated.

3. Members will access voice messages frequently during each workday and promptly return all Police related messages.

**D. Authorized Telephone Usage:**

The following procedures will be followed for wireless telephone usage:

1. Each Member issued a wireless phone will be instructed by their immediate Supervisor on the maximum amount of minutes allotted for use per month.

2. Members are permitted to make official calls to locations within the State of Florida.

a. Placing out of State calls is prohibited, except in extenuating circumstances or as approved by the Member's Supervisor.

b. Members are required to reimburse the City for all personal long distance calls and any personal calls that exceed the package minute plan for their phone, per Human Resources Policy HR-081. The Fiscal Affairs Unit will forward monthly wireless phone bills to the respective Division Majors.

3. The Member's immediate Supervisor will be responsible for reviewing the itemized phone bill.

**E. Return of Wireless Telephone:**

Members, who are transferred from one Unit to another, will return the phone to their immediate Supervisor prior to leaving the Unit.

**F. Wireless Telephone Records:**

Members are reminded that wireless phone records are subject to Florida Public Records Law, F.S. 119.07.

**II. WIRELESS TELEPHONES ASSIGNED TO AN EMPLOYEE**

**A. Authorized Members:**

The Chief of Police will have the authority to determine which Department Members require the use of a wireless telephone in the performance of their duties.

**B. Implementation Process:**

Per Human Resources Policies HR-081, the Chief of Police will initiate the following process.

1. The Major of the Support Services Division or his designee will prepare an Employee Stipend Agreement (see **Appendix A**) and Personnel

Action Form to initiate the wireless stipend.

2. The Chief of Police or his designee will provide the Member with information outlining the acquisition and usage of the wireless telephone.

    a. The Member will sign the Employee Stipend Agreement Form.

    b. The Member will receive the original and a copy will be attached to the Personnel Action Form.

3. The Chief of Police or his designee is responsible for reviewing the status of the program at least 30 days before the end of each Member's stipend term to assure that the Member continues to be in a position that requires the use of a wireless device and that the stipend rate is applicable to the Member's need prior to renewing the stipend.

## III. WIRELESS TELEPHONE ACQUISITION

**A. Members not currently assigned a wireless telephone:**

If a Member is authorized to receive a wireless telephone stipend, but does not currently have a City issued wireless telephone assigned, the following applies:

1. The Member will submit a Memorandum to the Chief of Police via the Chain of Command requesting authorization to purchase a wireless telephone and accessories for official use.

2. Upon the Police Chief's approval, the Member may purchase a wireless telephone from the vendor of their choice.

3. The Member may submit a receipt for the telephone and accessories purchased to the Chief of Police.

    a. The Member will receive a one-time reimbursement up to a maximum of $100.00 via Direct Payment Voucher towards the purchase of a wireless telephone and accessories.

    b. The wireless telephone and accessories will become the personal property of the Member.

    c. Members are encouraged to purchase insurance plans for the telephone and accessories from the service provider.

**B. Members currently assigned a wireless telephone:**

Members who currently have a wireless telephone and accessories assigned to them by the City will not be eligible to receive the $100.00 reimbursement towards purchasing a new telephone.

## IV. WIRELESS TELEPHONE SERVICE AGREEMENT

**A. Initiation of Service Agreement:**

Authorized Members are responsible for obtaining a personal service agreement with a wireless telephone provider of their choice.

1. Members will have 30 days to establish a personal account with a wireless service provider.

2. Verification of an account must be provided to the Chief of Police or his designee within the 30-day period.

3. If verification of service is not provided the Major of the Support Services Division or his designee will submit a Personnel Action Form terminating the Member's stipend. Additionally, the Member will be required to reimburse the City for any stipend already paid.

**B.   Member Responsibility:**

Members are personally responsible for any wireless agreement they enact. The City has no responsibility and/or liability with regard to the payment and/or adherence to any terms and conditions of such agreements.

## V.   WIRELESS TELEPHONE STIPEND

**A.   Stipend Amount:**

Authorized Members will receive the following monthly stipends:

1.   Bargaining Unit Members who are required by assignment to have a wireless telephone will receive $50.00 per month, unless otherwise approved by the Chief of Police.

**B.   Payment Method:**

Authorized Members will receive the wireless telephone stipend in their paychecks once a month.

**C.   Stipend Duration:**

The City has agreed to guarantee a Member's initial 12 months of payments to cover the one-year wireless telephone service agreement. Early termination for any reason other than the Member's termination of employment is not permitted.

## VI.   WIRELESS TELEPHONE USAGE

**A.   Providing Telephone Number to the Department:**

Members receiving a stipend are required to provide their wireless telephone number to the Department within 3 days of initiating service, or changing telephone numbers. Members will submit an Employee Change of Address Form listing the phone number to the Personnel Unit/Professional Standards Section.

**B.   Availability by Telephone:**

Members receiving a City paid stipend for a wireless telephone will adhere to the following procedures:

1.   The wireless phone will be sufficiently charged prior to each shift.

2.   While the Member is on duty, the wireless phone will be on to receive incoming calls. The telephone's voicemail feature will be activated.

3.   Members will access voice messages frequently during each workday and promptly return all Police related messages.

**C.   Safety Precautions:**

All Members using mobile telephones on City business are required to adhere to the following safety precautions:

1.   While operating a vehicle on City business, Members are required to use a hands-free phone, and all calls must be dialed while the vehicle is stationary.

2.   While traveling on City business, all Members will abide by the laws and ordinances of municipalities and counties that have implemented legislation, which prohibits the use of cellular phones while driving.

**DEFINITIONS:**

None

APPROVED BY:


*Chadwick E. Wagner*  **01/30/2009**
**Chadwick E. Wagner          Date**
**Chief of Police**


**ATTACHMENTS:**

- **Appendix A:**     Employee          Stipend
  Agreement Form



# *City of Hollywood, Florida*

## INTER-OFFICE MEMORANDUM

### EMPLOYEE STIPEND AGREEMENT

**Date:**     May 1, 2003

**To:**       All Employees Authorized to Receive a Wireless Telephone Stipend

**From:**     Cameron D. Benson, City Manager

**Subject:**  Wireless Stipend Payments (Exhibit A to Administrative Policy 02-82 revision **03-85**)

_____

**ISSUE:**

Acceptance of a wireless telephone stipend as part of your compensation package from the City.

**EXPLANATION:**

Your Department/Office Director has determined that you require the use of a wireless telephone in the performance of your duties as a City employee.

As such, you have been authorized by your Department/Office Director to receive a monthly stipend.  This stipend is being paid to you to offset the expense of obtaining private wireless services.  The stipend, in a fixed amount to be determined by your Department/Office Director, and subject to approval by the City Manager or his/her designee, will be included in your paycheck on a monthly basis.

In addition, you will receive a one-time reimbursement towards the cost of a wireless telephone and accessories, not to exceed $100.00.

By accepting the one-time payment and monthly stipend you agree to the following terms and conditions:

- Upon submission of a receipt, you will be reimbursed up to $100.00 toward the purchase of a wireless telephone and accessories.

- You agree that you will initiate wireless telephone services, with the provider of your choice, within thirty-days from the date of your first stipend payment.

- You agree that you are personally responsible for any wireless agreement that you enter into.

- You will ensure that your immediate supervisor has your wireless telephone number.

- You will keep the wireless telephone service current and the wireless telephone in good working order for the entire time period that you are receiving a stipend.

- You will use the hands free kit whenever operating a vehicle while on City business.

- You will be available via the device during normal working hours and as required by your Department/Office Director, provided that requirement meets all previously negotiated labor agreements.  Note:  Police Department employees will be guided by their internal policies and procedures specifically relating to wireless telephones.

- You will ensure that your wireless telephone has a voice mail feature.

- Failure to respond to a voice mail message within one-hour of the message's time of delivery to the voice mail box may be cause for corrective action.  Note: This policy is superseded where negotiated Union contracts prohibit its enforcement.

**RECOMMENDATION:**

If you agree to the terms and conditions stated above and have read and understand Administrative Policy 02-82 revision **03-85**, please sign below.

Signature of Employee: _____

Print Name: _____

Date: _____

**CC:**   ATTACH TO PERSONNEL ACTION FORM TO INITIATE STIPEND

| | **USE OF FORCE** | |
|---|---|---|
|  | **DEPARTMENT SOP: #200** | **CALEA: 1.3.1,1.3.2,1.3.3,1.3.4** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 03/15/2013** | **CFA:**<br><br>**4.01, 4.02, 4.04, 4.05, 4.08A-D, 4.09, 4.11** |

**PURPOSE:** The Department has reviewed Federal and State Laws, Court decisions, conferred with qualified instructors and reviewed current standards to develop a comprehensive SOP. This SOP will guide Members through their decision making process involving levels of resistance and the appropriate application of force.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the Department's responsibility to provide supervision, training and guidance in the use of force to ensure reasonable and prudent decisions are made.

> **NOTE:** This Directive is for Department use only and does not apply to any criminal or civil proceeding. The Department SOP should not be construed as a creation of higher legal standard of safety or care in an evidentiary sense with respect to third party claims.

**INDEX:**

**I. FLORIDA STATUTES GOVERNING 'USE OF FORCE' [4.01]** ............................... 3

    A. "Use of Force" to Protect Others: .......... 3
    B. "Law Enforcement Officers; Use of Force in Making an Arrest:" ................... 3
    C. Legal Authority for Members to Carry and Use Lethal and Less Lethal Weapons or Firearms while on or Off-Duty. [4.05A] ......................... 3

**II. CONSTITUTIONAL RESTRICTIONS** ........ 4

**III. DEPARTMENT "USE OF FORCE" SOP [4.01]** ..................................................... 4

    A. Use of Less Lethal Force: ..................... 4
    B. Use of Lethal Force: ............................. 4

**IV. DISCUSSION ISSUES INVOLVING "USE OF FORCE"** ................................. 4

    A. Distinct Differences between State Law and Department Standard Operating Procedure: ............................................ 4
    B. Factors to be Considered Prior to the Use of Lethal Force: ............................. 5

**V. LETHAL FORCE TRAINING [4.02][4.05]** ………………………………………… 5

    A. Be Issued a Copy of the Use of Force SOP: ...................................................... 5
    B. Receive Instruction in the Use of Force, Lethal Force (Deadly Force), Less Lethal Force, and Fleeing Felons: ........ 5
    C. Qualify with the Department's Primary Handgun: [4.05B] ................................. 6
    D. Demonstrate Proficiency with Special Impact Weapons and Chemical Agent: [4.05B] ................................................. 6

**VI. LETHAL FORCE RESTRICTIONS [4.05]** 6

    A. Identification as a Police Officer: .......... 6
    B. Danger to Bystanders: ........................... 6
    C. Warning Shots: [4.04] ........................... 6
    D. Shooting at or from a Moving Vehicle or Vessel: ................................................. 6

**VII. USE OF FORCE CONTINUUM [4.08D]** . 6

    A. Subject Resistance Levels: .................... 7
    B. Member Response Levels: [4.05][4.08D] …………….. ...................... 7
    C. Determinations of Response Level: ...... 9

**VIII. WHEN A MOBILE FIELD OR SUPPLEMENTAL REPORT IS REQUIRED [4.08B]** ............................................................. 10

A. Complaints of Injury by Arrested Subjects: ..............................................10
B. Disabling Force Against a Vehicle: .....10
C. Response to Resistance Report Incidents: ..........................................10
D. Lethal Force (Deadly Force) Incidents: ...............................................10
E. Discharge of a Firearm: .....................10
F. Disabling Force Against an Animal: ....10

IX. WHEN A SUPERVISOR'S RESPONSE TO RESISTANCE REPORT IS REQUIRED [4.08B,C][4.09] ..................................10

A. Resisting an Officer with Violence: [4.08C] ................................................10
B. Use of Force (Level 1-6) Resulting in Injury: [4.08C] .....................................10
C. Use of Aerosol Chemical Agent (ACA): [4.08C] ................................................10
D. When a Level 4-Intermediate Weapon is Used: [4.08C] .....................................10
E. When Level 5-Incapacitation Strike or Stun is Used: [4.08C] ..........................10
F. When Level 6-Deadly Force is Used: [4.08B] ................................................11

X. SUPERVISORY ADHERENCE TO THE LAW ENFORCEMENT OFFICERS' BILL OF RIGHTS ...............................................11

A. Supervisor Training: ...........................11
B. Officer Representation: .......................11

XI. RESPONSIBILITIES AT LESS-LETHAL INCIDENTS REQUIRING A RESPONSE TO RESISTANCE REPORT [4.08C][4.09] ...........11

A. Member Responsibilities:[4.09]...........11
B. Supervisor Responsibilities: ...............11
C. Division Major's Responsibilities; Review of Response to Resistance Reports: .............................................12
D. Supervisors' Recommendation for Remedial Training: ...............................13

XII. FIREARM DISCIPLINE........................13

A. Drawing a Handgun: ...........................13
B. Response to Resistance Report: ........13

XIII. FIREARM DISCHARGE REPORTS [4.08A] ..............................................13

A. Shift Lieutenant Responsibility: ...........13
B. Investigative Services Section's Responsibility: .....................................13
C. Division Major's Responsibility:...........13

XIV. RESPONSIBILITIES AT A LETHAL FORCE (LEVEL 6) OR DISCHARGE OF A FIREARM INCIDENT [4.08B][4.09] ...............14

A. Member Responsibilities: [4.09].........14
B. Supervisor Responsibilities:................14
C. Shift Lieutenant's Responsibility: ........15
D. Legal and Psychological Representation:....................................15
E. Range Master: ..................................15
F. Internal Affair's Responsibility: [18.18]16
G. Responsibilities of the Investigative Services Section: ................................16
H. Responsibilities of the Incident Review Committee: [18.18] ..............................16
I. Review of Lethal Force Incidents; Defined Levels of Authority:................16

XV. ADMINISTRATIVE LEAVE ASSIGNMENTS AND LETHAL FORCE [18.18][27.03] ................................................17

A. Members Availability: ...........................17
B. Members Return to Duty: ...................17
C. Member Fitness for Duty: ..................17

XVI. LETHAL FORCE INCIDENTS INVOLVING ANIMALS....................................17

A. Vicious or Dangerous Animals:...........17
B. Seriously Injured Animal: ...................17
C. Notification: ......................................17
D. Requirements for all Lethal Force Incidents Involving a Member and an Animal: ...............................................17
E. Shift Lieutenant's Responsibilities: .....18

XVII. DEFINITIONS: ................................18

A. ACCIDENTAL DISCHARGE:..............18
B. COMMISSION: ..................................18
C. DEADLY FORCE: ...............................18
D. FORCE: .............................................18
E. FORCIBLE FELONY: .........................18
F. GREAT BODILY HARM:......................18
G. HOBBLES: .........................................18
H. LAST RESORT:..................................18
I. LETHAL (DEADLY) FORCE: ...............18
J. LESS LETHAL (NON-DEADLY) FORCE: .............................................18
K. OFFICER INVOLVED SHOOTING:....18
L. PROBABLE CAUSE: ..........................18
M. REASONABLE BELIEF: ....................19
N. SERIOUS BODILY INJURY: ..............19
O. USE OF FORCE: ...............................19

**PROCEDURE:**

**I.  FLORIDA STATUTES GOVERNING 'USE OF FORCE"** [4.01][1.3.4]

The Police receive legal authority to use force, to include lethal (deadly) force, from the following State Laws:

**A.  "Use of Force" to Protect Others:**

F.S. 776.012 provides justification for:

**1.** A person to use "force, except deadly (lethal) force, to the extent that the person reasonably believes that such conduct is necessary to defend themselves or others against an offender's imminent use of unlawful force."

**2.** The use of <u>deadly</u> (lethal) force is only justified "when a person reasonably believes that such force is necessary to prevent"

**a.** "death or great bodily harm to themselves or another"

**b.** or "to prevent the imminent commission of a forcible felony."

**B.  "Law Enforcement Officers; Use of Force in Making an Arrest:"**

F.S. 776.05, provides that "a Law Enforcement Officer, or any person he has summoned or directed to assist him or her, need not retreat or desist from efforts to make a lawful arrest because of resistance or threatened resistance to the arrest."

The Statute authorizes that "a Law Enforcement Officer is justified in the use of any force:"

**1.** "Which he reasonably believes to be necessary to defend himself or another from bodily harm while making the arrest;"

**2.** "When necessarily committed in retaking felons who have escaped", or

**3.** "When necessarily committed in arresting felons fleeing from justice".

**4.** However, the use of <u>deadly</u> (lethal) force when arresting felons fleeing from justice is justified only when:

**a.** "Some warning had been given"

**b.** "The Officer reasonably believes such force is necessary, <u>and</u> the fleeing felon:

**(1).** Poses a threat of death or serious bodily injury to the Officer or others, or

**(2).** The "fleeing felon" has committed a crime involving the infliction or threatened infliction of serious bodily injury to another person…"

**C.  Legal Authority for Members to Carry and Use Lethal and Less Lethal Weapons or Firearms while on or Off-Duty.** [4.05A]

Members authorized to carry firearms or weapons and use lethal or less lethal force, do so in accordance with the following State Statutes and the Departmental Operations Manual.  These Statutes provide legal authority for Members to carry and use lethal and less lethal weapons and firearms while on or off-duty.

**1.  F.S. 790.051**: Exemption from licensing requirement for Law Enforcement Officers.

**2.  F.S. 790.052**: Carrying Concealed Firearms, off-duty Law Enforcement Officers.

**3.  F.S. 790.053**: Open carrying of weapons.

**4.  F.S. 790.01**: Carrying Concealed Weapons.

**5.  Chap. 44, title 18, U.S. Code, Sec. 926B, H.R.218** The Law Enforce-

ment Officers Safety Act of 2004: Carrying Concealed Firearms.

## II. CONSTITUTIONAL RESTRICTIONS

Despite the State powers granted to Police to use force, the application of Police force can not infringe upon those rights granted to each person by the Constitution.

Any infringement upon a person's constitutional rights can be remedied against a Member, his employers or governing jurisdictions by criminal prosecution under Title 18 U.S.C.241 or 242 or by civil remedies under Title 42 U.S.C. 1983 regardless of the outcome of a State's proceedings.

## III. DEPARTMENT "USE OF FORCE" SOP
[4.01][1.3.4]

Members will use only the degree of force that is "reasonably necessary" to affect lawful objectives, effectively bring an incident under control, to make arrests and/or protect the lives of the Member and others.

Lethal Force (Deadly Force) will be a force of last resort when probable cause exists that a significant threat of death or serious bodily injury will occur or a fleeing felon would pose a significant threat to human life should their escape occur.  The use of Lethal Force (Deadly Force) must follow current State Law.

Based on this SOP, the Department restricts a Member's "use of force" as follows:

### A. Use of Less Lethal Force:

Members will only use that level of force that is reasonably necessary to:

1. De-escalate the incident and bring it under control.

2. Make a lawful arrest.

3. Defend or protect themselves or others.

### B. Use of Lethal Force:

Lethal Force (Deadly Force) may only be used as a force of last resort when "probable cause" exists to:

1. Protect Members and others from a significant threat of death or serious bodily injury, or

2. Prevent the escape of a fleeing felon or an escaped prisoner when there is a significant threat to human life if the escape occurs (see **Probable Cause** definition at the end of this SOP).

## IV. DISCUSSION ISSUES INVOLVING "USE OF FORCE"

### A. Distinct Differences between State Law and Department Standard Operating Procedure:

Florida State Law provides a Sworn Member greater latitude in the use of lethal force than does Department SOP. The following examples exemplify some distinct differences in the use of lethal force according to State Law and Department SOP:

1. **Prevent the Imminent Commission of a Forcible Felony:**

   a. **State Law:** Provides for the "use of deadly force only if the Officer reasonably believes that such force is necessary to prevent the imminent commission of a forcible felony."

   b. **Department SOP:**  The type of felony being prevented is not a deciding factor when applying lethal force.  The deciding factors to use lethal force are:

   (1). It must be a force of last resort, and

   (2). Probable cause must exist that a significant threat of death or serious bodily injury would occur if lethal force

were not applied to stop the offender.

**2. Making an Arrest:**

**a. State Law:**  Provides the "use of any force the Officer reasonably believes to be necessary to defend himself or herself or another from bodily harm while making the arrest."

**b. Department SOP:**  Members are guided by the "Use of Force Continuum" and the "reasonably necessary" standard when applying the appropriate level of force in making an arrest.

**3. Preventing a Felon or Escapee from Fleeing Justice:**

**a. State Law:**  Provides for the "use of deadly force" when necessary to prevent an arrest from being defeated by such flight provided the following circumstances are met:

**(1).** Some warning was given, <u>and</u>

**(2).** The Officer reasonably believes that the "fleeing felon" either:

**(a).** Poses a threat of death or serious bodily injury, or

**(b).** Committed a crime involving the infliction or threatened infliction of serious bodily injury to the Officer or another.

**b. Department SOP:**  The Officer must believe that:

**(1).** "<u>Probable Cause</u>" (not the "reasonable suspicion" standard as required by statute) exists, and

**(2).** The escapee or fleeing felon would "pose a significant threat to human life should their escape occur".

**B. Factors to be Considered Prior to the Use of Lethal Force:**

When practical, the following factors should be considered before lethal force is used:

**1.** Is the offender armed?

**2.** Has the offender threatened to use a weapon or exhibited a weapon?

**3.** Has the offender been positively identified?

**4.** Does the offender have a history of violence?

**5.** If the offender is not stopped immediately, will the offender's escape probably lead to the offender committing additional forcible felony crimes to others?

**V. LETHAL FORCE TRAINING** [4.02][4.05]

Before a Member is authorized to carry an approved firearm or weapon, or is placed into a position where he or she may use lethal force (deadly force), or encounter a "fleeing felon," the Member will:

**A. Be Issued a Copy of the Use of Force SOP:**

The Member will be issued the Use of Force SOP as part of the Department's Operations Manual.

**B. Receive Instruction in the Use of Force, Lethal Force (Deadly Force), Less Lethal Force, and Fleeing Felons:**

The Member will receive training from the Department's Training and Professional Development Unit as part of their field training assignment.

**C. Qualify with the Department's Primary Handgun:** [4.05B]

The Member will demonstrate proficiency with the Primary Handgun with a minimum live fire range score of 240.

**D. Demonstrate Proficiency with Special Impact Weapons and Chemical Agent:** [4.05B]

The Member will demonstrate proficiency with any special impact weapon or chemical agents he or she carries.

## VI. LETHAL FORCE RESTRICTIONS [4.05]

Members may encounter situations in which lethal force may be justified, but other circumstances are also present which makes the use of lethal force extremely hazardous or ineffective.

The following will be adhered to unless exigent circumstances exist which would prevent compliance:

**A. Identification as a Police Officer:**

Before discharging a firearm, a Member will, when practical, verbalize a warning, which identifies him as a Police Officer coupled with a verbal command to desist, such as "Police-Stop or I'll Shoot".

**B. Danger to Bystanders:**

Members must always consider target identification and background.  The potential for "Cross-fire" with other Members or striking bystanders is an unacceptable risk taken to apprehend an offender.

**C. Warning Shots:** [4.04][1.3.3]

In any environment, there is a high probability of bullets ricocheting or hitting an innocent bystander.  Therefore, the firing of a warning shot is prohibited even when the use of lethal force is justified.

**D. Shooting at or from a Moving Vehicle or Vessel:**

Although the use of lethal force may be justified for the occupant within a vehicle/vessel, most conventional Police firearms and ammunition are incapable of penetrating automobile bodies, steel belted tires or angled safety glass from any distance except at very close range.

In addition, the increased speed, the unpredictable movement of a vehicle/vessel, instability of a shooting platform, lack of training, and the increased risk to bystanders decreases the accuracy and effectiveness of striking the intended target.

Therefore:

1. Members will avoid placing themselves in a position (while on foot or within their Police vehicle) where a vehicle moving towards them would be considered a threat of deadly force against the Member.

2. Members will not shoot at or from a moving vehicle unless all of the following provisions exist:

   **a.** Deadly force is being used against the Member or another:

   **b.** The Member can not initiate evasive action and has no alternative but to use his firearm to end the threat.

   **c.** The discharge will not endanger the lives of innocent people.

   **d.** Such action is being used as a last resort.

## VII. USE OF FORCE CONTINUUM [4.08D]

Each situation provides a different set of circumstances that a Member must evaluate to determine an appropriate response to resistance.  The Department has adopted FDLE Criminal Justice Standards and Training Commission's "Use of Force Continuum" and the Department's Response to Re-

sistance Matrix (see **Appendix A**) as a guide for Members in their "use of force" decision making process. This continuum is only a guide. Circumstance may dictate that Members may escalate from Level One (1) to Level Six (6) underline response immediately. A Member is also required to de-escalate anytime the subject's resistance ceases or drops to another level. The Member's control response should be based on; the person's action, fact or what reasonably appears to be fact at the time, the Member's perception of threat, and the Member's knowledge of his own abilities. **[4.08D]**

**A. Subject Resistance Levels:**

Members may encounter the following levels of resistance:

1. **Level 1 Presence:** A subject is on the scene of suspicious activity.

2. **Level 2 Verbal Resistance:** Verbal responses indicating unwillingness to comply or respond to the Member's attempts to control the situation. The subject may have threatened the Member with further resistance or, the subject may not respond to the Officer.

3. **Level 3 Passive Physical Resistance:** Subject physically refuses to comply or respond. He does not physically defeat the actions of the Sworn Member but forces the Sworn Member to employ physical maneuvers to establish control.

4. **Level 4 Active Physical Resistance:** The subject makes physically evasive movements to defeat a Sworn Member's attempt to control. This may be in the form of bracing or tensing, attempts to push/pull away or not allowing the Sworn Member to get close or gain control. The subject does not attempt to harm the Sworn Member.

5. **Level 5 Aggressive Physical Resistance:** The subject makes overt, hostile, attacking movements that may cause injury, but are not

likely to cause death or great bodily harm to a Member or others.

6. **Level 6 Aggravated Physical Resistance:** The subject makes overt, hostile, attacking movements with or without a weapon with the intent and apparent ability to cause death, great bodily harm or incapacitation to the Member or others.

**B. Member Response Levels: [4.05][4.08D]**

The following is a list of six responses a Member may employ to respond to a subject's resistance:

1. **Level 1 Presence:** Sworn Member presents himself on a scene and his authority is recognized by the presence of his uniform or by verbal announcement of his identity as a Police Officer.

2. **Level 2 Verbal Dialogue and Direction:** Two-way, controlled non-emotional communication aimed at problem identification and resolution.

   a. Commands of direction and control are given by the Sworn Member for the subject to perform a specific action, or refrain from a specific action.

   b. The use of soft touch to comfort, console or obtain the attention of a subject or citizen in a non-confrontational situation is acceptable.

3. **Level 3 Physical Control:** The Sworn Member uses any of the following empty hand control techniques to restrict a subject's movement for searching, or to gain control to arrest:

   a. **Restraint Devices:** Used to restrict a subject's movement and facilitate searching or to gain control to arrest i.e.; handcuffs, leg irons, flex cuffs, nylon restraints or hobbles.

**b. Transporters:** Techniques employed to control and/or move a subject with minimal chance of injury, to include: mere guiding and holding to wrist locks, thumb locks, come along holds, arm bars and grabs that gain and retain control over a subject.

**c. Pain Compliance:** Controlled techniques that force a subject to comply such as: Aerosol Chemical Agent (ACA), touch pressure at specific nerve points of the subject's body i.e.; the hollow behind the ear, under the jaw, side of the neck, hollow behind the collar bone, etc. or joint locks (see **Transporters**).

**d. Counter Moves:** Techniques that impede a subject's movement to include: dodging, blocking, grabbing, redirecting, striking, kicking or punching techniques to major muscle groups.

**e. Take Downs:** Techniques that redirect a subject to the ground in a controlled manner in order to limit his/her physical resistance i.e.; tackling, throws, sweeps and drags to facilitate the application of a restraint device.

**4. Level 4    Intermediate Weapons:** The use of any Law Enforcement tool to physically control a subject by striking the major muscle groups or causing an electromuscular disruption to the skeletal muscular system. Strikes would be directed to the inside or outside of the thigh, top of forearms or upper arm, and/or top of calf. Conducted energy weapons (Tasers) would be directed towards the subject's torso or major muscle groups. These tools include: **[4.05]**

**a.** Department authorized less lethal defensive weapons, such as:

**(1).** Baton.

**(2).** ASP.

**(3).** Flashlight.

**(4).** Taser.

**b.** Items not designed as a weapon, such as:

**(1).** Radio.

**(2).** Canine Dog.

**5. Level 5    Incapacitation Strikes or Stuns:** The use of techniques that are intended to stun or render a subject temporarily unconscious or incapacitated. These techniques may be delivered with or without a weapon and may have moderate potential for physical harm i.e. striking, kicking and punching techniques that: **[4.05]**

**a.** May stun or render a subject temporarily unconscious such as an empty hand strike to the head, groin area, side of the neck.

**b.** Incapacitate a subject by purposely:

**(1).** Hyper-extending joints.

**(2).** Impacting delicate bone areas such as knees, elbows, collar bones, and wrists.

**(3).** Disrupting major nerve function.

**6. Level 6    Deadly Force:** Techniques that may result in imminent death, great bodily harm or permanent disfigurement such as an intermediate weapon strike to the head, neck, throat, eyes, groin or the use of a firearm. Deadly force techniques are a response of last resort. **[4.05]**

**C. Determinations of Response Level:**

Members are to use "only that force that is reasonably necessary" to effectively bring an incident under control, to make arrests and protect the lives of the Members and/or others.

**1.** Therefore, as a subject increases his resistance level from verbal to physical, a Member may have to increase the level of response until the resistance ceases and the Member is able to gain control of the subject. As soon as the point of subject compliance is reached, the Member must de-escalate his response level.

**2.** Members must evaluate many factors when determining the appropriate response to a subject's resistance. For instance, an unarmed small-framed juvenile may be displaying Level 5 resistance, but may only require a Level 3 response by the average Member.

**3.** On the other hand, a Member's response to a large and obviously strong person demonstrating even mild resistance or a person attempting to grab the Member's firearm may require the Member to escalate his response to a higher level.

**4.** A Member need not retreat to lawfully control a subject, but may utilize the amount of force necessary to accomplish his lawful task. This is not to say that a tactical retreat in the face of overwhelming odds may not be a more appropriate option.

**5.** Members should consider the following factors in determining the appropriate level of response to a subject's resistance or threatened resistance.

    **a. Subject factors:**

        **(1).** Seriousness of the crime committed by the subject.

        **(2).** Size, age, weight, behavior or demeanor.

        **(3).** Apparent or stated physical ability.

        **(4).** Number of people involved or who may become involved.

        **(5).** Weapons possessed, available or believed to be possessed.

        **(6).** Known history of violence.

        **(7).** Whether physical evidence is likely to be destroyed.

        **(8).** Presence of innocent victims.

    **b. Member factors:**

        **(1).** Size, physical ability, and defensive tactic expertise.

        **(2).** Number of Members present or available.

        **(3).** Immediate reactive response to sudden attack.

        **(4).** Weapons or restraint devices available.

        **(5).** Legal requirements.

        **(6).** Department SOP.

    **c. Situational Factors:**

        **(1).** Physical and structural surroundings.

            **(a).** Resisting subject in an empty field vs. a crowded sidewalk.

            **(b).** Fighting a resisting subject on a flight of stairs vs. level ground.

        **(2).** Presence of other persons.

**(3).** Proximity of subject to Officer and others.

**(4).** Non-criminal nature of incident (Baker Act, Marchman Act, or mentally handicapped individual).

## VIII. WHEN A MOBILE FIELD OR SUPPLEMENTAL REPORT IS REQUIRED [4.08B]

The following situations require the completion of a Mobile Field Report.

### A. Complaints of Injury by Arrested Subjects:

Whenever a Member encounters a person whom:

**1.** Claims they sustained an injury as a result of contact with the Member.

**2.** Has a pre-existing injury.

### B. Disabling Force Against a Vehicle:

Whenever a Member successfully uses restraining/disabling force in the form of "Stop-Stick" deployment against a vehicle.

### C. Response to Resistance Report Incidents:

When a Member is involved in or witnesses an incident that requires a "Supervisor's Response to Resistance Report" to be completed.

### D. Lethal Force (Deadly Force) Incidents:

When a Member is involved or witnesses a lethal force incident against a subject, unless relieved of this duty by a Commanding Officer of the investigating Unit.

### E. Discharge of a Firearm:

Any discharge of a City owned firearm by any party, except during firearm training and practice; or any discharge of a Non-City owned firearm by a Department Member, except during training, practice or legally sanctioned hunting.

### F. Disabling Force Against an Animal:

Whenever a Member uses incapacitating or lethal force against an animal.

## IX. WHEN A SUPERVISOR'S RESPONSE TO RESISTANCE REPORT IS REQUIRED [4.08B,C][4.09][1.3.6B,C]

Whenever a Member uses force in response to a subject's resistance that meets any of the following criteria, the involved Member will assist the assigned Supervisor in completing a Supervisor's Report of Response to Resistance (see **Appendix B**) and its Supplement (see **Appendix C**) when necessary.

### A. Resisting an Officer with Violence: [4.08C]

Anytime an Officer charges an arrestee with Resisting an Officer with Violence.

### B. Use of Force (Level 1-6) Resulting in Injury: [4.08C][1.3.6B]

When a Member uses any response to a subject's resistance within the **Use of Force Continuum (Level 1-6)** that results in an injury or complaint of injury.

### C. Use of Aerosol Chemical Agent (ACA): [4.08C]

When a Member uses an ACA against a subject.

### D. When a Level 4-Intermediate Weapon is Used: [4.08C]

When a Member uses an impact weapon, Taser, canine or any item that can be construed as a weapon to physically control a subject.

### E. When Level 5-Incapacitation Strike or Stun is Used: [4.08C]

When a Member uses any technique, with or without a weapon that is intend-

ed to render a subject temporarily unconscious or incapacitated.

**F. When Level 6-Deadly Force is Used:**
[4.08B][1.3.6B,C]

When a Member uses a technique that:

1. May result in imminent death, great bodily harm or permanent disfigurement.

2. Is considered a level 6-Lethal Force Response.

3. Intentional or accidental discharges of a firearm during an encounter with a subject. Accidental discharges of a firearm not associated with an encounter or response to resistance incident do not require the completion of a Response to Resistance Report.

## X. SUPERVISORY ADHERENCE TO THE LAW ENFORCEMENT OFFICERS' BILL OF RIGHTS

The Department recognizes that a balance must be reached between the Department's interest in obtaining appropriate documentation of a Member's use of force and the protections afforded an Officer during a disciplinary inquiry.

**A. Supervisor Training:**

Supervisors charged with the responsibility of preparing Response to Resistance Reports will receive training pertaining to the Law Enforcement Officers' Bill of Rights and the procedures contained within this SOP.

**B. Officer Representation:**

If during the preparation of the Response to Resistance Report, the Supervisor determines that a disciplinary inquiry is necessary, the interview with the Officer will cease.

1. The Supervisor will notify the Shift Lieutenant immediately.

2. Any additional investigation will proceed in accordance with the current Collective Bargaining Agreement, the Professional Compliance SOP and Chapter 112.532, Florida Statutes.

## XI. RESPONSIBILITIES AT LESS-LETHAL INCIDENTS REQUIRING A RESPONSE TO RESISTANCE REPORT
[4.08C][4.09][1.3.5]

Whenever a Member is involved in a less lethal use of force incident requiring the completion of a Supervisor's Response to Resistance Report, the following procedures will be adhered to: [4.09]

**A. Member Responsibilities:** [4.09]

Members are responsible for the following:

1. Seeking medical attention for injured subjects and obtaining a medical release before transporting the subject to a detention facility. [4.09]

2. Notifying a Supervisor.

3. Removing the involved subject from the area, if the situation requires.

4. Collecting the names of witnesses and other Members for reporting purposes.

5. Conferring with other Members to ensure accuracy in the completion of required reports.

6. Assisting the Supervisor with the preparation of the Response to Resistance Report.

**B. Supervisor Responsibilities:**

Supervisors are responsible for the following:

1. Responding to the scene, when possible.

**2.** Reviewing the circumstances and determining if further investigation is required.

**3.** Having photographs taken of the subject's visible injuries and areas of complained injuries, if any. **Photos may also be taken to rebut allegations of inflicted injuries.**

**4.** Confirming that the subject will be receiving medical attention, if necessary.

**5.** Completing the Response to Resistance Report and the Supplemental Response to Resistance Report, if needed.

    **a.** If more than one Member is involved, each Member's name will be added to the Report in the appropriate space.

    **b.** If more than one subject is involved, a separate Response to Resistance Report will be completed for each subject.

**6.** Insuring that all Members at the scene complete the appropriate priority Mobile Field Reports and Supplement Reports and reviewing the reports for the following:

    **a.** Insuring that the "use of force" is accurately described.

    **b.** Contacting the Shift Lieutenant if discrepancies are discovered.

**7.** Submit the following reports within 24 hours to the involved Officer's Division Major via the Chain of Command:

    **a.** The original Supervisor's Response to Resistance Report.

    **b.** Copies of all Mobile Field Reports.

    **c.** A Complaint Intake Report, if required (see **Professional Compliance** SOP).

**C.** **Division Major's Responsibilities; Review of Response to Resistance Reports:**

The Involved Member's Division Major will review all incidents in which a Response to Resistance Report was required. The Major's review is conducted to ensure policy compliance.

**1.** **Compliant Reports:** If the Response to Resistance Report is compliant with the written directives of the Department, the Division Major will:

    **a.** Be the final review authority and acknowledge his review by signing and checking the "Forward for Filing Only" box.

    **b.** Forward the Original Response to Resistance Report and copies of all Mobile Field Reports to the Professional Standards & Compliance Section, Internal Affairs.

    **c.** Forward a copy of the Response to Resistance Report to the Records Section for inclusion in the incident's case file.

**2.** **Reports for Further Review:** If the facts are inconsistent with the written directives of the Department, the Division Major will seek clarification and additional input from involved Supervisors. The Division Major will then:

    **a.** Follow the procedures established in Section XI,C,1, Compliant Reports, or

    **b.** Complete a Complaint Intake Report (CIR) and forward to the Professional Standards and Compliance Section for an "Internal Affairs Investigation" to be conducted (see **Professional Compliance SOP**).

**D. Supervisors' Recommendation for Remedial Training:**

Any Supervisor may recommend appropriate remedial training for a "use of force" incident.  Requests for remedial training will be directed to the Training and Professional Development Unit.

## XII. FIREARM DISCIPLINE

**A. Drawing a Handgun:**

The decision to draw and/or aim a handgun at a subject should be based on the tactical situation, perception of threat and reasonable belief that a potential for lethal force may be required.

**B. Response to Resistance Report:**

Unless such drawing and/or aiming result in the discharge of the firearm, a Response to Resistance Report will not be completed.

1. If the individual is not arrested, the Officer should provide an explanation to the subject.

2. The Officer will immediately notify a Supervisor of the incident.

## XIII. FIREARM DISCHARGE REPORTS [4.08A][1.3.6A]

All discharges of a City owned firearm by any party, and a Non-City owned firearm by a Department Member will require the completion of a Firearm Discharge Report (see **Appendix D**).  Additionally, other required reports i.e. Mobile Field Reports, Supplement Reports and/or Response to Resistance Reports will be completed.  The exceptions to these reports are: **[4.08A]**

- Firearm training **[4.08A]**

- Firearm practice **[4.08A]**

- Recreational activities **[4.08A]**

- Legally sanctioned hunting **[4.08A]**

The following Supervisors will complete Firearm Discharge Reports:

**A. Shift Lieutenant Responsibility:**

The Shift Lieutenant's responsibility is dependent upon the following:

1. If the discharge qualifies as an "Accidental Discharge" or an "Animal Shooting," the Shift Lieutenant will:

   a. Complete the Firearm Discharge Report.

   b. Forward the original Firearm Discharge Report and all Mobile Field Reports to the involved Member's Division Major.

2. If the discharge qualifies as an "Officer Involved Shooting," the Shift Lieutenant will assist the assigned Detective with collecting all the information needed for the Firearm Discharge Report <u>except</u> the "Firearms Information" section of the Report. **[18.18]**

**B. Investigative Services Section's Responsibility:**

If the discharge involves an "Officer Involved Shooting", the Supervisor of the Detective conducting the criminal investigation will be responsible for coordinating and completing the Firearm Discharge Report.

The Original Firearm Discharge Report will be forwarded to the Records Section for inclusion into the Internal Affair's Investigation.  A copy of the Report will be forwarded to the Professional Standards & Compliance Section, Internal Affairs.

**C. Division Major's Responsibility:**

The Division Major of the involved Member will review all Firearm Discharge Reports involving an "Accidental Discharge" or an "Animal Shooting."

Upon review, the Division Major will determine if the discharge is compliant

with Department written directives or further review or investigation is required (see **Section XI paragraph C. Review of Response to Resistance Reports**).

## XIV.   RESPONSIBILITIES AT A LETHAL FORCE (LEVEL 6) OR DISCHARGE OF A FIREARM INCIDENT [4.08B][4.09][1.3.5]

When using any action that could be considered a form of lethal force or discharging a firearm other than for training purposes or as the result of recreational activity, Members have certain mandatory obligations. **[4.09]**

**A.  Member Responsibilities:** **[4.09]**

Members have the following responsibilities whether on or off-duty:

**1.  Notification:**

**a.**  Request Fire Rescue to ensure proper medical aid is provided if needed. **[4.09]**

**b.**  Notify the Communications Center.

**c.**  Request a Supervisor's response.

**2.  Injuries:**  Provide first aid to the injured, if needed.

**3.  Scene Security:**  Secure any evidence, weapons, crime scene, and prisoners.

**4.  Witness Identification:**  Locate, identify and detain witnesses.

**5.  Remain at Scene:**  Involved Members are not to leave the scene until released by a Supervisor.

**6.  Brief the Arriving Supervisor:** Members will furnish the following information:

**a.**  Location of injured parties.

**b.**  Description and identity of suspects.

**c.**  Description of the incident scene.

**d.**  Location of evidence and weapons.

**7.  Union Services:**  Members are entitled to Union representation and legal counsel.

**8.  Produce a Written Report:** Involved Members will prepare a Mobile Field Report documenting the incident and cooperate with all Law Enforcement Investigators responsible for completing the investigation. **[18.18]**

**B.  Supervisor Responsibilities:**

Incidents involving Lethal Force or the discharge of a firearm require Supervisors to conduct the following:

**1.  Member Debriefing:**  The Supervisor will limit his questioning of the involved Member(s) to the following:

**a.**  Location of injured persons.

**b.**  Description and location of suspects.

**c.**  Extent of the incident scene.

**d.**  Location of evidence and weapons.

**2.**  Once briefed, the Supervisor will not interview the Member any further about the incident.

**3.  Scene Integrity:**  Ensure the integrity of the scene is not compromised, to include:

**a.**  The Member or suspect's hands are not washed so a residue test can be performed.

**b.**  The Member and suspect's clothing is retrieved.

**c.**  The Member and suspect's weapon and ammunition, to in-

clude primary and secondary firearms, are secured and not moved.

**d.** The Member's duty belt is secured at the scene or left in the position it was recovered and not moved.

**e.** The involved Member and suspect's vehicles are secured.

**f.** Entry into the scene is limited to necessary personnel only.

**g.** Everyone at the scene, including those that state they didn't witness the event, is identified, separated and documented with some form of identification.

**4. Communication:** Provide necessary communication needs for the involved Member to contact Union representatives.

**5. Notification:** Ensure that the following are notified to respond.

**a.** Investigative Services Section.

**b.** Crime Scene Investigations Unit.

**c.** Shift Lieutenant.

**6. Perform Subordinate's Tasks:** If the Member is injured, the Supervisor will be responsible for completing all of the involved Member's responsibilities to include report preparation.

**7. Reporting:** Complete the following reports: **[4.09][18.18]**

**a.** A Supplemental Report.

**b.** A Supervisor's Response to Resistance Report, if needed.

**C. Shift Lieutenant's Responsibility:**

**1. Notification:** Ensure that the following are notified:

**a.** Staff Duty Officer.

**b.** Internal Affairs.

**2. Reporting:** Complete the following reports:

**a.** A Supplemental Report.

**b.** A Firearm Discharge Report if the incident involved a firearm (see **Section XIII of this SOP** for clarification).

**D. Legal and Psychological Representation:**

Investigators and Supervisors will cooperate with the Union services provided to their Members during the course of the investigation.

**E. Range Master:**

Duties of the Range Master when a lethal force incident involves a firearm:

**1.** Response to the scene to:

**a.** Provide an immediate replacement of a primary firearm to the Member, at the discretion of Staff Duty Officer.

**b.** Inspect and certify in writing, via Inter Office Memorandum, that the Member's firearm and ammunition was in compliance with Department Standards.

**2.** Upon final disposition and notification by Internal Affairs:

**a.** Return the involved Member's firearm(s).

**b.** Meet with the involved Member(s) for a firearm debriefing.

**F.  Internal Affair's Responsibility:** [18.18]

The following responsibilities fall within the purview of Internal Affairs:

1.  Internal Affairs will respond to the scene of all police involved shootings.

2.  Internal Affairs will review all incidents involving the use of lethal force or incidents considered to be "Officer Involved Shootings" as Internal Affairs Investigations. The IA Investigation will be completed separately from any criminal investigation.

3.  The completed Internal Affairs Investigation will be forwarded to the Chief of Police for final review and disposition (see **Professional Compliance SOP**). Responsibilities of the Investigative Services Section:

**G.  Responsibilities of the Investigative Services Section:**

The Department's Investigative Services Section will be responsible for:

1.  Conducting the criminal investigation of all lethal force incidents within the City's jurisdiction.

2.  Assisting the Law Enforcement Agency where a lethal force incident occurred outside the City's jurisdiction.

3.  Completing the Firearm Discharge Report (see **Section XIII of this SOP** for clarification).

4.  Providing continuous investigation updates to the Chief of Police and Internal Affairs.

5.  Providing a completed copy of the investigation to the Chief of Police and Internal Affairs.

6.  Providing a completed copy of the investigation to the State Attorney's

Office if the incident occurred within our jurisdiction.

**H.  Responsibilities of the Incident Review Committee:** [18.18]

At the conclusion of the Criminal or Internal Affairs Investigation involving lethal force, the Chief of Police will convene an Incident Review Committee to address the necessity or potential for enhanced training or equipment. The Committee will consist of the following Members:

1.  Range Master.

2.  Training Unit Sergeant.

3.  Command Staff Member(s) designated by the Chief of Police.

**I.  Review of Lethal Force Incidents; Defined Levels of Authority:**

All Lethal Force Incidents will be reviewed as follows:

1.  The State Attorney's Office will be the final review authority for all criminal investigations involving a Department Member.

2.  The Chief of Police will be the final authority for review and discipline on all Administrative Investigations involving a Department Member.

The Chief may consider the following information during his review:

a.  The Internal Affairs Investigation.

b.  The Investigation conducted by the Investigative Services Section.

c.  The Criminal Investigation conducted by the appropriate Law Enforcement Agency.

d.  Disposition of the State Attorney's Office.

**e.** Disposition of any Court proceeding.

## XV. ADMINISTRATIVE LEAVE ASSIGNMENTS AND LETHAL FORCE [18.18][27.03]

Any Member whose actions result in death or serious injury will be removed from the line of duty and placed immediately on Administrative Leave until a preliminary review is conducted. The assignment to Administrative Leave will not be interpreted to imply or indicate that the Member has acted improperly. **[18.18]**

**A. Members Availability:**

While on Administrative Leave, the Member will be assigned a schedule of Monday through Friday, 0900-1700 hours. The Member will remain available, at all times, for any Department interviews and statements regarding the incident and will be subject to recall to duty at any time.

**B. Members Return to Duty:**

Upon returning to duty, the Member may be assigned to limited duty for a period of time as deemed appropriate by the Chief of Police.

**C. Member Fitness for Duty:**

Members will be required to undertake a fitness for duty examination before returning to duty. The fitness for duty exam will be conducted by a:

**1.** Department Psychologist.

**2.** Medical Doctor, if applicable.

## XVI. LETHAL FORCE INCIDENTS INVOLVING ANIMALS

**A. Vicious or Dangerous Animals:**

Members may encounter situations requiring the use of lethal force on a vicious or dangerous animal. In such situations, Members will ensure all reasonable efforts to contain the animal have failed and there is reasonable belief that the animal poses a serious health or safety risk to others if allowed to escape.

**B. Seriously Injured Animal:**

Members will only contact Broward County Animal Control to respond to render assistance to an injured animal.

**1.** Members will not send, or cause to be sent, any injured animal to any private animal hospital or private animal rescue/medical facility.

**2.** Members will not use a firearm or any weapon to prevent the continued suffering of a seriously injured animal.

**3.** This section does not apply to Hollywood Police Department work dogs. Accidents and/or injury to an HPD canine (K-9) will be governed by the Canine Division SOP.

**C. Notification:**

If a Member uses lethal force on an animal:

**1.** A Supervisor will respond to the scene.

**2.** The Supervisor will ensure that the Staff Duty Officer is notified via the Shift Lieutenant.

**D. Requirements for all Lethal Force Incidents Involving a Member and an Animal:**

The involved Member will be required to complete a priority Mobile Field Report that will include:

**1.** The name of the person/Agency that removed the animal from the scene.

**2.** The owner's name and address, if known.

**3.** Statements of the owner and witnesses.

**4.** Description of the Laws or Ordinances that were violated and the enforcement action taken.

**5.** Identity of the Crime Scene Technician that took photographs.

**6.** Name of the responding Supervisors.

**E. Shift Lieutenant's Responsibilities:**

The Shift Lieutenant will be responsible for:

**1.** Responding to the scene.

**2.** Completing the Firearm Discharge Report, if necessary.

**XVII. DEFINITIONS:**

**A. ACCIDENTAL DISCHARGE:**

The unintentional discharge (not associated with an encounter with a subject or lethal force incident) of either a City owned firearm by any person or the firearm of another by a Member unless during training, practice or legally sanctioned hunting.

**B. COMMISSION:**

The Criminal Justice Standards and Training Commission of the Florida Department of Law Enforcement.

**C. DEADLY FORCE:**

(see **Lethal Force**).

**D. FORCE:**

Any response to a subject's resistance that results in an injury or complaint of injury and requires the completion of a Supervisor's Response to Resistance Report.

**E. FORCIBLE FELONY:**

Treason, murder; manslaughter; sexual battery, car-jacking, home-invasion robbery, robbery, burglary, arson, kidnapping, aggravated assault, aggravated battery, aggravated stalking, aircraft piracy, unlawful throwing, placing, or discharging of a destructive device or bomb, and any other felony which involves the use or threat of physical force or violence against an individual.

**F. GREAT BODILY HARM:**

A bodily injury that creates a substantial risk of death, causes serious permanent disfigurement, or results in long-term loss or impairment of a limb, function or organ.

**G. HOBBLES:**

Restraint device used to secure an arrestee or detainee's feet and legs.

**H. LAST RESORT:**

The situation dictates a Level 6 response and all other practical means have been exhausted.

**I. LETHAL (DEADLY) FORCE:**

The use of force that is likely to cause imminent death, great bodily harm or permanent disfigurement to the recipient.

**J. LESS LETHAL (NON-DEADLY) FORCE:**

Defensive or controlling action that neither is likely nor intended to cause death, great bodily harm, or serious bodily injury.

**K. OFFICER INVOLVED SHOOTING:**

The purposeful or accidental discharge of a firearm by a Member.

**L. PROBABLE CAUSE:**

Circumstances within one's own knowledge and experience that is rational, trustworthy and supported by articulated facts to lead a reasonable and prudent man to conclude that the information is true.

**M.  REASONABLE BELIEF:**

Reliable information that leads to a deductive conclusion.

**N.  SERIOUS BODILY INJURY:**

See "Great Bodily Harm".

**O.  USE OF FORCE:**

A defensive or controlling response by an Officer to overcome a person's threatened or actual physical resistance to an Officer's performance of legal duty; to protect an Officer or another person from physical resistance or acts of aggression that are likely to cause harm.

APPROVED BY:

03/15/2013

Vincent R. Affanato          Date
Office of the Chief of Police

**ATTACHMENTS:**

- **Appendix A:**  Response to Resistance Matrix.

- **Appendix B:**  Supervisor's Response to Resistance Report.

- **Appendix C:**  Supplemental to the Supervisor's Response to Resistance Report.

- **Appendix D:**  Firearm Discharge Report.

# RESPONSE TO RESISTANCE MATRIX

Checked areas represent Suggested, acceptable, Beginning response levels. Any response is an unchecked area requires explanation. (Refer to definitions for each level of resistance and response.)

| RESPONSE LEVELS | | | 1 Presence | 2 Verbal | 3 Passive Physical | 4 Active Physical | 5 Aggressive Physical | 6 Aggravated Physical |
|---|---|---|---|---|---|---|---|---|
| 1 | Officer Presence | Arrival | X | X | X | X | X | X |
| | | Interview Stance | X | X | X | X | X | X |
| 2 | Communication | Dialogue | X | X | X | X | X | X |
| | | Verbal Direction | X | X | X | X | X | X |
| | | Touch | X | X | X | X | X | X |
| 3 | Physical Control | Restraint Devices | | X | X | X | X | X |
| | | Transporters | | X | X | X | X | X |
| | | Take Downs | | X | X | X | X | X |
| | | Pain Compliance | | X | X | X | X | X |
| | | Chemical Agent | | X | X | X | X | X |
| 4 | Intermediate Weapons | Counter Moves | | | | X | X | X |
| 5 | Incapacitating Control | Taser | | | | X | X | X |
| | | Intermediate Weapons | | | | X | X | X |
| 6 | Deadly Force | Incapacitation | | | | | X | X |
| | | Deadly Force | | | | | | X |

# HOLLYWOOD POLICE DEPARTMENT
## SUPERVISOR'S RESPONSE TO RESISTANCE REPORT

### INCIDENT INFORMATION

| Case No. | Date (mm/dd/yy) | Day | Time | Zone | Incident Type |
|---|---|---|---|---|---|
| | / / | | Hrs. | | |

**Address of Incident**

### SUBJECT INFORMATION

| Subjects Name (Last, First, MI) | | DOB | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|---|---|
| | | | | | | |

| Body Type | Weight | Height | Alcohol/Drug Use | Behavior |
|---|---|---|---|---|
| | lbs. | ft in | | |

| Complaint of Injury | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

| Level of Resistance | Type of Weapon Used | How Used |
|---|---|---|
| | | |

### CHARGES

| Primary | Secondary |
|---|---|
| | |

### MEMBER INVOLVED

| Name (Last, First) | Badge No | Age | Sex |
|---|---|---|---|
| | | | N/A |

**Date of Hire**   / /

| Injured | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

### LEVEL OF RESPONSE TO RESISTANCE

| Presence of Authority | Verbal Dialogue & Direction |
|---|---|
| | |

| Highest Level of Response Used | Physical Control Used | Target Area |
|---|---|---|
| | | |

| Intermediate Weapon Used | Target Area | Deadly (Lethal) Force Used | Target Area | Reason for Using Response |
|---|---|---|---|---|
| | | | | |

### MEMBER INVOLVED

| Name (Last, First) | Badge No | Age | Sex |
|---|---|---|---|
| | | | |

**Date of Hire**   / /

| Injured | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

### LEVEL OF RESPONSE TO RESISTANCE

| Presence of Authority | Verbal Dialogue & Direction |
|---|---|
| | |

| Highest Level of Response Used | Physical Control Used | Target Area |
|---|---|---|
| | | |

| Intermediate Weapon Used | Target Area | Deadly (Lethal) Force Used | Target Area | Reason for Using Response |
|---|---|---|---|---|
| | | | | |

| WITNESS INFORMATION | | |
|---|---|---|
| **Name (Last, First)**<br><br>, | **Address** | **Phone**<br><br>(    ) |
| **Name (Last, First)**<br><br>, | **Address** | **Phone**<br><br>(    ) |
| **Name (Last, First)**<br><br>, | **Address** | **Phone**<br><br>(    ) |

| ADMINISTRATIVE | | | |
|---|---|---|---|
| **Internal Affairs Notified**<br><br>☐ Yes ☐ No  Time:        hrs | **IA Investigator's Name (Last, First)**<br><br>, | **Badge No.** | **Time of Arrival**<br><br>hrs |
| **Photo's Taken of Subject**<br><br>☐ Yes ☐ No  Name:      ,     ID No: | | **Photo's Taken of Member**<br><br>☐ Yes ☐ No  Name:       ,       ID No: | |

| AUTHORIZING SIGNATURES | | |
|---|---|---|
| **Supervising Lieutenant** (print) | **Supervising Lieutenant** (sign) | **Date**<br><br>    /      / |
| **Division Major** (print) | **Division Major** (sign) | **Date**<br><br>    /      / |
| **Division  Major's Recommendation**<br><br>☐   Forward for Filing Only   ☐   Administrative Review   ☐   Internal Affairs Investigation | | |

### NARRATIVE

The Narrative should contain a chronological account of all relevant events and/or actions including, but not limited to:

- The circumstances which initially brought the subject(s) to the attention of the Officer(s).
- The behavior/actions of the subject(s) when first observed and/or contacted by the Officer(s).
- A description of the subjects resistance and the Members response to that resistance.
- A description of any injury to the subject(s) and/or Officer(s) and an explanation of how the injury occurred.
- Any unusual circumstances which contributed to the incident.
- Any response of "other" will be explained.

| **Reporting Supervisor** (print) | **Reporting Supervisor** (sign) | **Date**<br><br>    /      / |
|---|---|---|

# HOLLYWOOD POLICE DEPARTMENT
## SUPERVISOR'S RESPONSE TO RESISTANCE REPORT
## SUPPLEMENTAL REPORT

| INCIDENT INFORMATION | |
|---|---|
| **Case No.** | **Subjects Name (Last, First, MI)** , , |

| MEMBER INVOLVED | | | | |
|---|---|---|---|---|
| **Name (Last, First)** , | | **Badge No** | **Age** | **Sex** |

| **Injured** ☐ Yes ☐ No | **Type of Injury** | **Type of Treatment** | **Hospital** |
|---|---|---|---|

| LEVEL OF RESPONSE TO RESISTANCE | | |
|---|---|---|
| **Presence of Authority** | **Verbal Dialogue & Direction** | |
| **Level of Response** | **Physical Control** | **Target Area** |
| **Intermediate Weapon Used** | **Target Area** | **Deadly (Lethal) Force Used** | **Target Area** | **Reason for Using Resistance** |

| MEMBER INVOLVED | | | | |
|---|---|---|---|---|
| **Name (Last, First)** , | | **Badge No** | **Age** | **Sex** |

| **Injured** ☐ Yes ☐ No | **Type of Injury** | **Type of Treatment** | **Hospital** |
|---|---|---|---|

| LEVEL OF RESPONSE TO RESISTANCE | | |
|---|---|---|
| **Presence of Authority** | **Verbal Dialogue & Direction** | |
| **Level of Response** | **Physical Control** | **Target Area** |
| **Intermediate Weapon Used** | **Target Area** | **Deadly (Lethal) Force Used** | **Target Area** | **Reason for Using Resistance** |

| WITNESS INFORMATION | | |
|---|---|---|
| **Name (Last, First)** , | **Address** | **Phone** ( ) |
| **Name (Last, First)** , | **Address** | **Phone** ( ) |
| **Name (Last, First)** , | **Address** | **Phone** ( ) |
| **Name (Last, First)** , | **Address** | **Phone** ( ) |

| **Reporting Supervisor** (print) | **Reporting Supervisor** (sign) | **Date** / / |
|---|---|---|

# HOLLYWOOD POLICE DEPARTMENT
## FIREARM DISCHARGE REPORT

☐ **OFFICER INVOLVED SHOOTING** ☐ **ANIMAL SHOOTING** ☐ **ACCIDENTAL DISCHARGE**

### INCIDENT INFORMATION

| Case No. | Date (mm/dd/yy) | Day | Time | Zone | Incident Type |
|---|---|---|---|---|---|
| R3305 | / / | | hrs | | |

**Address of Incident/Discharge**

### ☐ SUBJECT ☐ VICTIM INFORMATION ☐ N/A

| Name (Last, First, MI) | | | DOB | Age | Sex | Race |
|---|---|---|---|---|---|---|
| , , | | | | | | |

**Address**

| Injured | Location of Injury | Type of Injury | On-Scene First Aid |
|---|---|---|---|
| ☐ Yes ☐ No | | | ☐ Rescue ☐ Officer ☐ Both  **Name:** |

| Hospital | Type of Weapon/Firearm Displayed |
|---|---|

**Threat Displayed**

**Explain:**

### ADDITIONAL ☐SUBJECT ☐ VICTIM

| Name or Description | Address |
|---|---|
| Name or Description | Address |

### MEMBER INVOLVED

| Name (Last, First) | Badge No |
|---|---|
| , | |

| Injured | Type of Injury | Transported |
|---|---|---|
| ☐ Yes ☐ No | | ☐ Yes ☐ No   If yes, Name of Hospital: |

### MEMBER INVOLVED

| Name (Last, First) | Badge No |
|---|---|
| , | |

| Injured | Type of Injury | Transported |
|---|---|---|
| ☐ Yes ☐ No | | ☐ Yes ☐ No   If yes, Name of Hospital: |

### MEMBER INVOLVED

| Name (Last, First) | Badge No |
|---|---|
| , | |

| Injured | Type of Injury | Transported |
|---|---|---|
| ☐ Yes ☐ No | | ☐ Yes ☐ No   If yes, Name of Hospital: |

### MEMBER INVOLVED

| Name (Last, First) | Badge No |
|---|---|
| , | |

| Injured | Type of Injury | Transported |
|---|---|---|
| ☐ Yes ☐ No | | ☐ Yes ☐ No   If yes, Name of Hospital: |

## FIREARMS INFORMATION

| ☐ SUBJECT ☐ N/A | | | MEMBER | | |
|---|---|---|---|---|---|
| **Type** | **Make** | **Model** | **Type:** ☐ Primary ☐ Secondary ☐ Off- Duty ☐ Shotgun ☐ Rifle ☐ Other: | | |
| **Caliber** | **Serial No.** | | **Make** | **Model** | **Caliber** |
| **No. of Rounds Discharged** | **No. of Casings Recovered** | | **Serial No.** | | |
| | | | **No. of Rounds Discharged** | **No. of Casings Recovered** | |

## ☐ ANIMAL OWNER INFORMATION  ☐ N/A

| Animal Owners Name (Last, First, MI) ☐ Unknown | DOB | Age | Sex | Race |
|---|---|---|---|---|
| **Address** | **Contact No** ( ) | | | |

### ☐ ANIMAL INFORMATION  ☐ N/A

| Registered ☐ Yes ☐ No | Breed Type | Animal Action | Injury Type | Animal Removed By |
|---|---|---|---|---|

## WITNESS INFORMATION

| Name (Last, First) | Address | Phone |
|---|---|---|
| **Name (Last, First)** | **Address** | **Phone** ( ) |
| **Name (Last, First)** | **Address** | **Phone** ( ) |
| **Name (Last, First)** | **Address** | **Phone** ( ) |

## ADMINISTRATIVE

| Internal Affairs Notified ☐ Yes ☐ No:    hrs | IA Investigators Name (Last, First) | | Badge No. | Time of Arrival    hrs |
|---|---|---|---|---|
| **Detective Notified** ☐ Yes ☐ No:    hrs | **Detective's Name (Last, First)** | | **Badge No.** | **Time of Arrival**    hrs |
| **Crime Scene Unit Notified** ☐ Yes ☐ No  Time:    hrs | | **Staff Duty Officer Notified** ☐ Yes ☐ No  Time:    hrs | | |
| **Photo's Taken of Crime Scene** ☐ Yes ☐ No  Name: | | **Photo's Taken of:** ☐ Subject ☐ Animal ☐ Yes ☐ No Name: | | |
| **Officers Vehicle Secured** ☐ Yes ☐ No  Name: | | **Crime Scene Secure** ☐ Yes ☐ No  Name: | | |
| **Secondary Handgun Secured** ☐ Yes ☐ No ☐ N/A Name: | | **Union Representation Notified** ☐ Yes ☐ No  Name: | | |

## AUTHORIZING SIGNATURES

| Reporting Supervisor (print) | Reporting Supervisor (sign) | Date |
|---|---|---|
| **Division Major's Recommendation** ☐ Forward for File Only ☐ Administrative Review ☐ Internal Affairs Investigation  **Signature:**    **Date:** | | |

**STATEMENT OF FACTS:**

# USE OF FORCE: SPECIAL IMPACT WEAPONS & CHEMICAL AGENTS



| | | |
|---|---|---|
| | **DEPARTMENT SOP: #201** | **CALEA: 1.3.4, 1.3.10** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 02/28/2013** | **CFA:**<br><br>**4.05, 4.07** |

**PURPOSE:** To increase an Officer's options for bringing an incident under control, the Department provides a variety of less-lethal alternatives which may prevent or minimize injury. This SOP will establish guidelines and procedures for the use of these options by authorized Members of the Department.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** No policy or guideline can anticipate every Use of Force situation an Officer might face because they are often forced to make split second decisions in circumstances that are tense, uncertain, and rapidly evolving. The Department provides the use of less-lethal weapons and munitions as effective alternatives to reduce injuries and avoid the escalation of violence. Though the Department values the preservation of life, less-lethal weapons and munitions are not intended to resolve issues necessitating the justifiable use of deadly force.

INDEX:

I.   AUTHORIZATION [4.05] ............................ 1

II.  INJURY POTENTIAL ................................. 1

III. REPORTING PROCEDURES ................. 1

IV.  AUTHORIZED LETHAL WEAPONS, LESS-LETHAL WEAPONS AND CHEMICAL AGENTS [4.05][4.07] ............................ 2

    A.   Approval for Use: [4.07] ...................... 2
    B.   Aerosol Chemical Agent (ACA): .......... 2
    C.   Impact Weapons: ................................. 3
    D.   Special Impact Munitions (SIM's): ....... 4
    E.   Taser: [4.06] ....................................... 5

V.   FAILURE TO DEMONSTRATE PROFICIENCY .................................................. 9

VI.  DEFINITIONS: ....................................... 9

    A.   LESS-LETHAL MUNITIONS: ............. 9
    B.   LESS-LETHAL FORCE: ...................... 9
    C.   LETHAL (DEADLY) FORCE: ............. 9
    D.   SERIOUS BODILY INJURY: .............. 9

**PROCEDURE:**

**I.   AUTHORIZATION** [4.05][1.3.4]

Authorized Members may only carry and use departmentally approved lethal weapons, less-lethal weapons and chemical agents while <u>on</u> or <u>off duty</u> and in the performance of their duties. The weapons and chemical agents described within this SOP will be carried and used in accordance with the "Use of Force" SOP.

**II.  INJURY POTENTIAL**

Members are reminded that the improper use of less-lethal force could cause death or serious injury and may be interpreted as an unauthorized use of lethal force. Therefore, Members will be guided by their training, prudent decision making skills, and written directives (see **Use of Force** SOP) when having to respond to a subject's resistance level.

**III. REPORTING PROCEDURES**

Whenever an Officer uses any less-lethal weapon or munition, the Officer will notify his Supervisor as soon as possible and complete a Mobile Field Report. A Supervisor's Response to Resistance Report (see **Ap-**

Original Date:  11/1/2001
Revised Date:  11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 1 of 9
SOP #201

pendix **A and B**) will be completed (see **Use of Force SOP**), by the Supervisor.

## IV. AUTHORIZED LETHAL WEAPONS, LESS-LETHAL WEAPONS AND CHEMICAL AGENTS [4.05][4.07][1.3.4][1.3.10]

While exercising their Law Enforcement Authority, Members will not carry or use a weapon or chemical agent which delivers less-lethal force, on or off duty, until he has complied with the following: [4.07]

- Successful completion of recognized proficiency training program.

- Submission of a certificate of completion to the Personnel Unit.

### A. Approval for Use: [4.07]

The Training Unit is responsible for the review process of any weapons being considered for use by Members, and for periodic reviews of currently approved weapons.  The Training Unit will:

1. Maintain written specifications and a current list of all weapons and ammunition authorized for use, both on and off duty.

2. Ensure that a qualified weapons instructor or Range Master reviews, inspects and approves weapons and firearms before issuance.

3. Review all new weapons (including less-lethal) prior to approval for use by Members and complete a report on that weapon.  The report will be forwarded through the Chain of Command to the Chief or his designee for final approval.

4. On a regular basis, review all weapons (including Less-Lethal) approved for carry.  The review will be forwarded to the Chief or his designee and a copy sent to the Accreditation Unit.

### B. Aerosol Chemical Agent (ACA): [1.3.4]

ACA is an approved less-lethal force munition to be carried by trained Community Service Officers, Crime Scene Technicians and Sworn Officers.  Supervisors are required to conduct quarterly inspections of members ACA to verify it has not expired.  Supervisors will document this on the quarterly Uniform Appearance Inspection Sheet. The use of ACA is considered a **Level 3-Physical Control Technique** and may be used:

1. When a subject is resisting physical control by a Department Member, and poses a threat, ACA may be used to gain control and custody.  The intent is to deescalate the situation within the "Use of Force Continuum."

2. To defend a Member, or another person, from what the Member reasonably believes is the imminent use of physical force against themselves, others, property, or self-inflicted injury.

3. When an animal poses an immediate threat to a Member or another person.

4. When necessary, on a disorderly handcuffed prisoner, and only with prior warning. Examples include attempts by a prisoner to:

   a. Attack the Officer by spitting, biting, head butting.

   b. Harm himself by banging their head or face within the vehicle or holding cell.

   c. Damage City property by kicking at the windows of the Police vehicle.

   d. In an enclosed area where entry will be gained to remove an incapacitated person(s) exhibiting threatening behavior.

Original Date:  11/1/2001
Revised Date:  11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 2 of 9
SOP #201

**e.** Members should never apply ACA when a person is in control of a motor vehicle.

**5. Deploying the ACA:**

**a.** Officers should be aware that sprays of ACA to the face could be immediately disabling. They should attempt to place themselves at a safe distance from the individual to avoid being hit by its discharge.

**b.** A verbal warning will be issued to all persons and to other Members before the discharge, unless the warning would provide a tactical advantage to the person being taken into custody.

**c.** Members will maintain a 3 to 10 foot minimum distance from the subject, aim for the subject's face and eyes using bursts of one to two seconds or less. Members will use the fewest number of bursts necessary, to effect temporary immobilization of the individual. Use of ACA will be discontinued once compliance is achieved.

**d.** Once a person has been "exposed", the Member spraying the subject should:

**(1).** Allow time for the chemical agent to take effect.

**(2).** Verbally direct the subject to the ground, and:

**(a).** Control and handcuff the subject, or

**(b).** Request assistance from another Officer.

**6. Decontamination:**

**a.** Members using the ACA should not touch their face or eyes until after washing their hands with soap and water.

**b.** After spraying and transportation of a subject, afford the subject an opportunity to wash the contaminated areas by applying wet paper towels to the face, discarding each towel as it is removed from the face. Exposure to wind, A/C cooling vents or a fan will help to dissipate the ACA and reduce recovery time.

**c.** Allow the subject to remove any saturated clothing, if such action is necessary and feasible.

**d.** When ACA is used inside a vehicle or building, the opening of all windows, to allow the free flow of air, will suffice in decontaminating the area.

**7. Assessment:**

**a.** Ascertain from the subject if he is suffering from any respiratory problems. If acknowledged, notify Fire Rescue to respond to monitor the subject. Medical attention should also be given to sprayed individuals if the symptoms of the ACA have not disappeared within one (1) hour.

**b.** Never leave a subject unattended until completely recovered from the effects of the spray.

**8. Unintentional Contamination:**

**a.** Inform Detention personnel and/or the transporting Officer that the subject has been sprayed.

**b.** Inadvertent bystander contamination will be dealt with as quickly as possible and documented on a Mobile Field Report.

**C. Impact Weapons:** [1.3.4]

ASP's are the only authorized Impact weapons of the Department. Impact weapons provide a method for control-

Original Date: 11/1/2001
Revised Date: 11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 3 of 9
SOP #201

ling a subject when deadly force is not justified and when empty hand control techniques are not sufficient to effect control. The use of an Impact Weapon is considered a **Level 4** response.

When considering the use of these weapons, Members will:

1. Direct all strikes toward the major muscle areas such as the forearms, thighs, or calves. Strikes to these areas reduce the risk of permanent injury to a subject.

2. Refrain from striking techniques that purposefully hyper-extend joints such as the knee or impact delicate bone areas such as the clavicle, finger, jaws or wrists unless incapacitation is required. Intentional strikes to the subject's head, neck, throat and spine will be avoided; unless-lethal (Deadly) force is justified.

**D. Special Impact Munitions (SIM's):**
[1.3.4]

Special Impact Munitions (SIM's) will be used (Authorized Members only) with the intent to encourage compliance, overcome resistance, temporarily incapacitate, or prevent serious injury, without a significant likelihood of causing death. A subject's resistance should be a **Level 4-, ACTIVE PHYSICAL RESISTENCE**, for the utilization of SIM's.

1. **Use of SIM's:** SIM's use may occur after other options have been exhausted, are ineffective, or to rapidly de-escalate a situation. SIM's provide:

   a. A method for controlling a subject when other means of less-lethal force are ineffective.

   b. A way to neutralize a significant immediate threat, which may otherwise justify the use of deadly force.

2. **Authorized Delivery Weapon and Munition:**

   a. **General Use:**

      **(1).** The authorized impact deployment weapon for Members is the **orange** colored Remington, 870-pump action shotgun.

      **(2).** The munitions authorized for Members are Defense Technologies of America's #23DS, 12 gauge Beanbag Round.

   b. **SWAT and Field Force:**

      Specially trained SWAT and Field Force Members may be authorized to use other SIM deployment weapons and ammunition not identified within this SOP based on their training and duty assignment (i.e. crowd control, special critical incidents).

3. **Response Level:** The use of SIM's will be considered a **Level 4** response.

4. **Deployment Considerations:**

   a. Lethal force must always be ready as a back up. This necessitates a second Member being present for deployment, when practical.

   b. The two-man team will work in close proximity to each other.

5. **Launching Method:** The Code word "Bean Bag" will be utilized by the deploying Officer to announce the impending launching of SIM's.

6. **Storage of Munitions:**

   a. Special Impact Weapons will not be carried loaded in vehicles.

Original Date: 11/1/2001
Revised Date: 11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 4 of 9
SOP #201

**b.** Lethal ammunition may not be carried with or loaded into any dedicated SIM weapon.

**c.** Only qualified Members will load and deploy the weapon at the time of use.

**d.** The Member loading the weapon will ensure, by visual inspection of each round, that only a SIM round has been loaded.

**E. Taser:** [4.06] [1.3.4]

Tasers will only be issued and utilized by Sworn Members who have successfully completed the required Mandatory certification course. Members must be specifically trained for the particular model of Taser they are carrying. Members will be required to attend an approved Taser refresher course every year to remain proficient with the use of this weapon.

**1. Authorized Taser Weapon:**

**a.** The X-26 Advanced Taser manufactured by Taser International is the only authorized Electro-Muscular Disruption (EMD) and Conductive Energy Device (CED) approved for use by Members of this Department.

**b.** The authorized munition for the Taser is the air-cartridge with a 21-foot or 25-foot range issued only by the Department and manufactured by Taser International.

**c.** The Taser will be carried in a cross draw holster on the Member's duty belt. Plain clothes Officers and Detectives will carry the Taser in a safe and approved manner as instructed during Training for their particular assignment.

**d.** Supervisors will be responsible for conducting regular inspections of the Member's Taser to

ensure it is clean, free from defects, and in good working condition. Supervisors will also regularly inspect the air cartridge to make sure it has not expired. Supervisors will spark test the Member's Taser during quarterly inspections.

**e.** Members will test their issued Taser's operability and battery function before the start of their shift by conducting a spark test of the weapon. If a malfunction occurs during testing the Member's immediate Supervisor will be notified and the Taser will be removed from service.

**f.** A malfunctioning Taser will be turned into the Training Unit to facilitate repairs on the weapon. Members will not use any Taser with a known problem or malfunction.

**2. Response Level:** [1.3.4]

The use of Tasers will be considered a **LEVEL 4 - ACTIVE PHYSICAL RESISTANCE** response on the Department's Use of Force Continuum. The primary goal in the decision to deploy the Taser is to prevent continuing or escalating violence and to minimize injury to both the Subject and the Officer.

**3. Deployment Considerations:** [1.3.4]

**a.** The Taser will be used with the intent to encourage compliance, make an arrest, overcome resistance, or temporarily debilitate a subject in order to prevent serious injury or death.

**b.** Tasers will be used with discretion, consistent with approved training techniques, and sufficient enough to overcome resistance or attack.

Original Date:  11/1/2001
Revised Date:  11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 5 of 9
SOP #201

4. **Members will be Prohibited from using the Taser when:** [1.3.4]

   a. Flammable gases or liquids are in close proximity to the subject.

   b. Due to the elevated location of the subject, the risk of falling from a Taser deployment would likely cause serious injury.

   c. The subject is in or near water and could possibly drown.

   d. The subject is the driver of a moving vehicle, including automobiles, trucks, motorcycles, ATV's, bicycles, and scooters unless exigent circumstances exist.

   e. The subject is handcuffed, <u>unless</u> they are exhibiting aggressive physical resistance, actively attempting to escape from custody or trying to harm themselves or others.

   f. The subject is passive and not exhibiting any resistance.

5. **Launching Method:**

   a. The code word "Taser" will be announced by the deploying Member to alert other Members of the impending launch of the Taser, unless doing so would place another person or Member(s) at risk.

   b. The code word "Clear" will be announced by the deploying Member prior to the launch of the Taser if other Members are in the vicinity of the target subject.

   c. The Taser will be aimed only in the manner instructed during Training, by pointing the integrated laser to the upper torso area of the body, allowing range for contact by the lower probe.

   d. No more than one Member should deploy the Taser against a resisting, non-compliant subject at a time.

   e. Members will attempt to handcuff the subject while the subject is being incapacitated by the Taser, being careful not to place their hands in between the probes and in the path of the current.

   f. Members will not use any restraint techniques after a Taser deployment which restricts or impairs the subject's breathing ability.

   g. The Taser "touch stun" or "drive stun" method should only be used as a secondary deployment consideration under the following conditions:

      (1). Failure of both probes to contact the subject.

      (2). Attack on a Member by additional subjects after a Taser deployment.

      (3). When other Member(s) are physically restraining an actively resisting subject.

      (4). Cartridge discharge failure.

      (5). The Member does not have anymore Taser cartridges to utilize.

6. **Repetitive Cycle/Multiple Officer Deployments:**

   Members should deploy the Taser for one (1) standard five (5) second cycle and then stop and evaluate the situation. A Member's decision to deploy the Taser utilizing repetitive cycles will be predicated upon the following factors:

   a. The subject continues to exhibit Active Physical Resistance.

Original Date:  11/1/2001
Revised Date:  11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 6 of 9
SOP #201

**b.** The subject refuses to follow Member's commands to "Stop Resisting."

**c.** An alternative tactical method is not feasible or could place the Member's safety in jeopardy.

**d.** Notwithstanding the above, any attempt by the subject to defeat the Taser by removing the probes, breaking the wires, or grabbing the weapon is sufficient justification for a repetitive cycle deployment.

**e.** Members will utilize only the minimum number of repetitive cycles necessary to immobilize the subject(s) and take them into custody.

**7. Supervisor Notification of Taser Discharge:**

**a.** Members will notify their Supervisor immediately whenever they discharge their Taser at a subject. If their immediate Supervisor is not available to respond to the scene, another Supervisor will be notified of the discharge and summoned to the scene to conduct a review.

**b.** The Supervisor will be responsible for reviewing the facts and circumstances of the Taser deployment and for ensuring a Supervisor's Response to Resistance Form is completed, photographs taken, and if necessary, medical treatment is administered to the subject.

**c.** The Supervisor will notify the Shift Lieutenant if there is any complaint of injury by the subject or if the Taser was used outside of Department Policy.

**d.** If a subject is seriously injured or dies during a Taser deployment, the Taser will be taken in-

to custody as evidence by the on-scene Supervisor.

**(1).** The Taser and discharged cartridge will be turned over to the Crime Scene Investigator who will ensure the items are placed into Property as evidence.

**(2).** The Staff Duty Officer will be notified and has the authority to call out the Training Sergeant or their designee, to respond with a replacement issue Taser for the involved Member. If no replacement Taser is available, one will be provided to the involved Member as soon as one becomes available.

**(3).** The Staff Duty Officer will notify the Professional Standards Major who will in turn notify Internal Affairs.

**e.** Internal Affairs will facilitate a Data Port download from the Member's Taser as soon as practical.

**8. Documentation of Taser Discharges:**

**a.** The Training and Professional Development Unit will inspect each Taser and conduct a Data Port download once a year during Daylight Savings Time Calibrations of the weapon. Regular Data Port downloads will help to reduce the chances of inaccurate or unreliable data readings.

**b.** The Training and Professional Development Unit will maintain a file for each Taser and will store the Data Port Download printouts until they are no longer needed for Administrative or Court purposes. The Data Port Download printouts will be main-

Original Date:  11/1/2001
Revised Date:  11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 7 of 9
SOP #201

tained in accordance with Public Records retention guidelines.

**9. Issuance of Taser and Storage of Munitions:**

    **a.** Taser weapons will be issued by The Training and Professional Development Unit after successful completion of the required Training course.

**10. Taser Cartridges:**

Each air-cartridge has a unique serial number and will be issued to individual Members. Therefore, the sharing or exchanging of air-cartridges between Members will be permitted only in exigent circumstances, and a Supervisor and the Shift Lieutenant will be notified as soon as practical when this occurs. The Supervisor will then contact the Training Unit and advise them of the situation so a replacement cartridge(s) can be issued to the involved Members.

**11. Removal of Taser Probes:**

Members will follow the guidelines and removal techniques taught to them during Taser Training for removing the probes from a subject. Only Members who are trained in removing Taser probes or medical personnel will attempt to remove the probes after a deployment.

    **a.** After deployment, the probes will be considered potential Bio-hazard material, and must be handled with the utmost care. Universal precautions such as latex gloves will be used at all times while handling the probes from a spent Taser Cartridge in order to avoid contact with blood or tissue. The probes will be inserted in the spent cartridge's designated slots, securely taped, and then placed in the proper storage container before being placed in the Property and Evidence Unit.

    **b.** Members will not attempt to remove probes that are embedded in sensitive areas of the body, such as the genitals, breasts, or anywhere in the facial region. Qualified medical personnel will be provided or summoned to remove probes embedded in those areas of the body.

    **c.** Fire Rescue will be summoned whenever there is a serious complaint of injury. If there is no complaint, the arresting Officer will monitor the suspect's condition until they are turned over to Detention Personnel. Detention Staff will be notified whenever a Taser has been utilized on an arrestee so they can continue to monitor their condition.

    **d.** CSI will also be contacted to photograph the subject whenever there are any complaints or obvious signs of injuries after a Taser deployment. If there is no obvious injury or complaint of injury from the suspect after the probes are removed, then photographs will be requested at the discretion of the investigating Supervisor.

**12. Lost or Stolen Taser:** When a Member's taser is lost or stolen, the Member will:

    **a.** Initiate a Police report with the appropriate jurisdiction.

    **b.** Request the issuance of a replacement taser by submitting a Memorandum via the Chain of Command to the Training Supervisor. Attach a copy of the Police report.

    **c.** The Training Supervisor will then facilitate the replacement of the taser.

Original Date:  11/1/2001
Revised Date:  11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 8 of 9
SOP #201

## V. FAILURE TO DEMONSTRATE PROFICIENCY

Members who fail to meet minimum standards on their first attempt will be afforded a second, and if necessary, a third opportunity. If the Member fails on the third attempt, the following actions will be taken:

**A.** The Member will be scheduled to attend a remedial training session with the Training Unit or attend recognized proficiency training program.

**B.** The Member will be scheduled to comply with all remedial training requirements as set forth by Training and Professional Development.

**C.** If a Member cannot demonstrate proficiency with at least one less-lethal weapon, that member will be re-assigned to Non-Enforcement duties.

   **1.** Lose take-home vehicle privileges and be prevented from driving department vehicles.

   **2.** Prohibited from Off-Duty Detail assignments.

## VI. DEFINITIONS:

**A. LESS-LETHAL MUNITIONS:**

Projectiles that require a designated shotgun, launcher, or hand-thrown delivery system.

**B. LESS-LETHAL FORCE:**

Any defensive tactic, physical strength or skill, chemical agents, canine or special impact weapon(s) that are neither likely nor intended to cause death or serious bodily injury.

**C. LETHAL (DEADLY) FORCE:**

The use of force that is reasonably believed to be necessary by a Member that is likely to cause death or serious permanent injury to the recipient.

**D. SERIOUS BODILY INJURY:**

A bodily injury that creates a substantial risk of death, causes serious permanent disfigurement, or results in long-term loss or impairment of a limb, function or organ.

**E. TASER:**

An electronic muscle disruption (EMD) device or conductive electrical weapon (CEW) manufactured by Taser International, which disrupts a subject's central nervous system by means of delivering a battery powered electrical energy charge sufficient enough to cause uncontrolled muscle contractions which override an individual's voluntary motor responses.

APPROVED BY:

_Frank G. Fernandez_    **11/15/2013**

**Frank G. Fernandez**    **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Supervisor's Response to Resistance Report.

- **Appendix B:** Supplemental Report- Supervisor's Response to Resistance.

Original Date: 11/1/2001
Revised Date: 11/15/2013
File Name: SOP 201 - Use of Force- Special Impact Weapons & Chemical Agents.doc

Page 9 of 9
SOP #201

# HOLLYWOOD POLICE DEPARTMENT
## SUPERVISOR'S RESPONSE TO RESISTANCE REPORT

**INCIDENT INFORMATION**

| Case No. | Date (mm/dd/yy) | Day | Time | Zone | Incident Type |
|---|---|---|---|---|---|
| | / / | | Hrs. | | |

**Address of Incident**

**SUBJECT INFORMATION**

| Subjects Name (Last, First, MI) | | DOB | Age | Sex | Race | Ethnicity |
|---|---|---|---|---|---|---|
| | | | | | | |

| Body Type | Weight | Height | Alcohol/Drug Use | Behavior |
|---|---|---|---|---|
| | lbs. | ft in | | |

| Complaint of Injury | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

| Level of Resistance | Type of Weapon Used | How Used |
|---|---|---|
| | | |

**CHARGES**

| Primary | Secondary |
|---|---|
| | |

**MEMBER INVOLVED**

| Name (Last, First) | Badge No | Age | Sex |
|---|---|---|---|
| | | | |

**Date of Hire**
/ /

| Injured | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

**LEVEL OF RESPONSE TO RESISTANCE**

| Presence of Authority | Verbal Dialogue & Direction |
|---|---|
| | |

| Highest Level of Response Used | Physical Control Used | Target Area |
|---|---|---|
| | | |

| Intermediate Weapon Used | Target Area | Deadly (Lethal) Force Used | Target Area | Reason for Using Resistance |
|---|---|---|---|---|
| | | | | |

**MEMBER INVOLVED**

| Name (Last, First) | Badge No | Age | Sex |
|---|---|---|---|
| | | | |

**Date of Hire**
/ /

| Injured | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

**LEVEL OF RESPONSE TO RESISTANCE**

| Presence of Authority | Verbal Dialogue & Direction |
|---|---|
| | |

| Highest Level of Response Used | Physical Control Used | Target Area |
|---|---|---|
| | | |

| Intermediate Weapon Used | Target Area | Deadly (Lethal) Force Used | Target Area | Reason for Using Resistance |
|---|---|---|---|---|
| | | | | |

| WITNESS INFORMATION | | |
|---|---|---|
| **Name (Last, First)** <br> , | **Address** | **Phone** <br> (   ) |
| **Name (Last, First)** <br> , | **Address** | **Phone** <br> (   ) |
| **Name (Last, First)** <br> , | **Address** | **Phone** <br> (   ) |

| ADMINISTRATIVE | | | |
|---|---|---|---|
| **Internal Affairs Notified** <br> ☐ Yes ☐ No  Time:        hrs | **IA Investigator's Name (Last, First)** <br> , | **Badge No.** | **Time of Arrival** <br> hrs |
| **Photo's Taken of Subject** <br> ☐ Yes ☐ No  Name:        ,        ID No: | | **Photo's Taken of Member** <br> ☐ Yes ☐ No  Name:        ,        ID No: | |

| AUTHORIZING SIGNATURES | | |
|---|---|---|
| **Supervising Lieutenant** (print) | **Supervising Lieutenant** (sign) | **Date** <br> /      / |
| **Division Captain** (print) | **Division Captain** (sign) | **Date** <br> /      / |
| **Division Major** (print) | **Division Major** (sign) | **Date** <br> /      / |

**Division Major's Recommendation**

☐ Forward for Filing Only   ☐ Administrative Review   ☐ Internal Affairs Investigation

| NARRATIVE |
|---|

The Narrative should contain a chronological account of all relevant events and/or actions including, but not limited to:

- The circumstances which initially brought the subject(s) to the attention of the Officer(s).
- The behavior/actions of the subject(s) when first observed and/or contacted by the Officer(s).
- A description of the subjects resistance and the Members response to that resistance.
- A description of any injury to the subject(s) and/or Officer(s) and an explanation of how the injury occurred.
- Any unusual circumstances which contributed to the incident.
- Any response of "other" will be explained.

| **Reporting Supervisor** (print) | **Reporting Supervisor** (sign) | **Date** <br> /      / |
|---|---|---|

# HOLLYWOOD POLICE DEPARTMENT
## SUPERVISOR'S RESPONSE TO RESISTANCE REPORT
## **SUPPLEMENTAL REPORT**

| INCIDENT INFORMATION | |
|---|---|
| Case No. | Subjects Name (Last, First, MI) |
| | , , |

| MEMBER INVOLVED | | | | |
|---|---|---|---|---|
| Name (Last, First) | | Badge No | Age | Sex |
| , | | | | |

| Injured | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

| LEVEL OF RESPONSE TO RESISTANCE | | | | |
|---|---|---|---|---|
| Presence of Authority | | Verbal Dialogue & Direction | | |
| Level of Response | | Physical Control | | Target Area |
| Intermediate Weapon Used | Target Area | Deadly (Lethal) Force Used | Target Area | Reason for Using Resistance |

| MEMBER INVOLVED | | | | |
|---|---|---|---|---|
| Name (Last, First) | | Badge No | Age | Sex |
| , | | | | |

| Injured | Type of Injury | Type of Treatment | Hospital |
|---|---|---|---|
| ☐ Yes ☐ No | | | |

| LEVEL OF RESPONSE TO RESISTANCE | | | | |
|---|---|---|---|---|
| Presence of Authority | | Verbal Dialogue & Direction | | |
| Level of Response | | Physical Control | | Target Area |
| Intermediate Weapon Used | Target Area | Deadly (Lethal) Force Used | Target Area | Reason for Using Resistance |

| WITNESS INFORMATION | | |
|---|---|---|
| Name (Last, First) | Address | Phone |
| , | | ( ) |
| Name (Last, First) | Address | Phone |
| , | | ( ) |
| Name (Last, First) | Address | Phone |
| , | | ( ) |
| Name (Last, First) | Address | Phone |
| , | | ( ) |

| Reporting Supervisor (print) | Reporting Supervisor (sign) | Date |
|---|---|---|
| | | / / |

| | **ARREST PROCEDURES** | |
|---|---|---|
|  | **DEPARTMENT SOP: #203** | **CALEA: 1.2.1,1.2.8** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 03/22/2013** | **CFA:**<br><br>**2.03, 2.04, 2.07A, 18.08, 29.01A-D, 29.02, 29.03, 29.04A-C, 29.05, 29.06A-E, 29.07** |

**PURPOSE:**  To provide guidelines and procedures for arrests.

**SCOPE:**  This SOP applies to all Sworn Members of the Department.

**POLICY:**  Arrests will be made in conformance to the Law and this SOP in order to ensure Officer safety and to protect the rights of prisoners/detainees.  It is the Department's policy to comply with the highest standards of legal and professional conduct.

INDEX:

**I.     STATUTORY AUTHORITY TO ARREST** ......................................................... **2**

**II.    POLICE LIABILITY UNDER FEDERAL LAW** ........................................................ **2**

   A.  Civil Liability: .........................................2
   B.  Criminal Liability: ..................................4
   C.  Officer Discretion: .................................5
   D.  Safeguarding Against False Arrest:.....5
   E.  Release of Person Arrested: ...............6

**III.   IMMUNITY FROM ARREST** ..................**6**

   A.  Career Consular Officers of Foreign Nations: ................................................6
   B.  Diplomatic Agents:................................6
   C.  Honorary Consular Officers: ...............6
   D.  Arrest Notifications of Foreign Nationals: ...............................................7
   E.  Reporting Requirements: ....................7

**IV.   WARRANTLESS ARREST [2.07A]** .......**7**

   A.  Establishing Probable Cause: .............7
   B.  Causes for Arrests:..............................8
   C.  Arrest Procedures: [18.08] .................9

**V.    WARRANT ARREST [2.07A]** ...............**9**

   A.  Procedures for Warrant Arrest: ...........9
   B.  Transports for Probation and Parole.10
   C.  Arrest Warrant Information:...............11
   D.  Filing Criminal Charges:....................11

**VI.   NOTICE TO APPEAR [2.04]** ..............**12**

   A.  A Notice to Appear may be issued for the following misdemeanor offenses: 12
   B.  Process: ............................................13
   C.  Issuance to Juveniles:.......................13
   D.  Reporting Requirements: ..................13
   E.  Court Date Change Notification For NTA: ...................................................14

**VII.  MISCELLANEOUS ARRESTS** ...........**14**

   A.  Arrest of School Members:................14
   B.  Illegal Aliens: ....................................15
   C.  Arrests of Governmental Members: ...15
   D.  Arrests aboard Foreign Vessels:.......15
   E.  Arrests aboard Military Vessels:........15
   F.  Arrests on Federal Property: .............15

**VIII. ARREST REPORTING REQUIREMENTS** .................................**16**

   A.  Adult Arrestees: ................................16
   B.  Juvenile Arrestees:...........................16

**IX.   ALTERNATIVES TO ARREST [2.04]** .**17**

   A.  Baker Act: .........................................17
   B.  Marchman Act: ..................................17
   C.  Homeless Assistance: .......................17
   D.  Traffic Citations: ...............................17
   E.  Notice to Appears:.............................17
   F.  Additional Alternatives:.....................17

**X.    SEARCHING ARRESTEES** ................**17**

   A.  General Guidelines: ...........................17
   B.  Strip Searches: [2.03].......................18

C.   Body Cavity Searches: [2.03] ...........18

XI.   PHYSICAL RESTRAINTS...................18

A.   Handcuffing Prisoners/Detainees: [29.07].................................................18
B.   Special Restraints and Restraint Exceptions: [29.07] ...........................19

XII.   SUPERVISING PRISONERS/DETAINEES ..................19

XIII.   TRANSPORTING PRISONER/DETAINEES ...................19

A.   Search of Prisoners/Detainees Prior to Transport: [29.02] ...........................19
B.   Transporting Prisoners/Detainees to a Medical Facility, Court, Hollywood Police Department, or other Law Enforcement Agency: [29.06A-E] ......20
C.   Transporting Prisoners/Detainees of the Opposite Sex: [29.01A] ...............20
D.   Transporting Sick, Disabled or Injured Prisoners/Detainees Prior to being received by the BSO Main Jail: [29.01B] .............................................20
E.   Transporting Sick, Disabled or Injured Prisoners/Detainees Following Acceptance by the BSO Main Jail: [29.01B] .............................................21
F.   Security Procedures for Hospital Transports or Admissions: [29.05].....21
G.   Transporting Handicapped/Disabled Prisoners/Detainees: [29.01B]...........21
H.   Transporting Pregnant Females: [29.01A] .............................................22
I.   Transporting Violent Prisoners/Detainees: [29.01D] ..........22
J.   Transporting Juvenile Prisoners/Detainees [29.01C] ..........22
K.   Juvenile Prisoner/Detainee Processing: ...............................................22
L.   Rendering Assistance to Others While Transporting Prisoners/Detainees. [29.03]................................................23

XIV.   PRISONER/DETAINEE ESCAPES .....23

A.   Escape During Transport Within Hollywood's Jurisdiction: [29.04A,C] .23
B.   Escapes During Transport Outside Hollywood's Jurisdiction: [29.04A,C] .23
C.   Documenting the Escape: [29.04B]...24

XV.   DEFINITIONS: ......................................24

A.   ARREST CAPIAS:.............................24
B.   ARREST WARRANT:.........................24
C.   CIVIL SANCTIONS:...........................24

D.   COMPENSATORY DAMAGES:........24
E.   CRIMINAL SANCTIONS: .................24
F.   DISCRETION: ...................................24
G.   EXIGENCY:.......................................24
H.   FOREIGN NATIONAL:......................24
I.   FRESH PURSUIT: ............................24
J.   INJUNCTION: ...................................25
K.   NOMINAL DAMAGES:......................25
L.   PUNITIVE DAMAGES:......................25
M.   RECEIVING FACILITY:.....................25

**PROCEDURE:**

**I.   STATUTORY AUTHORITY TO ARREST**

Florida Law vests any full or part-time Law Enforcement Officer, as defined in Chapter 943.10(1), Florida Statutes, the right to bear arms and make arrests.  This authority is vested in Hollywood Police Officers by the constitution of the State of Florida, Florida Statutes, and the Charter and Code of the City of Hollywood, Florida.**[1.2.1]**

**II.   POLICE LIABILITY UNDER FEDERAL LAW**

Whenever any individual interferes with another's rights, there is a possibility of civil or criminal sanctions.  The Federal Law in this area has been termed "the Civil Rights Act" and it is divided into two areas, civil and criminal, each with its own unique definitions.

**A.   Civil Liability:**

The following Federal actions are civil in nature:

**1.   U.S. Code, Title 42, Section 1983:** "Every person who, under color of any Statute, Ordinance, regulation, custom, or usage, of any State or Territory, or the District of Columbia, subjects or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and Laws, will be liable to the party injured in an action at Law, suit in equity, or other proper proceeding for redress."

**a.** A plaintiff who can prove actual damages in a Section 1983 suit is entitled to recover damages from a defendant who deprived him of his civil rights.

**b.** "The only elements which need to be present in order to establish a claim for damages under the Civil Rights Act are that the conduct complained of was engaged in under color of State Law, and that such conduct subjected the plaintiff to the deprivation of rights, privileges, or immunities secured by the Constitution of the United States." Marwill v. Sawyer, 301 F.2d639 (CA1962).

**c.** If you act in your Official capacity, you are acting under Color of State (or local) Law, and if your conduct results in the deprivation of any constitutionally guaranteed rights, you could be liable not only for actual damages, but for punitive damages if the element of malice is shown. Not only are improper acts committed under the Color of Law actionable, but also any act pursuant to local custom or usage that deprives a person of their Federal constitutional rights.

**d.** If you arrest without probable cause, you could be liable. However, you are not liable for enforcing any Law that is later declared unconstitutional. Even if the defendant was convicted in State Court in connection with a transgression (e.g., resisting arrest, burglary, or any crime incidental); this is not an available defense, which would shield you from liability.

**e.** The act complained of need not have been willfully committed for liability to attach. Nor is it necessary to prove specific intent to deprive the plaintiff of a Federal Right.

**f.** You are not liable for those acts which are purely ministerial in nature, such as the serving of warrants (search or arrest) pursuant to a Court order unless you exceeded your authority.

**g.** Good faith and probable cause are defenses under a charge of false arrest brought under Section 1983 and prevalent Tort Law.

**2. U.S. Code, Section 1985 (3):** Conspiracy to interfere with civil rights-depriving persons of rights or privileges.

" If two or more persons in any State or Territory conspire...for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the Laws or of equal privileges and immunities under the Laws... in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in person or property, or deprived of having and exercising  any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages, occasioned by such injury or deprivation, against any one or more of the conspirators."

**a.** This sanction deals with conspiracies to interfere with constitutionally guaranteed rights.  It differs from Section 1983 in that it sanctions conspiracies of either Public Officials or private persons.  Conspiracy involves two or more persons and a successful completion of the conspiracy is not essential, but rather an overt act in furtherance of the conspiracy injuring a person or depriving him of property or the exercise of any rights or privileges of a citizen of the United States is compensable.

There must also be an intentional purposeful design to deprive the citizen of any of his secured rights.

**b.** Unlike Section 1983, which is available to all persons within Federal jurisdiction, including aliens unlawfully in the Country, Section 1985 appears only to protect the rights and privileges of citizens of the United States.

**3. Civil Rights Act of 1871:** This act is civil in nature and the remedies include money damages (normal, compensatory, and punitive), injunctions and declaratory judgments. Title 18, U.S. Code, Section 242, deals with criminal sanctions for some of these same types of illegal activities and the Courts read this section in conjunction with civil sanctions

**B. Criminal Liability:**

Law Enforcement Officers may be held criminally liable for violating any of the following Laws.

**1. Title 18, U.S. Code, Section 241:** Under Title 18, USC 241, a Law Enforcement Officer may be held criminally liable if he enters into a conspiracy to deprive any citizen of any right or privilege guaranteed by the Constitution. (This Section requires that the plaintiff be a U.S. Citizen and that two or more persons acted together to deny a citizen his rights under the Law.)  An excerpt of the Law reads:

"If two or more persons conspire to injure, oppress, threaten, or intimidate any inhabitant of any State, Territory, or District in the free exercise or enjoyment of any right or privilege secured to him or her by the Constitution or Laws of the United States, they will be fined, imprisoned or both. If a death results, they will be subject to imprisonment for any term of years or life.

**2. Title 18, U.S. Code, Section 242:** A Law Enforcement Officer may be held criminally liable under Title 18, USC 242 if he acts under Color of Law to willfully deprive any inhabitant of the United States of rights guaranteed by the Constitution or Laws of the United States.  An excerpt of the Law reads:

"Whoever, under Color of any Law, Statute, Ordinance, regulation, or custom willfully subjects any person in any State, Territory, Commonwealth, possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, will be fined under this title or imprisoned not more than one year, or both; and if bodily injury results will be fined and imprisoned for not more than 10 years, or both; and if death results will be subject to imprisonment for any term of years or life.

**a.** There are two ways you can be liable when your actions deprive any person of a right, privilege, or immunity protected by the Constitution or Laws of the United States:

**(1).** If your actions are willful, i.e., you intentionally deprive somebody of his rights; or

**(2).** By willfully subjecting any person to a different punishment or penalty because such person is an alien, or because of their race or color, other than is prescribed for the punishment of citizens.

**b.** Examples of actionable deprivations include:

**(1).** Arrest made without probable cause or an arrest warrant.

**(2).** Illegal search and seizure.

**(3).** Unlawful assault or battery.

**(4).** Wrongful homicide.

**c.** In all of the above actions, there must be an element of willfulness on the part of the Department Member, but the fact that the defendant Officer may not have been thinking in Constitutional terms is not material where his claim was not to enforce local Law, but to deprive a citizen of a right and that right was protected by the Constitution.

**d.** A violation of this section is a misdemeanor and is punishable by a fine of or imprisonment for not more than one year or both, except where a death results. In that case, it is a felony and is punishable by imprisonment for any term of years or for life.

**3.** Section 241 pertains to Police Officers acting under Color of Law, as well as to private citizens, but it differs from Section 242 in two major respects.

**a.** Section 241 is applicable only to conspiracy involving two or more persons.

**b.** Section 241 pertains only to citizens of the United States, where as Section 242 pertain to any person within Federal jurisdiction.

**c.** The City may assume responsibility for compensatory damages but it is highly unlikely that any local government would be authorized to pay any part of a judgment or claim which is punitive.

**C. Officer Discretion:**

The Administration of the Department is fully cognizant that a Police Officer possesses a wide range of discretion and within the guidelines of the Law and the policies herein contained, urges the Officer to exercise his discretion in service to the community and for the benefit of the citizens.

**1.** Officers should always take into consideration the conditions present at the time, the constraints of existing written directives, Statutes, Laws, and Ordinances pertaining to the situation, the available alternatives, and direction from Supervisors.

**2.** An Officer's decision to arrest should be made after careful consideration of the following:

**a.** Whether the arrest would cause a greater risk of harm to the public or other Law Enforcement Officers than not arresting the offender.

**b.** Whether the offense can best be handled through informal warnings.

**c.** The seriousness of the crime committed.

**D. Safeguarding Against False Arrest:**

In order to protect the freedom, Constitutional rights and interests of the public and the Department, the following procedures will be followed.

**1.** Probable cause to arrest **must** exist before a subject can be taken into custody.

**2.** Officers will use every source of information available at the time of arrest to ensure the correct identification of a person detained, arrested or confined.

---

**3.** The decision to arrest should not be based solely on the similarity of names or information received from other Law Enforcement Agencies.

**4.** Once a person has been arrested and the identity of the Arrestee is in doubt, the following procedures will be followed:

    **a.** The Arrestees fingerprints will be checked through the AFIS System.

    **b.** If the Arrestee's identity remains in doubt, he will be booked as "John Doe" with a note on the Probable Cause Affidavit to hold for proper identification.

    **c.** Claims of mistaken identity will be documented on the Probable Cause Affidavit.

**E. Release of Person Arrested:**

In any case, where a subject is arrested, and newly acquired evidence reveals that there is no longer probable cause to arrest or detain the subject, the following procedures will be followed:

**1.** The person will be released immediately. Any further holding or detaining of the person may constitute false imprisonment (civil and criminal).

**2.** The concerned Officer will notify his immediate Supervisor of the circumstances regarding the arrest.

**3.** The Supervisor will advise the On-duty Shift Lieutenant of the circumstances.

**4.** The released person should be given an explanation and apology if appropriate and returned to the location where he was originally arrested. This includes arranging to retrieve any vehicle or property that had been impounded and/or towed.

**5.** A detailed Mobile Field Report documenting the incident will be prepared on a priority basis.

**6.** The subject will be asked to sign the Hollywood Police Department Release and Waiver Form (see **Appendix A**) indemnifying the Hollywood Police Department. However, if the subject refuses, he cannot be forced to sign the form and refusal to sign the form will not delay the subject's release.

**III. IMMUNITY FROM ARREST**

U.S. Federal Law provides certain immunities against arrest. The following subsections highlight certain aspects of Diplomatic Immunity. Members will refer to the Florida Legal Guidelines Section of the Florida Criminal Law Handbook for further information.

**A. Career Consular Officers of Foreign Nations:**

Consular Officers may be arrested for a felony pursuant to a warrant and they may be issued Uniform Traffic Citations. Consular immunity does not normally extend to Consular Officers' families or Members.

**B. Diplomatic Agents:**

Diplomatic Agents may not be arrested or detained; however reasonable restraints may be applied in emergency circumstances involving self-defense, public safety, or the prevention of serious criminal acts.

**C. Honorary Consular Officers:**

Honorary Consular Officers are not immune from arrest or detention. However, archives and documents of a Consular Post headed by an Honorary Consul are inviolable provided the records are maintained separately from records of a private or commercial nature.

**D. Arrest Notifications of Foreign Nationals:**

Section 288.816(2)(f), Florida Statutes delineates when a foreign consulate must be notified of the arrest or incarceration of any Foreign National. Consular notifications are a mechanism to ensure that a foreign government can provide consular assistance to Foreign Nationals who are detained pending arrest or incarceration.

Upon the arrest of a Foreign National, the Arresting Officer will determine the Foreign National's country and contact the Communications Section to determine if the Foreign National is from a country which requires mandatory notification of an arrest of one of its citizens.

**1. If the Foreign National is from a mandatory notification country:**

   **a.** The Arresting Officer will notify the nearest Consular Officials, without delay, of the arrest/detention.

   **(1).** Contact may be made by telephone or fax (see **Appendix B**).

   **(2).** The contact numbers for mandatory notifications are available via the Communications Section.

   **b.** Tell the Foreign National that your are making the notification.

   **c.** Document the mandatory notification in the Police report.

**2. If the Foreign National is from a country that <u>does</u> not require mandatory notification:**

   **a.** The Arresting Officer will immediately notify the Foreign National either verbally or in writing of his right to Consular assistance and offer to notify the Foreign National's Consular Officials of the arrest/detention.

   **b.** If the Foreign National requests that Consular notification be given, the Officer will notify the nearest Consular Officials of the Foreign National's identity and situation without delay.

   **(1).** Contact may be made by telephone or fax (see **Appendix B**).

   **(2).** The contact numbers for mandatory notifications are available via the Communications Section.

   **c.** Document the Consular assistance in the Police report.

**E. Reporting Requirements:**

Officers will complete a Mobile Field Report documenting all incidents involving Diplomatic Officers, Consular Officers, and United States Legislators if the circumstances of contact involved the issue of immunity from arrest. Specific guidelines are included in the Florida Criminal Law Handbook.

**IV. WARRANTLESS ARREST [2.07A]**

**A. Establishing Probable Cause:**

Probable cause for arrest has been defined to be "a reasonable ground of suspicion, supported by circumstances sufficiently strong in themselves to warrant a cautious man in believing the accused man to be guilty."

**1.** Any arrest must be based on probable cause that the crime occurred and that the defendant was the perpetrator of the named crime(s). The source of the probable cause may be evidence gathered from the defendant, the scene of the arrest, informants, or other sources.

**2.** The experience and training of the arresting Officer and his expert analysis of the situation is also material to the totality of circumstances establishing probable cause.

**3.** The decision to make a warrantless arrest will be guided by the factual situation involved, the Officer's probable cause, and any circumstances which may exist that would preclude expending additional time to obtain an arrest warrant for the violator.

**4.** A finding by a Judge that there was a lack of probable cause for an arrest may result in any of the following:

    **a.** Dismissal of the charge.

    **b.** Suppression of any evidence found incident to the arrest.

    **c.** Civil sanctions for damages against the Officer and Department/Municipality.

    **d.** Criminal charges filed against the Officer.

**B. Causes for Arrests:**

A person may be arrested without a warrant when:

**1.** A felony, misdemeanor, or violation of a County or Municipal Ordinance is committed in the presence of an Officer.

An arrest for the commission of a misdemeanor or the violation of a Municipal or County Ordinance will be made immediately or in fresh pursuit.

**2.** A felony has been committed, not within the Officer's presence, and the Officer "reasonably believes" the offender committed it.

**3.** A felony has been or is being committed, and the person to be arrested has committed or is committing the crime.

**4.** The Officer has knowledge that an arrest warrant has been issued, but another Officer/Agency is holding the warrant for execution.

**5.** A violation of Chapter 316 (State Uniform Traffic Control) Laws has been committed in the presence of the Officer.

**6.** An Officer has probable cause to believe that a person has committed a violation as defined in the Florida Criminal Law Handbook, Florida Legal Guidelines, Warrantless Arrest Section.

**7.** A person commits a misdemeanor that did not occur in the Officer's presence and it is based on probable cause.  Refer to the Florida Criminal Law Handbook, Florida Legal Guidelines, and Misdemeanor Arrests Section.

**8.** An Officer may make a probable cause arrest based on probable cause that has been established by another Hollywood Police Officer.

**9.** A Hollywood Police Officer may detain a person at the request of another Law Enforcement Agency only if sufficient probable cause exists and can be confirmed by the requesting Agency.  A Teletype message from the requesting Agency will be the only manner used to confirm the information.

    **a.** If sufficient probable cause does not exist, the person will not be detained.

    **b.** If sufficient probable cause can be confirmed, the requesting Agency will be notified of the location where the person is being detained or has been located and a request will be made for that Agency to respond.

    **c.** If it is not possible for that Agency to respond, the Officer will obtain as much information as possible and forward the in-

formation to the originating Agency.

**C. Arrest Procedures:** [18.08]

When effecting an arrest, the Officer will inform the person to be arrested of:

**1.** The basis of his authority and the cause of the arrest, except when:

    **a.** The Arrestee flees or forcibly resists.

    **b.** Providing the information would imperil the arrest.

**2.** If notification is not given before, it must be given as soon as practical, after the arrest.

**3.** Prior to Interviewing an Arrestee after an arrest, the following guidelines will be followed:

    **a.** The subject will be read the Miranda Warning from a prepared text, assuring compliance with constitutional requirements. **[18.08]**

    **b.** If the suspect is interviewed at Headquarters, he will be interviewed in one of the designated interview rooms of the Investigative Services Section.

**V. WARRANT ARREST** [2.07A]

**A. Procedures for Warrant Arrest:**

When arresting with a Warrant, the Officer will:

**1. Pursuant to FSS 901.16:** An Officer making an arrest by Warrant will inform the person to be arrested of the cause of arrest and that a Warrant has been issued, except when the person flees, forcibly resists or giving the information would imperil the arrest.

    **a.** The Officer need not have the Warrant in his possession at the time of the arrest, but on request of the arrested person(s), will make arrangements to show it to him as soon as practical.

    **b.** Only Sworn Law Enforcement Officers will execute arrest Warrants.

**2.** Officers will check local, FCIC and NCIC databases for Warrants on all arrested persons.

**3.** If the computer indicates the existence of a Warrant, the Officer should make every effort to verify the Warrant and confirm that the person in custody is the person identified in the Warrant.

**4.** After verifying the Warrant through the Broward Sheriff's Office, the Officer will transport the Arrestee to BSO Main Jail. Teletype will e-mail a copy of the Warrant Confirmation Notice to the Officer for in vehicle printing.

    **a.** If the Warrant is from another County within the State or from another State, the Officer must verify extradition.

    **b.** If the other County or State will extradite, the same process will be followed by the HPD Officer as in serving an active Warrant. The Arrestee will be transported to the Broward County Jail to await transport to the other County or State.

    **c.** If the other County or State will not extradite, the person will be released unless local charges exist. The circumstances will be documented in a Mobile Field Report.

**5.** Whenever a person is arrested on a Warrant, the arresting Officer will complete the following:

**a.** Review the computer printout to identify which Agency originated the Warrant.

   **(1).** If the Hollywood Police Department (HPD) originated the Warrant, the original case number will be used to document the arrest, and the Officer will complete a Supplemental Report. Warrants for Failure to Appear, Contempt of Court, and Violation of Probation are not HPD originated even though the HPD is listed as the originating Agency on the printout.

   **(2).** If the Warrant was originated by another Agency, a new case number will be obtained.

   The new case number will be generated as a Signal 18 for Felony warrant and Signal 19 for Misdemeanor warrant.

**b.** When a Member makes an Arrest whereby the only charges are for a Warrant and/or Capias, the Member will complete a Capias Arrest/Transport Information Form (see **Appendix K**) instead of a Probable Cause Affidavit. A Mobile Field Report is not required unless there is additional information regarding the incident that would be beneficial to document, or if force was required to make the arrest. The Capias Arrest Information Form will contain the following information:

   **(1).** Name, date of birth, race, and sex of the person arrested.

   **(2).** Date, time and location of arrest.

**(3).** Name of the arresting Officer.

**(4).** The Warrant number, date of issue, originating Agency, if known, and charges for which the Warrant was issued.

**c.** Members will attach the faxed copy of the FCIC/NCIC printout to the white copy of the Capias Arrest/Transport Information Form along with the yellow copy of traffic citations (if applicable) and submit them to the Broward Sheriff's Office Booking Deputy.

**d.** The yellow copy of the Capias Arrest/Transport Information Form, a copy of the FCIC/NCIC computer printout, and any other related paperwork will be deposited into the Data Entry Box located in the Records Section. Failure to submit the yellow copy of the Capias Arrest/Transport Information Form will result in a missing report. Teletype will forward the original FCIC/NCIC printout to the Records Unit.

**B. Transports for Probation and Parole**

When a Member transports a prisoner for the Department of Probation and Parole (and the Probable Cause affidavit is completed by the Department of Probation and Parole):

**1.** The Member will obtain a Hollywood Police Report Number for the Probation and Parole representative. Members will request from Dispatch a "Signal 14/AOA."

**2.** The Member will complete a Capias Arrest/Transport Information Form (see **Appendix K**) using the same Report Number for archival in Hollywood Police Records. This information will be entered into the LRMS database to enhance criminal intelligence.

**3.** The Member will deposit the Capias Arrest Information Form into the Data Entry box, located in the Records Section. Failure to submit this paperwork will result in a Missing Report.

**C. Arrest Warrant Information:**

The following information is provided to guide the proper entry and retrieval of Warrant information.

**1.** All arrest warrants issued in Broward County, including those for this Department, are entered into and cancelled from the local, FCIC, and NCIC computer databases by the Broward Sheriff's Office Warrants Section.

**2.** All arrest warrants entered into the computer databases contain the following information:

**a.** Subject's name, date of birth, race, and sex.

**b.** Subject's address, social security number, physical description (height, weight, color of hair, and eyes, scars, tattoos, etc.) if available.

**c.** Warrant number, date of issue, bond, Judge's name, and the charge.

**d.** Originating Agency.

**D. Filing Criminal Charges:**

Procedures for filing charges with the State Attorney's Office (SAO).

**1.** An Officer may direct file a felony charge with the Broward County State Attorney's Office. He cannot file a misdemeanor charge directly unless:

**a.** The Officer is the victim.

**b.** The Officer observed the misdemeanor.

**c.** The misdemeanor is one of the exceptions provided for in Florida State Statute. (Refer to the Florida Criminal Law Handbook, Florida Legal Guidelines, Misdemeanor Arrests).

**d.** The crime is against the County or a Municipality.

**2.** An Officer will file for an Arrest Warrant or Capias in the following manner:

**a.** An appointment will be made with the State Attorney's Office Case Filing Section to file Affidavits to secure an Arrest Warrant. In exceptional circumstances or emergencies, the SAO may accept the Affidavit on a walk-in basis.

**b.** Documents that must be submitted to the SAO when filing for a Warrant include:

**(1).** All Police reports, including any report written by other Officers, supplemental reports, and, if applicable, any traffic crash reports.

**(2).** FCIC/NCIC criminal history printout.

**c.** When an Officer files for an Arrest Warrant or Capias, he will complete a Supplemental Report stating the following information:

**(1).** The date the filing was initiated.

**(2).** The charge(s) that were filed.

**(3).** The name, date of birth, race, and sex of the person charged.

**(4).** How the filing was completed based on one of the following:

**(a).** Forwarded to the SAO.

**(b).** Filed directly by the Officer with an Assistant State Attorney (ASA).

**(5).** Any additional information obtained by the Officer that will aid in locating and/or identifying the wanted person.

**(6).** If the case is rejected by the SAO, and an Arrest Warrant or Capias is not issued, the filing Officer will report this information in a Supplemental Report.

**(7).** If the subject is arrested prior to the Warrant being entered into the computer system, the Officer making the arrest will __IMMEDIATELY__ contact the Intake Office of the SAO, notifying them of the following:

**(a).** Name of the person arrested.

**(b).** Date of filing for the Arrest Warrant or Capias.

**(c).** Name of the Officer who filed for the Arrest Warrant or Capias.

**(d).** Name of the ASA with whom the information was filed.

**d.** All Warrants issued in Broward County are issued by the Seventeenth Judicial Circuit Court, directed to, and executed by the Broward County Sheriff's Office pursuant to FSS 901.04.

**e.** A Hollywood Police Officer may arrest a person when he has knowledge that an Arrest Warrant has been issued. A Teletype confirmation of the Warrant is sufficient for knowledge, pursuant to FSS 901.15(4).

**f.** If the HPD initiates a Warrant, a copy of the Warrant will be delivered to the Broward County Sheriff's Office and a copy retained by the HPD Records Section. Personnel in the BSO Warrants Section will be advised at this time whether HPD will attempt to effect the arrest. If the Warrant is from another County or State, it will be executed only if that Agency will extradite the subject, and with Supervisory approval.

**g.** Hollywood Police Officers will assist Law Enforcement Officers and Court Officers from other jurisdictions with serving and executing criminal process within the City of Hollywood, when requested.

**h.** When Hollywood Police Officers obtain an Arrest Warrant, the following guidelines will apply:

**(1).** Upon effecting the arrest, all required forms will be completed and routed accordingly.

**(2).** A Supplemental Report will be completed if the Arrest Warrant was issued on a previously assigned case number.

**VI.  NOTICE TO APPEAR [2.04]**

A Notice to Appear (NTA) (see **Appendix C**) may be issued as an alternative to a physical arrest for persons charged with first and/or second degree misdemeanors or violations of City and/or County Ordinances.

**A.  A Notice to Appear may be issued for the following misdemeanor offenses:**

**1.** All City of Hollywood Municipal Ordinances;

**2.** Battery - Simple (No visible signs of injury);

**3.** Beverage Law Violations;

**4.** Criminal Mischief;

**5.** Disorderly Conduct / Disorderly Intoxication;

**6.** Fireworks Violations;

**7.** Fraudulently Obtaining Food or Lodging;

**8.** Gambling/Bookmaking/Slot Machine Offenses (Misdemeanor);

**9.** Littering (Misdemeanor);

**10.** Loitering & Prowling;

**11.** Pawnshop/Secondhand Dealer/Precious Metal Dealer Violations;

**12.** Petit Theft / Misdemeanor Fraud and Credit Card Offenses;

**13.** Possession of Cannabis / Misdemeanor Drug Offenses;

**14.** Possession of Drug Paraphernalia;

**15.** Possession of Tobacco (Juvenile);

**16.** Prostitution, Assignation, Lewdness / Exposure of Sexual Organs;

**17.** Theft of Utility or Cable TV;

**18.** Trespass;

**19.** Unlawful Use of False Name or Identity (Obstruction);

**20.** Weapons Offenses (Misdemeanor-except Improper Exhibition of Weapon);

**B. Process:**

An Officer may issue a Notice to Appear in lieu of a physical arrest, provided the following criteria is met:

**1.** The Arrestees continued liberty does not pose an unreasonable safety risk to others.

**2.** The Arrestee is not wanted by another jurisdiction or on other charges.

**3.** The Arrestee is able to provide positive identification.

**4.** The Arrestee must be a Broward County resident.

**5.** The Arrestee does not have a history of failing to respond to past Notices.

**6.** All requisite information is noted on the NTA, including the case number and appropriate court date (e.g. F.S.S. Wednesdays @ 1:30 PM and City of Hollywood Municipal Ordinance Tuesdays @ 1:30 PM).

**7.** An accused who has been properly identified and refuses to provide sufficient information or sign a Notice to Appear will be arrested, transported, and booked into the BSO main jail.

**8.** Once all the above is met and the Arrestee has signed the NTA, the GOLD copy, or copy # 3, will be provided to the Arrestee.

**C. Issuance to Juveniles:**

It is the policy of the Department not to issue NTA's to juveniles unless the offense is a Tobacco Law Violation as provided for in FSS 569.11.

Any other NTA issued to a juvenile requires the approval of a Supervisor.

**D. Reporting Requirements:**

Notice to Appears will be submitted legibly and completely in their entirety as illustrated in the Department's Virtual Lineup. In addition to the issuance of a Notice to Appear, the issuing Officer will complete the following accompanying reports.

1. The Hollywood Police Department Arrest Checklist (see **Appendix J**) will be attached to the three remaining NTA copies, along with all applicable Victim/Witness affidavits and forms prior to routing.

2. Assisting Officers required to complete a supplemental report and/or arresting Officers needing additional space to list additional offenses, co-defendants, victim/witnesses and/or narrative space, will use the Post Incident Supplemental Report/Continuation Form and mark appropriately.

3. Prior to submitting NTAs to the Records Section / Data Unit, supervisory review and approval is necessary as provided in **SOP #216 Patrol Functions and Responsibilities, Section III, C, 2.**

4. A Hollywood Property form and/or BSO Lab form will be submitted, when applicable.

5. A Mobile Field Report is not required, but may be completed at the Member's discretion to document additional information that would be beneficial at trial.

E. **Court Date Change Notification For NTA:**

Members of the Case Filing Unit will review the Court dates listed on NTA's for accuracy.  They also receive notices from the Clerk of the Court of any Court date changes. When a Court date on an NTA is inaccurate and/or needs to be changed the following procedures will be followed:

1. The Case Filing Unit will notify the Officer by sending them a Missing Report Notification Form (see **SOP# 157 Appendix E**) advising them that an NTA Court date needs to be corrected.

2. The Officer will respond to Case Filing and correct the Court date on the NTA.

3. The Officer will fill out the NTA Court Date Change Letter (see **Appendix I**).

4. The Officer will prepare an envelope for mailing to the Defendant.

5. The Officer will make one copy of the NTA Court Date Change Letter and return it along with the original letter and the envelope to Case Filing.

   a. Case Filing will mail the original letter indicating the Court date change to the defendant.

   b. The copy will be placed into the incident file.

**VII. MISCELLANEOUS ARRESTS**

A. **Arrest of School Members:**

The following procedures will be followed when a school Member is arrested.

1. Whenever any Member of the School District or other educational provider, which includes private elementary and secondary schools, is charged with any of the following offenses the Special Investigative Unit (SIU) of the School Board of Broward County or the Administrator of the private school will be notified:

   a. Any felony.

   b. A misdemeanor involving the abuse of a minor child.

   c. The sale or possession of a controlled substance.

   d. A crime involving a lewd and lascivious act.

   e. Prostitution.

**2.** The arresting Officer will forward a copy of the Probable Cause Affidavit to the Youth Services Section by the end of his shift.

**3.** The Youth Services Section will be responsible for notifying the Broward County School Board's SIU or the Administrator of a private school of the arrest within 48 hours.

**4.** The Youth Service Section will be responsible for gathering all pertinent Police reports and forwarding them to the Broward County School Board's SIU or Private School Administrator.

**B. Illegal Aliens:**

Only the appropriate Federal Authorities may determine the legal status of aliens in the United States. Except for aliens with Consular immunity, all aliens are subject to arrest for violation of State Law, County and City of Hollywood Ordinances; however, Hollywood Officers will not arrest individuals for violation of the United States Immigration Laws.

**1.** If, during normal performance of duties, an Officer encounters an individual in apparent violation of the United States Immigration Laws, the U.S. Border Patrol is to be advised.

**2.** If directed by Federal Authorities, the individual will be detained pending the arrival of a Federal Official to effect the arrest.

**C. Arrests of Governmental Members:**

Officers who arrest any individual known to be, or identifying himself as: a Broward County or Local Municipal Official/Member, or a U.S. Government or State of Florida Law Enforcement Officer, will immediately notify a Supervisor.

**D. Arrests aboard Foreign Vessels:**

While aboard a ship flying a foreign flag, people aboard will be considered on foreign territory. Officers may not make arrests aboard a ship flying a foreign flag; however, Members may accomplish the following:

**1.** Members may go aboard the vessel at the request of the Captain for assistance.

**2.** If Members of a foreign vessel are subjects in a crime, an Officer may go aboard the vessel for conferring with the Captain and obtaining additional information.

**3.** The FBI and U.S. Customs will be contacted for further guidance and assistance, if required.

**E. Arrests aboard Military Vessels:**

Officers are permitted to go aboard a United States Military vessel in the following circumstances:

**1.** At the request of the Captain to render assistance, or

**2.** If a member of the Military vessel is a subject in a crime, the Officer may go aboard the vessel to confer with the Captain and obtain additional information.

**3.** In the case of Non-Military United States registered vessels, Officers have the same authority aboard the ship as on land.

**F. Arrests on Federal Property:**

Members do not have legal authority to investigate or prosecute crimes on Federal property. Should an Officer be requested by a Federal jurisdiction to assist them in regards to an incident occurring on Federal property or observes a crime occurring on Federal property, the Member will notify the Dispatcher of the nature and location of the incident and contact the highest ranking Officer in charge of the Federal property prior to taking any action, if possible.

## VIII. ARREST REPORTING REQUIREMENTS

### A. Adult Arrestees:

The arresting Officer will be responsible for the following reports.

1. **Probable Cause Affidavit (see Appendix E):** A Probable Cause Affidavit must be completed for each person arrested.

2. **Supervisory Approval:** Probable Cause Affidavits for felony charges must be reviewed and signed by a Supervisor.

3. **Arrest Packages:** The arresting Officer is responsible for assembling and routing an arrest package for prosecution purposes. This arrest package consists of the following:

   a. **Signed and Notarized:** Two (2) copies of the Probable Cause Affidavit must be signed and notarized by a Law Enforcement Officer.

   b. **Probable Cause Affidavit Copy:** The arresting Officer will take the original P.C. and transport it along with Adult Arrestee to BSO Main Jail. Two (2) copies of the original Probable Cause Affidavit will be made. All applicable Forms, Affidavits, Citations, etc. will be attached prior to its routing.

   c. **Hollywood Police Department Arrest Checklist:** The Hollywood Police Department Arrest Checklist will be attached to the package.

   d. **Routing:** The arresting Officer will personally deliver and deposit the arrest package into the Records Section Data Drop Box.

4. **Mobile Field Report:** Mobile Field Reports must be completed for all arrests.

### B. Juvenile Arrestees:

The arresting Officer will be responsible for following reports:

1. **Juvenile Transcript (see Appendix F):** Required for all misdemeanor and felony arrests.

2. **Arrest Packages:** The arresting Officer is responsible for assembling and routing an arrest package for prosecution purposes. This arrest package consists of the following:

   a. **Signed and Notarized:** Two (2) copies of the Juvenile Transcript must be signed and notarized by a Law Enforcement Officer.

   b. **Juvenile Transcript Copies:** The arresting Officer will take the original Juvenile Transcript and transport it along with the Juvenile to the receiving Detention Facility. Two (2) signed and notarized copies with all applicable Forms, Affidavits, Citations, etc. will be attached to the package prior to its routing. (See Section VIII.A.3.e)

   c. **Hollywood Police Department Arrest Checklist:** The Hollywood Police Department Arrest Checklist will be attached to the package.

   d. **Waiver of Speedy Trial:** If the arrestee is being referred to Teen Court, he must sign a Waiver of Speedy Trial, which will be added to the package (see **SOP# 252 JUVENILES - Appendix B**). The package will be faxed to the Teen Court's referral number, (954) 831-1296, and then forwarded to the Records Section.

   e. **Routing:** The arresting Officer will personally deliver and deposit the arrest package into the Central Records Data Drop Box.

3. **Mobile Field Report:** Mobile Field Reports must be completed for all arrests, except Capias/Warrant arrests.

## IX. ALTERNATIVES TO ARREST [2.04]

There may be instances when a crime may occur and no physical arrest will be made. Law, Departmental Policy, and the facts of the situation will guide a Member in making the discretionary decision to arrest. Even when an arrest is permissible, the following alternatives may be employed, as the Officer deems suitable.

### A. Baker Act:

For Baker Act procedures see **SOP# 212 Baker Act**.

### B. Marchman Act:

For Marchman Act procedures see **SOP# 211 Marchman Act**.

### C. Homeless Assistance:

For Homeless Assistance procedures see **SOP# 206 Homeless Assistance**.

### D. Traffic Citations:

Traffic Citations may be issued in lieu of an arrest for certain violations when deemed in the best interest of the Department.

### E. Notice to Appears:

See Section VI of this SOP.

### F. Additional Alternatives:

Additional alternatives to arrest may include:

1. Issuing a verbal warning for minor offenses.

2. Informal problem resolution.

3. Referring a subject to a community service organization.

4. Releasing a juvenile to the custody of a parent or legal guardian.

5. Referring a juvenile to a juvenile diversion program. Referral programs are outlined in **SOP# 252 JUVENILES**.

## X. SEARCHING ARRESTEES

### A. General Guidelines:

The following procedures apply to the search of arrested/detained persons.

1. The person arrested, and the area within the person's immediate presence, may be searched for the purpose of:

   a. Officer safety;

   b. To prevent escape; and

   c. To discover the fruits of the crime.

2. An Officer making a Lawful search without a warrant may seize all instruments, articles, or things discovered on the person arrested or within their immediate control.

3. If custody of an Arrestee is transferred from one Officer to another, each Officer will conduct his own thorough search of the Arrestee.

4. Searches will only be conducted by Officers of the same sex as the Arrestee, unless exigent circumstances dictate otherwise.

   a. If the Officer and the Arrestee are of the opposite sex, the Officer may conduct a discreet pat down for Officer safety.

   b. As soon as practical, a proper search by an Officer of the same sex will be conducted.

5. Care will be used in searching Prisoner/detainees pockets, which may

contain needles, razors or other sharp objects.

**B. Strip Searches:** [2.03]

A strip search requires an arrested person to remove or arrange some or all of his clothing to permit a visual or manual inspection of the genitals, buttocks, anus, breasts (in the case of a female) or under garments of such person.

1. Strip searches will only be conducted in accordance with FSS 901.211. [1.2.8B]

2. Strip searches will only be conducted with the prior written approval of the Shift Lieutenant. Officers requesting authorization for a Strip search will complete the Strip/Body Cavity Search Authorization Form (see **Appendix G**). [1.2.8A] [1.2.8C]

3. Strip searches will not be conducted outside the BSO Main Jail, except under extraordinary circumstances.

4. The authorizing Shift Lieutenant will forward the signed Strip/Body Cavity Search Authorization Form to the Internal Affairs Unit for archiving.

**C. Body Cavity Searches:** [2.03]

Members of the Hollywood Police Department will not perform a body cavity search.

1. The prior written authorization of the On-duty Shift Lieutenant is required before a body cavity search is conducted. [1.2.8A]

2. Body Cavity searches will only be conducted in accordance with FSS 901.211. [1.2.8B]

3. Only appropriate medical personnel at Memorial Regional Hospital will perform body cavity searches. [1.2.8B]

4. Officers requesting a body cavity search will complete the Strip/Body Cavity Search Authorization Form (see **Appendix G**). [1.2.8C]

**XI. PHYSICAL RESTRAINTS**

**A. Handcuffing Prisoners/Detainees:** [29.07]

All prisoners/detainees will be searched and handcuffed when physically arrested and while being transported.

1. Steel handcuffs will be used because of their speed of application and superior control. The exception will be the use of Flex Cuffs as a supplement, as in the case of multiple arrests.

2. The suspect will always be handcuffed with hands behind the back unless a physical handicap makes it impractical.

3. Handcuffs will be applied tight enough to guarantee control of the arrestees hands, but not so tight as to cause undue discomfort or trauma.

4. Handcuffs will always be double locked to prevent against accidental tightening.

5. Care should be taken when restraining disabled, sick, injured, intoxicated, drug impaired, and mentally disturbed persons so as not to complicate or compound their condition.

6. Positional Asphyxia is a phenomenon which some forensic pathologists have associated in the sudden death of some inmates who have been restrained in a prone position with their hands cuffed behind their back.

   a. In civil actions, Courts have held the Municipality, Department and Officer civilly liable for the deaths of persons in custody when they are restrained in such a position.

**b.** In cases involving violent prisoners/detainees, mentally ill patients, intoxicated or drug impaired persons it is often necessary to subdue the person, as soon as possible, without regard for ideal positioning.  In such cases, the Officer will make every effort to place the person in an upright position as soon as the situation allows avoiding the possibility of Positional Asphyxia.

**7.** Any situation requiring restraints other than normal handcuffing, ankle-cuffing and/or Hobble use procedures will be documented in a Mobile Field Report, and/or Response to Resistance Report, if applicable.

**B. Special Restraints and Restraint Exceptions:** [29.07]

**1. Special Restraints:**

Ankle-cuffs, flex-cuffs, hobbles, or other types of additional or supplemental restraints may be used in the following situations:

**a.** On prisoners/detainees who pose an escape risk.

**b.** On prisoners/detainees who are physically incapable of being handcuffed.

**c.** On prisoners/detainees displaying violent tendencies while in custody.

**d.** For Officer safety purposes.

**e.** For additional security.

**f.** To prevent the prisoner/detainee from self-inflicted injuries.

**g.** To prevent prisoners/detainees from damaging City property, i.e. the Police vehicle.

With the exception of routine use of handcuffs, flex-cuffs, ankle-cuffs, and/or a Hobble for the purposes of Officer Safety and/or additional security, Officers will document the use of any Special Restraints in the Mobile Field Report.

**2. Restraint Exceptions:**

The arresting Officer will make an effort to determine if the prisoner/detainee has any disability, illness or injury that may require Special Restraints or no restraints.

**a.** If any of these conditions dictate that a prisoner/detainee not be restrained or be restrained in a manner other than described in this SOP, the Officer will advise a Supervisor.

**b.** The use of Special Restraints or No Restraints due to these conditions will be documented in the Mobile Field Report.

**XII. SUPERVISING PRISONERS/DETAINEES**

Member Accountability

Accountability for the security of a prisoner/detainee will rest with the Officer who places the prisoner/detainee into custody or to whom the transfer of the prisoner/detainee is given (i.e. Officer to Officer).

At no time will a prisoner/detainee be left unsupervised, unless being placed inside an interview room (see **SOP #244 Interview Rooms**).

**XIII. TRANSPORTING PRISONER/DETAINEES**

**A. Search of Prisoners/Detainees Prior to Transport:** [29.02]

All prisoners/detainees will be searched for weapons and contraband prior to being placed in the Police vehicle and transported.  This requirement applies to all transports including transfers from other Officers and Agencies.

**B. Transporting Prisoners/Detainees to a Medical Facility, Court, Hollywood Police Department, or other Law Enforcement Agency: [29.06A-E]**

1. Upon leaving the arrest location, Officers will transport all prisoners/detainees directly to the receiving facility, unless approval from a Supervisor. See **Section XII. L.** for further exceptions.

2. When Officers deliver prisoners/detainees to a receiving facility, to include, Medical Facility, Court, Hollywood Police Department, or other Law Enforcement Agency, upon arrival they will adhere to the following procedure:

    a. **Securing Weapons:** All weapons, to include: firearms, ammunition, aerosol chemical agent, knives, Taser, intermediate weapons, and flashlights, will be secured in either the locked trunk of the Police vehicle or in a gun locker, provided by the facility. **[29.06A]**

    b. **Removing Restraining Devices:** Restraining devices will not be removed from the prisoner/detainee unless: **[29.06B]**

    c. The prisoner/detainee is within a secured facility.

    d. There is a transfer of custody to another Officer or receiving facility.

    e. **Documentation Delivered to the Receiving Officer:** All required documentation will be delivered along with the prisoner/detainee to the Receiving Officer or Facility (i.e. arrest affidavits, prisoner property receipts, medical release, etc.). **[29.06C]**

    f. **Written Documentation Detailing the Prisoner/Detainee Transfer:** The transfer of a prisoner/detainee will be document-

ed on a Mobile Field Report detailing: **[29.06D]**

    g. Date/Time of transfer.

    h. Location of transfer.

    i. Name of person receiving the transfer.

    j. Circumstances of the transfer.

    k. **Advising Receiving Agency Personnel of any Potential Medical or Security Hazards:** The arresting/transporting Officer will verbally notify the Receiving Facility Personnel of any potential medical or security hazards and document the hazards on the arrest affidavit and/or in the Mobile Field Report. **[29.06E]**

**C. Transporting Prisoners/Detainees of the Opposite Sex: [29.01A]**

Procedures for transporting persons of the opposite sex:

1. Prisoner/detainees of the opposite sex arrested for unrelated crimes will not be transported together unless the vehicle has been specifically modified to accommodate this type of transportation.

2. Any time an Officer transports a prisoner/detainee of the opposite sex, the Officer will advise the Dispatcher of the transportation destination and vehicle mileage prior to the transport and again upon arrival at the final destination.

**D. Transporting Sick, Disabled or Injured Prisoners/Detainees Prior to being received by the BSO Main Jail: [29.01B]**

The following procedure will be adhered to when a transporting a sick, disabled, or injured prisoner/detainee prior to reception at the BSO Main Jail.

1. Hollywood Fire Rescue may be requested to treat any prisoner/detainee who displays evidence of, or complains of any injury or illness.

2. The prisoner/detainee will be transported to Memorial Regional Hospital or Memorial Regional South Hospital for examination and treatment. However, Memorial Regional South Hospital is not equipped to handle the following in-custody subjects: Baker Act/Psychiatric patients, Juveniles, or any patient suspected to have internal injuries and/or head trauma; such individuals will be transported to Memorial Regional Hospital.

3. The prisoner/detainee must receive medical clearance prior to transportation to the BSO Main Jail.

   a. The medical clearance form should state that the prisoner/detainee has been medically cleared to be taken to jail.

   b. This form will be attached to the Arrestees Probable Cause Affidavit.

4. If the Police vehicle is not suitable for transporting a sick or injured prisoner/detainee, the Hollywood Detention Van may be used. In case of a severe injury, the person will be transported to the Hospital by Fire Rescue.

5. Situations involving persons who are visibly injured or complaining of injuries which occurred prior to Police contact will be documented in a Mobile Field Report.

6. Situations involving persons who self-inflict injuries after Police contact will be documented in a Mobile Field Report.

**E. Transporting Sick, Disabled or Injured Prisoners/Detainees Following Acceptance by the BSO Main Jail: [29.01B]**

When a prisoner/detainee becomes sick, disabled or injured after being accepted by the BSO Main Jail (acceptance is when the Officer has completed and signed the Probable Cause Affidavit over), BSO is responsible for medical transportation.

**F. Security Procedures for Hospital Transports or Admissions: [29.05]**

The Shift Lieutenant is responsible for coordinating and ensuring that all appropriate security procedures are implemented.

1. All prisoners/detainees held on felony charges receiving treatment at the hospital will be guarded in person by the Arresting Officer until medical clearance is received or the prisoner/detainee is released to the custody of BSO. The Shift Lieutenant may direct other Officers to assume guard duties as necessary.

2. Once a prisoner/detainee is admitted to the hospital, the Broward County Sheriff's Office will be requested to assume custody.

3. Non-violent persons arrested for misdemeanor charges or other minor violations do not require a Police guard.

   a. With Supervisory approval, the arresting Officer may initiate a "Police Hold" or,

   b. A Notice to Appear may be issued, providing the appropriate NTA requirements have been met.

4. Violent prisoners/detainees will be handcuffed and guarded at all times.

**G. Transporting Handicapped/Disabled Prisoners/Detainees: [29.01B]**

Transporting a physically handicapped prisoner/detainee frequently dictates that special care and attention be provided to the person's needs and physi-

cal limitations. Recognizing this, the Department has adopted the following procedures:

1. A handicapped prisoner/detainee who requires the use of a wheel chair, crutches or prosthetic device may be transported in a Police vehicle, as long as the Officer is satisfied that the transport can be accomplished safely for both the Officer and the prisoner/detainee.

   a. Officers will use due care placing a handicapped prisoner/detainee in a vehicle.

   b. The wheelchair, crutches, or prosthetic device will be secured by the transporting Officer and transported with the prisoner/detainee.

2. Persons with disabilities who cannot be transported by a Police vehicle will be transported by Fire Rescue.

**H. Transporting Pregnant Females:** [29.01A]

When an Officer arrests a pregnant female, the Officer will transport the female to the BSO Main Jail.

Pregnant Juveniles must be medically cleared prior to transport to the Juvenile Assessment Center (JAC).

**I. Transporting Violent Prisoners/Detainees:** [29.01D]

The following procedures address the transport of violent prisoners/detainees

1. All violent prisoner/detainees will be appropriately restrained in order to minimize safety risks and prevent damage to the Police vehicle.

2. Whenever possible, the Detention Van will be utilized.

3. Officers will notify the Communications Center that they are transporting a violent prisoner/detainee. Of-

ficers may opt for one of the following options:

   a. Request another Officer accompany them in the transport vehicle.

   b. Request another Officer follow in a separate vehicle.

   c. Request appropriate back-up support at the location of final destination.

**J. Transporting Juvenile Prisoners/Detainees:** [29.01C]

The following procedures address the transport of juvenile prisoners/detainees

1. The Officer may transport the juvenile to the Juvenile Assessment Center (JAC) for processing.

2. Juvenile prisoner/detainees will not be transported with adults. The safety of the juvenile will be the main concern.

3. Juveniles arrested for the same offense may be transported together unless this procedure would hinder investigative efforts.

4. If a juvenile cannot be released to a parent, legal guardian, or other responsible adult relative, the juvenile will be transported to the Juvenile Assessment Center (JAC).

**K. Juvenile Prisoner/Detainee Processing:**

When a juvenile prisoner/detainee is transported to the Juvenile Assessment Center (JAC) the juvenile will be photographed and fingerprinted by JAC personnel.

1. The photographing of Juveniles by Officers is permissible under any circumstance that would justify the photographing of an adult.

**L.   Rendering Assistance to Others While Transporting Prisoners/Detainees. [29.03]**

The following procedures govern the rendering of assistance while transporting prisoner/detainees.

1.   An Officer transporting a prisoner/detainee is generally prohibited from responding to routine or non-emergency requests for assistance.

2.   If emergency or exigent circumstances exist, an Officer transporting a prisoner/detainee may respond to provide immediate assistance, provided:

    **a.**   The transporting Officer maintains custody and control of the prisoner/detainee.

    **b.**   The prisoner's/detainee's safety is not placed into jeopardy.

3.   The Officer will clear the scene and continue the transport of the prisoner/detainee once another Officer arrives on scene to render assistance and/or the situation is rendered safe.

4.   Officers transporting prisoners/detainees are strictly prohibited from involvement in vehicular pursuits.

**XIV.   PRISONER/DETAINEE ESCAPES**

**A.   Escape During Transport Within Hollywood's Jurisdiction: [29.04A,C]**

The following procedures will be followed if a prisoner/detainee escapes during transport within Hollywood's jurisdiction:

1.   The transporting Officer will immediately advise the Communications Center and provide the following information: **[29.04A]**

    **a.**   Subject's name and a full physical description (height, weight, sex, race, eye and hair color and length, clothing and any distinguishing characteristics).

    **b.**   Direction of travel.

    **c.**   Charge.

    **d.**   Time delay.

    **e.**   Whether the prisoner/detainee is handcuffed or armed.

2.   Communications Center Personnel will immediately broadcast a BOLO on all available radio groups and notify a Patrol Division Supervisor. **[29.04A]**

3.   The Supervisor will respond to the scene and ensure the following actions are completed: **[29.04C]**

    **a.**   Establish a perimeter and coordinate a search for the escapee.

    **b.**   Determine the number and type of Units required for the search.

    **c.**   Determine what, if any threat the escapee poses to the community.

    **d.**   Determine if evacuation or notification should be given to the public.

    **e.**   Notify Command Staff Personnel as deemed appropriate. **[29.04A,C]**

    **f.**   The Supervisor will make the decision when to discontinue the search.

**B.   Escapes During Transport Outside Hollywood's Jurisdiction: [29.04A,C]**

If the escape occurs outside Hollywood's jurisdiction, the appropriate procedures outlined above will be followed. In addition,

1.   Hollywood Police Communications Center Members will immediately

notify the effected jurisdiction. **[29.04A]**

2. All action taken will be coordinated with the affected jurisdiction. **[29.04C]**

   a. A Hollywood Police Supervisor and the effected jurisdiction's Ranking Member on scene will decide the search parameters.

   b. Laws pertaining to fresh pursuit apply and arrests can be made outside the Department's jurisdiction.

C. **Documenting the Escape:** **[29.04B]**

The following procedures will be followed:

1. If the prisoner/detainee is recaptured, the Officer in control and custody of the prisoner/detainee at the time of the escape will:

   a. Amend the Probable Cause Affidavit adding the charge of Escape.

   b. Complete a Mobile Field Report.

   c. Any Officer directly involved in the recapture will complete a Supplemental Mobile Field Report.

2. In the event the escapee is not recaptured, the Officer having control and custody of the prisoner/detainee at the time of the escape will:

   a. Complete a Mobile Field Report documenting the occurrence.

   b. Complete a "Not In Custody" Probable Cause Affidavit, adding the charge of Escape.

   c. Ensure that a Statewide/Countywide BOLO is broadcast in the appropriate format.

## XV. DEFINITIONS:

A. **ARREST CAPIAS:**

An Order of Arrest signed by the Clerk of the Court upon the Order of a Judge, or Information filed by the State Attorney's Office.

B. **ARREST WARRANT:**

An Order of Arrest signed by a Judge.

C. **CIVIL SANCTIONS:**

A civil form of punishment, usually a fine or other form of intervention such as an Injunction.

D. **COMPENSATORY DAMAGES:**

Money awarded to reimburse actual costs, such as medical bills and lost wages. Also awarded for things that are difficult to measure, such as pain and suffering.

E. **CRIMINAL SANCTIONS:**

An actual punishment, usually a fine or jail term.

F. **DISCRETION:**

The authority to make decisions within legal boundaries using personal judgment. Use of discretion is guided and framed by Law, policies, rules, procedures, training, and supervision.

G. **EXIGENCY:**

A volatile or emergency situation requiring immediate response.

H. **FOREIGN NATIONAL:**

A Citizen or Alien Resident of a foreign country.

I. **FRESH PURSUIT:**

Refer to Section 901.25, Florida Statutes.

**J.  INJUNCTION:**

A Court Order that prohibits a party from doing something (restrictive injunction) or compels them to do something (mandatory injunction).

**K.  NOMINAL DAMAGES:**

An insignificant amount of money awarded to a victim.

**L.  PUNITIVE DAMAGES:**

Money awarded to a victim that is intended to punish a defendant and stop the person or business from repeating the type of conduct that caused the award.  Also intended to deter others from similar conduct.

**M.  RECEIVING FACILITY:**

Receiving Facility refers to any facility that accepts prisoners/detainees, to include, medical facility, court, Hollywood Police Department, or any other Law Enforcement Agency.

APPROVED BY:

**03/22/2013**

**Vincent R. Affanato                      Date**
**Office of the Police Chief**

**ATTACHMENTS:**

- **Appendix A:**  Hollywood Police Department Release and Waiver Form.

- **Appendix B:**  Fax Cover Sheet

- **Appendix C:**  Notice to Appear.

- **Appendix D:**  Hollywood Police Department Affidavit.

- **Appendix E:**  Adult Probable Cause Affidavit.

- **Appendix F:**  Juvenile Transcript.

- **Appendix G:**  Strip/Body Cavity Search Form.

- **Appendix H:**  Juvenile Booking Photo Card.

- **Appendix I:**  Court Date Change Notification.

- **Appendix J:**  Hollywood Police Department Arrest Checklist.

- **Appendix K:**  Capias Arrest/Transport Information Form



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## RELEASE AND WAIVER FORM

I, _____ on behalf of myself, my heirs,

and assigns, do hereby freely and voluntarily waive any and all claims I may have or

subsequently acquire against the City of Hollywood, Broward County, Florida, its Police

Department and any and all employees thereof, for all claims which may arise as a

result of actions occurring on _____

_____

**Dated**

_____          _____

**Witness**                                                          **Signature**

_____

**Witness**

Sworn to and Subscribed before me this _____ day of _____, 2_____

_____

NOTARY PUBLIC/POLICE OFFICER

# FAX COVER SHEET



## HOLLYWOOD POLICE DEPARTMENT

3250 Hollywood Blvd. Hollywood, FL. 33021
954-967-4300

**To:** Embassy of _____, Washington, D.C.

**OR**

Consulate of _____, _____, _____
         Country        City       State

**From:** Name: _____

   Office: _____

   Address: _____ City: _____ State: _____ Zip: _____

   Telephone: (_____) _____ Fax: (_____) _____

**Subject:  NOTIFICATION OF ARREST/DETENTION OF A NATIONAL OF YOUR COUNTRY**

We arrested/detained the following Foreign National, whom we understand to be a National of your Country, on _____.
                 Date

Mr./Ms. _____

Date of Birth: _____ Place of Birth: _____

Passport Number: _____

Date of Passport Issuance: _____ Place of Issuance: _____

To arrange for Consular access, please call (_____) _____ between the hours of _____ and _____. Please refer to Case Number_____ when you call.

**COMMENTS:**

IN THE COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA
NOTICE TO APPEAR & INITIAL DISCOVERY EXHIBIT

Agency: Hollywood PD
City: Hollywood
AGENCY CASE #: R33

(Notice to Appear form — Hollywood PD)



IN THE COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA
NOTICE TO APPEAR & INITIAL DISCOVERY EXHIBIT

Agency/City: Hollywood PD
Hollywood
AGENCY CASE #: R33

(Notice to Appear continuation form — Hollywood PD)

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix C Notice to Appear.doc

Page 1 of 1
Appendix C SOP #203

# HOLLYWOOD POLICE DEPARTMENT
## AFFIDAVIT

**STATE OF FLORIDA** ) ss

**COUNTY OF BROWARD** )

I, _____, having been first duly sworn, state

that the facts contained in Hollywood Police Report, Case Number _____,

consisting of _____ pages, wherein the defendant _____

is being charged with the offense of _____ is true and

correct to the best of my knowledge.

_____          _____
            AFFIANT                                    DATED

Sworn to and Subscribed before me this _____ day of _____, 2_____

_____
NOTARY PUBLIC/POLICE OFFICER

Printed date/time:  9/18/2012 8:43 AM

## Probable Cause Affidavit

Page 1 of 1

| Broward county arrest#: | | Police report#: | | OBTS#: | |
|---|---|---|---|---|---|

| Filing agent:<br>HOLLYWOOD POLICE DEPARTMENT | Offense report: | Local ID#: | FDLE: | FBI#: | SSN: |
|---|---|---|---|---|---|

| Defendant's last name: | First: | Middle: | Suf: | Alias/street name: | Citizenship: |
|---|---|---|---|---|---|

| Race: | Sex: | Hgt: | Eye color: | Hair color: | Wgt: | Comp: | Age: | DOB: | Birth place: | Scars/marks/tattoos: |
|---|---|---|---|---|---|---|---|---|---|---|

| Permanent address: | Local address: |
|---|---|

| Residence type: | Place of employment: | Length: |
|---|---|---|

| How long defendant in Broward county: | Breathalyzer by/CCN: | Reading: | Place of arrest: | Arrest date/time:<br>/ | Arresting officer/CCN: |
|---|---|---|---|---|---|

| Officer injured:<br>☐ Y    ☐ N | Unit: | Zone: | Beat: | Shift: | Unit transporting prisoner: | Transporting officer/CCN: | Pick-up time: |
|---|---|---|---|---|---|---|---|
| | | | | | | | Time arrived at BSO: |

**Attach defendant's photo**

| Defendant's vehicle: | Year: | Make: | | Type: |
|---|---|---|---|---|
| Color: | | | VIN: | |
| Vehicle towed to: | | | Tag#: | |
| Other identifiers or remarks: | | | | |

| Name of victim (if corporation exact legal name and state of incorp.): | Address: | Phone#: |
|---|---|---|

| Count#: | Offenses charged: | Citation#: | F.S.# or Capias/warrant#: |
|---|---|---|---|

# PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared         who being first duly sworn deposes and says that on the         day of at         (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

I swear the above statement is correct and true to the best of my knowledge and belief.

State of FLORIDA         County of BROWARD

The following instrument was acknowledged before me this _____ day of _____, 20_____,

who is personally know to me or who has produced (ID type) _____ as identification

and who _____ take and oath.

　　　　　DID OR DID NOT

_____        _____
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY        TITLE OR RANK/CCN

**Printed date/time:**  9/18/2012 8:43 AM

## Juvenile Transcript
## Broward County Florida

**Police report#:**                                                                                    **OBTS#:**

---

**Offender's last name:**                          **First:**                  **Middle:**
**Address:**                                                                    **Phone#:**
**Parent name:**                                                **Hgt:**           **Weight:**        **Hair color:**
**Address/phone#:**                                             **Sex:**                              **Race:**
**Reaction of child:**                                          **Eye color:**                        **DOB:**
**Reaction of parent:**                                         **School:**                           **Grade:**
**Arresting officer/CCN:**                                      **Arrest d/t:**                       **Offense d/t:**
**Department/Phone#:**                                          **Citizenship:**
                                                                **Residence type:**
                                                                **Gang affiliation Y/N:**
                                                                **Gang name:**
                                                                **Release to:**                       **Date/time:**

---

| Count#: | Offenses charged: | Citation#: | F.S.# or Capias/warrant#: |
|---------|-------------------|------------|---------------------------|
|         |                   |            |                           |

---

## PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared       who being first duly sworn deposes and says that on the         day of
at          (crime location) the above named defendant committed the above offenses charged and the facts showing
probable cause to believe same are as follows:

---

I swear the above statement is correct and true to the best of my knowledge and belief.

State of FLORIDA          County of BROWARD

The following instrument was acknowledged before me this _____ day of _____, 20_____,

who is personally know to me or who has produced (ID type) _____ as identification

and who _____ take and oath.

              DID OR DID NOT


_____                    _____
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY                TITLE OR RANK/CCN

---

**CASE #:** _____



# HOLLYWOOD POLICE DEPARTMENT
## Strip/Body Cavity Search Authorization Form

In accordance with FSS 901.211, this shall authorize the conducting of a Strip/Body Cavity Search examination.  This Strip/Body Cavity Search is based upon Probable Cause to believe that the arrestee, detained at the Hollywood Police Department, has concealed evidence and/or contraband within his/her body cavities.

**Arrestee's Name:**                                        **Race      Sex        DOB**

_____     /      /
**Requesting Officer's Name:**                **Requesting Officer's Signature:**


_____
**Authorizing Shift Commander's Signature:**               **Date:**


_____
**Name of Hospital Personnel Performing Search:**

_____

**Type of Evidence/Contraband Found:**

☐  Weapon

☐  Controlled Substance

☐  Stolen Property

☐  Other:_____

**Note:**  Only those persons of the same gender as the arrested person shall perform or assist in the Strip/Body Cavity Search.  The search will not be observed by persons not conducting or assisting.

**Routing:**  The authorizing Shift Commander will forward this form to the Internal Affairs Unit.



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## JUVENILE BOOKING PHOTO CARD

**NAME:**

**DOB:**

**ARREST DATE:**

**ARREST NUMBER:**





## CITY of HOLLYWOOD, FLORIDA

POLICE  DEPARTMENT  •  3250 HOLLYWOOD BOULEVARD  •  ZIP 33021-6967

*"A Leading Force in Professional  Law Enforcement"*

Accredited by The Commission for Florida Law Enforcement Accreditation

**Chadwick E. Wagner**
Chief of Police

# COURT DATE CHANGE NOTIFICATION

Date:

To:

Dear _____:

The purpose of this notice is to inform you that the court date on your Notice to Appear citation #A_____ and Case # _____ has been changed to _____ at _____am/pm in room _____ at the South Satellite Courthouse, located at 3550 Hollywood Boulevard, Hollywood, Florida.

If you have any questions regarding this change of court date, you may contact the South Satellite Courthouse Clerk's Office, at (954) 831-6600.

Sincerely,

*Chadwick E. Wagner*

**Chadwick E. Wagner**
**Chief of Police**

*L. McKoy*

**L. McKoy**
**Case Filing Supervisor**

**Hollywood**
All-America City
2007

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

"An  Equal  Opportunity  and  Service  Provider  Agency"





# Hollywood Police Department Arrest Checklist



**All paperwork associated with an arrest will be submitted to the Data Unit on the same day of the arrest.  The Hollywood Police Department Arrest Checklist will be <u>completed and attached</u> to all arrest packages delivered to the Data Unit.  Not In Custody Probable Cause Affidavits will be submitted to Case Filing.  <u>This checklist shall be used as a guide to ensure all necessary paperwork is attached to and included in the arrest package.</u>**

**Case Filing has 18 days from the date of arrest to submit a complete package to the state attorney's office.**

## Arrest type:

❏ **Felony**    ❏ **Juvenile**    ❏ **Misdemeanor**    ❏ **Not In Custody**    ❏ **NTA**

Case Number: _____    DOA: _____

| | | | |
|---|---|---|---|
| Detective Contacted: | ❏ YES | ❏ NO | Detective: _____ |
| **(3)** copies of the arrest PC: | ❏ YES | ❏ NO | |
| **(signed and witnessed)** | | | |
| Call-in report: | ❏ YES | ❏ NO | Date_____ Time_____ |
| Supplement(s): | ❏ YES | ❏ NO | Badge #_____, _____ |
| FCIC/NCIC: | ❏ YES | ❏ NO | |
| Criminal History: | ❏ YES | ❏ NO | |
| Victim statement(s)/affidavit: | ❏ YES | ❏ NO | Taped____, Written____ |
| Witness statement(s): | ❏ YES | ❏ NO | Taped____, Written____ |
| Defendant statement(s): | ❏ YES | ❏ NO | Taped____, Written____ |
| Shoplifting report for NTA's: | ❏ YES | ❏ NO | |
| Store clerk(s) affidavit for NTA's: | ❏ YES | ❏ NO | |
| Officer affidavit for NTA's: | ❏ YES | ❏ NO | |
| Injunction/restraining order: | ❏ YES | ❏ NO | |
| 911 tapes requested: | ❏ YES | ❏ NO | Date_____ Time_____ |
| Trespass affidavit: | ❏ YES | ❏ NO | |
| Property Sheet: | ❏ YES | ❏ NO | |
| Traffic citations: | ❏ YES | ❏ NO | |
| DUI Traffic citation: | ❏ YES | ❏ NO | |
| DUI Report: | ❏ YES | ❏ NO | |
| DUI Refusal: | ❏ YES | ❏ NO | |
| FDLE DUI Forms: | ❏ YES | ❏ NO | |
| Affidavit of Measurement: | ❏ YES | ❏ NO | |
| Breathalyzer: | ❏ YES | ❏ NO | |
| Photocopy of Currency: | ❏ YES | ❏ NO | |

ADDITIONAL INFORMATION: _____

_____

Officer's Signature: _____    Sergeant's Signature: _____

Badge: _____    Badge: _____

**A SUPERVISORS SIGNATURE IS REQUIRED FOR ALL FELONIES**

_____



# HOLLYWOOD POLICE DEPARTMENT
# CAPIAS ARREST / TRANSPORT
# INFORMATION FORM

☐ Capias/Warrant Arrest      ☐ Probation/Parole Assist

| ARREST #:<br>**HW** | REPORT NUMBER<br>**R3307-** |
|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| | | |

| RACE | SEX | AGE | DATE OF BIRTH | HOME ADDRESS |
|---|---|---|---|---|
| | | | | |

| DATE OF ARREST | TIME | LOCATION OF ARREST<br>or PROBATION PICKUP |
|---|---|---|
| | | |

| ARRESTING OFFICER<br>or AGENT | IDN# | AGENCY          SQUAD # |
|---|---|---|
| | | |

| FILL IN<br>APPLICABLE<br>BOXES | CAPIAS / WARRANT<br>WC# | COURT ORDER | ORIGINATING AGENCY |
|---|---|---|---|
| | | | |

| COUNT<br>NUMBER | OFFENSES CHARGED | CAPIAS #<br>WARRANT #<br>CASE # | BOND<br>AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

COMMENTS:

RELEASE INFORMATION:

DATE: _____

RELEASE REASON: _____

TIME: _____   BY IDN # _____

_____
ARRESTING OFFICER/AGENCY SIGNATURE

| | **FIREARMS** | |
|---|---|---|
|  | **DEPARTMENT SOP: #204** | **CALEA:** |
| | **EFFECTIVE DATE:  11/1/2001**<br><br>**REVIEW DATE: 09/26/2014** | **CFA:**<br><br>**4.03, 4.05, 4.06A-C,14.11B** |

**PURPOSE:**  To establish Department policy and procedures explaining the types of firearms and ammunition Members may possess and to ensure that Members receive proper training and are proficient in their use.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:** Members are authorized by statute to use deadly force, if necessary, to prevent death or great bodily harm to themselves or others as well as to arrest and re-capture felons under specific circumstances.  Competency and decision making skills to use a firearm require structured and repetitive training with specific procedures to ensure that safety and the preservation of human life are paramount concerns in a Member's decision to utilize deadly force.

**INDEX:**

I.      FIREARM RESTRICTIONS ...................2

A.      Firearm Training: **[4.03]** ........................2
B.      Members Authorized to Carry Firearms: ..............................................................2

II.     FIREARM CONTROL ............................3

III.    AUTHORIZED FIREARMS AND AMMUNITION: **[4.05][4.06]**........................3

A.      Primary Handgun: ................................3
B.      Primary Shotgun: ................................3
C.      Duty Rifle: ...........................................3
D.      Ammunition: **[4.06]** ..............................4

IV.     MEMBERS POSSESSING A CONCEALED WEAPON OR FIREARMS LICENSE .................................................5

A.      Restrictions: .........................................5
B.      Violations: ............................................5

V.      SECONDARY HANDGUN.....................5

A.      Carrying a Secondary (Backup) Handgun while On-Duty: **[4.05]** ............5
B.      Approving a Secondary (Backup) Handgun or Off-Duty Handgun: **[4.06]**..5

VI.     CARRYING A FIREARM CONCEALED **[4.05]**............................................................6

A.      State Law:.............................................6
B.      Sworn Member's Discretion to Carry: .6

VII.    CARRYING A FIREARM OFF-DUTY **[4.05]**............................................................6

A.      Within the County Limits:.....................6
B.      Outside the County Limits: ..................6
C.      Multi-Jurisdictional: .............................7
D.      Additional Restrictions outside the State of Florida: ....................................7

VIII.   CARRYING A FIREARM WHILE ON WORKER'S COMPENSATION, LIMITED OR LIGHT DUTY **[4.05]**............................8

IX.     CARRYING FIREARMS AND WEAPONS ABOARD COMMERCIAL AIRLINES **[4.05]** .......................................8

A.      Federal Law:........................................8
B.      Commercial Airlines Procedures: ........8

X.      SAFETY AND SECURITY OF FIREARMS ..........................................8

A.      Firearm Safety: **[4.05]** ........................8
B.      Police Building Restrictions: **[4.05]** .......9
C.      Police Identification: **[4.05]** ...................9
D.      Firearm Storage: **[4.06D]** ......................9

XI.     LOST OR STOLEN FIREARMS...........10

A.      Member Responsibility: .....................10
B.      Supervisor or Shift Lieutenant Responsibility:...................................10

C.    Replacement of Primary Handgun, Shotgun or Duty Rifle:.......................10

**XII.**    **FIREARMS QUALIFICATION ..............10**

A.    Scheduling: ..........................................10
B.    Live-Fire Qualifications: **[14.11B]**..........10
C.    Course of Fire: **[14.11B]**.......................11
D.    Skill Level Rankings:...........................11
E.    Range Operations:..............................11
F.    Range Rules: ......................................12
G.    Records: .............................................13

**XIII.**    **QUALIFICATION FAILURES DUE TO FAILURE TO APPEAR........................13**

A.    Failing to Report for Scheduled Range Training ...............................................13
B.    Penalty for Failing to Report for Scheduled Range Training: ..............13
C.    Notice of Failure to Appear for Range Training: .............................................14

**XIV.**    **QUALIFICATION FAILURES DUE TO PROFICIENCY and/or EXPIRED STATUS.............................................14**

A.    Failure to Demonstrate Proficiency: **[14.05E]** ...........................................14
B.    Penalty for an Expired Firearm Qualification Status or Failure to Demonstrate Firearm Proficiency: **[4.07]** ..........................................................14
C.    Notice of Failure to Demonstrate Proficiency: .........................................14

**XV.**    **REVIEW, INSPECTIONS, APPROVAL, REPAIRS & MODIFICATIONS OF WEAPONS AND FIREARMS [4.06A-C] .15**

A.    Responsibility of the Range Master:...15
B.    Supervisor's Responsibility:...............15
C.    Members Responsibility: ...................15

**XVI.**    **FIREARM DISCHARGES [4.05] ........15**

A.    Discharge of a City Owned Firearm: .15
B.    Discharge of any Firearm by Department Member: .......................15
C.    Procedure for Firearm Discharge Investigations: ...................................15

**XVII.**    **INSTITUTIONAL AND GOVERNMENT RESTRICTIONS ...............................15**

A.    Member Conflicts:...............................15
B.    Firearm Security: ...............................16

**XVIII.**    **PURCHASE OF CITY HANDGUNS .16**

A.    Purchasing the Primary Handgun:.....16
B.    Qualification Criteria: .........................16

C.    Member's Responsibility: .................16
D.    Requires Chief of Police Approval: ...16
E.    Fiscal Affairs Responsibility:..............16
F.    Routing of Approval:...........................16
G.    Deposit of Funds Collected: ..............16

**XIX.**    **DEFINITIONS: .................................16**

A.    APPROVED FIREARM: ....................16
B.    PRIMARY HANDGUN: ......................16
C.    SHOTGUN: ......................................16
D.    DUTY RIFLE:....................................16
E.    FORCIBLE FELONY: ........................16
F.    OFF-DUTY HANDGUN: ....................17
G.    RANGE MASTER:.............................17
H.    SECONDARY HANDGUN: ...............17
I.    SERIOUS PHYSICAL INJURY:........17
J.    SPECIAL WEAPONS: ......................17

**PROCEDURE:**

**I.**    **FIREARM RESTRICTIONS**

     **A. Firearm Training: [4.03]**

       Before a Member can carry an approved firearm, capable of delivering lethal force while exercising their Law Enforcement authority, the Member must comply with the following:

       **1.** Successfully complete the required minimum State Certification Program; **[4.03]**

       **2.** Receive the appropriate documented training and demonstrate the proficiency needed to carry the firearm;

       **3.** Receive the Department's **Use of Force SOP**, and be specifically instructed in the use of deadly force and the use of force involving a fleeing felon.

     **B. Members Authorized to Carry Firearms:**

       The following Members are authorized to carry departmentally approved firearms:

       **1. Sworn Members:** Includes Police Sworn Members, and Reserve Sworn Members.

2. **Range Master**: Authority is limited to the Police facility during official duties and responsibilities.

## II.  FIREARM CONTROL

The Range Master is responsible for establishing control over all Department firearm safety, maintenance, testing, evaluation, selection of authorized firearms, weapons, holsters, accessories, and ammunition carried and used in the performance of a Member's official duties, while either on or off-duty.

## III.  AUTHORIZED FIREARMS AND AMMUNITION: **[4.05][4.06]**

Authorized Members will carry on or off-duty, only those firearms and ammunition specifically authorized and approved by the Department for use in the performance of their–duties.  Approved firearms include the Primary Handgun, Department Shotgun, Duty Rifle, Secondary Handgun and Off-duty Handgun. **[4.06]**

### A.  Primary Handgun:

The approved Primary Handgun of the Department is the Heckler and Koch (H&K) USP45.  The Range Master will issue the primary handgun. The Primary Handgun will be carried in the Department approved holster while on-duty.

In every instance, except when performing an undercover function, the approved handgun will be secured about the Members body and readily available for use while on-duty.

1. **Uniform Assignments:** Members in these assignments will be issued the standard H&K USP .45, full-size model, or the H&K USP .45, compact model.

2. **Non Uniform Assignments:** Members in these assignments will be issued either the standard, full-size model or the H&K USP .45, compact model.

### B.  Primary Shotgun:

Carrying a shotgun while on-duty is optional.  If a Sworn Member desires to carry a Shotgun, only the Department issued Remington 870, 12 gauge herein referred to as the "PRIMARY SHOTGUN," will be allowed.  The following guidelines will be adhered to:

1. The Primary Shotgun will be issued to Members through the Range Master.

2. Primary Shotguns will be fully loaded in the following configuration; slide forward, bolt closed on an empty chamber, four rounds in the magazine tube.

3. Primary Shotguns for use in Marked Police Vehicles equipped with a shotgun rack will be securely encased within the rack. **[4.06D]**

4. If the Police Vehicle is not equipped with such a rack, a portable shotgun case will be checked out from the Storeroom to secure the shotgun in the Officer's trunk. **[4.06D]**

### C.  Duty Rifle:

Carrying a rifle while on-duty is by Supervisory selection and approval. Sworn Members must have successfully completed the Hollywood Police Department Urban Rifle Course or training that is equivalent or exceeds the Urban Rifle course and is approved by the Range Master.  The following guidelines will be adhered to:

1. The Department issued Duty Rifle (DPMS A15/Rock River Arms LAR-15) will be issued to Sworn Members through the Range Master. Sworn Members will be allowed to carry privately owned AR 15 type Duty Rifles, if they meet or exceed the quality of, and have similar or better components than the current Hollywood Police DPMS Duty Rifle and are approved by the Range Master. The components added to

any privately owned rifle may not be more than the following:

**a.** A fixed or collapsible stock equipped with sling rings.

**b.** Can be of A2 or A3 configuration (16 inch barrel, with carry handle or flat top).

**c.** Must have an iron sight sighting system (standard or fold down rear sight).

**d.** Must have a red dot sighting system of equal or better quality than the current duty rifle.

**e.** Must be equipped with a bi-pod system of equal or better quality than the current duty rifle.

**f.** Must be equipped with a sling of equal or better quality than the current duty rifle.

**g.** Must be equipped with two (2) twenty round magazines (Colt preferred).

**h.** Must be equipped with a soft case similar to cases issued for the current duty rifle.

**i.** Must be carried with only Hollywood Police Department issued ammunition.

The rifle cannot have any variations from the above unless authorized by the Range Master.

**2.** Duty Rifles will be stored in the following configuration; bolt closed on an empty chamber, along with two loaded magazines in the Departmental issued rifle case or a case approved by the Range Master.

**D. Ammunition:** [4.06]

All ammunition used by the Department and its Members will be selected by the Range Master and approved by the Chief of Police.

**1. Training/Duty Ammunition:** The Department will provide Training and Duty ammunition for the Primary Handgun, Secondary Handgun, Off-Duty Handgun, Primary Shotgun and Duty Rifle.

**2. Prohibited Ammunition:** The following ammunition will only be carried or used by the SWAT Unit with specific authorization of the Chief of Police:

**a.** Explosive or combustible rounds.

**b.** Magnum or armor piercing rounds.

**c.** If approved, the ammunition will only be used under circumstances approved by the SWAT Lieutenant or his designee.

**3. Ammunition Supply while On-Duty:** Members are responsible for carrying the following amount of ammunition for their assignment:

**a. Uniform Members** will carry sufficient ammunition to supply two complete reloads for the Primary Handgun.

**b. Non-uniformed Members** will carry sufficient ammunition to supply one complete reload for each of the firearms carried. However, planned operations such as takedown assignments, executing a search/arrest warrant, etc., will require two complete reloads for the Primary Handgun carried.

    **c. VIN and SCU Members** are exempt from this requirement when performing in an undercover role.

## IV. MEMBERS POSSESSING A CONCEALED WEAPON OR FIREARMS LICENSE

Members of the Department are entitled to the same rights and privileges given to any citizen of this State.  However,

### A. Restrictions:

Non-sworn Members issued a concealed weapon or firearms license from the State will not be authorized to carry any weapon or firearm, while on duty, into the Police facility, a Department vehicle or while wearing any clothing identified with the Department unless:

1. Authorized, in writing, by the Chief of Police.

2. The firearm was recovered during their normal course of duties and transported in a Crime Scene Investigations Unit gun box.

### B. Violations:

The issuance of a State issued concealed weapon or firearm license will not allow the Non-Sworn Member to violate this SOP nor will it permit a Sworn Member to violate any written directives of this Department.

## V. SECONDARY HANDGUN

### A. Carrying a Secondary (Backup) Handgun while On-Duty: [4.05]

Authorized Members may carry a Secondary Handgun under the following guidelines:

1. Authorized Members, except VIN and SCU Members, may carry a Secondary Handgun with a minimum caliber of .380, concealed in a holster approved by the Range Master. Authorized Members will carry the Secondary Handgun with the understanding that the handgun will only be used if the Primary Handgun is not available, malfunctions or all ammunition is exhausted.

2. Authorized VIN and SCU Members can carry a Secondary Handgun, concealed and secure, in lieu of the Primary Handgun, while performing assignments in an undercover capacity.  All other duties will require the Primary Handgun.

3. No more than two handguns will be carried at one time.

### B. Approving a Secondary (Backup) Handgun or Off-Duty Handgun: [4.06]

All requests to carry a Secondary or an Off-Duty handgun by a Member must be approved as follows:

1. A memorandum will be submitted to the Range Master for approval.  The Memorandum will include:

    a. Make.

    b. Model.

    c. Caliber.

    d. Serial Number.

    e. How the handgun will be carried and secured.

2. If approved:

    a. Cost of the handgun will be borne by the Member.

    b. The Member must qualify with the firearm per Department standards.

    **c. Approved Caliber: [4.06]**

        **(1).** Secondary handguns for on-duty Members will be a handgun of the following caliber:  .380,  .38,  .357, 9MM, .40, .45.

**(2).** Members performing in an undercover function may carry a handgun of the following caliber: .22, .380, .38, .357, .9MM, .40, and .45.

**(3).** Authorized Off-duty Members can carry a handgun of the following caliber: .22, .380, .38, .357, .9MM, .40, and .45.

**d.** Only one handgun can be approved, registered and carried as the On-Duty secondary handgun.  In the event a Member chooses to carry a different handgun, he must rescind the prior memorandum, replacing it with a current one.

**e.** Whenever any Member disposes of any firearm that has been used for Police purposes, the Range Master will be notified.

## VI.  CARRYING A FIREARM CONCEALED [4.05]

**A.  State Law:**

FS 790.052 provides "Law Enforcement Officers" the right to carry concealed firearms, during off-duty hours at the discretion of their Superior Officer's and may perform those Law Enforcement functions that they normally perform during hours in a manner which is reasonably expected of on-duty Officer's in similar situations."

**B.  Sworn Member's Discretion to Carry:**

The Chief of Police is the Superior Officer of the Department and allows an Authorized Member to make his own personal decision on whether or not to carry a firearm off-duty unless he is:

**1.** Driving a City vehicle (owned or leased).  The Member is required to carry an approved handgun whether on or off-duty; or

**2.** Under suspension, the Member is not allowed to carry any City owned firearm.

## VII. CARRYING A FIREARM OFF-DUTY [4.05]

Authorized Members can carry their Primary Handgun, Secondary Handgun, or any handgun approved and registered with the Range Master, and with which they have qualified in the FDLE mandated course, in a concealed manner within the State of Florida pursuant to FSS 790; and throughout the United States as provided under Chapter 44 of title 18, United States Code, Section 926B, H.R.218: The Law Enforcement Officers Safety Act of 2004. **[4.06]**

A Sworn Member is limited in his ability to use his Police authority as follows:

**A.  Within the County Limits:**

The Broward County Mutual Aid agreement allows off-duty Sworn Members to perform Law Enforcement functions while within the County limits.  The Chief of Police encourages Sworn Members to carry their firearms within the County limits.

However, Sworn Members are limited by the Mutual Aid Agreement (see **Mutual Aid SOP**) to only act in those situations that cannot be delayed for handling by the proper jurisdiction and are either:

**1.** Felony violations involving a threat of death or serious bodily injury that inadvertently or spontaneously takes place in their presence.

**2.** Life endangering criminal traffic offenses.

**B.  Outside the County Limits:**

Off-duty Sworn Members are permitted to carry their approved handguns concealed.  However, while Sworn Members are outside the County's jurisdiction, Sworn Members are considered private citizens and limited in the use of their approved firearms to:

**1.** Lawful training and practice.

**2.** Preventing the imminent danger of death or substantial harm to themselves or others.

**3.** To prevent the imminent commission of a forcible felony.

**4.** Retaking of a felon or escapee as delineated in the **Use of Force SOP**.

**C. Multi-Jurisdictional:**

Whether a Sworn Member is within or outside the County's jurisdiction, if acting under the color of Law, the Sworn Member will still be bound to all written directives of this Department regarding the Use of Force or other pertinent written directives.

**D. Additional Restrictions outside the State of Florida:**

There are several requirements and restrictions within H.R. 218 currently addressed within other sections of this SOP, however, these are additional restrictions imposed by H.R. 218:

**1.** Members may not carry a firearm if they are the subject of pending disciplinary action by the Department.

**2.** Members may not carry any machinegun, silencer, or destructive device.

**3.** Members will always carry their Badge, Departmental Identification Card and a current Firearms Proficiency Verification Card (see **Appendix C**) while carrying an approved firearm outside the State of Florida.

**4.** H.R. 218 does not supersede or limit the laws of any State that:

**a.** Permit private persons or entities to prohibit or restrict the possession of concealed firearms on their property; or

**b.** Prohibit or restrict the possession of firearms on any State or local government property, installation, building, base, or park.

**5.** Retirees:

F.S.S. 943 and H.R. 218, The Law Enforcement Officers Safety Act of 2004, allows retired Law Enforcement Officers to carry a concealed firearm under the following criteria:

**a.** The Officer must have retired in "Good Standing" with at least 10 years of service; or,

**b.** Retired due to a service connected disability after successfully completing any applicable probationary period and has a right to benefits under the Agency's pension plan;

**c.** A criminal history check will be conducted by the Training Unit on any retiree requesting firearms certification. Marchman or Baker Act commitments, and acts of Domestic Violence, may preclude the retiree's benefits under H.R. 218.

**d.** The Range Master will review the retiree's criminal history prior to qualifying the applicant. A printed copy of the criminal history will be placed in the retirees range file.

**e.** Retirees who wish to maintain their benefits under H.R. 218 will qualify annually on the same course FDLE mandates for active Law Enforcement Officers with a firearm of the same type they intend to carry. Upon qualification, the Range Master will issue a Firearms Proficiency Verification Card which the retiree must carry along with their photographic identification.

**f.** Retirees are responsible for co-ordinating qualification schedules with the Department Training Unit. (2 boxes of approved ammunition are required).

**g.** All retired Law Enforcement Officers are required to carry Police Identification which must be obtained from the Personnel Unit, and a current (within the last year) Firearms Proficiency Verification Card when carrying a concealed firearm.

**h.** Firearms qualification/ certification will only be granted to retired Hollywood Officers.

**i.** The department will not process an applicant who has violated any federal laws specific to weapons.

## VIII. CARRYING A FIREARM WHILE ON WORKER'S COMPENSATION, LIMITED OR LIGHT DUTY [4.05]

Authorized Members assigned to worker's compensation, limited duty or light duty status may carry an approved firearm (either on or off-duty) providing; the firearm is carried in a concealed manner at all times; it does not aggravate or hinder the healing process of the injury; and the Sworn Member has maintained current qualification standards as set forth in this SOP.

## IX. CARRYING FIREARMS AND WEAPONS ABOARD COMMERCIAL AIRLINES [4.05]

### A. Federal Law:

Federal Law prohibits the carrying of firearms, or any chemical weapon such as OC, CS, or CN, aboard commercial aircraft, except for specific Law Enforcement functions.

### B. Commercial Airlines Procedures:

There are certain procedures each Member must adhere to when carrying a Departmental firearm aboard Commercial Airlines:

**1.** Firearms will be unloaded and secured within checked baggage before the flight, unless carried for official business. If so, the Member will conform to the following procedures:

**a.** A letter on official Department letterhead will be addressed to the Commercial Airline Carrier to be used, specifying the circumstances requiring the Member to be armed.

**b.** The letter will be submitted for a signature by the Chief of Police.

**c.** The letter will be presented to the Airline Agent at time of check in. The Member will produce identification in the form of a Badge and Identification Card, declare possession of a firearm, and request that the appropriate security and airline personnel be notified.

**2.** Flight personnel have final authority and may require Members to surrender their firearms. This should be determined before boarding the aircraft.

**3.** Members will not consume alcoholic beverages while carrying a firearm in the cabin compartment of a commercial airline.

## X. SAFETY AND SECURITY OF FIREARMS

### A. Firearm Safety: [4.05]

The following rules and restrictions apply to all Members authorized to carry an approved firearm:

**1.** Members will not carry a firearm off-duty when under the influence of alcoholic beverages or controlled substances. [4.05]

**2.** While transporting the primary handgun in the holster and not wearing the uniform belt, the holster containing the handgun will be securely held in the hand. [4.05]

**3.** All firearms will be maintained in good working order and cleaned as often as necessary to ensure proper operation. Firearms will always be cleaned as soon as possible after firing.

**4.** Members may carry the primary handgun with the safety/de-cocking lever disengaged. **[4.05]**

**5.** Members will not manually cock the firearm by pulling the hammer back and placing it in a single action mode.

**6.** Members will not cycle rounds through the chamber while unloading any firearm.

**7.** Firearms will not be displayed or handled in an undisciplined or unsafe manner that may cause public concern, and will remain holstered at all times except when needed in the line of duty, training, inspection, cleaning or to conform to other rules. **[4.05]**

**8.** Department issued firearms will not be used for anything other than a Law Enforcement purpose.

**B. Police Building Restrictions: [4.05]**

Members will not carry loaded shotguns, rifles or specialized S.W.A.T. firearms into the building. The bolt or breech will be secured in an opened position.

**C. Police Identification: [4.05]**

Members will always carry their Badge and Departmental Identification Card while carrying an approved firearm.

While not in uniform, exposed firearms will be worn securely in a holster with the Badge displayed next to it.

**D. Firearm Storage: [4.06D]**

The following safety methods will be used to store the Departmental issued primary handgun, shotgun, rifle, and Departmentally approved secondary or off duty firearm:

**1.** Whether in the Police Facility, City Vehicle, or On-Duty, all unattended firearms will be stored in the following manner:

   **a.** Locked desk.

   **b.** Locked Filing cabinet.

   **c.** Members locked locker.

   **d.** Locked gun locker.

   **e.** In a locked trunk, **unless the vehicle's trunk can be opened by the trunk release button without the key in the ignition.**

   **f.** In the range approved by the Range Master.

**2.** While off-duty, firearms will be stored in the following manner:

   **a.** In any manner identified in **Section D, 1, "Whether in the Police Facility, City Vehicle or On-Duty all unattended firearms will be stored in the following manner".**

   **b.** A City owned firearm will not be stored overnight within the passenger compartment of any vehicle.

**3. Private Residence:** FS 790.174 requires that "a person who stores or leaves, on a premises under his or her control, a loaded firearm and who knows or reasonably should know that a minor is likely to gain access to the firearm without the lawful permission of the minor's parent or the person having charge of the minor" is guilty of a crime.

Therefore, all Members with such knowledge will place Department owned handguns into the Department issued gun box or secure them with a trigger lock, or lock them se-

curely in a locked cabinet to prevent the unauthorized or careless handling of the firearm by any person.

## XI. LOST OR STOLEN FIREARMS

Lost or stolen Departmental issued firearms will require the following:

### A. Member Responsibility:

When a Member's Department issued firearm is lost or stolen, the Member will:

1. Initiate a Police report with the appropriate jurisdiction.

2. Make immediate notification with their Supervisor or the Shift Lieutenant if their Supervisor is unavailable.

3. Provide a Memorandum via the Chain of Command to the Chief of Police, outlining the circumstances surrounding the loss or theft of the firearm and requesting a replacement firearm if it is Department issued.

### B. Supervisor or Shift Lieutenant Responsibility:

The Supervisor or Shift Lieutenant will:

1. Notify the Staff Duty Officer.

2. Assure that all Police reports and memorandums are completed including entry into NCIC/FCIC.

3. Make immediate arrangements with the Range Master to provide a temporary replacement firearm if the lost or stolen firearm was the primary handgun.

### C. Replacement of Primary Handgun, Shotgun or Duty Rifle:

If approval for the replacement of a primary handgun, shotgun, or duty rifle is made by the Chief of Police the following will occur:

1. The Memorandum signed by the Chief of Police will be sent to the Range Master.

2. The Range Master will notify the Member to report to the range for a replacement firearm.

3. The Member will be required to sign for and qualify with the replacement firearm.

4. All paper work will be filed with the Range Master.

## XII. FIREARMS QUALIFICATION

Firearm proficiency will be demonstrated with ammunition approved by the Department, in the presence and control of an authorized Range Instructor and will be documented in the Member's training file.

### A. Scheduling:

The Training and Professional Development Unit will determine a timeframe for firearm qualifications.

1. The Training and Professional Development Unit will provide a memorandum via Microsoft Outlook e-mail of the timeframe two weeks before the first scheduled date of qualification.

### B. Live-Fire Qualifications: [14.11B]

Before being issued any firearms and as part of an ongoing retraining program, Members must demonstrate that they are proficient with every approved firearm they are authorized to carry.

1. **Primary Handgun Qualification:** Members will qualify, bi-annually, using live fire with the Primary Handgun.

   Command Staff Members will qualify annually, using live fire with the Primary Handgun.

2. **Secondary and Off-Duty Handgun Qualification:** Members will qualify,

annually, using live fire with any Secondary or Off-Duty Handgun.

3. **Shotgun Qualification:** All Members who wish to carry a shotgun will be required to qualify annually with a 12-gauge shotgun issued by the Department.

4. **Duty Rifle Qualification:** All Members who carry a rifle will be required to qualify annually.

C. **Course of Fire:** [14.11B]

Member's proficiency:

1. The Range Master will establish a firearms qualification course which defines a passing score for Members:

   a. **Primary Handgun Qualification:** Must score 240 out of a possible 300. Pass/fail courses must score 80% of 100%.

   b. **Secondary and Off-Duty Handgun Qualification:** Must score 240 out of a possible 300.

   c. **Shotgun Qualification:** Must score 29 out of a possible 36 using buckshot and 4 out of a possible 5 center mass using slugs.

   d. **Duty Rifle Qualification:** Must score 100% of 20 center mass shots annually consisting of one Florida State Rifle Qualification Course or one Hollywood Police Department, Rifle Course.

2. Members must also demonstrate proficiency in the following areas:

   a. Safety procedures.

   b. Nomenclature of the firearm.

   c. Breakdown of the firearm.

   d. Malfunction drills.

   e. Safely loading and unloading.

   f. Storage of firearms.

3. The S.W.A.T. Lieutenant will establish qualification courses as it relates to S.W.A.T special purpose weaponry.

D. **Skill Level Rankings:**

The minimum score ranking for live firearms training will be a score of 240 of 300 or, if a pass/fail course, the equivalent of 80% or higher. The only recognized skill ranking for the Department will be a Distinguished Expert score of 291-300.

E. **Range Operations:**

Operating guidelines for the Range:

1. The Police Range will be used for firearm qualification for all Sworn Members, select non-sworn Members, and others as authorized by the Chief of Police.

2. Range hours will be at the discretion of the Range Master and will be posted on the Range door.

3. The Range Master will be in complete control of the Range and has the authority to dismiss any Member in non-compliance of the Range rules. The Training Sergeant will report any infractions of Range rules or this SOP to the Support Services Major to notify the affected Member's Assistant Police Chief.

4. Any Member handling a firearm in an unsafe or careless manner, suspected of being under the influence of alcohol or a controlled substance, or engaging in any act deemed to be, in the opinion of the Range Master, hazardous or disruptive, will be dismissed by the Range Master and their Supervisor notified immediately by the Training Sergeant.

**5.** The Range will be used for qualifying with any hand held or shoulder fired firearm that has been approved by the Range Master.

**F.  Range Rules:**

Members entering the Range Facility will adhere to the following rules:

**1.** Loaded firearms will only be unholstered with the muzzle of the firearm either pointed down range or into the loading/unloading station if the Range is unavailable. The only exception will be; if the firearm is unloaded, the slide is locked to the rear position and the magazine is removed.

**2.** Shotguns will be unloaded and the breech opened prior to entering the Range Facility.

**3.** Firearms will be subject to inspection by the Range Master while in the Range Facility.

**4.** Only the Range Master or authorized Firearm's Instructor will operate the control console and individual position controls.

**5.** No one will be permitted at the firing position that is not firing unless in a training situation with the Range Master or Firearms Instructor.

**6.** Ear and eye protection will be provided and worn while at the firing line.

**7.** Firearms will be loaded and unloaded at the Range Master's command.

**8.** A maximum of 12 persons are allowed in the viewing room. (The Range Master may approve additional personnel).

**9.** A firearm's cleaning room with adequate supplies will be available for Members to clean their firearms.

**10.** Upon completion of firing, firearms will be loaded only at the firing position or while pointed into the Loading/Unloading station.

**11.** Members who handle firearms and ammunition will receive classroom instruction on firearm safety and handling.

**12.** Food and/or beverages are not permitted in the Range.

**13.** Never bend over or pass the firing line to retrieve dropped articles until instructed to do so by the Range Master.

**14.** Clothing worn on the Range will be:

    **a.** Department Uniform or Unit specific dress.

    **b.** Civilian clothing provided they are long pants and a sleeved shirt.

    **c.** Closed-toed shoes are required. Open toed shoes are strictly prohibited.

    **d.** The Range Master will have final authority in determining a Member's appropriate dress for the training being conducted.

**15.** On the command "cease fire," all firearms on the line will have the magazine removed, slide locked to the rear or cylinder open, cartridges removed, safety engaged, muzzle pointed down range on the bench or holstered.

**16.** In the event of a malfunction, the shooter will keep the firearm pointed down range with the finger outside the trigger guard. Under no circumstances will the shooter lay the firearm down on the bench. The Range Master or Firearms Instructor will first attempt to verbally guide the shooter through clearing the malfunction. If unsuccessful, the Range

Master or Firearms Instructor will clear the malfunction.

**G. Records:**

The Range Master will maintain all firearm records.

**1.** Evidence of Range Qualification:

**a.** Members will complete the appropriate range qualification card (see **Appendix A & C**) and give it to the Range Master.

**b.** After successfully qualifying, the Range Master will sign-off on the Member's portion of the card.

**c.** The Member will retain their copy as proof of qualification.

**d.** The Range Master will retain the remaining portions of the card for recording purposes.

**2.** Recorded Information of the Range Master:

**a.** The Member's name and their approved firearms: make, model, caliber and serial number.

**b.** The date the Member's qualified.

**c.** The course fired.

**d.** The Member's score.

**3.** The Range Master will notify the Professional Standards Major via Chain of Command:

**a.** Who has failed to qualify, quarterly.

**b.** Who is authorized to carry a Secondary or Off-Duty Firearm, annually.

**XIII. QUALIFICATION FAILURES DUE TO FAILURE TO APPEAR**

**A. Failing to Report for Scheduled Range Training:**

Members failing to appear for firearm qualification during the allotted timeframe will be deemed as having not qualified.

**1.** Members can be temporarily excused from their Division's scheduled firearms training for the following:

**a.** Light or limited duty assignment and the injury inhibits re-qualification.

**b.** As staffing mandates, with Supervisor approval.

**2.** Members with acceptable excused absences must immediately notify their immediate Supervisor via memorandum with the reason and duration of the excused absence.

**a.** Members will be responsible for qualifying during the published timeframe

**b.** Members who fail to qualify during the scheduled time frame will be deemed as having not qualified.

**B. Penalty for Failing to Report for Scheduled Range Training:**

Members that have failed to report for their range qualification, live fire or Firearms Simulator, will be disciplined as follows:

**1. First Offense: Verbal** admonishment, with a written memorandum of explanation from the Member to their Division Major.

**2. Second Offense (within a twelve-month period):** An Observed Behavior Report with written memo-

randum of explanation from the Member to their Division Major.

3. **Third Offense (within a twelve-month period):** Subject to suspension.

C. **Notice of Failure to Appear for Range Training:**

The Training Sergeant will notify the Professional Standards Major of any Member failing to attend the scheduled qualification timeframe.

The Professional Standards Major will notify the affected Member's Assistant Chief, who will initiate the appropriate corrective action/discipline through the Member's immediate supervisor as outlined in Section B above.

XIV. **QUALIFICATION FAILURES DUE TO PROFICIENCY and/or EXPIRED STATUS**

A. **Failure to Demonstrate Proficiency:** [14.05E]

Members who fail to meet minimum qualification standards on their first attempt will be afforded a second, and if necessary, a third opportunity. If the Member fails to demonstrate proficiency on the third attempt, the following actions will be taken:

1. The Member will be temporarily assigned to an appropriate position not requiring the use of a firearm.

2. The Member will be scheduled to attend a remedial training session (forty hours maximum within a twelve-month period of time).

3. The Member will be scheduled to comply with all remedial training requirements as set forth by Training and Professional Development.

B. **Penalty for an Expired Firearm Qualification Status or Failure to Demonstrate Firearm Proficiency:** [4.07]

Members failing to demonstrate proficiency or who have an expired qualification status will do the following until a qualifying score can be achieved:

1. If it is their Primary Handgun, the Member will: [4.07]

   a. Surrender the handgun to the Range Master. [4.07]

   b. Be re-assigned to Non-Enforcement duties.

   c. Lose take-home vehicle privileges and be prevented from driving Department vehicles.

   d. Prohibited from Off-Duty Detail assignments.

2. Members failing to qualify with their Secondary Handgun(s), Department rifle or Department shotgun will not carry the firearms until a qualifying score can be achieved. [4.07]

3. Members who fail to qualify with their primary handgun after remedial training or continue to carry a firearm that they have not qualified with may be subject to discipline.

C. **Notice of Failure to Demonstrate Proficiency:**

1. The Range Master will notify the Training Sergeant, who will notify the Professional Standards Major of any Member who has failed to qualify due to lack of proficiency. The Professional Standards Major will notify the affected Member's Assistant Chief, who will initiate the appropriate actions through the Member's immediate Supervisor as outlined in Section B above.

**2.** The Professional Standards Major will document the failure in the Member's Personnel file.

Once the Member has re-qualified meeting minimum standards, the Member's Personnel file will be up-dated indicating the qualified status.

## XV. REVIEW, INSPECTIONS, APPROVAL, REPAIRS & MODIFICATIONS OF WEAPONS AND FIREARMS [4.06A-C]

All firearms and weapons issued to Members will be maintained to factory specifications or standards approved by the Range Master.

### A. Responsibility of the Range Master:

The Range Master is responsible for:

**1.** Review, inspection and approval of all firearms and weapons before being placed into service. **[4.06A]**

**2.** Inspection of all weapons and firearms on an annual basis. All firearms and weapons found to be unsafe will be removed from service and replaced. **[4.06B]**

**3.** Maintain a record for each firearm and weapon approved by the agency for official use. **[4.06C]**

**4.** Perform all repairs, modifications, and alterations to Department firearms.

   **a.** The weapon will be turned into the Range Master and returned to the Member after necessary repairs or correction.

   **b.** A spare firearm will be issued to the Member while repair or adjustments are being made.

### B. Supervisor's Responsibility:

Supervisors will be responsible for periodic visual inspections of firearms and ammunition of all Sworn Members under their supervision.

### C. Members Responsibility:

Members are responsible for:

**1.** General maintenance and care of their firearms.

**2.** Removal of all approved firearms, which are unsafe or defective, from service and submit it to the Range Master.

## XVI. FIREARM DISCHARGES [4.05]

### A. Discharge of a City Owned Firearm:

Any discharge of a City owned firearm, including accidental discharges, must be immediately reported to a Supervisor.

### B. Discharge of any Firearm by Department Member:

Any discharge of a Non-City owned firearm by any Department Member, except during training, practice or legally sanctioned hunting must be immediately reported to a Supervisor.

### C. Procedure for Firearm Discharge Investigations:

Members will refer to the **Use of Force SOP** for the procedure to follow involving a Lethal Force incident or accidental discharge.

## XVII. INSTITUTIONAL AND GOVERNMENT RESTRICTIONS

Members must comply with firearm restrictions imposed by Law or Regulation in certain Courts, Federal Installations, Correctional Institutions, and Medical Facilities.

### A. Member Conflicts:

Members faced with a conflict between their official duties and Institutional Regulations will comply with the Institutional Regulations or Law. If a Member believes an unsafe situation would be created, instructions will be sought from a Supervisor.

**B. Firearm Security:**

Firearms will be secured by the Member and not entrusted to a civilian. Firearms may be placed:

1. In a secure locker provided for this purpose.

2. In the temporary custody of Law Enforcement or Correctional personnel.

3. In the locked trunk of a vehicle.

**XVIII. PURCHASE OF CITY HANDGUNS**

**A. Purchasing the Primary Handgun:**

Upon retirement a Member may purchase their service weapon from the City as agreed upon within the Collective Bargaining Agreement.

**B. Qualification Criteria:**

The Member must be leaving the employment of the City voluntarily and on good terms.

**C. Member's Responsibility:**

The Member will complete a Request & Bill of Sale for Purchase of Departmental Handgun Form (see **Appendix B**) available from the Range Master, at least ten days prior to the last scheduled workday.

**D. Requires Chief of Police Approval:**

The form will then be forwarded to the Office of the Police Chief for approval. All sales are subject to the approval of the Police Chief or his designee.

**E. Fiscal Affairs Responsibility:**

Fiscal Affairs will certify on the form; the price of the handgun and that they have received a check from the Member payable to the City of Hollywood Police Department.

**F. Routing of Approval:**

If approved, Fiscal Affairs will retain one copy and distribute the other copies of the completed form to:

1. The Member.

2. Range Master.

3. Storekeeper Supervisor.

4. The original copy will be forwarded to the Personnel Unit and placed in the Member's personnel file.

**G. Deposit of Funds Collected:**

The funds for the sale of the handgun will be deposited into the Hollywood Police Department's Law Enforcement Trust Fund.

**XIX. DEFINITIONS:**

**A. APPROVED FIREARM:**

Any firearm that has been properly approved for use while on or off-duty.

**B. PRIMARY HANDGUN:**

The primary duty firearm approved by the Chief of Police and issued by the Department for official use by authorized Members.

**C. SHOTGUN:**

A shotgun approved by the Chief of Police and issued by the Department for official use by authorized Members.

**D. DUTY RIFLE:**

A rifle approved by Chief of Police and issued by the Department for official use by Sworn Members.

**E. FORCIBLE FELONY:**

Treason; murder; manslaughter; sexual battery; carjacking; home-invasion robbery; robbery; burglary; arson; kidnapping; aggravated assault; aggravated

battery; aggravated stalking; aircraft piracy; unlawful throwing, placing or discharging of a destructive device or bomb; any other felony which involves the use or threat of physical force or violence against any individual.

**F.   OFF-DUTY HANDGUN:**

The Primary Handgun, Secondary Handgun or other handgun properly approved by the Department for use while off-duty, excluding off-duty detail assignments.

**G.   RANGE MASTER:**

A State Certified Firearms Instructor designated by the Chief of Police to oversee Range operations and approve firearms and ammunition.

**H.   SECONDARY HANDGUN:**

A firearm approved by the Range Master and carried concealed in the approved holster while on-duty with the Primary Handgun or appropriately while performing certain assignments in an undercover capacity.

**I.   SERIOUS PHYSICAL INJURY:**

A bodily injury that creates a substantial risk of death, causes serious permanent disfigurement, or results in long-term loss or impairment of a bodily function. The phrases "Serious Physical Injury" and "Great Bodily Harm" are considered synonymous.

**J.   SPECIAL WEAPONS:**

Firearms or devices of any description (pistols, shotguns, rifles, submachine guns, chemicals, etc.) approved by the Chief of Police for use by specially trained and authorized Sworn Members.

APPROVED BY:

_Frank G. Fernandez_ **09/26/2014**

**Frank G. Fernandez**                **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Firearm Qualification Card.

- **Appendix B:** Request & Bill of Sale for Purchase of Departmental Handgun.

- **Appendix C:** Firearms Proficiency Verification Card.

Name:_____ Badge#_____

Firearm Make:_____ Model:_____ Cal:_____

Serial Number:_____ Status:  Duty  Off

Scores:_____ Classification:_____

Qualification Course:_____ # Rnds_____

Shooter's Sig.:_____ Date:_____

Range Off. Sig.:_____ New Rds
Issued:  Y  N

Remarks:_____
(22-316 (Res 04/99))

**FIREARMS QUALIFICATION CARD**

Retain for proof of qualification

| Name: | Make | Model | Score | Duty Off |
|---|---|---|---|---|
| Date: | | | | |
| Serial# | | | | |
| Classif.: | | | | |
| Range Off.: | | | | |



# HOLLYWOOD POLICE DEPARTMENT
### REQUEST & BILL OF SALE
### FOR PURCHASE OF DEPARTMENTAL HANDGUN

This Bill of sale applies to Sworn Members that are permitted to purchase their issued handgun from the City of Hollywood pursuant to Collective Bargaining Agreements.  This Firearm will not be resold to a third party.

OFFICER REQUESTING PURCHASE: (print name)_____

OFFICER SIGNATURE:_____

BADGE: _____      DATE:_____

# DESCRIPTION OF FIREARM

MAKE:_____      MODEL:_____      CALIBER:_____

FINISH: _____      SERIAL NUMBER:_____

CITY ASSET NUMBER:_____

RANGEMASTER SIGNATURE
INDICATING THE DESCRIPTION
OF FIREARM WAS VERIFIED: _____      DATE:_____

# APPROVAL OF SALE SIGNATURE

POLICE CHIEF (or designee):_____      DATE:_____

# PURCHASE OF FIREARM

Officer is required to pay $_____ per Collective Bargaining Agreement.   Fiscal Affairs has received a check in the amount of $_____ payable to the City of Hollywood Police Department, for purchase of the above firearm.

FINANCIAL
MANAGEMENT SIGNATURE:_____      DATE:_____

CC Police Department:  Fiscal Affairs            Requesting Officer            Personnel Unit (original)
                       Rangemaster              Quartermaster Supervisor

 

**City of Hollywood, Florida**
**POLICE DEPARTMENT**
Office of the Chief of Police

**FIREARMS PROFICIENCY VERIFICATION CARD**

This Certifies That: _____
has on _____, 20_____ achieved a passing score on the minimum firearms proficiency course of fire established under and applicable to law enforcement officers by Chapter 943, Florida Statutes and H. R. 218, The Law Enforcement Officers Safety Act of 2004.
In issuing this card, the Hollywood Police Department, and the undersigned make no representation as to the current status of the named person as an active or retired law enforcement officer.

Range Instructor's Signature: _____
Range Instructor's Printed Name: _____
Range Instructor's CJSTC Certification Expires: _____

## EMERGENCY & POLICE VEHICLE PURSUIT OPERATIONS



| DEPARTMENT SOP: #205 | CALEA: 41.2.1,41.2.2,41.2.3 |
|---|---|
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 08/13/2014** | **CFA:**<br><br>**4.05, 17.06A-J, 17.07, 17.11, 22.04A-E, 24.04A** |

**PURPOSE:** To establish guidelines for emergency and police vehicle pursuit operations for Members in determining the level of response to various incident types or situations.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Police Officers may engage in emergency vehicle operations when responding to emergency calls for assistance, crimes in progress and during the pursuit of those who violate the Law and seek to avoid apprehension.

F.S.S. 316.072 recognizes these facets of Police operations and specifies the conditions and privileges that operators of authorized emergency vehicles must adhere to. However, this Statute does not relieve the driver "from the duty to drive with due regard for the safety of all persons, nor will such provisions protect the driver from the consequences of his or her reckless disregard for the safety of others" while responding to an emergency or engaged in a vehicle pursuit.

Therefore, it is the policy of the Department to underscore State Statutes and balance the seriousness of the offense with the need to safeguard our Members and citizens in emergency and vehicle pursuit situations.

**INDEX:**

**I.   CODE 1 RESPONSE TO CALLS [17.07]...2**

   A.   Code-1 Response:.............................2

   B.   Activation of Emergency Equipment during Non-Emergency Situations: [22.04 A-E] ...........................................2

**II.   CODE 3 RESPONSE TO CALLS [17.07]..3**

   A.   Determining a Code 3 Response:........3

   B.   Officer Involvement and Conditions: [22.04A-E] .............................................3

   C.   Supervisor's Responsibilities:................4

   D.   Disregard of Traffic Regulations during Emergency Response (Code-3): .........4

   E.   Main Roadways: ..................................4

   F.   Following Distances:.............................4

   G.   Request for Backup: ...........................4

   H.   Telecommunicators and Supervisors: ..5

   I.   Specialty and Unmarked Police Vehicles with an Operational Emergency Equipment Package:............................5

   J.   Unmarked or Marked Police Vehicles without an Operational Emergency Equipment Package:............................5

**III.   POLICE VEHICLE PURSUITS ...................5**

   A.   Diminishing the Likelihood of a Pursuit: 5

   B.   Evaluation of the Circumstances: [17.06A][41.2.2A] ..................................5

   C.   Pursuit Initiation Factors: ......................5

**IV.   PURSUIT OPERATIONS...........................5**

   A.   Initiating Member's Responsibilities: [17.06B]41.2.2B] ...................................5

   B.   Backup Units Responsibilities:[17.06C][41.2.2C] .......5

   C.   Supervisors Responsibilities.................6

   D.   Number of Police Vehicles: [17.06C]....6

   E.   Specialty and Unmarked Police Vehicles with an Operational Emergency Equipment Package: [17.06D][41.2.2D]6

   F.   Unmarked or Marked Police Vehicles without an Operational Emergency Equipment Package: [17.06D][41.2.2D]6

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 1 of 14
SOP #205

G.  Pursuit Driving Tactics: ..........................6
H.  Radio Transmissions:.............................7
I.   Canine Assistance: [17.11] .................7
J.   Aviation Assistance:.............................7

V.  PURSUIT PROHIBITIONS .........................7

A.  Prohibited Pursuits:..............................7
B.  Pursuit Tactics: [24.04A][41.2.3A] .......7

VI.  USE OF FIREARMS DURING PURSUITS
[4.05] .......................................................7

A.  Disabling a Vehicle: ..............................7
B.  Officer Positioning:................................8

VII.  TERMINATION AND RE-INITIATION OF A
PURSUIT [17.06H][41.2.2G].....................8

A.  When a Pursuit will be Terminated:.....8
B.  Sovereign Immunity in Police Pursuits: .
.............................................................8
C.  Pursuit Re-initiation:.............................9

VIII.CRASH(ES) RESULTING FROM A
PURSUIT .................................................9

A.  Citizen Involved Traffic Crash.............9
B.  Police Officer Involved Traffic Crashes9
C.  Crashes Outside the City....................9

IX.  INTER- AND INTRA-JURISDICTIONAL
PURSUIT [17.06I][41.2.2H] ....................10

A.  Notifying the Jurisdiction:..................10
B.  Notification of an Outside Agency
Pursuit into Hollywood:......................10
C.  Involvement in Outside Agency
Pursuits:.............................................10
D.  Supervisory Approval:.......................10
E.  Arrests:...............................................10

X.  STOP STICK DEPLOYMENT
[41.2.3A,B][17.06G] ................................10

A.  Restrictions: .......................................11
B.  Traffic Redirection:.............................11
C.  Stop Stick Deployment Requirements:
[41.2.3B] .............................................11
D.  When not to Deploy: ..........................11
E.  Damaged Stop Stick as a Result of
Deployment: ......................................11

XI.  COMMUNICATIONS SECTION
[17.06E][41.2.2E] ....................................11

A.  The Communications Dispatcher will be
Responsible for:.................................11
B.  Communications Supervisor:.............12

XII.  FIELD SUPERVISORY RESPONSIBILITY
[17.06F][41.2.2F][41.2.3D] ...................... 12

A.  Authorization: ....................................12
B.  Termination of Pursuit: [41.2.2G] ......12
C.  Vehicular Pursuit Report:
[17.06J][41.2.2I] ................................12

XIII.VEHICULAR PURSUIT REPORT
[17.06J][41.2.2I]........................................12

A.  Purpose of the Vehicle Pursuit Report: .
.............................................................12
B.  Review:................................................12
C.  Pursuit Review Board Members:.......12
D.  Patrol Major's Responsibility: ............13
E.  Annual Review: ..................................13

XIV.DEFINITIONS: ..........................................13

A.  FORCIBLE FELONY (F.S.S. 776.08): 13
B.  BACKUP OFFICER: ...........................13
C.  CODE-1 RESPONSE: .........................13
D.  CODE-3 RESPONSE: .........................13
E.  VEHICLE EMERGENCY EQUIPMENT
PACKAGE:...........................................13
F.  EMERGENCY VEHICLES:..................13
G.  EMERGENCY WARNING DEVICES: 13
H.  PRIMARY OFFICER:...........................14
I.   REASONABLE BELIEF: ......................14
J.   ROADBLOCK: .....................................14
K.  SPECIALTY VEHICLE:........................14
L.   SUBSTANTIAL HARM:........................14
M.  SUPPORT/SECONDARY OFFICER:..14
N.  VEHICLE PURSUIT:............................14

**PROCEDURE:**

I.   **CODE 1 RESPONSE TO CALLS** [17.07]

A.  **Code-1 Response:**

Any call, which does not fall under the guidelines for a Code-3 response as described hereafter, will be, designated a Routine Call.  An assigned emergency vehicle will comply with all traffic control devices and signals and proceed in a manner consistent with the normal flow of traffic.

B.  **Activation of Emergency Equipment during Non-Emergency Situations:** [22.04 A-E]

When expediency is required to warn the public or fellow Members of potential hazards, Sworn Officers and Community Service Officers may activate emergen-

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 2 of 14
SOP #205

cy warning devices to promote orderly and safe transit travel through heavily congested roadways.

These devices include the use of the following:

1. Emergency Lights **[22.04A]**

2. Siren. **[22.04B]**

3. Four-Way Flashers/Hazard Warning lights. **[22.04C]**

4. Spotlights. **[22.04D]**

5. Public address system. **[22.04E]**

## II. CODE 3 RESPONSE TO CALLS [17.07]

### A. Determining a Code 3 Response:

An emergency response code (Code-3) will be determined by one of the following:

1. Communications in the form of a warble tone prior to a dispatched call.

2. A Supervisor.

3. By a Sworn Officer who has received information, which he believes, requires an emergency response.

   a. The Officer will inform Communications, as soon as possible, of the nature of the situation and the location of the incident.

   b. A Supervisor will concur or may downgrade the Officer's response code.

### B. Officer Involvement and Conditions: **[22.04A-E]**

Only Sworn Police Officers will be involved in emergency responses or vehicle pursuit situations. In doing so, the following should be adhered to:

1. **Response Considerations:** Safety, expeditious arrival and protection of life and property are the three primary elements that will be considered in every instance requiring an emergency response. The following examples will serve as a guideline as to the types of incidents which necessitate an emergency response:

   a. All in-progress and emergency incidents where immediate danger of death or substantial bodily harm exists.

   b. Cases involving an Officer requiring emergency assistance.

   c. Incidents involving "in progress" felonious property crimes.

2. **Emergency Equipment Usage:**

   a. Officers engaged in an emergency response (Code-3) or a vehicle pursuit will utilize the following equipment: **[22.04A-E]**

      (1). **Siren**. [22.04B]

      (2). **Emergency lights**. [22.04A]

      (3). **Headlights**.

      (4). **Public Address System**: Officers may utilize their vehicles Public Address System when issuing commands. [22.04E]

      (5). **Spotlights:** The vehicles spotlight is primarily utilized to facilitate building and stationary vehicle checks and will at no time be directed at the windshield, or vision of oncoming traffic while traveling in an emergency mode. **[22.04D]**

      (6). **Deactivation of Equipment**: Emergency signal devices may be deactivated at a distance from the scene

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 3 of 14
SOP #205

(to be determined by the vehicle operator) so as to not alert subjects to Law Enforcement proximity.

However, when emergency signal devices are deactivated, the operator of the emergency vehicle is now operating in a Code-1 response mode and will comply with posted speed limits, obey all traffic control devices and signals, and proceed in a manner consistent with normal traffic flow.

**b.** The following equipment will not be utilized during an emergency response or during a vehicle pursuit:

**(1). Four-Way Flashers/Hazard Warning Lights:** Four-way flashers will not be used when the emergency vehicle is in motion because they will interfere with brake lights and turn signals. **[22.04C]**

**(2). Takedown Lights**: Officers will not activate their vehicles takedown lights while in motion.

**C.  Supervisor's Responsibilities:**

Communications and Patrol Supervisors are responsible for monitoring emergency vehicle responses, "upgrading or downgrading" them, and controlling the number of Units responding to an emergency call for service. Affected Supervisory personnel will be immediately notified by dispatch of any emergency radio transmissions.

**D.  Disregard of Traffic Regulations during Emergency Response (Code-3):**

Florida State Statute provides the following provisions:

**1.** State Statutes provide an Officer with the ability to; park or stand (irrespective of applicable regulations); proceed past a red or stop signal or sign (after slowing down for safe operation); exceed the maximum speed limit; and disregard regulations governing direction, movement and turning; as long as life and property are not endangered.

**2.** Statutory provisions do not relieve the operator of an authorized emergency vehicle from the duty to drive with due regard for the safety of all persons. Emergency lights and siren do not provide the right of way. Therefore,

**a.** All intersections will be clear with traffic stopped before entering against a traffic control device.

**b.** Reckless violations of posted speed limits are not permitted.

**E.  Main Roadways:**

Main roadways will be utilized for Emergency Responses (Code-3) when possible. Members will operate their vehicle in the far-left lane of a roadway containing two or more like directional lanes. The only exception is an instance where traffic has been brought to a standstill.

**F.  Following Distances:**

When two or more vehicles are operating Code-3 in the same direction, on the same roadway, they will maintain a safe following distance between Police vehicles.

**G.  Request for Backup:**

When a Member requests a backup on an emergency basis, all available Officers in the immediate area will respond Code-3.

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 4 of 14
SOP #205

**H. Telecommunicators and Supervisors:**

May increase or decrease the number of back-up Units required as dictated by the situation.

**I. Specialty and Unmarked Police Vehicles with an Operational Emergency Equipment Package:**

These vehicles will respond Code-3 only under exigent circumstances and then only until such time as assistance can be obtained from a marked Police vehicle with an operational emergency package.

**J. Unmarked or Marked Police Vehicles without an Operational Emergency Equipment Package:**

These vehicles will not respond Code-3 except where there is a clear and present danger to human life. Such vehicles will only continue until such time as assistance can be obtained from a marked Police vehicle with an operational emergency package.

## III. POLICE VEHICLE PURSUITS

**A. Diminishing the Likelihood of a Pursuit:**

Officers intending to stop vehicles will, when practical, be within close proximity to the vehicle prior to activating the emergency equipment.

**B. Evaluation of the Circumstances:** [17.06A][41.2.2A]

The decision to initiate a pursuit should conclude that the immediate danger to the Officer and the public created by the pursuit is less than the immediate or potential danger to the public should the suspect remain at large.

**C. Pursuit Initiation Factors:**

Officers may initiate a pursuit when an individual clearly exhibits the intention of avoiding arrest by using a motor vehicle

to flee and any of the following factors exist:

1. Reasonable belief that a forcible felony offense was committed by the fleeing suspect(s).

2. The Officer has a reasonable belief that an occupant is a known felon wanted for a forcible crime.

3. A criminal traffic violation, misdemeanor or non-dangerous felony occurs, and if allowed to escape, the suspect presents an imminent danger to the public.

## IV. PURSUIT OPERATIONS

**A. Initiating Member's Responsibilities:** [17.06B]41.2.2B]

Officers will immediately notify Communications that a pursuit is underway, engage emergency equipment and provide the following:

1. Unit identification.

2. Location, estimated speed, and direction of travel.

3. The specific reason for the pursuit, including known Laws violated.

4. Vehicle description including license number, if known.

5. Number and description of occupants, if known.

**B. Backup Units Responsibilities:** [17.06C][41.2.2C]

With the exception of the Primary and Support Units, all Police vehicles cognizant of the pursuit will become Backup Units. These Units will:

1. Remain alert to the direction and progress of the pursuit and may position themselves at strategic sites along the probable pursuit route or on parallel roadways for response to any exigencies that may develop.

Original Date: 11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 5 of 14
SOP #205

2. Not become involved in the pursuit unless directed by a Supervisor (no caravanning).

3. Use their emergency lights and/or siren to alert oncoming pedestrian and vehicular traffic at an intersection of an approaching Police pursuit.

    a. This function will be performed at the perimeter of an intersection and not within the intersection.

    b. At a location where impact with the pursuing vehicles is unlikely.

**C. Supervisors Responsibilities**

1. Control the pursuit and cancel if necessary.

2. Authorize units involved in the pursuit.

3. Determine Offense committed (Ex. stolen vehicle, robbery, etc).

4. Ensure speed and traffic conditions (school zones, rush hour, construction, etc) are updated.

5. Ensure appropriate notification and support is being completed:

    a. Other agency assistance or courtesy notification

    b. Perimeter positions

    c. Major intersections are covered

    d. Stop stick deployment

    e. Tags checked by Communications

    f. Shift Lieutenants will notify the Staff Duty Officer.

6. Ensure a supervisor and enough units are still available to handle City calls

**D. Number of Police Vehicles:** [17.06C]

No more than two Police vehicles will be actively involved in a pursuit unless specifically directed otherwise by the Supervisor controlling the pursuit. The two Police vehicles actively involved in the pursuit will be known as the:

1. **Primary Unit:** This will generally be the initiating Officer, but in all cases will be the Unit in closest proximity to the fleeing vehicle.

2. **Support (Secondary) Unit:** A Police Unit which follows the Primary Unit at a safe distance and which will be immediately available to assume the pursuit or assist the Primary Unit in the event the fleeing vehicle is stopped. [17.06C]

**E. Specialty and Unmarked Police Vehicles with an Operational Emergency Equipment Package:** [17.06D][41.2.2D]

These vehicles should only be involved in a pursuit under exigent circumstances and then only until assistance can be obtained from a marked Police vehicle with an operational emergency package.

**F. Unmarked or Marked Police Vehicles without an Operational Emergency Equipment Package:** [17.06D][41.2.2D]

These vehicles will only be involved in a pursuit where there is a clear and present danger to human life. Such vehicles will only continue until assistance can be obtained from a marked Police vehicle with an operational emergency package.

**G. Pursuit Driving Tactics:**

When involved in a pursuit, Members will operate their Police vehicle as follows:

1. **Following Action:** Pursuits will be primarily "a following" action. Police vehicles will not be used to box-in, head-off or drive alongside of a pursued vehicle.

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 6 of 14
SOP #205

**2. Spacing:**   All Units in pursuit, whether the vehicle in front of the Unit is the fleeing vehicle or another Police vehicle, will space themselves at a distance that will ensure their ability to control their vehicle.

**3. Passing:**  There will be no attempt by Officers to pass the primary pursuit vehicle unless the support Unit receives specific direction from the primary Officer or a Supervisor.

**H. Radio Transmissions:**

To facilitate clear and unobstructed radio transmissions, Members will adhere to the following:

1. When a pursuit is in progress, radio transmissions will be restricted to the primary pursing Unit and incidents of an emergency nature.

2. The Support Unit may relieve the Primary Unit of the radio transmissions for location and direction of the pursuit if the Support Unit is within close enough proximity to be accurate.

3. To ensure clarity of radio transmissions, the Primary and Secondary Unit will close their windows.

4. Backup Units will avoid radio transmissions unless contacted by Communications.

**I. Canine Assistance:** [17.11]

When Members of the K-9 Unit are working, they will be advised by the Communications Unit of the pursuit. When feasible, K-9 Officers will be utilized in a primary or secondary capacity, available for immediate tracking and apprehension of suspects, if necessary.

**J. Aviation Assistance:**

When a pursuit comes under the surveillance of a Police Aviation Unit, all involved ground Units will continue the pursuit in their previously designated roles.

**V. PURSUIT PROHIBITIONS**

**A. Prohibited Pursuits:**

Vehicle Pursuits are prohibited when:

1. An Officer is transporting a prisoner or civilian.

2. The Officer is on a call for service that takes precedence.

3. The only known information is regarding a traffic infraction.

4. The vehicle involved is a motorcycle and the offense does not constitute a forcible felony with probable cause to arrest the operator.

**B. Pursuit Tactics:** [24.04A][41.2.3A]

These are aggressive methods of interrupting and/or pursuing a fleeing vehicle.

1. **Contact Between Vehicles**:  In the course of pursuit, deliberate contact between vehicles, ramming or forcing the pursued vehicle into parked cars, ditches, or any other obstacles while the pursued vehicle is in motion is **considered using deadly force and is prohibited**.[17.06G]

2. **Reckless Driving:**  Officers will not duplicate the reckless or hazardous driving maneuvers of the pursued vehicle.

3. **Roadblocks:**  Roadblocks are prohibited during pursuits. [24.04A]

**VI. USE OF FIREARMS DURING PURSUITS** [4.05]

**A. Disabling a Vehicle:**

Officers will not fire their weapon at a moving vehicle with the sole purpose of disabling it.

---

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 7 of 14
SOP #205

**B. Officer Positioning:**

Officers will avoid, when possible, placing themselves in a position (while on foot or within their Police vehicle) where a vehicle moving towards them would be considered a threat of deadly force against the Officer.

However, if the Officer must fire shots from, or at a moving vehicle, the Officer should be reasonably certain probable cause exists that:

1. Deadly force is being used against the Police Officer.

2. The Officer cannot initiate evasive action.

3. The discharge will not endanger the lives of innocent parties given the surroundings.

4. Such action is being used as a last resort.

**VII. TERMINATION AND RE-INITIATION OF A PURSUIT [17.06H][41.2.2G]**

**A. When a Pursuit will be Terminated:**

In the opinion of the pursuing Officer or the Supervisor controlling the vehicle pursuit, there is a clear and unreasonable danger to the Officer and/or others created by the vehicle pursuit that outweighs the necessity for immediate apprehension. Examples include:

1. When speeds dangerously exceed the normal flow of traffic or when motor vehicle or pedestrian traffic necessitates dangerous maneuvering.

2. The suspect(s) identity has been established to the point that later apprehension can be accomplished and immediate apprehension is not required for public safety.

3. The prevailing traffic, roadway and environmental conditions indicate

the futility of continuing a vehicle pursuit.

4. The pursued vehicle's location is no longer known.

5. The pursuing Officer knows, or is reasonably certain; that a juvenile operates the fleeing vehicle and the offense constitutes a misdemeanor or a non-serious felony.

6. When there is an equipment failure involving the emergency blue lights, siren, Police radio, or essential mechanical equipment.

**B. Sovereign Immunity in Police Pursuits:**

In 2006, F.S.S. 768.28 was amended providing immunity to Law Enforcement agencies in Police pursuits, if:

a. The pursuit is conducted in a manner that does not involve conduct by the Officer which is so reckless or wanting in care as to constitute disregard of human life, human rights, safety, or the property of another;

b. At the time the Law Enforcement Officer initiates the pursuit, the Officer reasonably believes that the person fleeing has committed a forcible felony as defined in F.S.S. 776.08 (see definitions); and

c. The pursuit is conducted by the Officer pursuant to a written policy governing high-speed pursuit adopted by the employing agency. The policy must contain specific procedures concerning the proper method to initiate and terminate high-speed pursuit. The Law Enforcement Officer must have received instructional training from the employing agency on the written policy governing high-speed pursuit.

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 8 of 14
SOP #205

### C. Pursuit Re-initiation:

The termination of a vehicle pursuit does not prohibit the following of a motor vehicle at a safe speed or remaining in the area to re-initiate the vehicle pursuit if the opportunity and conditions permit.

## VIII. CRASH(ES) RESULTING FROM A PURSUIT

### A. Citizen Involved Traffic Crash

Should a citizen become involved in a crash as a direct or indirect result of the vehicle pursuit, the primary or secondary Officer will advise Communications of the crash and the possibility of injuries. Communications will immediately assign the appropriate Unit(s) to respond to the crash.

### B. Police Officer Involved Traffic Crashes

Should a Primary or Support(s) Unit become involved in a crash, as a direct or indirect result of the vehicle pursuit, a decision to continue the pursuit or remain at the crash scene must be based on Officer and/or citizen safety. The involved Officer will advise Communications of the crash and the possibility of injuries. Communications will immediately assign the appropriate Unit(s) to respond.

### C. Crashes Outside the City

All crashes outside the City will be investigated by the appropriate Law Enforcement jurisdiction.

#### 1. Jurisdictions within Broward County:

a. If the jurisdiction refuses to investigate the crash, the Shift Lieutenant should contact that Agency's Watch Commander for resolution.

b. If the jurisdiction continues to refuse to investigate the crash, our Department will conduct the investigation to include fatalities, per current Department policies and State Law.

c. If that jurisdiction decides to investigate the crash, our Department will conduct its own parallel investigation if a Police vehicle or City liability is involved.

(1). A Crime Scene Unit will always respond for photographs.

(2). Availability and severity will determine whether a Traffic Officer will be needed to conduct an investigation (see **Traffic Crash Procedures**).

(3). Risk Management will be notified.

#### 2. Jurisdictions Outside Broward County:

a. If the jurisdiction refuses to investigate the crash, the Shift Lieutenant should contact that Agency's Watch Commander for resolution.

b. Our Department will conduct its own parallel investigation if a Police vehicle or City liability is involved.

(1). A Crime Scene Unit will always respond for photographs.

(2). Availability and severity will determine whether a Traffic Officer will be needed to conduct an investigation (see **Traffic Crash Investigations** SOP).

(3). Risk Management will be notified.

Original Date: 11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 9 of 14
SOP #205

## IX. INTER- AND INTRA-JURISDICTIONAL PURSUIT [17.06I][41.2.2H]

### A. Notifying the Jurisdiction:

The Communications Center Member assigned to the pursuit will notify outside Agencies if this Department is involved in a vehicle pursuit within their jurisdiction. Communications will specify that the call is either a request for assistance or merely a courtesy notification.

### B. Notification of an Outside Agency Pursuit into Hollywood:

Notification by another jurisdiction of a vehicle pursuit in progress to Communications will not be construed as a request to join the vehicle pursuit. The outside Agency will be specifically asked if this is a request for assistance or for notification purposes only. Communications will obtain from the notifying Department the same information that a pursuing Officer from this Agency is expected to provide.

### C. Involvement in Outside Agency Pursuits:

Officers will not become involved in another Agency's vehicle pursuit unless authorized by a Patrol Supervisor. All Departmental vehicle pursuit policies will be in effect. Emergency assistance in the interest of Officer safety will be provided.

### D. Supervisory Approval:

A Supervisor may approve requests by other Agencies for vehicle pursuit assistance. Once this approval has been made, the first Officer from this Agency to join the vehicle pursuit will be designated as the Back-up Officer. A Patrol Supervisor will specifically authorize any additional assistance by this Department, and the procedures established in this policy will be in effect.

### E. Arrests:

If an arrest is made as a result of an Inter or Intra-jurisdictional pursuit, (fresh pursuit) the following will occur:

1. Arrests as a result of our Department's Pursuit:

   a. If the actual arrest occurred within Broward County, the defendant(s) will be taken back to the City of Hollywood for processing.

   b. If the actual arrest occurred outside Broward County, the appropriate jurisdiction will be contacted and the defendant(s) will be transported to the appropriate County's detention facility for processing and magistrate hearings.

2. Arrests that occurred within the City of Hollywood as a result of another Department's pursuit:

   a. If the arresting Agency is from Broward County, the defendant(s) will be transported back to their jurisdiction for processing.

   b. If the arresting Agency is not a Broward County Agency, our Department will assist the arresting Agency with processing the defendant(s) through our facility and into the Broward County Correction System, or the arresting Agency can contact the Broward Sheriff's Office for assistance.

## X. STOP STICK DEPLOYMENT [41.2.3A,B][17.06G]

Provides a means to forcibly stop a motor vehicle by deflating the tire(s) in a manner that will avoid a catastrophic failure of the penetrated tire(s), insuring the safest possible means of reducing the mobility of the target vehicle.

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 10 of 14
SOP #205

**A. Restrictions:**

STOP STICKS are designed to be used on four (4) wheel vehicles, and to be deployed on paved (concrete or black-top) surfaces.

**B. Traffic Redirection:**

An Officer will be assigned to redirect Police and civilian traffic away from the deployment area.

**C. Stop Stick Deployment Requirements:** [41.2.3B]

Must receive authorization from a Sergeant or higher rank.

1. Communications must be notified that the STOP STICK will be deployed and the location so that Officers will not interfere with its deployment.

2. Only those Officers who have received the appropriate training (from the Training and Professional Development Unit) will be permitted to deploy the STOP STICK.**[41.2.3C]**

3. The Deploying Officer should attach the retrieving cord to the STOP STICK for safer, more expeditious retrieval.

**D. When not to Deploy:**

Under the following conditions, Stop Sticks will not be deployed.

1. On vehicles that may contain a HAZ-MAT material.

2. Any vehicles deemed "high-risk" by a Supervisor.

3. Vehicles with less than four tires.

**E. Damaged Stop Stick as a Result of Deployment:**

When a STOP STICK is deployed and damaged, all pieces will be collected and placed into the original box. The damaged STOP STICK will then be returned to the Storeroom with a Property Slip attached with the case number of the incident.  It will be the responsibility of the Quartermaster to have the STOP STICK replaced. If the suspect missed the stop stick, it will be recovered immediately so as not to pose a hazard to other vehicles.

**XI. COMMUNICATIONS SECTION**
[17.06E][41.2.2E]

**A. The Communications Dispatcher will be Responsible for:**

Insuring that all affected personnel are properly notified as described:

1. **Alert:**   Audibly indicates with a "pulse" tone that a pursuit is underway.

2. **Recording:**  Receive and report all incoming information on the pursued vehicle.

3. **Patrol Supervisor Notification:** Notify Patrol Supervisors when a pursuit is initiated.

4. **Patrol Officer Notification:** Advise all other Units that a pursuit is "in progress", and provide all relevant information.

5. **Record Checks:**  Perform relevant record and motor vehicle checks of the pursued vehicle.

6. **Channel Control:**  Control all radio communications during the pursuit and clear all non-emergency transmissions.

7. **Coordination of other Services:** Coordinate assistance under the direction of the assigned Patrol Supervisor or ranking Supervisor assuming command.

8. **Continuous Monitoring:** Continue to monitor the pursuit until it has been terminated and the emergency cleared.

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 11 of 14
SOP #205

9. **Jurisdictional Notification:** Notify outside Agencies if our vehicle pursuit will be entering their jurisdiction. Communications will specify that the call is either a request for assistance or merely a courtesy notification.

B. **Communications Supervisor:**

The Communications Supervisor will ensure that the Communications Dispatcher facilitates all notification(s) in an expeditious manner.

## XII. FIELD SUPERVISORY RESPONSIBILITY
[17.06F][41.2.2F][41.2.3D]

A. **Authorization:**

The Shift Lieutenant and/or appropriate Patrol Supervisor will monitor all information, evaluate the known risk factors, authorize the vehicle pursuit, coordinate and direct activities as needed to ensure that all proper procedures are adhered to.

B. **Termination of Pursuit:** [41.2.2G]

The Patrol Shift Lieutenant or Supervisor will order termination of the vehicle pursuit if or when judgment dictates the necessity for apprehension is outweighed by the level of risk being assumed or danger created by continuation of the vehicle pursuit.

C. **Vehicular Pursuit Report:**
[17.06J][41.2.2I]

The Patrol Supervisor in charge of the vehicle pursuit will complete the Vehicular Pursuit Report (see **Appendix A**) and submit it to the Patrol Division Major's Office prior to completion of the Supervisor's tour of duty. Officers involved will participate in the development of this report. [41.2.3E]

## XIII. VEHICULAR PURSUIT REPORT
[17.06J][41.2.2I]

A. **Purpose of the Vehicle Pursuit Report:**

1. To ensure Department policies are adhered to.

2. To identify training needs.

3. To collect data and identify problems.

B. **Review:**

The Patrol Division Major will review the completed Vehicular Pursuit Report and determine if the Pursuit Review Board will be convened. If the Patrol Division Major determines a review board is not warranted, the report will be archived by the Patrol Division Major for data collection and analysis. The Operational Bureau Assistant Chief will be sent a copy.

A Review Board is mandated under the following criteria:

1. Vehicle pursuits involving crashes with injuries.

2. Vehicle pursuits that involve exigent circumstance which mandate action that contradicts policy.

3. Any vehicle pursuit the Patrol Major deems to require further review.

C. **Pursuit Review Board Members:**

The Pursuit Review Board will consist of the Patrol Division Major, the Traffic Lieutenant; a non-involved Lieutenant designated by the Assistant Chief; a P.B.A. representative; and the Patrol Division Major who will serve as Chairman. They will ensure that the following are adhered to:

1. The main focus of the Review Board will be policy and procedure issues. Public safety interests will supersede those of enforcement.

Original Date: 11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 12 of 14
SOP #205

2. The Review Board will make advisory recommendations only. Possible violations of policy or procedures will be referred to the involved Member's Supervisor. Other recommendations will be reviewed by the Patrol Division Major.

3. The Pursuit Review Board will not replace the Crash Review Board and will not determine preventability in crashes relating to vehicle pursuits.

4. A copy of the Review Board findings will be forwarded to the Internal Affairs office.

D. **Patrol Major's Responsibility:**

The Patrol Majors will be responsible for forwarding a quarterly report to the Operational Bureau Assistant Chief showing an analysis of data collected from Vehicular Pursuit Reports.

A copy of the Pursuit Review form will be forwarded to the Internal Affairs Unit.

E. **Annual Review:**

A documented annual review of pursuit policies and reporting procedures will be completed by the Patrol Division East District Major and will be due on October 15th. The absence of pursuit reports does not remove the requirement of reviewing the policies, procedures and practices associated with the reporting process. **[41.2.2K]**

XIV. **DEFINITIONS:**

A. **FORCIBLE FELONY (F.S.S. 776.08):**

Crimes of treason; murder; manslaughter; sexual battery; carjacking; home invasion robbery; robbery; burglary; arson; kidnapping; aggravated assault; aggravated battery; aggravated stalking; aircraft piracy; unlawful throwing, placing, or discharging of a destructive device or bomb; and any other felony which involves the use or threat of phys-

ical force or violence against any individual.

B. **BACKUP OFFICER:**

Officers who position themselves at strategic sites along the probable vehicle pursuit route or on parallel roadways.

C. **CODE-1 RESPONSE:**

Any call, which does not fall under the guidelines for a Code-3 response, as described herein, will be, and designated a Routine Call. The emergency vehicle will comply with all traffic control devices and signals and proceed in a manner consistent with the normal flow of traffic.

D. **CODE-3 RESPONSE:**

An event that requires expeditious response for the preservation of life and property i.e.; in-progress and emergency incidents where immediate danger of death or substantial bodily harm exists, cases involving an Officer requiring emergency assistance and sudden occurrences which the Officer believes requires a emergency response.

E. **VEHICLE EMERGENCY EQUIPMENT PACKAGE:**

Emergency blue/red lights, siren and headlights.

F. **EMERGENCY VEHICLES:**

An authorized Law Enforcement vehicle equipped with emergency lights (red/blue/white), siren, and other emergency warning devices required by Law and used for emergency response situations.

G. **EMERGENCY WARNING DEVICES:**

Devices placed in/on each Agency's emergency vehicle that emit audible or visual signals in order to warn others that emergency Law Enforcement ser-

Original Date: 11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 13 of 14
SOP #205

vices are in the process of being delivered.

**H.  PRIMARY OFFICER:**

An Officer who is in the best tactical position to continue the vehicle pursuit.

**I.  REASONABLE BELIEF:**

Facts that would cause a reasonable person to conclude that the information available is probably true.

**J.  ROADBLOCK:**

Any method, restriction, or obstruction utilized or intended for the purpose of preventing passage of vehicles in order to effect the apprehension of an actual or suspected violator operating a motor vehicle.

**K.  SPECIALTY VEHICLE:**

Any motorcycle, jeep, electric vehicle, Detention vehicle or SWAT vehicle that is marked as a Department Police Vehicle but has not been equipped with a pursuit package from the manufacturer.

**L.  SUBSTANTIAL HARM:**

Great bodily harm or imminent peril.

**M.  SUPPORT/SECONDARY OFFICER:**

Follows the Primary Officer at a safe distance and will be immediately available to assume the vehicle pursuit or assist the primary Officer in the event the fleeing motor vehicle is stopped.

**N.  VEHICLE PURSUIT:**

An active attempt by Police Officers to apprehend a suspect operating a motor vehicle, who is attempting to avoid arrest or detainment by willfully disregarding a lawful command to stop.

APPROVED BY:

_Frank G. Fernandez_  08/13/2014

**Frank G. Fernandez**                     **Date**
**Chief of Police**

<u>**ATTACHMENTS:**</u>

- **Appendix A:**      Vehicular  Pursuit  Report.

Original Date:  11/1/2001
Revised Date: 08/13/2014
File Name: SOP 205 - Emergency & Police Vehicle Pursuit Operations.doc

Page 14 of 14
SOP #205



# HOLLYWOOD POLICE DEPARTMENT
# VEHICULAR PURSUIT REPORT

| **DATE:** | **TIME:** | **CASE #:** |
|---|---|---|

**OFFENSE:**

---

**WEATHER CONDITION(S):** SUNNY ☐  Cloudy ☐  Rainy ☐  Windy ☐

**PURSUIT AREA CONGESTION:**
Vehicular Traffic: ☐ Slight ☐  Moderate ☐  Heavy ☐  Extreme
Pedestrian Traffic: ☐ Slight ☐  Moderate ☐  Heavy ☐  Extreme
Other:

---

**EMERGENCY EQUIPMENT IN USE:** Emergency Lights ☐  Siren ☐  Headlights ☐  Others ☐

**TYPE OF AREA:**  Residential ☐  School ☐  Business ☐  Other ☐

| **HIGHEST SPEED ATTAINED:** | **AVERAGE SPEED:** | **LENGTH OF PURSUIT**<br>Time:          .<br>Miles: |
|---|---|---|

**DID PURSUIT TRAVEL THROUGH ANY CONSTRUCTION ZONES?  YES ☐  NO ☐**
**EXPLAIN:**

**DID PURSUIT TRAVEL AGAINST TRAFFIC:** Yes ☐  No ☐  Explain:

**OTHER JURISDICTIONAL ASSIST:** Yes ☐  No ☐  **AGENCY INITIATING PURSUIT:**

| **NUMBER OF POLICE VEHICLES INVOLVED:** | **EXPLAIN FORCE USED TO TERMINATE THE PURSUIT, IF ANY:** |
|---|---|

---

**INJURY TO OFFICER(S):**  ☐ None ☐ Minor ☐ Serious ☐ Fatal
**INJURY TO SUSPECT(S):**  ☐ None ☐ Minor ☐ Serious ☐ Fatal
**INJURY TO OTHERS: DRIVER(S)**  ☐ None ☐ Minor ☐ Serious ☐ Fatal
**PEDESTRIAN(S)**  ☐ None ☐ Minor ☐ Serious ☐ Fatal

---

**NATURE OF PROPERTY DAMAGE, IF ANY:**

**SUSPECT INFORMATION:**
**NAME:**          **AGE:**          **SEX:**
**WAS PURSUIT TERMINATED:** ☐ YES ☐ NO
**REASON:**

**PRIMARY PURSUIT OFFICERS NAME:**          **SUPERVISOR IN CHARGE OF PURSUIT:**

**SECONDARY PURSUIT OFFICERS NAME:**

**BACKUP OFFICERS INVOLVED:**

**LIEUTENANT  IN CHARGE OF PURSUIT:**

**ALL RELATED REPORTS COMPLETED: Yes ☐  No ☐  Other:**

**DID PURSUIT RESULT IN A CRASH?** ☐ NO ☐ YES, HOW MANY  VEHICLES:

**TRAINING ACTION RECOMMENDATIONS:**

**FORWARDED TO THE PURSUIT REVIEW BOARD:** ☐ YES ☐ NO

**ATTACH COPY OF REPORT**

**PATROL MAJOR'S SIGNATURE:** _____  **DATE:** _____

---

| | **HOMELESS ASSISTANCE** | |
|---|---|---|
| [badge] | **DEPARTMENT SOP: #206** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW DATE: 01/17/2013** | **CFA:** **2.04** |

**PURPOSE:**  To provide guidelines for homeless assistance.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Historically, there has been a lack of understanding between the homeless population and the Law Enforcement community.  The Hollywood Police Department is attempting to address this issue by providing specific direction to Officers and assistance to homeless individuals as part of our function.

The Hollywood Police Department and the Broward Outreach Center have agreed to work together in an attempt to resolve some of the issues unique to the homeless population.

**INDEX:**

I.   **BROWARD OUTREACH CENTER ...........1**

   A.   Safe Zone: ............................................1
   B.   Approaching a Homeless Person: .......1

II.   **AGENCY DATABASE ...........................2**

III.   **BAKER ACT / MARCHMAN ACT ..........2**

IV.   **LIFE-SUSTAINING ACTIVITIES ............2**

   A.   Misdemeanor & Ordinance Violations: [2.04] 2
   B.   Examples: ...........................................2

V.   **NON LIFE-SUSTAINING ACTIVITIES ...2**

   A.   Misdemeanor & Ordinance Violations: [2.03][2.04].......................................2
   B.   Examples: ...........................................3

VI.   **PERSONAL PROPERTY .......................3**

   A.   Personal Property: ...............................3

   B.   Disposition of Personal Property: ........3

VII.   **DEFINITIONS: .........................................3**

   C.   HOMELESS PERSON: .......................3

**PROCEDURE:**

I.   **BROWARD OUTREACH CENTER**

The Broward Outreach Center is a community facility that assists homeless individuals in accessing services and housing.   The Center provides shelter to anyone referred by our Department except for those who are intoxicated.   The Center is located at 2056 Scott Street, Hollywood.

   **A.   Safe Zone:**

   The Hollywood Police Department has designated the Broward Outreach Center as a "safe zone" for the homeless in our community.

   **B.   Approaching a Homeless Person:**

   A Law Enforcement Officer may approach a homeless person who has not been observed engaging in any criminal conduct for the purpose of informing him about the Broward Outreach Center or other agencies that may provide beneficial assistance.  If a homeless person is transported to the Broward Outreach Center a "Police Referral for Intake to Broward Outreach Center" Form will be completed (see **Appendix A**) and a signal 100 will be used. The address for the signal 100 will be the Broward Outreach Center. This form is maintained at the Broward Outreach Center.

## II.  AGENCY DATABASE

The Communications Section will maintain a database of information on local organizations that provide assistance to the homeless.

## III.  BAKER ACT / MARCHMAN ACT

If an Officer encounters a homeless person whom he reasonably believes meets the criteria for involuntary examination under the Baker Act or Marchman Act, he will follow the guidelines as outlined in the (**Baker Act and Marchman Act** SOPs).

## IV.  LIFE-SUSTAINING ACTIVITIES

Life-sustaining activities are those acts, which a homeless individual commits because he is without shelter and must conduct these activities in public.

### A.  Misdemeanor & Ordinance Violations: [2.04]

When an Officer encounters a homeless person committing a Life-sustaining activity, which constitutes a misdemeanor or Ordinance violation, the Officer should first:

1. Request the Communications Section to contact the Broward Outreach Center to ascertain the availability of shelter.  If shelter is available, the Officer may offer the shelter to the homeless person as an alternative to being arrested.  The Officer will complete a Field Contact, documenting the facts of the incident. **[2.04]**

2. If an Officer has probable cause to arrest for a Life-sustaining misdemeanor or Ordinance violation, and the homeless person refuses an offer to be placed at the Broward Outreach Center, the Officer should arrest the subject.

3. If there is no shelter available, then the subject in question is deemed not to have refused and will not be arrested for the Life-sustaining misdemeanor or Ordinance violation. The Officer will ask the subject to leave the area and give them instruction on how to conform to the laws.

### B.  Examples:

The following are examples of misdemeanor and Ordinance violations which are considered Life-sustaining activities:

1. Lodging in the Open (H.M.O. 133.22)

2. Being in a Park after Closing Hours (H.M.O. 103.02 A).

3. Urinating in Public (H.M.O. 133.31).

4. Littering (F.S. 403.314).

5. Trespass on Public Property (F.S. 810.09(1)).

6. Exposure of Sexual Organs (when bathing for example) (F.S. 800.03).

## V.  NON LIFE-SUSTAINING ACTIVITIES

The following procedures will guide Members during encounters with homeless persons committing misdemeanor and Ordinance violations that are not considered Life-sustaining activities:

### A.  Misdemeanor & Ordinance Violations: [2.04]

Officers encountering homeless persons committing misdemeanor or Ordinance violations, which are not deemed to be Life-sustaining, will be guided by the following:

1. The Officer may arrest the homeless person.

2. As a discretionary action, the Officer has the option of referring the individual to a shelter as an alternative to arrest if the incident is non-physical, minor in nature, and the

victim is agreeable with the decision. **[2.03][2.04]**

3. If an arrest is not made, the incident will be documented on a Field Contact. The notation "Homeless" (for record keeping purposes only) will be noted in the narrative portion of the Field Contact.

**B. Examples:**

The following are examples of misdemeanor and ordinance violations that are not considered Life-sustaining activities:

1. Disorderly Conduct (F.S. 877.03),

2. Loitering & Prowling (F.S. 856.021),

3. Trespass on Private Property (F.S. 810.08(1)).

4. Possession/ Consumption of Alcohol/ Open Container (H.M.O. 113.06),

## VI. PERSONAL PROPERTY

Police Officers will respect the personal property of all homeless persons.

**A. Personal Property:**

Officers will not destroy any personal property known to belong, or readily identifiable as the property of a homeless person unless it is contaminated or otherwise poses a health hazard to an Officer or to members of the public. Officers are not responsible for taking custody of mattresses.

**B. Disposition of Personal Property:**

The disposition of personal property will never prevent an Officer from effecting an arrest. However, Officers should undertake the following safeguards to preserve the personal property of the homeless person, to the extent feasible:

1. Always attempt to secure personal items such as identification, medi-

cine, eyeglasses, and other small items of importance identified by the homeless person, in accordance with the Police Department's existing procedures.

2. The arresting Officer will ensure that large or bulky items, (which do not pose a health hazard to the Officer or to members of the public), are not abandoned at the point of arrest. Bulky items such as numerous articles of clothing may be listed on the Property Receipt as miscellaneous clothes. The homeless individual must sign the Property Receipt.

## VII. DEFINITIONS:

**C. HOMELESS PERSON:**

An individual who lacks a fixed nighttime residence or has a primary nighttime residence that is:

- A supervised publicly or privately operated shelter designed to provide temporary living accommodations;

- An institution that provides a temporary residence for individuals intending to be institutionalized; or

- A public or private place not designed for, or ordinarily used as, a regular sleeping accommodation for human beings. Officers are allowed to make reasonable inquiries to make this determination.

APPROVED BY:

*Chadwick E. Wagner* **03/01/2012**

**Chadwick E. Wagner**                    **Date**
**Chief of Police**

**<u>ATTACHMENTS</u>:**

- **Appendix A:**  Police Referral for Intake to Broward Outreach Center.

# POLICE REFERRAL FOR INTAKE
# TO BROWARD OUTREACH CENTER

**To be completed by referring officer:**

Date ____/____/____  Name: _____

A.K.A. _____ SSI # ___ ___ ___ - ___ ___ - ___ ___ ___ ___  DOB ____/____/____

Place of Birth _____

☐ White—Not Hispanic Origin  ☐ Black—Not Hispanic Origin  ☐ Hispanic ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander

Does client have outstanding warrants? ☐ yes ☐ no *If yes, please give details* _____

_____

Police Department: ☐ Hollywood PD  ☐ BSO Name & Badge # _____

Have you ever lived on the streets ☐ yes ☐ no

Last Residence: _____ From ____/____/____ to ____/____/____

Emergency Contact:_____ Relationship to client:_____

Phone #:_____ Address:_____

Client Signature _____

Security Personnel Signature _____

**Medical Information:**

Do you have any physical problems, handicaps, or disabilities that need to be address? ☐ yes ☐ no

*If yes, explain* _____

Are you or should you be on any medication? ☐ yes ☐ no *If yes, list* _____

_____

**Follow-up:**

Client admitted ☐ yes ☐ no  date: ___/___/___  **Reason if "no"** _____

_____

**Admitting Staff Signature** _____

| | **MARCHMAN ACT** | |
|---|---|---|
| | **DEPARTMENT SOP: #211** | **CFA STANDARDS** |
| | **EFFECTIVE DATE: 11/1/2001** | **2.04** |

**PURPOSE:**  The purpose of this procedure is to recognize instances of substance abuse as a disease rather than a crime and provide treatment through health and rehabilitative services.

**SCOPE:**  This SOP applies to all Members of the Police Department.

**POLICY:**  The Hollywood Police Department recognizes the need for other alternative methods in dealing with, and treating, subjects with substance abuse addictions. This SOP establishes criteria for involuntary admission including protective custody, emergency admission, and involuntary treatment for the purpose of assessment and stabilization of subjects with substance abuse addictions.

**INDEX:**

I.      LEGAL GUIDELINES .............................1

II.     PROCEDURES FOR THE MARCHMAN ACT ..........................................1

   A.    Marchman Act Protective Custody Criteria: **[2.04]** ........................1
   B.    Protective Custody with Consent:........2
   C.    Protective Custody without Consent:...2
   D.    Transportation to a Hospital or Addictions Receiving Facility: .............2
   E.    Declined Admission by a Receiving Facility or Hospital:............................3
   F.    Reports / Records:...............................3

III.    LIABILITY .............................................3

IV.     DEFINITIONS: ......................................3

   A.    DESIGNATED RECEIVING FACILITY: 3

**PROCEDURE:**

**I.    LEGAL GUIDELINES**

Chapter 397 of Florida Statutes, known as the Hal S. Marchman Alcohol and Other Drug Services Act, provides guidelines for dealing with intoxicated persons and other forms of substance abuse.

**II.   PROCEDURES FOR THE MARCHMAN ACT**

**A.  Marchman Act Protective Custody Criteria: [2.04]**

The following criteria provides for protective custody under the Marchman Act:

1.  The Marchman Act should be considered as an alternative to arrest that can be applied to either a child or adult. **[2.04]**

2.  The criteria to be articulated for protective custody must include:

    a.  How the subject was brought to the attention of Law Enforcement.

    b.  How the impaired person has lost the power of self-control with respect to substance abuse and how they are a danger to themselves or others, and either:

        (1). The impaired person is incapable of making any decisions concerning treat-

ment as result of substance abuse, or

**(2).** The impaired person has threatened, inflicted or attempted to inflict physical harm to themselves or others.

**B.  Protective Custody with Consent:**

If a subject meets the above criteria and is willing to consent to the Officer placing them into protective custody, then the Officer:

**1.**  May assist the person to his home, to a hospital, or to a licensed detoxification or addictions receiving facility.  The Officer will determine which is the most appropriate action to take.

**2.**  May request that a private ambulance or Fire Rescue transport the subject.   If the subject is transported, the Officer should:

   **a.**  Perform a protective search of the subject before transporting.

   **b.**  Elect to use handcuffs as a temporary restraining device.

**3.**  If the subject is transported anywhere other than a hospital or treatment facility, the Officer will ensure that the subject is:

   **a.**  Released into the custody of a responsible person and note their name in a Mobile Field Report, or

   **b.**  Transported to a safe place (i.e. workplace, home, and friend) where the subject is unlikely to be harmed or harm others, and noted in the Mobile Field Report.

**C.  Protective Custody without Consent:**

The Marchman Act provides that a person fitting the criteria for involuntary

commitment be taken into protective custody without consent.

**1.**  The Police Officer taking a person into protective custody under these circumstances must:

   **a.**  Articulate the criteria for Involuntary Commitment, (see **Section II, Paragraph A, Marchman Act Protective Custody Criteria**).

   **b.**  Complete all required forms and reports (see **Section II, Paragraph F Reports/Records)**.

   **c.**  Attempt notification of the nearest relative.  In the case of a minor, notification of the nearest relative is mandatory.

**2.**  If the Officer has determined that a hospital or addictions receiving facility is the most appropriate place for such a person and the subject creates a disturbance at a receiving facility or hospital, the Officer will:

   **a.**  Assist the facility with the subject until relieved by the facility, or

   **b.**  Consider arrest, if the subject creates a disturbance and disrupts the process of the facility.

**D.  Transportation to a Hospital or Addictions Receiving Facility:**

The Officer will adhere to the following guidelines when transporting a subject to a hospital or receiving facility with or without consent.

**1.**  If a subject has health insurance, the subject can be taken to:

   **a.**  Memorial Hospital,

   **b.**  Sunrise Regional Hospital,

   **c.**  Broward General Hospital,

   **d.**  Spectrum.

**2.** If the subject does <u>not</u> have health insurance, the subject can be taken to:

    **a. Juveniles Only-**Memorial Regional Hospital.

    **b. Adults Only-**BARC 1000 SW 2nd Street Ft. Lauderdale.

**3.** The Officer will have dispatch contact the facility first to ascertain room availability.

**4.** The person will be assessed by a qualified professional within 72 hours after involuntary admission to a treatment facility and may be kept for additional treatment if proper petition to the court for a court order is initiated.

**E. Declined Admission by a Receiving Facility or Hospital:**

Memorial Regional Hospital has advised that they will accept all juveniles, even without insurance. However, a treatment facility such as BARC or the hospital can refuse admittance for adults for a variety of reasons.

State Law provides Law Enforcement Officers the ability to place adults into a detention facility for up to 8 hours for involuntary protective custody. However, if our facility is closed and if BSO refuses such protective custody, the Officer will notify their Supervisor for resolution assistance.

**F. Reports / Records:**

Any person taken into protective custody under the Marchman Act will not be considered an arrestee, and no entry or other record will be made to indicate that the individual has been arrested or charged with a crime.

Therefore, the Officer will document a Marchman Act intervention on the following Departmental Reports:

**1. Protective Custody with Consent:** A Mobile Field Report with the incident classification of "Police Information." The narrative will include who the subject was released to or what safe location they were dropped off at.

**2. Protective Custody without Consent:** Officers will complete:

    **a.** The State Report (see **Appendix A**) if a treatment facility or hospital is involved. Write the case number on the upper right corner of the form.

      **(1).** The original will be left with the treatment facility or hospital.

      **(2).** A copy of this report will be forwarded to the Records Section.

    **b.** Complete a Mobile Field Report

## III. LIABILITY

Any Law Enforcement Officer acting in good faith may not be held criminally or civilly liable for false imprisonment when initiating protective custody measures.

## IV. DEFINITIONS:

**A. DESIGNATED RECEIVING FACILITY:**

A hospital, medical facility, or treatment center designated by Department of Child and Families Services to provide detoxification or specialized care for persons impaired by substance abuse. The location and telephone number of the nearest appropriate facility may be obtained from the Communication Section.

APPROVED BY:

_Chadwick E. Wagner_ **09/15/2010**

**Chadwick E. Wagner** **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A**: Report of Law Enforcement Officer.

REPORT OF LAW ENFORCEMENT OFFICER

STATE OF FLORIDA. COUNTY OF_____. FLORIDA

TO_____
(Receiving Facility and Address)

Pursuant to Section 397.675, Florida Statutes, requiring a written report detailing the circumstances under which_____was taken into custody. I report herewith as follows::

Time and Date_____

Family Members or others present when patient was taken into custody:

Name_____        Name_____

Address_____        Address_____

Relationship_____        Relationship_____

Telephone Number _____        Telephone Number_____

Indicate personal knowledge by family members and others about patient.

_____

_____

_____

Physical Restraints, if any_____

_____

_____

This section is to be completed only if law enforcement officer is initiating the involuntary examination (i.e.. when a 'Certificate of Professional Initiating Involuntary Placement' has not been completed or a court order has not been entered).

In my opinion this person appears to meet the following criteria for involuntary examination
(a) There Is reason to believe said person is substance abuse impaired pursuant to Chapter 397.675 and because of the substance abuse, and
(b) Said person has refused voluntary examination after conscientious explanation and disclosure of the purpose of the examination; and
(c) Said person Is unable to determine for himself whether examination is necessary, and:
(d) Either (check t or 2)

_____(1) Without care or treatment said person is likely to suffer from neglect or refuse to care for himself If, and such neglect or refusal poses a real and present threat of substantial harm to his welt-being and ft is not apparent that such harm may be avoided through the help or willing family members or friends or the provision of other services; OR

_____(2) h is more likely than not that in the near future said person wilt inflict serious, unjustified bodily term on another person, as evidenced by behavior causing, attempting, or threatening such harm, including al least one incident thereof within 20 days prior to the examination.

Observations which support tilts opinion:

_____

_____

_____

_____

Delivered to Receiving Facility on_____        , 20_____ at_____ a.m./p.m.

This report shall be made a part of the patient's clinical record.

Date_____        _____
(Law Enforcement Officer)
**Use Back of Page for Additional Information**

| | **BAKER ACT** | |
|---|---|---|
| | **DEPARTMENT SOP: #212** | **CALEA: 41.2.7A-E** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 01/29/2013** | **CFA:** **2.04** |

**PURPOSE:** The purpose of this SOP is to establish standards and guidelines for the handling, care and transportation of individuals who meet the criteria of Florida's Baker Act.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Florida Legislature, through the Baker Act, established a comprehensive plan to provide for the social, educational, rehabilitative needs and general welfare of persons experiencing mental health problems. It is the policy of the Department that the individual dignity of persons suffering from emotional disorders will be respected at all times. Procedures dealing with detention, custody, or transport of all individuals will comply with the Laws of the State of Florida and the guidelines established by the Department of Children and Family Services (DCF).

**INDEX:**

I.    SAFETY MEASURES: ...............................1

A.    Obtaining Information: .........................1
B.    Dispatch Requirements: [41.2.7C].......2

II.   VOLUNTARY ADMISSION .......................2

A.    Self Admittance:...................................2
B.    Parent / Guardian Admittance: ............2
C.    Transportation to a Receiving Facility: 2

III.  INVOLUNTARY ADMISSION ................3

A.    Reasonable Force: ................................3
B.    Liability: .................................................3
C.    Officer Admissions: ..............................3
D.    Court Admissions: ................................3
E.    Mental Health Professional Admissions:. ...............................................................4

IV.   RECEIVING (CRISIS) FACILITY ...........4

A.    Medical Treatment: [41.2.7B]...............4
B.    Non-Medical Treatment: .......................4

V.    REPORTING PROCEDURES ...............4

A.    Baker Act Patient Transport:................4
B.    Involuntary Admission:..........................4

VI.   CRIMINALLY CHARGED SUSPECTS MEETING BAKER ACT CRITERIA .................5

A.    No Physical Medical Needs: ................5
B.    Physical Medical Needs:.......................5

VII.  ABANDONING CRIMINAL CHARGES [2.04] 5

VIII. TRAINING [41.2.7D,E] ..........................5

IX.   DEFINITIONS: ........................................6

A.    BAKER ACT:..........................................6
B.    DESIGNATED RECEIVING FACILITY: 6
C.    CERTIFICATE OF PROFESSIONAL INITIATING INVOLUNTARY EXAMINATION: ....................................6
D.    DEPARTMENT OF CHILDREN AND FAMILY SERVICES (DCF)- H-3052A FORM: ...................................................6
E.    EX-PARTE ORDER: ..............................6
F.    MENTAL ILLNESS: [41.2.7A] ...............6

**PROCEDURE:**

**I.   SAFETY MEASURES:**

The following safety measures are intended to protect persons involved in the Baker Act process.

**A. Obtaining Information:**

When the Communications Section receives a call involving a potential Baker Act situation, the Telecommunicator will attempt to obtain all relevant Officer

safety information.  This information includes, but is not limited to the following:

1. Presence of weapons,

2. Subject's history of violence,

3. Subject's demeanor.

4. Subject's feelings towards Law Enforcement Officers.

**B. Dispatch Requirements:** [41.2.7C]

The following dispatch and response procedures will be followed:

1. Two Officers will be dispatched to all potential Baker Act incidents.

2. Once dispatched, Officers will not cancel the response of back-up Units until they have arrived on scene, assessed the situation, and determined that they can handle the situation safely.

3. If an Officer on-view's a subject he believes may require emergency admission, he may determine the need for back-up assistance dependant on the circumstances.

4. When an Officer transports a Baker Act subject to a receiving facility, the following procedures will be followed:

   **a.** Starting and ending mileage will be provided to the Telecommunicator when transporting people of the opposite sex.

   **b.** Prior to entering the receiving facility, all weapons will be placed into the Police vehicle's trunk or into locked boxes if provided by the receiving facility.

5. If the Baker Act subject has been charged with a serious crime or poses an imminent threat to others by demonstrating violent behavior, Officers may opt against surrendering their weapon.

6. Officers will immediately notify their Supervisor who will retain final authority as to whether the Officer may enter the receiving facility armed.

7. All persons taken into protective custody will be subjected to a "protective" search of their person.  The purpose of the search is to detect weapons or other objects that might potentially harm the subject, the Officer or others.

8. Law Enforcement personnel not medical personnel will determine the need for the use of physical restraints.  Medical personnel may use their discretion only after taking charge of the person.

## II. VOLUNTARY ADMISSION

The Police Officer acts only as an advisor as long as the individual is not exhibiting behavior that would cause an Officer to involuntarily admit the subject.

**A. Self Admittance:**

Any person who believes himself to be in need of mental health treatment may voluntarily admit himself to a receiving facility.

**B. Parent / Guardian Admittance:**

The parent or guardian of the person in need of mental health treatment may request emergency admission to a receiving facility on behalf of the person in need.

**C. Transportation to a Receiving Facility:**

Members will be guided by the following when acquiring transportation for voluntary admissions to a receiving facility:

1. **Juveniles:**  When the juvenile's conduct is non-criminal and non-violent, the Officer will request that the parent or guardian provide transportation to the receiving facility.

**2. Adults and Juveniles:** When transportation is not available, the Officer will arrange to have the person transported to the receiving facility.

    **a.** Private ambulance transportation should be considered as the primary source of transportation, whenever possible.

    **b.** When unable to use a private ambulance, Fire Rescue or the Officer will provide the transportation.

    **c.** Supervisory permission will be required when facilitating this process.

## III. INVOLUNTARY ADMISSION

Florida Statute dictates how a subject will be involuntarily taken to a receiving facility when he meets certain criteria for a Baker Act.

### A. Reasonable Force:

Officers may use such force as reasonably necessary to gain access into a premise and to take into custody the person who is the subject of an involuntary Baker Act.

### B. Liability:

Any Law Enforcement Officer acting in good faith may not be held criminally or civilly liable for false imprisonment when initiating protective custody measures.

### C. Officer Admissions:

Officers may encounter individuals, through the course of their work, who may fit the criteria for involuntary admission for evaluation and emergency treatment. **[41.2.7A,B]**

    **1.** The person can be Baker Acted and transported to a receiving facility if there is a reason to believe the subject is mentally ill.

    **2.** Due to the mental illness, he is unwilling to submit to voluntary admission as a result of mental illness and possess the following criteria:

        **a.** Has refused voluntary examination after conscientious explanation and disclosure of the examination, or

        **b.** Is unable to determine for himself whether examination is necessary; and

        **c.** Without care or treatment, he is likely to suffer from neglect or refuse to care for himself; and

        **d.** Such neglect will pose a real and present threat of substantial harm to his well-being; and

        **e.** It is not apparent that such harm may be avoided through the help of willing family Members or friends; or

        **f.** There is a substantial likelihood that without care or treatment, he will cause serious, bodily harm to himself or others as evidenced by recent behavior.

### D. Court Admissions:

The Court may admit a person for an involuntary examination via the following procedure:

    **1.** The County Court will enter an Ex Parte Order requiring a Law Enforcement Officer to deliver a person to a receiving facility for involuntary examination.

    **2.** Officers will take action on an Ex Parte Order for Involuntary Examination (see **Appendix A** for an example of this form) only when they are presented with a Certified Copy of said Order and the Order is directed to personnel of the Hollywood Police Department.

3. Ex Parte Orders are valid until executed for the period of time specified in the Order, and if no time limit is specified, they are valid for seven days from the date the Order was signed.

**E. Mental Health Professional Admissions:**

A Mental Health Professional (Physician, Clinical Psychologist, Psychiatric Nurse or Clinical Social Worker) may execute a "Certificate of Professional Initiating Involuntary Examination" (see **Appendix B** for an example of this form) stating that he has examined the subject within the preceding 48 hours and finds that the person appears to meet the criteria for involuntary admission.

1. The Certificate is valid throughout the State of Florida.

2. The Certificate expires seven days from the time it was issued.

3. The Certificate of Professional Initiating Involuntary Examination will be made a part of the clinical record.

4. The Officer will place the Hollywood Police case number on the Certificate and forward a copy to the Records Section.

5. Transportation of the subject should be accomplished via private ambulance whenever possible. If transport by private ambulance or other less restrictive means is not possible, A Law Enforcement Officer will take the person to the nearest receiving facility.

**IV. RECEIVING (CRISIS) FACILITY**

**A. Medical Treatment:** [41.2.7B]

If the Baker Act patient requires medical treatment, they will be transported to Memorial Regional Hospital.

1. Persons under the age of 14 will receive treatment at the Pediatric Emergency Room.

2. Persons 14 years of age and older will receive treatment at the Emergency Room.

**B. Non-Medical Treatment:**

If the Baker Act patient does not require medical treatment, they will be transported to the Memorial Regional Hospital's Psychiatric Unit. The Officer will have the Communication Center call the facility and advise them that the Officer is enroute with the patient.

**V. REPORTING PROCEDURES**

**A. Baker Act Patient Transport:**

When an Officer's involvement is limited to the transport of a voluntary admission, the Officer is required to complete a Mobile Field Report. The classification of the report will be a Police Information.

**B. Involuntary Admission:**

The following reports are required when a subject is taken to a receiving facility under an involuntary admission.

1. One of the following State forms must be completed and left at the receiving facility with the Department's case number written in the upper right hand corner. Copies of the form will be forwarded to the Records Section.

   a. Report of Law Enforcement Officer Initiating Involuntary Examination (see **Appendix C** for an example of this form).

   b. Certificate of Professional Initiating Involuntary Examination.

   c. Ex Parte Order for Involuntary Examination.

**2.** The Officer will complete a Mobile Field Report, noting the following:

    **a.** The appropriate State form was completed and left at the receiving facility.

    **b.** The incident classification on the Mobile Field Report will be noted as "Baker Act".

**3.** The information contained in the Mobile Field Report is confidential and may only be disclosed upon the person's consent or Court Order.

**4.** The Officer will consider placing a Premise Warning into the CAD system if he believes the subject is a danger to others. Supervisory approval is required.

## VI. CRIMINALLY CHARGED SUSPECTS MEETING BAKER ACT CRITERIA

### A. No Physical Medical Needs:

Offenders exhibiting behavior that meet the criteria for admission to a receiving facility under the Baker Act are treated as follows:

**1. Misdemeanor Charges:** If the subject is criminally charged with a misdemeanor, he will be transported to Memorial Regional Hospital.

    **a.** A Notice to Appear (NTA) for the applicable charges may be issued, or,

    **b.** A "Police Hold" may be placed on the subject.

**2. Felony Charges:** If the subject is charged with a felony, and has no physical medical needs, he will be transported to Detention for processing and booked on the applicable charges.

    **a.** A notation will be made on the Probable Cause Affidavit indicating that the arrestee is a possible "suicidal risk".

    **b.** The transporting Officer will verbally notify the Intake Deputy that the arrestee is a possible suicide risk.

**3.** Officers will not drop felony charges in favor of admitting the arrestee to Memorial Regional Hospital under the Baker Act provision.

### B. Physical Medical Needs:

If the arrestee requires medical treatment, immediate transport to Memorial Regional Hospital is mandatory.

**1. Non Serious Felony:** If the subject is admitted to the hospital for medical purposes for a non-serious felony, a "Police Hold" will be initiated and the Probable Cause Affidavit sent to the Broward Detention Facility immediately.

**2. Violent Behavior or Serious Felony:** If the subject exhibits violent behavior or has been charged with a serious felony, he will be transported directly to the Broward Detention Facility after receiving medical clearance.

**3. Non-Violent Felony:** "Not-in-Custody" Probable Cause Affidavits may be considered, with supervisory approval, for non-violent felonies.

## VII. ABANDONING CRIMINAL CHARGES [2.04]

When Officers encounter an individual whose criminal conduct is apparently the result of an emotional disorder and such conduct does not injure other persons or property, the placing of minor criminal charges may be abandoned, with supervisory approval, in favor of treatment pursuant to provisions of the Baker Act, as an alternative to arrest.

## VIII. TRAINING [41.2.7D,E]

All Sworn Members will be required to complete Mental Illness training triennially. This is to include any applicable laws. The Training and Professional Development

Unit will administer the training to ensure compliance.

## IX. DEFINITIONS:

### A. BAKER ACT:

Chapter 394 of Florida Statutes, known as the Florida Mental Health Act.

### B. DESIGNATED RECEIVING FACILITY:

A hospital, medical facility or treatment center designated by Department Of Children And Family Services (DCF) to provide specialized care for persons who have exhibited signs of mental illness.

### C. CERTIFICATE OF PROFESSIONAL INITIATING INVOLUNTARY EXAMINATION:

A form completed by a Mental Health Professional for the involuntary admission of a subject under the Baker Act Statute.

### D. DEPARTMENT OF CHILDREN AND FAMILY SERVICES (DCF)- H-3052A FORM:

A Department of Children and Family Services (DCF) form authorized by Law to initiate the involuntary exam process under the Baker Act by Law Enforcement personnel.

### E. EX-PARTE ORDER:

A signed order of an appropriate Court judge requiring that the subject named in the order be taken into custody and delivered to a designated receiving facility for an involuntary examination.

### F. MENTAL ILLNESS: [41.2.7A]

Is an impairment of the mental or emotional processes that exercise conscious control of one's actions or of the ability to perceive or understand reality, which impairment substantially interferes with a person's ability to meet the ordinary demands of living, regardless of etiology. For the purposes of this part, the term does not include retardation or developmental disability as defined in chapter 393, intoxication, or conditions manifested only by antisocial behavior or substance abuse impairment.

APPROVED BY:

**01/29/2013**

**Interim Chief Affanato      Date**
**Chief of Police**

## ATTACHMENTS:

- **Appendix A:** Ex Parte Order for Involuntary Examination.

- **Appendix B:** Certificate of Professional Initiating Involuntary Examination.

- **Appendix C:** Report of Law Enforcement Officer Initiating Involuntary Examination.

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT

IN AND FOR _____ COUNTY, FLORIDA

IN RE: _____   CASE NO.: _____

_____ /

## Ex Parte Order for Involuntary Examination

Pursuant to Section 394.463(2)(a)1, Florida Statutes, this Court having received sworn testimony, states that the above-named person, presently within the county, appears to meet the following criteria for involuntary examination:

1.  There is reason to believe the above-named person has a mental illness as defined in Section 394.455 (18), F.S., and because of this mental illness said person:
    - ☐ (a) has refused voluntary examination after conscientious explanation and disclosure of the purpose of the examination; or
    - ☐ (b) is unable to determine for himself/herself whether examination is necessary, **AND**

2.  Either (Check a or b)
    - ☐ (a) without care or treatment the above-named person is likely to suffer from neglect or refuse to care for himself/herself, and such neglect or refusal poses a real and present threat of substantial harm to his or her well-being and it is not apparent that such harm may be avoided through the help of willing family members or friends or the provision of other services; **OR**
    - ☐ (b) There is substantial likelihood that without care or treatment the above-named person will cause serious bodily harm to ☐ himself or herself   or   ☐ another person   in the near future, as evidenced by recent behavior.

One or more Petitions and Affidavits Seeking Order Requiring Involuntary Examination (CF-MH 3002 or equivalent) on which the above conclusion is based is attached.

Additional information upon which this order is based is: _____

_____

_____

Therefore, it is

ORDERED

That a law enforcement officer, or designated agent of the Court take the above-named person into custody and deliver or arrange for the delivery of said person to the **nearest** receiving facility for involuntary examination, and that this order and petition be made part of said person's clinical record. A law enforcement officer or agent may serve and execute this order on any day of the week, at any time of the day or night. A law enforcement officer or agent may use such reasonable physical force as is necessary to gain entry to the premises, and any dwellings, buildings, or other structures located on the premises, and to take custody of the person who is the subject of this ex parte order.

This order expires in _____ days. If no time limit is specified in this order, the order shall be valid for 7 days after the date that the order was signed.

ORDERED THIS _____ day of_____,   _____
                Date            Month                         Year

_____   _____
Printed Name of Circuit Court Judge          Signature of Circuit Court Judge
See s. 394.463, Florida Statutes
CF-MH 3001, Jan 98 (obsoletes previous editions)   (Recommended Form)          **BAKER ACT**

---

## Example Only
This form is an example of a Standard Ex Parte Order for Involuntary Examination, which is most often used by Memorial Hospital. This form may be changed or updated at any time by Memorial Hospital.

## Certificate of Professional Initiating Involuntary Examination
### ALL SECTIONS OF THIS FORM MUST BE COMPLETED

Printed Name of Patient: _____

This is to certify that I am a (check applicable box)  ☐ physician,  ☐ clinical psychologist,  ☐ psychiatric nurse, or ☐ clinical social worker, as defined in Section 394.455, Florida Statutes; that I have **personally examined**

_____ at _____ am  pm  (within the preceding 48 hours) on _____
Printed Name of Person                                    Time                                                                      Date (mm/dd/yyyy)

and that said person appears to meet the following criteria for involuntary examination:

1.  There is reason to believe said person is mentally ill as defined in Section 394.455(18), Florida Statutes.  My initial

diagnosis is _____ (the current DSM diagnostic code <u>if known</u> is _____ )

and observations supporting this diagnosis are: _____

_____

_____

_____ and because of mental illness:

☐  a.  Said person has refused voluntary examination after conscientious explanation and disclosure of the purpose of the examination; OR

☐  b.  Said person is unable to determine for himself/herself whether examination is necessary;

**AND**

2.  Either

☐  a.  Without care or treatment said person is likely to suffer from neglect or refuse to care for himself/herself, and such neglect or refusal poses a real and present threat of substantial harm to his or her well-being and it is not apparent that such harm may be avoided through the help of willing family members or friends or the provision of other services.  Observations supporting this criteria are: _____

_____

_____

**OR,**

☐  b.  There is substantial likelihood that without care or treatment the person will cause serious bodily harm to ☐ himself/herself   or   ☐ another person   in the near future, as evidenced by recent behavior. Observations supporting this criteria are: _____

_____

**Other information**, including source relied upon to reach this conclusion, is as follows: _____

_____

☐  Check here if it appears that the person has drug or alcohol involvement in addition to mental illness (does not disqualify for Baker Act admission.  If the primary problem is with drugs or alcohol rather than mental illness, use the procedures specified in Chapter 397 instead of the Baker Act.)

**CONTINUED OVER**

---

### Example Only
This form is an example of a Professional Initiating Involuntary Exam form, which is most often used by Memorial Hospital.  This form may be changed or updated at any time by Memorial Hospital.

---

Original Date:  11/1/2001
Revised Date:  09/15/2005
File Name:  Appendix B Certificate of Professional Initiating Involuntary Exam.doc

Page 1 of 2
Appendix B SOP #212

## Certificate of Professional Initiating Involuntary Examination (Page 2)

| Signature of Professional: | | Typed or Printed Name of Professional: |
|---|---|---|

| License Number: | Phone: ( ) | Date (mm/dd/yyyy): | Time: ·am  pm |
|---|---|---|---|

**LOCATION OF EXAMINATION**

Type of Location:  ☐ Home    ☐ Private Office    ☐ ER    ☐ Nursing Home    ☐ Other (specify): _____

Name of Facility: _____

Street Address: _____

City: _____  State: _____  Zip: _____

If the examination was conducted at a nursing home or ALF, was the guardian or legal representative notified in advance of this transfer?   ☐ Yes   ☐ No

**Provide the following identifying information (if known) if needed by law enforcement to find the person so they may be taken into custody for examination:** If the patient is not already at a hospital, this directs a law enforcement officer to take said person into custody and deliver said person to the **NEAREST** receiving facility for involuntary examination. If the patient is already at a hospital, transportation shall be performed under transfer arrangements without the use of law enforcement. The location where the person is expected to be found is:

| County of Residence: | Social Security No.: | Date of Birth (mm/dd/yyyy): |
|---|---|---|

Sex : ☐ Male  ☐ Female    Race:

| Height: | Weight: | Hair Color: | Eye Color: |
|---|---|---|---|

Does the PERSON have access to any weapons?   ☐ No   ☐ Unknown   ☐ Yes   If yes, describe:

Is the PERSON violent now?   ☐ No   ☐ Yes   Has the patient been violent in the recent past?   ☐ No   ☐ Yes   If Yes, Describe:

Does the PERSON have any pending criminal charges against him/her?   ☐ No   ☐ Yes   If yes, describe:

**GUARDIANSHIP**

1) Does the PERSON have a legal guardian?   ☐ No   ☐ Yes
2) Is there a pending petition to determine the PERSON's capacity and for the appointment of a guardian?   ☐ No   ☐ Yes
   If YES to either of the above, provide the name, address and phone number of the current or proposed guardian.

Name: _____   Phone: (_____) _____

Address: _____   City: _____  Zip: _____

**The completed original of this form must be transported with the patient to the receiving facility to be retained in the clinical record. Copies may be retained by the initiating professional and by the law enforcement agency transporting the patient to the receiving facility.**

By Authority of s. 394.455(18), 394.463(2)(a)3, Florida Statutes
CF-MH 3052b, Jan 98 (obsoletes previous editions)   (Mandatory Form)                    **BAKER ACT**

<u>Example Only</u>
This form is an example of a Professional Initiating Involuntary Exam form, which is most often used by Memorial Hospital.  This form may be changed or updated at any time by Memorial Hospital.

Original Date:  11/1/2001
Revised Date:  09/15/2005
File Name:  Appendix B Certificate of Professional Initiating Involuntary Exam.doc

Page 2 of 2
Appendix B SOP #212

## Report of Law Enforcement Officer Initiating Involuntary Examination
## State of Florida, County of _____, Florida

I,_____. am a law enforcement officer certified by the State of Florida. In my opinion

_____appears to meet the following criteria for involuntary examination:

1. I have reason to believe said person has a mental illness pursuant to Section 394.455 (18), F.S., and because of the mental illness (check a or b):

☐ a.  Said person has refused voluntary examination after conscientious explanation and disclosure of the purpose of the examination; OR

☐ b. Said person is unable to determine for himself/herself whether examination is necessary, AND

2. Either (Check a or b)

☐ a.  Without care or treatment said person is likely to suffer from neglect or refuse to care for himself/herself, and such neglect or refusal poses a real and present threat of substantial harm to his/her well-being and it is not apparent that such harm may be avoided through the help of willing family members or friends or the provision of other services; OR,

☐ b. There is substantial likelihood that without care or treatment the person will cause serious bodily harm to

☐ himself/herself or ☐ another person in the near future, as evidenced by recent behavior.

Circumstances which support this opinion: (what the person said and did)

_____

_____

_____

_____

☐ Check here if it appears that the person has drug or alcohol involvement in addition to mental illness (does not disqualify for Baker Act admission)

_____        _____
Signature of Law Enforcement Officer        Date (mm/dd/yyyy)        Time

_____        _____
Printed Name of Law Enforcement Officer        Full Name of Law Enforcement Agency

_____        _____
Badge or ID Number        Law Enforcement Case Number

By Authority of s. 394.463(2)(a) 2, Florida Statutes
CF-MH 3052a, Jan 98 (obsoletes previous editions) (Mandatory Form)
  2310-00474-7-98

> **Example Only**
> This form is an example of a Law Enforcement Officer Initiating Involuntary Examination form, which is most often used by Memorial Hospital. This form may be changed or updated at any time by Memorial Hospital.

Original Date:  11/1/2001
Revised Date:  09/15/2005
File Name:  Appendix C LE Initiating Involuntary Examination State Form.doc

Page 1 of 1
Appendix C SOP #212

| SEXUAL PREDATOR/OFFENDER REGISTRATION | | |
|---|---|---|
|  | **DEPARTMENT SOP: #213** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 07/30/2013** | **CFA:**<br><br>**28.05, 28.06** |

**PURPOSE:** To establish procedures for the identification, registration, verification, tracking and community notification as required by law of all persons identified as Sexual Predators or Sexual Offenders living within the jurisdictional limits of the City of Hollywood.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Hollywood Police Department will aggressively seek to identify all Sexual Predators and Sexual Offenders living in the City of Hollywood and make community notifications in a timely manner. The Department has a legal and moral responsibility to provide a system of notification and maintenance of convicted sexual predators and offenders in an effort to instill a sense of safety and awareness for parents and children and decrease the potential of future contact between a known deviant and a victim.

**INDEX:**

I.      REGISTERING...................................1

A. Sexual Predator: [28.05]......................1
B. Sexual Offenders: [28.06].....................2

II.      REGISTRATION & VERIFICATION ...2

A. Initial Registration: ...............................2
B. Address & Personal Information Verification:...........................................3

III.      COMMUNITY NOTIFICATION OF SEXUAL PREDATORS .....................3

A. Community Notification: [28.05] .........3

IV.      UNIT MEMBER RESPONSIBLITIES..3

A. Criminal Investigations Division Secretary will: ......................................3
B. The Special Victims Unit will: ..............4

V.      WHEN A SEXUAL PREDATOR OR SEXUAL OFFENDER MOVES...........4

VI.      SEXUAL OFFENDER / PREDATOR-FAILURE TO RESPOND TO AN ADDRESS VERIFICATION LETTER OR ABSCONDS ................................4

A. Florida Department of Law Enforcement:........................................4
B. Special Victims Unit: ...........................4

VII.      DEFINITIONS: ...................................5

A. SEXUAL OFFENDER: ........................5
B. SEXUAL PREDATOR: ........................5

**PROCEDURE:**

I.      **REGISTERING**

The City of Hollywood has a compelling interest in protecting the public from Sexual Predators/Offenders and in protecting children from predatory sexual activity, and there is sufficient justification for requiring Sexual Predators/Offenders to register and for requiring community and public notification of the presence of Sexual Predators/Offenders.

A. **Sexual Predator:** [28.05]

Sexual Predator registration will be completed in accordance with F.S. 775.21 (6) using the following methods:

1. If the Sexual Predator is in the custody, control, or under the Supervision of the State Department of Corrections, or is in the custody of a private correctional facility, the Sexual Predator must register

with the State Department of Corrections.

2. If the Sexual Predator is in the custody of a local jail, the custodian of the local jail will register the Sexual Predator and forward the registration information to the Florida Department of Law Enforcement (FDLE).

3. If the Sexual Predator is not in the custody or control of, or under the Supervision of, the Department of Corrections, or is not in the custody of a private correctional facility, and establishes or maintains a residence in the State, the Sexual Predator will register in person at an office of the Florida Department of Law Enforcement, or at the Sheriff's Office in the County in which the predator establishes or maintains a residence, within 48 hours after establishing permanent or temporary residence in the State of Florida. They should respond to Broward Courthouse Registration Unit, 201 SE 6th Street, 1st Floor Room #144 M-F 8:00 am to 3:30 pm, phone (954) 831-6305.

4. If a Sexual Predator registers with the Sheriff's Office, the Sheriff's Office will take a photograph and a set of fingerprints of the Predator and forward the photographs and fingerprints to FDLE.

5. The Hollywood Police Department will identify and make community notifications of all Sexual Predators living in the City of Hollywood in accordance with Florida State Statute 775.21 and the National Public Safety Information Act of 1997.

**B. Sexual Offenders:** [28.06]

Sexual Offender registration will be completed in accordance with F.S. 943.0435 using the following methods:

1. If the Sexual Offender is in the custody or control of, or under the Supervision of, the State Department of Corrections, or is in the custody of a private correctional facility, the Sexual Offender must register with the State Department of Corrections.

2. If the Sexual Offender is in the custody of a local jail, the custodian of the local jail will register the Sexual Offender and forward the registration information to FDLE.

3. If the Sexual Offender is not in the custody or control of, or under the Supervision of, the Department of Corrections, or is not in the custody of a private correctional facility, and establishes or maintains a residence in the state, the Sexual Offender will register in person at an office of FDLE, or at the Sheriff's Office in the county in which the offender establishes or maintains a residence, within 48 hours after establishing permanent or temporary residence in the State of Florida.

4. If a Sexual Offender registers with the Sheriff's Office, the Sheriff will take a photograph and a set of fingerprints of the offender and forward the photographs and fingerprints to FDLE.

**II. REGISTRATION & VERIFICATION**

**A. Initial Registration:**

The Department's Family Services Section receives the initial notification of the presence of a Sexual Predator or Sexual Offender in the jurisdictional limits of the City of Hollywood.  Generally, the notification is in the form of an email from FDLE and/or BSO.  Once the initial registration of a Sexual Predator or Sexual Offender residing in Hollywood has been established, the Special Victims Unit Sergeant will do the following:

1. Verify the address as being within Hollywood's jurisdiction.

2. Verify the actual Sexual Predator or Sexual Offender information by obtaining a copy of the FDLE information flyer located on the Internet (www.fdle.state.fl.us).

3. Prepare an initial contact package which will include the Hollywood Police Department Sexual Predator/Offender Personal Information Form (see **Appendix C**) and either the Initial Contact Notification for Sexual Predators (see **Appendix A**), or the Initial Contact Notification for Sexual Offenders (see **Appendix B**).

4. Verify the Sexual Predator or Sexual Offender's address is listed on their Driver's License. The license must have in the bottom corner 775.21 F.S., if they are a Sexual Predator or 943.0435 F.S., if they are a Sexual Offender.

5. Provide administrative maintenance and manage information to ensure the validity and reliability of a database of local Predator/Offender files.

6. Contact the Probation Officer of a Predator/Offender who has moved to ensure that proper registration of the change of residence has been made. If the Predator/Offender moves within the City of Hollywood, this process will be treated as a new case with special note on the fliers that the subject is at a new address.

B. **Address & Personal Information Verification:**

The Special Victims Unit Sergeant will immediately assign a Detective who will:

1. Make physical contact with Predator/Offender at the residence listed on the FDLE Flyer. Detec-

tive will require the Sexual Predator/Offender to sign the Initial Contact Form. A copy of the form will be provided to the subject.

2. Complete an Incident Report.

3. Forwarded the Initial Contact package to the Investigative Services Secretary for archival in the Sexual Predator/Offender Database.

III. **COMMUNITY NOTIFICATION OF SEXUAL PREDATORS**

A. **Community Notification:** [28.05]

Community notifications of Sexual Predators living in the City of Hollywood will be as follows:

1. By way of Public Access Channel broadcast and local newspaper advertisement. This will be accomplished by the Office of General Counsel.

2. By providing notification information on the Sexual Predator via email or fax to all licensed child care facilities and schools in the City of Hollywood. The Criminal Investigations Secretary will update the licensed child care facility, elementary, middle and high school contact information on a yearly basis.

IV. **UNIT MEMBER RESPONSIBLITIES**

The following is a list of Unit/Member responsibilities relating to Sexual Predators or Sexual Offenders residing within the City of Hollywood:

A. **Criminal Investigations Division Secretary will:**

1. Provide administrative maintenance and manage information to ensure the validity and reliability of a database of local Sexual Predator or Sexual Offender files.

**2.** Produce a monthly status report of all Sexual Predators and Sexual Offenders.

**3.** Prepare an Initial Contact package of new Sexual Predator or Offender moving into the City of Hollywood.

**4.** Provide the Legal Affair's Unit the FDLE Sexual Predator Flyer to be used for the community notification.

**B. The Special Victims Unit will:**

**1.** Check the residence of the **Sexual Predator** on a quarterly basis.

**a.** If there are no changes, the Detective will complete a Hollywood Police Department Sexual Predator/Offender Address Verification Form. A copy of the Form will be forwarded to the Criminal Investigations Division Secretary for archival.

**b.** If there are any changes, the Detective will complete an Incident Report.

**(1).** The changes will also be documented on the Personal Information Form and forwarded to the Special Victims Unit Supervisor to update the Sexual Predator/Offender Database.

**2.** Check the residence of the **Sexual Offender** on a bi-annual basis.

**a.** If there are no changes, the Detective/Officer will complete a Hollywood Police Department Sexual Predator/Offender Address Verification Form. A copy of the Form will be forwarded to the Special Victims Unit Supervisor for archival.

**b.** If there are any changes, the Detective will complete an Incident Report.

**(1).** The changes will also be documented on the Personal Information Form and forwarded to the Special Victims Unit Supervisor to update the Sexual Predator/Offender Database.

**V. WHEN A SEXUAL PREDATOR OR SEXUAL OFFENDER MOVES**

When the Family Services Section becomes aware that a Sexual Predator or Sexual Offender has moved, the Special Victims Unit Sergeant will contact the Predator's/Offender's Probation Officer to ensure that proper registration of the change of residence has been made.  If the Sexual Predator or Sexual Offender moves within the City of Hollywood, this process will be treated as a new case.

**VI. SEXUAL OFFENDER / PREDATOR-FAILURE TO RESPOND TO AN ADDRESS VERIFICATION LETTER OR ABSCONDS**

**A. Florida Department of Law Enforcement:**

The Florida Department of Law Enforcement will notify our Agency when an Offender or Predator has failed to respond to an address verification letter.

**B. Special Victims Unit:**

The Special Victims Unit Supervisor will assign a Detective to conduct a follow-up investigation.  The Detective will:

**1.** Confirm from the Florida Department of Law Enforcement that the Offender/Predator did not legally change his/her address without notification, a violation of F.S.S. 943.0435(9), a third degree felony.  If the Predator/Offender has absconded, the Detective will:

**a.** Initiate a case number for a Signal 91 (sexual predator/offender) and complete and incident report.  The incident report will document the dates

that attempts were made to contact the Predator/Offender.

   b.   Complete a Hollywood Police Department Sexual Predator/Offender Unauthorized Change of Address Form (see **Appendix E**).-

2.   Ascertain if the Offender/Predator is on probation. If the Offender/Predator is on probation, the Detective will:

   a.   Notify the Probation Officer of the violation.

   b.   Confirm that the Probation Officer will be initiating a "Violation of Probation" warrant.

3.   If the Offender / Predator is not on probation, and cannot be located, the Detective will:

   a.   Prepare a "not in custody" Probable Cause Affidavit narrating the verification effort and citing the specific violation of F.S. 943.0435 (9), "Sexual Predator/Offender Failure to Notify Law Enforcement of Change of Address."

   b.   Attach the Offender / Predator's criminal history to the Probable Cause Affidavit.

   c.   Forward all applicable paperwork to the Broward State Attorney's Office via the Hollywood Case Filing Unit for Capias application.

## VII. DEFINITIONS:

### A. SEXUAL OFFENDER:

The definition of Sexual Offender will be adopted from Florida State Statue 943.0435

### B. SEXUAL PREDATOR:

The definition of Sexual Predator will be adopted from Florida State Statute 775.21.

APPROVED BY:

_07/30/2013_

**Office of the Chief of Police    Date**

## ATTACHMENTS:

- **Appendix A:** Initial Contact Notification for Sexual Predators Form.

- **Appendix B:** Initial Contact Notification for Sexual Offenders Form.

- **Appendix C:** Hollywood Police Department Sexual Predator/Offender Personal Information Form.

- **Appendix D:** Hollywood Police Department Sexual Predator/Offender Address Verification Form.

- **Appendix E:** Hollywood Police Department Sexual Predator/Offender Unauthorized Change of Address Form.

# HOLLYWOOD POLICE DEPARTMENT
## INITIAL CONTACT NOTIFICATION FOR SEXUAL PREDATORS

Date:_____

Predator Name:_____

As a Court designated **Sexual Predator** that resides in the City of Hollywood's jurisdictional limits, the following actions will be taken within 48 hours of your required registration:

1. A Hollywood Police Detective will make this initial contact to obtain information and verify your address.
2. Your name and address will be broadcast on the Government Access Channel through the local cable provider for a period of one week.
3. Every public and private school (day care, elementary, junior high and high school) in Hollywood will be notified of your presence.
4. An ad in the local newspaper(s) containing your picture, name address and offense(s) will be published.
5. A Hollywood Police Detective will be checking with you quarterly to make sure the information you have given at this initial contact has not changed.

- **If you move from the address in Hollywood to another, this process will be repeated.**
- **If you have concerns regarding the contents of the flyer that is distributed, please contact the Florida Department of Law Enforcement at 1-888-357-7332.**

The Hollywood Police Department is advising you of this information strictly as a courtesy and conducts these actions based on Florida State Statute 775.21

_____          _____
Predator Signature                                        Date


_____          _____
Officer Signature                                          Date

Original Date:  11/01/2001
Revised Date: 06/12/2012
File Name:  Appendix A Initial Contact Notification for Sexual Predators.doc

Page 1 of 1
Appendix A SOP #213

# HOLLYWOOD POLICE DEPARTMENT
## INITIAL CONTACT NOTIFICATION FOR SEXUAL OFFENDERS

Date:_____

Offender Name:_____

As a designated **Sexual Offender** that resides in the City of Hollywood's jurisdictional limits, the following actions may be taken pursuant of your required registration:

1. A Hollywood Police Detective will be checking with you every six months to make sure the information you have given at this initial contact has not changed.

   - **If you move from the address in Hollywood to another, this process will be repeated.**
   - **If you have concerns regarding the contents of the flyer that is distributed, please contact the Florida Department of Law Enforcement at 1-888-357-7332.**

The Hollywood Police Department is advising you of this information strictly as a courtesy and conducts these actions based on Florida State Statute 775.21

_____          _____
Offender Signature                                      Date


_____          _____
Officer Signature                                        Date

Original Date:  11/01/2001
Revised Date: 06/12/2012
File Name:  Appendix B Initial Contact Notification for Sexual Offenders.doc

Page 1 of 1
Appendix B SOP #213

# Hollywood Police Department     Date:
## *Sexual Predator/Offender Personal Information Form*

| | |
|---|---|
| **Photo Goes Here:** | Officer: _____   Neighborhood: _____ |
| | Date/Status of Check |
| | Address _____   Phone Number _____ |
| | FL DL _____   Check if ID Card ☑   SS# _____ |
| | Place of Employment _____   City _____ |
| | Race ___ Sex ___ Height ___ Weight ___ Eyes ___ Hair ___ |
| | Scars, Marks, Tattoos _____ |

*Date of Photo*

**Predator/Offender**

## Probation Information:

Probation Officer _____     Phone Number _____

DC Number _____

*Date of Birth*     Comments or Action Needed _____

## Vehicle Information:

| | | | | |
|---|---|---|---|---|
| Primary Vehicle | _____ | | Tag: | _____ |
| Vehicle #2: | _____ | Tag: _____ | Vehicle #3 _____ | Tag: _____ |
| Vehicle #4 | _____ | Tag: _____ | Vehicle #5 _____ | Tag: _____ |

## Relative/Cohabitant Information:

Number of Occupants in Offender Household (not including offender) ____

Nearest Relative _____

Names and Ages

Relationship _____

Address (If different) _____

Phone Number _____

## Intelligence:   Date Added: _____

Remarks _____

Return this form to the Crime Analysis Unit. Check PREDATORS and OFFENDERS quarterly.

*This form is not for public distribution: LAW ENFORCEMENT USE ONLY*

CAU-COF

---



# HOLLYWOOD POLICE
# SEXUAL PREDATOR/OFFENDER
# ADDRESS VERIFICATION FORM

**Date:** _____     **Time:** _____

**Predator/Offender Name:** _____

**Residence Address:** _____

On the above date and time, I responded to the above address to verify the above listed sexual predator/offender still resides at the above location. Contact was made with the predator/offender who stated that he/she does live at the above listed location and there was no change of information.  The undersigned Officer conducted a routine NCIC/FCIC query to ensure the predator/offender is complying with Florida State Guidelines (Q.R.U.).

_____          _____
**Officer's Signature**                                    **Badge#**

**NOTE:**

**If the subject's information has changed, <u>do not use this form</u>. Officers will complete a Field Dictation Report documenting new information.**



# HOLLYWOOD POLICE DEPARTMENT
# SEXUAL PREDATOR/OFFENDER
# ADDRESS CHANGE AFFIDAVIT

☐ **Sexual Offender**   ☐ **Sexual Predator**

I, _____ , have personal knowledge that as of
(affiant name)

_____ , _____ , a subject known to
(date)              (Predator/Offender's true name)

me as _____ and described as a _____ with
(Predator/Offender's name known to affiant)              (race & sex)

a date of birth of _____ does not live or reside at the address of
(Predator/Offender's DOB)

_____ which is in the City of Hollywood, located in
(address in question)

Broward County, within the State of Florida.  He/She has not resided at that address for

more that forty eight (48) hours, departing approximately _____ ,
(date of departure)

or has never lived at this address to the best of my knowledge or belief.  I know this to

be true because of the following facts:

_____

_____

_____

Affiant: _____   _____   _____
(print name)                (sign name)              (date)

**********************************************************************************************

The forgoing was sworn to and subscribed before me this _____ day of _____,
(day of month)              (month)

20____ by _____ who has produced _____ as ID.
(year)              (affiant name)              (type of identification)

Signature of Notary Public or
Law Enforcement Officer
(Name, Title or Rank, ID or CCN): _____

_____

## POLICE VEHICLE CRASHES



| DEPARTMENT SOP: #214 | CALEA: |
| --- | --- |
| EFFECTIVE DATE: 11/1/2001<br><br>REVIEW DATE: 09/26/2014 | CFA:<br><br>23.01D |

**PURPOSE:** To establish guidelines for the investigation and Departmental review of Police Vehicle Crashes.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to review the circumstances of all Police vehicle crashes to determine factors pertaining to causality, preventability, safety, and training. **[23.01D]**

**INDEX:**

I.   POLICE VEHICLE CRASH PROCESS .....1

II.   MEMBER RESPONSIBILITIES ................3

   A.   Involved Member:................................3
   B.   The Appropriate Division Major will:......3
   C.   Traffic Homicide Sergeant: ..................3
   D.   Traffic Lieutenant ................................3
   E.   Patrol Division Major ...........................3
   F.   Traffic Homicide Sergeant: ..................4

III.   REPORTING REQUIREMENTS.............4

   A.   Risk Manager Notification: ...................4
   B.   Outside Agency Reports: .....................4

IV.   CRASH APPEAL PROCESS ................4

   A.   Time Period for Filing an Appeal:.........4
   B.   Appearance before a Patrol Major: .......4
   C.   Appeal Considerations: ........................4
   D.   Providing a Decision: ...........................4
   E.   Off-Duty Appearance: ..........................4

V.   PREVENTABLE POLICE VEHICLE CRASHES INVOLVING SWORN MEMBERS: .5

VI.   PREVENTABLE POLICE VEHICLE CRASHES INVOLVING NON-SWORN MEMBERS:.......................................................5

VII.   DISCIPLINARY PROCESS ...................5

   A.   Factors to be Considered: ..................5
   B.   Imposing Discipline: ............................6
   C.   Early Warning System:.........................6

VIII.   DEFINITIONS: .........................................6

   A.   DISABLED:...........................................6

**PROCEDURE:**

**I.   POLICE VEHICLE CRASH PROCESS**

The following procedures will be followed when a Department Member has been involved in a traffic crash:

1. Upon being involved in a traffic crash, Communications will be notified by the Member.

2. Communications will notify the Patrol Sergeant responsible for the area where the crash occurred. If the traffic crash occurs outside of the City limits, the Shift Lieutenant will be notified.

3. If the crash involved a Member not under the Patrol Sergeant's direct command, the involved Member's immediate Supervisor and assigned Lieutenant will respond to the scene to conduct the investigation and reporting, if on-duty.  Otherwise, the Patrol Sergeant and Shift Lieutenant will respond and investigate the crash.

4. The Shift Lieutenant will respond to all scenes of traffic crashes involving Police Vehicles, unless an ar-

ticulated emergency exists that requires the Lieutenant's presence elsewhere.

5. The on-scene Sergeant will ensure a Crime Scene Technician responds and photographs the scene and all vehicles involved, regardless of damage or evidence of damage.

   a. A Community Service Officer may be assigned by a Supervisor to photograph City vehicle crashes under the following circumstances:

   (1). Minor injuries, and/or;

   (2). Minor damage

6. A Community Service Officer or Police Officer will complete the Florida Traffic Crash Report at the direction of the on-scene Supervisor.

7. At the discretion of the on-scene Lieutenant, a Sergeant may complete the Florida Traffic Crash Report.

8. In cases of serious bodily injury to any involved party, the Shift Lieutenant will determine the need for a Traffic Homicide Investigator to respond, as per **SOP #231 Traffic Crash Investigation.**

9. The Shift Lieutenant will notify the Staff Duty Officer, as necessary.

10. The on-scene Sergeant and Lieutenant will confer to determine statutory fault when it can be reasonably determined through driver statements, physical evidence and/or witness statements.

11. Regardless of who is determined to be at fault, citations will not be issued, except in accidents resulting in criminal charges.

12. Once fault is determined, it will be clearly indicated in the narrative section of the Crash Report. In cases where no fault can be determined, each driver's statement as to how the crash happened will be given the same consideration.

13. The narrative of the Florida Traffic Crash Report will include a synopsis of what the driver(s) and witness(s), if any, stated.

14. In cases where no fault can be determined, an explanation will be provided in the narrative section of the Crash Report.

15. The on-scene Sergeant will be responsible for the investigation and for completing an internal City of Hollywood Accident Injury Report (see **Appendix A**).

16. No Sergeant or Lieutenant will complete or sign the City of Hollywood Accident Injury Report unless they responded to the scene and were involved in the investigation.

17. The on-scene Lieutenant will be responsible for ensuring the investigation and reporting are completed properly and accurately.   He will sign the Accident Injury Report and ensure the **ORIGINAL** crash report, any applicable citations, and the **ORIGINAL** Accident Injury Report will be forwarded to the appropriate Major.

18. The Accident Injury Report will clearly indicate a Supervisory finding of "Preventable" or "Non-Preventable".

19. All Police Department vehicle Accident/ Injury Reports and related reports (i.e.: Workers Compensation Medical and Service Report Forms, State of Florida Notice of Injury Form, I.A. PRO Historical Vehicle Accident Report, and the City of Hollywood Accident-Injury Report) will be forwarded via chain of command to the respective Assistant Chief of Police.

**20.** Sergeants will review the Traffic Crash History of all Members under their supervision on a bi-annual basis. This review will be documented in the Member's Mid-Year Review and Annual Performance Evaluation.

**21.** Lieutenants will review the Traffic Crash History of all Members under their supervision on a bi-annual basis. This review will be documented in the Member's Mid-Year Review and Annual Performance Evaluation.

## II.  MEMBER RESPONSIBILITIES

### A.  Involved Member:

When a Member is involved in a vehicle crash while driving a City owned or leased vehicle, he will:

**1.** Notify the Communications Center immediately.

**2.** Facilitate the response of Fire Rescue and administer emergency first aid, if necessary.

**3.** Ensure Supervisor is notified.

**4.** Ensure the involved vehicles are not moved from final rest, unless exigent circumstances exist.

**5.** A Member will make no statements to the person involved or others at the scene regarding the fault or cause of the crash. All statements concerning the crash will be made to the investigating Officer, Supervisor, or other appropriate City Representative.

**6.** No Member will ever investigate any motor vehicle crash in which he is involved.

### B.  The Appropriate Division Major will:

**1.** Review the circumstances of the crash with the appropriate responding Sergeant and Lieutenant to con-

firm the preventable or non-preventable nature of the accident.

**2.** Forward all crash related reports (i.e.: Workers Compensation Medical and Service Report Forms, State of Florida Notice of Injury Form, I.A. Pro Report, and the City of Hollywood Accident-Injury Report), to the Patrol Division Major along with determination regarding preventability.

### C.  Traffic Homicide Sergeant:

**1.** The Traffic Homicide Sergeant will review all Police Vehicle Crashes and accompanying records (radio transmissions, scene photographs).

**2.** The Traffic Homicide Sergeant will forward all Police vehicle crashes and accompanying records to the Traffic Lieutenant.

### D.  Traffic Lieutenant

**1.** The Traffic Lieutenant will consult with the Patrol Major as to causation and preventability.

**2.** The Traffic Lieutenant will obtain the IA Pro Historical Vehicle Accident Report and forward to the respective Assistant Chief.

### E.  Patrol Division Major

The Member's Patrol Division Major will be responsible for the following:

**1.** The Major will issue a Memorandum to the Member involved in the crash advising him of the supervisory determination regarding crash preventability.

**2.** The Major will forward a copy of the Florida Traffic Crash Report and all other relevant reports to the Assistant Chief of the Operational Bureau.

**3.** Forward the **ORIGINAL** Crash Report and **ORIGINAL** Accident Injury

Report to the Special Operations Traffic Homicide Sergeant.

4. The Major will archive the information and forward a copy of the complete package to the City's Human Resources Director within five business days.

5. The Major will forward a copy of the Florida Traffic Crash Report (only) to the Department's Fleet Management Unit.

6. If a Member is injured and will miss time from work, the Major will forward copies of the City of Hollywood Report of Personnel Action Form and the City of Hollywood Accident-Injury Report to Professional Standards and the Department of Human Resources.

**F. Traffic Homicide Sergeant:**

1. Traffic Homicide Sergeant will approve the **ORIGINAL CRASH REPORT** and ensure it is electronically filed with the DHSMV. The Traffic Homicide Sergeant will forward the ORIGINAL Accident Injury Report and a copy of the crash report to the Assistant Chief of Police.

## III. REPORTING REQUIREMENTS

**A. Risk Manager Notification:**

The City of Hollywood's Human Resources Director is the designated Risk Manager for the City. The Patrol Division will notify the HR Director of all City vehicle crashes via email within five business days.

**B. Outside Agency Reports:**

If a Hollywood Police Department vehicle is involved in a crash in another Agency's jurisdiction, and that Agency conducts the crash investigation, the responding HPD Supervisor will obtain the Agency's case number and request that copies of all relevant reports be sent to the Patrol Division Majors Office.

## IV. CRASH APPEAL PROCESS

A Member involved in a Police vehicle crash which was determined to be preventable, may appeal the decision to the Patrol Division Major.

**A. Time Period for Filing an Appeal:**

A Member will have 10 days from receiving written notice that the crash was determined to be Preventable to appeal the finding in writing to the Patrol Division Major.

**B. Appearance before a Patrol Major:**

Persons appearing before a Patrol Division Major may include, but are not limited to the following:

1. Involved Member.

2. Supervisor who responded to the scene of the crash.

3. Crash Investigator and witnesses.

4. Bargaining Unit Representative.

**C. Appeal Considerations:**

A Patrol Division Major will make a determination of preventable or non-preventable based on the facts presented and a review of all aspects of the crash.

**D. Providing a Decision:**

The Major will render a decision within 15 days of the date the appeal was filed, unless extenuating circumstances necessitate an extension. The Patrol Major's decision will be final.

**E. Off-Duty Appearance:**

Those Officers, who are off-duty and are requested by the Department to appear at the appeal, will be compensated as per the current Collective Bargaining Agreement.

**V. PREVENTABLE POLICE VEHICLE CRASHES INVOLVING SWORN MEMBERS:**

The following disciplinary/corrective action guide will be followed when a Police vehicle crash is determined to be preventable:

**A. 1st preventable crash within 36 months:**

1. Sworn Members will receive an Unsatisfactory Observed Behavior Report.

2. 8 hour Driver Improvement Program

**B. 2nd preventable crash within 36 months:**

1. Sworn Members will receive an Unsatisfactory Observed Behavior Report.

2. 30 day loss of take home driving privilege if crash resulted in police vehicle damage which renders the vehicle disabled. **(See Definitions)**

3. 8 hour Driver Improvement Course

**C. 3rd preventable crash and any subsequent occurrence within 36 months:**

1. The Member's immediate Supervisor will complete a Complaint Intake Report and forward to the Internal Affairs Unit.

**VI. PREVENTABLE POLICE VEHICLE CRASHES INVOLVING NON-SWORN MEMBERS:**

The following disciplinary/corrective action guide will be followed when a Police vehicle crash is determined to be preventable:

**A. 1st preventable crash within 36 months:**

1. Written Reprimand

2. 8 hours Driver Improvement Course

**B. 2nd preventable crash within 36 months:**

1. Written Reprimand

2. The Chief may curtail the Member's vehicle usage during work hours.

3. In cases where the Member is assigned a vehicle for emergency call back, the Chief may rescind the Member's take home vehicle privilege.

**C. 3rd preventable crash and any subsequent occurrence within 36 months:**

1. A Complaint Intake Form will be completed by the Member's Supervisor and forwarded via the Chain of Command.

**VII. DISCIPLINARY PROCESS**

The Department recognizes that each traffic crash must be reviewed on a case by case basis when determining the appropriateness or extent of disciplinary/corrective action.

At anytime an Assistant Chief observes a pattern in a Member's driving history which indicates a pattern of Carelessness, or the Willful, Wanton or Reckless disregard for public safety, an I.A. Complaint Intake form can be completed.

The Police Chief reserves final authority on all matters of discipline and may find cause to impose enhanced discipline. Vehicle crashes or a Member's driving history which indicates a pattern of Carelessness, or the Willful, Wanton or Reckless disregard for public safety may merit enhanced discipline.

**A. Factors to be Considered:**

The following factors may be considered in determining the appropriateness or extent of disciplinary/corrective action:

1. Violations of State Statute.

2. Violations of Policy, Procedure, Rules or Regulations.

3. Negligence.

4. Carelessness.

5. Mitigating Factors.

6. Member's Driving History for the past three years.

**B. Imposing Discipline:**

Any disciplinary action taken against a Member will be administered in accordance with departmental policy and the guidelines established in the current Collective Bargaining Agreements and AFSCME contract. No disciplinary action will commence until the appeal process has concluded.

**C. Early Warning System:**

All Police vehicle accidents will be entered into the Department's Early Warning System. Members involved in two sustained preventable vehicle accidents within a 36 month period will be reviewed by the Division Major or designee to identify potential liability concerns and training issues.

**VIII. DEFINITIONS:**

**A. DISABLED:**

For the purpose of this policy, disabled refers to any vehicle requiring service from an outside auto repair vendor.

APPROVED BY:

_Frank G. Fernandez_ (signature)   **09/26/2014**

**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Accident/Injury Report Form

**SECTION ONE**          (must be submitted *immediately* for medical treatment authorization)

# CITY OF HOLLYWOOD, FLORIDA
# ACCIDENT/INJURY REPORT

**(PLEASE PRINT)**

**TYPE OF ACCIDENT:** ☐ Motor Vehicle          ☐ CDL Vehicle/Operator          **Substance Test Required** ☐YES ☐NO

☐Personal Injury          ☐ City Property Damage          ☐Personal Property Damage          ☐ Other

**POLICE INVESTIGATION:** ☐ **YES** ☐ **NO**          POLICE REPORT #          CITY VEHICLE #

## EMPLOYEE INFORMATION

| NAME (Last)                (First)                (MI) | BADGE# | DATE OF BIRTH |
|---|---|---|
| HOME ADDRESS (INCLUDE CITY STATE & ZIP CODE) | HOME PHONE | WORK PHONE |
| JOB TITLE          DEPARTMENT | SUPERVISOR NAME (Print) | |

## EMPLOYEE ACCIDENT REPORT

LOCATION OF ACCIDENT:

| DATE & TIME OF ACCIDENT: | DATE & TIME REPORTED: | INJURED ON REGULAR JOB: ☐ YES ☐ NO |
|---|---|---|

DESCRIBE HOW ACCIDENT HAPPENED:

DESCRIBE INJURY:

**EMPLOYEE SIGNATURE          DATE**          **SUPERVISOR SIGNATURE          DATE**

**INJURED EMP.:**  Taken to Hospital? ☐ YES ☐ NO          Taken to Doctor? ☐ YES ☐ NO          **Lost Time?** ☐ YES ☐ NO

| NAME OF HOSPITAL: | NAME OF DOCTOR: | FIRST DAY LOST (mm/dd/yyyy): |
|---|---|---|

## PROPERTY DAMAGE INFORMATION

DESCRIBE NATURE AND EXTENT OF VEHICLE OR PROPERTY DAMAGE:

## OTHER PARTY INVOLVED/WITNESS INFORMATION

WITNESSES: (give full name, address, & phone number):

**NOTE:** SECTION TWO OF FORM MUST BE COMPLETED WITHIN *24 HRS.* OF OCCURRENCE

**SECTION TWO**                      (must be completed **within 24 hrs.** of occurrence)

## SUPERVISOR'S INVESTIGATION

CAUSE OF ACCIDENT:

☐ NOT USING PROTECTIVE EQUIPMENT          ☐ UNSAFE ACT            ☐ CARELESSNESS

☐ NOT USING PROPER METHOD OR TOOLS        ☐ UNSAFE CONDITION      ☐ OTHER

☐ FAULTY EQUIPMENT OR FACILITY

EXPLAIN:

SUPERVISOR'S EXPLANATION OF ACCIDENT:

DESCRIBE ACTION TAKEN TO AVOID SIMILAR ACCIDENT:

**SUPERVISOR SIGNATURE          DATE**          **LIEUTENANT SIGNATURE          DATE**

## DIVISION/DEPARTMENT REVIEW

COMMENTS:

**DIVISION HEAD SIGNATURE          DATE**          **DEPARTMENT HEAD SIGNATURE          DATE**

## HUMAN RESOURCES/COMMENTS

CONCUR WITH ABOVE: ☐ YES ☐ NO – IF NO EXPLAIN:

**SAFETY DIV. REP. SIGNATURE          DATE**

**NOTE:** SECTION TWO SHOULD BE SUBMITTED TO RISK MANAGEMENT WITHIN **24 HOURS** OF OCCURRENCE.



| **SPECIAL PURPOSE VEHICLES** | |
|---|---|
| **DEPARTMENT SOP: #215** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 04/13/2013** | **CFA:**<br><br>**17.02A-G, 21.02B** |

**PURPOSE:**  The purpose of this SOP is to identify all Special Purpose Vehicles currently used by the Department, and to establish guidelines and objectives for their use.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of this Department to develop and maintain a safe, effective, efficient, and professional fleet of vehicles.  Members authorized to operate any special purpose vehicle or vessel will be properly licensed, trained, equipped, and proficient in the safe use and care of the vehicle or vessel.

**INDEX:**

I.   **MOTORCYCLES** ........................................3
   A.   Operational Objectives: [17.02A] ..........3
   B.   Instructions, Conditions and Limitations of Usage: [17.02B] ................................3
   C.   Usage Authorization: [17.02C] .............3
   D.   Qualifications and Training for Authorized Members: [17.02D] .............3
   E.   Person(s) Responsible for the Motorcycle's Maintenance and Condition: [17.02E]...............................3
   F.   Equipment: [17.02F]...........................4
   G.   Person(s) Authorized Usage: [17.02G] .4

II.   **CANINE VEHICLES** ...................................4
   A.   Operational Objectives: [17.02A] ..........4
   B.   Instructions, Conditions and Limitations of Usage: [17.02B] ................................4
   C.   Usage Authorization: [17.02C] .............4
   D.   Qualifications and Training for Authorized Members: [17.02D] .............4
   E.   Person(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E]...4
   F.   Biohazard Cleanup:...........................4
   G.   Equipment: [17.02F]...........................5

   H.   Person(s) Authorized Usage: [17.02G]5

III.   **DETENTION TRANSPORT VAN** ...........5
   A.   Operational Objectives: [17.02A] ..........5
   B.   Instructions, Conditions and Limitations of Usage: [17.02B] ................................5
   C.   Usage Authorization: [17.02C] .............6
   D.   Qualifications and Training for Authorized Members: [17.02D] .............6
   E.   Person(s) or Position(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E] ...............................6
   F.   Biohazard Cleanup: ...........................6
   G.   Equipment: [17.02F] ...........................6
   H.   Person(s) Authorized Usage: [17.02G]. 6

IV.   **CRIME SCENE VEHICLES:** ...................6
   A.   Operational Objectives: [17.02A] ..........6
   B.   Instructions, Conditions and Limitations of Usage: [17.02B] ................................6
   C.   Usage Authorization: [17.02C] .............6
   D.   Qualifications and Training for Authorized Members: [17.02D] .............7
   E.   Person(s) or Position(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E] ...............................7
   F.   Biohazard Cleanup: ...........................7
   G.   Equipment: [17.02F] ...........................7
   H.   Person(s) Authorized Usage: [17.02G]. 7

V.   **MOBILE COMMAND CENTER: [21.02B]** ...........................................................7
   A.   Operational Objectives: [17.02A] ..........7
   B.   Instructions, Conditions and Limitations of Usage: [17.02B] ................................7
   C.   Usage Authorization: [17.02C]...........9
   D.   Unauthorized Use: ............................9
   E.   Assistance to Other Agencies:.............9
   F.   Qualifications and Training for Authorized Members: [17.02D] ...........10
   G.   Person(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E]  10
   H.   Equipment: [17.02F] ..........................10

I.      Person(s) Authorized Usage: [17.02G] .10

VI.     SWAT VEHICLES: [21.02B] ...............10

A.      Operational Objectives: [17.02A] .......10
B.      Instructions, Conditions and Limitations of Usage: [17.02B] .............................11
C.      SWAT Vehicles Operation: .................11
D.      Usage Authorization: [17.02C] ............11
E.      Qualifications and Training for Authorized Members: [17.02D] ...........11
F.      Person(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E].11
G.      Biohazard Cleanup:.............................12
H.      Equipment: [17.02F]............................12
I.      Person(s) Authorized Usage: [17.02G] ... 12

VII.    CID Van: .............................................12

A.      Operational Objectives: [17.02A] ........12
B.      Instructions, Conditions and Limitations of Usage: [17.02B]: .............................12
C.      Usage Authorization: [17.02C] ............13
D.      Qualifications and Training for Authorized Members: [17.02D] ...........13
E.      Person(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E].13
F.      Biohazard Cleanup:.............................14
G.      Equipment: [17.02F]............................14
H.      Person(s) Authorized Usage: [17.02G] ...................................................14

VIII.   BOATS ...............................................14

A.      Operational Objectives: [17.02A] ........14
B.      Instructions, Conditions and Limitations of Usage: [17.02B]: .............................15
C.      Usage Authorization: [17.02C] ............15
D.      Qualifications and Training for Authorized Members: [17.02D] ...........15
E.      Person(s) Responsible for the Vessel's Maintenance and Condition: [17.02E].16
F.      Equipment: [17.02F]............................16
G.      Person(s) Authorized Usage: [17.02G] ...................................................16

IX.     ALL TERRAIN VEHICLES ...............16

A.      Operational Objectives: [17.02A] ........16
B.      Instructions, Conditions and Limitations of Usage: [17.02B] .............................16
C.      Usage Authorization: [17.02C] ............17
D.      Qualifications and Training for Authorized Members: [17.02D] ...........17
E.      Person(s) Responsible for the ATV's Maintenance and Condition: [17.02E].17
F.      Equipment: [17.02F]............................17
G.      Person(s) Authorized Usage: [17.02G] ...................................................17

X.      BICYCLES ..........................................17

A.      Operational Objectives: [17.02A] ........17
B.      Instructions, Conditions and Limitations of Usage: [17.02B] .............................18
C.      Usage Authorization: [17.02C] ............18
D.      Qualifications and Training for Authorized Members: [17.02D] ...........18
E.      Person(s) Responsible for the Bicycle's Maintenance and Condition: [17.02E] 18
F.      Equipment: [17.02F] ...........................18
G.      Person(s) Authorized Usage: [17.02G] ...................................................19

XI.     4X4 VEHICLES....................................19

A.      Operational Objectives: [17.02A] ........19
B.      Instructions, Conditions and Limitations of Usage: [17.02B] .............................19
C.      Usage Authorization: [17.02C] ............20
D.      Qualifications and Training for Authorized Members: [17.02D] ...........20
E.      Person(s) Responsible for the Vehicle's Maintenance and Condition: [17.02E] 20
F.      Equipment: [17.02F] ...........................20
G.      Person(s) Authorized Usage: [17.02G] ...................................................20

XII.    T3 Series Personal Mobility Vehicles 20

A.      Operational Objectives: [17.02A] ........20
B.      Instructions, Conditions and Limitations of Usage: [17.02B] .............................20
C.      Usage Authorization: [17.02C] ............21
D.      Qualifications and Training for Authorized Members: [17.02D] ...........21
E.      Inspection of the T3 Personal Mobility Vehicle: [17.02E] .................................21
F.      Operation of T3 Personal Mobility Vehicle:[17.02G] .................................21
G.      T3 Patrol Duties: ................................21
H.      Maintenance and Storage of T3 Personal Mobility Vehicle: [17.02E] ....21

XIII.   DEFINITIONS: ....................................22

A.       ALL TERRAIN VEHICLES (ATVs): ...22
B.      T3 SERIES PERSONAL MOBILITY VEHICLE:............................................22

**PROCEDURE:**

**I.    MOTORCYCLES**

    **A.  Operational Objectives:** [17.02A]

        Motorcycle Officers handle vehicular crashes and traffic enforcement of all State, County, and Municipal Traffic Laws.

    **B.  Instructions, Conditions and Limitations of Usage:** [17.02B]

        The Chief of Police will determine the number of Police Officers assigned to the Motor Unit.

        **1.  Instructions / Qualifications:** Members assigned to the Motor Unit will attend and successfully complete an approved 80 hour motorcycle training course prior to being assigned to motorcycle traffic enforcement duties.

        **2.  Conditions:** Members assigned to the Motor Unit will possess a valid Florida Driver's License with the required motorcycle endorsement.

        **3.  Limitations:** Members assigned to the Motor Unit are prohibited from actively participating in a vehicle pursuit unless exigent circumstances exist.

        **4.  Restrictions:** The Police motorcycle will not be used for personal business. However, Members are authorized to use their assigned Police motorcycle when working Extra duty details in accordance with the Extra Duty Detail SOP.

    **C.  Usage Authorization:** [17.02C]

        Members assigned as Motorcycle Officers will be responsible for, but not limited to, the following programs and assignments:

        **1.  The Selective Traffic Enforcement Program (S.T.E.P.).**

        **2.** The investigation of vehicle crashes.

        **3.** Traffic related functions.

        **4.** Special Events.

        **5.** Escorts.

    **D.  Qualifications and Training for Authorized Members:** [17.02D]

        Every Member will receive 80 hours of instruction in an approved Motorcycle Training Course before they are assigned to the Motor Unit. Additionally, each Member will participate in monthly motorcycle refresher training as approved by the Motor Unit's Supervisor.

    **E.  Person(s) Responsible for the Motorcycle's Maintenance and Condition:** [17.02E]

        The local dealership under contract will perform routine and scheduled (quarterly/2500 mile) maintenance on all Police motorcycles. In exigent circumstances, an authorized warranty dealer may perform maintenance to return the motorcycle to safe operating condition. Officers will be guided by the following:

        **1.** Officers will not perform mechanical or maintenance work on any Police motorcycle.

        **2.** Officers will not make modifications or additions to any Police motorcycle.

        **3.** In the event of disabling mechanical problems, the motorcycle will be transported by the City of Hollywood's contract towing service or the local service facility to the local dealership.

        **4.** Officers assigned to the Motor Unit will be responsible for the daily maintenance and cleanliness of the motorcycle and for meeting all scheduled service appointments, while on duty.

5. When an Officer's assigned motorcycle is out of service for repair, the Officer will utilize a loaner motorcycle provided by the service facility. When not available, the Member will utilize a marked Police fleet vehicle.

**F. Equipment:** [17.02F]

Members will carry the following equipment and supplies on the motorcycle:

1. Dual-head, weatherproof radar units.

2. Rain gear.

3. Flashlight.

4. Uniform Traffic Citations (UTCs).

5. Parking Citations.

6. Accident Forms.

7. Fire Extinguisher.

8. First Aid kit.

9. Biohazard kit.

10. Resuscitation kit.

**G. Person(s) Authorized Usage:** [17.02G]

Only assigned certified Police Officers who have completed the 80 hour State of Florida Motorcycle Operator course are authorized to operate a Department Motorcycle.

## II. CANINE VEHICLES

**A. Operational Objectives:** [17.02A]

The Police Canine vehicle is a marked Police vehicle equipped for the transportation of Police Officers and their Canines.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]

Canine Vehicles operate in a patrol capacity. The vehicle may be utilized in vehicular pursuits as authorized in the **Emergency & Police Vehicle Pursuit Operations SOP**.

**C. Usage Authorization:** [17.02C]

Officers assigned to the Canine Unit are authorized to use the vehicles in the performance of their duties.

**D. Qualifications and Training for Authorized Members:** [17.02D]

Officers must possess a valid Florida Driver's License.

**E. Person(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

Assigned Canine Handlers have the primary responsibility for assuring that the vehicle is properly maintained (quarterly/3000 miles) and cared for. The Member will ensure that all damage or mechanical deficiencies are reported to the Fleet Management Unit.

**F. Biohazard Cleanup:**

A biohazard cleanup is necessary when body fluids come in contact with the vehicle's interior. Members may facilitate a bio-hazard clean-up of their Police vehicle in the following manner.

1. The Member will complete a Vehicle Condition Report and deliver it to the Storeroom along with the vehicle's keys.

2. The Fleet Unit will immediately contact the appropriate vendor for service.

3. The Member will be issued a replacement vehicle until the cleanup is completed.

**G.  Equipment:** [17.02F]

Canine Unit Members will carry the following equipment and supplies in their Vehicle:

1.  Remote control emergency door release.

2.  Emergency heat alarm.

3.  Aluminum rear cage.

4.  Water and bowls.

5.  Bite Sleeve.

6.  Muzzle.

7.  Collars, necessary for the job task.

8.  Leads/Leashes.

    a.  6 foot.

    b.  15 foot.

9.  Tactical Vest and Ballistic Helmet.

10. Ignition Gear lock assembly.

11. Training Aids.

12. Grooming Items.

13. Tools.

14. Rain Gear.

15. Flashlight.

16. Uniform Traffic Citations (UTCs).

17. Parking Citations.

18. Accident Forms.

19. Fire Extinguisher.

20. First Aid kit.

21. Biohazard kit.

22. Resuscitation kit.

**H.  Person(s) Authorized Usage:** [17.02G]

The following Members are authorized to operate the Canine vehicle:

1.  Only Members assigned to the Canine Unit may enter or operate the vehicle while it is occupied by the Police Canine.

2.  Members of the Fleet Management Unit may operate the vehicle for purposes of maintaining the vehicle.

3.  A Sworn Officer may be directed by the Handler or Supervisor to reposition the vehicle.

**III.  DETENTION TRANSPORT VAN**

**A.  Operational Objectives:** [17.02A]

The van is a marked Police vehicle equipped and intended primarily for prisoner transport.

**B.  Instructions, Conditions and Limitations of Usage:** [17.02B]

The following conditions and limitations apply:

1.  The Detention Van is assigned to the Street Crimes Unit.  Any usage requests should be made through the Street Crimes Lieutenant.

1.  The vehicle may not be utilized in pursuit situations unless authorized by a Supervisor.

2.  Adult, juvenile, male and female prisoners may be transported within the vehicle.

3.  When transporting prisoners of the opposite sex, they must be placed in separate compartments within the van. Juveniles must be in the compartment out of eye sight of adults.

**C. Usage Authorization:** [17.02C]

In addition to transporting prisoners, the Detention Transport Van may be used for other operational purposes at the discretion of the Chief of Police or his designee.

**D. Qualifications and Training for Authorized Members:** [17.02D]

Authorized Members must possess a valid Florida Driver's License.

**E. Person(s) or Position(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

1. The Street Crimes Supervisors have the primary responsibility for ensuring the Van is maintained (quarterly/3000 miles) in proper working condition.

2. The Street Crimes Unit Supervisors are responsible for the proper care, use, and cleanliness of the Van.

3. The Street Crimes Supervisors are responsible for ensuring the Van is fully fueled, clean, and ready for the next deployment.

**F. Biohazard Cleanup:**

A biohazard cleanup is necessary when body fluids come in contact with the vehicle's interior. Members may facilitate a bio-hazard clean-up of their Police vehicle in the following manner.

1. The Member will complete a Vehicle Condition Report and deliver it to the Storeroom along with the vehicle's keys.

2. The Fleet Unit will immediately contact the appropriate vendor for service.

3. The Member will be issued a replacement vehicle until the cleanup is completed.

**G. Equipment:** [17.02F]

The Detention Transport Van will be equipped with the following:

1. Rain gear

2. Flashlight.

3. Fire Extinguisher.

4. First Aid kit.

5. Biohazard kit.

6. Resuscitation kit.

**H. Person(s) Authorized Usage:** [17.02G]

Member's authorized by the Chief of Police or his designee, may operate the Detention Transport Van.

**IV. CRIME SCENE VEHICLES:**

**A. Operational Objectives:** [17.02A]

The Crime Scene Vehicles are used to transport Crime Scene Technicians and their equipment to scenes requiring processing and evidence collection.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]

The following conditions and limitations apply:

1. Crime Scene Vehicles will respond to calls in a "Code 1" (routine) response only.

2. Crime Scene Vehicles will be parked legally whenever possible.

3. If a Crime Scene Vehicle is used to block traffic at the scene of an accident, the amber and white overhead lights must be activated.

**C. Usage Authorization:** [17.02C]

Crime Scene Technicians are authorized to use the Vehicles during the course of their normal duties.

**D. Qualifications and Training for Authorized Members:** [17.02D]

Authorized Members must possess a valid Florida Driver's License.

**E. Person(s) or Position(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

The Crime Scene Unit Supervisor is responsible for the proper (quarterly/3000 mile) maintenance and condition of the vehicles.

**F. Biohazard Cleanup:**

A biohazard cleanup is necessary when body fluids come in contact with the vehicle's interior.  Members may facilitate a bio-hazard clean-up of their Police vehicle in the following manner:

1. The Member will complete a Vehicle Condition Report and deliver it to the Storeroom along with the vehicle's keys.

2. The Fleet Unit will immediately contact the appropriate vendor for service.

3. The Member will be issued a replacement vehicle until the cleanup is completed.

**G. Equipment:** [17.02F]

Members of the Crime Scene Unit will carry the following equipment and supplies in the Crime Scene Vehicles:

1. Rain gear.

2. Flashlight.

3. Crime Scene related reports and forms.

4. Fire Extinguisher.

5. First Aid kit.

6. Biohazard kit.

7. Resuscitation kit.

**H. Person(s) Authorized Usage:** [17.02G]

Members assigned to the Crime Scene Unit or those authorized by the Chief of Police or his designee are may operate the Crime Scene Vehicles.

**V. MOBILE COMMAND CENTER:** [21.02B]

**A. Operational Objectives:** [17.02A]

The primary uses of the Mobile Command Center (MCC) are for emergency situations or planned Police operations/events.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]

The following will apply when using the MCC :

1. Personnel assigned to drive the MCC must have successfully completed an approved eight hour Emergency Vehicle Operator Course.

2. The MCC will be operated with two Members when feasible; a designated driver and a technology team member.  Both will be responsible for the setup of the vehicle when the MCC is deployed. Both members will be seated in the cabin when the vehicle is in transit. At no time will any person ride in the body of the MCC.

3. Trained personnel wishing to utilize the MCC will complete a MCC Usage Request Form (Appendix A) and submit for approval via chain of command to their Division Major.

4. Once the request is approved, the Unit/Section/Division requesting the usage will be placed on a calendar located in the "S" drive titled "Mobile Command Center, which will be managed by the Special Operations/Events Lieutenant.

5. In the event the use of the MCC becomes necessary due to exigent circumstances, the Special Operations/Events Lieutenant will be notified by the Staff Duty Officer or his designee.

   a. The Staff Duty Officer will approve the usage of the MCC in cases of emergency and after business hours.

   b. The MCC keys will be kept in a locked area by the Communication Supervisor's desk and will require the completion of the sign in and out log. (See Appendix B)

6. The Supervisor in charge of the MCC at the time of usage will be responsible for its security and access.

7. At the completion of its use, the event Supervisor assigned to the MCC will be responsible for ensuring the designated driver and technical personnel have completed the MCC Driver Checklist (Appendix D) and MCC Operational Readiness Form (Appendix C). Both forms will be maintained in the cab of the MCC following each deployment. The Special Operations/Events Lieutenant will retain the Operational Readiness Forms for the current calendar year.

8. All equipment on the Operational Readiness Form (Appendix C) will be returned and secured prior to the vehicle's return to the Special Operations/Events Lieutenant.

9. At the completion of its use, the MCC's keys will be returned to the Special Operations/Events Lieutenant during normal business hours, or after business hours, the MCC's keys will be returned to the Communications Supervisor.

10. **MCC Operation:** The following guidelines will be followed when operating the MCC:

    a. Operators of the MCC will make a visual inspection of the exterior and interior of the vehicle before and after each use.

    b. At no time will the MCC respond in Code-3 mode.

    c. When the MCC is stopped/parked at any location, the vehicle will be positioned in a manner which allows its immediate unobstructed removal should the need arise. Particular attention will be given to adequate overhead and side clearances.

    d. Personnel assigned to the vehicle will maintain radio contact with Dispatch at all times.

    e. When the MCC is parked, it will have its air parking brake and stabilizers applied. The MCC will be parked on a level surface.

    f. Wheel chocks will be used whenever a vehicle is parked on a surface with a change of grade or when the vehicle is left running.

    g. When backing the MCC, a safety person will be used. While in reverse, the safety person will remain in visual contact with the driver at all times. Under all conditions, caution will be exercised.

    h. Vehicle manufacturers recommend, and it is the Department's policy, that the MCC does not go through water that is deeper than 12 inches. This could result in damage requiring significant repair.

i. The on/off switch for the generator is located in the rear of the vehicle along the driver's side wall, next to the circuit breaker box. Prior to starting the generator, the operator will ensure that the main circuit breaker and/or all circuit breakers are in the OFF position. Once the generator is started, the circuit breakers may be turned to the ON position.

j. When starting the MCC's engine, operators should not step on the gas pedal before turning the key and trying to start the engine. This vehicle is equipped with a diesel engine and therefore has a glow plug. Operators will turn the ignition key one half turn illuminating the glow light signal on the dashboard. When the glow light turns off, the vehicle is ready to be started. At this time, the operator may completely start the vehicle.

k. When deployed, the assigned Supervisor will be responsible for the vehicle and its equipment.

l. The MCC will be parked and stored a Fire Station #74. At no time will the MCC be parked or placed in the area below the apparatus bay door.

m. The MCC will not be parked within 25 feet of high tension cables.

n. If for some reason the MCC becomes inoperable, prior to towing the MCC, every attempt should be made to contact the Special Operations/Events Lieutenant and the Chief Auto Mechanic to assure the towing is necessary and that the MCC is towed properly.

o. If the MCC becomes involved in a traffic crash, SOP 231 Traffic Crash Investigation will be adhered to.

C. **Usage Authorization:** [17.02C]

The MCC may be used in, but not limited to, the following situations, as a command post:

1. Crisis type situations which pose imminent danger to human life:

   a. Incidents requiring the deployment of the SWAT Team.

   b. Incidents requiring the deployment of the Crisis Negotiations Team.

2. Incidents involving long-term investigative process confined to a designated area.

3. Special/Community Events

4. Incidents requiring the use of the Field Force Unit.

5. DUI –Traffic Safety Checkpoints

6. Warrant sweeps

7. Any incident where deemed necessary by the Chief of Police, or his designee.

D. **Unauthorized Use:**

1. MCC will not be deployed as a vehicle for tactical operations.

2. MCC will not be used to tow or pull other equipment.

3. MCC will not be used for surveillance purposes.

E. **Assistance to Other Agencies:**

Requests for assistance from other agencies involving the use of the MCC will only be approved by the Chief of Police or his designee. The following guidelines will be followed:

1. When authorized Members respond to another jurisdiction using the MCC, Members will adhere to the provisions of Mutual Aid Agreements; See SOP # 145 Mutual Aid.

2. An authorized MCC operator will remain with the vehicle at all times.

**F. Qualifications and Training for Authorized Members:** [17.02D]

Members of the Department, whose duties may require the operation of the MCC, will receive special training in driving the vehicle and the use of its special equipment. Training will be scheduled by the Special Events Lieutenant in conjunction with the Training and Professional Development Unit.

1. Personnel assigned to drive the MCC must have successfully completed an approved eight hour Emergency Vehicle Operator Course.

2. Only Member's who are certified as Members of the Technology Team will be allowed to operate the technology equipment provided in the MCC.

3. The Special Operations/Events Lieutenant and the Training and Professional Development Unit will maintain a list of all Members who are certified in the use of the MCC. (Including MCC Driver team and Technology team)

**G. Person(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

The Special Operations/Events Lieutenant and the Chief Automotive Mechanic has the primary responsibility for the proper mechanical maintenance and assignment of the MCC as follows:

1. MCC – maintenance quarterly or every 3000 miles, whichever comes first.

2. A Vehicle Repair Request form will be submitted to the Special Operations/Events Lieutenant, who will route it to the Chief Automotive Mechanic, as soon as possible after observation of a mechanical/physical/technical defect.

**H. Equipment:** [17.02F]

1. Due to the emergent nature in which the vehicle may be deployed, the following equipment will remain on the MCC:

    a. Flashlights with batteries

    b. Fire Extinguishers

    c. First Aid kit.

    d. Biohazard kit.

    e. Resuscitation kit.

    f. Flares

    g. Portable police radios with battery chargers

    h. Cellular phones

    i. Mobile laptops

    j. Fax/Printer machine

    k. 1 MSATG2 Mobile Satellite Radio Telephone

2. No equipment remaining on the MCC will be removed from the MCC.

**I. Person(s) Authorized Usage:** [17.02G]

Only those Members who have received the required training (see **Section D**) will be permitted to operate the MCC.

**VI. SWAT VEHICLES:** [21.02B]

**A. Operational Objectives:** [17.02A]

The primary objective of the SWAT Vehicles are to serve as a mobile com-

mand center for Police operations and the transport of SWAT Officers.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]

The following will apply when using the SWAT vehicles:

1. The use of the SWAT vehicles by the Department's SWAT Team will take precedence over all other operational needs during critical incidents requiring SWAT deployment.

2. For non-critical incidents, personnel wishing to utilize the SWAT vehicles will contact the SWAT Commander or in his absence a Team Leader.  Personnel requesting the vehicles will provide the SWAT Commander or Team Leader with the date, time, reason, and location for the SWAT vehicles use.  Once the request is approved, the Member will receive the keys from the SWAT Commander or Team Leader.

3. When the SWAT vehicles are stopped/parked at any location, the vehicles will be positioned in a manner which allows its immediate unobstructed removal should the need arise.  Personnel assigned to the vehicles will maintain radio contact with Dispatch at all times.

4. At the completion of the vehicles use, the Member assigned the SWAT vehicles will be responsible for ensuring that the vehicles are cleaned and fully fueled upon its return to the Quartermaster.

**C. SWAT Vehicles Operation:**

The following guidelines will be followed when operating the SWAT Vehicles:

1. Operators of the SWAT vehicles will make a visual inspection of the exterior and interior of the vehicles before and after each use.

2. The SWAT Vehicles use Diesel Fuel ONLY.

**D. Usage Authorization:** [17.02C]

The SWAT vehicles may be used in, but not limited to, the following situations.

1. Incidents requiring the deployment of the SWAT Team.

2. The SWAT vehicles may be utilized as a Mobile Command Center.

3. The SWAT vehicles may be utilized as a Command Post during special events and operations such as:

   a. Special/Community Events such as the Independence Day Celebration on July fourth.

   b. Undercover Sting operations.

   c. Incidents requiring the use of the Field Force Unit.

4. Sworn Members are authorized to use the SWAT vehicles while assigned to the SWAT Team or as directed by the Chief of Police or his designee.

**E. Qualifications and Training for Authorized Members:** [17.02D]

Members of the Department, whose duties may require the operation of the SWAT vehicles, must possess a valid Florida Driver's License.

**F. Person(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

The SWAT Supervisors have the primary responsibility for the proper mechanical maintenance and assignment of the SWAT vehicles as follows:

1. Maintenance will be completed quarterly or every 5000 miles, whichever comes first.

2. The SWAT Supervisors are responsible for the proper care, use, and cleanliness of the vehicles.

3. The SWAT Supervisors are responsible for ensuring the vehicles are fully fueled, clean, and ready for the next deployment.

**G. Biohazard Cleanup:**

A biohazard cleanup is necessary when body fluids come in contact with the vehicles interior. Members may facilitate a bio-hazard clean-up of their Police vehicle in the following manner.

1. The Member will complete a Vehicle Condition Report and deliver it to the Storeroom along with the vehicle's keys.

2. The Fleet Unit will immediately contact the appropriate vendor for service.

**H. Equipment: [17.02F]**

Due to the emergent nature in which the vehicles may be deployed, the SWAT Team will have operational lights and sirens and leave the following equipment on the SWAT vehicle.

1. The storage bins underneath the seats will contain the SWAT Team's Entry Tools, Stop Sticks, and other equipment deemed necessary

2. No equipment remaining on the SWAT vehicles will be removed without the knowledge of the SWAT Team Commander or Team Leader.

3. The following equipment will remain with the SWAT vehicles at all times:

   a. Flashlight.

   b. Fire Extinguisher.

   c. First Aid kit.

   d. Biohazard kit.

   e. Resuscitation kit.

   f. Entry Tools.

   g. Stop Sticks.

**I. Person(s) Authorized Usage: [17.02G]**

Sworn Members assigned to SWAT and those authorized by the Chief of Police or his designee are authorized to operate the SWAT vehicles.

**VII. CID Van:**

**A. Operational Objectives: [17.02A]**

The primary objective of the CID Van is to serve as a mobile command center for the Criminal Investigative Division.

**B. Instructions, Conditions and Limitations of Usage: [17.02B]:**

The following will apply when using the CID Van:

1. For non-critical incidents, trained personnel wishing to utilize the CID Van will contact the Homicide Detective Sergeant to reserve the vehicle. Personnel requesting the vehicle will provide the Homicide Detective Supervisor with the date, time, reason, and location for the CID Van's use. Once the request is approved, the Member will receive the keys from the Homicide Detective Supervisor.

2. When the CID Van is stopped/parked at any location, the vehicle will be positioned in a manner which allows its immediate unobstructed removal should the need arise. Personnel assigned to the vehicle will maintain radio contact with Dispatch at all times.

3. At the completion of its use, the Member assigned the CID van will be responsible for ensuring that the vehicle is cleaned and fully fueled

upon its return to the Homicide Detective Supervisor.

4. **MCV Operation:** The following guidelines will be followed when operating the CID Van:

   a. Operators of the CID Van will make a visual inspection of the exterior and interior of the vehicle before and after each use.

   b. The on/off switch for the generator is located in the rear of the vehicle along the driver's side wall, next to the circuit breaker box. Prior to starting the generator, the operator will ensure that the main circuit breaker and/or all circuit breakers are in the OFF position. Once the generator is started, the circuit breakers may be turned to the ON position.

   c. When starting the CID Van's engine, operators should not step on the gas pedal before turning the key and trying to start the engine. This vehicle is equipped with a diesel engine and therefore has a glow plug. Operators will turn the ignition key one half turn illuminating the glow light signal on the dashboard. When the glow light turns off, the vehicle is ready to be started. At this time, the operator may completely start the vehicle.

   d. The CID Van uses Diesel Fuel ONLY.

**C. Usage Authorization:** [17.02C]

The CID Van may be used in, but not limited to, the following situations.

1. Incidents requiring the deployment of the SWAT Team.

2. The CID Van may be utilized as a Mobile Command Center.

3. The CID Van may be utilized as a Command Post during special events and operations such as:

   a. Special/Community Events such as the Independence Day Celebration on July fourth.

   b. Undercover Sting operations.

   c. Incidents requiring the use of the Field Force Unit.

4. Sworn Members are authorized to use the CID Van while assigned to the Criminal Investigation Division or as directed by the Chief of Police or his designee.

**D. Qualifications and Training for Authorized Members:** [17.02D]

Members of the Department, whose duties may require the operation of the CID Van, will receive special training in driving the vehicle and the use of its special equipment.

1. The CID Homicide Sergeant and/or Detectives will work in conjunction with the Training and Professional Development Unit to provide the necessary training to any Member authorized by the Chief of Police or his designee.

2. All Members of the Homicide Unit will be fully trained in the use of the CID Van.

3. The CID Homicide Sergeant will maintain a list of all Members, other than those assigned to the Homicide Unit, who are certified in the use of the CID Van.

**E. Person(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

The CID Homicide Sergeant has the primary responsibility for the proper mechanical maintenance and assignment of the CID Van as follows:

1. CID Van – maintenance quarterly or every 3000 miles, whichever comes first.

2. Maintenance of generators.

**F. Biohazard Cleanup:**

A biohazard cleanup is necessary when body fluids come in contact with the vehicle's interior.  Members may facilitate a bio-hazard clean-up of their Police vehicle in the following manner.

1. The Member will complete a Vehicle Condition Report and deliver it to the Storeroom along with the vehicle's keys.

2. The Fleet Unit will immediately contact the appropriate vendor for service.

**G. Equipment: [17.02F]**

1. The following equipment will remain on the CID Van:

   a. Generators (2)

   b. Portable air conditioning units

   c. Fire Extinguisher.

   d. Portable canopy

   e. Tool kit

   f. Portable lights

   g. First Aid kit.

   h. Biohazard kit.

   i. Resuscitation kit.

2. No equipment remaining on the CID Van will be removed without the knowledge of the Homicide Detective Supervisor.

**H. Person(s) Authorized Usage: [17.02G]**

Only those Members who have received the required training (see **Section D**) will be permitted to operate the CID Van.

**VIII.  BOATS**

**A. Operational Objectives: [17.02A]**

The Department's Marine Unit is the primary Law Enforcement authority on the waterways within the City of Hollywood. Their duties include:

1. Enforcing applicable regulatory Laws, Statutes, and Ordinances related to boating and marine safety.

2. Enforcing all Criminal Laws, Statutes, and Ordinances.

3. Protecting the lives and property of City's residents and visitors.

4. Investigating all boating and marine related accidents and fatalities.

5. Coordinating vessel movement and related marine traffic.

6. Investigating reports relating to navigational hazards, and rectifying or immediately reporting hazards to the appropriate government Agency.

7. Assisting in preparation and implementation of hurricane emergency plans, to include:

   a. Marine related evacuations.

   b. Distribution of information.

   c. Rendering assistance to boat owners in preparation.

   d. Obtaining applicable hurricane supplies.

   e. Securing the Department's Marine Unit vessels and equipment.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]:

The following conditions and limitations apply:

1. Only Members assigned to the Marine Unit or Members selected from a qualified list of Officers will operate the Department's Marine Boat.

2. Vessels will be used in marine patrol activities or exigent circumstances at the direction of the Special Operations Lieutenant or Sergeant.

3. Members are authorized to operate the Marine Unit Vessel in all waterways within the Hollywood City limits, if operation will not endanger the operator, vessel, or others.

4. Marine boats will not be operated under the following conditions:

   a. Unsafe conditions;

   b. In the immediate area of waterspouts or thunderstorms;

   c. In the immediate area of a lightning storm

   d. Any other time the operator or Unit Supervisor has reason to believe the conditions are unsafe. for the operation of the boat.

5. Members will operate the vessels in a safe and prudent manner. Considerations include, but not limited to, the following:

   a. The Member's experience and knowledge of the area through which he is navigating.

   b. Weather conditions

   c. Waterway conditions

   d. The amount of vessel traffic in the area of operation.

e. Posted signage.

6. Marine boats will be inspected before departing, during operation, and at end of tour.

7. Visual inspections of the boat will be completed for possible damage to the hull. If hull damage is suspected, the vessel will be removed from the water as soon as possible.

8. Prior to departing, all loose gear will be secured.

9. Two Officers per vessel is preferred for nighttime patrol, if possible.

10. Members utilizing a Marine Unit vessel will ensure the vessel is safely secured at the designated berth sight at the end of shift.

11. Members, at their discretion, may use a Marine Unit vessel to assist disabled boaters by safely towing them to the nearest marina. If the tow would unnecessarily risk damage to the disabled vessel or to the Marine Unit vessel, Members should refer the disabled boater to a private nautical towing company.

12. See **SOP #294 Section II** reference to Marine Boat Pursuit policy.

**C. Usage Authorization:** [17.02C]

Authorized trained Members are permitted to use the Marine Boats in the performance of their duties.

**D. Qualifications and Training for Authorized Members:** [17.02D]

Sworn Officers will be allowed to operate Marine Unit Boats only after successfully completing the following courses:

1. Formal Training to include, but not limited to:

   a. Florida Boating Safety Course

b.   Marine Police Training.

**2.**   All Marine Unit Officers will be certified Rescue Divers and Members of the Search and Recovery Team.

**3.**   The Marine Unit Supervisor will schedule training accordingly.

**E.  Person(s) Responsible for the Vessel's Maintenance and Condition:** [17.02E]

Sworn Members assigned to the Marine Unit are required to perform the following:

**1.**   Inspect the hull, engine fluid levels, and all electronic equipment prior to operation.

**2.**   Refuel the vessel at Hollywood Marina as needed.  Maintain a minimum of one-half tank of fuel on the vessel.

**3.**   Inspect all emergency equipment insuring that it is in proper working condition.

**4.**   Maintenance of the vessel according to the recommended maintenance schedule.

**5.**   Cleaning, appearance, and working condition of the Unit's Vessels.

**6.**   Inspect and clean the vessel's bottom as needed to prolong the life of the paint.

**7.**   The Police Vessels will be secured at the Hollywood Marina.

**F.  Equipment:** [17.02F]

Each Police Boat will be equipped as follows:

**1.**   Rain gear.

**2.**   Flashlight.

**3.**   Uniform Boating Citations

**4.**   Accident Forms.

**5.**   Fire Extinguisher.

**6.**   First Aid kit.

**7.**   Resuscitation kit.

**8.**   Dive Gear.

**9.**   Life Vest.

**10.**  Whistle

**11.**  Bumpers/Ropes

**G.  Person(s) Authorized Usage:** [17.02G]

Sworn Members assigned to the Marine Unit and those authorized by the Chief of Police or his designee are authorized to operate the Police Vessels.

**IX. ALL TERRAIN VEHICLES**

**A.  Operational Objectives:** [17.02A]

The All-Terrain Vehicle (ATV) is a-designated to patrol areas that are inaccessible by other vehicles.  ATVs may be used for the following objectives:

**1.**   Calls for services along the Broadwalk or on the beach.

**2.**   Enhanced patrol visibility.

**3.**   Special Events.

**4.**   Enhanced Mobility.

**B.  Instructions, Conditions and Limitations of Usage:** [17.02B]

The criteria for deployment of the ATVs should include, at a minimum, the following factors:

**1.**   Officers have completed a recognized training program in the use of the ATV prior to its operation.

**2.**   Operation of the ATVs will generally be restricted to the Beach and/or Broad walk area.

3. Regardless of the circumstances, Officers will ensure that the ATVs are operated in a safe and cautious manner to ensure both operator and pedestrian safety.

4. Officers will not operate the ATVs in an emergency mode except in extenuating circumstances. Officers are reminded that in accordance with pursuit policies, ATVs are a specialized vehicle and not authorized to be utilized in a pursuit.

5. Upon completion of their assignment utilizing the ATVs, Officers will clean and hose off any sand or salt water and secure the ATVs inside the locked storage facility at the Michigan Street Parking Garage.

C. **Usage Authorization:** [17.02C]

Authorized Members are permitted to use Police ATVs in the performance of their duties.

D. **Qualifications and Training for Authorized Members:** [17.02D]

To ensure continued safety, the following training schedule will be followed:

1. **Initial:** Newly assigned Officers will complete a training course to include both riding techniques and ATV maintenance.

2. **In-service Training:** Officers assigned to ride the ATV will receive a minimum of 3 hours ATV training annually. Training will be scheduled by the Beach Unit Supervisor in conjunction with the Training and Professional Development Unit.

E. **Person(s) Responsible for the ATV's Maintenance and Condition:** [17.02E]

Maintenance of the ATVs will be completed as follows:

1. All maintenance and warranty work on the ATVs will be performed by the dealer or other qualified mechanic.

2. All maintenance and repairs of ATVs will be conducted on-duty.

3. All routine and preventative maintenance will be done on a schedule provided by the dealer.

4. Fueling for the ATVs will be conducted at the City Maintenance Facility located on the Beach.

5. Officers will conduct a safety inspection of the ATV prior to its use.

6. Repairs will only be made with prior approval from the Unit Supervisor after reviewing a written estimate.

7. Specifically trained Members of the Department, or an authorized ATV repair facility, will complete ATV repairs.

F. **Equipment:** [17.02F]

1. Officers are required to wear a safety helmet securely fastened and properly fitted to their head while operating the ATV on any hard surfaces.

2. Officers are required to carry a basic emergency first-aid kit while operating the ATV.

G. **Person(s) Authorized Usage:** [17.02G]

Sworn Members assigned to the Beach Unit and those Members, authorized by the Chief of Police or his designee may use ATVs in the performance of their duties.

X. **BICYCLES**

A. **Operational Objectives:** [17.02A]

Bicycle Patrol is designated to enhance and assist normal patrol operations by providing highly visible proactive patrol.

Bicycle Patrol can also be used for low visibility, quiet surveillance and apprehension. The unit is an operational section of the Patrol Division deployed on police bicycles.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]

The criteria for deployment of bicycles should include, at a minimum, the following factors:

1. Officers will comply with all applicable Department regulations, state and local Traffic Laws unless tactics and situations demand otherwise.

2. Staffing considerations.

3. **Bicycle Storage:** Department bicycles will be securely stored and locked when not in use.

**C. Usage Authorization:** [17.02C]

Authorized Members are permitted to use Police Bicycles in the performance of their duties.  Situations in which they may be used include the following:

1. Responding to calls for services involving pedestrian and business areas.

2. Special Events.

3. Situations requiring a greater degree of visibility.

4. Patrolling business districts, alleyways, parking lots, parking garages, and other areas that are not readily accessible by Patrol car.

5. Enhanced Neighborhood Patrol.

6. Other tasks as directed by the Chief of Police or his designee.

**D. Qualifications and Training for Authorized Members:** [17.02D]

To ensure safety, the following training schedule will be followed:

1. **Initial**: Newly assigned Officers will complete an approved training course to include both riding techniques and bicycle maintenance.

2. **In-service training:** Officers assigned to ride a bicycle will receive a minimum of 3 hours bicycle training annually.  Training will be scheduled by their Supervisor in conjunction with the Training and Professional Development Unit.

**E. Person(s) Responsible for the Bicycle's Maintenance and Condition:** [17.02E]

Maintenance of bicycles will be completed as follows:

1. Officers will conduct a safety inspection of their equipment (bicycles) prior to its use.

2. All maintenance and repairs of bicycle equipment will be conducted on- duty.

3. Repairs will only be made with prior approval from the Unit Supervisor after reviewing a written estimate.

4. Specifically trained Members of the Department or an authorized bicycle repair facility will complete bicycle repairs.

**F. Equipment:** [17.02F]

Department issued equipment will be maintained by the Officer and inspected the Unit Supervisor quarterly.

1. Daily inspection will be conducted by Officers prior to riding their bicycles. The following should be inspected:

a. Cranks and pedals should spin freely.

b. Toe clips and straps should not be damaged or frayed.

c. Chain should be clean and lightly oiled.

d. Bars and forks should be tight.

e. Seat height should be correct.

f. Nuts and bolts should be checked for looseness.

g. Axles should be tight and aligned with the frame.

h. Quick releases should face rearward or upward and should be situated on the side opposite the drive train.

i. Tires should be checked for proper inflation, nicks, cuts, and other noticeable damage.

j. Brake pads should be checked for wear and rake cables checked for adjustment.

k. Front and rear derailleurs should be checked for proper operation (i.e. free range of motion with special attention to damaged or frayed derailleur cables).

2. The following equipment should be on the bicycle:

a. Front headlamp

b. Computer odometer (optional)

c. Red rear reflector

d. Rear rack pack that includes first aid pack containing a CPR mask and latex gloves.

3. The following equipment can be located in Fleet Maintenance:

a. Tire pump

b. Spare tube

c. Bicycle tool kit

4. Safety Equipment

Officers will wear the following safety equipment at all times while operating a Police bicycle:

a. Eye protection should be UVA/UVB blocking, shatter-resistant of wrap around design.

b. Safety helmets will be securely strapped and properly fitted to the Officer's head and must meet SNELL/ANSI safety standards

c. Bicycle gloves will be utilized while operating a Police bicycle (optional).

G. **Person(s) Authorized Usage:** [17.02G]

Those Members authorized by the Chief of Police or his designee.

XI. **4X4 VEHICLES**

A. **Operational Objectives:** [17.02A]

The 4X4 vehicles may be used during the following situations or assignments:

1. The Marine Unit is equipped with 4x4 vehicles that can be utilized to tow their watercraft.

2. Severe Weather involving flooding.

B. **Instructions, Conditions and Limitations of Usage:** [17.02B]

Members will adhere to the following:

1. All operators are advised to read the placards posted on the sun visor delineating that the vehicle has a high center of gravity with turning limitations.

2. The vehicle will be subject to the Departmental **Quartermaster SOP** as it relates to the "Take Home Vehicles Program".

3. When towing a 4x4 vehicle, a flatbed tow truck is required.

**C. Usage Authorization:** [17.02C]

Sworn Members are authorized to use 4x4 vehicles under the following circumstances:

1. While assigned to the Youth Services Section.

2. While assigned to the Special Operations Section, Marine Unit.

3. As directed by the Chief of Police or his designee.

**D. Qualifications and Training for Authorized Members:** [17.02D]

Other than the reading of the safety placards and the owner's manual for four-wheel drive operation, no special training is required.

**E. Person(s) Responsible for the Vehicle's Maintenance and Condition:** [17.02E]

Assigned operators will ensure that all service and maintenance appointments are kept and that the vehicles are maintained on (at least) a quarterly/3000 mile basis.

**F. Equipment:** [17.02F]

These vehicles will have the following equipment:

1. Emergency Lights.

2. Window punch.

3. Rain gear.

4. Flashlight.

5. Uniform Traffic Citations (UTCs).

6. Parking Citations.

7. Accident Forms.

8. Fire Extinguisher.

9. First Aid kit.

10. Biohazard kit.

11. Resuscitation kit.

**G. Person(s) Authorized Usage:** [17.02G]

The following Members are authorized to operate these vehicles:

1. Marine Unit Officers.

2. Those Members authorized by the Chief of Police or his designee.

**XII. T3 Series Personal Mobility Vehicles**

**A. Operational Objectives:** [17.02A]

T3 Personal Mobility Vehicles are primarily used to patrol the Broadwalk, contiguous side streets on the Beach and the Downtown area. The vehicles provide functionality while enhancing the public perception of the Department.

**B. Instructions, Conditions and Limitations of Usage:** [17.02B]

The criteria for deployment of the T3s should include at minimum, the following factors:

1. Officers will receive training in the use of the T3 prior to its operation.

2. Operation of the T3s will be restricted to the Broadwalk and contiguous side streets or the Downtown area, unless otherwise approved by a Supervisor.

**C.  Usage Authorization:** [17.02C]

Sworn Members assigned to the Beach Unit are authorized to use the T3s in the performance of their duties.

**D.  Qualifications and Training for Authorized Members:** [17.02D]

Officers assigned to ride the T3 will receive a minimum of 3 hours training annually. Training will be scheduled by the Beach Unit Supervisor in conjunction with the Training and Professional Development Unit.

**E.  Inspection of the T3 Personal Mobility Vehicle:** [17.02E]

Pre-Ride Inspection procedure as follows:

1. Check tires for wear, damage, and overall condition.

2. Check the charge status of the power modules.

3. Ensure that power modules are fully inserted into power module bays.

4. Ensure all lights and switches are functioning properly.

5. Check for smooth operation of handlebars turning left and right.

6. Check control module display for proper operation.

7. Check for proper operation of hand brake and parking brake.

**F.  Operation of T3 Personal Mobility Vehicle:** [17.02G]

T3s will be operated as follows:

1. T3s will be operated at a reasonable speed consistent with pedestrian and terrain conditions.

2. T3s will be operated in a safe manner, having regard for safety of persons and property.

3. T3s are not toys and should not be ridden as such to perform tricks or stunts by any riders.

4. Officers operating the T3s will wear an approved helmet.

5. T3 operators will never carry a passenger.

6. T3's will not be operated in the sand or in flowing water deeper than recommended.

**G.  T3 Patrol Duties:**

Officers patrolling on the T3's will:

1. Provide high visibility patrol on the beach and Downtown area, for deterring violations of the law.

2. Promote positive interaction with the general public and members of the community.

3. Attend special events as deemed by the Command.

4. Patrol areas commonly utilized by pedestrians, bicycle or jogging paths, parks and recreation facilities, and parking lots.

**H.  Maintenance and Storage of T3 Personal Mobility Vehicle:** [17.02E]

1. T3s will be stored at the Garfield Street Garage storage room.

2. Officers will ensure to charge the power modules after use, utilizing supplied external battery chargers.

4. Officers will be sure that the exterior of the T3s are wiped down and covered after use.

5. Mechanics from the Police garage will be responsible for inspection and service of the T3s on a quarterly basis.

**XIII. DEFINITIONS:**

**A. ALL TERRAIN VEHICLES (ATVs):**

An ATV is a single occupant vehicle primarily used on off road surfaces. These vehicles are not licensed to operate on the roadway.

**B. T3 SERIES PERSONAL MOBILITY VEHICLE:**

A three-wheel, front wheel drive, electric personal mobility vehicle.

APPROVED BY:

**04/18/2013**

**Vincent R. Affanato          Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

**Appendix A: MCC Usage Request Form**

**Appendix B: MCC Key Log**

**Appendix C: MCC Operational Readiness**

**Appendix D: MCC Driver Checklist**



# HOLLYWOOD POLICE DEPARTMENT
## Mobile Command Center Usage Request

Date: _____

Supervisor Requesting: _____

Unit/Division Requesting: _____

Proposed start date and time: _____

Proposed ending date and time: _____

### Description of Event

Lieutenant's Approval: _____

Division Major's Approval: _____

Quartermaster: _____

# MCC KEY LOG



| DATE | SIGN OUT TIME | RETURN TIME | NAME |
|------|---------------|-------------|------|
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |
|      |               |             |      |

# MCC Operational Readiness

Driver _____

Tech _____

Generator Hours: _____
Start Mileage _____
End Mileage _____

**Notes: Radios inside MCC inoperational due to antennaes not yet installed**

**Night Scan not used**

| Radios | Radio Type | Model Number | Serial number | Status Pre-Op | Post-Op | Initial |
|---|---|---|---|---|---|---|
| Motorola | Fire | XTL 2500 | | | | |
| Kenwood | Ham | TM-D710 | | | | |
| ICOM | Marine | IC-M504 | | | | |
| Motorola | PD | XTL 2500 | | | | |
| Motorola(Cab) | PD | XTL 2500 | | | | |
| Uniden(Cab) | CB | PRO-520XL | | | | |
| **Equipment** | Equipment type | Model Number | Serial number | Status Pre-Op | Post-Op | Initial |
| Samsung | Monitor 1 | LN32B530 | | | | |
| Panasonic | Monitor 2 | TH42PH11UK | | | | |
| Panasonic | Monitor 3 | TH42PH11UK | | | | |
| Samsung | Monitor 4 | LN22B360 | | | | |
| Samsung | Monitor 5 | LN19A450 | | | | |
| Delvcam | Monitor 6(QCMON) | DELV-2LCD-RM | | | | |
| MBF | Mast Cam | Custom | | | | |
| Direct TV | Sat RX 1 | H21-200 | | | | |
| Direct TV | Sat RX 2 | H21-200 | | | | |
| Panasonic | DVR | WJ-HD220 | | | | |
| Sierra Video | RTR SWR | 1208VS | | | | |
| NTI | VGA RTR | SM-8X8-C5AV-LCD | | | | |
| Tellular #1 | Cellphone 1 | | | | | |
| Tellular #2 | Cellphone 2 | | | | | |
| Winegard | Tuner#1 C/S slideout | RC-1010 | | | | |
| Winegard | Tuner#2 C/S slideout | RC-1010 | | | | |
| Night Scan | | | | | | |
| **Computers** | Computer type | Model Number | Serial number | Status Pre-Op | Post-Op | Initial |
| Smart Tech | Smart Board | Sympodium ID350 | | | | |
| C.Table #1 | Hewlett packard | 6735b | | | | |
| C.Table #2 | N/A | | | | | |
| Laptop #1 | N/A | | | | | |
| Laptop #2 | Panasonic | CF-29 | | | | |
| Laptop #3 | Panasonic | CF-29 | | | | |
| Laptop #4 | Panasonic | CF-29 | | | | |
| Printer | Hewlett packard | L7680 | | | | |

Supervisor's Signature: _____

Appenidx C MCC_Operational_Readiness.xls

# MCC DRIVER CHECKLIST

Inspected by: _____          Date _____

| Pre-Operational Checklist | | | | |
|---|---|---|---|---|
| Item | Inspected | Comments | Initial | Initial |
| **Exterior check** | | | Driver | Tech |
| Unlock All Compartments | | | | |
| Turn On Auxiliary Battery Switch | | | | |
| Check Generator Oil | | | | |
| Disconnect Shore Power | | | | |
| Inspect Mast and Weather Station (down and locked in place) | | | | |
| Inspect Awning(fully retracted) | | | | |
| **Interior Cab check** | | | | |
| Prior to starting MCC ensure all bay doors are open at station 74 | | | | |
| Turn Ignition to the "On" position until Pre-heat lamp goes "Off" | | | | |
| Start Vehicle and run until the air pressure is into the operating range | | | | |
| Inspect that the stabilizers are in the up position (warning lamps off) | | | | |
| **Post Operational Checklist** | | | | |
| **Exterior check** | | | | |
| Inspect Mast and Weather Station (down and locked in place) | | | | |
| Put down and stow Night Scan | | | | |
| Inspect Awning(fully retracted) | | | | |
| Close all Compartments | | | | |
| Inspect that the stabilizers are in the up position (warning lamps off) | | | | |
| Remove Handrail and stow stairs | | | | |
| **Interior Cab check** | | | | |
| Turn Ignition to the "On" position until Pre-heat lamp goes "Off" | | | | |
| Start Vehicle and run until the air pressure is into the operating range | | | | |
| **Parking MCC at station 74 after operation** | | | | |
| Lock All Compartments | | | | |
| Turn Off Auxiliary Battery Switch | | | | |
| Connect Shore Power | | | | |

Supervisor's Signature: _____          Date _____

Appendix D MCC Driver Checklist.xls

| POLICE VEHICLES | |
|---|---|
|  **DEPARTMENT SOP: #215.1** | **CALEA: 41.3.2** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/22/2013** | **CFA:**<br><br>**17.08, 17.09, 29.08** |

**PURPOSE:** To establish and maintain procedures for the assignment, maintenance and routine operation of Department owned and leased vehicles.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department that all authorized Members will maintain and operate Department vehicles in a safe and professional manner.

**INDEX:**

**I.     REQUIREMENTS & REGULATIONS ....1**

A.   Driver's License Required: .................1
B.   License Plates: ....................................2
C.   Vehicle Equipment: [17.08A-F]...........2
D.   Reporting Defective Equipment:..........3
E.   Vehicle Inspection: [29.08] .................3
F.   Vehicle Care and Security: .................4
G.   Biohazard Cleanup: .............................4

**II.    OPERATIONAL GUIDELINES ...............4**

A.   Global Guidelines: [17.09] ...................4
B.   Operation of Vehicles Without Lighted
     Lamps: .................................................5
C.   Red Lights..............................................5
D.   Emergency Response Guidelines: ......5
E.   Off-Duty Operation:...............................5

**III.   TAKE-HOME POLICE VEHICLES .........6**

A.   Vehicle Assignment: ............................6
B.   Vehicle Reimbursement Fee: ..............6
C.   Transfer of Assignment: ......................7
D.   Take-Home Vehicle Maintenance: ......7
E.   Supervisory Discretion:........................7
F.   Extra-Duty Police Assignment Usage:.7

**IV.   LEASED VEHICLES..............................8**

A.   Vehicle Assignment: ............................8

B.   Requesting a Vehicle for Travel: .........8
C.   Appearance and Cleanliness: .............8
D.   Vehicle Maintenance: ..........................8

**V.    POOL VEHICLES ...................................8**

A.   Authorized Usage:................................8
B.   Obtaining a Pool Vehicle: ....................8
C.   Reporting Damaged Pool Vehicles: ....9
D.   Obtaining a Pool Vehicle for Extra Duty
     Details: .................................................9

**VI.   POLICE FACILITY PARKING................9**

A.   Prohibited Parking: ..............................9
B.   Prisoner Transport Parking: ................9

**VII.  DEFINITIONS: .......................................9**

A.   ENHANCED USE: ................................9
B.   MARKED POLICE VEHICLE: .............9
C.   POLICE VEHICLE: ..............................10
D.   POOL VEHICLE: ..................................10
E.   PORTAL TO PORTAL:.........................10
F.   TAKE-HOME VEHICLE:.......................10
G.   UNAUTHORIZED OPERATOR:........10
H.   UNAUTHORIZED PASSENGER: .....10

**PROCEDURE:**

**I.     REQUIREMENTS & REGULATIONS**

The following requirements and regulations govern the care, use, maintenance and operation of all Department owned vehicles.

**A.  Driver's License Required:**

Operators of Department vehicles must possess and carry a valid Florida Driver License appropriate to the class of vehicle they are operating.

**B. License Plates:**

All Department owned vehicles will either have a permanent City plate or confidential plate attached.

1. Confidential plates are assigned by the State and are assigned to a single vehicle. The plate is non-transferable.

2. Application for a confidential plate justifying the necessity must be made in writing and submitted to the Chief of Police. Upon approval, the application will be forwarded to the Fiscal Affairs Unit who will facilitate the request.

3. The Quartermaster Lieutenant is responsible for establishing a file by vehicle number, containing a full description of the vehicle and plate for vehicles assigned confidential plates.

4. Upon a vehicle's permanent removal from service, the license plate will be removed:

   a. The plate will be forwarded to the Fleet Unit for proper destruction or reassignment.

   b. Under no circumstances, will a confidential license plate be left with, or attached to another vehicle.

**C. Vehicle Equipment: [17.08A-F][41.3.2]**

The following equipment requirements apply as specifically indicated:

1. Each vehicle used for patrol and traffic enforcement must be equipped with emergency lights and siren in operational order. **[17.08A]**

2. The following vehicle safety equipment will be available in all Department vehicles, with the exception of leased vehicles:

   a. First-aid kit. **[17.08D]**

   b. Fire extinguisher (with current service tag). **[17.08B]**

   c. Biohazard protective equipment. (Issued to Sworn Members only) **[17.08E]**

      (1). Gas mask and filter

      (2). Tychem (Haz-Mat) Grey Suit

      (3). Personal Hygiene / Decontamination Kit

      (4). Black rubber gloves

      (5). Blue gloves

      (6). Yellow boot set

      (7). Chemical tape

   d. Personal Protective Equipment

      (1). Disposable, single use, latex Gloves

      (2). CPR barrier mask [17.08F]

      (3). Anti-microbial wipes/Hand Sanitizer gel

   e. Flashlight. **[17.08C]**

3. No modifications will be made to any Department owned or leased vehicle without written authorization from the Support Services Division Major. Modifications include:

   a. Mechanical alterations.

   b. Emergency equipment alterations

   c. Body alterations.

   d. Bumper stickers or personalized license plates.

4. Members are prohibited from carrying unauthorized weapons in a Departmental vehicle.

**D. Reporting Defective Equipment:**

Members will report instances of inoperable vehicles or defective vehicle equipment as follows:

1. Vehicles with serious defects will not be placed into service.

   a. If the vehicle does not pose a safety hazard and there are no other vehicles available, the Member should use the vehicle until another becomes available.

   b. Members will document the vehicle defect on a Vehicle Condition Report (see **Appendix A**). The Report will be submitted to Fleet Maintenance (Public Works) along with the vehicle's keys.

2. If during a tour of duty, a Department vehicle becomes inoperable, the Member will advise the Communications Center that the vehicle is out of service.

   a. The Member will provide Communications with the vehicle number, the nature of the trouble, type of vehicle, and location of the vehicle.

   b. Communications Personnel will advise the Member's Supervisor of the situation.

   c. Communications personnel will arrange for a wrecker to respond.

      (1). Monday through Friday 0700-1500 hours, Fleet Maintenance will be contacted to respond.

      (2). Weekends, holidays, and after 1500 hours, the contracted wrecker service will be contacted to respond.

3. If the vehicle must be towed from the scene, the Member will remain with the vehicle until the wrecker service arrives.

4. If the vehicle is towed to Fleet Maintenance by the contracted wrecker service, the Member must sign the tow receipt.

5. If a Member's Police vehicle is victimized by a criminal act such as vandalism, theft, burglary, etc, the Member will complete the following:

   a. Notify the appropriate Police Agency having jurisdiction and file a Police report.

   b. Notify the on-duty Shift Lieutenant.

   c. Request a Crimes Scene Unit

   d. Notify Fleet Maintenance if the vehicle is stolen.

**E. Vehicle Inspection: [29.08][41.3.2]**

Members will ensure compliance with the following procedures:

1. Members will visually inspect their assigned vehicle at the beginning and end of their tour of duty for signs of damage and to ensure it is in safe operating condition.

2. Members will examine the interior of their vehicle for the purpose of locating contraband, evidence and/or weapons prior to and at the conclusion of their tour of duty.  A similar examination will be conducted before and after confinement of any person in the vehicle. **[29.08]**

   a. Any time evidence, contraband, or weapons are discovered in the vehicle, the Member's Supervisor will be notified immediately.

   b. The items will be admitted into the Property and Evidence Unit in accordance with established

procedures (refer to the **Property and Evidence SOP**).

   **c.** The Supervisor will initiate an investigation to determine the source of the contraband.

**3.** Vehicles will be inspected on a quarterly basis by a Members immediate Supervisor. A copy of the completed and signed Vehicle Inspection Form (Appendix C) will be forwarded to the Fleet Maintenance Unit by the 15th of January, April, July, and October. **[41.3.2]**

**F. Vehicle Care and Security:**

Every Member assigned to operate a Department vehicle will be responsible for the proper care, use and cleanliness of their assigned vehicle and related equipment.

**1.** Members will ensure that unoccupied Department vehicles are locked and secured at all times.

   **a.** Unoccupied vehicles will not be left with the engine running.

   **b.** Police vehicles occupied by canine dogs are exempt from the above provision.

**2.** Department vehicles will not be used as road service vehicles. This includes, pushing or pulling another vehicle or using the vehicle battery to jump-start an engine.

**3.** Department vehicles will not be used for transporting heavy loads, nor will they be used to carry items which protrude from the trunk, open window, or which are attached to the exterior of the vehicle.

**G. Biohazard Cleanup:**

A biohazard cleanup is necessary when body fluids come in contact with the vehicle's interior. Members may facilitate a bio-hazard clean-up of their Police vehicle in the following manner.

**1.** The Member will complete a Vehicle Condition Report and deliver it to the Storeroom along with the vehicle's keys.

**2.** Fleet Maintenance will immediately contact the appropriate vendor for service.

**3.** The Member will be issued a replacement vehicle until the clean up is completed.

**II. OPERATIONAL GUIDELINES**

Members will adhere to the following guidelines while operating a Department vehicle:

**A. Global Guidelines: [17.09]**

The following guidelines apply to all Members at all times while operating Department vehicles:

**1.** Police vehicles will be used for legitimate Law Enforcement purposes only.

**2.** Operators and passengers must use occupant safety belts while operating Department vehicles. **[17.09]**

**3.** Members will not allow unauthorized persons to ride in or operate a Department owned or leased vehicle.

**4.** Police vehicles will be operated in a safe and courteous manner to prevent accidents, injuries, property damage, and promote a positive image.

**5.** Members will obey all provisions of Florida Statutes, local ordinances, and the rules and regulations of the Department concerning traffic control and operation.

**6.** Members will be appropriately attired at all times while operating a marked Police vehicle. Appropriate attire includes:

   **a.** Class A, B, or C Uniform.

**b.** Court Attire (as approved in the **Appearance Standards SOP**).

**c.** In-Service Training Attire (as approved in the **Appearance Standards SOP**).

**d.** Polo Style shirt, long pants, and closed toe shoes.

**7.** Members operating a marked Police vehicle will monitor the primary patrol radio group, and be equipped with a duty handgun, badge, identification and handcuffs.

**8.** Members will not transport alcoholic beverages or unlawful drugs of any type in a Department vehicle, unless within the scope of their official duties.

**B. Operation of Vehicles without Lighted Lamps:**

Florida State Statute 316.217(4) provides an exemption for law enforcement requiring the display of lighted lamps (headlights, taillights, turn signals, brake lights, etc.).

**1.** The Department authorizes the operation of Police vehicles without lighted lamps as necessary to perform law enforcement functions as authorized in FSS 316.217.

**2.** Circumstances for the operation of a vehicle without lighted lamps include, but are not limited to:

**a.** Response to calls for service where the use of lighted lamps may be an Officer safety issue or hinder the enforcement of the law.

**b.** Routine patrol where the use of lighted lamps may hinder the detection or prevention of crime.

**3.** An Officer who operates a Police vehicle without lighted lamps will operate in a safe manner with due regard for the safety of all persons, and with regard for other vehicles and possible road hazards in the area.

**4.** As noted in FSS 316.217 regarding the operation of a Police vehicle without lights: "The provisions of this subsection shall not relieve the operator of such a vehicle from the duty to drive with due regard for the safety of all persons, nor shall such provisions protect the vehicle operator from the consequences of his or her reckless disregard for the safety of others."

**C. Red Lights**

Refer to the Red Light Policy SOP 215.2.

**D. Emergency Response Guidelines:**

Refer to the **Emergency and Police Vehicle Pursuit Operations SOP**.

**E. Off-Duty Operation:**

The following procedures apply to the operation of Department vehicles by off-duty Members:

**1.** Policies and procedures pertaining to on-duty Members also apply to off-duty Members operating a Department vehicle.

**2.** Take-home vehicles being used while off-duty will only be operated from portal to portal to work or to extra-duty detail assignments, unless approved for enhanced use.

**3.** While off-duty, Members will not drive a Department vehicle (this provision does not apply to Officers working an extra-duty detail assignment at a licensed liquor establishment):

**a.** To establishments which are primarily engaged in the sale and/or on-premises consumption of alcoholic beverages.

**b.** To businesses of a questionable nature.

**c.** To any other establishment specifically prohibited by the Chief of Police.

**4.** Off-duty Members who are assigned a take-home vehicle may be required to stop and render aid, assist at major incidents, or provide initial Police service until on-duty Members arrive.  If an off-duty Member provides Police service, the Member will be relieved by the first available on-duty Officer.

**5.** Members assigned take-home vehicles traveling to and from their home who encounter a person needing assistance outside the jurisdictional boundaries of the City of Hollywood will:

**a.** Stop and provide initial Police service as needed, and

**b.** Contact the appropriate Agency to respond.

**6.** Members will adhere to all applicable State and local laws concerning vehicle operation and parking while operating a Police vehicle while off-duty.

## III.   TAKE-HOME POLICE VEHICLES

### A.   Vehicle Assignment:

Fleet Maintenance is responsible for assigning vehicles to Members of the Department who have been authorized to have a take-home vehicle.

**1.** Take-home vehicles will be assigned to Sworn Members in conjunction with this SOP and the current Collective Bargaining Agreements.

**2.** The Chief of Police or his designee, at his sole discretion, may authorize a Member other than indicated in **Section III.A.1,** above, to take a Po-

lice vehicle home at the end of the Member's tour of duty based on the nature of the Member's duty assignment.

**3.** Any Member relieved of duty, suspended from duty, suspended from the take-home Police vehicle program, or placed on light or limited duty, will not be assigned a take-home vehicle until their return to full duty status.

**a.** Members will return their vehicle to Fleet Maintenance immediately upon being notified of their relief from duty, suspension or limited or light duty status.

**b.** The Member's supervisor will notify the Personnel Unit of the return of the assigned vehicle.

**4.** A Member using any form of accrued leave of more than 40 hours may be required to return his Police vehicle to the Fleet Unit.

**5.** The Chief of Police will have sole authority to assign, deny, suspend, or remove any participating Member from taking home a vehicle.

### B.   Vehicle Reimbursement Fee:

Members living outside the City limits of Hollywood will reimburse the City for the use of the Member's assigned take-home vehicle. The amount of the deduction is set per the current Collective Bargaining Agreement.

**1.** Address Change:

**a.** Member's will complete a Change of Address form and submit to the Personnel Unit via the chain of command as per Rules and Regulations 4.33.3.

**b.** The Personnel Unit is responsible for notifying the City's Finance Department to initiate or cease payroll deduction for the take-home vehicle, when ap-

propriate. Notification will be made in the form of a Memorandum with a copy of the Change of Address Form attached.

2. If an Officer assigned a take home vehicle moves outside the City of Hollywood, but within Broward County, he must pay the vehicle deduction.

3. If an Officer assigned a take home vehicle moves into the City, no deduction is required.

**C. Transfer of Assignment:**

If a Member is transferred, the Personnel Unit is responsible for initiating and/or stopping the take-home vehicle reimbursement fee.

1. The process will be facilitated by completing a Personnel Action Form.

2. The Personnel Action Form will be forwarded to the City's Finance Department.

**D. Take-Home Vehicle Maintenance:**

Members assigned take-home vehicles are responsible for reporting defective equipment, mechanical deficiencies, and facilitating all routine maintenance issues, such as:

1. Speedometer calibration every six-(6) months for marked Police vehicles.

   a. Members may contact the Fleet Unit to ascertain the business contracted to facilitate this calibration.

   b. Calibration certificates and receipts will be delivered to the Fleet Office no later than the next working day.

2. Members will be responsible for ensuring their assigned vehicle receives preventative maintenance, including oil changes, every three months or 3000 miles, whichever comes first.

   a. Members will complete a Vehicle Condition Report to initiate this process.

   b. Fleet Maintenance (Public Works) will maintain a database to ensure compliance with vehicle maintenance schedules.

   c. If a Member fails to turn their assigned vehicle in for service as directed, the Member's division Major and the Fleet Unit will be notified.

3. Members will ensure their assigned vehicle is clean and projects a professional image.

   a. The Member will clean the vehicle and schedule all maintenance appointments during the Member's regular tour of duty.

   b. Overtime will not be approved for take-home vehicle maintenance or cleaning.

**E. Supervisory Discretion:**

Although a Member is assigned a take-home vehicle, he may be required to utilize another vehicle during his tour of duty at the discretion of his immediate Supervisor.

**F. Extra-Duty Police Assignment Usage:**

Members are authorized to utilize their assigned take-home vehicle for extra-duty Police employment. Certain surcharges and restrictions may be applicable depending on the nature and extent of the extra-duty assignment. (Refer to the **Off-Duty and Extra-Duty Employment SOP**).

## IV.  LEASED VEHICLES

### A.  Vehicle Assignment:

Leased vehicles are assigned to Members at the discretion of the Chief of Police or his designee based on operational necessity.

1.  The procurement of the leased vehicle will be coordinated through Fleet Maintenance.

2.  The Member receiving the vehicle will notify Fleet Maintenance of the following information:

    a.  Date vehicle was received.

    b.  Mileage.

3.  Members will not exchange vehicles with the contracted leasing company without prior approval of Fleet Maintenance.

### B.  Requesting a Vehicle for Travel:

Members traveling out of town for training, conferences, or other Law Enforcement related events may request the issuance of a City owned or leased vehicle for travel purposes.  Members will adhere to the following process:

1.  Vehicle keys may be picked up in the Fleet Office on the date of travel between 8:00 a.m. and 4:00 p.m., Monday through Friday.

2.  The Member will ensure the vehicle is clean and fully fueled upon its return.

3.  Mechanical problems will be reported at the time of return to the Fleet Unit.

### C.  Appearance and Cleanliness:

The appearance and cleanliness of the leased vehicle is the responsibility of the assigned Member.

### D.  Vehicle Maintenance:

The responsibility for maintaining the leased vehicles, both as to all mechanical repairs and all routine maintenance rests with the vehicle leasing company as per the current leasing agreement.

The Member will use the city towing contractor for any leased vehicle that becomes disabled.

## V.  POOL VEHICLES

The Department will maintain a pool of marked vehicles for use by authorized Agency personnel.

### A.  Authorized Usage:

The following Members are authorized to operate pool vehicles:

1.  Community Service Officers (excluding marked Police vehicles).

2.  Police Officers who have not been assigned a take-home vehicle.

3.  Police Officers whose take-home vehicle is out of service.

4.  Those Members as authorized by a Division Major.

### B.  Obtaining a Pool Vehicle:

The Quartermaster Section facilitates the issuance of pool vehicles:

1.  Members will respond to Fleet Maintenance (Public Works).

2.  Members will complete required paperwork. (Ex. Logs, Vehicle Condition Reports, etc)

3.  The Member will return the keys and pool vehicle to fleet maintenance with a full-tank of gas and cleaned of any debris or personal property.

**C.  Reporting Damaged Pool Vehicles:**

Members discovering damage to a pool vehicle will comply with the following procedure:

1.  The Member will check the Vehicle Damage Log (see **Appendix B**) located in the Storeroom to ascertain if the damage had been previously reported and documented.

2.  If the damage is not documented in the Damage Log, the Member will notify his immediate Supervisor.

3.  The Supervisor will report the damage to the Fleet Unit and document the damage in the Vehicle Damage Log.

4.  The Supervisor will conduct an investigation to determine the cause of the damage.

**D.  Obtaining a Pool Vehicle for Extra Duty Details:**

Members requiring a marked patrol vehicle for extra duty details will adhere to the following:

1.  Respond to the Quartermaster Section.

2.  A storeroom clerk will issue the Member a pool vehicle and sign the vehicle out in the Marked Pool Vehicle for Details log.

3.  The Member will return the keys to the Quartermaster Section at the conclusion of their detail

4.  A storeroom clerk will log the vehicle returned in the Marked Pool Vehicle for Details log.

5.  When the Quartermaster Section is closed:

    a.  The storeroom clerk will leave keys for two (2) vehicles and the Marked Pool Vehicle for Details log at the Public Information Desk.

    b.  The Member working at the Public Information Desk will log the vehicles out and returned.

**VI.  POLICE FACILITY PARKING**

Members will park their personal and/or assigned City vehicle(s) in designated parking spaces only.  While parked at the Police Facility or Network Centers, all City vehicles will be backed-in except for prisoner transport and where back-in parking is prohibited.

**A.  Prohibited Parking:**

Members are prohibited from parking in the following locations:

1.  Visitor parking spaces.

2.  Along, on top of, or astride any and all curbs around the Police Building.

3.  Next to the Mobile Command Vehicle (MCV).

4.  Entrances to, or within the Sallyport.

**B.  Prisoner Transport Parking:**

Prisoner transport parking spaces are only to be used by Officers transporting prisoners.

**VII.  DEFINITIONS:**

**A.  ENHANCED USE:**

A provision on the off-duty use of a take-home Police vehicle which authorizes certain off-duty uses in addition to portal to portal.

**B.  MARKED POLICE VEHICLE:**

A City owned or leased vehicle assigned to the Patrol Division which possesses markings and equipment that clearly distinguishes it as a Police vehicle.

**C.   POLICE VEHICLE:**

Any City owned or leased vehicle as-signed to the Police Department.

**D.   POOL VEHICLE:**

A Police vehicle that is not assigned to a Member on a permanent basis.

**E.   PORTAL TO PORTAL:**

A restriction on the off-duty use of a take-home vehicle which limits said use to travel to and from work from a Mem-ber's home by the most direct route. It is recommended that Members obtain ad-ditional insurance (see Garcia vs. Hol-lywood).

**F.   TAKE-HOME VEHICLE:**

A City owned or leased vehicle assigned to an authorized Sworn Member to be taken home at the conclusion of the Member's tour of duty.

**G.   UNAUTHORIZED OPERATOR:**

Any person, other than an authorized Member of the Hollywood Police De-partment who operates a Police Vehicle without the authorization of a Com-manding Officer above the rank of Ser-geant.

Wrecker operators, mechanics and ser-vice personnel may be authorized to operate Police vehicles on a limited ba-sis to accomplish repair and service work.

**H.   UNAUTHORIZED PASSENGER:**

Any passenger in or on a Police vehicle who:

- Is not a City Employee, or

- Is within or on the vehicle other than for a bona-fide Law Enforcement purpose, or

- Is, in instances unrelated to the above, in the vehicle without the au-

thorization of a Commanding Officer above the rank of Sergeant.

APPROVED BY:

_____ 02/22/2013
**Vincent R. Affanato**                        **Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Vehicle Condition Report.

- **Appendix B:** Vehicle Damage Log.

- **Appendix C:** Vehicle Inspection Form




**City of Hollywood Police Department**

# Vehicle Condition Report

Badge No.:_____     Vehicle No.:_____     Parking Space_____

Date:_____     Shift:_____     Mileage:_____

Description of Problems (describe fully including possible cause of problem, if known)

☐ Take Home     ☐ Pool Car

Mechanical/Police Equipment:

1._____

2._____

3._____

4._____

5._____

Reported Damage (location and extent)  Case Number:_____

1._____

_____

3._____

Interior/Exterior Cleanliness/Apparent Abuse   Case Number:_____

1._____

2._____

Corrective Action Taken/Employee/Number
     (detail corrective action taken, plus name and number of correcting employee)

_____

_____

_____

_____

_____

_____

_____

Location of Keys:_____     Mechanic:_____

# PLEASE REMOVE SHOTGUNS

22-213 (Rev 05/00)        WHITE & YELLOW—Garage        PINK—Storeroom

VEHICLE NO._____

MAKE OF VEHICLE_____

DATE: _____ TIME: _____ CASE NO. _____

OFFICER'S NAME AND BADE NO. _____

DESCRIPTION OF DAMAGES: _____

_____

_____

SIGNATURE OF SERGEANT _____

---

DATE: _____ TIME: _____ CASE NO. _____

OFFICER'S NAME AND BADGE NO. _____

DESCRIPTION OF DAMAGES: _____

_____

_____

SIGNATURE OF SERGEANT _____

---

DATE: _____ TIME: _____ CASE NO. _____

OFFICER'S NAME AND BADGE NO. _____

DESCRIPTION OF DAMAGES: _____

_____

_____

SIGNATURE OF SERGEANT _____

---

DATE: _____ TIME: _____ CASE NO. _____

OFFICER'S NAME AND BADGE NO. _____

DESCRIPTION OF DAMAGES: _____

_____

_____

SIGNATURE OF SERGEANT _____

22-215



# Vehicle Inspection Form

Member Name: _____

Inspection Date/Time: _____

Supervisor Signature: _____   Badge # _____

Vehicle Number: _____

Year, Make & Model: _____

Mileage: _____

Date of Last Service: _____

| INTERIOR DAMAGE | Yes | No |
|---|---|---|
| Front Seats | ☐ | ☐ |
| Rear Seats | ☐ | ☐ |
| Dashboard/Steering Wheel | ☐ | ☐ |
| Light/Siren/PA | ☐ | ☐ |
| Roof Lining/Interior Doors | ☐ | ☐ |

Documented Past Damage

| Date Reported: | Case Number: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

| √ = compliant with SOP (there is no violation of SOP) | X = violates SOP (a violation exists) | N/A = not applicable (e.g. unmarked vehicle) |
|---|---|---|

| √ | X | N/A | Interior Inspection | √ | X | N/A | Exterior Inspection |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | First Aid Kit **(SOP 215.1 I.C.2)** Exp. Date:_____ | ☐ | ☐ | ☐ | All Vehicle numbers visible on all four sides of vehicle |
| ☐ | ☐ | ☐ | Fire Extinguisher **(SOP 215.1 I.C.2)** Exp. Date:_____ | ☐ | ☐ | ☐ | Body or Mechanical Alterations not permitted **(SOP 215.1 I.C.3)** |
| ☐ | ☐ | ☐ | Bio-Hazard Protective Equipment (i.e. black bag) (Sworn only) **(SOP 215.1 I.C.2)** Filter Exp. Date:_____ | ☐ | ☐ | ☐ | Stickers and/or personalized License Plates not permitted **(SOP 215.1 I.C.3)** |
| ☐ | ☐ | ☐ | Personal Protective Equipment (gloves, CPR Mask, anti-bacterial wipes or gel) **(SOP 215.1 I.C.2)** | ☐ | ☐ | ☐ | Unauthorized weapons not permitted **(SOP 215.1 I.C.4)** |
| ☐ | ☐ | ☐ | Flashlight **(SOP 215.1 I.C.2)** | ☐ | ☐ | ☐ | Speedometer Calibration **(SOP 215.1 III.E.1)** Exp Date: _____ |
| ☐ | ☐ | ☐ | Laptop Computer (if one is assigned) | ☐ | ☐ | ☐ | Preventative Maintenance **(SOP 215.1 III.E.2)** Due Date: _____ |
| ☐ | ☐ | ☐ | Traffic Vest **(SOP 215.1 I.C.2)** | ☐ | ☐ | ☐ | All damage is documented **(SOP 215.1 V.C)** |
| ☐ | ☐ | ☐ | Whistle **(SOP 237 III.A.1)** | Satisfactory ☐ Overall cleanliness **(SOP 215.1 I.F)** | | | |
| Crime Scene Tape (recommended) ☐ Y   ☐ N | | | | Unsatisfactory ☐ *(Corrective Action – see comments)* | | | |
| Tape recorder installed   ☐ Y   ☐ N | | | | Exterior Clean ☐ Y  ☐ N  Trash in Vehicle ☐ Y ☐ N | | | |

<u>Comments</u>:  Action or direction taken to insure that the Member is in compliance with established Standards. Identify deviation, outline corrective action, and include date by which the Member must comply with Standards. (Example: Unauthorized bumper stickers removed during inspection - Member compliant with Standards)

*(Type Comments:)* _____

| | RED LIGHT CAMERAS | |
|---|---|---|
| | **DEPARTMENT SOP: #215.2** | **CALEA:** |
| | **EFFECTIVE DATE: 04/03/2012**<br><br>**REVIEW: 03/07/2013** | **CFA:**<br><br>**n/a** |

**PURPOSE:** To establish standards and guidelines for the investigation and review of Red Light Camera Violations for Department owned and leased vehicles.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to operate in compliance with Florida State Statutes, the Mark Wandall Traffic Safety Act and City Ordinance O-2010-27, regulating the Traffic Intersection Safety Act.

**INDEX:**

I.  **RED LIGHT CAMERA VIOLATION PROCESS** .............................................1

   A.  City of Hollywood Red Light Camera Violations: .............................................1
   B.  Other Jurisdictions Red Light Camera Violations .............................................2

II.  **MEMBERS RESPOSIBILITIES** .............3

   A.  Member: ...............................................3
   B.  Supervisor: ..........................................3
   C.  Lieutenant: ...........................................3
   D.  Division Major: ....................................3
   E.  Involved Member: ................................3

III.  **UNJUSTIFIED VIOLATION FINDINGS** .3

   A.  Sworn Members: ..................................4
   B.  Non-Sworn Members:..........................4

IV.  **DISCIPLINARY PROCESS**....................4

   A.  Factors to be Considered: ...................4
   B.  Imposing Discipline:.............................4

V.  **DEFINITIONS** ........................................4

**PROCEDURE:**

I.  **RED LIGHT CAMERA VIOLATION PROCESS**

   A.  **City of Hollywood Red Light Camera Violations:**

     With regards to operation of emergency vehicles and obedience to traffic laws, references can be located in F.S. 316.072(5), 316.074, 316.075 and Hollywood Police Department Policy **SOP #215.1 Police Vehicle** and **SOP #205 Emergency & Police Vehicle Pursuit Operations.**

     The following procedures will be followed when a Department Member's vehicle is captured entering an intersection on a red light in the City of Hollywood.

     1.  Traffic signal notices of violation triggered by emergency vehicles being operated in emergency mode (emergency lights on) are automatically rejected by the vendor and not forwarded to the Police Department for review.

     2.  Traffic signal notices triggered by emergency vehicles without emergency lights engaged, will be forwarded to the Police Department by the vendor for review.

     3.  When a Red Light Camera Unit Member determines an emergency vehicle or any other Department owned or leased vehicle was in violation of a red light, the Member will

forward the violation to the Red Light Camera Unit Supervisor. The Supervisor will determine which Member was assigned the vehicle at the time of the violation.

4. All still images, video and data related to the violation will be downloaded from the system and preserved.

5. The Red Light Camera Unit Supervisor will forward a copy of the violation to the Member's Division Major.

6. The Major will assign the Member's Lieutenant to review the circumstances of the infraction.

   a. The Lieutenant will notify the Member of the infraction.

   b. The Member will complete a memorandum explaining the circumstances of the violation.

   c. The Lieutenant will complete a memorandum to the Major including:

      (1). Findings.

      (2). Documentation (i.e. Incident reports, radio transmissions, CAD printouts, etc)

7. The Support Services Division Major will determine if the violation is justified (documented law enforcement practice) or unjustified.

8. If the Major determines the violation was unjustified, the Member will be issued the Notice of Violation through the vendor and will be referred to the court system to contest or pay the fine.

9. The Major will forward the findings to the Chief of Police of all unjustified violations.

10. The Red Light Camera Unit Supervisor and Internal Affairs Unit will

maintain a record of the violation and findings.

**B. Other Jurisdiction Red Light Camera Violations:**

The following procedures will be followed when a Department Member's vehicle is captured violating a red light in another jurisdiction.

1. The Notice of Violation will be forwarded by the City of Hollywood Finance Department to the Red Light Camera Unit Supervisor via the Support Services Major.

2. The Red Light Camera Unit Supervisor will determine which Member was assigned to the vehicle at the time of the violation.

3. The Red Light Camera Unit Supervisor will forward a copy of the violation to the Member's Division Major.

4. The Major will forward the violation to the Member's Lieutenant, who will notify the Member of the violation.

5. The Member will be referred to the courts to contest the violation or pay the fine.

   a. If the involved Member decides to contest the violation:

      (1). The Red Light Camera Unit Supervisor will complete and forward the Non-Liability Affidavit to the vendor.

      (2). A uniform traffic citation will be issued to the involved Member by the jurisdiction where the violation occurred.

      (3). The Member may choose to contest the citation.

   b. If the involved Member decides to pay the violation:

**(1).** The violation must be paid within 30 days of the issuance of the notice.

**(2).** Proof of payment must be forwarded to the Red Light Camera Unit Supervisor.

**6.** The Red Light Camera Supervisor and Internal Affairs Unit will maintain a record of the violation.

## II. MEMBERS RESPOSIBILITIES

### A. Member:

The Red Light Camera Unit will be responsible for forwarding all potential red light camera violations involving Department owned or leased vehicles to the Supervisor.

### B. Supervisor:

The Red Light Camera Unit Supervisor will be responsible for the following:

**1.** Review and determine who the subject vehicle was assigned to at the time of the violation.

**2.** Forward a copy of the violation to the Member's Division Major.

**3.** Complete and forward a Non-Liability Affidavit, if applicable.

**4.** Forward a record of the violation to the Internal Affairs Unit.

**5.** Maintain a record of all justified and unjustified red light triggered events.

### C. Lieutenant:

The Member's Lieutenant will be responsible for the following:

**1.** Notifying the Member of the violation.

**2.** Insuring the Member completes a memorandum in a timely manner.

**3.** Reviewing the circumstances of the violation, to include watching the video link.

**4.** The Lieutenant will complete a memorandum to the Support Services Major including:

a. Findings

b. Documentation (i.e. Incident reports, radio transmissions, CAD printouts, etc)

### D. Support Services Division Major:

The Support Services Division Major will be responsible for the following:

**1.** Reviewing all red light camera violations forwarded by the Red Light Camera Unit Supervisor.

**2.** Assigning a Lieutenant to investigate the violation, if applicable.

**3.** Determining if a violation is justified or unjustified.

**4.** Forwarding all findings of unjustified violations to the Chief of Police.

### E. Involved Member:

Members issued notices of violation will be responsible for the following:

**1.** Providing a memorandum explaining why the violation was committed to the Support Services Division Major, via Chain of Command, within **3 working days** of receiving notice they committed a violation.

**2.** Handling the violation/citation via the proper legal channels.

## III. UNJUSTIFIED VIOLATION FINDINGS

The cumulative time period to evaluate red light camera violations shall be 12 months from each violation.

**A. Sworn Members:**

All unjustified red light camera violations will be tracked by the Early Warning Report through the Internal Affairs Unit. The report will be generated quarterly provided the threshold had been met or exceeded and forwarded to Division Majors for review. Ultimately, the determination of discipline rests with the Chief of Police. If discipline is considered, it will result in the removal of take home vehicle privileges for a determined amount of time.

**B. Non-Sworn Members:**

Any disciplinary action taken against a non-sworn Member for red light camera violations will be administered in accordance with Departmental Policy and the guidelines established by the Office of Human Resources and Risk Management.

## IV. DISCIPLINARY PROCESS

The Department recognizes that each Red-Light Camera Violation must be reviewed on a case-by-case basis when determining the appropriateness or extent of disciplinary/corrective action.

If at anytime the Chief of Police or his designee observes a pattern in a Member's driving history, which indicates carelessness, or the willful, wanton or reckless disregard for public safety, an Internal Affairs Complaint Intake form may be completed. The Chief of Police reserves final authority on all matters of discipline.

**A. Factors to be Considered:**

1. Violations of State Statute

2. Violations of Policy, Procedure, Rules or Regulations.

3. Negligence

4. Carelessness

5. Mitigating Factors

6. Member's Driving History

**B. Imposing Discipline:**

Any disciplinary action taken against a Member will be administered in accordance with Departmental Policy and the guidelines established in the current Collective Bargaining Agreements.

## V. DEFINITIONS

**A. Red Light Cameras:**

Automated red light camera systems are used to identify red light traffic violators, present the violations to designated Police Departments and process notices to the vehicle's registered owner(s). Cameras are set so that only vehicles that enter an intersection after the light has turned red are photographed.

APPROVED BY:

**Vincent R. Affanato**                 **03/08/2013**
**Office of the Chief of Police**        **Date**



| PATROL FUNCTIONS AND RESPONSIBILITIES | |
|---|---|
| **DEPARTMENT SOP: #216** | **CALEA: 1.2.3** |
| **EFFECTIVE DATE: 11/1/2001** **REVIEW DATE: 08/20/14** | **CFA:** **13.08, 14.08A-H, 17.01, 17.03** |

**PURPOSE:** To establish criteria for the functions and responsibilities of the Department's Patrol Section.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Members of the Patrol Section will enforce all Florida Statutes, Hollywood Municipal Ordinances, and Broward County Ordinances within the City of Hollywood's jurisdiction.

I.   CHAIN OF COMMAND ...........................2
  A. Operations Services Bureau Assistant Chief: ........................................2
  B. Patrol Division Majors: ..........................2
  C. Patrol Section Lieutenants: ...................2

II.  SCHEDULES AND COVERAGE ...............2
  A. Patrol Section Law Enforcement Response: [17.01] .............................2
  B. Shift Assignment and Selection: ...........2

III. DUTIES & RESPONSIBILITIES .................3
  A. Primary Responsibilities:........................3
  B. Additional Responsibilities: ...................3
  C. Supervisors Responsibilities: [17.03] ....3
  D. Meals and Breaks: ................................3

IV.  INFORMATION & COMMUNICATION .......4
  A. Language and Communication Assistance Methods [2.10]:...............4
  B. Effective Communications: ...................4
  C. Police Satellite Offices: ........................5

V.   ROLL CALL PROCEDURES.....................5
  A. Shift Lieutenant Responsibilities: ..........5
  B. Sergeant Responsibilities: ....................5
  C. Officer Responsibilities:.........................6

VI.  PRELIMINARY INVESTIGATIONS ............6
  A. Preliminary Investigative Procedures:...6

  B. Follow-Up Investigative Procedures: ....6
  C. Call-Out Procedures: ............................7

VII. SHOW-UP .............................................7
  A. When a Show-up is permissible: ..........7
  B. Conducting a Show-up: ........................7
  C. Documentation of the Show-up: ...........7

VIII. FIELD INTERVIEWS [1.2.3A] ....................7
  A. Conducting a Field Interview: ...............7
  B. Conducting a Field Interview with a possible Gang Associate or Gang Member:.................................................8
  C. Completing a Field Contact Report......9

IX.  TRESPASSING..........................................9
  A. Trespass Affidavits: ..............................9
  B. Trespass Warnings:.............................10
  C. Trespass Arrests:................................10

X.   SECURING HOMES AND BUSINESSES 10
  A. Officers Responsibilities: ....................10
  B. Code Enforcement Officers Responsibilities: ....................................10
  C. Supervisors Responsibilities: ..............10
  D. Communications Responsibilities: ......10
  E. Records Responsibilities: ...................10
  F. False Alarm Report: ...........................10

XI.  WATCH ORDERS.....................................10

XII. RADIO COMMUNICATION ......................11
  A. Field Operations: ................................11
  B. Securing Perimeters: ..........................11

XIII. ELECTRONIC MONITORING / NOTIFICATION PROCEDURE................11
  A. Pre-Trial Control Center:.....................11
  B. Officer's Responsibility: ......................12

XIV. DEFINITIONS .........................................12
  A. FIELD CONTACT REPORT: ..............12

B. LIMITED ENGLISH PROFICIENCY (LEP):.....................................12

C. SHOW-UP: ...........................................12

**PROCEDURE:**

I. **CHAIN OF COMMAND**

   A. **Operations Services Bureau Assistant Chief:**

   Has Command responsibility for the Patrol Division.

   B. **Patrol Division Majors:**

   Responsible for the direction and control of the Patrol Section

   C. **Patrol Section Lieutenants:**

   Responsible for coordinating all Patrol functions along with the Patrol Division Majors

II. **SCHEDULES AND COVERAGE**

   A. **Patrol Section Law Enforcement Response:** [17.01]

   All Sworn Members are responsible for providing Police protection, services, and response to emergency calls on a continuous basis 24-hours a day.

   1. The Patrol Section will accomplish its objective by scheduling Officers on shifts, providing coverage 24 hours a day, seven days a week.

   2. Patrol shifts are as follows:

      a. **Midnight (Alpha) Shift:** A 4-10 work plan with rotating days off. (2200 hours through 0800 hours)

      b. **Day (Bravo) Shift:** A 5-8 work plan with rotating days off. (0700 hours through 1500 hours)

      c. **Afternoon (Charlie) Shift:** A 4-10 work plan with rotating days off. (1330 hours through 2330 hours)

   B. **Shift Assignment and Selection:**

   The following criteria will be utilized when assigning Officers, Sergeants and Lieutenants to Patrol shifts:

   1. Members must request a shift selection by submitting a Patrol Shift Assignment Application (see **Appendix A**).

      a. Shift selection will commence in October of each year.

      b. The window period for Patrol shift bidding will be during the entire month of October.

   2. The Police Chief has the final authority when assigning Members as follows:

      a. 25% of the vacancies for a given shift for Patrol Officers, and

      b. 50% of vacancies for Sergeants and Lieutenants

   3. The assignment to various shifts will be consistent with the established criteria as specified in the current Collective Bargaining Agreement.

   4. Implementation of shift selection will take effect on the first day of the second pay period in January. Any leave that has been approved prior to any transfer will be honored unless such leave will seriously hinder Patrol operations.

   5. Assignments may be adjusted at any time with five working days' notice excluding cases of emergencies, which would take effect immediately.

   6. Members transferred into the Patrol Section from another Unit or Section can choose a shift. No "bumping" will be allowed, however, an adjustment period will occur every June in order to facilitate the shift request of those Members coming

into the Patrol Section after shift selection is completed.

## III. DUTIES & RESPONSIBILITIES

### A. Primary Responsibilities:

Patrol Officers are responsible for the following primary responsibilities:

1. Protection of life and property

2. Preservation of public peace

3. Prevention and suppression of crime

4. Arresting violators of the law

5. Proper enforcement of State Laws, County and City Ordinances

### B. Additional Responsibilities:

Officers assigned to the Patrol Section are responsible for the following duties and responsibilities:

1. Patrol Officers will immediately proceed to their designated zone or assignment upon checking into service, unless otherwise directed by a Supervisor.

2. Patrol Officers will remain in their assigned zone or at their assignment until properly relieved by Dispatch or a Supervisor.

3. Patrol Officers will be responsible for the effective and cognizant patrol coverage of their assigned areas.

4. Officers will patrol their zone or assignment in an alert conscientious manner performing all required duties as prescribed in Departmental SOP's. Officers should avoid patrolling in a predictable pattern.

5. Officers will render immediate assistance to any and all persons requiring or requesting aid or instruction.

6. Officers will respond to calls for service without unnecessary delay when dispatched by Communications or on orders of a Supervisor. An exception to this is when an Officer becomes aware of another incident requiring immediate Police intervention.

7. In all cases involving delayed response, Patrol Officers will immediately advise the Dispatcher of the delay and the reason for the delay. The Dispatcher will then notify a Supervisor.

### C. Supervisors Responsibilities: [17.03]

Patrol Supervisors are responsible for, but not limited to the following:

1. Patrol Supervisors will monitor radio transmissions and respond to and assume command of calls that are serious in nature, involve potential liability to the City, and/or incidents that may require the presence of a Supervisor for the purpose of assuming command. [17.03]

2. Patrol Supervisors will review all reports submitted by subordinates for accuracy and thoroughness.

### D. Meals and Breaks:

Members will adhere to the following during breaks:

1. Members working in the Patrol Section, time and circumstances permitting, may take one meal break, and two personal breaks during a tour of active duty. Meal Breaks ("10-40"), are 30 minutes in duration. Members are not required to check out for personal breaks. The allotted time does not include the time in transit.

2. Patrol Officers will request their meal break via Police radio and will advise of the exact address prior to entering the location.

3. Patrol Officers will refrain from taking breaks during the first or last hour of their tour of duty. Deviation will require Supervisory approval.

4. If possible, Patrol Officers will take their breaks in their zone or assigned area.

5. The Dispatcher or Supervisor may direct Patrol Officers back into service, when necessary.

6. There will be no more than two marked vehicles parked at a restaurant, unless otherwise approved by the Shift Lieutenant, or his designee.

## IV. INFORMATION & COMMUNICATION

### A. Language and Communication Assistance Methods [2.10]:

1. **Limited English Proficiency (LEP):** In accordance with Title VI of the Civil Rights Act of 1964 and the Omnibus Crime Control and Safe Streets Act, Members will make reasonable accommodations when providing services to, or interacting with individuals who have LEP.

   a. The Broward County E-911 Agency in conjunction with AT&T has implemented a dedicated telephone service line over the Emergency 911 Network that can directly transfer a non-English speaking caller to a Language Interpreter. The service is available 24 hours a day, 7 days a week, 365 days a year.

   b. Members will make every effort to locate another Member on duty who can communicate with LEP individuals. The Communications Center will obtain a directory through Human Resources of bilingual staff and volunteers including their contact information.

   c. Members must provide interpreters who can interpret effectively, accurately, and impartial.

2. Communication with People who are Deaf or Hard of Hearing:

   Under the Americans with Disabilities Act (ADA), people who are deaf or hard of hearing are entitled to the same services law enforcement provides to anyone else.

   a. Members must provide the communication aids and services needed to communicate effectively with people who are deaf or hard of hearing, except when a particular aid or service would result in an undue burden or a fundamental change in the nature of the law enforcement services being provided.

   b. Primary consideration should be given to providing the aid or service requested by the person with the hearing disability.

   c. Members may find a variety of communication aids and services useful in different situations, such as speech supplements (gestures and visual aids), pad and pencil, a word processor, a teletypewriter (TTY), and/or a sign language interpreter.

### B. Effective Communications:

Patrol Section Supervisors will coordinate activities with their counterparts in other Sections in order to avoid duplication of efforts.

1. Members from other Units within the Department are invited to attend Patrol Roll Call. Members with pertinent information should coordinate with the Shift Lieutenant prior to distributing any information.

2. Other Division Members desiring assistance will, whenever possible,

coordinate with the Shift Lieutenant before the beginning of the shift.

3. Communication and coordination between the Criminal Investigations Division and the Patrol Section can:

a. Alleviate potential misunderstandings.

b. Provide for Officer Safety.

c. Provide the best avenue for the success of an operation.

4. The Shift Lieutenant will be informed before undercover, surveillance, or decoy operations are undertaken on or during a shift.

5. The Supervisor in charge of the covert operation will be responsible for ensuring that the Shift Lieutenant is informed by phone of the starting date and time, the location, and ending date and time of the operation.

C. **Police Satellite Offices:**

The Department currently has use of three Satellite Offices:

1. West Hollywood Neighborhood Network Center, located at 1109 N. 69th Way.

2. Liberia Neighborhood Network Center, located at 2207 Raleigh St.

3. Southeast Public Safety Complex, located at 1511 S. Federal Hwy.

V. **ROLL CALL PROCEDURES**

The purpose of Roll Call is to ensure that Patrol Section Members are prepared, equipped, informed and capable of carrying out Patrol Section functions. Information concerning training, crime, Officer Safety, and other pertinent topics will be made available at Roll Call briefings.

A. **Shift Lieutenant Responsibilities:**

The Shift Lieutenant will be responsible for ensuring the following:

1. Members will attend briefings in the appropriate uniform (i.e. Class B). Gym attire will be prohibited.

2. A briefing is conducted for each shift to provide Members the necessary daily information to perform their duties.

a. Member attendance is documented.

b. Staffing requirements are achieved.

c. Required Roll Call training is provided, as necessary.

B. **Sergeant Responsibilities:**

The Shift Sergeants will be responsible for ensuring the following:

1. Members will attend briefings in the appropriate uniform (i.e. Class B). Gym attire will be prohibited.

2. Ensuring Roll Call information is maintained, updated, and disseminated to the Officers

3. Ensuring Officers receive current crime analysis information, official bulletin information, and other information that may be relevant to their duties

4. Ensuring Officers are informed of assignments, scheduling, training dates, and any changes thereto.

5. Informing Officers of policy changes and revisions

6. Inspecting and evaluating Officer Readiness

7. Enforcing prescribed grooming and appearance standards

**C. Officer Responsibilities:**

Unless otherwise directed, Officers will report to daily Roll Call at the time and place specified, properly uniformed and equipped. Officers will give careful attention to orders and instructions for their tour of duty.

1. Officers will have a pen with black ink, timepiece, portable Police radio (all in good working order) and a notebook.

2. Officers will obtain all needed equipment, forms and reports from the Storeroom prior to going in service.

3. Officers will pay strict attention to all information, instructions, BOLOs, crime information, etc. provided at Roll Call briefing. Officers will enter all information given to them during Roll Call into their notebooks. This information will be maintained for 30 days and is subject to inspection.

4. During Roll Call, Officers will exchange pertinent information relating to their duties with other Officers and their immediate Supervisor.

5. Officers will not leave Roll Call prior to Supervisory dismissal.

**VI. PRELIMINARY INVESTIGATIONS**

Members in the Patrol Section responding to calls for service will conduct the preliminary investigation. Patrol Officers will investigate either a portion of or the entire incident. A Patrol Supervisor will decide assignment of preliminary investigations regarding other unusually serious or complex crimes.

**A. Preliminary Investigative Procedures:**

Patrol Officers conducting preliminary investigations will perform the following:

1. Render aid.

2. Observe and note all conditions, events, and remarks made.

3. Maintain the crime scene and protect evidence.

4. Locate and identify witnesses and conduct area canvasses to determine if neighbors have any information pertaining to the incident.

5. Interview the victims, complainants and the witnesses.

6. Interview the suspects.

7. Arrange for the collection of evidence.

8. Affect the arrest of the suspect.

9. Report the incident accurately and completely.

**B. Follow-Up Investigative Procedures:**

On occasions, Patrol Officers may be required to follow-up on a preliminary investigation. Patrol Officer's should consider the following:

1. The level of expertise required for completing the investigation considering the seriousness and complexity of the incident.

2. The likely geographic boundaries to be covered during the investigation

3. The reasonable chance of apprehending the offender or when there is a need for adding information to the original preliminary investigation.

4. Current case load/calls for service of Officers assigned to the shift.

5. Situations where a delay in investigating the incident would lead to a loss of information

6. Officers should refer to the **Criminal Investigations SOP** for further information concerning preliminary and follow-up investigations.

**C. Call-Out Procedures:**

All requests for a CID Detective call-out will be made by the affected Sergeant to the Shift Lieutenant. Once approved, the affected Sergeant is responsible for directly contacting the assigned Detective to facilitate the request. Once confirmed, the affected Sergeant will document the response with Communications in the CAD system via police radio. The affected Detective will document their response in the CAD system via police radio upon their arrival at the scene.

## VII. SHOW-UP

Eyewitness identification is a frequently used investigative tool. As such, Officers shall follow procedures herein in order to maximize the reliability of identification, minimize unjust accusations against innocent persons, and to establish evidence that is reliable and conforms to established legal procedure.

**A. When a Show-up is permissible:**

1. Any Member may arrange a "show-up" between a witness and a suspect whenever a potential suspect who matches the description given by the witness is located and detained within a reasonable length of time (not to exceed 2 hours), in proximity to the location of the crime.

2. Show-ups are preferable while the memory of the witness is fresh and the suspect is readily available.

**B. Conducting a Show-up:**

1. Determine the witness's description of the suspect.

2. The witness will be transported to the suspect's location for the show-up; care should be used to shield the witness from being seen by the suspect.

3. Suspects will never be transported to a victim's location.

4. If possible, Officers will not show the suspect handcuffed, or in the back seat of a patrol vehicle. If the suspect is handcuffed, measures should be taken to conceal this fact from the witness when possible.

5. The witness shall be informed that the person detained may or may not be the suspect, and the witness should not feel compelled to make identification. If the witness makes an identification, the Officer will not confirm or corroborate the identification. Feedback shall not be given to the witness as to the identification.

6. The Officer will avoid making any comments to the witness or that may be overheard (i.e. radio transmissions) that the suspect being detained matches their description.

**C. Documentation of the Show-up:**

Following the show-up, the Officer shall document the following information in the incident report:

1. The names of all persons present at the show-up.

2. The date, time, and location of the show-up

3. Whether identification was made

4. The exact words used by the witness in making the identification.

## VIII. FIELD INTERVIEWS [1.2.3A]

Officers initiate a Field Contact by stopping and questioning a person because the Officer has reasonable suspicion that the subject may have committed, may be committing, or may be about to commit a crime or believes the subject may be potentially dangerous.

**A. Conducting a Field Interview:**

Field Interviews will only be conducted in the pursuit of legitimate goals of the Department. When used properly, they

can discourage criminal activity, identify suspects, gang associates, gang members and add intelligence information to Department files of known criminals.

Field interviews may be appropriate under the following circumstances:

1.  When an individual becomes a suspect, but the evidence does not support an arrest.

2.  The person is a possible suspect in a crime, or his physical description matches the suspect in a specific crime.

3.  The person committed a minor infraction in the Officer's presence and a Field Contact Report was completed in lieu of arrest.

4.  The person was engaged in suspicious activity.

5.  When an Officer comes into contact with an individual for a legitimate reason and believes information about the contact may be valuable at a later time.

6.  When an Officer comes in contact with an individual who he believes is a possible gang associate or gang member.

7.  During consensual encounters.

8.  If at any time during the taking of information for the Field Contact Report, the Officer considers placing the subject under arrest, i.e.: (loitering and prowling), Miranda Warnings must be given before requesting additional information.

**B.  Conducting a Field Interview with a possible Gang Associate or Gang Member:**

The following information is used to determine if an individual can be classified as a "Gang Member" or "Gang Associate".  When documenting gang membership make sure you list the gang he

or she is associated with.  All information classifying the individual as a gang member has to be documented with by paperwork or a photo.  Use the following criteria when documenting gang information on your reports or Field Interviews.  Forward all gang information to CID.

**Note:**

One criterion must be met to elevate the individual as a Gang Associate.

Two criterions must be met to elevate the individual as a Gang Member.

Criterion #10 listed below must be satisfied four or more times to count as one criterion.

1.  Admits to criminal gang membership

2.  Is identified as a criminal gang member by a parent or guardian

3.  Is identified as a criminal gang member by a documented reliable informant

4.  Adopts the style of dress of a criminal gang

5.  Adopts the use of a hand sign identified as used by a criminal gang.

6.  Has a tattoo identified as used by a criminal gang.

7.  Associates with one or more known criminal gang members

8.  Is identified as a criminal gang member by an informant of previously untested reliability and as such identification is corroborated by independent information.

9.  Is identified as a criminal gang member by physical evidence

10. Has been observed in the company of one or more known criminal gang members (4 or more times)

**11.** Has authored any communication indicating responsibility for the commission of any crime by the criminal gang

**C. Completing a Field Contact Report**

When completing a Field Contact Report (see SOP#216.1 II.L for guidelines and procedures) (see **Appendix B**):

**1.** Officers should make an attempt to obtain verifying identification.

**2.** Officers will complete all sections of the Field Contact Report; paying special attention to dress, marks, tattoos and circumstances for the stop.

**3.** If a photo will be taken a plain, white background will be utilized. CSI will be notified for photos.

    **a.** An Officer should obtain consent by clearly stating to the individual that he has the right to refuse to have a photograph taken.

    **b.** If the Officer receives consent to photograph an individual, the photograph will be attached digitally to the Name Record by CSI after a Name Candidating has been completed by the Data Entry Unit.

    **c.** Officers should clearly note on the Field Contact Report the manner in which the consent to photograph was obtained.

**4.** Officers will submit the Field Contact Report via the Mobile Field Reporting Software to their Supervisor by the end of their shift.

**IX. TRESPASSING**

**A. Trespass Affidavits:**

Members will adhere to the following guidelines when completing the Trespass Affidavit process:

**1.** Members will instruct the owner/agent of the property to fill-out the Trespass Affidavit form see **Appendix C**).

**2.** The Affidavit will be notarized or witnessed by a Police Officer. (The owner retains the pink copy.) A Trespass Warning Sign (see **Appendix D**) will be provided to the owner/agent of the property. Once posted on the property, the sign authorizes all Hollywood Police Officers to enforce the trespass warning.

**3.** The completed Affidavit will be forwarded to the appropriate Patrol Division NTL Sergeant for review.

**4.** The NTL Sergeant will document the affidavit in the Trespass Affidavit Folder located on the S: Drive.

**5.** The NTL Sergeant will forward the original Affidavit to the Records Section.

**6.** The NTL Sergeant will distribute one (1) copy of the Affidavit to the appropriate NTL.

**7.** The NTL's will ensure that Trespass Affidavits are updated on a yearly basis or upon change of property ownership.

**8.** The Records Section will maintain the original Trespass Affidavit for archiving.

**9.** The Records Section will provide one copy to the Communications Section.

    **(1).** Communications Supervisors will enter the Affidavit information into the CAD systems Premise Information (PIN) File.

    **(2).** The information will be purged on the expiration date of the Affidavit.

**B. Trespass Warnings:**

Members will enter into CAD the identity of any person that is warned for trespassing and will provide the owner of the property with the Hollywood Police Incident number.

**C. Trespass Arrests:**

Trespass arrests will be made in accordance with Florida State Statutes 810.08 and 810.09 and Hollywood Municipal Ordinance 132.05.

**X. SECURING HOMES AND BUSINESSES**

Police initiated board-ups of homes or businesses are necessary in situations requiring the securing of a building where the property's owner or other responsible party cannot be located.

**A. Officers Responsibilities:**

If Officers are unable to secure the property, the following procedure will be followed:

1. The Officer will attempt to locate an owner or other responsible party willing to take responsibility for securing the property.

2. If after a reasonable period of time, a responsible party cannot be located, the Officer at the scene will notify his Supervisor.

3. An Officer will wait for the board up company to arrive and secure the building before leaving the scene. The Officer will sign the Board Up invoice noting satisfactory completion of the Board Up.

4. A mobile field report detailing what section was boarded up must be completed on all police initiated board-ups.

**B. Code Enforcement Officers Responsibilities:**

If a Code Enforcement Officer initiates a board up he must detail what section was boarded up and advise Dispatch so that it can be added into CAD.

**C. Supervisors Responsibilities:**

The Supervisor will approve a board-up of the property and advise Dispatch to initiate the process.

**D. Communications Responsibilities:**

A Supervisor of Communications will forward a copy of the Hollywood Police Department Emergency Board Up Log to the Supervisor of the Records Unit on the 1st and 15th of each month. Communications Supervisors must ensure all requests for Board-Ups have a Hollywood P.D. case number assigned.

**E. Records Responsibilities:**

A Supervisor of the Records Unit shall assign a Member of the Records Unit to deliver a copy of the Hollywood Police Department Emergency Board Up Log to the Building and Engineering Division of City Hall.

**F. False Alarm Report:**

When responding to Alarm Calls, Officers will check the property and ensure it is secure. If contact is not made with a representative on scene, the responding Officer will complete all required information on the False Alarm Report and leave it attached to the main access point of the property. (See **Appendix F**)

**XI. WATCH ORDERS**

A Hollywood Police Watch Order (see **Appendix E**) will be used for extra patrol requests, alarm malfunctions, vacant residences and tented homes.

1. Any Member of the Department may initiate a Watch Order.

2. Completed forms will be placed on the Watch Order Board located in the 2nd floor Line-Up Room and given to the NTL Sergeant.

3. Communication Members will e-mail completed Watch Orders to the NTL Sergeants and Patrol Lieutenants.

Patrol Supervisors will be responsible for disseminating the information at roll-call briefings.

## XII. RADIO COMMUNICATION

### A. Field Operations:

Members will be responsible for proper radio communication:

1. All Officers engaged in field operations will have constant access to radio communications. Additionally, Patrol vehicles may be equipped with a Laptop Computer.

2. Each Officer will be issued a portable radio, which will serve as their primary means of communication.

3. Officers will utilize a phone when conditions limit their ability to communicate by radio.

4. When on-duty, Officers will notify Dispatch in all instances when they are unavailable for radio communications, i.e., Court appearances, surveillance, completing mobile field reports and bomb related calls. Officers will provide their location prior to terminating radio contact.

5. Radio procedures will be in accordance with the **Radio Communications SOP**.

6. When an Officer affects a traffic stop between the hours of sunset and sunrise, a Back-Up Unit will automatically be dispatched. The Officer affecting the traffic stop has the option of canceling the assigned Back-Up once the situation has been sur-

veyed, but not prior to affecting the stop.

7. Officers will report all hazardous situations to the Dispatcher, who will then notify a Supervisor and communicate all pertinent information concerning the hazard to area Units.

### B. Securing Perimeters:

Patrol Supervisors are responsible for establishing perimeter positions to contain the escape of a suspect from a crime scene, or to secure an area from pedestrian or vehicular traffic.

1. Supervisors may direct other Members to perform this function in their absence.

2. Communications Members will not be responsible for establishing perimeters, unless unusual circumstances exist.

## XIII. ELECTRONIC MONITORING / NOTIFICATION PROCEDURE

In cooperation with the Broward Sheriff's Office (BSO) Pre-trial Control Center, the Hollywood Police Department will provide assistance verifying house arrest and electronic monitoring violations that occur within the City of Hollywood.

### A. Pre-Trial Control Center:

BSO Pre-Trial Services program will provide information on individuals that are under house arrest in the City of Hollywood.  During normal business hours, the Pre-Trial on-call Specialist will conduct an initial investigation to determine if a law enforcement response is required.  If a violation has occurred, the Hollywood Communications Section will be notified with the following information:

1. Current criminal charges

2. Prior offenses involving violence

3. The individual's social security number

4. BSO's Pre-trial case number

5. Contact number for BSO Member requesting the response.

**B. Officer's Responsibility:**

When the Officer is notified by the Communications Section of an electronic monitoring device violation, the Officer will verify the following information:

1. If the individual is home.

2. If the device has been tampered with, disconnected, or removed. **Note:** The monitoring device will usually be a black or blue ankle transmitter secured with a thick strap.

   a. If the device has been tampered with, disconnected, or removed the Officer will:

      (1). Contact the BSO Pre-Trial Control Center Member who requested the assistance and coordinate with them on the appropriate response.

      (2). Complete a report.

   b. If the device has not been tampered with, the Officer will:

      (1). Document via a Police Information Report.

      (2). Contact the BSO Pre-Trial Control center and supply them with the case number.

**XIV. DEFINITIONS**

**A. FIELD CONTACT REPORT:**

A Field Contact Report is a report, which documents a suspect's identity and description and other personal identifiers. The report also provides for vehicle information.

**B. LIMITED ENGLISH PROFICIENCY (LEP):**

Individuals who do not speak English as their primary language and who have a limited ability to read, speak, write, or understand English

**C. SHOW-UP:**

The live presentation of a suspect to a witness or victim of a crime for the purpose of identifying or eliminating the suspect. The Show-up provides a victim or witness with a controlled unobstructed view of a possible suspect from which the perpetrator of the crime can be identified.

---

Approved By:

*[signature]* **08/20/2014**

**Frank G. Fernandez                    Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Patrol Shift Assignment Application

- **Appendix B:** FIVO Card

- **Appendix C:** Trespass Affidavit

- **Appendix D:** Trespass Warning Sign

- **Appendix E:** Watch Order

- **Appendix F:** False Alarm Report



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## PATROL SHIFT ASSIGNMENT APPLICATION

Date: _____ / _____ / _____

Name: _____ Badge #: _____

☐ Officer          Date of Hire: _____ / _____ / _____

☐ Sergeant         Date of Rank: _____ / _____ / _____

☐ Lieutenant       Date of Rank: _____ / _____ / _____

Current Assignment: ☐ Patrol-Squad _____ ☐ Other-Unit _____

### REQUESTED SHIFT

Please select your Patrol Shift preference indicating your 1st choice as a #1, 2nd choice as a #2 and the 3rd choice as a #3.

☐ **Midnights**        ☐ **Days**        ☐ **Afternoons**

Please indicate any special concerns that might affect your Shift Selection preference:

_____

_____

_____

_____

_____

_____

## HOLLYWOOD POLICE DEPARTMENT
### F.I.V.O. CARD

| CASE# | | DATE | TIME |
|---|---|---|---|
| LOCATION | | | RA |

NAME (LAST, FIRST, MIDDLE)

ALIAS

NICKNAME

ADDRESS

| | STATE |
|---|---|
| D/L | |
| SS# | |

EMPLOYER/SCHOOL

### APPEARANCE / DESCRIPTION / UNIQUE ID

| D.O.B | | AGE | HGT | WGT | BLD |
|---|---|---|---|---|---|
| EYES (Color) | | | | | |

| M | F | BLACK | WHITE | ORI/ASIAN | AM IND | HISP Y/N |
|---|---|---|---|---|---|---|

| HAIR | COMPLEXION | OTHER IDENTIFIERS |
|---|---|---|
| BLACK | LIGHT | GOLD TEETH DESCRIPTION |
| BROWN | MED | |
| BLONDE | DARK | TATTOOS / BIRTHMARKS / SCARS |
| RED | ACNE | LOCATION / DESCRIPTION |
| GRAY | FRECKLED | |
| S/P | RUDDY | |
| BALD | MUSTACHE | |
| SHORT | BEARD | |
| LONG | UNSHAVEN | |
| THINNING | GOATEE | SPEECH: |
| RECEDING | GLASSES | |

CASE # _____

# HOLLYWOOD POLICE DEPARTMENT
## TRESPASS AFFIDAVIT

Business/Property Address: _____   Date: _____

**Type Business:** _____   **Rental Property-# of Units:** _____

**RETURN TO:**
Hollywood Police Department
3250 Hollywood Blvd.
Hollywood, Fl. 33021
(954) 967-4456

**NEW:** ☐   **UPDATE:** ☐

**NOTE:** Update is required every year and/or upon the property's change of ownership.

.

**FROM:**
Owner/Agent Name: _____
Address: _____
City: _____
State: _____ Zip: _____

**Owner/Manager:**
Name: _____
Home Phone: _____
Business Phone: _____
Fax: _____
**Mailing Address:** (Other than property address)
Name: _____
Address: _____
City: _____
State: _____ Zip: _____

**To Whom it May Concern:**
Hollywood Police Officers are hereby designated authorized representative, of the above business/property, and/or are empowered to warn and direct persons to leave said property.

Authority is granted by _____, who is the ☐ Owner, ☐ Agent, ☐ Other (_____) of said business/property and is authorized to act on behalf of the above named business/property for the purposes of the affidavit, and who herein requests that Hollywood Police Officers enforce said Statute or Ordinance, on the said property, including parking areas and curtilages thereof. This Affidavit is valid for a period of one year from the date of authorization. If for any reason (sale, change of ownership, dissolution of business, etc.) cancellation is desired, it will be the responsibility of the affiants to notify the Police Department, cancel their authorization, and remove the trespass notices.

It is also acknowledged that this writer, on behalf of the business/property will prosecute anyone arrested according to this document.

_____   _____   ___/___/___
(Authorizing Agent's Signature)               (Print Name)                    (Date)

**(STATE OF FLORIDA)**
**(COUNTY OF BROWARD)**
The foregoing instrument was acknowledged before me this _____ day of _____ month,_____ year by _____(Affiant's name), who is personally known to me or who has produced _____ (Affiant's ID type) as identification who did take an oath.

_____   _____
POLICE OFFICER - NOTARY PUBLIC, STATE OF FLORIDA     Type/Print Name          Date

WHITE-Police Department     YELLOW-Affiant

Original Date: 11/1/2001
Revised Date: 02/01/2012
File Name: Appendix C Trespass Affidavit.doc

Page: 1 of 1
Appendix C SOP#216

# WARNING
## NO TRESPASSING

### FOR YOUR PROTECTION ALL HOLLYWOOD POLICE OFFICERS ARE AUTHORIZED TO ADVISE ANY PERSON TO LEAVE THESE PREMISES.

### FAILURE TO LEAVE THE PREMISES AFTER BEING INSTRUCTED MAY RESULT IN AN ARREST FOR TRESPASS.

### CITY ORDINANCE 132.05 / F.S.S. 810.08, 810.09

### HOLLYWOOD POLICE DEPARTMENT 3250 HOLLYWOOD BOULEVARD (954) 967-4357

Signed Affidavit on File
DATE_____

---



# HOLLYWOOD POLICE WATCH ORDER

### (For internal police use only)

**Date received:** _____

**Time of occurrence:** _____

**Location:**

_____

_____

_____

_____

**Information:**

_____

_____

_____

_____

**Contact Information:**

**Name:** _____

**Address:** _____

**Phone:** _____

**Request taken by:** _____

**Badge #:** _____



# HOLLYWOOD POLICE DEPARTMENT

## *FALSE ALARM REPORT*

Case Number: _____

Date and Time: _____

Location: _____

Officer Name and Badge: _____

The Hollywood Police Department received a report of an alarm at this premise. The following areas were checked and found to be secure:

❏ **The exterior was checked and found to be secure.**

❏ **Unable to check entire perimeter. See notes below:**

Additional Notes: _____

_____

_____

_____

Per H.M.O. 93.99 (A), Any alarm user whose alarm system activates more than two false alarms in a permit period shall be subject to the following fees.

| *Number of False Alarms* | *Mandatory Charge for each False Alarm* |
| --- | --- |
| 3 - 5 | $50.00 |
| 6 - 10 | $100.00 |
| 11 and above | $500.00 |

For more information visit www.hollywoodfl.org

22-347 (07/11)

|  | **FIELD REPORTING SYSTEM** | |
|---|---|---|
| | **DEPARTMENT SOP: 216.1** | **CALEA: 82.2.2, 82.2.3** |
| | | **CFA:** |
| | **EFFECTIVE DATE: 06/01/2002** | |
| | **REVIEW: 07/01/2013** | **34.01A** |

**PURPOSE:**    To establish guidelines and procedures for the Field Reporting System.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Hollywood Police Department to establish procedures for a Field Reporting System.   These procedures will include guidelines to indicate when reports must be completed, software or forms to be used, information required and instructions in the use of the Mobile Field Reporting System.

**INDEX:**

**I.   POLICE DATABASE SYSTEM:...............1**

   A.   Premier CAD ......................................2
   B.   OSSI RMS ...........................................2

**II.  MOBILE FIELD REPORTING OVERVIEW ANDPROCEDURES:………………………3**

   A.   The following are the different reporting modules within the OSSI MCT/MFR and MobLan applications available within the Hollywood Police Dept. .......3
   B.   The following are the different Mobile Statuses within the Member's screen..3
   C.   The following are the different Mobile Statuses within the Supervisor's screen. ................................................4
   D.   Procedures: The following illustrates how Members will initiate a Mobile Field Report. .......................................4
   E.   Name and Vehicle Candidating:..........5
   F.   Mobile Name Candidating: .................5
   G.   Vehicle Candidating..............................6
   H.   Priority Reports:...................................6
   I.   Routine Reports:...................................7
   J.   Supplemental Reports: ........................8
   K.   Arrests: ...............................................8
   L.   Capias Arrest:......................................9
   M.   Notice To Appear (NTA)......................9
   N.   Field Contact: ......................................9
   O.   Reports to be Submitted (RTBS) ........9
   P.   When Reports are to be Submitted:...10
   Q.   Supervisory Approval Responsibility: 10
   R.   Accountability of Missing Reports: ....11

**III.  DEFINITIONS:………………….............11**

**PROCEDURE:**

**I.   Police Database System:**

Except for the V.I.N. Unit, all information, either initiated by Departmental personnel or the Communications Section, will be entered for statistical and analytical purposes in the Police Database System.   The System is comprised of several separate yet integrated components:

   **1.**   Premier CAD (Computer Aided Dispatch)

   **2.**   OSSI MCT/MFR (Mobile Communications Terminal, Mobile Field Reporting) MFR refers to a feature of the MCT wherein police reports are completed and ultimately submitted to RMS.

   **3.**   RMS – (Records Management System) Refer to **S.O.P. #157 Police Records** for guidance on the release and maintenance of Departmental records.

   **4.**   MOBLAN – (Mobile through LAN connection) MOBLAN refers to reports that can be both retrieved and completed on computer

terminals at designated locations in the Police building, Network Centers and the Communication Section.

For every incident that Communications is made aware of the Premier CAD system will generate an Incident Number.  This Incident Number contains all information available to Communications during the incident, including the original Call-Taker's typed comments, all subsequent updates entered into the incident, and all radio transmissions documented by the Dispatcher. **[34.01A]**

If a Member requests a report number, Dispatch will assign a disposition of RPT to the Incident Number in Premier CAD and that number will now be referred to as a Case Number. The Premier CAD system transfers all pertinent information regarding the incident from the CAD system into the OSSI RMS Database.  The Member who requested the Report Number is then responsible for ensuring that a formal report is completed (e.g. Mobile Field Report, Traffic Crash Report, Notice To Appear, etc.). **[34.01A]**

**A. Premier CAD:**

Computer hardware and software utilized by the Communications Section to collect and disseminate pertinent information provided by Police personnel and others requesting Police services. **[82.2.3]**

1. Incident Numbers contain 15 characters: (L33-100415-123456)

    a. The first character is the letter "L".

    b. The next two characters will be the County designator for the City of Hollywood, "33".

    c. The fourth/fifth characters will represent the year. (i.e. 10)

    d. The sixth/seventh characters represent the month of the Incident. (i.e. "04" for April and "12" for December)

e. The eigth/ninth represent the day of the month.

f. The tenth through fifteenth characters denote the specific number assigned to the Incident chronologically beginning at 000000  each year.

2. When a Member completes an Incident which does not necessitate a Mobile Field Report, the Primary Reporting Member will type a short summary of the Incident via the P.M.D.C. (Premier Mobile Data Client).  Members who do not have a Departmental issued computer with P.M.D.C. capabilities will have Dispatch/Communications enter the information for them via the Police Radio.

3. In most instances, Members will not need to document the Incident Number.  In the event a Member needs to provide a citizen with Incident Number, it should be requested from Dispatch or retrieved from the P.M.D.C.

**B. OSSI RMS:**

OSSI RMS is the Database which stores all comprehensive Police Reports and is used for statistical and analytical purposes as well as public dissemination for all incidents which occurred on or after July 1, 2010.

All Incident Numbers are transferred into the OSSI RMS Database, Calls for Service Module in the form of Case/Report numbers no matter the disposition code.

1. Members are to specifically request Dispatch assign an "RPT" disposition to incident numbers for Incidents that require written documentation such as:

    a. Mobile Field Reports.

    b. Arrests / NTA's.**[82.2.2E]**

---

c.   Traffic Crash Reports.

2.   Report Case Numbers are the same as Incident numbers, without the "L" and the two digit date. (33-1004-123456)

3.   Instances that require Members to file a Mobile Field Report include:

a.   Citizen report of crimes.**[82.2.2A]**

b.   Citizens' complaints. **[82.2.2B]**

c.   Criminal cases initiated by a Member.

d.   Criminal and noncriminal intelligence gathered by a Member. **[82.2.2D]**

e.   Citizen requests for service when: **[82.2.2C]**

(1). Member is dispatched.

(2). Member is assigned to investigate.

f.   Incidents that may involve liability to the City or the Officer.

g.   Release of Arrested Persons.

h.   Persons visibly injured or complaining of injury prior to Police contact.

i.   Persons who self-inflict injuries after Police contact.

j.   Stop-Stick Deployment that successfully disables a vehicle.

k.   S.W.A.T. Operational Incidents (Refer to **S.W.A.T. SOP**).

l.   Use of Force Incidents (Refer to **Use of Force SOP**).

m.   Police Vehicle Pursuits.

4.   When a Member issues a Traffic Citation, he will advise Dispatch "Citation issued, NR, 10-8 (or 10-6

as applies)." The Member should not request an "RPT" disposition. **[82.2.2E]**

II.   **Mobile Field Reporting Overview and Procedures:**

Incidents which will be documented via Mobile Field Reports will be completed in MFR, either through a Mobile DATA Computer/MFR or through a Departmental P.C. equipped with the MobLan Software.

A.   **The following are the different reporting modules within the OSSI MCT/MFR and MobLan applications available within the Hollywood Police Dept.**

1.   LW – Law Incident

2.   LS – Law Supplement

3.   AR – Arrest

4.   TA - Traffic Accident

5.   TS- Traffic Accident Supplement

6.   TC – Traffic Citation

7.   FC – Field Contact

B.   **The following are the different Mobile Statuses within the Member's screen.**

1.   New – Report is saved, but not submitted

2.   RTBS – Report is Ready to be submitted to supervisor for review if applicable.

3.   INCL – Incomplete. Officers may submit Reports Incomplete in order to retrieve them in MobLan.

4.   SUBM – A submitted report.

5.    DENY – A report which has been denied by a Supervisor and is pending corrections.

**6.** APPD – A report which has been reviewed and approved by a Supervisor.

**7.** ADDD – If additional information is supplemented to an already approved report, by the originating Member, the status of the original report will change.

**8.** ARCH – A report has been submitted, approved and sent to RMS for archiving.

**C. The following are the different Mobile Statuses within the Supervisor's screen.**

**1.** TBR – Report waiting to be reviewed.

**2.** SUBA – A report which has been reviewed and approved.

**3.** SUBD – A reports which has been reviewed and denied.

**D. Procedures: The following illustrates how Members will initiate a Mobile Field Report.**

**1.** Members will use the "F2" (CAD Events) function tab in OSSI/MCT to locate the incident/case number they will complete a report on. Members will then select the appropriate incident, highlight it and select the "Create Incident" or "Create Supplement" icons depending on their need. If another Reporting Module is needed see #2 below.If CAD is not available, Members will select the "F12" (MFR) function tab after they have received a Case/Report number from Dispatch.

**2.** If CAD is available when the Member "Creates an Incident", the Case #, Report Date and Location will transfer. Members will then complete as many of the available fields as possible. If CAD is unavailable, Members will select the "F12" MFR function tab, select the

appropriate module (ie; Incident, Arrest, Field Contact, Traffic Crash, etc.) and manually enter information in all the Basic Fields in addition to the above.

**3.** All Incident Numbers which need to be used as Case/Report Numbers will be given the disposition of "RPT" by dispatch. The Case Number and Report Number will be identical. (i.e. 33-# ### – # # # # #).

**a.** "33" is the County designator for the City of Hollywood.

**b.** The third and fourth numbers signify the year.

**c.** The fifth and sixth numbers signify the month.

**d.** The remaining numbers signify the specific Case Report Number.

**4.** Certain Fields in MFR are color coded as follows;

**a.** Yellow: Yellow colored fields are mandatory and must be completed. **[34.14c]**

**b.** Blue: Blue fields indicate there is a pick-list and, if the field applies to the incident, a selection must me made from that list with few exceptions. (ie; City pick-list) Pick-lists can be accessed by typing a "/" (Forward Slash) in the field and pressing 'Enter'.

**c.** Green: Green indicates a toggle field. Members must use the keyboard 'space' bar to select a choice if applicable.

**(1).** Mandatory fields will include, but not be limited to the following required information:**[34.14c]**

**(a).** Report Number.

**(b).** Date and Time of Report.

**(c).** Location of Offense

**(d).** Offense type

**(e).** Narrative

**(f).** Supervisory Review Group.

5. Members must use the "Tab" key when moving from one field to the next. This will ensure all information is auto-saved and all fields have been reviewed and completed if possible.

6. All information entered into the Mobile Field Report must be done in <u>Upper Case</u> letters. No punctuation is to be used except in the 'Narrative', 'Notes' or tattoo description sections.

7. If there are multiple Offenses, the Member must choose and select the most serious Offense Type based on the UCR code.

8. Members must ensure that the incident/offense location, in all modules, properly 'geo-verify' in the modules.

**E. Name and Vehicle Candidating:**

1. Names and Vehicle candidating is a procedure conducted to ensure the integrity and accurateness of the Names and Vehicle database is maintained. In order to avoid duplicate entries, this process will be limited to the following personnel:

**a.** DATA Unit- Administrative Secretaries

**b.** Records- Unit Supervisor

**c.** After normal working hours and under special circumstances, the CID Lieutenant may contact the on-duty Broward Sheriff's Office Records Supervisor at 954-831-8700. If this option is selected, a high priority email must be sent by the CID Lieutenant to the Records Lieutenant noting the incident number, subject's name and D.O.B.

**F. Mobile Name Candidating:**

1. Mobile Name Candidating is the process whereby members enter and query names for their inclusion into a police Report. There are two ways to enter a name into a Mobile Field Report:

**a.** By manually entering the last name first followed by the first name information into the 'Related Names' section of any module. By querying a driver's license or a person's information through the Criminal Justice Information System.

**(1).** Once the name has been entered or selected from the 'NAMES' function button, the member can query the OSSI RMS Database for any duplicate names. If the Name is not located in the database, the Member must 'ADD' the new Name by creating a new Name Record.

**(1).** If a Member properly identifies a subject and their Name is already in the database, the Member may utilize the existing Database NAME verifying that the information is correct (i.e. address, contact, biographical, employment information). If it is not, simply type over and save.

**b.** If Members want to access Names previously entered and stored on their local laptop they can do so by typing 'L/" in the 'Names' Field and tabbing past the D.O.B.

**2.** A Lieutenant's approval is required to select the "Restricted" box in the names section and must be noted in the narrative portion of the report. The Lieutenant must immediately send a high priority email to the Records Supervisor notifying them of such.

**G. Vehicle Candidating:**

**1.** Mobile Vehicle Candidating is the process whereby members enter and query vehicle license plates for their inclusion into a police report. There are two ways to enter vehicle information into a Mobile Field Report:

   **a.** By manually entering all information into the 'Vehicle' section of any module.

   **b.** By importing the information received from an NCIC/FCIC query.

   **(1).** In order to create a 'Vehicle' Record a Member must have license plate information which they have personally confirmed. If a Member does not have license plate information or can't personally confirm a vehicle's information, but has a vehicle description, they must list that in the 'Suspect' box of the 'Related Names Section'.

**2.** Reports containing a victim.

   **a.** If the victim is the 'State of Florida, select 'S' for 'State'and

SAVE the record. (No Name required)

   **b.** If the victim is the City of Hollywood', select 'G' in the name "Type" for 'Government'. The name must be entered as 'City of Hollywood' in the last name field.

**3.** When entering suspect information with no name but with a physical description, select "Suspect" in the 'Code' field and SAVE the Record. The 'Suspect' icon will appear. Select the icon and enter all information available. NEVER use "UNKNOWN" IN THE NAME FIELD.)

**4.** If a subject, who is deceased or in custody, can't be identified and must be listed as John or Jane Doe the following procedure must be followed:

   **a.** In the 'Name' field of the "Related Names" section, enter DOE(Report #), JOHN or JANE, race and sex, then the 'SAVE' button.

   **b.** If multiple JOHN or JANE DOE's are needed, follow the below format:

   **(1).** 1st One – JOHNA OR JANEA

   **(2).** 2nd One – JOHNB OR JANEB, etc.

**H. Priority Reports:**

The following Reports will be completed on a Priority basis and will be completed prior to any routine reports:

**1.** Animal Abuse

**2.** Arson

**3.** Aggravated Assault, Non-Domestic

**4.** Aggravated Battery, Non-Domestic

5.   Battery, Non-Domestic

6.   Bomb Threat

7.   Burglary, Business

8.   Burglary, Conveyance

9.   Burglary, Residence

10.  Child Abuse

11.  Child Neglect

12.  Domestic Assault

13.  Domestic Battery

14.  Domestic Disturbance

15.  Elderly Abuse

16.  Elderly Exploitation

17.  Explosion

18.  False Imprisonment

19.  Hate crimes

20.  Homicide

21.  Kidnapping

22.  Missing Person

23.  Robbery, Armed

24.  Recovered Persons

25.  Robbery, Strong Arm

26.  Sexual Battery

27.  Stalking

28.  Suicide

29.  Theft, Grand

30.  Theft, Grand Auto

31.  Any Report where property has been submitted as per SOP#270 Property and Evidence

32.  Any other report as dictated by a Supervisor.

I.   **Routine Reports:**

The following Reports are not priority, but must be completed by the end of a Member's shift:

1.   Accident, other

2.   Assault, Non-Domestic

3.   Crisis Intervention Call (Baker Act, Marchman Act)

4.   City/County Ordinance Violation

5.   Civil Incident

6.   Counterfeiting

7.   Credit Card offenses

8.   Criminal Mischief/Vandalism over $100.00 or with a Suspect

9.   Death, Non-Suspicious

10.  Disturbance

11.  Dog Bite

12.  Embezzlement

13.  Escape

14.  Extortion

15.  Fire

16.  Forgery

17.  Found Property

18.  Fraud

19.  Gambling

20.  Loitering and Prowling

21.  Liquor Violation

22.  Lost Property

23. Narcotics/Drugs

24. Obscene/Lewd Act

25. Overdue Rentals

26. Police Information

27. Pornography

28. Recovered Stolen Auto, AOA

29. Recovered Stolen Property, AOA

30. Suspicious Incident

31. Telephone Violation

32. Theft, Petit (excluding bicycles)

33. Trespassing

34. Weapons Violation

35. Any other Reports as directed by a Supervisor.

**J.  Supplemental Reports:**

Supplemental Reports can be completed using the Mobile Field or MobLan System.

1. Supplemental Reports can be initiated in the following manner:

   a. Original reporting Member selects the 'Supp Narr' icon on page 1 of the previously completed and submitted Law report to add information after a report has been approved.

   b. Assisting Member selects the 'CAD Events' icon, then selects the appropriate case/report number and then selects the 'Create Supplement' icon.

   c. The Member selects the Supplement Module in MFR and manually enters all the appropriate information. Note; Only the Names, Property,

Vehicle and Narrative sections can be completed.

2. Supplemental Reports are required in the following circumstances:

   a. By the Officer initiating a traffic stop where the Driver is subsequently arrested for D.U.I. by another Officer.

   b. Any Member retrieving or receiving evidence.

   c. By any Member who has direct involvement with an incident, or acts as a witness to an incident that requires a Call-In Report by another Member.

   d. Involvement in Undercover Operations.

   e. As directed by any Supervisor or Investigating Detective.

**K.  Arrests:**

Probable Cause Affidavits and Juvenile Transcripts will be completed by using either the Mobile Field System or MobLan and submitting to a Supervisor for approval.

1. All Arrests, excluding Short Form Capias Arrests, require a Mobile Field Report must be completed on a Priority basis.

   a. After Supervisory approval, the Member will then print the Arrest Affidavit and forward a signed copy along with the Arrest Checklist (See **SOP 203 ARREST PROCEDURES**) to the Records Section, Data Entry Drop Box.

2. If applicable, Members must indicate if it is a "Not-In-Custody" Probable Cause Affidavit.

**L.  Capias Arrest:**

1.  When a Member makes an Arrest where the only charges are for a Warrant or Capias, the Member may handwrite the Capias Arrest Information Form (**Appendix D**) and deliver to the Data Entry Unit or complete a Probable Cause Affidavit in the OSSI Reporting System-Arrest Module.

2.  If handwritten, the white copy of the Capias Form shall be given to BSO Detention Personnel and the yellow copy shall be hand delivered to the Records Section, Data Entry Unit Box.

3.  If completed electronically in OSSI/MFR, the report must be submitted for supervisory approval. Once approved, signed and witnessed, Officers will submit a signed copy of the Arrest Reports along with the Arrest Checklist and related paperwork to the Data Entry Drop Box at the Records Section Members Information window.

4.  Failure to deliver the Form to the Data Entry Unit will result in a Missing Report.

**M.  Notice To Appear (NTA):**

1.  NTA's can be completed in the following manner:

    a.  Hand Written (complete and legible). One copy will be given to arrestee on scene and the other will be deposited in the Data Entry Box in the Records Section for entry into RMS.

    b.  In the Arrest Module of the OSSI Mobile Field Reporting System. Officers must print two copies of the NTA. One will be signed by the arrestee (original) and the second will be given to the arrestee on scene. The Original along with two copies will be deposited in the Data

Entry Box in the Records Section Window.

**N.  Field Contact:**

1.  A Field Contact Report documents pertinent suspect information.

2.  Field Contact Report are to be completed in the OSSI MCT/MFR Software. If a Member does not have a Mobile computer available for use, a Field Contact Report may be completed in MobLan.

3.  See **Patrol Functions and Responsibilities SOP** for guidelines and procedures.

4.  Field Contact Reports require a Case/Report number be included under the following circumstances:

    a.  The Member is completing two or more Field Contact reports on two or more subjects at the same location.

    b.  The subject identified in the Field Contact Report is believed to be a 'person of interest' in a corresponding incident. The Member will use that incident's Case/Report number.

**O.  Reports to be Submitted (RTBS):**

1.  When a Member properly completes a report in the Mobile Field Reporting software, they will select the 'Ready to Submit' icon. The report will go from green to blue on the main MFR screen.

    a.  The Member must select the 'Submit' icon and the report will be sent to the supervisory group selected. The report will now turn grey on the main screen. Note; Citations and Field Contacts do not require supervisory approval and will be submitted to RMS for Name Candidating.

**b.** Approved Reports will automatically be forwarded to the Records/DATA Unit for review and Name Candidating via the Mobile Database. They will appear black in the Member's main MFR Screen with an APPD Status.

**c.** Denied Reports will be returned electronically to the Member with notes identifying the correction(s) that need to be made. Once all corrections have been made, Members must follow above steps 1 and 2.

**d.** If a Member begins a report on the MCT/MFR and wishes to complete it in MobLan, the Members may submit the report 'Incomplete' and complete it in MobLan. Note; Once it has been submitted 'Incomplete', it can not be completed on the Member's laptop.

**P. When Reports are to be Submitted:**

Unless permitted by a Member's Supervisor, all Reports will be completed and submitted for Supervisory approval by the end of the Member's shift. Supervisors are expressly responsible for ensuring Reports assigned to Members under their command are submitted in a timely manner and are complete and accurate.

**Q. Supervisory Approval Responsibility:**

**1.** Supervisors will review all completed and submitted reports at their first opportunity during their shift. They will review reports to ensure at least the following:

**a.** Proper Case number format.

**b.** Addresses are Geo verified.

**c.** Clear and concise descriptions of events in the narrative section; (Narrative must be in UPPER CASE format)

**d.** All required fields have been completed. (See II D 4).

**e.** Person(s) names are adequately identified and participation or roles are specified.

**(1).** First and Last Name

**(2).** D.O.B.

**(3).** Address

**(4).** Phone Numbers

**(5).** OLN (DL#)

**(6).** SSN #

**(7).** Email Address

**f.** Correct referral of victims; other involved parties.

**g.** Property and Vehicle information is entered correctly if applicable. Stolen, lost, found or recovered property is fully described, including reasonable value. Ensure a Lost Listings Form is left with victim when appropriate.

**h.** Appropriateness and completeness.

**i.** Complete preliminary investigations of all incidents and offenses.

**j.** Clear and concise descriptions of events in the narrative section; *NOTE – Narrative must be in UPPER CASE format.*

**k.** Correct spelling, grammar, verbiage, sentence structure and logical thought.

**l.** In an arrest, ensure all elements of the offense are noted in the narrative.

**m.** Appropriate M.O. is documented if applicable.

**2.** If Member's immediate Supervisor is off or unavailable, the Shift Lieutenant will be responsible for assigning another Supervisor to review Member's completed reports.

**3.** Supervisors are responsible for submitting all approved reports to RMS for Name Candida ting review and archiving, in most instances, at the conclusion of the shift.

**a.** Exceptions include probable cause affidavits and reports where property has been submitted, which must be approved as received.

**b.** Supervisors will ensure all reports in the TBR que are approved within 96 hours of report submission.

**c.** Deny and return incomplete reports to Members for correction and re-submission.

**R.** **Accountability of Missing Reports:**

**1.** If a Member creates an incident in the MCT/MFR System in error (where a report did not need to be completed), and a case number was created, the Member must complete the report and submit to Supervisor with the following information:

**a.** Case Number

**b.** Location/Dates/Times

**c.** Offense code must be listed as "Information".

**d.** Indicate in the narrative that the case number was created in error.

**e.** Officer Name

**2.** The Support Services Major or designee will be responsible for generating a "Missing Report Notification Memorandum" on a periodic basis and forwarding it to all appropriate Sergeants and Lieutenants.

**3.** Upon receipt of the Memorandum, the Member will immediately contact the Data Entry Unit to resolve the Missing Report issue.

**4.** If the issue is not resolved within seven calendar days, the Member's Major will be notified.

**III.  DEFINITIONS:**

None

APPROVED BY:

_____ **07/01/2013**
**Vincent R. Affanato**
**Office of the Chief of Police        Date**

**ATTACHMENTS:**

- **Appendix A:** Capias Arrest Information Form



# HOLLYWOOD POLICE DEPARTMENT
# CAPIAS ARREST / TRANSPORT
# INFORMATION FORM

☐ Capias/Warrant Arrest        ☐ Probation/Parole Assist

| ARREST #:<br>**HW** | REPORT NUMBER<br>**R3305-** |
|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|

| RACE | SEX | AGE | DATE OF BIRTH | HOME ADDRESS |
|---|---|---|---|---|

| DATE OF ARREST | TIME | LOCATION OF ARREST<br>or PROBATION PICKUP |
|---|---|---|

| ARRESTING OFFICER<br>or AGENT | IDN# | AGENCY          SQUAD # |
|---|---|---|

| FILL IN<br>APPLICABLE<br>BOXES | CAPIAS / WARRANT<br>WC# | COURT ORDER | ORIGINATING AGENCY |
|---|---|---|---|

| COUNT<br>NUMBER | OFFENSES CHARGED | CAPIAS #<br>WARRANT #<br>CASE # | BOND<br>AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

COMMENTS:

RELEASE INFORMATION:

DATE: _____

RELEASE REASON: _____

TIME: _____   BY IDN # _____

_____
ARRESTING OFFICER/AGENCY SIGNATURE

| Rapid ID Device (RID) – Fingerprint Scanner | | |
|---|---|---|
|  | **DEPARTMENT SOP: #216.2** | **CALEA:** |
| | **EFFECTIVE DATE: 02/28/2011** **REVIEW DATE: 04/08/2013** | **CFA:** |

**PURPOSE:** To establish criteria for the utilization of the Rapid ID Device.

**SCOPE:** This SOP applies to all Sworn Members assigned a Rapid ID Device (RID).

**POLICY:** It is the policy of the Hollywood Police Department to utilize the latest technology to support the law enforcement function in the identification and apprehension of criminals. RID utilizes bluetooth communication to wirelessly transfer scanned fingerprints to a PDA, laptop, or cellular phone. This enables Officers in the field to quickly identify individuals who have warrants or any previous criminal history.

**INDEX:**

I.    **RID ISSUANCE** .........................................1

II.   **OFFICER RESPONSIBILITIES** ................1

   A.   Requirements: ..........................................1

III.  **TRAINING** ..................................................2

IV.   **GUIDELINES FOR USE OF RID** ..............2

V.    **USER SAFETY CONSIDERATIONS**........3

VI.   **DEFINITIONS:**...........................................3

   D.   RAPID ID DEVICE (RID):........................3

**PROCEDURE:**

**I.    RID ISSUANCE**

RID's will be assigned at the discretion of the Chief of Police or his designee and issued based upon the following factors:

**A.** Each user must complete the Department approved RID Familiarity Program and demonstrate proficiency.

**B.** Each user must properly maintain their assigned RID in accordance with the manufacturer's recommendations as detailed in the training protocol and in accordance with this policy.

**C.** The Police Operations Technician is the designated System Administrator.

**II.   OFFICER RESPONSIBILITIES**

**A.   Requirements:**

The following is required for each Officer assigned a RID:

**1.** Officers will ensure that the RID is in good working order at the beginning of each tour of duty. Any system malfunctions will be reported to the System Administrator.

**2.** Officers will utilize the RID for Law Enforcement purposes only.

**3.** Officers transferred outside the Patrol Services Bureau must return their RID and laptop to the Patrol Division Administrative Lieutenant.

**4.** Officers will notify the Patrol Division Administrative Lieutenant immediately and via memorandum if their RID is lost.

## III.   TRAINING

**A.**  The agency will establish a minimum training protocol based on manufacturer's recommendations and utilization guidelines set forth herein, with additional training based on user assignment.

**B.**  Training will include the minimum:

    **1.**  Setup and Maintenance procedures.

    **2.**  Proper usage guidelines.

    **3.**  SOP review.

    **4.**  Reporting requirements.

**C.**  All RID training will be documented in accordance with Department policy and training protocols. The policy will be reviewed every two years or as necessary, by the Patrol Division Administrative Lieutenant and System Administrator for any necessary changes and updates.

## IV.   GUIDELINES FOR USE OF RID

**A.**  The consent to use a RID must be voluntarily and intelligently given at the time the device is used.

    **1.**  As with other forms of consent, the consent can be limited, or withdrawn, at any point. If consent is withdrawn in situations where consent is required, use of the RID is <u>not</u> authorized.

**B.**  The RID may be used in situations where reasonable suspicion can be articulated that the subject to be printed has committed, is committing, or is about to commit a criminal act, when there is a justifiable and reasonable belief such printing via the RID may establish or negate the subject's connection with that crime, and if the use of the RID is carried out expeditiously. The subject has to be under lawful detention or arrest or provide consent.

    **1.**  Failure to comply with the request to provide RID under these circumstances may constitute a form of obstruction; however, it may be more appropriate to use the failure as further evidence of suspicion for the suspect crime and simply proceed with the investigation toward an appropriate resolution or charge.

**C.**  The RID may generally be used in situations where the subject to be printed would otherwise be mandated to give traditional fingerprint samples. Some examples would include:

    **1.**  Probable cause criminal arrest situations;

    **2.**  When a subject is issued a citation (if citation requires print(s) to be affixed) and has no valid identification, a RID may be used to rapidly ensure the identity given by the subject matched his prints, since proof of correct identity is already contemplated by affixing a print(s) to a citation and a requirement to give accurate information.

    **3.**  The RID may be used in situations where the use of the device has been specifically authorized pursuant to a valid court order.

        **a.**  Where a court order mandating use has been obtained, reasonable and safe efforts to gain compliance may be employed. Failure to comply may constitute contempt of court and may constitute obstruction of justice.

        **b.**  Generally, use of the RID device for random or generalized investigative or intelligence gathering, with no focused case or other rationale of the types noted herein, ***is not authorized.*** This would include self-initiated encounters unless voluntary submission (consent) is given.

        **c.**  Any specialized non-standard use of the RID requires supervi-

sory review and approval. Special care should be taken to ensure devices are not used for improper "profiling". If the immediate supervisor is not available, the request will be forwarded to the on-duty Shift Lieutenant. Examples of non-standard use may include but not limited to:

**(1).** To identify an unconscious or otherwise incapacitated subject who cannot be identified by any other means.

**(2).** In a death or traffic homicide investigation in which there is no other identifying paperwork for the victim.

## V. USER SAFETY CONSIDERATIONS

Users will be cognizant of the inherent risk that may be associated with the use of the RID, which requires close contact with subject/suspects. For this reason, users should consider the necessity of a backup Officer's presence prior to utilizing the device.

## VI. DEFINITIONS:

### A. RAPID ID DEVICE (RID):

A handheld, Wireless Supported Scanning device that communicates via the Mobile Data Computer (MDC) to the Florida Department of Law Enforcement Rapid ID (FALCON) system. The device checks two fingerprints obtained from an individual against wants and warrants and can provide positive identification and a Criminal History if electronic prints exist in the Florida Department of Law Enforcement's Rapid ID (FALCON) System.

---

APPROVED BY:

**04/08/2013**

**Vincent R. Affanato**      **Date**
**Office of the Chief of Police**

## ATTACHMENTS

- **NONE**

---

|  | **PRISONER PROCESSING CENTER** | |
|---|---|---|
| | **DEPARTMENT SOP: #217** | **CALEA: 71, 72** |
| | **EFFECTIVE DATE: 02/10/2014** | **CFA: 30** |
| | **REVIEW DATE: 04/22/2014** | |

**PURPOSE:** To establish criteria for Members of the Hollywood Police Department to follow when conducting official business at the Hollywood Police Prisoner Processing Center.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department that the Prisoner Processing Center is used to process adult prisoners prior to transport to the Broward Sheriff's Office main jail. It is imperative that this policy be strictly adhered to for the protection of the public, employees, and arrestees.

**INDEX:**

**I.      PRISONER PROCESSING AREA .......1**

   A.   Booking Area:..........................................1
   B.   Holding Cells: ........................................1
   C.   Restricted Access: .................................2
   D.   Area Access: .........................................2

**II.     HOLDING FACILITY PROCEDURES..2**

   A.   Training: [30.14] ....................................2
   B.   Weapons: [30.03A].................................2
   C.   Prisoner Separation: .............................2
   D.   Searches: ..............................................3
   E.   Prisoners Property .................................3
   F.   Security and Control:.............................3
   G.   Emergencies: .........................................4
   H.   Medical Guidelines:................................5
   I.   Fire Prevention:......................................5

**III.    PRISONER HANDLING DURING FACILITY EMERGENCIES AND EVACUATION 5**

   A.   Medical Emergencies:............................5
   B.   Building Evacuation:...............................5

**IV.    ESCAPE .............................................6**

   A.   Escape In-Custody ...............................6

**PROCEDURE:** **[18.10]**

**I.   PRISONER PROCESSING AREA [71.1.1]**

The prisoner processing area is located on the second floor of the Hollywood Police Department and will be used for processing prisoners prior to transport to the Broward Sheriff's Office main jail.

**A.   Booking Area:**

The booking area is located within the prisoner processing center. The area will be used for the arresting officer to do their required paperwork prior to transport to BSO main jail.

**B.   Holding Cells: [71.1.1]**

The Hollywood Police Department has four cells which are used as short term holding areas to maintain custody of arrestees. These holding cells are designed as temporary collection points prior to transport to the BSO main jail.

**1.** The holding area consists of four holding cells each with securable doors. Each cell contains a plexi-glass window, a toilet behind a fixed partition, a sink, drinking fountain and a bench. **[30.01C,D][71.4.1]**

**2.** The holding cells shall be inspected by the shift Lieutenant at the beginning of each shift. The four cells shall be checked for weapons, contraband, maintenance tools, cleanliness, and damaged equipment. The shift Lieutenant will complete the

Holding Cells Monitoring Log (see **Appendix A**) after each inspection. The Alpha Shift Lieutenant will forward the previous days Monitoring logs to the Support Services Major who will archive the logs as per F.S.S. 119. **[30.03D, 30.15][71.4.3]**

**C. Restricted Access:**

The Hollywood Police Prisoner Processing Center is a restricted area. Only those persons authorized are permitted entry.

Non-Sworn Department Members are not allowed access into the Processing Center without prior approval from a Supervisor. **[30.05]**

**D. Area Access:**

Officers with prisoners will access the Prisoner Processing Center through the secured Sally Port entrance. Officers will advise Communications of their arrival and departure via police radio. **[71.3.3C]**

1. All Officers transporting arrestees to the Prisoner Processing Center will park in the reserved spaces located on the west side of the building.

2. Officers utilizing the rear elevator to transport prisoners to the Prisoner Processing Center will have preference over all other passengers.

3. As a general rule, a prisoner may not be detained in the holding cells for more than two (2) hours. In the rare instances that this requirement is violated due to investigate purposes of a major crime, the Shift Lieutenant will be contacted to authorize the extended stay and it will be documented in the Incident Report.

## II. HOLDING FACILITY PROCEDURES

**A. Training: [30.14][71.2.1, 72.1.1]**

1. During "Phase I" of initial training all Officers will receive training on the operations of the holding cells and booking area, to include fire suppression techniques and use of fire suppression and safety equipment. Agency training will also address the resources that are available to Officers during the temporary detention phase and contingencies for dealing with unruly or combative detainees.

2. All non-sworn Members will receive an orientation on the operation of the Prisoner Processing Center.

3. Refresher training shall be conducted triennially.

**B. Weapons: [30.03A][71.3.3A, 71.5.1B]**

1. Each officer will secure all lethal and less lethal weapons, with the exception of the Taser, in the trunk of the vehicle or lockers located on the First Floor adjacent to the prisoner elevator prior to entering the booking area. Firearms are prohibited in the holding/booking area. The following exceptions may apply:

   a. During an emergency when securing weapons would delay a necessary and immediate response. **[72.4.1]**

**C. Prisoner Separation:**

1. The holding cells are designed to separate prisoners by gender (adult males and adult females). At no time will juveniles be brought into the Prisoner Processing Center. **[71.3.1E]**

2. In the event a group arrest exceeds the capacity of the department's holding cells, a supervisor will coordinate with BSO to deliver arrestees directly to the mail jail. **[30.18]**

3. When an Officer arrests a pregnant female, the Officer will transport the female to the BSO Main Jail.

**4.** Pregnant Juveniles must be medically cleared prior to transport to the Juvenile Assessment Center (JAC).

**D. Searches:**

**1.** Holding cells will be checked for weapons; contraband; maintenance and cleaning tools and equipment; and other items prior to placing a prisoner inside the cell and after a prisoner is removed from the cell. **[30.03D]**

**2.** Prior to placing a prisoner into a holding cell, the prisoner shall be thoroughly searched, even if a search was conducted prior to transport to the department. Searches will only be conducted by Officers of the same sex as the Arrestee, unless exigent circumstances dictate otherwise. Special care will be taken to ensure that no prisoner is placed in a holding cell while in possession of any item which may be used to harm themselves or others. These items include, but are not limited to: **[30.04A][71.3.1B]**

   **a.** Sharp instruments;

   **b.** Glasses;

   **c.** Belts;

   **d.** Ties;

   **e.** Shoes;

   **f.** Scarves; and

   **g.** Other miscellaneous items.

**E. Prisoners Property:**

**1.** The prisoner's property shall be collected, placed in a property bag and inventoried on a BSO Inmate Property and Transfer Form. The following exceptions may apply: **[30.04B]**

   **a.** Evidence and contraband shall be maintained by the department and processed in accordance with **SOP #270 Property and Evidence**. **[30.19]**

**2.** If a prisoner does not possess personal property, a completed and signed Inmate Property and Transfer Form is still required. Officers will indicate "No Property" in bold letters across the middle of the page.

**3.** If the prisoner refuses to sign the Form, the Officer will write "Refused to Sign" on the prisoner's signature line on the Form.

**4.** The arresting officer will maintain the prisoner's property until such property is delivered to the main jail with the prisoner. The arresting officer will turn over the property to the transporting officer, when applicable. When necessary, the property will be secured in a secure area until the prisoner is transported to the jail. **[30.04B,30.19]**

**5.** A prisoner's property will be transported with the prisoner to the main jail, at which time, BSO will receive, inventory and sign for the property, with the exception of money. Officers will utilize the Booking Kiosks located at the main jail to intake any monetary belongings. The transporting officer will then submit the Prisoner Property Receipt to the Records Section before the end of shift. **[30.04C, 30.19]**

**6.** No prisoners will be released from the Prisoner Processing Center. **[30.19]**

**F. Security and Control:** **[71.3.3D, 71.5.1D]**

**1.** Keys to the holding cells will be kept at the desk in the booking area. Spare keys are kept in the Patrol Lieutenants office.

**2.** The doors leading into the Prisoner Processing Center will be secured at all times. The doors of the holding cells will be secured when in use. **[30.03C]**

3. Once the prisoner is brought into a holding cell, the prisoner will be continuously monitored under direct personal supervision and control of the Officer.  Continuous supervision cannot be from remote location or by video monitoring.  **[30.06A][71.3.1C, 71.3.3E]**

   a. The Officer who is in direct control of the prisoner will complete the Holding Cell Monitoring Log (see **Appendix A**). The Officer will document the date, name of the prisoner, date and time in and out of the facility, time checked, Officer's name and reason for arrest. **[71.3.1A]**

4. Officers shall have on their person their issued 800 MHZ police radio, which allows for two way communication and is equipped with an alert/panic alarm system, while in the holding cell area. **[30.03F][71.3.3B]**

5. Officers will only enter an occupied holding cell to remove a prisoner for booking purposes, to conduct an interview, transportation purposes or to provide emergency services. **[30.03B]**

6. All prisoners detained in a holding cell shall have twenty-four hour supervision.

   a. In addition to video monitoring, a visual check of each prisoner in a holding cell will be done every ten (10) minutes by the Officer assigned to the prisoner. **[30.06A][71.3.1C,71.3.3E,F][71.5.1A]**

   b. If the officer supervising the prisoner is of the opposite gender of the prisoner, the officer will request an officer of the same gender, when available, to conduct searches. **[30.06B]**

   c. Any time a prisoner is secured to an immovable object, the immovable object will be designed and intended for such use. **[30.06C][71.3.1D]**

7. No person will be placed in a holding cell without having been arrested for a criminal offense.

8. If a prisoner is self-destructive, violent, ill, injured or under the influence of alcohol and/or drugs, the prisoner will be segregated from all other prisoners. **[30.12][71.5.1]**

   a. Violent Prisoners will not be brought into the Prisoner Processing Center.  All violent prisoners will be transported directly to BSO.  Communications will be notified of the violent prisoner who will notify BSO main jail. **[30.12][70.1.8]**

   b. Prisoners who are ill, injured, and/or under the influence of alcohol and/or drugs will be processed in accordance with **SOP #203 Arrest Procedures**. **[30.12]**

9. Members will notify the receiving deputy of any known information relating to the prisoner's escape or other known personal traits of a security nature. **[70.1.8]**

G. **Emergencies:**

1. In the event of an emergency, department Members will intervene in the safest possible manner.  There are several options available to anyone within the booking area who needs emergency assistance.  Personnel needing assistance should use whichever method is most readily available to summon assistance: **[30.03F, 30.07B][71.3.3B][71.5.1C]**

   a. Panic Alarm;

   b. Police Radio:

   c. Telephone:

2. Signs are posted in view of each holding cell instructing prisoners to advise an officer of any medical needs or emergencies. Signage will be in English and Spanish. **[30.03E, 30.11]**

3. The video cameras in the holding cells are located to allow Members to be aware of an emergency as it occurs, without invading prisoner's privacy. **[30.03E, 30.07A]**

4. In the event a prisoner is in need of medical assistance, Rescue will be requested to respond. **[30.03E, 30.09]**

H. **Medical Guidelines:**

1. All injuries that occur to a prisoner while in the holding cell or booking area will be reported to the Shift Lieutenant.  Such injuries will be included in the incident report.

2. Department Members will not dispense or administer pharmaceuticals to prisoners.  If a prisoner requires medication, Rescue will be summoned.

3. If a prisoner dies while in custody, the Officer will immediately notify the Shift Lieutenant, who will immediately notify the Chief of Police (see **SOP #247 In-Custody Death**).

4. If the death of a prisoner occurs in the booking area or holding cell, the area will be secured and treated as a crime scene.

I. **Fire Prevention:** **[71.4.2]**

1. Prisoners will not be permitted to smoke or possess any smoking or flammable materials while in the booking area or holding cells.

2. The booking area and holding cells shall be equipped with fire alarm and smoke detection systems. **[30.14]**

   a. The fire alarm and smoke detection systems will be regularly inspected for damage or tampering. **[30.02A]**

   b. The fire alarm and smoke detection systems will be tested in accordance with local fire codes. **[30.02B]**

3. A fire extinguisher and first aid kit will be kept in the booking area. The fire extinguisher will be tested in accordance with applicable fire codes. An inspection of the first aid kit will be completed monthly and documented by the Quartermaster Lieutenant on the Prisoner Processing Center First Aid Kit Log (see **Appendix B**). **[30.02C, 30.16]**

J. **Administrative Review:**

An administrative review of the Prisoner Processing Center will be completed by the Support Services Major and submitted to the Chief of Police by January 15th of each year.  A copy will be forwarded to the Accreditation Unit.  The administrative review will document a policy review, training provided, any equipment replaced and any sustained disciplinary issues sustained. **[71.4.3]**

III. **PRISONER HANDLING DURING FACILITY EMERGENCIES AND EVACUATION**

A. **Medical Emergencies:**

The Fire Department will be summoned for any medical emergency involving a suspect, arrestee, or prisoner. **[4.09]**

B. **Building Evacuation:** **[71.4.2]**

In case of a building evacuation, all personnel responsible for the handling of prisoners/detainees (such as arresting officers, detention personnel, and interviewing detectives) are responsible for the safety of prisoners/detainees under their control or supervision.

1. Any Member who discovers an emergency situation causing the need to evacuate the building will immediately notify Communications and the Shift Lieutenant.  When necessary, the Fire Department will be requested.

2. Evacuation maps are posted in all department areas. **[30.02D]**

**3.** The first responding officer to the booking area will start to remove any and all prisoners from the holding cells and secure them in a marked (caged) unit.

    **a.** If any prisoner needs medical attention, Rescue will be notified.

    **b.** If the emergency is controlled within a brief period of time and the ranking fire department officer on the scene authorizes the return of personnel to the building, prisoners may be returned to the holding cells.

    **c.** If the emergency last longer than a brief period of time, all prisoners will be transported to BSO.

## IV.  ESCAPE

    **A.  Escape In-Custody**

        **1.** In the event a prisoner escapes from the holding cell and/or booking area, the following will apply:

            **a.** Immediately sound the alarm; **[30.13A]**

            **b.** Notify Communications and Shift Lieutenant; **[30.13B]**

            **c.** Broadcast a BOLO over the radio, to include but not limited to: **[30.13C]**

                **(1).** Name(s);

                **(2).** Physical description(s);

                **(3).** Direction of travel;

                **(4).** Pending charges;

                **(5).** Whether a weapon was involved; and

                **(6).** Any other pertinent information.

    **d.** The Shift Lieutenant will:

        **(1).** Respond and take command of the incident;

        **(2).** Notify the Chief of Police via the chain of command;

        **(3).** Set up a perimeter

        **(4).** Assign available officers to assist; **[30.13D]**

        **(5).** Mobilize any other resources needed; **[30.13E]**

        **(6).** End the alert, when applicable; and **[30.13F]**

        **(7).** Ensure appropriate report(s) and completed. **[30.13G]**

APPROVED BY:

_(signature)_ **04/22/2014**

**Frank G. Fernandez**        **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**    Holding Cells Monitoring Log

- **Appendix B:**    Prisoner Processing Center First Aid Kit Log



# HOLLYWOOD POLICE
## HOLDING CELLS MONITORING LOG

## HOLDING CELLS:  #1 ☐     #2 ☐     #3 ☐     #4 ☐

| HOLDING CELL MONITORING BY OFFICER | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | NAME<br>(Person Occupying Room) | TIME IN | TIME CHECKED | TIME OUT | MEMBERS NAME<br>(Officer's) | BADGE # | ARREST |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| HOLDING CELL INSPECTION BY SHIFT LIEUTENANT | | | | | |
|---|---|---|---|---|---|
| DATE | LIEUTENANT NAME | BADGE # | TIME CHECKED | LIEUTENANT SIGNATURE | COMMENTS |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

# HOLLYWOOD POLICE DEPARTMENT
## Prisoner Processing Center First Aid Kit Log

| NAME | BADGE | DATE | TIME |
|------|-------|------|------|
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |
|      |       |      |      |

| | **PUBLIC INFORMATION DESK** | |
|---|---|---|
| | **DEPARTMENT SOP: #218** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 04/11/2013** | **CFA:** **NONE** |

**PURPOSE:** To provide a guide outlining the duties and responsibilities of Members assigned to staff the Public Information Desk.

**SCOPE:** This SOP applies to all Department Members.

**POLICY:** It is the policy of the Hollywood Police Department to provide a reception area for the public. The Public Information Desk (PID), located in the First Floor Lobby of Police Headquarters, will serve this purpose.

I.     OPERATIONS .......................................1
   A.   Staffing: ...............................................1
   B.   Duties and Responsibilities: ...............1

II.    CONTROLLING BUILDING ACCESS...2
   A.   Lobby Access – 1st, 2nd and 3rd Floors:2
   B.   Lobby Access – 4th Floor: ....................2
   C.   Internal Building Access: .....................2
   D.   Deliveries:.............................................3
   E.   Challenging Strangers: ........................3
   F. Animal Access into the Police Department:
        ...............................................................3

III.   REPORTING PROCEDURES ...............3
   A.   Walk In Requests: ................................3
   B.   Telephone Reporting Unit: ...................3
   C.   Traffic Crashes: ...................................5
   D.   Security of Information: ........................5

IV.    MAIL DELIVERIES (see SOP#155
        QUARTERMASTER)............................5

V.     DEFINITIONS: ......................................5
   A.   SERVICE ANIMAL: ..............................5

**PROCEDURE:**

**I.     OPERATIONS**

   **A.   Staffing:**

   The Public Information Desk is the responsibility of the Patrol Section Major.

   **1.** Staffing is provided at the direction of the Shift Lieutenant.

   **2.** The PID will be staffed with **uniformed** Sworn or Non-Sworn Members on a 24 hour, seven day a week basis.

   **3.** Shift Lieutenants will assign Members to staff the PID position in the following order:

      **a.** Community Service Officers

      **b.** Full Duty Police Officers

   **4.** Officers assigned to the PID will arrive at the desk after their Line-up is complete or at a Supervisor's direction.

   **B.   Duties and Responsibilities:**

   Members staffing the PID will adhere to the following duties and responsibilities:

   **1.** Monitor and control the Main Lobby elevators to ensure or restrict access.

   **2.** Control access to Police Headquarters from the First Floor Lobby.

3. Provide an immediate response to walk-in emergencies.

4. Address walk-in and telephone report requests by:

   a. Completing the appropriate report.

   b. Referral to another Agency.

   c. Referring the complainant to the appropriate Member for report completion.

5. Respond to requests for general information and directions.

6. Provide support services to the Patrol Division.

7. Accept incoming specialty mail. (UPS, FedEx, etc.)

8. Preparing telephone and walk-in reports.

9. Elevators will be placed on manual operation from 1630 to 0700, Monday through Friday, and on holidays and weekends.

10. Maintain the PID area in a clean and orderly condition.

11. Members are not to leave the PID or Lobby area unless relieved.

12. Monitor security cameras for building.

## II. CONTROLLING BUILDING ACCESS

Members staffing the PID are responsible for monitoring and controlling visitor/contractor access to the Police Building.

A Visitors Log is maintained within Easy Lobby SVM (see **Appendix A**) and archived in the SQL database server located at City Hall. To access this data, users will need PassagePoint software and a user name and password with the proper permission.

A. **Lobby Access – 1st, 2nd and 3rd Floors:**

The following procedures will be followed for people requesting access to the First, Second and Third Floor Lobbies.

1. Every visitor entering the Lobby will be queried as to required assistance. Visitors will be logged in to Easy Lobby SVM with all required information and show a photo ID card, such as a Driver's License.

2. Visitors are permitted unsupervised access to Lobby areas on the First, Second and Third Floors during normal business hours.   Visitors must display the Visitor's Badge (see **Appendix B**) issued using Easy Lobby SVM – Refer to Appendix C  for instructions.

3. City employees with proper identification and authority to be in the Police Building need not be escorted unless they require access to a designated Restricted Area.

B. **Lobby Access – 4th Floor:**

Visitors will be allowed access to the Fourth Floor Lobby under the same provisions outlined in the Internal Building Access Section.

C. **Internal Building Access:**

A Visitor's badge is required for internal building access.  The following procedures will be followed for those requesting access to areas of the Police Building beyond the Lobby areas.

1. All individuals requesting building access will be directed to the Public Information Desk.

2. The Member staffing the PID will obtain a photo identification card; such as a Driver's License, from the visitor and issue a Visitors Badge from Easy Lobby SVM (see **Appendix B**), in exchange for their I.D.  Visit-

ing Law Enforcement Officers will display their badge or Law Enforcement credentials.

3. The Member staffing the PID will notify the appropriate Member, Section, or Unit that they have a visitor. The requested Member will meet their visitor in the appropriate Lobby and escort the visitor while in the Police Building.

**D. Deliveries:**

All persons making deliveries will be directed to stop at the Public Information Desk.

1. The PID will accept business deliveries and contact the Quartermaster for distribution.

2. Non-business deliveries, such as meal deliveries, will be made to the PID. Members waiting for the delivery will notify the PID in advance and the Member staffing the PID will notify the person to pick up their delivery when it arrives. Delivery personnel are not allowed access to the building. Deliveries not identifying a contact person will be turned away.

**E. Challenging Strangers:**

Strangers in the building, beyond lobby areas, not displaying a Law Enforcement Badge, Visitors Badge, or City Identification will be challenged as to their purpose. Non-sworn Members will seek the assistance of a Police Officer.

1. Address trespassers in a manner appropriate for the situation.

2. Visiting Law Enforcement Officers will be asked to display their Badge and/or Department Identification card.

3. Individuals will be referred to the PID to comply with building access requirements.

**F. Animal Access into the Police Department:**

Members working the PID will not allow animals of any kind into the Police Department, with the exception of Service Animals (see definitions) or working dogs in accordance with the Americans with Disabilities Act of 1990.

**III. REPORTING PROCEDURES**

Dependent upon the job description of the Member staffing the PID, it may be necessary to contact a Police Officer to address certain classifications of incidents.

**A. Walk In Requests:**

"Walk-in" requests will be handled as follows:

1. People wishing to make a Police report will be promptly addressed by the Member staffing the PID.

2. Reports for all incidents excluding the following may be addressed by the Member staffing the PID:

a. Sexual and Felony Battery,

Sexual and Felony Battery's will be handled in the following manner:

(1). If incident requires immediate follow-up, members will notify a Supervisor to authorize an on duty Detective or call out a Detective to interview the victim.

(2). A Patrol Officer will be summoned to take the initial report until a Detective arrives for follow-up.

**B. Telephone Reporting Unit:**

The Telephone Reporting Unit (TRU) is designed to reduce calls for service by the Patrol Division and to reduce the time the Public waits for an Officer to respond. This service will be available

twenty-four hours a day, assisting the public with minor incident reports that can be investigated over the telephone. Officers assigned to the TRU will adhere to the following procedure:

1. The TRU Officer will be assigned to either the Communications Section or the Public Information Desk.

2. If more than one Member is available to work the TRU, the Shift Commander will assign the second Member to either the Communications Section or the Public Information Desk, depending on operational needs.

3. When assigned to the Communications Section, Members will:

   a. Be assigned during normal business hours, Monday through Friday.

4. When assigned to the Public Information Desk, Members will:

   a. Assume all duties and responsibilities associated with the P.I.D.

   a. Assume TRU responsibilities when a Member is not assigned to the Communication Section.

   b. Schedule breaks via a shift Supervisor.

5. TRU will not be used when:

   a. It is necessary to have a Crime Scene Technician respond to process a scene.

   b. Response to a scene will aid in the investigation.

   c. An Officer is requested by the Complainant.

6. TRU can handle the following reports.

   a. Thefts, meeting the following criteria:

(1). The suspect is not on scene and/or there is no suspect information.

(2). Reports for insurance claims.

(3). Loss under $1000.00.

b. Frauds not exceeding $1000.00, with no viable suspect.

c. Vandalism/Damage to Property with the following exceptions:

   (1). Vandalisms in excess of $1000.00.

   (2). Graffiti.

   (3). Vandalism to City Property

   (4). Vandalism to Broward County School Property

d. Obscene and Annoying Phone Calls (provided no threat is made).

e. Lost/Stolen Property, with the following exceptions:

   (1). Drugs

   (2). Firearm(s)

   (3). Explosive Devices

   (4). Police ID/Badge or

   (5). Potential evidence related to a crime.

f. Traffic complaints except those that require immediate attention of a Patrol Officer.

g. Bicycle thefts with no suspect information.

h. Follow-up previously reported incidents.

**C. Traffic Crashes:**

Refer to **SOP #231 Traffic Crash Investigations.**

**D. Security of Information:**

The following security measures are designed to protect privileged information.

**1.** Members will be guided by the procedures established in **SOP #154 Computer Systems** regarding the access, visibility, and use of the computer stationed in the PID.

**2.** All Police reports will be kept out of public view.

**3.** Any document containing the home address, telephone number or other personal information of a Department Member will be kept out of public view.

**IV. MAIL DELIVERIES** (see **SOP#155 QUARTERMASTER**)

**V. DEFINITIONS:**

**A. SERVICE ANIMAL:**

The ADA defines a Service Animal as any guide dog, signal dog, or other animal individually trained to provide assistance to an individual with a disability. Service Animals are considered working animals, not pets.

APPROVED BY:

**Vincent R. Affanato**          **04/11/2013**
**Office of the Chief of Police**          **Date**

**ATTACHMENTS:**

- **Appendix A:** PassagePoint Screen-shot

- **Appendix B:** Visitor Badge

- **Appendix C:** PassagePoint Desk Reference





# PassagePoint v4.5 : Desk Reference

## Logging Into PassagePoint

1. Double-click the *PassagePoint* icon or Select PassagePoint from the *Start Menu > Programs*.

2. The user authentication window will appear. Enter user name and password and click the *Login* button.

3. To change the password used to log in select *Change Password* from the *File* menu.

   Note: Passwords are case sensitive.

User Name: _____

Password: _____

## PassagePoint Explorer Screen

1. This screen will appear automatically.

2. Use this to view *Pending*, *Active*, and *Today's* visitors.

3. Click *New* to enter new visitors. Double click *Pending* or *Active* visitor to view details and to complete the *Sign-In/Out* process.

4. If window is closed, select *PassagePoint Explorer* screen from the *Action* menu.



## Entering Visitors

1. For Pre-Registered visitors: Check the list under the *Pending* view within the *PassagePoint Explorer* screen. Select *Name*, verify information and click *Sign-In*.

2. If not pre-registered, click on the *New* button:

   a) Enter the visitor's information.

   b) Enter the name of the employee *(Sponsor/Host)*. To lookup host's information, enter their last name and click the *Lookup* button. Select the correct host name and click the *OK* button.

   c) Enter any additional information required.

   d) When the entry is complete, click the *Sign-In* button. The visitor badge will be printed.




Take Total Control

## Rapid Registration Screen

1. To open *Rapid Registration* screen select it from the *Action* menu.

2. Use this screen to quickly sign-in returning visitors, search for *Directory* and *Visitor* names, and view historical visit records.



## Printing Visitor Badges

By default, the badge will print automatically if the *Print Badge* check box is selected. If the badge didn't print or if you need to re-print a badge, select the visitor's name within the *Active* view in PassagePoint and click the *Print* button.

## Signing Out Visitors

1. Within *PassagePoint Explorer* click on the *Active* view.

2. Select the visitor's name from the list.

3. Click the *Sign-Out* button. The visitor will be removed from the *Active* listing. Time and date stamping is handled by PassagePoint automatically. To view time/date, click the *Today* view and select the visitor's name.

## Pre-Registering Visitors and Groups

1. Select *Pre-Register Visits* or *Pre-Register Group* from the *Action* menu.

2. For *Groups,* enter a group name.

3. Enter each visitor's name and any other information.

4. Enter the date and location of the expected visit.

5. Click the *Pre-Register* button to complete the entry. The names entered will be displayed in the *Pending* view of the *PassagePoint Explorer* screen or *Rapid Registration* screen on the day they are expected.

6. Select *Pre-Registered Visits* from the *Reports* menu to view pre-registered visitors.

## Viewing Reports

1. Select a report from the *Reports* menu.

2. Enter in a date range. Select category and location if necessary.

3. To print the report, click the *Print* button.

4. Select *Report Manager* from the *Reports* menu to use other built-in reports.

## Exiting Out of PassagePoint

Select *Exit* from the *File* menu or use the application's close button.

STOPware, inc. 1710 Zanker Road, Suite 202 San Jose, CA 95112  Phone: (408) 367-0220  Fax: (408) 367-0223
© 2004, STOPware, inc. PassagePoint is a trademark of STOPware, inc. All rights reserved. Windows is a registered trademark of Microsoft Corporation. All other brands and trademarks are the property of their respective owners.

# RADIO COMMUNICATIONS



| DEPARTMENT SOP: #220 | CALEA: |
|---|---|
| **EFFECTIVE DATE: 11/1/2001** <br> **REVIEWED: 01/29/2013** | **CFA:** <br> **17.04, 33.11A,C, 34.06C** |

**PURPOSE:**  To establish criteria and guidelines for Radio Communications.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Police Department Members depend on Radio Communications to transmit and receive information that is vital to the efficient and prompt delivery of routine and emergency service to the public.

**INDEX:**

I. **RADIO COMMUNICATIONS TO AND FROM MEMBERS IN THE FIELD [33.11C].............1**

   A.   Dispatch Signals and Ten Codes: .......1
   B.   Radio Designators: [17.04] ...................1
   C.   Radio Communications: ......................2

II. **CIRCUMSTANCES REQUIRING RADIO COMMUNICATIONS [33.11A] .....................3**

   A.   Radio Transmissions:...........................3
   B.   Audible Tone Alerts:.............................3
   C.   Emergency Transmissions:..................3
   D.   Emergency Radio Button: ...................3
   E.   Car-to-Car Transmissions: ..................3
   F.   Prohibited Communications: ................3
   G.   Traffic & Field Contact Stops: ...............4
   H.   Establishments Serving Alcohol:...........4
   I.   Radio Failures: ....................................4

III. **EQUIPMENT .................................................4**

   A.   Assigned Radio:...................................4
   B.   Radio Repairs: ....................................5

IV. **OFF-DUTY RADIO REQUIREMENTS .........5**

V. **INCIDENTS ................................................5**

   A.   Case Numbers ....................................5
   B.   Dispositions .........................................5

VI. **COMMUNICATIONS TAPES......................6**

**PROCEDURE:**

I. **RADIO COMMUNICATIONS TO AND FROM MEMBERS IN THE FIELD** [33.11C][81.2.4C]

The agency has 24-hour two-way radio capability providing continuous communication between the Communication Center and sworn Members on duty. [17.04]

In order to identify Members during radio communications, Members will use the following codes, signals and radio designators when communicating with Dispatch or other Members.

   A. **Dispatch Signals and Ten Codes:**

      Department Members will use the Hollywood Police Department Dispatch Signals and Ten Codes (**SEE Appendix A**). Hard copies of Appendix A are available from the Storeroom or via the Computer, on the 'S' Drive.

   B. **Radio Designators:** [17.04]

      Radio designators (call signs) will be utilized to identify individual Members during radio transmissions.

      The following radio designators will be utilized as a prefix to identify Members when used in conjunction with the Members assigned number: (i.e. Alpha-2, Foxtrot-4)

1. **On-Duty:**

    a. **ALPHA:** Patrol- Midnight Shift

    b. **BRAVO:** Patrol- Day Shift.

    c. **CHARLIE:** Patrol- Afternoon Shift.

    d. **DELTA:** Sergeant or Civilian Supervisor.

    e. **ECHO:** Lieutenant.

    f. **FOXTROT:** Neighborhood Team Leaders/ Fixed Post / Foot Patrol /

    g. **GOLF:** S.W.A.T. Team

    h. **HOTEL:** C.S.O.'s/Explorers

    i. **INDIA:** Field Training Unit.

    j. **JULIET:** Juvenile Unit.

    k. **KILO:** Investigative Services Section.

    l. **LIMA:** Crime Scene Unit.

    m. **MIKE:** Canine Unit.

    n. **NOVEMBER:** Hostage negotiators.

    o. **OSCAR:** Marine Patrol / Dive Team.

    p. **POPPA: Public** Affairs Unit and Victim Advocates

    q. **QUEBEC:** Special Situations/ Crowd Control / Riots.

    r. **ROMEO:** Reserves

    s. **SIERRA:** Command Staff.

    t. **TANGO:** Traffic Unit.

    u. **UNIFORM:** Off-duty Personnel.

    v. **VICTOR:** Vice, Intelligence & Narcotics Unit.

    w. **WHISKEY:** Code Enforcement Officers

    x. **X-RAY:** Base Station and Command Posts in emergencies.

    y. **YANKEE:** Street Crimes Unit.

    z. **ZULU:** Garage / Civilian Aides

2. **Off-Duty:** Off-duty radio use will require the Member to use the designator "Uniform" followed by the Member's Badge number.

C. **Radio Communications:**

Sworn Members working in the Investigative Services Unit, Family Services Unit, Patrol Section and the Special Operations Section will adhere to the following radio procedures:

1. Members will advise (10-8) in-service via Police radio on main channel at the start of their shift.

2. Members will request meal breaks via the Police radio and will advise of the exact location upon arrival at their destination.

3. Members will advise via Police radio when leaving the City of Hollywood in an official capacity and the reference. Upon returning to the City, Members will advise they are 'In-Service' (10-8) via Police radio, on main channel.

4. When conducting an Initial Investigation or Follow-Up Investigation, determined to be sensitive in nature, Members will be exempt from having to advise the location via Police radio, with prior Supervisory approval.

5. Members will advise 'Out-of Service' (10-7) via Police radio, on main channel, at the end of their shift.

## II. CIRCUMSTANCES REQUIRING RADIO COMMUNICATIONS [33.11A][81.2.4A]

The following are specifications of circumstances requiring radio communications:

### A. Radio Transmissions:

Members will utilize their radios in accordance with procedures established in this SOP.

1. **Dispatched Calls:** On-duty Members below the rank of Sergeant assigned to the Patrol Division will respond with their designator number and location when called by Dispatch.

2. Members will be alert and aware of all radio transmissions broadcasted over their talk group during their tour of duty.

### B. Audible Tone Alerts:

Audible tone alerts are used to notify Members that an important transmission is about to be broadcasted.

1. **Solid Tone:** Significant call to be dispatched.

2. **High/Low Tone:** Emergency call to be dispatched.

3. **Intermittent Tone:** B.O.L.O. to be broadcasted or Emergency Traffic (10-33) to be declared or cleared.

### C. Emergency Transmissions:

Members will utilize the following transmission procedures when an emergency exists.

1. **Declaring "10-33":** When Emergency Traffic (10-33) is declared, only those individuals who are involved or responding to the specific situation will transmit. The only exception will be in the case of additional emergency situations.

2. **Extended "10-33":** When an emergency situation requires extended time to complete, Members can request and Supervisors may direct all involved Members to an alternate talk group, which will be monitored by the Communications Section.

3. **Emergency B.O.L.O.:** Members may transmit emergency B.O.L.O. information on the primary talk group.

### D. Emergency Radio Button:

When a Member's personal safety is at risk or when the need to transmit emergency information over other transmissions is necessary, the red Emergency Button, on the Member's radio, can be activated.

This emergency activation will create an open microphone for a period of ten seconds. This will allow the Member to transmit without having to depress the microphone button.

### E. Car-to-Car Transmissions:

Car-to-car communications will only be conducted on the designated talk groups.

### F. Prohibited Communications:

Members will not utilize their Police Radio for any of the following reasons:

1. Transmitting sarcasm or impertinent remarks.

2. Causing deliberate interference with other transmissions.

3. Conducting Non-Police business.

4. Displaying displeasure with an assigned call.

5. Emphasizing Dispatch errors or contradictions. Members who detect Dispatching errors or contradictions of assignments will contact their Supervisor for correction.

**G. Traffic & Field Contact Stops:**

When conducting a traffic stop or field contact, the following information will be transmitted to Communications before exiting the Police vehicle, when possible:

1. The location of the stop or contact.

2. The State and license number of the stopped vehicle or description (race/sex) of the person(s).

3. The reference for the stop or contact.

**H. Establishments Serving Alcohol:**

To ensure safety, all uniformed Officers must inform Dispatch when entering an establishment that serves alcohol for any reason other than the following exceptions:

1. This does not apply to package stores selling alcohol, such as liquor stores, convenience stores or grocery stores.

2. Officers on a meal break (10-40) at a restaurant that serves alcohol will advise Dispatch of the location of their 10-40 as directed in SOP 216 Patrol Functions and Responsibilities. Officers do not need to make a separate distinction that the establishment serves alcohol.

3. Officers conducting a bar check will be guided by SOP 261 Narcotics, Liquor, Gambling & Prostitution Crimes and will notify Dispatch as directed in SOP 261.

**I. Radio Failures:**

Should the Departmental radio system fail, the following procedures will go into effect:

1. Members will switch to the Broward Sheriff's Office radio system as follows:

a. A Communications Supervisor will contact BSO and obtain a channel assignment. HPD dispatch will then transmit over BSO channel 14C "is the air 10-3?" Once it has been established that there is no other Public Safety radio traffic on the group, HPD can begin using the channel. All Members must remain alert to the possibility of having to switch the radio to an alternate talk group.

b. Move the silver toggle switch, located on the front of the radio, to the letter "C."

c. Turn the top knob on the radio to position number "3." The LCD screen on the front of the radio should read "14C." Do not begin transmitting on 14C unless it is for an emergency transmission, as BSO may be using the channel for a special operation.

2. In the event that the previous protocol has been followed and the radio system is still non-functional, all Members in the field will report to the nearest Fire Station or Neighborhood Network Center and contact Communications by telephone.

## III. EQUIPMENT

**A. Assigned Radio:**

Members who are assigned Police radios will adhere to the following:

1. **Reporting for Duty:** All Members who are assigned a radio will report for duty with their assigned radio and a fully charged battery.

2. **Microphones:** Member's assigned to the Patrol Section will ensure either a shoulder microphone or ear microphone is affixed to the radio and used to transmit.

3. **Exchanging Radios:** Every assigned radio has a fixed radio designator number, which links that radio to the assigned Member. The designator number assists in identifying Members should they key their microphone and be unable to transmit. Therefore, Members will not exchange assigned radios with other Members.

4. **Lost or Stolen Radios:** When a Member's radio is lost or stolen, the Member will:

   a. Immediately notify their Supervisor.

   b. Initiate a Police report with the appropriate jurisdiction.

   c. Request the issuance of a replacement radio by submitting a Memorandum via the Chain of Command to the Support Services Division Major. A copy of the Police Report must be attached to the memorandum.

   d. The Communications Supervisor will facilitate the replacement of the radio.

5. **Promotions:** When a Member is promoted, the Member will respond to the Communications Center to obtain a Supervisor's radio with the correct programming.

B. **Radio Repairs:**

Members requiring radio repairs will respond to the Communications Center and complete a Radio Repair card (Appendix B). A Communications Supervisor will temporarily assign a spare radio and document it in the Spare Radio Log. The Member will be contacted by a Communications Supervisor when their radio is repaired.

IV. **OFF-DUTY RADIO REQUIREMENTS**

Members who have been issued a Police radio will be required to take their radios to and from their homes. While off-duty, Members will use their "Uniform" designator number should they need to transmit.

V. **INCIDENTS**

Any incident generated in the CAD system must be closed by the Officer with a disposition indicating the outcome. Members will be guided by The Field Reporting System SOP # 216.1 for guidelines and compliance.

A. **Case Numbers**

For every incident that Communications is made aware of the CAD system will generate a Case Number. This Case Number contains all information available to Communications during the incident, including the original Call-Taker's typed comments, all subsequent updates entered into the incident and all radio transmissions documented by the Dispatcher.

B. **Dispositions**

1. **Reports**

If a Member requests a report number, Dispatch will assign a disposition of RPT to the Case Number in CAD. When a disposition of RPT is assigned to a Case Number, the CAD System transfers all pertinent information regarding the incident from the CAD System into the OSSI RMS Database. The Member who requested the Report Number is then responsible for ensuring a formal report is completed (e.g. Mobile Field Report, Traffic Crash Report, Notice To Appear, Field Contact, etc.). **[34.01A]**

2. **NR's (No Report):**

A "No Report" (NR) is the process whereby a Member handles a call for service without completing a formal report and the Telecommunicator or Member clears the call disposition via the computer aided dispatching system. This can be done

with a CAD incident only. No written Police report is required for NR'd calls.

a. The following is a list of "NR" dispositions:

(1). **NRA** - No Report, Accidental Alarm.

(2). **NRC** - No Report, Civil Matter.

(3). **NRD** - No Report, Administrative Detail.

(4). **NRG** - No Report, Gone Upon Arrival.

(5). **NRM** - No Report, Malfunctioning Alarm.

(6). **NRO** - No Report, Other Department Assist.

(7). **NRP** - No Report, Referred to Outreach Program.

(8). **NRU** - No Report, Unfounded Complaint.

(9). **NRS** - No Report, Settled Before Police Arrival.

(10).   **NRT** - No Report, No Report of Theft Required. (**Supervisor approval required, see SOP# 260, Property Crimes**).

(11).   **NRW** - No Report, Warning Issued by Police.

b. If the original call did not fall within the guidelines of the "No Report" procedure, a Police report is required unless a Supervisor approves the use of an "NR". The Officer must reclassify the Incident Type with the Dispatcher by giving the Dispatcher the correct Incident Type.

3. **Reclassifying Incidents**

After investigating the incident, if the Member determines that the dispatched classification of the call is incorrect, the Member will change the classification by notifying the Telecommunicator.

4. **Cancellations:**

a. **CBD** – Cancelled By Dispatch, used when a Dispatcher accidentally initiates a Report Number in error when no report is necessary.

b. **VS** – Void See, for recovery cases (persons, vehicles, property) or calls that have been completed and were originally assigned a Hollywood Report Number. Officers will request the original Report Number for the recovery or call and direct Dispatch to "Void See" back to the original Report Number. Dispatch will note the original Report Number in the comments section of CAD for the incident.

An Officer that uses VS to refer a Report Number back to an original Report Number is still responsible for completing a Supplemental Report under the original Report Number.

VI. **COMMUNICATIONS TAPES**

Requests for copies of 911 radio or telephone communications for internal use, with the exception of domestic violence cases (see **Domestic Violence SOP**), must be requested by a Sergeant or above and forwarded to a Communications Supervisor for duplication processing.

**DEFINITIONS:**

None

APPROVED BY:

01/29/2013

**Vincent R. Affanato          Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Hollywood Police Dispatch Signals and Ten Codes Card.

- **Appendix B:** Control Communications Repair Card.

**DISPATCH SIGNALS:**

1 Drunk Driver
2 Drunk Pedestrian
3 Hit and Run
4 Accident
5 Homicide - Murder
6 Escaped Person
7 Dead Person
8 Missing Person
9 Stolen Tag
10 Stolen Vehicle
11 Abandoned Vehicle
12 Reckless Driver
13 I Suspicious Incident
13 P Suspicious Person
13 V Suspicious Vehicle
14 Information
15 Special Detail
16 Child/Elderly Abuse
17 Field Contact (FIVO Card)
18 Felony
19 Misdemeanor
20 Mentally Ill Person
21 Burglary (Type)
22 Disturbance (Type)
23 Hitchhiker / Pedestrian
24 Kidnapping/False Imprisonment
25 Fire (Type)
26 Drowning
27 Prowler / Peeping Tom
28 Civil Disorder
29 Boat / Marine Violation
30 Theft (Type)
31 Assault / Battery (Type)
32 Suicide
33 Shooting
34 Stabbing
35 Sexual Assault
36 Fight
37 Juvenile Disturbance
38 Domestic Disturbance
39 Neighbor Disturbance
40 Vandalism / Malicious Mischief
41 Robbery (Type)

42 Child Molest
43 Lewd Lascivious Acts
44 Boat Marine Accident
45 Airplane Crash
46 Bomb Threat
47 Prostitution
48 Open Door
49 Alarm (Type)
50 Labor Trouble
51 Trespassing
52 Forgery / Counterfeit
53 Embezzlement / Fraud
54 Hijack Aircraft
55 Explosion
56 Beverage Violation
57 Narcotics
58 Unlawful Assembly
59 Fire Bombing
60 Sniper Fire
61 Gambling
62 Racial Trouble
63 Impersonating an Officer
64 Theft of Auto Parts
65 Shoplifting
66 Civil Matter
67 Sick or Injured Person
68 Police Service Call
69 Loose Animal Complaint
70 Animal Bite/Abuse
71 Snake/Reptile Call
72 Lost / Found Property
73 Traffic
74 Recall
76 AOA/Mutual Aid
77 Municipal Ordinance Violation
77wr Water Restriction Violation
79 Stalker

**DISPOSITIONS:**

80 Security Survey
81 Park & Walk
82 Traffic Intersection Surveillance
82 S School Zone Surveillance
83 Business Check

85 Bike Patrol
86 Traffic Warning
87 Boating Warning
88 Broadwalk Infraction
88 A Broadwalk Infraction - Bicycle
88 B Broadwalk Infraction - Rollerblades
88 C Broadwalk Infraction - Animal
88 D Broadwalk Infraction - Alcohol
88 E Broadwalk Infraction - Vehicle
88 F Broadwalk Infraction - Skateboard
89 Broadwalk Infraction - Skating
90 Pawn Shop Inspection
91 Sexual Predator / Offender Check
100 Sleeping In The Open

**TEN CODES:**

10-1 Receiving Poorly
10-2 Receiving Well
10-3 Stop Transmitting
10-4 Acknowledge - Message Received
10-6 Busy
10-7 Out of Service
10-8 In Service
10-9 Repeat Conditions Bad
10-10 Short Break - Out of Service
10-11 Dispatching Too Rapidly
10-12 Visitors Present
10-13 Weather / Road Conditions
10-15 Prisoner In Custody
10-17 Follow-Up
10-18 Complete Assignment Quickly
10-19 En-route to Headquarters
10-20 Your Location
10-21 Call Station By Phone, number
10-22 Disregard
10-23 Standby
10-24 Officer in Distress - Send Help
10-25 In Contact With
10-26 Message Received
10-27 Complete Record Check
10-28 Check Registration
10-29 Stolen and/or Wanted
10-30 Against Rules/Regulations
10-31 In Pursuit

10-32 Breathalyzer Machine / Operator
10-33 Emergency Radio Traffic Only
10-34 Jail Break or Trouble at Station
10-35 Confidential Information
10-36 Correct Current Time
10-37 Operator on Duty
10-40 Out For Meal At _____
10-42 Out of Service At Home
10-43 Any Radio Traffic / Information For _____
10-44 Paperwork
10-45 Call _____ By Phone
10-50 Stopping Vehicle (Give 10-20 & Tag)
10-51 En-route
10-52 Estimated Time of Arrival
10-53 Coming By Office
10-54 Negative
10-56 Meet _____ At _____
10-57 At Pistol Range
10-60 Disabled Vehicle
10-65 Can You Copy
10-66 Cancel
10-70 Wrecker Requested
10-74 Re-Call
10-88 Where Can _____ Be Reached
10-91 Tactical Frequency
10-92 Information Frequency
10-94 Back-up Requested
10-97 Arrived at Scene
10-98 Request Case Number
10-99 NCIC / FCIC / BCIC HIT

**MISCELLANEOUS:**

BOLO Be On the Lookout
AOA Assist Other Agency
QRU Check for Warrant, and/or
       Query Revealed no Warrant

**RESPONSE CODES:**

Code No. 1 Routine Response
Code No. 3 Emergency Response*

* Code 3 calls will be preceded by a tone alert.

Revised 08/01/2013

Original Date: 04/01/1990
Revised Date: 08/05/2013
File Name: Appendix A Dispatch Signals and Ten Codes.

Page 1 of 1
Appendix A SOP #220 - Radio Communications

|  | **COMMUNICATIONS CENTER** | |
|---|---|---|
| | **DEPARTMENT SOP: #221** | **CALEA:** |
| | **EFFECTIVE DATE:** 11/1/2001 <br><br> **REVIEWED:** 01/28/2013 | **CFA:** 33.01, 33.02, 33.03, 33.04A-C, 33.05, 33.06, 33.07, 33.08A-E, 33.09A-G, 33.10, 33.11B,F 33.12A,B, 33.13 |

**PURPOSE:**  To establish standards and guidelines for the operation and administration of the Hollywood Police Department's Communications Center.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Hollywood Police Department's Communications Center is the primary communication link between the City of Hollywood's Public Safety entities and the citizens we serve. Standardized radio communication procedures are essential to the operation of a Public Safety Organization.  The procedures and guidelines in this SOP govern how calls for service are received, evaluated, prioritized and dispatched.

**INDEX:**

I. RESPONSIBILITIES..........................................1

   A. Emergency Telephone Access: **[33.03]**.......1
   B. Misdirected Emergency Calls: **[33.06]**.........1
   C. Communications Center Responsibilities:
      **[33.02]** ........................................................2

II. FEDERAL COMMUNICATIONS
    COMMISSION (FCC) ....................................2

   A. Radio Standards: ....................................2
   B. User Responsibility: .................................2

III. SECURITY ....................................................2

   A. Facility & Member Security: **[33.01] [33.12]**...2
   B. Communications Center Entry Procedures:
      **[33.12]** ........................................................2
   C. Equipment Security and Back-up Systems:
      **[33.12] [33.12A, B] [33.13]** ..........................3

IV. RECORDINGS .............................................3

   A. Recording Playback: **[33.04] [33.05]**..............3

   B. Retention Period: **[33.04A, B]** ......................4
   C. Criteria for Reviewing Recorded
      Conversations: **[33.04C]**..............................4
   D. Procedure for Reviewing Recorded
      Conversations: **[33.04C]**..............................4

V. RESOURCE INFORMATION .....................5

   A. Agency Resources: **[33.08A-E] [33.09A-F]**
      **[33.11, B]**..................................................5
   B. CAD System Design: **[33.11F]** .....................6

VI. COMMUNICATIONS MEMBER TRAINING.6

VII. PROCEDURES FOR OBTAINING
    INFORMATION **[33.07]**...............................6

   A. Determining the Type of Call: ...................6
   B. Obtaining Appropriate Information for the
      Type of Call received: .........................6

VIII. TACTICAL DISPATCH PLANS **[33.10]**........6

**PROCEDURE:**

**I.   RESPONSIBILITIES**

    **A.   Emergency Telephone Access:** [33.03]

        24-hour, toll free, 911 emergency lines are operated and supervised by the City of Hollywood Communications Center located within Fire Station # 74 at 2741 Stirling Road.  Emergency 911 requests for Police, Fire and Rescue are directly routed to the Communications Center via AT&T trunk lines.

    **B.   Misdirected Emergency Calls:** [33.06]

        Emergency phone calls are occasionally misdirected.  Communications Members have the capability of directly transferring these calls to the correct Agency.

The Call-Taker will take all available information and relay the information to the appropriate Agency if the caller is unable to remain on the line or is disconnected.

**C. Communications Center Responsibilities:** [33.02]

Telephone, Radio, Computer-Aided Dispatch (CAD), and Teletype responsibilities are outlined in the Communication Section's Unit SOPs.

1. **Teletype:** The teletype system provides access to the Florida Crime Information Center (FCIC), the National Crime Information Center (NCIC), and all subsystems, which includes the Department of Natural Resources, Division of Motor Vehicles (DHSMV), Federal Bureau of Investigation (FBI) Criminal History Files, Interpol, and others. [33.02]

2. Teletype access is restricted to those Members who are certified as Operators through the Florida Department of Law Enforcement.

3. The Communications Section will maintain current NCIC/FCIC user agreements, user manuals, and documentation outlining specific instructions regarding the entry and/or inquiry of information within the computer systems.

4. **F.S.S. 943:** Members are reminded that a user violation is punishable by disciplinary action, to include termination of employment, and/or possible criminal prosecution as provided for in the Florida Department of Law Enforcement Exchange of Criminal History Record Information Agreement.

**II. FEDERAL COMMUNICATIONS COMMISSION (FCC)**

**A. Radio Standards:**

Agency radio operations will be conducted in accordance with Federal Communications Commission (FCC) procedures and requirements.

1. **FCC Manual:** An FCC manual will be available to ensure compliance with Federal procedures and requirements.

2. **FCC Licensing:** FCC licensing requirements will be strictly adhered to in the transmission of communications on the radio equipment.

**B. User Responsibility:**

Use of profane or indecent language on the radio is a violation of FCC standards. The Police Chief reserves the right to suspend the operating privilege of any Member violating these standards.

**III. SECURITY**

**A. Facility & Member Security:** [33.01] [33.12]

The Communications Center is a restricted access area. Electronic Security Access Cards control entry into the Communications Center. Entry is restricted to assigned Members. The following procedures are designed to protect the security of the Communications Center and only those Members having official business will be allowed access.

**B. Communications Center Entry Procedures:** [33.12]

The Communications Center is secured by an electronic security access card system. Members requiring access will adhere to the following:

1. The Members will sign in on the Restricted Access Entry Log (see **Appendix A**) and be escorted by a Communications Center Member.

2. Upon leaving the Communications Center, the Member will sign-out on the Communications Center Entry Log.

**3.** The Communications Center Entry Log will be completed in its entirety.

The Communications Center will archive all Entry Logs.

**C. Equipment Security and Back-up Systems:** [33.12] [33.12A, B] [33.13]

The following procedures are to ensure the protection of Communications Members, the Facility, and equipment to include, at a minimum:

**1. Antenna Tower Protection:** The Police Department operates and maintains three remote antenna tower sites: Police Headquarters, West Sheridan site (68th Ave. & Sheridan St.), and the East site (14th Ave. & Taft St.). A chain link fence with a locked gate secures each site. All electronic equipment for each antenna is stored in a secure building at each site. **[33.12B]**

**2. Power Sources:** The Hollywood Fire Department, Station # 74 has three types of power sources.

**a. Main Power Source:** The main power source is secured within the Communications Electrical Room. This Electrical Room is located within the Communications Center, which is controlled by an Electronic Security Access Control Card. Furthermore, the power lines for this source run underground to provide additional security. **[33.12A, B]**

**b. Emergency Generator:** A back up emergency generator automatically activates whenever the main power supply fails. The Emergency Generator is located in a locked secure room. The fuel for the Emergency Generator is secured by locked tanks. **[33.12A, B][33.13]**

**(1).** The generator system is maintained and tested by the Hollywood Fire Depart-

ment on a routine basis. The system will be tested monthly at minimum, and may be checked more frequently, as the Hollywood Fire Department deems appropriate.

**(2).** The test results will be kept in a maintenance log.

**c. Uninterrupted Power Supply:** Critical equipment in the Communications Center is supported by an uninterrupted power supply (UPS). The UPS provides a short-term continuous back up power supply in case of a power failure. **[33.12A, B][33.13]**

**(1).** During a power interruption or failure, the UPS battery system will support the radio and computer systems until the generator is online.

**(2).** The UPS is located within the Communications Center, which is controlled by an Electronic Security Access Control Card. In a secure locked room, which requires an electronic Security Access Card to enter.

**(3).** Communications will ensure the UPS system is inspected and tested twice per year, which is in conformance with manufacturer recommendations.

**(4).** Test results will be kept in a maintenance log.

**IV. RECORDINGS**

**A. Recording Playback:** [33.04] [33.05]

Radio transmissions and emergency telephone conversations will be continuously recorded within the Communications Center. The equipment allows an immediate playback of an emergency telephone or radio call in the event the

caller is disconnected or unable to re-peat the message.

**B.  Retention Period: [33.04A, B]**

Radio and telephone recordings are necessary for criminal and internal in-vestigations, training, and audits. Re-cordings of radio transmissions and tel-ephone conversations, which originate or are received by the Communications Center, will be retained in a secured room inside the Communications Center for a minimum of 30 days.

**C.  Criteria for Reviewing Recorded Conversations: [33.04C]**

Recorded conversations may be re-viewed for the following reasons:

1.  Clarification information.

2.  Investigative purposes.

3.  Internal Investigation.

4.  Pursuant to a Public Records Re-quest per Florida Statute 119.011(1).

5.  Audits.

6.  Training.

**D.  Procedure for Reviewing Recorded Conversations: [33.04C]**

The following will be the procedures for reviewing recorded phone and radio conversations, which are recorded and stored in the Communications Section.

1.  **Departmental requests:** A Ser-geant or above must contact the on duty Communications Shift Supervi-sor and request a copy of a record-ed conversation.

    a.  The following information must be provided if possible:

    (1). Date of transmission.

    (2). Time of transmission.

(3). Location of occurrence.

(4). Radio Talk Group.

    b.  The Communications Shift Su-pervisor will make a copy of the requested recorded conversa-tion and give it to the requesting supervisor.

2.  **Requests from outside the De-partment**: All requests for a copy of a recorded phone or radio conversa-tion will be referred to the Personnel Unit.

    a.  To assist in locating the proper recording, the request should contain the following infor-mation, if possible:

    (1). Date of transmission.

    (2). Time of transmission.

    (3). Location of occurrence.

    (4). Radio Talk Group.

    b.  The Internal Affairs Unit will then send the request to the Com-munications Supervisor.

    c.  The Communications Supervi-sor will:

    (1). Make a copy of the record-ed phone or radio conversa-tion.

    (2). Make a note of the amount of time required to make the tape and their hourly rate of pay. The requesting party will be required to pay this amount in addition to any other fees that may apply.

    (3). The Communications Su-pervisor will send the tape, the requesting party infor-mation, and the salary cost to the Personnel Unit for processing.

**d.** The Personnel Unit will make arrangements with the requesting party to pick up the tape from the Records Section and pay the applicable fees.

## V. RESOURCE INFORMATION

**A. Agency Resources:** **[33.08A-E] [33.09A-F] [33.11, B]**

Communications Members will have access to Agency resources and other emergency and non-emergency services available in the community as follows:

**1. Internal resources:**

Communication Center Members have immediate access to the following resources, at a minimum.

**a.** Duty rosters detailing the Officer in Charge, i.e. Shift Lieutenant and/or On-Call Staff Duty Officer. **[33.08A]**

**b.** Duty rosters of all Members on duty indicating Ranking Officers. **[33.08B]**

**c.** Residential telephone numbers of each Member of the Department. **[33.08C]**

**d.** Beeper and cellular phone numbers for Members.

**e.** Call-out schedules.

**2. External Services:**

Communications Members have immediate access to the following external resources, at a minimum:

**a. Fire Rescue:** Requests for Fire/Suppression Services will be handled via the Computer Aided Dispatch terminals (CAD), located at each Call-Taker and Dispatch position. **[33.09A]**

**b. Environmental and Human Services:** Telephone numbers are located in the CAD system in the information index. **[33.09B]**

**c. Ambulances:** Fire/Rescue Dispatchers maintain a list of ambulance services. **[33.09C]**

**d. Aircraft:** The Broward County Sheriff's Office (B.S.O.) Aviation Unit will be contacted to assist our Agency at the direction of the Shift Lieutenant. They may be contacted through B.S.O. Central Dispatch. **[33.09D]**

**e. Wreckers:** The City contracts with one Wrecker Company. **[33.09E]**

**f. Taxis:** There are two taxi services in the Hollywood area. These phone numbers are located in the phone book. **[33.09F]**

**(1).** Friendly Checker.

**(2).** Yellow Cab.

**g.** Other services will be called as needed i.e., Coast Guard, Health Department, other Police / Fire / Rescue Agencies. These phone numbers are located in the CAD computer in the Information Index. **[33.09G]**

**3. Emergency Telephone numbers:** Communications Members will have immediate access to telephone numbers of emergency service Agencies. These numbers are located at each call-taker position on the E-911 speed dial buttons and/or attached to each phone position inside the Communications Center. **[33.08D]**

**4. Maps:** Large-scale maps divided into zones, sectors, sections, and streets will be on the walls of the Communications Center for immediate access for Communication Members. In addition, a map of the City is located at each Call-Taker and Dispatch position. **[33.08E]**

5. **Member Activity:** Calls, which are received and/or dispatched, the Member's initial status and any change in the Member's status are recorded by the Dispatcher in the Computer Aided Dispatch (CAD) System. The CAD printouts will be maintained in accordance with The State of Florida General Record Schedule for Law Enforcement Agencies. **[33.11B]**

B. **CAD System Design:** **[33.11F]**

The CAD system was designed to alert the Dispatcher to verify a Member's status after an established period of time has elapsed without contact. The computer automatically highlights the Member's Unit number after a certain amount of time has elapsed between radio transmissions. When this occurs, the Dispatcher will attempt to make contact with the Officer to establish his status.

1. Priority 1 – 10 minutes.

2. Priority 2 – 8 minutes.

3. Priority 3 – 5 minutes.

## VI. COMMUNICATIONS MEMBER TRAINING

Communications Members will be provided a current Communications Operations Manual SOP that outlines Members duties and responsibilities.

## VII. PROCEDURES FOR OBTAINING INFORMATION **[33.07]**

A. **Determining the Type of Call:**

Communication Members will determine the type of call by choosing a Call Signal(s) from the list of signals that most closely represents the information being obtained from the caller.

B. **Obtaining Appropriate Information for the Type of Call received:**

Once the type of call has been identified, Communications Members will ask the caller specific questions regarding the nature of the call. Communications Members will refer to the Tactical Dispatch Plan Manual (located at each position) which can guide them in specific questions for each type of call. Communications Members will also ask the following initial questions, if applicable.

1. If a crime is in progress?

2. Are weapons involved (what type)?

3. Do any safety hazards exist?

4. What are the descriptions of persons or vehicles involved?

5. What is the location(s) of occurrence?

6. What is the time delay?

7. Are there any injuries?

8. Is fire or rescue required?

9. Are other emergency services required?

10. Other questions pertinent to the call type.

## VIII. TACTICAL DISPATCH PLANS **[33.10]**

Communications Members will have immediate access to tactical dispatching plans. Tactical plans include the use of tactical groups when a coordinated team response is required in an emergency or unusual situation. Each Member is assigned a Communications Operations Manual SOP, SUP-02 that outlines the proper way to handle each call type. These plans include procedures to be followed in directing resources and obtaining information on crimes in progress and tactical operations. A tactical group will be used whenever radio traffic from a specific call or situation would interfere with the normal working traffic of the regular dispatch group.

**DEFINITIONS:**

None

APPROVED BY:

**01/28/2013**

**Vincent R. Affanato**

**Office of the Chief of Police**             **Date**

**ATTACHMENTS:**

- **Appendix A:** Restricted Access Entry Log



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## RESTRICTED ACCESS ENTRY LOG
## COMMUNICATIONS CENTER

| DATE | MEMBER'S NAME | REASON FOR ENTRY | TIME IN | TIME OUT | ESCORTING MEMBER |
|------|---------------|------------------|---------|----------|------------------|
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |
|      |               |                  |         |          |                  |

**NOTE:**  This is a Restricted Area.  Under no circumstances will **UNAUTHORIZED MEMBERS** be allowed to gain access without signing this log and being escorted by an authorized Member.



| TOWED OR IMPOUNDED VEHICLES | |
|---|---|
| **DEPARTMENT SOP: #225** | **CALEA: 1.2.4** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 03/08/2013** | **CFA:**<br><br>**25.02 A-K** |

**PURPOSE:** To establish guidelines for Towing and/or Impounding Vehicles.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The HPD has the authority and responsibility to; ensure the safe and efficient flow of vehicular traffic, recover stolen vehicles, process vehicles involved in crimes and to safeguard vehicles by removing/towing to a place of safe keeping.

**INDEX:**

**I.     OVERVIEW FOR TOWING VEHICLES** .2

  A.  Traffic:...................................................2
  B.  Criminal in Nature:................................2

**II.    PROCEDURES FOR TOWING VEHICLES** ...........................................2

  A.  Disabled or Unsafe Vehicles as a Result of a Traffic Crash: ...................2
  B.  Mechanical Breakdown-Disabled or Obstructing Traffic (Attended):............2
  C.  Abandoned Vehicles (Unattended):.....3
  D.  Subject To Police Investigation: .........3
  E.  Impoundment:......................................3
  F.  Forfeiture [38.01][38.02] .........................4
  G.  Arrest:.................................................4
  H.  Uncollected Tow Fees: ........................4

**III.   TOWED VEHICLE INVENTORY AND RECEIPT FORMS**.....................................4

  A.  Content: [25.02A-J] ..................................5
  B.  Holds:..................................................5

**IV.   ADMINISTRATIVE INVENTORY OF TOWED VEHICLES** ...............................5

  A.  Purpose: [25.02I] .....................................5
  B.  Legal Authority: ..................................5
  C.  Legal Restrictions: ..............................5

  D.  Inventory Methods: ..............................6

**V.    TOWING FROM PRIVATE PROPERTY** 6

  A.  Criminal: ..............................................6
  B.  Private Property:..................................6
  C.  Civil Matters:........................................6

**VI.   TOWED VEHICLE'S SUBJECT TO TELETYPE ENTRY OR REMOVAL [25.02K]** .................................................6

  A.  Procedure for Entry or Removal:.........6
  B.  Types of Towed Vehicles that Require Teletype Entry:...................................7

**VII.  VEHICLE HOLDS [25.02J]** .......................7

  A.  State Statute:.......................................7
  B.  Legal Criteria For Holds: .....................7
  C.  Department Procedure for "Initial" Holds:..................................................8
  D.  Department Procedure for "Hold Extensions":.......................................8
  E.  Requesting a Vehicle "Hold" by Another: ..............................................8
  F.  Crime Scene Processing "Holds": .......8
  G.  Vehicle "Hold" Inquiries: .....................9
  H.  Vehicle Hold Releases: ......................9

**VIII. FORM ROUTING**...................................9

  A.  Towed Vehicle Inventory and Receipt Forms:.................................................9
  B.  Vehicle Hold Release and Vehicle Hold Extension Forms:................................9

**IX.   COMMUNICATIONS RESPONSIBILITIES WHEN VEHICLES ARE TOWED** ........................................10

  A.  Dispatch Responsibilities: [25.02H] ..... 10
  B.  Teletype Operators:..........................10

**X.    DEFINITIONS:** ....................................10

  A.  ADMINISTRATIVE INVENTORY: ..... 10
  B.  HOLD (INITIAL):................................10
  C.  HOLD (EXTENDED): .......................10

D.     PROBABLE CAUSE: ........................10

**PROCEDURE:**

**I.   OVERVIEW FOR TOWING VEHICLES**

Members possess the legal authority to have vehicles towed to a storage facility under certain conditions.

**A.   Traffic:**

Members may tow a vehicle for the following traffic related incidents:

**1.**  Disabled or unsafe as a result of a traffic crash or breakdown.

**2.**  Obstructing traffic (attended or unattended).

**B.   Criminal in Nature:**

Members may tow a vehicle for the following criminally related incidents:

**1.**  Suspiciously abandoned.

**2.**  Involved in a crime and subject to Police investigation.

**3.**  Lawful impoundment.

**4.**  Forfeiture.

**5.**  Arrest.

**II.  PROCEDURES FOR TOWING VEHICLES**

**A.   Disabled or Unsafe Vehicles as a Result of a Traffic Crash:**

When a vehicle is disabled or unsafe as a result of a traffic crash, the following procedures will apply:

**1.   Vehicle Removal:** It will become the investigating Member's responsibility to:

**a.**  Ensure that the vehicle is removed from the scene by contacting the appropriate wrecker service.  (City contractor or private request).

**b.**  Advise Dispatch of any special equipment that may be needed.

**c.**  Ensure that the responding wrecker service cleans all debris from the roadway.

**d.**  Complete the Towed Vehicle Inventory and Receipt Form (see **Section III** of this SOP).

**2.   Private Requests:** Citizens can request a private towing service to respond for towing.  However, if the private towing service cannot respond in a reasonable amount of time, the Member will:

**a.**  Request the contracted wrecker service to remove the vehicle.

**b.**  Complete the Towed Vehicle Inventory and Receipt Form (see **Appendix B**).

**B.   Mechanical Breakdown-Disabled or Obstructing Traffic (Attended):**

While on or off-duty, when operating a marked Police vehicle within the City limits, Members encountering a stranded motorist will stop and check on the welfare of the occupants and perform the following:

**1.**  If the Member is enroute to a call of higher priority, the Member will notify Communications and request a Unit to respond.

**2.**  If applicable, initiate a SIGNAL-84 [Disabled Vehicle Assistance] with Communications.

**3.**  Conduct one of the following:

**a.**  Request Communications to contact the contracted wrecker service.

**b.**  Assist the motorist in contacting a friend, family member or private towing service to respond for assistance.

4. Ensure the person's safety. Dispatch will be given the starting and ending mileage if transporting citizens in a police vehicle.

5. If the vehicle is on the roadway, remain with the vehicle providing a safety zone, with emergency lights activated until the vehicle is towed or removed from the roadway.

6. **Do not:**

   a. Use Police vehicles to push a stranded vehicle off the roadway, except in exigent circumstances.

   b. Utilize battery cables to jumpstart a disabled vehicle.

**C. Abandoned Vehicles (Unattended):**

Member's observing or dispatched to an unattended or abandoned vehicle will:

1. Determine the status of the vehicle by checking the tag number and VIN through NCIC/FCIC.

2. Attempt to contact the registered owner of the vehicle to determine the status of the vehicle i.e.; stolen, disabled, lost, etc.

3. Tow the Vehicle if the vehicle is:

   a. Stolen – (per **Auto Theft SOP** and ensure its removal from Teletype).

   b. Obstructing City traffic – (issue a parking citation, remain with the vehicle providing a safety zone, with emergency lights activated, until the vehicle is towed).

   c. Abandoned and meets any of the criteria in **Section VI, Towed Vehicles Subject to Teletype**, **Paragraph B** of this SOP – (enter into the FCIC/NCIC System).

4. If the vehicle doesn't meet the requirements for towing, but it is abandoned, the Member will:

   a. Relay the Vehicle's description and location to Communications for Code Enforcement follow-up.

   b. Complete a Mobile Field report using offense code Abandoned Vehicle.

**D. Subject To Police Investigation:**

Vehicle holds or extended vehicle holds may be placed on towed vehicles requiring follow up investigations:

1. **Criminal Investigations:** Processing is needed by a Crime Scene Technician and the Crime Scene Technician is either:

   a. Not available for on-scene processing or,

   b. Unable to process the vehicle on-scene due to environmental conditions.

2. An Auto Theft Investigator is needed to inspect the car.

3. Required as evidence for prosecution by the State Attorney's Office.

4. **Traffic Investigation:** The vehicle is needed for a vehicle inspection as a result of a serious crash or fatality.

**E. Impoundment:**

Vehicles can be lawfully impounded and given an Extended Hold based on the following criteria:

1. The vehicle was used for one of the following offenses and is subject to impoundment fines being collected before it's release per City Ordinance:

   a. Misdemeanor drugs.

   b. Lewd and lascivious behavior.

**c.** Prostitution.

**2.** Florida State Law requires Officers to immediately impound a vehicle because a driver's license is currently suspended or revoked and all of the following apply (see **FSS 322.34(8)(a-f)**):

   **a.** The driver is the owner or co-owner of the vehicle.

   **b.** The driver/owner's license has remained suspended or revoked since a conviction for the offense of driving with a suspended or revoked license.

   **c.** The suspension was for either

   **(1).** Failure to maintain insurance.

   **(2).** Habitual Traffic Offender.

**F.   Forfeiture:** [38.01][38.02]

Vehicles used or intended to be used in the commission of a crime can be subject to confiscation and forfeiture under the Florida Contraband Forfeiture Act. An arrest of the owner does not always have to occur for a vehicle to be civilly forfeited.

**1.** Vehicles impounded for forfeiture must be towed to the impound lot. Members are not permitted to drive the vehicle to the impound lot.

**2.** If it is necessary to process the vehicle for evidence, the vehicle will be towed to the forfeiture compound upon completion.

**3.** Complete the following:

   **a.** Towed Vehicle Inventory and Receipt Form.

   **b.** Forfeiture Analysis Form.

   **c.** Probable Cause Affidavit.

   **d.** Priority Mobile Field Report.

**e.** Extended Hold Form.

**4.** Forward all reports and any recorded statements to the Legal Advisor via their Inter-office mailbox.

**G.   Arrest:** [1.2.4]

When a vehicle is towed for safeguarding as a result of the driver being placed under arrest:

**1.** The Member will conduct an Administrative Inventory and tow the vehicle.

**2.** An arrestee may request to have the vehicle released to a third party.

**3.** This request will be accommodated when the request does not interfere with or delay the Officer's investigation and

   **a.** A licensed driver can remove the vehicle in a reasonable amount of time or;

   **b.** If the vehicle can be left in a large commercial parking area, or legally parked on City property; the Driver must sign a Driver Disclaimer and Release Form (see **Appendix A**).

**H.   Uncollected Tow Fees:**

Due to un-collected towing fees being billed to the Department, Members will not release a vehicle directly to an owner.   The contracted wrecker service must remove all vehicles towed to headquarters and the owner will contact the wrecker service for release.  However, the Department recognizes certain circumstances in which the Legal Advisor can release a vehicle to an owner.

**III.   TOWED VEHICLE INVENTORY AND RECEIPT FORMS**

Members will utilize the Towed Vehicle Inventory and Receipt Form (see **Appendix B**), as the method for recording all wrecker service tows required by the Department.

**A. Content:** [25.02A-J]

Towed Vehicle Inventory and Receipt forms must meet the following minimum guidelines of content:

1. Time: [25.02A]

2. Date: [25.02B]

3. Location towed from: [25.02C]

4. Requesting Member's name and Badge Number: [25.02D]

5. Reason for removal or tow: [25.02E]

6. Towing Service's name: [25.02F]

7. Location of where the vehicle is transported to. [25.02G]

8. How and when the registered owner was notified about the towing of their vehicle or documentation of attempts to contact the vehicle owner. [25.02H]

9. Inventory of contents. [25.02I]

10. Whether a hold placed on the vehicle and by whose authority. [25.02J]

11. Teletype Operator's name, Badge Number and Teletype Message Number.

**B. Holds:**

The Towed Vehicle Inventory and Receipt form will be completed in it's entirety.   When completing the form, Members will pay particular attention to the following:

1. **Holds:**

   a. Requires Supervisor authorization and signature.

   b. Requires that within five (5) days a Member:

      (1). Release the hold (see Section VII G) or

      (2). Place an extended hold (see Section VII D).

2. **Owner Contact:** Delivery of the owner's copy of the form to the authorized driver of a vehicle will serve as sufficient notification when the vehicle is towed during an arrest or crash.

3. **Form Disbursement:** Members are required to have all Towed Vehicle Inventory Receipt forms signed by the wrecker service driver.   The driver will be given the wrecker service's copy and the remaining copies will be forwarded to Records.

**IV. ADMINISTRATIVE INVENTORY OF TOWED VEHICLES**

**A. Purpose:** [25.02I]

The purpose of an Administrative Inventory for a vehicle being towed is:

1. To protect the owner's vehicle and contents while in Police custody.

2. Protect the Department from claims of lost, stolen, missing or damaged property.

3. Protect Members and the public against injury or property damage as a result of hazardous materials or substances being stored within the vehicle.

**B. Legal Authority:**

An Administrative Inventory can be conducted without a warrant or probable cause when a vehicle is being lawfully towed, seized or impounded for safeguarding subsequent to arrest.

**C. Legal Restrictions:**

Examination of the contents of a vehicle during a criminal investigation or with the intent of discovering evidence of a crime is a search and not an Administrative Inventory.

### D.  Inventory Methods:

To properly perform an Administrative Inventory, Members will:

1.  Inspect all areas of the vehicle including the trunk and passenger compartment to include; containers, suitcases and boxes found within.  If any item is locked, a key should be obtained to open the item.

2.  The Administrative Inventory will be conducted at the location where the vehicle was stopped and before the vehicle is towed.

3.  All items of value will be listed on the Towed Vehicle Inventory Receipt form in the appropriate field. (Note: each individual item with minimal value need not be itemized i.e. toolbox with miscellaneous tools, or suitcase with clothing, etc).

4.  Members should ask the driver and occupants of the vehicle being towed where all valuables are located (cell phones, checks, cash jewelry).  Small valuable items will be removed from the vehicle and placed into the prisoner's property or removed by the occupants of the vehicle.

5.  The Vehicle's inventory will be verified by the Driver's signature.

6.  Items of questionable ownership will be placed into property on a Property Report for release upon proof of ownership.

7.  Any contraband or evidence discovered during an Administrative Inventory will be removed and documented as evidence in the following reports:

    a.  Towed Vehicle Inventory and Receipt.

    b.  Mobile Field Report.

    c.  Property Report.

    d.  Probable Cause Affidavit, if applicable.

## V.  TOWING FROM PRIVATE PROPERTY

### A.  Criminal:

Members can have a vehicle towed from private property if the investigator has probable cause that the vehicle is; evidence of a crime, used in a crime or subject to forfeiture.  However, legal guidance should be obtained to determine if a search warrant is required prior to a seizure unless the vehicle is towed incidental to arrest.

### B.  Private Property:

The Department will not tow vehicles on private property if they have not been involved in a crime. It will be the responsibility of the owner or representative of the premises to remove the vehicle. However, City Ordinance allows Members to issue the vehicle a parking citation if an affidavit is signed by the private property owner or owner of the parking space (see **Municipal Ordinance 72.051 and 72.053**).

### C.  Civil Matters:

Businesses who were delivered a vehicle for repairs are legally entitled to payment due to services rendered (mechanical repairs, towing and storage). The business can retain the vehicle until the bill is paid or a bond is posted with the Courts and evidence of the bond is delivered to the business.  Officers will not tow these vehicles at the request of citizens.

## VI.  TOWED VEHICLE'S SUBJECT TO TELE-TYPE ENTRY OR REMOVAL [25.02K]

### A.  Procedure for Entry or Removal:

The following procedures will be completed when a vehicle requires entry or removal from the FCIC/NCIC System:

1.  Contact the Teletype Operator and advise what type of entry is required

(i.e. stolen, recovered, or abandoned).

**2.** Note the Teletype Operator's name and Badge Number on the Towed Vehicle Inventory and Receipt form and in the Mobile Field Report.

**3.** Note the entry or removal message number and enter it on the Towed Vehicle Inventory and Receipt form and the Mobile Field Report.

**4.** Note the NIC number in the vehicle section of the Mobile Field Report.

**B. Types of Towed Vehicles that Require Teletype Entry:**

The following are parameters for an FCIC/NCIC System entry or removal:

**1. Stolen Vehicles:**

   **a.** A Recovered stolen vehicle requires the Member to have the Teletype Operator remove the vehicle from the FCIC/NCIC System.

   **b.** An entry of a stolen vehicle requires the Member to have the Teletype Operator enter the vehicle into the FCIC/NCIC System.

**2. Abandoned Vehicles:**

Members that tow an Abandoned Vehicle will have a Teletype Operator enter the vehicle into the NCIC/FCIC System as an Abandoned/Recovered Vehicle and will document any unusual characteristics about the vehicle's condition.

   **a.** Such characteristics include:

   **(1).** A damaged ignition.

   **(2).** Parts are missing (i.e., doors, airbags, seats, etc.).

   **(3).** Damage consistent with a Hit and Run crash.

**(4).** Bullet holes.

**(5).** Blood in or on the vehicle.

**(6).** Contraband or evidence within the vehicle.

   **b.** If the abandoned vehicle is on private property and the property owner claims:

   **(1).** That the vehicle is abandoned, a search warrant is not required.

   **(2).** The vehicle, a search warrant may be required.

**VII. VEHICLE HOLDS [25.02J]**

   **A. State Statute:**

   FSS Chapter 323 governs a Law Enforcement Agency's right to place a "Hold" on a vehicle, duration of the hold, and responsibility for storage payment.

   **B. Legal Criteria For Holds:**

   The law stipulates:

   **1.** The Investigating Agency may only place an initial "hold" on a vehicle within a wrecker operator's storage facility for a period not to exceed 5 days, excluding holidays and weekends, unless extended in writing.

   **2.** A Law Enforcement Agency can only extend a Hold for the following:

   **a.** "There is probable cause to believe the vehicle will be forfeited."

   **b.** "There is probable cause to believe the vehicle was used in a crime."

   **c.** "There is probable cause to believe the vehicle was involved in a traffic crash resulting in death or serious personal injury and should be sealed for investigation and collection of evidence."

    **d.** "Court Order."

    **e.** "Vehicle is impounded or immobilized pursuant to FS Law 316.193 or 322.34."

**3.** A subject, whose vehicle has been impounded or immobilized, has the ability to request a judicial hearing. If a Court rules that no probable cause existed for the impoundment or immobilization:

    **a.** The investigating Agency ordering the hold will pay the accrued charges for any towing and storage.

    **b.** The Legal Advisor will notify the appropriate Division Major of such Court disposition.

    **c.** The appropriate Division Major will have an Administrative Inquiry conducted.

**C. Department Procedure for "Initial" Holds:**

The Department's Legal Advisor is the facilitator for all Departmental holds. Vehicle forfeiture hold inquiries will be forwarded to the Legal Advisor's Office. All other hold inquires will be routed to the Tow Liason in Records.

An Initial Hold is instituted by Members as follows:

**1.** First receive a Supervisor's approval before initiating a "hold."

**2.** Complete the Towed Vehicle Inventory and Receipt form in its entirety and:

    **a.** Check the "Hold" box.

    **b.** Check the appropriate "Reason" box.

    **c.** Enter the Supervisor's name that approved the "hold", and have him sign the form.

    **d.** Enter the Division or Section of the unit requiring the hold (ie. Auto Theft, Crime Scene Investigations, Traffic Homicide Unit, or Legal).

**3.** The investigating Member requiring the hold will follow-up on the status of the "hold" by completing either the "Hold Release" or "Hold Extension" form (see **Paragraph D or H** of this Section).

**D. Department Procedure for "Hold Extensions":**

Vehicles with "Initial" holds are subject to release by the wrecker service to the owner or lien holder of record if the "Hold Extension" procedure is not properly followed.  It is the investigating Member's responsibility to complete a "Hold Extension" form (see **Appendix C**).  If any of the legal requirements in **paragraph B** of this section are met.

**E. Requesting a Vehicle "Hold" by Another:**

When an outside Agency requests a Hold on a vehicle that a Member from this Agency has recovered,  the Agency requesting the Hold will be immediately notified by Communications.  The Agency requesting the Hold will be responsible for releasing the Hold or extending the Hold.

**F. Crime Scene Processing "Holds":**

If a "hold" is initiated on a vehicle that must be processed by a Crime Scene Unit, the following will apply:

**1.** The vehicle will be towed by the contracted wrecker service to one of the following locations:

    **a.** The contracted wrecker service's secured garage.

    **b.** Or to any other designated location as directed by a CID Member.

**2.** Supervisors will ensure that the evidence integrity of the vehicle is not compromised.

**3.** The Member who requested the "hold" will complete either:

    **a.** The "Hold Release" form.

    **b.** The "Hold Extension" form.

The requesting Member will attach the entire form, with their signature, to the vehicle by placing the form underneath the windshield wiper of the vehicle.

**4.** Contact the Crime Scene Technician and:

    **a.** Place their name, contact time and Badge Number on the Towed Vehicle Inventory and Receipt form.

    **b.** Advise the Technician of vehicle description, processing required, and location of the vehicle.

**5.** The Crime Scene Technician will ensure that:

    **a.** The vehicle is processed and removed as expeditiously as possible.

    **b.** The "Hold Release" or "Hold Extension" form is signed to provide notification that the vehicle has been processed.

    **c.** A copy of the "Hold Release" or "Hold Extension" is provided to the wrecker service. A copy will also be forwarded to Records.

**G. Vehicle "Hold" Inquiries:**

When any Member is contacted by any citizen, attorney or wrecker service employee who is inquiring about the status of a held vehicle, the inquiry will be directed to the Tow Liaison (Records).

Forfeiture hold inquiries will be directed to the Legal Advisor's Office.

**H. Vehicle Hold Releases:**

When the reason for the vehicle hold no longer exists, the investigating Member is responsible for releasing the hold by submitting a "Vehicle Hold Release" form (see **Appendix D**). The responsible Member will:

**1.** Expedite the release of the vehicle by:

    **a.** Contacting the wrecker service by phone and faxing them a copy of the "Hold Release" form.

    **b.** Notifying the owner, by phone, that their vehicle has been released.

    **c.** Sending the completed form to Records.

**2.** The Tow Liaison will follow-up with the owner and the wrecker service.

**VIII. FORM ROUTING**

**A. Towed Vehicle Inventory and Receipt Forms:**

Towed Vehicle Inventory and Receipt forms will be routed to Records. Records will retain the white original and distribute the remaining copies.

**B. Vehicle Hold Release and Vehicle Hold Extension Forms:**

All Vehicle Hold Release or Vehicle Hold Extension forms will be routed to the Tow Liaison in Records. Records will retain the original for filing. The Tow Liaison will fax a copy, upon request, to the wrecker service.

## IX. COMMUNICATIONS RESPONSIBILITIES WHEN VEHICLES ARE TOWED

### A. Dispatch Responsibilities: [25.02H]

Dispatch may provide the following assistance:

1. Contact the contracted wrecker service and ask for an Estimated Time of Arrival (E.T.A.).

2. If the vehicle is towed for improper parking or by Code Enforcement, the vehicle will be placed on the appropriate log in Communications.

3. Attempt to contact an owner, when requested by a Member in the field. [25.02H]

### B. Teletype Operators:

Teletype Operators will:

1. Ensure entry and/or removal of all abandoned or recovered vehicles (FCIC).

2. Fill out the appropriate Log:

   a. Abandoned Vehicle Entry Log.

   b. Recovered Vehicle Log within Teletype.

## X. DEFINITIONS:

### A. ADMINISTRATIVE INVENTORY:

A protective inventory of a vehicle conducted on behalf of the owner and the Department before the vehicle is placed into police custody.

### B. HOLD (INITIAL):

A "hold" on a motor vehicle stored within a wrecker operator's storage facility, that is temporary in nature and will not exceed 5 days, excluding holidays and weekends, unless extended in writing with a properly executed Hold Extension form. The initial hold is executed by checking the appropriate box on the Towed Vehicle Inventory Receipt form.

### C. HOLD (EXTENDED):

A "hold" on a motor vehicle stored within a wrecker operator's storage facility that is permanent in nature as long as the extension meets certain lawful criteria. All extended holds require the completion of a "Hold Extension" form.

### D. PROBABLE CAUSE:

Circumstances within one's own knowledge and experience that is rational, trustworthy and supported by articulated facts which would lead a reasonable and prudent man to make a conclusion the information is true.

APPROVED BY:

**Vincent R. Affanato**                    **03/08/2013**
**Office of the Chief of Police**          **Date**

### ATTACHMENTS:

- **Appendix A:**   Driver Disclaimer and Release Form.

- **Appendix B:**   Towed Vehicle Inventory Receipt Form.

- **Appendix C:**   Vehicle Hold Extension Form.

- **Appendix D:**   Vehicle Hold Release Form.



# HOLLYWOOD POLICE DEPARTMENT
## DRIVER DISCLAIMER and RELEASE FORM

Case Number: _____   Date: _____   Sig./Offense: _____

I, _____ ,
(Name of Owner)

hereby state that I am the owner of:

Year: _____   Make: _____   Model: _____   Tag: _____   Color: _____

which is legally parked at or near:



(Address parked or name of large Commercial parking area)

and due to my arrest or inability to drive my vehicle from the above-referenced location, it is my preference that my vehicle remain on-scene until I can make private arrangements to retrieve my vehicle.  Understanding that it is my decision that my vehicle remains on-scene.  I hereby release and hold harmless the City of Hollywood, it's employees, Officers and agents from any claims or actions resulting from property damage or theft of my vehicle.


Officer witnessing Driver's signature to this form:


Name/Badge: _____   Date: _____


Signature: _____

# TOWED VEHICLE & INVENTORY RECEIPT FORM
## CITY OF HOLLYWOOD ● POLICE DEPARTMENT
### (954) 967- 4357

| DATE: | DAY: | TIME: | H.P.D. CASE NUMBER: |
|---|---|---|---|

| RELATED JURISDICTION NAME & CASE NUMBER: | PARKING VIOLATION #: | CODE VIOLATION #: |
|---|---|---|

REASON FOR TOW:  ☐ DISABLED ☐ CRASH ☐ INVESTIGATION ☐ ARREST ☐ OBSTRUCTING TRAFFIC ☐ ABANDONED ☐ OTHER

TOWED FROM:

## TOWED VEHICLE AND OWNER INFORMATION

| REGISTERED OWNER: | STREET ADDRESS: |
|---|---|
| CITY: | STATE: | ZIP CODE: |

| RESIDENCE PHONE #: | BUSINESS PHONE #: |
|---|---|

OWNER CONTACTED?  ☐ YES  ☐ NO     CONTACT ATTEMPTED?  ☐ YES  ☐ NO     TIME:

| VEHICLE YEAR: | MAKE: | MODEL: | BODY: ☐ 2D ☐ 4D ☐ TK ☐ SW | COLOR: |
|---|---|---|---|---|

| TAG STATE:: | TAG NUMBER: | DECAL NUMBER: | EXPIRATION DATE: |
|---|---|---|---|

| V.I.N.# | INSURANCE COMPANY NAME: |
|---|---|
| | TELEPHONE #: (          ) |

| KEYS WITH VEHICLE: ☐ YES ☐ NO | RADIO IN VEHICLE: ☐ YES ☐ NO | WEATHERPROOFING REQUIRED:  (EX. BROKEN WINDOWS)     YES ☐ |
|---|---|---|

LIST ALL INTERIOR AND EXTERIOR  VEHICLE DAMAGE:

INVENTORY OF CONTENTS:

## WRECKER SERVICE INFORMATION

☐ A SUPERIOR TOWING COMPANY ● 2385 S.W. 66TH TERRACE ● DAVIE, FLORIDA  33317 ● PHONE # (954) 424-8781

☐ OTHER:

☐ CONFISCATION LOT

| WRECKER DRIVER'S SIGNATURE: | ID#: | DATE: | TIME: |
|---|---|---|---|

## TELETYPE INFORMATION

| TELETYPE OPERATOR'S NAME: | BADGE#: | MESSAGE#: |
|---|---|---|

### MEMBER'S NAME/SIGNATURE COMPLETING FORM:                    BADGE #:

### CHECK HERE IF VEHICLE HOLD REQUIRED ☐                    Inside Storage ☐ YES

☐ FORFEITURE ☐ PROCESSING ☐ CRASH INSPECTION ☐ COURT ORDER ☐ IMPOUNDMENT ☐ EVIDENCE

| APPROVING SUPERVISOR'S NAME: | SIGNATURE: |
|---|---|
| INVESTIGATING OFFICER'S NAME : | SIGNATURE: |

WHITE-RECORDS ● GREEN-C.I.D. INVESTIGATOR ● YELLOW-OWNER ● PINK-PD LEGAL OFFICE ● GOLD-WRECKER SERVICE



# CITY OF HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BOULEVARD • ZIP 33021-6967
Telephone: (954) 967-4567   Fax: (954) 967-4459

Office of the
Police of Chief

# HOLLYWOOD POLICE DEPARTMENT
# VEHICLE HOLD EXTENSION

| DATE:                    TIME: | CASE # |
|---|---|

| TYPE OF INCIDENT: | |
|---|---|

| **REASON FOR EXTENSION:** ||
|---|---|

☐ FORFEITURE  ☐ PROCESSING  ☐ ACCIDENT INSPECTION  ☐ COURT ORDER  ☐ IMPOUNDMENT  ☐ EVIDENCE

OFFICER REQUESTING EXTENTION:

| **VEHICLE PROCESSING** |||
|---|---|---|
| PROCESSED:  ☐ YES  ☐ NO | ID TECH NAME: | BADGE#: |

| **VEHICLE INFORMATION** |||
|---|---|---|
| YEAR: | MAKE: | MODEL: |
| BODY: | STYLE: | COLOR: |
| TAG: | STATE: | YEAR: |
| VIN #: | | |

| **SUPERVISOR AUTHORIZING EXTENSION** ||
|---|---|
| NAME: _____ | DATE: _____ |
| SIGNATURE: | TIME: |

**NOTICE TO OWNER:**  Receipt of this Form will serve as notification that the City of Hollywood Police Department has extended the "hold" on your vehicle for the reason described above.  Should you have any questions, you can contact the Hollywood Police Legal Advisor at (954) 967-4490.

White-Records • Yellow-Owner by Mail • Pink-Wrecker Service



# CITY OF HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BOULEVARD • ZIP 33021-6967
Telephone: (954) 967-4567   Fax: (954) 967-4459

Office of the
Chief of Police

# HOLLYWOOD POLICE DEPARTMENT
# VEHICLE HOLD RELEASE FORM

| DATE:                TIME: | CASE # |
|---|---|

| TYPE OF INCIDENT: |
|---|

| **REASON FOR HOLD:** |
|---|
| ☐ FORFEITURE ☐ PROCESSING ☐ ACCIDENT INSPECTION ☐ COURT ORDER ☐ IMPOUNDMENT ☐ EVIDENCE |
| OFFICER WHO REQUESTED HOLD: |

| **VEHICLE PROCESSING** | | |
|---|---|---|
| PROCESSED:   ☐ YES ☐ NO | ID TECH NAME: | BADGE#: |

| **VEHICLE INFORMATION** | | |
|---|---|---|
| YEAR: | MAKE: | MODEL: |
| BODY: | STYLE: | COLOR: |
| TAG: | STATE: | YEAR: |
| VIN #: | | |

| **RELEASE AUTHORIZATION** | |
|---|---|
| NAME: _____ | DATE: _____ |
| SIGNATURE: | TIME: |

**NOTICE TO OWNER:**  Receipt of this Form will serve as notification that the City of Hollywood Police Department has released the above described vehicle and that it can be reclaimed at the following location:

☐   **SUPERIOR TOWING ● 2385 SW 66 TERRACE ● DAVIE FLORIDA  33317 ● PHONE # (954) 424-8781**

☐   **HOLLYWOOD POLICE DEPARTMENT ● LEGAL ADVISORS OFFICE'S ● 3250 HOLLYWOOD BLVD ● HOLLYWOOD FLORIDA 33021 ● PHONE # (954) 967-4490**

☐   **OTHER:_____**

White-Investigating Officer ● Yellow-Owner by Mail ● Pink-Wrecker Service



| **COMMUNITY SERVICE OFFICERS** | |
|---|---|
| **DEPARTMENT SOP: #226** | **CFA STANDARDS:** |
| **EFFECTIVE DATE: 11/1/2001** | 24.06 A,B  13.08 |

**PURPOSE:**  To establish guidelines and procedures for Community Service Officers.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Department has established the Community Service Officer Program supplementing its workforce and providing a professional service to the public for those incidents that do not require a Law Enforcement Officer.

**INDEX:**

I.    SELECTION CRITERIA ............................1

II.   TRAINING [24.06B] ...............................1

A.    Initial Training: .....................................1
B.    Community Service Officer
      Probationary Period: ...........................1
C.    Traffic Homicide Investigators: ............2

III.  AUTHORITY / RESPONSIBILITIES
[24.06A] .............................................................2

A.    Patrol Section: .....................................2
B.    Crime Scene Procedures: ...................3
C.    Submission/Transfer of Latent Print
      Evidence: .............................................4
D.    Discrepancies of Submitted Evidence: 5
E.    Special Operations-Traffic Section: .....5

IV.   RESTRICTIONS AND PROHIBITIONS..5

A.    Restrictions: .........................................5
B.    Prohibitions: .........................................5

V.    USE OF FORCE ....................................5

A.    Physical Force: ....................................5
B.    Aerosol Chemical Agent: ....................6

VI.   EXTRA DUTY DETAILS........................6

A.    Requirements: ......................................6

B.    Assignment:..........................................6
VII.  UNIFORMS ............................................6

**PROCEDURE:**

**I.    SELECTION CRITERIA**

Community Service Officers will be selected as described within the **Professional Standards Personnel Units SOP**.

**II.   TRAINING [24.06B]**

**A.    Initial Training:**

Community Service Officers (CSO's) must complete the following training requirements before performing their duties.

**1.**   Public Safety Service Aide Course.

**2.**   Parking Enforcement Specialized Training.

**3.**   Departmental orientation provided by the Training and Professional Development Unit.

**B.    Community Service Officer Probationary Period:**

A Community Service Officers' "Probationary" status begins on the date that they graduate the Police Service Aide Academy and will continue for a full 6 months.

**1.**   The Patrol Division is responsible to provide a Monthly Status Report to the Chief of Police and Assistant Chiefs of Police on all Probationary

Community Service Officers until the successful completion of probation.

2. Prior to the final day of "Probationary" status, a Probation Review Board will convene and make a determination to appoint the Member to "Permanent" status.

3. A Probationary Review Board will be scheduled at the direction of the Chief's Office.  Attendance at the Probation Review Board will consist of those Members designated by the Chief of Police or his designee.

**C.  Traffic Homicide Investigators:**

Community Service Officers assigned to the Special Operations Section are classified as Traffic Homicide Investigators and will be required to attend the following additional courses:

1. At Scene Crash/Traffic Homicide.

2. Interviews and Interrogations.

3. Court Preparation and Testimony.

## III.  AUTHORITY / RESPONSIBILITIES [24.06A]

**A.  Patrol Section:**

Community Service Officers may be assigned to a variety of non-violent duties and investigations. The following may be used as a guide:

1. Traffic functions:

   a. Accident investigations including the issuance of non-criminal citations.

   b. Traffic direction and control.

   c. Completion of Towed Vehicle Inventory Receipt forms.

   d. Standby for wreckers.

   e. Assisting disabled motorists.

2. Non-violent misdemeanors, as long as a suspect is not on scene or in the area and there is no immediate chance of apprehension to include:

   a. Late reported vandalism investigations.

   b. Litter complaints (report only).

   c. Animal complaints.

   d. Late reported thefts.

   e. Frauds (No viable suspect).

   f. Violations of City Ordinances.

   g. Stolen tags.

   h. Lost property/found property, **(except firearms)**.

3. Non-violent felonies, as long as a suspect is not on scene or in the area and there is no immediate chance of apprehension, to include:

   a. Stolen vehicles (a Sworn Member must assist in the preparation of the Auto Theft Affidavit).

   b. Late reported thefts under $1000.

   c. Burglaries of a conveyance (Vehicle).

   d. Frauds (No viable suspects).

4. Other low risk services, to include:

   a. Assisting at crime scenes (as assigned by a Supervisor).

   b. Special details.

   c. Delivery of emergency messages and other material as needed (Code 1 calls only).

   d. Transporting complainants or witnesses.

**e.** Staffing the Police Information Desk.

**f.** Citizen assist calls.

**g.** Missing person calls, except when foul play is suspected.

**h.** Administrative and other duties assigned by a Supervisor.

**B. Crime Scene Procedures:**

Community Service Officers may be requested to respond for Crime Scene processing. CSO's will only be responsible for photographing certain incidents and processing certain incidents for latent fingerprints.

**1.** The only Members authorized to collect photographs of any crime scenes, crash scenes, or other law enforcement business are Crime Scene Technicians, designated Community Service Officers or any Member given authorization by a Police Supervisor for a specific scene.

**2.** Community Service Officers are issued the following equipment for crime scene response:

**a.** Digital camera

**b.** 2 SD media cards

**c.** 2 rechargeable batteries

**d.** A/C battery charger

**e.** Print processing kit.

**3.** Digital Imaging Procedures:

**a.** Community Service Officers that have been properly trained will be assigned to photograph the following incidents. If a Community Service Officer is not available, the call will be assigned to a Crime Scene Technician.

**(1).** Minor damage to City property.

**(2).** City of Hollywood Police Vehicle crashes, where damage and/or injuries are minor (as assigned by Supervisor).

**(3).** Vandalism and graffiti.

**b.** Photographs are to be taken prior to any fingerprint processing.

**c.** Images may be reviewed using the camera; however, may not be transferred to any computer or other device that allows for editing of the image.

**d.** Images will never be deleted from the SD media card. Images will only be removed or transferred from the SD media card by the Crime Scene Investigations Unit.

**e.** Digital photographs are crucial pieces of evidence of a crime. Proper chain of custody procedures must always be followed to protect the integrity of such crucial evidence.

**f.** SD media cards will be turned in at the end of each work week to the Crime Scene Unit.

**g.** Members will not utilize any personal cell phone, camera, or other electronic device to photograph, record, or distribute any images or sounds of incidents encountered during their course of duty.

**4.** Latent Print Processing:

**a.** Community Service Officers that have been properly trained may be assigned to process the following incidents for latent prints as directed by the C.I.D. Major.

**(1).** Conveyance burglaries, unless:

    **(a).** A suspect is in custody.

    **(b).** The valued loss from a vehicle exceeds $2,000.00.

    **(c).** Multiple vehicles have been burglarized at the same location.

**(2).** Recovered stolen vehicles, unless:

    **(a).** A suspect is in custody.

    **(b).** The vehicle was used or taken during the commission of a felony.

**5.** There may be incidents where additional processing may be required beyond the scope of the CSO's abilities (i.e. presence of blood). A Crime Scene Identification Technician will be requested.

**6.** A Mobile Field report will be completed for any incident that required photographs and/or latent fingerprint processing, regardless if an Officer handles the initial report.

**C. Submission/Transfer of Latent Print Evidence:**

Community Service Officers will follow procedures in the submission and transfer of evidence to maintain the integrity of the evidence.

**1.** Latent print evidence will be properly sealed with evidence tape and initialed by the submitting member.

**2.** Each latent card must be completely filled out and numbered on the bottom right corner. (i.e. if there are 5 latents, card 1 will have a #1 at the bottom right, card 2 will have the # 2, etc.)

**3.** A Property Form must be filled out completely. The number of latent's being turned in will be noted in the quantity section of the Property Form. (i.e. when 10 latent's are lifted, then the number 10 will be placed into the "Qty" box on the Property Form).

**4.** The latent print evidence will be itemized and the description(s) for each latent lift card submitted will be included on the Latent Submission Form (see **Appendix A**). This form will be submitted along with the original Property Form and the latent evidence.

**5.** The Latent Submission Form will be completely filled out, including whether or not victim elimination standards were collected. The full name and DOB of the subject(s) to be eliminated must be indicated on the Latent Submission Form. If it is known that the suspect is in custody at the time of processing, the appropriate box will be checked off on the form.

    **a.** The full name and DOB also must be written on each elimination card.

    **b.** Elimination of finger and palm prints are required on all cases where latents were lifted.

**6.** Latent print evidence must be submitted daily and placed into the locked latent box which is located outside of the Crime Scene Investigations (CSI) Unit. Latent print evidence must be logged on the Latent Fingerprint/Photo Log (see **Appendix B**) and turned in along with the latent evidence and SD media card, which will be filled out by the submitting member, and will be signed, dated, and retained by the examiner.

**7.** The latent print evidence will be retained within the CSI Unit, which is a secured restricted access office.

**8.** The examiner(s) will follow further policy as set forth in the Crime Scene Investigations Unit Division SOP.

**9.** The examiner will verify all case information and latent details correspond on the actual latent evidence as well as Property Form and/or Latent Submission Form. Any errors will require correction by the person originally submitting the evidence.

**D. Discrepancies of Submitted Evidence:**

**1.** Discrepancies: The information on submitted latent card(s) will be verified with the information on the corresponding documentation (i.e. Latent Submission Form, Property Form, etc.).

   **a.** If a discrepancy exits, the individual who originally submitted the evidence will be notified to make the correction.

   **b.** A Latent Evidence Rejection Form (see **Appendix C**) will be completed and submitted to the member.

   **c.** That member will be required to respond to the Crime Scene Investigations Unit as soon as practical to make the necessary corrections.

   **d.** Once latent evidence and documentation has been verified for accuracy, it will then be analyzed by the Latent Print Examiner.

**E. Special Operations-Traffic Section:**

Community Service Officers assigned to the Special Operations Traffic Section, will have the additional duties of conducting:

**1.** Traffic Homicide Investigations.

**2.** Hit and Run Investigations.

**IV. RESTRICTIONS AND PROHIBITIONS**

**A. Restrictions:**

Community Service Officers will be prohibited from performing the following duties:

**1.** Calls requiring emergency operation of a vehicle.

**2.** Crimes in progress.

**3.** Calls involving confrontations.

**4.** Disturbances of any kind where contact may be made with an offender i.e.; barking dogs, loud music, children playing, audible alarms.

**5.** Any call in which a suspect is on-scene, in the area or immediate chance of apprehension exists.

**B. Prohibitions:**

Community Service Officers have no authority to detain or make an arrest. If a situation arises requiring an arrest or the issuance of a criminal traffic violation, a Sworn Member will be requested and dispatched to the scene.

**1.** Community Service Officers will not make traffic stops under any circumstance.

**2.** Community Service Officers are prohibited from carrying weapons with the exception of the Departmentally approved chemical agent (See this **SOP V.B.**).

**V. USE OF FORCE**

**A. Physical Force:**

Community Service Officers will not use physical force in the performance of their duties, except **as a last resort in self-defense or in the defense of others**.

**B. Aerosol Chemical Agent:**

ACA is a chemical agent issued by the Department, which is considered less-lethal force.

1. Community Service Officers are permitted to carry ACA when they have successfully completed training provided by the Training and Professional Development Unit consisting of:

    a. Actual Application.

    b. Review of the Department's Use of Force and Special Impact Weapons and Munition SOPs.

2. The use of ACA will be used only as a last resort for self-defense or in the defense of others (see **Use of Force: Special Impact Weapons and Chemical Agents SOP**).

3. When ACA is used by a Community Service Officer, he will:

    a. Notify a Supervisor as soon as possible and assist in the completion of a Response to Resistance Form (see **Use of Force SOP**).

    b. Complete a Mobile Field Report or Supplemental Report.

**VI. EXTRA DUTY DETAILS**

**A. Requirements:**

Community Service Officers are permitted to work Extra-Duty Details under the following conditions:

1. Probationary period has been completed.

2. A memorandum requesting to work Extra-Duty details has been signed by their Division Major and received by the Detail Office.

3. The Extra-Duty detail roster for Sworn Members has been exhausted.

4. The Detail requires traffic control only.

**B. Assignment:**

The Department's Extra-Duty Detail Office will be responsible for assigning traffic control details to Community Service Officers.

**VII. UNIFORMS**

Uniforms for Community Service Officers will be distinctly different from that of Sworn Members (see **Uniform Standards and Appearance**).

**DEFINITIONS:**

None

APPROVED BY:

*Chadwick E. Wagner*   **04/19/2012**
**Chadwick E. Wagner**          **Date**
**Chief of Police**

**ATTACHMENTS:**

**Appendix A:** Latent Submission Form

**Appendix B:** Latent Fingerprint/Photo Log

**Appendix C:** Latent Evidence Rejection Form




HOLLYWOOD POLICE DEPARTMENT
Crime Scene Investigations Unit
**LATENT SUBMISSION FORM**

| Case Information | Location Information | |
|---|---|---|
| Case #: _____ Offense (Case Type): | Incident Location: | **Property Form Item #:** |
| Original Date: _____ Original time: _____ | Location where latents were processed: | |
| # of latents submitted: _____ Suspect in Custody: Yes ☐ No ☐ | Names/DOB of Eliminations: | |
| Eliminations Collected: Yes ☐ No ☐ | Names/DOB of Eliminations: | |
| Names/DOB of Eliminations: | Names/DOB of Eliminations: | |
| Names/DOB of Eliminations: | Additional Information: | |

| Lift # | PHOTOS/LIFTS OBTAINED FROM: | INTERIOR | EXTERIOR |
|---|---|---|---|
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

PRINTED NAME, SIGNATURE & BADGE #
EVIDENCE PROCESSED BY : _____   DATE: _____

CSO Name/Badge # _____     **CSO PHOTO/LATENT LOG**

| Date | Case # | Location | Signal | # of Latents | Notes, Special Instructions, Corrections | Acquired by: | Latents Received by: |
|------|--------|----------|--------|--------------|------------------------------------------|--------------|----------------------|
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |
|      |        |          |        |              |                                          |              |                      |

**\*\*The shaded sections are to be checked off and initialed by the person who has uploaded the images to Foray\*\***

 

# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## LATENT EVIDENCE REJECTION FORM

**DATE:** _____

**TO:** _____

**FROM:** _____
Assistant Chief
Administrative Bureau

**SUBJECT:** Latent Rejection

Please direct _____ to contact the Crime Scene Investigations Office at ext. 4460 to correct the following problem under **Case #**_____ within 48 hours:

☐ Property Form not filled out correctly.

☐ Latent Submission Form not filled out correctly.

☐ Latent Envelope not packaged correctly.

☐ Other: _____

_____

**NOTE:** If you are aware of a reason that the CSO/Technician will not be able to correct this problem, please contact the Crime Scene Investigations Unit with the earliest date available.

| | **POLICE CANINE** | |
|---|---|---|
|  | **DEPARTMENT SOP: #227** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/15/2013** | **CFA:**<br><br>**17.11, 17.12C** |

**PURPOSE:**  To establish criteria for the operation and deployment of Canine (K-9) Officers.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Police Canines are a valuable resource for use in criminal apprehension, evidence detection, and for promoting favorable public relations.  It is the policy of the Hollywood Police Department to deploy Canine Teams. [17.11]

**INDEX:**

I.   WORK SCHEDULE AND CALL OUT PROCEDURES ....................................2

A.   On Duty: ..............................................2
B.   Off Duty: .............................................2

II.   FIELD USES OF POLICE CANINE .......2

A.   Supervisors:..........................................2
B.   Routine Backups: ................................2
C.   In-Progress Calls for Service:..............2

III.   APPREHENSION ..................................2

A.   Use of Force: ......................................2
B.   Prohibited Use of Canine: ..................2

IV.   BUILDING SEARCHES .......................3

A.   Responding Officers' Responsibilities: 3
B.   Canine's Responsibilities at a Building Search:.................................................3

V.   AREA SEARCHES..................................3

A.   Officers' Responsibilities: ....................3
B.   Canine Handler's Responsibilities: ......4

VI.   SEARCH AND RESCUE OPERATIONS ...............................................................4

A.   Situations for use of Non-Aggressive Search Dogs:.....................................4

B.   Guidelines: ...........................................4
C.   Notification:...........................................4

VII.   TRAILING OR TRACKING ...................4

A.   Consideration Factors: ........................4
B.   Responsibilities: ..................................5

VIII.   CROWD CONTROL...............................5

A.   General Guidelines: ............................5
B.   Canine Harness: ..................................5

IX.   FOOT PURSUITS .................................5

A.   Pursuing Officer .................................5
B.   Canine Officer .....................................5

X.   VEHICLE PURSUITS.............................5

A.   Utilization:.............................................5
B.   Dispatch Notification: ..........................6

XI.   OTHER AGENCY REQUESTS..............6

A.   Legal:....................................................6
B.   Request Guidelines: ............................6

XII.   NARCOTICS DETECTION ....................6

A.   Purpose:................................................6
B.   Field Use: .............................................6
C.   Use and Storage of Training Aid Narcotics: ...........................................7
D.   Prohibited Uses:...................................7

XIII.   EXPLOSIVE DETECTION CANINES ....7

A.   Officer Requests: .................................7
B.   Officer Briefing: ...................................7
C.   Purpose ...............................................8
D.   Suspicious Packages: ..........................8
E.   Sweeps and Bomb Threats:.................8
F.   Storage.................................................8

XIV.   PUBLIC RELATIONS ............................8

A.   Public Appearances .............................8
B.   Accidental Injuries: ..............................8

XV.   **OFFICER CONDUCT AROUND THE CANINE** ...................................8

   A.   Conduct: .............................8
   B.   Canine Vehicles:.................9
   C.   City Ordinances: ................9

XVI.   **VEHICLE HEAT ALARM** .......................9

XVII.   **DEFINITIONS:** ........................................9

   A.   CANINE: ............................9
   B.   CANINE HANDLER:............................9

**PROCEDURE:** [17.11]

## I.   WORK SCHEDULE AND CALL OUT PROCEDURES

### A.   On Duty:

The Canine Unit Sergeant will be responsible for providing a work schedule for the Canine Unit.  Assignments will be based upon operational needs of the Department.

### B.   Off Duty:

All Canine Units are subject for call-out.

1.   The Canine Unit Sergeant will provide the Communications Section with a call-out schedule.

2.   The Unit Sergeant will be notified of any Canine call-out.

3.   The Unit Sergeant and/or Shift Lieutenant will be notified of a Canine Unit's change in duty status.

4.   A Shift Lieutenant or Unit Sergeant may call-out a Canine Unit when necessary.

5.   If a Canine Handler responding to a call-out determines that an additional Canine Unit is needed, he may summon additional assistance with a Supervisors approval.

## II.   FIELD USES OF POLICE CANINE

### A.   Supervisors:

Canine Units are deployed at the discretion of the Unit Supervisor or in his absence, the on-scene Supervisor.  Canine Handler input will be considered.

### B.   Routine Backups:

It is the responsibility of each Canine Handler to maintain radio awareness and to assist other units as needed.

### C.   In-Progress Calls for Service:

The Canine Supervisor will be responsible for the tactical portion of any incident in which a Canine team is deployed. In the event the Canine Supervisor is not working, a Patrol Supervisor will be responsible for the entire scene. Canine Handlers will respond to all Canine calls for service.

## III.   APPREHENSION

### A.   Use of Force:

The Hollywood Police Department's **Use of Force SOP** will govern the deployment of a Canine to include:

1.   Handlers will make a reasonable attempt to effect arrests without the arrestee incurring a Dog bite.

2.   The use of a Canine will be consistent with a level 4-Intermediate Weapons response to resistance within the Use of Force Continuum (see **Use of Force SOP**).

### B.   Prohibited Use of Canine:

Canine should not be used under the following circumstances:

1.   For any misdemeanor related crimes, unless the perpetrator demonstrates threatening actions toward the public.

**2.** To apprehend known juveniles wanted for anything other than violent felonies.

**3.** To apprehend a known mentally ill person, unless the subjects actions pose a physical threat to the general public. Such deployment will be determined at the discretion of the Shift Lieutenant.

## IV.  BUILDING SEARCHES

**A. Responding Officers' Responsibilities:**

At the scene of a building search, the Officer will:

**1.** Determine the likelihood that the suspect is still present on scene.

**2.** Secure the location to keep the suspect from escaping the perimeter.

**3.** Request emergency transmission (10-33) and move the transmission to an open monitored channel.

**4.** Do not contaminate the location to be searched.

    **a.** Safety to innocent occupants is always the first concern,

    **b.** Avoid unnecessary searching of the area to prevent contamination of the suspect's scent.

    **c.** Attempt to secure the area by staying within the Police Vehicle if possible.

**5.** Advise a Supervisor of the situation and request the assistance of a Canine Unit.

**6.** Once a Canine Team is deployed inside the building, it is the perimeter Officer's responsibility to prevent any other persons from entering the building, i.e. Representatives, Key holders, until advised to do so by the Canine Officer.

**B. Canine's Responsibilities at a Building Search:**

At the scene of a building search, the Canine Handler will coordinate the Canine operation with on scene personnel.

**1.** Assist with the determination on how to conduct the search based on;

    **a.** Time of day.

    **b.** Evidence of force entry.

    **c.** Danger to the Canine Handler, Canine, or other Officers.

    **d.** Type and size of the building.

    **e.** Possibility of innocent people inside.

**2.** No one is allowed inside the building during a Canine search. If a second Officer is needed, the searching Canine Handler will request appropriate assistance.

**3.** The Canine Handler has the responsibility for ensuring that the on-scene Supervisor is advised of updates throughout the duration of the search.

**4.** The Canine Handler will ensure that the Canine does not exit the building until it is on-lead.  The Canine Handler should be aware of all possible exit points.

## V.  AREA SEARCHES

Area searches are outdoor searches in which Canine is deployed in a set pattern utilizing the wind to locate the suspect's airborne scent or articles, pursuing it to its source.

**A. Officers' Responsibilities:**

At the scene of an area search, the officer will:

1. Make every attempt to stay within the police vehicle while on a perimeter position.

2. Ensure the police vehicle is positioned in such a manner to allow for a clear view in two directions. The officer should be able to see two additional perimeter officers.

3. The perimeter officer should make every attempt to keep bystanders on foot and bicycle out of the perimeter.

**B. Canine Handler's Responsibilities:**

Canine Handler's at an area search will:

1. Coordinate outer search boundaries with the on-scene supervisor and the subsequent pattern and tactics required.

2. Conduct the search on lead. The only exception would be when the search area is completely surrounded by a restrictive barrier.

3. Be responsible for giving regular updates so the on-scene Supervisor can adjust the perimeter of the area searched and resources accordingly.

4. Coordinate the conclusion of the search with the on-scene Supervisor.

**VI. SEARCH AND RESCUE OPERATIONS**

Several Agencies provide Bloodhound or other non-aggressive Canines for use in specific situations.

**A. Situations for use of Non-Aggressive Search Dogs:**

1. Missing children or lost persons.

2. Criminal tracking.

3. Tracking escapees.

**B. Guidelines:**

If the Supervisor on scene of an incident believes the use of a non-aggressive search dog is necessary, a request will be made via the Shift Lieutenant.

**C. Notification:**

If a non-aggressive dog is necessary, the Shift Lieutenant will make the final decision. The Shift Lieutenant must make a formal request, over the telephone. The following agencies can assist with providing a Bloodhound or Non-aggressive tracking canine.

1. Medley Police Department
305-883-2047

2. State Department of Corrections
407-245-0840

3. The Jimmy Rice Foundation
800-790-3813

**VII. TRAILING OR TRACKING**

Trailing is a method of locating a fleeing criminal by following a combination of human wind borne scent as well as ground scent.

**A. Consideration Factors:**

The following factors will be considered during trailing or tracking:

1. Canine should be deployed as soon as possible as success depends upon available scent. Though Canines have been known to track scents for up to twenty-four hours, time lapse and area contamination reduce the amount of scent available and may prevent a successful mission.

2. Canine is usually more successful trailing in grass or brush as human scent adheres readily to these surfaces. Paved or gravel areas and overpowering scents, like recently applied fertilizers, burnt grass, or

heavy chemical concentrations may impede a Canine's ability to trail.

3. Human scent remains active longest on a cool moist surface. Direct sunlight, extreme dry ground, or excessive rain dissolves scent rapidly and makes tracking difficult.

**B. Responsibilities:**

The responsibilities of the Canine Unit and Officers during trailing or tracking are the same as building and area searches. Our main concern is the safety of the citizens in the area. Extreme caution should be taken to avoid contact with Canine or contamination of the scene by citizens and animals in the area.

## VIII. CROWD CONTROL

The psychological effect of Canine is one of the most useful tools the Department has at its disposal.

**A. General Guidelines:**

The following procedures are required prior to utilizing Canine for crowd control:

1. Canines will only be utilized for crowd control when authorized by a Lieutenant or above.

2. The Canine Handler has the responsibility of keeping his Canine under control at all times.

3. Other Police personnel present will be informed to maintain a safe distance from the Canine while on the scene of an incident.

4. There must be an avenue of escape open to the crowd prior to deployment of the Canine.

**B. Canine Harness:**

The Canine Handler will utilize a harness and a six-foot leash to restrain the

Canine. Canines will never be unleashed in a crowd control situation.

## IX. FOOT PURSUITS

**A. Pursuing Officer**

If an Officer should lose sight of a suspect during a foot pursuit, the officer should:

a. Stop and maintain his position, advising via police radio of their position and the last known direction of travel of the suspect.

b. Not contaminate the area by walking and searching for the suspect before the arrival of Canine.

c. Maintain the position to prevent the suspect from "BACK-TRACKING".

d. Advise the Canine Handler of the last known location of the suspect.

**B. Canine Officer**

Prior to releasing the Canine, and through-out the pursuit, the Canine Handler will make every attempt to insure that no innocent civilians or other Officers are placed in a vulnerable position.

## X. VEHICLE PURSUITS

Canine Handlers may engage in vehicular pursuits that are authorized by the **Emergency and Police Vehicle Pursuit Operations SOP**.

**A. Utilization:**

A Canine Unit will be utilized in a primary or support capacity so they can be readily available for tracking and apprehending suspects.

**B. Dispatch Notification:**

Dispatch will advise involved units via radio transmission of the presence of a Canine Unit who is involved in the pursuit.  Should the suspects exit the vehicle and flee on foot, officers should not position themselves between the suspects and the canine.

## XI. OTHER AGENCY REQUESTS

**A. Legal:**

Requests for Canine assistance from other Law Enforcement Agencies may be granted in accordance with the **Mutual Aid SOP**.

**B. Request Guidelines:**

The following guidelines will be considered when responding to a request for Canine from an outside Agency.

1. The request for assistance will be cleared through the Shift Lieutenant.

2. The Shift Lieutenant will consider Hollywood's staffing and needs prior to authorization.

3. When utilizing the Canine under the Mutual Aid agreement, the Canine Handler will be responsible for adhering to the Policies of the Hollywood Police Department.  Any conflicts with the requesting Agency will be referred to the Shift Lieutenant.

4. Upon arrival at the scene of the call and prior to actual deployment, the Canine Handler will make an on-scene evaluation.

## XII. NARCOTICS DETECTION

**A. Purpose:**

Narcotic detecting Canines are utilized to search for the odor of various narcotics.  These narcotics include:

1. Marijuana.

2. Hashish.

3. Cocaine.

4. Heroin.

5. Crack Cocaine.

6. Additional substances may be added, as additional training is completed.

**B. Field Use:**

When an Officer believes a situation exists where the utilization of a narcotics Canine would enhance a narcotics investigation, the Officer will:

1. Request an on-duty Canine Handler to respond in a timely fashion. Case-law has determined narcotic Canine searches must be completed in the reasonable amount of time it would take an officer to complete a traffic citation.

2. If there are no Canine Units working, one may be called out with the Shift Lieutenant's approval.

3. The Officer on scene will brief the Canine Handler about the circumstances surrounding the search.

4. A narcotics detecting Canine may be used to search the following:

    a. Currency.

    b. Buildings.

    c. Luggage.

    d. Vehicles or other modes of transportation.

    e. Objects and other open areas.

5. If Canine is being utilized to search a vehicle, the Officer should not contaminate or disturb the interior prior to the Canine Handlers arrival.

**C. Use and Storage of Training Aid Narcotics:**

As part of the on-going training required for Narcotics Detector Canines, the Property and Evidence Unit will maintain training amounts of narcotics for use by Canine Officers. These narcotics will consist of Marijuana, Cocaine, Heroin, etc. Furthermore, the Canine Unit will store pseudo products as well.

1. **Pseudo Narcotics:** Pseudo products may be utilized during all public demonstrations, and in training scenarios.

2. **Obtaining:** Training Aid Narcotics can be obtained as described in the Property and Evidence SOP #270 Section V.B.

3. **Storage:** Training Aid Narcotics will be stored within a locked safe located on the fourth floor in the Communications electrical room. Training Aid Narcotics will be removed for training purposes only and will be returned immediately after training is completed. At no time will Training Aid Narcotics be stored in a Police Canine Vehicle. [17.12b]

4. **Replacement:** Training Aid Narcotics will be replaced as needed, but no later than every 18 months.

5. **Dissipation/Wear:** During the rigors of training, it is possible that some amount of each narcotic may be lost. If a significant amount of the narcotic substance is lost or destroyed, the Canine Handler will:

   a. Notify their Supervisor.

   b. Complete an Inter-office Memorandum as per the **Property and Evidence SOP**.

6. **Monthly Inventory:** The Canine Sergeant, the Street Crimes Sergeant, and/or the VIN Sergeant will conduct a monthly inventory of narcotic training aids assigned to each Canine Handler in each respective Unit. The inventory will be documented on the Monthly Narcotics Inventory Log (see **Appendix A**).

7. **Audits:** A documented unannounced annual inventory of narcotics used for canine training will be conducted as directed by the Chief of Police or his designee. **[17.12C]**

**D. Prohibited Uses:**

The following uses of Canine searches are prohibited:

1. Cross-trained patrol narcotics Canines will not be utilized to search people.

2. Search of an occupied vehicle.

3. Search of any area that contains or poses any health risk or injury to the Canine. The Canine Handler will inspect the area to be searched prior to deploying the Canine.

**XIII. EXPLOSIVE DETECTION CANINES**

Explosive Detecting Canines are utilized to search for odors associated with explosive and destructive devices in accordance with the **Bomb Threats and Explosive Devices SOP**.

**A. Officer Requests:**

When an Officer believes that a situation exists where the utilization of a Explosive Canine is warranted, he will contact his Supervisor to request a Canine response.

**B. Officer Briefing:**

Upon arrival of a Explosive Canine, the Officer in charge of the scene will fully brief the Canine Handler of the circumstances surrounding the call.

### C. Purpose

Explosive Detecting Canines are utilized to search for the odor of various explosives.  These explosives include:

1. Black Powder (including Smokeless Black Powder)

2. C4 (Plastic Explosives)

3. FLEX X

4. DET CORD (Detonation Cord)

5. TNT

6. Dynamite

7. Additional substances may be added, or deleted as additional training is completed.

### D. Suspicious Packages:

Explosive Detecting Canines will not search suspicious packages.  Suspicious packages can only be rendered "SAFE" by a Certified Bomb Technician. Explosive Detecting Canines should be utilized to conduct searches of the immediate area to locate possible "Secondary Devices".

### E. Sweeps and Bomb Threats:

Explosive Detecting Canines will be utilized for "Pre-Event Sweeps" and Bomb Threats as needed.

### F. Storage

Explosive Training Aids will be stored in an approved "BOMB SAFE" within Police Facilities.  Explosive Training Aids will only be removed for training purposes and will be returned immediately after training is complete.  At no time will Explosive Training Aids be stored in Police Canine Vehicles.

## XIV.   PUBLIC RELATIONS

### A. Public Appearances

All requests for public demonstrations by the Canine Unit will be approved by the Chief's Office.

### B. Accidental Injuries:

Should a Citizen or Department Member be accidentally bitten, the following procedure will be followed:

1. The Canine Handler will immediately ensure that first aid is rendered.

2. The victim, if willing, will be transported to a hospital for proper medical attention.

3. The Canine Handler involved will prepare a detailed Mobile Field Report of the incident.

4. The injury will be photographed by I.D. along with the place of occurrence.

5. The Canine Unit Sergeant will be notified.  In his absence, a Patrol Supervisor will be requested to respond to the scene.

6. The Police Department's Legal Advisor, Risk Management and the City Manager will be forwarded all documentation.

7. An Accident/Injury Report will be completed.

## XV. OFFICER CONDUCT AROUND THE CANINE

### A. Conduct:

Canines are unable to differentiate between Sworn Members and Civilians. Therefore, the following guidelines are to be adhered to when working in the same proximity as Canine.

1. The Canine is taught to protect the Canine Handler at all times.  There-

fore, body contact with the Canine Handler should be avoided.

2. The Canine is never to be approached or petted without the approval of the Canine Handler.

3. If an Officer is assisting a Canine Handler, he should maintain at least a 20' distance from the Handler, unless instructed otherwise.

**B. Canine Vehicles:**

The Canine is taught to alert and become aggressive when left alone inside of a Canine Vehicle. Officers are to avoid a parked and unattended vehicle when possible. Members will not attempt to enter or remove any article from the Canine Vehicle.

**C. City Ordinances:**

The City of Hollywood **Ordinance 92.22** makes it unlawful for any person to willfully or maliciously torture, torment, beat, kick, strike, injure, disable or kill any dog used by the Police Department in its official duties or functions.

**XVI. VEHICLE HEAT ALARM**

Each Canine Vehicle is equipped with a Vehicle Heat Alarm for the Canine's protection. If the inside of the vehicle reaches an unsafe temperature, the alarm is activated. The alarm will activate the horn and lightbar of the Canine vehicle. Any Officer noticing the activation of the alarm will contact the Canine Handler. If the Canine Handler is not in the immediate area, the Officer will advise Dispatch immediately, who will notify a Canine Handler via Police Radio.

**XVII. DEFINITIONS:**

**A. CANINE:**

Police Canines are professionally trained dogs used to accomplish the Police mission.

**B. CANINE HANDLER:**

A Canine Handler is a specially trained Police Officer who is teamed with a Canine.

APPROVED BY:

_Frank G. Fernandez_  **02/15/2013**
**Frank G. Fernandez      Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Monthly Narcotics Inventory Log.



# Hollywood Police K-9 Unit
## Monthly Narcotics Inventory Log

**Canine Supervisor:** _____     **Date:** _____

**CSU Supervisor:** _____

| Drug Type | Weight | Inventory | Date Issued | Received By | Case # |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**COCAINE-C          CRACK-COCAINE-CC          HEROIN-H          MARIJUANA-M          METHAMPHETAMINE – METH**

# LOJACK VEHICLE RECOVERY SYSTEM

| | | |
|---|---|---|
| | **DEPARTMENT SOP: #228** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/14/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:** To establish procedures for the use of the LOJACK Vehicle Recovery System.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The LOJACK Vehicle Recovery System is a valuable tool, assisting the Department in the recovery of stolen vehicles.

**INDEX:**

**I.      GENERAL GUIDELINE: ........................1**

   A.   Authorization to Operate the LOJACK System:.................................................1
   B.   Reporting a Vehicle Stolen with a LOJACK System:..................................1
   C.   Notification of Neighboring Agencies:..1
   D.   Receiving and Tracking a LOJACK Signal:....................................................2
   E.   Tracking an Occupied, Stolen LOJACK-Equipped Vehicle: ...............2
   F.   Other Jurisdictions: ..............................2
   G.   Maintenance: .......................................3

**II.     DEFINITIONS: ........................................3**

   A.   LOJACK:..............................................3

**PROCEDURE:**

**I.   GENERAL GUIDELINE:**

   **A.  Authorization to Operate the LOJACK System:**

      Only those Members trained in the LOJACK System will operate Police Vehicles installed with the LOJACK device.

      **1.**  A certified LOJACK Representative will conduct the training. A certificate of training will be issued upon successful completion of the four hour training class.

      **2.**  When possible, LOJACK equipped Units will be in service on all shifts.

   **B.  Reporting a Vehicle Stolen with a LOJACK System:**

      Reporting A Stolen LOJACK-Equipped Vehicle:

      **1.**  An Officer investigating a stolen vehicle report will inquire if the victim has a LOJACK Unit installed in the vehicle. The reporting process remains the same, but the responding Officer will immediately advise Teletype, via radio, of the vehicle information (VIN) necessary to enter the LOJACK equipped stolen vehicle into FCIC/NCIC. This will initiate the activation process of the LOJACK Unit. The VIN is the key to the entire system.

      **2.**  A stolen vehicle must be entered into the FCIC/NCIC system for a LOJACK transponder to be activated.

      **3.**  The Department of Highway Safety and Motor Vehicles (D.H.S.M.V.) in Tallahassee will transmit the signal from the LOJACK Computer around the State via the Florida Activation System (FAS).

   **C.  Notification of Neighboring Agencies:**

      Upon receiving the FCIC/NCIC message "LOJACK Unit Activated", the tele-

type Operator will BOLO information concerning the vehicle to neighboring Police Agencies via teletype and will notify LOJACK by telephone at 1-800-333-6863.

**D.  Receiving and Tracking a LOJACK Signal:**

Process for receiving and tracking a signal:

1.  An Officer will hear a tone, once every 15 seconds, indicating that he has picked up a signal.

    a.  If there is no readout, he should head in the direction that the tone is strongest.  The reply code readout will appear on the display panel.

    b.  The Officer should then lock the tracking computer onto the five-digit readout and immediately notify the Teletype Operator. The Teletype Operator will make an inquiry into the FCIC system using the Alpha/Numeric code number.  The entering of the reply code will cause the audible tone to speed up to approximately once a second.

    c.  The FCIC computer will return a description of the motor vehicle, including the make, color, year, VIN, as well as the location, date and time the vehicle was stolen.

    d.  The Teletype Operator will immediately relay this information to the Officer.

2.  When a vehicle tracking occurs, the Officer should keep the lighted outer dot on the electronic compass between the 10:00 and 2:00 o'clock positions or ahead of him.  He should drive in the direction that caused the signal strength to increase and the tone to become clearer.

3.  The Officer will verify that the vehicle is stolen by requesting Teletype to query the NCIC number, VIN and tag number.  Upon verifying the vehicle is stolen, the Officer will determine its location as quickly as possible and broadcast the information to all Units.

    **NOTE:** Reply Codes that begin with "0 0 0" are training Units and are not stolen vehicles.

4.  Upon recovery of a stolen vehicle with a LOJACK transmitter, the Officer recovering said vehicle will immediately notify Teletype to deactivate the LOJACK transmitter in the recovered vehicle.

5.  Normal procedures for canceling stolen motor vehicles will be followed, including necessary reports, notifications, and towing.

**E.  Tracking an Occupied, Stolen LOJACK-Equipped Vehicle:**

If the vehicle is occupied, the tracking Police Unit will advise the Telecommunicator and request additional back-up Units. Every effort will be made NOT to alert the operator / occupants of the stolen vehicle until back-up Units are in position and ready to assist.  If a chase ensues, all Officers involved will strictly adhere to the provisions of the Emergency and Pursuit Operations SOP.

**F.  Other Jurisdictions:**

Procedures for LOJACK outside HPD's jurisdiction:

1.  When an Officer is tracking a stolen LOJACK-equipped vehicle and the signal leads him into another jurisdiction, he will advise a Patrol Supervisor, who will decide whether to continue the track or abandon the signal.  If a Supervisor directs the Officer to continue, the Officer will advise the Telecommunicator to notify the Agency responsible for the

area. They will request response from a LOJACK enhanced Police Unit from that Agency. The Officer will continue to track the vehicle until the other Agency can assure control.

**a.** If any resulting apprehension / arrest is made inside Broward County, the Hollywood Police Officer will make the arrest with assistance from the other jurisdiction, when appropriate.

**b.** When the apprehension / arrest is made outside Broward County, the apprehension should be made jointly with appropriate jurisdiction. The offender will be booked into the facility in that County.

**2.** The Officer will transmit a constant update of his location.

**3.** Once the other Agency advises that they have a lock on the signal, the Officer will abandon the track when backup Units are present and return to Hollywood, unless the other Agency requests assistance.

**4.** If the other Agency does not have a LOJACK Unit available to assist before closing in on the signal, contact will be avoided until an Officer from the Agency with jurisdiction is present.

**5.** Once the Officer has visual contact with the other Agency's Officer, he may proceed with assistance if requested. Upon returning to the City, a report on assisting another Agency will be completed.

**G. Maintenance:**

Officers will report any problems with the LOJACK Units as quickly as possible to the Quartermaster Section.

**II. DEFINITIONS:**

**A. LOJACK:**

A multi-component system for assisting Law Enforcement Members in identifying, tracking, locating, and recovering stolen vehicles.

---

APPROVED BY:

*Chadwick E. Wagner*   **04/25/2008**

**Chadwick E. Wagner**        **Date**
**Chief of Police**

**ATTACHMENTS:**

None

---

|  | **LICENSE PLATE READERS (LPR)** | |
|---|---|---|
| | **DEPARTMENT SOP: 228.1** | **CFA STANDARDS** |
| | **EFFECTIVE DATE:** | |

**PURPOSE:** To establish criteria for the deployment of mobile License Plate Readers (LPR)

**SCOPE:** This SOP applies to all Sworn Members assigned a License Plate Reader.

**POLICY:** It is the policy of the Hollywood Police Department to utilize the latest technology to support the law enforcement function in the identification and apprehension of criminals. License Plate Readers (LPR) utilize computer technology to scan and identify vehicle license plate numbers and letters, which appear on selected Hot Lists.

**INDEX:**

I.   **DEPLOYMENT**..........................................1

   A.   Contributing Factors for Deployment: .....1
   B.   Deployment Authority: .............................1

II.  **OFFICER RESPONSIBILITIES** ...............1

   A.   Requirements: ..........................................1
   B.   Accountability: .........................................2
   C.   Hot List Alerts: ........................................2

III. **TRAINING** ...................................................3

   A.   Requirements: ..........................................3

IV.  **EQUIPMENT MAINTENANCE** .................3

   A.   Maintenance/Malfunction and Repairs....3

V.   **IMAGE STORAGE**.....................................3

   A.   Image capture and retention ...................3

VI.  **INVESTIGATIVE LICENSE PLATE INQUIRES** ..................................................3

   A.   Authorization ...........................................3

VII. **REPORTING** ..............................................3

   A.   LPR Alert..................................................3

VIII. **DEFINITIONS:** ...........................................3

   A.   LICENSE PLATE READER (LPR):.........3
   B.   HOT LIST:.................................................4
   C.   GPS: ........................................................4

**PROCEDURE:**

**I. DEPLOYMENT**

   **A. Contributing Factors for Deployment:**

     The Deployment of LPR's is based upon the following factors:

     **1.** The Patrol Division Major will be responsible for selecting Officers for LPR assignment.

     **2.** LPR's will be assigned to Patrol Division Officers and/or Detectives.

   **B. Deployment Authority:**

     Deployment responsibility.

     **1.** The Patrol, Special Operations Section, Traffic Lieutenant will be the liaison with the LPR provider.

     **2.** The Police Operations Technician is the designated System Administrator.

**II. OFFICER RESPONSIBILITIES**

   **A. Requirements:**

     The following is required for each Officer assigned an LPR:

1. Officers will ensure that the LPR is in good working order at the beginning of each tour of duty. Any system malfunctions will be reported to the Traffic Lieutenant.

2. Officers will conduct a daily download of Hot List files from the NCIC / FCIC website at the start of their tour of duty.

3. Officers will ensure the LPR is operational at all times while operating their assigned Police vehicle during their tour of duty.

4. Officers will utilize the LPR for Law Enforcement purposes only.

**B. Accountability:**

Each Officer assigned an LPR system is responsible for the following:

1. Officers will complete an LPR Alert Log in circumstances where the LPR system is responsible for the recovery of person(s), property, arrests or agency generated Hot List alerts, to include:

   a. Amber Alert

   b. Silver Alert

   c. Stolen Tag

   d. Stolen Vehicle

   e. Terrorist Watch List wanted person.

   f. Felony Vehicle/Wanted Person

2. Officers assigned the LPR will forward the Alert Log, on a quarterly basis beginning January 1st each year, to the Traffic Lieutenant.

3. Agency Generated Hot Lists, will include:

   a. Documented gang member vehicles.

   b. Robbery/Burglary suspects and arrestee vehicles.

   c. Locally wanted persons.

   d. Suspect vehicles identified by Agency Crime Analysts for dissemination to Officers.

   e. Any other entry requires supervisory approval from the Investigative Services Section Lieutenant or the Traffic Lieutenant.

4. Agency Generated Hot List entries will be entered on an excel spread sheet located on a secure drive. The Investigative Services Section or Patrol Division Analysts will complete the entries. These entries automatically upload to the secure server. The following information is needed:

   a. License Plate numbers/letters.

   b. License Plate State.

   c. Alarm class of either:

      1. "00 Alarm"

      2. "09 Other"

   d. Notes: pertinent information up to 100 characters explaining the entry.

**C. Hot List Alerts:**

   a. During operation, LPR alerts are indicated by an audible and visual alarm.

   b. An audible / visual alarm shall not be a basis for a traffic stop or arrest.

   c. In cases of NCIC/FCIC alerts, Officers will verify the tag information via Police radio to Communications prior to taking Police action.

**d.** In cases of Agency / Officer generated "hot list" alerts, Officers will utilize the alert to further the operation goals of investigation, crime prevention and/or deterrence.

## III. TRAINING

**A. Requirements:**

**1.** Officers will receive initial training from the system manufacturer.

**Training will include the minimum:**

**a.** Setup, Maintenance and download procedures.

**b.** Proper usage guidelines.

**c.** SOP review.

**d.** Reporting requirements.

## IV.   EQUIPMENT MAINTENANCE

**A. Maintenance/Malfunction and Repairs**

Officers will ensure the equipment is in good working order at all times. Camera lenses will be cleaned as recommended by the manufacturer.

**1.** If a malfunction occurs with the LPR system, the Special Operations Section Lieutenant will be notified.

**2.** Repairs to the system will only be made by the system manufacture**r.**

## V. IMAGE STORAGE

**A. Image capture and retention**

Images are captured each time the camera lens passes an object resembling the size and reflective characteristics of a license plate.

**1.** In addition to the captured image, a GPS location for each captured license plate will be stored.

**2.** Images will be retained on the server for a period of 365 days.

## VI. INVESTIGATIVE LICENSE PLATE INQUIRES

**A. Authorization**

Investigative searches of captured license plate GPS information will only be conducted for an authorized law enforcement purpose.

**1.** Investigative searches of captured license plate GPS information will be conducted by the Investigative Services Section Analyst or the Patrol Division Analyst with the approval of the Officer's or Detectives immediate Supervisor.

**2.** The GPS information will provide investigators with the location, date and time the image was captured by a mobile License Plate Reader.

## VII. REPORTING

**A. LPR Alert**

When a Member authors an Incident Report or Arrest Affidavit that arose from an LPR alert, language will be included indicating that the LPR system alerted the Member to the vehicle/license plate.

**1.** The Traffic Lieutenant will provide a statistical report to the Patrol Division Major on a quarterly basis as to arrests, recovered property or persons and other significant information as to the operation of the LPR system.

## VIII. DEFINITIONS:

**A. LICENSE PLATE READER (LPR):**

A specialized system consisting of computer equipment and cameras that read, store and check license plates. The LPR is mounted to a patrol vehicle and connected to the computer within the vehicle.

**B.  HOT LIST:**

A list of license plates entered into the National Crime Information Center (NCIC) database and the Florida Crime Information Center (FCIC) database and agency/Officer generated entries for a law enforcement purpose.

**C.  GPS:**

Global Positioning Satellite location.

Drafted by:      Lt. Scott Pardon

APPROVED BY:

*Chadwick E. Wagner* **10/12/2010**
                                    **Date**

**ATTACHMENTS**

- **Appendix A:** LPR Alert Log

# *LPR Alert Log*



**Officer:** _____

**Year:** _____

**Quarter:**
- [ ] Jan - Mar
- [ ] Apr - June
- [ ] July - Sept
- [ ] Oct - Dec

| Signal: | Date: | Case # | Arrest: Y or N | Property Recovered: | Other (List): |
|---------|-------|--------|----------------|---------------------|---------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Original Date: 10/12/2010
Revised Date:
File Name: Appendix A License Plate Readers (LPR)

Page 1 of 1
Appendix A
SOP 228.1

| | **VEHICLE STOPS** | |
|---|---|---|
| | **DEPARTMENT SOP: #229** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/13/2013** | **CFA:** |

**PURPOSE:**  To establish procedures and guidelines for stopping and approaching Motorists in a manner that promotes safety for both the Officer and Motorist.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Department to conduct motor vehicle stops in a safe, professional, and courteous manner.  Members will strive to enforce traffic laws while educating the public about proper driving procedures.  Members must be cognizant of the inherent dangers involved in this activity and should take the necessary safety precautions to minimize the risk for all those involved.

**INDEX:**

**I.   VEHICLE STOPS .......................................1**

   A.   Decision to Stop:..................................1
   B.   Radio Procedure:..................................1
   C.   Site Selection:......................................2
   D.   Police Vehicle Operation: ....................2
   E.   Police Vehicle Position: ......................2

**II.   OFFICER'S APPROACH AND CONTACT DURING TRAFFIC VIOLATIONS ..........................................2**

   A.   Approach: ............................................2
   B.   Driver / Passenger Contact: ...............2

**III.   VEHICLE STOPS USING UNMARKED POLICE VEHICLES ...............................3**

   A.   Traffic Violations: .................................3
   B.   Exigent Circumstances: ......................3

**IV.   STOPPING VEHICLES IN APPROACHING TRAFFIC ....................4**

   A.   Police Vehicle Operation: ...................4

   B.   Officer Action: .....................................4

**V.   STOPPING OVERSIZE & OVERWEIGHT VEHICLES ...................4**

   A.   Site Selection: .....................................4
   B.   Stopping Distance: ..............................4
   C.   Approach: ...........................................4
   D.   Contact: ..............................................4

**VI.   HIGH-RISK VEHICLE STOPS ..............4**

   A.   Site Selection: .....................................4
   B.   Back-up Units: .....................................4
   C.   Radio Procedure: ................................4
   D.   Officer Positioning: ..............................4
   E.   Identification and Intent: .....................4
   F.   Verbal Commands:.............................5
   G.   Suspect Approach: .............................5
   H.   Vehicle Approach: ..............................5

**PROCEDURE:**

**I.   VEHICLE STOPS**

The following procedures will be followed whenever possible.

**A.   Decision to Stop:**

Officers will conduct a vehicle stop only when they have observed a traffic violation or have reasonable suspicion to believe that a crime is or has taken place (See Biased Based Profiling SOP #121).

**B.   Radio Procedure:**

When conducting a traffic stop, Officers will advise Communications of the following information:

**1.**   The location of the stop, and

**2.**   Vehicle's tag number.

**3.** At the Officer's discretion or Tele-commicator's request, additional information may be provided, such as:

    **a.** Description of the vehicle.

    **b.** Description and number of occupants

**4.** If a tag is not displayed, a vehicle description will be given.

**C. Site Selection:**

Once an Officer decides to make a vehicle stop, he will:

**1.** Select an area that provides reasonable safety.

**2.** Avoid making traffic stops in the following locations, when possible:

    **a.** Around curves.

    **b.** On hills.

    **c.** On heavily trafficked roads that result in blocked traffic lanes.

    **d.** In poorly lit areas.

**3. Multi-lane Roads:**

    **a.** On multi-lane roadways, the Officer will facilitate movement of the violator's vehicle to the right shoulder by gradually changing lanes behind the violator.

    **b.** Should the violator stop abruptly, the Officer will direct him to an area of safety by using hand signals, or the vehicle's public address system.

**D. Police Vehicle Operation:**

At the desired location, the Officer will initiate the traffic stop by activating the vehicle's emergency lights and/or siren as necessary. The emergency lights will remain on at all times. The driver of the vehicle will be directed to the far right side of the roadway or to the safest shoulder.

**E. Police Vehicle Position:**

Once stopped, the Police vehicle will be positioned behind the violator's vehicle in the following manner:

**1.** A minimum of 15 feet behind the violator's vehicle, and

**2.** At a slight angle with the front wheels turned to the left or right.

**3.** At night, the vehicle's spotlight will be used to illuminate the passenger compartment of the violator's vehicle.

**II. OFFICER'S APPROACH AND CONTACT DURING TRAFFIC VIOLATIONS**

The following procedure will be followed when approaching, making contact with or issuing Traffic Citations and Warnings to traffic violators.

**A. Approach:**

When exiting the Police vehicle, the Officer should be alert to suspicious movements or actions by the vehicle operator or passengers. The Officer should also:

**1.** Ensure trunk is secured.

**2.** Approach the violator's vehicle on the passenger side when passing traffic is in close proximity to be a hazard to the Officer.

**3.** Stand behind the vehicle's doors to avoid being knocked off-balance should the driver or passenger suddenly thrust the door open.

**B. Driver/Passenger Contact:**

Approaching a stopped vehicle is where communication begins. The Officer will:

**1.** Be alert at all times for the unexpected.

**2.** Present a professional image.

**3.** Decide on an appropriate course of action based upon the violator's driving behavior only.

**4.** Obtain all necessary identification from the violator.

**5.** Advise the driver of the violation.

    **a.** Issue a verbal warning if appropriate then advise Communications to initiate a Signal-86 (traffic warning) and to N/R (No Report) the event or:

    **b.** Issue a Uniform Traffic Citation (UTC) if appropriate.  When doing so, take precautions:

        **(1).** Avoid positioning himself or the violator in front of, between, or behind the stopped vehicles.

        **(2).** Stand clear of passing vehicular traffic.

        **(3).** Avoid allowing the violator to sit in the Police vehicle while citations are being completed or other Police business is being conducted.

        **(4).** Maintain a vantage point to observe the driver or occupants of the violator's vehicle.

        **(5).** Members will not sit in their vehicle unless a back up is on scene. The Police In-Car Technology is a tool for aiding Officers in their duties. Attention to the technology alone may compromise the Officer's Safety.

**6.** Return all identification to the violator.

**7.** Assist the violator in safely re-entering the roadway.

**8.** Backup Officers will maneuver their vehicle into a position most tactically sound for their role in the traffic stop.

    **a.** Backup Officers should be at the opposite side of the primary Officer and will accompany the primary Officer in approaching the stopped vehicle.

    **b.** Backup Officers will not remain seated in their vehicle, unless assuming the technology activities.

**III.  VEHICLE STOPS USING UNMARKED POLICE VEHICLES**

Plain-clothes Officers operating unmarked police vehicles will be guided by the following procedures:

**A.  Traffic Violations:**

Plain clothes Officers operating unmarked vehicles will not routinely make traffic stops for traffic violations.  If the Officer determines that the violator's actions are a danger to other motorists, he will:

**1.** Contact Communications and request a marked Police Unit to conduct the vehicle stop.

**2.** Direct the marked Unit to the subject vehicle's location.

**3.** Take appropriate enforcement action.

**B.  Exigent Circumstances:**

If an Officer determines that the violator's actions present an immediate hazard to others, he may attempt to conduct a traffic stop.  Such actions may include, but are not limited to:

**1.** Excessively high speeds,

**2.** Racing,

**3.** Reckless driving,

## IV. STOPPING VEHICLES IN APPROACHING TRAFFIC

In cases where a motorist must be stopped from oncoming traffic, the following procedure will be followed:

**A. Police Vehicle Operation:**

The Police vehicle will be driven to the extreme right portion of the roadway and its emergency equipment will be activated with the exception of the siren.

**B. Officer Action:**

Officers will use hand signals to direct the violator to pull to the side of the roadway.  At no time, will an Officer step into the path of an approaching vehicle in an attempt to stop the vehicle.

## V. STOPPING OVERSIZE & OVERWEIGHT VEHICLES

In the event an Officer needs to stop a commercial vehicle or similar oversized or overweight vehicle, the following procedure will be followed.

**A. Site Selection:**

Select a location that provides enough room for the vehicle to stop safely and sufficient stability to support the vehicle's weight.

**B. Stopping Distance:**

Allow sufficient time and distance for the driver to safely stop the vehicle.

**C. Approach:**

Approach from the rear, using the driver's outside mirror to observe the driver and activity within.

**D. Contact:**

Never climb onto the vehicle to make contact with the driver.  Maintain a position to the rear of the driver's door and ask him to exit the vehicle.

## VI. HIGH-RISK VEHICLE STOPS

The following procedures will be employed when an Officer initiating a vehicle stop has reason to believe that the occupants may be armed and/or dangerous.

**A. Site Selection:**

Select an area that is well lit , free of obstructions and has minimal pedestrian and vehicular traffic.

**B. Back-up Units:**

Prior to initiating a vehicle stop, Officers will request and wait for Back-up Units if the situation allows.

**C. Radio Procedure:**

Officers will request a clear channel (10-33) and notify Communications of the following information:

**1.** Nature of the stop.

**2.** Location of the stop.

**3.** Vehicle tag number.

**4.** Vehicle description.

**5.** Description and number of occupants, if known.

**D. Officer Positioning:**

When the suspect vehicle is stopped, Officers will position themselves behind cover.  Positioning the Police vehicle so that the engine block is between the Officer and suspect's vehicle may provide additional protection.

**E. Identification and Intent:**

The Officer initiating the stop will identify himself and advise the occupants in the suspect vehicle that they are considered armed and dangerous via the public address system.

**F.   Verbal Commands:**

The Officer initiating the stop, or the Officer with the best observation point, will issue verbal commands to the occupants in the suspect vehicle.  The operator of the suspect vehicle will be issued the following commands:

1.   "Place your hands on the roof of the vehicle".

2.   "Lower the driver's door window with your left hand".

3.   "Remove the ignition keys with your left hand".

4.   "Drop the keys outside the vehicle".

5.   "Open the door from the outside".

6.   "Look straight ahead".

7.   "Exit the vehicle".

8.   "Face away from the Officers".

9.   "Walk backwards until commanded to stop".

10.   "Get down on your knees".

11.   "Lay down on the ground with your arms out, palms facing up".

12.   Subsequent occupants will be similarly commanded to exit the vehicle.

**G.   Suspect Approach:**

Suspects will be directed to the Officers, preventing Officers from leaving cover.

Patrol Lieutenants have a tactical shield available.

With appropriate cover, Officers will approach the suspect(s) to handcuff and search for weapons.

**H.   Vehicle Approach:**

Officers will use the appropriate tactical procedures to ensure the trunk and pas-

senger compartments are clear **ONLY** after obvious threats have diminished.

<u>**DEFINITIONS:**</u>

None

APPROVED BY:

02/15/2013

**Vincent R. Affanato**                    Date
**Office of the Chief of Police**

<u>**ATTACHMENTS:**</u>

None

| **CITATIONS** | |
|---|---|
| **DEPARTMENT SOP: #230** | **CALEA: 61.1.2** |
| | **CFA:** |
| **EFFECTIVE DATE: 11/1/2001** | **2.04, 22.01A- C** |
| **REVIEW DATE: 03/15/2013** | **22.03A-K, 22.05, 34.08A-F.** |



**PURPOSE:**  To establish procedures regarding the handling, preparation, issuance, and distribution of Traffic Citations, and enhancing the Department's relationship with the County Court, the Parking Division, and the citizens we serve.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  To provide a safe environment on the streets and roads of the City of Hollywood for pedestrians, bicyclists and the motoring public through education, enforcement and engineering recommendations as they relate to the traffic laws of the State of Florida.  Furthermore, in some instances, Traffic Citations may be issued as an alternative to Arrest. **[2.04]**

**INDEX:**

I.      **ISSUANCE & ACCOUNTABILITY .........2**

A.   Storeroom: **[34.08C]**...............................2
B.   Issuance: **[34.08A]** ................................2
C.   Accountability: **[34.08B]** ........................3

II.     **FLORIDA UNIFORM TRAFFIC CITATIONS ............................................3**

A.   Guidelines:...........................................3
B.   Accidents: ...........................................3
C.   Signing: ...............................................3
D.   Multiple Citations: **[22.03G]**...................4
E.   Arrest: **[22.03I]** .....................................4
F.   Fines: ...................................................4
G.   Officer's Notes: ...................................5

III.    **VIOLATION OF FLORIDA TRAFFIC LAWS ........................................................5**

A.   Arrest: **[22.03I]** .....................................5
B.   Traffic Citation: **[22.03J]**.........................5
C.   Traffic Warnings: **[22.03K]** .....................5

IV.    **CRIMINAL TRAFFIC VIOLATIONS .......6**

A.   Driving Under the Influence of Alcohol and/or Drugs: **[22.03A]**.........................6
B.   Suspensions and Revocations: **[22.05]**.6
C.   Seizure of Driver's License (Suspended / Revoked): **[22.05]** ................................6

V.     **MOVING VIOLATIONS .........................6**

A.   Speed Violations: **[22.03B]** ....................6
B.   Other Moving Violations: **[22.03C]**.........6
C.   Private Property/Parking Lot Violations: ...............................................................7

VI.    **NON-MOVING VIOLATIONS .................7**

A.   Equipment Violations: **[22.03D]** .............7
B.   Safety Belt Violations: **[22.03D]** .............7
C.   Failing to Carry or Display License on Demand: ..............................................8
D.   Other Non-Moving Violations: **[22.03F]** . 8

VII.   **COMMERCIAL MOTOR VEHICLES [22.03E] ...............................................8**

A.   Enforcement: ......................................8
B.   Moving Violations: ..............................8
C.   Equipment Violations: .........................8
D.   Commercial Vehicle Licenses: ............8
E.   Driving Under the Influence of Alcohol or Drugs: ...........................................8
F.   Other Non-Hazardous Violations: .......8

VIII.  **BICYCLES, PEDESTRIANS, AND OFF-ROAD VEHICLES ..................................9**

IX.    **BOATING CITATIONS ..........................9**

A.   Types of Citations:..............................9
B.   Guidelines:...........................................9
C.   Accidents: ...........................................9
D.   Signing:................................................9
E.   Arrest: ...............................................10
F.   Fines: .................................................10
G.   Officer's Notes: .................................10
H.   Instructions to Violators: ..................10

X.     **BEACH CITATIONS ............................11**

A. Guidelines: ..........................................11
B. Signing: ..............................................11
C. Fines: .................................................11
D. Instructions to Violator: .....................11

XI. PARKING VIOLATIONS .....................12

A. Enforcement: .....................................12
B. Issued Citations: ...............................12
C. Courtesy Notice: ...............................12
D. Private Property Parking Violations: ..12
E. Handicapped Parking: .......................12

XII. DRIVER STATUS-OFFICER DISCRETION .........................................13

A. Non-Residents: [22.01A] ......................13
B. Juveniles: [22.01B] ..............................13
C. Foreign Diplomats or Consular Officials: [22.01 C] .............................13
D. Military Member: ................................13
E. Legislators: .......................................13
F. Driver's Requiring Re-Examinations: .13

XIII. COURT DATE AND APPEARANCE SCHEDULE ...........................................14

A. Arrest: ...............................................14
B. Criminal and Mandatory Court Appearance Citations: ......................14
C. Non-Criminal Violations: ....................14

XIV. VOIDED, LOST OR STOLEN UNI FORM TRAFFIC AND DUI CITATIONS ...............14

A. Voiding Citations: [34.08E] ...................14
B. Lost or Stolen Citations: [34.08D] ........14
C. Supervisory Review: ..........................14
D. State Notification of Approved Traffic Citation Void Requests: ....................14
E. Disposal of Citations: .........................15

XV. VOIDED, LOST OR STOLEN PARKING, CITATIONS ...........................................15

A. Parking Citations Issued to the Department: ..........................................15
B. Parking Citations Issued by the Parking Division: ...............................................15

XVI. VOIDED, LOST OR STOLEN FLORIDA UNIFORM BOATING CITATIONS .......15

A. Voiding Florida Uniform Boating Citations: ..............................................15
B. Lost or Stolen Boating Citations: .......15
C. Supervisory Review: ..........................15
D. State Notification of Approved Boating Citation Void Requests: ....................15
E. Disposal of Citations: .........................16

XVII. VOIDED, LOST OR STOLEN HOLLY WOOD MARINE AND BEACH CITATIONS ...........................................16

A. Accountability: ...................................16
B. Disposal of Citations: .........................16

XVIII. CITATION SECURITY & SUBMISSION ...............................................................16

A. Time Constraints: ..............................16
B. Collection and Security of Citations: [34.08C] ................................................16

XIX. BINDING CITATIONS TOGETHER ..16

A. Copies of Citations: ...........................16
B. Binding Citations to Companion Reports: .............................................16

XX. DISTRIBUTION .................................17

A. Issued Citations: ................................17
B. Court Florida Uniform Traffic Citation Transmittal Form: ............................17
C. Court Liaison: ....................................18
D. Clerk of the Court: .............................18
E. Amended Citations: ...........................18

XXI. AUDIT PROCEDURES .....................18

A. Internal Audit for Citations: [34.08F] ....18
B. Accountability of Records: [34.08B] ....19
C. Request for Records: .........................19

XXII. NEWLY ENACTED LAWS/ REGULATIONS [22.03H] ...................19

**PROCEDURE:**

## I. ISSUANCE & ACCOUNTABILITY

### A. Storeroom: [34.08C]

Police Storeroom Member will obtain, store, and issue all Booklets. They will also archive all Logs (see **Appendixes A-1, A-2, A-3, A-4, & A-5**) in accordance with the Department of Highway Safety and Motor Vehicles (DHSMV) and the State of Florida's procedures.

The Storeroom will maintain a secure location to store Citation Booklets. **[34.08C]**

### B. Issuance: [34.08A]

Electronic citation numbers are automatically issued to an officer when they

generate a citation in the OSSI system. After the citation has been issued, the officer will submit the court/Officer copy of the citation by the end of their shift.

Members will be issued Uniform Traffic/Boating Citation Booklets, DUI Citation Booklets, Beach Citation Booklets and Marine Citation Booklets in the following manner:

Most Members are permitted to sign out only one Booklet of each citation type. Traffic Officers are permitted to sign out two UTC books. The issuance of any additional Booklets will require the Member to turn in the Individual Officer Accountability Log for any previously issued Booklets. **[34.08F]**

C. **Accountability:** **[34.08B]**

Members will sign the Citation Booklets Officer's Receipt (see **Appendix B**) included with the Booklets and returned to the Storeroom Clerk. Each Member is responsible and accountable for citations issued. The storeroom will maintain a file of the receipts to ensure accountability for auditing purposes.

The Citation Booklets contain the Individual Officer Accountability Log (see **Appendix C**) that the Member will use to keep a record of every citation issued, voided, destroyed or otherwise disposed of. The ledger will be completed in its entirety and returned to Storeroom Member when completed.

Citations are retrieved from the traffic box in the Records Section on a daily basis by a Special Operations Section Secretary. Citations are reviewed for errors and are removed from the Daily Records Review file in the OSSI system. Once this has occurred, the citations are accounted for on the transmittal log, which is forwarded to the Clerk of Courts.

II. **FLORIDA UNIFORM TRAFFIC CITATIONS**

A. **Guidelines:**

The following guidelines govern the issuance of Florida Uniform Traffic Citations (UTCs) (see **Appendix D**) for traffic enforcement.

1. A separate citation will be issued for each violation.

2. The Department of Highway Safety and Motor Vehicles, Uniform Traffic Citation Procedures Manual contains detailed instructions for completion of the UTC. The Manual is on file with the Traffic Unit and the Accreditation Unit. The following instructions supplement the Manual:

   a. All requested information will be recorded.

   b. Charges will be printed legibly or typed.

   c. The proper Florida Statute including the appropriate subsection(s) will be written in the appropriate box.

   d. Location of violation will be noted with a complete address, i.e. 3250 Hollywood Blvd.

B. **Accidents:**

When citations are issued in connection with a crash investigation:

1. The "Accident" box will be checked.

2. The Department's case number will be written on the face of the citation or entered on the E-Citation.

C. **Signing:**

The traffic violator is requested to sign and accept the citation indicating a promise to appear, per Florida State Statute 318.14 (2). In Broward County, traffic violators also have the option of paying the fine, attending driving school

or entering a written plea of not guilty in lieu of appearing in court. However, if the traffic violator refuses to accept and or sign the citation (summons):

1. The traffic violator will be made aware the signing of the citation is not an admission of guilt but a promise to either pay the citation, attend driving school, enter a written plea of not guilty, or appear in court.

2. The traffic violator will be made aware that they must sign their traffic citation only under the following limited circumstances:

   a. When cited for any infraction which results in a crash that caused the "death" or "serious bodily injury" of another

   b. When cited for any violation of Section 316.172(1)(b), for failure to stop for a school bus

   c. When cited for any violation of Section 316.520(1) or (2), for failure to secure a cargo load.

   d. When cited for any speed infraction when exceeding the speed limit by 30 mph or more.

   e. When cited for any criminal traffic violation.

Excluding any of the above violations, it is no longer an arrestable criminal offense to refuse to sign a citation. When a traffic offender refuses to sign a citation, excluding any of the above referenced violations, members should inscribe "Refused to Sign" on the face of the citation and mark the box "I certified this Citation was delivered to the person cited above" and hand the citation to the violator.

D. **Multiple Citations:** [22.03G]

1. When more than one citation is issued, the "Companion Citation" box will be marked. The citations will be numbered and the total number of citations indicated (i.e. 1 of 4, 2 of 4, etc).

2. When a criminal citation is issued, all related citations will be court mandatory with the same court date.

E. **Arrest:** [22.03I][61.1.2A]

When a violator is physically arrested for a criminal traffic violation and not "released on their own recognizance" (ROR), the Officer will:

1. **Issue a Traffic Citation for each criminal charge:** Write "In Custody" on the line provided for the traffic violator's signature. On the "Arrest Delivered To" line, the Officer will write BSO and the date of arrest on the line provided.

2. **Prepare a Probable Cause Affidavit:** Though a separate citation is issued for each violation or criminal charge, each criminal charge will also be listed on the "charge" line of the Probable Cause Affidavit. In addition, each non-criminal charge will be listed at the end of the Probable Cause Affidavit narrative. (Example: Citation V-01234="Charge").

3. **Attach the Citation(s) to the pink copy of the Probable Cause Affidavit:**

   The arresting Officer will detach the pink copy of the Probable Cause Affidavit and attach the entire citation, less the defendant's YELLOW or printed copy, to it.

F. **Fines:**

In accordance with F.S.S. 318.14(2), "The Officer... must indicate the applicable civil penalty..."The Officer will comply with this requirement by writing "See mailer" on the reverse side of the traffic violator's yellow copy of the citation or first page of printed E-citation and by furnishing the traffic violator with a "Traffic Citation Bill of Rights" pamphlet (available through the Quartermaster

Section). The pamphlet lists the applicable civil penalties for the citation. Additionally, Driving School and Court Hearing options are listed in the pamphlet as alternative methods for citation compliance.

**G. Officer's Notes:**

Officers are required to briefly describe the circumstances pertaining to the violation(s) on the "Report of Action on Case" (see **Appendix F**) on the reverse side of the last copy of the UTC (pink copy) to ensure accuracy in future Court testimony or put in E-citation notes.

## III. VIOLATION OF FLORIDA TRAFFIC LAWS

Though many factors, such as the seriousness or duration of the violation may influence the Member's discretion, Officers will not allow the race, sex, age, national origin, religion or sexual orientation of the violator to influence their decision.  When an Officer encounters a violation of a Florida Traffic Law, the Officer has the following options to address the violation:

**A. Arrest: [22.03I][61.1.2A]**

In general, violations of Chapter 318, 320, 322 and certain violations of Chapter 316 such as DUI and Reckless Operation are considered criminal violations.  These violations require a Court appearance and may subject the violator to immediate arrest.

Non-Arrest citations for Reckless Operation and/or Racing on Highway/Roadway will require the officer to generate a Mobile Field Report, indicating all witnesses and a narrative of what the officer observed. The Special Operations Secretary will obtain a report and forward the report and citation(s) to the State Attorney's Office.

**B. Traffic Citation: [22.03J][61.1.2B]**

The issuance of a Florida Uniform Traffic Citation (UTC) should be considered when the violation:

**1.** Significantly affected other traffic.

**2.** Significantly affected a pedestrian or pedal-cyclist.

**3.** Contributed to a traffic crash.

**4.** Occurred at a location where there are:

    **a.** Citizen's complaints.

    **b.** Frequent traffic crashes.

    **c.** School Zones.

    **d.** Severity of the violation could have increased the likelihood of injuries:

        **(1).** Violations near or within an intersection.

        **(2).** Violations of Speeding.

        **(3).** Violations near or within high pedestrian areas such as:

            **(a).** Special events.

            **(b).** Business districts.

            **(c).** Tourist areas.

    **e.** Is in conjunction with a Selective Traffic Enforcement Program (STEP).

**C. Traffic Warnings: [22.03K][61.1.2C]**

Officers also have the discretionary ability to issue a traffic warning for a traffic violation.  Traffic warnings will be documented as follows:

**1.** Have Communications start a case number for a traffic warning (S-86),

**2.** Provide the violator with an explanation of the traffic infraction they committed.

**3.** No Report (N/R) the signal with the appropriate code.

## IV.  CRIMINAL TRAFFIC VIOLATIONS

The following criminal violations have specific requirements:

### A.  Driving Under the Influence of Alcohol and/or Drugs: [22.03A]

Whenever practicable, a person determined to be driving under the influence of alcohol and/or drugs will be taken into custody and delivered to Detention for processing. Under no circumstances will it be permissible to issue a Notice to Appear for a D.U.I. charge.  Arrest and processing of D.U.I. suspects will be in accordance with the Department's **D.U.I. Detection and Testing** SOP.

### B.  Suspensions and Revocations: [22.05]

Effective January 1, 1998, knowingly possessing a cancelled, revoked, suspended or disqualified driver's license is a second-degree misdemeanor under FS 322.32(1).

Therefore, the following criteria will assist an Officer in determining if the violator has knowledge:

1.  Has the violator been previously cited under this section?

2.  Does the driver's license history show multiple suspensions?

3.  Does the violator possess their license or has the license been previously confiscated?

4.  Does the violator admit to knowledge of the status of their driver's license? (Miranda Warnings are not required.)

5.  Has the violator received a suspension or revocation notice by Court Order or traffic citation?

6.  If prior knowledge can be articulated, the violator may be physically arrested.

7.  If prior knowledge cannot be established, the violation is a moving violation, and the violator should be issued a Citation and released.

### C.  Seizure of Driver's License (Suspended / Revoked): [22.05]

Whether the subject knew the license was suspended or not, the Officer will seize the license and paperclip the license to the citation.

## V.  MOVING VIOLATIONS

The following moving violations have specific requirements:

### A.  Speed Violations: [22.03B]

When an Officer issues a speeding citation, he should indicate which of the following methods were used to obtain the vehicle's speed.

1.  **Pace Clock:** Speeding citations based on comparing the violator's speed against the Police vehicle's certified speedometer.  The Officer will write "Pace Clock" and the Police vehicle number within the comment section of the citation.

2.  **Radar or Laser:** Speeding Citations based on Radar or Laser.  The Officer will write the "Radar" or "Laser" serial number and vehicle's unit number within the comment section of the citation.

### B.  Other Moving Violations: [22.03C]

Certain violations, such as reckless driving, careless driving, and failure to use due care; require additional information to be written on the citation to apprise the traffic violator of the specific charge(s) violated. In these cases, the Member will include the phrase "To Wit:" and specifically itemize the traffic violations committed.

**C. Private Property/Parking Lot Violations:**

According to State guidelines, the only violations that can be written on a UTC that occurred on private property, such as parking lots, are violations for "Improper Backing", "Careless Driving", and criminal violations unless a specific "Private Property Enforcement Agreement" has been approved by the City Commission, which would further include Stop Sign and Speeding Violations. All such agreements will be maintained by the Legal Affair's Unit.

## VI. NON-MOVING VIOLATIONS

**A. Equipment Violations: [22.03D]**

When stopping a vehicle for an equipment violation:

1. The Officer should consider:

   a. The number of equipment violations present.

   b. The seriousness of the violation.

   c. Evidence indicating that the violation has existed for a lengthy period of time.

   d. Whether the violation was due to willful neglect.

2. The Member can either charge the violator with the specific violation by Statute or under the recommended FS 316.610, with the type of violation (headlight, taillight, cracked windshield, etc) written within the comment section of the citation.

   FS 316.610 allows the violator, except commercial carriers, to:

   a. Correct the violation within 10 days of issuance.

   b. Pay $4.00 to the City to have a Municipal Police Officer or County Sheriff's Deputy witness the repairs and complete an Affidavit of Compliance.

   c. Pay a reduced penalty for the violation minus what was paid to City.

3. When approached by a Citizen to complete the Faulty Equipment Affidavit of Compliance (see **Appendix G**), Officers or CSOs will do the following:

   a. **At Headquarters:**

      (1). The Member will advise the Citizen to respond to the Records Section to pay the required fee.

      (2). The citizen will then be directed to the Information Desk on the first floor lobby. An Officer or CSO will:

         (a). Determine if the repairs were completed.

         (b). Complete the Affidavit, if applicable.

   b. **Field Contact:**

      (1). The Member will assist the citizen accordingly.

      (2). No fee will be charge.

**B. Safety Belt Violations: [22.03D]**

Officers will enforce the Florida Safety Belt Usage Law when a violation is observed. The race and ethnicity of the violator must be documented on the citation for all Safety Belt Violations (see **SOP# 121 BIASED BASED PROFILING**, Section II.B. Recording Information).

1. **Adult Violations:** Adult seatbelt violations can be enforced as a primary offense for a driver of a motor vehicle or front seat passenger.

    **a.** Seat belt violations cannot be enforced against rear-seat passengers over the age of 18.

**2. Juvenile Violations:** Seatbelt violations for juveniles under the age of 16 years will be handled as a primary violation.

    **a.** All children under the age of six (6) must be seated in the vehicle and properly restrained.

    **b.** Children through age 3 must be secured in a separate carrier (child safety seat) or a vehicle manufacturer's integrated child safety seat.

**C. Failing to Carry or Display License on Demand:**

For violations of FS 322.15(1), "Failing to Carry or Display License on Demand", the Officer will:

**1.** Conduct a driver's license check to determine if the violator has a valid license and, if so, the number will be written in the appropriate box.

**2.** Per FS 322.15(2), the Officer is required to have the traffic violator place their right thumbprint in the space provided on the back of the citation and thumbprint all companion citations. Officers are issued a fingerprint pad for this purpose.

**3.** The Officer will also gather as much personal information as possible from the violator i.e.; height, weight, social security number, birth place, employer, mother's maiden name, telephone number and the name of other family members, recording the information within the "Report of Action on Case" area of the UTC (pink copy). The information will assist the Court if an arrest warrant is later required.

**4.** If the traffic violator refuses to comply with this requirement, the traffic violator may be arrested for "Ob-

structing an Officer without Violence".

**D. Other Non-Moving Violations:** [22.03F]

Members will be guided by Florida State Statute as it relates to non-moving violations.

**VII. COMMERCIAL MOTOR VEHICLES** [22.03E]

**A. Enforcement:**

Violations committed by drivers of commercial vehicles will be enforced in the same manner as for other drivers.

**B. Moving Violations:**

Since most commercial motor vehicles require greater stopping distance, special attention should be given to violations involving excessive speed and following too closely.

**C. Equipment Violations:**

In cases involving serious equipment violations, Members may request the assistance of a Motor Carrier Enforcement Officer from the Department of Transportation.

**D. Commercial Vehicle Licenses:**

Members should ensure that the operator possesses the proper classification of commercial driver license and that any required endorsements have been attained.

**E. Driving Under the Influence of Alcohol or Drugs:**

When the driver of a commercial vehicle is charged with a violation of FS 316.193, the driver will be processed in accordance with standard D.U.I. arrest procedures.

**F. Other Non-Hazardous Violations:**

Other Non-hazardous violations will be enforced as deemed appropriate by the

Member. A Uniform Traffic Citation (UTC) or verbal warning may be issued.

## VIII. BICYCLES, PEDESTRIANS, AND OFF-ROAD VEHICLES

Violations involving bicycles, pedestrians, and off-road vehicles will be enforced by issuing a Uniform Traffic Citation or a verbal warning.

## IX. BOATING CITATIONS

### A. Types of Citations:

The Department utilizes two types of Boating Citations. They are:

1. **Florida Uniform Boating Citation:** The Florida Uniform Boating Citation (FUBC) (**Appendix H**) will be issued for:

   a. Any speed violation in the intra-coastal waterway system.

   b. A criminal boating violation.

   c. A County Ordinance violation.

   d. A violation, which results in a boating accident.

2. **Hollywood Marine Citation:** A Hollywood Marine Citation (HMC) (**Appendix I**) will be issued:

   a. When a speed violation is observed in any of the following locations:

      (1). North Lake.

      (2). South Lake.

      (3). West Lake.

      (4). C-10 Canal.

   b. When a Boating safety violation is observed in any City of Hollywood waterways.

### B. Guidelines:

The following guidelines govern the issuance of Florida Uniform Boating Citations (FUBCs) and Hollywood Marine Citations (HMCs)

1. A separate citation will be issued for each violation.

2. Citations will be completed in the following manner:

   a. All requested information will be recorded.

   b. Charges will be printed legibly.

   c. The proper Florida Statute including the appropriate subsection(s) will be written in the appropriate box.

### C. Accidents:

When citations are issued in connection with a boating accident, a Florida Uniform Boating Citation will be issued. Officers will ensure that:

1. The "Accident" box will be checked.

2. The Department's case number will be written on the face of the citation.

### D. Signing:

The boating violator will be asked to sign the citation acknowledging receipt and promising to satisfy the citation by the listed date. If the boating violator refuses to sign the citation (See Section II.C.2 of this SOP for further guidance):

1. The boating violator will be made aware that the signing of the FUBC is not an admission of guilt but a promise to appear in Court.

2. In the event the violator refuses to sign the citation, the violator will be informed that refusal to sign may result in arrest. In some cases, the Officer may find it appropriate to write "Refused to Sign" in the viola-

tor's signature block, issue the citation and release the violator.

### E. Arrest:

When a violator is physically arrested for a criminal boating violation and not "released on their own recognizance" (ROR), the Officer will:

1. **Issue a Florida Uniform Boating Citation for each criminal charge:** Write "In Custody" on the line provided for the boating violator's signature. On the "Arrest Delivered To" line, the Officer will write "HPD" and the date of arrest on the line provided.

2. **Prepare a Probable Cause Affidavit:** Though a separate citation is issued for each violation or criminal charge, each criminal charge will also be listed on the "charge" line of the Probable Cause Affidavit. In addition, each non-criminal charge will be listed at the end of the Probable Cause Affidavit narrative. (**Example:** Citation V-01234="Charge").

3. **Attach the Citations to the Probable Cause Affidavit:** Once the Officer has signed the PC Affidavit, the UTC(s) will be attached and given to the Detention Officer.

### F. Fines:

The following guidelines will be followed regarding boating fines:

1. **Florida Uniform Boating Citations:** In accordance with FS 327.73(1) any boating violation cited under FS 327 or Fs 328 will incur a civil penalty of $50.00 unless otherwise noted.

2. **Hollywood Marine Citation:** In accordance with City Ordinance 98.999(A), any boating violation cited under City Ordinance 98 will incur a civil penalty of $50.00.

### G. Officer's Notes:

Officers are required to briefly describe the circumstances pertaining to the violation(s) on the "Officer's Notes for Testifying in Court" on the reverse side of the last copy of the FUBC (pink copy) to ensure accuracy in future Court testimony.

### H. Instructions to Violators:

An Officer who issues a Boating Citation will inform the violator of the following options:

1. **Florida Uniform Boating Citation:**

   a. The violator will be issued the same mailer utilized for Traffic Citations and will be informed that the mailer is only to be used for Court contact information and not for the Traffic Citation payment schedules.

   b. The violator will be informed as to whether the citation may be paid by mail or in person at the Courthouse or if a mandatory court appearance is required based on the violation cited. The officer will place the court date on the citation, based on current Court schedules, should an appearance be required.

   c. Should the violator wish to enter a plea, they will be instructed on how to arrange for a Court date by contacting the Broward County Courthouse explained on the mailer.

   A court date is not to be placed on the citation for a violation that does require an appearance in Court.

   d. The violator will be instructed, utilizing the fine schedule and to follow the instructions for paying a Traffic Citation in the Traffic mailer to be provided by the Officer.

**2.** **Hollywood Marine Citation:**

**a.** An Officer who issues a Hollywood Marine Citation will inform the violator that the Citation is for a non-criminal offense and will not require an appearance in Court.

**b.** The Officer will instruct the violator to follow the directions on the citation for mailing or dropping off the fine payment to City Hall.  The fine will be indicated on the citation per the fine schedule.

**c.** The Officer will inform the violator that if they wish to contest the Citation that the violator must contact the Office of the City Attorney within 2 working days to request a Court appearance date.

**X.** **BEACH CITATIONS**

A Hollywood Beach Citation (HBC) (**Appendix J**) will be issued for any violation of City Ordinance # 99, which is dedicated to Hollywood Beach Broadwalk.

**A.** **Guidelines:**

The following guidelines govern the issuance of Beach Citations (FUBCs):

**1.** A separate citation will be issued for each violation.

**2.** Citations will be completed in the following manner:

**a.** All requested information will be recorded.

**b.** Charges will be printed legibly.

**c.** The proper City Ordinance box will be checked off.

**d.** The Officer will secure a thumbprint from the violator if he has no photographic identification.

**e.** The additional comments / violations section will be completed as needed.

**B.** **Signing:**

The beach violator will be asked to sign the citation acknowledging receipt and promising to satisfy the citation by the listed date. If the beach violator refuses to sign the citation:

**1.** The Officer will ensure that a thumbprint is secured from the violator.

**2.** The Officer will write, "REFUSED TO SIGN" on the line designated for the defendant's signature.

**C.** **Fines:**

In accordance with City Ordinance 99.99, the following fines will be administered:

**1.** 1st Offense - $50.00

**2.** 2nd Offense - $100.00

**3.** Each Additional Offense - $200.00

**D.** **Instructions to Violator:**

An Officer who issues a Beach Citation to a violator will inform the violator of the following options:

**1.** The officer issuing the citation to a violator who wishes to enter a plea will explain that a court date may be obtained by contacting the Office of the City Attorney at 921-3435 within 2 days of the issuance of the citation.

**2.** The Officer issuing the citation will explain to the violator that the citation does not require an appearance in court but does require the fine to be paid within 2 working days.

**3.** The Officer issuing the citation will furnish the violator with a citation envelope, available to Officers at the

Storeroom, which will delineate the above options to the violator.

## XI. PARKING VIOLATIONS

### A. Enforcement:

Members will take appropriate enforcement action by utilizing the City's Parking Citations (see **Appendix K**) or the Hollywood Police Department Courtesy Notice (see **Appendix P**). Florida Statutes and City Ordinances will guide Members in assigning the appropriate violation. The parking citation will be placed on the windshield of the vehicle.

### B. Issued Citations:

City Parking Citations are comprised of three copies. The copies are distributed as follows:

1. The hard copy is left on the windshield of the vehicle.

2. The remaining copies will be forwarded to Records via the secured Records Report Repository (within 24 hours).

### C. Courtesy Notice:

The Hollywood Police Department Courtesy Notice may be issued for minor parking problems/infractions in lieu of a City Parking Citation. The Courtesy Notices are comprised of three (3) copies. The copies are distributed as follows:

1. The top copy is left on the windshield of the vehicle.

2. The middle copy will be retained by the Officer as documentation of the infraction.

3. The bottom copy will be forwarded to the Neighborhood Team Leader via the Executive Sergeant

### D. Private Property Parking Violations:

Municipal Ordinance 72.051 requires authorized Members to issue a parking citation to a vehicle that has been parked upon private property without the consent of the owner, tenant or agent. However:

1. The owner, tenant or agent must sign a Private Property Parking Affidavit (see **Appendix L**). This affidavit, along with the Parking Citation will be forwarded to the Traffic Section.

2. The issuance of a private property parking citation does not allow the Member to tow the violating vehicle from private property.

### E. Handicapped Parking:

If an Officer believes that a vehicle is parked in violation of FS 316.1955, the Officer may:

1. Demand to be shown the Disabled Parking Permit, Driver License or State ID card that must be carried by the permit holder.

2. If it is determined, that a person is not transporting the permit holder or refuses to display the permit or ID, the Officer will:

   a. Issue a citation.

   b. Confiscate the Parking Permit, and either:

      **(1).** Make a physical arrest

      **(2).** Issue a Notice to Appear for:

      **(a).** Obstructing an Officer, FS 843.02

      **(b).** Misuse of a Handicapped Parking Permit, FS 320.0848(7).

3. Enter the Placard into Property: FS 320.086(8) gives only Sworn Officers the ability to confiscate misused placards. If a violation of misuse is brought to the attention of an Officer

by a Parking Enforcement Specialist or Community Service Officer, the Officer will investigate and respond appropriately.

## XII.  DRIVER STATUS-OFFICER DISCRETION

Certain situations, due to a violator's status, may require specific handling.  The following instructions apply when dealing with traffic violators in these categories:

### A.  Non-Residents: [22.01A]

Discretionary consideration may be given to persons, whose residence is outside the Department's service area, depending upon the seriousness of the traffic violation.

### B.  Juveniles: [22.01B]

Juveniles who commit non-criminal traffic infractions are treated the same as adults. However, the Juvenile Intake Facility (JIF) will not accept juveniles charged with criminal misdemeanor traffic violations.  It is recommended that Juveniles charged with criminal misdemeanor traffic violations be issued a citation marked mandatory Court appearance with the criminal Court date assigned and then released.

Juveniles charged with a felony offense will be transported to the Police Department and the arresting Officer will complete a Juvenile Transcript along with the associated traffic citation(s). If the juvenile is 16 years of age or older an adult Probable Cause Affidavit and Juvenile Transcript will be completed.

### C.  Foreign Diplomats or Consular Officials: [22.01 C]

Under most circumstances, Diplomats and Consular Officers are exempt from arrest.  However, a Diplomat or Consular Officer may be issued a traffic citation.

Sobriety exercises may be offered but will not be required or compelled. If the Police Officer judges the individual in-

toxicated, the Officer will not permit the individual to continue to drive. The Officer's primary concern in this situation should be the safety of the community and of the intoxicated individual. The Officer may summon or provide transportation.

### D.  Military Member:

Due to their residency status, military Member serving on active duty outside this State, and their dependants residing with them, are granted:

1.  An extension on the expiration of their Florida Driver's License. This extension continues for a period of 90 days after either the date of their discharge or their return to the State.

2.  An exemption from obtaining the required Florida Driver's License even though they may;

   a.  Be employed in this State.

   b.  Have entered their children in a public school within this state, as long as they have a valid Military driving permit or valid driver's license of another state.

### E.  Legislators:

Article 1, Section 6 of the United States Constitution states " Senators and Representatives...will in all cases, except Treason, Felony and Breach of the Peace, be privileged from arrest during their attendance at the sessions of their respective houses, and in going to and returning from the same..." There is no similar provision in the Florida Constitution and Members of the State Legislature do not enjoy the same exception.

### F.  Driver's Requiring Re-Examinations:

Members who come in contact with the operator of a motor vehicle, who, in the Member's opinion, is in such a mental or physical condition to justify a Driver's License re-examination, will complete a

request for Driver's Re-examination form (see **Appendix M**) and mail it to the Department of Highway Safety and Motor Vehicles (DHSMV) or to the DHSMV website for review.

## XIII. COURT DATE AND APPEARANCE SCHEDULE

### A. Arrest:

On citations issued for defendants under arrest and transported to Detention, the Officer will write "To Be Set" in the space provided for the Court date. All non-criminal citations issued in conjunction with criminal citations will be marked "To Be Set" for a mandatory court appearance.

### B. Criminal and Mandatory Court Appearance Citations:

On citations issued for criminal violations and the traffic violator is not under arrest, the Officer will indicate a Court date to be set, at least 30 days from the citation issuance date, for a mandatory Court appearance on date and time specified by the court through memorandum to the agency. The location will be set at the South Satellite Courthouse, 3550 Hollywood Blvd., Hollywood, FL. All non-criminal citations issued in conjunction with criminal citations will have the same criminal Court date assigned.

### C. Non-Criminal Violations:

All other non-criminal citations will indicate the Court date as established by the Traffic Court appearance date book published by the Clerk of Court. The violator may mail or pay the fine in person as instructed in the Traffic Citation Bill of Rights pamphlet or appear in court on the date provided to enter a plea.

### XIV. VOIDED, LOST OR STOLEN UNIFORM TRAFFIC & DUI CITATIONS

The following procedures will govern voided, lost or stolen Uniform Traffic Citation and DUI Citations

### A. Voiding Citations: [34.08E]

Uniform Traffic Citations and DUI Citations will not be voided without cause and may only be voided in accordance with FS 316.650(8).

1. When it is necessary to void a Uniform Traffic Citation or a DUI Citation, the Member will complete a Citation Void Request form (see **Appendix N**) and attach it to the citation.

2. The Member will then forward the citation and accompanying Citation Void Request form to his immediate Supervisor.

### B. Lost or Stolen Citations: [34.08D]

When it is necessary to account for Uniform Traffic Citations and DUI Citations that have been lost or stolen, the Member will complete a Citation Void Request form. The Member will then forward the form to his immediate Supervisor.

### C. Supervisory Review:

The Citation Void Request form will be reviewed by the Officer's immediate Supervisor and forwarded to the Chief of Police or his designee.

### D. State Notification of Approved Traffic Citation Void Requests:

All approved Citation Void Requests will be forwarded to the Secretary in the Special Operations Section who is responsible for providing State notification as follows:

1. All voided citations are entered in void file on Traffic secretaries' U-Drive. They are sent quarterly to State contact via e-mail. Hard copies saved for a year in Traffic office.

2. A copy of the Florida Uniform Traffic Citation Transmittal form, the Citation Void Request form and any remaining copies of the citation will be

attached together and archived by the Secretary in the Special Operations Section for auditing by the Quartermaster.

**E. Disposal of Citations:**

At no time will a citation be thrown away or otherwise disposed of in a manner other than described in this SOP.

## XV. VOIDED, LOST OR STOLEN PARKING, CITATIONS

**A. Parking Citations Issued to the Department:**

The Department is accountable to the Parking Division for the Parking Citation Booklets issued.  Therefore, if a Member requires a parking citation to be voided or needs to account for lost or stolen parking citations, the Member will:

1. Complete a Citation Void Request Form and attach it to the citation.

2. Forward it to his immediate Supervisor.

3. The Supervisor will forward it to Chief of Police or his designee.

4. The approved Citation Void Request form will be forwarded to the Special Operations Section Secretary.

5. The Citation Void Request form will be archived by the Special Operations Section Secretary for auditing.

**B. Parking Citations Issued by the Parking Division:**

Members will not attempt to void Parking Citations written by employees of the Parking Control Division.  Requests will be referred to the Parking Division located at 2600 Hollywood Boulevard.

If the Department must intervene on behalf of a citizen, the Traffic Lieutenant will be the liaison between the Department and the Parking Division.

## XVI. VOIDED, LOST OR STOLEN FLORIDA UNIFORM BOATING CITATIONS

The following procedures will govern voided, lost or stolen Boating Citations:

**A. Voiding Florida Uniform Boating Citations:**

Florida Uniform Boating Citations will not be voided without cause and may only be voided in accordance with FS 316.650(8).

1. When it is necessary to void a Florida Uniform Boating Citation, the Member will complete a Citation Void Request form and attach it to the citation.

2. The Member will then forward the citation and accompanying Citation Void Request form to his immediate Supervisor.

**B. Lost or Stolen Boating Citations:**

When it is necessary to account for citations that have been lost or stolen, the Member will complete a Citation Void Request form.  The Member will then forward the form to his immediate Supervisor.

**C. Supervisory Review:**

The Citation Void Request form will be reviewed by the Officer's immediate Supervisor and forwarded to the Chief of Police or his designee.

**D. State Notification of Approved Boating Citation Void Requests:**

All approved Citation Void Requests will be forwarded to the Secretary in the Special Operations Section who is responsible for providing State notification as follows:

1. Complete a Florida Uniform Traffic Citation Transmittal form listing which citations were lost, stolen or voided.

2. Mail a copy of the Florida Uniform Traffic Citation Transmittal form and a copy of the Citation Void Request form to the Florida Fish/Wildlife Conservation Commission Attention: Boating Safety Section.

3. If the citation is voided:

All voided citations are communicated via e-mail to the Department of Highway Safety and Motor Vehicles (DHSMV). The citation number and the reason for voidance will be included. Hard copies of the citation will be archived by Special Operations for 2 years.

E. **Disposal of Citations:**

At no time will a citation be thrown away or otherwise disposed of in a manner other than described in this SOP.

XVII. **VOIDED, LOST OR STOLEN HOLLYWOOD MARINE AND BEACH CITATIONS**

A. **Accountability:**

The Department is accountable for Hollywood Marine Citations (HMC) and Beach Citations. Therefore, if a Member requires a Hollywood Marine Citation or Beach Citation to be voided or needs to account for lost or stolen HMC or Beach Citation, the Member will:

1. Complete a Citation Void Request Form and attach it to the citation.

2. Forward it to his immediate Supervisor.

3. The Supervisor will forward it to Chief of Police or his designee.

4. The approved Citation Void Request form and citation will be forwarded to the Special Operations Section Secretary who will be responsible to archive the forms for auditing.

B. **Disposal of Citations:**

At no time will a citation be thrown away or otherwise disposed of in a manner other than described in this SOP.

XVIII. **CITATION SECURITY & SUBMISSION**

A. **Time Constraints:**

All Citations will be dropped at the end of the shift into the secured Records Report Repository by the Member's Supervisor.

B. **Collection and Security of Citations:**
   **[34.08C]**

A Special Operations Section Secretary will collect all citations from Records, each business day. The Special Operations Secretaries will keep all traffic, boating and beach citations in a locked cabinet or safe at all times except when data is being entered into the Records Management System. Special Operations Section Secretaries will maintain secure control of all collected citations until the citations are properly dispersed.

XIX. **BINDING CITATIONS TOGETHER**

A. **Copies of Citations:**

The Clerk of the Court has requested that Officers not separate the copies of a citation. To keep the copies together, the Officer should remove all the citations from their binder by removing the staples at the top when the citation book is received from the storeroom.

B. **Binding Citations to Companion Reports:**

When multiple citations are written for one violator, or a crash report is attached, use a paper clip to secure all citations and documents together. Do not staple in the bar code portion of the citation.

## XX. DISTRIBUTION

### A. Issued Citations:

Citations will be distributed as follows:

1. All copies of Parking Citations will be forwarded to the City's Parking Division.

2. Uniform Traffic Citations (UTCs) will be distributed as follows:

   a. Upon issuance of the citation, the traffic violator is given the court flyer (green) with the yellow copy marked "TRAFFIC VIOLATOR" or the first page of the electronic citation with the court information on back. If the violator is arrested, the yellow copy or electronic citation with the court information on the back will be placed into their prisoner property.

   b. The remaining copies will be dropped at the end of the shift into the secured Records Report Repository for later distribution by the Special Operations Section's Traffic Unit.

   c. Electronic citations must be uploaded to LRMS prior to end of shift.

3. Florida Uniform Boating Citations will be distributed as follows:

   a. Upon issuance of the citation, the boating violator is given the yellow copy marked "TRAFFIC VIOLATOR".  If the violator is arrested, the yellow copy will be placed into their prisoner property.

   b. The remaining copies will be dropped at the end of the shift into the secured Records Report Repository for later distribution by the Special Operations Section's Traffic Unit.

4. Hollywood Marine Citations will be distributed as follows:

   a. Upon issuance of the citation, the boating violator is given the yellow copy marked "DEFENDANT'S COPY".  If the violator is arrested, the yellow copy will be placed into their prisoner property.

   b. The remaining copies will be dropped at the end of the shift into the secured Records Report Repository for later distribution by the Special Operations Section's Traffic Unit.

5. Beach Citations will be distributed as follows:

   a. Upon issuance of the citation, the beach violator is given the envelope / hard copy of the beach citation.

   b. The remaining copies will be dropped at the end of the shift into the secured Records Report Repository for later distribution by the Special Operations Section's Traffic Unit.

### B. Court Florida Uniform Traffic Citation Transmittal Form:

The Special Operations Section Secretaries will be responsible for:

1. Entering the citations into the Records Management System (RMS).

2. Generating a Florida Uniform Traffic Citation Transmittal Form.

3. Forwarding any citations not associated with DUI and felony arrests, with a Florida Uniform Traffic Citation Transmittal log (in duplicate) to the appropriate Court House the next business day.

**C.  Court Liaison:**

The Court Liaison is responsible for:

1.  Delivering the Department's Traffic Citations and Florida Uniform Traffic Citation Transmittal log to S. Satellite's Clerk of the Court the same business day received.  This process ensures that citations are delivered within 5 days of issuance (Per FS 316.650).

2.  Returning the signed Florida Uniform Traffic Citation Transmittal Log to the Special Operations Section Secretaries for archiving.

**D.  Clerk of the Court:**

The Clerk of the Court will sign the Florida Uniform Traffic Citation Transmittal form acknowledging receipt of the Citations and the Court Liaison will return the signed copy to the Special Operations Section for archiving.

**E.  Amended Citations:**

Any citation returned for corrections or adjustments by the Clerk of the Court will be handled as follows:

1.  The S. Satellite Court Liaison will deliver the Citations to Records.

2.  Record's Member will notify the responsible Member to respond for corrections via internal mail.

3.  The Member will respond immediately and amend their citation.

4.  Should the Officer disagree with the need to amend the citation, the Officer will:

    a.  Write a short explanation.

    b.  Attach it to the citation.

    c.  Return it to a Records Clerk.

**XXI.   AUDIT PROCEDURES**

**A.  Internal Audit for Citations: [34.08F]**

An internal audit of citations received will be completed by June 30th, of each year.

1.  This audit will consist of the previous year's citations from January 1st to December 31st.

2.  This audit will compare:

    a.  The citations distributed with the return Citation issuance forms,

    b.  A computer printout of issued citations,

    c.  Voided citations, and

    d.  All reports of lost/stolen citations between the specified time period.

3.  Citations not accounted for will be identified along with the Member who was issued the citation booklet.

    a.  This list will be forwarded to the Member's Division Major by July 15th.

    b.  Officers will be required, via Inter-office Memorandum, to provide an accounting of the citations on the list.  The citations will be categorized as:

        (1). Issued,

        (2). Not issued as yet,

        (3). Lost/stolen, or

        (4). Voided.

4.  Each citation must be accounted for on an Inter-office Memorandum and returned by August 15th, to the Quartermaster Section's Supervisor.

5.  By September 15th, an Inter-office Memorandum with the audit results

will be prepared by the Quartermaster Supervisor and forwarded to the Patrol Division Major. The Patrol Division Major will be responsible for:

    **a.** Archiving the audit, and

    **b.** Taking appropriate action for unaccounted citations.

**B. Accountability of Records:** [34.08B]

UTC, Boating Citation records, Beach Citation records and Parking Citation records will be maintained by the following Units to ensure accountability, security and auditing of citations:

    **1. Police Storeroom:** Storeroom Member will maintain a copy of:

        **a.** The Traffic Citation Issuance Log.

        **b.** Citation Book - Officer's Receipt.

        **c.** The Individual Officer Accountability Record.

    **2. Special Operations Section:** The Special Operations Section will maintain a copy of:

        **a.** The Citation Void Request Form.

        **b.** The Florida Uniform Traffic Citation Transmittal Form.

**C. Request for Records:**

The Department will comply with any and all requests from the Bureau of Uniform Traffic Citations concerning State Audits.

**XXII.   NEWLY ENACTED LAWS/ REGULATIONS** [22.03H]

Violations of newly enacted Laws and/or Regulations should initially be treated with leniency with emphasis given to educating the motoring public about the specifics of the Law.

The Traffic Unit will annually update, maintain, and distribute electronically State Traffic Laws to reflect any changes in Florida Traffic Laws. The list will be available to members in the "Police Resource" Folder.

**DEFINITIONS:**

None

APPROVED BY:

                            03/15/2013

**Vincent R. Affanato**        **Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

- **Appendix A-1:** Parking Citation Issuance Log.

- **Appendix A-2:** DUI Citation Issuance Log

- **Appendix A-3:** Boating Citation Issuance Log

- **Appendix A-4:** Beach Citation Issuance Log

- **Appendix A-5:** Traffic Citation Issuance Log

- **Appendix B:** Citation Book Officer's Receipt.

- **Appendix C:** Individual Officer Accountability Records.

- **Appendix D:** Uniform Traffic Citation (UTC) (Intentionally Blank-rev)

- **Appendix E:** Broward County Traffic Mailer (Intentionally Blank-rev)

- **Appendix F:** Reports of Action on Case.

- **Appendix G:**  Faulty Equipment Affidavit of Compliance.

- **Appendix H:**  Florida Uniform Boating Citation.

- **Appendix I:**  Hollywood Marine Citation.

- **Appendix J:**  Beach Citation.

- **Appendix K:**  Parking Citation.

- **Appendix L:**  Private Property Parking Affidavit.

- **Appendix M:**  Driver's Re-examination.

- **Appendix N:**  Citation Void Request.

- **Appendix O:**  Appendix was Deleted

- **Appendix P:**  Hollywood Police Department Courtesy Notice.



# HOLLYWOOD POLICE
## PARKING CITATION ISSUANCE LOG

| AUDIT. | SUMMONS NUMBERS | | SR REF # | OFFICER NAME | OFFICER BADGE # | DATE | SR CLERKS BADGE |
|---|---|---|---|---|---|---|---|
| | BEGINNING | END | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



# HOLLYWOOD POLICE
## DUI CITATION ISSUANCE LOG

| SUMMONS NUMBERS | | STOREROOM REFERENCE NUMBER | OFFICER NAME | OFFICER BADGE # | DATE | STOREROOM CLERKS BADGE # |
|---|---|---|---|---|---|---|
| BEGINNING | END | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



# HOLLYWOOD POLICE
## BOATING CITATION ISSUANCE LOG

| AUDIT. | SUMMONS NUMBERS | | SR REF # | OFFICER NAME | OFFICER BADGE # | DATE | SR CLERKS BADGE |
|---|---|---|---|---|---|---|---|
| | BEGINNING | END | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



# HOLLYWOOD POLICE
## BEACH CITATION ISSUANCE LOG

| AUDIT. | SUMMONS NUMBERS | | SR REF # | OFFICER NAME | OFFICER BADGE # | DATE | SR CLERKS BADGE |
|--------|-----------|-----|----------|--------------|-----------------|------|-----------------|
|        | BEGINNING | END |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |
|        |           |     |          |              |                 |      |                 |



# HOLLYWOOD POLICE
## TRAFFIC CITATION ISSUANCE LOG

| AUDIT. | SUMMONS NUMBERS | | SR REF # | OFFICER NAME | OFFICER BADGE # | DATE | SR CLERKS BADGE |
|---|---|---|---|---|---|---|---|
| | BEGINNING | END | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## OFFICER'S RECEIPT

Department
_____

No. From **5301-AJJ  8**   Thru **5325-AJJ  5**
_____

Issued To - Officer's Name
_____

Date Issued

Troop
or
Dist. _____
_____
Issuing Authority

I, the undersigned, certify that I have personally examined each of the twenty-five (25) prenumbered complaint forms with the numbers shown above and have found all said forms included in this book. I accept full responsibility and accountability for this uniform complaint book issued to me on the above date.

_____
Signature of Officer                        ID

## IMPORTANT

1. EACH CITATION IN THIS BOOK MUST BE ACCOUNTED FOR.

2. IF CITATION IS SPOILED WHILE WRITING IT OR IS NOT COMPLETED FOR ANY REASON, MARK VOID ACROSS IT, SIGN IT AND RETURN ALL COPIES TO PROPER AUTHORITY.

3. IF CITATION IS LOST OR MISSING BEFORE OR AFTER WRITING IT, AN AFFIDAVIT CONCERNING THIS FACT SHOULD BE EXECUTED AND TRANSMITTED TO THE PROPER AUTHORITY.

4. IF THE ENTIRE BOOK OF CITATIONS OR PART OF IT IS RENDERED UNUSABLE IN ANY WAY, IT SHOULD BE TURNED IN FOR TRANSMITTAL TO THE PROPER AUTHORITY.

PRE-CARBONED PAPER
HSMV 75901 (Rev. 8/99)            Printed on recycled paper

## INDIVIDUAL OFFICER ACCOUNTABILITY RECORD

OFFICER _____

AGENCY _____

DATE ISSUED OFFICER _____

| | Citation Number | Defendant | Issue Date or Void | Transmitted To | Date Transmitted |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

Standard Register ® ZIPSET

## FLORIDA UNIFORM TRAFFIC CITATION

### 8050-DSM CHECK DIGIT X

COUNTY OF

☐ (1) F.H.P.   ☐ (2) P.D.   ☐ (3) S.O.   ☐ (4) OTHER

CITY (IF APPLICABLE)

AGENCY

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT**
(RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | ☐ A.M. ☐ P.M. |

| NAME (PRINT)  FIRST | MIDDLE | LAST |

STREET                                    IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE ☐

CITY                                    STATE        ZIP CODE

| TELEPHONE NUMBER | DATE OF BIRTH  MO | DAY | YR | RACE | SEX | HGT |

| DRIVER LICENSE NUMBER | STATE | CLASS | CDL LICENSE  Y   N | YR LICENSE EXP | IF COMMERCIAL MTR. VEH "X" HERE ☐ |

| YR. VEHICLE | MAKE | STYLE | COLOR | IF PLACARDED HAZARDOUS MATERIAL "X" HERE ☐ |

| VEHICLE LICENSE NO. | TRAILER TAG NO. | STATE | YEAR TAG EXPIRES | IF COMPANION CITATION(S) "X" HERE ☐ |

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY:

FT. _____ MILES _____    ☐ N   ☐ S   ☐ E   ☐ W   OF NODE _____

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.**     CHECK ONLY ONE OFFENSE EACH CITATION.

☐ UNLAWFUL SPEED _____ MPH SPEED APPLICABLE _____ MPH

☐ (☐ INTERSTATE ☐ 4-LANE HWY WITH 20 FT. MEDIAN OUTSIDE BUS. OR RES. DIST.)

☐ CARELESS DRIVING                    ☐ SAFETY BELT VIOLATION          ☐ EXPIRED DRIVER LICENSE
☐ VIOLATION OF TRAFFIC CONTROL DEVICE  ☐ IMPROPER OR UNSAFE EQUIPMENT    ☐ FOUR (4) MONTHS OR LESS
☐ VIOLATION OF RIGHT-OF-WAY            ☐ EXPIRED TAG                    ☐ MORE THAN FOUR (4) MONTHS
☐ IMPROPER CHANGE OF LANE OR COURSE    ☐ SIX (6) MONTHS OR LESS         ☐ NO VALID DRIVER LICENSE
☐ IMPROPER PASSING                     ☐ MORE THAN SIX (6) MONTHS        ☐ DRIVING WHILE LICENSE
☐ CHILD RESTRAINT                      ☐ NO PROOF OF INSURANCE             SUSPENDED OR REVOKED

☐ DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES, DRIVING/ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD/URINE ALCOHOL LEVEL, BAL _____ %

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE.

☐ AGGRESSIVE DRIVING   IN VIOLATION OF STATE STATUTE        SECTION        SUB-SECTION

| CRASH ☐ YES ☐ NO | PROPERTY DAMAGE ☐ YES $ | INJURY TO ANOTHER ☐ YES ☐ NO | SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☐ NO | FATAL ☐ YES ☐ NO |

### 8050-DSM CHECK DIGIT X

☐ CRIMINAL VIOLATION. COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION. COURT APPEARANCE REQUIRED, AS INDICATED BELOW.
☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT.

COURT INFORMATION _____
        DATE                    TIME

COURT

LOCATION

ARREST DELIVERED TO _____                    DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR

| RANK - SIGNATURE OF OFFICER | BADGE NO. | ID. NO. | TROOP UNIT |

HSMV 75901 (Rev. 01/04)





For convenience in satisfying your traffic citation, please carefully review the options, locations, and extended hours available in this guide.

Please see the bottom of the front of your yellow citation, and verify that the box checked states "Infraction which does not require appearance in Court". If this box is checked you MUST select 1 of the 3 options listed on this guide.

If this box is not checked you MUST appear in Court on the date specified on the ticket.

Officer issues ticket.

Failure to choose an option within 30 days from the date the citation was received will result in the suspension of your driving privileges.

**Option 1**
PAY CITATION WITHIN 30 DAYS :
- Plead guilty
- Points assessed if applicable

**Option 2**
ELECT DRIVING SCHOOL WITHIN 30 DAYS :
- Plead no contest
- Pay fine and no points assessed
- Sign up at any Florida Driving School
- 90 days to complete course

**Option 3**
PLEAD NOT GUILTY WITHIN 30 DAYS
- Appeal for Pre-Trial Conference
No witnesses or officer will be present
(you will receive a court date in the mail)
- Maintain Plea
- Case rescheduled for trial at a later date. Witnesses & officer present.
(you will receive a court date in the mail)

OPTIONS

## OPTION 1 — PAY CITATION

It is recommended that you use the automated telephone or Internet system to select this option. (954) 712-7895 www.browardclerk.org

| VIOLATION TYPE | PAYMENT WITHIN 30 DAYS* |
| --- | --- |

| | Valid Before Date of Ticket (Ticket will be dismissed) | Valid on/or After Date of Ticket |
| --- | --- | --- |
| No Driver's License/Expired Tag/No Insurance/No Registration | | |
| No Driver's License (must send copy of Driver's License with payment) | $ 7.50 | $ 71.50 |
| Expired Tag (must send copy of Registration with payment) | $ 7.50 | $ 71.50 |
| No Registration (must send copy of Registration with payment) | $ 7.50 | $ 71.50 |
| No Insurance (must send copy of Insurance with payment) | $ 7.50 | $ 71.50 |

| Improper/Unsafe Equipment | |
| --- | --- |
| With Compliance-See #5 Reverse Side of Ticket | $ 49.00 |
| $49.00 option only valid for statute #'s 316.610 & 316.2935 | |
| Improper/Unsafe Equipment  No compliance | $ 71.50 |

Speeding or Speeding in Construction Zone (316.183(6) Workers/Equipment Not Present)

| MILES OVER THE LIMIT | |
| --- | --- |
| 8-9 | $ 89.50 |
| 10-14 | $ 155.50 |
| 15-19 | $ 180.50 |
| 20-29 | $ 205.50 |
| 30 and above | $ 305.50 |

Speeding in School Zone 316.1895(10) Speeding within a toll facility or Construction Zone (316.183(6) Workers/Equipment Present)

| MILES OVER THE LIMIT | |
| --- | --- |
| 8-9 | $ 105.50 |
| 10-14 | $ 255.50 |
| 15-19 | $ 305.50 |
| 20-29 | $ 355.50 |
| 30 and above | $ 355.50 |

| Failure to pay toll 316.100(1) | $ 71.50 |
| --- | --- |
| Parking (other than disabled) | $ 85.50 |
| Disabled Parking (Place Driver to indicate amount to pay) | $291.50 / $141.50 |

(If you have a valid placement, contact the police agency for an affidavit of compliance)

| Non-Moving Violations Not Stated Above | $ 71.50 |
| --- | --- |
| Moving Violations-Other than speeding & those listed below | $ 118.50 |
| Bicycle/Pedestrian | $ 43.50 |
| School Bus 316.172(1)(a)(Fail to stop/Pass on left) | $ 155.50 |
| Railroad Crossing 316.1575 | $ 155.50 |
| All-Terrain Vehicle | $ 86.50 |

* ADD $18.00 TO PAYMENT AMOUNTS ABOVE, IF PAYMENT IS MADE AFTER 30 DAYS. Reminder : Remember to include your payment, citation and copy of Driver's License/Registration/Insurance of Equipment Compliance if applicable.

Return this ticket with payment

## OPTION 2 — ELECT DRIVING SCHOOL

It is recommended that you use the automated telephone or Internet system to select this option. (954) 712-7895 www.browardclerk.org

| VIOLATION TYPE | PAYMENT WITHIN 30 DAYS* |
| --- | --- |

Speeding or Speeding in Construction Zone (316.183(6) Workers/Equipment Not Present)

| | |
| --- | --- |
| 8-9 | $ 76.00 |
| 10-14 | $ 137.49 |
| 15-19 | $ 169.49 |
| 20-29 | $ 178.50 |
| 30 and above | $ 290.99 |

Speeding in School Zone 316.1895(10) Speeding within a toll facility or Construction Zone (316.183(6) Workers/Equipment Present)

| MILES OVER THE LIMIT | |
| --- | --- |
| 1-9 | $ 96.50 |
| 10-14 | $ 219.50 |
| 15-19 | $ 269.50 |
| 20-29 | $ 301.50 |
| 30 and above | $ 485.50 |

| Moving Violations- other than speeding & those listed below | $ 104.70 |
| --- | --- |
| Non-Moving Violations | $ 56.10 |
| School Bus 316.172(1)(a)(Fail to Stop/Pass on Left) | $ 137.50 |
| Railroad Crossing 316.1575 | $ 137.50 |

(For Commercial Motor Vehicle violations please call (954) 712-7895 for election eligibility)
(Child Restraint violations are NOT eligible)

*ADD $18.00 TO PAYMENT AMOUNTS ABOVE, IF PAYMENT IS MADE AFTER 30 DAYS

If you wish to elect Driving School by Mail, use the payment schedule above to determine the proper amount to be paid. Send your yellow Traffic Citation with your payment, indicate on your payment that you are selecting the "Driving School Option". In addition you MUST select and indicate a 4-hour or 8-hour Driving course. Select a 4-hour Driving course (per FLS 318.1451) if you have not elected a 4-hour course within the preceding 12 months, or 5 times ever.

Select an 8-hour course if you have attended a 4-hour course within the preceding 12 months and not elected the 8-hour course within the preceding 12 months or 5 times ever. This 8-hour Driving Course is only available for citations issued in Broward County.

ALERT : If you fail to indicate on your payment method your election of Driving School and either a 4 or 8-hour course, POINTS may be assessed against your Drivers License.

Failure to complete the course will result in the assessment of points, additional fine, and possible suspension of your Driver's License.

If you received a citation in Broward County and wish to attend a State approved Florida Driving School outside the county, register for school in that area. Upon completion, send the original completion certificate to Clerk of Court, P.O. Box 14615, Ft. Lauderdale, FL 33302-4610 within 90 calendar days of the date of your fine payment in order to avoid a Driver License suspension.

It is very important that your citation number be on the certificate of completion. If you received a citation in Broward County and attend driving school in Broward County, the Driving School will notify the court when you have completed the course.

IT IS YOUR RESPONSIBILITY TO ELECT AND ENROLL IN A DRIVING SCHOOL. SEE YOUR TELEPHONE BOOK FOR A LIST OF TRAFFIC/DRIVING SCHOOLS & RETAIN A COPY OF YOUR CITATION. IN ORDER TO REGISTER ONLY AT A FLORIDA APPROVED DRIVING SCHOOL. DO NOT SEND DRIVING SCHOOL FEES TO THE CLERK OF COURT.

## REPORT OF ACTION ON CASE

**VIOLATIONS BUREAU:**

Date _____

Amt. Of Fine Paid $_____ Costs $ _____

**COURT ACTION:**

Date _____ Plea _____

Disposition _____

_____

_____

_____

Amt. Of Fine Paid $_____ Costs $ _____

License Action _____

**OFFICER'S NOTES FOR TESTIFYING IN COURT:**
PLEASE NOTE FACTS AND CIRCUMSTANCES IN ADDITION TO THOSE CHECKED ON FACE OF COMPLAINT - THAT IS: 1. ANY SPECIFIC ACTION OF VIOLATOR WHICH INCREASED THE HAZARD OF THE VIOLATION; 2. WHERE VIOLATION OBSERVED AND CONTACT MADE; 3. TOTAL DISTANCE TRAVELED DURING PURSUIT; 4. STATEMENTS BY VIOLATOR AND GENERAL ATTITUDE; AND 5. PLACE OF EMPLOYMENT.

| SLIPPERY PAVEMENT | ☐ Wet ☐ Rain ☐ Night ☐ Fog | CAUSED PERSON TO DODGE | CRASH? ☐ Yes ☐ No ☐ Ped. | ☐ PD ☐ PI ☐ Fatal ☐ Vehicle | HIGHWAY TYPE ☐ 2 Lane ☐ 3 Lane ☐ 4 Lane ☐ 4 Lane Divided |
|---|---|---|---|---|---|
| DARKNESS | ☐ Rain ☐ Unlighted ☐ Cross | ☐ Driver ☐ Pedestrian JUST MISSED | ☐ Hit fixed Object ☐ Right Angle ☐ Head On | | AREA: ☐ Rural |
| OTHER TRAFFIC PRESENT | ☐ Oncoming ☐ Pedestrian ☐ Same ☐ Direction | CRASH BY APPROX. _____FT. | ☐ Side Swipe ☐ Rear End ☐ Ran off Roadway ☐ Intersection | | ☐ Residential ☐ School ☐ Industrial ☐ Business |

_____

_____

_____

_____

_____

**WITNESSES:** _____

_____

### VEHICLE DEFECTS

Service Brake _____

Parking Brake _____

Headlights _____

Tail Lights _____

Stop Lights _____

Windshield Wiper _____

Horn _____

Tires _____

Other _____

_____

## IMPORTANT INSTRUCTIONS TO INDIVIDUAL CHARGED WITH A NON-CRIMINAL TRAFFIC INFRACTION NOT REQUIRING A COURT APPEARANCE

You were charged with a civil infraction which requires that you comply with one of the following options with the Clerk of County Court in the county where you received this citation **within thirty (30) calendar days. IF YOU FAIL TO COMPLY WITHIN THE SPECIFIED PERIOD, YOUR DRIVING PRIVILEGE WILL BE SUSPENDED UNTIL YOU COMPLY. YOU SHALL BE REQUIRED TO PAY AN ADDITIONAL CIVIL PENALTY AND A SERVICE FEE.**

**OPTIONS:**
**1.** Pay a civil penalty in the amount of $ _____ by mail or in person to the Clerk of Court. Payment must be received by the clerk within the period specified. **POINTS WILL BE ASSESSED AS APPLICABLE. FOR DRIVER LICENSE, TAG OR REGISTRATION, OR INSURANCE INFRACTIONS, PROOF OF COMPLIANCE IN THE FORM OF A VALID DRIVER LICENSE, REGISTRATION CERTIFICATE OR PROOF OF INSURANCE, WHICHEVER IS APPLICABLE, IS REQUIRED IN ADDITION TO PAYMENT.**

**NOTE: IF YOUR DRIVER LICENSE, TAG, REGISTRATION, OR INSURANCE WAS VALID AT THE TIME THE CITATION WAS ISSUED, YOU MAY PRESENT THE DRIVER LICENSE, TAG, REGISTRATION OR PROOF OF INSURANCE WITHIN THIRTY (30) CALENDAR DAYS TO CLERK OF COURT, AND THE CHARGE WILL BE DISMISSED. A FEE MAY BE ASSESSED.** If you cannot provide proof of registration or insurance, you may sign a sworn statement at the Clerk's office.

**NOTE: YOU MUST ENCLOSE THIS CITATION IF YOU MAIL PAYMENT. PAYMENT SHOULD BE IN THE FORM OF MONEY ORDER OR A CASHIER'S CHECK.**

☐ PERSONAL CHECKS ARE ACCEPTED ☐ PERSONAL CHECKS ARE NOT ACCEPTED
(Make Payable to the Clerk of the County Court)

MAILING ADDRESS FOR THE CLERK OF COURT: _____

**2.** Elect a court hearing by contacting the Clerk of Court at the address listed above or indicated on the front of your citation. If you request a hearing and the County Judge/Magistrate determines that you have committed the offense, the County Judge/Magistrate may impose a penalty not to exceed $500.00 or require completion of a Driver Improvement Course, or both. **POINTS WILL BE ASSESSED AS APPLICABLE.** If the County Judge/Magistrate determines that no infraction has been committed, no cost or penalties shall be imposed and any cost or penalties which have been paid shall be returned.

**3.** Elect to attend and complete a Driver Improvement Course approved by Florida. Initiate by contacting Clerk of Court listed above. In such case, adjudication shall be withheld and **POINTS SHALL NOT BE ASSESSED** provided you have not made a prior election to attend within the 12 months preceding this election. No person may make more than five of these elections (F.S. 318.14(9)). By electing this option you shall pay a penalty. Also, a court cost may be required. This option is not available for driver license, tag or registration violations, or commercial motor vehicle violations of F.S.322.62.

**4.** If you were charged with violation of F.S. 322.065 (driver license expired for 4 months or less), F.S. 320.07(3)(a) (tag or registration expired 6 months or less), F.S. 322.15(1) (failure to display a valid driver license), F.S. 320.0605(1) (failure to possess a valid registration) or F.S. 316.646(1) (failure to maintain proof of insurance), you may, in lieu of payment of fine or court appearance, elect to enter a plea of nolo contendere and present a valid driver license, tag or registration or proper proof of insurance to the Clerk of Court. In such case, adjudication shall be withheld by the Clerk. You must pay court costs. This option is available **ONLY** if you **HAVE NOT** made this election within the last twelve (12) months. No person may make more than three (3) elections under this provision in a lifetime F.S. 318.14(10)(a). If you fail to comply within the specified period, your driving privilege will be suspended as of the date of such failure, until compliance is met. You shall be required to pay an additional civil penalty and a service fee.

**5.** If charged with F.S.316.610, operating a motor vehicle in an unsafe condition or not properly equipped as required in F.S.316.610, or F.S.316.2935, non-criminal violation, you may, **WITHIN THIRTY (30) DAYS** from the date the citation was issued, have the defect corrected, pay a $4.00 fee to the local police or sheriff's office and have the **CORRECTION CERTIFIED ON AN AFFIDAVIT OF COMPLIANCE BY THE POLICE OR SHERIFF'S OFFICE. YOU MUST MAIL OR PRESENT THE AFFIDAVIT OF COMPLIANCE, TOGETHER WITH A $5.00 FEE TO THE CLERK OF THE COURT WITHIN THIRTY (30) DAYS OF THE DATE THE CITATION WAS ISSUED. NO POINTS WILL BE ASSESSED.**

NOTE: This option shall not apply to violations of F.S.316.610 by a commercial motor vehicle or transit bus owned by a government entity.

### FAULTY EQUIPMENT AFFIDAVIT OF COMPLIANCE
(For Local Police or Sheriff's Department Use Only)

I certify that the equipment on this vehicle described herein as indicated on the front of this citation has been corrected and upon this date complies with the requirements of the traffic laws of Florida.

DATE _____ (CHECK ONE) ☐ Local Police ☐ Sheriff

Signed _____
Name, Title, and ID #

_____
Agency Address                    County

Accumulation of Points May Increase Your Costs of Motor Vehicle Insurance If You Were Exceeding the Speed Limit by More Than 15 MPH; This is Your Second Infraction Within the Past 18 Months; or This is Your Third or Subsequent Infraction Within the Past 36 Months (F.S.626.9541(1)(0)(4)).

## FLORIDA UNIFORM BOATING CITATION

## U- 297301

COUNTY OF

| | FMP | | FPP | | GFC |
| | PD | | SO | | OTHER |

CITY (IF APPLICABLE)

AGENCY

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

## COMPLAINT
(RETAINED BY THE COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | | A.M. |
| | | | | | P.M. |

NAME (PRINT):  FIRST          MIDDLE          LAST

STREET          IF DIFFERENT THAN SHOWN ON REGISTRATION, CHECK HERE →

| CITY | | STATE | ZIP CODE |

| TELEPHONE NUMBER ( ) | DATE OF BIRTH | MO. | DAY | YR. | RACE | SEX | HGT. |

| DRIVER LICENSE NUMBER OR OTHER I.D. | | STATE | TYPE OF I.D. | | I.D. EXP. DATE |

| VESSEL REGISTRATION NUMBER | | EXP. DATE | FUEL | PROPULSION | HP |

| YEAR | MAKE | VESSEL TYPE | LENGTH | COLOR |

UPON THE WATERS OF THE STATE OF FLORIDA, OR OTHER LOCATION, NAMELY

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE.     CHECK ONLY ONE OFFENSE EACH TICKET.

| | WILLFUL OR WANTON RECKLESS OPERATION | | WATER SKI VIOLATION | | REGISTRATION CERTIFICATE NOT ON BOARD |
| | CARELESS OPERATION | | IMPROPER/INSUFFICIENT SAFETY EQUIPMENT OR LIGHTS | | REGISTRATION NUMBER NOT PROPERLY DISPLAYED |
| | VIOLATION OF NAVIGATIONAL RULE | | FAILURE TO TRANSFER TITLE/REGISTRATION | | OPERATION OF UNNUMBERED OR UNREGISTERED VESSEL |
| | INTERFERENCE WITH NAVIGATION | | OTHER (SEE COMMENTS) | | NO BOATER I.D. CARD |
| | RESTRICTED AREA/SPEED VIOLATION | | EXPIRED REGISTRATION | | PWC VIOLATIONS |

| | OPERATION OF A VESSEL UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCE OR OPERATING WITH AN UNLAWFUL BREATH/BLOOD ALCOHOL LEVEL OF .08% OR ABOVE          BLOOD ALCOHOL LEVEL _____ % |

OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE:

| IN VIOLATION OF: | ORDINANCE | STATE STATUTE | STATUTE | RULE/ORDINANCE |

| ACCIDENT CASE | CAUSED ACCIDENT | PROPERTY DAMAGE | PERSONAL INJURY | FATAL |
| YES   NO | YES   NO | YES $ _____   NO | YES   NO | YES   NO |

| | THIS CITATION IS FOR A CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW. |
| | THIS CITATION IS FOR AN INFRACTION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW. |
| | THIS CITATION IS FOR AN INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT. (SEE REVERSE) |

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO POST BOND OR ACCEPT AND SIGN THIS CITATION WILL RESULT IN ARREST. FAILURE TO PAY A CIVIL PENALTY WITHIN 10 DAYS OR TO REQUEST A HEARING AND APPEAR WILL RESULT IN ARREST.

X SIGNATURE OF DEFENDANT          MUST READ REVERSE FOR VIOLATOR EDUCATION REQUIREMENTS

## COURT INFORMATION

| DATE | TIME |

| COURT | |

| LOCATION | |

| | ARREST-DELIVERED TO: _____ |
| | ACCEPTED BOND ON SCENE (AMOUNT) _____   TYPE: _____   RECEIPT NO. _____ |

DATE OF ARREST _____          ORG. OR UNIT _____

RANK - SIGNATURE AND IDENTITY OF OFFICER          I.D. NO.
DEP 20-190 (9/95)

**HOLLYWOOD MARINE CITATIONS**   No. **01627**
**City of Hollywood**

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON:

| Day of Week | Month | | Day | Year | | ☐ A.M. ☐ P.M. |
|---|---|---|---|---|---|---|

| Name (Print) | First | Middle | | Last |
|---|---|---|---|---|

| Street | | | | If different than shown on registration, check here ☐ |
|---|---|---|---|---|

| City | | State | Zip Code |
|---|---|---|---|

| Telephone Number ( ) | Date of Birth | Mo. | Day | Year | Race | Sex | Hgt. |
|---|---|---|---|---|---|---|---|

| Driver License Number or other I.D. | | State | Type of I.D. | | I.D. Exp. Date |
|---|---|---|---|---|---|

| Vessel Registration Number | | Exp. Date | Fuel | Propulsion | HP |
|---|---|---|---|---|---|

| Year | Make | | Vessel Type | Length | Color |
|---|---|---|---|---|---|

UPON THE WATERS OF THE STATE OF FLORIDA, OR OTHER LOCATION, NAMELY:

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE. CHECK ONLY ONE OFFENSE EACH TICKET.

- ☐ .003 (A)   Fail to carry sufficient number of PFD's
- ☐ .003 (C)   Improper size for intended wearer
- ☐ .003 (D)   Fail to carry serviceable fire extinguishers
- ☐ .003 (E)   Fail to carry sound producing device
- ☐ .004       Child not wearing personal floatational device
- ☐ .005 (A)   Violation of idle speed within North Lake
- ☐ .005 (B)   Violation of idle speed within South Lake
- ☐ .005 (D)   Violation of idle speed within C-10 canal
- ☐ .012 (C)   Operation within West Lake
- ☐ Other

Other Violations or Comments Pertaining to Offense

| ORDINANCE | 98. |
|---|---|

**FINE $50.00**

**Submit fine as stated within 14 days of issuance to avoid a late fee. Failure to pay the fine or request a court hearing can result in a criminal violation. You can request a court hearing by calling 921-3435. Make checks or money orders payable to:**

City of Hollywood
Marine Citations Utility Acc. Div.
City Hall 2600 Hollywood Blvd.
P.O. Box 229045
Hollywood, FL 33022-9045

I agree and promise to comply and answer to the charges and instructions specified in this citation. WILLFUL REFUSAL TO POST BOND OR ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST.

| Signature of Defendant |
|---|
| X |

| Signature of Officer | Badge Number |
|---|---|

**COURT**

RETURN ADDRESS

NAME
ADDRESS
CITY _____ STATE _____

**13651**

BEACH CITATION                    No. 010679
HOLLYWOOD, FLORIDA

On _____ the _____ day of _____ yr ___ at _____ M

at location _____

Last Name _____

First Name _____ M.I. _____

Address _____ Apt # _____

City _____ State _____ Zip _____

Race _____ Sex _____ Hair _____ Eyes _____

Telephone ( ___ ) _____ Hgt. _____ Weight _____

Birthdate _____ Soc. Sec. # _____

Driver's License # _____ State _____

Did unlawfully commit the following offense upon the Hollywood Beach, Broadwalk, Bandshell, Public Picnic Areas, or in any adjacent structures, properties, or facilities in the City of Hollywood, Broward County, Florida:

**Bicycle Related Municipal Ordinances**
☐ Ride outside of the permitted hours          99.02 (I)(2)
☐ Failure to yield to pedestrians              99.04 (A)
☐ Failure to stay within the bike path         99.04 (B)
☐ Excessive speed for conditions               99.04 (C)
☐ Ride in designated pedestrian zone           99.04 (D)

Thumbprint

**Municipal Ordinance 99.03  (_____)**
☐ A. Swimming beyond a safe depth
☐ B. Surf fishing from 8AM-6PM
☐ C. Launching boat in non-designated area
☐ D. Use of surf board, canoe, raft, in non-designated area
☐ E. Bathe or swim in launch areas
☐ F. Use rafts during severe weather conditions
☐ G. Swim/bathe near groins/jetties
☐ H. Spearfish within bathing area
☐ I. Play ball/games endangering others or outside designated area

☐ J. To build or maintain any fire on the beach
☐ K. To carry or consume any alcoholic beverage
☐ L. To misuse, damage, injure, and/or destroy city property
☐ M. Drive/operate any vehicle on the beach or broadwalk
☐ N. Have or carry any animal, bird, or reptile, or feed Sea Gulls or Pigeons within the beach, broadwalk or public picnic areas
☐ O. Skateboard on the broadwalk
☐ P. Possess and/or ignite fireworks

**Municipal Ordinance 99.02  (_____)**
☐ A. No. food/beverages permitted on beach from Jefferson St to Simms St.
☐ G. No bottles or glass containers permitted on the beach or broadwalk
☐ H. Rollerskate / In-line skate south of Hayes St or outside permitted hours

Additional comments/violations: _____
_____
_____

Officer's Signature _____ I.D. # _____

Fines: (1st Offense - $50.00) (2nd - $100.00) (3rd - $200.00) (4th - $500.00)
I will comply with the requirements of this citation by exercising my right to appeal, or request a court hearing by calling 921-3435, or by submitting the fine as listed (using the citation envelope within 2 working days to avoid a late fee). My signature is not an admission of guilt.

Defendant's
Signature: _____

RETURN ADDRESS

Name _____

Address _____

_____

City _____ State _____

---

PARKING CITATION
HOLLYWOOD, FLORIDA                    No. 00 2209176

On _____ The _____ Day _____ 20 _____ at _____ M

**Veh. Lic. No.** _____ **Exp. Date** _____

Decal No. _____ Co. _____ State _____

Make _____ Body Type _____ Color _____

Was unlawfully parked/stopped/standing in the City of Hollywood, Florida at

(Location) _____

and did there and then commit the following offense in violation of

❑ Not Permitted        ❑ Posted        ❑ Other _____

**Municipal Code No. 72. ( _____ ) F.S.S. 316. ( _____ )**

Officer's Signature _____ No. _____

Submit the payment as scheduled, using citation envelope, within ten business days to avoid late fee.
Postmarked after 10 business days add $10.00; postmarked after 30 days add $25.00 PLUS ORIGINAL
PAYMENT.

YOU HAVE A RIGHT TO APPEAL OR REQUEST COURT HEARING WITHIN TEN BUSINESS DAYS
BY CALLING 954-921-3535

*ALL VIOLATION FINES INCLUDE A $5.00 SCHOOL CROSSING GUARD SURCHARGE.

| WEST | Meter No. _____ | EAST |
|------|------|------|
| .077E Posted Time Zone | | .027 Posted Time Zone |
| .078B Overtime Parking | | .078C Overtime Parking |
| **$20.00 DUE** | | **$20.00 DUE** |

| | | |
|------|------|------|
| .004 Backing In | .023 Over the Line | $25.00 DUE |
| .002 No Parking, Stopping or Standing | .017, .018 Restricted, Taxi, Bus Zone | |
| .006 Facing Wrong Way | .019 Public Building | |
| .007 Alley | .022 Sidewalk, Restricted Swale | |
| .008 Restricted All Night | .024 Angle, Diagonal, Parallel Zone | |
| .009 Storage/Junk, Displaying Signs | .025 Double Parking | $30.00 DUE |
| Washing, Greasing, Repairing | .026 No Permit | |
| .010 School | .033 Traffic Control Device 30' | |
| .011 Narrow Street | .051 Private Property | |
| .012 One Way Street/Roadway | .111 Passenger Vehicle | |
| .013 Not a marked space | .121, .131 Recreational Vehicle | |
| .015, .016 Loading Zone | 605 No Current License Plate | |
| .014 Hazardous | .031 Crosswalk 20', Intersection 20' | |
| .020 Keys in Ignition | .032 Blocked Driveway | $35.00 DUE |
| .021 Obstructing Traffic | .034 Excavation/Construction | |
| .029 Safety Zone | .035 Bridge/Causeway | |
| **.028 Fire Hydrant, .030 Station, Lane or Zone** **.112 Commercial Vehicle** | | **$105.00 DUE** |
| **.140 - 141 Handicapped Zone $255 DUE** | | |

---

Original Date:  11/1/2001                                    Page 1 of 1
Revised Date:                                    Appendix K SOP #230
File Name:  Appendix K Parking Citation.doc

<u>AFFIDAVIT</u>
<u>PRIVATE PROPERTY PARKING</u>

--THE UNDERSIGNED, DOES HEREBY AUTHORIZE THE POLICE DEPARTMENT OF THE CITY OF HOLLYWOOD TO ISSUE A PARKING CITATION TO THE VEHICLE AS DESCRIBED BELOW.

--THE UNDERSIGNED DOES HEREBY CERTIFY THAT HE/SHE IS AUTHORIZED TO SIGN THIS COMPLAINT AS THE OWNER, OR UPON THE BEHALF OF THE OWNER, OF THE PROPERTY UPON WHICH THIS VEHICLE HAS PARKED ILLEGALLY.

ORDINANCE NUMBER FOR VIOLATION:

CASE NUMBER:                    DATE:

VEHICLE LICENSE:                STATE:

CITATION NUMBER ISSUED:

SIGNATURE OF AFFIANT:

ADDRESS OF AFFIANT:

PROPERTY ADDRESS:

PROPERTY NAME:

OFFICER SIGNATURE:              SERIAL:

22-75 - Revised: 02-82

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF DRIVER LICENSES

RE-EXAMINATION INVESTIGATION

This form must be completed to substantiate any person's driving ability being questionable. Keep in mind that a person's age or lack of knowledge on traffic laws alone are insufficient grounds to justify re-examination. We must have evidence of mental or physical inability to drive safely. In all cases, every effort is to be made to interview at least one person familiar with the person's driving or physical condition, such as a neighbor or doctor. List their information under "person interviewed" below. The investigator must personally interview and observe the subject and indicate condition under "physical handicaps" below.

NAME _____   COLOR & SEX _____
         First          Middle          Last
ADDRESS _____   DATE OF BIRTH _____

DRIVER LICENSE NO. _____  STATE _____  TYPE _____

PHYSICAL HANDICAPS NOTED (SUCH AS VISION, LOST LIMBS, ETC.) _____
_____

ARE ADDITIONAL RESTRICTIONS NECESSARY? YES [  ] NO [  ] (CHECK ONE). IF YES,

EXPLAIN _____

RECORD OF TRAFFIC VIOLATIONS OR ACCIDENT REPORTS IN LOCAL POLICE DEPARTMENT FILES
IF NO RECORD, LIST AGENCIES CHECKED. SHOW ACCIDENT OR CHARGE, DATE AND LOCATION
OF EACH
_____

INFORMATION FROM PERSON INTERVIEWED (ONE FAMILIAR WITH DRIVING OR PHYSICAL ABILITY)

NAME _____  ADDRESS _____

DRIVING ABILITY OR PHYSICAL CONDITION QUESTIONABLE? YES [  ] NO [  ] (CHECK ONE)

IF YES, EXPLAIN DETAILS _____
_____

INVESTIGATOR'S RECOMMENDATION  (CHECK ONE OR MORE)

VISION ONLY [  ]     MEDICAL REPORT [  ]     COMPLETE DRIVER EXAM [  ]    NONE [  ]

REASON FOR RECOMMENDATION _____
_____
_____

INVESTIGATOR'S SIGNATURE     DEPARTMENT     ADDRESS (OR TROOP)     DATE

IMPORTANT:   Upon completion, mail to Division of Driver Licenses, Neil Kirkman
             Building, Tallahassee, Florida 32304. Attention: Administrator,
             Driver Improvement Section.

DL-419

 # HOLLYWOOD POLICE DEPARTMENT
## TRAFFIC CITATION VOID REQUEST

Date of Request:_____

 I request that Citation number: _____ issued on: _____

To: _____

By Officer(s): _____

For the violation of: _____

be voided for the following reason(s): _____

_____

_____

_____


_____          _____
Requesting Officer's Signature                    Approving Supervisor's Signature


_____          _____
Division Major's Signature                          Chief of Police Signature

# Hollywood Police Department
## Courtesy Notice

In lieu of issuing a $30 parking citation you have been given a *warning citation* for:

- ❏   Parking on unpaved surface (lawn/median parking)

- ❏   Parking on/over the sidewalk

- ❏   Facing wrong direction (must face with traffic)

All future violations may result in a written citation in the amount of $30 for each violation.

If you have any questions regarding this issue please contact your Neighborhood Team Officer at the Hollywood Police Department Community Oriented Policing Division at 954-967-4456.

_____     _____
          Officer/Badge                              Date

22-501 (rev 11/04)

# TRAFFIC CRASH INVESTIGATION



| DEPARTMENT SOP: #231 | CALEA: 41.2.4 |
|---|---|
| EFFECTIVE DATE: 11/1/2001<br>REVIEW DATE: 02/03/2014 | CFA:<br><br>23.01A,D-G, 23.02A-H, 23.04 |

**PURPOSE:**  To establish procedures for Traffic Crash Investigations.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Hollywood Police Department to provide emergency assistance to persons injured in crashes, to protect the crash scene, to conduct at-scene and follow-up investigations, and to take proper enforcement action. Traffic crash investigations will be conducted in a thorough, complete and unbiased manner.

**INDEX:**

I.    GENERAL .................................................2

A.    Authority:..............................................2
B.    Agency Response:..............................2
C.    Assigning Members to Investigate Traffic Crashes:.......................................2
D.    Emergency Response (Code 3): ........2
E.    First Responding Member: [23.01F,G][23.02A-C,E-H,41.2.4] ................2
F.    Traffic Vests .......................................3
G.    Traffic Unit: [23.01A][23.01E] .............3
H.    Community Service Officers: ...............3
I.    Scene Supervision: ..............................4

II.    INVESTIGATIVE PROCEDURES ..............4

A.    Enforcement: .......................................4
B.    Criminal Investigations: .......................4

III.    COLLECTION OF INFORMATION AND EVIDENCE ....................................................5

A.    Interviewing Drivers / Witnesses: ........5
B.    Examining Vehicle Condition:..............5
C.    Examining Road and Weather Conditions:..............................................5
D.    Photographs: .......................................6

IV.    SEVERE PROPERTY DAMAGE, SERIOUS/LIFE-THREATENING INJURIES OR FATALITIES ........................................................6

A.    Traffic Homicide Call-Out: ..................6
B.    Witness Documentation: .....................6
C.    Scene Security: ...................................6
D.    Scene Supervision: .............................6
E.    Next of Kin Notification ........................7
F.    On-Scene Determination of Death:........7
G.    F.H.P. Notification: ..............................7
H.    F.D.O.T Notification: ...........................7
I.    Press Releases:......................................7

V.    CRIME SCENE UNIT...............................7

A.    Photographs: .......................................7
B.    Chain of Custody: ...............................7
C.    Physical Evidence: [23.02D,41.2.4] ....7

VI.    CRASH VICTIM'S PROPERTY [23.04] .7

A.    Securing the Property: [23.04]............7
B.    Releasing Property: .............................8

VII.    CRASHES INVOLVING INJURIES, FIRE HAZARDS, AND HAZARDOUS MATERIALS .8

A.    Injury Crashes: ...................................8
B.    Late Reported Injury Crashes: ...........8
C.    Hazardous Materials: [23.02H,41.2.4][23.01E] .............................8
D.    Fire Hazards: ......................................8
E.    Supervisors' Responsibilities:.............9

VIII.    TRAFFIC DIRECTION AND CONTROL 9

A.    Scene Security: ...................................9
B.    Extended Traffic Control:....................9
C.    Traffic Routing: ...................................9
D.    Notifications: .......................................9

IX.    RAILROAD CRASHES ..........................9

A.    Guidelines:...........................................9
B.    Railroad Police: .................................10

**X.    CRASHES INVOLVING CITY VEHICLES OR CITY PROPERTY [23.01D].......................10**

A.    Supervisory Responsibilities:.............10
B.    Investigator's Responsibilities: ..........10

**XI.    TRAFFIC CRASH REPORTS: .............10**

A.    Florida Traffic Crash Reports Long Form: 10
B.    Driver Exchange of Information Form: 10
C.    Update Traffic Crash Report:.............10
D.    Mobile Field Incident Report: .............11
E.    Non-Reporting (N/R):........................11
F.    Completing Traffic Crash Reports........11

**XII.    DEFINITIONS: ....................................11**

A.    COMMERCIAL MOTOR VEHICLE: ..11
B.    SERIOUS INJURY:...........................12
C.    TRAFFIC CRASH: ............................12

**PROCEDURE:**

**I.    GENERAL**

Members will respond to, investigate, and properly document all traffic crashes occurring in the City of Hollywood.  If the crash occurs outside the City limits of Hollywood, the appropriate Agency will be notified to respond.

**A.  Authority:**

Sworn Members and Community Service Officers are authorized to conduct traffic crash investigations.

**B.  Agency Response:**

When a traffic crash occurs within the City of Hollywood's jurisdiction, the following responders will be dispatched:

1.  A Police Officer or Community Service Officer, depending on the severity of the crash and the need for emergency response.

2.  Hollywood Fire Rescue, if injuries are reported.

3.  Additional support Units as requested.

**C.  Assigning Members to Investigate Traffic Crashes:**

When possible, Members will be assigned to investigate traffic crashes in the following order of succession:

1.  Community Service Officers.

2.  Patrol Officers.

3.  Traffic Unit Officers (see additional responsibilities under **Section I F**).

**D.  Emergency Response (Code 3):**

If injuries are reported, a Sworn Member will be dispatched in a "Code 3" response.  Additional support will be dispatched as necessary.

**E.  First Responding Member:**
**[23.01F,G][23.02A-C,E-H,41.2.4]**

The first Member arriving on the scene of a traffic crash involving damage to vehicles or property will perform the following functions:

1.  Park the Police vehicle in such a manner as to provide and maintain maximum protection of the crash scene, physical evidence, and all persons and vehicles. **[23.02C,41.2.4]**

2.  **Conduct a Hazardous Material assessment**: Be alert for the presence of special hazards including fire, chemical spills or gasses, electrical hazards and/or other dangerous conditions.  If such conditions exist, appropriate Agencies should be notified to respond. **[23.02H,41.2.4]**

3.  Administer emergency medical care, first aid and/or begin basic life support, if needed. **[23.02A,41.2.4]**

4.  Summon Fire Rescue and additional assistance as needed (e.g., heavy rescue, additional Members, Wrecker service, etc). **[23.02B,41.2.4]**

5.  Establish a safe traffic pattern around the crash scene. **[23.02E,41.2.4]**

6. Locate and interview drivers and witnesses to the crash. Record crash information. **[23.02F,41.2.4]**

7. Separate principals involved in disturbances or altercations relating to the crash. **[23.01F]**

8. **Required Towing:** When there is major traffic congestion or vehicular damage to the extent that towing is required, Members will expedite the removal of said vehicle(s) and/or debris from the roadway. **[23.01G][23.02G,41.2.4]**

   a. Prior to moving vehicles, check with the assigned Crash Investigator or Supervisor.

   b. If a wrecker is requested, the wrecker service personnel will be responsible for removing all vehicle debris from the roadway.

   c. If a wrecker is not requested, notify the Communications Center to contact the Public Works Department or the appropriate utility company to remove any obstructions and debris.

9. If the first responding Member is not the Member who will be investigating the crash, he will remain at the scene until the investigating Member arrives.

F. **Traffic Vests**

   All Members conducting traffic crash investigations must wear their reflective traffic safety vests.

G. **Traffic Unit: [23.01A][23.01E]**

   The on-scene Patrol Supervisor will determine the necessity for requesting a Traffic Unit Investigator. When on duty and available, Members assigned to the Traffic Unit are responsible for the following:

   1. Investigating motor vehicle crashes occurring within the City of Hollywood's jurisdiction.

   2. Conducting parallel crash investigations and/or Departmental Administrative investigations occurring in Dade or Broward County involving Police vehicles or Police vehicle pursuits emanating from the City of Hollywood, only if the Agency with jurisdiction refuses to conduct the investigation. The Traffic Member will complete a Mobile Field Report for Departmental information. (See **Police Vehicle Crashes SOP**)

   3. Investigating crashes involving serious injury or death. **[23.01A]**

   4. Conducting all follow-up crash investigations, to include:

      a. Any investigation assigned by a Traffic Unit Supervisor.

      b. Hit and run crashes (see **Hit & Run Crash Investigations SOP**).

      c. Drivers impaired by alcohol and/or drugs. (See **DUI Detection & Testing SOP**)

      d. Crashes involving City owned vehicles and/or damage to City property if serious injury or death. **[23.01D]**

      e. Crashes involving hazardous materials (see **Hazardous Materials Section of this SOP**). **[23.01E]**

      f. Obtaining formal recorded statements from witnesses.

H. **Community Service Officers:**

   Community Service Officers arriving at a crash scene who observe a physical or verbal altercation in-progress will immediately call for a Police Officer to respond to the scene. The CSO will not attempt to intervene in a physical altercation.

**I.   Scene Supervision:**

The first responding Member to arrive at a crash scene will be in charge of the scene.

1.   The Member in charge of the scene may be relieved by:

   a.   A Supervisor.

   b.   Another Member assigned to handle and complete the investigation.

   c.   A Traffic Homicide Investigator.

2.   The Officer in charge of the scene may designate specific duties to other Members at the scene, i.e., to aid in gathering witnesses, secure the scene, maintaining a safe flow of traffic and preparing supporting reports.

**II.  INVESTIGATIVE PROCEDURES**

**A.  Enforcement:**

Investigations at crash scenes will normally result in detecting evidence necessary to support the issuance of criminal citations, infraction citations, the filing of formal charges or physical arrest.

1.   Upon determination of a violation of law, infraction or Municipal Ordinance, the Sworn Officer or Community Service Officer will take appropriate enforcement action.

2.   A Community Service Officer will summon a Police Officer to respond to the scene if the enforcement action needed involves a criminal offense.

3.   Before taking any enforcement action, the Member conducting the crash investigation must establish all elements of the violation.  Elements that the Member has not personally witnessed must be established through investigation.  The investigation may include:

   a.   Statements or admissions made by the violator.

   b.   Statements made by the witness(s).

   c.   Physical evidence.

4.   Members may elect not to immediately issue citations at crash scenes if the violator was injured and transported from the scene, and/or additional investigation is required.  In these instances, Members will respond to the medical facility to issue the citation and/or conduct further investigation resulting in the filing of charges at a later date.

**B.  Criminal Investigations:**

When investigating a crash in which criminal charges may result, the Member will:

1.   Obtain all information necessary to complete the Traffic Crash Report.

2.   Inform the subject that you have completed the crash investigation and are now conducting a criminal investigation (D.U.I., etc.).

3.   Advise the subject of his Miranda Rights.

4.   If the driver is arrested, the same case number generated for the crash report will be used to document the arrest.

5.   Officers, after completing their investigation, will notify the Communications Section and request two copies of the 911 recording for evidentiary purposes.  Officers will be responsible for the following:

   a.   Deliver one copy of the 911 recording, along with the CAD printout, to the Property and Evidence Unit. Both items will be placed into property, as evidence, in the manner described

per the Property and Evidence SOP's.

**b.** Deliver one copy of the 911 recording to the Records Section / Case Filing Unit who will assure it is included in the Case File forwarded to the State Attorney's Office.

## III. COLLECTION OF INFORMATION AND EVIDENCE

All information and physical evidence must be collected in a fashion that ensures accuracy and admissibility in Court.

### A. Interviewing Drivers / Witnesses:

Members will be guided by the following techniques:

**1.** Interview drivers and witnesses as soon as practical following the crash. However, the questioning may be delayed until the person has received medical attention, regained emotional stability, or has attended to other urgent needs.

**2.** Interview drivers and witnesses separately and individually concerning the traffic crash. Members will discourage drivers and witnesses from discussing the crash amongst themselves.

**3.** Observe the physical, emotional and mental condition of the person being questioned.

**4.** Interview witnesses as to their exact location when they witnessed the crash, what they were doing, what called their attention to the crash and what they saw, heard, or performed in response.

**5.** Determine if the witness can place the at-fault driver behind the wheel at the time of the crash.

### B. Examining Vehicle Condition:

Members will conduct a thorough examination of the damage sustained in the crash. Examination and evaluation of the damaged area should coincide with other evidence and statements as to how the crash occurred. The vehicle damage conditions are a very important aspect of evidence evaluation. This may be of significant importance in establishing the circumstances surrounding the crash and justifying prosecution for a violation. When inspecting the vehicle, the Member will:

**1.** Attempt to determine whether vehicle deficiencies contributed to the crash or were merely a circumstance, which were present, but not a contributing factor.

**2.** Note vehicle deficiencies, which contributed to the crash, on the Traffic Crash Report.

### C. Examining Road and Weather Conditions:

In examining the condition of the road, Members will be alert for any foreign substance on the surface (sand, loose gravel, oil, etc.), note the condition of the surface (dry, slippery, wet, etc.), and note the roadway markings for clarity or obscurity. When checking the roadway Members will:

**1.** Check the road for any obstructions to the drivers' view, which existed at the time of the crash. This includes parked vehicles, glare, background lighting, foliage and structures (permanent or temporary).

**2.** Check for the presence of traffic signs and traffic control devices and determine if traffic lights are operating properly.

**3.** Record weather conditions present at the time of the collision to include rain, fog, smoke, etc.

**4.** Note any roadway and/or environmental conditions in the Traffic Crash Report.

**D. Photographs:**

In most instances, the decision to photograph crash scenes will be left to the discretion of the Investigator. However, in the following circumstances photographs are required:

**1.** Crashes involving serious or life-threatening injuries.

**2.** Crashes involving any City owned or leased vehicle.

**3.** Crashes involving damage to City property.

**4.** Crashes involving potential liability to the City.

**IV. SEVERE PROPERTY DAMAGE, SERIOUS/LIFE-THREATENING INJURIES OR FATALITIES**

When the Member on-scene determines there is severe property damage or serious/life-threatening injuries, the scene will be preserved until the arrival of a Traffic Homicide Investigator.

**A. Traffic Homicide Call-Out:**

If no Traffic Homicide Investigators are on duty, a Patrol Lieutenant will advise the Communications Center to call-out the on-call Traffic Homicide Investigator(s) and on call Traffic Supervisor.

**B. Witness Documentation:**

In the case of a fatal crash, witnesses are compelled to remain on-scene until the arrival of a Traffic Homicide Investigator. In the event that a witness must leave, the Member will properly identify the witness and document the following:

**1.** Name.

**2.** Date of birth.

**3.** Home address.

**4.** Work address.

**5.** Home phone number.

**6.** Work phone number.

**7.** E-mail address

**8.** Cellular telephone number.

**C. Scene Security:**

Members will treat all serious injury or fatal crash scenes as crime scenes.

**1.** The crime scene will be secured with crime scene tape and a crime scene log will be started.

**2.** Only Investigative Personnel assigned by the on-scene Traffic Homicide Supervisor will be permitted within the crime scene.

**3.** Vehicle traffic will be re-routed to ensure the safety of personnel and the security of the crime scene.

**D. Scene Supervision:**

Upon arrival at the scene of a crash with life-threatening injury or death, a Traffic Homicide Investigator will assume responsibility of the scene until the arrival of the Traffic Homicide Supervisor. The THI will advise the on-scene Supervisor of any need for assistance (i.e. scene security, perimeter boundaries, traffic control, etc.).

The THI will request the assistance of support personnel, as needed. Support personnel may include:

**1.** Additional Police Officers.

**2.** Crime Scene Unit.

**3.** Medical Examiner's Office Personnel.

**4.** Wrecker Service.

**5.**   Fire Rescue.

**6.**   Mutual Aid

**E.   Next of Kin Notification**

If the victim dies at the scene of a traffic crash, Members of the Traffic Homicide Unit will make the next of kin notification either in person or with the assistance of an outside Police Agency. If the victim dies at the hospital, the attending physician or social worker from the hospital will make the next of kin notification. Members of the Traffic Homicide Unit will then conduct a follow up meeting with the next of kin.

**F.   On-Scene Determination of Death:**

Hollywood Fire Rescue will make the ultimate decision if death has occurred. They will be responsible for monitoring rescue operations to ensure physical evidence is not unnecessarily disturbed.

**G.   F.H.P. Notification:**

The Florida Highway Patrol will be notified by the THI whenever a driver, passenger, pedestrian or bicyclist dies from injuries sustained in a vehicle crash.

**H.   F.D.O.T Notification:**

The Florida Department of Transportation will be notified by the THI when a Commercial Motor Vehicle is involved in a serious injury crash or fatal traffic crash.

**I.   Press Releases:**

The Public Information Officer, or in their absence a Traffic Homicide Supervisor will issue a press release regarding traffic crashes that involve serious injuries or death.  The press release will follow the guidelines outlined in the **Public Affairs SOP**.

**V.   CRIME SCENE UNIT**

**A.   Photographs:**

Crash scene photographs taken by the Crime Scene Unit will include the following:

**1.**   Vehicle and identifying factors.

**2.**   Areas of damage.

**3.**   Physical evidence.

**4.**   Point of reference.

**5.**   Roadway.

**B.   Chain of Custody:**

A strict chain of custody must be maintained with all evidence.  The Crime Scene Investigators will collect evidence at the crash scene as directed by the Traffic Homicide Investigator.  Members will refer to **SOP# 270 Property and Evidence**.

**C.   Physical Evidence:** [23.02D,41.2.4]

Members should be mindful of the vulnerability of "short lived" evidence, i.e. fingerprints, blood, fogged windows, etc, and will make efforts to properly preserve and document such evidence or existing conditions.  Members will not touch any equipment inside the crash vehicles unless directed by the Traffic Homicide Investigator.

**VI.   CRASH VICTIM'S PROPERTY** [23.04]

Members who respond to the scene of a crash will take precautions to protect the owner's property from theft in the event the owner is unable to care for the property: [23.04]

**A.   Securing the Property:** [23.04]

The following procedures will govern the inventory, removal and storage of property:

1. **Victim Injured:** The victim's property will be secured, collected, itemized, and submitted into the Property and Evidence Unit for safekeeping in accordance with guidelines established in the Property and Evidence SOP.

2. **Victim Dies On Scene:** In the event of a traffic crash, in which the victim dies at the scene of a crash, the THI will take possession of all personal belongings and submit them into the Property and Evidence Unit for safekeeping. A copy of the Property Form will be placed inside the Traffic Fatality Investigation file.

3. **Victim Expires Enroute to or at Hospital:** If the victim expires in transit to a medical facility or in the emergency room of a medical facility, the victim's personal property, (cash, jewelry, negotiable securities) will remain in the custody of the medical facility, unless the victim's property is needed as evidence for the investigation.

**B. Releasing Property:**

The following procedures will govern the release of the victim's property:

1. The victim's property may be released on scene to a third party upon the victim's consent.

2. If the property is not released on scene, the victim may retrieve the property from the Department's Property and Evidence Unit after complying with established procedures.

**VII. CRASHES INVOLVING INJURIES, FIRE HAZARDS, AND HAZARDOUS MATERIALS**

**A. Injury Crashes:**

Reports of traffic crashes with possible injuries require the dispatch of Hollywood Fire Rescue. A Member arriving on the scene prior to Fire Rescue will advise the Communications Center of the existing situation and determine if Fire Rescue is needed. The responding Member will administer first aid or needed medical attention to injured persons until Fire Rescue arrives.

**B. Late Reported Injury Crashes:**

Late reported traffic crashes involving injury will be investigated immediately to the best of the Member's ability.

**C. Hazardous Materials:**
[23.02H,41.2.4][23.01E]

Members will always assess crash scenes for hazardous materials. In the event hazardous materials are present, Members should isolate the area and evacuate non-essential personnel. Members will be responsible for preliminary hazard identification (spill, leak, fire) and identification of vehicle and container placards. [23.02H]

1. **Investigation:** The Traffic Unit will investigate traffic crashes involving hazardous material spills, when available. [23.01E]

2. **Initial Response:** The first responding Member(s) should follow procedures pursuant to the **Hazardous Materials SOP** until such time that the crash can be safely and properly investigated.

**D. Fire Hazards:**

Members arriving at the scene of a vehicle fire prior to the Fire Department are responsible for the following actions:

1. Preserving life and rescuing occupants.

2. Providing basic life support/emergency medical care and fire suppression services until properly relieved by Fire Rescue Personnel.

3. Facilitating the Fire Department's response and directing responding

Police Units to appropriate locations for evacuation or traffic control.

4. Evaluating the situation and notifying a Supervisor.

5. Upon Fire Rescue's arrival, they will be in charge of all injured parties and extrication. Members will render assistance if requested.

**E. Supervisors' Responsibilities:**

When a Supervisor is notified of a crash involving serious injuries, fire hazards, or hazardous materials he will:

1. Respond to the scene.

2. Confer with the Fire Department regarding evacuation.

3. Evaluate the severity of victim's injuries and determine the necessity of a Traffic Homicide Investigator's response.

4. Determine if additional support personnel are required.

5. Notify the Shift Lieutenant.

## VIII. TRAFFIC DIRECTION AND CONTROL

The first responding Member will determine the necessity for traffic direction and control.

**A. Scene Security:**

Police vehicles should be positioned at the outer edges of a crash scene involving extensive roadway obstruction. Flares or other channeling devices should be placed to direct traffic flow in conjunction with other lane control techniques. Additional Members will be requested as necessary.

**B. Extended Traffic Control:**

Supervisors will make arrangements to provide relief for Members performing prolonged traffic control duties.

**C. Traffic Routing:**

Major traffic congestion as a result of a crash will require the routing of traffic around the crash to protect the scene and the investigating Members. When routing traffic, the use of flares, traffic cones, barricades, or portable traffic control devices is encouraged (see **SOP# 240 Traffic & Pedestrian Regulation Equipment**). The purpose of routing traffic around a crash scene is to:

1. Give approaching motorist's sufficient warning of the hazards ahead.

2. Provide a safe alternative route around or away from the crash scene.

3. Provide a safe environment for Members conducting the crash investigation.

**D. Notifications:**

When it appears that traffic is going to be congested or detoured for an extended period of time, the on-scene Supervisor will advise the Shift Lieutenant and Communications Center. If the Shift Lieutenant determines that the prompt notification of the public is necessary, he will contact the Public Information Officer to provide the information to the media.

## IX. RAILROAD CRASHES

**A. Guidelines:**

When conducting an investigation concerning a railroad crash, the following guidelines will be followed:

1. Motor vehicle vs. train crashes, which occur on a dedicated roadway, will be reported on a Florida Traffic Crash Report and will be handled by the Traffic Unit.

2. All other railroad crashes will be documented on a Mobile Field Report and classified as "Other".

**3.** The Investigative Services Section will investigate all non-motor vehicle involved crashes, where the victim is either seriously or fatally injured.

**B. Railroad Police:**

When investigating a railroad crash, the Investigator will make contact with the Railroad Police Investigator who responds to the scene and obtain the following information:

**1.** Name of the Engineer and Conductor.

**2.** Train movement number.

**3.** The number of train cars excluding the engine.

**4.** The number of train engines used and their individual assigned numbers.

**X. CRASHES INVOLVING CITY VEHICLES OR CITY PROPERTY** [23.01D]

The following Section pertains to crashes involving City property and non-Police City vehicles. Police vehicle crashes are addressed in **SOP# 214 Police Vehicle Crashes**.

**A. Supervisory Responsibilities:**

When a non-Police City vehicle has been involved in a crash, or City property has been damaged as a result of a crash, a Supervisor will:

**1.** Be notified by Communications. If the traffic crash occurs outside of the City limits, the Shift Lieutenant will be notified.

**2.** Will respond to the scene and notify the Shift Lieutenant.

**3.** A Police Officer or Community Service Officer will be assigned to conduct the investigation.

**4.** Ensure the Crime Scene Unit responds and photographs the scene and all vehicles involved, regardless of damage or evidence of damage.

**a.** A Community Service Officer may be assigned by a Supervisor to photograph City vehicle crashes under the following circumstances:

**(1).** Minor injuries, and/or;

**(2).** Minor damage.

**B. Investigator's Responsibilities:**

Members assigned to investigate City vehicle involved crashes will complete HSMV Form 90003 (Long Form Traffic Crash Report) and HSMV Form 90005 (Narrative / Diagram).

**XI. TRAFFIC CRASH REPORTS:**

Members investigating motor vehicle crashes, in which a report will be generated, are required to complete the appropriate State forms and must be completed in MFR. Handwritten crash reports will not be accepted. The Florida Department of Highway Safety and Motor Vehicles (DHSMV) Traffic Crash Report Form Manual will be used as a guide.

**A. Florida Traffic Crash Reports Long Form:**

Members will complete a long form when investigating all traffic crashes (see **Appendix A**):

**B. Driver Exchange of Information Form:**

The Driver Exchange of Information form will be completed and given to each driver for all traffic crashes (see **Appendix C**):

**C. Update Traffic Crash Report:**

This Form will be utilized for the following (see **Appendix D**):

**1.** When supplemental information is obtained at a later date.

**D. Mobile Field Incident Report:**

A Mobile Field Incident Report will be used in the following instances. The Member will title the report "Accident-Other":

1. Railroad crashes, which do not occur at an intersection with a dedicated roadway.

2. Crashes involving City vehicles, equipment and property where no injury or minimal property damage occurs.

**E. Non-Reporting (N/R):**

1. When parties involved in a traffic crash agree to settle amongst themselves and decline to file a formal Traffic Crash Report, the responding Member will:

   a. Obtain a Supervisor's approval to N/R incident.

   b. Enter all involved vehicles license plate characters and driver information into CAD.

   c. N/R will only be utilized in crashes where both parties mutually agree that a Police Report is not desired.

**F. Completing Traffic Crash Reports**

1. **Must Include:**

   a. Date, time and location of crash.

   b. Descriptions of the vehicles involved.

   c. Name, phone number and address of all parties involved, including all drivers, passengers, and witnesses.

   d. Identification of the vehicle in which each driver and passenger were located.

   e. Names of the insurance companies for the respective parties involved in the crash.

2. **Diagrams and Measurements:**

   Members will prepare such diagrams as may be necessary for investigative purposes. If the vehicles are moved, Members will draw a diagram based on the physical evidence and driver/witness statements. Crash diagrams are required on the long form and will:

   a. Depict the roadway, vehicles, compass points, traffic control devices and other pertinent information.

   b. Include roadway, skid marks, and other measurements deemed necessary.

   c. Identify drawing as "Not to Scale" or "Drawn to Approximate Scale".

   d. The diagram will be drawn using a traffic crash template or utilizing a computer drawing crash software program.

3. **Report Submission:**

   Members will complete and submit all traffic crash related reports by the end of their shift to the "HWTC" folder in MFR. A Traffic Unit CSO will review each crash report for proper content.

**XII. DEFINITIONS:**

**A. COMMERCIAL MOTOR VEHICLE:**

Any motor vehicle or motor vehicle combination used on the streets or highways, which:

1. Has a gross vehicle weight rating of 26,001 pounds or more.

2. Is designed to transport more than 15 persons, including the driver, or

is transporting hazardous materials and is required to be placarded in accordance with Title 49 C.F.R. part 172, subpart F.

**B.  SERIOUS INJURY:**

An injury which consists of a physical condition that creates a substantial risk of death, serious personal disfigurement, or a protracted loss or impairment of the function of any bodily part or organ.

**C.  TRAFFIC CRASH:**

A collision between a motor vehicle and another object resulting in damage or injury to a person or damage to property.

APPROVED BY:

_____  **02/03/2014**

**Frank G. Fernandez**        **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**        Florida   Traffic   Crash Report (HSMV 90003).

- **Appendix B:**        Florida   Traffic   Crash Report (HSMV 90005).

- **Appendix C:**        Florida   Traffic   Crash Report (HSMV 90006).

- **Appendix D:**        Florida   Traffic   Crash Report (HSMV 90004).

- **Appendix E:**        Florida   Traffic   Crash Report Commercial Vehicle Supplement.



Original Date: 11/1/2001
Revised Date:
File Name: Appendix A Florida Traffic Crash Report, Long Form-Short Form HSMV 90003.doc

Page 1 of 1
Appendix A SOP #231

# FLORIDA TRAFFIC CRASH REPORT

**NARRATIVE / DIAGRAM**
MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS
TALLAHASSEE, FLORIDA 32399-0500

DO NOT WRITE IN THIS SPACE

| EMS INFO FATALS ONLY | TIME EMS NOTIFIED | AM | PM | TIME EMS ARRIVED | AM | PM | COUNTY / CITY CODE | DATE OF CRASH | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|

### NARRATIVE / ADDITIONAL PASSENGERS

| SEC. # | PASS. # | PASSENGER NAME | ADDRESS | CITY & STATE | ZIP | Age | Loc. | Inj. | Safety Equip. | Eject |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| VIOLATOR | FL STATUTE NUMBER | NAME | CHARGE | CITATION # |
|---|---|---|---|---|
| VIOLATOR | FL STATUTE NUMBER | NAME | CHARGE | CITATION # |

| WITNESS - NAME | ADDRESS | CITY & STATE | ZIP |
|---|---|---|---|
| WITNESS - NAME | ADDRESS | CITY & STATE | ZIP |

FIRST AID GIVEN BY - NAME:    1 Physician or Nurse  4 Certified 1st Aider    INJURED TAKEN TO:    BY - NAME:
2 Paramedic or EMT  5 Other
3 Police Officer

| WAS INVESTIGATION MADE AT SCENE? | 1 YES | 2 NO | WHERE? | IS INVESTIGATION COMPLETE? | 1 YES | 2 NO | WHY? | DATE OF REPORT | PHOTOS TAKEN? | 1 YES | 2 NO | 3 INVEST. AGENCY | 4 OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INVESTIGATOR - RANK & SIGNATURE | ID / BADGE NUMBER | DEPARTMENT | FHP | SO | PD | OTHER |
|---|---|---|---|---|---|---|

HSMV 90005 (Rev. 1/95) S                    Page _____ of _____ Pages

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix B Florida Traffic Crash Report Narrative-Diagram HSMV 90005.doc

Page 1 of 1
Appendix B SOP #231

1. ☐ LAW ENFORCEMENT SHORT FORM REPORT
2. ☐ DRIVER REPORT OF TRAFFIC CRASH
3. ☐ DRIVER EXCHANGE OF INFORMATION

DO NOT WRITE IN THIS SPACE

| | DATE OF CRASH | TIME OF CRASH | ☐ AM ☐ PM | TIME OFFICER NOTIFIED | ☐ AM ☐ PM | TIME OFFICER ARRIVED | ☐ AM ☐ PM | INVEST. AGENCY REPORT NUMBER |
|---|---|---|---|---|---|---|---|---|

**Time & Location**

COUNTY /CITY CODE — N S E W — COUNTY

AT NODE NO. — 1 ☐ 2 ☐ FROM NODE NO. ON — NEXT NODE NO. ON — NO. OF LANES 1 ☐ DIVIDED 2 ☐ UNDIVIDED — ON STREET, ROAD OR HIGHWAY

OR — FEET / MILES — ROAD

AT INTERSECTION OF — 1 ☐ 2 ☐ — N — E — OF INTERSECTION OF

OR — FEET / MILES

**Section 1**

**Vehicle**

YEAR — MAKE — TYPE (car, truck, bicycle, etc.) — VEHICLE LICENSE TAG NO. — STATE — YEAR — VEHICLE IDENTIFICATION NUMBER

Check Areas of Vehicle Damage: Front — R / Front — L / Front — R / Side — L / Side — Rear — R / Rear — L / Rear — INSURANCE COMPANY (LIABILITY OR PIP) — POLICY NO.

OWNER'S FULL NAME (Check if Same as Driver ☐) — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

DRIVER (Exactly as on Driver's License) / PEDESTRIAN — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

DRIVER'S LICENSE NUMBER — STATE — LIC. TYPE — DATE OF BIRTH — RACE — SEX — EST. AMOUNT OF DAMAGE

**Pedestrian**

DRIVER / PEDESTRIAN HOME PHONE ( ) Area Code — DRIVER / PEDESTRIAN BUSINESS PHONE ( ) Area Code — VEHICLE REMOVED BY: 1. Tow Rotation List 2. Tow Owner's Request 3. Driver 4. Other

PASSENGER'S NAME — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE — AGE

**Section 2**

**Vehicle**

YEAR — MAKE — TYPE (car, truck, bicycle, etc.) — VEHICLE LICENSE TAG NO. — STATE — YEAR — VEHICLE IDENTIFICATION NUMBER

Check Areas of Vehicle Damage: Front — R / Front — L / Front — R / Side — L / Side — Rear — R / Rear — L / Rear — INSURANCE COMPANY (LIABILITY OR PIP) — POLICY NO.

OWNER'S FULL NAME (Check if Same as Driver ☐) — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

DRIVER (Exactly as on Driver's License) / PEDESTRIAN — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

DRIVER'S LICENSE NUMBER — STATE — LIC. TYPE — DATE OF BIRTH — RACE — SEX — EST. AMOUNT OF DAMAGE

**Pedestrian**

DRIVER / PEDESTRIAN HOME PHONE ( ) Area Code — DRIVER / PEDESTRIAN BUSINESS PHONE ( ) Area Code — VEHICLE REMOVED BY: 1. Tow Rotation List 2. Tow Owner's Request 3. Driver 4. Other

PASSENGER'S NAME — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE — AGE

**Section 3**

**Vehicle**

YEAR — MAKE — TYPE (car, truck, bicycle, etc.) — VEHICLE LICENSE TAG NO. — STATE — YEAR — VEHICLE IDENTIFICATION NUMBER

Check Areas of Vehicle Damage: Front — R / Front — L / Front — R / Side — L / Side — Rear — R / Rear — L / Rear — INSURANCE COMPANY (LIABILITY OR PIP) — POLICY NO.

OWNER'S FULL NAME (Check if Same as Driver ☐) — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

DRIVER (Exactly as on Driver's License) / PEDESTRIAN — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE

DRIVER'S LICENSE NUMBER — STATE — LIC. TYPE — DATE OF BIRTH — RACE — SEX — EST. AMOUNT OF DAMAGE

**Pedestrian**

DRIVER / PEDESTRIAN HOME PHONE ( ) Area Code — DRIVER / PEDESTRIAN BUSINESS PHONE ( ) Area Code — VEHICLE REMOVED BY: 1. Tow Rotation List 2. Tow Owner's Request 3. Driver 4. Other

PASSENGER'S NAME — ADDRESS (Number and Street) — CITY AND STATE — ZIP CODE — AGE

| VIOLATOR | FL STATUTE NUMBER | NAME | CHARGE | CITATION # |
|---|---|---|---|---|

PROPERTY DAMAGED (Other than vehicle) — EST. AMOUNT OF DAMAGE — OWNER - Name — ADDRESS - Number and Street — City / State / Zip

WITNESSES other than PASSENGERS — NAME — ADDRESS - Name and Street — City / State / Zip

RANK AND SIGNATURE OF RESPONDING / INVESTIGATING OFFICER — I.D. / BADGE NO. — DEPARTMENT — PD — SO — OTHER

HSMV 90006 (Rev. 11/98) S

☐ YOU MUST READ AND COMPLY WITH THE INSTRUCTIONS ON THE BACK OF THIS FORM
☐ NO FURTHER ACTION REQUIRED BY YOU, REPORT COMPLETED BY LE

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix C Traffic Crash Short Form, Driver Report or Driver Exchange HSMV 90006.doc

Page 1 of 1
Appendix C SOP #231

# FLORIDA TRAFFIC CRASH REPORT

☐ UPDATE   ☐ CONTINUATION

MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS
TALLAHASSEE, FLORIDA 32399-0500

DO NOT WRITE IN THIS SPACE

COUNTY/CITY CODE | DATE OF CRASH | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER

## Section

DRIVER ACTION: 1 Phantom  2 Hit & Run  3 N/A

YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER

POINT OF IMPACT CIRCLE AREA OF DAMAGE: 18 Undercarriage  19 Overturn  20 Windshield  21 Fire  22 Trailer

TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE

VEHICLE TRAVELING | S E N W | ON | At | Est. MPH | Posted Speed | EST. VEHICLE DAMAGE  1 Disabling  2 Functional  3 No Damage  $ | EST. TRAILER DAMAGE  $

INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY:  1 Tow Rotation List  2 Tow Owner's Request  3 Driver  4 Other

OWNER'S FULL NAME (Check if Driver) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

OWNER'S FULL NAME (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

DRIVER (Exactly as on Driver License) / Pedestrian | CURRENT ADDRESS (Number and Street) | CITY & STATE / ZIP CODE | DATE OF BIRTH

DRIVER LICENSE NUMBER | STATE | DL. TYPE | REG. END. | BAC TEST  3 Urine  1 Blood  4 Refused  2 Breath  5 None | RESULTS % | AL/DRUG | PHYS. DEF. | RES | RACE | SEX | INJ. | S. EQUIP. | EJECT.

HAZARDOUS MATERIALS BEING TRANSPORTED  1 Yes  2 No | PLACARDED  1 Yes  2 No | RECOMMEND RE-EXAM  1 Yes  2 No  If YES, Explain in Narrative | DRIVER'S PHONE NO.

PASSENGER'S NAME (Additional on Continuation Page) | CURRENT ADDRESS | CITY & STATE / ZIP | AGE | LOC. | INJ. | S. EQUIP. | EJECT.

## Section

DRIVER ACTION: 1 Phantom  2 Hit & Run  3 N/A

YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER

POINT OF IMPACT CIRCLE AREA OF DAMAGE: 18 Undercarriage  19 Overturn  20 Windshield  21 Fire  22 Trailer

TRAILER OR TOWED VEHICLE INFORMATION | TRAILER TYPE

VEHICLE TRAVELING | S E N W | ON | At | Est. MPH | Posted Speed | EST. VEHICLE DAMAGE  1 Disabling  2 Functional  3 No Damage  $ | EST. TRAILER DAMAGE  $

INSURANCE COMPANY (LIABILITY OR PIP) | POLICY NUMBER | VEHICLE REMOVED BY:  1 Tow Rotation List  2 Tow Owner's Request  3 Driver  4 Other

OWNER'S FULL NAME (Check if Driver) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

OWNER'S FULL NAME (Trailer or Towed Vehicle) | CURRENT ADDRESS (Number and Street) | CITY AND STATE | ZIP CODE

DRIVER (Exactly as on Driver License) / Pedestrian | CURRENT ADDRESS (Number and Street) | CITY & STATE / ZIP CODE | DATE OF BIRTH

DRIVER LICENSE NUMBER | STATE | DL. TYPE | REG. END. | BAC TEST  3 Urine  1 Blood  4 Refused  2 Breath  5 None | RESULTS % | AL/DRUG | PHYS. DEF. | RES | RACE | SEX | INJ. | S. EQUIP. | EJECT.

HAZARDOUS MATERIALS BEING TRANSPORTED  1 Yes  2 No | PLACARDED  1 Yes  2 No | RECOMMEND RE-EXAM  1 Yes  2 No  If YES, Explain in Narrative | DRIVER'S PHONE NO.

PASSENGER'S NAME (Additional on Continuation Page) | CURRENT ADDRESS | CITY & STATE / ZIP | AGE | LOC. | INJ. | S. EQUIP. | EJECT.

INVESTIGATOR – RANK AND SIGNATURE | ID / BADGE NUMBER | DEPARTMENT | FHP | SO | CPD | OTHER

HSMV 90004 (Rev. 11/92) S

Page _____ of _____ Pages

Original Date:  11/1/2001
Revised:
File Name:  Appendix D Florida Traffic Crash Report Update or Continuation HSMV 90004.doc

Page 1 of 1
Appendix D SOP #231

# FLORIDA TRAFFIC CRASH REPORT

**COMMERCIAL VEHICLE SUPPLEMENT**
MAIL TO: DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES
TRAFFIC CRASH RECORDS
TALLAHASSEE, FLORIDA 32399-0500

DO NOT WRITE IN THIS SPACE

| COUNTY/CITY CODE | DATE OF CRASH | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|

DO NOT COMPLETE THIS FORM UNLESS ONE OR MORE QUALIFYING VEHICLES WAS INVOLVED, AND ONE OR MORE OF THE FOLLOWING OCCURRED:
1. ONE OR MORE PERSONS SUSTAINED A FATAL INJURY OR WAS TRANSPORTED FOR TREATMENT   2. ONE OR MORE VEHICLES WAS TOWED FROM THE SCENE   3. ONE OR MORE VEHICLES WAS PROVIDED ASSISTANCE

| QUALIFYING VEHICLES | PERSONS | VEHICLES |
|---|---|---|
| Trucks with 6 or more Tires or HAZ MAT Placard | Buses Designed To Carry 16 or more Persons | Sustaining Fatal Injuries | Transported For Immediate Medical Treatment | Provided Assistance or Towed From the Scene Due to Damage |

## Section I

CARRIER'S NAME

SOURCE
1. Shipping Papers
2. Vehicle Side
3. Driver
4. Other

ADDRESS (Number and Street)     CITY     STATE     ZIP

IDENTIFICATION NUMBERS:  U S DOT     ICC MC     NONE

STATE NUMBER     STATE

| GROSS VEHICLE WEIGHT RATING | CARGO BODY TYPE | VEHICLE CONFIGURATION | HAZARDOUS MATERIAL INVOLVEMENT |
|---|---|---|---|
| Truck, Tractor or Bus | 1. Bus<br>2. Van / Enclosed Box<br>3. Cargo Tank<br>4. Flat Bed<br>5. Dump<br>6. Concrete Mixer<br>7. Auto Transport<br>8. Garbage or Refuse<br>9. Other | 0. Any 4-Tire Vehicle<br>1. Bus<br>2. Single Unit Truck (2 Axle / 6 or more Tires)<br>3. Single Unit Truck (3 or more Axles)<br>4. Truck with Trailer<br>5. Truck Tractor Only (Bobtail)<br>6. Tractor with Semi-Trailer<br>7. Tractor with Double Trailers<br>8. Tractor with Triple Trailers<br>9. Other - Unable To Classify | Did Vehicle Have a Hazardous Material Placard? |
| Trailer or Trailers (Total) | | | 1. Yes     2. No<br>If "YES", from Placard Indicate Name or 4-Digit Number From Diamond or Box |
| Total Number of Axles (Incl. Trailers) | | | |

SEQUENCE OF EVENTS (FOR THIS VEHICLE)

| EVENT # 1 | EVENT # 2 | EVENT # 3 | EVENT # 4 |
|---|---|---|---|

1 Digit Number From Bottom of Diamond

11. Ran Off Road
12. Jackknifed
13. Overturned or Rollover
14. Downhill Runaway
15. Cargo Loss or Shift
16. Explosion or Fire
17. Separation of Units
19. Other Events

COLLISION INVOLVING:
21. Pedestrian
22. Motor Vehicle in Transport
23. Parked Vehicle
24. Train
25. Pedalcycle
26. Animal
27. Fixed Object
29. Other Object

Was Hazardous Material Released From This Vehicle's Cargo?
1. Yes     2. No

## Section II

CARRIER'S NAME

SOURCE
1. Shipping Papers
2. Vehicle Side
3. Driver
4. Other

ADDRESS (Number and Street)     CITY     STATE     ZIP

IDENTIFICATION NUMBERS:  U S DOT     ICC MC     NONE

STATE NUMBER     STATE

| GROSS VEHICLE WEIGHT RATING | CARGO BODY TYPE | VEHICLE CONFIGURATION | HAZARDOUS MATERIAL INVOLVEMENT |
|---|---|---|---|
| Truck, Tractor or Bus | 1. Bus<br>2. Van / Enclosed Box<br>3. Cargo Tank<br>4. Flat Bed<br>5. Dump<br>6. Concrete Mixer<br>7. Auto Transport<br>8. Garbage or Refuse<br>9. Other | 0. Any 4-Tire Vehicle<br>1. Bus<br>2. Single Unit Truck (2 Axle / 6 or more Tires)<br>3. Single Unit Truck (3 or more Axles)<br>4. Truck with Trailer<br>5. Truck Tractor Only (Bobtail)<br>6. Tractor with Semi-Trailer<br>7. Tractor with Double Trailers<br>8. Tractor with Triple Trailers<br>9. Other - Unable To Classify | Did Vehicle Have a Hazardous Material Placard? |
| Trailer or Trailers (Total) | | | 1. Yes     2. No<br>If "YES", from Placard Indicate Name or 4-Digit Number From Diamond or Box |
| Total Number of Axles (Incl. Trailers) | | | |

SEQUENCE OF EVENTS (FOR THIS VEHICLE)

| EVENT # 1 | EVENT # 2 | EVENT # 3 | EVENT # 4 |
|---|---|---|---|

1 Digit Number From Bottom of Diamond

11. Ran Off Road
12. Jackknifed
13. Overturned or Rollover
14. Downhill Runaway
15. Cargo Loss or Shift
16. Explosion or Fire
17. Separation of Units
19. Other Events

COLLISION INVOLVING:
21. Pedestrian
22. Motor Vehicle in Transport
23. Parked Vehicle
24. Train
25. Pedalcycle
26. Animal
27. Fixed Object
29. Other Object

Was Hazardous Material Released From This Vehicle's Cargo?
1. Yes     2. No

HSMV 90007 (Rev. 10/93) S

Page_____ of _____ Pages

---

Original Date:  11/1/2001
Revised Date:
File Name:  Appendix E Florida Traffic Crash Report Commercial Vehicle Supplement HSMV 90007.doc

Page 1 of 1
Appendix E SOP #231

| | **HIT & RUN CRASH INVESTIGATIONS** | |
|---|---|---|
|  | **DEPARTMENT SOP: #232** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 09/02/2014** | **CFA:**<br><br>**23.01B** |

**PURPOSE:** To establish guidelines and procedures for the investigation of Hit and Run Vehicle crashes.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to investigate all traffic crashes occurring within the jurisdiction of the City. Hit and Run investigations will be reported in accordance with the **Traffic Crash Investigation SOP**.

**INDEX:**

**I. LEAVING THE SCENE OF A CRASH (HIT & RUN)** .......................................... 1

  A.  First Responding Member: ................... 1
  B.  Suspect Information: ........................... 2
  C.  Hit and Run with Serious Injuries: ........ 2

**II. CRASH SCENE INVESTIGATIONS** ........... 2

  A.  Trace Evidence: ................................... 2
  B.  Pedestrian Victims: ............................. 2
  C.  Securing Evidence: .............................. 2

**III. WITNESSES / VICTIMS** .............................. 2

  A.  Interviewing Witnesses: ....................... 2
  B.  Recording Contact Information: ............ 2

**IV. PROPERTY DAMAGE** .................................. 2

  A.  Damage to City Property: ..................... 2
  B.  Power / Telephone Poles: .................... 3

**V. LOCATING THE SUSPECT/VEHICLE** ....... 3

  A.  Suspect Contact: ................................. 3
  B.  Vehicle Located: .................................. 3

**VI. CRASH REPORTS** ..................................... 3

  A.  Report Forms: ..................................... 3
  B.  Report Routing: ................................... 3

**VII. FOLLOW-UP INVESTIGATION** ................. 3

  A.  Review: ............................................... 3
  B.  Case Assignment: ................................ 4
  C.  Suspect Contact Within Broward County: ................................................ 4
  D.  Suspect Contact Outside Broward County: ................................................ 4
  E.  Victim Contact: .................................... 4
  F.  Supplemental Accident Reports: .......... 4
  G.  Felony Hit & Run Investigations (Injuries): ............................................. 4

**VIII. HIT & RUN DISPOSITION SHEET** ............. 4

  A.  Disposition Sheet: ............................... 4
  B.  Supervisory Review: ............................ 5

**IX. CASE STATUS** ......................................... 5

  A.  Arrest .................................................. 5
  B.  Cleared: ............................................... 5
  C.  Inactive: .............................................. 5

**X. RECORD KEEPING** .................................... 5

**PROCEDURE:** [23.01B]

**I. LEAVING THE SCENE OF A CRASH (HIT & RUN)**

A hit and run crash occurs when the driver of any vehicle is involved in a crash with injuries or property damage and leaves the scene of the crash without reporting it in accordance with Florida Statutes.

**A. First Responding Member:**

The first responding Member will administer first aid, if needed, until the arrival of Hollywood Fire Rescue. The Member will also attempt to ascertain the following information from witnesses and/or victims:

1. Year, make, model, color, and tag number of the suspect vehicle.

2. Area and amount of damage to the suspect vehicle.

3. Description and number of occupants.

4. Time delay and direction the suspect vehicle fled from the scene.

5. The information will then be BOLO'd to HPD Members and neighboring jurisdictions.

B. **Suspect Information:**

Information pertaining to the suspect vehicle / driver will be placed in the narrative portion of the Crash Report. The Report will be forwarded to the Traffic Unit for follow-up investigation.

C. **Hit and Run with Serious Injuries:**

The Patrol Supervisor will advise the on-duty Traffic Homicide Investigator of the incident. A Traffic Homicide Unit call-out will be conducted, if required.

II. **CRASH SCENE INVESTIGATIONS**

The Crime Scene Investigations Unit or a Community Service Officer will respond to the scene of hit and run crashes to photograph property damage and/or collect evidence when necessary. The Crime Scene Investigations Unit will respond to hit and run crashes involving serious bodily injury or extensive property damage.

A. **Trace Evidence:**

A Crime Scene Technician or a Community Service Officer will respond to process and collect evidence, which could link the suspect vehicle to the accident scene.

B. **Pedestrian Victims:**

If a hit and run crash involves a pedestrian who was admitted to the hospital with serious injuries, a Crime Scene Technician will photograph the victim and collect the victim's clothing as evidence.

C. **Securing Evidence:**

All evidence will be processed by a Crime Scene Technician or a Community Service Officer who will be responsible for submitting the evidence into the Property and Evidence Unit.

III. **WITNESSES/VICTIMS**

A. **Interviewing Witnesses:**

Members will attempt to locate and interview witnesses to ascertain if they can provide information relevant to the incident, such as the description or identity of the suspect or vehicle.

B. **Recording Contact Information:**

The Member will obtain the following information from witnesses and victims:

1. Name and address (including zip code).

2. Home, business, e- mail address and cellular telephone numbers.

3. If a witness or victim has an unlisted home phone number and does not want it listed in the Crash Report, the Member may list a business number or forward the home number to the Traffic Investigator.

IV. **PROPERTY DAMAGE**

A. **Damage to City Property:**

If an accident involves damage to City property, the Member will have the Crime Scene Investigations Unit or a Community Service Officer respond to photograph the damage. The Member's Supervisor will report the damage to the appropriate City Department via email or phone. The City's Human Resource Department will obtain a copy of all reports

via the Police Department's Record Division.

**B. Power / Telephone Poles:**

If a crash involves damage to FPL power lines or AT&T telephone lines, the Member will remain on-scene for repair crews to arrive.

## V. LOCATING THE SUSPECT/VEHICLE

**A. Suspect Contact:**

When an Officer encounters the driver involved in a hit and run crash, the Officer will:

1. Advise the driver of his Miranda Rights from a prepared text prior to questioning.

2. Request a Crime Scene Technician to photograph any damage associated with the crash.

3. Have any witness(s) respond to where the suspect driver / vehicle is located to make a positive identification if the suspect driver and/or vehicle is found within a reasonable time of the crash.

4. Secure a written statement from the witnesses placing the suspect driver behind the wheel of the vehicle.

5. Issue the appropriate Traffic Citations and/or make a physical arrest.

**B. Vehicle Located:**

If the vehicle involved in a hit and run crash is located, the investigating Member will:

1. Have the vehicle photographed by a Crime Scene Technician.

2. Seize the vehicle, if required for investigative purposes. Supervisory approval will be required prior to a suspect vehicle being towed / impounded.

3. If a vehicle is seized for investigative purposes, the Member will:

   a. Have the vehicle towed to a secured compound.

   b. Notify the owner, if possible.

   c. Place a "HOLD" on the vehicle. (The reason for the "HOLD" will be "Hit and Run Investigation").

   d. Contact teletype and have vehicle entered into NCIC/FCIC as "towed/abandoned".

   e. Release the vehicle to the owner when the vehicle is no longer needed for investigation or prosecution.

## VI. CRASH REPORTS

Refer to the **Traffic Crash Investigations SOP** for reporting guidelines.

**A. Report Forms:**

Investigators will complete the following forms:

1. **Crash Report (HSMV 90010):** Leave Section 1 blank.

2. **Crash Report (HSMV 90010):** Place all information pertaining to the suspect vehicle / driver (if obtained) in the narrative section.

**B. Report Routing:**

All Hit & Run Crash Reports will be forwarded to the Traffic Unit for investigation.

## VII. FOLLOW-UP INVESTIGATION

**A. Review:**

A Traffic Unit Investigator will review Hit and Run Crash Reports to determine if follow-up investigation is warranted. The depth of the investigation will be based on the severity of the crash and

solvability factors.  The following criteria will be used as a guide:

1.  Is the suspect driver known?

2.  Is the suspect vehicle known?

3.  Is there any information or evidence that can lead to the identity of the suspect driver or suspect vehicle?

4.  Can the suspect driver be identified by victim and/or witnesses?

**B.  Case Assignment:**

An Officer or Community Service Officer assigned to the Traffic Unit will conduct all follow-up investigations.

**C.  Suspect Contact within City of Hollywood:**

If the suspect in a hit & run crash lives within the City of Hollywood, the Traffic Unit Investigator will attempt to make a person to person contact. If a Traffic Unit CSO does not feel comfortable making contact alone, they will request the assistance of a sworn Officer prior to making contact with the suspect.

**D.  Suspect Contact outside City of Hollywood:**

If the suspect in a hit & run crash lives outside the City of Hollywood, the Traffic Unit Investigator will mail a letter on official Department stationary requesting the desired information. Telephone or physical contact may be required if the requested information is not received.

**E.  Victim Contact:**

A Traffic Unit Investigator will contact all hit and run crash victims by phone or letter to inform them of the investigation's status.

**F.  Supplemental Accident Reports:**

A Traffic Unit Investigator will close out all investigations by completing a Traffic Crash Update Report (HSMV 90010) for all hit and run crashes.

**G.  Felony Hit & Run Investigations (Injuries):**

When investigating felony hit and run crashes, the following guidelines will be followed:

1.  All hit and run crashes involving injuries will be investigated in accordance with established Department SOP's.

2.  All evidence located at the scene or elsewhere will be collected and entered into the Property Division. The suspect vehicle, if located, will not be impounded until a warrant is obtained, when possible.  If preservation of evidence is a concern, the vehicle will be impounded to a secure location, but not entered and/or processed until a warrant is obtained.  Any processing of the vehicle to collect evidence, i.e. hair, blood, fibers, etc., should only be conducted after obtaining a warrant, when feasible.  Circumstances may arise where the destruction of evidence is a concern, i.e. movement, weather, degradable, etc. and may need to be collected immediately. Officers will clearly explain exigent circumstances requiring immediate processing in their report.

**VIII. HIT & RUN DISPOSITION SHEET**

When a Traffic Unit Investigator has completed the investigation, a Hit and Run Disposition Sheet (see **Appendix A**) will be completed and attached to the initial and supplemental Crash Report.

**A.  Disposition Sheet:**

The disposition sheet will contain the following information:

1.  Date of accident.

2.  Case Number.

3.  HSMV Number.

4.  Location of accident.

5.  Date received.

6.  Date closed.

7.  Status of the case.

8.  Suspect vehicle /driver information (if known).

9.  A Teletype printout identifying the vehicle's registered owner (if known) will be obtained.

**B. Supervisory Review:**

When a Traffic Unit Investigator closes a felony investigation, a Traffic Unit Supervisor will review the Investigator's findings.

## IX. CASE STATUS

When a hit and run investigation is closed, a case status will be assigned by the Investigator and approved by a Traffic Unit Supervisor. Case status includes:

**A. Arrest**

Citations issued / physical arrest made, investigation is closed.

**B. Cleared:**

Information such as insurance received on suspect vehicle will be forward to the victim. Where there are no citations issued, the investigation is considered closed.

**C. Inactive:**

Investigation closed pending the development of further information.

## X. RECORD KEEPING

A copy of Hit and Run Crash Reports, investigative notes and the case disposition will be maintained in a file in the Traffic Unit Of-

fice. Original Crash Reports will be maintained in the Records Section.

**DEFINITIONS:**

None

APPROVED BY:

_____  09/02/2014
**Frank G. Fernandez**                      **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Hit & Run Disposition Sheet.

 **H O L L Y W O O D   P O L I C E   D E P A R T M E N T**
## HIT & RUN DISPOSITION SHEET

**Date of Accident:**                                    **Case Number:**

**HSMV#:**                                               **Accident Location:**

**Date Assigned:**                                       **Date Closed:**

**Investigator:**

## STATUS

☐ **Arrest**                    ☐ **Cleared**                    ☐ **Closed**

### TELETYPE INFORMATION

### SUSPECT VEHICLE INFORMATION

**Make:**                         **Tag Number:**               **Color:**

**Damage:**

**Driver Name:**                  **DL Number:**                **DL State:**

### INVESTIGATIVE NOTES

**Supervisors Signature:**_____   **Date:**_____

| | DUI DETECTION AND TESTING | |
|---|---|---|
|  | **DEPARTMENT SOP: #233** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 03/07/2013** | **CFA:**<br><br>**22.02A-D, 22.03A, 22.06, 23.01C 35.01E** |

**PURPOSE:** To establish guidelines for the detection, testing and processing of persons charged with Driving Under the Influence (DUI).

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Hollywood Police Department (HPD) has the responsibility to investigate incidents involving suspected DUI violations utilizing standardized procedures. This will be accomplished through investigation of all relevant evidence, along with the compilation of appropriate reports.

**INDEX:**

I.   GENERAL ................................................2

  A.   Driving Under the Influence: ...............2
  B.   Presumption of Impairment: ...............2
  C.   Probable Cause: .................................2
  D.   Notice of Investigation: .......................3

II.   MIRANDA WARNINGS ........................3

  A.   When Miranda Warnings are NOT required: ..............................................3
  B.   When Miranda Warnings ARE required: 3
  C.   Documentation:....................................3

III.   ARREST SITUATIONS.................3

  A.   DUI Arrest –Without a Traffic Crash: ...4
  B.   DUI Arrest – Involving a Traffic Crash: 4

IV.   ROADSIDE EXERCISES.......................4

  A.   Standardized Field Sobriety Exercises (SFSEs):.............................................4
  B.   Florida Implied Consent Law: [22.06]....5

V.   DUI CRASH INVESTIGATIONS [23.01C] 5

  A.   Non-Injury DUI Crashes: ....................5

  B.   Non-Serious Injury DUI Crashes: ........5
  C.   .... Serious or Life Threatening Injury DUI Crashes: .....................................5
  D.   Fatal Injury DUI Crashes: ...................6

VI.   BLOOD ALCOHOL TESTING [22.06] .....6

  A.   Breath Test: ........................................6
  B.   Urine Test: ...........................................6

VII.   BLOOD WITHDRAWLS ........................8

  A.   Conscious and Coherent: ...................8
  B.   Incoherent or Unconscious:................8
  C.   Serious, Life Threatening and Fatal Injury Mandatory Blood Withdrawals: .9
  D.   Authorized Persons to Withdraw Legal Blood:..................................................9
  E.   Authorized Locations for Legal Blood Withdrawals: ......................................10
  F.   Hospital Blood Withdrawals for Medical Purposes:...........................................10
  G.   Arrestee Requesting their own Blood Withdrawal: ......................................10

VIII.   WITHDRAWAL OF LEGAL BLOOD ...11

  A.   Procedure for Legal Blood Withdrawals: ......................................11
  B.   Sealing the Blood Kit: ........................12
  C.   Submitting the Blood Kit to the Broward County Medical Examiner's Lab: [35.01E]..........................................12

IX.   BREATH TEST RESULTS AND DUI CITATIONS [22.06]................................13

  A.   For Blood Alcohol Contents (BAC) of 0.30% or Above: ..............................13
  B.   For Blood Alcohol Contents (BAC) of .08% or Above: .................................13
  C.   BAC Below .08%: ..............................13
  D.   Refusal to Submit to Breath, Urine or Blood testing: ...................................13
  E.   DUI Violator Required Citation Information: [22.02A-D]........................14

**X.     REQUIRED REPORTS** [22.06].............**14**

A.   Arresting Officer:................................14
B.   Reporting Officer:...............................14
C.   Breath Test Operator: .......................14
D.   Report Forwarding: ...........................15

**XI.    ADMINISTRATIVE HEARINGS............15**

**XII.   DEFINITIONS: ......................................15**

A.   SERIOUS INJURY: ..............................15
B.   LEGAL BLOOD: ...................................15
C.   MEDICAL BLOOD: ..............................15
D.   INTOXILYZER 8000: ...........................15

**PROCEDURE:** [22.03A][23.01C]

**I. GENERAL**

**A.  Driving Under the Influence:**

DUI is an arrestable violation of FS 316.193 if the subject was"under the influence of alcoholic beverages or any chemical substance…when affected to the extent that the person's normal faculties are impaired," the person was in actual physical control of a vehicle and one of the following occurs:

**1.** The violation of Driving Under the Influence was committed in the presence of an Officer.

**2.** While driving under the influence, the subject was involved in a traffic crash where witnesses, subject statements, and/or physical evidence place the subject behind the wheel or in actual physical control of the vehicle.

**B.  Presumption of Impairment:**

F.S.S 316.1934 presumes that a person is impaired by the following standards:

**1.**  A Blood Alcohol Content (BAC) of 0.08 and above.

**2.**  A BAC of 0.05 - 0.08 with "…other competent evidence in determining whether the person was under the influence."

**3.**  A BAC of 0.04 and above for a driver of a commercial vehicle.

**C.  Probable Cause:**

Probable cause for a DUI arrest may be developed from the following observations:

**1.**  Observed illegal driving behavior by the arresting or assisting Officer.

**2.**  Eyewitness accounts or other physical evidence which places the suspect driver behind the wheel or in actual physical control of the vehicle at the time of a Crash.

**3.**  Observable signs of impairment from the subject which may include:

**a.**  An odor resembling an alcoholic beverage emitting from the subject's breath and/or about their person.

**b.**  Bloodshot, glassy or watery eyes.

**c.**  Slurred speech.

**d.**  Inability to follow simple instructions.

**e.**  Inability to maintain their balance.

**f.**  Statements made by the driver at the time of first initial contact.

**4.**  Unsatisfactory performance on the Standardized Field Sobriety Exercises (SFSEs) (see **Section IV, Roadside Exercises** of this SOP).

**5.**  Supporting information obtained from other Police Officers or Witnesses which indicate the subject was in actual physical control of a vehicle while driving under the influence.

**6.**  Physical evidence such as Open Containers of alcohol or chemical substances in the vehicle.

**D. Notice of Investigation:**

Prior to asking the suspect driver to perform any Standardized Field Sobriety Exercises or any tests to determine Blood Alcohol Content, the investigating Officer will advise the suspect they are initiating a DUI investigation and the driver is the subject of a criminal investigation involving operating a vehicle under the influence of an alcoholic beverage and/or a controlled substance.

## II.   MIRANDA WARNINGS

Drivers who are suspected of being under the influence of an alcoholic beverage and/or controlled substance may require Miranda Warnings be read depending upon the situation and whether or not the driver was in custody at the time.   Therefore, Officers should consider the following guidelines:

**A. When Miranda Warnings are NOT required:**

Drivers are not required to be read Miranda Warnings if they are not in custody or when they are being questioned during the initial traffic stop and prior to the execution of Standardized Field Sobriety Exercises, or before the driver submits to any testing i.e. Blood, Breath or Urine.   When an Officer conducts a routine traffic stop of a suspected drunk driver they should immediately ask the driver some basic questions to rule out the possibility of a medical crisis or vehicular problems which may have affected the subject's driving ability.   The following are examples of questions which can be asked at roadside WITHOUT advising the driver of their Miranda Warnings:

**1.** Where are you going?

**2.** Where are you coming from?

**3.** Are you in need of medical attention?

**4.** Are you having any vehicular problems which affected your driving ability?

**5.** Have you been drinking?

**6.** What have you been drinking?

**7.** Where were you drinking at?

**8.** How much have you had to drink?

**9.** When was your last drink?

**10.** Are you taking any medication?

Any of the above questions can and should be asked by the Officer during the initial contact stage BEFORE the subject is taken into custody.   The answers to these questions are admissible and may help develop probable cause for the DUI arrest.

**B. When Miranda Warnings ARE required:**

Miranda Warnings are required prior to questioning when a subject is taken into custody and not free to leave.   Miranda Warnings are also required before asking the driver any incriminating questions when the driver has been involved in a traffic crash and is suspected of being under the influence of alcohol and/or a chemical substance.   The investigating Officer, who is conducting the criminal DUI portion of the investigation, should advise the subject they are conducting a criminal investigation and should read them Miranda Rights from a prepared text before questioning.

**C. Documentation:**

Anytime Miranda Warnings are given, the Officer will document it in their written report(s).

## III.   ARREST SITUATIONS [22.06]

The Department has a responsibility to investigate incidents involving drivers who are suspected of operating a vehicle in the City of Hollywood while under the influence of alcohol and/or controlled substances.   When probable cause exists,   Officers should adhere to the following procedures:

**A. DUI Arrest –Without a Traffic Crash:**

When an Officer suspects a subject is DUI and the incident does not involve a traffic crash the Officer should:

1. Develop probable cause for the DUI arrest by articulating observable driving and behavior patterns, including performance on Standardized Field Sobriety Exercises, as well as evaluate any physical evidence or eyewitness accounts of the incident if applicable. (see **Section I, Paragraph C**: **Probable Cause** of this SOP).

2. If the investigating Officer has developed probable cause to make an arrest for DUI they will:

   a. Arrest and handcuff the subject.

   b. Read the Florida Implied Consent Law from a prepared text issued by the Department (see **Appendix A**) to determine if the arrestee will consent to a breath or urine test.

   c. Transport the arrestee to headquarters for breath or urine testing and arrest processing. The arresting Officer may also transport the arrestee to the Broward Sheriff's Office Breath Alcohol Testing Unit if necessary. The transporting Officer will advise Communications via radio of departure from the arrest location and arrival at the testing facility.

   d. Upon arrival at the breath testing the Officer will adhere to **Section VI. Paragraph A: Breath Test** of this SOP.

   e. If the subject refuses to take a chemical or physical breath test, the officer will complete the required paperwork and the arrestee will be charged accordingly.

**B. DUI Arrest – Involving a Traffic Crash:**

Whenever an Officer suspects a subject is DUI and the incident involves a traffic crash, the Officer will make sure two separate and distinct investigations are conducted; one for the Crash investigation and one for the DUI investigation. The Officer will:

1. Develop probable cause for the DUI arrest by articulating observable driving and behavior patterns as well as evaluating any physical evidence or eyewitness accounts if applicable (see **Section I, Paragraph C: Probable Cause** of this SOP).

2. Determine the type of Crash investigation needed. (see **Section V. DUI Crash Investigations**).

3. Determine if they need the assistance of additional Officers or Traffic Homicide Investigator(s).

**IV. ROADSIDE EXERCISES**

**A. Standardized Field Sobriety Exercises (SFSEs):**

When an Officer comes in contact with a driver they suspect may be impaired they may offer them the opportunity to perform some Standardized Field Sobriety Exercises in order to dispel the Officer's belief they are driving while under the influence.

1. The Officer should utilize the DUI Test Report form (see **Appendix C**) or other SFSE field notebook as a guide and to record the results of the Standardized Field Sobriety Exercises. DUI Test Report forms will be submitted as part of the arrest file.

2. The following Standardized Field Sobriety Exercises (SFSEs) may be performed:

   a. Horizontal Gaze Nystagmus (HGN) if the Officer has been

specifically trained in the administration of this exercise.

   **b.** Walk and Turn

   **c.** Finger to Nose

   **d.** One Leg Stand

   **e.** Rhomberg Balance

3. The Officer will attempt to utilize an area which is safe, well-lit, and has a level surface for the suspect to perform the SFSEs.

4. If the subject is too intoxicated to perform the SFSEs, or has a medical condition or physical disability, the SFSEs will not be performed and the Officer will articulate the reason(s) for not performing the exercises in their reports.

5. If a suspect refuses to submit to the Standardized Field Sobriety Exercises, the Officer will inform the suspect their refusal can be used against them in any criminal proceeding. The Officer will then make a decision to either arrest or release the suspect based on:

   **a.** Witness statements.

   **b.** Physical Observations.

   **c.** Totality of circumstances for the DUI investigation.

**B. Florida Implied Consent Law: [22.06]**

Once a suspect has been placed under arrest for DUI, he will be read the Florida Implied Consent Law (see **Appendix A**) from a prepared text to determine if any Blood Alcohol Testing will continue.

**V. DUI CRASH INVESTIGATIONS [23.01C]**

The Investigating Officer(s) at the scene of a DUI related traffic Crash investigation should speak to all THIRD party witnesses first before speaking to the "victim driver(s)" of the crash. Gather as much information as possible from these witnesses BEFORE speaking to the "suspect driver." The Officer should request only Crash investigation related information from the suspect driver. If the same Officer is then going to conduct the criminal DUI investigation, the suspect driver must be advised the initial Crash investigation is now complete and the investigating Officer is now changing roles from Crash Investigator to DUI criminal Investigator. The Driver will then be read Miranda Warnings.

**A. Non-Injury DUI Crashes:**

Upon determination that a non-injured DUI subject was driving and the other involved persons are not seriously or fatally injured, the DUI suspect will be processed in the same way as if no crash occurred (see **Section III. Paragraph A: DUI Arrest – Without a Traffic Crash** of this SOP).

**B. Non-Serious Injury DUI Crashes:**

If the DUI suspect is injured and appears at a hospital, medical facility, Fire Rescue Vehicle, or ambulance for medical treatment as a result of their injuries, a breath test would likely be impractical. Therefore, the Officer will request the suspect consent to a blood withdrawal to determine their blood alcohol content (see **Section VII. Blood Withdrawals** of this SOP)

**C. Serious or Life Threatening Injury DUI Crashes:**

If the DUI suspect or any victims sustain serious or life threatening injuries, a Traffic Homicide Investigator or Police Officer with Advanced Training in DUI investigations will be requested to conduct the DUI investigation.

1. A Traffic Homicide Investigator, Road Patrol Officer, or Community Service Officer will conduct the Crash investigation and the Traffic Homicide Investigator or Police Officer with Advanced Training in DUI investigations will conduct the criminal DUI investigation.

2. The subject, if injured, will be placed in an ambulance or Fire Rescue Vehicle, and if necessary will be transported to a medical facility for treatment. The subject will be guarded by a Police Officer but will NOT be arrested. The Traffic Homicide Investigator or Police Officer with Advanced Training in DUI Investigations will direct the mandatory blood withdrawal (see **Section VII. - Blood Withdrawals and Section VIII. – Withdrawal of Legal Blood** of this SOP).

3. The Traffic Homicide Investigator or Police Officer with Advanced Training in DUI investigations will be responsible for advising the suspect of Miranda Warnings if applicable.

**D. Fatal Injury DUI Crashes:**

Any crash resulting in fatal injuries where there is reasonable cause to believe the driver(s) is under the influence of alcohol and/or controlled substances:

1. A Traffic Homicide Investigator(s) and a Traffic Homicide Unit Supervisor will be requested to conduct separate Traffic Homicide and DUI Investigations.

2. Patrol Officers will not conduct a DUI investigation or Traffic Fatality investigation unless the Shift Lieutenant or Traffic Homicide Unit Supervisor approves it.

   The Traffic Homicide Investigator or Police Officer with Advanced Training in DUI investigations will conduct the DUI investigation and direct the mandatory blood withdrawal (see **Section VII. - Blood Withdrawals and Section VIII. – Withdrawal of Legal Blood** in this SOP).

**VI. BLOOD ALCOHOL TESTING [22.06]**

Once the suspect has been read the Florida Implied Consent Law and agrees to submit to any of the required test(s) for determining their Blood Alcohol Concentration (BAC),

they will be given the opportunity to submit to these tests according to the following procedures:

**A. Breath Test:**

When a driver is arrested for DUI and doesn't require medical attention, they will be transported to an approved Breath Testing facility.

1. Upon arrival at the Breath Testing facility, the arresting Officer, transporting Officer, or Breath Test Operator will conduct a 20-minute observation period to ensure the arrestee does not regurgitate, belch, drink, eat, or place any foreign objects in their mouth. Should the arrestee do any of the above mentioned actions another 20-minute period must be observed prior to administering the breath test.

2. Only certified Breath Test Operators (BTOs) holding a Valid Permit from the Florida Department of Law Enforcement (FDLE) Alcohol Testing Program will be permitted to administer Breath Tests utilizing the Intoxilyzer 8000.

3. Breath Test Operators will follow the steps outlined on the Operational Procedure Checklist for the Intoxilyzer 8000 – Form 37 (see **Appendix F**) which is posted in the Breath Testing Room at Headquarters.

4. The Breath Test Operator is also responsible for completing the Breath Alcohol Test Result Affidavit (Appendix G).

**B. Urine Test:**

A urine specimen test can detect the presence of a controlled substance ingested by the arrestee suspected of DUI, but it cannot detect the level of influence or time frame in which the controlled substance was ingested. However,

1. A Urine Specimen will be taken from the arrestee when:

   a. The Officer has reasonable cause to believe the arrestee is under the influence of a controlled substance or prescription medication.

   b. The breath results obtained from the arrestee are between 0.000% to 0.079%.

2. If the arrestee refuses to give a urine sample after they have submitted to a breath test, it will be considered a refusal and the required paperwork will be completed.

3. When taking a Urine Specimen from the arrestee the Officer will:

   a. Complete and follow the "DUI Urine Specimen Collection Procedure" form (see **Appendix H**).

   b. Obtain a Urine Kit from the Breath Test room at headquarters or from a medical facility.

   c. Label the Urine cup with the following information:

      (1). Defendant's Name.

      (2). Date and time of collection.

      (3). Collector's Initials.

   d. Use latex gloves to eliminate any health hazards.

   e. Give the arrestee a collection cup for a sample.

   f. Observe the arrestee at the time of collection. For convenience and Officer safety, it is recommended the urine collection take place in a detention holding cell. The Officer(s) observing the urine sample collection will be of the same sex as the arrestee.

   g. Then seal the container with evidence tape and place their initials and Badge Number on the tape.

   h. The Urine sample will then be placed in a brown paper bag sealed with evidence tape and the Officer's initials and Badge Number written on the tape.

   i. The Officer collecting the Urine sample will complete the Broward County Medical Examiner's Property Receipt form (see **Appendix Q**).

   j. The collecting Officer will ensure the sample is transported to the Broward County Medical Examiner's Office as soon as possible after it's been collected.

   k. The transporting Officer will deliver the sample to the Broward County Medical Examiner's Office located at: 5301 SW 31 AV, Fort Lauderdale as follows:

      (1). During normal business hours, give the urine same directly to a representative and have them sign the Medical Examiner's Property Receipt.

      (2). After business hours, place the urine sample in the drop box located on the South Side of the Medical Examiner's Office (see **Appendix R**) and write the date and time it was delivered on the Property form.

      (3). Remove a copy of the Broward County Medical Examiner's Property Receipt form (see **Appendix Q**) and forward it to Records.

## VII. BLOOD WITHDRAWLS

### A. Conscious and Coherent:

If the subject is conscious and coherent but cannot provide a breath sample due to their injuries or confinement at a medical facility, and sufficient probable cause exists to believe the subject is impaired, they will be advised of the Florida Implied Consent Law, and a legal blood sample may be requested utilizing a Blood Kit provided by the Investigating Officer.

1. If the suspect Consents to the legal blood withdrawal request, the Officer will follow the procedures outlined in **Section VIII. Withdrawal of Legal Blood** of this SOP. No physical arrest should be made at this time due to Speedy Trial issues and the time frame it will take for the Broward County Medical Examiner's Office to analyze the blood sample. The case will be processed as a Not In Custody arrest once the results of the blood sample are received.

2. If the suspect refuses the legal blood withdrawal request and there is not a traffic crash involving death or serious injuries requiring a mandatory blood withdrawal, (FS 316.1933), blood will not be withdrawn and no arrest will be made at this time. However,

   a. The Medical Blood results obtained by a hospital during the course of the subject's medical treatment may be subpoenaed as evidence to support an arrest for DUI at a later date. (see **Section VII. Blood Withdrawals - Paragraph F: Hospital Blood Withdrawals for Medical Purposes** within this section).

   b. The Officer will complete and submit the Refusal to Submit to Breath, Urine, or Blood Test Refusal Affidavit form.

c. The Officer will contact Case Filing or a Traffic Homicide Investigator for follow-up and assistance with filing the necessary paperwork with the State Attorney's Office to issue a Subpoena Duces Tecum to the medical treatment facility for the results of any medical blood tests. Once the medical blood results are received, a Not In Custody probable cause affidavit will be prepared and the case package will be sent to the State Attorney's Office for the filing of formal charges.

### B. Incoherent or Unconscious:

If the subject is incoherent or unconscious, consent is implied and legal blood will be withdrawn utilizing a blood kit provided by the Investigating Officer. (see **Section VIII. Paragraph A. – Procedure for Legal Blood Withdrawal** of this SOP).

1. If the subject regains consciousness and refuses to give consent and there is not a traffic crash involving death or serious bodily injuries requiring a mandatory legal blood withdrawal, the blood withdrawal must be stopped and destroyed, implied consent is immediately rescinded.

2. However, the medical blood results to support an arrest will still be pursued by the Officer (see **Section VII. Paragraph F: Hospital Blood Withdrawals for Medical Purposes** within this section), and the arrest may take place once charges are filed by the State Attorney's Office.

3. The Officer will complete and submit the Refusal to Submit to Breath, Urine, or Blood Test Refusal Affidavit form.

4. The Officer should contact a Traffic Homicide Investigator for assistance if necessary.

**C. Serious, Life Threatening and Fatal Injury Mandatory Blood Withdrawals:**

When a crash involves a fatality or serious bodily injury (including an injury to the driver) and there is probable cause to believe that alcohol or other impairing substance is involved, a mandatory legal blood withdrawal from the impaired driver(s) will be collected according to the following procedure:

1. The first Officer on the crash scene will assess the situation, speak to attending medical personnel, and determine if alcohol and/or chemical substances may be factor and if serious or fatal injuries are involved. If so, the Officer will notify a Supervisor to have Traffic Homicide Investigator(s) respond.

2. The suspect driver may be kept at the crime scene as long as necessary for the crash investigation, unless they are injured and in need medical treatment. If they are injured, they will be placed in an ambulance or Fire Rescue vehicle and transported to a medical facility for treatment. An Officer will respond with the suspect driver to the medical facility.

3. The Traffic Homicide Investigator or Police Officer with Advanced Training in DUI investigations will be responsible for facilitating and overseeing the blood withdrawal. Two blood kits should be used. The first blood draw should take place as soon after the crash as possible, preferably by responding paramedics at the scene. The second blood draw should take place no sooner than 45 minutes to an hour later, preferably by paramedics, but if necessary, at the medical treatment facility by persons authorized to withdraw legal blood for law enforcement purposes (see **Section VII D. Authorized Persons to Withdraw Blood**).

4. The Investigating Officer should NOT read the Florida Implied Con-

sent to the subject to avoid any implication the subject is in custody.

5. If the suspect resists the taking of the blood, the Traffic Homicide Investigator or Police Officer will inform the suspect of the provision in Florida statutes 316.1933 (1), which states, " The Law Enforcement Officer may use reasonable force necessary to require such person to submit to the administration of the blood test".

6. Prior to the use of any degree of force to facilitate the administration of a blood test, a Supervisor will respond to the scene of a mandatory blood withdrawal. The Supervisor will:

   a. Oversee the blood withdrawal

   b. Sign the Blood Kit Police Officer's Report **(see Appendix P)**.

   c. Request additional personnel to restrain the suspect.

7. Any application of restraining force:

   a. That does not result in injury or complaint in injury will be documented in a Field Dictation or Supplemental Report.

   b. That result in injury or complaint of injury will be documented in a Field Dictation and a Response to Resistance Report (see **Use of Force SOP #200**) and the suspect will be treated for medical clearance.

**D. Authorized Persons to Withdraw Legal Blood:**

The following persons are authorized to withdraw blood for Law Enforcement purposes (FS 316.1933):

1. Physician.

2. Registered Nurse.

**3.** Licensed Practical Nurse.

**4.** Certified Paramedic.

**5.** Clinical Laboratory Director, Supervisor, Technologist, or Technician.

**6.** Other personnel authorized by a hospital to withdraw blood.

**E. Authorized Locations for Legal Blood Withdrawals:**

A hospital, clinic or other medical facility may be utilized for withdrawing legal blood. "Other medical facility" includes an ambulance or other Medical Emergency vehicle. Make sure the actual blood withdrawal takes place INSIDE the ambulance or Medical Emergency vehicle.

**F. Hospital Blood Withdrawals for Medical Purposes:**

Whenever a driver has been involved in a traffic crash involving serious or life threatening injuries and alcohol or drug use is suspected, regardless of whether or not the driver submitted to a consenting or legal blood withdrawal, the Officer can still pursue the hospital's medical blood withdrawal results, as follows:

**1.** Contact a Doctor or Nurse to establish the Blood Alcohol Content (BAC) and/or the presence of a controlled substance within the suspect driver's medical blood analysis. The patient client privilege exemption or Health Insurance Information Portability Act (HIPPA) does not apply and by State Law the health care provider is immune from criminal, civil and administrative action for providing notice to a Law Enforcement Officer whenever a subject appears at a medical facility for treatment after being involved in a crash involving serious injuries or a fatality and their blood alcohol level exceeds the legal limit. (see FS 316.1933. (2) (a)(1).

**2.** The blood alcohol results given to the investigating Officer by medical personnel shall consist only of the name of the person being treated, the name of the person who drew the blood, the blood alcohol level indicated by the test and the date and time of the administration of the test.

**3.** If a consenting or legal blood withdrawal was not yet attempted, the blood alcohol level information provided by the health care provider, by law, articulates enough reasonable cause for the Officer to request a legal blood withdrawal from the suspect utilizing a blood kit provided by the investigating Officer. Only one blood kit is necessary for this type of blood withdrawal unless it involves a fatality, then two blood kits should be utilized 45 minutes to one hour apart.

**4.** In cases where either medical blood results or legal blood results will be utilized to charge the suspect with DUI, the subject should NOT be arrested immediately in order to avoid any Speedy Trial issues while waiting for blood results from the Medical Examiner's Office or while waiting for medical blood results to be received via subpoena. A "Not In Custody" case package should be prepared and submitted to Case Filing.

**G. Arrestee Requesting their own Blood Withdrawal:**

Though Officers have no responsibility to offer an arrestee access to an independent blood withdrawal, State law provides an arrestee with the right, if they request one. Should this occur, proceed as follows:

**1.** Allow the subject access to a telephone to attempt contact with an independent lab or medical personnel who will respond to headquarters. The arresting Officer will only grant the arrestee this right to an independent blood withdrawal if they have already submitted to any and

all requested test(s), such as Breath, Urine, or Blood.

2. The independent medical lab or medical personnel will collect their samples from the subject within the Detective Bureau's interview room or if necessary, a Detention holding cell.

    a. The lab personnel must provide all the necessary equipment for taking the sample.

    b. Department blood kits will not be provided for this purpose.

    c. The arresting Officer or their designee will witness the independent blood withdrawal while it takes place at headquarters.

3. The lab/medical personnel must be willing to accept payment from the subject or be willing to bill the suspect for the test(s) performed.

4. The lab/medical personnel must be prepared to respond and perform the test(s) within a reasonable amount of time, so as not to unnecessarily delay the Officer or the arrest processing of the subject.

## VIII. WITHDRAWAL OF LEGAL BLOOD

### A. Procedure for Legal Blood Withdrawals:

When taking a legal blood withdrawal for Law Enforcement purposes from the suspect, the Investigating Officer will:

1. Obtain two Blood Kits from the on-duty Crime Scene Unit Technician or from a Member of the DUI-Traffic Homicide Unit. In some cases only ONE blood kit will be used but a second spare kit should be available. For crashes involving serious bodily injuries or death, TWO blood kits should be utilized and should be facilitated by either a Traffic Homicide Investigator or Police Officer with Advanced Training in DUI investigations.

2. Check the Expiration Date on the blood kit.

3. Complete and follow the "DUI Blood Kit Collection Procedure" form (see **Appendix I**).

4. Ensure that after blood is withdrawn for the first blood kit, a minimum of forty five minutes to one hour elapses until blood is withdrawn for a second blood kit.

5. Complete the "Blood Kit Consent form" (see **Appendix K**) supplied in the Blood Kit, if applicable.

6. Complete the "Blood Collection Report" form (see **Appendix L**) contained in the Blood Kit.

7. Complete the "FDLE Certification of Blood Withdrawal" form (see **Appendix J**). The Department's case number should be placed on the form.

8. Ensure that the authorized person collecting the blood sample signs and dates the "Blood Collection Report" contained in the blood kit.

9. Witness the collection of the blood. Only the included, non-alcoholic swab is to be used to cleanse the subject's skin prior to testing.

10. Ensure only vials with a gray top, indicating anti coagulant EDTA and preservatives Sodium Fluoride or Potassium oxalate added are to be used.

11. Using the white labels on the side of the blood collections tubes, clearly print the name of subject being tested, the date and time the samples were collected, and the name of the person who collected the samples. (see **Appendix O**).

**12.** Complete the four "White Name Seals" (see **Appendix M**) included in the Blood Kit. Write the Department's case number on the bottom of the White Name Seals.

**13.** Upon collection of the blood samples, the vials will be sealed across the top of the gray stopper with a signed "RED Integrity Seal" (see **Appendix N and O**) provided in the Blood Kit.

**14.** Turn the vials several times to mix the blood sample with the anticoagulant and preservative contained inside the vial. Do Not Shake the vials.

**B. Sealing the Blood Kit:**

After the collection process is completed the Officer will then place the following items back into the Blood Kit:

**1.** The sealed vials containing the collected blood samples.

**2.** The completed "Consent Form" (see **Appendix K**).

**3.** The completed "Blood Collection Report" (see **Appendix L**).

**4.** The used non-alcoholic swab and wrapper.

**5.** The plastic container will then be sealed with two "White Name Seals" (see **Appendix M**).

**6.** Prior to placing the plastic container into the cardboard Blood Kit Box, the Officer will complete the "Police Officer's Report sticker" (see **Appendix P**) on the plastic container.

**7.** The cardboard Blood Collection Kit will then be sealed by affixing the remaining two "White Name Seals" on the spaces indicated (**see Appendix M**).

**8.** Hospital personnel or paramedics will dispose of the needle and plas-

tic syringes. Do not submit the needle or syringe with the blood kit.

**9.** Affix the Orange "Biohazard" sticker on the outside of the cardboard Blood Collection Kit if the kit is going to be mailed.

**C. Submitting the Blood Kit to the Broward County Medical Examiner's Lab:** **[35.01E]**

The blood kit(s) should then be placed in the clear plastic Ziploc baggie provided in the blood kit and sealed with evidence tape. If two blood kits were used on the same subject, both kits can be placed together in one Ziploc bag. The Officer will then write their initials and Badge Number on the evidence tape.

**1.** The Officer collecting the blood kits will complete the Broward County Medical Examiner's Property Receipt form (see **Appendix Q**).

**2.** The collecting Officer will ensure the blood kits are transported to the Broward County Medical Examiner's Office located at 5301 SW 31 AV, in Fort Lauderdale as soon as possible. **[35.01E]**

**3.** The transporting Officer will deposit the blood kits as follows: **[35.01E]**

**a.** During normal business hours, they will be hand delivered to a representative from the Broward County Medical Examiner's Office. The representative will sign the Medical Examiner's Property Receipt.

**b.** During after duty hours, the Transporting Officer will place the blood kits in the drop box located on the South side of the Medical Examiner's (see **Appendix R**) building and note the date and time it was delivered on the receipt.

**c.** The completed "DUI Blood Kit Collection Procedure" form (see

**Appendix I**), the completed FDL Certification of Blood Withdrawal form (see **Appendix J**), and a copy of the Broward County Medical Examiner's Property Receipt form (see **Appendix Q**) will be forwarded to Records.

## IX. BREATH TEST RESULTS AND DUI CITATIONS [22.06]

The following procedures will be followed depending on the Blood Alcohol Content (BAC) resulting from the breath test and status of the subject's driver's license:

### A. For Blood Alcohol Contents (BAC) of 0.30% or Above:

The subject will be transported to a medical facility for medical clearance as soon as possible after the arresting Officer is made aware of the 0.30% or above blood alcohol results.  A Supervisor will be advised immediately so they can assist with arranging transportation for the arrestee to the hospital by another Officer, if necessary.  A copy of the arrestee's medical clearance form will be provided to BSO Detention personnel.

### B. For Blood Alcohol Contents (BAC) of .08% or Above:

The arresting Officer will complete a Florida DUI Uniform Traffic citation (see **Appendix  D**) and:

1. Secure the arrestee's driver's license to the DUI citation.

2. Mark the appropriate box at the bottom of the citation in reference to "license surrendered".

3. Mark the appropriate box at the bottom of the citation for "Eligible for Permit".

   a. If the license is valid, mark yes.

   b. If the license is suspended / revoked, mark no and issue a

separate UTC for the driver's license violation.

c. If an arrestee is not in possession of their driver's license, the Officer will determine through NCIC/FCIC which box should be checked and issue the appropriate citations.

d. If a breath sample is obtained mark the results of the sample on the section in the middle of the citation where is asks "Blood Alcohol Level_____%."  If the subject Refused and did not provide a sample mark "REFUSED" on the line.

e. At the bottom of the citation write in "Lauderdale Lakes" on the line next to Driver Improvement Office.

### C. BAC Below .08%:

The arresting Officer will:

1. Secure a Urine sample from the arrestee.

2. Complete a standard Uniform Traffic Citation (UTC) instead of the DUI Uniform Traffic Citation for the DUI charge.  Make a note of the Breath Test result and mark "Urine Results Pending" on the face of the citation.

3. Determine if the subject should be eligible for a permit and check the appropriate box.

4. Issue a separate UTC if the arrestee's driver's license is suspended / revoked or not carried.

### D. Refusal to Submit to Breath, Urine or Blood testing:

If an arrestee refuses to submit to a breath test, urine test or blood test, the Officer will:

1. Complete a DUI Uniform Traffic citation.

**2.** Seize the arrestee's license and check the appropriate box.

**3.** Determine if the subject should be eligible for a permit and check the appropriate box.

**4.** Check the box, "refusal to submit".

**5.** Complete the Affidavit of Refusal to Submit to Breath, Urine, or Blood Test form (see **Appendix B**) and make THREE copies.

**E. DUI Violator Required Citation Information: [22.02A-D]**

When issuing a DUI Uniform Traffic Citation to a violator, Members will provide the following information to the person charged:

**1.** **Court appearance schedule:** Will be scheduled by the Courts and indicated as "To Be Set" on the citation in the Court appearance section. **[22.02A]**

**2.** **Mandatory Court appearance:** DUI Uniform Traffic Citations that are issued to violators will always be MANDATORY. **[22.02B]**

**3.** Violators cannot enter a plea or pay a fine prior to a Court appearance. **[22.02C]**

**4.** Required information provided to violators prior to their release: **[22.02D]**

    **a.** Their driving privilege is suspended/disqualified for driving with an unlawful blood alcohol level, or

    **b.** Their driving privilege is suspended/disqualified for refusing to submit to lawful breath, blood or urine test, and

    **c.** Their license will be surrendered and if they are eligible for a permit, and

    **d.** Request a review of the suspension by the Department of Highway Safety and Motor Vehicles, which must be made by the violator within 10 days after the date of arrest at the Lauderdale Lakes Bureau of Administrative Hearings.

**X. REQUIRED REPORTS [22.06]**

**A. Arresting Officer:**

The following reports will be completed by the arresting Officer for DUI arrests and given to Detention **personnel:**

**1.** Probable Cause Affidavit.

**2.** Property Report for the Arrestee, if applicable.

**3.** Medical clearance form if applicable.

**4.** BSO Victim Notification form (if applicable – see **Appendix S**).

**B. Reporting Officer:**

The following reports will be completed by the Officer who investigated the vehicle crash or who made the initial traffic stop on a DUI suspect:

**1.** Traffic citation(s) related to the initial DUI stop or crash investigation. However, for serious injury DUI crashes or fatal crashes involving blood withdrawals, NO traffic citation will be issued until the investigation is completed.

**2.** Crash Reports.

**3.** Field Dictation Report or Supplemental incident report.

**4.** Tow sheet.

**C. Breath Test Operator:**

The Breath Test Operator will be responsible for completing the Breath Alcohol Test Result Affidavit (see **Appendix G**).

**D. Report Forwarding:**

The following reports related to a DUI investigation will be forwarded to Records:

1. Three copies of the Probable Cause Affidavit

2. DUI Uniform Traffic Citation (see **Appendix D**)

3. Uniform Traffic Citation(s)

4. Breath Alcohol Test Affidavit (if applicable – see **Appendix G**)

5. Affidavit of Refusal to Submit to Breath, Urine, or Blood Test (if applicable – see **Appendix B**)

6. DUI Test Report (see **Appendix C**)

## XI. ADMINISTRATIVE HEARINGS

Officers may receive a subpoena to appear at a Drivers License Administrative Hearing within 30 days following a DUI arrest. Attendance at these Administrative License hearings is mandatory

## XII. DEFINITIONS:

**A. SERIOUS INJURY:**

A condition which creates a substantial risk of death, serious personal disfigurement, or the protracted loss or impairment of the function of any bodily member or organ.

**B. LEGAL BLOOD:**

Blood drawn at the request of law enforcement by a person authorized by statute to withdraw legal blood. The alcohol concentration for legal blood is determined through analysis using whole blood. Legal blood is submitted to and analyzed by the Broward County Medical Examiner's Office.

**C. MEDICAL BLOOD:**

Blood drawn by medical personnel on patients as part of their treatment protocol at a Medical treatment facility. Medical labs usually centrifuge the whole blood sample during analysis to remove red blood cells and they generally determine alcohol concentrations in the liquid portion of blood called the serum. This result is called Medical Blood. As a general rule, multiply the Medical Blood result by 0.85 to determine the approximate Legal Blood result.

**D. INTOXILYZER 8000:**

The name of the current FDLE approved evidentiary grade scientific instrument used for determining breath alcohol concentration by measuring alcohol content in a measured sample of a subject's breath.

APPROVED BY:

_03/08/2013_

**Vincent R. Affanato**                    **Date**
**Office of the Chief of Police**

## ATTACHMENTS:

- **Appendix A:** Florida Implied Consent Law.

- **Appendix B:** Affidavit of Refusal to Submit to Breath, Urine, or Blood Test.

- **Appendix C:** DUI Test Report

- **Appendix D:** Florida DUI Uniform Traffic Citation.

- **Appendix E:** Notice of Commercial Driver's License / Privilege Disqualifica-

tion for Refusal to Submit to a Breath, Blood or Urine Test.

- **Appendix F:** Operational Procedure Checklist for the Intoxilyzer 8000 – Form 37

- **Appendix G:** Breath Alcohol Test Affidavit – Form 38

- **Appendix H:** DUI Urine Specimen Collection Procedures form

- **Appendix I:** DUI Blood Kit Collection Procedures form

- **Appendix J:** FDLE Certification of Blood Withdrawal form

- **Appendix K:** Blood Kit Consent form

- **Appendix L:** Blood Kit Collection Report form

- **Appendix M:** Blood Kit WHITE Name Seals

- **Appendix N:** Blood Kit RED Integrity Seals

- **Appendix O:** Blood Kit Collection Vial photograph

- **Appendix P:** Blood Kit Police Officer's Report

- **Appendix Q:** Medical Examiner's Property Receipt form

- **Appendix R:** Medical Examiner's Drop Box photograph

- **Appendix S:** BSO Victim Notification form



# HOLLYWOOD POLICE DEPARTMENT
## IMPLIED CONSENT LAW

*Note:*  Read <u>only</u> the paragraph applicable to the type of test you are requesting.

- I am now requesting that you submit to a lawful test of your **BREATH** for the purpose of determining its alcohol content

- I am now requesting that you submit to a lawful test of your **URINE** for the purpose of determining the presence of chemical or controlled substances.

- I am now requesting that you submit to a lawful test of your **BLOOD** for the purpose of determining its alcohol content and/or the presence of chemical or controlled substances.

_____

*Note:*  Read <u>only</u> if the subject does NOT comply with your request for one of the above tests.

I am _____ from the Hollywood Police Department.  If you fail to submit to the test I have requested of you, your privilege to operate a motor vehicle will be suspended for a period of one (1) year for a first refusal, or eighteen (18) months if your privilege has been previously suspended as a result of a refusal to submit to a lawful test of the breath, urine, or blood.  Additionally, if you refuse to submit to the test I have requested of you and if your driving privilege has been previously suspended for a prior refusal to submit to a lawful test of your breath, urine, or blood you will be committing a Misdemeanor.  Refusal to submit to the test I have requested of you is admissible into evidence in any criminal proceeding.



# HOLLYWOOD POLICE DEPARTMENT
## REFUSAL TO SUBMIT TO BREATH, URINE OR BLOOD TEST

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES**
**AFFIDAVIT OF**
**REFUSAL TO SUBMIT TO BREATH, URINE, OR BLOOD TEST**

I, _____, a duly certified Law Enforcement Officer or Correctional
(Person reading Implied Consent Warning)

Officer, am a member of _____, and I do
(Name of enforcement agency)

swear or affirm that on or about the _____ day of _____, 20_____, at _____ P.M. A.M
(Circle One)

NAME_____
(Type or Print)     FIRST                MIDDLE OR MAIDEN              LAST

DL # _____, state of _____, was placed under lawful arrest for

the offense of _____ by _____
(Name of Arresting Officer)                                         and

issued Citation #_____.

That on or about the _____ day of _____, 20_____, at _____ P.M. A.M.
(Circle One)

in_____ County, I did request said person to submit to a breath, urine, or blood test to
determine the content of alcohol in his or her blood or breath or the presence of chemical or controlled substances therein. I did inform
said person that any refusal to submit to such test or tests would result in the suspension of his or her privilege to operate a motor
vehicle for a period of one (1) year for a first refusal, or for a period of eighteen (18) months if the driving privilege of such person had
been suspended previously for refusing to submit to such test or tests. I did inform said person that he or she commits a misdemeanor,
if said person refuses to submit to a lawful test of his or her breath, urine, or blood, and his or her driving privilege has been
previously suspended for a prior refusal to submit to a lawful test of his or her breath, urine, or blood. In cases involving a
Commercial Motor Vehicle, I did inform the driver that this refusal will result in the disqualification of the driver's Commercial
Driver's License/privilege for a period of one (1) year in the case of a first refusal or permanently for a second refusal in a commercial
motor vehicle.

Said person did at that time and place refuse to submit to such test or tests.

_____
Signature of Law Enforcement Officer or
Correctional Officer

**THE AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO (F.S. 117.10)**

_____
Signature of Attesting Officer

**(AFFIX SEAL)**
The foregoing instrument was sworn and subscribed before        Title _____

me this_____ day of _____, 20_____,          Date _____

by _____,

who is personally known to me or who has produced

_____as identification.

Notary Public_____

Note: Mail or hand deliver to the designated Bureau of Administrative Reviews office, Department of Highway Safety and Motor Vehicles, with the driver's
license, the appropriate copy of the UTC, and the probable cause affidavit. If no DUI arrest is made, attach HSMV 72005 (Notice of Commercial Driver's
License/Privilege Disqualification).

HSMV 78054 (REV. 06/02) S

## HOLLYWOOD POLICE DEPARTMENT

# D.U.I. TEST REPORT

Arrest Date:_____
Arrest Time:_____
Hollywood Case No.:_____
Citation No.:_____
Other Dept/Case No.:_____

Arrestee's Name (Last, First, MI):

| Age: | D.O.B.: | Sex: | Race: | Weight: |
|---|---|---|---|---|

Arresting Officer (Name, Badge, Agency):

Arrest Test Site:

Breath Test Site:

**OBSERVATIONS:**

| | |
|---|---|
| CLOTHING | Describe: (Type & Color)_____<br>Shoes_____<br><br>Condition:   ❑ DISORDERLY   ❑ DISARRANGED   ❑ SOILED   ❑ MUSSED   ❑ ORDERLY<br>(Describe)_____ |
| BREATH | Odor of Alcoholic Beverage:   ❑ PRESENT          ❑ NONE |
| ATTITUDE | ❑ EXCITED   ❑ HILARIOUS   ❑ TALKATIVE   ❑ CAREFREE   ❑ SLEEPY   ❑ PROFANITY<br>❑ COOPERATIVE   ❑ INDIFFERENT   ❑ INSULTING   ❑ COCKY   ❑ POLITE   ❑ UNCOOPERATIVE |
| COLOR OF FACE | ❑ PALE   ❑ FLUSHED   ❑ NORMMAL   ❑ OTHER |
| EYES | ❑ BLOODSHOT   ❑ WATERY   ❑ NORMAL   Corrective Lens:   ❑ None   ❑ Glasses<br>❑ Contacts   ❑ Hard   ❑ Soft |
| PUPILS | ❑ NOT EQUAL SIZE   ❑ CONSTRICTED   ❑ DILATED   ❑ NORMAL |
| UNUSUAL ACTIONS | ❑ HICCOUGHING   ❑ BELCHING   ❑ VOMITING   ❑ FIGHTING   ❑ CRYING   ❑ LAUGHING   ❑ NONE |
| SPEACH | ❑ NOT UNDERSTANDABLE   ❑ MUMBLED   ❑ SLURRED   ❑ MUSH MOUTHED   ❑ CONFUSED<br>❑ THICK TONGUED   ❑ STUTTERED   ❑ ACCENT   ❑ FAIR   ❑ GOOD |

**PSYCHOPHYSICAL EVALUATIONS/PERFORMANCE TESTS:**



(only if certified to use)

**HORIZONTAL GAZE NYSTAGMUS**

LEFT
❑ 1. Cannot smoothly follow a moving object.
❑ 2. Distinct nystagmus at Max.-Deviation.
❑ 3. Onset occurs before 45 degrees.

RIGHT
❑ 1. Cannot smoothly follow a moving object.
❑ 2. Distinct nystagmus at Max.-Deviation.
❑ 3. Onset occurs before 45 degrees.

**WALK AND TURN**
❑ 1. Loses balance during the instructions.
❑ 2. Starts before instructions are finished.
❑ 3. Stops or pauses for several seconds while walking.
❑ 4. Doesn't touch heel-to-toe (Leaves more than1/2 inch.)
❑ 5. Steps off the line one or two times. (Count this item only once.)
❑ 6. Raises one or both arms more than six inches to maintain balance.
❑ 7. Does not turn correctly or loses balance during turn.
❑ 8. Takes more or less than nine steps in each direction.
❑ 9. Cannot do the test. (Steps off the line three or more times, is in danger of falling, or otherwise demonstrates inability to completethe test. Score this item nine clues.)

**WALK AND TURN TEST**

**ONE-LEG STAND**
❑ 1. Sways while balancing on one leg.
❑ 2. Moves arms more than six inches to maintain balance
❑ 3. Hops on one leg to maintain balance.
❑ 4. Puts foot down one or two times during thirty-second count. (Count this item only once.)
❑ 5. Cannot do the test. (Puts foot down three or more times, or loses balance. Score this item five clues.)

**ONE-LEG STAND**

L   R
❑   ❑   Sways while balancing.
❑   ❑   Uses arms to balance.
❑   ❑   Hopping.
❑   ❑   Puts foot down.

Blindness   ❑ None   Describe Turn:          Cannot do Test: (explain)          Type of footwear:
❑ L. Eye   ❑ R. Eye

| FINGER TO NOSE TEST | FINGER TO NOSE TEST. | RHOMBERG BALANCE TEST |
|---|---|---|
| ❑ Does not maintain eyes closed<br>❑ Misses tip of nose with index finger<br>❑ Wrong hand for test<br>❑ Forgets to remove finger<br>❑ Cannot perform (5 clues)<br>❑ Sways _____ inches | ○ Right   △ Left<br>Draw lines to spots touched<br> | ❑ Eyes do not remain closed<br>❑ Sways forward-backward<br>❑ Uses arms for balance<br>❑ Cannot perform or loses balance (4 clues)<br>❑ Eyelid/Body tremors |
| Tests performed ❑      Refused ❑<br>Ability to understand instructions:<br>❑ Good ❑ Fair ❑ Poor ❑ Unable<br>Effects of alcohol:<br>❑ Extreme ❑ Obvious ❑ Slight ❑ None<br>Ability to operate vehicle/vessel:<br>❑ Impaired ❑ Not Impaired | | **BALANCE EYES CLOSED**<br><br>INTERNAL CLOCK<br><br>Estimated as 30 seconds |

22-333 (09/94)

**DISTRIBUTION:**   Original—Hollywood Records   Copy—State Attorney's Office   Copy—Arresting Officer

**FLORIDA DUI UNIFORM TRAFFIC CITATION** 176077-X CHECK DIGIT 3

| | | | | | |
|---|---|---|---|---|---|
| COUNTY OF | | (1) F.H.P. | (2) P.D. | (3) S.O. | (4) OTHER |

CITY (IF APPLICABLE)

IN THE COURT DESIGNATED BELOW THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**AGENCY**

**COMPLAINT**
(RETAINED BY COURT)

| DAY OF WEEK | MONTH | DAY | YEAR | A.M. P.M. |
|---|---|---|---|---|

| NAME (PRINT) FIRST | MIDDLE | LAST |
|---|---|---|

| STREET | IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE |
|---|---|

| CITY | STATE | ZIP CODE |
|---|---|---|

| TELEPHONE NUMBER | DATE OF BIRTH | MO | DAY | YR | RACE | SEX | HGT |
|---|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | STATE | CLASS | RESTRICT. | ENDORSE. | YR. LIC. EXP. |
|---|---|---|---|---|---|

| YR. VEHICLE | MAKE | STYLE | COLOR | IF COMMERCIAL MTR. VEH. "X" HERE |
|---|---|---|---|---|

| VEHICLE LICENSE NO. | STATE | YEAR TAG EXPIRES | IF PLACARDED HAZARDOUS MATERIAL "X" HERE |
|---|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY OR OTHER LOCATION, NAMELY

| FT | MILES | OF NODE | IF COMPANION CITATION(S) "X" HERE |
|---|---|---|---|

**DID UNLAWFULLY COMMIT THE OFFENSE OF DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES; DRIVING/ACTUAL PHYSICAL CONTROL WHILE IMPAIRED, OR DRIVING/ACTUAL PHYSICAL CONTROL WITH UNLAWFUL BLOOD ALCOHOL LEVEL OF .08 PERCENT OR ABOVE. BLOOD ALCOHOL LEVEL _____ %.**

COMMENTS PERTAINING TO OFFENSE: (Only one offense each citation)

| STATE STATUTE | SECTION | SUB-SECTION |
|---|---|---|

| CRASH YES NO | DAMAGE TO OTHER PROPERTY YES $ NO | INJURY TO ANOTHER YES NO | SERIOUS BODILY INJURY TO ANOTHER YES NO | FATAL YES NO |
|---|---|---|---|---|

**THIS IS A CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW.** 176077-X CHECK DIGIT 3

| COURT DATE | TIME |
|---|---|

COURT AND LOCATION

ARREST DELIVERED TO _____ DATE _____

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X _____ SIGNATURE OF DEFENDANT

EFFECTIVE THE DATE OF ARREST, YOUR DRIVING PRIVILEGE IS SUSPENDED/DISQUALIFIED FOR:

☐ DRIVING WITH AN UNLAWFUL BLOOD ALCOHOL LEVEL. THIS SUSPENSION/DISQUALIFICATION IS FOR A PERIOD OF SIX MONTHS IF THIS IS THE FIRST VIOLATION OF DRIVING WITH UNLAWFUL BLOOD ALCOHOL LEVEL OR ONE YEAR IF PREVIOUSLY SUSPENDED OR DISQUALIFIED FOR DRIVING WITH AN UNLAWFUL BLOOD ALCOHOL LEVEL. WHEN OPERATING A CMV, YOUR COMMERCIAL DRIVER LICENSE/PRIVILEGE WILL ALSO BE DISQUALIFIED FOR THE SAME PERIOD OF TIME AS THE SUSPENSION.

☐ REFUSAL TO SUBMIT TO LAWFUL BREATH, BLOOD OR URINE TEST F.S. 322.2615. THIS SUSPENSION IS FOR A PERIOD OF ONE YEAR IF THIS IS FIRST REFUSAL OR 18 MONTHS IF PREVIOUSLY SUSPENDED FOR THIS OFFENSE. WHEN OPERATING A CMV, YOUR COMMERCIAL DRIVER LICENSE/PRIVILEGE WILL ALSO BE DISQUALIFIED FOR A PERIOD OF ONE YEAR FOR A FIRST REFUSAL OR PERMANENTLY FOR A SECOND REFUSAL WHILE OPERATING A CMV.

LICENSE SURRENDERED? ☐ YES ☐ NO REASON _____
ELIGIBLE FOR PERMIT? ☐ YES ☐ NO REASON _____

UNLESS INELIGIBLE, THIS CITATION SHALL SERVE AS A TEMPORARY DRIVER LICENSE AND WILL EXPIRE AT MIDNIGHT ON THE 7TH DAY FOLLOWING THE DATE OF ARREST.

AT THE _____ DRIVER IMPROVEMENT HEARING OFFICE. YOU MAY REQUEST, WITHIN 10 DAYS AFTER THE DATE OF ARREST, A REVIEW OF SUSPENSION BY THE DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES. SEE REVERSE SIDE.

| RANK—SIGNATURE OF OFFICER | BADGE NO. | ID. NO. | TROOP/UNIT |
|---|---|---|---|

HSMV 75904 (Rev 10/93)

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF DRIVER LICENSES**

Notice of Commercial Driver's License / Privilege Disqualification
For Refusal to Submit to a Breath, Blood or Urine Test

| COUNTY OF | | | ☐ F.H.P. | ☐ P.D. | ☐ S.O. | ☐ OTHER |
|---|---|---|---|---|---|---|

| CITY (IF APPLICABLE) | | AGENCY | |
|---|---|---|---|

| DAY OF WEEK | MONTH | DAY | YEAR | A.M. P.M. |
|---|---|---|---|---|

| NAME (PRINT) | FIRST | MIDDLE | LAST |
|---|---|---|---|

| STREET | IF DIFFERENT THAN ON DRIVER LICENSE CHECK HERE ☐ |
|---|---|

| CITY | STATE | ZIP CODE |
|---|---|---|

| TELEPHONE NUMBER | DATE OF BIRTH | MONTH | DAY | YEAR | RACE | SEX | HEIGHT |
|---|---|---|---|---|---|---|---|

| DRIVER LICENSE NUMBER | | | STATE | TYPE | RESTRICT. | ENDORSE. | YEAR LICENSE EXP. |
|---|---|---|---|---|---|---|---|

| YEAR VEHICLE | MAKE | STYLE | COLOR |
|---|---|---|---|

| VEHICLE TAG NUMBER | STATE | YEAR TAG EXPIRES |
|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY OR OTHER LOCATION NAMELY:

Was operating or in actual physical control of a commercial motor vehicle and did refuse to submit to a breath, blood or urine test authorized in s. 322.63 F.S.

Effective this date, your commercial driver's license / privilege is disqualified for a period of one year, for a first refusal, or permanently if previously disqualified as a result of a refusal to submit to such test arising from the operation or actual physical control of a commercial motor vehicle.

License Surrendered?   ☐ Yes   ☐ No   Reason _____

Eligible for Permit?   ☐ Yes   ☐ No   Reason _____

Unless ineligible, this notice shall serve as a temporary driver's license and will expire at midnight on the 7th day following the date of this notice, however, you have been placed out-of-service pursuant to s. 322.62 F.S. This permit shall not authorize you to operate a commercial motor vehicle for 24 hours from the time and date of this notice.

At the _____ Driver Improvement Hearing Office, you may request, within 10 calendar days after the date of this notice, a review of disqualification by the Department of Highway Safety and Motor Vehicles. See reverse side.

_____
Signature of Driver

Description of facts supporting officer's belief that driver was operating or in actual physical control of a CMV with any alcohol, chemical substance, or controlled substance in his body, including any citation issued to the driver:

_____
_____
_____
_____
_____

(Attach additional sheet if necessary)

| Rank and Signature of Officer | Badge # | I.D. # | Troop / Unit |
|---|---|---|---|

WHITE — DHSMV Hearing Officer's Copy     YELLOW — Driver's Copy     PINK — Officer - Agency Copy

HSMV 72008 (4/91) S

# Florida Department of Law Enforcement
## Alcohol Testing Program

### OPERATIONAL PROCEDURES – INTOXILYZER 8000

1. All results are reported to three decimal places in g/210L. The instrument must display READY MODE prior to beginning the breath test. Push the START TEST button to begin the breath test:
   - Enter Breath Test Operator last name, first name and middle initial at USER prompts.
   - DATE/TIME. Verify the displayed date and time. Change if necessary. Press ENTER.
   - LAST AGENCY INSPECTION DATE. Verify the agency inspection date displayed. Press ENTER.
   - CYLINDER LOT#. Verify the dry gas standard cylinder lot number. Change if necessary. Press ENTER.
   - EXPIRATION DATE. Verify the dry gas standard cylinder expiration date. Change if necessary. Press ENTER.
   - OBSERVATION PERIOD BEGAN. Enter the time the observation period began (at least 20 minutes).
   - SWIPE DL OR PRESS ENTER. Either swipe the subject's driver license or identification card or press ENTER. Enter applicable information as prompted.
   - DIAGNOSTICS CHECK. The result must be OK.
   - AIR BLANK. The result must be 0.000.
   - CONTROL TEST. The result must be between 0.075 and 0.085, inclusive.
   - AIR BLANK. The result must be 0.000.
   - PROVIDE SAMPLE NOW. Have the subject provide a breath sample into the instrument.
   - AIR BLANK. The result must be 0.000.
   - PLEASE WAIT. The instrument will countdown the time remaining for the wait period.
   - AIR BLANK. The result must be 0.000.
   - PROVIDE SAMPLE NOW. Have the subject provide a breath sample into the instrument.
   - AIR BLANK. The result must be 0.000.

   Note: If there is no 0.020 g/210L agreement between first and second breath samples, the instrument will automatically request a third breath sample as follows:
   - PLEASE WAIT. The instrument will countdown the time remaining for the wait period.
   - AIR BLANK. The result must be 0.000.
   - PROVIDE SAMPLE NOW. Have the subject provide a breath sample into the instrument.
   - AIR BLANK. The result must be 0.000.
   - CONTROL TEST. The result must be between 0.075 and 0.085, inclusive.
   - AIR BLANK. The result must be 0.000.
   - DIAGNOSTICS CHECK. The result must be OK.

2. If an external printer is used, FDLE/ATP Form 38 – Breath Alcohol Test Affidavit - Intoxilyzer 8000 will be automatically printed containing all the results. If no external printer is used, a printout slip containing all the results will be automatically printed.

3. Complete FDLE/ATP Form 38 – Breath Alcohol Test Affidavit - Intoxilyzer 8000.

*FDLE/ATP Form 37 – Revised August 2005, Ref. 11D-8.007*

Original Date: 11/01/2001
Revised Date:
File Name: Appendix F Operational Procedure Checklist for Intoxilyzer 8000- Form 37.doc

Page 1 of 1
Appendix F SOP #233

# FLORIDA DEPARTMENT OF LAW ENFORCEMENT
## ALCOHOL TESTING PROGRAM
### BREATH ALCOHOL TEST AFFIDAVIT

Instrument Type: Intoxilyzer 8000
Instrument Registered To: HOLLYWOOD PD
Instrument Serial Number: 80-001063 Software: 8100.27
Date of Test: 12/19/2007

Date of Last Agency Inspection: 11/28/2007
Observation Period Began: 23:25
Subject's Name: _____          DOB: _____   Sex: ●

The subject was observed for at least twenty-minutes prior to the administration of the breath test to ensure that the subject did not take anything orally and did not regurgitate.

Results:

| Test | g/210L | Time |
|------|--------|------|
| Diagnostics Check OK | | 23:56 |
| Air Blank | 0.000 | 23:57 |
| Control Test | 0.076 | 23:57 |
| Air Blank | 0.000 | 23:57 |
| Subject Sample #1 | 0.103 | 23:58 |
| Air Blank | 0.000 | 23:59 |
| Air Blank | 0.000 | 00:01 |
| Subject Sample #2 | 0.100 | 00:01 |
| Air Blank | 0.000 | 00:02 |
| Control Test | 0.078 | 00:02 |
| Air Blank | 0.000 | 00:03 |
| Diagnostics Check OK | | 00:03 |

Cylinder Lot: 7194021
Exp: 07/15/2009

State of Florida, County of _____,

Personally appeared before me the undersigned authority, who (_) is personally known to me or (_) produced _____ as identification, and who after being placed under oath, states:

I _____, hold a valid Breath Test Operator permit issued by the Florida Department of Law Enforcement, I administered the above breath test to the subject named above in accordance with Chapter 11D-8, Florida Administrative Code, and this form is a true and accurate report of that breath test.

Breath Test Operator: _____   Date: _____
                              Signature

Sworn to (or affirmed) before me this _____ day of _____, _____.

_____   _____
Signature of Notary Public-State of Florida    Printed Name of Notary Public-State of Florida

Note: Pursuant to section 117.10, Florida Statutes, law enforcement officers, correctional officers, traffic accident investigation officers and traffic infraction enforcement officers are notaries public when acquired in the performance of official duties. In accordance with section 316.1934(5), F.S., this completed form is admissible without further authentication and is presumptive proof of the results of the test. As required in accordance with section 316.1934(5), F.S., and in administrative proceedings pursuant to s. 322.2615(9).

*FDLE/ATP FORM 38 - MARCH 2004, Ref. 11D-8.007*



Human Services Department
MEDICAL EXAMINER AND TRAUMA SERVICES ● Toxicology Section
5301 SW 31st Avenue ● Fort Lauderdale, Florida  33312 ● 954-327-6525 FAX 954-327-6582

# DUI Urine Collection Procedure

Agency: _____  Agency Case #: _____

Investigating Officer: _____  Date: _____  Time: _____

Collector's Name: _____  Title: _____  Telephone: _____

Please complete this checklist at the time the urine specimen is taken and the paperwork is filled out. Check off each task as it is completed and attach a copy of this form to the Property Receipt for delivery to the Broward County Medical Examiner's Office.  This is only a **recommended** specimen collection procedure and is **not** required by Florida Administrative Code.

☐  1)  Label the outside of the Urine Collection Cup with the following information:
- Defendant's name
- Agency case number
- Date of collection
- Time of collection
- Collector's initials

☐  2)  Label the lid of the Urine Collection Cup with the defendant's name and agency case number.

☐  3)  Label a piece of evidence tape with the Investigating Officer's initials, Identification Number and the date.

☐  4)  After the urine specimen is collected, replace the lid tightly on the Urine Collection Cup and securely seal the lid with the labeled evidence tape (from step 3).

☐  5)  Legibly complete (print if necessary) a Property Receipt.  Attach the Property Receipt and a copy of this form to the Urine Collection Cup.  Only one (1) Property Receipt is necessary for a case, even if multiple items are submitted.

☐  6)  Deliver the Urine Collection Cup and the Property Receipt within 48 hours to the:

> Broward County Medical Examiner's Office
> 5301 SW 31st Avenue
> Fort Lauderdale, Florida   33312
> 954-327-6500

*Open Monday through Friday 8:30 a.m. to 5:00 p.m. (night dropbox for nonworking hours only)*



Human Services Department
MEDICAL EXAMINER AND TRAUMA SERVICES ● Toxicology Section
5301 SW 31st Avenue ● Fort Lauderdale, Florida 33312 ● 954-327-6525 ● FAX 954-327-6582

# DUI Blood Kit Collection Procedure

Agency: **Hollywood Police Department**       Agency Case #: _____

Investigating Officer: _____   Date: _____  Time: _____

Collector's Name: _____   Title: _____   Telephone: _____

Please complete this checklist at the time the Blood Kit is taken and the Blood Kit paperwork is filled out. Check off each task as it is completed and attach a copy of this form to the Property Receipt for delivery to the Broward County Medical Examiner's Office.  This is a **recommended** specimen collection procedure and only those steps that are underlined are required by Florida Administrative Code.

**\*These steps have been modified specifically for the Hollywood Police Department**

☐  1)   Verify that the Blood Kit has **not** expired by checking the expiration date on the outside of the Blood Kit box.  The expiration date is also printed on the label of both blood collection tubes.

☐  2)   Label the outside of the **Blood Kit box** with the defendant's name and agency case number.

☐  3)   Complete the **Police Officer's Report** label on the cover of the plastic container inside the Blood Kit box.

☐  4)   If consent for the blood draw is given, complete the **Blood Kit Consent Form** card and have the defendant sign the form.  If applicable, indicate the defendant's refusal or inability to sign the form if consent is not received.

☐  5)   Complete the **Blood Collection Report** card including the blood collector's signature and the date/time of blood collection, and the Officer's signature and date/time.

☐  6)   Complete all of the information on the available White Name seals and Red Integrity seals accompanying the Blood Kit.

☐  7)   Verify that both tubes have a gray stopper or contain a white powder, which is identified as `sodium fluoride and either potassium oxalate or EDTA` on the label of each collection tube.

☐  8)   Attach a White Name seal to each collection tube, instead of trying to write all requested information on the tiny white label on the side of the collection tube.  The label is too small on the NIK brand tubes used to accurately record the requested information.

☐  9)   After the blood is collected, **invert** both of the blood tubes several times in order to thoroughly mix the white powder and the blood.  **Do not shake vigorously.**  If possible, always collect two (2) full tubes of blood for each Blood Kit.

☐  10)  Securely seal the stoppers across the top of both blood collection tubes with the Red Integrity seals provided in the Blood Kit.

Page 2 of 2 – DUI Blood Kit Procedure

☐ 11)  Return the following items to the plastic or cardboard container:

- Securely sealed and properly labeled blood collection tubes (2)
- Non-alcoholic swab and wrapper
- Completed Blood Collection Report card
- Completed Blood Kit Consent Form card
- All other documentation originally packaged with the Blood Kit container

☐ 12)  Request to have the specimen collector properly dispose of the needles and syringes.  **Do not return needles and syringes to the plastic or cardboard container**.

☐ 13)  Seal the plastic container with the completed White Name seals (from step 6).

☐ 14)  Insert the plastic container into the cardboard Blood Kit box and seal the box with RED Evidence Tape, since HPD personnel used two of the White name seals to label the collection tubes.

☐ 15)  If a second set of blood specimens is taken, wait at least 45 minutes, but preferably 1 hour between blood collection of the first and second Blood Kits.  Following the same instructions above, use a second complete Blood Kit and collect two (2) full tubes of blood.

☐ 16)  Legibly <u>complete</u> (print if necessary) a Medical Examiner's Office Property Receipt.  Attach the Property Receipt and a copy of this form to the Blood Kit(s).  Only one (1) Property Receipt is necessary for a case, even if multiple items are submitted.

☐ 17)  <u>Deliver the Blood Kit(s) and the Property Receipt within 48 hours to the:</u>

> Broward County Medical Examiner's Office
> 5301 SW 31st Avenue
> Fort Lauderdale, Florida 33312
> 954-327-6500

*Open:  Monday through Friday 8:30 a.m. to 5:00 p.m. (night dropbox for nonworking hours only)*

☐ 18)  Complete the **FDLE Certificate of Blood Withdrawl** form and submit it to HPD Records.  This form does NOT have to be sent to the Medical Examiner's office.

# Florida Department of Law Enforcement
# Alcohol Testing Program

**CERTIFICATION OF BLOOD WITHDRAWAL**

I certify that as a physician, certified paramedic, registered nurse, licensed practical nurse, or other person

authorized by a hospital to draw blood, or as a licensed clinical laboratory director, supervisor, technologist or

technician, I am authorized by 316.1932, 316.1933, 322.63, 327.352 and 327.353, Florida Statutes, to withdraw

blood at the request of a law enforcement officer.  I certify that on _____ I

(Date)

withdrew blood from _____ at the request of

(Driver)

_____.  The blood sample(s) were collected and labeled in accordance

(Officer)

with the provisions of Rule 11D-8.012, Florida Administrative Code.  Before collecting the blood sample(s),

the skin was cleansed with an antiseptic that did not contain alcohol.  The blood sample(s) were collected in

glass evacuation tubes that contained a preservative and an anticoagulant.  Immediately after collection, the

tubes were inverted several times.  The blood collection tubes were labeled with the name of the person tested,

the date and time the sample(s) were collected and the initials of the person who collected the sample(s).

_____

(Printed name of person withdrawing blood)

_____

(Title)

_____   _____

(Signature)                                  (Date)

*May also be used in administrative proceedings pursuant to s. 322.2615, Florida Statutes.  To be forwarded to the local Bureau of Driver Improvement Office, Division of Driver Licenses, Department of Highway Safety and Motor Vehicles.*

*FDLE/ATP Form 11 – Revised August, 2001*

# CONSENT FORM

DATE                              TIME                                AM-PM

_____

NAME OF SUBJECT (PRINT)

I have granted permission for blood samples
to be taken

_____

SIGNATURE OF SUBJECT

200-441

# BLOOD COLLECTION REPORT

Subject's Name and Address

Date and Time of Arrest

Place of Blood Collection                   Date              Time           AM-PM

I hereby certify that I drew blood samples from the above-named person

Signed                                      Date

I hereby certify that I have witnessed the actual withdrawal of blood from the above subject by the person whose signature appears above.

Signed                                      Date

Date and Time of Delivery to Lab and to Whom

How Delivered and by Whom

Date Test Made              Result                      Remarks

200-440



Place on Plastic Collection Supply Container where it says "Seal Here"



Place on Blood Collection Tube

Place on Blood Collection Tube



Place across the
Top of the
Collection Tube's
Gray stopper

Red Integrity Seal placed over top of Vial



Place White Name label on Collection Tube here.



White Name Seal goes here

Officer completes this section

Slice Tape to open here

White Name Seal goes here

5301 S.W. 31st Avenue
Ft. Lauderdale, FL 33312
964-0200 or 765-5190

Board of County Commissioners, Broward County, Florida
**MEDICAL EXAMINER OFFICE**

ME CASE _____

**PROPERTY RECEIPT**

| OTHER AGENCY | OTHER AGENCY CASE NUMBER | TYPE OF CASE |
|---|---|---|
| | | |

**IF SPECIMEN IS SUBMITTED FOR ANALYSIS:** MOTOR VEHICLE CASE _____ YES _____ NO

| DATE & TIME INCIDENT OCCURRED | DATE & TIME SPECIMEN COLLECTED | LOCATION |
|---|---|---|
| | | |

ANALYSIS REQUESTED
□ ALCOHOL   □ DRUG SCREEN   □ OTHER (DESCRIBE)

| SUSPECT INFORMATION: | NAME | RACE/SEX | D.O.B. |
|---|---|---|---|

| VICTIM INFORMATION: | NAME | RACE/SEX | D.O.B. |
|---|---|---|---|

OTHER INFORMATION

| ITEM NO. | QUANTITY | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt. | I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty. |
|---|---|
| SIGNATURE (X) _____ | **FOR THE MEDICAL EXAMINER** <br><br> SIGN— <br> PRINT— |

| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| FINAL DISPOSITION | AUTHORITY | DATE AND TIME OF DISPOSITION |





# BROWARD SHERIFF'S OFFICE
# VICTIM NOTIFICATION

Arresting Law Enforcement Officers must request that the victim or victim's appropriate next of kin or victim's other designated contact complete a *Victim Notification Form*. If the victim, victim's appropriate next of kin, or victim's other designated contact chooses not to be notified, fill out all the victim information AND have the victim, appropriate next of kin or designated contact sign the waiver.

| ARRESTING AGENCY | ARRESTING OFFICER / ID # | AGENCY CASE # |
|---|---|---|
|  |  |  |

| NAME OF DEFENDANT(S) | J/A | ARREST NUMBER |
|---|---|---|
| 1. |  |  |
| 2. |  |  |

## VICTIM CONTACT INFORMATION

(CHECK ONE)  ❏ VICTIM    ❏ NEXT-OF-KIN    ❏ DESIGNATED CONTACT

| NAME: |
|---|
| ADDRESS: |
| CITY/STATE/ZIP: |
| TELEPHONE NUMBERS: |

LANGUAGE NOTIFICATION:  (CHOOSE ONE)    ❏ENGLISH   ❏SPANISH   ❏CREOLE

## WAIVER:

ALL THE ABOVE INFORMATION MUST BE FILLED OUT EVEN IF A WAIVER IS SIGNED.

WAIVER:   I do not want notice when the arrestee is released from custody or at any other stage in the arrestee's prosecution.

Signature_____  Relationship_____  Date_____

Officer's Signature:_____  ID #_____  Date_____

UPON COMPLETION, THIS FORM <u>MUST</u> ACCOMPANY THE BOOKING PAPERWORK.
IF APPLYING FOR A WARRANT/CAPIAS, ATTACH TO FILING PACKAGE.

NOTE: PURSUANT TO F.S.119, THIS FORM CONTAINS CONFIDENTIAL INFORMATION
VICTIM NOTIFICATIONS WILL BE MADE AUTOMATICALLY BY THE VINE COMPANY BASED ON INFORMATION SUPPLIED ABOVE

**Original**- Booking          Copy-Victim/Relation/Designated Contact

BSO RP #78 (Revised 07/02)

| **D.U.I. VIDEO RECORDING** | |
|---|---|
| **DEPARTMENT SOP: #234** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW DATE: 03/21/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:** To establish guidelines and procedures for video recording D.U.I. Investigations.

**SCOPE:** This SOP applies to all Police Officers assigned to the Hollywood Police Department's D.U.I. Unit and to those selected Patrol Officers trained in D.U.I enforcement and issued an In Car Video system.

**POLICY:** It is the policy of the Department to utilize in-car video systems, when available and practical, and able to respond in a timely manner to document D.U.I. investigations.  D.U.I. investigations will NOT be unreasonably delayed in order to wait for an available Officer with an In Car Video system to respond to the scene.

**INDEX:**

I.     OBJECTIVES ........................................1

A.     Driving Pattern: .....................................1
B.     Vehicle Stop / Investigation: ................1

II.    SPECIALIZED EQUIPMENT .................1

A.     In-Car Video System:...........................1
B.     Restrictions: ..........................................2

III.   CARE AND MAINTENANCE .................2

A.     Operation of Equipment:......................2
B.     Activation: .............................................2
C.     Installation and Repairs: ......................2

IV.    VIDEO RECORDING PROCEDURES ...2

A.     Suspect Vehicles: ................................2
B.     DUI Investigation: ................................3
C.     Video Header Information:...................3
D.     Wireless Video Uploading: .................3
E.     Video DVD Burning and Labeling:.......3
F.     Evidence: ..............................................3

**PROCEDURE:**

**I.   OBJECTIVES**

  **A.  Driving Pattern:**

    To video record, when practical, the driving pattern of a vehicle being operated by a driver who is suspected of being impaired by alcohol or controlled substances.

  **B.  Vehicle Stop / Investigation:**

    To video record the vehicle stop and Field Sobriety Exercises when practical, including the instructions and conversatio which occur during the course of the investigation and to include transporting the suspect.  D.U.I. Task Force Officers and/or Patrol Officers with In Car Video Cameras may be called to a scene when a traffic stop has already been conducted and the driver is suspected of driving under the influence.  In those cases, the investigating Officer will utilize their In Car Video system to record the Field Sobriety Exercises.

**II.  SPECIALIZED EQUIPMENT**

  **A.  In-Car Video System:**

    Officers assigned to the D.U.I. Unit and selected Patrol Officers trained in D.U.I. enforcement will have In-Car Video systems installed.  This equipment will include:

    **1.**  A camera mounted inside the vehicle.

2. A combination touch screen controller and video monitor for viewing and controlling the In Car Video system.

3. A power supply and hard drive secured in the vehicle.

4. A portable transmitter and microphone which will be worn by the Officer to record audio conversations.

**B. Restrictions:**

Officers will only use Department issued In Car Video equipment. The use of the in-car camera system for any other activity is **PROHIBITED** without the permission of a Supervisor.

## III. CARE AND MAINTENANCE

The In Car Video system has been designed so the Officer cannot tamper with, edit, delete, or destroy any video evidence recorded by the vehicle's In Car Video system. Video evidence will be wirelessly uploaded by the Officer at Police Headquarters utilizing the Department's WiFi network.

**A. Operation of Equipment:**

Officers are responsible for:

1. Familiarizing themselves with the operating manual for the In Car Video system.

2. Familiarizing themselves with the operation of the camera system and remote microphone.

3. Uploading videos automatically to the dedicated servers.

4. Familiarizng themselves with burning DVD's and printing labels for evidentiary purposes.

5. Familiarizing themselves with applicable Department Policies regarding DUI Detection and Investigations.

**B. Activation:**

Officers will activate the In-Car Video system while they are on duty operating their assigned vehicle.

**C. Installation and Repairs:**

The In Car Video system will be installed according to manufacturer's specifications by a trained technician. Officers will notify a Traffic Unit Supervisor of any problems with the In Car Video system. The Supervisor will make arrangements to have the equipment repaired.

## IV. VIDEO RECORDING PROCEDURES

**A. Suspect Vehicles:**

When an Officer observes a vehicle being driven by a driver he suspects to be under the influence of alcohol or controlled substances, the Officer will when practical and safe to do so:

1. Manually activate the RECORD function of the In-Car Video system to document the vehicle's driving pattern.

2. Conduct a traffic stop and make contact with the driver to determine:

   a. If the vehicle has a mechanical defect.

   b. If the driver has a medical problem.

   c. If the driver exhibits signs of being impaired (bloodshot eyes, odor of alcohol, slurred speech...etc).

3. In many cases a DUI Officer or Patrol Officer with Advanced Training in DUI Enforcement is called to the scene where another Police Officer has already stopped a driver suspected of being under the influence of alcohol and/or chemical substances. In those cases, the DUI Investigating Officer will begin video

recording when they make contact with the driver and advise them they are conducting a criminal DUI Investigation.

**B. DUI Investigation:**

If the Officer determines that the driver may be impaired, the Officer will, when practical:

1. Continue recording and advise the driver that he is conducting a criminal D.U.I. Investigation.

2. Video record any voluntary Field Sobriety Exercises performed or attempted by the driver, including the instructional portion given by the investigating Officer.

3. Video record the reading of the Florida Implied Consent Law, on scene, if the driver is arrested for D.U.I. and refuses a request to take a Breath, Urine, or Blood Test.

4. Video record the reading of the Miranda Rights if applicable and practical.

5. **Video record any witness statements if applicable and practical.**

**C. Video Header Information:**

After video recording has been completed, the Officer will complete the necessary header information for the recorded event. This can be accomplished with the In Car touch screen controller or at a designated work station by logging into the In Car Video Remote system.

**D. Wireless Video Uploading:**

Officers should begin their video upload(s) if practical, when they arrive at headquarters following an arrest. This practice will allow the video to be wirelessly uploaded to the storage server while they are processing the arrestee. Officers will insure they regularly upload their In Car video evidence on a weekly basis.

The camera manufacturer's secure encrypted server will house the original recording and is located on the 4th floor of the Police Department in a secured computer room. The data is also automatically backed up each day by the City's IT Department.

**E. Video DVD Burning and Labeling:**

The Traffic Sergeant will be responsible for burning/reviewing the **entire** recorded incident.

1. The Traffic Sergeant will burn the entire recorded incident on a DVD for each DUI arrest.

2. The Traffic Sergeant will print a custom label with the following information to be placed on the DVD:

   a. Hollywood Police case number.

   b. Date and Time of arrest.

   c. Location of arrest.

   d. Arrestee's name.

   e. Arresting Officer's name and Badge number.

3. The Traffic Sergeant will submit the DVD with the entire recorded incident to Case Filing for inclusion in the arrest packet.

4. The Special Operations Section Traffic Lieutenant will review all DUI arrests.

**F. Evidence:**

Officers will review the video recording to ensure that the video and audio portions were properly recorded. Any discrepancy will be noted in the Incident Report.

**DEFINITIONS:**

None

APPROVED BY:

03/21/2013

**Vincent R. Affanato     Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

None

| DUI-ZERO TOLERANCE (.02) LAW | |
|---|---|
| **DEPARTMENT SOP: #235** | **CFA STANDARDS** |
| **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:** To provide guidelines for the enforcement of the ZERO TOLERANCE (.02) LAW as it is established under Florida Statute 322.2616.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to enforce the Zero Tolerance (.02) Law when a minor is suspected of driving while under the influence of an alcoholic beverage.

**INDEX:**

I.      LEGAL REQUIREMENTS ......................1

II.     LAWFUL CONTACT.............................1

  A.    Contact: ................................................1
  B.    Probable Cause: ..................................1

III.    ADMINISTERING THE PORTABLE
        BREATHE TEST (PBT).........................2

  A.    Implied Consent:..................................2
  B.    Observation Period:............................2
  C.    Refusal:.................................................2
  D.    Breath Test Results: ..........................2
  E.    Release:.................................................2
  F.    Notice of Suspension Affidavit:...........2

IV.     OPERATION OF THE PBT
        INSTRUMENT ........................................3

  A.    Operators:.............................................3
  B.    Logs: .....................................................3
  C.    Calibration:............................................3

V.      DEFINITIONS: ........................................3

  A.    PBT:........................................................3
  B.    DHSMV:..................................................3
  C.    INTOXILYZER 8000: ...........................3

**PROCEDURE:**

**I.   LEGAL REQUIREMENTS**

It is unlawful for a person under 21 years of age to have .02 percent or higher breath alcohol level and drive, or be in actual physical control of a motor vehicle, under F.S. 322.2616. The Zero Tolerance (.02) Law provides for the Administrative Suspension of the Driver's License. If an Officer has reasonable cause to believe that an underage driver has consumed alcohol, that Officer will first determine if the driver is legally impaired. If the Officer determines that the driver is legally impaired, the Officer will make a physical arrest for D.U.I. An Officer will not test an underage driver for violation of F.S. 322.2616 until the Officer has established that the alcohol consumption is not sufficient to establish probable cause for a D.U.I arrest.

**II.  LAWFUL CONTACT**

  **A.  Contact:**

      A Lawful contact must be made before a driver under 21 years of age can be checked for a violation of F.S. 322.2616. Lawful contacts include:

      **1.** Traffic stop related to a violation of Florida Statutes.

      **2.** Contact at a crash site.

      **3.** D.U.I. or Traffic Safety Check Point.

  **B.  Probable Cause:**

      If a vehicle was not observed in motion, determine if probable cause exists to charge the driver by being in actual physical control (i.e., the keys in the ig-

nition and the driver seated behind the wheel of the vehicle).

## III. ADMINISTERING THE PORTABLE BREATHE TEST (PBT)

### A. Implied Consent:

The Officer will read the Implied Consent Warning (see **Appendix A**) on the Notice of Suspension provided by DHSMV to the driver.  If the driver refuses to give a breath sample, the Officer will take the Driver's License and issue a Notice of Suspension using forms provided by the DHSMV.

### B. Observation Period:

The driver will be observed for at least 20 minutes before a trained PBT operator can request the driver to perform a breath test consisting of two samples on the PBT.  Both samples must be administered within 15 minutes of each other.

If there are no PBT operators available, the driver may be transported to Headquarters for breath testing with the Intoxilyzer 8000.

### C. Refusal:

If the driver gives one breath sample and then refuses to give a second sample, the Officer will take whatever action is warranted based on the first sample. If the driver refuses to give a breath sample, the Officer will complete the Affidavit of Refusal to Submit to Breath Test (see **Appendix B**).

### D. Breath Test Results:

Based on the results of the breath test, the following procedure will be adhered to:

1. If the two-breath samples yield breath alcohol levels of .02% or higher, the Officer will take the Driver's License and issue a Notice of Suspension (see **Appendix C**).

2. If the first sample is **above .02%** and **no second sample is given,** a suspension should be issued based on the PBT reading.  The refused second sample should be noted on the Notice of Suspension.

3. If the first sample is **below .02%** and **no second sample is given** then no suspension should be issued.

4. **If both samples are below .02%,** there is no violation of F.S. 322.2616 and the driver will not be charged with this violation.

5. If one sample is **below a .02%** and the second sample is **above a .02%,** no suspension should be issued.

6. If one or both breath samples yield a breath alcohol level in excess of .08%, a Notice of Suspension under F.S. 322.2616 will be issued to the driver.  The use of the PBT's breath reading can not be used to establish probable cause for a D.U.I. charge or to reevaluate the subject.

### E. Release:

When an Officer has completed his investigation and a Notice of Suspension is issued, the following criteria will be followed:

1. If there is no arrest for another violation and the driver is 18-20 years of age, the driver will be released and warned not to drive.

2. If there is no arrest and the person is under 18, the Officer will notify the juvenile's parent/guardian to arrange transportation for the juvenile. Arrangements will also be made to have the vehicle picked-up or secured on-scene.  The vehicle will be towed as a last resort.

### F. Notice of Suspension Affidavit:

When an Officer issues the Notice of Suspension Affidavit, Officers will complete the following documentation:

1. Complete the Probable Cause Affidavit section of the DHSMV Notice of Suspension.

2. Complete Affidavit of Refusal to Submit to Breath Test, if applicable.

3. Complete PBT Breath Test Result Affidavit (see **Appendix D**), if applicable.

4. Complete a Field Dictation Report.

## IV.  OPERATION OF THE PBT INSTRUMENT

### A.  Operators:

Only certified PBT operators will administer breath tests with the Department's PBTs.

### B.  Logs:

PBT operators will maintain a log (see **Appendix E**) of all PBT tests conducted on a specific PBT instrument. Only certified Breath Test Operators holding a valid permit will administer the Breath Test on the Intoxilyzer 8000.

### C.  Calibration:

All PBTs will be calibrated for accuracy according to the manufacturer's standards. The Breath Technician Maintenance Officer assigned to service the PBT's for the Department will:

1. Calibrate Department issued PBTs once a month.

2. Document and maintain a Calibration Log (see **Appendix F**) for each PBT.

3. Document and maintain P.B.T. Inspection Report (see **Appendix G**).

## V.  DEFINITIONS:

### A.  PBT:

Is a Preliminary Breath Test Instrument, which contains a fuel cell sensor and electrically operated piston-sampling pump. A signal is generated in the fuel cell as a result of the oxidation of any alcohol in the breath sample. The resulting electric current is converted to a BrAC/BAC and digitally displayed.

### B.  DHSMV:

Department of Highway Safety and Motor Vehicles for the State of Florida.

### C.  INTOXILYZER 8000:

The approved breathalyzer instrument regulated for use by the Florida Department of Law Enforcement for use in the State of Florida.

---

APPROVED BY:

*Chadwick E. Wagner*   **05/15/2008**

**Chadwick E. Wagner**              **Date**
**Chief of Police**

## ATTACHMENTS:

- **Appendix A**: Implied Consent.

- **Appendix B**: Affidavit of Refusal to Submit to Breath Test.

- **Appendix C**: Notice of Suspension.

- **Appendix D**: Breath Test Result Affidavit.

- **Appendix E**: Hollywood Police Department PBT Log.

- **Appendix F**: Hollywood Police Department PBT Calibration Log.

- **Appendix G**: Hollywood Police Department P.B.T. Inspection Report.

# INSTRUCTIONS FOR
# NOTICE OF SUSPENSION
# (EFFECTIVE JANUARY 1, 1997)

**PRIOR TO FILLING OUT THIS DOCUMENT
REMOVE ALL AFFIDAVITS (TOP TWO SHEETS).**

Pursuant to s. 322.2616 F. S., these notices are to be issued only to persons operating or in actual physical control of a motor vehicle who are under the age of 21 and have a breath alcohol level of .02 or higher, or refuse to submit to a breath test authorized in s. 322.2616 F. S. **This suspension notice should always be used for a violation of s. 322.2616 F. S.**

The following documents must be forwarded to one of the 17 hearing offices of the Department of Highway Safety and Motor Vehicles, listed on reverse side of officer-agency copy of notice. These documents must be submitted within **FIVE CALENDAR DAYS** after the date of the issuance of the notice of suspension.

1. Hearing officer's copy of suspension notice (HSMV 72103 ). (**DO NOT** list on transmittal form.)

2. Affidavit stating grounds for belief that the person was under the age of 21 and was driving or in actual physical control of a motor vehicle with any breath alcohol level.

3. Affidavit stating the results of any breath test <u>or</u>

4. Affidavit stating that a breath test was requested by a law enforcement officer and that the person refused to submit to such test, and was read the implied consent warnings.

5. Driver's license, if surrendered.

## IMPLIED CONSENT WARNINGS

1. **I am now requesting that you submit to a test of your breath for the purpose of determining the alcoholic content of your breath.**

2. **If you refuse to take the test, your privilege of operating a motor vehicle will be suspended for a period of one year, or 18 months if your license has been previously suspended for refusing to submit to a required test.**

**BE CERTAIN THE DRIVER UNDERSTANDS THE STATEMENTS.**

### Distribution

White  -- DHSMV Hearing Officer's Copy
Yellow  -- Driver's Copy
Pink  -- Officer/Agency Copy

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES**
**AFFIDAVIT OF**
**REFUSAL TO SUBMIT TO BREATH TEST**

**This affidavit should only be used for a violation of s. 322.2616 F. S.**

STATE OF FLORIDA
COUNTY OF _____ )
I _____, who, being duly sworn, state that
I am a duly certified Law Enforcement Officer and a Member of

_____
(NAME OF ENFORCEMENT AGENCY)

That on or about the _____ day of _____ 19____
at _____ A.M. _____ Location _____
P.M.

I did request _____

NAME_____
(TYPE OR PRINT)   FIRST      MIDDLE OR MAIDEN      LAST
DRIVER LICENSE NO._____
DATE OF BIRTH _____ RACE_____ SEX_____
MONTH   DAY   YEAR

to submit to a breath test to determine the breath alcohol level. I did
inform said person that a refusal to submit to such test will result in the
suspension of the privilege to operate a motor vehicle for a period of 1
year for a first refusal, or for a period of 18 months if the privilege had
been suspended for a prior refusal to submit to a breath, blood or urine
test.

Said person did at that time and place refuse to submit to a breath test.

_____
SIGNATURE OF LAW ENFORCEMENT OFFICER

(AFFIX SEAL)          **THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO**
                         **[F. S. 117.10]**

The foregoing instrument was acknowledged before
me on this_____day of _____,
19_____ by _____
Who is personally known to me or who has produced
_____              _____
as identification.                              SIGNATURE OF ATTESTING OFFICER OR
                                                NOTARY PUBLIC

                                                TITLE_____
                                                DATE_____

**NOTE**: Mail or hand deliver to the designated DHSMV hearing office, Department of Highway Safety & Motor
Vehicles, with the notice of Suspension.

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF DRIVER LICENSES

## NOTICE OF SUSPENSION

| COUNTY | | | | | | | | ☐ F.H.P.  ☐ P.D.  ☐ S.O  ☐ OTHER |
|---|---|---|---|---|---|---|---|---|
| CITY (IF APPLICABLE) | | | | | | | | |
| DAY OF WEEK | | | MONTH | DAY | YEAR | | AGENCY ☐ AM ☐ PM | |
| NAME (PRINT) | FIRST | MIDDLE | | | LAST | | | |
| STREET | | IF DIFFERENT THAN ON DRIVER'S LICENSE CHECK HERE | | | | | | |
| CITY | | STATE | | ZIP CODE | | | | |
| DATE OF BIRTH | MO | DAY | YEAR | SEX | HGT. | | | |
| DRIVER'S LICENSE NO | | | | STATE | | | | |
| YEAR VEHICLE | MAKE | | STYLE | | COLOR | | | |
| VEHICLE TAG NUMBER | | | STATE | | YR TAG EXP | | | |
| NAME OF PARENT OR GUARDIAN | | | | | | | | |
| TELEPHONE NUMBER | | | | | | | | |

**EFFECTIVE THIS DATE YOUR DRIVING PRIVILEGE IS SUSPENDED FOR:**

☐ BEING UNDER THE AGE OF 21 AND DRIVING OR IN ACTUAL PHYSICAL CONTROL OF A MOTOR VEHICLE WHILE HAVING A BREATH ALCOHOL LEVEL OF 0.02 OR HIGHER.  THIS SUSPENSION IS FOR A PERIOD OF 6 MONTHS FOR A FIRST VIOLATION, OR FOR A PERIOD OF 1 YEAR IF PREVIOUSLY SUSPENDED FOR DRIVING OR BEING IN PHYSICAL CONTROL OF A MOTOR VEHICLE WITH A BREATH ALCOHOL LEVEL OF 0.02 OR HIGHER.
BREATH ALCOHOL LEVEL _____

☐ REFUSAL TO SUBMIT TO A BREATH TEST UNDER F. S. 322.2616. THIS SUSPENSION IS FOR A PERIOD OF ONE YEAR IF THIS IS THE FIRST REFUSAL OR 18 MONTHS IF PREVIOUSLY SUSPENDED FOR REFUSAL TO SUBMIT TO A BREATH, BLOOD OR URINE TEST.

☐ NOTICE WAS HAND DELIVERED TO DRIVER ON _____
DATE

License Surrendered? ☐ Yes  ☐ No

Eligible for permit? ☐ Yes  ☐ No

Unless ineligible, this suspension notice shall serve as a temporary driver's license and will expire at midnight on the 10th day following the date of the issuance of this notice.

At the _____ DHSMV hearing office, you may request within 10 calendar days after the issuance of this suspension notice, a review of the suspension by the Department of Highway Safety and Motor Vehicles. (See reverse side.)

_____
SIGNATURE OF DRIVER

_____
RANK AND SIGNATURE OF OFFICER BADGE# ID# TROOP/UNIT

WHITE-DHSMV HEARING OFFICER     YELLOW-DRIVER'S COPY
PINK-OFFICER/AGENCY COPY

HSMV 72xxx (xxx)

# AFFIDAVIT OF PROBABLE CAUSE

STATE OF FLORIDA
COUNTY OF _____ )

I, _____, hereby swear or affirm that

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ Page_____of_____

_____
SIGNATURE OF LAW ENFORCEMENT OFFICER

*(AFFIX SEAL)*          **THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO**
                                    **[F. S. 117.10]**

The foregoing instrument was acknowledged before
me on this_____day of _____,
19_____, by_____,
Who is personally known to me or who has produced
_____          _____
as identification.                 SIGNATURE OF ATTESTING OFFICER OR
                                   NOTARY PUBLIC

                                   TITLE_____
                                   DATE_____

**NOTE:** Mail or hand deliver to the designated DHSMV hearing office, Department of Highway Safety & Motor
Vehicles, with the notice of Suspension.

## BREATH TEST RESULT AFFIDAVIT FOR UNDER AGE 21 SUSPENSIONS

STATE OF FLORIDA
COUNTY OF _____ )

I, _____, hereby swear or affirm that I

administered a breath test to _____,

Driver License No. _____,

in accordance with s. 322.2616 F. S.  The first breath sample was

collected on _____ at _____, resulting in 0._____
          (date)        (time)

grams of alcohol per 210 liters of breath (g/210L.).  The second

breath sample was collected on _____ at _____, resulting
                       (date)    (time)

in 0._____ g/210L.

The breath test device used, _____,
                              (name)

_____, is listed in the U. S. Department of
(Serial No.)

Transportation's conforming products list, and has been calibrated

and checked in accordance with the manufacturer's and/or agency's

procedures.

_____
Signature of person making statement

(AFFIX SEAL)   THIS AFFIDAVIT MUST BE NOTARIZED OR ATTESTED TO
                                          [F. S. 117.10]

The foregoing instrument was acknowledged before
me on this _____ day of _____
19___, by _____,
Who is personally known to me or who has produced
_____
as identification.

_____
SIGNATURE OF ATTESTING OFFICER OR
NOTARY PUBLIC

TITLE _____
DATE _____

NOTE: Mail or hand deliver to the designated DHSMV hearing office, Department of Highway Safety & Motor Vehicles, with the notice of Suspension.

Original Date:  11/1/2001          Page 1 of 1
Revised Date:          Appendix E SOP #235
File Name:  Appendix E Breath Test Affidavit Under Age of 21 Suspensions.doc

## HOLLYWOOD POLICE DEPARTMENT
### P.B.T. LOG

**MAKE: INTOXIMETER**   **MODEL: ALCO-SENSOR**   **SERIAL#** _____

| Test Number | Subject Name | Test Date | Time First Observed | Time First Sample | First Sample Results | Time Second Sample | Second Sample Results | Charging Officer | P.B.T. Operator |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## HOLLYWOOD POLICE DEPARTMENT P.B.T. INSPECTION REPORT

### DATE:_____   MAKE:  INTOXIMETER   MODEL:  ALCO-SENSOR IV

|  | **SATISFACTORY** | **UNSATISFACTORY** |
|---|---|---|
| 1. **Alcohol Free Subject Test** | _____ | _____ |
| 2. **Mouth Alcohol Test** | _____ | _____ |
| 3. **15 Minute Wait** (After Mouth Alcohol) | _____ | _____ |
| 4. **Mouth Piece Ejector** | _____ | _____ |
| 5. **L.E.D Display** | _____ | _____ |
| 6. **Temperature (10 – 40 degrees C)** | _____ | _____ |

7. **Display Time:** _____   **Actual Time:** _____

8. **Display Date:** _____   **Actual Date:** _____

**Remarks:**

_____

_____

_____

_____

| **Alcohol Free** | **Alc. Free/Acetone** | **.050 G/210L** | **.080 G/210L** |
|---|---|---|---|
| | Lot # _____ | Lot# _____ | Lot# _____ |
| **Results:** | **Results:** | **Results:** | **Results:** |
| ._____G/210L | ._____G/210L | ._____G/210L | ._____G/210L |

**PBT AGENCY INSPECTOR:** _____

| SPEED MEASURING DEVICES | |
|---|---|
|  **DEPARTMENT SOP: #236** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 03/05/2013** | **CFA:**<br><br>**None** |

**PURPOSE:**  To establish guidelines and procedures for the use of speed measuring devices in the enforcement of traffic laws.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Department to comply with Florida Radar Rules (15B-2) as it pertains to the operation of speed measuring devices.

**INDEX:**

I.     RADAR REQUIREMENTS....................1

A.   Department of Highway Safety and Motor Vehicle's (DHSMV) Approval: ...1
B.   International Association of Chiefs of Police (I.A.C.P.) Approval: ...................1

II.    POLICE VEHICLE REQUIREMENTS ....2

A.   Vehicle Calibration:..............................2
B.   Speedometer Testing and Calibration Requirements: ...................................2

III.   SPEED MEASURING DEVICES ............2

A.   Radar Speed Measuring Devices:.......2
B.   Laser Speed Measuring Devices:........2

IV.   TRAINING REQUIREMENTS – POLICE OFFICERS ...............................................2

V.    TESTING PROCEDURES .....................2

A.   Radar Speed Measuring Devices:.......2
B.   Laser Speed Measuring Devices:........2

VI.   SPEED MEASURING DEVICE LOGS ...3

A.   Radar: ..................................................3
B.   Laser: ..................................................3

VII.   ENFORCEMENT ACTION.....................3

A.   Speed Estimation: ...............................3
B.   Speed Verification: ..............................3

VIII.   DOCUMENTS REQUIRED FOR COURT ............................................................... 3

A.   Radar Log Book: .................................3
B.   Laser Log Book: ..................................3

IX.   SPEED MONITORING AWARENESS RADAR TRAILER (SMART TRAILER) .4

A.   Traffic Supervisor Responsibilities: .....4
B.   Officer/CSO's Responsibilities: ...........4
C.   SMART Trailer Surveys:......................4

X.    QUALITY CONTROL AND ASSIGNMENT OF SPEED MEASURING DEVICES .................................................4

A.   Speed Measuring Device Issuance:.....4
B.   Supervisor Responsibility: ...................4

XI.   DEFINITIONS: .........................................5

A.   Rule 15B-2:...........................................5

**PROCEDURE:**

**I.   RADAR REQUIREMENTS**

   **A.   Department of Highway Safety and Motor Vehicle's (DHSMV) Approval:**

       All speed measuring devices used to obtain evidence of motor vehicle speeds for use in Court will be of a type approved by the Department of Highway Safety and Motor Vehicles.

   **B.   International Association of Chiefs of Police (I.A.C.P.) Approval:**

       The speed-measuring device must also appear on a current International Asso-

ciation of Chiefs of Police consumer products list.

## II. POLICE VEHICLE REQUIREMENTS

### A. Vehicle Calibration:

Police vehicles equipped with a Radar Speed Measuring Device (RSMD) that is designed to be used while the vehicle is moving will have a current "calibration certificate" indicating that the speedometer was calibrated in accordance with Rule 15B-2.011.

### B. Speedometer Testing and Calibration Requirements:

Speedometer Testing Shops used by the Department will comply with Rule 15B-2.011. Police Vehicle speedometers will be calibrated every six months.

## III. SPEED MEASURING DEVICES

### A. Radar Speed Measuring Devices (RSMD) and Laser Speed Measuring Devices (LSMD):

The Department currently uses Radar Speed Measuring Devices (RSMD) and Laser Speed Measuring Devices (LSMD) for traffic enforcement. Calibration requirements are as follows:

1. Radar Speed Measuring Devices:

   RSMD's will be bench tested at intervals not to exceed six months by a qualified electronics technician.

2. Laser Speed Measuring Devices:

   LSMD's will be bench tested at intervals not to exceed six months by a qualified electronics technician.

### B. Inventory and Accountability:

1. The Special Operations Section Traffic Lieutenant is responsible for inventory and control of radar and laser speed measuring devices owned by the Department.

2. Officers will only be issued devices for which they have current certifications to operate.

3. Upon transfer from the Patrol Division, Officers will ensure their assigned radar and/or laser speed measuring devices and issued accessories are returned to the Traffic Lieutenant or his designee.

## IV. TRAINING REQUIREMENTS – POLICE OFFICERS

Officers utilizing a RSMD or a LSMD will complete a certified training course established by the Criminal Justice Standards Commission.

## V. TESTING PROCEDURES

### A. Radar Speed Measuring Devices:

Prior to operating a Radar Unit for enforcement activity and again at the end of the Operator's shift, the following accuracy checks will be made.

1. An internal accuracy check will be performed. The check is passed only if the proper numbers recommended by the manufacturer appear exactly on the radar readout.

2. The external tuning fork accuracy check will be made with the certified tuning forks assigned to the radar unit, (plus or minus one (1) mile per hour tolerance) furnished by the manufacture.

3. If the radar device is not working correctly, the Officer will have the device repaired at a Department approved radar repair facility.

### B. Laser Speed Measuring Devices:

Prior to operating laser for enforcement activity and again at the end of the Operator's shift, the following accuracy checks will be made.

1. A display check will be made by activating the display to verify that all segments and light indicators are functioning properly.

2. An internal accuracy check will be made in accordance with the manufacturer's specifications.

3. A distance check will be made on a 100 and 200 foot target.

4. A vertical and horizontal alignment check will be made.

5. A second alignment check will be made by aligning the device at an established starting point, and taking a measurement of both the 100 foot and 200 foot check targets, to verify its accuracy of plus or minus one foot.

6. If the laser is not working correctly, the Officer will have the device repaired at a Department approved repair facility.

## VI. SPEED MEASURING DEVICE LOGS

### A. Radar:

The following information is required on a RADAR Test Log (see **Appendix A**):

1. Radar Manufacturer.

2. Radar Serial Number.

3. Tuning Forks Serial Number.

4. Date accuracy checks (internal / external) were conducted.

### B. Laser:

The following information is required on a LASER Test Log (see **Appendix B**):

1. Laser Manufacturer.

2. Laser Model Number.

3. Laser Serial Number.

4. Date accuracy checks (internal / external) were conducted.

5. Distance Calibration.

## VII. ENFORCEMENT ACTION

Officers will ensure that the RSMD or LSMD is operating correctly prior to its use.

### A. Speed Estimation:

Officers will make an independent visual speed determination that the target vehicle is being operated in excess of the applicable speed limit.

### B. Speed Verification:

Officers will then verify that the target vehicle is being operated in excess of the applicable speed limit by using a RSMD or LSMD.

## VIII. DOCUMENTS REQUIRED FOR COURT

### A. Radar Log Book:

Officers will maintain a Radar Log Book which will contain the following documents:

1. A certificate documenting that the Officer has passed a CJSTC approved training course for the speed measuring device being operated.

2. A calibration certificate documenting that the speed-measuring device has been bench tested.

3. A calibration certificate documenting that the vehicle speedometer has been calibrated.

4. A log indicating the date the Speed Measuring Device checks (internal / external) were conducted.

### B. Laser Log Book:

Officers will maintain a Laser Logbook that will contain the following documents:

1. A certificate documenting that the Officer has passed a CJSTC approved training course for speed measuring device being operated.

2. Calibration certificates documenting that the speed measuring device has been bench tested.

3. A log indicating the date the accuracy of the Speed Measuring Device **tests** (internal / external) were conducted.

## IX. SPEED MONITORING AWARENESS RADAR TRAILER (SMART TRAILER)

The SMART Trailer may be used to conduct speed surveys when a traffic complaint regarding excessive speed is received.

### A. Traffic Supervisor Responsibilities:

A Traffic Unit Supervisor will be responsible for the following:

4. Assigning Officers/CSO's to setup, monitor and maintain the SMART Trailer(s).

5. Maintaining a file of locations studied and the results.

### B. Officer/CSOs Responsibilities:

Officers/CSO's assigned to transport the SMART Trailer will:

1. Utilize a Police vehicle equipped with a trailer hitch.

2. Familiarize themselves with the operation of the SMART Trailer and computer.

3. Ensure that the SMART Trailer is positioned in such a way that it would not become a hazard to vehicle or pedestrian traffic.

4. Ensure that the batteries are serviced regularly.

5. Install and remove the computer in the Trailer.

6. Monitor the Trailer to ensure it is working properly.

### C. SMART Trailer Surveys:

The SMART Trailer is equipped with portable computers which capture information pertaining to traffic flow. Information obtained from surveys will be used to:

1. Plan enforcement actions.

2. Obtain vehicle counts.

3. Determine the times the roadway has the heaviest traffic flow.

4. Determine the average speed of vehicles.

5. Educate the community.

6. Obtain information for engineering studies.

## X. QUALITY CONTROL AND ASSIGNMENT OF SPEED MEASURING DEVICES

### A. Speed Measuring Device Issuance:

Members issued a Speed Measuring Device will be required to sign for the device upon its receipt. A Member's transfer or reassignment from the Patrol or Special Operations Division will require that the Speed Measuring Device be returned to the Special Operations/Traffic Unit Supervisor for reissuance.

### B. Supervisor Responsibility:

The Traffic Unit Supervisor will be responsible for issuing Speed Measuring devices.  The following information will be documented:

1. Name and Badge Number of Member.

**2.** Date issued.

**3.** Serial or asset number of the device.

**4.** Date returned.

**5.** Member and Supervisor signature.

**XI. DEFINITIONS:**

**A. Rule 15B-2:**

State of Florida approval pertaining to speed measuring devices, radar design specifications, specific radar operating procedures and requirements, and approved criteria regarding all speed measuring procedures and performances compliant with the Florida Administrative Code.

---

APPROVED BY:

*Chadwick E. Wagner*     **01/25/2010**
**Chadwick E. Wagner          Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** RADAR Test Log

- **Appendix B:** LASER Test Log

RADAR:_____
FORK # 1:_____
FORK # 2:_____
ANT # 2: _____
ANT # 2: _____

# HOLLYWOOD POLICE
# RADAR TEST LOG



OPERATOR:_____

| DAY | DATE | TIME | BEGINNING | | | | | TIME | ENDING | | | | |
| | | | INTERNAL TEST | EXTERNAL TEST | | | | | INTERNAL TEST | EXTERNAL TEST | | | |
| | | | | FRONT ANTENNA | | REAR ANTENNA | | | | FRONT ANTENNA | | REAR ANTENNA | |
| | | | PASS/FAIL | 25 MPH | 40 MPH | 25 MPH | 40 MPH | | PASS/FAIL | 25 MPH | 40 MPH | 25 MPH | 40 MPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |
| | | | P    F | | | | | | P    F | | | | |

# HOLLYWOOD POLICE
# LASER TEST LOG

LASER:_____                          OPERATOR:_____

| DAY | DATE | TIME | BEGINNING | | | | TIME | ENDING | | | |
| | | | INT TEST PASS/FAIL | ALIGN TEST PASS/FAIL | 100' | 200' | | INT TEST PASS/FAIL | ALIGN TEST PASS/FAIL | 100' | 200' |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |
| | | | P   F | P   F | | | | P   F | P   F | | |

| | TRAFFIC DIRECTION AND CONTROL | |
|---|---|---|
| | **DEPARTMENT SOP: #237** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** <br><br> **REVIEW: 03/05/2013** | **CFA:** <br><br> **24.01, 24.02** |

**PURPOSE:** To establish guidelines for directing traffic utilizing uniform signals and gestures.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Traffic direction and control functions should be performed when necessary to ensure the safe and efficient movement of vehicles and pedestrians. Police personnel will be assigned to perform traffic direction and control functions only at those times where law enforcement authority and/or human intervention are required. These assignments will be monitored and maintained pending problem resolution or the utilization of temporary traffic control devices.

**INDEX:**

**I.     GENERAL .............................................1**

A.     Authority and Responsibility: ...............1
B.     Traffic Considerations: ........................1

**II.     SELECTION CRITERIA.........................1**

A.     Criteria: .............................................1
B.     Considerations: ..................................2

**III.     EQUIPMENT ..........................................2**

A.     Mandatory Equipment:.........................2
B.     Support Equipment: ............................2

**IV.     HAND SIGNALS [24.01][24.02]..................2**

A.     Stop Traffic: [24.01] ..............................2
B.     Start Traffic: [24.01] .............................2
C.     Turns: [24.01] ......................................2
D.     Flashlights: [24.01] ...............................2
E.     Reflective Vests: [24.02].......................2

**PROCEDURE:**

**I.     GENERAL**

Both sworn and non-sworn personnel who have received training in the direction of traffic will handle manual direction of traffic. Manual direction will be used in situations where traffic control signals and devices are not present or malfunctioning. Emergency conditions may also dictate the manual control of traffic.

**A.     Authority and Responsibility:**

Sworn and non-sworn Members will have the authority and responsibility to direct and control vehicular and pedestrian traffic movement when conditions dictate.

**B.     Traffic Considerations:**

Factors that may warrant traffic direction:

**1.**   Vehicle crashes.

**2.**   Traffic signal failures.

**3.**   Roadway construction.

**4.**   Special Events.

**II.     SELECTION CRITERIA**

**A.     Criteria:**

Proper evaluation of the situation must take place prior to traffic direction inter-

vention. The following will be taken into consideration:

1. Cause and possible duration of intervention.

2. Public safety issues.

3. Traffic flow.

4. Weather conditions.

**B. Considerations:**

Items that should be considered when planning to direct traffic:

1. Officer safety.

2. Vehicle position.

3. Number of personnel required.

## III. EQUIPMENT

**A. Mandatory Equipment:**

The following equipment is required at all times when directing traffic:

1. Whistle.

2. Reflective Traffic Safety vest.

**B. Support Equipment:**

The following equipment will be used, when available, when directing traffic:

1. Flashlight.

2. Flares.

3. Traffic Direction Wand.

4. Traffic cones are available through:

    **a.** Public Works.

    **b.** Community Service Officer vehicles.

    **c.** Storage compound on the South side of Police Headquarters.

5. Barricades are available from Public Works and storage compound on the South side of Police Headquarters.

6. Manual traffic light switching controller (Pickle) may be available from the Traffic Unit.

## IV. HAND SIGNALS [24.01][24.02]

Manual direction of traffic will be handled in a manner that will enable drivers and pedestrians to recognize and respond to verbal and/or gestured motions.

**A. Stop Traffic: [24.01]**

To stop traffic: extend arm upward, perpendicular to the body and parallel to the ground, with palm toward the car to be stopped, in conjunction with one long whistle blast.

**B. Start Traffic: [24.01]**

To start traffic: the arm will be bent at the elbow, swinging upwards toward the direction in which traffic is to flow, in conjunction with two short whistle blasts. Repeat as necessary.

**C. Turns: [24.01]**

Right or left turn: extend one arm toward the direction the turn is to be made; the other arm will be bent at the elbow, swinging upwards toward the direction the turn is to be made, in conjunction with two short whistle blasts.

**D. Flashlights: [24.01]**

To enhance their presence during hours, dusk to dawn. Members will utilize flashlights or traffic direction wands when directing traffic.

**E. Reflective Vests: [24.02]**

A high visibility reflective Traffic Safety vest will be utilized at all times, day or night, when performing manual traffic direction or control functions.

**DEFINITIONS:**

None

_____

APPROVED BY:

*Chadwick E. Wagner*                    **05/15/2008**
_____

**Chadwick E. Wagner**              **Date**
**Chief of Police**


**ATTACHMENTS:**

None

| | **CHECKPOINT OPERATIONS** | |
|---|---|---|
|  | **DEPARTMENT SOP: #238** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 08/22/2014** | **CFA:**<br><br>**24.04A-E** |

**PURPOSE:** To authorize and establish guidelines and procedures for the implementation of Traffic Safety**,** Driver's License, and DUI Checkpoint Operations conducted by the Hollywood Police Department. **[24.04A]**

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Hollywood Police Department will actively enforce the State of Florida's D.U.I. and traffic laws to reduce traffic crashes, facilitate the safe and expeditious flow of vehicular traffic and obtain voluntary compliance with traffic and equipment regulations.   The use of proactive traffic enforcement measures, such as Checkpoint Operations and Saturation Patrols are designed to ensure that motorists are licensed, not under the influence of drugs and or alcohol, and operating properly equipped motor vehicles while traveling on roadways in the City of Hollywood.

**INDEX:**

**I. CHECKPOINT SUPERVISION [24.04C,D] 1**

**II. ADVANCED PUBLIC NOTIFICATION .......2**

**III. SITE SELECTION .......................................2**

    A. Authority and Approval:..........................2
    B. Circumstances Justifying the Use of a Checkpoint Operation: [24.04B]............2
    C. Site Concerns:........................................2

**IV. RESTRICTION OF TRAFFIC.....................2**

    A. Lane Restriction: ...................................2
    B. Site Identifiers: .....................................2
    C. Alternate Travel Routes: .......................2

**V. ATTIRE.....................................................3**

**VI. OPERATIONAL BRIEFING .......................3**

    A. Supervisor's Responsibility:.................3
    B. Member Acknowledgment: ...................3

**VII. ASSIGNMENT OF PERSONNEL [24.04E] 3**

    A. Staffing Arrangements: .........................3
    B. Equipment Requirements: ....................4

**VIII. SUPPORT SERVICES................................4**

    A. Communications Section: .....................4
    B. Detention Unit: ......................................4
    C. Towing Service: .....................................4
    D. Broward Sheriff's Office Breath Alcohol Testing (BAT) Unit: ................................4

**IX. EQUIPMENT / REPORTING DOCUMENTS ...................................................................4**

    A. Reporting Documents: ..........................4
    B. Equipment:.............................................4

**X. CHECKPOINT PROCEDURES ..................4**

    A. Point Officers: .......................................4
    B. Vehicle Stops: .......................................4
    C. Driver Contact: ......................................5
    D. Stopping Area: .......................................5
    E. Processing Area: ...................................5

**XI. CONTINGENCY PLAN ...............................5**

**XII. CONCLUDING THE CHECKPOINT ...........5**

**XIII. REPORTING REQUIREMENTS..................5**

    A. Probable Cause Affidavits: ..................5
    B. After-Action Report: ..............................6
    C. Checkpoint File: ....................................6

**PROCEDURE:**

**I. CHECKPOINT SUPERVISION [24.04C,D]**

The Special Operations Major, or his designee, will appoint a Supervisor from the

Special Operations Section as the Checkpoint Supervisor. The Checkpoint Supervisor will be in charge at the scene and will have the authority and responsibility to implement and/or cancel the Checkpoint Operation.

## II. ADVANCED PUBLIC NOTIFICATION

The Checkpoint Supervisor will notify the Public Affairs Unit of the pending Checkpoint Operation. The PIO will then notify the media of the upcoming event providing the date, times, and location. A minimum of 48 hours advance notification is recommended.

## III. SITE SELECTION

### A. Authority and Approval:

The Chief of Police, or his designee, will select the site for the Checkpoint Operation.

A diagram of the planned location as well as an Operations Plan will be prepared and forwarded to the Chief of Police, or his designee, for approval prior to the date of the operation.

### B. Circumstances Justifying the Use of a Checkpoint Operation: [24.04B]

The following circumstances justify the use of a Checkpoint Operation:

1. Deter incidents of motorists driving under the influence of alcohol and or drugs.

2. Reduce traffic crashes and moving violations. Quarterly Crash Analysis and Traffic Citation reports are helpful indicators. The Quarterly Crash Analysis is due by the 15th of January, April and October. An Annual Crash Analysis and Traffic Citation Report will be due by January 15th for the preceding year.

3. Ensure compliance with State Statutes governing vehicle equipment, registration, and the licensing of drivers.

### C. Site Concerns:

1. Site selection will include provisions for adequate lighting, parking, equipment placement, driver processing and the safe flow of vehicular and pedestrian traffic. It will also allow for drivers who enter the Checkpoint to exit back on to the same roadway they entered.

## IV. RESTRICTION OF TRAFFIC

### A. Lane Restriction:

The roadway will be reduced or tapered to a single lane of travel. Lane tapering will be accomplished through the use of marked units and traffic regulation devices such as cones, signs, flares and variable message boards, which will be set up according to the Manual on Uniform Traffic Control Direction (MUTCD) guidelines in order to gradually reduce traffic to a single lane.

### B. Site Identifiers:

The following measures will be implemented to alert motorists of the lane reduction and aid in identifying the site as a Checkpoint Operation.

1. A Variable Message Board indicating the type of Checkpoint Operation being conducted will be placed at the beginning of the lane reduction.

2. Police vehicles involved in the operation will have their emergency lights activated if they are positioned on the roadway.

3. Department of Transportation approved traffic control signs may also be placed in the roadway to warn and direct the actions of motorists entering the Checkpoint area.

### C. Alternate Travel Routes:

An alternate travel route must be available to drivers approaching the Checkpoint Operation. An Officer may need to

be assigned near the area of the alternate route to prevent unnecessary delays in normal traffic patterns and to address any obvious traffic infractions committed by motorists intentionally trying to avoid the Checkpoint Operation.

## V.   ATTIRE

All Members participating in the Checkpoint will be dressed in the appropriate Department approved Uniform. All participating Members will wear reflective traffic safety vests for added visibility.

## VI.   OPERATIONAL BRIEFING

### A.   Supervisor's Responsibility:

The Checkpoint Supervisor will ensure that participating Members do not act with "unbridled discretion" in stopping and searching motorists entering the Checkpoint area. The Supervisor will conduct a briefing for all participating Members prior to conducting the Checkpoint Operation. During this briefing, the Supervisor will discuss:

1.   Checkpoint purpose.

2.   Checkpoint location layout.

3.   Attendance Roster or Sign in log.

4.   Checkpoint operational procedures.

5.   Safety issues for participating Members as well as the traveling public entering the Checkpoint location.

6.   Legal issues:

   a.   Mutual aid notations on citations and arrest affidavits.

   b.   Detainment time of motorists who have the requested documents in their possession. The recommended detainment timeframe is one to two minutes.

   c.   Detainment time and/or processing procedures for those

drivers suspected of driving while impaired.

   d.   Arrest procedures and processing of paperwork.

   e.   Identification of the Point Officer and Checkpoint Supervisor for the Operation.

7.   Emergency traffic contingency plans.

8.   Conduct and professionalism at the Checkpoint.

9.   Submission of Activity Sheets by participating Members.

### B.   Member Acknowledgment:

The Checkpoint Supervisor or his designee will ensure that each participating Member is recorded on the Attendance Roster and has a full and thorough knowledge of the duties required for the operation. Operational Plans will be made available for all participating Members.

## VII. ASSIGNMENT OF PERSONNEL [24.04E]

### A.   Staffing Arrangements:

The Checkpoint Supervisor is responsible for ensuring that the Checkpoint is properly staffed.

Adequate staffing will depend upon the scope and location of the operation. The safety of all parties involved must be the primary consideration. The location, anticipated traffic flow and minimizing the time delay of motorists will also be determining factors in assigning a sufficient number of personnel.

Mutual aid requests for assistance with the Checkpoint Operation, if necessary, will be prepared in advance and sent in writing under the authority of the Chief of Police to the requested law enforcement agency.

**B.   Equipment Requirements:**

The Checkpoint Supervisor is responsible for ensuring that the Checkpoint has the necessary equipment for the operation.

## VIII.   SUPPORT SERVICES

**A.   Communications Section:**

Prior to the operation, the Checkpoint Supervisor will contact the Communications Section to arrange for a dedicated radio channel for the operation.

**B.   Detention Unit:**

Prior to the operation, the Checkpoint Supervisor will confer with BSO Detention Unit Personnel to discuss and consider any additional staffing requirements.

**C.   Towing Service:**

Prior to the operation, the Checkpoint Supervisor will coordinate towing requirements with the Police Department's contracted towing service.

**D.   Broward Sheriff's Office Breath Alcohol Testing (BAT) Unit:**

Prior to any DUI Checkpoint Operation, the Checkpoint Supervisor will coordinate with the BSO BAT Unit for assistance.

## IX.   EQUIPMENT / REPORTING DOCUMENTS

**A.   Reporting Documents:**

The Checkpoint Supervisor will ensure the following paperwork is available at the Checkpoint:

1. Uniform Traffic Citations.

2. DUI Citations

3. Probable Cause Affidavits.

4. Incident Report Forms.

5. Tow Slips.

6. Property and Evidence Forms.

7. Any other forms deemed necessary for the Checkpoint Operation.

**B.   Equipment:**

The Checkpoint Supervisor will ensure the following equipment is available:

1. Traffic cones and barricades.

2. Portable traffic control signs.

3. Variable Message Board(s).

4. Narcotics Field test chemicals.

5. Flexcuffs and scissors.

6. Hand counters and/or roadway tube counters if available.

7. Any other equipment deemed necessary for the Checkpoint Operation.

## X.   CHECKPOINT PROCEDURES

**A.   Point Officers:**

Two Officers will be designated as Point Officers and will be stationed at the Checkpoint's entrance.  One Officer will be the primary and the other Officer will serve as a backup for relief. As traffic approaches and proceeds through the Checkpoint, the Point Officer will direct a predetermined or random number of vehicles (i.e. every 1, 3, 5, 7, etc.) into the chute or contact area at the direction of the Checkpoint Supervisor. The Checkpoint Supervisor will make this decision based on factors such as the size of the roadway, amount of vehicular traffic, and conditions within the checkpoint operation.

**B.   Vehicle Stops:**

The number or order of vehicles stopped and directed into the chute or contact area may vary during the course

of the operation, but each deviation must be documented in the After-Action Report. The Point Officer will also stop any vehicle which commits an obvious traffic violation or has a visible defective equipment violation.

**C. Driver Contact:**

The designated Line or Contact Officers will:

1. Remain cordial and relay the following greeting to each driver:

   a. "Good evening/Good morning".

   b. "The Hollywood Police Department is conducting a Checkpoint Operation."

   c. "May I see your Driver's License, registration and insurance papers for the vehicle?"

2. If the driver fails to produce any of the requested paperwork, the Line Officer will direct the motorist to a predetermined stopping area for further investigation.

3. If the driver of the vehicle produces all of the requested paperwork and shows no signs of impairment they are to be thanked for their cooperation and released immediately.

4. If the driver of the vehicle shows any signs of impairment their vehicle will be parked and the driver will be evaluated and processed further.

**D. Stopping Area:**

If a driver is directed to proceed to the predetermined stopping area for a possible traffic and/or equipment infraction, or for a DUI evaluation, the investigating Line Officer will conduct the appropriate Teletype checks and issue the appropriate citations or warnings. Officers trained in Standardized Field Sobriety Exercises will also be available to assist with any DUI investigation if necessary.

**E. Processing Area:**

There will be a designated arrest processing area for any drivers who are arrested during the Checkpoint Operation. If a driver is arrested, their vehicle will be towed from the scene, or with the vehicle owner's permission, released to another licensed passenger in the vehicle. No vehicles from arrested drivers will be left at the Checkpoint location.

**XI. CONTINGENCY PLAN**

In the event that all Members assigned to the Checkpoint become involved with drivers determined to be in violation of any Laws, Ordinances, infractions, or if traffic becomes congested, the stopping of vehicles will be suspended until normal traffic flow is resumed and the Line Officers are once again available. The Courts have allowed this deviation as long as records are maintained documenting the necessity for this procedure. Any deviations will be noted in the After Action Report.

**XII. CONCLUDING THE CHECKPOINT**

The time frame for the Checkpoint will be established prior to implementation. However, if Officers are no longer able to safely conduct a Checkpoint or if the weather is not suitable, or for any other exigent circumstance which may occur, the Checkpoint Operation will be discontinued by the Checkpoint Supervisor and the reason it was stopped will be documented in the After Action Report.

**XIII. REPORTING REQUIREMENTS**

All required reporting documents will be completed in accordance with established policy.

**A. Probable Cause Affidavits:**

The arresting Officer will document the following key information in the Probable Cause Affidavit:

1. Checkpoint Supervisor's name.

**2.** Point Officer's name who directed the arrestee into the Checkpoint.

**3.** Names of any witnesses to any Standardized Field Sobriety Exercises, if administered.

**4.** Results of any Breathalyzer testing and the name of the Breath Test Operator.

**B. After-Action Report:**

Upon completion of the Checkpoint Operation, the Checkpoint Supervisor will complete an After-Action Report detailing the following:

**1.** Location of the Checkpoint.

**2.** Date and time of the Checkpoint.

**3.** Personnel on scene and their assignments.

**4.** Mutual Aid participants.

**5.** A diagram of the Checkpoint.

**6.** Number of arrests, citations, warnings issued and the nature of violations and charges.

**7.** Case numbers of any resulting arrests or other related reports.

**8.** Information regarding vehicles towed, released or seized from the scene.

**9.** Any unusual occurrences such as traffic crashes occurring at or in the vicinity of the Checkpoint.

**10.** Any safety problems encountered.

**11.** Number of vehicles checked during the Operation.

**12.** Any deviation from the predetermined vehicle stopping order, including time(s) and reason(s).

**C. Checkpoint File:**

A copy of the Checkpoint Operational Plan, After Action Report and all other applicable records will be maintained by the Checkpoint Supervisor and copies will also be forwarded to the Records Section for future Court proceedings.

**DEFINITIONS:**

None

APPROVED BY:

**Frank G. Fernandez**          **Date**
**Chief of Police**

08/22/14

**ATTACHMENTS:**

None

|  | **ROADWAY AND MOTORIST SAFETY** | |
|---|---|---|
| | **DEPARTMENT SOP: #239** | **CALEA: 61.4.1** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 08/22/2014** | **CFA:**<br><br>**25.01A-C** |

**PURPOSE:** To establish guidelines, by which the Department provides emergency and general roadway assistance, promoting the safe and efficient traffic flow through the City of Hollywood. **[61.4.1A]**

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** As a means towards providing courteous Police service with compassion and empathy, the Department will provide assistance to citizens and visitors promoting services that enhance safety and encourages intervention initiatives that maintain efficient and safe travel within our jurisdiction.

**INDEX:**

I.   **DISABLED VEHICLES** ...............................1

   A. Stranded Motorists: **[25.01A]**...................1
   B. Abandoned Vehicles (Unattended): ......2
   C. Reporting of Towed Vehicles: ..............2

II.  **INFORMATION AND DIRECTIONS** ..........2

III. **EMERGENCY ASSISTANCE [25.01B]** .........2

   A. Vehicle Fires: ........................................2
   B. Medical Emergencies:...........................2

IV. **HAZARDOUS CONDITIONS [25.01C]**...........3

   A. General Responsibilities: .....................3
   B. Debris / Roadway Defects: ..................3
   C. Signs: ...................................................3
   D. Traffic Signals: .....................................3
   E. Power, Telephone, and Cable Lines:....3

V.  **LOCKED VEHICLES** ..................................4

VI. **LAW ENFORCEMENT'S INFLUENCE ON TRAFFIC SAFETY** ....................................4

   A. Enforcement:.........................................4
   B. Education: .............................................4
   C. Engineering:..........................................4

**PROCEDURE:**

I.  **DISABLED VEHICLES**

   A. **Stranded Motorists: [25.01A, 61.4.1C]**

     While on or off-duty, if operating a marked Police vehicle within the City limits, Members encountering a stranded motorist will stop and check on the welfare of the occupants and perform the following:

     **1.** If the Member is enroute to a call of higher priority, the Member will notify Communications and request a Unit to respond.

     **2.** If applicable, request a SIGNAL-84 [Disabled Vehicle Assistance] with Communications:

     **3.** Conduct one of the following: **[61.4.1B]**

       **a.** Request Communications to contact the contracted wrecker service if the vehicle is abandoned or creating a traffic hazard.

       **b.** Assist the motorist in contacting a friend, family member, or private towing service for assistance.

4. Ensure the persons safety. Dispatch will be given the starting and ending mileage if transporting citizens in a Police vehicle.

5. If the vehicle is on the roadway, remain with the vehicle providing a safety zone, with emergency lights activated until the vehicle is towed or removed from the roadway.

6. **Prohibited Actions:**

   a. Use of Police vehicles to push a stranded vehicle off the roadway, except in exigent circumstances.

   b. Use of battery jumper cables to jump-start a disabled vehicle.

B. **Abandoned Vehicles (Unattended):**

   Members who observe or are dispatched to an unattended or abandoned vehicle should refer to the **Towed or Impounded Vehicle** SOP.

C. **Reporting of Towed Vehicles:**

   Members will utilize the Towed Vehicle Inventory and Receipt Form and other accompanying reports as methods for recording all contracted wrecker service tow requests made by the Department. (see **Towed or Impounded Vehicles** SOP).

## II. INFORMATION AND DIRECTIONS

Members will provide directions and information to motorists in a clear, concise and courteous manner. If the motorist is requesting directions or information and the Member is occupied with other Police duties or conditions are unsafe to provide directions, the Member will advise the motorist to pull off the roadway and assistance will be provided as soon as possible.

## III. EMERGENCY ASSISTANCE [25.01B, 61.4.1D]

It is the policy of the Department to request and provide medical and fire assistance to persons and property. Members will attempt to prevent further incidents by directing others from or around the scene and diverting traffic as the situation dictates.

A. **Vehicle Fires:**

   When a Member arrives on the scene of a vehicle fire he will:

   1. Request the Fire Department.

   2. Ensure that the vehicle is not occupied.

   3. Position marked vehicle at a reasonable distance, in a safe location, and in a manner to protect and warn additional traffic.

   4. Direct all persons to the safest location.

   5. Evaluate the size and source of the fire and determine if an attempt can be made to extinguish the fire.

   6. Secure the scene and divert traffic.

B. **Medical Emergencies:**

   If Members encounter a medical emergency, they will:

   1. Summon Rescue.

   2. Render aid as a first responder.

   3. Not provide an emergency escort to a medical facility or hospital, without supervisory approval.

   4. Use the Department issued window punch to break a side window if the vehicle doors are locked and exigent circumstances exist. The Member is then required to:

**a.** Notify a Supervisor.

**b.** Complete a Mobile Field Report.

## IV. HAZARDOUS CONDITIONS [25.01C]

During adverse weather conditions, hazardous roadway or roadside conditions, Police personnel will be dispatched to the location and/or the proper agency(s) will be notified.

### A. General Responsibilities:

Members who discover an unsafe or hazardous condition will:

**1.** Notify Communications of the condition and location.

**2.** Advise if additional assistance is needed for traffic control.

**3.** Request appropriate Agency for enforcement.

**4.** Remain at the scene until the unsafe or hazardous condition has been deemed safe.

### B. Debris / Roadway Defects:

The following procedures will govern roadway debris:

**1.** If the debris is a result of an accident, the wrecker service summoned to the scene by contract is responsible for clean up.

**2.** Immediate Danger:

**a.** If no immediate danger exists, the City's Public Works Department will be notified during normal working hours.

**b.** If an immediate danger is present, uniformed Members will be sent to the location and a Police Supervisor will determine if a Public Works call-out is required.

**(1).** Member(s) will either stand by until the appropriate personnel arrive, or

**(2).** Use barricades and/ or other means to secure and/or warn the public i.e. cones, flares, police tape, etc., prior to clearing the scene with a Supervisor's approval.

### C. Signs:

Signs (i.e. stop / yield) that are down or obstructed will be reported to Communications and they will contact the Hollywood Public Works Department.  If a stop sign is down at an intersection, the Member will remain at the scene until the sign is replaced or until appropriate personnel arrive or portable stop sign(s) or barricades are set up.

### D. Traffic Signals:

Members will advise Communications of malfunctioning or disabled traffic control signals.  Communications will then notify the Broward County Traffic Engineering Division.  If a malfunctioning traffic light creates a hazardous situation, traffic direction by uniform personnel is required until the signal is repaired.

### E. Power, Telephone, and Cable Lines:

The following procedures will be followed for downed Power, Telephone, and Cable Lines:

**1.** If a power line or undetermined line is down, the Fire Department and Florida Power and Light will be notified.  A uniformed Member will be dispatched to secure the location and ensure public safety.

**2.** If the line is positively identified as a telephone company line, AT&T will be notified and a uniformed Member will remain on scene if a hazard exists.

**3.** If the line is positively identified as a television cable, the respective ca-

ble company will be notified and a uniformed Member will remain on scene if a hazard exists.

## V. LOCKED VEHICLES

Due to present automobile designs that could either deploy a side impact airbag or cause costly damage to internal door mechanisms, Members will not use any alternative methods of entry such as "slim jims" or lock picking devices at the requests of citizens. The Member will assist them in contacting a locksmith, wrecker service or person for assistance.

## VI. LAW ENFORCEMENT'S INFLUENCE ON TRAFFIC SAFETY

Safe and efficient traffic flow requires a balanced approach of enforcement, education and engineering. Members can effectively influence each one of these approaches in the following ways:

### A. Enforcement:

In addition to random traffic enforcement, Officers can participate in the following:

1. **Selective Traffic Enforcement Program (STEP)**: The Special Operations Section will publish monthly information on high crash locations so Officers can focus their uncommitted time on traffic enforcement efforts to reduce traffic crashes and target traffic violators. A quarterly Traffic Crash Analysis Report will be completed by the 15th of January, April, July and October and submitted to the Patrol Division Major.

2. **Citizen Complaints:** The Special Operations Section will also publish monthly high complaint areas, where the focus of traffic enforcement efforts would enhance the quality of life for a neighborhood.

3. **School Zones:** The City currently has over 100 school zones that have been established to safeguard children. Officers can enhance the safe arrival of the children by providing particular attention to school zones in their neighborhoods.

### B. Education:

Proactive traffic education can be an effective way of improving traffic safety within the community. The Department encourages Members to focus on the following areas:

1. **Educational Campaigns:** The Department participates in local, State and National driver awareness campaigns. The Special Operations Section will notify Members of upcoming events and the type of assistance requested.

2. **Educational Material:** The Special Operations Section occasionally receives and archives handout material for a variety of traffic awareness issues. Officers may be requested to pass out these materials during encounters with the public at traffic stops and citizen forums.

3. **Officer Visibility:** Members should always promote safe driving habits and close adherence to traffic laws at all times.

### C. Engineering:

Members can also improve traffic safety by the following:

1. **Traffic Safety Improvements:** Concerns by citizens or Members regarding the improvement of street signs, traffic control devices, pavement markings, and general street design will be forwarded to the City of Hollywood Traffic Engineering Division. The Traffic Engineering representative will then be responsible for investigation and/or forwarding the request to the appropriate agency.

2. **Liaison Services:** The City's Traffic Engineering Department also provides direction and coordination

of any recommendations from homeowner's groups and Police Department Members to the Broward County Traffic Engineer's Office and the Florida Department of Transportation.

**DEFINITIONS:**

None

APPROVED BY:

**08/22/2014**

**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS:**
None

| | TRAFFIC & PEDESTRIAN REGULATION EQUIPMENT | |
|---|---|---|
|  | **DEPARTMENT SOP: #240** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 08/22/2014** | **CFA:** **23.03** |

**PURPOSE:**  To establish guidelines for the use of the Department's traffic and pedestrian regulatory equipment.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The City of Hollywood has specialized equipment available to; provide early warning to vehicular traffic when a road hazard is present, to regulate pedestrian movement, and to establish lines of authority at special events and demonstrations. These barricades will be used in conformance with this SOP.

I.   **TRAFFIC AND PEDESTRIAN REGULATION EQUIPMENT** ......................1

   A.   Types:.................................................1
   B.   Purpose:.............................................1
   C.   Use:.....................................................1
   D.   Placement: ..........................................1
   E.   Recovery: ............................................2
   F.   Authorization: .......................................2

II.  **BARRICADES**............................................2

   A.   Description: ..........................................2
   B.   Storage:...............................................2
   C.   Transportation: .....................................2

III. **TRAFFIC CONES**........................................2

   A.   Description: ..........................................2
   B.   Storage:...............................................2

IV.  **FLARES** ....................................................2

   A.   Description: ..........................................2
   B.   Storage:...............................................2
   C.   Use:.....................................................2
   D.   Deployment: .........................................2

**PROCEDURE:**

I.   **TRAFFIC AND PEDESTRIAN REGULATION EQUIPMENT**

   A.   **Types:**

     The Department utilizes the following devices to regulate traffic and pedestrians:

     **1.**   Barricades;

     **2.**   Traffic Cones;

     **3.**   Flares; and

     **4.**   Crime Scene Tape.

   B.   **Purpose:**

     Traffic and pedestrian regulation equipment are to be used to control the safe movement of vehicles and pedestrians.

   C.   **Use:**

     Traffic and pedestrian regulation equipment will be used by the Department to temporarily detour traffic and provide scene protection at; crash scenes, demonstrations, road hazards, crime scenes, and special events.

   D.   **Placement:**

     Traffic and pedestrian regulation equipment will be placed to ensure the safe movement of traffic and pedestrians.

**E.  Recovery:**

The Officer left in charge of a scene is responsible for notifying Public Works personnel at task completion or ensuring the equipment is removed.

**F.  Authorization:**

A Supervisor will authorize Communications to call-out a Public Works employee to deliver traffic and pedestrian regulation equipment.

## II.  BARRICADES

**A.  Description:**

The City has two types of barricades available to control vehicle traffic and pedestrian movement. They are:

1.  **Sawhorse:**  Bi-folding metal or heavy-duty plastic white in color with safety stripes.

2.  **French:**  Metal eight-foot long (used primarily for crowd control).

**B.  Storage:**

Barricades are stored at the Public Works Department and are the responsibility of Public Works.  They are also stored in the locked fence compound located at the rear of the Police Department.  The key is available in the Shift Lieutenant's office as well as in the Special Operation Section Traffic Unit Office.

**C.  Transportation:**

During normal business hours, Monday through Friday, 0730 hours to 1630 hours, Public Works employees will assist in transporting the barricades to the location. After normal business hours, requests for barricades will be made to Public Works authorized by a Supervisor through The Communications Section.  The Shift Lieutenant can also authorize the use of a Police Department pickup truck to transport barricades and cones to a scene when needed.  A key

to the pickup truck can be obtained from the Shift Lieutenants Office or the Quartermaster Section.

## III.  TRAFFIC CONES

**A.  Description:**

Department of Transportation approved traffic cones are approximately three feet in height, orange in color with a six inch and a four inch reflective horizontal band at the top.

**B.  Storage:**

A limited supply of these cones are stored in the locked fenced compound at the rear of the Police Department.

## IV.  FLARES

**A.  Description:**

Flares are approximately one inch in diameter and one foot in length. Flares have two metal supports used to keep the flare upright.

**B.  Storage:**

Flares are stored/issued by the Quartermaster. When issued they are stored in the trunk of the Officer's city vehicle.

**C.  Use:**

Unlike other traffic and pedestrian regulation equipment, flares will not be used at scenes or locations where flammable chemicals are present.

**D.  Deployment:**

The following procedure will be used when utilizing flares.

1.  Igniting the flare:

    a.  Bend the wire legs of the flare downward until a 90-degree angle has been formed between the flare and the wire.

**b.** With one hand, grasp the flare near the base.

**c.** Remove the plastic cap on top of the flare.

**d.** Remove the smaller plastic cap from the separated cap to expose the igniter.

**e.** Ignite the flare by rubbing the igniter against the top of the flare. The igniter must be moved in the direction away from the body. (Stand with the wind at your back or side).

**f.** Upon ignition, hold the flare as far away as possible from your body to prevent injury.

**2.** Positioning/extinguishing the flare:

**a.** A flare should **NOT** be placed upright, but at an angle to balance on its stand.

**b.** To extinguish a flare, grasp it by the base (provided there is sufficient body left to grasp) and grind it into the ground or dirt, or extinguish in water.

**c.** Short stub flares that cannot be grasped can be rolled to the curb where they can burn out. Do not leave a burning flare at a scene.

**d.** Flares and stands are to be removed from the roadway prior to clearing the scene.

**DEFINITIONS:**

None

---

APPROVED BY:

*Frank G. Fernandez* **08/22/14**
_____  _____
**Frank G. Fernandez          Date**
**Chief of Police**

**ATTACHMENTS:**

None

| | LICENSE PLATE SEIZURE | |
|---|---|---|
| | **DEPARTMENT SOP: #241** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 03/05/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:** To establish guidelines for the seizure of Florida Vehicle License Plates.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Department has the authority and the responsibility to enforce Florida Statutes with regard to seizing license plates.

**INDEX:**

I.    AUTHORITY TO SEIZE LICENSE
      PLATES....................................................1

II.   SEIZURE OF LICENSE PLATES...........1
      A.   Procedure: ............................................1
      B.   Seized Tag Disposition:.......................2

**PROCEDURE:**

**I.    AUTHORITY TO SEIZE LICENSE PLATES**

Florida Statute 324.201, authorizes Police Officers to seize license plates when the driver is the registered owner, registrant, co-owner or co-registrant of the vehicle, whose policy of insurance or bond has been canceled or terminated and neglects to furnish proof upon request required by State Law.

**II.   SEIZURE OF LICENSE PLATES**

**A.   Procedure:**

Members will adhere to the following procedures when seizing a license plate.

1.   When a Driver's License inquiry is made through NCIC/FCIC, the Dispatcher will inform the Officer when a response states, **SEIZE TAG**.

2.   The Officer will determine if the person operating the motor vehicle is the owner or registrant, or the co-owner or co-registrant of the motor vehicle.

3.   If the operator's Driver's License is suspended and in his possession, the Officer will issue a Florida Uniform Traffic Citation for the violation and staple the Driver's License to the Citation.

   a.   The Officer has the option of releasing the driver or making a physical arrest if the driver had knowledge that his driving privilege had been suspended.

   b.   If the driver is not arrested, he will not be allowed to drive the vehicle away from the scene.

4.   When the above listed guidelines are met, the Officer will immediately seize the license plate.

5.   The NCIC/FCIC printout provides evidence of the Agency's/Officer's authority to seize the tag. Copies of the printout will be submitted to the Records Section and Property and Evidence Unit along with the Tag.

6.   When completing the Property Form, the Officer will print "Seized Tag" in the box marked "Other Violations or Comments Pertaining to Offense". The Officer will provide the driver with the case number, which the driver may use as a receipt.

**7.** A Field Dictation Report will be completed documenting the seizure of the tag.

**B. Seized Tag Disposition:**

Procedure for disposition of seized tags:

**1.** Tags seized will be placed in the Property and Evidence Unit with a copy of the NCIC/FCIC Teletype message from Tallahassee.

**2.** The Property Unit will dispose of the seized tag in accordance with State Statutes.

**DEFINITIONS:**

None

_____

APPROVED BY:

*Chadwick E. Wagner*       **02/11/2009**
**Chadwick E. Wagner**           **Date**
**Chief of Police**

**ATTACHMENTS:**

None

---

| | VEHICLE ESCORTS | |
|---|---|---|
| (badge) | **DEPARTMENT SOP: #242** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**  **REVIEW: 03/05/2013** | **CFA:**  24.03A-G |

**PURPOSE:** To establish guidelines and procedures for escorting vehicles.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to provide vehicle escorts when approved by the Chief of Police or his designee.

**INDEX:**

**I.    ESCORT TYPES [24.03A,B,D,E,F] .................1**

    A.    Authorized Non-Emergency Escorts: ..1
    B.    Escorting Emergency Vehicles: **[24.03C]** ...............................................1
    C.    Prohibited Escorts: **[24.03G]** ..................1
    D.    Escorts Requiring Off-Duty Police: ......1

**II.   MEMBER RESPONSIBILITIES..............2**

    A.    Traffic Direction and Control: ...............2
    B.    Officer Positions:..................................2
    C.    Radio Communications: .......................2
    D.    Blocking Intersections:.........................2
    E.    Passing: ...............................................2
    F.    Restrictions: .........................................2

**PROCEDURE:**

**I.    ESCORT TYPES [24.03A,B,D,E,F]**

    **A.   Authorized Non-Emergency Escorts:**

The Patrol Division will be responsible for assigning Members to provide escorts. The Department may provide escorts for:

1. Public Officials. **[24.03A]**

2. Dignitaries. **[24.03B]**

3. Funerals. **[24.03D]**

4. Oversized vehicles. **[24.03E]**

5. Vehicles carrying hazardous or unusual cargo. **[24.03F]**

6. Requests approved by the Chief of Police.

    **B.   Escorting Emergency Vehicles: [24.03C]**

When a request is received and approved by the Shift Lieutenant to escort an Emergency Vehicle:

1. A Supervisor will assign Officers to major intersections on the route to stop traffic for the approaching Emergency Vehicles.

2. One Police Vehicle will be positioned in front to lead the vehicle.

3. The Lead Officer will keep the involved Officers updated as to the escort locations.

    **C.   Prohibited Escorts: [24.03G]**

The Department will not provide escorts for civilian vehicles transporting a medical emergency. Fire/Rescue will be summoned to the scene or the driver will be directed towards the emergency facility with instructions of safety.

    **D.   Escorts Requiring Off-Duty Police:**

When a request is made for an off-duty Police escort it will:

**1.** Be approved by the Police Chief or his designee.

**2.** Be staffed by the Detail Office.

## II. MEMBER RESPONSIBILITIES

### A. Traffic Direction and Control:

Officers assigned to an escort will confirm the following information:

**1.** The number of vehicles to be escorted. A minimum of two Officers will be assigned to escort up to ten vehicles. An additional Officer will be required for every ten additional vehicles; or when safety concerns arise.

**2.** The number of escort Officers required.

**3.** The time of departure.

**4.** The route of the procession.

### B. Officer Positions:

When escorting a procession, Officers will be positioned in the following manner:

**1.** One Officer will lead the procession.

**2.** One Officer will follow behind the procession.

**3.** Other Officers will be positioned to ensure the safe movement of the procession.

### C. Radio Communications:

Officers involved in the escort will maintain radio contact with each other on a designated radio talk group.

### D. Blocking Intersections:

When blocking intersections, Officers will:

**1.** Ensure that vehicle traffic is completely stopped and the intersection is cleared for the approaching procession.

**2.** Remain at the intersection until the last vehicle of the procession has cleared.

**3.** At a large intersection, two Officers may be needed to stop traffic.

### E. Passing:

When passing the procession, Officers will allow as much room as necessary to take evasive action if required. Motors will not pass between vehicles.

### F. Restrictions:

Escorts will be performed in a manner that ensures the safety of pedestrian and motor vehicle traffic. Under no circumstances are Officers to perform escort duties alone. A minimum of two Officers with emergency equipped vehicles are required in all escorts.

**DEFINITIONS:**

None

---

APPROVED BY:

*Chadwick E. Wagner*   **02/25/2009**
**Chadwick E. Wagner**          **Date**
**Chief of Police**

**ATTACHMENTS:**

None

| | VICTIM & WITNESS ASSISTANCE | |
|---|---|---|
|  | **DEPARTMENT SOP: #243** | **CFA STANDARDS** |
| | **EFFECTIVE DATE: 11/1/2001** | **17.05** |

**PURPOSE:** The purpose of this SOP is to emphasize the needs of Victims and witnesses of criminal and non-criminal incidents and the responsibilities of Department Members to provide support, information and guidance for these individuals.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Law Enforcement Officers are often in a unique position to provide assistance to Victims and witnesses of crime and other traumatic incidents that may have both immediate and long-term impact on their emotional recovery. Victims who feel that they were treated with understanding and concern for their hardship and suffering more frequently become enthusiastic about cooperating with the investigation and assisting in the prosecution. Therefore, it is the policy of this Department, to enhance the treatment of Victims, witnesses and survivors of criminal and non-criminal crisis situations by providing the assistance and services necessary to speed their physical and emotional recovery, and to support and aid them as they continue to interact with the criminal justice system.

**INDEX:**

I.   **OFFICER RESPONSE AND EMOTIONAL SUPPORT.........................2**

   A.   Initial Response: ...................................2
   B.   Emotional Support: ..............................2
   C.   Education of the Investigative Process:2
   D.   Provide General Information ...............3
   E.   Officers Reporting Responsibilities .....3
   F.   Follow-up Information: .........................3

II.   **STATE MANDATED VICTIM AND WITNESS INFORMATION TO BE PROVIDED [17.05] ..............................3**

   A.   Information Requirements: .................3
   B.   Victims who are Required to Receive a Victim/Witness Rights Brochure: .........3

III.   **VICTIM/WITNESS RIGHTS BROCHURE ................................................4**

   C.   Persons who are required to receive a Legal Rights & Remedies Brochure (Domestic/Dating Violence, See SOP #250). ...................................7

IV.   **VICTIM/WITNESS ASSISTANCE AND RIGHTS ....................................7**

   A.   Assisting the Victim/Witness: .............7
   B.   Victim/Witness Rights: .......................7

V.   **VICTIMS NOTIFICATION WHEN A SUSPECT(S) IS RELEASED FROM JAIL .......................................................7**

   A.   Florida Statute Mandates: ..................7
   B.   Arrests: .............................................8

VI.   **DEPARTMENT VICTIM ADVOCATES..8**

   A.   Duties & Responsibilities: ...................8
   B.   Victim Advocate Call-Out Procedure: .8

VII.   **CATASTROPHIC EVENTS ...................8**

   A.   Impact on the Community: .................8
   B.   Community Crisis Response Team: ...8

**PROCEDURE:**

**I. OFFICER RESPONSE AND EMOTIONAL SUPPORT**

**A. Initial Response:**

Department Members responding to the scene of a crime will be responsible for the following:

**1.** Members will render emergency aid to Victims, and summon medical assistance.

**2.** In order to reduce fear and promote Victim communication, Victim's should be informed as soon as appropriate that they are no longer in immediate danger.

**3.** Recognizing that Victims often suffer physical and/or emotional shock, Members will assist them in making decisions and keep them informed of Police actions and requirements.

**4.** Arrangements should be made to have a relative, friend or Departmental Chaplain or Victim Advocate join the Victim for emotional support and comfort, if possible.

**5.** Arrange for the transportation needs of the Victim, if possible.

**B. Emotional Support:**

In order to calm and assist the Victim in regaining composure, Members will:

**1.** Allow the Victim a reasonable period of time to express feelings and emotions while describing what happened during the incident.

**2.** Express empathy for the Victim and recognition and understanding for emotional reactions.

**3.** Provide reassurance that the Victim's feelings are normal and understandable.

**4.** Not be overly judgmental of:

    **a.** The Victim's feelings and emotions;

    **b.** The apparent lack of feelings or emotions by the Victim;

    **c.** The Victim's judgments or actions related to the incident.

**5.** Help redirect any self-blame and responsibility for the criminal act from the Victim to the perpetrator.

**6.** Emphasize your commitment and that of the Department to assist and work with the Victim.

**C. Education of the Investigative Process:**

Other than a traffic citation, most citizens have very little contact with Law Enforcement and need to be informed about the processes that are undertaken during a criminal investigation. Therefore, Members will:

**1.** Explain the processes that the Department may complete in an effort to preserve evidence.

**2.** Inform the Witnesses and Victim of the importance of their cooperation, now and in the future.

**3.** Inform the Victim of:

    **a.** Case filing procedures for not-in-custody misdemeanor crimes (except domestic violence).

    **b.** The future contact by the Criminal Investigation Division for most felony crimes.

    **c.** The basic stages of the Criminal Justice System.

**4.** Provide crime prevention advice and the availability of Crime Prevention Services from the Department

### D.  Provide General Information

Members will provide Victims and Witnesses with the following information when applicable:

1.  Names and telephone numbers of Department Members assigned to investigate their case, and encourage the Victim to report/request additional information and/or assistance.

2.  Information on the Department's Victims Advocate and Chaplain Services.

3.  A Domestic Violence Rights and Remedies Brochure will be given immediately to all Victims of domestic violence.

4.  Information on steps that are available to Law Enforcement Officers and State Attorney's to protect Victims and witnesses from intimidation, threats, or coercion.

### E.  Officers Reporting Responsibilities

The initial responding Officer is required to document in their Field Dictation Report that the appropriate brochure, Legal Rights and Remedies (Domestic/Dating Violence), and/or Victim/Witness Rights Brochure was given to the Victim.

### F.  Follow-up Information:

Lack of information about case status is one of the greatest sources of dissatisfaction among Victims of crime and Victims' survivors.  Therefore, Members assigned to criminal investigations will make routine call backs in order to determine whether the Victim has new information concerning the case, to ascertain whether the Victim is in need of assistance from outside sources or the Department, and to relay information relating to such matters as:

1.  The status of stolen, recovered or removed property.

2.  The arrest and detention of suspects and their pretrial release status.

3.  The Victim's possible eligibility for Victim compensation.

4.  Court Restraining Orders.

5.  The role of the Victim in the criminal or Juvenile Justice process, including what the Victim may expect from the system, as well as what the system may expect from the Victim.

## II.  STATE MANDATED VICTIM AND WITNESS INFORMATION TO BE PROVIDED [17.05]

### A.  Information Requirements:

In addition to our moral obligation to provide assistance to all Victims and witnesses of crime, F.S. 960.001 and F.S. 741.28/29 mandates our Department to provide immediate and specific information to certain Victims, in writing, which provides them with; referral information, information on their Rights and Remedies, and information about the Criminal Justice System and how the System can assist them.

### B.  Victims who are Required to Receive a Victim/Witness Rights Brochure:

Though all Victims of crime deserve the utmost attention, empathy and respect, F.S.960.001 and F.S. 741.28/29 specifically requires the following Victims to receive the written brochure "Victim/Witness Right's Brochure", **(See Appendix A).** from a Law Enforcement Agency:

1.  The parent(s) or legal guardian(s) of a minor child who was a victim or witness to a criminal act.

2. A person who suffers personal physical injury as a result of a felony or misdemeanor offense.

3. A person less than 16 years of age who was present at the scene of a crime, saw or heard the crime and suffered a psychiatric or psychological injury

4. A person, whether injured or not, whom a forcible felony was committed against and who suffers a psychiatric or psychological injury as a direct result of the crime.

5. The Victim of, next of kin of or designated contact person of a Victim of the following crimes:

   a. Homicide to include DUI, BUI and/or Hit & Run traffic homicide.

   b. A Sexual offense pursuant to Chapter 794 Sexual Battery.

   c. Stalking

   d. Domestic Violence.

6. Any other Victim, witness or citizen who may benefit from their content.

## III. VICTIM/WITNESS RIGHTS BROCHURE

According to FS 960 Victim's Assistance, the Victim/Witness Rights Brochure furnished by Law Enforcement must contain the following:

1. The right of the Victim to receive information on local community services to include counseling, shelter, legal assistance, or other types of help, depending on the particular circumstances. Telephone numbers of these services will be provided to the Victims and witnesses as applicable.

2. The right of the Victim to receive information regarding the availability of crimes compensation, when applicable for Victims of crimes or their relatives where the Victim is deceased. Telephone numbers of these services are included in the Victims/Witness Rights Brochure.

3. The right of the Victim or witness to receive information regarding his role within the criminal justice or Juvenile Justice System to include what the Victim or witness may expect from the system and what the system may expect from the Victim.

4. The right of the Victim or witness to receive information regarding the stages of the criminal and Juvenile Justice process which are significant to the Victim or witness and the manner in which information about such stages may be obtained.

5. The right of the Victim to request the presence of a victim advocate during the forensic medical examination. An advocate from a certified rape crisis center shall be permitted to attend any forensic medical examination.

6. No law enforcement officer, prosecuting attorney or government official shall ask or require a Victim of a sexual offense to submit to a polygraph examination or other truth telling device as a condition of the investigation.

7. The right of the Victim, who is not incarcerated, and the next of kin of a homicide Victim, to be informed, present, and heard when relevant, at all crucial stages of a criminal or Juvenile proceedings, to the extent that the right does not interfere with the constitutional rights of the accused.

8. The right that Victims and witnesses who are not incarcerated shall not

be required to attend discovery depositions in any correctional facility.

9. The right that a Victim, or the next of kin of a Victim, may not be excluded from any portion of any hearing, trial or proceeding pertaining to the offense based solely on the fact that such person is subpoenaed to testify, unless, upon motion, the Court determines such person's presence is prejudicial.

10. The right that incarcerated Victims shall be informed of the crucial stages of the criminal and Juvenile proceedings and be afforded the opportunity to submit written statements at all crucial stages of the proceedings.

11. The right of a Victim to a prompt and timely disposition of the case in order to minimize the period during which the Victim must endure the responsibilities and stress involved, to the extent that this right does not interfere with the constitutional rights of the accused.

12. The right to be free from intimidation. It is against the law to cause a Victim/Witness to be placed in fear by force or threats, to make an assault on, or harm any Victim/witness. It is a felony to tamper with or threaten a witness. If you are being threatened or intimidated, please contact the Sheriff/Police/SA/CCA or any Police Officer.

13. The right that each Victim who has been scheduled to attend a criminal or Juvenile Justice proceeding shall be notified as soon as possible by the Agency or person scheduling his appearance of any change in scheduling which will affect his appearance.

14. The right to receive advance notification of judicial proceedings relating to the arrest and/or release (to include community control and work release) of the accused as well as the proceedings in the prosecution.

15. In addition to the provisions in FS 921.143, the rights of the Victim of a felony involving physical or emotional injury or trauma, or in a case in which the Victim is a minor child or in a homicide, the guardian or family of the Victim shall be consulted by the State Attorney in order to obtain the views of the Victim or family about the disposition of any criminal or juvenile case brought about as a result of such crime, including the views of the Victim or family about:

   a.    The release of the accused pending judicial proceedings.

   b.    Plea Agreements.

   c.    Participation in pretrial diversion programs.

   d.    Sentencing of the accused.

16. The right of the Victim to a prompt return of property unless there is a compelling Law Enforcement need to retain it.

17. The right of the Victim to receive the assistance of the State Attorney and Law Enforcement in notifying the Victim's employer and creditors in order to explain his circumstances.

18. The right of the Victim to request and receive restitution pursuant to FS 39.054(1)(a. or FS 775.089 and the Victim's rights of enforcement under FS 39.022 and 775.089(5) in the event an Offender does not comply with the restitution order. The Victim shall also have the right

to be notified when restitution is ordered.

**19.** The right of the Victim to submit an oral or written impact statement pursuant to FS 921.143 and the right to receive assistance from the State Attorney in the preparation of such statement.

**20.** The right of the Victim, material witness, Parents or Legal Guardian of a minor who is a Victim or witness, or immediate relative of a homicide Victim to be notified of the escape of a criminal defendant. The State Attorney and Law Enforcement shall make every effort to ensure prompt notification.

**21.** The Victim has the right to be notified by the appropriate Agency of the arrest and release of the Offender (including work release and community control).

**22.** The right of the Victim to have a Victim Advocate present during discovery deposition.

**23.** The right of the Victim to review certain portions of a pre-sentence investigation report for adult and youthful offenders prior to the sentencing of the accused.

**24.** The Victim and the State Attorney's Office with the consent of the Victim, have standing to assert any legal rights of a crime Victim as provided by Law or The Florida Constitution.

**25.** The right of the Victim of a sexual offense to have the courtroom cleared, with certain exceptions, during his or her testimony, regardless of the Victim's age or mental capacity.

**26.** The right of the Victim of domestic violence to be informed of the address confidentiality program admin-

istered through the Attorney General's Office.

**27.** The right of a Victim to know, at the earliest possible opportunity, if the person charged with an offense, which involves the transmission of body fluids, has tested positive for human immunodeficiency virus (HIV) infection and Hepatitis. In such cases, upon request of the Victim or the Victim's Legal Guardian, or of the parent or Legal Guardian of the Victim if the Victim is a minor, the Court shall order such person to undergo HIV testing and Hepatitis testing.

**28.** The right of a Victim to request, for specific crimes, an exemption prohibiting the disclosure of information to the public which reveals the Victim's home and work telephone numbers, home and work addresses, and personal assets not otherwise held confidential under the Public Records Law.

**29.** The right to request, in certain circumstances that the Offender be required to attend a different school than the Victim or their siblings.

**30.** The statutory obligation to advise the Victim or the next of kin of a homicide Victim, that any information gained pursuant to FS Chapter 960, regarding any case handled in Juvenile Court, must not be revealed to any outside party, except as reasonably necessary in pursuit of legal remedies.

**31.** The right of the Victim to receive reasonable consideration and assistance from employees of the Sheriff/Police/SA/CCA. When requested, the Victim will be assisted in locating accessible transportation and parking, and shall direct those persons to separate pretrial waiting areas when such facilities are available. When so requested, this office shall

also assist the Court in attempting to locate translators.

**C. Persons who are required to receive a Legal Rights & Remedies Brochure (Domestic/Dating Violence, See SOP #250).**

The following persons will be given a Legal Rights & Remedies Brochure **(See SOP #250 Appendix C)**:

1. Any Victim of alleged domestic violence.

2. Any Victim of a stalking offense.

3. Any other Victim, Witness or citizen who may benefit from their content.

## IV. VICTIM/WITNESS ASSISTANCE AND RIGHTS

**A. Assisting the Victim/Witness:**

Department Members will assist Victims and witnesses as follows:

1. Each Victim or witness scheduled to attend a criminal or Juvenile Justice proceeding will be notified as soon as possible by the scheduling Agency of any change in scheduling which will affect their appearance.

2. Members will, at the request of the Victim or witness, inform employers that the Victim or witness' cooperation in the prosecution of the case may necessitate their absence from work.

3. A Victim or witness, who as a direct result of a crime or their cooperation in the investigation or prosecution of a crime is subjected to serious financial strain, shall be assisted by Members of the Department in explaining to creditors the reasons for such serious financial difficulties.

4. The State Attorney's Office will seek the assistance of the Victim in the documentation of the Victim's losses for the purpose of requesting and receiving restitution. The State Attorney will inform the Victim if and when restitution is ordered.

**B. Victim/Witness Rights:**

Members will ensure that Victims and witnesses receive information regarding the following rights.

1. The rights of the Victim, including the next of kin of a homicide Victim, to be informed, present and heard when relevant, at all crucial stages of a criminal or Juvenile proceeding.

2. The right to request a Victim Advocate's presence during a deposition.

3. The right of an incarcerated Victim to be informed, and to submit written statements at all crucial stages of the criminal proceedings.

4. The right of a Victim to prompt and timely disposition of the case to the extent that this right does not interfere with the constitutional rights of the accused.

5. Members will retain the property of crime Victims only when necessary as evidence for successful prosecution. The property will be returned as soon as possible after completion of the investigation and prosecution.

6. All additional Victim rights pursuant to F.S. 960.001.

## V. VICTIMS NOTIFICATION WHEN A SUSPECT(S) IS RELEASED FROM JAIL

**A. Florida Statute Mandates:**

F.S. 960.001 mandates that within four hours following the release of a defendant on bail, the Sheriff's Office, and the Department of Corrections and Rehabilitation will attempt to notify Victims

(and/or next of kin) who were Victimized in any of the following offenses:

1. Homicide.

2. Sexual Offenses.

3. Attempted Murder or Attempted Sexual Offenses.

4. Stalking.

5. Domestic or Dating Violence.

**B. Arrests:**

When an Officer makes an arrest for any offense listed above, the arresting Officer must complete the Broward Sheriff's Office Victim Notification Form (BSO RP #78) (see **Appendix B**). The original and a copy must be completed and forwarded with the Probable Cause Affidavit to the BSO Booking Desk.

If a "Not In Custody" capias/warrant is obtained, the Victim Notification Form (original & one copy) must be presented to the State Attorney's Office at the time of case filing. This Form will be completed and forwarded with the Probable Cause Affidavit, regardless of whether the Victim desires to be notified.

**VI. DEPARTMENT VICTIM ADVOCATES**

**A. Duties & Responsibilities:**

The primary duties of the Department's Victim Advocates are as follows:

1. Assisting the Investigating Officer by providing Victim support throughout the interview process.

2. Assisting the Victim in obtaining emergency shelter, food, or alternative means of financial support.

3. Referring crime Victims to appropriate community resource agencies.

4. Providing and/or arranging for counseling services.

5. Establishing and maintaining liaison with community leaders and resource agencies.

**B. Victim Advocate Call-Out Procedure:**

If a Member believes a Victim requires immediate assistance, a Supervisor may authorize a call out of a Victim Advocate.

1. Victim Advocates are available on a 24-hour call out schedule.

2. The Supervisor requesting the call out will advise the Victim Advocate of the location to respond.

**VII. CATASTROPHIC EVENTS**

**A. Impact on the Community:**

All disasters leave in their wake, grief, terror and rage that often debilitates its Victims. When entire City, neighborhood, workforce, school community, or other collective group becomes the Victim, the level of suffering is often compounded.

**B. Community Crisis Response Team:**

The Community Crisis Response Team consists of victim advocates and specially trained Department Members who have been trained in the N.O.V.A. (National Organization of Victim Assistance) model of crisis response. The Community Crisis Response Team will be coordinated through the Sergeant assigned to the Family Services Unit.

1. The Community Crisis Response Team, hereinafter referred to as CCRT, will provide an organized response and attend to the emotional consequence of exposure to a traumatic community event in order to reduce the future negative effects.

2. The CCRT Coordinator for the Hollywood Police Department will be contacted in any situation where a disaster has occurred that would have an impact on any given segment of the community. Relevant situations include:

   a. Terrorist Acts.

   b. Hurricanes.

   c. Mass Casualties.

   d. Plane Crash.

   e. Workplace Homicides.

3. The Coordinator will determine the appropriate level of intervention and facilitate the response of personnel.

4. The Coordinator may access additional support services, such as:

   a. The Broward Crisis Response Team.

   b. The Florida Crisis Response Team.

   c. The NOVA Team.

   d. The American Red Cross.

5. The CCRT Coordinator will facilitate the establishment of a Compassion Center to serve as a central location to provide support services to the following entities:

   a. Victims

   b. Survivors

   c. Witnesses

   d. Emergency workers

6. The Crisis Response Team may also assist in facilitating notifications of death arising from catastrophic events.

**DEFINITIONS:**

None

APPROVED BY:

*Chadwick E. Wagner*   **01/23/2012**

**Chadwick E. Wagner            Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Victim/Witness Rights Brochure.

- **Appendix B:** BSO Victim Notification Form.

# Victim/Witness

# Rights Brochure

**We realize that for many persons, being a victim or witness to a crime is their first experience with the Criminal Justice System. As a Victim or a Witness, you have certain rights within the system. This brochure is being provided to you to assist you with questions you may have regarding those rights. For further information regarding these rights, please contact the State Attorney's Office, and/or the Hollywood Police Department.**



**Hollywood Police Department**
**Victim Services Unit**
**(954) 967-4411**

_____

**OFFICER/BADGE #**

**CASE #**



### BROWARD SHERIFF'S OFFICE
# VICTIM NOTIFICATION

**Arresting Law Enforcement Officers** must request that the victim or victim's appropriate next of kin or victim's other designated contact complete a *Victim Notification Form.* If the victim, victim's appropriate next of kin, or victim's other designated contact chooses not to be notified, fill out all the victim information **AND** have the victim, appropriate next of kin or designated contact sign the waiver.

| ARRESTING AGENCY | ARRESTING OFFICER / ID # | AGENCY CASE # |
|---|---|---|
| | | |

| NAME OF DEFENDANT(S) | J/A | ARREST NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |

## VICTIM CONTACT INFORMATION

( CIRCLE ONE )   VICTIM   NEXT-OF-KIN   DESIGNATED CONTACT

| | |
|---|---|
| NAME: | |
| ADDRESS : | |
| CITY/STATE/ZIP: | |
| TELEPHONE NUMBERS: | |

**LANGUAGE NOTIFICATION:**  ( CHOOSE ONE )   ENGLISH___   SPANISH___   CREOLE___

## WAIVER:
### ALL THE ABOVE INFORMATION MUST BE FILLED OUT EVEN IF A WAIVER IS SIGNED.

**WAVIER:**   I do not want notice when the arrestee is released from custody or at any other stage in the arrestee's prosecution.

Signature_____ Relationship_____ Date_____

Officer's Signature:_____ ID #_____ Date_____

### UPON COMPLETION, THIS FORM <u>MUST</u> ACCOMPANY THE BOOKING PAPERWORK.
### IF APPLYING FOR A WARRANT/CAPIAS, ATTACH TO FILING PACKAGE.

NOTE: PURSUANT TO F.S.119, THIS FORM CONTAINS CONFIDENTIAL INFORMATION
VICTIM NOTIFICATIONS WILL BE MADE AUTOMATICALLY BY THE VINE COMPANY BASED ON INFORMATION SUPPLIED ABOVE

| | INTERVIEW ROOMS | |
|---|---|---|
|  | **DEPARTMENT SOP: #244** | **CALEA: 42.2.10** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 04/22/2014** | **CFA:**<br><br>**39.01 A-G, 39.02 A-I, 39.03, 39.04** |

**PURPOSE:** To provide standards and guidelines for the use of Interview Rooms.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Interview Rooms may be used for interviews, statements, interrogations, questioning or testing of any suspect, detainee, prisoner, victim or witness and will be used in accordance with this SOP.

**INDEX:**

I.      ROOM DESIGNATION...........................1

A.      Designated Interview Rooms:..............1
B.      Identifying, Authorization for Use, and Availability of Interview Rooms: [39.01A] ................................................2

II.     SUSPECTS, DETAINEES OR PRISONERS SECURED WITHOUT CONTINUOUS SUPERVISION [39.01B-F]....................................2

A.      Member Accountability: [39.01B].........2
B.      Separation of Female, Male and Juvenile Prisoner/Detainee: [39.01C]..2
C.      Authorized Temporary Restraints within Interview Rooms for Escape Prevention: [39.01D][39.02D].............2
D.      Access to Water, Restrooms and Other Needs: [39.01E][42.2.10F] .................2
E.      Training: [39.01F]................................2

III.    SECURITY MEASURES WITHIN INTERVIEW ROOMS [39.02A-C,-E,F,H][42.2.10B] .................................2

A.      Searches: [39.02A] .............................2
B.      Safeguarding Property: [39.02E] .........3
C.      Interview Room Search and Inspection:[39.02I] ..............................3

D.      Persons Authorized in Interview Rooms: [39.01A][39.02B][42.2.10C] ...3
E.      Panic or Duress Alarm: [39.02H][42.2.10D] .............................3
F.      Control of Firearms: [39.02C][42.2.10A] ....................................................3
G.      Control of Weapons: [39.02C]............3
H.      Subject Control During Emergency Situations: [39.02F] .............................3
I.      Unsupervised Suspect, Detainee, or Prisoner: [39.01G][39.03][39.04].........4
J.      Interview Room Equipment: ................4

IV.     FIRE PREVENTION PLAN FOR INTERVIEW ROOMS [39.02G] ............5

A.      Fire Prevention: ..................................5
B.      Evacuation: .........................................5
C.      Suppression of Fires: .........................5

V.      SECURITY INSPECTIONS [39.02I] ......5

VI.     DEFINITIONS.........................................5

A.      PRISONER:..........................................5
B.      SECURE INTERVIEW ROOM: ...........5
C.      SUSPECT:............................................5

**PROCEDURE:**

I.      **ROOM DESIGNATION:**

A.      **Designated Interview Rooms:**

The Hollywood Police Department has three designated Interview Rooms. These rooms are located on the third floor of the Police Department within the Criminal Investigations Division (C.I.D.).

**B. Identifying, Authorization for Use, and Availability of Interview Rooms:** [39.01A]

Each room has a sign on the door identifying the room as Interview Room # 1, 2, or 3 respectively (see **Appendix A**).

1. Interview Rooms # 1 and # 2 will be available to all authorized Members 24 hours a day, seven days a week.

2. Interview Room # 3 will only be available to authorized members during the time the C.I.D. Office complex is open.

## II. SUSPECTS, DETAINEES OR PRISONERS SECURED WITHOUT CONTINUOUS SUPERVISION: [39.01B-F]

**A. Member Accountability:** [39.01B]

Accountability for the security of a suspect, detainee, or prisoner will rest with the Member who places the subject in the Interview Room, or to whom the transfer of the subject is given. i.e. Officer to Detective.

**B. Separation of Female, Male and Juvenile Prisoner/Detainee:** [39.01C]

Female and male arrestees or prisoners will not be placed in the same Interview Room at the same time. Juveniles will not be held in the same room as any adult.

**C. Authorized Temporary Restraints within Interview Rooms for Escape Prevention:** [39.01D][39.02D]

Members will adhere to the following escape prevention measures when dealing with prisoners.

1. Members will ensure that prisoners are handcuffed at all times while being moved about the Agency.

2. When left unattended, Members will lock the Interview Room door.

3. Members may exercise discretion and remove handcuffs during the interview process.

4. Leg shackles are authorized if a prisoner or arrestee is deemed an escape risk.

5. Prisoners will not be handcuffed to any object in the Interview Room, unless fixed object is designed for such use.

**D. Access to Water, Restrooms and Other Needs:** [39.01E][42.2.10F]

The Member accountable for the suspect, detainee or prisoner will afford the subject access to water, restrooms and other needs as required.

Subjects in Interview Rooms # 1 and 2 will be escorted to and from the restroom with constant Supervision. Interview Room # 3 has a toilet within.

**E. Training:** [39.01F]

The Training and Professional Development Unit will provide training in the procedures of the Interview Rooms to the following Members:

- Sworn Members

- CSO's

- Crime Scene Technicians

- Legal Advisor

- Victim Advocates

## III. SECURITY MEASURES WITHIN INTERVIEW ROOMS: [39.02A-C,-E,F,H][42.2.10B]

**A. Searches:** [39.02A]

Searches of suspects, detainees, or prisoners will be completed prior to admittance into the Interview Room.

**B. Safeguarding Property:** [39.02E]

The Member will place all property which the suspect, detainee or prisoner has in a sealed envelope with the property listed on the outside. These envelopes will be located near the property/gun boxes.

1. Both the Member and subject will initial the envelope.

2. All property will be placed in the property/gun box located near the Interview Room.

3. The Member will lock the box keeping the key with him until the interview is over at which time it will be returned or documented appropriately and sent to the Property and Evidence Unit.

**C. Interview Room Search and Inspection:** [39.02I]

Members will conduct a complete search and inspection of the Interview Room before and after each use of the room.

**D. Persons Authorized in Interview Rooms:** [39.01A][39.02B][42.2.10C]

The following persons are authorized to be in interview rooms.

1. Hollywood Police Department Members:

   a. Sworn Members

   b. CSO's

   c. Crime Scene Technicians

   d. Victim Advocates

   e. Legal Advisor

2. Other persons authorized to be in interview rooms will be under the control of the Investigating Member and may consist of the following:

a. Other Law Enforcement personnel.

b. Parent(s) or legal guardian of a Juvenile.

c. Attorney representing the subject.

d. Any other person authorized by the Investigating Member.

**E. Panic or Duress Alarm:** [39.02H][42.2.10D]

Members will have their Department issued radio with them while in an Interview Room. The radio will be utilized by the Member to notify Communications in case of an emergency, panic, or duress situation.

**F. Control of Firearms:** [39.02C][42.2.10A]

Members are not permitted to carry their Firearm into an Interview Room unless it is secured inside a holster specifically designed for the Firearm. This holster must be securely attached to the body of the Member who will maintain control of it at all times.

Firearms may be secured in the gun box located on the First Floor near the rear entry elevator, or in the property/gun box located near the Interview Rooms. If property or guns are placed in these boxes, they will be locked with the Member taking control of the key.

**G. Control of Weapons:** [39.02C]

Members will maintain control of their Department approved intermediate (less-lethal) weapon(s) at all times while in an Interview Room.

**H. Subject Control During Emergency Situations:** [39.02F]

Members will maintain custody and control of suspects, detainees, and prisoners during the following situations:

**1. Medical emergency:** If a subject requests, or is in need of medical treatment, Hollywood Fire Rescue will be summoned to provide treatment and/or transport to a medical facility.

If the subject is transported, a Sworn Member will accompany him and make arrangements for the subject's custody and control if required.

**2. Other emergency:** In the event of a fire, bomb threat or other emergency, the subject will be included in the emergency evacuation of the facility and taken to a secure location. Sworn Members will ensure the arrestee is securely restrained and constantly monitored.

**3. Power failure:** In the case of a power failure where the emergency generator fails, the subject will be constantly monitored, and if necessary evacuated to a secure location.

**I. Unsupervised Suspect, Detainee, or Prisoner: [39.01G][39.03][39.04]**

Whenever a suspect, detainee or prisoner is left unsupervised inside an Interview Room, the following guidelines will apply:

**1.** The Interview Room door will be locked with the dead bolt lock from the outside of the door.

**2. Interview Room Monitoring Log:** The Member will initiate an Interview Room Monitoring Log (see **Appendix B**) and perform welfare checks on a suspect, detainee or prisoner. **[39.03]**

   **a.** The Interview Room Monitoring Log will be placed on the outside of the Interview Room door and the Member will make log entries noting the following:

      **(1).** The date

      **(2).** The name of the person occupying the room (Name).

      **(3).** The time the person enters the room (Time In).

      **(4).** A welfare check and note that time (Time Checked) every 15 minutes when left unsupervised. **[39.01H]**

      **(5).** The time the person is removed from the room (Time Out).

      **(6).** The documenting Member will sign the Log (Members Name) after logging each entry.

      **(7).** When the Interview Room Monitoring Log is full, it will be removed and filed by the C.I.D. Major.

**3.** The maximum time a suspect, detainee, or prisoner may be held without continuous supervision by an Agency Member is two hours. **[39.04]**

**4.** Timers providing an audible tone will be located at each Interview Room. Members may manually set the timers to go off in a specified period of time in order to alert them to a pending welfare check.

**5.** Members should be cautious and utilize proper safety precautions upon re-entering an Interview Room, having consideration for objects contained within the room which may be used as a weapon. **[39.01G]**

**J. Interview Room Equipment:**

**1.** The only equipment kept in an interview room will be a table, four chairs, and a clock. A tape recorder will be brought in at the time of the interview by the Member taking the statement. **[42.2.10E]**

2. The equipment kept in the Poly-graph Room shall include examiner's table, chairs, and necessary polygraph equipment. **[42.2.10E]**

## IV. FIRE PREVENTION PLAN FOR INTERVIEW ROOMS: [39.02G]

### A. Fire Prevention:

When Members conduct the Interview Room search and searches of suspects, detainees, or prisoners they will ensure that all flammable materials and liquids, such as cigarette lighters are removed.

### B. Evacuation:

If an evacuation is required from the Interview Rooms because of a fire, clearly lit EXIT signs guide persons to the stair wells which are used for emergency evacuation purposes.

### C. Suppression of Fires:

Fire suppression equipment is available near each of the Interview Rooms. These include:

1. Fire extinguishers

2. Smoke Detectors

3. Smoke/Fire alarm.

4. Sprinkler system in main hallways

5. Access to water outlet in the buildings west stairwell

## V. SECURITY INSPECTIONS: [39.02I]

Members of the Accreditation Unit will conduct an unannounced security inspection of each Interview Room on an annual basis. A detailed report of their findings will be sent to the C.I.D. Major.

## VI. DEFINITIONS:

### A. PRISONER:

A person arrested and/or in custody of a Law Enforcement Officer or Agency.

### B. SECURE INTERVIEW ROOM:

Any room in a Police Agency that is used to secure a person without constant supervision by an Agency Member.

### C. SUSPECT:

A person suspecting of committing a crime, but who is not in formal custody.

---

APPROVED BY:

*Frank G. Fernandez* **04/22/2014**

**Frank G. Fernandez**          Date
**Chief of Police**

### ATTACHMENTS:

- **Appendix A:** C.I.D. Section Map Indicating Location of Interview Rooms.

- **Appendix B:** Interview Room Monitoring Log.



Interview Room #1

Interview Room #2

Interview Room #3

THIRD FLOOR PLAN

SCALE: 1/8" = 1'-0"



NORTH



# HOLLYWOOD POLICE
## INTERVIEW ROOM MONITORING LOG

## INTERVIEW ROOM:  #1 ☐    #2 ☐    #3 ☐    #4 ☐

| DATE | NAME (Person Occupying Room) | TIME IN | TIME CHECKED | TIME OUT | MEMBERS NAME |
|------|------------------------------|---------|--------------|----------|--------------|
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |
|      |                              |         |              |          |              |

| **CRIMINAL INVESTIGATIONS** | |
|---|---|
|  **DEPARTMENT SOP: #245** | **CALEA: 1.2.3,42.1.3,42.2.1** |
| | **CFA:** |
| **EFFECTIVE DATE: 11/1/2001** | **2.07B,F   18.01A-C,   18.04A-H, 18.05A-H, 18.06, 18.07, 18.08, 18.09A-C,** |
| **REVIEW: 02/15/2013** | **26.01A-D, 26.02A-D, 35.01A-C, 35.03A-E, 35.04, 36.01B** |

**PURPOSE:**  To provide policy, procedures, and guidelines for conducting effective preliminary and follow-up investigations.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Investigations begin upon the first notification a crime may have been committed and end when the case is solved and the perpetrator has been arrested, prosecuted, or otherwise resolved.  Each Member participating in the investigation must understand their responsibilities and the parameters under which they must operate.

**INDEX:**

**I.   CONSTITUTIONAL REQUIREMENTS [18.08]** ........................................................2

**II.   FIELD INTERVIEWS** ...............................2

   A.   Circumstances where Field Interviews are Appropriate: **[2.07B][18.09A]** ..............2
   B.   Recording the Field Contact: **[18.09B]** ....3
   C.   Distributing the Record: **[18.09C]** ...........3

**III.   RESPONDING MEMBER'S RESPONSIBILITIES WHILE CONDUCTING PRELIMINARY INVESTIGATIONS [18.04A-H]** .....................3

   A.   Primary Responsibilities: ........................3
   B.   Secondary Responsibilities: ..................3

**IV.   INVESTIGATIVE PROCESS** ..................3

   A.   Locating and Identifying Witnesses: **[2.07B]** .............................................3
   B.   Arresting Suspect(s): .............................4
   C.   Incident Reporting: ................................4

**V.   CRIME SCENES** ....................................4

   A.   Crime Scene Security: **[35.01A,B]** ...........4
   B.   Member in Charge: **[2.07F]** .....................4
   C.   Crime Scene Technicians: **[2.07F][35.01C][35.03A-E][35.04]** .................4
   D.   Collection and Preservation of Physical Evidence during Preliminary, Follow-up or Criminal Investigations: **[18.04F]** ........5

**VI.   INTERVIEWS TECHNIQUES** .................5

   A.   Preparation: ...........................................5
   B.   Dialogue: ................................................6
   C.   Prohibitions: ..........................................6

**VII.   INTERVIEWING COMPLAINANTS, WITNESSES AND SUSPECTS** ..............6

   A.   Complainants and Witnesses: **[18.04D]** ..6
   B.   Suspect(s): **[2.07B][18.04E][18.08]** .............6

**VIII.   DIGITAL RECORDED AUDIO & WRITTEN STATEMENTS** ......................7

   A.   Digital Recorded Audio Statements: .....7
   B.   Processing Digital Recorded Audio Statements: ..............................................7
   C.   Video  Recorded Statements: ...............8
   D.   Hand Written Statements: ......................9

**IX.   FOLLOW-UP INVESTIGATIONS [2.07F]** 10

   A.   Preliminary Investigations Report Review and Analysis: **[18.05A]** .............10
   B.   Additional Interviews: **[18.05B]** ..............10
   C.   Information Development: **[18.05 A,C,G]** 10
   D.   Review of Results From Laboratory Examinations: **[18.05A]** ........................10
   E.   Information Dissemination: ................10
   F.   Surveillance: .......................................11
   G.   Planning, Organizing and Conducting Searches: **[2.07F]** .................................11

H.   Identifying and Apprehending Suspects: **[18.05E]** ................................................12
I.   Suspect's Involvement in Other Crimes: **[18.05F]** ................................................12
J.   Preparing Cases for Court Presentation: **[18.05H]** ...................................................12
K.   Assisting in Prosecution: ...........................12

**X.   TECHNICAL AIDES [18.06] ....................12**

A.   Authorization: .........................................13
B.   C.V.S.A./Polygraph Testing: ................13
C.   Use of CVSA and/or Polygraph
     Examinations with Victims of Sexual
     Violence:................................................13
D.   Examiners: **[18.07]** ..................................13

**XI.   LEGALITY AND INTEGRITY OF
       CRIMINAL INTELLIGENCE ................13**

A.   Limited Information: **[26.01A]** ...............13
B.   Utilizing Intelligence Members,
     Equipment and Techniques: **[26.01B]** ...14
C.   Information Types: **[26.01C]** ..................14
D.   Information Purging: **[26.01D]** ...............15
E.   Safeguarding Intelligence Information:
     **[26.02A]** ................................................15
F.   Office Security: **[26.02B]**.......................15
G.   Computer Security: **[26.02C]** ...............15
H.   Intelligence Records Security: **[26.02D]** 15

**XII.   INVESTIGATIVE CASE FILE
        MAINTENANCE....................................15**

A.   Types of Records to be Maintained:
     **[18.01A]** ................................................15
B.   Security of Case Files: **[18.01C]** ..........16
C.   Accessibility To the Files:**[18.01B]**.......16
D.   Purging of Files: **[18.01D]** .....................16

**XIII.   CASE CLEARANCE TYPES ................16**

A.   Cleared by Arrest: ...............................16
B.   Exceptional Clearances: ....................16
C.   Reclassification: ...................................17
D.   Multiple Clearances: ...........................17
E.   Patrol Arrest Assist: ............................17

**PROCEDURE:**

**I.   CONSTITUTIONAL REQUIREMENTS**
     **[18.08][1.2.3A, B]**

Members will ensure compliance with constitutional requirements during all criminal investigations to include interviews, interrogations and access to counsel. Members will be guided by Chapter 901, Florida Statute, the procedures outlined in this SOP, and the procedures and guidelines promulgated in the Arrest Procedures SOP.

**II.   FIELD INTERVIEWS**

As part of their normal duties, Police Officers investigate circumstances that arouse reasonable suspicion of criminal activity or cause alarm. When persons are detained under these circumstances, the stop will be conducted in accordance with Florida Statutes and constitutional law.

**A.   Circumstances where Field Interviews are Appropriate:**
     **[2.07B][18.09A][1.2.3A]**

Field interviews may be appropriate under the following circumstances:

1. When an individual becomes a suspect, but the evidence does not support an arrest.

2. The person is a possible suspect in a crime, or his physical description matches the suspect in a specific crime.

3. The person committed a minor infraction in the Officer's presence and a Field Interview Card was completed in lieu of arrest.

4. The person was engaged in suspicious activity, which caused the Officer's attention to be focused upon him.

5. When an Officer comes into contact with an individual for a legitimate reason and believes information about the contact could become valuable at a later time.

6. During consensual encounters.

7. If at any time during the Field Interview, the Officer considers placing the subject under arrest (i.e. loitering and prowling), Miranda warnings must be given before requesting additional information.**[2.07B]**

**B. Recording the Field Contact:** [18.09B]

Field interviews will be documented and completed in the OSSI MCT/Software. If a Member does not have a Moblie computer available for use, a Field Contact Report may be completed in MobLan.

**C. Distributing the Record:** [18.09C]

FIVO Cards will be completed prior to the end of the Officer's shift and submitted directly into the RMS system.

## III. RESPONDING MEMBER'S RESPONSIBILITIES WHILE CONDUCTING PRELIMINARY INVESTIGATIONS [18.04A-H]

The preliminary investigation begins when the first Member arrives on the scene of a crime. Responding Officers may use the procedures established in this **Section** under **Subsections A & B** as an Investigative Checklist.

**A. Primary Responsibilities:**

The first responding Member to arrive at the scene of a crime or other Police incident is responsible for, but not limited to the following primary responsibilities:

1. Summoning medical assistance and administering first aid.

2. Protecting life and property.

**B. Secondary Responsibilities:**

The following steps will be followed when conducting Preliminary Investigations:

1. Securing and maintaining the crime scene and protecting evidence. **[18.04C][42.2.1C]**

2. Observing all conditions, events and remarks. **[18.04A][42.2.1A]**

3. Locating and identifying witnesses. **[18.04B][42.2.1B]**

4. Interviewing the complainant and witnesses. **[18.04D][42.2.1D]**

5. Interviewing the suspect. **[18.04E]**

6. Interviewing Fire Rescue personnel to ascertain if they have moved or damaged any items of evidentiary value. The appropriate information will be incorporated into the reporting Member's Field Dictation Report.

7. Arranging for the collection of evidence. **[18.04F]**

8. Arresting the suspect. **[18.04G]**

9. Notifying Detectives and Supervisors.

10. Reporting the incident fully and accurately. **[18.04H]**

## IV. INVESTIGATIVE PROCESS

**A. Locating and Identifying Witnesses:** [2.07B]

Witness location and identification will be accomplished as follows:

1. Officers will conduct an area canvas to locate witnesses.

2. An Officer's business card will be attached to a Hollywood Police Department Door Hanger (see **Appendix F**) and left at locations where contact could not be accomplished.

3. Verify the identity of witnesses by obtaining a valid form of identification, such as a Driver's License.

4. Document all pertinent addresses and phone numbers.

5. Obtain accurate descriptions of persons and vehicles involved.

6. Keep witnesses separated in order to maintain the integrity of the information obtained.

7. Unless exigent circumstances exist, Officers will not read Miranda Warnings or interrogate suspects when a Detective will be dispatched to inter-

rogate that person, or the Officer believes a Detective would desire to interrogate the suspect.**[2.07B]**

**B. Arresting Suspect(s):**

Officers will be guided by; Federal, State, County and City Laws and the procedures and guidelines established in the **Arrest Procedures SOP**.

**C. Incident Reporting:**

Members will fully and accurately report all information that is pertinent to the investigation on a Mobile Field Report. Additional Supplemental Reports and Forms will be completed, as applicable.

## V.  CRIME SCENES

**A. Crime Scene Security: [35.01A,B]**

Crime Scenes must be preserved in their original condition to preserve the condition of evidence before and after collection and to prevent contamination of the evidence.

1. The first responding Officers will be responsible for identifying and securing the crime scene.  The scene will be secured and surrounded with crime scene tape. **[35.01A]**

2. The first responding Supervisor will ensure that the crime scene has been secured as stated above. **[35.01A]**

3. Unauthorized personnel will not enter designated crime scenes. **[35.01B]**

4. Access into a Crime Scene will be limited to the following authorized Members: **[35.01B]**

   a. Officers or Detectives assigned to the investigation.

   b. Crime Scene Technicians assigned to the incident.

   c. Supervisors should limit their access to crime scenes based on investigative needs.

5. The Supervisor will designate a Protecting Officer to provide security for the crime scene.  The Protecting Officer will be responsible for the following: **[35.01B]**

   a. Preventing unauthorized admission into the crime scene.

   b. Starting and maintaining a Crime Scene Admission Log (see **Appendix A**) and Crime Scene Vehicle Log (see **Appendix E**) until relieved or until the crime scene is resolved.

   c. Issuing latex gloves to each person entering the crime scene.  These gloves will be worn at all times within the crime scene perimeter.

6. At major crime scenes, additional Officers may be assigned to protect the crime scene. **[35.01B]**

**B. Member in Charge:[2.07F]**

The Ranking Detective at a crime scene will be in charge of the investigation when present.  In the absence of a Detective, the highest-ranking Officer will be in command.

**C. Crime Scene Technicians:**
**[2.07F][35.01C][35.03A-E][35.04]**

Crime Scene Technicians will process all crime scenes, working in conjunction with the investigating Officer on scene.  These duties will include:

1. Taking photographs.

2. Searching for evidence.**[2.07F]**

3. Retrieving evidence.

4. Obtaining sufficient samples of evidence for analysis by the B.S.O. or other Crime Lab(s).  CST may be

guided by the FDLE Evidence Manual to ascertain what constitutes sufficient samples for specific items of evidence. **[35.01C]**

5.  Submitting evidence into the Property and Evidence Unit.

6.  Crime Scene Technicians will not take controlled substances into custody as evidence.

    a.  When large bags or containers holding a controlled substance need to be processed by a Crime Scene Technician, and it is impractical to remove it, the Technician will process the container in the presence of an Officer.

    b.  When the processing is completed, the Officer will be responsible for taking custody of the controlled substance and entering it into the Property and Evidence Unit.

7.  Crime Scene Technicians are available on a 24 hour basis and are primarily responsible for crime or crash scene evidence processing and will receive the following specialized training: **[35.03A-E][35.04]**

    a.  Detection and collection of latent fingerprints and palm prints. **[35.03A]**

    b.  Detection and collection of foot, tool, and tire impressions. **[35.03B]**

    c.  Digital and non-digital (conventional) photography and sketches. **[35.03C]**

    d.  Collection, preservation, and submission of physical evidence, including biological materials. **[35.03D]**

8.  Members of the Crime Scene Investigations (CSI) Unit involved in crime scene or crash scene evidence processing must complete refresher training on any new procedure or equipment the Department may adopt. **[35.03E]**

D.  **Collection and Preservation of Physical Evidence during Preliminary, Follow-up or Criminal Investigations: [18.04F]**

    Evidence coming into the possession of a Department Member will be preserved, collected, and submitted into the Property and Evidence Unit in accordance with the procedures outlined in this SOP and the procedures and guidelines established in the **Property and Evidence SOP**.

    1.  All Members are responsible for securing and protecting crime scenes and evidence.  The CSI Unit is responsible for the collection and preservation of evidence.

    2.  Officers will collect evidence only when the possibility exists that evidence will be destroyed, contaminated or lost.

    3.  The only Members authorized to collect photographs of any crime scenes, crash scenes, or other law enforcement business are Crime Scene Technicians, designated Community Service Officers or any Member given authorization by a Police Supervisor for a specific scene.

    4.  Members will not utilize any personal cell phone, camera, or other electronic device to photograph, record, or distribute any images or sounds of incidents encountered during their course of duty.

VI.  **INTERVIEWS TECHNIQUES [1.2.3B]**

A.  **Preparation:**

    Members will conduct interviews that will effectively extract pertinent information.

    1.  If an interview occurs at Police Headquarters, it is recommended

that the interview be conducted in a designated Interview Room.

2. When conducting an interview, ensure the location has adequate lighting and acoustics.

3. It is recommended that no more than two Members conduct the interview.

4. At a minimum, interviews / interrogations will be audio taped. Refer to VIII., C for Video Recorded Statements.

### B. Dialogue:

The interview may be accusatory or non-accusatory in nature.

1. The interviewer should attempt to develop a rapport with the person interviewed.

2. Don't suggest answers.

3. Note verbal and non-verbal language.

4. Speak in a clear and concise manner.

5. Provide for the availability of a translator, if applicable.

### C. Prohibitions:

The following prohibitions apply in all interview situations:

1. Subjects will not be subjected to unusually long interview periods.

2. Subjects will not be denied necessities such as water, food, or use of facilities.

3. Subjects will not be subjected to physical abuse or threats.

4. Inducements or promises will not be used to extract information from the interviewed party.

## VII. INTERVIEWING COMPLAINANTS, WITNESSES AND SUSPECTS

### A. Complainants and Witnesses: [18.04D]

Members will interview complainants and witnesses to prove or disprove reported information, obtain facts, and gain additional knowledge. The following procedures will be followed:

1. Interviews of witnesses should be conducted at a location that provides reasonable comfort for the people involved.

2. The Officer should note in the appropriate reports, the condition of the witness at the time of the interview.

3. Witness statements should be fully documented. A sworn statement obtained in writing or audio taped is preferred.

4. Reluctant witnesses may be subpoenaed for an interview by the State Attorney's Office, when necessary.

### B. Suspect(s): [2.07B][18.04E][18.08]

The following procedures will guide the Officer in conducting suspect interviews and interrogations.

1. Interviews and interrogations with suspects will be conducted in accordance with established State and Federal Law, and in compliance with constitutional requirements. [18.08][2.07B]

2. Officers are to advise suspects of their constitutional rights and access to counsel pursuant to the Miranda decision by reading said rights from a prepared text. These rights are to be read prior to all custodial interrogations and regardless of whether a suspect states he is familiar with his rights. [18.08][2.07B][1.2.3C]

3. The Investigating Member should have the suspect read and sign a

Hollywood Police Department Rights Confirmation Form, (see **Appendix B**) prior to questioning. The Form, which is available in the Storeroom, explains the suspect's constitutional rights in English and Spanish.**[2.07B]**

4. The investigating Member will also request the suspect sign the Waiver of Reading and Signing Statement Form (see **Appendix C**).

   a. The time, date, location, and the Officer administering the Miranda warnings will be noted in the Officer's report.

   b. Prior to advising a person of their Fifth Amendment rights, Officers are to advise the person of the nature of the investigation.

   c. If possible, an Officer should obtain a written waiver of the suspect's constitutional rights should the suspect decide to waive these rights.

   d. Officers will not make any promises or offer any inducements to lead a person to waive constitutional rights or to make a statement.

   e. The Officer is not to initiate further conversation with a person once he invokes the right to have counsel present or decides not to make a statement. Only if the person makes an overture, or initiates further conversation, may questioning begin again.**[1.2.3C]**

## VIII. DIGITAL RECORDED AUDIO & WRITTEN STATEMENTS

The use of audio and written statements in the presentation of a case to the State Attorney's Office is an important facet of the investigating Member's work.

**A. Digital Recorded Audio Statements:**

The following procedures will guide a Member when conducting taped statements:

1. When taking statements, care will be used to ensure all elements of the crime are covered.

2. Ensure all parties involved in the recorded statement speak in a clear and sufficiently audible tone.

3. Whenever possible, ensure the acoustics of the room where the statement is being taken lend themselves to intelligible recording.

4. Statements will be taken during normal working hours when possible. Supervisory approval must be obtained if overtime is anticipated.

**B. Processing Digital Recorded Audio Statements:**

The processing of digital statements will be accomplished in the following manner:

1. Detectives will download the recording and make a CD copy(s) to be placed into property as evidence.

2. When submitting recordings for transcription, the file will be sent to CID Statements via Microsoft Outlook e-mail. The Detective will include:

   a. Investigating Member's name and badge number.

   b. Case number.

   c. Date the statement was taken.

   d. Name of the person who gave the statement.

   e. Incident signal

   f. In instances requiring the immediate transcription of a

statement, Detectives will list it as "Priority."

3. When completed, the CID Secretary will return the transcribed statement to the investigating Detective. If the investigating Member is unavailable, the statement will be given to the investigating Members Supervisor. The Supervisor will secure the tape and statement until it can be delivered directly to the investigating Member.

4. The investigating Detective will review the statement along with the recording for accuracy and completeness. Any corrections will be made and returned to the CID Secretary.

5. The investigating Detective may maintain a copy of the statement in the Investigative Case File.

**C. Video Recorded Statements:**

**All** interviews or interrogations of felony suspects conducted by the Investigative Services Section, Crimes Against Persons Detectives, will be video recorded. A **minimum** of two Sworn Members will be utilized for this process; One Member to conduct the interview and one Member to monitor the video recording and operate the video recording equipment. The following procedures will be followed:

1. The video recording will commence prior to the suspect entering the Interview Room, which has been specially set up for video recordings, and will not be stopped until the interview is completed and the suspect has left the interview room.

2. Members are not required to notify suspects / arrestees that they are being covertly video and audio recorded since there is no expectation of privacy within a Police Department building.

3. During custodial interrogations, Members will indicate on video that the person understands his constitutional rights.

4. The interviewing / interrogation of each suspect will be recorded on a separate DVD. Should a suspect be re-interviewed, a new DVD will be utilized. If a Detective interviews / interrogates multiple suspects or covertly records conversations between multiple suspects, a new DVD will be used.

5. **Video Recording Room:**

A Video Recording Room will be provided and maintained by the Criminal Investigations Division. This room will contain a Video Monitor and three video recording machines. A supply of new unopened DVDs will be available for use in these video recording machines. These machines will be labeled:

a. HPD Recorder #1.

b. HPD Recorder #2.

c. HPD Recorder #3.

6. When a video recording is to be made of an interview or interrogation, a Sworn Member will monitor and operate the video recording machines throughout the entire interview or interrogation.

a. The Sworn Member will utilize new unused DVDs and place one DVD in each of the three video recorders assuring the machines are working properly. The Sworn Member will label each DVD; Recorded from HPD Recorder #1 through Recorded from HPD Recorder #3, respectively corresponding with the appropriate machine.

b. Once the machines are operating properly, the Sworn Member will notify the Interviewing Mem-

ber that they may proceed with the interview or interrogation. All three video recorders will be turned on, recording the room prior to the suspect entering and continually recording throughout the interview or interrogation without stoppage until the suspect leaves the room. Only then may the video recorders be turned off.

**c.** If one of the DVDs needs to be replaced due to it being full, new DVDs will be placed in all three machines. The sequence number of the DVD will then be placed on each DVD i.e.: DVD #1, DVD #2

**7.** Upon completion of the interview or interrogation, the Case Detective will place the three video recordings into evidence. The DVDs will be marked with:

  **a.** Hollywood Police Case Number.

  **b.** DVD recorder number and sequence if applicable.

   **(1).** Recorded from HPD Recorder #1, DVD 1, 2… Which will be an original DVD for evidence. Any copies are to be made from this original DVD

   **(2).** Recorded from HPD Recorder #2, DVD 1, 2… Which will be an original DVD for the State Attorney.

   **(3).** Recorded from HPD Recorder #3, DVD 1, 2… Which will be an original DVD for an outside entity.

  **c.** Date and time of interview.

  **d.** Name of Interviewer(s).

  **e.** Name of Officer/Detective monitoring the video.

  **f.** Name of suspect(s).

  **g.** Numerical order when multiple tapes are used.

**8.** **Exceptions**: At times, suspect interviews / interrogations will be conducted at locations other than the Department's Interview Rooms making video recording impractical. Examples include:

  **a.** Correctional Facilities.

  **b.** Hospitals.

  **c.** During on-scene investigations.

  **d.** Out of area investigations.

  **e.** Non-custodial settings.

  **f.** Other unusual situations.

**D. Hand Written Statements:**

The following procedures will be followed in cases where handwritten statements are utilized.

**1.** When a suspect or defendant submits a handwritten statement, the time and date the statement was completed will be noted, and notarized or witnessed if possible.

**2.** The statement will be signed by the suspect and witnessed by the interviewer.

**3.** Each page of the statement will be read and initialed by the interviewer.

**4.** Copies of the statement will be made and included in the case file.

**5.** The original document is evidence and will be submitted to the Property and Evidence Unit in accordance with departmental procedures.

## IX.  FOLLOW-UP INVESTIGATIONS [2.07F]

While no specific formula exists for the investigation of every crime, general procedures should be followed to ensure a thorough investigation.  These procedures include, but are not limited to, the following:[2.07F]

### A.  Preliminary Investigations Report Review and Analysis: [18.05A]

Reviewing and analyzing all previous reports prepared in the preliminary phase, such as:

1.  Mobile Field Reports.

2.  Supplemental Reports.

3.  Victim, Witness Affidavits.

4.  Latent Evidence Reports.

5.  Crime Scene Reports.

6.  Tow Sheets.

7.  Crime Scene Admittance Logs.

8.  Lost Listing Forms.

9.  Other Agency Reports.

### B.  Additional Interviews: [18.05B]

Members will conduct additional or follow-up interviews to prove or disprove previously reported information, obtain additional facts, and to document the information provided by recently discovered witnesses.

### C.  Information Development: [18.05 A,C,G]

The following resources and techniques may be used to develop initial or additional information for use in both preliminary and follow-up investigations:

1.  Reviewing Agency records: [18.05A]

2.  Seeking Information from Informants. [18.05C]

3.  Reviewing public and private utility and service company records.

4.  Querying Pawnshops and other business entities.

5.  Seeking additional information from Crime Analysts, Detectives, and Patrol Officers. [18.05C]

6.  Researching the suspect's criminal history and Driver's License information. [18.05G]

7.  Researching business, bank and credit card statements (by subpoena, if necessary).

8.  Querying other Law Enforcement Agencies. [18.05A]

9.  Querying public internet access sites.

### D.  Review of Results From Laboratory Examinations: [18.05A]

Laboratory results will be forwarded to the Records Section.  The Records Section will then forward the laboratory results to the appropriate Unit and Crime Scene Supervisors for review and placement into the original case file.  Laboratory results may lead to:

1.  Further investigation of the incident.

2.  Arrest or identification of the suspect(s).

3.  Closure of the case.

### E.  Information Dissemination:

The Public Affairs Unit is responsible for arranging and disseminating information, as appropriate.  Prior to the release of any information concerning a criminal investigation, Unit Supervisors should be consulted to prevent the release of information, which could:

1.  Compromise the investigation.

**2.** Detract from the ability to success-fully prosecute a case in Court.

**3.** Violate individual's right to privacy, or jeopardize the safety of any Officer or citizen, or otherwise violate any statutory provision.

**F. Surveillance:**

Members conducting surveillance's will be guided by the information contained within this SOP and the **Strategic Operations Plan SOP,** which establishes procedures and guidelines for developing Surveillance Operations Plans.

**1.** At times, surveillance is the only investigative technique available to identify subjects or collect information. There are three types of surveillance's:

**a.** Moving surveillance where the Member follows the subject on foot or in a vehicle.

**b.** Stationary surveillance where the continuous watching of a place, object or person occurs from a fixed point.

**c.** Electronic surveillance where electronic, mechanical, or other devices are used to intercept the contents of any wire or oral communication.

**2. Objectives of a surveillance:**

**a.** Obtain evidence of a crime.

**b.** Obtain probable cause for securing a Search Warrant.

**c.** Prevent the commission of a criminal act or apprehend a subject in the commission of a crime.

**d.** Locate persons.

**e.** Check on the reliability of informants.

**f.** Develop investigative leads.

**g.** Determine an individual's location.

**h.** Locate hidden property or contraband.

**i.** Protect Undercover Officers.

**j.** Corroborate testimony.

**G. Planning, Organizing and Conducting Searches: [2.07F]**

Conducting a comprehensive and legal search is a critical investigative element. Failure to establish and follow sound techniques can result in the inadmissibility of evidence seized, as well as allegations of misconduct against the searching Officers.

**1.** Prior to conducting a search, a Supervisor will conduct a briefing of all personnel involved.  A strategy will be developed for seeking a Search Warrant or consent search (see **SOP #272 Search Warrant**).  If a consent search is planned, a Consent to Search Form will be completed and signed by a person who has the authority to consent to a search of the desired premises.

**2.** A Supervisor or his designee will organize the search with emphasis on the area to be searched, and:

**a.** Physical description of the exterior and interior of the structure.

**b.** Descriptions of all suspects/persons that are known.

**c.** Weapons that are known to be available.

**d.** If known, descriptions of evidence or property to be seized.

**3.** A Supervisor or his designee will designate Members to search specific areas.

4. All items seized will be inventoried according to Departmental policy.

**H. Identifying and Apprehending Suspects:** [18.05E]

Members will utilize all lawful methods to identify and apprehend suspects.

1. Suspects are identified through the following procedures:

   a. Victim/Witness testimony.

   b. Photographic line-up.

   c. Live line up.

   d. "Bring back" identification.

   e. Automated Fingerprint Identification System. (AFIS)

   f. Suspect's own admissions.

   g. Confidential Informants.

   h. Crime Stoppers.

   i. Crime Scene evidence

2. Upon establishing probable cause for arrest, Members will:

   a. If possible, effect an immediate arrest.

   b. Apply for an Arrest Warrant/capias.

   c. Disseminate suspect information to aid in apprehension.

**I. Suspect's Involvement in Other Crimes:** [18.05F]

Members are encouraged to use the following procedures and resources to determine a suspect's involvement in other crimes.

1. Agency Records.

2. Internal & External Databases.

3. Intelligence information sources.

4. Media Reports.

5. Informants.

**J. Preparing Cases for Court Presentation:** [18.05H]

Members will ensure all reports are completed and then compiled for presentation to the State Attorney's Office. Reports will include but not be limited to the following:

1. Mobile Field Reports.

2. Supplemental Reports.

3. Victim, Witness Affidavits.

4. Victim, Witness and Suspect statements.

5. Latent Evidence Reports.

6. Crime Scene Reports.

7. Tow Sheets.

8. Crime Scene Admittance Logs.

9. Property Forms.

10. Accident Forms.

**K. Assisting in Prosecution:**

Members will respond as directed to all lawful subpoenas and ensure the following:

1. All pertinent reports are in the State Attorney's possession.

2. Evidence is made available for prosecution.

**X. TECHNICAL AIDES** [18.06]

The Department will use Computer Voice Stress Analysis (CVSA) and/or the Polygraph for the detection of deception in criminal investigations. The use of these technical aides by Detectives should be viewed

as an investigative tool and will not be substituted for a thorough investigation. The CVSA and/or Polygraph will be conducted in a designated Interview Room and Members will adhere to procedures outlined in the **SOP #244 Interview Rooms**.

**A. Authorization:**

An Investigative Services Section Supervisor must approve the use of the CVSA and/or Polygraph examination. Hollywood Police Department Examiners will be authorized to conduct exams for the Department.

**B. C.V.S.A./Polygraph Testing:**

In criminal investigations, the CVSA and/or Polygraph may be used to test suspects, victims or witnesses, provided however:

1. The proper preliminary field investigation has been conducted prior to the CVSA and/or Polygraph examination.

2. The examination will be administered to a consenting victim only when there are unexplained inconsistencies or other facts contradict the statement of the suspect, such as physical evidence or other witness testimony.

3. It will be the requesting Detective's responsibility to discuss with the Examiner the nature of the investigation and time requirements prior to scheduling an examination.

4. A subject cannot be forced to take a CVSA and/or Polygraph examination. The subject must agree without any duress to take the examination and sign the standard release forms prior to questioning and testing.

5. Persons under the age of 18 must have written consent of a parent or legal guardian prior to testing.

**C. Use of CVSA and/or Polygraph Examinations with Victims of Sexual Violence:**

The Investigating Member of a Sexual Battery will not ask or require a victim of a sexual offense to submit to a polygraph examination or other truth-telling device as a condition of the investigation.

**D. Examiners: [18.07]**

Examiners of technical aides for the detection of deception must have a bona fide certificate of training for this purpose.

1. A CVSA Examiner has received a bona fide certificate of training by successfully completing a course of study given by a qualified instructor of the National Institute of Truth Verification.

2. A Polygraph examiner has received a bona fide certificate of training by successfully completing a course of study given by a qualified instructor of the American Polygraph Association.

**XI. LEGALITY AND INTEGRITY OF CRIMINAL INTELLIGENCE**

**A. Limited Information: [26.01A]**

Members will ensure information collected is limited to criminal conduct and relates to activities that present a threat to the community.

As part of their duties, Members will be provided with or made aware of criminal intelligence information. This information will be considered confidential and will not be released to the public.

1. Members will inform their Supervisors of intelligence information as soon as practical.

2. Members will evaluate criminal intelligence and determine its impact on the community. A response will be

prepared to address the issue.**[42.1.6E]**

3. Intelligence information collected by the Criminal Analysts will be limited to criminal conduct and activities that pose a threat to the community.

**B. Utilizing Intelligence Members, Equipment and Techniques: [26.01B]**

The Criminal Analyst will be responsible for, but not limited to, the following:

1. Information available from crimes will be systematically collected so comparisons and analysis can be conducted. Crime data will be analyzed to:

   a. Identify individual criminals and their methods of operation.

   b. Facilitate the identification, apprehension, and prosecution of individuals meeting the Florida Statute definition of career criminal.

   c. Determine the existence of evolving crime patterns and trends.

   d. Furnish future trend data for long-range planning, targeting, budgeting, utilization of equipment and resource allocation.

2. Crime analysis techniques for the collection of crime data include the following:

   a. Identify similarities between different offenses and reveal commonalties and patterns in the characteristics of current crime problems.

   b. Assist in the screening and ordering of lists of suspects.

   c. Aid in the assembling and ordering of specific crimes that may involve an offender already in custody.

3. The crime analysis function will, at a minimum, include the following factors:

   a. Frequency by type of crime.

   b. Geographical factors.

   c. Chronological factors.

   d. Victim and target descriptors.

   e. Suspect descriptions.

   f. Suspect vehicle descriptions.

   g. Modus operandi factors.

   h. Physical evidence information.

   i. Property loss information.

4. The Criminal Analyst will document the time and geographical distribution of selected crimes using appropriate statistical mapping and graphic techniques.

**C. Information Types: [26.01C]**

All sources in the Department that contain data essential to crime analysis will be identified and accessible for use in the crime analysis process. The following are descriptions of the types or quality of information, which may be included in the system: **[26.01C]**

1. All Incident Reports.

2. Supplemental Reports.

3. Arrest Affidavits.

4. Field Interview Cards.

5. Modus operandi information.

6. R.M.S. computer database.

7. Crime Information will be disseminated via, but not limited to, the following:

**a.** Crime summaries: comparative crime statistics by crime, day, time, location, premise type, modus operandi, and profile of high crime areas.

**b.** Special Bulletins: selective crime information provided by Investigative Personnel or outside Agencies for distribution.

**c.** Individual Requests: Personalized analysis based upon factors requested by the Investigating Member.

**d.** Periodic Crime Trend Reports: compilations of data provided to Command Staff Members.

**D. Information Purging:** [26.01D][42.1.6H]

Information, which is no longer active or useful to the crime analysis function, will be purged in accordance with Departmental policy and the State of Florida's Records Retention Schedule.

**E. Safeguarding Intelligence Information:** [26.02A][42.1.6D]

When authorized by the Criminal Investigations Division's Major, crime analysis intelligence information in reference to an open investigation may be disseminated to other Agencies in the following manner.

**1.** Intelligence information collected will be limited to criminal conduct and activities that pose a threat to the community.

**2.** Any information that is part of a closed investigation is subject to the Public Records Act.

**F. Office Security:** [26.02B]

Intelligence information will be collated and analyzed in the Criminal Analysis Office, which will remain locked when unattended.

**G. Computer Security:** [26.02C]

To protect against unauthorized attempts to access, modify, remove, or destroy stored intelligence information, Members performing criminal intelligence and crime analysis functions via computer will follow the procedures established in the Department's **Computer Systems SOP**.

**H. Intelligence Records Security:** [26.02D]

All criminal intelligence records relating to the crime analysis process will be secured in a separate locked filing system and maintained in the Criminal Analysis Office, an area separate from the Agency's central records storage. Other Agency records are secured within the Records Section.

**XII. INVESTIGATIVE CASE FILE MAINTENANCE**

**A. Case Assignment**

The Criminal Investigations Division establishes a uniform procedure for case assignment.

The case will be assigned by the Criminal Investigations Sergeant through the RMS System. The system itself documents the Member assigned, date assigned, incident number, and report due date. [42.1.3A]

**B. Types of Records to be Maintained:** [18.01A][42.1.3C]

Detectives/Members who have been assigned to conduct a follow up criminal investigation will develop an investigative case file. Each Detective/Member assigned a case will create and maintain an investigative case file.

**1.** Each investigative case file will contain a copy of the following:

**a.** The original report.

**b.** All supplemental reports.

**c.** Any and all documents, statements, letters, etc. pertaining to the case.

**2.** Maintaining a working copy of the investigative case files will be the responsibility of the assigned Detective/Member until the case is closed.

**C. Security of Case Files:** [18.01C]

Investigative case files maintained by Members will not be left unattended or unsecured when not attended.

**D. Accessibility To the Files:**
[18.01B][42.1.3D]

Accessibility to active case files will be controlled by the investigating Member and/or appropriate Supervisor.

**E. Purging of Files:** [18.01D][42.1.3E]

Upon closure of an investigation, the investigative case file will be forwarded to the Records Section for filing. Purging of files will be accomplished in accordance with the State of Florida Retention Guidelines.

## XIII. CASE CLEARANCE TYPES [42.1.3B]

**A. Cleared by Arrest:**

For UCR purposes, offenses may be classified as "cleared by arrest" when the following guidelines apply:

**1.** At least one person must be arrested and charged with the commission of an offense, and turned over to the legal system (Courts, State Attorney's Office or juvenile authorities) for prosecution.

**2.** Arrest of a principal, aider, abettor, or conspirator permits a clearance by arrest even if charged with a lessor offense.

**3.** A clearance by arrest can be taken when an offender is a juvenile and some action is taken beyond a mere warning or admonishment, or he is cited to appear in Juvenile Court or before juvenile authorities.

**4.** Several offenses may be cleared by one arrest and multiple arrests may clear only one case.

**F. Exceptional Clearances:**

In certain situations, Officers are not able to clear a case by arrest. They may have done everything possible to clear the case but circumstances prevent charges from being filed. If all four of the following questions can be answered "yes", the offense can be exceptionally cleared.

**1.** Has the investigation definitely established the identity of the offender?

**2.** Is there enough information to support an arrest and prosecution?

**3.** Is the exact location of the offender known so the suspect can be taken into custody?

**4.** Is there some reason beyond Law Enforcement's control that prevents you from arresting, charging, and prosecuting the offender?

**5.** Generally, an offense can be cleared exceptionally if it falls into one of the following categories:

**a. Death of the offender:** When the perpetrator of the offense dies during the commission of the offense or prior to his/her arrest.

**b. Extradition Declined:** When an Agency is notified that a person that they have a current warrant on has been arrested by another agency and extradition is declined by either Agency.

**c. Victim/Witness Refuses to cooperate:** This action does not unfound the offense.

**d.  Juvenile/No Custody:**  When a juvenile is identified as the perpetrator and the Department handles the matter in-house, or by a Social Service Agency, and no prosecution is required.

**e.  Arrest on Primary Offense, Secondary Offense without Prosecution:**  When an arrest was made and the subject has committed several offenses that can be cleared and the State Attorney decides not to prosecute on some of the cases.

**f.  Prosecution Declined:**  When an Agency has identified the offender and has sufficient evidence to prosecute the individual, but prosecution is not pursued on this offense.

**G.  Reclassification:**

The Uniform Crime Reporting Program (UCR) allows for the reclassification of crimes in three situations.

**1.**  When an offense is determined through investigation to be false or baseless the case will be reclassified to a Police Information.

**2.**  The offense is determined through investigation to be a higher or lower crime than originally classified.

**3.**  The offense is classified as, and meets the criteria of, justifiable homicide for the UCR Program.

**H.  Multiple Clearances:**

When a case is cleared by the arrest of a subject who is later identified as the perpetrator of other cases, all these cases may be listed under one master case number.  Using the master case number and listing all related case numbers on the supplemental report may then clear these cases.

**I.  Patrol Arrest Assist:**

This classification is to be used when a Patrol Officer makes the physical arrest and a Detective is assigned to do the follow-up investigation and take all necessary statements.

**DEFINITIONS:**

None

APPROVED BY:

**02/15/2013**

**Vincent R. Affanato                Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**  Crime Scene Admission Log.

- **Appendix B-1:**  Rights Confirmation Form (English).

- **Appendix B-2:**  Rights Confirmation Form (Spanish).

- **Appendix C:**  Waiver of Reading and Signing Statement Form.

- **Appendix D:**  Tape Processing Card.

- **Appendix E:**  Crime Scene Vehicle Log.

- **Appendix F:**  Hollywood Police Door Hanger.

Case #_____



# HOLLYWOOD POLICE DEPARTMENT
## CRIME SCENE ADMISSION LOG

Assigned Officer:_____        Lead Detective:_____

Date:_____Time:_____        Location:_____

| Date | Name | Agency/Dept. Unit/Section | Reason for Entry | Time In | Time Out |
|------|------|---------------------------|------------------|---------|----------|
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |
|      |      |                           |                  |         |          |

Note: A Crime Scene Log(s) will be used at all Crime Scenes, **without exception**.

# HOLLYWOOD POLICE DEPARTMENT

## STATEMENT OF RIGHTS

**Subject:** _____  **Place:** _____

**Officer:** _____  **Date:** _____

**Assisting Officer:** _____  **Time:** _____

**Case # :** _____

_____, before I ask you any questions, I want to advise you of Your Rights under the law. Do you understand that I am a Police Officer?   Yes___No ___ (initial)____

You have the right to remain silent and refuse to answer questions. Do you understand? Yes___No___ (initial)____

Anything you say can be used against you in a Court of Law. Do you understand? Yes ___ No ____(initial)____

You have the right to speak with an attorney before speaking to the Police and to have an attorney present during questioning now or in the future.  Do you understand?  Yes ___ No ___ (initial)____

If you cannot afford an attorney, one will be appointed to represent you before any questioning if you wish.  Do you understand?  Yes ___ No ___ (initial)____

If you decide to answer questions now without an attorney present you will still have the right to stop answering at any time and speak with an attorney.  Do you understand? Yes ___ No ___ (initial)____

In regards to this investigation, have you previously asked any Police Officer to allow you to speak to an attorney?  Yes ___ No ___ (initial)____

Knowing and understanding your rights as I have explained them to you, are you willing to answer my questions without an attorney present?  Yes ___ No ___ (initial)____

I,_____, have read or have had this Statement of Rights read to me.  No threats or promises have been made to me.  I understand my rights and am willing to answer questions now without an attorney present.

**Signed:**_____  **Print Name:**_____

**Witness:**_____  **Witness:**_____

**Date:** _____  **Time:** _____

# HOLLYWOOD  POLICE  DEPARTMENT

## La DECLARACION DE DERECHOS

**Subject:**_____     **Place:**_____

**Detective**:_____     **Date:**_____

**Assisting Officer:**_____     **Time:**_____

Antes que yo le pregunte cualquier cosa, quiero avisarle de Sus Derechos bajo la ley. ¿Entiende usted que yo soy un Oficial de la Policía? Sí___No ___ (initial)____

Usted tiene el derecho de permanecer callado y negarse a contestar las preguntas. ¿Entiende usted? Sí___No___ (initial)____

Cualquier cosa que usted diga puede ser usado contra usted en un Tribunal de la Ley. ¿Entiende usted? Sí ___ no ___ (initial)____

Usted tiene el derecho de hablar con un abogado antes hablar con la Policía y para tener un presente un abogado durante inquisitivo ahora o en el futuro. ¿Entiende usted? Sí ___ no ___ (initial)____

Si usted no puede pagar a un abogado, uno se designará a representarlo antes inquisitivo si usted desea. ¿Entiende usted? Sí ___ no ___ (initial)____

Si usted decide contestar las preguntas ahora sin un abogado presente, usted tendrá todavía el derecho de parar de contestar las preguntas en cualquier momento y hablar con un abogado. ¿Entiende usted? Sí ___ no ___ (initial)____

¿Con respecto a esta investigación, usted le ha preguntado anteriormente a cualquier Oficial de la Policía que le permitiera a usted hablar con un abogado? Sí ___ no ___ (initial)____

¿Sabiendo y Entendiendo sus derechos como yo se los he explicado a usted, usted está dispuesto a contestar mis preguntas sin un abogado estando presente? Sí ___ no ___ (initial)____

Yo, _____, he leído o alguien me ha leído esta Declaracion  de Derechos. Ningunas promesas ni amenzas han sido hechas hacia mi. Yo entiendo mis derechos y estoy despuesto a contestar Las preguntas ahora sin un Abogado estando presente.

**Firma:**_____     **Nombre:**_____

**Testigo:**_____     **Testigo:**_____

**Fecha:**_____     **Hora:**_____

# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## WAVIER OF READING AND SIGNING STATEMENT

The undersigned _____ , having been duly sworn states that he/she has been fully advised of his/her rights to read and sign the statement(s) given by him/her to Officers of the **Hollywood Police Department** pursuant to their investigation of matters connected with **Hollywood Police Case Number** _____ and that he/she does hereby freely and with full knowledge waive said rights and privileges, reading and signing of his/her sworn tape recorded statement.

_____          Dated: _____

       **AFFIANT**

Sworn to and Subscribed before me this _____ day of _____, 20_____

                      _____

                      **NOTARY PUBLIC/POLICE OFFICER**

SIGNAL: _____        CASE #: _____

ORIGINAL/COPY                    DATE OF ARREST _____

PRIORITY: YES/NO                 SUPERVISOR _____

DETECTIVE/BADGE: _____

NAME: _____        DATE: _____

NAME: _____        DATE: _____

NAME: _____        DATE: _____

NAME: _____        DATE: _____

NAME: _____        DATE: _____

**C A S E #** _____

# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## CRIME SCENE VEHICLE LOG

**DATE:**_____       **TIME:**_____       **LOCATION:**_____

**ASSIGNED OFFICER:**_____       **LEAD DETECTIVE:**_____

| VEHICLE INFORMATION | NAME | REASON TO ENTER | TIME IN/OUT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# *Hollywood Police Department*



# <u>NOTICE</u>

The Hollywood Police Department is requesting your assistance regarding an incident that occurred recently in your area.

Please contact the Detective listed below within 72 hours of receiving this notice.

Your cooperation is greatly appreciated.

### *Office of the Police Chief*

Hollywood Police Department
Criminal Investigations Division
3250 Hollywood Boulevard
Hollywood, FL 33021
(954) 967-4411

Detective: _____

|  | **CRIMES AGAINST PERSONS** | |
| --- | --- | --- |
| | **DEPARTMENT SOP: #246** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/11/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:**   This SOP establishes general guidelines and procedures for the initial responding Officer to follow when investigating crimes against persons incidents.  This SOP is intended to outline the procedures for handling crimes against persons incidents not covered in other Departmental SOPs.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:** The investigation of crimes committed against persons is a top priority of the Department.  These crimes will be completely and professionally investigated with the protection of persons and the arrest of perpetrators as the ultimate goals.

**INDEX:**

**I.    INFORMATIONAL RESOURCES ..........1**

A.    Florida Criminal Law Handbook: .........1
B.    Departmental SOPs:.............................1

**II.   REQUIRED PROCEDURES & REPORTS .........................................2**

A.    General Procedures:.............................2
B.    Required Reports:................................2

**III.  DEATH INVESTIGATIONS ...................2**

**IV.   ROBBERY .........................................2**

A.    Officers Responsibilities: ....................2
B.    Witness Contacts:................................3

**V.    ASSAULT AND BATTERY ...................3**

A.    Assault (FSS 784.011): .......................3
B.    Aggravated Assault (FSS 784.021): ....3
C.    Battery (FSS 784.03): .........................3
D.    Aggravated Battery (FSS 784.045): ....3

**VI.   SEXUAL BATTERY ..............................4**

**VII.   DOMESTIC/DATING VIOLENCE...........4**

**VIII.  CHILD ABUSE AND NEGLECT ............4**

**IX.    ARSON ...................................................4**

A.    Control of Operations: .........................4
B.    Investigative Procedures: ....................4

**X.    HATE CRIME REPORTING ...................5**

A.    Reporting Requirements: ....................5
B.    Florida Hate Crime Statistical Report Form: ....................................................5

**XI.    DEFINITIONS: ........................................5**

A. HATE CRIME:............................................5

**PROCEDURE:**

**I.    INFORMATIONAL RESOURCES**

  **A.  Florida Criminal Law Handbook:**

    Florida State Statute defines the legal elements and statutory requirements of each crime addressed in this SOP.  Officers are to refer to the Florida Criminal Law Handbook and Hollywood Police Department Legal Bulletins for further guidance and information.

  **B.  Departmental SOPs:**

    The following Departmental SOPs contain comprehensive procedures and guidelines specific to, or in enhancement of the topics covered in this SOP.  Members will refer to the following SOPs as needed.

    **1.**  Death Investigations SOP #247.

**2.** Domestic/Dating Violence SOP #250.

**3.** Sexual Battery Investigations SOP #249.

**4.** Criminal Investigations SOP #245.

**5.** Property & Evidence SOP #270.

**6.** Arrest Procedures SOP #203

**II. REQUIRED PROCEDURES & REPORTS**

**A. General Procedures:**

The following procedures will be followed in all cases involving crimes committed against persons.

**1.** The care and treatment of victims will be the first concern of the Officer arriving to investigate any crimes against persons incident.

**2.** The protection of crime scenes and the preservation, collection and submission of evidence will be conducted in accordance with the guidelines and procedures established in the **Criminal Investigations** and **Evidence and Property SOPs**.

**3.** Officers are encouraged to use all resources available to aid victims of crime or to make proper referrals to other Agencies. The Department's Victim Advocate Unit is available for assistance on a 24-hour basis.

**4.** Officers will locate all witnesses and broadcast B.O.L.O. descriptions of suspects, vehicles, weapons, direction of travel, etc., when applicable.

**B. Required Reports:**

A Mobile Field Report is required on all crimes against persons incidents.

The Mobile Field Report will be called in on a priority basis in the following instances:

**1.** All Felony Arrests.

**2.** Robbery.

**3.** Homicide.

**4.** Sexual Battery.

**5.** Aggravated Assault or Aggravated Battery.

**6.** Burglary when an Assault or Battery occurred.

**7.** Kidnapping and/or False Imprisonment.

**8.** Domestic/Dating Violence.

**9.** Child Abuse/Neglect.

**III. DEATH INVESTIGATIONS**

Members will refer to the **Death Investigations SOP #247**.

**IV. ROBBERY**

The elements of the crime of robbery are described in the current Florida Criminal Law Handbook.

**A. Officers Responsibilities:**

The following procedures will be followed when dispatched to the scene of a robbery:

**1.** Officers should consider the suspect's possible avenues of escape while enroute to the scene.

**2.** Officers will identify and briefly question witnesses to obtain a suspect description and broadcast a BOLO as soon as possible.

**3.** If the robbery occurred at a place of business, access to the crime scene area will be restricted to the degree possible to preserve the crime scene and facilitate the Police investigation.

**4.** A Supervisor will be notified of all robberies.

**5.** The Crime Scene Investigations (CSI) Unit will be requested to respond to the scene for processing.

**B. Witness Contacts:**

The following procedure will be followed when interviewing a witness at a robbery scene.

**1.** Officers will attempt to keep the victim and all witnesses separated from one another so they do not compare descriptions of the suspect(s) or vehicle(s) involved.

**2.** The identity of witnesses should be verified by picture I.D., whenever possible. Their name, address, date of birth, home and work telephone numbers should be obtained.

## V. ASSAULT AND BATTERY

**A. Assault (FSS 784.011):**

The elements of the crime of assault are described in the current Florida Criminal Law Handbook.

In non-domestic violence cases, if the assault is not committed in the Officer's presence, the victim will be advised of his right to secure a warrant from the State Attorney's Office. Additionally, Officers will provide the victim the Form, "Procedures for Filing a Misdemeanor Warrant". The Officer will provide the victim with the complaint number of the incident.

**B. Aggravated Assault (FSS 784.021):**

The elements of the crime of aggravated assault are described in the current Florida Criminal Law Handbook.

**1.** The crime scene will be preserved in accordance with established Departmental SOPs.

**2.** If the weapon involved is a firearm, it will be necessary to have the firearm test fired and/or examined in accordance with policy as outlined in the **Property and Evidence SOP #270**.

**C. Battery (FSS 784.03):**

The elements of the crime of battery are described in the current Florida Criminal Law Handbook.

**1.** A Law Enforcement Officer may make an arrest for battery if probable cause exists, regardless of whether the Officer witnessed the battery.

**a.** Corroborating evidence should exist to support the victim's claim, and

**b.** The suspect must still be on scene, or in close proximity to the scene.

**2.** If the battery is not committed in the Officer's presence, and the Officer does not possess probable cause to arrest, or conflicting statements or other circumstances dictate that an immediate arrest would not be prudent, an arrest will not be made. Officers will be guided as follows:

**a.** The victim will be advised of his right to secure a warrant from the State Attorney's Office.

**b.** The Officer will provide the victim with the Form, "Procedures for Obtaining a Misdemeanor Warrant".

**c.** The Officer will provide the victim with the case number of the incident.

**D. Aggravated Battery (FSS 784.045):**

The elements of the crime of aggravated battery are described in the current Florida Criminal Law Handbook.

1. If serious bodily injury or the possibility of death exists, a Patrol Sergeant will be notified to respond to the scene.

2. The Shift Lieutenant will determine the necessity for summoning a Detective to the scene.

3. The crime scene will be preserved and the CSI Unit will be requested to respond to process the scene and photograph the victim's injuries.

4. If the injuries sustained may result in the victim's death, the victim's clothing will be secured and taken into custody by a Crime Scene Investigator in accordance with proper evidence collection guidelines.

5. If the weapon involved is a firearm, it will be necessary to have this firearm test fired and/or examined in accordance with the **Evidence and Property SOP #270**.

6. In all cases where the victim of the battery is a Police Officer and charges of Battery on a Law Enforcement Officer and/or Resisting Arrest with Violence are to be filed, the case will be filed in person by the victim Officer.  The following documentation will be required:

   a. An audio statement from the victim Officer, other Officer(s) and/or civilian witnesses.

   b. Photographs of any visible physical injury.

   c. A report or statement from the treating physician along with any medical bills, the Police report, and the Probable Cause Affidavit.

## VI. SEXUAL BATTERY

The elements of Sexual Battery Crimes are described in the current Florida Criminal Law Enforcement Handbook.  Members will refer to the **Sexual Battery Investigations SOP #249** for further information and guidance.

## VII. DOMESTIC/DATING VIOLENCE

The elements of Domestic and Dating Violence Crimes are described in the current Florida Criminal Law Handbook.  Members will refer to **Domestic/Dating Violence SOP# 250 for** further information and guidance.

## VIII. CHILD ABUSE AND NEGLECT

The elements of Child Abuse and Neglect are described in the current Florida Criminal Law handbook. Members will refer to the **Child Abuse/ Neglect SOP #253** for further information and guidance.

## IX. ARSON

The elements of the crime of Arson are described in the current Florida Criminal Law Handbook.

**A. Control of Operations:**

The highest-ranking Fire Department Member on scene will be in charge during fire-fighting operations.  When fire-fighting operations are completed, the scene will be released to Fire and Police Arson Investigators.

**B. Investigative Procedures:**

The following procedures will be followed whenever there has been a fire and arson is suspected as the cause:

1. At all in progress or suspected arson scenes, the Fire Department will be notified and the crime scene secured.  Only those personnel directly involved in the investigation will be allowed inside the crime scene.

2. A Uniformed Officer assigned by the Patrol Supervisor will maintain a Crime Scene Admission Log.

3. The Investigative Services Section / Arson Unit will be notified immediately and a joint investigation with

the Fire Department will be conducted. The CSI Unit will be called to process the scene.

## X. HATE CRIME REPORTING

### A. Reporting Requirements:

Members investigating reported hate crimes will complete a Mobile Field Report regardless of whether the offense was committed or attempted.

1. Mobile Field Reports documenting hate crimes will be completed on a priority basis.

2. When a hate crime involves more than one distinct offense, the most serious offense will be listed as the primary offense.

### B. Florida Hate Crime Statistical Report Form:

The Florida Hate Crime Statistical Report Form (see **Appendix A**) will be completed in all instances where an investigation determines that the motivation behind the criminal act was "hate related".

1. The Hollywood Police case number will be used as the case number on the Form.

2. The Criminal Investigations Division will be responsible for completing and transmitting the form to F.D.L.E.

## XI. DEFINITIONS:

### A. HATE CRIME:

The Florida Legislature defines a hate crime as a committed or attempted act by any person or group of persons against a person or the property of another person or group, which in any way constitutes an expression of hatred toward the victim because of his personal characteristics. Personal characteristics include race/color, religion or ethnicity/ancestry/national origin. The mention of a prejudiced remark does not neces-

sarily make a criminal incident hate-motivated. Law Enforcement Officers must rely on their investigative judgement and use probable cause standards to assist them in determining whether a specific incident constitutes a hate motivated crime. Statements of victims and/or witnesses, as well as physical evidence, may be used to make this determination.

APPROVED BY:

*Chadwick E. Wagner*   **05/28/2009**
**Chadwick E. Wagner**          Date
**Chief of Police**

## ATTACHMENTS:

- **Appendix A:** Florida Hate Crime Statistical Report Form.

## FLORIDA DEPARTMENT OF LAW ENFORCEMENT
# FLORIDA HATE CRIME STATISTICAL REPORT FORM

☐ No Activity Reported for the Month of _____

**KEY**

AGENCY ORI `FLO` [ ][ ][ ][ ][ ][ ]        AGENCY NAME _____

CASE NUMBER [ ][ ][ ][ ][ ][ ][ ][ ][ ]        PAGE _____ OF _____

**AMD**
☐ 1. ADD
☐ 2. MODIFY
☐ 3. DELETE

**DATE REPORTED (MM-DD-YYYY)** [ ][ ][ ][ ][ ]

**TIME REPORTED (MILITARY)** [ ][ ][ ][ ]

**INCIDENT STATUS**
☐ VERIFIED
☐ UNVERIFIED
☐ UNFOUNDED

**MOTIVATION**
☐ RACE/COLOR          ☐ SEXUAL ORIENTATION
☐ RELIGION            ☐ ADVANCED AGE
☐ ETHNICITY/          ☐ MENTAL/PHYSICAL
  NAT'L ORIGIN          DISABILITY

**OFFENSE CODE** [ ][ ][ ][ ]

A. ATTEMPTED
C. COMMITTED

**NUMBER OF OFFENSES** [ ][ ]

**INCIDENT DATA**

**INDICATORS**
☐ WORDS
☐ SYMBOLS
☐ GESTURES
☐ SERIES OF INCIDENTS
☐ HOLIDAY/DATE
☐ RECENT PUBLIC FOCUS
☐ NEIGHBORHOOD CHANGE
☐ OTHER _____

**ACTIVITIES**
☐ BREAK WINDOW
☐ DESTROY LANDSCAPE
☐ BURN CROSS
☐ DAMAGE SYMBOL
☐ PHONE THREAT
☐ MAIL THREAT
☐ VERBAL THREAT
☐ ANIMAL/PARTS
☐ BRAND/TATTOO
☐ BLOOD
☐ SPIT
☐ DEFECATE/URINATE
☐ GRAFFITI
☐ WEAR HOOD/SPECIAL CLOTHING
☐ OTHER _____
_____
_____

**SYMBOLS**
☐ COLORS/GANG SIGN
☐ SWASTIKA
☐ RITUALISTIC
☐ OTHER RELIGIOUS
☐ POLITICAL/SLOGAN

☐ OTHER _____

**LOCATION TYPE**
01 RESIDENCE-SINGLE   05 CONVENIENCE STORE   09 SUPERMARKET   13 BANK/FINANCIAL INST   17 GOVT/PUBLIC BLDG   21 AIRPORT   25 PARKING LOT GARAGE   29 MOTOR VEHICLE
02 APARTMENT/CONDO   06 GAS STATION   10 DEPT/DISCOUNT STORE   14 COMMERCIAL/OFFICE BLDG   18 SCHOOL/UNIVERSITY   22 BUS RAIL TERMINAL   26 HIGHWAY ROADWAY   30 OTHER MOBILE
03 RESIDENCE-OTHER   07 LIQUOR SALES   11 SPECIALTY STORE   15 INDUSTRIAL/MFG   19 JAIL/PRISON   23 CONSTRUCTION SITE   27 PARK WOODLANDS FIELD   99 OTHER
04 HOTEL/MOTEL   08 BAR/NIGHTCLUB   12 DRUG STORE/HOSPITAL   16 STORAGE   20 RELIGIOUS BLDG   24 OTHER STRUCTURE   28 LAKE WATERWAY

**GEOGRAPHIC INDICATOR (OPTIONAL)** [ ][ ][ ][ ][ ][ ]

**TYPE WEAPON**
00 N/A
01 HANDGUN
02 RIFLE
03 SHOTGUN
04 FIREARM
05 KNIFE/CUTTING INSTRUMENT
06 BLUNT OBJECT
07 HANDS/FIST&FEET
08 POISON
09 EXPLOSIVES
10 FIRE/INCENDIARY
11 THREAT/INTIMIDATION
12 SIMULATED WEAPON
13 DRUGS
88 UNKNOWN
99 OTHER

**VICTIM DATA**

**VICTIM TYPE**
1 PERSON
4 BUSINESS
6 RELIGIOUS FACILITY
7 ORGANIZATION
9 OTHER

**RACE**
N N/A
W WHITE
B BLACK
I AMER INDIAN
O ORIENTAL ASIAN

**SEX**
N N/A
M MALE
F FEMALE

**RESIDENCE TYPE**
0 N/A
1 CITY
2 COUNTY
3 FLORIDA
4 OUT-OF-STATE

**EXTENT OF INJURY**
0 NONE
1 MINOR
2 SERIOUS
3 FATAL

**VICTIM KNEW OFFENDER**
0 N/A
1 YES
2 NO
00 UNKNOWN

**RELIGION**
N N/A
C CATHOLIC
P PROTESTANT
J JEWISH
I ISLAM
H HINDU
O OTHER

**SEXUAL ORIENTATION**
0 N/A
1 HOMOSEXUAL
2 HETEROSEXUAL
3 BISEXUAL

| AMD | VICTIM # | TYPE | RACE | SEX | AGE | RES TYPE | EXTENT INJURY | KNEW OFFENDER | RELIGION | SEXUAL | NATIONAL ORIGIN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**PROPERTY**

**STATUS CODE:**  1. STOLEN          2. RECOVERED          3. STOLEN/RECOVERED          9. DAMAGED/DESTROYED

| AMD | STATUS | VALUE STOLEN/DAMAGED | VALUE RECOVERED |
|---|---|---|---|
| | | | |

**OFFENDER DATA**

**RACE**
W. WHITE
B. BLACK
I. AMER. INDIAN
O. ORIENTAL/ASIAN
U. UNKNOWN

**SEX**
M. MALE
F. FEMALE
U. UNKNOWN

**RESIDENCE TYPE**
1. CITY
2. COUNTY
3. FLORIDA
4. OUT-OF-STATE
8. UNKNOWN

**DRUG/ALCOHOL USE INDICATED**
1. YES
2. NO
8. UNKNOWN

**ACTED AS**
1. INDIVIDUAL
2. GROUP MEMBER
8. UNKNOWN

**ARRESTED**
1. YES
2. NO

| AMD | OFFENDER # | RACE | SEX | AGE | RES TYPE | DRUG/ ALC. | ACTED AS | IF GROUP, PLEASE SPECIFY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ARRESTED [ ]    ARREST # [ ][ ][ ][ ][ ][ ][ ][ ]    OBTS # [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

| AMD | OFFENDER # | RACE | SEX | AGE | RES TYPE | DRUG/ ALC. | ACTED AS | IF GROUP, PLEASE SPECIFY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ARRESTED [ ]    ARREST # [ ][ ][ ][ ][ ][ ][ ][ ]    OBTS # [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

| AMD | OFFENDER # | RACE | SEX | AGE | RES TYPE | DRUG/ ALC. | ACTED AS | IF GROUP, PLEASE SPECIFY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

ARRESTED [ ]    ARREST # [ ][ ][ ][ ][ ][ ][ ][ ]    OBTS # [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

| | **DEATH INVESTIGATION** | |
|---|---|---|
|  | **DEPARTMENT SOP: #247** | **CFA STANDARDS** |
| | **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:**   The purpose of this SOP is to establish procedures and guidelines for the investigation of deaths.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Department is dedicated to conducting a thorough investigation of all deaths that are unattended, unintentional, suspicious, or caused by a criminal act while respecting the physical and emotional needs of the family and friends of the decedent.  Therefore, Members are encouraged to provide a professional and compassionate work environment while in their presence and answer questions openly and honestly without jeopardizing the integrity of the investigation.

**INDEX:**

I.   GENERAL INFORMATION ......................2

   A.   Traffic Homicide Investigations:...........2
   B.   Homicide Investigations:......................2
   C.   Medical Examiner Investigations:........2

II.   GENERAL DEATH SCENE PROTOCOL 2

   A.   Rescue Requests: ..............................2
   B.   Police & Fire Rescue Response:.........3
   C.   Preliminary Investigation Procedures:..3

III.   PROTOCOL FOR DEATHS REQUIRING AN INVESTIGATIVE SERVICES SECTION DETECTIVE ............................................4

   A.   Ensure Required Response: ...............4
   B.   Secure the Scene: ..............................4
   C.   Preservation of Evidence:...................4
   D.   Identification and Preliminary Interviews: ......................................................4

   E.   Field Dictation Reports and Supplements: ................................................4
   F.   Supervisor Responsibilities: ...............4
   G.   Homicide Unit Detective .....................5
   H.   Investigative Services Section Supervisor: .....................................................5

IV.   SPECIAL INVESTIGATIVE REQUIREMENTS ............................................5

   A.   Suicide:................................................5
   B.   In-Custody Death: ..............................6

V.   NATURAL DEATHS ..............................6

   A.   Examination of the Decedent: ............6
   B.   Examination of the Residence or  Area: 6
   C.   Contacting the Attending Physician: ...7
   D.   Contacting the Medical Examiner's Office:7
   E.   Hospice Care:......................................7
   F.   Nursing Homes:...................................7

VI.   ON SCENE PROCEDURES ...................7

   A.   Removal Of Decedent: ........................7
   B.   Securing Property at the Scene of a Death:8

VII.   NOTIFYING NEXT OF KIN: ...................8

   A.   Next of Kin: .........................................8
   B.   Notification Within the City: ................8
   C.   Notification Outside the City: ..............9
   D.   Notification Requests from Outside Agencies. ...................................................9

VIII.   REPORTING REQUIREMENTS ..........10

   A.   Field Dictation Report:.......................10
   B.   The Medical Examiner Investigation Report: ..........................................................10
   C.   The Law Enforcement Custodial Death Report:..........................................................10

IX.   DEFINITIONS: .....................................10

   A.   BLOOD RELATIVE: ..........................10

B.   HOMICIDE:.........................................10
C.   HOSPICE PROGRAM:.......................10
D.   MEDICAL EXAMINER'S CASE:........10
E.   SUICIDE: ...........................................10
F.   UNATTENDED DEATH:....................11
G.   IN CUSTODY DEATH: ......................11

**PROCEDURE:**

## I.   GENERAL INFORMATION

The Department is responsible for conducting an investigation of all deaths that are unattended, unintentional, suspicious, or purposeful.

### A.   Traffic Homicide Investigations:

The Department's Traffic Unit (See **Traffic Accidents SOP #231**) will investigate unintentional deaths which occur as a result of a traffic crash.

### B.   Homicide Investigations:

The Investigative Services Section's Homicide Unit in liaison with the Medical Examiner's Office will investigate deaths involving any of the following circumstances:

1.   Accidental, not caused by a traffic crash.

2.   Suspicious or unusual.

3.   Caused by a criminal act.

4.   Suicide.

5.   Suddenly, when in apparent good health.

6.   In Police custody.

7.   Toxic Agent.

8.   Train Crash not involving a motor vehicle.

9.   Drowning.

10.   Overdose of alcohol, medication or controlled substance.

11.   Police Involved Shootings

### C.   Medical Examiner Investigations:

Florida Statute 406.11, defines those cases justifying inquiry by the Medical Examiner.   Therefore, in addition to those cases investigated by the Homicide Unit, the Medical Examiner is required to be contacted for deaths that involve any of the following circumstances:

1.   Unattended by a practicing Physician or other recognized Practitioner.

2.   Criminal abortion.

3.   Poisoning.

4.   Disease, constituting a threat to public health.

5.   Resulting from injury.

6.   Resulting from a traffic crash.

7.   When a dead body is brought into the State without proper medical certification.

8.   When a body is to be cremated, dissected, or buried at sea.

9.   Natural Deaths:

a.   When an attending physician will <u>not</u> sign the death certificate, the death will become a Medical Examiner's Case.

b.   If the attending physician agrees to sign the death certificate, the death does not become a Medical Examiner's Case but still requires the Medical Examiner's Office to be contacted.

## II.   GENERAL DEATH SCENE PROTOCOL

### A.   Rescue Requests:

Under normal circumstances, Fire Rescue will be dispatched to respond to death scenes, however, the first re-

sponding Officer will ensure that Fire Rescue has been dispatched.

**B.   Police & Fire Rescue Response:**

The preservation of life will always take precedence over the safeguarding of evidence.  Therefore, responding Officers must remain aware and work in conjunction with Fire Rescue to preserve evidence whenever possible.

1.   Fire Rescue will conduct the initial examination of all victims and advise the Police Department if a death has occurred.

2.   In cases of obvious death, (e.g., the body is putrefied or destroyed, cold and stiff due to rigor mortis) the ranking Officer on scene will determine if Fire Rescue is necessary.  If utilized, the Officer will escort one person from Fire Rescue to the site of the body for death verification.

3.   Fire Rescue will be requested to pronounce death **in all** Police Involved fatalities i.e. Police shooting.

4.    Rescue's presence will always be recorded on the Crime Scene Admission Log (see **Appendix A**) at scenes requiring the response of a Homicide Detective.

5.   Officers will ensure that the following is documented:

   a.   The collection of any clothing or evidence removed from the victim.

   b.   Any disturbance or alterations to the scene during rescue operations.

   c.   The names of Fire Rescue personnel on scene.

**C.   Preliminary   Investigation   Procedures:**

When an Officer is dispatched to a death, he will proceed as follows:

1.   Secure the scene.

2.   Determine if additional victims are present.

3.   Notify a supervisor of the circumstances.

4.   Attempt to determine if the death is from natural causes or circumstances of a suspicious nature.

   a.   If the death meets any of the criteria in **Section I, Paragraph B, Homicide Investigations**, a Homicide Unit Detective will be called to the scene.

   b.   If the death appears to be from natural causes, the procedures outlined in **Section V, Natural Causes** will be followed.

5.   Locate and interview all witnesses or relatives to determine the following:

   a.   Who last saw the decedent alive?

   b.   When and where did they last see the decedent?

   c.   What may have caused the death of the decedent?

   d.   Establish the existence of narcotics, weapons, or notes.

6.   Record the following information:

   a.   Fire Rescue personnel.

   b.   Location of the decedent.

   c.   Position of the decedent.

   d.   Condition of the scene.

   e.   Clothing, jewelry, or other items on the body.

   f.   Body temperature

   g.   Observable trauma.

**(1).** Wounds or marks.

**(2).** Any unusual bleeding or discoloration of the skin.

**h.** Race and sex of the decedent.

**7.** Notify the Crime Scene Unit to respond for photographs.

## III. PROTOCOL FOR DEATHS REQUIRING AN INVESTIGATIVE SERVICES SECTION DETECTIVE

In addition to the procedures outlined in **Section II**, **General Death Scene Protocol**, if the death meets any of the criteria in **Section I**, **Paragraph B**, **Homicide Investigations**, the following will be completed by the responding Officers:

### A. Ensure Required Response:

Ensure the response of the following personnel:

**1.** Homicide Unit Detective.

**2.** Patrol Supervisor.

**3.** Crime Scene Unit.

### B. Secure the Scene:

Utilize the following resources to secure the scene:

**1.** Crime scene tape.

**2.** Crime Scene Admission Log.

**3.** Latex gloves and foot coverings.

**4.** Additional Officers.

### C. Preservation of Evidence:

Responding Officers will identify and preserve all possible evidence at the scene and collect evidence only when the possibility exists that evidence will be destroyed, contaminated, or lost.

### D. Identification and Preliminary Interviews:

Officers should begin to identify and conduct preliminary interviews of the following people:

**1.** Fire Rescue personnel.

**2.** Bystanders (even if they say they did not observe anything).

**3.** Witnesses (keep separated).

**4.** Neighbors (canvass the area).

**5.** Suspects will be identified and secured but will <u>not</u> be interviewed or read Miranda rights. However, any unsolicited statements made by the suspect will be documented.

### E. Field Dictation Reports and Supplements:

Officers who respond to the scene will discuss their findings with the responding Detective and document their actions on a Supplemental Report. A Field Dictation Report will only be completed when directed by the investigating Detective.

### F. Supervisor Responsibilities:

The on-scene Supervisor will be in charge of a homicide investigation until relieved by an Investigative Services Section Supervisor.

The first responding Supervisor will:

**1.** Ensure the crime scene is protected from outside sources.

**2.** Establish an inner perimeter surrounded with crime scene tape for identification.

**3.** Assign "Protecting" Officers to provide security for the crime scene. The "Protecting" Officers will be responsible for:

**a.** Preventing unauthorized admission into the crime scene.

**b.** Starting and maintaining a Crime Scene Admission Log until the crime scene is resolved. At any crime scene , all persons will be required to sign the Log prior to admission into the crime scene.

**c.** Issue latex gloves and protective footwear to each person entering the crime scene. These gloves will be worn at all times within the crime scene perimeter.

**6.** Ensure compliance with relevant Departmental SOP's.

**G. Homicide Unit Detective**

The responding Homicide Unit Detective is responsible for:

**1.** Directing the actions of Officers and Crime Scene Technician.

**2.** Requesting additional assistance.

**3.** Conferring with Supervisors.

**4.** Gathering preliminary investigative information from assisting Officers.

**H. Investigative Services Section Supervisor:**

The responding Investigative Services Section Supervisor is responsible for:

**1.** Relieving the Patrol Supervisor of crime scene responsibility.

**2.** Notifying his Lieutenant.

**3.** Detective assignments.

**4.** Ensuring the integrity of the crime scene and thoroughness of the investigation to include, but not limited to:

**a.** Notifying and coordinating with the Crime Scene Supervisor.

**b.** Canvassing for witnesses and/or video surveillance equipment.

**c.** Questioning all witnesses and obtaining statements.

**d.** Processing the scene and the collection of evidence.

**7.** Liaison with the State Attorney's Homicide Unit, F.D.L.E., F.B.I., or any other resource, as necessary.

**IV. SPECIAL INVESTIGATIVE REQUIREMENTS**

**A. Suicide:**

Suicides can occur from a variety of methods however some have specific requirements as follows:

**1. Suicide by Hanging:**

**a.** A Crime Scene Technician will photograph the body and ligature in the position found by the Officer.

**b.** After the Medical Examiner has authorized the removal of the body, the ligature will be cut by a Crime Scene Technician and sent to the Medical Examiner's Office along with the body.

**c.** The ligature will not be cut or untied at the knot or tie points.

**2. Suicide by Overdose:**

If it is determined that the death was drug induced, corroborated by the presence of medicine containers, record the information on the label and send all containers and medicine to the Medical Examiner's Office along with the body.

**3. Suicide by Carbon Monoxide:**

Officers should utilize Fire Rescue to discontinue the source of the toxic substance to avoid accidental exposure. Officers should advise Fire Rescue to extinguish the source of the contaminate by other methods than the one probably initiated by the victim to preserve fingerprints (i.e.; disconnect the battery instead of turning off the key to a car, avoid touching switches or knobs, etc.).

**B. In-Custody Death:**

If a subject dies while being taken into custody, while in custody, or prior to booking, the following procedures will be followed:

**1.** A Patrol Sergeant will respond to ensure:

**a.** Notification of the On-Duty Shift Lieutenant.

**b.** Notification of the Homicide Unit Detective and Supervisor.

**c.** Crime Scene Technician response.

**d.** Witness identification.

**e.** Scene Security.

**f.** Evidence collection.

**2.** The Shift Lieutenant will respond to ensure:

**a.** Notification of the Staff Duty Officer who will notify the Chief of Police.

**b.** Notification of the Professional Standards Section Major.

**c.** Notification of the C.I.D. and the Patrol Division Major.

**d.** Notification of the Public Information Officer.

**3.** The Homicide Unit Supervisor will report the death to F.D.L.E. on the Law Enforcement Custodial Death Report (see **Appendix C**).

**V. NATURAL DEATHS**

In addition to the procedures outlined in **Section II**, **General Death Scene Protocol**, if the death appears to be of natural causes, the following protocol will be implemented by the responding Officer.

**A. Examination of the Decedent:**

Officers will physically examine all parts of the decedent's body to determine the following:

**1.** Evidence of observable trauma such as:

**a.** Wounds or marks on the skin.

**b.** Unusual bleeding or discoloration of the skin.

**c.** Puncture marks.

**d.** Discoloration of the eyes to suggest strangulation.

**e.** Is lividity consistent with the position of the body?

**f.** Rigor Mortis present?

**g.** Identification of the victim to include Social Security Number.

**h.** Jewelry and valuables that can be easily removed from the body.

**B. Examination of the Residence or Area:**

Officers will physically examine the residence or surrounding area to locate:

**1.** Next of kin:

**a.** By contacting friends, neighbors, attending physicians and hospitals.

**b.** Reviewing personal articles and address books.

**2.** Medications prescribed and record the following:

**(a)** Type.

**(b)** Name.

**(c)** Dosage.

**(d)** Date prescribed.

**(e)** Prescribing Physician's name.

**3.** Attending physicians.

**4.** Positive Identification of the victim.

**5.** Pets that may require after care.

**6.** Jewelry, currency or other valuables that may need to be secured in property.

**C. Contacting the Attending Physician:**

Officers will contact the attending physician to establish if the decedent had been treated recently by a Physician. If so, document:

**1.** The decedent's medical history, known medical problems, and length of illness.

**2.** If the Physician will sign the Death Certificate.

**D. Contacting the Medical Examiner's Office:**

Regardless of whether the Physician will sign the Death Certificate, the Officer will contact the Medical Examiner's Office. If a doctor refuses to sign the Death Certificate, the death becomes a Medical Examiner's case and all medications will be delivered to the M.E. along with the victim.

**E. Hospice Care:**

Officers will not usually be called to the scene of a natural death where the decedent was a participant in the Hospice Program, however:

**1.** If an Officer is called to the scene, he will confirm that the decedent was part of the hospice program and that the death was not caused from suspicious or purposeful causes. If either fact cannot be confirmed, the Officer will investigate the death in accordance with the proper procedures.

**2.** The Medical Examiner's Office does <u>not</u> need to be contacted in cases of natural death where the decedent was a part of the hospice program.

**F. Nursing Homes:**

Officers will respond to all sudden, unexpected deaths at a nursing home facility.

**1.** The responding Officer will handle the death in accordance with the procedures outline in **Section II, General Death Scene Protocol and Section V. Natural Deaths.**

**VI. ON SCENE PROCEDURES**

**A. Removal Of Decedent:**

When the death does not require the Medical Examiner's services, and the decedent's family has not made prior arrangements or the family is unable to make decisions at the time, the Officer on scene will contact the County Contracted Body Removal Service through the Broward County Medical Examiner's Office.

**1.** Officers have the authority to order an emergency removal of a body when the health and safety of the public or emergency responders is in jeopardy. The Medical Examiner's Office will be notified immediately of this action.

**2.** The Crime Scene Unit will respond to photograph the body prior to removal, if possible.

**B. Securing Property at the Scene of a Death:**

Prior to the removal of the body, all items except clothing will be removed from the decedent. Items removed will be inventoried and documented on a Hollywood Police Property Form. A copy of the Property Form will be left in the dwelling.

**1. Decedent Residing Alone:** If the decedent resided alone, tangible personal property valued at $1000.00 or more observed in plain view, such as jewelry or currency, will be taken into custody for safekeeping.

**a.** After the decedent has been removed and before departing the scene, Officers will close and lock all doors and windows.

**b.** The City's contracted vendor will be requested to secure the residence should Officers be unable to do so.

**c.** The Officer will advise the decedent's next of kin that the Police Department has secured the scene but cannot assume any liability for the items remaining in the residence.

**d.** The next of kin will be advised if tangible personal property was removed from the scene and stored in the Department's Property and Evidence Unit.

**2. Decedent Residing with Another Person Not Related to the Decedent:** If the decedent resided with another person who is not a spouse or blood relative as defined in the **Definitions Section of this SOP,** the Officer will:

**a.** Conduct a cursory plain view search of the interior of the residence for tangible personal property that is not a fixture of the residence, i.e., jewelry, or cash.

**b.** Tangible personal property with a value of $1000.00 or more will be secured and placed into the Property and Evidence Unit for safekeeping.

**3. Decedent Residing With a Blood Relative or Spouse:** If the decedent resided with a Spouse or other blood relative, possessions found upon the decedent or inside the residence can be left in the residence or placed in the care and custody of the relative.

**VII. NOTIFYING NEXT OF KIN:**

**A. Next of Kin:**

Officers will attempt to locate and notify next of kin in the following order:

**1.** Surviving spouse;

**2.** Adult children;

**3.** Parents;

**4.** Adult siblings;

**5.** Next degree of kinship (i.e. grandparents, uncles, aunts, cousins, etc.)

**B. Notification Within the City:**

The following procedures will be followed when notifying a decedent's next of kin within the City limits.

**1.** When the next of kin of a deceased or gravely injured person lives in Hollywood, the assigned Member and a Supervisor will make all notifications in person, whenever possible.

**2.** The Department Member making the notification should have as much information as possible to enable them to carry out the notification in a professional and considerate manner.

**3.** A Supervisor may consider utilizing the services of a Police Chaplain or Victim Advocate to assist in the notification process.

**4.** In instances where the decedent's family is at the hospital, the Member and hospital personnel will make notification in the hospital's "family room".

**5.** Members will provide support and assistance to next of kin as necessary.

**6.** Supervisory Personnel will ensure that every reasonable effort has been made to notify the next of kin.

**C. Notification Outside the City:**

The following procedures will be followed when notifying a victim's next of kin outside the City limits.

**1.** When the next of kin of a deceased or gravely injured person lives outside the City in Hollywood and person to person contact is impractical, notification may be accomplished via the next of kin's local Law Enforcement Agency.

**a.** The Member will instruct the Teletype Operator to transmit a message to the respective Law Enforcement Agency, requesting that Agency to contact the Member.

**b.** The Member may either request that the local Officer make the notification, or

**c.** The Member may request that the local Officer have the next of kin contact him directly for notification purposes.

**2.** If a victim's next of kin can not be contacted, the hospital or Medical Examiner's Office will be apprised of such.

**3.** The Member will ensure that the details concerning the notification are included in the accompanying Police report.

**D. Notification Requests from Outside Agencies.**

When the Communications Center receives a request from another Law Enforcement Agency or hospital to conduct a next of kin notification, the following will be adhered to:

**1.** Communications Personnel will advise the requesting Agency to transmit the request via Teletype to confirm the accuracy and legitimacy of the request. Teletype will record the following information:

**a.** Requesting Agency information: Officer's name, telephone number.

**b.** Next of Kin information: Name, address, telephone number, and relationship to victim.

**c.** Victim information, if a direct notification is requested.

**2.** Ascertain if the Agency is requesting this Department to complete a direct notification of the victim's condition or a notification to have the next of kin contact the requesting Agency for further details.

**3.** The Communications Center will transmit the information to the assigned Member by telephone or MDC.

**4.** The Member will make the appropriate notification, and render additional assistance and support to the next of kin, as necessary (contact the family's clergy, medical assis-

tance, assist in contacting other next of kin).

5. The Member will advise the Communications Center if notification attempts were successful.

## VIII. REPORTING REQUIREMENTS

The following report procedures will be required:

A. **Field Dictation Report:**

A Field Dictation Report will be dictated as a priority.

1. If Fire Rescue disturbed the scene prior to Police arrival, those personnel will be identified, questioned, and their actions noted in the Report.

2. Indicate in the Report if the next of kin was notified. Document their relationship, name, and contact information. Indicate if there is a need for the Investigative Services Section to follow-up on the notification.

3. Indicate in the report the names of the Medical Examiners Investigator and County's Body Removal Services personnel that were utilized.

4. In those instances where the investigation has not been concluded, Officers will classify any reports filed regarding the incident as DEATH only.

B. **The Medical Examiner Investigation Report:**

This report will be completed by the Officer responsible for the investigation (see **Appendix B**).

C. **The Law Enforcement Custodial Death Report:**

This report will be completed by the Homicide Unit Sergeant anytime a death occurs to someone in Police custody. The Law Enforcement Custodial Death

Report (see **Appendix C**) will be mailed or faxed to FDLE's Statistical Analysis Unit.

## IX. DEFINITIONS:

A. **BLOOD RELATIVE:**

For the purposes of this SOP, a Blood Relative is defined as any of the following:

- Mother

- Father

- Grandfather

- Grandmother

- Sister

- Brother

- Adult Children

B. **HOMICIDE:**

The killing of a human being by another human being.

C. **HOSPICE PROGRAM:**

A program of caring for terminally ill people so that a person may live the last days of life fully, with dignity, and in comfort, at home or in a home-like setting.

D. **MEDICAL EXAMINER'S CASE:**

Any death that falls under Florida State Statute relegating jurisdiction to the Broward County Medical Examiner's Office for disposition.

E. **SUICIDE:**

Any act taken by a person in an attempt to end their life, which results in death to the person.

**F.   UNATTENDED DEATH:**

Any death that occurs outside of a medical facility, nursing home, hospice care, or when no Physician licensed in the State of Florida will sign the Death Certificate.

**G.   IN CUSTODY DEATH:**

Deaths of all persons in the process of being arrested.  Also includes deaths of persons in physical custody, or under the physical restraint of law enforcement officers, even if the person was not formally under arrest at the time.  Persons killed by any use of force by law enforcement officers.  Deaths at a crime scene, arrest scene, or medical facility prior to booking; deaths that occur while in transit to or from law enforcement facilities, and deaths that occur while the person is confined in lockups or booking centers.

APPROVED BY:

*Chadwick E. Wagner*     **07/05/2011**
**Chadwick E. Wagner          Date**
**Chief of Police**

**ATACHMENTS:**

- **Appendix A:** Crime Scene Admission Log.

- **Appendix B:** Medical Examiner Investigation Report.

- **Appendix C:** Law Enforcement Custodial Death Report

**Case #_____**



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## CRIME SCENE ADMISSION LOG

Assigned Officer:_____    Lead Detective:_____
Date:_____ Time:_____    Location:_____

| Date | Name | Agency/Dept. Unit/Section | Reason for Entry | Time In | Time Out |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Note: A Crime Scene Log(s) will be used at all Crime Scenes, **without exception**.

**Office of the Medical Examiner**
# INVESTIGATION REPORT

Name of Deceased:_____ D.O.B._____ Age:_____ Race:_____ Sex:____

Address:_____ Telephone:_____

Occupation:_____ Employer:_____

Employer Telephone:_____ Social Security No._____

Place of Birth:_____

Date/Time Last Seen Alive:_____/_____/_____ _____M.  or Date found:_____/_____/_____ ____M.

Present at Time of Death:_____ Identified by:_____

Medical Examiner At Scene:_____ Date/Time Arrived:____/____/____ ____M.

Circumstances of Death: Include what deceased was doing prior to death.  **(If in vehicle: _see back side of this sheet!_)**

Does deceased have history of medical problems?  Describe Scene:_____

_____

_____

_____

_____

_____

_____

_____

_____

(Circle One) Possible Manner of Death: Natural, Industrial, Accidental, Traffic, Homicide, Suicide, Undetermined

If Suicide, Is there a Note: Yes ☐  No ☐

If Violent Death:_____

_____

(Specify Exact Location: Address Street, Parking Lot, Bar, etc.)

## Weapon Information

| Weapon | Handgun: ☐ | Revolver: ☐ | Caliber or Gauge_____ |
| if | Rifle: ☐ | Semi-Auto: ☐ | Handgun Barrel length in inches_____ inches |
| Known | Shotgun: ☐ | Full Auto: ☐ | Rifle shotgun Barrel length:_____ inches |
| | Unknown: ☐ | | Unknown: ☐ |

Knife ☐ Single Edge ☐ Double Edge ☐
Rope ☐ Glass ☐ Other Specify:_____
Is weapon in control of Law Enforcement; Yes ☐ No ☐

## Physical Observations

Lividity:        Yes ☐  No ☐    Consistent ☐  Not Consistent ☐    Trauma: No ☐ Yes ☐ If yes, describe
Rigor Mortis:   None ☐  Slight ☐    Full ☐            Describe:_____
Body Heat:      Warm ☐  Cool ☐    Cold ☐            _____
Decomposition: None ☐  Slight ☐    Advanced ☐   Skeleton ☐    _____

Clothing Description:_____

_____

_____

22-366 (02/99)

# Deaths in Custody Cover Sheet

### Data Supplied By
*(who completed the form?)*

| NAME | TITLE |
|---|---|
| **PHONE #** *(include area code)* | **FAX #** *(include area code)* |
| **AGENCY NAME** | |
| **E-MAIL ADDRESS** | |

---

**What deaths should be reported?** (per Bureau of Justice Statistics, DOJ)

**INCLUDE** deaths of ALL Persons in process of arrest
- In the physical custody, or under the physical restraint of law enforcement officers, even if the person was not formally under arrest at the time;
- Killed by any use of force by law enforcement officers;
- At crime/arrest scene or medical facility prior to booking;
- While in transit to or from law enforcement facilities;
- While confined in lockups or booking centers (facilities from which arrestees are usually transferred within 72 hours and not held beyond arraignment).

**EXCLUDE** deaths of ALL persons
- Confined in local jails (facilities which typically house inmates for periods beyond 72 hours and after arraignment);
- Confined in State prisons, State juvenile correctional facilities, or private correctional facilities;
- Killed in the course of law enforcement activities against whom no charges were intended (e.g., innocent bystanders, hostages, law enforcement personnel);
- Dying while not in the physical custody, or under the physical restraint of law enforcement officers (e.g., pre-arrest suicides, and vehicular accident deaths during pursuit).

---

## RETURN ALL 3 PAGES (COVER SHEET & CJ-11A form) TO:

**Florida Statistical Analysis Center**         **FAX (850) 410-7150**
FDLE
PO Box 1489                                      E-mail: fsac@fdle.state.fl.us
Tallahassee, FL 32302-1489

**Questions?** Call 850-410-7140 **or** email fsac@fdle.state.fl.us

---

## CJ-11A  ADDENDUM

OMB No.1121-0249  Approval Expires 4/30/2006

| RETURN TO | FDLE<br>Statistical Analysis Center<br>P.O. Box 1489<br>Tallahassee, Fl. 32302<br>FAX: (850) 410-7150 | FORM CJ-11A<br>(12-17-2004) | **DEATHS IN CUSTODY, 2004**<br>— LAW ENFORCEMENT CUSTODIAL<br>DEATH REPORT |  |

State __Florida__

**Reporting Period** (Mark only one.)
- ☐ Quarter 1 (January 1 — March 31)
- ☐ Quarter 2 (April 1 — June 30)
- ☐ Quarter 3 (July 1 — September 30)
- ☐ Quarter 4 (October 1 — December 31)

**Death Number** _____
**out of period total of** _____

---

1. **What was the name of the deceased?**

   Last _____   First _____   Middle Initial _____

2. **What was the time and date of the death?**

   __ _ : _ __ ☐ AM ☐ PM   Month ____   Day ____ , 2004

3. **Where did the event causing the death occur?**

   Street address _____

   City _____

4. **What law enforcement agency was involved?**

   ORI Number _____

   Name _____

5. **What was the deceased's date of birth?**

   Month _____   Day _____   Year _____

6. **What was the deceased's gender?**

   01 ☐ Male
   02 ☐ Female

7. **What was the deceased's race/ethnic origin?**

   01 ☐ White, not of Hispanic origin
   02 ☐ Black or African American, not of Hispanic origin
   03 ☐ Hispanic or Latino
   04 ☐ American Indian/Alaska Native
   05 ☐ Asian
   06 ☐ Native Hawaiian or Other Pacific Islander
   07 ☐ Additional racial category in your information system —
        Specify

8. **Has a medical examiner or coroner conducted an evaluation to determine a cause of death?**

   01 ☐ Yes, results are available
   02 ☐ Yes, results pending
   03 ☐ No, evaluation pending
   04 ☐ No, evaluation not planned

9. **What was the manner of death?**

   01 ☐ Justifiable homicide
   02 ☐ Other homicide
   03 ☐ Suicide
   04 ☐ Accidental injury to self
   05 ☐ Accidental injury caused by others
   06 ☐ Alcohol/drug intoxication
   07 ☐ Illness/natural causes — Specify illness/cause

   08 ☐ Other — Specify

10. **What was the medical cause of death?**

11. **Had charges been filed against the deceased at the time of death?**

    01 ☐ Yes
    02 ☐ No — charges not filed, but intended
    03 ☐ No — probation/parole revocation

12. **What were the most serious offenses with which the deceased was being charged at the time of death?**

    a. _____

    b. _____

    c. _____

---

**Burden Statement**

Under the Paperwork Reduction Act, we cannot ask you to respond to a collection of information unless it displays a currently valid OMB control number.  The burden of this collection is estimated to average 60 minutes per response, including reviewing instructions, searching existing data sources, gathering necessary data, and completing and reviewing this form.  Send comments regarding this burden estimate or any aspect of this survey, including suggestions for reducing this burden, to the Director, Bureau of Justice Statistics, 810 Seventh Street, N.W., Washington, DC  20531.

---

Name of deceased _____

**13.  What were the circumstances surrounding the death?**

01 ☐ Death, or actions causing the death, occurred prior to booking — *Complete Section A*
02 ☐ Death occurred at time of booking or later — *Complete Section B*

### Section A: Deaths Prior to Booking

**A1.  Did the deceased die from a medical condition or from injuries sustained at the crime/arrest scene?**

01 ☐ Medical condition only (e.g., heart attack)
02 ☐ Injuries only
03 ☐ Both medical condition and injuries
08 ☐ Don't know

**A2.  If injured at the crime/arrest scene, how were these injuries sustained?** — *Mark (x) all that apply*

01 ☐ Inflicted by law enforcement officers present
02 ☐ Inflicted by others at crime/arrest scene
03 ☐ Self-inflicted — Accidental
04 ☐ Self-inflicted — Suicide
08 ☐ Don't know
09 ☐ Not applicable

**A3.  Was the deceased under restraint in the time leading up to the death or the events causing the death?**

01 ☐ Yes — *Mark (x) if any restraint devices were used*
  01 ☐ Handcuffs
  02 ☐ Leg shackles
  03 ☐ Other device — *Specify*
  _____

02 ☐ No
08 ☐ Don't know

**A4.  At any time during the arrest/incident, did the deceased** — *Mark (x) all that apply*

01 ☐ Appear intoxicated (either alcohol or drugs)?
02 ☐ Threaten the officer(s) involved?
03 ☐ Resist being handcuffed or arrested?
04 ☐ Try to escape/flee from custody?
05 ☐ Grab, hit or fight with the officer(s) involved?
06 ☐ Use a weapon to threaten or assault the officer(s)?
  *Specify weapon used*
  _____

07 ☐ Other — *Specify*
  _____

08 ☐ None of the above

**A5.  What type of weapon(s) caused the death?** — *Mark (x) all that apply*

01 ☐ Handgun       03 ☐ Nightstick or baton
02 ☐ Rifle/shotgun   04 ☐ Stun gun or tazer
05 ☐ Other weapon — *Specify*
  _____

06 ☐ None

**A6.  Where did the deceased die?**

01 ☐ At the crime/arrest scene
02 ☐ At medical facility
03 ☐ En route to medical facility
04 ☐ En route to booking center/police lockup
05 ☐ Elsewhere — *Specify*
  _____

08 ☐ Don't know

*Form complete.*

### Section B: Deaths After Booking

**B1.  What was the time and date of the deceased's entry into the law enforcement facility where the death occurred?**

__ __ : __ __   ☐ AM ☐ PM   Month _____ Day _____ , 2004

**B2.  At the time of entry into the facility, did the deceased** — *Mark (x) all that apply*

01 ☐ Appear intoxicated (either alcohol or drugs)?
02 ☐ Exhibit any mental health problems?
03 ☐ Exhibit any medical problems?
04 ☐ None of the above

**B3.  If death was an accident or homicide, who caused the death?**

01 ☐ Deceased
02 ☐ Other detainees
03 ☐ Law enforcement/correctional staff
04 ☐ Other persons — *Specify*
  _____

08 ☐ Don't know
09 ☐ Not applicable; cause of death was suicide, intoxication or illness/natural causes

**B4.  If death was an accident, homicide or suicide, what was the means of death?**

01 ☐ Firearm
02 ☐ Blunt instrument
03 ☐ Knife, cutting instrument
04 ☐ Hanging, strangulation
05 ☐ Drug overdose
06 ☐ Other — *Specify*
  _____

08 ☐ Don't know
09 ☐ Not applicable; cause of death was intoxication or illness/natural causes

*Form complete*

| | SEXUAL BATTERY INVESTIGATIONS | |
|---|---|---|
|  | **DEPARTMENT SOP: #249** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 08/20/2014** | **CFA:**<br><br>**18.12A-D** |

**PURPOSE:**  It is the purpose of this policy to reduce the incident and severity of sexual violence by building strong cases against suspects, protect victims of sexual violence, and to provide victims with support through a combination of Law Enforcement, as well as community and victim services.

**SCOPE:**  This policy applies to all Members of the Department.

**POLICY:**  Sexual violence has unique and profoundly devastating effects which Law Enforcement Officers need to consider during investigations.  The emphasis of this policy is to ensure that the Law Enforcement system is more accessible and sensitive to the needs of victims of sexual violence. All victims of sexual violence need and deserve the same service and compassion, whether they are strangers to, acquantices of, or spouses of the suspects.  Provisions in this policy ensure that the Law Enforcement response to sexual violence is based on the nature of the actions taken by the perpetrator, not on the characteristics of the victim.

**INDEX:**

I.   **INITIAL RESPONSE [18.12A] ...................1**

   A.   First Member on Scene: ......................1
   B.   Supervisor's Responsibility:.................2
   C.   Detectives on Scene:..........................2

II.   **INVESTIGATION [18.12A].........................2**

   A.   Initial Investigation:................................2
   B.   Follow-Up Investigation: [18.12D].........3
   C.   Investigative Supervisor: [18.12D] ........4
   D.   Walk In My Shoes Act: .........................4
   E.   Medical/Counseling Assistance:
        [18.12B].................................................4

III.   **ARREST PROCEDURES ...........................4**

   A.   Suspect Present: ...................................4
   B.   Suspect not Present: ............................5

IV.   **EVIDENCE COLLECTION &
      PRESERVATION [18.12C] .........................5**

   A.   Crime Scene Protection: .......................5
   B.   Crime Scene Security: ...........................5
   C.   Crime Scene Security Staffing: .............5
   D.   Nancy J. Cotterman Center: ................5

V.   **VICTIMS ANONYMITY ...............................6**

   A.   Member Discretion:................................6
   B.   Conversations with the Victim:..............6
   C.   Neighborhood Canvasses: ...................6

VI.   **INVESTIGATIVE ORGANIZATIONS..........6**

   A.   Child Protective Investigations:.............6
   B.   Florida Abuse Hotline: ..........................6
   C.   Nancy J. Cotterman Center: ................6

VII.   **DEFINITIONS: ...........................................7**

   A.   SEXUAL BATTERY: ...............................7
   B.   CONSENT: ..............................................7
   C.   V.I.N.E. FORM: ......................................7

**PROCEDURE:**

I.   **INITIAL RESPONSE [18.12A]**

   A.   **First Member on Scene:**

        During every investigation concerning Sexual Battery, Officers will:

        1.   Assess the victim's need for medical attention.

        2.   Separate victims, witnesses, and the suspect.

        3.   Obtain suspect information; physical description, clothing, direction of travel, time delay, and the transmis-

sion of a B.O.L.O. (Be On the Look Out Report).

4. Preserve the evidence.

5. Define the proper Florida Statute classification. (see **Chapter 794 FSS**).

6. Request a Patrol Sergeant to respond.

7. Request a Crime Scene Investigator to respond.

8. Complete a priority Mobile Field Report and/or Supplements.

B. **Supervisor's Responsibility:**

The responding Supervisor will be responsible for:

1. Advising the Shift Lieutenant of the incident.

2. Contacting an on-duty Detective, who will respond to the scene and/or the Nancy J. Cotterman Center (SATC).

3. If a Detective is not on-duty, a Detective will be called out in all cases where a victim is transported to Nancy J. Cotterman Center (SATC).

C. **Detectives on Scene:**

During every investigation concerning a Sexual Battery, Detectives will:

1. Ensure the victim has received medical attention if needed.

2. Ensure the crime scene and evidence is preserved.

3. Ensure the proper FSS 794 classification is used.

4. Verify statements.

5. Assist Patrol Officers on scene, monitor their actions, and coordinate

the reporting of all Officers' involvement.

6. Complete Supplemental Reports.

II. **INVESTIGATION** [18.12A]

A. **Initial Investigation:**

The responding Officer will conduct an initial investigation to determine the facts and circumstances of the crime to include:

1. The location and jurisdiction where the crime occurred.

2. The date and approximate time of the sexual battery.

3. Preservation of the crime scene to include:

   a. Evidence collection, and

   b. Transporting the victim to the Nancy J. Cotterman Center (SATC).

4. The needs of the victim to include:

   a. The victim's request for an Officer of the same sex. Every effort will be made to accommodate this request.

   b. The contact of a family member or friend.

   c. The response or call-out of a Victim's Advocate.

5. Interviewing the victim in a neutral setting and not in the presence of the suspect.

6. If the incident involves a custodial relationship between the suspect and a child victim, or if the incident involves child on child, the Officer will:

   a. Contact the Florida Abuse Hotline (1-800-96ABUSE) so an Investigator from Child Protective

Investigation Unit (CPI) of the Broward Sheriff's Office is notified.

**b.** Obtain a copy of CPI's report and note the name of the Investigator if the complaint originates from CPI.

**NOTE:** In either instance, the Officer will take the lead investigative role in the criminal investigation and allow the CPI Investigator to perform their role in the protection and welfare of the child.

**7.** Ensure the victim receives a copy of the Victims Rights Brochures (see **Appendix B**).

**8.** Canvas area for any potential witnesses and document identification from a valid source i.e.; driver's license, picture I.D. card, etc.

**B. Follow-Up Investigation:** [18.12D]

The following are guidelines to be utilized when conducting follow-up investigations:

**1.** Review of the evidence.

**a.** The assigned Detective will take possession of the Sexual Assault Treatment Kit and submit same to the Property and Evidence Unit following the exam. The kit must be submitted to the Property and Evidence Unit prior to being transported to the BSO Crime Lab.

**b.** The assigned Detective will personally submit the Sexual Assault Treatment Kit to the BSO Crime Lab during their next assigned work day.

**c.** Should the BSO Crime Lab Serologist deny the acceptance of the kit for DNA analysis, the Detective shall note the date, time, name of the BSO Lab employee

and the reason for the refusal on the BSO Evidence Submission Form.

**d.** The Detective's Supervisor, Unit Lieutenant and Division Major will be notified when a refusal occurs.

**2.** Notify the parents of the juvenile victims.

**3.** Contact the victim and witnesses to:

**a.** Verify the contents of the preliminary Incident Report.

**b.** Determine if the victim may need access to additional counseling or medical services.

**c.** Obtain any additional information and obtain statements if necessary.

**d.** Arrange for a computer composite of the suspect.

**e.** Afford victims and witnesses the opportunity to view photos or videos.

**4.** Check surrounding area for additional witnesses and evidence.

**5.** Personally interview the suspect to:

**a.** Properly identify the suspect(s) with regard to race, sex, age, etc.

**b.** Arrange for a polygraph examination of suspect(s) if applicable.

**6.** Check suspect's background, local records, criminal history, other agencies and computer resources.

**7.** Case preparation for court presentation to include:

**a.** Assisting the State Attorney's Investigator with locating victims and witnesses.

**b.** Reviewing statements, reports and evidence.

**c.** Complete Sexual Assault Clearing House Form.

## C. Investigative Supervisor: [18.12D]

The Investigative Supervisor will:

**1.** Develop a proactive investigative policy dealing with the timely contact of victims by investigative personnel.

**2.** Ensure that all documents and supplemental reports are completed and prepared for the filing of appropriate criminal charges.

**3.** Ensure that the assigned Lead Investigator assembles all supplemental reports associated with the investigation for presentation to the State Attorney's Office.

**4.** Ensure all investigative leads and preparations have been satisfactorily recorded and performed.

**5.** Ensure the Lead Investigator notifies the parents of juvenile victims.

## D. Walk In My Shoes Act:

In accordance with Florida State Statute 794.02 the Lead Detective shall ensure that the victim has the opportunity to review the investigative report. The review will take place prior to the case being presented to the State Attorney's. The victim will complete the Final Report Review Form (see **Appendix E**). The Final Report Review Form shall be reviewed and signed by the Special Victims Unit Supervisor.

The Detective will include language in their investigative report that this action was taken.

The original form will be forwarded to the Records Section. A copy will be forwarded to the State Attorney's Office along with the case file.

## E. Medical/Counseling Assistance: [18.12B]

Though the initial investigating Officer is responsible for insuring that the victim receives immediate medical attention, the Special Victims Unit will receive a copy of all sexual battery investigations from the Investigative Supervisor to ensure the following assistance has been provided:

**1.** Follow-up medical attention, if needed.

**2.** Crisis counseling referral.

**3.** Family Services referral.

**4.** Compensation application.

**5.** Cellular phone application.

**6.** Court Advocacy and distribution of Sexual Battery Victim's Rights and Services Brochure (Appendix D)

**7.** Women In Distress referral.

**8.** Field visit.

**9.** Crimes Compensation Information.

**10.** S.A.T.C. referral.

**11.** The obtainment of a Restraining Order (if applicable).

## III. ARREST PROCEDURES

## A. Suspect Present:

Should the suspect be present upon an Officer's arrival, the arresting Officer will take the suspect into custody, if probable cause exists, and

**1.** Not attempt to interview the suspect or read him Miranda Rights.

**2.** Transport the suspect to Detention or as directed by the lead Detective.

**3.** Ensure that a Victim Information Notification Everyday Form (V.I.N.E.

form, see **Appendix C**) is completed and attached to the Probable Cause Affidavit.

**B. Suspect not Present:**

The investigating Detective will review the case with the Investigative Services Supervisor. If the Supervisor is satisfied with the file, and that all of the appropriate documentation has been gathered for a successful prosecution of the suspect, the investigating Detective will forward the case to the State Attorney's Office for prosecution.

## IV. EVIDENCE COLLECTION & PRESERVATION [18.12C]

**A. Crime Scene Protection:**

The first responding Officer will be responsible for the assessment and protection of the crime scene.

1. A Crime Scene Investigator will be requested to respond.

2. Identify the method of entry/exit (force, via window, door, etc.) to determine the extent of the search for evidence.

3. Secure any items discarded by the suspect and protect any body fluids/trace evidence.

4. Advise the victim not to change clothes or shower.

5. Ask the victim not to smoke or eat anything.

6. Ensure that no items are removed from the scene prior to the arrival of a Detective.

**B. Crime Scene Security:**

Once an Officer is assigned responsibility for the crime scene's security, the Officer will:

1. Only allow authorized persons to enter the crime scene.

2. Issue all entering persons a pair of latex gloves for mandatory wear while in the crime scene perimeter. If necessary, booties will be issued to all persons entering the crime scene.

3. Maintain a Crime Scene Admissions Log (see **Appendix A**) of all Members or any other persons (Fire Rescue, Medical Examiner, etc), who have entered the scene.

4. Never leave the crime scene unsecured until relieved by another Officer.

5. If the crime occurred:

    a. Outdoors, ensure that crime scene tape is displayed around the entire scene, or barriers are erected with either a sufficient amount of Officers or obstacles to secure the scene and prevent intrusion.

    b. Indoors, ensure that either appropriate barriers or Officers are posted at all entry and exit doors of the building.

**C. Crime Scene Security Staffing:**

The crime scene will be staffed until the Investigative Services Section clears the scene.

**D. Nancy J. Cotterman Center:**

The Officer and his Supervisor, or the responsible follow-up Detective will determine the necessity of a forensic medical examination for evidence collection at the Nancy J. Cotterman Center. The Center is located at 400 N.E. 4th Street, Fort Lauderdale, FL 33316. Phone number is (954) 765-5031.

1. Generally, if the crime occurred within 96 hours of dispatch, there is a possibility that forensic evidence will be present. The assigned Officer will transport the victim to SATC. If the crime occurred more

than 96 hours before police involvement, the presence of evidence is less likely. The Officer and his Supervisor or Detective will determine the need for a forensic examination.

2. Before transporting the victim to SATC, Communications will be advised to contact SATC to advise them that the Officer and victim are enroute.

   a. The victim has the right to request the presence of a victim advocate during the forensic medical examination. An advocate from a certified rape crisis center will be permitted to attend any forensic medical examination.

   b. A family member or friend will be allowed to accompany the victim to the hospital or SATC to provide comfort, support and possible transportation home.

   c. A change of clothing will be made available by SATC for the victim to wear if the clothes are impounded for evidence.

## V.  VICTIMS ANONYMITY

### A.  Member Discretion:

All Members will make every effort to maintain confidentiality of the victim, particularly in residential areas where the response of numerous Police units can arouse the curiosity of neighbors, bringing unnecessary and unwanted attention to the victim.

### B.  Conversations with the Victim:

As few Officers as possible will have conversation with the victim.

1. Ideally, only the Officer taking the initial report will communicate with the victim.

2. Appropriate inquiries from other Officers, including Supervisors, should be channeled through this Officer.

### C.  Neighborhood Canvasses:

Officers that conduct neighborhood canvasses for witnesses will use great discretion.

1. Controversy over the victim's right to anonymity versus community safety from a sexual offender can be avoided by the use of a phrase such as, "your neighbor has been robbed or burglarized" (robbery and burglary are often part of a rapist's modus operandi).

2. The phrase "your neighbor was assaulted", without specifically indicating that the crime had a sexual mode, can spare the victim further embarrassment and still elicit the same information, cooperation and preventive precautions from neighbors.

## VI.  INVESTIGATIVE ORGANIZATIONS

### A.  Child Protective Investigations:

Child Protective Investigations, a Division of the Broward Sheriff's Office, is located at 359 N. State Road # 7, Plantation, Florida 33317.  Phone number (954) 765-4159.

### B.  Florida Abuse Hotline:

1-800-96ABUSE, The Department of Children and Families (DCF) located in Tallahassee.

### C.  Nancy J. Cotterman Center:

Nancy J. Cotterman Center, 400 N. E. 4 St., Fort Lauderdale, Florida 33316. Phone number (954) 765-5031.

## VII. DEFINITIONS:

### A. SEXUAL BATTERY:

Oral, anal or vaginal penetration by, or union with, the sexual organ of another, or the anal or vaginal penetration of another by an object. Sexual battery does not include an act done for bona fide medical purposes.

### B. CONSENT:

Intelligent, knowing and voluntary consent, and does not include coerced submission. Consent will not be deemed or construed to mean the failure by the alleged victim to offer physical resistance.

- A crime occurs when a person commits a sexual battery upon a person without that persons consent, or when that person is unable to give consent or physically resist.

- A crime occurs when a person commits sexual battery upon a person under 12 years of age. Consent is not an issue for this violation.

### C. V.I.N.E. FORM:

The Victim Information and Notification Everyday service (VINE), is a free and anonymous, computer-based telephone service that provides victims of crime two important features: Information and Notification.

- **Information**-Inmate custody information 1-800-934-6483.

- **Notification**-Callers may choose to register for an automated call when an offender is arrested, released, transferred, escapes or dies.

**APPROVED BY:**

_____ 08/20/2014

**Frank G. Fernandez**                    **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Crime Scene Admissions Log.

- **Appendix B:** Victim's Rights Information Brochure.

- **Appendix C:** Victim Information and Notification Everyday Form.

- **Appendix D:** Sexual Battery Victim's Rights and Services

- **Appendix E:** Final Report Review Form

**Case #_____**



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## CRIME SCENE ADMISSION LOG

Date:_____ Time_____    Location: _____

Assigned Officer:_____    Lead Detective: _____

| Name | Agency/Dept Unit/Section | Reason for Entry | Time In | Time Out |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  This Log will be used at all Crime Scenes, **no exceptions**.

# Victim's Rights Information Brochure



## Victim Services Unit
## 954 967-4411

_____

**Officer/Badge#**

_____

**Report#**

22-328 (l      5/99)

**BROWARD SHERIFF'S OFFICE**
# VICTIM NOTIFICATION

Arresting Law Enforcement Officers must request that the victim or victim's appropriate next of kin or victim's other designated contact complete a *Victim Notification Form*. If the victim, victim's appropriate next of kin, or victim's other designated contact chooses not to be notified, fill out all the victim information **AND** have the victim, appropriate next of kin or designated contact sign the waiver.

| ARRESTING AGENCY | ARRESTING OFFICER / ID # | AGENCY CASE # |
|---|---|---|
| | | |

| NAME OF DEFENDANT(S) | J/A | ARREST NUMBER |
|---|---|---|
| 1. | | |
| 2. | | |

## VICTIM CONTACT INFORMATION

(CIRCLE ONE )        VICTIM        NEXT-OF-KIN        DESIGNATED CONTACT

| NAME: |
|---|
| ADDRESS : |
| CITY/STATE/ZIP: |
| TELEPHONE NUMBERS: |

LANGUAGE NOTIFICATION:  ENGLISH___ SPANISH___ CREOLE___
(CHOOSE ONE)

# WAIVER:
ALL THE ABOVE INFORMATION MUST BE FILLED OUT EVEN IF A WAIVER IS SIGNED.

**WAIVER:   I do not want notice when the arrestee is released from custody or at any other stage in the arrestee's prosecution.**

Signature_____Relationship_____Date_____

Officer's Signature:_____ID #_____Date_____

**UPON COMPLETION, THIS FORM MUST ACCOMPANY THE BOOKING PAPERWORK. IF APPLYING FOR A WARRANT/CAPIAS, ATTACH TO FILING PACKAGE.**

NOTE: PURSUANT TO F.S.119, THIS FORM CONTAINS CONFIDENTIAL INFORMATION
VICTIM NOTIFICATIONS WILL BE MADE AUTOMATICALLY BY THE **VINE COMPANY** BASED ON INFORMATION SUPPLIED ABOVE

**Original**- Booking  **Second Copy**-Victim/Relation/Designated Contact

BSO RP-78 (Revised 12/04)

# WHAT IS VINE?

Victim Information and Notification Everyday

VINE, which stands for Victim Information Notification Everyday, is a free, anonymous, computer-based telephone service that provides victims of crimes, as well as the public, two important features; Information and notification.

## INFORMATION

For inmate custody information call 1-877-846-3435 and follow the prompts. VINE will quickly tell the caller if the offender is still in custody and the name of the facility where they are in custody. Victims may call VINE any time to check on an offender's custody status. Live operator assistance is also available, 24 hours a day, 7 days a week.

## NOTIFICATION

Callers may then choose to register for an automated notification of changes that occur in an offender's custody status. Callers simply enter the phone number including area code, where they want to be reached. Callers will then be asked to enter a personal identification number (P I N) for use during notification. The service will automatically call when one of the above events occurs. You may register more than one phone number for notification, however each registration is separate and requires a PIN, in order to confirm that the message was received.

## HOW DO I PARTICIPATE IN THE VINE PROGRAM?

If you are a victim and a suspect has been arrested in your case, then you have been automatically registered into the VINE program unless you elected to sign the waiver not to be notified. If you were not automatically registered and wish to find an inmate or register for notification, you may call the VINE hotline directly from a touch-tone phone. If you are not sure whether you are registered or your address or telephone number changes, call the VINE toll-free number to ensure your notification continues. VINE service is available in English, Spanish and Creole. Live operator assistance is available in English and Spanish.

## WHAT IS A PIN?

The PIN (Personal Identification Number) is a four-digit number chosen by the caller to be used to stop notification calls from VINE. Once an arrest has been made, the crime victim will automatically be registered and assigned a PIN code using the last four digits of the victim's phone number. The victim has the option of changing their PIN at a later time. To confirm a registration or change your PIN code, call VINE and speak to an operator. Entering a PIN is the only way to confirm and stop VINE notification calls.

## WHAT IF I'M NOT AT HOME OR MY PHONE IS BUSY WHEN VINE CALLS?

The VINE service will keep trying to reach you. If there is no answer or the line is busy, VINE will continue to call every half-hour for 48 hours. Vine will leave a message on an answering machine, but will then continue to call every 2 hours up to a 48 hour period until a PIN is entered to stop the notifications. Since VINE calls automatically when an offender's custody status changes, notification calls may come in the middle of the night.

## DOES VINE GUARANTEE MY SAFETY?

No. The VINE service is designed to provide you with quick and easy access to offender information/notification, and to alert you when an offender's custody status changes. **DO NOT DEPEND SOLELY ON THE VINE SERVICE FOR YOUR SAFETY.** The offender will not know you have registered with VINE. All registrations are confidential. If you feel that you may be at risk, take precautions as if the offender has already been released.

WHICH OFFENDERS ARE MONITORED BY THE VINE SERVICE?
Only offenders in the Florida Department of Corrections (State Prison System), the Florida Department of Juvenile Justice, and Florida County jails will be included in the VINE Service, for more information, call VINE and speak to an operator.

**IF YOU HAVE ANY QUESTIONS CONCERNING VINE CALL 1-877-846-3435**

A SERVICE PROVIDED BY
THE BROWARD SHERIFF'S OFFICE





### Hollywood Police Department
### "Walk In Their Shoes Act"
### Final Report Review Form

Case Number _____

I, _____, understand that pursuant to
               (Victim's Name)
Florida Statute §794.052, a law enforcement officer investigating an alleged sexual battery shall permit the victim to review the final report and provide a statement as to the accuracy of the report prior to its submission.

On _____ I was provided with an opportunity to review the final report of the
      (Date)
investigation conducted by the Hollywood Police Department under the above-referenced case number, and to provide a statement as to the accuracy of the report.

I hereby state as follows:

☐   I have declined to review the report.

☐   I have reviewed the report, and find it to be accurate in all material respects.

☐   I have reviewed the report, and provide the following statement as to its accuracy:

_____

_____

_____

_____

State of Florida:
County of Broward:

    I hereby state under penalty of perjury that the above statement is correct and true and based upon my own personal knowledge.

_____      _____
Victim's Signature                             Date

The foregoing instrument was sworn to and subscribed before me this _____ day of _____,

20_____, by _____, who is personally known to me

or who has produced the following identification: _____.

_____      _____
Police Officer or Notary                           Title or Rank/CCN

_____      _____
Supervisor Review                               Title or Rank/CNN

Original Date: 08/20/2014                                        Page 1 of 1
Revised Date:
File Name:  Appendix E Walk In Their Shoes Act Form.docx       Appendix D SOP #249



# DOMESTIC AND DATING VIOLENCE INVESTIGATIONS

| DEPARTMENT SOP: #250 | CALEA: 74.1.1 A-J |
|---|---|
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/23/2014** | **CFA:**<br><br>**18.11A-G** |

**PURPOSE:** To establish standards and guidelines for the Law Enforcement response to allegations of domestic/dating violence.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Hollywood Police Department has adopted a pro-active policy with respect to incidents of domestic/dating violence. The purpose of this policy is to abide by the spirit as well as the letter of the Law in enforcing those statutes designed to protect victims, bring perpetrators of family violence under the control of the criminal justice system, and reduce repeated Police response.

**INDEX:**

I.   DISPATCH PROCEDURES ...................... 2

   A.   Call-Taker Requirements: .................. 2
   B.   In-Progress Incident: ........................... 2

II.  INITIAL RESPONSE AND ENTRY TO THE SCENE [18.11A] ............................................... 3

   A.   Officer Response: ............................... 3
   B.   Officers Refused Entry to Premises: ... 3

III. ON-SCENE INVESTIGATION [18.11B] . 3

   A.   Initial Actions: ...................................... 3
   B.   Investigative Steps: ............................. 3

IV.  ARRESTS [18.11C] ............................... 4

   A.   Consent of Victim: ............................... 4
   B.   Warrantless Arrest: .............................. 4
   C.   Arrest Considerations: ........................ 5
   D.   State of Florida Responsible for Prosecution: ................................................ 5
   E.   If the Suspect has Left the Scene: ....... 6

IV.  DUAL ARRESTS [18.11C] .................... 6

   A.   Primary Aggressor: ............................. 6
   B.   Separate Act of Aggression: ............... 6
   C.   Acts of Self Defense: .......................... 6

V.   VICTIM SUPPORT SERVICES [18.11D] 6

   A.   Supportive Measures: ......................... 6
   B.   Mandatory Requirements/Referrals: [18.11E] .......................................................... 6
   C.   Informing the Victim: ............................ 7
   D.   Departing the Scene: ........................... 7
   E.   Transporting the Victim to a Shelter: ... 7

VI.  CARE OF CHILDREN ........................... 7

   A.   Child Abuse Situations: ....................... 7
   B.   If a Parent or Guardian is Arrested or Hospitalized: ................................................... 7

VII. CARE OF DEPENDANT ADULTS ......... 7

VIII. REPORTING REQUIREMENTS [18.11F] 8

   A.   Mobile Field Reports: .......................... 8
   B.   Evidence: ............................................. 8
   C.   Report Forwarding to Women in Distress: ........................................................ 9

IX.  FOLLOW UP INVESTIGATION [18.11E] 9

   A.   In Cases of Misdemeanor Arrest(s): ... 9
   B.   In Cases of Felony Arrest(s): ............... 9

X.   DOMESTIC/DATING VIOLENCE / REPEAT VIOLENCE INJUNCTION VIOLATIONS ................................................. 10

   A.   Probable Cause Arrest: ..................... 10
   B.   Arrest for Violating the Terms of the Injunction: ...................................................... 10
   C.   Enforceability of Injunctions: ............. 10
   D.   Enforceability of Protection Orders: ... 11

XI.  ARREST WITHOUT A WARRANT FOR VIOLATIONS OF AN INJUNCTION FOR

**PROTECTION AGAINST DOMESTIC/DATING OR REPEAT VIOLENCE ................................. 11**

    A.   Arrest: .................................................. 11
    B.   Charges: ............................................. 11
    C.   Good Faith Immunity for Law Enforcement Officers: .............................. 11

**XII.    WHEN IT IS APPROPRIATE NOT TO ARREST SOMEONE FOR VIOLATION OF INJUNCTIONS ............................................... 11**

**XIII.    SERVING DOMESTIC/DATING VIOLENCE INJUNCTIONS AND RESTRAINING ORDERS [32.01] ................... 11**

    A.   Routing and Review by Legal Advisor: 11
    B.   Service of the Warrant: ....................... 11

**XIV.    DOMESTIC/DATING VIOLENCE INVOLVING LAW ENFORCEMENT OFFICERS [18.11G] ...................................................... 12**

    A.   Allegations of Domestic/Dating Violence Involving Hollywood Police Officers occurring in the City of Hollywood: ............... 12
    B.   Allegations of Domestic/Dating Violence Involving a Hollywood Police Officer occurring Outside the City of Hollywood: ..... 13
    C.   Allegations of Domestic/Dating Violence Involving Officers from another Agency: ........................................................... 13
    D.   Injunctions Served at the Police Department: .................................................... 13

**XV.    DEFINITIONS: ...................................... 14**

    A.   DOMESTIC DISTURBANCE: ............ 14
    B.   DOMESTIC VIOLENCE: ................... 14
    C.   DATING VIOLENCE: ......................... 14
    D.   DOMESTIC VIOLENCE CENTER: .... 14
    E.   FAMILY OR HOUSEHOLD MEMBERS: .................................................. 14
    F.   INJUNCTION FOR PROTECTION AGAINST DOMESTIC/DATING VIOLENCE OR REPEAT VIOLENCE: .............................. 14
    G.   PETITIONER: .................................... 14
    H.   REPEAT VIOLENCE: ........................ 14
    I.   RESPONDENT: ................................... 14

**PROCEDURE:**

**I.    DISPATCH PROCEDURES**

    Communications personnel will dispatch Officers on all calls for service involving domestic/dating violence. The priority of a domestic/dating violence call will be gauged in accordance with applicable departmental procedures.

**A.    Call-Taker Requirements:**

    In addition to information normally gathered by the Call-Taker, an effort should be made to determine the following, and relay it to the Officers responding to the call:

    **1.**   Whether there is a need for medical assistance.

    **2.**   Suspect's actions against the victim.

    **3.**   Whether the suspect is present and, if not, the suspect's name, relationship to the victim, description and possible whereabouts.

    **4.**   Whether the suspect is aware that Law Enforcement has been called and/or has made any threats towards responding Officers.

    **5.**   Whether weapons, dangerous animals or other threats to Officer safety are present at the scene.

    **6.**   Whether the suspect is under the influence of alcohol or drugs.

    **7.**   Whether there is anyone else at the scene, including children.

    **8.**   Whether the victim has a current Injunction or equivalent Court Order.

    **9.**   Dispatch personnel will ascertain if the victim has special needs (language barrier, etc.).

**B.    In-Progress Incident:**

    If the crime is in progress, Communications personnel should keep the victim on the telephone provided the victim is not in any immediate danger. If the victim cannot remain on the telephone with Dispatch, the Dispatcher should attempt to call back periodically to check on the

progress of events and relay this information to responding Officers.

Dispatchers will not cancel the Law Enforcement response to a domestic/dating complaint. However, the Dispatcher will advise responding Officers of any request to cancel.

## II.  INITIAL RESPONSE AND ENTRY TO THE SCENE [18.11A]

### A.  Officer Response:

Due to the potential hazards faced by Officers at the scene of domestic/dating disturbances, the following procedures will be followed when responding to such calls:

1.  When responding to domestic/dating disturbance calls, Officers will act in accordance with Departmental policy regarding emergency vehicle operations.

2.  A minimum of two Officers will be dispatched to domestic/dating disturbance calls, and additional Officers will be dispatched whenever circumstances demand or when requested by a responding Officer.

3.  Officers will not stop or park their vehicles directly in front of the concerned residence or in a location which would leave them vulnerable to danger. It is a good practice to park a few residences away and approach the location on foot, unless unusual factors dictate otherwise.

4.  Prior to knocking or otherwise announcing their presence, Officers should stop and listen to what is occurring inside the residence, situation permitting.

### B.  Officers Refused Entry to Premises:

If refused entry, Officers will be persistent about seeing and speaking alone with the victim. If access is refused, Officers should request that Communica-

tions attempt to contact the victim by telephone.

If access is still refused, and the Officers have reason to believe that someone inside the residence is in imminent danger, Florida statutes allow Police Officers to enter a premise without a warrant under exigent circumstances to protect individuals in distress, to assist victims of crime, or to investigate suspicious signs of impending danger. The exigency is based on the Officer's obligation to protect life and property.

## III.  ON-SCENE INVESTIGATION [18.11B]

### A.  Initial Actions:

The initial actions of the responding Officer(s) should be to ensure the safety of all persons at the scene. This should include:

1.  Separating the victim and suspect physically, verbally, and if possible, visually (if circumstances permit, move them into separate rooms).

2.  Taking possession of all involved weapons and securing any other weapons which pose a threat at the scene, seizing only in accordance with Law.

3.  Assessing the severity of injuries to parties and applying or calling for the appropriate level of aid.

4.  Locating and checking on the welfare of any children and others at the scene.

### B.  Investigative Steps:

Steps of the on-scene investigation should include the following:

1.  Interview all parties and potential witnesses including children and neighbors.

2.  If communications are impaired by the special needs of any party, the Officer, where possible, should re-

quest that the appropriate resources be made available.

3. Determine the nature and extent of all injuries and defensive wounds.

4. Ascertain whether a female victim is pregnant and whether and how the suspect is aware of her condition. Obtain the name of the health care provider, if possible.

5. Determine who the primary aggressor is, using the following factors and the Officer's judgment:

    a. Extent of any injuries inflicted.

    b. Fear of physical injury because of past or present threats.

    c. Actions taken in self defense or to protect oneself.

    d. History of domestic/dating abuse perpetrated by one party against the other, and

    e. Existence or previous existence of orders for protection.

6. Record in writing or with a recorder (Officers are encouraged to use digital recorders):

    a. Any statements of the victim, suspect, and/or witnesses.

    b. Any relevant statements, including self-serving ones made by the suspect.

7. Have Crime Scene Technicians respond to collect physical evidence and photograph injuries and property damage.

8. Advise the victim of the support services available at Women In Distress.

9. Provide the victim a copy of the "Legal Rights and Remedies" (Domestic/Dating Violence) brochure which is available in English and Spanish versions (see **Appendix's A and B**).

10. Provide the victim with a copy of the Victim's Rights Information Brochure (see **Appendix C**).

11. Complete a Mobile Field Report on a priority basis.

## IV. ARRESTS [18.11C]

### A. Consent of Victim:

In circumstances where the Officer reasonably believes that a risk of further violence at the scene of the domestic/dating disturbance does exist, an arrest should be made. The decision to arrest and charge does not require the consent of the victim.

### B. Warrantless Arrest:

An Officer may arrest without a warrant when:

1. Probable Cause to believe that an act of domestic violence has occurred as defined in F.S. 741.28(2), an act of child abuse has been committed as defined in F.S. 827.03, an act of dating violence has occurred as defined in F.S. 784.046 (1) (d) and/or the Officer finds any evidence of bodily harm or the Officer has corroborating evidence based upon the statements of one or more eyewitnesses and the Officer reasonably believes that there is a risk of violence unless the person alleged to have committed the act of domestic/dating violence is arrested without delay.

2. The respondent has been served with a copy of an Injunction for Protection Against Domestic/Dating Violence/Repeat Violence, and there is probable cause to believe that the person has committed a violation of an Injunction for Protection Against Domestic Violence (F.S. 741.20), or a violation of an Injunction for Protection Against Repeat

Violence (F.S. 784.046), or a violation of an Injunction for Protection Against Dating Violence (F.S. 784.046) which creates a threat of imminent danger to the petitioner or household members.   This presumes the respondent is at the scene, or is located in near proximity to the occurrence and within a reasonable period of time.

If an arrest is made, a copy of the Order is to be attached to the completed Probable Cause Affidavit, and a copy of the Order is to be secured for Departmental records.

3. An Officer who acts in good faith and exercises due care in making an arrest is immune from civil liability that otherwise might result by reason of his/her action.   No Law Enforcement Officer will be held liable, pursuant to F.S. 901.15(7), for an arrest based upon probable cause.

4. The desire of the victim concerning an arrest, prosecution, or the making of a formal complaint against the offender need not have any influence concerning the actions of the Officer.   If a Lawful arrest can be made, the offender will be arrested.

5. In some cases of violation of Injunction/Restraining Orders and/or domestic/dating violence, extenuating circumstances may exist where an arrest without a warrant would not be reasonable.   In such cases, Officers should not make an arrest and will clearly indicate in the Incident Report the valid reasons for not arresting the alleged perpetrator.

C. **Arrest Considerations:**

Factors which should not be considered in determining whether an arrest will be made include:

1. Marital status, sexual orientation, race, religion, profession, age, disability, cultural, social or political position, or socioeconomic status of either party.

2. Ownership, tenancy rights of either party, or the fact the incident occurred in a private place.

3. Victim's request that an arrest not be made.

4. Verbal assurances that the abuse will stop.

5. The fact that the suspect has left the scene.

6. Disposition of previous Police calls involving the same victim or suspect.

7. Denial by either party that the abuse occurred when there is evidence of domestic/dating abuse.

8. Concern against reprisals against the victim.

9. Adverse financial consequences that might result from the arrest.

10. Chemical dependency or intoxication of the parties.

11. Presence of children or the immediate dependency of children on the suspect.

12. Absence of visible injury or complaints of injury.

D. **State of Florida Responsible for Prosecution:**

The Officers making the arrest will inform the arrestee that domestic/dating violence is a crime and that the State of Florida, not the victim, is responsible for the prosecution.   The responding Officers will not initiate discussion of or accept a complaint withdrawal, or have the victim sign a waiver of prosecution.

### E. If the Suspect has Left the Scene:

If Officers determine that there is probable cause to make an arrest, and the suspect has left the scene, Officers will:

1. Notify a Supervisor who will determine if circumstances exist necessitating the presence of a Domestic Violence Detective.

2. Conduct a comprehensive search in an attempt to locate and arrest the suspect.

3. Obtain information from the victim and witnesses as to where the suspect might be located.

4. Have a Crime Scene Technician respond to process the scene and photograph the victim(s) injuries.

5. Secure a copy of the 911-phone call.

6. Place a premise warning on any residence/location of concern.

7. Obtain written sworn statements from the victim(s) and/or witnesses on misdemeanor and felony offenses. (A Domestic Violence Detective will follow up and obtain sworn recorded statements on felony offenses. However, a Detective can be called out in exigent circumstances.)

8. Complete a Mobile Field Report on a "priority" basis.

### IV. DUAL ARRESTS [18.11C]

The Agency will discourage dual arrests in order to avoid arresting the victim. When there are allegations that each party assaulted the other, the Officer will determine whether there is sufficient evidence to conclude that one of the parties is the primary aggressor based on the criteria set forth in the section entitled **On-scene Investigation**.

### A. Primary Aggressor:

If the primary aggressor alleges that he/she is also the victim of domestic/dating violence, it is imperative that the Officer thoroughly investigates the allegation to determine whether it was an act of self-defense or an act of aggression.

### B. Separate Act of Aggression:

If it was a separate act of aggression, then the Officer will make an arrest or file a request for prosecution on the secondary aggressor.

### C. Acts of Self Defense:

If the Officer concludes that it was an act of self-defense, no arrest will be made of the secondary aggressor. If dual arrests are made, the facts supporting each arrest must be clearly documented.

### V. VICTIM SUPPORT SERVICES [18.11D]

The Officer will attempt to identify and use resources to assist in his interactions with non-English speaking citizens. However, the Officer should avoid the use of friends, family, or neighbors serving as the primary interpreter for the investigation.

### A. Supportive Measures:

The Officer will attempt to gain the victim's trust and confidence by showing understanding, patience and respect for personal dignity and using language appropriate for the age, educational level and emotional condition of the victim.

### B. Mandatory Requirements/Referrals: [18.11E]

In accordance with F.S. 741 and F.S. 784.046, the Officer must:

1. Assist the victim in obtaining any needed medical treatment.

**2.** Inform the victim of the availability of a certified domestic violence center, and;

**3.** Per F.S. 741.28, the victim will immediately be provided with a copy of the Legal Rights and Remedies Notice (Domestic/Dating Violence) brochure. The brochure is published in English (see **Appendix A**) and Spanish (see **Appendix B**) and is available in the Storeroom.

### C. Informing the Victim:

Officers should do the following in an effort to keep the victim informed:

**1.** Provide the victim with information regarding the acquisition of Injunctions. A form entitled, How to Obtain a Temporary Injunction for Protection Against Domestic/Dating Repeat Violence is available in the Storeroom (see **Appendix D**).

**2.** Advise the victim that the Incident Report will be sent to Women In Distress.

**3.** Advise the victim of what to expect with regard to the processing of the case through the system, including an assessment of the probability that the accused may be in custody for only a short period of time.

**4.** Ask the victim if he/she wants to be notified of the suspect's release from jail.

**5.** Tell the victim that domestic/dating violence is a crime and that the sole responsibility for decisions regarding whether charges are filed is with the State and not the victim.

**6.** If an arrest is made, inform the victim of the reasons and his/her options independent of Law Enforcement, and

**7.** Advise the victim to notify the Agency of any additional incidents or new information.

### D. Departing the Scene:

The Officer should not leave the scene of the incident until the situation is under control and the likelihood of further violence has been eliminated. If the victim is leaving, the Officer should remain at the scene for a reasonable period while the victim gathers necessities for a short absence from home. The Officer should obtain a temporary address and phone number for the victim.

### E. Transporting the Victim to a Shelter:

If the victim requests to go to a shelter, he/she will be referred to Women In Distress. The Officer will arrange for, or provide transportation to, the shelter if the victim is approved for shelter intake, or arrange for, or provide transportation to, an alternative location of the victim's choice.

## VI. CARE OF CHILDREN

### A. Child Abuse Situations:

In child abuse situations, the Officer is required to call the Abuse Registry (1-800-96-ABUSE).

### B. If a Parent or Guardian is Arrested or Hospitalized:

If, as a result of arrest and/or hospitalization, there is no parent, legal guardian, or relative to either care for the children or direct the Officer as to the appropriate temporary placement of the children, the Officer should contact the Abuse Registry for the purpose of determining placement. The Officer should indicate in the report the identity and address of the person taking custody of the children.

## VII. CARE OF DEPENDANT ADULTS

When an elderly or disabled adult is either a victim of the violence, or reliant on the victim or suspect who can no longer provide care, the Officer should make appropriate arrangements for the person's care. In the

case of abuse, the Officer will call the Abuse Registry (1-800-96-ABUSE).

## VIII. REPORTING REQUIREMENTS [18.11F]

### A. Mobile Field Reports:

The Mobile Field Report prepared by the Officer should include, but not be limited to:

1. Information provided by Communications personnel (prior to the end of the shift, request a copy of the 911 tape and place it in evidence).

2. Descriptive information regarding the victim and suspect, including demeanor of each.

3. Written and oral statements obtained from the victim, suspect, and any witnesses including excited utterances and their approximate time frame.

4. A description of observed injuries, description of medical treatment rendered and statement about whether medical treatment was refused.

5. The names of any health care providers, including Fire-Rescue personnel.

6. A description of all other physical evidence including photographs taken.

7. A list of indicators of threats to victim and child safety (e.g., use of threats made, including history of abuse, killing of pets, use of substances, other unusual behavior).

8. Information regarding whether children were present and how they were cared for.

9. A statement regarding any special needs, including language barriers or disabilities of the parties involved.

10. An indication that the victim received the Legal Rights and Remedies (Domestic/Dating Violence) brochure (see **Appendix's A and B**).

11. If no arrest was made, an indication that the Officer advised the victim the reasons why an arrest was not made.

12. Any information that may be relevant to the assessment of bond, and,

13. The name and phone number of a person who can contact the victim.

### B. Evidence:

Officers, after completing their investigation will notify the Communications Section and request two copies of the 911 recording for evidentiary purposes. The Communications Section will complete the request and deliver the two copies of the recording, in CD format, along with a CAD printout to the Records Section / Case Filing Unit.

1. The Records Section / Case Filing Unit supervisor will secure one copy of the 911 CD and assure it is forwarded to the State Attorney's Office during the case preparation period.

2. The Records Section / Case Filing Unit supervisor will then deliver the remaining 911 CD copy, with the CAD printout, to the corresponding Lieutenant, who will ensure delivery to the requesting officer/detective.

3. The officer will deliver the remaining copy of the 911 CD, along with the CAD printout, to the Evidence and Property Room. Both items will be placed into Property as evidence in the manner described per the (**Evidence and Property** SOP).

4. Officers and Supervisors are reminded that these 911 tapes are of evidentiary importance and will not

be discarded or left unattended in a Member's mailbox.

**C. Report Forwarding to Women in Distress:**

1. As mandated in FSS 741.29 (2) (c), all reports of Domestic/Dating Violence must be forwarded to a locally certified Domestic Violence Center within 24 hours of the occurrence. The current locally certified Domestic Violence Center is Women in Distress.

2. The Special Victims Unit Sergeant is responsible for ensuring that all Domestic/Dating Violence Reports are sent to Women in Distress within 24 hours. **[18.11F]**

**IX. FOLLOW UP INVESTIGATION [18.11E]**

**A. In Cases of Misdemeanor Arrest(s):**

During instances where a misdemeanor arrest has occurred:

1. The assigned Officer will obtain a recorded or written statement (See **Appendix F:** Complainant Affidavit) from the victim (see **Appendix E:** Domestic/Dating Violence Victim Statement Format).

2. Patrol Sergeants will ensure that any equipment necessary for the proper investigation of a misdemeanor act of domestic/dating violence is provided.

3. The following procedures will be followed in cases where handwritten statements are taken, utilizing a Complainant Affidavit form:

   a. When a suspect or defendant submits a handwritten statement, the time and date the statement was completed will be noted, and notarized or witnessed if possible.

   b. The statement will be signed by the suspect and witnessed by the interviewer.

   c. Each page of the statement will be read and initialed by the interviewer.

   d. Copies of the statement will be made and included in the case file.

   e. The original document is evidence and will be submitted to the Property and Evidence Unit in accordance with departmental procedures.

4. The Officer will place all evidentiary items into the Evidence and Property Room, forwarding a copy of the report to the Domestic Violence Unit.

5. The Special Victims Unit will ensure that each case is thoroughly investigated, provide additional reports if required and refer their findings to the State Attorney's Office.

**B. In Cases of Felony Arrest(s):**

In all domestic/dating violence instances where a felony arrest has been made:

1. If a Detective is not available, the assigned Officer will obtain the victim's statement (see **Appendix E:** Domestic/Dating Violence Victim Statement Format).

2. The Special Victims Unit will:

   a. Conduct a follow up investigation.

   b. Obtain statements from the victim and witnesses at the time of the incident.

   c. A Detective can be called out in exigent circumstances.

   d. Prepare additional reports, if necessary.

**e.** Assure the case is referred to the State Attorney's Office for review and case filing.

**3.** In cases where a Domestic/Dating Violence Injunction has been issued, but there has <u>not</u> been an arrest.

**a.** It is the responsibility of the Clerk of the Court or Central Intake Office to assist petitioners in preparation of affidavits in support of the violation of injunctions where there has <u>not</u> been an arrest.

**b.** When such an affidavit has been prepared, it will be immediately forwarded by the Clerk of the Court or Central Intake Office to the State Attorney's Office.

**c.** If the affidavit alleges a crime has been committed, the Clerk of the Court or Central Intake Office assisting the petitioner will also forward a copy of the petitioner's affidavit to the Investigative Services Section for investigation.

**d.** No later than 20 days after receiving the affidavit and/or other supporting documentation, the Investigative Services Section will complete its investigation and forward a report to the State Attorney's Office.

## X. DOMESTIC/DATING VIOLENCE / REPEAT VIOLENCE INJUNCTION VIOLATIONS

This policy applies to both Temporary and Final Domestic/Dating Violence Injunctions and Repeat Violence Injunctions, which result from a domestic/dating violence situation.

### A. Probable Cause Arrest:

Upon determination of probable cause, an Officer may make a physical arrest of the respondent if he/she willfully and knowingly violates a term of the Injunction by:

**1.** Refusing to vacate the shared premises within the time limits stated on the Injunction.

**2.** Going to the petitioner's residence, school, place of employment, or a specified place frequented regularly by the petitioner and/or any named family or household member.

**3.** Committing an act of domestic/dating violence against the petitioner.

**4.** Committing any other violation of the Injunction through an intentional unlawful threat, word, or act to do violence to the petitioner, or

**5.** Telephoning, contacting or otherwise communicating with the petitioner directly or indirectly unless the Injunction specifically allows indirect contact through a third party.

### B. Arrest for Violating the Terms of the Injunction:

An Officer should make an arrest for a criminal violation of the term of an Injunction pursuant to F.S. 741.30 (Domestic Violence Injunctions), F.S 784.046 (Dating Violence Injunctions) or F.S. 784.046 (Repeat Violence Injunctions).

An Officer should not base his/her decision to arrest on his perception of the prosecutor's ability to prosecute the case, as this is a Court Order not subject to the Officer's interpretation.

### C. Enforceability of Injunctions:

After proper service of an Injunction upon a respondent, the Injunction is valid and enforceable in all counties of the State of Florida.  It is important to verify that a respondent has been properly served the injunction prior to arresting him/her for violating it.  Verify that the respondent was served by contacting

BSO Domestic Violence Control Section.

**D. Enforceability of Protection Orders:**

Protection Orders issued in other States are enforceable in Florida by local Law Enforcement Agencies without being registered or recorded in this State.

## XI. ARREST WITHOUT A WARRANT FOR VIOLATIONS OF AN INJUNCTION FOR PROTECTION AGAINST DOMESTIC/DATING OR REPEAT VIOLENCE

**A. Arrest:**

If a respondent has been served with a copy of the Injunction, Officers may arrest without a warrant when there is probable cause to believe that the person has knowingly committed an act in violation of an Injunction for Protection Against Domestic Violence (F.S. 741.30) or Repeat Violence (F.S. 784.046), which creates a threat of imminent danger to the petitioner or household members, over the objection of the petitioner, if necessary (F.S. 901.15(6)). This presumes the respondent is at the scene, or is located in near proximity to the occurrence, and within a reasonable period of time.

**B. Charges:**

Respondents arrested will be charged with:

1. Violation of an Injunction against Domestic Violence (F.S. 741.31).

2. Violation of an Injunction against Dating Violence (F.S. 784.046).

3. Violation of an Injunction against Repeat Violence (F.S. 901.15(8)).

**C. Good Faith Immunity for Law Enforcement Officers:**

A Law Enforcement Officer who acts in good faith, in any civil action, will not be held liable for an arrest based upon probable cause, enforcement in good faith of a Court Order, or service of process in good faith arising from an alleged incident of domestic/dating violence brought by a party to the incident (F.S. 741.29). A Law Enforcement Officer who acts in good faith and exercises due care in making an arrest is immune from civil liability that otherwise might result by reason of his/her action (F.S. 901.15(7)).

## XII. WHEN IT IS APPROPRIATE NOT TO ARREST SOMEONE FOR VIOLATION OF INJUNCTIONS

In some cases of violation of Injunction/Restraining Orders and/or domestic/dating violence, extenuating circumstances may exist where an arrest without a warrant would not be reasonable. In such cases, Officers should not make an arrest and will clearly indicate on the Incident Report, the valid reasons for not arresting the alleged perpetrator. A Supervisor should be consulted along with the Legal Advisor, if available, for recommendations.

## XIII. SERVING DOMESTIC/DATING VIOLENCE INJUNCTIONS AND RESTRAINING ORDERS [32.01]

**A. Routing and Review by Legal Advisor:**

Members receiving Domestic/Dating Violence Injunctions or Restraining Orders from the Courts or the public will first route the document(s) to the Legal Advisor's Office for review and approval. Once found legally sufficient, the Legal Advisor's Office will forward the document(s) to the Patrol Division and Communications Section.

Shift Lieutenants will ensure that these documents are approved and initialed by the Legal Advisor prior to placing them in the Roll Call Room or Shift Lieutenant's Office.

**B. Service of the Warrant:**

Officers may serve a certified copy of the Domestic/Dating Violence and/or Repeat Violence Injunction on the re-

spondent when the respondent is on scene.

1. The top page of the package will have a Proof of Service Form identifying the petitioner and the respondent. The back of the Proof of Service Form has a detailed outline of instructions for the Officer in the proper handling and service of the injunction including "drop service".

2. B.S.O. must be notified via telephone or teletype within 30 minutes of service of the Injunction or Restraining Order.

3. The Officer is responsible for insuring the Proof of Service Form is faxed within two hours of service as instructed on the reverse side of the form.

4. The Records Section will file the original Proof of Service Form, along with the Hollywood Police Report, when received. A Hollywood Police Report number will be included on the Proof of Service Form. The Officers Incident report narrative should include the following information:[32.01]

   a. Date and time served or attempted; [74.1.1a]

   b. Type of legal process (civil or criminal); [74.1.1b]

   c. Nature of document; [74.1.1c]

   d. Source of document; [74.1.1d]

   e. Name of Officer serving the Injunction; [74.1.1f]

   f. Reason for non-service, if applicable;

   g. Date of assignment; [74.1.1g]

   h. Court docket number; [74.1.1h]

   i. Date service due; [74.1.1i]

   j. Method of service;

   k. Location of service or attempted service; and

   l. Names of persons involved; [74.1.1e]

## XIV. DOMESTIC/DATING VIOLENCE INVOLVING LAW ENFORCEMENT OFFICERS [18.11G]

### A. Allegations of Domestic/Dating Violence Involving Hollywood Police Officers occurring in the City of Hollywood:

In any incident where an Officer responds to allegations of domestic/dating violence, occurring in the City of Hollywood, involving a sworn Member of the Hollywood Police Department, the following procedures will apply:

1. The responding Officer will conduct a preliminary investigation.

2. The responding Officer will immediately summon a Supervisor to the scene.

3. The responding Supervisor will notify the Shift Lieutenant, Internal Affairs Unit and the Investigative Services Section Lieutenant.

4. The Shift Lieutenant will notify the Staff Duty Officer who will coordinate the investigation. The Staff Duty Officer will make the appropriate Staff notifications.

5. The Investigative Services Section Lieutenant will notify a Special Victims Unit Detective to respond to the scene to assume investigative responsibility of the case.

6. The Special Victims Unit Detective will coordinate all formal statements from witnesses, victims, and the sworn Member.

7. If probable cause exists, an arrest should be made.

8. Department policy regarding an Officer's possession of weapons while under a final order of Injunction or following his/her conviction for domestic/dating violence will be consistent with State and Federal Laws.

9. Any Officer, who witnesses or otherwise responds to a domestic/dating violence incident involving another Officer in the Department, must report that incident to a Supervisor.

**B. Allegations of Domestic/Dating Violence Involving a Hollywood Police Officer occurring Outside the City of Hollywood:**

In any incident where the Hollywood Police Department is made aware of allegations of domestic/dating violence involving a Sworn Member of the Hollywood Police Department, occurring outside the City of Hollywood, the following procedures will apply:

1. The Member receiving the information will immediately notify the Shift Lieutenant.

2. The Shift Lieutenant will notify:

   a. The Internal Affairs Unit who will be responsible for obtaining all reports and information from the Investigating Agency.

   b. The Staff Duty Officer who will make the appropriate Staff notifications and determine the appropriate Hollywood Police Department response.

**C. Allegations of Domestic/Dating Violence Involving Officers from another Agency:**

In any incident where an Officer responds to allegations of domestic/dating violence and finds the alleged offender or victim is a Law Enforcement Officer from another Agency, the following procedures will be followed:

1. The responding Officer will request a Supervisor to respond to the scene.

2. The responding Supervisor, pending the investigation, will then secure the involved parties.

3. The Supervisor will contact the Officer's Agency and request a Supervisor from that Agency to respond.

4. If it appears that an arrest will be made, a Special Victims Unit Detective will respond and assume the investigation.

**D. Injunctions Served at the Police Department:**

If a Member is to be served an Injunction at the Police Department, the official intending to serve the Injunction will be directed to the Member's Division Major.

1. A copy of the Injunction to be served will be provided to the Division Major.

2. The Division Major will review the Affidavit for Injunction and will notify the Chief of Police to determine if an immediate investigation is warranted. The Division Major will notify the Member's Supervisor in a timely manner.

3. In cases involving the service of a Permanent Injunction against a Member, the Legal Advisor will be consulted, and the Division Major will ensure compliance with 18 USC 922(g)(8) in relation to the Member's assigned duties within the Agency if those duties involve possession and/or transportation of firearms.

4. The Member will be required to ensure immediate notification via Chain of Command prior to the next tour of duty.

## XV. DEFINITIONS:

### A. DOMESTIC DISTURBANCE:

The interruption of the peace, quiet and good order of one family or household member by another.

### B. DOMESTIC VIOLENCE:

Any assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, or any criminal offense resulting in physical injury or death of one family or household member by another who is or was residing in the same single dwelling unit.

### C. DATING VIOLENCE:

Violence between individuals who have or have had a continuing and significant relationship of a romantic or intimate nature. The existence of such a relationship will be determined based on the consideration of the following factors:

1. The dating relationship must have existed within the past six months.

2. The dating relationship must be characterized by the expectation of affection or sexual involvement between the parties.

3. The type of dating relationship is one that can be described as a continuous dating relationship during the course of contact between the parties.

Dating Violence does not include casual acquaintanceships or relationships of ordinary fraternization in a business or social context.

Dating Violence does not require that the parties at some time during their relationship live under the same roof or within the same household.

### D. DOMESTIC VIOLENCE CENTER:

A facility that provides services to victims of domestic violence and is certified by the State of Florida.  Women in Distress of Broward County, is the ONLY certified domestic violence center in Broward County.

### E. FAMILY OR HOUSEHOLD MEMBERS:

Spouses, former spouses, persons related by blood or marriage, persons who are presently residing together as if a family.  Persons who have resided together in the past as if a family, and persons who have a child in common, regardless of whether they have been married or have resided together at any time.

### F. INJUNCTION FOR PROTECTION AGAINST DOMESTIC/DATING VIOLENCE OR REPEAT VIOLENCE:

A Temporary Injunction (valid up to 15 days unless extended) or a Final Injunction (valid up to one year unless extended) against domestic/dating or repeat violence which prohibits the respondent from engaging in certain behavior.

### G. PETITIONER:

The person who petitions for or who obtains an Injunction.

### H. REPEAT VIOLENCE:

Two or more incidents of violence or stalking committed by the respondent, one of which must have been within six (6) months of the filing of the petition, and which are directed against the petitioner or the petitioners immediate family member.

### I. RESPONDENT:

The person whose conduct is prescribed in the Injunction.

APPROVED BY:

_02/23/2014_

**Frank G. Fernandez          Date**
**Chief of Police**


**ATTACHMENTS:**

- **Appendix A:** Legal Rights and Remedies Brochure (English version)

- **Appendix B:** Legal Rights and Remedies Brochure (Spanish version)

- **Appendix C:** Victim's Rights Information Brochure

- **Appendix D:** How to Obtain a Temporary Injunction Instructional Form.

- **Appendix E:** Domestic/Dating Violence Victim Statement Format.

**Domestic/Dating Violence**

Notice
of
Legal
Rights
and
Remedies

Hollywood
Police
Department

954-967-4357

**DID YOU KNOW?**

- In Florida, a person is killed by a family member every 36 hours.
- Domestic Violence is the leading cause of injury to women.
- More than 124,000 incidents of domestic violence are reported in Florida each year involving victims young and old, male and female.

**YOU HAVE RIGHTS.**
**KNOWING YOUR LEGAL RIGHTS AND OPTIONS IS THE FIRST STEP TOWARD ENDING ABUSE.**

---

Hollywood Police Department

Law Enforcement Agency
(954) 967-4357

Phone Number _____

Date of Report: _____

Case Number _____

Officer's Name _____ ID Number _____

**If you need 24-Hour Information and Referral:**
Crisis Line Information and Referral .... 954-537-0211
Hollywood P.D. Victim Services .......... 954-967-4411
**If you need 24-Hour Emergency Shelter:**
Women in Distress of Broward, Inc. .... 954-761-1133
**DADE COUNTY**
Safespace ............................... 305-758-2546
**PALM BEACH COUNTY**
AVDA (Aide to Victims of Domestic
Assault) ............................... 561-265-2900
Delray Beach Domestic Shelter
West Palm Beach ....................... 561-265-2900
    **Counseling for Family Violence**
**Family Violence Program Clinic Nova University**
**Community Mental Health Clinic**
3301 College Ave., Davie, FL. ........... 954-262-5730
**Women in Distress of Broward**
P.O. Box 676, Ft. Laud., Fl. ............. 954-761-1133
(9:00AM-9:00PM by sept.)(24-hour crisis line)
    **If you need Marriage or Family Counseling**
**Catholic Community Services**
1300 S. Andrews Ave. (Central)
Ft Lauderdale, FL. ...................... 954-522-2513
10900 W. Oakland Pk. Blvd. (West)
Sunrise, FL. ........................... 954-742-2686
5220 Johnson St., Hollywood, FL. ........ 954-981-4531
353 S.E. 12th Ave. (North)
Deerfield Beach, FL. .................... 954-427-2225
**Family Service Agency**
3830 S.W. 2nd Ct., Ft. Laud., Fl. ....... 954-587-7880
(24-hr. crisis line and outreach offices available)
**Jewish Family Services**
Main Offices 6358 W. Oakland Park Blvd.,
Suite 304 .............................. 954-749-1505
**B.A.R.C** (Broward Addiction Recovery Centers)
1000 SW 2nd St. Ft. Laud. ............... 954-831-1551
**Legal Aid** ................................ 954-765-8950

---

**EXEMPTION FROM PUBLIC INSPECTION**

Under the provisions of Section 119.071(2)(j), F.S., any information which reveals the home or employment telephone number, home or employment address, or personal assets of a person who has been the victim of sexual battery, aggravated child abuse, aggravated stalking, harassment, aggravated battery, or domestic violence is exempt from public inspection and examination. Any information that is not exempt or confidential but that reveals home or employment telephone number, home or employment address, or personal assets of a person who has been the victim of sexual battery, aggravated child abuse, aggravated stalking, harassment, aggravated battery, or domestic violence is exempt, upon written request by the victim to the custodian of the records, which must include official verification that an applicable crime has occurred. Such information shall remain exempt for 5 years, after which it will become available to the public.

**WHOM MAY I TALK TO FOR
MORE INFORMATION?**

Florida Domestic Violence Hotline
**1-800-500-1119**
(For legal assistance hit prompt #3)
Florida Abuse Hotline
**1-800-962-2873**
(To file confidential reports of child abuse)
National Child Abuse Hotline
**1-800-422-4453**
(24 hour help line which provides crisis counseling, information and referrals)
National Domestic Violence Hotline
**1-800-799-7233**
National Teen Dating Abuse Hotline
**1-866-331-9474**
National Runaway Switchboard
**1-800-786-2929**
http://www.1800runaway.org/

---

- It is important for you to attend the **hearing** so that you can make sure the judge understands exactly what help you need and why. **If you do not attend, usually the judge will end the injunction.**

- After the hearing, a **final injunction** may be granted. The final injunction is valid until dissolved or amended by the court.

**WHAT DO I DO IF THE ABUSER VIOLATES THE INJUNCTION?**

You will receive a copy of the injunction. Keep it with you at all times.

- If the abuser violates the conditions of an injunction, **call the police right away.**

- The abuser may be arrested.

- If the abuser is arrested, he/she will be held until the court determines bail.

- The judge will consider your safety and the safety of your children.

- You may go to court if you wish.

- The court may order penalties as allowed by law.

**IF THE INJUNCTION HAS BEEN VIOLATED, BUT NO ARREST HAS BEEN MADE**, report the violation to the Clerk of the Circuit Court in the county where the violation occurred and complete an affidavit in support of the violation. The judge will determine what action should be taken for your safety and the safety of your children.

**IF YOU HAVE AN OUT OF STATE COURT ORDER FOR PROTECTION AGAINST DOMESTIC VIOLENCE**, federal and state law provide that law enforcement recognize and act on the order as if issued by a Florida court. This includes orders issued by courts from the District of Columbia, Indian tribes, commonwealth territories, or possessions of the United States.

---

# DOMESTIC VIOLENCE

## IT ISN'T JUST WRONG. IT'S A CRIME.

### WHAT IS DOMESTIC VIOLENCE?

Under the provisions of Section 741.28, F.S., *domestic violence* means any assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, false imprisonment, or any criminal offense resulting in physical injury or death of one family or household member by another family or household member. This includes acts such as:

**Physical Abuse**—pushing, slapping, kicking, punching, choking, and beating (Section 741.30, F.S.)

**Emotional/Verbal Abuse**—threats, verbal intimidation, following and stalking, or acting out in anger (Section 741.30, F.S.)

**Sexual Abuse/Battery**—any unwanted touching or forcing of someone to engage in a sexual act against his/her will (Section 784.046, F.S.)

**Dating Violence**—violence between individuals who have or have had a continuing and significant relationship of a romantic or intimate nature (Section 784.046 F.S.)

**Repeat Violence**—two incidents of violence or stalking one of which must have been within 6 months of filing a petition and must have been directed against the petitioner or the petitioner's immediate family member. (Section 784.046, F.S.)

**Human Trafficking**—the recruitment, harboring, transportation, or obtaining a person, through force, fraud, or coercion, for the purpose of a commercial sex act or in which the person induced to perform such an act is under 18 years of age (Section 787.06, F.S.)

**Prostituting a Person Under the Age of 18 for Prostitution**—(Section 796.03 F.S.)

**Lewd or Lascivious Offenses**—sexual activity committed upon or in the presence of a person less than 16 years of age (Section 800.04 F.S.)

### WHAT DOES THE LAW MEAN?

If someone is abusing you physically or sexually, threatening you, falsely imprisoning you, or if a family or household member is stalking you, there is a law to protect you. *Family or household member* means spouses, former spouses, persons related by blood or marriage, persons who are presently residing together as if a family or who have resided together in the past as if a family, and persons who are parents of a child in common, regardless of whether they have been married. With the exception of persons who have a child in common, the family or household members must be currently residing or have resided together in the same single dwelling unit in the past. The law also protects you if you are currently in or have been in a violent dating relationship within the last 6 months.

### ARE YOU A VICTIM OF DOMESTIC VIOLENCE?

IF YOU ARE THE VICTIM OF DOMESTIC VIOLENCE, PHYSICAL, EMOTIONAL, VERBAL, OR SEXUAL ABUSE OR BATTERY, DATING VIOLENCE, HUMAN TRAFFICKING, PROSTITUTION UNDER THE AGE OF 18, OR LEWD OR LASCIVIOUS OFFENSES UPON OR IN THE PRESENCE OF SOMEONE UNDER THE AGE OF 16, or if you have reasonable cause to believe you are in imminent danger of becoming the victim of any act of domestic violence, you have the right to file a PETITION FOR INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE. If you are a victim of repeat violence, dating violence, sexual violence, or the parent of any minor child who is living at home and seeks an injunction for protection against repeat, dating, or sexual violence on behalf of the minor child, or you genuinely fear repeat violence, you may seek the state attorney to file a criminal complaint. You also have the right to go to file a PETITION FOR INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE, DATING VIOLENCE, OR SEXUAL VIOLENCE

This may include, but need not be limited to provisions that restrain the abuser from further acts of abuse; direct the abuser to leave your household; and prevent the abuser from entering your residence, school, business, or place of employment. The Clerk of the Court is required to assist you in seeking both injunctions for protection and enforcement for a violation of an injunction. Representation by an attorney is not required of either party. (Section 741.30(1)(j) F.S.) IF YOU ARE THE VICTIM OF DOMESTIC VIOLENCE, PHYSICAL, EMOTIONAL, VERBAL, OR SEXUAL ABUSE OR BATTERY, DATING VIOLENCE, HUMAN TRAFFICKING, PROSTITUTION UNDER THE AGE OF 18, OR LEWD OR LASCIVIOUS OFFENSES UPON OR IN THE PRESENCE OF SOMEONE UNDER THE AGE OF 16 you may ask the State Attorney to file a criminal complaint. You also have the right to go to court and file a petition requesting a PETITION FOR INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE, REPEAT VIOLENCE, DATING VIOLENCE, OR SEXUAL VIOLENCE which may include, but need not be limited to the following:

- provisions which restrain the abuser from further acts of abuse;
- directing the abuser to leave your household;
- preventing the abuser from entering your residence, school, business, or place of employment;
- awarding you custody of your minor child or children; and
- directing the abuser to pay support to you and the minor children if the abuser has a legal obligation to do so.

For safety reasons, you may furnish your address to the court in a separate confidential filing when filing the petition for injunction. You are not required to remain in a residence or household where you are a victim of domestic violence. Your address may be different from that of your partner without penalty.

### HOW CAN THE LAW HELP ME?

If you have been a victim of domestic violence, if the abuser has hurt you sexually or physically, or if you are afraid that you will be hurt, Florida's domestic violence law enables you to work with the court's system to help keep you safe. Contact your local domestic violence center for your safety planning prior to filing for an injunction.

Go to the Clerk of the Court's Office in your county courthouse.

- Bring identification.

- Bring information about where the abuser can be located.

- Bring any other information on the abuser, such as photos or identification.

- Bring any papers relating to your case

- Tell the clerk that you are interested in filing a PETITION FOR INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE, REPEAT VIOLENCE, DATING VIOLENCE, OR SEXUAL VIOLENCE.

- The Court Clerk will help you in filling the proper paperwork. By filling out these forms, you will be explaining to the judge exactly what type of protection you need and from whom you need protection.

- After you have completed the paperwork, the court may determine that danger of domestic violence exists. The court may order a **temporary injunction**, which is good for 15 days. Then a full hearing is held to consider your safety and the safety of your children.

- The abuser must be served with the injunction before it becomes effective. The injunction will tell the abuser what the judge requires and when to return to court for a hearing. This hearing will be within 15 days unless the abuser cannot be served.

(**English**) Revised  7/01/2009



**Violencia Domestica Familiar/En el Noviazgo**

Derechos
Legales
y
Remedios

¿SABIA QUE?

- En la Florida, una persona es asesinada por un familiar cada 36 horas.
- La violencia doméstica es la causa principal de lesión en las mujeres.
- Más de 100,000 incidentes de violencia doméstica son reportados en la Florida cada año implicando víctimas jóvenes, de edad avanzada, hombres y mujeres.

USTED TIENE DERECHOS,
CONOCER SUS DERECHOS LEGALES Y ALTERNATIVAS
ES EL PRIMER PASO PARA TERMINAR CON EL ABUSO.



Hollywood
Police
Department

954-967-4357

---

Hollywood Police Department

Law Enforcement Agency
(954)-967-4357

Phone Number _____

Case Number _____   Date of Report _____

Officer's Name _____   ID Number _____

**Información y Referencia de 24 horas:**
Línea de Crisis de Información .......... 954-537-0211
Hollywood P.D. Servicios a las Víctimas 954-967-4411
**Si Usted necesita Refugio de Emergencia**
**BROWARD COUNTY**
Mujeres del Socorro de Broward, Inc... 954-761-1133
**DADE COUNTY**
Safespace .......... 305-758-2546
**PALM BEACH COUNTY**
AVDA (Ayuda para víctimas de asaltos domésticos)..... 561-265-2900
Refugio de Delray Beach Domestico
West Palm Beach .......... 561-265-2900
**Consejería para la violencia Familiar**
**La Clínica para la Violencia Familiar,**
**Clínica de Salud Mental de la comunidad**
**de la Universidad Nova**
3301, College Ave., Davie, FL .......... 954-262-5730
**Mujeres del Socorro de Broward**
P.O. Box 676, Ft. Laud., FL .......... 954-761-1133
(800AM-9:00PM ly) sept (24-hour crisis line)
**Si necesita consejería familiar o matrimonial**
**Servicios de comunidad Católico**
1300 S. Andrews Ave. (Central)
Ft Lauderdale, FL .......... 954-522-2513
10900 W. Oakland Pk. Blvd. (West)
Sunrise, FL .......... 954-742-2668
5220 Johnson St., Hollywood, FL .......... 954-981-4531
553 S.E. 12th Ave. (North)
Deerfield Beach, FL .......... 954-427-2225
**Agencia de Servicios Familiar**
3630 S.W. 2nd Ct., Ft. Laud., FL .......... 954-587-7880
(Asistencia disponible las 24 horas)
**Servicios Familiar Judíos**
Main Offices 6358 W. Oakland Park Blvd.,
Suite 304 .......... 954-749-1505
**Centro de recuperación de adicción en Broward**
1000 SW 2nd St. Ft. Laud. .......... 954-831-1551
Ayuda Legal .......... 954-765-8950

---

("Inglés") Revisado                                    7.01.03

- Después de la audiencia, **UNA ORDEN JUDICIAL FINAL puede ser concedida. La orden final es válida hasta que sea disuelta o enmendada por la corte.**

**¿QUE HAGO SI EL ABUSADOR VIOLA LA ORDEN?**

Usted recibirá una copia de la orden judicial. **Guárdela con usted siempre.**

- Si el abusador viola las condiciones de la orden, **llame la policía inmediatamente.**

- El abusador puede ser arrestado.

- Si arrestan al abusador, él/ella será detenido hasta que la corte determine la fianza.

- El juez considerará su seguridad y la seguridad de sus niños.

- Puede ir a la corte si así lo desea.

- La corte puede ordenar castigos según lo permitido por la ley.

**SI LA ORDEN HA SIDO VIOLADA, PERO NO SE HAN HECHO ARRESTOS,** denuncie la violación a la oficina del funcionario judicial donde la violación ocurrió y llene una declaración juramentada confirmando la violación. El juez determinará la acción a seguir para su seguridad y la de sus niños.

**SI USTED TIENE UNA ORDEN JUDICIAL PARA PROTECCIÓN EN CONTRA DE VIOLENCIA DOMESTICA EXPEDIDA FUERA DEL ESTADO,** la ley federal y estatal provee que la policía reconocerá la orden actual como si hubiera sido expedida por una corte de la Florida. Esto incluye ordenes expedidas por las cortes del distrito de Columbia, tribus indígenas, territorio comunal, o posesiones de los Estados Unidos.

---

**EXENCIÓN DE INSPECCIÓN PÚBLICA**

Bajo las provisiones de la Sección 119.07(3)(o), F.S., cualquier información que revele el número de teléfono de la casa o del empleo, la dirección del hogar o del empleo, o donde la persona que ha sido víctima de maltrato sexual, abuso de niño agravado, acecho agravado, hostigamiento, maltrato agravado, o de violencia doméstica se exenta de inspección y examinación públicas. Cualquier información que no esté exenta o confidencial, pero que revela dirección o el número de teléfono de su hogar o el empleo, o bienes personales de una persona que ha sido víctima de agresión sexual, abuso infantil agravado, acecho agravado, hostigamiento, agresión batería, o la violencia doméstica está exenta, cuando el pedido por escrito de la víctima a el custodio de los registros que deberá incluir la comprobación oficial de que un crimen aplicable ha ocurrido.

**¿CON QUIEN PUEDO HABLAR PARA MAYOR INFORMACIÓN?**

Línea caliente/directa de Violencia Doméstica de la Florida
**1-800-500-1119**
(Para ayuda legal oprima el # 3)
Línea caliente/directa de Abuso de la Florida
**1-800-962-2873**
(Para dar informes confidenciales acerca de abuso infantil)
Línea caliente Nacional de Abuso Infantil
**1-800-422-4453**
(Línea abierta 24 horas para dar asistencia durante crisis, información y referidos)
Línea caliente Nacional de Violencia Doméstica
**1-800-799-7233**
Línea caliente Nacional de Adolescentes de Abuso de Pareja
**1-866-331-9474**

National Runaway Switchboard (Línea Nacional para los niños que han abandonado su hogar)
**1-800-786-2929**
http://www.1800runaway.org/

---

# VIOLENCIA DOMESTICA

## NO ES SOLO MALO ES UN CRIMEN

### ¿QUÉ EL LA VIOLENCIA DOMESTICA?

Bajo provisiones en la Sección 741.28 F.S., la violencia doméstica significa cualquier asalto, asalto agravado, maltrato, maltrato agravado, asalto sexual, maltrato sexual, acecho, acecho agravado, secuestro, encarcelamiento falso, o cualquier ofensa criminal que resulte en lesión física o muerte de un miembro de la familia o de la casa por otro que resida o haya residido en la misma vivienda en el pasado. Esto incluye actos como:

**Abuso físico**—empujar, mandear, patear, estrangular, y pegar (Sección 741.30 F.S.)

**Abuso Emocional Verbal**—amenazas, intimidación verbal, seguimiento de sospecho, o actuando con cólera (Sección 741.30 F.S.)

**Abuso/asalto sexual**—cualquier contacto no deseado o el obligar a alguien a participar en un acto sexual en contra de su voluntad (Sección 784.046 F.S.)

**Violencia entre pareja**—La violencia entre individuos que tienen o han tenido una relación alberante y significativa de tipo romántico o con relaciones íntimas. (Sección 784.046)(d)(d) F.S.)

**Violencia Repetida**—dos incidentes de violencia o de acoso uno de los cuales deben haber sido dentro de los 6 meses de una orden judicial de protección, haber sido dirigido contra el solicitante o la familia del solicitante. (Sección 784.046 F.S.)

**Tráfico de seres humanos**—el reclutamiento, transportación, o obtener una persona por la fuerza, fraude, o coerción, con el propósito de un acto sexual comercial o en el que la persona inducida a realizar tal acto es menor de 18 años de edad (Sección 787.06 F.S.)

**La adquisición de una persona menor de 18 años para la prostitución** (Sección 796.03 F.S.) por la prostitución un menor

**Lujurioso o lascivos delitos**—Conder a la actividad sexual o en la presencia de una persona menor de 16 años de edad (Sección 800.04 F.S.)

### ¿CUÁL ES EL SIGNIFICADO DE LA LEY?

Si alguna persona le esta abusando física o sexualmente, amenazando, relasamente encarcelando, o si un miembro familiar le esta encarcelando, o hay violencia repetida. Mientras de habite o de la casa incluye esposos, ex-cónyuges, personas relacionadas por sangre o matrimonio, personas que en la actualidad residen juntas o que han vivido juntas son parte de una familia, y personas que son padres de un niño en común, independientemente de si han estado casados. Con la excepción de personas que tienen un niño en común, la familia o los miembros de la casa deben residir en la actualidad o haber residido juntas en la misma vivienda en el pasado. La Ley también lo obligue al solicitante está o la persona que lo abusó actualmente está o ha estado en una relación violenta dentro los últimos 6 meses.

### ¿ES USTED VICTIMA DE VIOLENCIA DOMÉSTICA?

SI USTED ES VICTIMA DE VIOLENCIA DOMÉSTICA, FISICAL EMOCIONAL VERBAL O EL ABUSO/BATERIA SEXUAL, VIOLENCIA DE PAREJA, TRAFICO DE SERES HUMANOS, LA PROSTITUCION MENORES DE 18 AÑOS, O LUJURIOSOS O LASCIVOS DELITOS SOBRE O EN PRESENCIA DE MENORES DE LA EDAD DE 16 AÑOS, o si usted tiene razón de creer que está en peligro inminente de convertirse en víctima de cualquier acto de violencia doméstica, tiene el derecho de solicitar UNA ORDEN JUDICIAL DE PROTECCION CONTRA VIOLENCIA DOMESTICA. Si usted es víctima de violencia repetida, violencia durante una cita, o violencia sexual (o si es el padre de cualquier menor de edad que resida en la casa y quien busca una orden judicial de protección en contra de violencia repetida, violencia durante una cita, o violencia sexual a nombre del menor) o tiene temor a violencia repetida, usted puede solicitar al fiscal estatal cargos criminales. Usted también tiene el derecho de ir a presentar UNA ORDEN JUDICIAL DE PROTECCION VIOLENCIA, REPETIDA, VIOLENCIA DE PAREJA, O VIOLENCIA SEXUAL.

Esto puede incluir, pero no deben limitarse a las provisiones que restringen el abusador de nuevos actos de abuso; directa al abusador a abandonar su hogar, y entrar que el abusador la retira de su residencia, escuela, negocio, o lugar de empleo. El funcionario de la corte está obligado a ayudar a obtener las ordenes de protección en contra de violencia doméstica y en la ejecución de dicha orden. La representación de un abogado no es necesaria para las involucrados. Según lo indicado en la Sección 741.30(1)(f) F.S.

SI HA SIDO VICTIMA DE VIOLENCIA DOMESTICA, O VIOLENCIA SEXUAL, FISICO, EMOCIONAL, VERBAL, O EL ABUSO/BATERIA SEXUAL, VIOLENCIA DE PAREJA, TRAFICO DE SERES HUMANOS, LA PROSTITUCION MENORES DE 18 AÑOS, O LUJURIOSOS O LASCIVOS DELITOS SOBRE O EN PRESENCIA DE MENORES DE LA EDAD DE 16 AÑOS usted puede pedir que el abogado del estado presente una queja criminal. También tiene el derecho de ir a la corte y presentar una petición solicitando UNA ORDEN JUDICIAL PARA PROTECCION EN CONTRA DE VIOLENCIA DOMESTICA, UNA ORDEN JUDICIAL PARA PROTECCION EN CONTRA DE VIOLENCIA REPETIDA, VIOLENCIA DE PAREJA, O VIOLENCIA SEXUAL, incluyendo pero sin estar limitado a las siguientes:

- provisiones que desalentgan al abusador de cometer actos adicionales;

- ordenar al abusador a abandonar la casa;

- evitar que el abuso llegue a su residencia, escuela, negocio, o lugar de empleo;

- concederle a usted la custodia de su niño o niños; y

- ordenar al abusador a pagarle ayuda financiera a usted y a los menores de edad si el abusador tiene la obligación legal de hacerlo.

Por razones de seguridad, usted puede darle su dirección a la corte en una forma separada confidencial cuando haga la petición de la orden judicial.

### ¿CÓMO ME PUEDE AYUDAR LA LEY?

Si usted ha sido víctima de violencia doméstica, si el abusador le ha lastimado sexualmente o físicamente, o si usted tiene miedo de ser maltratado(a), la ley de violencia doméstica de la Florida le permite trabajar con el sistema judicial para ayudar a mantenerse seguro(a). Póngase en contacto con su centro local de violencia doméstica para hacer un plan de seguridad antes de la presentación para la orden judicial de protección. Vaya a la oficina del funcionario judicial en la corte de su condado.

- Provea una identificación.

- Provea información de donde el abusador puede ser localizado.

- Provea cualquier otra información acerca del abusador como todos o identificación

- Provea cualquier documento referente a su caso.

- Dígale al funcionario de la corte que usted está interesado en solicitar una orden judicial para protección en contra de violencia doméstica, UNA ORDEN JUDICIAL DE PROTECCIÓN CONTRA VIOLENCIA REPETIDA VIOLENCIA, DE PAREJA, O VIOLENCIA SEXUAL.

- El funcionario judicial le ayudara a llenar los documentos necesarios. Estos documentos, le explican al juez que clase de protección necesita y de quién necesita ser protegido.

- Después de haber llenado los documentos, la corte determinará el riesgo de violencia doméstica existente. La corte puede ordenar un mandamiento temporal, que es válido por 15 días. Luego una audiencia es llevará a cabo considerando su seguridad y la de sus niños.

- Al abusador se le debe entregar la orden judicial antes de que se haga efectiva. La orden le dirá al abusador(a) que el juez requiere y cuando regresar a la corte para una audiencia. Esta audiencia será dentro de 15 días a menos que el abusador no pueda ser notificado.

- **ES IMPORTANTE QUE USTED ATIENDA A LA AUDIENCIA** de lo menos que se puede concluir que el juez entienda exactamente la clase de ayuda que usted necesita y el porque. SI USTED NO SE PRESENTA, POR LO GENERAL, EL JUEZ TERMINARA LA ORDEN JUDICIAL.

# Victim/Witness Rights Brochure

**We realize that for many persons, being a victim or witness to a crime is their first experience with the Criminal Justice System. As a Victim or a Witness, you have certain rights within the system. This brochure is being provided to you to assist you with questions you may have regarding those rights. For further information regarding these rights, please contact the State Attorney's Office, and/or the Hollywood Police Department.**



**Hollywood Police Department**

**Victim Services Unit**

**(954) 967-4411**

_____

**OFFICER/BADGE #**

| CASE # |
| --- |



**COURT ADMINISTRATORS OFFICE**

FAMILY INTAKE UNIT

BROWARD COUNTY COURTHOUSE
201 S.E. 6TH STREET, ROOM $$2
FORT LAUDERDALE, FLORIDA 33301

# HOW TO OBTAIN
# A TEMPORARY INJUNCTION FOR
# PROTECTION AGAINST
# DOMESTIC/REPEAT VIOLENCE

1. If you have been a victim of physical violence by a spouse, ex-spouse, relative, someone you live with or have a child with or have been a victim of two events of physical violence by someone other that an person identified earlier, go to Broward County Courthouse, Room 565, 201 Southeast 6th Street, Fort Lauderdale, Florida.
2. Obtain Petition package for Temporary Injunction for protection against Domestic/Repeat violence. Tell the Clerk if you have or had any other civil court case with the person you are filing against.
3. Go to Room 232 with your Petition and check in.
4. Fill out the paperwork with the assistance of a Family Intake Attorney or Staff Assistant.
5. Upon Completion, have the paperwork checked by the Family Intake Attorney or Staff Assistant.
6. Go to room 232 and file the papers at the Domestic/Repeat window.
7. Wait in the courthouse as instructed by the clerk for your order.
8. Keep a copy of your order on you at all times.
9. If you do not have an address where Respondent can be served, get one and take the order service package to BSO or proper Sheriffs Office to serve Respondent.
10. Return for your 15 day hearing on the date and time, and at the location as indicated in your notice. Check in with the court personnel and ask the court to extend the Injunction for one year. Also, ask for child support, spousal support, counseling for Respondent.
11. Call the police anytime Respondent should harass you, come to your home, place of work, or attempt to harm you. Respondent may be arrested and jailed for violating the Order.
12. Do not have contact with the Respondent, keep yourself safe.
13. For further assistance, call 831-7693, Family Intake Unit.

**THIS COPY COURTESY OF HOLLYWOOD POLICE DEPARTMENT**

## Domestic and Dating Violence Victim Statement Format

1. The following is a voluntary tape recorded statement of **[Victim's Name]**, regarding Hollywood Police case number **[Case Number]**.  This statement is being conducted on **[Date]** at **[Time]**, and is being taken by Officer **[Officer Name & Badge Number]**.  Said statement is being taken at **[location]**.  Also present during this statement are **[Name, Race & Sex, D.O.B. & Address]**.

2. Before I ask you any questions I must place you under oath.  Do you understand that I am a Police Officer in the State of Florida, and as such, I am authorized to administer oaths?  Since this is an official statement, you can be prosecuted for perjury if the statement you give is found to be false.

3. (Oath – have the subject raise his/her right hand) Let the record reflect the subject is raising their right hand.  Do you solemnly swear or affirm that the statement you are about to give will be the truth, the whole truth and nothing but the truth.

4. Please state your full name, date of birth, home address and telephone number.

5. Are there any relatives or friends who could be contacted should you move from your current address?

6. What are their names, addresses and telephone numbers?

7. Begin with these questions:

    a. Is this statement being given of you own free Will?

    b. Have you had enough sleep?

    c. Are you under the influence of any drugs or alcohol?

    d. What is the highest level of education you have achieved?

    e. Have any promises or threats been made to you in order for you to give this statement?

8. Tell me what occurred between yourself and the suspect on **[day & date]**.
   (Do not interrupt, ask any clarifying question later).

9. Follow up questions:

    a. What is your relationship with the accused?

    b. What caused the disturbance?

    c. Were you touched or struck?

        i. How many times?

        ii. On what part of your body?

        iii. With what were you touched or struck?

    d. Was the touching or striking done against your will?

    e. Were you purposely struck or was it an accident?

    f. What injuries did you suffer?

    g. Did you receive medical treatment for your injuries?

    h.  Who provided the medical treatment?

    i.  Who called the Police?

    j.  Does the accused live with you?

        i.  How long?

        ii.  Does any one else live with you?

    k.  Were there any witnesses to the incident?

    l.  Did you do anything to the suspect such as hitting, throwing, etc.?

    m.  Did you have a weapon at the time of the incident?

    n.  Were you hit by the suspect in self defense?

    o.  Who started the fight?

    p.  Have there been previous incidents of violence?

    q.  Was the suspect using drugs or alcohol around the time of the Incident?

    r.  Has the accused threatened you with future violence if you testify or for calling the Police?

    s.  Ask if the victim is a female:

        i.  Are you pregnant?

        ii.  If yes, how far long?

        iii.  Did the accused know you were pregnant during the incident?

10. Ask the victim any question(s) you deem relevant?

11. Were you provided with a Domestic rights package and case number?

12. Is there anything further that you would like to add which would assist in this investigation?

13. This concludes the voluntary tape recorded statement of **[Name]** on **[day, date & time]**.


## Domestic and Dating Violence Checklist

1. Photographs of all injuries.

2. Photographs of damage to residence, etc.

3. Obtain rescue or medical care provider information. If Hollywood rescue responded try to get their case number for report.

4. Have victim complete and sign "medical records release form.

5. Have victim sign, "waiver of reading and signing statement."

6. Request copy from dispatch of 911 or phone call to Police from responding Officer.

7. List all witnesses including their addresses and telephone numbers.

8. Take written or tape recorded statements from witnesses?

9. Give victim Domestic Rights package, case number and for on how to obtain a restraining order.

| | MISSING PERSONS | |
|---|---|---|
| [badge image] | **DEPARTMENT SOP: #251** | **CALEA: 41.2.5, 41.2.6** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 9/2/2014** | **CFA:** **18.14** |

**PURPOSE:** This SOP will establish procedures for the response, investigation and reporting of Missing Person incidents.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** When dealing with Missing Persons, especially juveniles and the elderly, the Department will use every resource available to locate the individual. The primary objective will always remain the safe return of endangered children and adults. Every child reported missing will be considered "at risk" until significant information to the contrary is confirmed. **[41.2.5F] [41.2.6A]**

**INDEX:**

**I. MISSING PERSONS ...................................1**

   A. Reporting Criteria: [18.14A] .................1
   B. First Responding Officer: [18.14C]........2
   C. Patrol Sergeant Responsibilities: .........3
   D. Shift Lieutenant Responsibilities: .........3
   E. Patrol Division Major – Staff Duty Officer Responsibilities: .....................................3
   F. Investigative Services Section Responsibilities: [18.14C]....................3

**II. The Florida Silver Alert Plan.....................4**

   A. Criteria for Activation:............................4
   B. Steps for Activation ..............................4

**III. RECOVERY OF MISSING PERSONS [18.14C] ..........................................................5**

   A. Persons Reported Missing: ..................5
   B. Found Child: .........................................5
   C. Runaway Juveniles: .............................5

**IV. DEFINITIONS:...........................................6**

   A. Endangered Missing Person: ...............6
   B. Emancipated Juvenile: .........................6
   C. Dementia:..............................................6

**PROCEDURE:**

**I. MISSING PERSONS**

   **A. Reporting Criteria: [18.14A]**

In accordance with F.S.S. 937 a person will be considered missing if they are endangered, absent without reasonable explanation, become missing from, or were last seen, in Hollywood and meet the following F.D.L.E. criteria for NCIC entry:

   **1. Missing Endangered Person:**

     **a.** A missing child;

     **b.** A missing adult under 26 years of age;

     **c.** A missing adult 26 years of age or older who is suspected by a law enforcement agency of being endangered or the victim of criminal activity;

     **d.** A missing adult who meets the criteria for activation of the Silver Alert Plan of the Department of Law Enforcement.

   **2. Missing Child:**

"Missing child" means a person younger than 18 years of age whose temporary or permanent residence is in, or is believed to be in, this state, whose location has not been determined, and who has been re-

ported as missing to a law enforcement agency.

3. Missing Adult:

"Missing adult" means a person 18 years of age or older whose temporary or permanent residence is in, or is believed to be in, this state, whose location has not been determined, and who has been reported as missing to a law enforcement agency. **[41.2.5F]**

The reportee need not be in Hollywood nor will there be any arbitrary waiting period required before a report is accepted.

**B. First Responding Officer:** **[18.14C][41.2.5A] [41.2.6B]**

The first responding Officer will evaluate the circumstances surrounding the person's absence and acquire information that is accurate and detailed. It is imperative that information be gathered and distributed immediately. Officers will adhere to the following:

1. Advise Communications of all pertinent information (physical description and clothing) and request a Citywide B.O.L.O. **[41.2.5B]**

2. Immediately notify a Patrol Sergeant.

3. Secure the crime scene, if applicable.

4. Coordinate an immediate search.

   a. Before beginning a search, jurisdiction needs to be established. The search for a person will begin where the person was last seen or known to be.

   b. A search of the residence and surrounding area is imperative when the missing person is a child. Missing children have been located in the smallest of areas in a residence.

c. If the missing person is a student at a local school, attempt to contact school personnel and friends.

d. Diaries, personal computers and phone books may provide valuable information, which could lead to the location of the person.

e. For more investigative leads refer to the Initial Response Tasks Worksheet from the Florida Juvenile Handbook (see **Appendix A**).

5. Obtain a Missing Person's Affidavit (see **Appendix B**).

6. Immediately advise the Teletype Operator to enter the Missing Person's information into the NCIC/FCIC system (per Florida State Statute, this must be completed within 2 hours). In missing person cases involving a juvenile, the NCIC/FCIC Operator will notify "A Child is Missing", The National Center for Missing and Exploited Children, and the Missing Children's Clearinghouse. **[18.14B]** **[41.2.5B,C] [41.2.6C]**

7. Obtain a recent photograph of the missing person. **[41.2.6C]**

   a. If the missing person is endangered, prepare a Missing Person's Flier (see **Appendix C**) for distribution in the area (forward a copy to the Investigative Services Section).

   b. Deliver the photograph to the Teletype Operator for entry into the NCIC/FCIC system. **[41.2.6C]**

8. Complete a detailed Incident Report. The Report will be dictated on a priority basis and will include the following information in the narrative:

   a. Teletype Operator's name and I.D. number.

**b.** Message Control number of the entry.

**C. Patrol Sergeant Responsibilities:**

The Patrol Sergeant is responsible for the following:

**1.** Assigning additional personnel from surrounding zones, as necessary, to assist in the search.

**2.** Ensuring that the first responding Officer has completed all initial tasks and made the proper notifications.

**3.** Ensuring that SOP # 251.1 is followed if information developed by the first responding Officer indicates that the incident is a Parental Abduction or Kidnapping.

**4.** Determining if the missing person falls within the guidelines to activate "The Florida Amber Alert or Silver Alert Plan". **[41.2.5B] [41.2.6D]**

(The Florida Amber Alert Plan is outlined in SOP 215.1 CHILD ABDUCTIONS/KIDNAPPING). **[41.2.6D]**

(The Silver Alert Plan is outlined in Section II, page 4, of this SOP)

**5.** Notifying the Shift Lieutenant if the search does not locate the missing person within a reasonable time.

**D. Shift Lieutenant Responsibilities:**

The Shift Lieutenant will be responsible for the following:

**1.** Establishing a Command Post, if necessary.

**2.** Notifying the Communications Section Supervisor and requesting that Crime Watch be alerted.

**3.** Requesting additional search assistance, if available, such as a helicopter, K-9, etc.

**4.** Determining the necessity for calling-out a Detective.

**a.** All missing person cases involving exceptional circumstances to include suspicion of foul play or a diminished mental capacity require the response of a Detective.

**b.** The Detective who is called out/assigned to the case will be responsible for conducting an investigation until such time as the missing person is located.

**c.** Notifying the Investigative Services Section Lieutenant if information developed indicates the incident is a Parental Abduction or Kidnapping.

**d.** Notifying a Patrol Division Major, or if after regular duty hours, the Staff Duty Officer.

**E. Patrol Division Major – Staff Duty Officer Responsibilities:**

It is the responsibility of a Patrol Division Major, or if after regular duty hours, the Staff Duty Officer, to:

**1.** Notifying the Public Information Officer and requesting that the media be alerted.

**2.** Ensuring that all reasonable search efforts are conducted.

**3.** Determining when to discontinue the search.

**F. Investigative Services Section Responsibilities: [18.14C] [41.2.5D,E]**

Detectives assigned to the Investigative Services Section will be responsible for conducting follow-up investigations of missing persons, and directing the initial investigation in those cases that have extenuating circumstances that indicate that the missing person is endangered.

1. The Homicide Unit will investigate all adult missing person cases.

2. The Domestic Violence Unit will investigate all juvenile missing person cases.

3. The appropriate Supervisor assigned to the Investigative Services Section is responsible for the following:

   a. Reading and reviewing all missing person reports.

   b. Assigning cases to Detectives and overseeing the investigations.

   c. Ensuring the photograph of the missing person has been entered into the NCIC/FCIC system.

   d. Verifying that notification to Florida's Amber Alert or Silver Alert Plan has been accomplished, if applicable.

   e. Within 30 days, the Detective assigned the case will mail a letter on Departmental letterhead (see **Appendix E**) and the Data Collection Entry Guide (see **Appendix F**) to the family or next of kin which outlines the procedure for providing DNA standards and Dental records. **[18.14E]**

   f. Verifying that dental record requests for all persons still missing after 30 days have been followed up and documented via police reports and teletype and that a copy of this request and/or police report is added to the case file in Central Records by the assigned Detective.

   g. Verifying that a biological specimen (DNA) request for all persons still missing after 90 days have been followed up and documented via police reports and teletype and that a copy of

the letter and/or police report is added to the case file in Central Records by the assigned Detective.  **[18.14F]**

   h. Checking NCIC/FCIC validations monthly.**[18.14D] [41.2.5C]**

## II.  The Florida Silver Alert Plan [41.2.5B]

### A.  Criteria for Activation:

The purpose of the Florida Silver Alert Plan is to broadcast information of a missing elderly person who suffers from irreversible deterioration of intellectual faculties (dementia) in a timely manner, to the general public. The following criteria must be met for activation:

1. The missing person has been entered into FCIC/NCIC.

2. The missing person is 60 years of age or older.

3. There must be a clear indication that the missing person has a diagnosed cognitive impairment, such as Dementia or;

4. Under extraordinary circumstances when a person age 18-59 has irreversible deterioration of intellectual faculties and the Patrol Sergeant has determined the missing person lacks the capacity to consent, and the use of dynamic message signs may be the only possible way to recover the missing person.

5. The missing person is believed to be in danger.

6. A Silver Alert must be authorized by a Supervisor.

### B.  Steps for Activation

The following steps will be completed when activating the Florida Silver Alert Plan:

1. The Officer will call A Child is Missing (1-888-875-2246) to activate a neighborhood call alert.

2. The media is to be notified via the Public Affairs Office.

3. If a vehicle is involved, the statewide messaging system may also be activated via FDOT's highway dynamic message signs and other highway advisory methods.

4. The Officer will contact the FDLE Missing Endangered Persons Information Clearinghouse (1-888-356-4774). Advise the person answering that activation of the Silver Alert Plan is requested and provide the following information:

   a. Vehicle description and tag number.

   b. Information that a statewide BOLO to other law enforcement agencies has been initiated.

   c. Information that a local media alert has been initiated

5. A case may also be opened with the FDLE Missing Endangered Persons Information Clearinghouse.

6. Once the missing person is recovered, the Silver Alert must be canceled. FDLE and the media must be notified.

## III. RECOVERY OF MISSING PERSONS
[18.14C] [41.2.5C]

### A. Persons Reported Missing:

When a person who has been reported missing is found, Officers will complete the following:

1. Verify the person's identity and status.

2. Notify the Teletype Operator of the recovery and note the Operator's name, I.D. number and Message Control number in the Incident Report.

3. Teletype Operators will record recovery information on the "Missing Person/Juvenile Recovery Log" (see **Appendix D**) and forward this information to the Data Entry Unit for a report classification update.

4. Recoveries of missing persons originating from outside Agencies require the completion of an Incident Report.

### B. Found Child:

When an Officer encounters a found child the following will be conducted:

1. Check of the immediate area to obtain information that could assist in identifying the child. If information cannot be obtained, the child should be brought to Headquarters.

2. If the child is unable to supply information as to their identity, and all attempts to locate the child's parents have failed, the Officer will contact the Florida Department of Children and Families.

   a. An on-call DCF Case Worker will make temporary shelter arrangements.

   b. DCF Contact Information: 7261 Sheridan Street, HWD Phone 1-866-LE-ABUSE.

### C. Runaway Juveniles:

A Law Enforcement Officer has the authority to take a juvenile into custody when reasonable grounds exist to believe that the child has run away from his parents, guardian, or other legal custodian. The child is to be released to a parent, guardian, legal custodian, responsible adult relative, or a Department of Children and Families (DCF) Case Worker for placement in a shelter when found.

## IV.  DEFINITIONS:

### A.  ENDANGERED MISSING PERSON:

- A missing child;

- A missing adult under 26 years of age;

- A missing adult 26 years of age or older who is suspected by a law enforcement agency of being endangered or the victim of criminal activity;

- A missing adult who meets the criteria for activation of the Silver Alert Plan of the Department of Law Enforcement.

### B.  EMANCIPATED JUVENILE:

Emancipation of a child by his/her parents involves an entire surrender of the right to the care, custody, and earnings of such child as well as a renunciation of parental duties.

### C.  DEMENTIA:

Irreversible deterioration of intellectual faculties.

## ATTACHMENTS

- **Appendix A:**  Missing Person Initial Response Tasks Worksheet from the Florida Juvenile Handbook.

- **Appendix B:** Missing Person Affidavit.

- **Appendix C:** Missing Person Flier.

- **Appendix D:** Missing Person Recovery Log.

- **Appendix E:**  Dental and DNA Letter

- **Appendix F:** Data Collection Entry Guide

APPROVED BY:

**09/02/2014**

**Frank G. Fernandez**          **Date**
**Chief of Police**

## INITIAL RESPONSE TASKS

{ } Verify Jurisdiction based on where child was last seen.  { } City { } County
{ } Interview person who made initial missing child report.
  Name: _____ Relationship to child: _____ DOB: _____
  R/S: _____ Phone: _____ Address: _____
{ } Obtain description of missing child:
  Name: _____ R/S: _____ Age: ____ DOB: _____
  Hgt. _____ Wgt. _____ Hair: _____ Eyes: _____ Shoes: _____
  Clothing: _____
  Habits: _____ Photo: { } Yes { } No
{ } Detailed description of suspect/abductor:
  Age: _____ R/S: _____ Hair: _____ Eyes: _____ Shoes: _____
  Clothing: _____
  Other Identifiers: _____
{ } Detailed description of suspect's vehicle:
  Possible year: _____ Make: _____ Color: _____
  Tag#: _____ Specific Identifiers: _____
{ } Relay B.O.L.O. information on all channels to local law enforcement.
  { } Local { } Statewide { } Nationwide
{ } Search residence, play areas, yard and surrounding areas to determine
  whether child is in fact missing.
{ } Check with family members/friends – Could the child be with one of them?
  { } Yes { } No
{ } Identify Parents:
  Father: _____ R/S: _____ DOB: _____
  Address: _____
  Mother: _____ R/S: _____ DOB: _____
  Address: _____
{ } Single Parent Household: { } Yes { } No
  Boyfriend/Girlfriend to either parent: { } Yes { } No
  Name: _____ Address: _____
  Name: _____ Address: _____
{ } Obtain names, addresses, telephone numbers of child's friends, relatives,
  school, doctor.
{ } Request K-9 Assistance (preferably bloodhound).
  Handler: _____ K-9: _____
{ } Preserve child's bedding, used clothes, shoes for K-9 and evidence.
  Do not contaminate.
{ } Obtain scent articles.
  What are they? _____
{ } Evaluate contents and appearance of child's room and home.
{ } Secure child's room as if a crime scene.
{ } Protect hairbrush, diary, items with child's fingerprints, computer/disks.
{ } Have classification entered in NCIC/FCIC.
{ } Dental records available { } Yes { } No Dentist name: _____
{ } Notify F.D.L.E. Missing Children Information Clearinghouse
  1-888-FL-MISSING.
{ } Notify local F.B.I. office if abduction may be predatory and F.B.I. CASKU
  Child Abduction and Serial Killer Unit – 1-800-634-4097.
{ } Establish command post – away from the immediate scene.

# City of Hollywood Police Department

## MISSING PERSON AFFIDAVIT

☐ JUVENILE     ☐ ADULT     ☐ ELDERLY     ☐ MENTAL DISABILITY

I,_____

Residing at_____

_____

The    ☐ PARENT    ☐ LEGAL GUARDIAN, OR A

☐ FAMILY MEMBER OF

_____

whose date of birth is_____, and who resides at_____

Case Number_____

Officer_____

Report (D&T)_____

Entered by:_____

D & T Entered_____

R/S_____

believes the above named subject to be a missing person due to the following circumstances

☐ Voluntary Runaway (first time)      ☐ Failed to Return Home

☐ Voluntary Habitual Runaway      ☐ Child Custody Related

☐ Involuntary / Other / Possible Foul Play (explain)

_____

Physical and/or mental disability:    ☐ NO    ☐ YES    (explain)

_____

Date and time last seen_____

Date and time was due to return_____

Clothing description_____

Height_____     Weight_____     Hair_____     Eyes_____

Scars / Marks / Tattoos_____

Miscellaneous Description_____

Place of Birth: County / City_____ State_____

Identify area limits (City and State) beyond which the parent / guardian will not travel to pick up the missing person:

_____

_____

Signature: Parent / Guardian                Date

_____

Telephone (Home)      Telephone (Work)      Telephone (Other)

Original Date: 11/1/2001                     Page 1 of 1
Revised Date:                               Appendix B SOP #251
File Name: Appendix B Missing Person Affidavit.doc

 

# MISSING PERSON
## FROM THE
## HOLLYWOOD POLICE DEPARTMENT

```
┌─────────────────────┐
│                     │
│                     │
│                     │
│       PHOTO         │
│                     │
│                     │
│                     │
└─────────────────────┘
```

Name:_____ Age:_____

Date:_____ Time:_____ Case Number:_____

Date of Birth:_____ Sex:_____ Race:_____

Height:_____ Weight:_____ Hair:_____ Eyes:_____

Scars/Marks/Tattoos:_____

Last Seen Wearing:_____

_____

Missing From:_____

_____

Contact Person:_____

_____

Last seen in the area of:_____

_____

Miscellaneous Information:_____

_____

Physical/Mental Disability:_____



**CASE #**_____

# HOLLYWOOD POLICE DEPARTMENT

### MISSING PERSON RECOVERY LOG

**Recovery Date:** ___/___/___                    **Time:**_____

**Name:** _____     **Race/Sex:** ___/_____     **D.O.B:** ___/___/____

**Address:** _____

**Recovery Location:** _____

**Condition of Person:** _____

**Additional Remarks:** _____

_____

**Teletype Operator:** _____     **Badge #:**_____

**Related PD Case #:**_____     **OCA:** _____

**Narrative:**

On ___/___/___ at _____hours, this Operator was advised via Teletype that

_____ was recovered by _____

Badge #_____under case #_____at _____.

**NCIC/FCIC cancelled by:**

Teletype Operator: _____     Badge #:_____

Teletype Message Control Number: _____

Attach copy of 10-28.

Attach copy of entry or hit.

Attach Teletype Messages.

**cc: Investigative Services Section/Robbery-Homicide Unit**

DATE

Ms. XXXXXXXXXX
680  XXXXXXXXXX
Hollywood, FL 33021

Re: John Doe
Hollywood Police Case Number:

Dear: Ms. XXXXXXX:

A Missing Person report was filed with the Hollywood Police Department regarding the above named person.  As of this date, our records indicate that he or she is still missing.

If the missing person **has not** returned home or has been located, please contact the Hollywood Police Department at **954-967-4411.**  We will ask you for any updates you may have and for your cooperation in providing the following as required by Florida State Statutes (FSS).

**1 - DNA standards** or standards from applicable family members (FSS 937.021).
   (We will explain what is needed and will arrange for or assist in collection of such standards).

**2 - Dental Forms completed by the missing person's dentist** and returned to the Hollywood Police Department marked "**Attention: Investigative Services Section**" (FSS 937.031).

We appreciate your cooperation.  It is our hope that the additional information requested will help us to locate the missing person more expeditiously, thus ending this painful ordeal for you and your family.

Sincerely,


Assigned Detective
Hollywood Police Department
Criminal Investigations Division
954-967-4411

---

**MISSING PERSON FILE**
**Data Collection Entry Guide**

**Section 1:**
- Complete the Patient Name field as reflected in the dental records.
- The, Age at Disappearance, Case #, and NCIC # fields should be completed by the investigating agency.
- The Completed by, Date Completed, Email Address, Address, Telephone #, X-Rays Available, and Dental Models Available, and Dental Photographs Available fields should be completed by the individual filling out the dental report.

**Section 2:**
- Tooth numbers are based on the Universal System. The corresponding Federation Dentaire Internationale System (FDI) numbering is depicted in parenthesis.
- Use all available dental records to capture the most recent condition of each tooth. A review of written treatment records is a must as x-rays are often taken prior to treatment and may not reflect the most recent condition of the teeth.
- Enter the appropriate code(s) next to the corresponding tooth number, 01 thru 32, on the dental report.
- Each tooth must have one or more codes entered except when ALL or UNK is used (see Section 4).
- Review pages 3 thru 7 of this packet prior to completing the Dental Characteristics Section of the dental report.

**Section 3:**
- Dental Codes. A more detailed explanation of these codes and their use is described on pages 3 thru 7 of this packet.

**Section 4:**
- To be used for coding ALL or UNK.
  - If the ALL field is marked, NCIC will automatically code all teeth as "V".
  - If the UNK field is marked, NCIC will automatically code all teeth as "/". A dental comparison will not be performed by NCIC when this box is marked.
- To be used for additional dental characteristics not captured in the dental codes listed in Section 3. For example: dental implants, removable dentures, orthodontic appliances, etc. Specific tooth numbers are not always necessary and key descriptive words are preferred.

-4-

MISSING PERSON FILE
Data Collection Entry Guide

## *Dental Codes and Descriptions*

**Primary Dental Codes -** *One or more codes must be entered for each tooth.*

| Code | Description |
|------|-------------|
| V | Virgin. Default code for Missing Persons. Tooth is present or assumed to be present and unrestored. This includes unerupted teeth such as wisdom or deciduous teeth. If no information is available for a particular tooth this code should be used as it is assumed that all teeth are present (erupted or unerupted) and unrestored when they develop. This code is also used when a tooth has been restored but it is impossible to determine which surface has been restored (most common example of this is the location of a pit type filling on molars when it is impossible to determine whether the filling is on the facial or lingual surface). \*\*\* Please note this code is used differently when coding dental characteristics for Unidentified Persons.\*\*\* |
| / | A portion of the tooth is remaining and treatment has probably been accomplished on the tooth but it is impossible to determine which surfaces have been restored. This code is most frequently used when a tooth has had an endodontic procedure accomplished and the clinical crown has fractured off. This code is seldom used in coding missing persons dental information. \*\*\* Please note this code is used differently when coding dental characteristics for Unidentified Persons.\*\*\* |
| X | Missing. Tooth has been extracted or is congenitally missing. |
| M | Mesial surface of the tooth has been restored. |
| O | Occlusal or Incisal surface of the tooth has been restored. (Do not use "I") |
| D | Distal surface of the tooth has been restored. |
| F | Facial or Buccal surface of the tooth has been restored. (Do not use "B") |
| L | Lingual surface of the tooth has been restored. |

**Secondary Dental Codes -** *May not be used independently. Must be used in conjunction with Primary*

**MISSING PERSON FILE**
**Data Collection Entry Guide**

*codes.*

| Code | Description |
|------|-------------|
| C | Any laboratory processed restoration including crowns, inlays, onlays, and veneers. Also includes prefabricated restorations such as stainless steel crowns, metal and acrylic temporary crowns, and porcelain processed veneers. |
| R | Root canal. Evidence is available to establish that an endodontic procedure has been started or completed. |

### *Common Coding Rules and Interpretation Issues with Examples*

1. <u>No Records Regarding the Condition of Some Teeth.</u> The default code for missing person dental records is "V". If no information is available for a particular tooth or teeth, it is assumed that they developed and were unrestored.

   **EXAMPLE:** The only records received for analysis are bitewing type x-rays. There is no information concerning the anterior teeth and the wisdom teeth. The appropriate code entries for these teeth are:

   |       |       |
   |-------|-------|
   | 01V   | 17V   |
   | 06V   | 22V   |
   | 07V   | 23V   |
   | 08V   | 24V   |
   | 09V   | 25V   |
   | 10V   | 26V   |
   | 11V   | 27V   |
   | 16V   | 32V   |

2. <u>Multiple Restorations on One Tooth Surface.</u> Only <u>one</u> surface code is entered for a particular surface on a specific tooth regardless of the number of restorations on that particular surface.

   **EXAMPLE:** Tooth #28 has two occlusal pit restorations, the appropriate code entry is: 28O.

3. <u>Deciduous Teeth.</u> Deciduous teeth are coded in the same manner as permanent teeth. When the available dental records are in the mixed dentition phase, the examiner must establish the likelihood of the deciduous tooth being exfoliated and replaced by the permanent tooth during the time interval between the date of the last dental record (written/radiograph) and the date the individual went missing. <u>For the purposes of NCIC coding, the general rule is: Unless there is evidence to the contrary, it is assumed that all deciduous teeth will be replaced by permanent teeth at 11+ years of age.</u> When in doubt, use the default "V" code.

-6-

**MISSING PERSON FILE**
**Data Collection Entry Guide**

**EXAMPLE #1:** The most recent available dental records are of the individual at 7 years of age and indicate an MOD restoration on a lower right second deciduous molar. The individual went missing at 9 years of age. The tooth should be coded as: **29MOD**

**EXAMPLE #2:** The most recent available dental records are of the individual at 9 year of age and indicate an MOD restoration on a lower right second deciduous molar. The radiographs show evidence of a permanent successor. The individual went missing at 16 years of age. The tooth should be coded as: **29V**

**EXAMPLE #3:** The most recent available dental records are of the individual at 10 years of age and indicate an MOD restoration on a lower right second deciduous molar. The radiographs clearly show no evidence of a permanent successor. The individual went missing at 16 years of age. The tooth should be coded as: **29MOD**

4. **Fixed Dental Bridge.** The important feature is that the tooth has been extracted.

   **EXAMPLE:** Tooth #8 has been extracted and replaced with a fixed bridge. Teeth #7 and #9 are the abutment teeth and restored with full coverage porcelain to metal crowns. The teeth should be coded as:  **07MODFLC**
   **08X**
   **09MODFLC**

5. **Dental Implant.** The important feature is that the tooth has been extracted.

   **EXAMPLE:** Tooth #8 has been extracted and replaced by a dental implant. The tooth should be coded as: Dental Report, Section 2 - **08X**
   Dental Report, Section 4 - **Implant 08**

6. **Removable Dentures.** All teeth that are replaced by a complete or partial denture are coded as "X" in Section 2 of the dental report, and the appropriate notation should be made in Section 4 - **"Complete Maxillary Denture", "Complete Mandibular Denture", "Partial Maxillary Denture",** and/or **"Partial Mandibular Denture."**

7. **Overdenture Teeth.** All missing teeth are coded with "X". For the purposes of NCIC coding, the overdenture teeth are assumed to have endodontic treatment and some sort of cast coping.

   **EXAMPLE:** Teeth #6 and #11 are overdenture teeth for a complete maxillary denture. These teeth should be coded as:
   Missing teeth coded **"X"**
   **06MODFLCR**
   **11MODFLCR**
   Section 4: **Complete Maxillary Denture, Overdenture 06, Overdenture 11**

8. **Orthodontic Appliances (Active and Passive).** All teeth are coded for their dental characteristics and a notation should be made in Section 4 of the dental report indicating

-7-

**MISSING PERSON FILE**
**Data Collection Entry Guide**

"Orthodontic Appliance."

9.   **Pit and Fissure Sealants.** Pit and fissure sealants are not considered restorations for the purposes of NCIC coding. All teeth that have pit and fissure sealants are coded as **"V"**.

10.  **Facial or Lingual Restoration.** Sometimes it is impossible to distinguish if a restoration is on the facial or lingual surface. Review the written records to help determine the position or extent of the restorations observed on the x-rays. If it is impossible to determine which surface contains the restoration, the appropriate NCIC code is **"V"**. Otherwise, code only the restored surfaces that can be reasonably identified.

     **EXAMPLE #1:** A pit restoration is observed on tooth #19. It is impossible to determine whether it is on the facial or the lingual surface. The tooth should be coded as: **19V**

     **EXAMPLE #2:** A restoration is observed on tooth #14. It appears to be an Occlusal restoration that extends either to the facial or lingual surface, but the extension location cannot be determined. The tooth should be coded as: **14O**

11.  **Missing Premolars (Bicuspids).** Determining which premolars were extracted may difficult, particularly following completion of orthodontic treatment. Careful examination of the radiographs and written treatment records is often helpful in making this determination. For the purposes of NCIC coding, **if it is impossible to determine** which premolars were extracted, the appropriate code is **"V"**.

12.  **Anterior Composite Restoration.** The coding of restored surfaces on anterior teeth should be conservative when interpreting dental records for a missing person.

     **EXAMPLE:** A small mesial restoration is observed radiographically for tooth #8. The written records indicate a mesiolingual restoration was placed on the tooth. The tooth should be coded as: **08M**

13.  **Extent of Large Restorations.** Coding surfaces on restorations that appear to be quite extensive on x-rays can be difficult. A review of written treatment records may clarify the actual surfaces that have been restored. These surfaces should be coded appropriately, coding only the surfaces that show evidence of being restored.

     **EXAMPLE:** X-rays indicate a large build up type restoration on tooth #19. The written dental records do not indicate which surfaces have been restored. The radiographs, however, indicate obvious restorations on the mesial, occlusal, and distal surfaces. The tooth should be coded as: **19MOD**

     If you have any questions regarding the reporting of a condition, please contact the **FBI Investigative and Operational Assistance Unit at 304/625-3000**.

**MISSING PERSON FILE**
**Data Collection Entry Guide**

Thank you for your careful completion of this report. Please be sure to retain all dental records on the missing or wanted person for future comparison purposes or, if you desire, they may be released to parent(s) and/or investigating agency. The family and friends of your patient are extremely grateful.

**MISSING PERSON FILE**
**Data Collection Entry Guide**

Agency Case #_____

Dear Doctor:

Since it is believed that you have treated the patient named on the preceding page, your assistance with the enclosed dental report is requested. Your careful attention to the information requested in the dental report may aid in the identification of your patient who has been reported missing or wanted.

A worksheet for your notes in regard to each tooth is contained in this packet on page 3. Using this worksheet can enable you to combine the information shown in the dental records and radiographs to provide an accurate dental profile. Once the worksheet is completed, these notes can easily be converted to the NCIC Missing Person Dental Report found on page 10.

This report was designed to facilitate the collection of dental data to be entered into the National Crime Information Center (NCIC). This dental data will serve as a "pointer system" for matching dental characteristics of individuals with records stored in the NCIC Wanted Person, Missing Person, and Unidentified Person Files. The coding rules explained in this document have been formulated to launch comparison routines that are used to develop a candidate list of potential matching records maintained in NCIC.

Careful examination of all available dental records will ensure a dental profile that will provide key information used in the identification process. Completion of the dental report should not take more than a few minutes under most circumstances.

If you have any questions regarding the reporting of a condition, please contact the **FBI Investigative and Operational Assistance Unit at 304/625-3000.**

-2-

# *NCIC Missing Person Dental Report*

**SECTION 1**

Patient Name: _____  Age at Disappearance: _____  Case #: _____

Completed by: _____  Date Completed: _____  Email Address: _____

Address: _____

Telephone #: _____  NCIC #: _____  X-Rays Available? ☐ Yes ☐ No

Dental Models Available? ☐ Yes ☐ No     Dental Photographs Available? ☐ Yes ☐ No

**SECTION 2**                    *DENTAL CHARACTERISTICS*

**Upper Right**
01 (18) _____
02 (17) _____
03 (16) _____
04 (15) _____
05 (14) _____
06 (13) _____
07 (12) _____
08 (11) _____

**Upper Left**
09 (21) _____
10 (22) _____
11 (23) _____
12 (24) _____
13 (25) _____
14 (26) _____
15 (27) _____
16 (28) _____

(Numbers in parenthesis represent FDI System.)

**Lower Left**
17 (38) _____
18 (37) _____
19 (36) _____
20 (35) _____
21 (34) _____
22 (33) _____
23 (32) _____
24 (31) _____

**Lower Right**
25 (41) _____
26 (42) _____
27 (43) _____
28 (44) _____
29 (45) _____
30 (46) _____
31 (47) _____
32 (48) _____

**SECTION 3**                    *DENTAL CODES*

**X** = Tooth has been removed or did not develop
**V** = Tooth is unrestored or no information (Default Code)
**M** = Mesial Surface Restored
**O** = Occlusal/Incisal Surface Restored
**D** = Distal Surface Restored

**F** = Facial or Buccal Surface Restored
**L** = Lingual Surface Restored
**C** = Lab Processed or Prefabricated Restoration
**R** = Endodontic Treatment
**/** = Tooth present but clinical crown missing (i.e. fractured)*

*(\*The code "/" is used differently for the Unidentified Person Dental Report)*

**SECTION 4**                    *DENTAL REMARKS*

☐ **ALL** (All 32 teeth are present and unrestored)     ☐ **UNK** (No dental information available)

_____
_____
_____
_____
_____

**MISSING PERSON FILE**
**Data Collection Entry Guide**

## *DENTAL HISTORY INFORMATION*

| Missing/Wanted Person's Name | Date of Birth | Date of Last Contact |
|---|---|---|

| Investigating Agency | Agency Case Number | Agency Telephone # |
|---|---|---|

Investigating Officer

The information requested on this form will be used to assist in the identification process. Your cooperation in completing this form is appreciated.

### *Authorization to Release Dental Records*

I am the parent/legal guardian/next of kin of the above-named missing/wanted person and I hereby authorize the release of medical records to assist criminal justice agencies in locating the missing/wanted person.

Signature of Parent/Legal Guardian/Next of Kin

Date

Relationship

Street Address

City, State, and ZIP

Telephone Number

-1-

**MISSING PERSON FILE**
**Data Collection Entry Guide**

## DENTAL CONDITION WORKSHEET

This chart should be filled out by a dentist following the complete review of all available dental records and radiographs. The numbering of the teeth follows the format of the Universal numbering system with tooth #1 being the upper right third molar, tooth #16 being the upper left third molar, tooth #17 being the lower left third molar and tooth #32 being the lower right third molar. The description of the restorations present should include the surfaces involved (M, O, D, F, L), the restorative material used (amalgam, gold, porcelain, composite, temporary cement, etc.) and any other conditions that may be observed (endodontic treatment, pin retention, orthodontic brackets or bands, etc.). Do not leave any tooth numbers blank. If the tooth has no restorations note is as "virgin" or "present, no restoration". Other significant dental information can be noted at the bottom of this chart or on an attached sheet of paper.

1 _____  17 _____

2 _____  18 _____

3 _____  19 _____

4 _____  20 _____

5 _____  21 _____

6 _____  22 _____

7 _____  23 _____

8 _____  24 _____

9 _____  25 _____

10 _____  26 _____

11 _____  27 _____

12 _____  28 _____

13 _____  29 _____

14 _____  30 _____

15 _____  31 _____

16 _____  32 _____

**Additional Dental Information:**

## *General Procedures for Coding the Report*

-3-

| CHILD ABDUCTIONS / KIDNAPPING | |
|---|---|
| **DEPARTMENT SOP: 251.1** | **CFA STANDARDS:** |
| **EFFECTIVE DATE: 08/15/2002** | **NONE** |

**PURPOSE:**  This SOP will establish procedures for the response, investigation and reporting of Child Abductions and Kidnappings.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  When dealing with Child Abduction or Kidnapping, the Department will use every resource available to locate the individual.  The primary objective will always remain the safe return of the victim.  Every child reported missing will be considered "at risk" until significant information to the contrary is confirmed.

**INDEX:**

I.      INITIAL RESPONSE .............................1

   A.   First Responding Officer:.....................1
   B.   C.O.P. Supervisor Responsibilities:.....2
   C.   Shift Lieutenant Responsibilities:..........2
   D.   Lead Detective Responsibilities:..........2

II.     THE FLORIDA AMBER PLAN...............3

   A.   Criteria for Activation: ..........................3
   B.   Steps for Activation:.............................3

III.    OUTSIDE AGENCY RESPONSIBILITIES ............................................................3

   A.   Federal Bureau of Investigation:..........3
   B.   Florida Department of Law
        Enforcement: ........................................4

IV.     DEFINITIONS: ........................................4

   A.   PARENTAL ABDUCTION: ..................4
   B.   KIDNAPPING:.....................................4
   C.   ENDANGERED PERSON: ..................4

**PROCEDURE:**

**I.    INITIAL RESPONSE**

**A.  First Responding Officer:**

The First Responding Officer will evaluate the circumstances surrounding the juvenile's absence and acquire information that is accurate and detailed.  It is imperative that information be gathered and distributed immediately.  Officers will adhere to the following:

**1.**  Conduct a search of the residence and nearby vehicles.

**2.**  Advise Communications of all pertinent information (physical description and clothing) and request a Citywide B.O.L.O.

**3.**  Immediately notify a C.O.P. Supervisor.

**4.**  Determine when, where and by whom the child was last seen.

**5.**  Advise the NCIC/FCIC Operator, who will alert other Broward County Agencies including the Broward Sheriff's Office. The NCIC/FCIC Operator will also notify "A Child is Missing", The National Center for Missing and Exploited Children, and the Missing Children's Clearinghouse.

**6.**  Obtain a Missing Person's Affidavit.

**7.**  Obtain a recent photograph of the missing person.

   **a.**  If the missing person is endangered, prepare a Missing Person's Flier for distribution in the

area (forward a copy to the Investigative Services section).

**b.** Deliver the photograph to the teletype Operator for entry into the NCIC/FCIC.

**8.** Collect all information and prepare a Field Dictation Report. The Field Dictation Report will be dictated on a priority basis.

**9.** Based on the information gathered by the first Officer on scene, the following steps will be taken:

**a.** Parental Abduction:

**(1).** Determine if there is a custody order in the possession of the parent or guardian.

**(2).** Determine if the child is in danger while in the custody of a parent or guardian.

**b.** Kidnapping:

**(1).** When conducting the initial search, Officers will be cognizant of:

**(a).** Signs of possible foul play.

**(b).** Signs that indicate possible child abuse.

**(c).** Crime Scene preservation.

**(2).** When conducting the preliminary interview, keep all individuals separated.

**B. C.O.P. Supervisor Responsibilities:**

The C.O.P. Supervisor is responsible for the following:

**1.** Notifying the Shift Lieutenant.

**2.** Ensure the first responding Officer has completed all initial tasks and made the proper notifications.

**3.** Coordinating a search of the residence and area for the missing juvenile.

**4.** Make a determination if a Crime Scene exists. Officers will preserve and hold the scene until an Investigator arrives on-scene.

**5.** Ensure, as soon as possible, that all-pertinent information, to include photographs, have been entered into the National Center for Missing & Exploited Children (NCMEC) computer system which is located in the Patrol Sergeants office.

**C. Shift Lieutenant Responsibilities:**

The Shift Lieutenant will be responsible for the following:

**1.** Establishing a Command Post, if necessary.

**2.** Notify the Investigative Services Section Lieutenant.

**3.** Notify the C.O.P. Division Major; or the Staff Duty Officer after hours.

**D. Lead Detective Responsibilities:**

A Detective from the Investigative Services Section will respond to the scene and complete the following:

**1.** Verify the accuracy of the information developed by the first responding Officer.

**2.** Ensure whether a Crime Scene exists, it is processed and evidence gathered.

**3.** Obtain a brief, recent history of the family dynamics.

**4.** Ensure a search of the area has been completed.

**5.** Ensure the missing juvenile has been entered into NCIC/FCIC, to include a recent photograph of the child and suspect.

6. Ensure pertinent information, to include photographs, have been entered into the National Center for Missing & Exploited Children (NCMEC) computer system.

7. Determine if the missing child falls within the guidelines to activate "The Florida Amber Plan". Contact FDLE Missing Child Clearinghouse at 1-888-356-4774 to activate the plan.

8. Determine if a trap and trace on the victim's phone line would enhance the investigation.

9. Based on the information developed on-scene, the below steps will be taken:

   a. Parental Abduction

   Secure a copy of the Child Custody Order and verify that it is on file with the Clerk of the Court.

   b. Kidnapping

   (1). Contact Probation and Parole to obtain a list of Sexual Predators / Offenders living in the area to begin residential searches. The search area will expand as the investigation dictates.

   (2). Ensure a neighborhood canvass is completed and documented.

## II.   THE FLORIDA AMBER PLAN

### A.   Criteria for Activation:

The purpose of the **FLORIDA AMBER PLAN** is to broadcast critical information of a missing/abducted child believed to be endangered, in a timely manner, to the general public via radio and television.  The following criteria must be met for activation:

1. The child must be under 18 years of age.

2. The child must be in **immediate danger** of serious bodily harm or death.

3. There must be enough descriptive information to believe a broadcast will help.

4. The activation must be recommended by the local Law Enforcement Agency of jurisdiction.

### B.   Steps for Activation:

The following steps will be completed when activating the Florida Amber Plan:

1. The Detective will call the FDLE Missing Children Information Clearinghouse (MCIC) at 1-888-356-4774. The Tallahassee Duty Desk responds to all after hours MCIC requests.

2. FDLE will determine if the information is to be broadcast on a regional or statewide basis.

3. The Detective will prepare information (i.e., child, suspect and/or vehicle, contact information) for public distribution using FDLE's approved format. (See **Appendix A)**.

4. The FDLE will ensure that the information is broadcast through the Emergency Alert System.

## III.   OUTSIDE AGENCY RESPONSIBILITIES

Due to the nature of Parental Abductions or Kidnappings, outside Agency assistance may be required.  Agencies that may provide assistance to the Criminal Investigations Division are:

### A.   Federal Bureau of Investigation:

The FBI will act as an assisting Agency to the Hollywood Police Department when a formal request for assistance is made. The FBI may provide support in the following areas:

1. Provide additional manpower if needed.

2. Trap & Trace on victim's phones.

3. Technical support if requested.

4. Provide an FBI Profiler.

5. The FBI assistance will depend upon the type of investigation:

   a. Parental Abduction:

      The FBI will assist the Criminal Investigations Division when information is developed indicating that the suspect has crossed the State line. An arrest warrant must be issued by the Broward State Attorney's Office prior to the FBI becoming involved in the investigation.

   b. Kidnapping:

      A follow-up of all out of State leads and reports, and forward their findings to the Criminal Investigations Division

B. **Florida Department of Law Enforcement:**

   FDLE will act as an assisting Agency to the Hollywood Police Department. FDLE may provide assistance in the following areas:

   1. Additional manpower as needed.

   2. Follow-up out of County leads.

   3. Provide assistance with the dissemination of flyers through the FDLE Clearinghouse.

   4. Liaison with Florida Highway Patrol, Florida Marine Patrol, Florida Missing Person Clearinghouse, and any other State Agencies.

   5. Provide an analyst if needed.

   6. Provide an FDLE Profiler.

7. Technological support as needed.

IV. **DEFINITIONS:**

   A. **PARENTAL ABDUCTION:**

      A juvenile who is missing and in the company of a non-custodial parent.

   B. **KIDNAPPING:**

      The forcible, secretly or by threat, confining, abducting or imprisoning of another person against his/her will without lawful authority, with intent to hold for ransom or reward.

   C. **ENDANGERED PERSON:**

      A person who, due to physical or mental condition, would be considered at risk.

APPROVED BY:

*Chadwick E. Wagner*       **05/22/2008**

**Chadwick E. Wagner          Date**
**Chief of Police**

**ATTACHMENTS**

- **Appendix A:** FDLE Missing Child reporting Form

# HOLLYWOOD POLICE DEPARTMENT

**FDLE**
Florida Department
of Law Enforcement

## MISSING CHILD REPORTING FORM

### MISSING CHILD

| | | |
|---|---|---|
| FDLE CASE NUMBER: | | TODAY'S DATE: |

NAME: (Last, First, Middle) | ALIAS/NICKNAMES:

SEX: | RACE: | HISPANIC: Y/N | PLACE OF BIRTH: (City, State, County) | DATE OF BIRTH: | AGE:

HEIGHT: | WEIGHT: | BUILD: | EYE COLOR: | HAIR COLOR:

HAIR LENGTH: | HAIR STYLE:

COMPLEXION: | TEETH:

SCARS; MARKS; TATTOOS:

SPECIAL IDENTIFIERS: | PROPERTY/I.D. CARRIED:

PRESENT MENTAL STATE: | SOCIAL SECURITY NUMBER: | D.L. NUMBER/STATE:

DATE AND TIME LAST SEEN: | MISSING FROM (CITY, STATE): | POSSIBLE DIRECTION OF TRAVEL:

CLOTHING DESCRIPTION:

INCIDENT TYPE: ☐ Runaway ☐ Parental Abduction ☐ Endangered ☐ Involuntary ☐ Disabled ☐ Disaster Victim ☐ Unknown | MISSING BEFORE?: Y/N

### PERSONS

IN COMPANY OF: 1 ☐ Companion | NAME (Last, First, Middle):
2 ☐ Abductor 3 ☐ Suspect

ALIAS/MAIDEN NAME: | SEX: | RACE: 1 ☐ White  2 ☐ Black  3 ☐ American Indian/Alaskan Native | HISPANIC:
| | 4 ☐ Asian/Pacific Islander  5 ☐ Unknown | ☐ Yes  ☐ NO

PLACE OF BIRTH (City, State, County): | DATE OF BIRTH | AGE: | HEIGHT: | WEIGHT: | BUILD:

EYE COLOR: | HAIR COLOR: | HAIR STYLE:

HAIR LENGTH: | FACIAL HAIR: | Special  1 ☐ Glasses  2 ☐ Disability
| | Identifiers:  3 ☐ Contacts  4 ☐ Other

COMPLEXION: 1 ☐ Albino  2 ☐ Black  3 ☐ Fair, Light  4 ☐ Medium | TEETH: 1 ☐ Normal  2 ☐ Braces  3 ☐ Goldcapped  4 ☐ Gaps  5 ☐ Protruding
5 ☐ Dark 6 ☐ Ruddy  7 ☐ Olive  8 ☐ Yellow  9 ☐ Acne | 6 ☐ Chipped  7 ☐ Decayed

SCARS; MARKS; TATTOOS:

LAST KNOWN ADDRESS (Street, City, State, Zip):

OCCUPATION: | EMPLOYER/SCHOOL AND ADDRESS: | TELEPHONE (Home):

DRIVERS LICENSE NUMBER: | SOCIAL SECURITY NUMBER: | IMMIGRATION/NATURALIZATION NUMBER:

OTHER I.D./Obts, FDLE, FBI, Number/Warrant Number (Include entering agency of warrant): | FINGERPRINT CLASS:

CLOTHING DESCRIPTION:

| | RELATIONSHIP TO CHILD:

### VEHICLE

MAKE: | MODEL: | VEHICLE YEAR: | TYPE/STYLE: | COLOR (Top, Bottom, Interior):

TAG REGISTRATION NUMBER: | TAG STATE: | TAG YEAR: | DESCRIPTION (Other identifying characteristics, noticeable damage, accessories, VIN):

### PARENT

PARENT/GUARDIAN NAME: (Last, First, Middle): | RELATIONSHIP:

STREET ADDRESS: | TELEPHONE (Home):

CITY/STATE/ZIP: | TELEPHONE (Work):

NOTE TO PARENT/GUARDIAN CAREFULLY READ AND SIGN STATEMENT ON THE REVERSE SIDE OF THIS FORM!!!

FDLE/MCIC Form 1 | Revised 7/96

## AGENCY

| | |
|---|---|
| LOCAL AGENCY HANDLING CASE: | LOCAL AGENCY CASE NUMBER: |
| STREET ADDRESS: | CITY/STATE/ZIP: |
| INVESTIGATING OFFICERS NAME: | TELEPHONE: |

## CHILD BACKGROUND INFORMATION

| | | |
|---|---|---|
| LAST SCHOOL ATTENDED: | | TELEPHONE: |
| EMPLOYER (IF APPLICABLE): | ADDRESS (Street, City, State,Zip): | TELEPHONE: |

FINGERPRINTS AVAILABLE: Y/N                    PHOTOGRAPH AVAILABLE: Y/N

HOBBIES AND INTERESTS (Dancing, Swimming, Surfing, Fishing, Etc):

TYPE OF HANGOUTS FREQUENTED (Country Bars, Video Arcades, Discos, Bowling Alleys, Skating Rinks, Etc):

OTHER PERTINENT INFORMATION: (Attach additional sheets, if needed, Include any information regarding childs disappearance that may assist in the recovery of the child. If the child has been missing before, indicate where and how recovered)

## INSTRUCTIONS

**IMPORTANT INSTRUCTIONS**

The completed MCIC Report Form should be signed by the parent/guardian and mailed along with the applicable enclosures to the :
**Florida Department of Law Enforcement
Missing Children Information Clearinghouse
Post Office Box 1489 or 2331 Phillips Road
Tallahassee, Florida  (P.O. Box Zip 32302 , Street Address 32308)**

**APPLICABLE ENCLOSURES**

☒ 1.  Current photograph of the missing child (wallet size, if available)

☐ 2.  A certified copy of the custody order

☐ 3.  A copy and/or proof of an existing warrant for abductor and a current photograph of the abductor

**PLEASE NOTIFY MCIC AS SOON AS POSSIBLE AFTER LOCATION OF THE CHILD HAS BEEN DETERMINED**

## PARENT SIGNATURE

I, the undersigned, represent that the information provided herein is truthful and request that said information and enclosed photograph(s) be published and circulated by any method subscribed to by the investigating agency or the Florida Department of Law Enforcement (FDLE) which includes, but is not limited to, dissemination to the public, other law enforcement agencies, hospitals, social services, children's shelters, medical examiners and/or other agencies involved with missing persons.

I agree to hold harmless any agency or department using transmitting, or distributing this information for any errors whatsoever occasioned by misinformation I may supply and to idemnify FDLE, all law enforcement agencies, or other organizations individuals, and contacts or sources of information, and undertake to hold harmless said entities from and against all legal liabilities, including defendants' costs for suits, claims, actions or damages that the reported missing child might prosecute against them.

I agree to notify FDLE and the investigating agency of any updated, new or additional information concerning, the missing child and/or his whereabouts and of any changes in my address or telephone number.  I further agree that a photostatic copy of this authorization has the same effect as an original.

X_____        X_____        X_____
   Printed Name of Parent/Guardian               Signature of Parent/Guardian                              Date

| | **JUVENILES** | |
|---|---|---|
|  | **DEPARTMENT SOP: #252** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEWED: 03/15/2013** | **CFA:**<br><br>**2.07B, 6.01, 6.02, 6.03, 6.04, 19.01A-B, 19.02A-B, 19.03A-E, 19.04A-B** |

**PURPOSE:**  The purpose of this SOP is to describe the circumstances under which Juveniles will become the subject of contacts with Members of the Department and provide guidelines for Members to follow with regard to Juveniles. Other sources of guidance include Florida State Statutes and the Florida Juvenile Handbook, which in the event of a conflict will supersede this SOP.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy and fundamental duty of the Hollywood Police Department to protect the youth of Hollywood and intervene in the cycle of delinquency through youth programs designed to promote values of educational and personal success, and to provide an expeditious referral service for social, economic and psychological problems that might result in dependency, delinquency or violent behavior.  When dealing with Juveniles, Members will use the least coercive method among reasonable alternatives and consistent with preserving public safety, order and individual liberty.  Under circumstances, which a Juvenile becomes the subject of contact or arrest, Members will attempt to provide them all the protection afforded under Florida State Statutes.

**INDEX:**

I.  **LEGALITIES** ................................................. 2
   A.  Emancipation/Adjudication: ................. 2
   B.  Adjudicated Juveniles: ......................... 2
   C.  Probable Cause Affidavit: .................... 2

II.  **ALLEGATIONS OF JUVENILE HARM [19.02B]** ....................................................... 2

   A.  Juveniles Alleged to Have Been Harmed: ................................................. 2
   B.  Juveniles in Immediate Danger of Being Harmed: ................................................. 3

III.  **JUVENILES ENGAGED IN OR ALLEGED TO HAVE ENGAGED IN NON-CRIMINAL BEHAVIOR OR MINOR VIOLATIONS OF LAW [19.02A][2.04]** .................................... 3

   A.  Notifying Parents: ................................ 3
   B.  Diversionary Programs: [2.04] ............. 3

IV.  **TAKING JUVENILES INTO CUSTODY [19.03D]** .............................................. 4

   A.  Misdemeanors: ...................................... 4
   B.  Felonies: ................................................. 4
   C.  Runaways: .............................................. 4
   D.  Truancy FSS 984.13(1)(b): .................... 4
   E.  No Contact Between Juveniles and Adults: [19.03E] .................................... 4
   F.  Fingerprinting: [19.03C] ......................... 4
   G.  Photographing: ...................................... 5
   H.  Parent/Guardian Notification: [19.03B] . 5
   I.  Release: .................................................. 5
   J.  Records Availability: .............................. 5
   K.  Referring Charges to the State Attorney's Office: ................................... 6
   L.  Juvenile Assessment Center Medical Clearance Criteria: ............................... 6

V.  **CRIMINAL JUSTICE SYSTEM** .............. 7

   A.  Criteria Governing the Referral of Juvenile Offenders to Intake (In-Custody Arrests): [19.01A] .................................. 7
   B.  Criteria Governing the Referral of Juvenile Offenders to Intake (Not-In-Custody): [2.04][19.01B] ....................... 8

VI. **CUSTODIAL INTERVIEW [19.04]** .............. 8

   A.  Constitutional Rights of Juveniles - Miranda Rights: [2.07B][19.03A] .......... 8

B. Conferring with Parents or Guardians: [19.04A] .................................................8
C. Number of Members Allowed to Interview a Juvenile: [19.04B] ...............8
D. Duration: [19.04B] .................................8

**VII. NOTIFICATIONS TO SCHOOL AUTHORITIES ...........................................8**

A. When a Juvenile Student is taken into Custody: ...........................................8
B. Investigations within a School: ..............8
C. Notifying the School of a Student Arrested for a Felony or Violent Misdemeanor: ........................................9
D. Notification of the School Board Special Investigations Unit (SIU) upon an Arrest of a School Member: .............................9

**VIII. FOUND CHILD ...........................................9**

A. Area Check: ..........................................9
B. Shelter for Unidentifiable Juveniles: .....9

**IX. FAMILY SERVICES SECTION ...................9**

A. Members' Responsibilities: ..................9
B. Sergeants' Responsibilities: ...............9
C. School Resource Officers (SROs): ......9
D. G.R.E.A.T. Officers: ............................9
E. Police Athletic League Officer: ...........9

**X. THE HOLLYWOOD POLICE EXPLORER PROGRAM – POST #81 [6.01] ..................10**

A. Authority: [6.01] .................................10
B. Latitude: [6.01] ..................................10
C. Duties and Responsibilities: [6.02] ....10
D. Training: [6.03] ..................................11
E. Uniforms: [6.04] ................................11

**XI. DEFINITIONS: .............................................11**

A. JUVENILE: .........................................11
B. EMANCIPATED JUVENILE: .............11
C. TEEN COURT: ..................................11

**PROCEDURE:**

**I.  LEGALITIES**

    **A.  Emancipation/Adjudication:**

    No person under 18 years of age will be treated or regarded as an adult by Members unless documentation of "emancipation" to adulthood or "adjudication" to adulthood is readily available (ex. teletype confirmation or Court order).

    **B.  Adjudicated Juveniles:**

    Juveniles who have been adjudicated as adults by Florida Law will be treated as adults in relation to arrests, custody, booking and detention procedures.

    **C.  Probable Cause Affidavit:**

    Arrests of Juveniles suspected of being adjudicated or emancipated as adults, require the arresting Officer to submit an Adult Probable Cause Affidavit as well as a Juvenile Transcript during the booking process.

**II.  ALLEGATIONS OF JUVENILE HARM [19.02B]**

    **A.  Juveniles Alleged to Have Been Harmed:**

    When encountering ill or injured Juveniles the following will be adhered to:

    **1.  Non-Criminal:**

      **a.  Medical Attention:** Regardless of the purpose of contact, the summoning of medical attention or the application of first-aid for an ill or injured Juvenile will be accomplished without unnecessary delay.

      **b.  Shelter Admission:** If a Juvenile is sick or intoxicated to the degree that the Juvenile is unable to care for himself and a parent or guardian cannot be contacted, once medically cleared at a hospital, the Child Protective Investigations Section (CPIS) will be contacted for shelter admission.

    **2.  Criminal/Suspicious:**

      **a.  Medical Attention:** Regardless of the purpose of contact, the summoning of medical attention for an ill or injured Juvenile, or the application of first aid, will be done without unnecessary delay.

**b. Conducting Preliminary Investigation**: When making contact with a juvenile alleged to have been harmed, the Member will make every effort to investigate the nature of the injury and contact the Investigative Services Section, as necessary.

**c. Abuse Hotline:** The Officer will contact the current Abuse Registry (The telephone number is available from the Communications Center). The Department of Children and Family Services will be notified respond.

**B. Juveniles in Immediate Danger of Being Harmed:**

When encountering Juveniles in immediate danger, the following will be adhered to:

**1. Immediate Danger:** A Juvenile is considered to be in immediate danger if the Juvenile alleges, or has been reported as being physically, mentally, or sexually abused by a person of familial or custodial authority, and the accused lives within the Juvenile's residence or has ready access to the Juvenile.

**2. Protective Custody:** A Juvenile may be taken into protective custody whenever an Officer has reasonable grounds to believe that the Juvenile has been abandoned, abused, neglected, is suffering from illness, injury, or is in immediate danger from their surroundings and that removal is necessary to protect the Juvenile. The Officer will:

**a.** Provide medical attention, if necessary.

**b.** Notify a Supervisor and a Special Victims Unit Detective.

**c.** Contact the Abuse Registry (The telephone number is available from the Communications Center). The Department of Children and Family Services will be notified to respond.

**(1).** If necessary, the child will be transported to the Police Department to await CPIS. The Department has a "child friendly" room in the Investigative Services Section.

**(2).** When transporting children, a seatbelt or child safety seat is required. Child safety seats can be obtained from the Public Affairs or the Storeroom.

**d.** The Officer will complete a priority Mobile Field Report, which will be forwarded to the Investigative Services Section's Special Victims Unit.

**III. JUVENILES ENGAGED IN OR ALLEGED TO HAVE ENGAGED IN NON-CRIMINAL BEHAVIOR OR MINOR VIOLATIONS OF LAW [19.02A][2.04]**

Officers are encouraged to warn and disperse Juveniles that they find engaged in or alleged to have engaged in inappropriate activities, disturbances, or other non-criminal misbehavior. Additionally, in some cases minor violations of law may also be more appropriately handled through parent/guardian notification and/or the use of a Diversionary Program.

**A. Notifying Parents:**

Whenever practical, Officers should advise the Juvenile's parent or guardian of the incident. Alternative programs may also be recommended.

**B. Diversionary Programs: [2.04]**

All Officers should appreciate the discretionary intent of current Juvenile Law. Its purpose is to allow as many Juveniles as practical to be diverted from the formal aspects of the Juvenile Justice System, and be placed into counseling, mentoring, or other alternative programs

when in the best interest of the public and the Juvenile.  Officers must hold this mandate in consideration when they select legal procedures applicable to Juvenile situations that they encounter.

There are numerous Referral Programs available; the Family Services Unit Referral Guide (see **Appendix D**), available from the Family Services Unit, is a listing of many available programs.

Officers referring Juveniles to Teen Court must submit a Teen Court Referral Form (see **Appendix B**).  The Juvenile arrestee must also sign a Waiver of Speedy Trial Form (see **Appendix C**) in order to be considered for the program.

## IV. TAKING JUVENILES INTO CUSTODY [19.03D]

When a Juvenile is taken into custody for a violation of law, the Officer will process the Juvenile without undue delay, unless the Juvenile is in need of medical attention which will be administered expeditiously. **[19.03D]**

### A. Misdemeanors:

Juveniles arrested for misdemeanor offenses require the completion of a Juvenile Transcript.

### B. Felonies:

Juveniles arrested for ANY felony are to be processed as a Juvenile.  A Juvenile Transcript will be executed.

### C. Runaways:

A Law Enforcement Officer has the authority to take a Juvenile into custody when there are reasonable grounds to believe that the child has run away from his parents, guardian, or other legal custodian.  The child is to be released to a parent, guardian, legal custodian, responsible adult relative, or a CPIS Case Worker for placement in a shelter when located.

### D. Truancy FSS 984.13(1)(b):

Officers have the authority to take truant Juveniles under the age of 16 into custody for the purpose of returning them to the appropriate school system site.

1.  **Truancy** is not a crime.

2.  **Pat-Down:**  The Officer will perform a limited frisk or pat-down for weapons before placing the minor in a police vehicle.

3.  **Transporting:** When it is necessary to transport a Juvenile to school it will be done immediately.  Members will also document the Juvenile's behavior for future reference.

4.  **Options:**  Officers have the following options and responsibilities regarding Truants:

    a.  Release the Truant to the appropriate School.

    b.  Release the Truant to a parent or guardian.

### E. No Contact Between Juveniles and Adults: [19.03E]

Juveniles cannot be transported, held or confined with adults.  Precautions will be made to ensure that there is no visual or audible contact between adult prisoners and juvenile prisoners, except when the Juvenile has been, adjudicated an adult by competent authority.

### F. Fingerprinting: [19.03C]

1.  Juveniles who are arrested for a violation of Law will be fingerprinted by personnel at JAC.

2.  Officers may also fingerprint Juveniles for investigative, identification or record keeping purposes after securing parent or guardian consent, and with the cooperation of the Juvenile. **[19.03C]**

3. These fingerprints will be marked "Juvenile/Confidential", and will be kept separated from adult and criminal Juvenile files.

4. These fingerprint records will not be available for public inspection, but will be used for identification purposes. Once the fingerprint cards are no longer useful, the Member responsible for the fingerprints will ensure destruction.

## G. Photographing:

The photographing of Juveniles by Officers is permissible under any circumstance that would justify the photographing of an adult.

1. Juveniles who are arrested for a violation of Law will be photographed by personnel at JAC.

2. The juvenile will be positioned against a neutral colored wall holding the Juvenile Booking Photo Card at chest level (see SOP #203 Arrest Procedures, **Appendix H**).

3. Juvenile photographs, along with name, date of birth, case number, and date of arrest, will be entered into the Juvenile Log, by Crime Scene Personnel if taken by Members of the Hollywood Police Department.

## H. Parent/Guardian Notification: [19.03B]

An active effort to notify the parent or guardian of a Juvenile who is in Police custody will be made, and will continue until notification occurs or custody is transferred.

1. Notification results will be included in the related Police report.

2. Unsuccessful notification attempts must be detailed in the related Police report, including whatever contact information was used in the effort to notify.

## I. Release:

Officers have the following options when releasing a Juvenile from custody:

1. **Juvenile Assessment Center (J.A.C.):** Deliver the Juvenile to the Juvenile Assessment Center. The Intake Officer must accept the child from the Police Officer even if said child does not meet the criteria for detention based on F.S. 985.215.

2. **Adults:** Juveniles may be released to a parent, guardian or legal custodian. If the Juvenile's parent, guardian or legal custodian is unavailable, unwilling, or unable to provide supervision for the Juvenile, the Juvenile may be released to a responsible adult.

   a. Before releasing the Juvenile to a responsible adult, (other than the parent, guardian or legal custodian), a criminal history check will be conducted on the perspective responsible adult.

   b. If the person has a prior felony conviction or a conviction for child abuse, drug trafficking or prostitution, that person does not qualify as a responsible adult and the Juvenile will not be released to him.

   c. Members will check the appropriate "Released To" Box on the Juvenile Transcript noting the date and time of the Juveniles release.

   At the request by the State Attorney's Office the name and phone number of the person the Juvenile was released to will be listed in the narrative portion of the Juvenile Transcript.

## J. Records Availability:

Juvenile records will be available to:

1. Other Law Enforcement Agencies.

**2.** State Attorney's Office.

**3.** The Courts.

**4.** The child.

**5.** The parent(s) or legal guardian(s).

**6.** Their attorney(s).

**7.** Any other person authorized by the Court to have access to such records.

**K. Referring Charges to the State Attorney's Office:**

Members may refer criminal charges to the State Attorney's Office in lieu of making a physical arrest. (example, an Officer detains a juvenile for a criminal violation then releases the juvenile to a parent or legal guardian without making a physical arrest or transporting the Juvenile to the Detention Center for processing).

**1.** A Juvenile Transcript listing the criminal charges will be completed and forwarded to the State Attorney's Office.

**2.** A parent or guardian must be notified if the Juvenile was not taken into custody. The circumstances will be documented on a Mobile Field Report.

**3.** Misdemeanors not committed in the Officer's presence can also be referred to the State Attorney's Office in this manner.

**4.** A victim cannot refer charges to the State Attorney's Office if the suspect is a Juvenile. Only Police Officers are authorized to do so.

**5.** If an Officer refers a Juvenile to Teen Court (see Section III B of this SOP on page 3), the arrestee must sign a Waiver of Speedy Trial Form (see **Appendix C**)

**L. Juvenile Assessment Center Medical Clearance Criteria:**

The Juvenile Assessment Center has defined criteria regarding the medical clearance of juveniles. The following guidelines determine if a juvenile requires a medical clearance prior to transporting to J.A.C.:

**1.** Prescription Medications:

**a.** If the juvenile advises that he is on prescription medication, but does not have it in his possession, an attempt will be made by J.A.C. to contact the parent/guardian and confirm the prescription.

If the parent confirms there is a prescribed drug, the parent will be asked to bring the medication immediately, and the juvenile will be accepted.

**b.** If the juvenile has the prescription medication with him, and it was prescribed within the last thirty (30) days, the juvenile will be accepted.

**c.** If the juvenile does not have the medication in his possession, and the parent cannot be located he must be medically cleared.

However, if the juvenile's prescription is for one of the medications listed below, he will not require a medical clearance unless the medication is being taken for a psychiatric disorder, which would require the juvenile to have a psychiatric clearance.

Exempted Drugs: Abilify, Adderal, Buspar, Celexa, Clonidine, Depakote, Desyrel, Effexor, Geodan, Klonopin, Lamictal, Lexapro, Lithium, Neurontin, Paxil, Prozak, Remeron, Resperdol, Restoril, Ritalin, Seroquel, Strattera, Thorazine,

Tranxene, Trazadone, Zoloft, Zyprexa

2. Ongoing medical conditions (e.g. diabetes, heart murmur, seizures, etc.) will be evaluated by J.A.C. personnel on an individual basis.

3. Suicide risk assessment is done by J.A.C. personnel and generally does not require prior medical clearance. However, in the event that J.A.C. personnel are unable to properly evaluate the juvenile, the Officer may be required to get a medical clearance.

4. Juveniles who indicate alcohol use will be admitted. However, if they are exhibiting symptoms of intoxication such as slurred speech, lack of balance, or drowsiness, a medical clearance is required.

5. Any of the following conditions require a medical clearance prior to J.A.C. admission:

   a. Serious Injuries (e.g. serious bleeding, oozing, or swelling).

   b. Juvenile advises he has taken any illegal narcotic substances.

   c. Female states she is pregnant.

   d. An Asthma sufferer who meets any of the following:

      (1). Is on prescribed medication and has had an Asthma attack in the last month

      (2). Has used a prescribed inhaler in the last year

      (3). Has ever taken steroids, such as Prednisone.

   e. If the Officer used force on the juvenile involving an Aerosol Chemical Agent, Taser, or similar weapon, regardless of whether the juvenile is complaining of injury.

If a Juvenile requires Medical Clearance, he will be cleared at Memorial Regional Hospital or another qualified County Medical Facility. Juveniles are not to be taken to Memorial Regional South.

## V. CRIMINAL JUSTICE SYSTEM

A. **Criteria Governing the Referral of Juvenile Offenders to Intake (In-Custody Arrests):** [19.01A]

   A Law Enforcement Officer has the authority to take a child into custody under the same circumstances, and in the same manner as an adult. Juveniles may be taken into custody via the following:

   1. **Juvenile Transcripts**: The completion of a Juvenile Transcript documenting a violation(s) of criminal law.

   2. **Pick-up Orders:** An Officer will pick-up a Juvenile when there is a Court Order directing the child to be apprehended.

      a. Once the Officer receives confirmation through NCIC/FCIC that there is a valid Pick-Up Order for the Juvenile, the Officer should receive a Juvenile Apprehension Number (JA#).

      b. The Officer must complete a Juvenile Transcript with the JA# included in the narrative section of the Transcript.

      c. The Officer will also complete a Mobile Field Report.

      d. The Juvenile should be processed and transported to the Assessment Center.

**B. Criteria Governing the Referral of Juvenile Offenders to Intake (Not-In-Custody): [2.04][19.01B]**

A Law Enforcement Officer has the authority to refer a Juvenile offender for intake, in lieu of arrest, by the following:

1. **Notice To Appear:** Notices to Appear will not be issued to a Juvenile unless: **[2.04]**

    a. The Juvenile is emancipated through Court Order, marriage, or has been previously adjudicated as an adult.

    b. The Juvenile commits Tobacco Violations (F.S. 569.101).

2. **Written Citations:** Juveniles stopped for traffic infractions will be treated as an adult. They may be issued a Citation, assigned a Court date when appropriate, and released on scene. **[204]**

3. **Juvenile Transcript:** Juvenile Transcripts can be completed and submitted to the State Attorney's Office in the same manner as Adult Probable Cause Affidavits.

## VI. CUSTODIAL INTERVIEW [19.04]

Procedures for the custodial interrogation of juveniles are as follows:

**A. Constitutional Rights of Juveniles - Miranda Rights: [2.07B][19.03A]**

Officers will ensure that the constitutional rights of Juveniles are protected. Officers will provide an explanation of Department and Juvenile Justice System procedures prior to the interview or interrogation. Miranda Rights will be read from a prepared text and if possible in writing prior to questioning.

**B. Conferring with Parents or Guardians: [19.04A]**

The parent or guardian cannot make the decision for the Juvenile to invoke or waive his rights; however, Juveniles will be allowed to confer with them if requested, pending custodial interrogation. If a parent or guardian cannot be contacted, Juveniles may still be questioned after their Miranda Rights have been read.

**C. Number of Members Allowed to Interview a Juvenile: [19.04B]**

To prevent allegations of coercion, no more than two persons will interview Juveniles during any interview session. Others, (Investigators, CPIS Case Workers, Sexual Assault Treatment Center Counselors, etc.) may be present, but not involved in the interview.

**D. Duration: [19.04B]**

Juvenile interviews will be for reasonable lengths of time and will include periodic breaks and rest periods, allowing time for drinks, food, and rest room visits. The Juvenile's age, apparent level of intellect, health, physical condition, and mental and emotional state will be considered. The interview may be conducted at Police Headquarters, but the atmosphere must not be intimidating.

## VII. NOTIFICATIONS TO SCHOOL AUTHORITIES

**A. When a Juvenile Student is taken into Custody:**

School Authorities will be notified when a Juvenile Student is taken into custody.

1. When a Juvenile Student is taken into custody during normal school hours, the Officer will notify the appropriate Dean of Students at the school in which the Juvenile is enrolled, as soon as possible.

2. The Officer will document the notification in his Mobile Field Report.

**B. Investigations within a School:**

When conducting interviews in a school, the following will be adhered to:

1. When conducting an investigation within a school, or if it becomes necessary to interview or arrest a student at a school, the investigating Officer will always notify the School Principal, Dean, or other appropriate person in charge.

2. In schools where School Resource Officers are assigned, the investigating Officer will make an effort to contact the S.R.O. and coordinate the investigation with the S.R.O.

3. Notifications will be documented in the Officer's Mobile Field Report.

C. **Notifying the School of a Student Arrested for a Felony or Violent Misdemeanor:**

When a Juvenile is arrested for a felony or violent misdemeanor, the school that the Juvenile attends will be advised.

1. If the Juvenile is a "drop-out", ascertain which school the Juvenile would normally attend and identify the school on the Juvenile Transcript.

2. The Family Services Section will then notify the Special Investigative Unit (SIU) of the School Board of Broward County.

D. **Notification of the School Board Special Investigations Unit (SIU) upon an Arrest of a School Member:**

(See **SOP# 203 Arrest Procedures**)

## VIII.  FOUND CHILD

When an Officer encounters a found child, the following will be conducted:

A. **Area Check:**

A check of the immediate area should be made to obtain any information that could assist in identifying the child.  If no information can be obtained as to the identity of the child, the child should be brought to Police Headquarters.

B. **Shelter for Unidentifiable Juveniles:**

In the event that the child is unable to supply information as to their identity and all attempts to locate the child's parents have failed, the Officer will contact DCF located at 7261 Sheridan Street, (954-967-1331).  DCF will make temporary shelter arrangements.

## IX.  FAMILY SERVICES SECTION

A. **Members' Responsibilities:**

Members assigned to the Family Services Section are expected to engage in the following endeavors whenever practical:  truancy enforcement, role modeling, mentoring, the promotion and facilitation of youth programs, diversionary efforts, and instruction on various topics.

B. **Sergeants' Responsibilities:**

Sergeants assigned to the Family Services Section will take a leading role in the development and implementation of new Juvenile related projects as needs and opportunities arise.

C. **School Resource Officers (SROs):**

School Resource Officers are uniformed Police Officers assigned to schools for the purpose of promoting positive relationships between students and the Law Enforcement community.  Their duties are specified by contract between the Department and the School Board of Broward County.

D. **G.R.E.A.T. Officers:**

Gang Resistance Education and Training Officers are uniformed Police Officers who facilitate the G.R.E.A.T. Program in the school system.

E. **Police Athletic League Officer:**

The Police Athletic League (PAL) is established as a corporation and operates under the Police Athletic League of Hollywood, Inc. The PAL therefore has established constitution by-laws governing

its activities. The Chief of Police will select an Individual, Sworn or Non-sworn, as the PAL Director. Any Officer engaged in a PAL function will operate within Department guidelines and adhere to the Department's chain of command.

The PAL serves children between the ages of 9-18 and offers a variety of athletic, recreational, and youth development activities.

## X. THE HOLLYWOOD POLICE EXPLORER PROGRAM – POST #81 [6.01]

The Hollywood Police Department sponsors the Hollywood Police Explorer Program. It is a Division of Learning for Life. The goals of the Police Explorer Program are to further the knowledge of the members by affording them an opportunity to gain a better understanding of Law Enforcement and to foster a better relationship between the Police and the youth of the community. **[6.01]**

### A. Authority: [6.01]

The City of Hollywood Chief of Police has authority over the Hollywood Police Explorer Post. A Post Chief Advisor and Associate Advisor are Police Officers who have been chosen by the Family Services Section Major and approved by the Chief of Police to oversee and manage the Police Explorer Post Program.

### B. Latitude: [6.01]

The Hollywood Police Explorer Post is voluntary, co-ed and will be limited to 40 members. Candidates must be of good moral character and cannot have a felony record. The Explorers are afforded liability insurance through the Boy Scouts of America.

1. The candidates must be between 14 and 21 years of age and attend an approved school while maintaining at least a 2.0 grade average.

2. The Post has a para-military structure with ranks that include:

   **a.** Corporal.

   **b.** Sergeant.

   **c.** Administrative Assistant.

   **d.** Lieutenant.

   **e.** Captain.

### C. Duties and Responsibilities: [6.02]

Members of the Explorer Post volunteer to assist with such tasks as parking and pedestrian traffic at various functions, such as:

1. Community and City sponsored events.

2. Youth Expositions

3. The Explorers have the opportunity to ride with Police Officers and with the Crime Scene Investigations Unit, but will have a very limited role.

4. Fundraising for the Post will be assisted through the sale of Hollywood Police Uniform patches.

   **a.** Patch requests must meet the mandates as outlined on the Hollywood Police website.

   **b.** A journal will be maintained by the Family Services Sergeant of patch inventory.

   **c.** All purchases will be documented through the use of a receipt log book and maintained by the Family Services Sergeant.

   **d.** Funds remitted for the purchase of patches will be submitted to Fiscal Affairs with a memorandum from the Family Services Lieutenant reflecting the receipt log book.

   **e.** The Patch Request Program will be audited quarterly by Fiscal Affairs.

**f.** The Post Advisor will oversee the Administration of the program and delegate appropriate responsibilities to Post Members to promote a learning environment of the Patch Request Program.

**g**. Coordination with the Storeroom Supervisor and Public Affairs will be necessary to facilitate the program.

**D.  Training:** [6.03]

Explorers will be required to attend training commensurate with their duties and responsibilities or for any role to which they are assigned.  The Explorer Post Advisors will provide this training maintaining all training records, schedules, curriculums or outlines in the Family Services Section.

Training includes orientation along with any specialized training required to perform their duties and responsibilities.

**E.  Uniforms:** [6.04]

Police Explorers will wear uniforms that clearly distinguish them from Sworn Members.  Explorer uniforms will be dictated through their by-laws.

**XI.  DEFINITIONS:**

**A.  JUVENILE:**

Any married or unmarried person under the age of 18 years or any person who is charged with a violation of Law occurring prior to the time that person reaches the age of 18 years.

**B.  EMANCIPATED JUVENILE:**

Emancipation of a child by his/her parents involves an entire surrender of the right to the care, custody, and earnings of such child as well as a renunciation of parental duties.

**C.  TEEN COURT:**

A Juvenile Diversion Program that allows certain Juvenile offenders to handle of minor law violations prior to entering the Juvenile Criminal Justice System.  Juveniles who do not complete the requirements of Teen Court will be forwarded to the State Attorney's Office for criminal prosecution.

APPROVED BY:

03/18/2013

**Office of the Chief of Police     Date**

**ATTACHMENTS:**

- **Appendix A:**  Appendix was deleted.

- **Appendix B:**  Teen Court Referral Form.

- **Appendix C:**  Waiver of Speedy Trial Form.

- **Appendix D:**  Family Services Unit Referral Guide.

Broward County Teen Court
Court Mediation and Arbitration
17th Judicial Circuit of Florida
In and for Broward County



North Regional Courthouse
1600 W. Hillsboro Blvd. Room 130
Deerfield Beach, Fl 33442
(954)831-1291
FAX (954)831-1296

# Hollywood Police Department

## Please fax this referral form to (954) 831-1296

NAME OF YOUTH:_____

PARENT/GUARDIAN NAME:_____

ADDRESS:_____

CITY, ZIP CODE:_____

TELEPHONE:_____ WORK/OTHER:_____

SCHOOL:_____ GRADE:_____ AGE:_____

RACE:_____ SEX:_____ D.O.B.:_____

DATE OF INCIDENT:_____ CHARGE:_____

VICTIM NAME:_____ PHONE #:_____

VICTIM ADDRESS:_____

**REASON FOR REFERRAL:**

_____

_____

_____

_____

_____

_____

OFFICER:_____ PHONE #:_____

DATE:_____ CASE #:_____

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
OF THE JUVENILE DIVISION, IN AND FOR BROWARD COUNTY,
FLORIDA

HOLLYWOOD POLICE CASE NO:_____

COURT CASE NO (if applicable):_____

IN THE INTEREST OF:

A Child

## WAIVER OF SPEEDY TRIAL

I UNDERSTAND that I am under consideration as a voluntary participant in a diversionary, arbitration, mediation, pretrial intervention, specialized or individualized rehabilitative, or other such treatment program.  It is my desire to have my case handled non-judicially through such a program, if possible.

I UNDERSTAND that I have the right to have my case reviewed by the State Attorney's Office and a decision made as to whether or not charges can and will be filed.  I also understand that I have the right to retain an attorney of my choice and be represented by said attorney at any and all stages of legal proceedings.  If I cannot afford an attorney and charges are filed the Court would appoint an attorney to represent me.  I also understand that I have the right to have a trial in my case, to hear the evidence against me; cross examine witnesses and present my own witnesses or any defense and file motions.  I understand that the State has 90 days from the date of my arrest to file my case and bring me to trial.

**I UNDERSTAND that in order to be considered for participation in an applicable program,
I HEREBY WAIVE MY RIGHT TO A SPEEDY TRIAL WITHIN 90 DAYS OF MY ARREST.**

I UNDERSTAND that the OFFICE OF THE STATE ATTORNEY will make the decision regarding the diversion or filing of my case.  I understand that neither the signing of this WAIVER nor representations made by DJJ or any representative of a program are binding until and unless the OFFICE OF THE STATE ATTORNEY approves and agrees to my participation in such program.  However, I understand that if the OFFICE OF THE STATE ATTORNEY agrees to my participation in the program and I successfully and timely complete said program the charges that caused my referral to the program will be declined and not filed.  I UNDERSTAND THAT IF I DO NOT SUCCESSFULLY COMPLETE THE PROGRAM TO WHICH I AM ASSIGNED THE PENDING CHARGES MAY BE FILED AGAINST ME AND I MAY BE BROUGHT TO TRIAL.

_____          _____
JUVENILE'S SIGNATURE                                        PARENT/LEGAL GUARDIAN
                                                                            OR ATTORNEY SIGNATURE

_____          _____
WITNESS                                                              INTERPRETER
                                                                            (if applicable)

DATE:_____

# Hollywood Police Department

# Family Services Unit

# Referral Guide

## Departamento de La P olicia de Hollywood

## U nidad de Servicios de Familia

### Guia de Referencias



..

| | CHILD ABUSE / NEGLECT INVESTIGATIONS | |
|---|---|---|
|  | **DEPARTMENT SOP: 253** | **CFA STANDARDS** |
| | **EFFECTIVE DATE: 10/30/2002** | **NONE** |

**PURPOSE:**    This SOP establishes general guidelines and procedures for the initial responding Officer to follow when investigating Child Abuse and Neglect crimes.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:** The investigation of Child Abuse and Neglect crimes is a top priority of the Department.  These crimes will be completely and professionally investigated with the protection of children and the arrest of perpetrators as the ultimate goals. These investigations will be done in compliance with the Sexual Assault Treatment Center, "Child Abuse Joint Investigative Protocol".

**INDEX:**

**I.      COMMUNICATIONS RESPONSIBILITY** .................................................................1

**II.     INCIDENT CLASSIFICATION** ...............1

A.    Joint Investigations with BSO/CPIS:....2
B.    Sexual Abuse:.......................................2
C.    Child Abuse / Neglect: ........................2

**III.    CHILD NEGLECT INVESTIGATIONS....2**

A.    Immediate Danger: ...............................2
B.    Potential Harm: .....................................2

**IV.    CHILD ABUSE INVESTIGATIONS ........2**

A.    Aggravated Child Abuse:......................2
B.    Abuse of a Child: ..................................3

**V.     SEXUAL ABUSE INVESTIGATIONS.....3**

A.    Investigating Officer:.............................3
B.    Supervisor Responsibilities: ................3
C.    Special Victims Detective: ...................4

**VI.    SUSPECTS ............................................4**

A.    Miranda Warnings: ...............................4
B.    Spontaneous Statements: ....................4
C.    Criminal History: ..................................4

**VII.   INVESTIGATIONS ON SCHOOL GROUNDS: ...........................................4**

A.    Contacting Victims or Witnesses:........4
B.    Removal from School: ..........................4

**VIII.  ABUSE HOT LINE...................................4**

A.    Contact Numbers: ................................5
B.    Documentation: ....................................5

**IX.    FIELD DICTATION REPORTS...............5**

**X.     DEFINITIONS: ........................................5**

A.    PHYSICAL ABUSE: .............................5
B.    AGGRAVATED CHILD ABUSE: .........5
C.    CHILD NEGLECT:................................5
D.    SEXUAL BATTERY:.............................5
E.    CHILD ABUSE JOINT INVESTIGATIVE PROTOCOL:...........5

**PROCEDURE:**

**I.      COMMUNICATIONS RESPONSIBILITY**

Communications will dispatch Officers to all calls involving allegations of Child Abuse and Neglect or when the Broward Sheriff's Office Child Protection Investigations Section (BSO/CPIS) requests assistance in an investigation.

**II.     INCIDENT CLASSIFICATION**

When conducting an investigation, Officers will classify incidents in the following manner:

**A. Joint Investigations with BSO/CPIS:**

These investigations will be classified as a Child Abuse Investigation (Signal-16).

**B. Sexual Abuse:**

When the investigation concludes that a child has been sexually assaulted the incident will be classified as a Child Molest (Signal-42).

**C. Child Abuse / Neglect:**

When the investigation indicates that a child was physically abused, or the caregiver failed to provide the child with care, supervision and services necessary to maintain the child's physical or mental health, it will be classified as a Child Abuse (Signal-16).

## III. CHILD NEGLECT INVESTIGATIONS

Child neglect involves the caregiver's failure to provide care, supervision, and services to maintain the child's physical and mental health. The following procedures will be followed when dealing with cases of Child Neglect:

**A. Immediate Danger:**

In cases of severe neglect, when it is determined that the child would be left in a setting or situation that would pose an immediate danger if not removed from the home, the Officer will:

1. Notify a Supervisor who will in turn cause a Special Victims Unit Detective to be notified.

2. Notify the Broward Sheriff's Office Child Protection Investigations Section (BSO/CPIS) via the Statewide Abuse Registry. If the BSO/CPIS cannot respond, the child will be taken to a location designated by the BSO/CPIS or to the Police Department until a BSO/CPIS Investigator can respond.

3. Secure the crime scene and request a Crime Scene Technician respond to photograph and process the crime scene. (A "Consent to Search Form" signed by person(s) authorized to do so, or a search warrant will be necessary in order to process the crime scene location).

4. Contact the Statewide Abuse Registry Hotline as outlined in **Section VII, A**.

**B. Potential Harm:**

If the neglect is of a nature where there is no immediate danger to the child, the Officer will:

1. Speak to the parents or guardians and advise them of the consequences of their actions.

2. If the child's parents are not present, adequate supervision and care for the child will be obtained prior to the Officer leaving the scene.

3. If the child is not removed from the setting, the Officer will provide details justifying this decision in a Field Dictation Report on a "priority" basis.

## IV. CHILD ABUSE INVESTIGATIONS

Physical abuse falls into two categories; abuse of a child and aggravated child abuse. The following procedures will be followed when dealing with cases of Child Abuse.

**A. Aggravated Child Abuse:**

In cases of aggravated abuse, the Officer will:

1. Notify a Supervisor who will in turn cause a Special Victims Unit Detective to be notified.

2. Request a BSO/CPIS Investigator respond to the scene via the Statewide Abuse Registry.

3. This Agency and the BSO/CPIS will conduct a joint investigation. If the

BSO/CPIS cannot respond, this Agency will continue its investigation and communicate the information to the BSO/CPIS.

**4.** Secure the crime scene and request a Crime Scene Technician respond to photograph the premises and/or any obvious trauma or injuries to the child or children. (A "Consent to Search Form" signed by person(s) authorized to do so, or a search warrant will be necessary in order to process the crime scene location).

**5.** Request Hollywood Fire Rescue if the child is in need of immediate medical attention.

**6.** Contact the Statewide Abuse Registry Hotline as outlined in **Section VII, A**.

**B. Abuse of a Child:**

In cases of abuse, when it is determined that the child would be in immediate danger if not removed from the home, the Officer will:

**1.** Notify a Supervisor who will cause a Special Victims Unit Detective to be notified.

**2.** Secure the crime scene and request a Crime Scene Technician respond to photograph the premises and/or any injuries to the child or children. (A "Consent to Search Form" signed by person(s) authorized to do so, or a search warrant will be necessary in order to process the crime scene location).

**3.** When a child requires immediate medical attention, Hollywood Fire Rescue will be requested to respond to the scene.

**4.** If the child is not removed from the setting, the Officer will provide details justifying this decision in a Field Dictation Report called in on a "priority" basis.

**V. SEXUAL ABUSE INVESTIGATIONS**

The following procedures will be followed when dealing with cases of Child Sexual Abuse:

**A. Investigating Officer:**

In all cases of child sexual abuse, Officers will:

**1.** Notify a Supervisor who will cause a Special Victims Unit Detective to respond.

**2.** Secure the crime scene and request a Crime Scene Technician respond to the scene. (A "Consent to Search Form" signed by person(s) authorized to do so, or a search warrant will be necessary in order to process the crime scene location).

**3.** Obtain a brief statement from the child victim. The interview should be limited to ascertaining the nature of the complaint and possible suspect information. **Do not attempt a thorough interview of the child.**

**4.** Request Hollywood Fire Rescue if the child is in need of immediate medical attention.

**5.** **Sexual abuse allegations will not be classified unfounded at the scene.**

**6.** Contact the Statewide Abuse Registry Hotline as outlined in **Section VII, A**.

**B. Supervisor Responsibilities:**

When a Supervisor is notified of a Child Sexual Abuse he will:

**1.** Notify the Shift Lieutenant.

**2.** Ensure that a Special Victims Unit Detective has been requested.

**3.** Ensure that the integrity of the crime scene has been maintained.

**C. Special Victims Detective:**

When a Special Victims Unit Detective responds to the scene of a child sexual abuse he will:

1. Notify the Special Victims Unit Supervisor and keep him up-dated as the investigation proceeds.

2. Request a BSO/CPIS Investigator respond to the scene. If the BSO/CPIS cannot respond, this Agency will continue with the investigation and communicate information to the BSO/CPIS.

3. Contact the Sexual Assault Treatment Center (SATC) to arrange for the victim to have an examination.

4. Conduct a brief interview with the child victim to ascertain the circumstances of the sexual assault. A videotaped statement may be taken at the SATC or at the Police Department at a later time in compliance with the SATC, "Child Abuse Joint Investigative Protocol."

## VI. SUSPECTS

Incidents may arise in which the suspect is on scene. Officers must be aware of the following:

**A. Miranda Warnings:**

Officers will not read Miranda Warnings to suspects of child abuse related offenses when a Detective is enroute to further investigate. A Detective assigned to the investigation will be responsible for the reading of Miranda Rights and subsequent questioning.

**B. Spontaneous Statements:**

In the event that a suspect makes a spontaneous statement(s), Officers will make note as accurately as possible as to what the statement(s) were.

**C. Criminal History:**

Officers will be responsible for checking all suspect(s) for active warrants and a criminal history. Officers will document in the Field Dictation Report as to whether or not the suspect(s) have a criminal history.

## VII. INVESTIGATIONS ON SCHOOL GROUNDS:

**A. Contacting Victims or Witnesses:**

The following procedure will be followed when contacting victim(s) or witnesses on school grounds:

1. Whenever possible, the Special Investigative Unit of the School Board (SIU) will be notified prior to arrival at the school. Contact can be made at (754) 321-0725

2. A Dependency/Criminal Joint Investigation Form, which can be obtained from the child abuse designee at the school, must be completed and signed prior to the contact.

3. It is the discretion of the Officer/Detective and/or the BSO/CPIS whether school personnel will be included in the interview.

**B. Removal from School:**

When a child is removed from school, the child must be signed out and the forms required by SIU completed.

It is the obligation of the Officer/Detective or the BSO/CPIS to notify the caregiver(s) that the child was removed from school.

## VIII. ABUSE HOT LINE

The State of Florida has a Statewide Abuse Registry, which is used to document cases of child abuse, neglect and sexual assault. The following procedures will be followed to contact the Abuse Registry:

**A. Contact Numbers:**

The Statewide Abuse Registry will be notified by calling the Abuse Hotline at the following numbers:

1. 1-866-532-2873 (**this phone number is for Law Enforcement use only**).

2. 1-800-962-2873 (general public).

**B. Documentation:**

Officers will include the following in the narrative portion of the Field Dictation Report:

1. The date and time the Statewide Abuse Registry was contacted.

2. The name and identification number of the Operator taking the call at the Statewide Abuse Registry.

3. Whether the complaint was accepted or declined by the Statewide Abuse Registry.

**IX. FIELD DICTATION REPORTS**

Officers will complete a Field Dictation Report on a "**priority**" basis on all child abuse investigations.

**X. DEFINITIONS:**

**A. PHYSICAL ABUSE:**

Is defined as the intentional infliction of physical or mental injury upon a child; or an intentional act that could reasonably be expected to result in physical or mental injury of a child; or active encouragement of any person to commit an act that results or could reasonably be expected to result in physical or mental injury to a child.

**B. AGGRAVATED CHILD ABUSE:**

Is defined as an aggravated battery on a child; or willfully tortures, maliciously punishes, or willfully and unlawfully cages a child; or knowingly or willfully abuses a child and in so doing causes great bodily harm, permanent disability, or permanent disfigurement to a child.

**C. CHILD NEGLECT:**

Is defined as a caregiver's failure or omission to provide a child with the care, supervision, and services necessary to maintain the child's physical and mental health; or a caregiver's failure to make a reasonable effort to protect a child from abuse, neglect or exploitation by another person.

**D. SEXUAL BATTERY:**

Is defined as the oral, anal, or vaginal penetration by, or union with, the sexual organ of another or the anal or vaginal penetration of another by any other object; however, sexual battery does not include an act done for a bona fide medical purpose.

**E. CHILD ABUSE JOINT INVESTIGATIVE PROTOCOL:**

The Sexual Assault Treatment Center has coordinated the, "Child Abuse Joint Investigative Protocol" with other Agencies throughout Broward County that mandates a cooperative effort between the State Attorney's Office, the SATC and the Investigating Agencies.

---

APPROVED BY:

*Chadwick E. Wagner*          **05/14/2008**

**Chadwick E. Wagner          Date
Chief of Police**

**ATTACHMENTS:**

None

|  | **BOMB THREATS AND EXPLOSIVE DEVICES** | |
|---|---|---|
| | **DEPARTMENT SOP: #254** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/12/2013** | **CFA:**<br><br>**21.05 A-L** |

**PURPOSE:**   To establish guidelines for the response and handling of bomb calls, threats and explosive devices.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:**   The Department will respond to all emergencies occurring within the City regarding bomb calls, threats and/or explosive devices.

**INDEX:**

**I.     OVERVIEW OF BOMB REPORTS, THREATS AND EXPLOSIVE DEVICES** 2

    A.   Bomb Reports: ................................... 2
    B.   Bomb Threats: .................................. 2
    C.   Explosive Devices: ............................ 2

**II.    MEMBER RESPONSIBILITIES** .............. 2

    A.   Role of Members who Obtain Details of an Explosive Device or Bomb Threat: **[21.05A]** ................................. 2
    B.   Notification of Personnel and Chain of Command: **[21.05B]** ...................... 2
    C.   Equipment and Personnel to be Dispatched: **[21.05F]** ........................... 3
    D.   Communications and Radio Silence: **[21.05K]** ............................................. 3
    E.   Response Awareness: ....................... 3

**III.   DETAILS OF SUPERVISOR RESPONSIBILITES** .............................. 3

    A.   Command Post: ................................. 3
    B.   Perimeter Security: **[21.05C]** ................ 3
    C.   Evacuation Plan: **[21.05H]** ................... 3
    D.   Search Procedures: **[21.05E][21.05D]** ...... 4
    E.   Suspicious Item Found During a Search: **[21.05E]** ................................... 5
    F.   Post Explosion Procedures: **[21.05L]** .... 5

**IV.    COORDINATION WITH FIRE DEPARTMENT [21.05I]** ........................... 6

    A.   Bomb Calls, Threats or Found Explosives: ...................................... 6
    B.   Explosions: **[21.05L]** ............................. 6

**V.     COORDINATION WITH INVESTIGATORS OR EVIDENCE SPECIALISTS [21.05G,J]** ........................ 6

    A.   Officer's Responsibility ....................... 6
    B.   On-Scene Supervisor: **[25.01G]** ........... 7
    C.   Arson Detective: .................................. 7

**VI.    TRANSPORTING EXPLOSIVE DEVICES** ............................................... 7

    A.   Within City Vehicles: ........................... 7
    B.   To City Property: ................................. 7

**VII.   POLICE BUILDING BOMB THREATS** .. 8

    A.   Notification of Chain of Command: **[21.05B]** ............................................. 8
    B.   General Evacuation Plan: **[25.01H]** ....... 8
    C.   Communication's Responsibility: ........ 8

**VIII.  DEFINITIONS:** ....................................... 8

    A.   BOMB REPORTS: .............................. 8
    B.   BOMB THREATS: .............................. 8
    C.   DISPOSAL: ......................................... 8
    D.   EXPLOSIVES: ..................................... 8
    E.   EXPLOSIVE DEVICE: ........................ 8
    F.   HOT ZONE: ......................................... 9
    G.   PUBLIC SAFETY ANSWERING POINT [PSAP]: .................................... 9

**PROCEDURE:**

I.  **OVERVIEW OF BOMB REPORTS, THREATS AND EXPLOSIVE DEVICES**

   A.  **Bomb Reports:**

   Though most bomb reports are fictitious and are employed as a method for instilling fear or disrupting business operations, it must be remembered that by calling the police, the media or the intended victim in advance, the bomber may have other motives.  Examples include; trying to feel guiltless for injuries or deaths caused by their explosive device; purposely luring Public Safety Officers to the location of a detonation, or just to view the stir of activity caused by their actions.  **Therefore, every bomb report must be considered real and extreme caution must be used**.

   B.  **Bomb Threats:**

   Bomb threats are bomb reports tied to a subject's threat to detonate an explosive device if a certain demand for action doesn't occur or compensation isn't received.  In this SOP, we will use the term Bomb Threats for both classifications of threats and calls.

   C.  **Explosive Devices:**

   Explosive devices can be as simple as a soda bottle filled with chemicals or flammable liquid, a shotgun shell with nails taped to it, a metal pipe filled with gun powder, or as complicated as a nuclear device.  They can also be as obvious as several sticks of dynamite and an alarm clock, or as innocent as a regular business envelope or abandoned attaché case.

   Ignition devices can have similar characteristics of simplicity or sophistication to include; burning fuses, equipment that produces electrical current, trip wires, booby traps, radio frequency receptors, switches that detect movement, or multiple triggering devices.

II.  **MEMBER RESPONSIBILITIES**

   A.  **Role of Members who Obtain Details of an Explosive Device or Bomb Threat:** [21.05A]

   Any Member who receives information of an explosive device or threat will collect the following information:

   1.  The specific location of the device.

   2.  Exact time of scheduled detonation.

   3.  Description of the item.

   4.  Type of explosive device (incendiary, dynamite, plastics, etc).

   5.  The subject's purpose or reason.

   6.  Method used to deliver the device (mailed, hand carried, delivery service, etc).

   7.  Identity of the caller and/or the organization he represents.

   8.  Description of the caller (sex, age, nationality, voice characteristics, etc).

   9.  Background noises heard.

   B.  **Notification of Personnel and Chain of Command:** [21.05B]

   Communications will be responsible for:

   1.  Dispatching a COP Supervisor and appropriate Officers.

   2.  Notifying the Fire Department.

   3.  Notifying the Shift Lieutenant.  The Shift Lieutenant will advise if a Command Staff "All Page" is necessary.  The Shift Lieutenant will notify the on-call Staff Duty Officer.

   4.  Notifying the Federal Bureau of Investigations (FBI).

**C. Equipment and Personnel to be Dispatched:** [21.05F]

The following personnel and equipment will be dispatched to an explosive device or threat:

1. Two Police Units.

2. Supervisor.

3. Fire Engine.

4. Fire Rescue.

**D. Communications and Radio Silence:** [21.05K]

All radios and cell phones will be shut off within 100 yards of any scene. During this period of radio silence, the Supervisor on scene of the incident will leave his radio on to receive and monitor vital information from Communications. All on-scene communications will be routed to the on-scene Supervisor who will communicate to dispatch via a landline phone.

**E. Response Awareness:**

When Officers are responding to bomb threat or explosive device incidents:

1. Be wary of being drawn into a trap. Scan rooflines and surrounding areas for suspicious persons, who may; drop explosive devices, trigger a device, or may want to observe the police units arriving before the explosive device is detonated.

2. Be alert for suspicious vehicles parked near buildings.

3. Select a parking place with care. Avoid the front entrance, shrubbery, planters, trash receptacles and suspicious vehicles.

**III. DETAILS OF SUPERVISOR RESPONSIBILITES**

**A. Command Post:**

Supervisors should consider establishing a Command Post where; communications can take place, equipment can be assembled, evacuation and search teams can be organized and permanent incident command can take place.

**B. Perimeter Security:** [21.05C]

A Supervisor will respond to all threats and explosive device incidents and secure a perimeter if required, around the scene as follows:

1. **Bomb Threats and Found Explosives:** At least 100 yards away from the area or building where a report or threat was made or explosive device was found. Additional personnel maybe summoned as needed to establish the perimeter.

2. **Detonated Explosives:** The perimeter should be at least 100 yards beyond the most outlying pieces of debris. The Perimeter should have:

   a. A "Hot Zone" or inner perimeter.

   b. An outer perimeter.

   c. An area between the inner and outer perimeter for the:

      (1). Command Post.

      (2). Media.

**C. Evacuation Plan:** [21.05H]

The responding Supervisor will discuss the necessity of evacuation with the property owner or custodian. That person will make the informed decision on whether to evacuate and/or if a search will be conducted. The Police Officer cannot force evacuation of an area or building under bomb threat circumstances unless there is a reasonable belief that the threat may result in Property

damage or bodily harm. If the decision is made to evacuate and/or search:

1. The on-scene Supervisor will be responsible for organizing the evacuation.

   a. This evacuation will be conducted in a calm and safe manner with a combined team effort of the owner or person(s) so designated by the owner and the Police Officer(s) (see **paragraph D2, Search Teams** of this Section).

      **(1).** The Supervisor will agree on a safe place for evacuees to be sent.

      **(2).** If the evacuation calls for the movement of persons with special needs i.e.; nursing home, sick or injured, etc., the Fire Department may provide useful assistance.

      **(3).** The Supervisor will reassemble the teams at the Command Post to ensure everyone has been evacuated.

   b. All evacuees' include the teams responsible for the evacuation should be sent to an area outside of a 100-yard perimeter of the potential location. If the 100-yard perimeter includes other occupied buildings, these occupants should also be requested to leave the area.

2. The Supervisor will be responsible for not allowing any breaches of the evacuation zone.

D. **Search Procedures:** [21.05E][21.05D]

   The Supervisor will be in command of the search operation with the cooperation of the property owner or custodian.

1. **Blue Prints and Diagrams:** If possible, a set of blue prints or diagrams of the area or building to be searched should be obtained and kept at the command post.

2. **Bomb Detecting Dog:** A Bomb Detecting Dog will be utilized when available or requested by a Supervisor.

3. **Organization of Search Teams:** [21.05D]

   a. Whenever possible, business employees should be selected on a voluntary basis to assist the Police in the search. Ideally, these persons should:

      **(1).** Be from security and/or building maintenance and have access to all areas of the building, etc.

      **(2).** Employees or persons familiar with the business or area,

   b. Under no circumstances will an employee be permitted to search without a Police Officer accompanying them.

   c. The number of available Police Officers and employees combined with the size of the area to search will determine the number of teams needed to conduct the search and length of time to conclude it.

4. **Assignments and Duties:** The Supervisor will be responsible for assigning locations to be searched by the teams and going over with all search teams the following general guidelines:

   a. **Teamwork:** Search teams should stay together to enhance the thoroughness of the search.

   b. **Do Not Disturb Suspicious Items:** The on-scene Supervisor will brief all Search Teams of

the importance of not disturbing items that look suspicious and to immediately make the proper notifications.

**c. Outside Searching:** When searching the outside of the building, the teams will:

**(1).** Include the search of automobiles parked within the 100-yard perimeter.

**(2).** Search planters, window wells, bushes, shrubs, ledges, trash receptacles, and over doorways.

**(3).** <u>DO</u> <u>NOT</u> probe freshly turned earth.

**(4).** Check utility and equipment rooms that have exterior access.

**d. Inside Searching:** When searching the inside of the building, the teams will:

**(1).** Pay special attention to rest rooms, waiting rooms, hallways, closets, water fountains and other places having easy public access.

**(2).** Be careful of booby traps while opening doors, etc.

**(3).** When entering a room, stop in the doorway and make a visual search of the room before you enter. **Stop, Look and Listen**.

**a.** Visually sweep the room from floor to waist level then from waist to head level and finally from head level to the ceiling.

**b.** If nothing is visible, enter and conduct a physical search, following

the same sweep procedure.

**(4).** Check false ceilings.

**(5).** Make a complete visual inspection of desk and file cabinet drawers, etc. for trip wires or tampering before opening.

**(6).** Avoid touching light switches or any other electrical items such as radios, etc. as they may trigger devices.

**E. Suspicious Item Found During a Search:** [21.05E]

If a suspicious item or explosive is found during a search, the Supervisor in charge of the search will:

**1.** Secure the area and remove all search teams from the building.

**2.** Re-secure the perimeter and establish a Command Post.

**3.** Summon additional personnel and equipment (see **Section V paragraph B.** of this SOP).

**4.** The Shift Lieutenant will be notified immediately and:

**a.** Confer with the on scene Supervisor to ensure their scene responsibilities have been completed.

**b.** Re-evaluate the perimeter with the Fire Department Commander.

**c.** Direct Communications to conduct an "all-page" of the Command Staff.

**F. Post Explosion Procedures:** [21.05L]

If an explosion occurs at the scene of a bomb threat or report of an explosive device, in addition to the items completed in **Paragraph E, Suspicious Items**

**Found During a Search** the following will occur:

1. The Staff Duty Officer will be called to the scene.

2. Officers will coordinate their efforts as first-responders with the on-scene Police Supervisor. The Supervisor will coordinate the Police Department's effort with the Commanding Officer of the Fire Department. Officers must remain alert for the following while conducting first aid:

   a. Booby traps, and/or secondary bombs.

   b. Structural damage and dangers of collapse.

## IV. COORDINATION WITH FIRE DEPARTMENT [21.05I]

At the scene of any Bomb Threat or Explosive Device, the Police and Fire Department

Members will confer and coordinate their efforts.

### A. Bomb Calls, Threats or Found Explosives:

The Fire Department is usually dispatched simultaneously to many calls handled by the Police Department. In these situations, the Fire Department's role is to stand-by in case the situation escalates into a rescue or fire suppression operation.

### B. Explosions: [21.05L]

At the scene of an explosion, the Fire Department's role is to coordinate and command all fire suppression operations and prolonged rescue and extraction operations.

1. However, during the first responder phase of rescue and extraction operations, Police Command and Fire Command should coordinate their efforts, to ensure proper triage of the injured and to ensure public safety personnel proceed safely.

2. Once the Fire Department completes their operations, the Police Department will assume command of the crime scene.

3. Despite the devastation and rescue operations, Officers must make a conscious effort to protect and preserve evidence and the crime scene. However, the protection of life will always supercede this necessity.

## V. COORDINATION WITH INVESTIGATORS OR EVIDENCE SPECIALISTS [21.05G,J]

Depending upon the nature and scope of a bomb threat or explosive device incident, coordination of effort must occur between Officers, Investigators and Evidence Collection Specialists. The following should provide guidance for Members:

### A. Officer's Responsibility

Officers will be responsible for coordinating:

1. Contact with the owner or custodian to explain the incident and gather preliminary information.

2. Evacuation efforts with persons familiar with the area or building.

3. Search efforts with persons familiar with the area or building.

4. Establishing and maintaining a secure perimeter.

5. Communication with the on-scene Supervisor without the use of a radio or cell phone.

6. Coordination of first aid and assistance to the injured with the Fire Department.

7. The preliminary investigation and a Priority Mobile Field report with the Arson/Bomb Detective.

**B. On-Scene Supervisor:** [25.01G]

The on-scene Supervisor will be responsible for coordinating:

1. Field communications without the use of cellular or radio frequencies.

2. Establishment of a perimeter.

3. The activities of the Command Post(s) with responding Officers and assisting Agencies.

4. The proper response of equipment and personnel to the scene.

5. Evacuation and Search Plans.

6. Extraction and rescue activities with the Fire Department.

7. Law Enforcement activities within and outside the Agency to include: [25.01G]

   a. Bomb Detecting Canine

   b. Arson Detective.

   c. Agencies capable of Deactivation and Disposal of Explosives. [25.01G]

      (1). Broward Sheriff's Bomb Disposal Unit or,

      (2). Naval Ordnance at Lloyd State Park (for military explosives).

   d. The collection of evidence with the Identification Unit, i.e.:

      (1). Fingerprints from pay phones, packages, suspicious items etc:

      (2). Applicable audio/video tape(s).

      (3). Calling information of the suspect via:

         (a). Telephone Company.

         (b). Caller ID

      (4). Scene photographs.

**C. Arson Detective:**

The Arson Detective will be responsible for coordinating:

1. The investigation with Fire Department personnel.

2. The investigation with all other assisting Agencies and/or Specialized Units.

**VI. TRANSPORTING EXPLOSIVE DEVICES**

**A. Within City Vehicles:**

Items, which are known or suspected to be explosive or incendiary in nature, **WILL NOT** be placed or transported in city owned vehicles except:

1. Officers may transport small arms and ammunition, which have been impounded as evidence in criminal cases, or held for safe keeping (see **Property and Evidence SOP**).

2. Members may transport gasoline in a proper container to a stalled motorist.

**B. To City Property:**

Items, which are known or suspected to be explosive or incendiary in nature will not be transported to city, owned property unless:

1. It is by a Bomb Disposal Agency and,

2. It is a clear area that is needed for detonation if transportation over a greater distance would be hazardous.

## VII. POLICE BUILDING BOMB THREATS

### A. Notification of Chain of Command: [21.05B]

If a Member receives a bomb threat affecting Headquarters, the Shift Lieutenant will make the decision to search and/or evacuate the building. The following Commanding Officers will be notified:

1. The Staff Duty Officer.

2. The Chief of Police.

### B. General Evacuation Plan: [25.01H]

If it is determined that the Police Building is to be evacuated, Communications personnel will make that announcement via Police radio.

The Shift Lieutenant will be responsible for:

1. Assigning Officers to a secure perimeter around the building and prohibiting any entry.

2. Assigning Officers to evacuate the building starting with the top floor and working down.

3. Ensuring that Fire/Rescue responds.

4. Ensures that a Bomb Detecting Canine responds to search the building.

### C. Communication's Responsibility:

If the Communications Section is evacuated due to a bomb threat, the on-duty Communications Supervisor will coordinate continual police communications by either:

1. Operating the Communications Section until the back-up Public Safety Answering Point (PSAP) is established at City Hall.

2. Using hand-held radios outside the 100-yard radius of the building until an alternative PSAP is established.

## VIII. DEFINITIONS:

### A. BOMB REPORTS:

The report of an explosive device or possible detonation of an explosive device.

### B. BOMB THREATS:

The report of an explosive device or possible detonation of an explosive device coupled with a subject's threat to detonate an explosive unless a certain demand for action or compensation takes place.

### C. DISPOSAL:

The safe decomposition of explosives and/or incendiary materials, chemicals, chemical fillers and initiating or detonating devices through chemical means or through a controlled detonation at a designated area.

### D. EXPLOSIVES:

Any chemical compound, mixture or device, the primary purpose of which is to function by "explosion." The term "explosives," includes, but is not limited to: dynamite, nitroglycerin, trinitrotoluene [TNT], other high explosives [i.e., plastics], black powder, pellet powder, initiating explosives [i.e., RDX and PETN], detonators, safety fuse, squibs, detonating cord, igniter cord and igniters. This does not include cartridges for firearms or fireworks as defined in Chapter 791, F.S.

### E. EXPLOSIVE DEVICE:

Any item suspected of, or containing explosive or incendiary filler, that could be solid, liquid or gaseous in nature. This will include, but is not limited to, all homemade bombs, military or personnel ordnance, pyrotechnics and dangerous chemicals.

**F. HOT ZONE:**

An inner perimeter around an area which could contain an explosive or hazardous device.

**G. PUBLIC SAFETY ANSWERING POINT [PSAP]:**

A designated area receiving emergency 911 calls and dispatch police services.

APPROVED BY:

**02/12/2013**

**Vincent R. Affanato**          **Date**
**Office of the Chief of Police**

**ATTACHMENTS:**

None

|  | **PROPERTY CRIMES** | |
| --- | --- | --- |
| | **DEPARTMENT SOP: #260** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 03/24/2014** | **CFA:** **NONE** |

**PURPOSE:** This SOP will establish procedures for the initial investigation and reporting of non-violent Property Crimes.

**SCOPE:** This SOP applies to all Members of the Hollywood Police Department.

**POLICY:** The investigation of Property Crimes is an important function of the Hollywood Department. These incidents will be completely and professionally investigated with the arrest of the perpetrator and the recovery of property as the ultimate goals. Supervisors and Detectives will be advised of incidents that have special circumstances and substantial losses. When effecting an arrest, the correct charge must be researched due to numerous classes of Property Crime Statutes.

**INDEX:**

**I. VANDALISM (CRIMINAL MISCHIEF) FSS 806.13 ............................................ 2**

A. Reporting Procedures: ........................ 2
B. Follow Up Investigations: ..................... 2

**II. THEFT (FSS 812.014) ............................ 2**

A. Reporting Procedures for Thefts: ........ 2

**III. RETAIL THEFT ..................................... 2**

A. Reporting Procedures: ........................ 2
B. Retail Theft Evidence: ......................... 3

**IV. AUTO THEFT ....................................... 3**

A. Reporting Procedures: ........................ 3
B. Automobile Theft Affidavit: ................. 4
C. Reporting Procedures for Overdue Rental Cars: ....................................... 4
D. Vehicle Theft Recoveries: ................... 4

**V. STOLEN TAGS AND DECALS ............. 4**

A. Reporting Procedures: ........................ 4
B. National Crime Information Computer (NCIC) Entry Procedures: ................... 4

**VI. GAS DRIVE-OFF .................................. 5**

A. Fraud: .................................................. 5
B. Theft: ................................................... 5

**VII. BURGLARY ......................................... 5**

A. Investigative Procedures (Residential, Business, Vehicle, Boat, Hotel, etc.): .. 5
B. Reporting Procedures: ........................ 6

**VIII. WORTHLESS AND FORGED CHECKS 6**

A. Worthless and Forged Checks: ........... 6
B. Worthless and Forged Check Investigative Procedures: ................... 7
C. Reporting Procedures for Worthless and Forged Checks: ........................... 7

**IX. CREDIT CARD OFFENSES ................. 7**

A. Investigative Procedures for Credit Card Offenses: ..................................... 7
B. Reporting Procedures for Credit Card Offenses: ....................................... 7
C. Stolen or Lost Credit Cards: ............... 8
D. Counterfeit/Altered Credit Card cases: 8

**X. FRAUD ................................................ 8**

A. Investigative Procedures for Fraud Offenses: ............................................ 8
B. Reporting Procedures for Fraud Offenses: ............................................ 8

**XI. DEFINITIONS: ...................................... 9**

A. CRIMINAL MISCHIEF: ....................... 9
B. THEFT: ................................................ 9
C. BURGLARY: ....................................... 9

**PROCEDURE:**

**I.   VANDALISM   (CRIMINAL   MISCHIEF) FSS 806.13**

   **A.   Reporting Procedures:**

     All acts of Vandalism over $100, or with a suspect, or any graffiti incident, will be reported on a Mobile Field Report (see **Appendix A**).

     **1.**   The amount of damage/loss will dictate the crime status.

       **a.**   Under $1,000 damage will be classified as a misdemeanor.

       **b.**   Over $1,000 damage will be classified as a felony.

     **2.**   The Member should canvass the immediate area for witnesses or evidence.

     **3.**   Acts of graffiti shall be classified by Communications as a signal 40 Graffiti.

   **B.   Follow Up Investigations:**

     All felony vandalism incidents will be forwarded to the Burglary Unit.

     **1.**   Burglary Detectives are responsible for the investigation of all acts of felony vandalism and graffiti.

     **2.**   Burglary Detectives will assist victims with the prosecution of misdemeanor vandalism if investigative leads are present.

**II.   THEFT (FSS 812.014)**

   **A.   Reporting Procedures for Thefts:**

     Officers must clearly determine if property was actually stolen.  If there is no evidence to support a Theft has occurred, the report classification should be "Lost Property", and not Theft.

     **1.**   All thefts will require a Mobile Field Report to be completed

     **2.**   Theft reports with a loss of $2,000 or more will be dictated on a priority basis.

**III.   RETAIL THEFT**

     Retail Theft is defined as those thefts occurring in retail stores where there is an arrest of a Suspect. All other thefts in retail stores will be governed by Section II. of this SOP.

     Theft by an employee of the business is not classified as retail theft.  The offense would either be grand or petit theft depending on the dollar amount.

   **A.   Reporting Procedures:**

     The following will be adhered to when responding to a Retail Theft.

     **1.**   The following are required of all Retail Theft arrests:

       **a.**   Affidavit from the arresting Officer.

       **b.**   Affidavit from the merchant.

       **c.**   Store receipt indicating the value of each item(s) taken.

       **d.**   FCIC/NCIC criminal history of the arrestee.

       **e.**   Shoplifting Report (see **Appendix C**) (Pink copy to be left with the Merchant).

       **f.**   The arresting Officer will issue a Notice to Appear when possible or make a physical arrest.

     **2.**   In misdemeanor retail theft cases, the merchant is responsible for completing his portion of the Shoplifting Report and an Affidavit.

     **3.**   In felony theft cases, the arresting Officer is responsible for completing all required reports and notifying the Investigative Services Section to obtain victim/witness statements.

**4.** A juvenile's name will not be listed in the narrative portion of a Shoplifting Report.

**B. Retail Theft Evidence:**

The following procedures for handling retail theft will be adhered to:

**1.** Misdemeanor Arrest (Property under $300):

Evidence will be documented on the Shoplifting Report (Appendix C) and returned to the merchant.

**2.** Felony Arrests (Property over $300):

Evidence will be marked and submitted to the Property Unit. If it is impractical to submit it into property, a Crime Scene Investigator will be requested to photograph the property.

## IV. AUTO THEFT

**A. Reporting Procedures:**

The following procedures will be adhered to when reporting the grand theft of a motor vehicle, FSS 812.014 (2/C/6).

**1.** The Member interviewing the complainant will verify the theft by determining if the vehicle was stolen, misplaced, impounded or repossessed.

**2.** Positive identification and proof of vehicle ownership will be requested from the complainant.

**3.** After confirming the vehicle information, the Member will contact the Teletype Operator to enter the vehicle information into the FCIC/NCIC system.

**4.** If the victim is missing any pertinent information that is necessary for entry into Teletype (tag number or VIN number), the Member will still take the report with the available information.

**5.** The Member will then obtain the victim's Driver's License number and social security number for use in the administrative inquiry mentioned in the next step.

**6.** The Member will utilize DAVID (Driver and Vehicle Information Database) to check on all vehicles registered to the victim in the State of Florida. The victim's Driver's License number and/or social security number may be needed to accomplish this task.

**7.** When the information on the victim's vehicle is received from the Tallahassee inquiry, the Member will complete the Mobile Field Report and enter the stolen vehicle information into Teletype.

**8.** If for some reason the pertinent information cannot be obtained from Tallahassee, the Member will instruct the victim to notify the Department as soon as possible with the missing information. The Member will dictate the report on a priority basis and note that all the information for NCIC/FCIC was not available.

**9.** The Member should canvass the immediate vicinity for witnesses or evidence.

**10.** When the TRU or the Public Information Desk receives follow up information pertaining to an auto theft, a Supplemental Report will be dictated on a priority basis. The Member staffing the PID will then notify the Teletype Operator of the additional information allowing the vehicle to be entered into the NCIC/FCIC system.

**11.** Auto theft reports shall not be taken by telephone unless extenuating circumstances exist and a Supervisor's approval is obtained.

**B. Automobile Theft Affidavit:**

An Affidavit of Complaint, Burglary/Theft Conveyance/ Vessel (see **Appendix D**), will be completed for all vehicle thefts and grand theft of auto parts.

1. When a Community Service Member takes a stolen vehicle report, a Police Officer is required to sign the Affidavit.

2. The Affidavit will be forwarded to the Investigative Services Section, Vehicle Crimes Unit.

**C. Reporting Procedures for Overdue Rental Cars:**

Upon determining that an incident is an overdue rental, the Member will complete a Mobile Field Report.

1. Every effort to contact the owner/Lessor of the vehicle will be attempted.

2. The vehicle information will not be entered into NCIC/FCIC.

3. The Report will be routed to the Vehicle Crimes Unit for follow-up investigation.

**D. Vehicle Theft Recoveries:**

1. A Crime Scene Investigator or a Community Service Officer will only process those vehicles which are stolen from and recovered in the City of Hollywood.

1. A Crime Scene Investigator will respond to all incidents where an arrest is made.

2. In cases of vehicle theft recovery with a local owner, the owner will be given the opportunity to retrieve the vehicle prior to towing. The owner must be able to respond within a reasonable amount of time.

3. Teletype will be advised of all recovered stolen vehicles for the pur-

pose of removal from the NCIC/FCIC system. Teletype will be responsible for attempting to notify the owner of the vehicle.

4. The Member must document in the Mobile Field Report whether or not the owner was notified.

5. In cases of vehicle theft recoveries within a wrecker's compound located in the City of Hollywood:

   a. If the vehicle was stolen and recovered in Hollywood, the vehicle will be processed and released to the victim.

   b. If the vehicle was stolen or recovered outside the City of Hollywood, that agency will be contacted and the vehicle will be released to the victim.

**V. STOLEN TAGS AND DECALS**

**A. Reporting Procedures:**

The following procedures will be adhered to when reporting a stolen tag or decal incident:

1. Proper identification of the reportee will be established before any report is filed.

2. All initial reports of stolen/lost tags or decals will be reported on a Mobile Field Report.

3. Recovery information will be reported on a Supplemental Report if it is originally a City of Hollywood incident.

4. If it is not a Hollywood incident, a Mobile Field Report must be completed.

**B. National Crime Information Computer (NCIC) Entry Procedures:**

Stolen/lost tags and decals will always be entered into the NCIC/FCIC system.

1. When a previously reported stolen/lost tag or decal is recovered, the Teletype operator will be advised to remove the information from the NCIC/FCIC.

2. The Teletype operator will be listed in the Mobile Field Report.

## VI. GAS DRIVE-OFF

A gas drive-off can be classified as either theft or fraud depending on the circumstances surrounding the interaction between the vendor and buyer. In either incident a Mobile Field Report will be completed.

### A. Fraud:

A gas drive-off should be classified as fraud when an interaction occurs between the vendor and buyer. **Note:** The simple act of turning on the gas pump does not necessarily establish an interaction between the buyer and vendor.

An interaction would be established when:

1. The vendor actually assisted the buyer in pumping the gas, or

2. The vendor makes visual contact implying than an "interaction" has taken place with the buyer before turning on the pump.

### B. Theft:

A gas drive-off should be classified as a theft when the buyer drives up, pumps gas and leaves without any "interaction" with the vendor.

## VII. BURGLARY

### A. Investigative Procedures (Residential, Business, Vehicle, Boat, Hotel, etc.):

When investigating a burglary Members will be guided as follows:

1. Determine the point and method of entry.

2. Instruct victims not to touch or disturb articles or evidence.

3. A Crime Scene Investigator will process all burglaries that have a viable crime scene with the likelihood of lifting latent fingerprints or other types of evidence or where an arrest was made. If a Crime Scene Investigator is not called, the reporting Member will note the reason in the Mobile Field Report.

4. A Community Service Officer will process conveyance burglaries (unless an arrest was made). If a Community Service Officer is unavailable, a Crime Scene Investigator will be requested.

5. The area around the scene will be checked for additional evidence or possible mode of travel by the perpetrator.

6. Witnesses and neighbors will be interviewed regarding suspicious activity in the area during the time the burglary was committed.

7. Available serial numbers provided by the victim for the stolen items will be entered immediately into the NCIC/FCIC system. The item(s) with serial numbers will be documented by the reporting Member in the following manner:

   a. List the item(s) on the Loss Listing NCIC/FCIC Entry Form (see **Appendix F**).

   b. Confirm entry into Teletype by documenting the Teletype Operators name, badge number and date entered.

   c. Supervisors will submit the form to the Records Section by the end of the Member's shift.

8. The Member will leave a Loss Listing (Victim/Supplement) Form (see **Appendix G**) with the victim to be completed and returned to the Investigative Services Section.

9. Vehicle Burglaries

In cases where there are multiple vehicles broken into at **one location and time frame,** they should be reported under one singular incident report. Each victim and vehicle will be listed in the incident report.

**B. Reporting Procedures:**

A Mobile Field Report will be completed that will include all facts collected by the Member to be routed to the Investigative Services Section.

1. If the victim is a tourist or transient, the Member will list the permanent home address and telephone number.

2. All suspect and suspect vehicle information obtained from witnesses will be noted in the report.

3. In the case of a business burglary, the business will be listed by name as the victim.

4. When effecting an arrest, the appropriate Burglary Statute based on the elements of the offense will be used.

5. In all cases of burglary, the correct Affidavit will be completed.

   a. For burglary of a structure or business, an Affidavit of Complaint-Burglary/Structure (see **Appendix E**) will be completed.

   b. For a burglary of any conveyance, (vehicle, boat, RV, etc.) an Affidavit of Complaint, Burglary/Theft Conveyance/ Vessel will be completed.

**VIII. WORTHLESS AND FORGED CHECKS**

**A. Worthless and Forged Checks:**

The Member will determine the correct crime classification.

1. **Misdemeanor Worthless Check:** Is a check returned from the bank stamped "Insufficient Funds", "Account Closed" Uncollected Funds", or "Payment Stopped" for an amount less than $150.00. A misdemeanor worthless check would also be a check for any amount issued after goods or services have already been provided (after the fact). Wages, rent, payments on account or any other contractual obligation would be considered a misdemeanor.

2. **Felony Worthless Check:** Is a check returned from the bank stamped "Insufficient Funds", "Account Closed" Uncollected Funds", or "Payment Stopped" for an amount of $150.00 or more given at the same time as goods or services are provided.

3. **Check Kiting:** A check kite is a method of fraud in which the suspect creates a continuous interchange of worthless checks between at least two accounts of separate banks. Banks are the only victims of such types of cases.

4. **Post-Dated Checks:** A post-dated check is one that bears a future date. If the recipient of the check agrees to hold the check for a period of time and the check is worthless, this is the same as a post-dated check. All post-dated checks are barred from criminal prosecution by Florida State Statute.

5. **Forged Checks:** A forged check usually involves stolen checks that bear a forged maker's signature or endorser's signature. A forged check may also bear some other alteration such as the dollar amount,

date, payee, etc. Counterfeit checks are also considered forged checks. Uttering a forged instrument is the act of passing the check, knowing it to be forged.  All forged checks are felonies.

**B. Worthless and Forged Check Investigative Procedures:**

When a Member is dispatched to a call regarding a worthless check, he should investigate the case using the following procedures:

1. Jurisdiction should first be determined.  The location of the offense is where the check was uttered (passed).

2. Did the victim send a "Notice of Dishonored Check Form" (see **Appendix H**) via certified mail to the suspect?  This notice is mandatory per Florida Statute for all "insufficient funds" checks and is recommended for all worthless checks.

3. The victim of a forged check will also be required to complete a Check Forgery Affidavit (see **Appendix I**).

**C. Reporting Procedures for Worthless and Forged Checks:**

A Mobile Field Report indicating all pertinent information will be completed for worthless checks of $1000.00 or more.

1. The narrative will contain the reason the check was returned, (insufficient funds, account closed, uncollected, payment stopped), in addition to:

   a. The dollar amount of the check.

   b. What the check was in payment for (goods, services, etc.)?

   c. What identification was recorded at the time the check was received?

   d. If the victim is a business, identify the employee/witness that accepted the check.

   e. Can the witness identify the issuer of the check?

2. The check and all associated original documents will be submitted into Property as evidence.

3. Worthless checks of $1000.00 dollars or less do not require a police report.  The victim should be instructed to contact the Broward State Attorney's Office to complete a Bad Check Crime Report form.

**IX.  CREDIT CARD OFFENSES**

**A. Investigative Procedures for Credit Card Offenses:**

The Member responding to incidents involving the misuse of Credit Cards will be guided by the following:

1. Contact should be made with the representative of the credit card company or the credit card holder to verify that the credit card has been lost or reported stolen.  The credit card owner will complete a Credit Card Witness Affidavit (see **Appendix K**) as soon as possible.

2. The credit card company or the bank can assist with identifying a counterfeit or altered card.

3. The original credit card, draft, and receipts will be submitted into Property as evidence.

4. If there are any questions concerning probable cause for arrest, contact an Economic Crimes Unit Detective for assistance.

**B. Reporting Procedures for Credit Card Offenses:**

Members will complete a Mobile Field Report indicating all pertinent information.

1. The primary victim and complainant of most credit card offenses is the issuing credit card company or the bank.

2. Additional victims who may be listed include the store or business where the card was used, and the person whose name was forged on a credit card, draft, or receipt.

3. The store employee who the stolen/forged credit card was presented to, will complete a Credit Card Holder-Affidavit of Forgery (see **Appendix J**).

**C. Stolen or Lost Credit Cards:**

1. If the credit card receipt or draft is forged or uttered, as in forged check cases, uttering a forged instrument, knowing it to be forged is a felony (F.S.S. 817.60 (6)).

2. The possession of a stolen/lost credit card is a misdemeanor (F.S.S. 817.60 (1)).

3. Possession of two or more cards in different names is a felony (F.S.S. 817.60 (5)).

**D. Counterfeit/Altered Credit Card cases:**

1. These cases involve credit cards that have been manufactured by the suspect or legitimate cards altered to provide fictitious information.

2. The possession of a counterfeit/altered credit card is a felony (F.S. S. 817.60).

**X. FRAUD**

**A. Investigative Procedures for Fraud Offenses:**

The Member will determine the correct crime classification.

**1. Financial Exploitation of an aged/disabled adult:** The improper

or illegal use or management of an aged person or disabled adult's funds, assets, or property for one's own profit or advantage.

2. **Embezzlements:** The theft of funds from a business where the suspect alters company records to conceal the theft. There must be an alteration of records.

3. **Advanced Fee Schemes:** Cases where the suspect takes deposits for work to be done and either only begins the job or never returns to perform it.

4. **Identity Theft:** To comply with FSS 817.568, Members taking reports from victims residing in Hollywood, who claim their identity has been used in a jurisdiction outside of the city, should complete a call in report and should classify the incident report as a "Police Information." The Report will be forwarded to the appropriate investigative Agency.

**B. Reporting Procedures for Fraud Offenses:**

Members responding to fraud calls will complete a Mobile Field Report including the following:

1. The jurisdiction in which the crime occurred must be determined prior to the initiation of a Fraud investigation. This may not necessarily be the victim's place of residency, location of the victim's business, or the residence of the suspect.

2. A complete description of the scheme in chronological order.

3. Complete description of suspects including any identification.

4. All witnesses to the event.

5. If the victim is a corporation, obtain the legal corporate name.

## XI. DEFINITIONS:

### A. CRIMINAL MISCHIEF:

A person commits the offense of criminal mischief if he willfully and maliciously injures or damages by any means any real or personal property belonging to another, including, but not limited to, the act of graffiti or other acts of vandalism.

### B. THEFT:

A person commits theft if he knowingly obtains or endeavors to obtain or to use, the property of another with intent to either temporarily or permanently:

1. Deprive the other person of a right to the property or a benefit from the property.

2. Appropriate the property to his own use or to the use of any person not entitled to the use of the property.

### C. BURGLARY:

Entering or remaining in a dwelling, a structure, or a conveyance with the intent to commit an offense therein, unless the premises are open to the public or the defendant is licensed or invited to enter or remain. FSS 810.02(1)

- **Appendix D:** Affidavit of Complaint, Burglary/Theft Conveyance/Vessel.

- **Appendix E:** Affidavit of Complaint Burglary Structure.

- **Appendix F:** Loss Listing NCIC/FCIC Form.

- **Appendix G:** Loss Listing Victim Supplement.

- **Appendix H:** Dishonored Check.

- **Appendix I:** Affidavit of Forgery.

- **Appendix J:** Credit Card Holder Affidavit of Forgery.

- **Appendix K:** Credit Card Witness Affidavit.

APPROVED BY:

_(signature)_   **03/24/2014**

**Frank G. Fernandez          Date**
**Chief of Police**

### ATTACHMENTS:

- **Appendix A:** Dictation Report.

- **Appendix C:** Shoplifting Report.





# HOLLYWOOD POLICE DEPARTMENT

This appendix has been deleted.

**SHOPLIFTING REPORT**
**HOLLYWOOD POLICE DEPARTMENT**

| | | | | 1. VICTIM'S NAME (PARENT CO. OR CORP., IF APPLICABLE) | | 2. COMPLAINT NO. |
|---|---|---|---|---|---|---|

| 15. PERS. ARR. | 16. STORE RPT. NO. | 17. ZONE | 18. R/A | 3. VICTIM'S ADDRESS       CITY       STATE | 4. BUSINESS PHONE |
|---|---|---|---|---|---|

| (1) NAME | 19. ARRESTEE(S) | SEX-DESCENT-DOB | 5. NAME OF BUSINESS AT WHICH INCIDENT OCCURRED | 6. BUSINESS PHONE |
|---|---|---|---|---|

| ADDRESS       CITY       PHONE NO. | 7. ADDRESS OF INCIDENT |
|---|---|

| (2) NAME | SEX-DESCENT-DOB | 8. OFFENSE **LARCENY** | 9. CLASSIFICATION **SHOPLIFTING** |
|---|---|---|---|

| ADDRESS       CITY       PHONE NO. | 10. DATE/TIME OCCURRED | 11. DATE/TIME REPORTED |
|---|---|---|

| (3) NAME | SEX-DESCENT-DOB | 12. TYPE OF PROPERTY TAKEN | 13. TOTAL LOSS |
|---|---|---|---|

| ADDRESS       CITY       PHONE NO. | 14. METHOD OF THEFT |
|---|---|

**20. APPREHENDING EMPLOYEES**

| (1) NAME | SEX-DESCENT-DOB | ADDRESS | CITY | STATE | PHONE NO. |
|---|---|---|---|---|---|
| (2) | | | | | |

**21. OTHER WITNESSES**

| (1) NAME | SEX-DESCENT-DOB | ADDRESS | CITY | STATE | PHONE NO. |
|---|---|---|---|---|---|
| (2) | | | | | |
| (3) | | | | | |

**22. NARRATIVE**
IDENTIFY AND DETAIL ACTIONS OF ARRESTEE(S), WHERE ITEMS WERE TAKEN FROM, STATEMENTS MADE, TIME OF INCIDENT AND LOCATION OF APPREHENSION.

**23. ITEMS TAKEN**

| NAME OF ITEM | COMPLETE DESCRIPTION OF ITEM INCLUDING COLOR, TYPE MATERIAL, ETC. | VALUE OF ITEM |
|---|---|---|

| 24. REPORTING OFFICIAL | 25. RESPONDING OFFICER       SERIAL |
|---|---|

1302-217-76

---

CASE #_____



# HOLLYWOOD POLICE DEPARTMENT
## BURGLARY/THEFT
## CONVEYANCE/VESSEL COMPLAINT AFFIDAVIT

Date enter into NCIC: ____/____/20____          Time:_____

NCIC Operator:_____          Badge:_____

I,_____,the undersigned being the legal owner or agent thereof, did not give consent to any party to take, use or enter my conveyance/vessel described herein, prior to or during the time my vehicle/vessel was reported (Check One)

☐ STOLEN          ☐ ENTERED UNLAWFULLY          ☐ PARTS REMOVED/STOLEN,

to the Hollywood Police Department on ____/____/20____, within the City of Hollywood, County of Broward, State of Florida.

☐ Car ☐ Pick-up ☐ Bus ☐ Boat ☐ Van ☐ Motorcycle ☐ RV/Camper ☐ Other

Make: _____          Model:_____

Color: _____          License:_____

Year: _____          License State/Yr:_____

Decal #:_____          FL #: (if vessel)_____

Vin/Hin #:_____

☐ **(Check if Burglary parts)**  The intruder(s) did unlawfully deprive this person of an approximate loss value of $_____

☐ **(Check if Theft)**  I further swear that I have no knowledge of the present location of the above described conveyance/vessel.  I will pursue prosecution and/or be a witness against the person(s) found to be in possession of the aforementioned conveyance/vessel or any parts taken from said conveyance/vessel if apprehended.

Sworn and subscribed to me this

_____Day of _____20____
  (Date)        (Month)     (Year)

_____
Notary/Police Officer

_____
Affiant's Signature

_____
Address

_____
City, State, Zip

_____
Phone

Original Date : 12/1/2000
Revised Date: 06/01/2002
File Name: Appendix D Complaint Affidavit Burglary/Theft Conveyance/Vessel

Page 1 of 1
Appendix D   SOP#260

CASE #_____



# HOLLYWOOD POLICE DEPARTMENT
## BURGLARY STRUCTURE
## COMPLAINT AFFIDAVIT

I, _____DOB:____/____/____ the undersigned,
(name)

presently residing/employed at _____do hereby
(address/city/state)

certify that on ____/____/20____ and at _____.
(address of occurrence)

in the *CITY OF HOLLYWOOD, COUNTY OF BROWARD, STATE OF FLORIDA*, the structure was

burglarized.

(For businesses only)  **I am** _____**of**
(Agent/Owner)

_____
(Business Address)

**We are conducting business locally as**_____
(Business Name)

**I was employed in the capacity of** _____ **on**
(Title/Position)

____/____/20____**, and I am authorized to speak on behalf of the business.**

During the burglary the intruders unlawfully removed property valued at approximately $ _____.

The arrestee(s) did not have permission to enter or remain inside the structure at the time of occurrence

of this burglary.  In addition, the structure was not open to the public during the incident.

Sworn and subscribed before me this

_____ Day of _____, 20____.

_____
Notary Public/Police Officer Signed

I have read or have read to me
the above affidavit and swear
the above statement is correct
and true to the best of my
knowledge.

_____
Signature



CASE #_____



# HOLLYWOOD POLICE DEPARTMENT
## LOSS LISTING
## NCIC/FCIC ENTRY

**Burglary:** ☐ Residence: ☐ Business: ☐ Vehicle: ☐ Other:_____ **Value of Total Loss: $_____**

Location of Occurrence:_____

Victim/Business Name:_____

Local Address:_____

Phone:_____ Business Phone:_____

Address Other:_____

City:_____State:_____Zip:_____

*NOTE: PROPERTY CRIMES SOP #260 REQUIRES THE REPORTING OFFICER TO IMMEDIATELY ENTER STOLEN PROPERTY WITH SERIAL NUMBERS INTO NCIC/FCIC.*

| ITEM | MAKE | MODEL | SERIAL # | VALUE |
|------|------|-------|----------|-------|
| DESCRIPTION: | | | | |
| | | | | $ |
| DESCRIPTION: | | | | |
| | | | | $ |
| DESCRIPTION: | | | | |
| | | | | $ |
| DESCRIPTION: | | | | |
| | | | | $ |
| DESCRIPTION: | | | | |
| | | | | $ |
| DESCRIPTION: | | | | |
| | | | | $ |

**Reporting Officer:**_____ **Badge #:**_____ **Date Submitted:**_____

**TTY Operator:**_____ **Badge #:**_____ **Date Entered:**_____

**NOTE :** FLORIDA STATUTE 837.06 False Official Statements: Whoever knowingly makes a false statement in writing with intent to mislead a public servant in the performance of his official duty, shall be guilty of a MISDEMEANOR of the 2nd degree.

**Victim's Signature:** _____ **Date:**_____

<u>**MAIL OR HAND CARRY TO:**</u>          **HOLLYWOOD POLICE DEPARTMENT**     **INVESTIGATIVE SERVICES SECTION:**
                                          **3250 HOLLYWOOD BLVD.**             **(954) 967-4411**
                                          **HOLLYWOOD, FLORIDA 33021**
                                          **(954) 967-4357**



CASE #_____



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## LOSS LISTING
## (VICTIM SUPPLEMENT)

Location of Occurrence:_____

Victim/Business Name:_____

**INSTRUCTIONS:  (Type or Print)**

- **JEWELRY:** Identify by type of metal and indicate the type, size, weight, shape and color of stones.
- **FIREARMS:** Give manufacturer, model, serial number, caliber, length of barrel, color of weapon and stock.
- **ELECTRONICS:** Indicate make, model, serial number, color or B/W size of screen.
- **CURRENCY:** Indicate whether U.S. or FOREIGN notes and furnish denominations.
- **BANK CHECKS, TRAVELERS CHECKS, and CREDIT CARDS:** Identify by name of issuer or bank give serial numbers or account numbers.

*NOTE: ITEMS SHOULD BE REPORTED AT ESTIMATED FAIR MARKET VALUE, SUBJECT TO DEPRECIATION. VALUES INDICATED SHOULD NOT INDICATE RETAIL REPLACEMENT COST.*

| ITEM | MAKE | MODEL | SERIAL # | VALUE |
|------|------|-------|----------|-------|
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |
| DESCRIPTION: | | | | |
|      |      |       |          | $     |

**NOTE :** FLORIDA STATUTE 837.06 False Official Statements: Whoever knowingly makes a false statement in writing with intent to mislead a public servant in the performance of his official duty, shall be guilty of a MISDEMEANOR of the 2nd degree.

**Victim's Signature:**_____  **Date:**_____

**Reporting Officer:**_____  **Badge: #**_____  **Date:**_____

**MAIL OR HAND CARRY TO:**　　**HOLLYWOOD POLICE DEPARTMENT**　　　**INVESTIGATIVE SERVICES SECTION**
　　　　　　　　　　　　　　　**3250 HOLLYWOOD BLVD.**　　　　　　　　　**(954) 967-4411**
　　　　　　　　　　　　　　　**HOLLYWOOD, FLORIDA 33021**
　　　　　　　　　　　　　　　**(954) 967-4357**



**NOTICE OF DISHONORED CHECK**

Florida Statute 832.07 (1) (a)



TO: _____

_____

_____

You are hereby notified that a check, numbered_____, issued by you on_____,

drawn upon_____,
(date)

and payable to_____,
(name of bank)

has been dishonored.  Pursuant to Florida Law, you have 7 days from receipt of this notice to tender payment of the full amount of such check plus $20.00 or an amount of up to 5 percent of the face amount of the check, whichever is greater, the total amount due being $_____ dollars and _____ cents. Unless this amount is paid in full within the time specified above, the holder of such check may turn over the dishonored check and all other available information relating to this incident to the State Attorney for criminal prosecution.  You may be additionally liable in a civil action for triple the amount of the check, but in no case less than $50.00, together with the amount of the check, a service charge, court costs, reasonable attorney fees, and incurred bankfees, as provided in FS.68.065.

DATED this_____ day of_____, _____.

_____

_____

_____

TELEPHONE _____

CASE #_____



# HOLLYWOOD POLICE DEPARTMENT
## CHECK FORGERY AFFIDAVIT

I _____ being first duly sworn stated
(Affiant)

that he/she is the person named as the:   ☐ **Maker**   ☐ **Payee**   ☐ **Endorser**   of

check number #_____dated _____/_____/_____ drawn on

_____
(Bank Name)

account # and/or name _____to

the order of $_____ and signed _____
(Amount)                                          (Signature on Check)

and that the signature of _____ as

☐ **Maker** or ☐ **Endorser** on said check, not written or authorized by him/her is a

forgery.  I_____ have not received any
(Affiant Name)

proceeds of said check or any parts thereof and that this affidavit is made voluntarily for

the purposes of establishing the fact that the signature on said check is a forgery.

I have read or had read to me, the above
affidavit and I swear that it is true and
correct to the best of my knowledge and
belief.

_____
Affiant

Sworn to and subscribed before me
this _____day of _____20____

_____
Notary Public/Police Officer

CASE #: _____



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## CREDIT CARD HOLDER
## AFFIDAVIT OF FORGERY

State of _____

County of_____

I, _____ the undersigned, residing at, _____
               (Name)                                                 (Address)

being first duly sworn, do depose and say that my _____ Credit Card, #_____
                                                (Name of Card)            (Number on Card)

was _____, on or about ___ / ___ / ___.  On ___ / ___ / ___, I was shown Credit Card receipt
        (Incident)

#_____ which shows that the above Credit Card was used or attempted to be used to

charge $_____ to my account which contains a signature. This signature was not written or

authorized by me and is a forgery .

And being still sworn, said deponent does further say that I have not received any of the proceeds from this transaction and that this affidavit is made voluntarily and for the propose of establishing the fact that the purchase was unauthorized and the signature thereon is a forgery .

I do hereby request and agree to assist the Hollywood Police Department and the State Attorney's Office in the investigation and prosecution of those person(s) arrested.

I declare under penalty of perjury that the forgoing statements are true and correct.

Executed at _____, Florida    , 20___.
                           (Location)

Sworn and subscribed before me this

_____ Day of _____, 20___

_____
       Notary Public/Police Officer

I have read or have had read to me the above affidavit and confirm that the above statement is correct and true to the best of my knowledge and belief.

_____
           (Affiant's Signature)

Date: _____



# *HOLLYWOOD POLICE DEPARTMENT*
## CREDIT CARD WITNESS AFFIDAVIT

I, _____ the undersigned, residing at

_____ , was employed this

date _____ at _____ located at

_____ . Do hereby swear

and affirm , that I did witness a person identified to me as _____

utter a _____ credit card no.

_____ to me, and signed the sales draft number

_____ in the name of _____ for the amount of

_____ for the goods received or services rendered in value of the above.

I declare under penalty of perjury that the forgoing statements are true and correct.

Executed at _____ , Florida _____ , 19 _____

I have read or have had read to me the above affidavit and swear the above statement is correct and true to the best of my knowledge and belief.  Sworn and subscribed before me this _____ day of _____ , 19 ___ .

_____
Affiant

_____
Notary Public/Police Officer  Signed

JJM/Affccard.frm  win Rev. 4/94

# NARCOTICS, LIQUOR, GAMBLING & PROSTITUTION CRIMES



| DEPARTMENT SOP: #261 | CFA STANDARDS: |
|---|---|
| **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:** To establish general procedures for investigating and reporting specific Vice Crimes.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Investigations dealing with Vice Crimes are important functions of the Department. These crimes affect the general quality of life issues of neighborhoods and are significant factors in additional crimes. Supervisors and Detectives will be advised of incidents that have special circumstances as outlined in this policy to ensure assistance in the aggressive, comprehensive and coordinated investigations.

**INDEX:**

I.   LEGAL REQUIREMENTS..........................1

II.   NARCOTIC VIOLATIONS ......................1

    A.   VIN Detectives and Crime Suppression Unit Detectives: ...............................1
    B.   Evidence: ............................................1

III.   PRESCRIPTIONS (FORGED, FRAUDULENT AND/OR STOLEN) VIOLATIONS ........................................2

    A.   Prescription Charges: ..........................2
    B.   Prescription Status:.............................3
    C.   Reporting: ...........................................4
    D.   Arrest: .................................................4
    E.   Evidence Gathering: ............................4
    F.   Telephoned Prescriptions:..................4

IV.   SEARCH AND SEIZURE OF CONTROLLED SUBSTANCE EVIDENCE .......4

V.   LIQUOR VIOLATIONS ..........................4

    A.   Hours of Operation: ............................4
    B.   Inspection of Drinking Establishments:4
    C.   Violations: ...........................................5

VI.   GAMBLING VIOLATIONS......................5

VII.   PROSTITUTION VIOLATION.................5

    A.   CONTROLLED SUBSTANCE:............5
    B.   FRAUDULENT PRESCRIPTION: .......5
    C.   PRESCRIPTION: ...............................5
    D.   PRESCRIPTION DRUG:....................5

**PROCEDURE:**

**I.   LEGAL REQUIREMENTS**

The State of Florida defines the legal requirements and definitions of each narcotic crime. Officers are to refer to the Florida Criminal Law Handbook and Legal Bulletins for further information and guidance.

**II.   NARCOTIC VIOLATIONS**

    **A.   VIN Detectives and Crime Suppression Unit Detectives:**

        When an arresting Officer requires specialized assistance in the investigation of a narcotics case, a Detective assigned to the Vice, Intelligence and Narcotics (VIN) Unit or a Crime Suppression Unit Detective will be contacted. Officers are required to notify a VIN Detective of any arrest in which the total amount of narcotics involved constitutes a trafficking charge.

    **B.   Evidence:**

        **1.**   When narcotics are taken into custody as evidence, the arresting Officer will identify the substance through training and experience.

            **a.**   When the controlled substance is in the form of a pill, the Officer will consult the Poison Control Hotline at 1-800-222-1222, prior to any other testing. If the iden-

tification is made, the correct chemical name of the substance will be listed on the Property Report along with the logo markings found on the pill.

**b.** Any other controlled substance is to be identified by the use of a presumptive field test prior to evidence submission. The result of the presumptive field test will be listed on the Property Report.

**c.** When the substance is suspected to be, or referred to as a "designer" drug, a presumptive field test may not be available prior to submission of the evidence. Therefore, the inability to perform a field test will be written on the Property Report.

**2.** Methamphetamine Labs

There are specially trained teams who are responsible for dismantling a Methamphetamine lab. At no time should any member of the Police Department attempt to handle or dismantle a suspected Methamphetamine lab. In the event that an Officer comes across a suspected Methamphetamine Lab, the Officer will:

**a.** Secure the location

**b.** Notify a Supervisor

**c.** Request a VIN Detective respond to the scene. The VIN Detective will coordinate with the Drug Enforcement Administration to have the nearest Methamphetamine Lab Team respond.

**3.** When narcotic manufacturing equipment is taken into custody as evidence, a VIN or C.S.U. Supervisor will:

**a.** Ensure a VIN Detective or C.S.U. Detective video records the scene.

**b.** Ensure Detectives recover a random sample of the equipment and place it into evidence. Once a sample is taken, Detectives on scene will destroy the remaining equipment.

**c.** Detectives video recording the scene will ensure that the destruction of the equipment is memorialized as part of the video evidence.

**d.** The destroyed equipment will remain on scene.

**e.** Ensure the video recording of the equipment is entered into property as evidence.

**f.** Ensure a Field Dictation Report is completed identifying the location, description, time, and manner of destruction of the equipment.

**4.** Evidence guidelines and Property procedures will be adhered to as outlined in the **Property and Evidence SOP**.

**III. PRESCRIPTIONS (FORGED, FRAUDULENT AND/OR STOLEN) VIOLATIONS**

Prescription fraud as defined in Florida State Statue 893.13(7)(a) is a term used to describe the unlawful obtaining of a controlled drug from a pharmacy through a fraudulent prescription.

**A. Prescription Charges:**

There are two charges Members may arrest for:

**1. Obtaining or Attempting to Obtain a Controlled Substance by Fraud:** This charge applies to a person who utters or attempts to utter a forged paper prescription, or uses a telephone to call in a fraudulent pre-

scription to a pharmacist for a controlled substance listed in 893.03.

    a. A determination must be made if the drug is a Controlled Substance or a Legend Drug (a Legend Drug is a drug that requires a physician's prescription to obtain, but is not a Controlled Substance). This can be done by using the Physician Desk Reference, a Drug Identification Bible, or by calling the Poison Control Hotline at 1-800-222-1222.

    b. Charges are determined by drug type. All Legend Drugs are charged using Florida State Statue 831.30. The charge is "Obtaining or Attempt to Obtain a Legend Drug by Fraud", (2nd degree misdemeanor). All Controlled Substances are charged using Florida State Statute 893.13(7)(a)(9). The charge is "Obtaining or Attempt to Obtain a Controlled Substance by Fraud, (3rd degree felony).

**2. Possession of Pharmaceutical Drugs:** This charge applies to a person who receives a controlled substance from a pharmacist through fraudulent means. An individual that is in possession of any pharmaceutical drug that is not contained in a properly labeled Rx bottle with the subject's name, drug and proper pharmacy information, can be charged with possession of a controlled substance. Even if the subject states that they have a valid prescription, the drugs must be in an appropriately labeled bottle.

    a. A determination must be made if the drug is a Controlled Substance or a Legend Drug. (A Legend Drug is a drug that requires a physician's prescription to obtain, but is not a Controlled Substance). This can be done by using the Physician Desk Reference, a Drug Identification Bible, or by calling the Poison Control Hotline at 1-800-222-1222.

    b. Charges are determined by drug type. All Legend Drugs are charged using Florida State Statute 499.03. Charges are "Possession of Legend Drug w/o an Rx", (2nd degree misdemeanor), or "Possession w/ Intent to Sell or Distribute", (3rd degree felony). Most Controlled Substances are charged using Florida State Statute 893.13(6). The charge is "Possession of a Controlled Substance", (2nd or 3rd degree felony depending if the number of pills constitutes a trafficking charge).

**B. Prescription Status:**

When an attempt to obtain a prescription by fraud has occurred, the call will be dispatched to a Patrol Division Officer or a Detective depending on the status of the case. The prescription status will be described Pending, In-progress, or Delayed. The status will determine the response to the call as follows:

**1. Pending:** The Vice, Intelligence and Narcotics Unit will be notified of the attempt to pass a fraudulent prescription. If a Detective is available to respond, the V.I.N Unit will handle the call. If a Patrol Officer responds to the call, the Officer will arrange to allow the suspect to complete the transaction. The Officer will take possession of the prescription and complete the investigation.

**2. In-progress:** The Officer responds to a location where a suspect is waiting to pick up the prescription. The Officer will attempt to observe the suspect receive the prescription. If a violation of law is observed, the Officer will then take possession of the prescription and complete the investigation. A copy of the uttered prescription will be forwarded to the V.I.N Unit Diversion Detective.

**3. Delayed:** In this case, the prescription has been picked up and the suspect has left the scene. The Officer will complete a detailed Field Dictation Report and forward a copy to the V.I.N Unit Diversion Detective.

### C. Reporting:

A Field Dictation Report is required in all reported instances of Forged, Fraudulent and/or Stolen Prescriptions.

### D. Arrest:

When an arrest is made, a V.I.N Detective assigned to conduct Drug Diversion will be contacted to conduct a follow-up investigation.

### E. Evidence Gathering:

The investigating Officer will call a Crime Scene Technician to process the forged, fraudulent and/or stolen prescription, which will then be placed into property as evidence. In the event that the prescription was filled prior to the Officer's arrival, the Officer will take custody of the prescribed drugs and submit them into evidence along with the prescription.

The responding Officer will also forward a copy of the forged, fraudulent and/or stolen prescription to the V.I.N Detective assigned to the Drug Diversion Unit.

### F. Telephoned Prescriptions:

In the event that the fraudulent prescription is phoned in to the pharmacist and the suspect is not yet on scene, the Officer will complete the initial report and contact V.I.N who will arrange for surveillance when appropriate.

## IV. SEARCH AND SEIZURE OF CONTROLLED SUBSTANCE EVIDENCE

When an Officer responds to an occupied dwelling or business for the purpose of performing a Police function, and while legally present observes a suspected controlled substance or drug paraphernalia, the Officer has the authority to seize the contraband at that time. If there is a belief that the location may contain additional contraband, Members will refer to the Departments **Search and Seizure SOP** for additional procedures.

## V. LIQUOR VIOLATIONS

All violations of liquor license provisions will be reported to the V.I.N Unit for follow-up investigation. If the violation requires immediate attention, the responding Officers will notify an On-Duty Supervisor. The Supervisor will respond and direct the investigation.

### A. Hours of Operation:

The hours that a drinking establishment may sell alcoholic beverages are listed on either the Liquor License or the Municipal Occupational License. Package liquor stores may sell alcoholic beverages on Monday through Saturday between the hours of 7:00 A.M. and 12:00 A.M., or on Sunday between the hours of 1:00 P.M. and 12:00 A.M. Refer to current City of Hollywood Municipal Ordinances for further information concerning licensing requirements.

### B. Inspection of Drinking Establishments:

Officers will notify the Communications Center prior to inspecting licensed liquor establishments. A Field Dictation Report is required for all such inspections:

**1.** The licensed premises, including any place where alcoholic beverages are stored or dispensed, are subject to inspection by Officers during all business hours.

**2.** Where any part of the licensed premises consists of a locked area, upon demand to the licensee, such area will be made available for inspection without delay as per Florida Statutes.

3. The liquor license for a particular drinking establishment must be displayed in a conspicuous location.

## C. Violations:

Pursuant to the directive of the City Attorney's Office, those establishments found to be operating in violation of City Ordinance No. 113.25, after one warning, are to be closed down for the remaining portion of that morning, and every consecutive morning thereafter if found to be in continued violation.

1. When a liquor violation arrest is made, and the evidence is suspected liquor and is other than in a sealed, unopened container, a request for analysis is required. This evidence will be sent to the BSO Crime Lab.

2. Whenever possible, leave drinks in their original containers. If they must be removed from their original containers, such as a paper cup, the cup will also be submitted into Property as evidence.

## VI. GAMBLING VIOLATIONS

All gambling violations will be reported to the V.I.N Unit for follow-up investigation. If the violation requires immediate attention, the responding Officers will notify the On-Duty Patrol Supervisor. The Supervisor will respond and direct the investigation.

## VII. PROSTITUTION VIOLATION

When Officers encounter street level prostitution, they will enforce all violations occurring in their presence and forward a Police report to the V.I.N Unit for a follow up investigation and tracking. Generally, Crime Suppression Unit Detectives or V.I.N Detectives will respond to complaints of prostitution violations.

## DEFINITIONS:

### A. CONTROLLED SUBSTANCE:

Any substance defined in F.S. 893.03.

### B. FRAUDULENT PRESCRIPTION:

A forged, changed or altered written prescription, or a verbal transmission of a prescription order to a Pharmacy for a controlled substance or prescription drug that has not been authorized by a licensed Physician, Dentist, or Psychiatrist.

### C. PRESCRIPTION:

A verbal or written order issued by a licensed Physician, Dentist or Veterinarian for any legal drug, medication, or controlled substance.

### D. PRESCRIPTION DRUG:

Any drug or medication that is legally dispensed by a Pharmacist, with a prescription issued by a licensed Physician, Dentist, or Veterinarian.

---

APPROVED BY:

*Chadwick E. Wagner*   **02/11/2009**

**Chadwick E. Wagner**          **Date**
**Chief of Police**

**ATTACHMENTS:**

None

| | HOTEL / MOTEL & LANDLORD / TENANT | |
|---|---|---|
| badge image | **DEPARTMENT SOP: #262** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 02/08/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:**  The purpose of this SOP is to provide guidelines for the effective handling and resolution of landlord-tenant, hotel/motel and restaurant disputes.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  Florida State Statutes and the procedures and guidelines promulgated in this SOP will guide the actions of Department Members when dealing with landlord-tenant, hotel/motel, and restaurant disputes.  Department Members will act in accordance with Florida Statutes when enforcing applicable laws.  The Officer will determine if the incident is a criminal matter or civil dispute.

**INDEX:**

I.      LEGAL GUIDELINES............................1

II.     RESPONSE TO LANDLORD-TENANT
        DISPUTES..............................................1

A.      Determining Existence of Lease:.........1
B.      Landlords Responsibilities and
        Restrictions:............................................2
C.      Obtaining Food or Lodging Under False
        Pretenses: ............................................2

**PROCEDURE:**

**I.    LEGAL GUIDELINES**

Members should refer to, and be knowledgeable of Department Legal Bulletins and the following Florida Statutes pertaining to landlord-tenant, hotel, motel and restaurant laws.

1.  Section 509, Florida Statutes.

2.  Section 83.001-66, Florida Statutes.

**II.   RESPONSE TO LANDLORD-TENANT DISPUTES**

**A.   Determining Existence of Lease:**

Officers should first determine if the situation meets the criteria of a landlord/tenant dispute by verifying the existence of a lease.  If no lease exists, the situation may fall within the category of trespassing and/or other specific criminal offense(s).

1.  If a lease does exist (written or verbal), the primary functions of the Police are to maintain the peace and, if possible, facilitate the resolution of the problem.  The dispute is essentially a civil matter that must be resolved through the Civil Court system.

2.  Officers should ask the following questions to determine whether a lease is in existence and to distinguish if the person is a guest or a tenant:

a.  Is the premises licensed as a hotel or motel?

b.  Is the premises furnished by the owner/management?

c.  Is there an oral or written agreement?

d.  Is the rent payable daily or monthly?

**e.** Is there a central telephone switchboard?

**f.** Are essential utilities paid by owner/management?

**g.** Are the linens, towels, etc provided for by the owner/management?

**3.** If the majority of these questions are answered in the negative, then the Officer may be dealing with a tenant and should advise the owner/manager to initiate Civil eviction procedures through the Courts, as outlined in Florida Statutes 83.001-83.66.

**4.** Officers have no authority to participate in the civil process of evictions unless acting under a valid Court Order.

**5.** If the majority of these questions are answered in the positive, then the Officer is probably not dealing with a lease.

**a.** The Officer may ask the subject to leave if requested to by the owner/manager.

**b.** The subject may be arrested (see section C).

**6.** Officers having difficulty determining whether a lease exists should refer to the Landlord/Tenant Training Bulletin or contact their Supervisor.

**B. Landlords Responsibilities and Restrictions:**

The following scenarios illustrate some common examples of landlord-tenant disputes and recommended responses:

**1.** The landlord turns off the electricity.

**a.** Determine if the landlord in fact turned off the electricity.

**b.** Advise the tenant he can be evicted if he fails to pay rent.

**c.** Advise the landlord that he cannot interfere with the tenant's occupancy of the unit without a Court Order.

**d.** **Warn** the landlord that his continued interference with the tenant's use of the dwelling may result in a civil cause of action.

**e.** A landlord must follow the statutory procedures contained in Florida Statutes 83.20, 83.21, 83.22 and 83.231.

**2.** The landlord locks the tenant out of the premises. A lock-out by the landlord is permitted when:

**a.** The management has a valid Hotel/Motel License.

**b.** The Order of Eviction has been previously served and posted on the premise.

**3.** A landlord wants to gain access to a tenant's apartment for inspection:

**a.** Inform the landlord that he is entitled to gain lawful access to the apartment if he provides sufficient notice for the inspection to the tenant and schedules the inspection during reasonable business hours.

**b.** Officers should never assist a landlord in the forceful entry of a dwelling over a lease dispute.

**C. Obtaining Food or Lodging Under False Pretenses:**

F.S. 509.151 makes it a criminal act to obtain food or lodging under false pretense or fraudulent means.

**1.** Any person who unlawfully obtains food or lodging under this Statute valued less than $300.00 is guilty of a second degree misdemeanor.

2. Any person who unlawfully obtains food or lodging under this Statute valued at $300.00 or more is guilty of a third degree felony.

3. When an Officer answers a complaint at a hotel, motel or restaurant and is asked by the management to arrest a subject for obtaining food or lodging under false pretenses, the Officer should, prior to taking any action, ask the following questions:

   a. Is the complaining establishment included in the class of business covered by Florida Statute 509?

   b. Has the subject received food or lodging and refused to pay for the food or lodging demanded by the Management.

   c. Are you confident there is no dispute as to the amount owed?

   d. Are you certain that there has been no agreement in writing for delay in payment?

4. If the Officer can answer all of the above questions in the affirmative, he may arrest without a Warrant pursuant to Florida Statute 509, charging the arrestee under the appropriate Statute for obtaining food and lodging with intent to defraud.

5. It is important to note that the Officer should not become involved in a dispute between the guest and management over the amount owed for food or lodging. In such cases, rather than using the powers of arrest, the Officer should refer the parties to the Civil Courts.

**DEFINITIONS:**

None

---

APPROVED BY:

*Chadwick E. Wagner*                **02/11/2009**
**Chadwick E. Wagner**              **Date**
**Chief of Police**

**ATTACHMENTS:**

None

---

# ABANDONED & HAZARDOUS APPLIANCES

| | |
|---|---|
| **DEPARTMENT SOP: #263** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 01/17/2013** | **CFA:**<br><br>**NONE** |

**PURPOSE:** To establish guidelines for handling incidents involving abandoned or hazardous appliances.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to respond to all reports of an abandoned or hazardous appliance and to secure the appliance or otherwise render it safe.

**INDEX:**

I.      FLORIDA STATE STATUE 823.08 .......1

II.     NOTIFICATION ......................................1
   A.     Owner Contact: ....................................1
   B.     Inability to Contact Owner: ..................1

**PROCEDURE:**

**I.    FLORIDA STATE STATUE 823.08**

Iceboxes, refrigerators, deep-freeze lockers, clothes washers, clothes dryers, or similar airtight units abandoned or discarded from which the doors have not been removed are declared to be an attractive nuisance to children and a menace to their health and safety.

**II.   NOTIFICATION**

**A.  Owner Contact:**

The owner of the abandoned or hazardous appliance will be immediately contacted.

1.  Upon observing, or receiving a complaint of an abandoned or haz-

ardous appliance which contains an air tight compartment larger than one and one-half cubic feet, the Member will attempt to identify the owner and have that person immediately secure or remove the door to the air tight compartment.

2.  The owner of an abandoned/hazardous appliance should be advised, even if the appliance is on private property (i.e.: carport, backyard, etc.), that such appliances have been declared an attractive nuisance to children by the Florida Legislature. The owner can be held both civilly and criminally liable under Florida Statutes and Hollywood Municipal Ordinances in the event of injury or death, even if the child is trespassing.

3.  If the owner of the abandoned/hazardous appliance is located, the Officer will take appropriate enforcement action.

**B.  Inability to Contact Owner:**

The following procedures will be followed if the owner of the abandoned/hazardous appliance can not be contacted.

1.  The Officer will respond and attempt to render the appliance safe.

2.  After making the appliance safe, the Communications Center will notify Public Works to remove the appliance.

**3.** If the Officer is unable to make the appliance safe, Public Works will be called-out to remove it.

**4.** Under no circumstances will the Member allow the appliance to remain in an unsafe condition.

**<u>DEFINITIONS:</u>**

None

---

APPROVED BY:

*Chadwick E. Wagner*     **05/14/2008**
**Chadwick E. Wagner**           **Date**
**Chief of Police**

**<u>ATTACHMENTS:</u>**

None

| PROPERTY AND EVIDENCE | |
|---|---|
|  **DEPARTMENT SOP: #270** | **CALEA: 84.1.1** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 10/09/2014** | **CFA:** 18.06C, 35.01D-G, 35.02A-F, 36.01A-G, 36.02A-C 36.03, 36.04, 36.05, 36.06, 36.07 36.08A-D 36.10, 38.01, 38.02, 37.01E |

**PURPOSE:** The purpose of this SOP is to provide uniform procedures for the preservation, storage, safe-keeping, and disposal of found, abandoned, recovered and evidentiary property obtained by the Hollywood Police Department and submitted to the Property and Evidence Unit as a result of a Law Enforcement investigation.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Hollywood Police Department to ensure that property and evidence in its custody is properly handled, collected, secured, stored, processed and readily retrievable in a manner which preserves its condition during and after collection.

**INDEX:**

**I.   GENERAL PROCEDURES....................3**

A.   Required Report: [36.01C][84.1.1C]....3
B.   Property to be Returned to Owner: .....3
C.   Property Submission Room: [84.1.3]...3
D.   Property Logging: ...............................3
E.   Packaging: [36.01D][84.1.1D]..............3
F.   Package Labeling: [84.1.1D] ...............3
G.   Time Stamping: ..................................3
H.   Form Submission:...............................3
I.   Property Submission: .........................4
J.   Property Submission Time-Frame: [84.1.1A,B] ..........................................4
K.   After Hour Property Unit Call-Out: .......4

**II.   PROPERTY ACCEPTED BY THE PROPERTY AND EVIDENCE UNIT ......4**

A.   Property Submitted as Evidence: ........4
B.   Abandoned or Found: ..........................4
C.   Safe Keeping: .....................................5

**III.   PROPERTY NOT GENERALLY ACCEPTED BY THE PROPERTY AND EVIDENCE UNIT [18.06C][36.01A,B,C]5**

A.   Stolen and Recovered Property: .........5
B.   Transportation (Conveyances):...........5
C.   Perishable Items:................................5
D.   Needles and Syringes: .......................5
E.   Weapons of Mass Destruction (WMD), Hazardous Materials, Explosives: .......6
F.   Vehicle Airbags: .................................6
G.   Abandoned Items Disposed of on Public Property: ..................................6
H.   Compressed Gas Containers:............6

**IV.   GENERAL GUIDELINES FOR CHOOSING THE APPROPRIATE PROPERTY FORM ..............................6**

A.   Hollywood Property Form:...................6
B.   Hollywood Firearm Property Form: .....6
C.   Currency Property Form:.....................6
D.   BSO Property Receipt: ........................6
E.   BSO Submission of Evidence Form:...7
F.   Broward County Medical Examiner's Office Property Receipt: .....................7
G.   Sexual Assault Kit Submission Form: .8

**V.   SUBMISSION OF PROPERTY [18.06C][84.1.2] .....................................8**

A.   Overall Guidelines for the Submission of Property: ......................................8
B.   Guidelines for the Submission of Property Using a Hollywood Property Form: ..................................................8
C.   Guidelines for the Submission of Property Using a Broward Sheriff's Office Property Receipt: ....................8
D.   Sealing, Labeling & Marking Property/Evidence Prior to Submission for Storage: [35.01G][35.02A][36.01D][84.1.1D].....8

E. Packaging of Non-narcotics related Found, Abandoned, Recovered, and Evidentiary Property Prior to Submission for Storage: [36.01D][84.1.1D] .................................9

F. Packaging of Narcotics and Narcotics-related Evidence Prior to Submission for Storage: [36.05][36.01D][84.1.1D] .9

G. Releasing of Narcotics: ......................12

H. Prescription Medication: ...................12

I. Using Proper Containers for Liquids: [35.01D] ..........................................12

J. Liquid Evidence Obtained by Third Parties: [35.01D] ...............................12

K. Narcotic Manufacturing Equipment: ..12

VI. SUBMISSION AND HANDLING OF SPECIAL PROPERTY [18.06C][84.1.2] ...............................................................13

A. Valuables and Jewelry: ......................13

B. Currency: ............................................13

C. Firearms and Weapons: ....................14

D. Ammunition: .......................................16

E. Knives and Sharp Objects: ................16

F. Taser Cartridges: ...............................16

G. Staples: ..............................................16

H. Perishables: [35.01E][36.06] ............16

I. Bio-Hazardous Materials: ..................17

J. Whole Blood/Semen/Urine: [35.01E].17

K. Needles and Syringes: [37.01E] ........18

L. Hazardous Materials: .........................18

M. Explosives, Fireworks, and Flammable Liquids: ..............................................18

N. Bicycles: .............................................19

O. Vehicles: ............................................19

P. Animals: ..............................................19

Q. Tape Recordings: ...............................19

R. Sexual Assault Kits: ...........................20

VII. TEMPORARY PROPERTY DROPS [36.07][84.1.3] .....................................20

A. General Property and Evidence Drop Box: .....................................................20

B. Large quantities of Narcotics (after normal business hours): ....................20

C. Evidence for Analysis: [36.05] ...........20

D. Refrigerated Secure Storage: [36.06].21

E. Bulk Storage: .....................................21

F. Evidence Drying Room: [35.01F] .......21

G. Bike Compound: [36.04] ....................21

H. Vehicle and Miscellaneous Storage Compounds: [36.04] ...........................21

I. Remote Evidence Processing & Storage Site: [36.04] ..........................22

J. Hazardous Material Drop Box: ...........22

K. Other Locations: [36.04] ....................23

VIII. RELEASE OF PROPERTY/EVIDENCE TO OWNERS, CUSTODIANS, OR AUTHORIZED REPRESENTATIVES [36.01G][84.1.1F,G] .............................23

A. Releasing Property to the Public: [36.01F][84.1.1F] ...............................23

B. Temporary and Final Release of Property/Evidence to Case Investigators or Authorized Representatives: [35.02C][84.1.1G][84.1.4] .................23

C. Transfer of Currency to the Fiscal Affairs Unit in Pending Cases: [35.02C][84.1.1G] ............................25

D. Release of Personal Property Belonging to Injured or Deceased Persons: [35.02C][84.1.1G] .............26

E. Release of Forfeiture Currency: ........26

F. Release of Currency: ..........................26

G. Release of Sexual Assault Kits: ........26

H. Release of Firearms: ..........................26

IX. DISPOSITION OF FOUND, ABANDONED, RECOVERED, AND EVIDENTIARY PROPERTY ................27

A. Felony Cases: ....................................27

B. Towed Vehicles: .................................27

X. LOST OR ABANDONED PROPERTY 28

A. Found or Recovered Property: ...........28

B. Claiming Property-Notification: ..........28

XI. PROPERTY AND EVIDENCE UNIT [36.02] ...............................................28

A. Entering the Property Room: [36.04] 28

B. Verifying Property Accountability: [36.02A,C,D][84.1.6] ..........................28

C. General Responsibilities of the Police Property Manager: [35.02B][36.01A][36.03][36.05] .........29

D. Items Requiring Extra Security: [36.01E][84.1.1E] ..............................31

E. Property Records: [36.08A-D][84.1.5]31

F. Change of Property Personnel: [36.02B] ..............................................31

XII. DESTRUCTION AND DISPOSAL OF PROPERTY AND EVIDENCE: ............31

XIII. DEFINITIONS: .......................................33

A. ABANDONED PROPERTY: ...............33

B. CASE AGENT: ...................................33

C. CONTRABAND ARTICLE: ................33

D. CRIME SCENE: ................................33

E. CURRENCY: ......................................33

F.    EVIDENCE: ...................................33
G.    FLORIDA CONTRABAND
      FORFEITURE ACT: [38.01][38.02] ...33
H.    FOUND PROPERTY: .......................33
I.     VALUABLES:...................................34

**PROCEDURE:**

**I.  GENERAL PROCEDURES**

**A.  Required Report:** [36.01C][84.1.1C]

All Members are required to complete a Mobile Field Report when they take possession of property.  The report will detail the circumstances by which the property came into the Member's possession and describe each item of property obtained and its' disposition.

**B.  Property to be Returned to Owner:**

It is the Member's responsibility to return property that is found, abandoned or processed as evidence in a non-serious felony or misdemeanor back to the owner prior to the end of the Member's shift.  Those items that cannot be returned in this time frame will be submitted to the Property and Evidence Unit by the end of their shift.  [36.01A,B][84.1.1A]

**C.  Property Submission Room:** [84.1.3]

The Department's Property Submission Room is available for Members to complete all necessary forms and packaging.  This room serves as a safe location for temporary storage of property and evidence if the Property Unit is closed.  This room contains all temporary storage lockers, packaging material, scales, refrigeration and presumptive testing equipment.

**D.  Property Logging:**

All property that is submitted to the Property and Evidence Unit will require each item to be fully described and logged on the appropriate form.

**E.  Packaging:** [36.01D][84.1.1D]

Members are required to submit each item submitted on a Property Form in its'

own individual package if it is listed as a separate entity or if the item is (see **Appendix M: Property and Evidence Packaging Guidelines**):

**1.**  Currency

**2.**  Narcotics

**3.**  Firearms

**4.**  Jewelry

Example:  If a Member submits a wallet containing numerous separate items but only lists the item as "wallet", the member can place the wallet and all of its contents in one package.  However, if the wallet contains any of the above listed items or if an item, because of its relevance to the investigation, needs to be separated from the group of items then that item must be placed into its' own individual package.

**F.  Package Labeling:** [84.1.1D]

Each individual package submitted to Property will receive its' own label before being placed into a bundled package if multiple items are submitted using one Property Form.

**G.  Time Stamping:**

All Property Reports will be time stamped in the area provided.

**H.  Form Submission:**

If during business hours, the Member will have the Property Clerk review the form for accuracy prior to the form's original being separated from its' copies.

**1.**  The original will be stapled to the bundled package and submitted with the item(s) to the Property Clerk or temporary lock box.

**2.**  The Yellow Copy can be retained by the Member if needed for their investigation or be issued to the owner or finder of the property if submit-

ted as evidence, found or safekeeping.

**I. Property Submission:**

Property will be submitted to the Property Clerk or to the appropriate Temporary Property Drop Location if the Property Clerk is unavailable.

**J. Property Submission Time-Frame:**
**[36.01A,B][84.1.1A,B]**

All property, including found property, evidence, seized property and forfeitures will be submitted to the Property Unit as soon as possible, and in all cases it will be submitted before the end of the submitting Member's tour of duty. All documentation for any submitted property, including any HPD property forms (see **Appendix A)**, BSO property forms (see **Appendix B),** Currency forms (see **Appendix C),** Forfeiture Analysis forms (see **Appendix D)**, or Firearm property forms (see **Appendix H)**, must be completed before the end of the submitting Member's tour of duty.

SPECIAL NOTE: Under no circumstances will any property be kept in a Member's personal possession beyond their tour of duty.

**K. After Hour Property Unit Call-Out:**

**1.** Items too large for bulk storage or that may require direct submission into the Property Room may require the Call-out of a Member of the Property and Evidence Unit. The requesting Member will advise their Supervisor who will facilitate contact. If any difficulty arises pertaining to the submission of any item(s) to the Property and Evidence Unit due to unusual or extenuating circumstances, any shift Lieutenant can authorize the call-out of a Member of the Property and Evidence Unit to assist with the submission.**[36.01B][84.1.1B]**

**II. PROPERTY ACCEPTED BY THE PROPERTY AND EVIDENCE UNIT**
**[18.06C][36.01A,B,C][38.02]**

**A. Property Submitted as Evidence:**

Evidence is an item that tends to assist in the prosecution of a case. Valuables or perishables used in felony or misdemeanor cases will be photographed, processed and then returned to the owner with the following exceptions:

**1.** The owner is a suspect.

**2.** The property requires further processing.

**3.** The property is intended for forfeiture.

**4.** The property was used in a felony.

**B. Abandoned or Found:**

Property of value, found by a citizen or abandoned on public right-of way, will be retained by the Department for 90 days. However, it is the Member's responsibility to return the property to the owner, prior to submission, if possible. If it is necessary to submit the item, the Member will:

**1.** Query the item through NCIC/FCIC.

**2.** State in their Mobile Field Report the steps undertaken to return the property to the rightful owner.

**3.** Give the citizen the option to make a claim to the property if the rightful owner cannot be found pursuant to FSS 705.102.

**a.** If the Citizen wishes to make a claim, the citizen will be instructed that within 3 business days they must:

**(1).** Place the Department on notice by contacting the Department's Property and Evidence Unit.

**(2).** Pay a $25 deposit to the Department's Central Records to cover the costs of transportation, storage and publication notice. Such deposit will be reimbursed to the citizen by the rightful owner if they reclaim the property.

**b.** To insure compliance, Members will have the Citizen sign the "Claiming Found Property" section located on the rear of the original Hollywood Property Form.

**C. Safe Keeping:**

**1.** Properties submitted as "safekeeping" are those items that have an identifiable owner and no evidentiary value.

**2.** These items will be disposed of by the Department 90 days from the date it was submitted. Items of safekeeping include:

**a.** Guns and weapons taken into custody at a domestic disturbance or similar incident.

**b.** Property recovered at an unattended death (see **SOP# 247 Death Investigations**)

**c.** Property that is not able to be transported with an arrestee such as bicycles or large bags of arrestee property.

**III. PROPERTY NOT GENERALLY ACCEPTED BY THE PROPERTY AND EVIDENCE UNIT** [18.06C]

The following categories of property will not be accepted for submission. These items will be processed, photographed and either returned to the owner or properly disposed of according to procedures for that item. The only exception is if the item is evidence in a homicide or serious felony and is submitted at the direction of the case Investigator.

**A. Stolen and Recovered Property:**

Property within this category will only be accepted, if, the Member cannot return the item to the owner/victim by the end of their shift. The Member will state in their Mobile Field Report what steps were taken to return the item(s).

**B. Transportation (Conveyances):**

All vehicles, vessels and bicycles will be processed for their evidentiary value by the Crime Scene Unit or Investigating Member and returned to the owner. (see **SOP# 225 Towed or Impounded Vehicles**).

**C. Perishable Items:**

These items include foods, plants, liquids, cosmetics, candies, toiletries, etc. The only perishable items that will be accepted include:

**1.** Those perishables used as a weapon in a serious felony.

**2.** Used to deliver poisons

**3.** Illegal substances (e.g. Marijuana)

**4.** Body fluids

Except for plants, these items will be refrigerated and submitted for further analysis by a laboratory.

**D. Needles and Syringes:**

Syringes and needles will be photographed for evidential purposes and sealed in a glass storage container. The needles will be disposed of in a sharps container located in the locked closet next to the Storeroom. The sharps containers will be periodically disposed of by the Police Property Manager. The Broward Sheriff's Office will not analyze syringes.

**E. Weapons of Mass Destruction (WMD), Hazardous Materials, Explosives:**

Members will not submit WMD items (biological, chemical, nuclear, radiological or explosive.) into the Property and Evidence Unit.  These items will be photographed and released to the proper governmental agency.

**F. Vehicle Airbags:**

Vehicle airbags will be turned over to the Broward Sheriff's Office for disposal after being processed by the Crime Scene Unit. This item will not be submitted to the Property and Evidence Unit.

This will not apply to spent vehicle airbags from Traffic Homicide Investigations.

**G. Abandoned Items Disposed of on Public Property:**

Abandoned property that has been disposed of on public property in a wrecked, inoperative, or partially dismantled condition, or has no intrinsic value, will be disposed of and documented in the narrative section of an incident report.  These items will not be submitted to the Property Unit.  Members will follow SOP #263 Abandoned & Hazardous Appliances for further guidance.

**H. Compressed Gas Containers:**

Members will not submit compressed gas containers such as spray cans, oxygen tanks or other materials that are pressurized.  These items will be photographed and disposed in a safe manner.

## IV. GENERAL GUIDELINES FOR CHOOSING THE APPROPRIATE PROPERTY FORM

All items submitted into the Property and Evidence Unit will be entered on one of the following forms:

**A. Hollywood Property Form:**

This form (see **Appendix A**) will be utilized for all property being submitted. Property capable of being submitted includes;

1. Evidence

2. Abandoned or Found

3. Safekeeping

**B. Hollywood Firearm Property Form:**

This form (see **Appendix H**) is required to be completed anytime a firearm is submitted into Hollywood Property.  An additional Hollywood Property Form is not required unless additional property is being submitted.  If the firearm is being sent to the B.S.O. Laboratory for testing a B.S.O. Property Receipt is also required and the firearm will be securely packaged in a cardboard Firearm Storage Box.

**C. Currency Property Form:**

All currency (except counterfeit currency) will be documented on a Currency Property Form (see **Appendix C**) and an H.P.D. Property Form (and submitted in a Currency Pouch).

**D. BSO Property Receipt:**

This form (see **Appendix B**) will be used whenever evidence is submitted to BSO for the following tests:

1. Drug Analysis for the presence of controlled substances within an item.  Examples of items include; pills, powders, plant matter and other substances.  All drugs and drug related items submitted to the Property and Evidence unit also require a completed Hollywood Property form.

2. Firearm Operability Testing for which the firearm was used as an element of the crime.  All firearms submitted for such tests also require

a completed Hollywood Firearm Property form.

**E.  BSO Submission of Evidence Form:**

Investigators who require evidence to undergo more definitive testing other than drug analysis and firearm operability testing, will require the Member to complete the BSO Submission of Evidence form (see **Appendix J**), the BSO Property Receipt, and a Hollywood Property form.   Definitive testing conducted by the BSO Laboratory includes:

1.  Arson analysis for the analysis of fire debris to determine the presence of ignitable liquids.

2.  Trace Evidence analysis for the analysis of the following:

    a.  Automotive and architectural paint

    b.  Natural and synthetic fiber

    c.  Hair

    d.  Plastic and polymer

    e.  Fracture/tear, cut patterns in glass, plastic, metal, adhesive tape and cloth fabric.

    f.  Automotive lamps for on/off status at time of impact.

    g.  Spent vehicle airbags from Traffic Homicide Investigations

3.  Serology (DNA) analysis for biological fluids such as blood, semen, saliva, rape kits and swabs.

4.  Forensic Identification analysis for the following tests:

    a.  Firearm operability testing for which the firearm was used as an element of the crime.

    b.  Tool mark comparisons for the following:

    (1).  Projectile and cartridge casings

    (2).  NIBIN Searches

    (3).  Ammunition Component Identification

    (4).  Detection of gunshot residue on clothing

    (5).  Muzzle to garment distance terminations.

    (6).  Shot pattern determinations

    (7).  Serial Number restorations

    (8).  General toolmark examinations

    c.  Questioned Document analysis for the following:

    (1).  Signature handwriting comparisons

    (2).  Document authentication to include:

    (a).  Alterations

    (b).  Obliterations

    (c).  Latent indented writing impressions

    (d).  Counterfeiting

    (e).  Photocopy manipulation

**F.  Broward County Medical Examiner's Office Property Receipt:**

This form (see **SOP# 233 DUI Detection & Testing – Appendix D**) will only be used when submitting evidential items that need toxicological analysis such as testing for the presence of drugs, poisons and alcohol within human bodily fluids or tissues.   Most submissions to the Medical Examiner's office are for the detection of alcohol or drugs in DUI cases in form of blood or

urine (see **SOP# 233 DUI Detection & Testing**).

G. **Sexual Assault Kit Submission Form:**

All Sexual Assault Kits will be documented on a HPD Property Form. In addition, the member will also fill out the Sexual Assault Kit Submission Form (see **Appendix L**), to be submitted with the evidence. The form will be filled out completely. Kits that are to not to be tested must have the reason documented on the Sexual Assault Kit submission form.

V. **SUBMISSION OF PROPERTY**
[18.06C][84.1.2]

All property will be listed on the appropriate form(s) as described in Section IV "General Guidelines For Choosing The Appropriate Property Form" of this SOP, to include case number, date of incident, time of incident, case type, location, owners name, address, and phone number, property status, item, make, model, color, quantity, serial number where applicable and time of submission to property. All information must be written out. No signals or any other type of abbreviations are allowed.

A. **Overall Guidelines for the Submission of Property:**

Members submitting Property and Evidence to the Hollywood Property Unit, the BSO Lab or the Broward Medical Examiner's Office will:

1. Complete all required form(s) as outlined within this SOP.

2. Time Stamp each Property sheet.

3. Complete a Mobile Field or Supplemental Report detailing the circumstances by which the property came into the Agency's possession and describing each item of property submitted. **[36.01C]**

4. Give the property directly to a member of the Property Unit or place the property into one of the secure tem-

porary property drops as outlined within this SOP.**[84.1.1A]**

B. **Guidelines for the Submission of Property Using a Hollywood Property Form:**

1. All property, except firearms, will be listed on a Hollywood Property Form.

2. Members will complete a Hollywood Property and Evidence form with as much information is possible/available.

3. Complete Entire Form.

4. The Property Form will be time-stamped when the property is deposited.

C. **Guidelines for the Submission of Property Using a Broward Sheriff's Office Property Receipt:**

All narcotics to be tested will require a Broward Sheriff's Office Property Receipt.

1. When submitting large quantities of narcotics, send a core sample for testing only. The core sample sent for testing must be a felony amount. (E.g. 100 grams or more of marijuana is recovered; send only a 20-30 gram sample.)

2. All narcotic submissions will reflect the quantity and the narcotics field test (Ex. Valtox) result.

D. **Sealing, Labeling & Marking Property/Evidence Prior to Submission for Storage:** [35.01G][35.02A,E][36.01D][84.1.1D]

1. Each item listed on the property form that is submitted to the Property and Evidence Unit will be sealed in its own Property/Evidence bag/container. If the item is evidence, Members will secure the seams with evidence tape, dating and initialing the tape. The submitting Member will label the package

with initials, badge number, date and time on which the property/evidence came into possession of the submitting Member along with the case number. **[35.02A,E]**

2. The corresponding Property/Evidence Form must be attached to the exterior of the item or one of the packages being submitted.

3. If unable to package, an evidence tag containing all of the aforementioned information will be securely attached to the item.

4. Additional marking of property (i.e. etching) for evidentiary purposes should depend on:

   a. The severity of the investigation.

   b. The value of the property.

   c. The ability to clearly identify the property at a later date.

5. Caution should be used when marking valuable items such as jewelry or weapons so as not to lower or destroy the value of said item.

**E. Packaging of Non-narcotics related Found, Abandoned, Recovered, and Evidentiary Property Prior to Submission for Storage: [36.01D][84.1.1D]**

If possible, items will be placed in a package or container that is slightly larger in proportion than the item being submitted.

1. Members submitting property will insure that valuables, currency, weapons and ammunition are packaged separately from each other with the appropriate H.P.D. Property Form or B.S.O. Property Receipt attached securely to each package. Furthermore, Members will initiate a Mobile Field Report or Supplement detailing the circumstances by which the property came into the Agency's possession and describing each item of property submitted.

2. The package or container should be durable enough to contain the property.

3. The package or container should be sufficiently sealed to prohibit leakage and/or tampering. Evidentiary property should be placed into a brown paper bag or container secured with evidence tape or a sealed plastic bag depending on the nature of the item.

4. Special hazard labels – Members submitting items or containers that consist of or contain potentially dangerous substances will affix a "Caution-Special Hazard" label to the exterior of the packaging containing the item. A notation concerning the special danger or hazard associated with said item will also be written on the H.P.D. Property Form by the submitting Member.

5. All currency must be secured in a sealed currency pouch (see **Appendix G**) and separated from other types of property.

6. The Property Unit will only accept personal toiletries when they are packaged in sealable plastic bags and all glass items are secured with bubble wrap. Lighters will only be accepted if they have any intrinsic value or are listed as evidence.

**F. Packaging of Narcotics and Narcotics-related Evidence Prior to Submission for Storage: [36.05][36.01D][84.1.1D]**

1. All drugs and drug related paraphernalia will be submitted with a H.P.D. Property Form. A Broward County Property Receipt will be submitted if the item requires further analysis from the laboratory. The BSO receipt will include the following **[35.02 D,E ,F]**

   a. Name and location of lab. **[35.02D]**

   b. Description of synopsis of event **[35.02D]**

c. Examination desired if other than narcotics **[35.02D]**

d. Date and time property received in lab **[35.02E]**

e. Name and signature of person receiving property at the lab **[35.02F]**

f. Quantity and Presumptive test result (Ex. Valtox, NIC).

2. All suspect narcotics, marijuana, and other controlled substances, and all and narcotics paraphernalia that is impounded by Officers will be transported to the Department. Officers will follow the following procedures:

a. Narcotics, marijuana and drug paraphernalia to be analyzed should be documented on a Broward County Property Receipt; check "Laboratory"; submitted in as near to their original state as possible. Do not mix narcotics; when two or more different drugs are found together, a separate bag will be used to package each item. The Crime Lab requires items to be submitted separately in order to perform accurate analysis.

b. All narcotics submissions must be weighed on the scale located in the property submission room, and field tested and sealed to prevent unauthorized tampering. This includes found and/or abandoned narcotics. In addition, capsules, pills, and tablets should be counted unless the volume/number creates an unreasonable task.

c. Information pertaining to: weight, count information pertaining to each submission and field test results will be included on the Hollywood Property Sheet, the Broward County Property Receipt and within the Mobile Field Report. Any

amount of narcotics weighing one (1) pound or more will be taken to the Property and Evidence Unit directly for submission.

d. The results of the presumptive test will be noted in the Broward County Property Receipt, the H.P.D. Property Form and the Mobile Field Report.

3. Presumptive tests should not be conducted when:

a. Residue only is present and the amount required to conduct the test would not leave a useful amount of the drug for laboratory analysis.

b. The danger of conducting a presumptive test outweighs the necessity of conducting the test (i.e. syringe contents or handling of substances like LSD which can be absorbed through the skin).

c. Officers submitting narcotics that are listed as "residue" (cannot be weighed or measured) on the property sheet, are required to state what the narcotics are "in" or "on" ("Cocaine residue on a glass pipe or Marijuana residue in a clear plastic bag).

4. All narcotic evidence being submitted should be placed into an appropriately sized clear plastic baggie and placed into a 6 x 9 envelope or larger.

5. The H.P.D. Property Form on each bag will be completed with all applicable information pertaining to each submission. Note the existence of non-evidentiary drugs by printing "Destroy" across the lower portion of the Form.

6. Prior to sealing the bag, the submitting Member will place their initials, badge number and date on the in-

side of the drug bag to ensure positive identification.

7. Special considerations pertaining to narcotics packaging:

   a. Fresh marijuana plants must be cut off at soil level and placed into paper bags, never in plastic evidence bags.

   b. All liquids must be removed from bongs and pipes prior to submission.

   c. Use extreme caution when handling hypodermic syringes. (see Section VI, K "Needles and Syringes" for further)

   d. Do not touch suspected drugs such as LSD or PCP without wearing protective gloves as some drugs can be easily absorbed through the skin.

   e. Wash hands following all contact with narcotics and paraphernalia.

   f. Glass or metal "crack" pipes will be packaged in bubble wrap envelopes prior to being sealed in the appropriate sized evidence submission envelopes.

8. For drug analysis, the lab requires the defendant's full name, race, sex and date-of-birth.   Officers are to package one drug type per bag.  All evidence relating to an arrest will be sent to the lab as soon as possible.

9. In order for paraphernalia and containers to be processed for latents, they must be packaged separately from the drug and listed as a separate item on the H.P.D. Property Form.

10. Officers submitting narcotics to the BSO Lab for analysis will submit only the allowed weights. When a subject is being charged with Possession of Marijuana and total weight is

100 grams or less, the Officer can submit the entire amount. If the total weight is over 100 grams, the Officer shall submit a sample of between 20-30 grams (The sample must be a felony amount).  The remainder will be placed into H.P.D. Property as evidence.

11. Crime Scene Technicians will not take controlled substances into custody as evidence.

12. When bags or containers holding a controlled substance need to be processed and it is impractical to remove the controlled substance, the Crime Scene Technician will process the container with the requesting Member present.

13. When the processing is completed, the Member is responsible for taking custody of the item and entering it into Property.

14. When required for investigation, a sample of the suspected narcotics, (marijuana, if baled, otherwise the sealed package of evidence) will be transported to the B.S.O. Crime Lab as soon as possible for analysis.

15. Found Narcotics, Controlled Substances and Drug Paraphernalia:

If the found narcotic items have no evidentiary value, a Hollywood Property Form will be completed and state "TO BE DESTROYED" on the face of the property sheet. The items will be placed in the H.P.D. Property Drop Box.  A Mobile Field Report will document the incident.    All found narcotics must be field tested, weighed or counted and noted on the H.P.D. Property Form. Members should attempt to identify all controlled substances submitted for destruction.  It is not necessary to field test drug paraphernalia submitted for destruction. Narcotics found at the scene of a deceased person will be submitted for destruction if not involved in the death.

**G. Releasing of Narcotics:**

Narcotics will only be released under the following conditions: **[35.02C]**

1. Upon transportation to a Lab.

2. To a Member for a trial or hearing with a valid subpoena.

3. Upon a Court Order for destruction.

4. Authorized for investigative purposes upon the order of the Chief of Police or his designee.

**H. Prescription Medication:**

The Property Unit will only accept prescription medication when it is submitted for/as:

1. Evidence

2. Safekeeping (e.g. prisoner property and BSO refuses to accept).

3. Prescriptions found at the scene of a death will be given to the Medical Examiner or submitted for destruction.

4. Found Property – Only if there is an identifiable owner.  If there is no identifiable owner, the Member will, submit the item for destruction.

**I. Using Proper Containers for Liquids: [35.01D]**

The following procedures will be used for the collection and preservation of liquid evidence:

1. Proper containers will be used for the collection and storage of liquid evidence.

   **a.** Vials, small glass or plastic collection bottles will be used to prevent spillage and contamination.

   **b.** Crime Scene Technicians will maintain a supply of containers

and make them available when necessary.

   **c.** The containers will be sealed with evidence tape, initialed and dated, then placed in an evidence bag.

2. The evidence bag will be sealed with evidence tape, properly marked and identified with a "biohazard" warning label, if applicable.

3. Indicate on the Property Form that Bio-Hazardous materials are located inside the bag or container.

4. The evidence will be submitted to the Property and Evidence Unit as per this SOP.

5. When submitting liquid or other evidence to the FDLE Crime Lab, Members will be governed by the FDLE Evidence Manual.

6. If questions arise as to the submission of certain evidence or which container should be used for certain liquid evidence, Members will contact the pertinent Crime Lab via telephone to obtain advice and direction.

**J. Liquid Evidence Obtained by Third Parties: [35.01D]**

Liquid evidence obtained by third parties such as Doctors, Nurses, or Paramedics for D.U.I., Sex Crimes, etc., will be collected according to standard procedures utilizing "KITS" which have proper containers and packaging for liquids within them.

**K. Narcotic Manufacturing Equipment:**

Narcotic manufacturing equipment will be processed, photographed, and video recorded. A sample of the equipment will be entered in to property as evidence (ie. a piece of the heating source, a piece of the electrical source). The remaining equipment will then be destroyed by Detectives and will remain on

scene. The video recording of the equipment will be placed into property as evidence.

## VI. SUBMISSION AND HANDLING OF SPECIAL PROPERTY [18.06C][84.1.2]

Special property submitted by Members of this Department that require special handling will be submitted as follows:

### A. Valuables and Jewelry:

1. All valuables must be itemized and secured in a property bag.

2. It will be packaged with a H.P.D. Property Forms and itemized as: White stones, red stones, etc., White metal, yellow metal, etc.

3. The itemization of valuables, other than jewelry, will be done in the presence of another Member.

4. The identity and badge number of the witness Member will be noted on the packaging and in the Mobile Field Report.

5. A Supervisor will be notified and required to assist in an inventory of valuables if its estimated value appears in excess of $50,000.00.  The items will package separately in a sealed bag.

6. The Supervisor will sign the Property Form.

7. If items are small or numerous, seal separately in clear zip-lock baggies to facilitate viewing for future identification or release.

8. All necklaces, chains, bracelets, and charms, will be placed in separate clear plastic baggies to avoid tangling before being packaged into an envelope. This does not apply to evidence.

9. Valuables must be packaged separately from all other non-jewelry items.

### B. Currency:

All currency will be placed in a separate Currency Pouch (see **Appendix G**) and have a Currency Property Form (see **Appendix C**) and H.P.D. Property Form attached to the exterior. The identities of the Member(s) and/or Property and Evidence Personnel will be noted on the packaging and in the Mobile Field Report.

1. **Currency in excess of $10,000:**

   Members who must place this amount of currency into Property will immediately notify their Supervisor who will witness and sign the form.

   The Shift Lieutenant will authorize a call-out to the Property Room Supervisor to facilitate a response to secure funds in the safe after normal business hours.

   Currency in excess of $10,000.00 will not be placed into the drop box.

2. **Seized/Forfeiture Currency: [38.02]**

   All money or negotiable instruments that are seized or involved in forfeiture require:

   a. A Supervisor will witness the inventorying prior to submission.

   b. A Crime Scene Technician will photograph the currency.

   c. When placing seized money in Property, the words "FORFEITURE ITEM" will be written on the Property Form and the Property Status Field will indicate Evidence "Yes".  A Forfeiture Analysis Form (see **Appendix D**) will be completed and placed in the locked box located outside the Legal Advisor's Unit.

3. **Counterfeit Currency:**

When placing counterfeit money into Property, the words "COUNTERFEIT CURRENCY" will be written on the Property Form and the Investigative Services Section will be notified. Counterfeit currency does not require a Currency Property Form nor the use of a Currency Pouch.

4. **Collectors Value:**

a. When placing money deemed to be collector's value into Property, the words "COLLECTORS VALUE" will be written on the Property Form.

b. When Members submit a photograph of currency into property, the notation "PHOTO-COPY" will be made on the H.P.D. Property Form

c. Foreign currency must be separated from U.S. currency.

d. Coin wrappers may be appropriate for large sums of coins. Wrappers will be available in the Property and Evidence Submission Room.

C. **Firearms and Weapons:**

1. All weapons and firearms will be made safe and properly marked for identification prior to being placed in Property.

2. The Member will complete a H.P.D. Firearm Property (see **Appendix H**) Form listing the weapon(s) impounded to include: serial number, make, model, barrel length, etc.

3. When the weapon has been impounded for safekeeping, the owner or person in possession of the weapon(s) will be advised by the Member removing the weapon of the procedures for retrieval.

a. No firearm will be returned to its owner when the weapon has missing or altered serial numbers, unless a Court Order has been issued.

b. A firearm will not be released to a convicted felon.

c. The owner of the weapon must contact the Property and Evidence Unit prior to retrieving the weapon.

d. No firearm will be released without the Case Agents signature or a Court Order.

4. The Property and Evidence Unit may dispose of the weapon after 90 days if unclaimed.

5. Serial numbers on any weapon seized will be checked through NCIC/FCIC, and the information will be placed on both the H.P.D. Property Form and in the Mobile Field Report filed by the Member.

6. Any weapons of unknown origin, not stolen, will be entered into NCIC/FCIC as "recovered."

7. Before handling firearms required for evidence, the following should be reflected in the Mobile Field Report:

a. Position of the hammer,

b. Position of slide mechanism (automatic).

c. Position of safety.

8. If handling of the firearm is required to determine the firearm's condition, the edge of the trigger guard or textured finish of the handle should be used to pick it up. The goal is to preserve identifiable information.

9. An evidentiary firearm should not be cleaned. Blood and other substances adhering to the gun should be left intact for Laboratory exami-

nation. A Biohazard label is required.

10. Evidentiary firearms, sent to BSO Lab for testing will be marked with the Member's initials in an inconspicuous location and secured in a cardboard gun box. Firearms not sent to BSO Lab for testing (safekeeping, to be destroyed, or found) do not need to be placed into a cardboard gun box. They will be rendered safe with a tie strap and placed into an envelope or have a property tag affixed to them.

11. Firearms will be unloaded and rendered safe prior to being placed in the Property and Evidence Unit. The Range Master is available for assistance during normal working hours.

12. Handguns that cannot be rendered "safe" by the Rangemaster will be placed in a Crime Scene Unit gun box and transported to the B.S.O. Lab as soon as possible.

   a. A notation should be made on the B.S.O. Property Receipt that the weapon is "POSSIBLY LOADED" The Receipt will be attached to the gun box.

   b. The Shift Lieutenant is responsible for assigning a Member to deliver the weapon to the B.S.O. Lab.

   c. This Member is responsible for returning the gun box to the Crime Scene Unit.

13. In all other cases, when a loaded firearm is recovered, all ammunition will be unloaded from the weapon prior to removal from the scene and the weapon will be made safe. Additionally:

   a. When taken as evidence, ammunition will be packaged in a separate envelope and submitted with the firearm.

   b. Revolvers will be submitted to the Property and Evidence Unit with their cylinders open.

   c. Semi-automatic and automatic weapons will be submitted to the Property and Evidence Unit with their actions open.

   d. Bolt action weapons will be "broken open."

   e. All weapons will be made safe by inserting a flex-cuff or provided tie through the cylinder, action, bolt, or barrel and secured.

   f. Magazine fed weapons will have all rounds removed.

   g. Magazines, ammunition, and weapons will be separated. When unloading a firearm, the following should be noted: condition of ammunition beneath the firing pin, position of fired/unfired ammunition, number of rounds left in the magazine, and whether a round is in the chamber.

   h. Members recovering firearms of which they are unfamiliar, or for which they do not know the unloading procedure, will contact a Supervisor for assistance in making the weapon safe.

14. All firearms which are directly involved in a crime will be submitted to the B.S.O Crime Lab for ballistics examination. The Member will complete a B.S.O. Property Receipt (clearly stating FIREARM IS SAFE on the BSO form) and an H.P.D. Firearm Property Form, attaching both to the packaged firearm. Only firearms that are submitted to B.S.O. will be packaged in a cardboard gun box. All other firearms, including safekeeping or found, will be submitted to the Property Unit utilizing a property tag or in an envelope noting the case number, Of-

ficer's name, badge number, date, and type of incident.

**D. Ammunition:**

1. Ammunition is not considered an explosive. The Member will complete a H.P.D. Property Form (see **Appendix A**) listing the manufacturer and caliber of the ammunition and place the ammunition into Property.

2. When ammunition has been impounded, the owner or person in possession of the ammunition will be advised by the Member removing the ammunition of the procedures for retrieval.

   a. Per F.S.S. 790.23 it is unlawful for a convicted felon to have in his possession ammunition; therefore it will not be released to a convicted felon. The owner of the ammunition must contact the Property and Evidence Unit prior to retrieving the ammunition.

3. The Property and Evidence Unit will dispose of the ammunition after 90 days if unclaimed.

**E. Knives and Sharp Objects:**

1. Knives and sharp objects (ice picks, awls, screwdrivers, etc.) pose special risks to everyone in the chain of evidence.

2. Knives and sharp objects will be packaged in a paper sheath or a "knife box", available in the Storeroom. Knives (all types) and sharp objects that either have their own sheath or paper sheath can be stored in a standard evidence envelope. The knife box should be used for larger items that cannot be safely stored in an envelope with a paper sheath.

**F. Taser Cartridges:**

Taser cartridge probes will be placed inside the Taser cartridge and the Taser wire will be discarded. The Taser cartridge will be placed in the "D" style box. The box will then be placed in a standard 6"x9" envelope and a hazardous materials sticker will be affixed to the envelope. The property sheet will be marked as evidence.

**G. Staples:**

The practice of using staples to close evidence packages and affix Property Forms creates risk for all personnel who handle the packages. Impounding Members will limit the number of staples used as much as possible. Staples frequently cause small cuts, providing an entry point for infectious diseases. Until an alternative to staples is developed, the following procedures are recommended:

1. Impounding Members will limit the number of staples used as much as possible, avoiding multiple staples used to attach a Property Form to an evidence package.

2. Impounding Members will inspect packages to insure that no staple points are protruding.

**H. Perishables:** [35.01E][36.06]

Perishables should be returned to the owner or designee as soon as possible. Evidentiary property will be processed and photographed prior to its release. Perishables that must be submitted to the Property and Evidence Unit, as a last resort or awaiting transfer to the Crime Lab will be stored in secure refrigerated storage located in the Property and Evidence Unit. Evidence destined for the Crime Lab will be transported within 24 hours of the next business day of acceptance.

**I.   Bio-Hazardous Materials:**

1.   Bio-Hazardous materials are those materials which consist of, or are contaminated with, animal or human bodily fluids.

Bio-Hazardous materials include the following:

**a.**   Blood

**b.**   Urine

**c.**   Saliva

**d.**   Body Tissue

**e.**   Wet Items

**f.**   Needles and Syringes.

**g.**   Unknown liquids should be considered Bio-Hazardous.

**h.**   Taser Cartridge and Probes.

2.   If Members come into contact with Bio-Hazardous Materials or items suspected of being contaminated with Bio-Hazardous Materials they will do the following:

**a.**   Utilize gloves at all times while handling the items.

**b.**   Seal the bag or container completely with evidence tape.

**c.**   Place a Bio-Hazard label (see **Appendix E**) on the bag or container ensuring it is clearly visible.

**d.**   Hand-deliver the property to a Property Unit Clerk.

**e.**   If available, and after normal business hours, the item will be placed into a locker by itself and will not be placed in the Drop box.

**J.   Whole Blood/Semen/Urine: [35.01E]**

1.   All evidence of this nature will be packaged separately and plainly marked, "(contents), refrigerate". Other body fluids, such as stomach contents, will be submitted immediately to the Toxicology Department at the Medical Examiner's Office. Members will also attach a "Bio-Hazard" label to all samples that may possibly contain a communicable disease. **[35.01E]**

2.   Rape Suspect-Evidence Kits shall not be placed in plastic bags. The Property/Evidence Label shall be placed directly onto the Rape Suspect-Evidence Kit envelope. The Property/Evidence Label will be itemized according to the doctor's list of the contents of the kit.

3.   When entering Rape Suspect-Evidence Kits, certain items must be packaged separately from other items as these items are sent to different departments at the B.S.O. Crime Lab.

**a.**   Package separately: Urine sample, gray top and red top tube of blood, and fingernail scrapings.

**b.**   Package together: Scalp head hair combed, scalp head hair plucked, pubic hair combed, and pubic hair plucked.

**c.**   Package together: Purple top tube of blood, saliva sample, possible saliva, vaginal smear, vaginal swab, anal swab, cervical smear, cervical swab, and possible semen with the exam envelope and lab sheet.

4.   All items must be climate controlled.

5.   Evidence of this type must be submitted directly to the Property and Evidence Unit where secure, climate controlled storage is available on a 24-hour basis. Exceptions to this procedure will involve evidence

samples that must be submitted directly to the Medical Examiner's Office, such as D.U.I. samples. **[35.01E]**

**K. Needles and Syringes: [37.01E]**

1. Needles and syringes will not be stored in Property except under extreme circumstances or if evidence is homicide related.

2. Crime Scene Technicians will recover and package all evidentiary syringes.

3. The syringe or needle must be placed in a glass container provided for their storage. The container will be sealed to prevent it from opening.

4. The Container will be sealed with evidence tape and a Biohazard Label attached.

5. To avoid damage, the container will not be placed in the evidence drop box. It will be placed in Temporary Refrigerated Storage Drop per those procedures.

6. Disposal of non-evidentiary needles or syringes:

   a. Members will place all non-evidentiary needles or syringes into a glass container and deliver it to Memorial Regional Hospital for disposal.

   b. Members will use extreme caution when handling needles or syringes. Members should use "tong" devices provided by the Crime Scene Unit whenever possible.

**L. Hazardous Materials:**

1. Members should not take possession of or submit any materials or substances that may be toxic or hazardous unless the material in question has been certified as safe or inert by a competent authority.

2. Generally, Hazardous Material incidents will be the responsibility of the Hollywood Fire Department's Hazardous Materials Unit. Consequently, they will be responsible for disposal of all Hazardous Materials.

3. Hazardous Materials, which are considered evidence in a crime or investigation, require Supervisory notification. A Detective will be notified, and a joint investigation will be coordinated with the Fire Department's Hazardous Materials Unit and Fire Department Investigators who will give assistance in removal, storage or testing of a substance, if applicable.

**M. Explosives, Fireworks, and Flammable Liquids:**

1. Explosives, including firecrackers, and Flammable Liquids, including lighters, will not be placed in Property or held anywhere in the Police Building.

2. If explosives or military ordnance are needed for evidence, the Crime Scene Unit will take photographs of the items, if applicable, and the explosives will be turned over to the B.S.O. Bomb Disposal Unit for disposal.

3. If small quantities of firecrackers are impounded, the Member will have them photographed and turned over to the Hollywood Fire Department for destruction.

4. Any engine containing gasoline or combustible fluids will be drained prior to being placed into Property. The Quartermaster Section is equipped to handle this task.

5. Airbags will not be stored in the Property and Evidence Unit. The Broward County Sheriff's Bomb Disposal Unit will be called for all recovered airbags and the Auto Theft Unit notified.

**6.** Lighters will only be accepted into property if they are listed as evidence or have any intrinsic value. Any fluid must be emptied prior to submission to the Property Unit. The Police Department's Garage is equipped to handle this task.

**N. Bicycles:**

**1.** Members submitting bicycles to the Property and Evidence Unit should ensure that a Property Form is completed.

**2.** Members impounding bicycles will include the serial number of the bicycle on all reports.

**3.** The serial number will be queried through NCIC/FCIC, and a notation will be placed on the Hollywood Property Form.

**4.** The paperwork will be placed in a sealed plastic bag and placed inside the locked mailbox within the bicycle compound or it can be time stamped and dropped in the Evidence Submission Room bins.

**5.** An Incident Report is required on all bicycles placed into Property.

**6.** The bicycle will be placed in the Bicycle Compound located adjacent to the Radio Tower.

**7.** The compound will be secured with a combination lock. The combination can be obtained through dispatch.

**O. Vehicles:**

Documentation pertaining to all vehicles (e.g. automobiles and motorcycles), will be submitted to CID or the Legal Affairs Unit as applicable and stored at the designated impound lot.

The vehicle compound is separated into two sections. The North compound is under the control of the Legal Advisors Office, predominantly used for confisca-tion, seizure, and forfeiture proceedings. The South compound is under the control the Property and Evidence Unit.

A vehicle or vehicle parts submission will require pre-arranged scheduling for a Property Clerk to open the lot and assign the storage location. The submitting Member will be required to complete the appropriate Property Reports prior to submission. Keys for operational vehicles will be maintained by the Property and Evidence Unit. The vehicle will be marked with the case number and Member's name.

**P. Animals:**

**1.** If a person is arrested with an animal in his/her possession, the arresting Member should attempt to release the animal to another person agreed upon by the arrested person and receiving person.

If this cannot be accomplished, the Broward County Animal Services Department, the S.P.C.A., or the Humane Society will be notified as to the circumstance.

**2.** The animal(s) may be temporarily placed in one of the kennels behind the police building until they can be retrieved by one the above mentioned representatives. The property and evidence unit will not accept any animals.

**Q. Tape Recordings:**

Audio and video tapes submitted to the Property and Evidence Unit will be packaged separately and markings identifying the contents of the submission as recorded material will be placed on the exterior of the package. Pornographic or alleged pornographic materials, to include items of a blatantly sexual nature, will be secured in sealed bags, unless there are exigent circumstances. Evidence tape will be used for added security.

**R. Sexual Assault Kits:**

Sexual Assault Kits may be submitted to the temporary drop location or brought directly to the Property Unit. The kits will be listed on the HPD Property Form and will have a Sexual Assault Kit Submission form attached. Kits that are to be sent to BSO for testing will have the BSO submission form completed and attached with the other paperwork. Only the Case Detective may pick up kits from Property for transport to the laboratory.

## VII. TEMPORARY PROPERTY DROPS
[36.07][84.1.3]

The Hollywood Police Department has several temporary property drop locations and refrigerated storage available 24 hours a day which Members may use for evidence and for found/recovered property submission. These temporary drop locations and refrigerated storage, serve as secure, safe locations for the temporary storage of property and evidence before being collected by a Property Unit Clerk. The Property Unit Clerk then logs and places the property or evidence into a permanent storage vault. [36.07]

All Property Forms and packaging material will be located in the Property Submission Room located adjacent to the main entrance of the Property and evidence Room.

**A. General Property and Evidence Drop Box:**

The General Property and Evidence Drop Box is located in the Property Submission Room. Small and medium sized items may be placed in the drop box. Any large or bulky items should be placed in an empty locker and secured with the attached lock. The drop box will be utilized on weekends and Holidays or when a property clerk is not available during working hours. All property submissions Monday through Friday from 0700 hours to 1530 hours may be directly submitted to the Property Clerk if their assistance is needed, otherwise the items will be submitted in the Property Submission Room utilizing the temporary storage lockers or bins. All Property Forms will be time stamped prior to any submission of property/evidence by using the time stamp machine located in the Property Submission room. The Property Clerk will document the acceptance of the property and enter the information into the computerized records system.

**B. Large quantities of Narcotics (after normal business hours):**

If a Member needs to secure more than 25 pounds of cannabis or cocaine in excess of 1000 grams, the Property Room Supervisor will be notified in order to facilitate a call-out to secure these items in the Narcotics Vault in lieu of the Evidence Drop Box.

**C. Evidence for Analysis:** [36.05]

1. Members depositing evidence for analysis at the B.S.O. Crime Lab will adhere to the following procedures.

2. Members submitting property for the B.S.O. Crime Lab will properly package, identify, seal and document the property on a B.S.O. Property Receipt with the "Laboratory" box checked and a H.P.D. Property Form attached.

3. Once properly documented, the Property Unit Clerk will notify the Court Liaison who will deliver the property to the B.S.O. Crime Lab.

4. The Court Liaison will accept custody of the property from the Property Unit Clerk by signing the H.P.D. Property Form.

5. The Court Liaison will transfer custody of the property by signature upon the B.S.O. Property Receipt. A copy of this Receipt will be returned to the Property and Evidence Unit for filing. [35.02F]

6. Sexual Assault Evidence Kits will be transported to the BSO Crime Lab by the assigned Case Detective.

The assigned Case Detective will return the signed B.S.O. Property Receipt to the Records Unit for filing. Court Liaisons will not transport Sexual Assault Evidence Kits to the BSO Crime Lab. **[35.02F]**

**D. Refrigerated Secure Storage: [36.06]**

1. The refrigerator is located in the Property and Evidence Submission Room located adjacent to the main entrance of the Property and Evidence Room. The refrigerator will be utilized for perishable items of evidence.

2. The refrigerator will have several boxes inside which will serve as secure temporary storage areas.

3. Each storage area is equipped with a hasp and pad lock.

4. Once property is placed into the storage area, Members will place the pad lock in the hasp and secure the lock.

5. Only Property Unit Clerks will have the key to unlock the lock.

**E. Bulk Storage:**

1. When the Property and Evidence Unit is not open, items that are too large for drop boxes will be deposited into lockers that are equipped with pad locks. These lockers are located inside the Property and Evidence Submission Room.

2. Members will deposit the property and the H.P.D. Property Form into a locker, securing it with the supplied pad lock. Only the Property Unit Clerk has a key for these lockers.

3. Members possessing property too large for Bulk Storage or that have property which requires direct delivery to a Property Unit Clerk after hours, will notify their Supervisor who will determine the necessity of

calling out a Member of the Property and Evidence Unit.

**F. Evidence Drying Room: [35.01F]**

1. All "wet" items of evidence will be collected and placed into paper bags which will be labeled "Bio-Hazard" and sealed with evidence tape. In most cases a Crime Scene Technician will complete all required forms and transport the evidence directly to the Department's Wet Evidence Drying Room. Only Crime Scene Technicians have access to the Wet Evidence Drying Room. If an Officer transports "wet" evidence, they must notify a Crime Scene Technician and provide them with completed property forms.

2. The evidence will then be unpacked and dried.

3. Once dry, the evidence will be packed and submitted to the Property Unit Clerk, who will sign the Hollywood Property Form documenting acceptance.

4. The Property Unit Clerk will have the Crime Scene Technician sign the Hollywood Property Form which will transfer the custody of evidence to them.

5. The Property Unit Clerk will enter the evidence into the computerize system.

**G. Bike Compound: [36.04]**

Bicycles which are taken into Police custody as property or evidence will be secured within the Bike Compound located adjacent to the Radio Tower (see Section VI, N "Bicycles" for complete guidelines).

**H. Vehicle and Miscellaneous Storage Compounds: [36.04]**

1. The Vehicle and Miscellaneous Storage Compounds are located at the Southeast corner of the Police

Department Parking Lot.  They are securely fenced with barbed wire atop and divided. **[36.04]**

2.  The compounds are areas where vehicles, boats and other property are stored awaiting forfeiture or other Court proceedings.

3.  The items in the North compound are not considered evidence; however they are in the custody of the Police Department.

4.  Members who use the North compound must comply with the Seizure and Forfeiture of Assets SOP pertaining to vehicles or other property. The keys to the lock on this compound are located in the Legal Advisor's Unit.

5.  The South compound is under the control of the Property and Evidence Unit and pre-arranged scheduling is necessary for all access.

I.  **Remote Evidence Processing & Storage Site: [36.04]**

The Police Department maintains an off-site location which is used as an evidence processing site for large items that may be of evidentiary value (i.e.: vehicles, boats, appliances) for the Crime Scene Investigations Unit and the Traffic Homicide Unit. The site is located at Superior Towing, 2385 S.W. 66th Terrace, Davie, Florida. This facility is not for general vehicle holds (ex. stolen vehicle recoveries).

1.  Crime Scene Unit Bay

    a.  The Hollywood bay is secured within a larger building, accessible only to Hollywood Police Department Crime Scene personnel, and will remain locked at all times when not occupied by said personnel. The bay is secured by an electronic overhead door and the keys maintained by the Crime Scene Investigations Unit. At no time will any individual have access to

this facility without the presence of a Crime Scene Technician or Crime Scene Supervisor.

    b.  Searches or processing of evidence stored within the off-site facility requiring a search warrant will be conducted pursuant to the Voluntary Cooperative Law Enforcement Inter-local Agreement between the Town of Davie, Florida and the City of Hollywood, Florida.

    c.  All evidence stored in the off-site facility will be documented on the "Off-site Evidence Processing Log" as they are entered and removed from the facility (Appendix K).

2.  Traffic Homicide Unit Bay

    The Hollywood bay is secured within a larger building, accessible only to the Traffic Homicide Unit, and will remain locked at all times when not occupied by said personnel. The bay is secured by an electronic overhead door and the keys are maintained by only two Superior employees. At no time will any individual have access to this facility without the presence of a Traffic Homicide Officer.

J.  **Hazardous Material Drop Box:**

Hazardous Material that requires analysis or destruction will be deposited into the Hazardous Material Drop Box which is located within the Bike Compound. Each canister will have a Hollywood Property Form and a Biohazard label (see **SOP# 280.2 Hazardous Materials**) attached to its exterior.  In addition, all evidentiary hazardous material must have attached to it a BSO Property Receipt.  Members will:

1.  The key to the compound will be maintained in the Shift Lieutenant's lock box.  The key to this box can be obtained from the Patrol Division Major or any Patrol Lieutenant.

2. Place the hazardous material and all associated documents into an unlocked compartment and secure the lock.

3. Ensure that the Bike Compound is locked and return the key to the Shift Lieutenant.

**K. Other Locations:** [36.04]

1. There may be times when items must be stored or placed in secure locations other than at the Police Department (i.e.: vehicles which are evidence and need to be secured in a secure garage, items which cannot fit in the Property Rooms).

2. Supervisory approval for arranging secured storage for these types of property outside the Police Department is required.

3. The Police Property Manager will be notified immediately if working, or on their next business day to control access to the area.

**VIII. RELEASE OF PROPERTY/EVIDENCE TO OWNERS, CUSTODIANS, OR AUTHORIZED REPRESENTATIVES** [36.01F][84.1.1F,G]

All items, except firearms, can be claimed by the Owner upon Case Agent approval or utilizing a court order.

**A. Releasing Property to the Public:** [36.01F][84.1.1F]

1. Case Agents are responsible for notifying or making an effort to identify and notify the owner or custodian of any property/evidence they submit into the Agency's custody in a timely manner.

2. Case Agents will arrange for the release of all property/evidence directly to the owner or their authorized representative, as soon as possible, provided that all evidence handling procedures have been met and there is no compelling Law Enforcement reason to retain it.

3. The Case Agent may only authorize the release of property held as evidence to the owner or an authorized representative provided that a photograph of the property has been taken for evidence purposes if the property may be used in Court.

4. All attempts by the Case Agent to contact the owner of any property/evidence that may be released should be documented on the related Property/Evidence Report. Owners or persons authorized to obtain the release of any property/evidence held by the Department will be advised to schedule an appointment with the Property Unit Clerk to pick up the property/evidence.

**B. Temporary and Final Release of Property/Evidence to Case Investigators or Authorized Representatives:** [35.02C,36.01G][84.1.1G][84.1.4]

1. The temporary or final release of any property/evidence, from the Property and Evidence Unit to the Case Agent or their authorized representatives will be documented in the Computer Custody Program. Entries made to this record will include the date, time, item description, type of transaction and acknowledging signature and Badge number of the Member obtaining release of the property. The aforementioned entries will also be made upon returning any temporarily released property to the Property and Evidence Unit.

2. Property/evidence released from the Property and Evidence Unit for investigative purposes or as Court exhibits that are not needed for trial will be returned without unreasonable delay. Property/evidence of this nature may be retained by the releasing Member for an extended period of time only with the approval of the Support Services Division Major.

3. Released Property Retained by the Court:

**a.** Whenever property/evidence is entered into evidence at trial and retained by the Court, the Member obtaining release of the property/evidence will secure a completed Evidence Transfer Receipt (see **Appendix I**) for the property/evidence retained by the Clerk of the Court.

**b.** The receipt will be returned to the Property and Evidence Unit within 48 hours.

**4.** All evidence that is returned to the Property Unit will be returned in its original packaging.

**5.** Members should not submit another Property Form.

**6.** Narcotics Removal for Investigative and Training Purposes:

**a.** When an Officer has the need to remove a narcotic substance from the Property and Evidence Unit for Investigative or Training purposes (e.g. sting operations or canine training), the Officer is required to submit an Inter-Office Memorandum via the Chain of Command detailing the circumstances of the request to one of the following:

**(1).** the Criminal Investigations Division Major, or

**(2).** the V.I.N. Lieutenant

**(3).** the Administrative Bureau Assistant Chief of Police, or

**(4).** the Operational Bureau Assistant Chief of Police, or

**(5).** the Chief of Police.

**b.** The signed Inter-Office Memorandum will be presented to the Property Unit Clerk, who will retrieve the requested narcotics and cause the necessary Unit documents to be properly exe-

cuted and signed. The approved Inter-Office Memorandum will be retained with the withdrawn narcotics documents until returned.

**c.** The narcotics requested for temporary release will be selected from narcotics that have been designated for training or investigative purposes. These narcotics no longer have evidentiary value and have been diverted for agency use.

**d.** Before releasing the narcotics, and in the presence of the accepting Officer, the Police Property Manager will open the sealed narcotics container and narcotics field test (Ex. Valtox) and weigh the contents.

**(1).** In the event there is a conflict with the narcotics field test results, the Administrative Bureau Assistant Chief of Police will be notified immediately. The Assistant Chief will initiate the appropriate investigation.

**(2).** Upon satisfactory results from the narcotics (ex. Valtox) field test, the narcotics will be released to the requesting Officer. The Property Unit Clerk will not re-seal the evidence container.

**e.** Members will return the narcotics directly to the Property and Evidence Unit where the Police Property Manager will document its acceptance.

**f.** Upon the return of the narcotics, and in the presence of the returning Officer, the Property Unit Clerk will narcotics field test (Ex. Valtox) and weigh the returned narcotics for its validity.

**(1).** Once verified, the narcotics will be re-packaged in its

original container; sealed, logged and stored as per the Property and Evidence SOP.

**(2).** Any discrepancy will require notification of the Administrative Bureau Assistant Chief of Police who will initiate the appropriate investigation.

**(3).** In those instances where the narcotics are lost or destroyed during the Investigative or Training process, the accepting Officer will submit an Inter-Office Memorandum via the Chain of Command to the Assistant Chief of Police or the Chief of Police explaining the circumstances.

**(4).** In those instances where the narcotics are utilized and become evidence, the Supervisor will complete a memorandum via the chain of command to the Administrative Bureau Assistant Chief of Police. This memorandum will document that the narcotics removed on date and time were originally held for safe keeping under the original case number. The memorandum will then identify the new case number

**(5).** and the change in status from Safekeeping to Evidence.

**(6).** The signed Inter-Office Memorandum will be forward to the Police Property Manager who will attach this Memorandum to the original case documents.

**(7).** The Administrative Bureau Assistant Chief of Police, the Operational Bureau Assistant Chief of Police, or

the Chief of Police may authorize an Investigation coordinated by the Internal Affairs Unit.

**C. Transfer of Currency to the Fiscal Affairs Unit in Pending Cases:**
[35.02C,36.01G][84.1.1G]

**1.** Whenever evidentiary currency is held by the Property and Evidence Unit which will not be introduced as evidence in a Court of Law and there is no timely claim to the money, the Police Property Manager will notify the Legal Advisor via interoffice memorandum of monies for deposit. The Department's Legal Advisor will notify the Fiscal Affairs Unit via interoffice Memorandum to place the currency into an appropriate bank account pursuant to FSS 705.101(G). The corresponding State Statute, Court Order or document authorizing the deposit will be attached to the Memorandum.

**2.** Upon receipt of the Memorandum, the Fiscal Affairs Unit will notify the Property and Evidence Unit providing them with a copy of the Memorandum.

**3.** The Property and Evidence Unit will transfer custody of the currency to two Members of the Fiscal Affairs Unit. These Members will count the currency in the presence of the Property and Evidence Clerk and sign and date the Property Custody Record Receipt. The Receipt will be filed along with the Memorandum in the Property and Evidence Unit.

**4.** If the currency is burned, charred, torn, or otherwise questionably negotiable, it will be placed in a bag and labeled. The Fiscal Affairs Unit will attempt to deposit this currency. All currency not accepted by the bank will be returned to the Property and Evidence Unit.

**D. Release of Personal Property Belonging to Injured or Deceased Persons:** [35.02C,36.01G][84.1.1G]

1. Personal property belonging to injured persons that has been submitted to the Property and Evidence Unit will only be released to the owner or authorized representative, if not evidence.

2. Personal property belonging to deceased persons that has been submitted to the Property and Evidence Unit will only be released to persons approved and designated by the Probate Court, Legal Advisors Unit, Division Majors, or a Detective can sign a release to next of kin. The Broward County Probate Office will issue an "Order of Release" or "Letter of Administration" to the approved person(s), which will authorize the release of the property. Out-of-State Court Orders will also be accepted.

**E. Release of Forfeiture Currency:**

These monies may be tainted with contraband, blood borne pathogens or skin infections. To protect the Member, gloves will be worn when handling these monies. Upon completion of the task, Members will wash their hands thoroughly.

1. The Legal Advisor will notify the Property and Evidence Unit of a pending forfeiture case.

2. The currency amount will be verified by two members of the Fiscal Affairs Unit. The Legal Advisor will be notified of the verified amount.

3. An "Award" memorandum from the Legal Advisor will authorize the transfer of custody to the Fiscal Affairs Section for deposit into the appropriate City account.

**F. Release of Currency:**

All Currency that can be claimed by the owner, custodian or authorized repre-sentative, will be handled in the following manner:

1. If the currency has not been deposited the original monies will be returned to the owner.

2. If the monies were deposited, the Property Supervisor or Designee will submit a memo to Fiscal Affairs with the case number, amount of Currency to be returned, reason for return and the name of the party receiving the check.

3. A check will be issued within 10 business days from the approval of the request.

**G. Release of Sexual Assault Kits:**

Sexual Assault kits will only be released or transported by the Detective of Record.

1. If someone other than the Case Detective must check out a sexual assault kit for any reason, such as transportation to the laboratory, written authorization must be obtained from the Criminal Investigations Division Major.

2. Court Liaisons will not transport sexual assault kits. If the laboratory returns a kit, the Case Detective must be contacted to pick up the item.

**H. Release of Firearms:**

1. Firearms will only be returned with a court order or the signature of the Case Agent or their supervisor.

2. People wishing to retrieve their firearms must schedule an appointment in advance with the property unit.

3. Firearms and ammunition should not be released at the same time. The owner must make a second appointment to obtain their ammunition

at least 24 hours after but not exceeding ten business days.

4. Before the return of any firearm, the following must be completed as close as possible to the release time:

 a. NCIC/FCIC stolen gun check

 b. NCIC/FCIC wanted persons and criminal history check for felony convictions, domestic violence convictions, domestic/repeat violence injunctions or any outstanding warrants.

5. If the firearm has been seized as evidence and its owner convicted of violating section F.S.S. 790.07, the firearm will not be returned and will be destroyed or put to other legal use.

6. If the firearm had been seized as evidence and its owner been acquitted (and has not been previously convicted of a felony) the firearm may be claimed by the owner. Owners may claim their firearms with a court document within 60 days of their acquittal or the dismissal of charges against them. If the firearm is not retrieved within 60 days, it will be destroyed.

7. A firearm seized in relation to a Baker Act as evidence or for safe keeping, can only be returned when either subsection "a", "b" or "c" below is satisfied:

 a. The owner presents a court order, from the any Court, authorizing the release of the firearm to the claimant.

 b. The owner presents a letter from a licensed physician or therapist from the Receiving Facility indicating that the claimant is competent to possess a weapon or firearm. This written determination shall be on the letterhead of the physician or

therapist, and verified by the Evidence Unit.

 c. The Case Agent or Supervisor signs off to return the weapon to the owner.

 d. After one (1) year, the firearm will be destroyed if not lawfully claimed with appropriate documentation.

8. If the firearm has been illegally modified, or the owner is a convicted felon, or not of legal age, the firearm will not be released and will be destroyed.

## IX. DISPOSITION OF FOUND, ABANDONED, RECOVERED, AND EVIDENTIARY PROPERTY

The ultimate disposition of all evidentiary property rests with the Case Agent with the exception of the release of any property/evidence mandated by Judicial Order. Found, abandoned and recovered property which is not evidence will be disposed of by the Property and Evidence Unit in accordance with applicable State Statutes.

### A. Felony Cases:

Final disposition of all felony case evidence not entered into evidence at trial or returned to the owner or authorized representative will require written authorization from the submitting Member, Case Agent or Case Agent's Supervisor.

### B. Towed Vehicles:

When a vehicle is towed to the Remote Evidence Processing and Storage site, the Case Agent is responsible for performing a complete inventory of the contents of the vehicle, in conjunction with the Crime Scene Technician(s) assigned to process the vehicle and its contents. The Property and Evidence Unit will notify the Case Agent when all processing of the vehicle is completed. The Case Agent, or his designee, is then responsible for the removal of the vehicle from the Property and Evidence

Unit within 72 hours, unless exigent circumstances exist. If the vehicle is to be released, the Case Agent is responsible for making arrangements with the owner or other authorized person, and will notify the Property and Evidence Unit of the release authorization and arrangements. If the vehicle is not to be released, the Case Agent will:

1. Complete an impound slip.

2. Make arrangements for towing.

## X. LOST OR ABANDONED PROPERTY

### A. Found or Recovered Property:

When lost or abandoned property is found by a Member or is reported by a citizen, the Member will:

1. Query the item through NCIC/FCIC to establish criminal relevancy. If the property is linked to a criminal offense, submit the property as evidence.

2. When criminal relevancy has not been established, every attempt will be made to locate the rightful owner. If the owner is located, the property can be released on scene. If not, it will be taken into custody and submitted to the Property and Evidence Unit listed as lost or abandoned. The Member will note on the property form if they were able to contact the owner and if not, what steps they took to locate the owner. If the owner is located but is unable to take custody of their property during that Member's shift, the Member will submit the items into Property. The Member will note both on the property form and in the Mobile Field report that the owner was contacted and what arrangements were made for the properties return.

### B. Claiming Property-Notification:

Pursuant to FSS 705.102, the Law Enforcement Officer taking the report will ascertain whether the person reporting the property wishes to make a claim to it if the rightful owner cannot be identified or located. That person must:

1. Notify the Property and Evidence Unit within 48 hours of their intent to claim the property.

2. Make a $25.00 deposit to Central Records which covers the Agency's cost for transportation, storage and publication notice.

## XI. PROPERTY AND EVIDENCE UNIT [36.02]

The Property and Evidence Unit falls under the control of the Police Property Manager who is accountable for all property within their control. [36.02]

### A. Entering the Property Room: [36.04]

1. The Property Room is considered a Restricted Area. Entry into all Property Areas is controlled to prevent alteration, unauthorized removal, theft, or other compromise of property stored by the Agency and to maintain chain of custody.

2. Anyone entering into the Property Areas may do so only by being escorted by a Property Unit Clerk and only after signing in at the Property Room Entrance.

### B. Verifying Property Accountability: [36.02A,C][84.1.6]

Accountability of property retained by the Property and Evidence Unit will be verified through the following:

1. The Chief of Police or his designee will assign a Supervisor not directly connected with the Property and Evidence Unit to conduct an annual audit of the property function. The audit will be completed by October 15th and forwarded to the Chief via the Chain of Command. The purpose of said audit is the examination of records and activities to to ensure compliance with established controls, policies and operational procedures. The audit will consist of a

1% sample of the property within the property and evidence unit. The inspection will include but will not be limited to the following: **[36.02A][84.1.6C]**

    **a.** Temporary Property Drop

    **b.** Narcotics Drop

    **c.** Bulk Storage Drop

    **d.** Refrigerated Storage

    **e.** Bicycle Compound(s)

    **f.** Vehicle Storage Compound

    **g.** Property Vault 1

    **h.** Property Vault 2

    **i.** Property Vault 3

    **j.** Property Vault 4

    **k.** Weapons/Sensitive item areas

    **l.** Maintenance

    **m.** Cleanliness

    **n.** Alarm Functions

    **o.** Record Keeping

**2.** The Chief of Police or his designee will assign a Supervisor not directly connected with the Property and Evidence Unit to conduct an unannounced annual inspection of property storage areas. The inspection will consist or maintenance, cleanliness, record keeping and security. **[36.02B][84.1.6D]**

**3.** The Police Property Manager and a designee of the Chief of Police will conduct a semi- annual random sampling of 500 pieces of items stored in property. The inventory will consist of a cataloging through a partial accounting of general inventory, money, jewelry, guns and narcotics. The inventory will be completed by January 15th and June 15th

of each year and forwarded to the Chief of Police via the Chain of Command. **[36.02C][84.1.6A]**

**4.** The Fiscal Affairs Manager, Police Property Manager and an uninvolved Lieutenant selected by the Assistant Chief of Police commanding the Property Unit will ensure all evidence safes utilized to store currency are audited yearly for their entire currency content. Access to the evidence safes will be facilitated by the Police Property Manager utilizing the established "2 step" safe entry process at the commencement of the audit. At the conclusion of the audit the Fiscal Affairs Manager will prepare a memorandum reflecting results of the yearly audits via chain-of-command to the Chief of Police. The memorandums will be electronically stored by the Police Chief's office. Quarterly audits of currency and narcotics used for sting operations will be conducted by the Police Property Manager and Chief's designee on January 15th, April 15th, August 15th and November 15th of each calendar year. Memorandums will be electronically stored by the Police Property Manager.

**C.** **General Responsibilities of the Police Property Manager:** **[35.02B][36.01A][36.03][36.05]**

The Police Property Manager will be responsible for ensuring the following tasks are conducted by Members of the Property and Evidence Unit:

**1.** Conducting an annual inventory.

**2.** Insure that all property held by the Department is kept in designated secure area(s). **[36.03]**

**3.** Conducting bank deposits of currency from evidence safes monthly or as needed.

**4.** Conduct quarterly vault door alarm checks to ensure they are being monitored by the Communications Center and are operational.

5. Maintaining submission supplies at all authorized property/evidence temporary drop locations.

6. Taking possession of the deposited property, indicating acceptance by signature and badge number on the H.P.D. Property Form or the B.S.O. Property Receipt and entering it into the computerized Agency Record System within three (3) business days, excluding property requiring correction. Should there be extenuating circumstances the property clerk must receive written approval from the Police Property Manager to keep the property in temporary storage. **[35.02B][36.01A][84.1.1A]**

7. Processing all property coming into their possession.

8. Preserving the condition of property or evidence and preventing its contamination.

9. Inspecting all submitted evidence for proper packaging.

10. Acceptance and release of Narcotics, quantity control-package inspections: **[36.05]**

    a. Sealed packages that are submitted listing narcotics as the contents will be inspected to see if the listed amounts are consistent with the size of the packaging.

    b. When narcotics are released, the Property Unit Clerk will weigh the narcotics documenting it on the Property Form.

    c. Any discrepancy deemed excessive, taking into account any shrinkage or loss of weight due to drying etc. will be reported to the Chief of Police via Memorandum.

11. Notifying Supervisory Members of missing or improperly completed Property Forms, Reports, or other requirements.

    a. The Property Unit Clerk will send a Property Rejection Form (see **Appendix F**) to the Sergeant of the Member who submitted the property or evidence.

    b. The Member will be directed to contact the Property and Evidence Unit and correct the problem within 48 hours.

    c. If the problem is not corrected within the allotted time frame, additional notifications will be sent up the Chain of Command until the problem is corrected.

    d. Members may be subject to disciplinary action for non-compliance.

12. Maintaining the Sexual Assault Kit Log and Statistics:

    a. As Sexual Assault Kits are received in property, the property clerks will remove the Sexual Assault Kit's Submission Form and give them to the Police Property Manager.

    b. The Police Property Manager will maintain a spreadsheet of all Sexual Assault Kits that are submitted to the Property Unit. The Log will contain information such as:

       **(1).** Case number;

       **(2).** Item number;

       **(3).** Location;

       **(4).** Testing Status;

       **(5).** and other information deemed necessary.

    c. The Police Property Manager will provide quarterly statistics detailing the number of kits re-

ceived, laboratory testing status or other requested information to the Chain of Command and CID Major.

**13.** Monthly Reporting:

The Police Property Manager will provide a monthly report on the status of the Property Unit via the Chain of Command and CID Major. The report will contain the Sexual Assault Kit spreadsheet, updates on any special projects or other requested information.

**D. Items Requiring Extra Security: [36.01E][84.1.1E]**

**1.** The Property Unit Clerk will provide extra security measures for exceptional and sensitive items by securing them inside a separate locked safe or file cabinet affixed within a designated vault or inside a separate vault segregated from other vaults. All Vault doors are alarmed and monitored by the Communications Center. These items include:

**a.** Valuable Items

**b.** Money

**c.** Negotiable instruments

**d.** Precious metals

**e.** Jewelry

**f.** Firearms

**g.** Drugs

**2.** The submission room has an audible alarm. The alarm will sound if the door is ajar. Members entering exiting the submission room will insure the door closes securely and notify the storeroom to arrange for repair if necessary.

**E. Property Records: [36.08A-D][84.1.5]**

The Property Unit Clerk will maintain a property records system which provides the following information:

**1.** Current location of property. **[36.08A]**

**2.** Date and time property was received or released. **[36.08B]**

**3.** Description of the property. **[36.08C]**

**4.** Chain of custody from time of receipt until final disposition. **[36.08D]**

**5.** Date and results of all inspections, inventories or audits.

**6.** Sexual Assault Kit Log.

**F. Change of Property Personnel: [36.10]**

**1.** Whenever there is a change in property personnel (Supervisor or Property Clerk), a joint inventory will be conducted to ensure continuity of custody. Inventory samples must be sufficient to ensure the records are correct and properly annotated. An Agency designee (appointed by the Major of Professional Standards) and the the Police Property Manager will conduct the inventory. **[84.1.6B]**

**2.** All discrepancies will be documented prior to assumption of property accountability by the new Police Property Manager.

**3.** Administrative Bureau Assistant Chief of Police or his designee will ensure that the locks and/or combinations to all vault doors will be changed and the door access card reader is modified whenever there is a personnel change in the property room.

**XII. DESTRUCTION AND DISPOSAL OF PROPERTY AND EVIDENCE:**

**1.** It is the responsibility of the Members of Property and Evidence Unit

to destroy and/or dispose of all property entered into the Property Unit as allowed by Florida Statutes and Department Policy which is no longer needed for active cases. The disposal will occur by destroying items of no value, auctioning items of value through such services as Property Room.com, utilizing items for law enforcement purposes, recycling metals of value, or donating items such as clothing or bicycles to charity.

2. Property Clerks will destroy or dispose of all items by the following guidelines:

a. Evidence used to support an arrest will be disposed of sixty (60) days following final disposition rendered by the court of jurisdiction, if no appeal has been filed.

b. All found property, which is not used to support an arrest or cannot be returned to a rightful owner, will be disposed of ninety (90) days following the date of receipt of the item. Disposition of found property will be in-accordance with established procedure and governing statute.

c. Property which has remained unclaimed for a period of ninety (90) days following the date of receipt of the article and which is of no evidentiary value will be disposed of in accordance with governing law and established procedures.

d. All items submitted for safekeeping will be disposed of ninety (90) days after submission.

e. Items for disposal that have any monetary value will be auctioned, diverted to City use or donated to a registered charity in accordance with F.S.S. 705.103. Electronic media must

be cleared of personal information and/or contraband by the IT Department prior to auction, donation or destruction.

f. Items for disposal such as metals, aluminum, or copper may be sold for recycling and the proceeds turned over to Fiscal Affairs for deposit. An itemized receipt from the Recycling Vendor will be submitted along with the check to Fiscal Affairs.

g. All currency which has no significant evidentiary value to support a criminal prosecution subsequent to a felony arrest will be deposited monthly into a City of Hollywood bank account. Monthly bank deposits will be facilitated under the direct supervision of the Property Room Supervisor, with the coordinated assistance of the Fiscal Affairs Manager and the Police Legal Advisor. The entire deposit process (removal from evidence safe to bank deposit) will initiate and conclude with the Property Room Supervisor and the Fiscal Affairs Manager.

Deposits will be documented via a memorandum prepared by a the Fiscal Affairs Manager, with all supporting documentation attached, including, but not limited to deposit receipts, incident and property reports and manifest photocopies. Memorandums will be electronically stored by the Police Chief's Office.

h. Narcotic items and paraphernalia will be destroyed via a witnessed burn. A court order must be obtained for narcotic items to be destroyed. All narcotic items will be checked and weighed by at least two employees prior to disposal. The Property Supervisor will coordinate with members of the SWAT team and Internal Affairs to or-

ganize the transport of the narcotics to the destruction site.

**i.** All firearms for disposal will be turned over the Broward Sheriff's Office for destruction. Prior to transfer to BSO, the weapons will be checked via NCIC/FCIC. The Property Supervisor will coordinate with the SWAT team and Internal Affairs to organize the transport of weapons to BSO and will obtain a signed receipt for all weapons turned over.

**j.** Items with no value may be disposed or destroyed by the department. Items with personal information, contraband or obscene material will be destroyed in a manner that hey information cannot be recovered and documented as such.

## XIII. DEFINITIONS:

### A. ABANDONED PROPERTY:

Means all tangible property, which does not have an identifiable owner and which has been disposed of on public property in a wrecked, inoperative, or partially dismantled condition, or which has no apparent intrinsic value to the rightful owner.

### B. CASE AGENT:

Member directly responsible for the coordination of a respective case. Case Agent status will change if and when the responsibility for a case is assigned to or assumed by another Member (i.e. criminal investigator).

### C. CONTRABAND ARTICLE:

Any item that was used or was attempted to be used in the commission of, or in the aiding and abetting of the commission of any felony, whether or not comprising an element of the felony.

### D. CRIME SCENE:

The location where the crime occurred or where the indication of the crime exists. It covers, in part, the area where the crime was committed and any portion of the surrounding area over, or through which the suspect(s) or victim(s) passed en route to, or going away from the scene of the crime.

### E. CURRENCY:

Any U.S. or Foreign money in use as a medium of exchange. Currency will also require added protection.

### F. EVIDENCE:

The documentary or verbal statements and material objects admissible as testimony in a Court of Law, to include:

**1.** Anything that tends to assist in ascertaining the truth of a matter or furnishes proof of a fact.

**2.** Anything that a suspect leaves at a crime scene or takes from a crime scene that may be connected to the commission of the crime.

### G. FLORIDA CONTRABAND FORFEITURE ACT: [38.01][38.02]

The Hollywood Police Department will participate in the Florida Contraband Forfeiture Act. [38.01]

The Florida Contraband Forfeiture Act (F.C.F.A.), F.S. 932.701 - 932.704 authorizes Law Enforcement Agencies to seize for forfeiture any property, real or personal, which has been used, is being used, was attempted to be used, or was acquired with proceeds in violation of any provision of the Act.

### H. FOUND PROPERTY:

Means all tangible property which does not have an identifiable owner and which has been mislaid on public property, upon a public conveyance, public recreation areas, or other places open

to the public in a substantially operable functioning condition, or which has an apparent intrinsic value to the rightful owner.

**I. VALUABLES:**

Items of property requiring added protection, to include:

1. Negotiable instruments in any amount, precious metals, gemstones, and genuine jewelry (noncosmetic).

2. Any item which, in the judgment of an Officer, might be construed to be sensitive, high in value or constitute an increased security risk. If any doubt exists as to whether an item meets the criteria established by this definition, then that item will be treated as a valuable.

- **Appendix G:** Currency Pouch

- **Appendix H:** Firearm Property Form

- **Appendix I:** Evidence Transfer Receipt

- **Appendix J:** BSO Submission of Evidence Form

- **Appendix K:** Offsite Evidence Processing Log

- **Appendix L:** Sexual Assault Kit Submissions

- **Appendix M:** Property and Evidence Packaging Guidelines

---

APPROVED BY:

**Frank G. Fernandez**          **10/09/2014**
**Chief of Police**               **Date**

**ATTACHMENTS:**

- **Appendix A:** HPD Property Form

- **Appendix B:** BSO Property Receipt

- **Appendix C:** Currency Property Form

- **Appendix D:** Forfeiture Analysis Form

- **Appendix E:** Biohazard Label

- **Appendix F:** Property Rejection Form

**CASE #33_____**

# HOLLYWOOD POLICE DEPARTMENT
## PROPERTY FORM

| | |
|---|---|
| **Date:**                    **Time:** | **Inventory No:** |
| **Type Case:** | |
| **Charges: Yes ☐  No ☐** | Property Use Only: |
| **Incident Location:** | |

| | | |
|---|---|---|
| **Owners Name:** | | |
| **Address:** | | |
| **City:** | **State:** | **Zip:** |
| **Phone:** | **Business Phone:** | |
| **Owner Contacted: Yes ☐  No ☐** | **Date:** | **Time:** |

**Prisoner Property: Yes ☐   No ☐**

**Evidence: Yes ☐  No ☐**
Property Status Lost/Found ☐  Safekeeping ☐  Stolen-Recovered ☐
To Be Destroyed: **Yes ☐  No ☐**

| **Item:** | **Make:** | **Property Bar Code:** |
|---|---|---|
| **Model:** | **Color:**   **Qty:** | |
| Additional Description: | | |
| Serial No. | | |

| **Item:** | **Make:** | **Property Bar Code:** |
|---|---|---|
| **Model:** | **Color:**   **Qty:** | |
| Additional Description: | | |
| Serial No. | | |

| **Item:** | **Make:** | **Property Bar Code:** |
|---|---|---|
| **Model:** | **Color:**   **Qty:** | |
| Additional Description: | | |
| Serial No. | | |

| **Item:** | **Make:** | **Property Bar Code:** |
|---|---|---|
| **Model:** | **Color:**   **Qty:** | |
| Additional Description: | | |
| Serial No. | | |

| **Item:** | **Make:** | **Property Bar Code:** |
|---|---|---|
| **Model:** | **Color:**   **Qty:** | |
| Additional Description: | | |
| Serial No. | | |

I hereby acknowledge that the list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer.

Date/Time:_____Officer Signature/Badge #:_____

**White Copy:  Property  Yellow Copy: Owner**

CASE #_____

## This side shall be filled out by the Property Unit ONLY

| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
|---|---|---|---|
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time received: |
| | Final Disposition: | Authority | Date/Time received: |

| PROPERTY RELEASE INFORMATION: | | | |
|---|---|---|---|
| Name: | D.O.B | | |
| Address: | | | |
| Telephone: | | Race: | Sex: |
| Drivers License No. | | | |
| Other I.D: | | | |
| Released to: (Signature) | | | |
| Released by: (Name/Badge) | | | |
| Date: | Time: | | |

**White Copy: Property   Yellow Copy: Owner**

**HOLLYWOOD POLICE DEPARTMENT**
**BROWARD COUNTY, FLORIDA**                                    **PROPERTY RECEIPT**

| 78. | ☐ PROPERTY OF DECEASED | ☐ TRIAL | ☐ FOUND PROPERTY | ☐ LABORATORY (ATTACH MEMO) | ☐ STOLEN-RECOVERED |
|-----|------------------------|---------|------------------|----------------------------|--------------------|

| 2. CASE NO. | 79. DATE - TIME RECEIVED | INVESTIGATING DIVISION | 76. TYPE OF CASE |
|-------------|--------------------------|------------------------|------------------|

77. ADDRESS WHERE PROPERTY IMPOUNDED (GIVE EXACT LOCATION WHERE FOUND)

| 16. FOUND BY | ADDRESS | PHONE NO. |
|--------------|---------|-----------|

| 31. SUSPECT (S) (GIVE FULL NAME, D.O.B.) | ADDRESS | PHONE NO. |
|------------------------------------------|---------|-----------|

| 14. VICTIM | ADDRESS | PHONE NO. |
|------------|---------|-----------|

| 49. OWNER'S NAME | ADDRESS | ZIP CODE | PHONE NO. |
|------------------|---------|----------|-----------|

| 80. ITEM NO. | 81. QUANTITY | 82. DESCRIPTION |
|--------------|--------------|-----------------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

83. I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

SIGNATURE (X) _____

20. I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as Deputy Sheriff.

BADGE NO. _____ UNIT NO. _____ DIV. _____

| IMPOUNDING OFFICER | SIGN - |
|                    | PRINT - |

| 84. RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|-----------------|--------|------------------------|
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| 85. FINAL DISPOSITION | AUTHORITY | DATE AND TIME OF DISPOSITION |

**BSO PROPERTY DIVISION USE ONLY**

| RECEIPT NO. | BIN NO. | PAGES (IF APPLICABLE) | BSO CASE NO. |
|-------------|---------|-----------------------|--------------|
|  |  | PAGE ___ OF ___ PAGES |  |

HPD/JM-Rev. 1-98          22-329 (03/94)



# HOLLYWOOD POLICE DEPARTMENT
## CURRENCY PROPERTY FORM

| **CASH** | **COINS** | **OTHER** (Foreign) |
|----------|-----------|---------------------|
| $1000 _____ | $1.00 _____ | _____ |
| $500 _____ | $.50 _____ | _____ |
| $100 _____ | $.25 _____ | _____ |
| $50 _____ | $.10 _____ | _____ |
| $20 _____ | $.05 _____ | _____ |
| $10 _____ | $.01 _____ | _____ |
| $5 _____ | | _____ |
| $1 _____ | | _____ |

**Initial Count:**

Date: _____    Time: _____

Officer:    1. _____  2. _____  3. _____

Supervisor: _____    Property Clerk: _____

Date / Time / Initials

OUT: _____    IN: _____
OUT: _____    IN: _____
OUT: _____    IN: _____
OUT: _____    IN: _____
OUT: _____    IN: _____
OUT: _____    IN: _____
OUT: _____    IN: _____
OUT: _____    IN: _____

 **City of Hollywood, Florida Police Department** 

# FORFEITURE ANALYSIS FORM

**DESCRIPTION ON VEHICLE / VESSEL:**                    CASE #_____

Make:_____    Model:_____

Year:_____   VIN / Serial #:_____

Amount of currency (if applicable) $_____

Owner:_____    Phone #:_____

Address:_____    City:_____    State:_____

Date / Time Confiscated:_____

Where Seized:_____

Arrestee's Name:_____

Offense:_____

## INCLUDE:

Keys:_____   Tow Slip:_____   Copy of PC:_____

Prepared by:_____   Badge #:_____   Date:_____

---

### DO NOT WRITE BELOW THIS LINE—FORFEITURE UNIT USE ONLY

Present value of property:  RETAIL $_____

Lienholder (if applicable):_____

Amount of Lien $_____

Remarks:_____

_____

_____

_____

Confiscation Officer:_____   Badge #:_____   Date:_____

22-349 (08/96)

---





# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## PROPERTY REJECTION FORM

**DATE:** _____

**TO:** _____

**FROM:** _____

**SUBJECT:** Property Rejection

Please direct Officer _____ to contact the Property Office at

ext. 4620 to correct the following problem under **Case #**_____ within 48 hours:

☐ Property Form not filled out correctly.

☐ Property not packaged correctly.

☐ Other: _____

_____

**NOTE:** If you are aware of a reason that the Officer will not be able to correct this problem, please contact the Property Office with the earliest date available.

TEAR AT PERFORATION

# ＃ əs

Pouch # _____    Initals _____

SEALED CURRENCY

Sealed by _____

SEALED CURRENCY

FOLD HERE

# CURRENCY POUCH

Case Number: _____

Pouch Number: _____

Type of Offense: _____

Description of Currency: _____

_____

_____

Suspect: _____

Victim: _____

Date and Time of Recovery: _____

Location of Recovery: _____

Recovered By: _____

Reason Seized: _____

☐ Analysis      ☐ Trial      ☐ Safekeeping

| Bills | Coins |
|---|---|
| $100 = | .25 = |
| $ 50 = | .10 = |
| $ 20 = | .05 = |
| $ 10 = | .01 = |
| $  5 = | |
| $  1 = | |
| Total $ = | Total $ = |

**LYNN PEAVEY COMPANY**
800-255-6499

Case # _____

# HOLLYWOOD POLICE DEPARTMENT

## FIREARM PROPERTY FORM     (this form is for firearms only)

| Be Specific - **do not list incident as "arrest" "felony" "misdemeanor" "Sig 18" "Sig 19"** | Narcotics Related? | |
|---|---|---|
| Incident: | ☐ Yes   ☐ No | Date: |
| Location: | | Time: |

| **Evidence:** ☐ Yes - ☐ No | Property Status: | ☐ Stolen/Recovered   ☐ For Forfeiture   ☐ For Destruction ☐ For Safekeeping   ☐ Recovered/Other Jurisdiction ☐ Found | Firearm(s) was voluntarily turned-in for destruction? ☐ Yes ☐ No |
|---|---|---|---|

## Person Information:
Please list owner (if known), possessor (if firearm was in someone's possession), and anyone else, except victim or witness, associated with the firearm (e.g. passenger in a vehicle where the driver possessed the firearm).

**# 1** ☐ Owner ☐ Possessor ☐ Associated Person   Name:
Criminal History: ☐ Yes ☐ No   County:   Address:
Race:   Sex:   DOB:   City, State, Zip:
Place of Birth:   ID #:   Type of ID:   ID State:

**# 2** ☐ Owner ☐ Possessor ☐ Associated Person   Name:
Criminal History: ☐ Yes ☐ No   County:   Address:
Race:   Sex:   DOB:   City, State, Zip:
Place of Birth:   ID #:   Type of ID:   ID State:

**# 3** ☐ Owner ☐ Possessor ☐ Associated Person   Name:
Criminal History: ☐ Yes ☐ No   County:   Address:
Race:   Sex:   DOB:   City, State, Zip:
Place of Birth:   ID #:   Type of ID:   ID State:

## Firearm Information:
Reminder: Per SOP# 270 PROPERTY & EVIDENCE, ammunition that is not evidence must be turned over to the Range Master for disposal, not placed into property.

**# 1** Manufacturer:   Model:
Serial Number:   ☐ Obliterated   ☐ Attempt to Raise   QRU Clear?: ☐ Yes ☐ No
Type: ☐ Handgun ☐ Rifle ☐ Shotgun   Action: ☐ semi-auto ☐ revolver ☐ full-auto ☐ bolt ☐ pump ☐ lever ☐ derringer
Barrel Length:   Caliber/Gauge:   Finish/Color:
Country of Origin:   Importer: (if not US Origin)
Additional Markings/Information:
**Recovery Info:**   Address:   City, State, Zip:
Date:   Year:   Make:   Model:   Tag:   State:
Location within address/vehicle:

**# 2** Manufacturer:   Model:
Serial Number:   ☐ Obliterated   ☐ Attempt to Raise   QRU Clear?: ☐ Yes ☐ No
Type: ☐ Handgun ☐ Rifle ☐ Shotgun   Action: ☐ semi-auto ☐ revolver ☐ full-auto ☐ bolt ☐ pump ☐ lever ☐ derringer
Barrel Length:   Caliber/Gauge:   Finish/Color:
Country of Origin:   Importer: (if not US Origin)
Additional Markings/Information:
**Recovery Info:**   Address:   City, State, Zip:
Date:   Year:   Make:   Model:   Tag:   State:
Location within address/vehicle:

Submitted by (Signature/Badge): _____

Note: Submitting Member must time-stamp sheet in the space provided.

Date/Time Stamp here:

Original Date:  09/26/2005
Revised: 09/26/2005
File Name:  Appendix H Firearm Property Form.doc

**Original Copy: Property**
**2ⁿᵈ Copy: Records**
**3ʳᵈ Copy: Officer Copy or Owner Receipt**

Page 1 of 2
Appendix H SOP #270

CASE # _____

| Hollywood Police Department - Property Disposal Guidelines |
|---|
| Governed by Florida State Statute 705: |
| Property seized as found property, taken for safekeeping, and/or prisoner property will be disposed of ninety (90) days after the date it was seized.  I understand that I must contact the HPD Property Unit and make arrangements to retrieve any property that belongs to me within these time limits, or said property will be disposed of. |
| Property Owner's Signature (if applicable): |

| Claiming Found Property: |
|---|
| Pursuant to Florida Statute 705.102, the Law Enforcement Officer taking the report shall ascertain whether the person reporting the property wishes to make a claim to it if the rightful owner cannot be identified or located.  That person must: |
| 1.  Notify the Property and Evidence Unit within 48 hours of their intent to claim the property. |
| 2.  Make a $25.00 deposit to Central Records which covers the Agency's cost for transportation, storage and publication notice. |
| Finder/Reportee's Signature (if applicable): |

### *Below to be filled out by the Property Unit ONLY*

| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
|---|---|---|---|
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Item # | Received by Signature/Badge: | Reason: | Date/Time Received: |
| Final Disposition: | | Authority: | Date/Time Received: |

| PROPERTY RELEASE INFORMATION: |
|---|
| When property is released for final disposal, a Property Release Form must be filled out indicating to whom and for what reason, the property was released.  There will be one Property Release Form associated to each Property Form. |

Original Date:  09/26/2005
Revised: 09/26/2005
File Name:  Appendix H Firearm Property Form.doc

**Original Copy: Property**
**2nd Copy: Records**
**3rd Copy: Officer Copy or Owner Receipt**

Page 2 of 2
Appendix H SOP #270



# HOLLYWOOD POLICE PEPARTMENT
# EVIDENCE TRANSFER RECEIPT
### PROPERTY HELD BY COURT

The following evidence property, removed by Officer: _____ Badge #: _____,

related to Case #: _____ will remain at court and has been turned over to

the Clerks office on (date) _____ and accepted by the _____ County

Court by _____ **as a representative of the court.**

**Description of property:** _____

_____

_____

Officer Signature: _____ Date: _____

Court Case #: _____

**This receipt is _only_ to be turned into the HPD Property Unit if the evidence is _remaining_ in the custody of the Court.  When the Court retains custody of evidence, this receipt must be returned to the property office within 48 hours.**



# SUBMISSION OF EVIDENCE FORM

| CRIME SCENE ☐ | FIRE DEBRIS ☐ | DOCUMENTS ☐ |
|---|---|---|
| FIREARMS ☐ | TRACE ☐ | LATENTS ☐ |
| DNA ☐ | | |

Date _____   BSO Case # _____   Lab # _____

Agency _____   Offense _____   M.E.# _____

Send report to  ☐ Lead Detective   ☐ Submitter   ODCN _____

Lead Detective _____   Phone # _____   Pager/Cell # _____

| | VICTIM/ELIMINATION | RACE | SEX | DOB |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

| | SUSPECT | RACE | SEX | DOB | AFIS # (if applicable) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

### Brief Details of Case

_____
_____
_____
_____
_____

### Examinations Requested

_____
_____
_____
_____
_____

Submitted By: _____   Print Name/CCN _____
　　　　　　　　　Signature

Phone # _____   Pager/Cell # _____

BSO CL#15 (Revised 02/06)

**Hollywood Police Department**
**Crime Scene Investigations Unit**
**Offsite Evidence Processing Log**

| Date/Time IN | Item entered by Tech Name | Case # | Signal | Detailed Description of Item | Date/ Time Out | Item removed by Tech Name | Removal by who's authority |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**IF ITEM BEING ENTERED IS A VEHICLE OR VESSEL THE DESCRIPTION MUST INCLUDE MAKE, MODEL, and COLOR, TAG #(OR VIN OR HIN)**



**HOLLYWOOD POLICE DEPARTMENT**
**PROPERTY AND EVIDENCE UNIT**
**3250 HOLLYWOOD BLVD**
**HOLLYWOOD, FL 33021-6907**
**(954) 967-4620 / FAX (954) 967-4621**

## *SEXUAL ASSAULT KIT SUBMISSIONS*

**INSTRUCTIONS:**     Please fill in this form completely.  All required documentation should be attached to the Property Form and submitted with the items.

**Case Number:**_____

**Date of Collection/Exam:**_____

**Date Received from SATC:**_____

**Date of Submission to P&E**_____

_____

BSO Testing Requested:

☐  Yes, BSO Submission Form Attached          ☐  No, Division Major will be contacted

**Detective Signature: _____     Badge: _____**

_____

**Property Unit Only**

RECEIVED BY:_____

PR Number:_____

LAB CASE NUMBER:_____

REASON FOR LAB REJECT:_____

STORAGE LOCATION:_____

DATE DIVISION MAJOR CONTACTED:_____

# Hollywood Police Department

# PROPERTY AND EVIDENCE PACKAGING GUIDELINES

The Property and Evidence Packaging Guidelines was developed to ensure that the integrity of evidence is preserved while providing employees with protocol designed to limit their exposure to potentially hazardous or infectious materials.

The Property and Evidence Packaging Guidelines do not supersede Policy and Procedure, but should be used in conjunction with current P&P's.

Employees may also refer to the Broward Sheriff's Office Evidence Submission Manual for specific guidelines on evidence to be sent to their laboratory.

# PROPERTY AND EVIDENCE PACKAGING MANUAL
# TABLE OF CONTENTS

I. Categories of Items Submitted to Property and Evidence ..................................5

II. Descriptions of Packaging Materials .................................................5

III. General Guidelines to Packaging Items ............................................6

    Paper Envelopes/Bags ........................................................................ 6
    Packaging Tape ................................................................................. 6
    Staples ............................................................................................ 7
    Discrepancy Notices .......................................................................... 7
    Liquids ............................................................................................ 7

IV. General Items ..........................................................................7

V. Drying Evidence .......................................................................7

VI. Property and Evidence Forms ........................................................7

    Minimum Information Required on Evidence Label/Package ....................... 8
    BSO Lab Forms ............................................................................... 8
    Drop Log ......................................................................................... 8

VII. Sealing Evidence ....................................................................8

VIII. Items Not Accepted ................................................................9

    Improperly Submitted Evidence .......................................................... 9
    Perishable Items ............................................................................... 9
    Compressed Gas Cylinders ................................................................. 9
    Glass Bottles ................................................................................... 9
    Explosives ....................................................................................... 9
    WMD/Hazardous Materials/Ignitable Liquids ...................................... 9
    Live Animals ................................................................................... 9
    Vehicle Airbags ............................................................................. 10

IX. Alcoholic Beverages ...............................................................10

X. Biological Items ......................................................................10

    Rape Kits ...................................................................................... 10
    Blood Samples ............................................................................... 11
    Items Stained With Blood, Semen, Vaginal Fluid, or Other Bodily Fluids ................ 11
    Hair Samples ................................................................................. 11
    Saliva Swabs and Samples ............................................................... 11
    Needles and Syringes ...................................................................... 11

XI. Biohazardous Material .............................................................11

XII. Sharps ...............................................................................11

XIII. Computer Equipment and Electronic Media .....................................12

XIV. Documents ..........................................................................12

    Documents ..................................................................................... 12

Original Date: 04/22/2014                                    Page 2 of 25
Revised Date:                                             Appendix M SOP# 270
File Name:  Appendix M Property and Evidence Packaging Guidelines.doc

XV. Currency .................................................................................................................. 13

    Currency for Laboratory Exam or Court ................................................ 13
    Seized/Forfeiture Currency ...................................................................... 13
    US Currency ................................................................................................ 13
    Foreign Currency ....................................................................................... 14
    Rare or Collectable Coins and Currency ............................................... 14
    Counterfeit Currency ................................................................................. 14
    Checks and Negotiable Instruments ....................................................... 14

XVI. Drugs ................................................................................................................... 14

    Drug Paraphernalia .................................................................................. 15
    Clandestine Laboratory ........................................................................... 15
    Cannabis ..................................................................................................... 16
    Narcotics (Excluding Cannabis) ............................................................. 16
        Crack Cocaine ..................................................................................... 16
        Liquids and Oils ................................................................................. 17
        LSD ....................................................................................................... 17
        Methamphetamine .............................................................................. 17
        Mushrooms and Peyote or other plant material ............................ 17
        Syringes ............................................................................................... 17
        Non-Evidentiary Narcotics ............................................................... 18
    Prescription Medication ........................................................................... 18

XVII. Arson and Ignitable Liquids ......................................................................... 18

    Free Liquids ............................................................................................... 18
    Arson Evidence .......................................................................................... 18
    Lighters ....................................................................................................... 18
    Engines ........................................................................................................ 18
    Hazardous Materials ................................................................................ 19
    Compressed Gas Cylinders ...................................................................... 19

XVIII. Explosives ...................................................................................................... 19

    Explosives .................................................................................................. 19
    Airbags ........................................................................................................ 19
    Fireworks .................................................................................................... 19

XIX. Large or Bulky Items ....................................................................................... 19

    Bikes  ......................................................................................................... 20
    Evidence Vehicles ..................................................................................... 20
    Forfeiture Vehicles ................................................................................... 20
    Items with Engines ................................................................................... 20

XX. Live Animals ...................................................................................................... 20

XXI. Jewelry and Valuables .................................................................................... 21

XXII. Weapons ........................................................................................................... 21

    ALL WEAPONS MUST BE MADE SAFE PRIOR TO SUBMISSION! .................. 21
    Firearms ..................................................................................................... 21
    Accessories ................................................................................................. 22

Original Date:  04/22/2014                                Page 3 of 25
Revised Date:                                            Appendix M SOP# 270
File Name:  Appendix M Property and Evidence Packaging Guidelines.doc

Ammunition ........................................................................................................... 22

Knives .................................................................................................................. 22

Electronic Weapons/Tasers................................................................................... 22

XXIII. Transferring Evidence to Another Agency. ................................................. 23

XXIV. BSO Lab Submissions ................................................................................ 23

Liquid Body Fluid Samples for Laboratory Submission ............................................ 23

Sharps/Syringes for BSO Submission ..................................................................... 24

Drug Paraphernalia for BSO Submission ................................................................ 24

Cannabis for BSO Submission ................................................................................ 24

Narcotics for BSO Submission ................................................................................ 24

Vehicles for BSO Submission ................................................................................. 24

Plant Material for BSO Submission.......................................................................... 25

XXV. Arson Evidence Submission ....................................................................... 25

# I. Categories of Items Submitted to Property and Evidence

Items may be submitted as either evidence or property but not both.  Evidence is considered to be an item that tends to assist in the prosecution of a criminal case, either a felony or misdemeanor.  Property consists of non-evidentiary items that fall into categories such as lost/found, safekeeping, and stolen/recovered.  Please choose an appropriate category when completing the submission form.

# II. Descriptions of Packaging Materials

Packaging materials can be located in the Submission Room.  If you can't locate the material you need, please contact the Property Room or Storeroom for additional materials.

Paper Envelopes - The paper envelopes will be the preferred method of packaging most small items except in cases where it may compromise the evidence or other packaging is recommended by this manual.

Paper Bags - Paper bags shall be used in cases where the item is too large to fit into an envelope.

Glass Vials or Plastic Jars - Glass vials or plastic jars will be used for collection of liquid samples or any other samples that require special packaging.

Bubble wrap Pouches- Used for packaging of fragile items such as glass pipes.  The bubble wrap pouch will then be placed in an envelope.

Weapons Boxes - Knife and gun boxes shall be provided for the storage of evidence weapons.  The weapons will be made safe attached to the inside of the boxes using plastic zip ties.

Heat Sealable Bags – Clear chemically resistant bags used for packaging items that need secondary containment.

Currency Envelopes - These are clear plastic bags with notations for currency on the outside.  They shall be used only for currency.

Syringe Tubes - Used for storing syringes.

Evidence Tape - Red tamper-resistant tape.

Packaging Tape - Clear or brown tape used for closing large or bulky packages.

Metal Cans - Unused metal cans for storage of arson evidence.

Biohazard Labels - Universally recognized biohazard symbols should be applied to anything that may be contaminated with body fluids.

Evidence/Chain of Custody Labels and Tags - To be applied to items that are too large to fit normal packaging.

Evidence Barcodes - To be applied by the evidence custodian after the evidence is entered into OSSI.


# III. General Guidelines to Packaging Items

Employees who submit items are responsible for ensuring that the items are properly identified, packaged, sealed, and labeled before submitting them. Materials for packaging, sealing, and labeling items will be available at the property submission room.

Employees shall attempt to obtain sufficient amounts of the evidence to be tested and preserved for evidentiary value. Select an appropriate container based on the type of evidence and its condition.  Generally, the package should be only slightly larger than the object so that it does not shift and become damaged. Always use clean containers to prevent contamination.  Paper envelopes, bags or cardboard boxes should be used for most items.  Weapons submitted as evidence should be placed in weapons boxes.  Weapons submitted for safekeeping do not need to be boxed, only tagged.

## Items for Safekeeping, Lost/Found, Stolen/Recovered

Items that are turned in for safekeeping or lost/found should be packaged in appropriate containers and properly labeled.  Evidence tape is not needed for these items with the exception of drugs/narcotics (all drugs/narcotics must be sealed with evidence tape no matter the item status).  Guns submitted for safekeeping do not need to be placed in gun boxes.

## *Paper Envelopes/Bags*

Paper should be used for all marijuana, bloodied items, wet items or items submitted for processing for latent prints or DNA.  Photographs, latent print cards and digital media cards should be submitted in envelopes.  Multiple sizes of paper bags and envelopes will be provided.  Please use the most appropriate sized container.

## *Packaging Tape*

When using paper, use packing tape to seal the bag and evidence tape to protect the integrity of your seal.  **Do not use evidence tape as packaging tape.** Evidence tape dries out, becomes brittle and tears.  It is not sturdy enough to hold packaging closed.  As soon as a package is moved and/or relocated in the

property/evidence unit the seals tend to tear apart and separate. Utilizing packing tape along with the evidence tape protects the integrity of your package at the time of submission and the future.

### Staples

**Do not use staples to close evidence packages.** Large or bulky packages should be closed with packing tape. Evidence tape may be placed across the packing tape to provide the evidence seal.

### Discrepancy Notices

Notices will be issued and you will be required to repackage items that are incorrectly sealed or not packaged in the appropriate sized container.

### Liquids

Liquid evidence and samples must be placed in leak proof containers and sealed inside a secondary container such as a heat sealable bag or cardboard box.

## IV. General Items

General items of evidence should be packaged in the appropriate sized paper bags. However, if an item is deemed to be fragile (glass, ceramic or other materials that may be easily broken) care should be taken to place the item in a crush proof container prior to being placed in the evidence bag.

## V. Drying Evidence

Items that are wet must be dried prior to submission to the Property Unit. Please contact a Crime Scene Technician to arrange for drying items.

## VI. Property and Evidence Forms

All property and evidence shall be documented on the HPD Property Form. When preparing the Property Form, the employee will fill out all blocks of information. Separate items should be described sequentially in the items sections. A line should be drawn across any unused sections with the words "nothing further" to indicate there are no other items to be submitted with the case.

When preparing the description section of the label, the employee will describe the contents as "said to contain or suspected" and then list the item. An example would be, "said to contain Rolex watch" or "suspected cocaine."

When describing jewelry or other valuables, the employee will use descriptions such as, "said to contain a yellow in color ring, with a clear stone." Do not use

silver, gold, ruby or other identifiers.

When placing currency into the evidence room, the employee will count and describe each denomination of bills (i.e., (2) ten-dollar bills, (5) twenty-dollar bills, etc.).  Additionally, employees shall follow the procedures outlined in Section XV, Currency and Negotiable Instruments.

The employee will sign the form and print their badge number, and the date and time will be stamped in the upper right corner below the case number.

### *Minimum Information Required on Evidence Label/Package*

When packaging items, the minimum information that should be provided on the package is the case number, date and time of recovery, name of person who had recovered that item, and the contents of the package.

If any item is considered to be bio-hazardous or contains sharps, it should be marked appropriately identifying the hazard.  In addition to marking above, a biohazard label should be affixed.

### *BSO Lab Forms*

Any items that are to be sent to BSO for testing should have the lab form completed and attached with the property form.  Please refer to the BSO manual or section XXIV of this manual for information on completing the required forms.

### *Drop Log*

Any item that is secured in one of the temporary evidence drop lockers must be notated on the drop log.  Please include the case number, name and badge number, the location of the locker where the evidence was left.  For drug evidence, please also note if the item was field tested.

## VII. Sealing Evidence

In order to prevent inadvertent or improper handling of the evidence, the evidence package should be closed and secured as soon as practical after it is collected. Packages will be completely sealed at all openings and along any seams that could easily come open. The specially designed evidence tape should be used.  The employee packaging the evidence will initial and date the seals.

If a sealed evidence package must be opened, do not cut or break the original seal if at all possible.  It is better to open the package at another point and retain the original package.  It must then be correctly resealed and the chain of custody label affixed and annotated properly.

# VIII. Items Not Accepted

## *Improperly Submitted Evidence*

When evidence is improperly submitted, the submitting employee will receive a Property Rejection Form which will indicate that there is a problem in the packaging, labeling, or accompanying documentation. The employee should respond to the appropriate custodian and correct the problem within 72 hours of receipt, unless the immediate supervisor approves a delay.

## *Perishable Items*

Perishable items will not be stored in the evidence room.  Photograph these items and leave them with the owner or properly dispose of them except in the following cases:
   a.  The perishable was used as a weapon in a serious felony.
   b.  The perishable was used to deliver a poison.
   c.  The perishable is an illegal substance such as marijuana.
   d.  The perishable is a body fluid related to a criminal case.

## *Compressed Gas Cylinders*

Compressed gas cylinders will not be accepted into the evidence room.  Empty SCUBA tanks are the exception.  The items should be photographed and properly disposed of.

## *Glass Bottles*

Glass bottles will not be accepted in the evidence room except in limited cases such as homicides or other cases where the actual item must be retained. Bottles should be swabbed and/or photographed, then discarded

## *Explosives*

Explosives (e.g., gunpowder, dynamite, plastic explosives, blasting caps, nitroglycerin, fireworks etc.) shall be photographed and turned over to the BSO Bomb Squad or Hollywood Fire Department.  Refer to Section XXI, Weapons, for information regarding ammunition.

## *WMD/Hazardous Materials/Ignitable Liquids*

Weapons of Mass Destruction, hazardous materials or ignitable liquids will not be accepted into the evidence room.  Please notify a supervisor and contact the Hollywood Fire Department for disposal.

## *Live Animals*

Live animals will not be accepted into the evidence room.  If live animals must be

taken, please contact the Broward County Animal Services Department, the SPCA or the Humane Society to arrange for transport and care of the animals. If immediate transport can't be arranged, the animal may be placed in the temporary pen behind the police building until one of the above mentioned agencies can retrieve it.

### *Vehicle Airbags*

Unspent vehicle airbags will not be accepted into the evidence room. They should be processed by the CSI unit, and then turned over to the Broward Sheriff's Office for disposal. Spent airbags for the Traffic Homicide Unit will be accepted.

## IX. Alcoholic Beverages

Do not turn in large amounts of alcohol for evidence. Please submit only representative samples, no more than 1 oz. Please place the alcohol sample in a glass jar. The jar will then be sealed inside a plastic bag and labeled "alcohol."

Mark the level of fluid on the outside of the container and photograph the container. The photos may then be submitted. The original alcohol container should be submitted only if needed for latent prints. For latent prints, please package the container in a paper evidence bag.

## X. Biological Items

DO NOT SUBMIT WET ITEMS - Wet items must be dried prior to packaging. If you have a wet item of evidence, please refer to Section V, Drying Evidence, for guidelines.

Blood and other perishable evidence should be transported timely to secure refrigerated storage for preservation of the evidentiary value.

All items with biological materials must be packaged in paper. Packaging in plastic can seal in moisture that can damage serological evidence.

Any items containing biological material must be labeled as "biohazard." Note the source of the hazard, i.e. bloodstained clothing, and place a biohazard sticker on the outside of the bag in a prominent location.

### *Rape Kits*

Rape kits must be submitted in a manner required by the BSO lab because they go to different parts of the lab for testing. Urine Samples, grey top and red top blood tubes and fingernail scrapings must be packaged separately. Scalp head hair combed, scalp head hair plucked, pubic hair combed and pubic hair plucked

may be packaged together.  The purple-top blood tube, saliva sample, possible saliva vaginal smear, vaginal swab, anal swab, cervical smear, and possible semen with the exam envelope and lab sheet may be packaged together.  Rape kits should be submitted with both a HPD Property Sheet and a Sexual Assault Kit Submission Form.

### Blood Samples

Any tubes containing liquid blood samples must be stored in the refrigerator. Urine samples will also be kept in the refrigerator.

### Items Stained With Blood, Semen, Vaginal Fluid, or Other Bodily Fluids

Ensure the items have been air-dried prior to being packaged.  Items that have been thoroughly dried may be kept in air-conditioned storage.

### Hair Samples

Should be kept in air-conditioned storage. (NOTE: Hair samples are not considered a biohazard unless contaminated with blood or other body fluids.)

### Saliva Swabs and Samples

Ensure the samples have been air-dried prior to being packaged.  Freeze the samples in secured refrigerated storage.

### Needles and Syringes

Needles and syringes will not be submitted to Property except under extreme circumstances or if the evidence is homicide related.  A needle and syringe should be placed in a puncture resistant container (i.e., "Sharps" container) prior to being submitted.  If there is some reason to believe that the item has been contaminated with an infectious substance, a BIOHAZARD label will be affixed to the outside of the container. As with all potentially infectious materials, appropriate protective equipment shall be used when handling.

## XI. Biohazardous Material

Property or evidence that has been contaminated with potentially infectious substances should be handled with care and with appropriate protective equipment (e.g., latex gloves) in order to minimize exposure. The items should be packaged to prevent cross-contamination or exposure to personnel. Biohazard warning labels should be affixed to the outside of the package.

## XII. Sharps

A sharp is any object or device capable of puncturing the skin.  Injection of a

bloodborne pathogen such as HIV (AIDS virus), HBV (hepatitis virus), and others can occur by the accidental exposure to blood or body-fluid-contaminated sharps. Sharps include glass tubes, razor blades, scalpel blades, knives, hypodermic syringes and needles, and other items capable of cutting or penetrating the skin.

Sharps must be packaged in puncture-resistant containers. Knives and bladed implements may be packaged in a knife box.

# XIII. Computer Equipment and Electronic Media

Computer equipment and electronic media must be carefully packaged and stored due to the risk of corruption from static and magnetic fields. Do not put computer or electronic media in plastic bags due to the risk of static. Always store computers and electronic media away from any magnetic fields.

Desktop computers should have a piece of evidence tape placed over the power cord port. Evidence tape should also cover the openings to any disk drives. Attach the evidence label directly to the computer. Laptop computers should be placed in a paper bag. Label the bag "Computer equipment." Ensure that all cords are properly labeled and submitted with the computer.

Computer diskettes, CDs and DVDs should be placed in paper envelopes. The envelope should be labeled "Electronic Media."

Evidence having the possibility of transmitting data should be placed in protective packaging, such as a clean metal paint can.

# XIV. Documents

## *Documents*

Documents should be placed in a manila envelope of appropriate size. If the quantity of documents is too large for an envelope, a paper bag or small cardboard box may be used.

FDLE has updated their Evidence Submission Manual to include information on Questioned Documents Examination. This includes procedures for Handwriting and Hand Printing analysis; Non-Genuine Signature; Altered or Obliterated Writing; Typewriting; Photocopies; Faxed Documents; Counterfeit Documents; Graphic Arts (Printing); Paper; Burned or Charred Paper; Age of Document; Carbon Paper or Carbon Film Ribbon; Checkwriters; Embossing and Seals; and Rubber Stamps.

It is important to preserve documentary evidence in the condition it was found. It must not be folded, torn, marked, soiled, stamped, written on, or handled

unnecessarily.  You must protect the evidence from inadvertent indented writing. If you need to mark on the documents, do so unobtrusively by writing the information in pencil.

Whenever possible, submit the original evidence to the laboratory for analysis. The lack of details in photocopies makes examinations difficult.

Don't process the documents for fingerprints before a document has been examined, and don't store or ship photographs in plastic envelopes.

# XV. Currency

All currency will be separated from other property or evidence and placed in a currency bag.  Notify the property unit if the actual bills will be required for laboratory analysis (i.e. DNA, Latent Prints) or if the prosecutor wishes them to be held for evidence.  All currency should be sealed inside clear currency bag. Do not remove the cardboard sheet from the bag.   Foreign and US Currency should be packaged separately.  A Currency Form must be attached to the property sheet and must include totals.

Remember that copies of negotiable items are not evidence unless they are certified copies.

Please notify the Evidence Custodian if currency is contaminated with drugs or biohazards.

## *Currency for Laboratory Exam or Court*

If you believe the specific bills will be needed for laboratory tests or court exhibits, please notify the Evidence Unit.  Otherwise currency will be deposited and the specific money may not be available.

## *Seized/Forfeiture Currency*

A supervisor must witness the inventory of any seized/forfeiture currency.  A Crime Scene Technician will photograph the currency.  The Property Form should have the evidence box marked yes and a notation "Forfeiture Item" noted. A Forfeiture Analysis Form should be also be completed and placed in the lockbox outside the Legal Adviser's unit.  The minimum threshold for forfeiture proceedings is $1500.

## *US Currency*

Large amounts of currency should not be left in the drop-boxes.  If more than

$10,000 is to be submitted, the submitter's supervisor should be notified to witness and sign the evidence form.  If the amount of currency is more than will fit into the currency bag, use an appropriate sized box.  Fill out the information on the currency envelope and attach it to the outside of the box.   The Shift Lieutenant will authorize a call-out to the Property Room Supervisor for after-hours submission.

The amounts of each denomination shall be noted.  e.g.

2 x $20= $40
3 x $5 = $15
2 x $1 = $2
2 x 25¢ = $0.50
1 x10 ¢= $0.10
2 x 5¢ = $0.10
8 x 1¢ = $0.08
Total = $57.78

## *Foreign Currency*

All foreign currency must be counted and the denomination marked.  Please make note on the outside of the currency bag and on the property receipt of any foreign currency.   Please package foreign currency separately from U.S. currency.

## *Rare or Collectable Coins and Currency*

Rare or collectable coins and currency must be described individually. For example you would list item 1 as a 1943 steel penny, Item two 1943 copper penny. Do not list it simply as 2 pennies.  Please make note on the currency bag and property receipt if you suspect the coins are collectable or rare.  Collectable coins or currency should be packaged separately from other currency.

## *Counterfeit Currency*

Counterfeit currency does not require the use of a currency bag.  Counterfeit currency should be separated from other items.  Note "Counterfeit Currency" on the Property Form and notify the Investigative Services Section.

## *Checks and Negotiable Instruments*

Checks, traveler's check, cash cards and other negotiable instruments should be submitted in appropriate sized paper envelopes.

# XVI. Drugs

One of the most important factors in packaging drugs is personal safety. Employees must take care to wear appropriate safety equipment when needed.

In addition to the officer's safety, protecting the integrity of the evidence is very important.  Do not try to remove a trace amount of drugs from a container, as contamination may occur as well as the loss of the evidence in transfer.  When only a trace amount exists, do not attempt to field test the item.  When submitting an item like this, identify it as "(description of container) with a trace amount of suspected (description of substance)."

All substances will be field tested, when feasible, to determine preliminary results of the type of illegal substance.  The results of the field test will be listed on the Property Form.

All substances must be submitted to the property and evidence function for proper disposition using the proper evidentiary procedure.  In the circumstances of joint investigations, or the sheer size of the seizure, narcotics and dangerous drugs may be submitted and stored in Federal or local sheriff's office's evidence rooms.

Drugs are to be submitted with either a weight count or an item count.  The only exception is when you identify a trace amount of residue.  All drugs received will be entered with the "approximate" weight you have provided.  The actual weight will be determined by BSO and adjusted if submitted to the lab.

Under no circumstances will employees who are not designated as property and evidence custodians, and operating under court order, destroy contraband.

All drugs must be separated by type and sealed in individual bags, envelopes, or glass/plastic vials.  Pills and capsule will be counted, unless the sheer volume would be overwhelming, then they may be weighed.  All other drugs will be weighed.  The amount and description of the drug will be entered on all applicable forms. Each bag/envelope/vial will be sealed, with the submitting employee's signature written across the seam of the tape.  All drugs submitted, even if safekeeping or found should have evidence seals on the package.

## *Drug Paraphernalia*

Drug paraphernalia will be packaged separately. Items, such as glass or metal pipes are to be placed in bubble wrap packs before being placed in an envelope. Baggies, scales and other items should be placed in appropriate paper bags.

## *Clandestine Laboratory*

Clan Lab chemicals will not be accepted by the Property Room for storage.

When submitting evidence suspected as Florida Statute 893 Listed Chemicals, either Precursor Chemicals (such as pseudoephedrine tablets), or Essential Chemicals used in the manufacturing of controlled substances, or taken from clandestine laboratories, follow the guidelines set forth in FDLE's Evidence Submission Manual or SFM Laboratory Submission guide for proper storage, submission and sampling guidelines.  The labs must be notified prior to Clan Lab Evidence Submission.  Such samples will have to be submitted directly to the proper laboratory.

## *Cannabis*
**DO NOT SUBMIT WET CANNABIS**

Fresh Cannabis must always be submitted in paper.  The only exception to this is when there is a trace amount and you would risk losing some of the evidence by removing it from the container it is in.

Cannabis plants must be harvested with the roots intact.   Smaller plants (seedlings) may be packaged in small paper envelopes.  Larger plants should be packaged in large paper bags or cardboard boxes.  All plants must be counted and a weight provided.

If the Cannabis is to be submitted to the BSO, please observe their weight restrictions for cannabis.  If the entire amount is less than 100 grams, you may submit the entire amount.  If the amount is between 100 grams and 25 pounds, submit a core sample of 100 grams.  If the amount is over 25 pounds, you must make an appointment with the lab to weigh the entire amount.  They will take a representative sample and return the rest of the evidence.

## *Narcotics (Excluding Cannabis)*
Narcotics should be field tested before submission unless the testing would consume the sample or present a danger to the officers such as testing the contents of a syringe or LSD which is easily absorbed through the skin.

Any amount of narcotics weighing one pound or more will be submitted directly to the Property and Evidence Unit.  All narcotics will be placed in plastic bags, and then put into paper envelopes or bags.  Pills will be separated by types.  Do not packaged different types of pills for evidence together.  Please note that some narcotics have special handling requirements.

## Crack Cocaine
Crack cocaine should not be identified by the number of pieces recovered, only the weight.  The number of pieces may change with handling and transportation.

## Liquids and Oils

Any drugs in liquid form, such as hash oil, liquid heroin, or meth oil must be packaged to prevent any liquid from escaping.  The liquid should be primarily packaged in a small glass or plastic container with a secure lid.  The primary container should then be placed in a secondary container such as a larger bottle/can or heat sealed bag.  The secondary can or bottle can then be placed into an evidence bag.  Please note "LIQUID SAMPLE" on the outside of the container.

## LSD

LSD will be double packaged with item contained in a plastic bag and placed into a secondary container.   There is **no exception**.   Due to possibilities of contamination, **do not** attempt to remove LSD from the package it is recovered in.  Weigh the container and contents together and provide that weight on the property/evidence sheet as well at the package.

## Methamphetamine

Methamphetamine (meth) will be double packaged with item contained in a plastic bag and placed into a secondary container.  There is **no exception**.  Due to possibilities of contamination, **do not** attempt to remove meth from the package it is recovered in.   Weigh the container and contents together and provide that weight on the property/evidence sheet as well at the package.

## Mushrooms and Peyote or other plant material

Any plant materials such as mushrooms or peyote should not be packaged in paper if they are fresh or contain any moisture.  Fully dried materials may be packaged in plastic bags.  Items that are not fully dried should be packaged in paper.

## Syringes

Needles and syringes will only be accepted if there is no other pertinent evidence in the case.  If possible, the contents of the syringe should be emptied onto clean gauze or into a vial and the syringe disposed.  If no liquid is present and the syringe must be submitted, it is recommended to remove the needle first.  If the needle can't be removed, the needle and syringe should be placed in a puncture resistant container (i.e., "Sharps" container) prior to being submitted to the property and evidence custodian.  If there is some reason to believe that the item has been contaminated with an infectious substance, a BIOHAZARD label will be affixed to the outside of the bag. As with all potentially infectious materials, appropriate protective equipment shall be used when handling. An exception to this would be a large quantity of unused syringes that may be packaged in and

submitted as one sealed box.

### Non-Evidentiary Narcotics

If found narcotics have no evidentiary value, the items should still be field tested, weighed or counted and a Property Form completed.  The words "To be Destroyed" should be placed on the Property Form

## *Prescription Medication*

Prescription medication should only be submitted if it is evidence, safekeeping or is found property with an identifiable owner.  Prescriptions found at the scene of a death should be given to the Medical Examiner or submitted for destruction. Found prescription medication with no identifiable owner should be submitted for destruction.

# XVII. Arson and Ignitable Liquids

## *Free Liquids*

No amount of free ignitable liquid may be stored in the evidence room.  If an ignitable liquid must be collected, use a swab to collect a small amount of the liquid.  The swab should then be sealed in a glass jar. Be sure to tape seal the jar and write the case number on the outside. The jar will then be placed inside a metal can filled with absorbent material.  The can should then be tape sealed and labeled with the case information.

## *Arson Evidence*

Arson evidence that does not contain free ignitable liquids should be placed in a new metal can.  Remove any debris that may fall into the lip of the lid and place lid on securely.  Do not fill cans all the way.  Due to the nature of the evidence, the cans should be filled no more than 2/3rds of the way full.  Three strips of evidence tape should be used to seal the lid, forming a Y pattern.

## *Lighters*

Lighters will not be accepted unless they are evidence in a case.  Any fluid must be emptied prior to submission.  The Police Department's Garage is equipped to handle this task.

## *Engines*

Any engine containing gasoline or combustible materials must be drained before being submitted.  The Quartermaster's office is equipped for this task.

### Hazardous Materials

Any items that may be toxic or a hazardous material should not be collected as evidence.  A supervisor should be notified.  The Hollywood Fire Department is responsible for Hazardous Materials response.  A Fire Department Investigator will assist in removal, storage and testing of hazardous materials.

### Compressed Gas Cylinders

Compressed gas cylinders (propane tanks, helium tanks, oxygen tanks, etc.) will not be accepted into the evidence room except in the case of empty SCUBA tanks.  The items should be photographed and disposed.

# XVIII. Explosives

### Explosives

Explosives (e.g., gunpowder, dynamite, plastic explosives, blasting caps, nitroglycerin, fireworks etc.) shall be photographed and turned over to the BSO Bomb Squad or Hollywood Fire Department.  Refer to Section XXI, Weapons, for information regarding ammunition.

### Airbags

Airbags may not be submitted to Evidence.  The Broward County Sheriff's Bomb Disposal Unit will be called for all recovered airbags and the Auto Theft Unit notified.

### Fireworks

If small quantities of fireworks must be taken, the items should be photographed and turned over to the Hollywood Fire Department for disposal.  The Photographs can be submitted as evidence.

# XIX. Large or Bulky Items

If an item is too large to be placed in an evidence bag or box, all items of value should be removed from it and placed in a separate container.  An evidence label should then be applied directly to the item.  Care must be taken not to damage the item.

If items are too large, heavy or bulky to be transported to the property and evidence facility, alternative arrangements will be made to ensure secure storage.

Remember to check FCIC/NCIC on all items with serial number or owner applied

numbers.

### *Bikes*

Bikes should be placed in the bicycle compound next to the radio tower.  An incident report is required for all submitted bicycles.  The compound is secured by a padlock; the combination can be obtained from dispatch.  A property form should be completed and either dropped in the evidence submission room or placed in a plastic envelope and placed in locked mailbox within the bicycle compound.  Place a toe tag with the case information on the bike's handlebars or under the seat.

### *Evidence Vehicles*

Vehicles, which are impounded as evidence/property will be inventoried, and any property contained therein will be listed on the appropriate form.  These vehicles will be towed, if possible, to the vehicle storage compound.  Please contact the Property Unit for access.  Items of exceptional, valuable, or sensitive items of evidence/property, i.e., money/negotiable instruments, precious metals, jewelry, weapons, and drugs inside the vehicle should be taken into custody.

### *Forfeiture Vehicles*

Vehicles that are being submitted for forfeiture should be secured in the impound lot.  The combination for the lock can be obtained from Dispatch.  An inventory of the vehicle should be completed and any valuable items removed from the vehicle.  A forfeiture form, a case narrative and a DAVID report with title and lienholder information must be submitted to the Legal Advisor's Office within 24 hours.  The keys to the vehicle should be submitted to property with a completed Property Form.

### *Items with Engines*

Items with engines (lawn mowers, weed-whackers, etc.) should not be brought into the building.  They should have the fuel drained and be placed into the bike compound.  The property form can either be dropped in the evidence submission room or placed in a plastic envelope and dropped in the locked mailbox within the bike compound.

# XX. Live Animals

For assistance with live animals that are evidence in a case, contact the Broward County Animal Services Department.  In cases where the animal is considered evidence, the animal should be photographed prior to release to Department

personnel.

# XXI. Jewelry and Valuables

Jewelry, valuables and precious metals for safekeeping, lost/found or stolen/recovered that are small or numerous, or consist of necklaces, chains or other easily tangled items will be placed individually in plastic bags.  Evidence items may be packaged together unless doing so may result in damage to the items.

A supervisor will be required to assist in the inventory if the value is estimated at $50,000 or greater.  High value items should be packaged individually.

Do not identify an item as gold, silver or platinum.  Use the term "yellow (or gray, white, etc.) in color."

Do not attempt to identify a precious or semi-precious stone.  Describe the color and shape; e.g. A square-cut, red colored stone.

# XXII. Weapons

## *ALL WEAPONS MUST BE MADE SAFE PRIOR TO SUBMISSION!*

If you need help to render a weapon safe, please contact an on-duty supervisor or the Range Master before submitting the item.  Before handling the firearm, the following should be noted:  position of the hammer, position of the slide mechanism (automatic) and the position of the safety.  When unloading a firearm, the following information should be noted: condition of the ammunition beneath the firing pin, position of the fired/unfired ammunition, number of rounds left in the magazine, and whether a round is in the chamber.

## *Firearms*

All firearms submitted as evidence will be packaged in gun boxes and secured to the box with plastic ties.  Ammunition or gun cases will be packaged separately. Firearms that are submitted for safekeeping, lost/found or stolen/recovered will be rendered safe with a tie-strap and either placed into an envelope or have a property tag affixed.  If the submitter does not know how to clear the weapon they should contact a supervisor.   If the weapon can't be rendered safe, arrangements should be made to place the weapon in a CSI gun box, labeled "Possibly Loaded" and transported to the BSO lab immediately.

Revolvers will have all the ammunition removed and have a tie secured through the cylinder.
Semi-automatic or automatic firearms will have all the ammunition removed and

a tie secured through the action.
Bolt action weapons will have all the ammunition removed and have a tie secured through the bolt.

The Firearm Property Form will be completely filled out (except for BB and Pellet guns) and a full description of the weapon provided.  For firearms that are going to the BSO lab, a BSO Property Form and BSO Firearm Addendum sheet must also be completed.  For example, descriptions would be a handgun or rifle, a semi automatic or single shot, shotgun, automatic weapon, etc.  Always include the model number, make and any other descriptions that would assist in identifying the weapon.  If the serial number is in Cyrillic, please copy it exactly as seen on the weapon.  Note both the Cyrillic serial number and the importers serial number on the Property Form.

All serial numbers will be run through FCIC/NCIC by the submitting officer.  Results should be detailed in the Mobile Field Report and noted on the Property Form.

## Accessories

All accessories, including but not limited to magazines, speed loaders, extra cylinders, holster and cases will be identified as individual items but may be packaged together for safekeeping, lost/found and recovered/stolen.   All ammunition must be packaged as its own item and identified as such on the Property Form

## Ammunition

When in doubt about the condition of the material, the submitting officer should contact the local fire department or local Bomb Squad.  All ammunition that is submitted must be counted and the count noted on the Property Form along with the manufacturer and caliber.

## Knives

Unsheathed knives and all spring-loaded knives, to include switchblades must be packaged in a knife box.  This includes kitchen type knives.  The knife will be secured to the bottom of the box using plastic ties.

All other knives such as folding pocketknives may be placed in the folded position in a paper evidence bag.

For knives or other sharp-bladed items too large for knife boxes, a piece of cardboard should be folded over the blade and secured.  It should then be placed into a paper bag unless the item is too large.

## Electronic Weapons/Tasers

Handheld electronic weapons/Tasers should have their batteries removed before being placed in an evidence bag.

Taser cartridges probes will be placed inside the Taser cartridge and the wires discarded.  The cartridge will be placed into a "D" style cardboard box and placed into an envelope.  The outside of the envelope should have a hazardous material sticker affixed.

# XXIII. Transferring Evidence to Another Agency.

Evidence to be submitted to the BSO lab is picked up from the Evidence Room twice a week. Please have all BSO forms complete filled out and with the evidence when it is submitted.  If evidence is to be submitted to another laboratory such as FDLE or SFM, please have those forms completed and notify evidence.  If evidence is to be transferred to another law enforcement agency, the item may be picked up in person or contact the evidence room to arrange for it to be shipped.

# XXIV. BSO Lab Submissions

Items to be sent to the BSO lab must have the following information on the BSO property forms:

1. Name of subject, if applicable
2. Name of victim, if applicable
3. Offense and offense date
4. Agency submitting evidence and agency case number
5. Name and phone number of officer submitting evidence and to whom reports should be sent and/or evidence returned
6. List of item(s) and location of item(s) recovered (describe what is questionable evidence and what is known evidence)
7. Type of examination desired
8. Brief summary of the details of the case that are pertinent to the laboratory examination
9. Notes concerning any accidental or intentional changes to the items made by the investigator
10. Laboratory case number if items are additional evidence for a case already submitted to the crime laboratory

Use the laboratory case number for all inquiries to the laboratory concerning evidence.  Reference this number to court officials involved in the case so it can be used on subpoenas.

## *Liquid Body Fluid Samples for Laboratory Submission*

The BSO lab does not do toxicology testing.  Samples for toxicology should be submitted to the Broward Medical Examiner's Office or FDLE.  Liquid blood and urine should be packaged in a crush-proof container that will contain all contents

and prevent leakage during handling, storage, and transport.   Label with the international biohazard symbol and warning label.

### *Sharps/Syringes for BSO Submission*

Because of the possibility of an accidental needle puncture, hypodermic syringes continue to pose a health and safety threat both to contributors and to laboratory personnel.   The laboratory will not accept hypodermic needles as evidence. Liquids from syringes may be submitted for analysis.   If no liquid remains in the syringe, the needle must be removed before the syringe can be submitted for analysis.

Package sharps in rigid, puncture-resistant, leak-proof containers.   Package glass to prevent breakage.   Secure knives, razor blades, etc., within cardboard or similar support or in boxes. Label with the words, **WARNING: CONTAINS SHARPS.**

### *Drug Paraphernalia for BSO Submission*

BSO will not accept paraphernalia for testing unless there is no other evidence or the paraphernalia items is related to the predicate charge in the case or with special permission through the Chemistry Section Supervisor.

### *Cannabis for BSO Submission*

For amounts less than 100 grams, please submit the entire amount.   For amounts over 100 grams but under 25 pounds, please submit a core sample of 100 grams.   For amounts over 25 pounds, please contact the lab to schedule an appointment for it to be weighed and sampled.

### *Narcotics for BSO Submission*

For powders, submit all foils, plastic corners, plastic bags, and refilled capsules to the lab.   Do not empty the contents.   Seal each item individually to prevent contamination.   For pills and capsules, separate into groups based on color, shape and logo.   Do not mix different kinds of drugs.   Do not mix similar drugs that were not found together.   If the items were located in a baggie or bottle together, list it as a single item with sub items describing the various types of pills within the original packaging.

### *Vehicles for BSO Submission*

An automobile to be examined externally should be driven as little as possible.   If it is necessary to transport it a long distance, deliver it in a covered truck or trailer.   Contact the laboratory's Crime Scene Unit regarding the submission of automobiles for examination prior to transport to the laboratory.   An automobile to be examined internally for blood, hair, fibers, or fingerprints should not be driven. Access to the interior should be limited to reduce the possibility of contamination.

### *Plant Material for BSO Submission*

Package dried plant material in paper bags or boxes.  Storage and packaging of freshly cut or moist plant material in plastic facilitates the development of mold. Not only does the mold make analysis more difficult, it may also change the condition of the plant material and make it unsuitable for analysis.  Additionally, the inhalation of mold spores may cause respiratory problems.  Please contact the Drug Analysis Unit to schedule an appointment to weigh and test fresh plants.

### DNA Evidence for BSO Submission

The DNA Unit Supervisor must be contacted by phone, email or in writing prior to the submission of DNA evidence.  They will provide the guidelines on what kind of evidence and the number of items that will be accepted based on the nature of the case.

## XXV. Arson Evidence Submission

If the sample will be submitted to the Bureau of Forensic Fire and Explosives Analysis for testing, a comparison sample of the swab material must also be included, and a State Fire Marshall (SFM) submittal form completed.

If gas cans or other storage materials are to be submitted for analysis, you must ensure that they are empty when packaged.  If the item will fit inside a metal can, please place it in one, otherwise please contact the State Fire Marshal for packaging guidelines.

| COMPUTER CRIMES INVESTIGATION | |
|---|---|
|  **DEPARTMENT SOP:  271** | **CALEA:** |
| **EFFECTIVE DATE: 09/27/2002**<br><br>**REVIEW: 02/14/2013** | **CFA:**<br><br>**None: 35.05 A-C** |

**PURPOSE:**  To establish procedures for the identification, protection, seizure and forensic examination of computers and digital media, which may be contraband, fruits of a crime, a tool of an offense, or a storage container holding evidence of a crime.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Hollywood Police Department to ensure that computers, electronic storage devices, and digital media are handled and examined in accordance with applicable forensic procedures.  The handling of electronic storage devices and digital media will meet all legal and ethical considerations.

**INDEX:**

**I.      ON-SCENE INVESTIGATION**...............1

    A.      Responding Officers: ..........................1

**II.     FORENSIC EXAMINATIONS** ...............2

    A.      Examiner Training: **[35.05a]**...................2
    B.      Legal Authority:....................................2
    C.      Environment:........................................2
    D.      Documentation:....................................2
    E.      Protocol for Processing Digital
        Evidence and Storage of Original
        Image/Document **[35.05 b, c]** .................2

**III.    DISPOSITION OF SEIZED
       COMPUTERS/ MEDIA:** .........................4

    A.      Prosecution:.........................................4
    B.      Release to Owner: ...............................5

**PROCEDURE:**

**I.   ON-SCENE INVESTIGATION**

    **A.   Responding Officers:**

        When a Member is conducting an investigation and determines that a digital device, electronic media and/or computer(s) may contain evidence, or be an integral part of a crime, the Member will adhere to the following;

        **1.**   Immediately restrict access to the digital device, electronic media and/or computer(s).

        **2.**   Secure the equipment(s) as evidence.

        **3.**   If the computer is "off", **DO NOT TURN IT ON!**

        **4.**   If the computer is "on", **DO NOT TURN IT OFF!**

        **5.**   Contact a Detective trained in computer crimes investigation to coordinate the seizure and conduct the follow-up investigation.

        **6.**   Preserve the area for processing by a Crime Scene Investigator

        **7.**   Photograph the computer and other media as they appear.

## II.  FORENSIC EXAMINATIONS

### A.  Examiner Training: [35.05a]

Only Detectives who have attended and successfully completed approved Digital Evidence training(s) and are approved by the Economic Crimes Supervisor will be permitted to conduct analysis of a computer or other media. The training will include, but is not limited to, the following:

1. Computer Network Investigations

2. Covert Electronic Surveillance

3. Covert Electronic Tracking

4. Digital Photography for Law Enforcement

5. Mobile device investigations

6. Approved Computer Forensics

7. Approved Cell Phone Forensics

8. Digital Evidence Handling

### B.  Legal Authority:

Prior to examining the electronic storage device and/or media, legal authority to do so must be established.  Authority can be established by:

1. A Search Warrant (see **SOP# 274 SEARCH & SEIZURE**, Section VII).

2. A signed Consent to Search Waiver Form (see **SOP# 274 SEARCH & SEIZURE**, Section VII).

### C.  Environment:

Computer forensic examinations will be conducted in the Computer Forensic Lab located at the Police Department or at a Laboratory located at another Law Enforcement facility. Access to the Computer Forensics Laboratory will be restricted to approved Investigators and appropriate Supervisory personnel.

### D.  Documentation:

Printouts, copies of data, and exhibits will be properly documented, marked, and controlled by the Investigator(s) performing the examination.

### E.  Protocol for Processing Digital Evidence and Storage of Original Image/Document [35.05 b, c]

At the direction of a Computer Crimes Detective, responding Officers will comply with the following guidelines when a digital device, electronic media and/or computer(s) and associated hardware are to be seized and or searched:

1. If written consent to search was granted, Officers will secure the search location.

2. If a search warrant was issued, it will be executed by any of the Sworn Officers/Detectives mentioned in its direction.

3. Digital device(s), electronic media and/or computer(s) and associated devices or equipment, seized as evidence, will be packaged securely and be secured in accordance with **SOP 270 PROPERTY AND EVIDENCE. [35.05B]**

4. Once the search location is secure, collection of electronic storage devices will be conducted according to the following procedures:

   a. **Computers**

      (1). Preserve for potential fingerprints.

      (2). Immediately restrict access to computer(s) and isolate from phone lines

      (3). If computer is "OFF", **DO NOT TURN ON.**

      (4). If the computer is "ON", consult immediately with a Detective trained in Digital

Evidence handling due to the possibility of the system running encryption software, and:

**(a).** Do not attempt to log off or press any keys

**(b).** Have CSI photograph the screen; then disconnect all power sources

**(c).** Place evidence tape over each drive slot

**(d).** Photograph/diagram and document the back of the computer and components with existing connections for later reassembly.

**(e).** Package and transport as fragile, and keep away from hostile environments such as magnets and radio transmitters.

**(5).** If the computer is on a network or a business computer, consultation with a Detective trained in computer crimes investigation will be required prior to any physical changes being made to the involved computer and related equipment. Disconnecting the power to certain networked and business level computers could damage the system, disrupt legitimate business, and create Officer and Department liability.

**(6).** The Member seizing the computer, peripherals such as manuals, monitor, disks, printer, scanner, cables and other devices connected to the CPU will complete a Hollywood Police Property Form and transfer custody

of the computer or media to a Computer Crimes Detective or place it into Property in accordance with **SOP# 270 PROPERTY AND EVIDENCE.**

**b.** **Electronic/Digital Media** (Media; other than film) used for recording and storage of computer files, images, video or other electronic formats will be handled as follows:

**(1).** Prior to any other usage, processing, reproduction, or analysis of seized electronic/digital media, the Computer Crimes Detective will archive electronic/digital media prior to the creation of a working copy. Original evidence will be returned to the Property and Evidence Unit.

**(2).** Techniques applied to working copies of electronic/digital media for enhancement purposes and later court presentation will be accomplished by or requested through the Computer Crimes Detective.

**c.** **Wireless Telephones:**

**(a).** Unless an emergency exists, do not access the device. In emergency situations document actions associated with the manipulation of the device.

**(b).** If the device is "ON", do not turn it "OFF". Turning it off could activate a lockout feature. Document and photograph all information on the display. Power down prior to transport and take any power supply cords present.

**(c).** If the device is "OFF", leave it "OFF". Turning it on could alter evidence.

**(d).** Locate and seize any instructional manuals concerning the device.

**(e).** Potential evidence from a wireless telephone includes: numbers called, speed dial numbers, caller ID for incoming calls, information in memory such as names, addresses, pin numbers, voice mail access number and passwords, debit and calling card numbers, and E-mail/Internet access information.

**d. Paging Devices:**

**(1).** Potential evidence contained in paging devices includes numbers, text messages, voice messages, incoming and outgoing messages.

**(2).** Once the paging device is no longer in proximity to suspect, turn it off. Continued access to electronic communications over pager without proper authorization can be construed as unlawful interception of electronic communication.

**(3).** Locate and seize device manuals

**e. Facsimile Machines:**

**(1).** Fax machines may contain speed dial lists, stored faxes, fax transmission logs, header line information and clock settings.

**(2).** Document the telephone line number that the fax is plugged into. The header line should be the same as the phone line; however, the user may have a different header for illicit purposes.

**(3).** Locate and seize device manuals

**(4).** Powering down the device may cause loss of last number dialed or stored faxes.

**f. Caller ID devices:**

**(1).** Document all stored data prior to seizure or loss of data may occur.

**(2).** Caller ID devices contain telephone and subscriber information from incoming phone calls.

**g. Smart Cards** (plastic card holding a microprocessor chip or magnetic information):

**(1).** Photograph card and document characteristics. Examine for alteration or tampering.

**(2).** Be suspicious when numerous cards are located or when cards are located in the presence of a computer or other electronic devices.

**III. DISPOSITION OF SEIZED COMPUTERS/ MEDIA:**

Upon completion of the forensic examination of the computer or other media, it will be placed into the Hollywood Police Department Property Room as evidence.

**A. Prosecution:**

In the event that the computer or other media will be needed for prosecution, it will be the assigned Detective's respon-

sibility to transport the computer to and from Court.

**B. Release to Owner:**

In the event that the computer or other media is not needed for prosecution, the assigned Detective will make arrangements to have the computer returned to the listed owner, or placed into Property in accordance with **SOP# 270 PROPERTY AND EVIDENCE**.

**DEFINITIONS:**

None

APPROVED BY:

_02/22/2013_
**Vincent R. Affanato                Date**
**Office of the Chief of Police**

**APPENDIXES:**

None

|  | **SEARCH WARRANTS** | |
| --- | --- | --- |
| | **DEPARTMENT SOP: #272** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** | **CFA:** |
| | **REVIEW DATE: 04/11/2014** | **2.07 F, 18.10A-F** |

**PURPOSE:** To provide Officers with guidelines for the drafting, obtaining and execution of Search Warrants.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The Search Warrant is a valuable tool in Law Enforcement. There are many technical and legal pitfalls that can invalidate a Search Warrant, lead to the suppression of evidence or dismissal of cases, and have liability implications for involved Officers. Therefore, it is the policy of this Agency that all Officers have a sound knowledge of the legal requirements associated with obtaining a Search Warrant in order to prevent suppression of evidence, support the Constitutional rights of citizens, and to maintain public confidence in this Agency's mandate to carry out the Police function in an ethical and legal manner.

**INDEX:**

I.  LEGAL GUIDELINES ........................... 1

   A.  Probable Cause Requirement: ............. 1
   B.  Establishing Probable Cause: .............. 2
   C.  Using Informants: ................................. 2

II.  SEARCH WARRANT APPLICATION PROCESS .................................................... 2

   A.  Prior Consultation with the State Attorney's Office: ................................... 2
   B.  Drafting Affidavit and Search Warrant: [18.10A,D] ............................................ 2
   C.  Affidavit and Warrant Review Process: [18.10B] ................................................ 3
   D.  Reviewing the Signed Warrant: ............ 4
   E.  Departmental Recording of Warrants: .. 4

F.  NINJA (Narcotics Information Network Joint Agency System) Deconfliction System. ................................................. 4

III.  SEARCH WARRANT TIME LIMITATIONS ....................................................... 4

   A.  Statutory Limitations: ............................. 4
   B.  Reasonable Time: ................................. 4
   C.  When Search Warrants may be Executed: ............................................... 4
   D.  Length of the Search: ........................... 5

IV.  EXECUTING THE WARRANT [18.10C] 5

   A.  Low Risk Search Warrants: .................. 5
   B.  High Risk Search Warrants: ................. 5
   C.  Execution by the SWAT Team: ............. 5
   D.  Protocol for Electronic Issuance of Warrants: ............................................... 5
   E.  Global Considerations: ......................... 6
   F.  Property Damage: .................................. 6
   G.  Inventory and Return on Search Warrant: [18.10E,F] .............................. 7

V.  DEFINITIONS: ....................................... 7

   A.  SEARCH WARRANT: ........................... 7
   B.  AFFIDAVIT FOR SEARCH WARRANT: ........................................................ 7

**PROCEDURE:** [18.10]

I.  **LEGAL GUIDELINES**

   A.  **Probable Cause Requirement:**

In order for a Police Officer to obtain a Search Warrant, the Officer must present a Judge with information which constitutes probable cause to believe that an offense has been or is being committed at a specific location and evidence relevant to the offense can be seized within. Before a Judge will sign

the Warrant, he must believe that the property sought is currently at the designated location.

**B. Establishing Probable Cause:**

Facts establishing probable cause will be set forth with clarity and specificity in an Affidavit for Search Warrant. Officers will not rely solely upon personal opinion or unauthenticated third-party information or hearsay. Probable Cause may be established by:

1. Personal observation/knowledge of the Officer.

2. Investigative techniques

3. Information obtained from a reliable source.

**C. Using Informants:**

If the information used to establish probable cause comes from an informant, the Officer seeking the Search Warrant must be prepared to show a Judge that the informant is reliable and trustworthy and his information is credible.

1. An Officer can show that the informant is trustworthy and reliable in the following manner:

   a. Showing that the informant supplied reliable information in the past.

   b. The Officer was able to corroborate the information provided with sufficient details.

   c. The informant made a statement under oath or a statement against his penal interest.

2. The Officer must also show that the informant's information is credible. This is known as a "basis of knowledge". The credibility of the informant may be established in the following manner :

   a. The Officer can show that the informant personally observed or participated in the criminal activity.

   b. The Officer can corroborate details from the informant's testimony.

3. Officers will attempt to corroborate all information received from informants.

**II. SEARCH WARRANT APPLICATION PROCESS**

**A. Prior Consultation with the State Attorney's Office:**

In certain situations, it may be required and prudent to consult with the State Attorney's Office prior to seeking the issuance of a Search Warrant.

**B. Drafting Affidavit and Search Warrant: [18.10A,D]**

An Affidavit For Search Warrant (see **Appendix A**) and a Search Warrant will be drafted on the designated Agency forms. The accuracy of the Affidavit is vital to the validity of the Search Warrant. When drafting an Affidavit For Search Warrant, Officers will ensure that the following information is clearly and completely specified.

1. The offense will be described with reference to the appropriate Florida State Statute.

2. The place or item to be searched will be described with specificity. When a premise is to be searched, Officers will ensure that the Warrant includes specific reference(s) to the following: **[18.10D]**

   a. Street number.

   b. Apartment number, if applicable.

   c. Physical description of the premise.

**d.** Legal description of the premise, if applicable.

**e.** Name of the property's owner or occupant, if known.

**f.** Geographic location of the property.

**g.** Map coordinates or distances from given reference points.

**h.** Photographs, maps or diagrams that help to identify the location (optional).

**3.** Officers can seize any contraband that is located in the area authorized for search. Therefore, Officers will ensure that the Warrant includes provisions for the following: **[18.10D]**

Officers may only search those areas where the evidence described in the Search Warrant is likely to be located. Therefore, Officers will ensure that the warrant includes detailed provisions for the following:

**a.** To search all areas specified in the Affidavit.

**b.** If a complete search of a home and its surroundings is desired, the Affidavit should specify a "premises" search and its "curtilage" and should identify any outbuildings such as garages, tool sheds or barns, where appropriate.

**c.** Motor vehicles known to be on the premises that may be searched should be specified.

**d.** Searches (other than frisks for weapons) of specific persons on the premises will be referenced in the Affidavit by name, if possible.

**e.** The description of items to be seized must be specific and detailed. The Warrant cannot describe "any other contraband",

or "any other crimes", or similar language which is too general. However, a Warrant which describes "narcotic drugs", or "narcotic paraphernalia" may be permissible.

**f.** Where the item may be dismantled (e.g. firearms), the Warrant should authorize search for parts, pieces or components of that item.

**g.** Members anticipating a search of computers and related technology equipment will consult a designated expert for appropriate language to use in the Affidavit and procedures for seizure of hardware and software.

**4.** Officers may request a "no knock and announce" provision in the Warrant when they have reason to believe that adherence to the knock-and-announce rule would endanger their safety or the safety of others, would enable wanted persons to escape, or would likely result in the destruction of evidence before entry can be made.

**C. Affidavit and Warrant Review Process: [18.10B]**

The Officer will submit the completed Search Warrant and Affidavit For Search Warrant, for review and approval in the following manner: **[18.10B]**

**1.** The Affidavit and Warrant will be submitted to the Officer's immediate Supervisor and/or Legal Advisor.

**2.** Upon review and approval of the Officer's immediate Supervisor and/or Legal Advisor, the Affidavit and Warrant will be presented to the State Attorney's Office.

**3.** Upon approval of the State Attorney's Office, the Affidavit and Warrant will be presented to a Judge for approval and signature.

### D. Reviewing the Signed Warrant:

Upon the Judge's approval and signature, the Affiant/Officer will review the Search Warrant to ensure that it accurately and completely contains all pertinent information listed in the Affidavit for Search Warrant. The Officer will confirm that the Warrant has been properly signed and dated. Officers will not attempt to serve any Warrant that is known to contain substantive or administrative errors.

### E. Departmental Recording of Warrants:

A record will be maintained of all Warrants issued to this Agency and the actions taken in response to each. This record will become part of the original file and will be maintained in the Records Section.

A Mobile Field Report will be completed for all warrants with the following information included:

1. Date and time received; **[74.1.1A]**

2. Type of legal process, civil or criminal; **[74.1.1B]**

3. Nature of document; **[74.1.1C]**

4. Source of document; **[74.1.1D]**

5. Name of person involved; **[74.1.1E]**

6. Officer assigned of service; **[74.1.1F]**

7. Date of assignment; **[74.1.1G]**

8. Court docket number; **[74.1.1H]**

9. Date service due. **[74.1.1I]**

### F. Case Explorer Deconfliction System.

All Narcotics, Money Laundering, Home Invasion and Robbery Search Warrants will require a VIN Supervisor or Crime Analyst to enter this information into the "Case Explorer" Deconfliction System and obtain a deconfliction code, **prior to** application. This entry will remain in the

system until the execution of the Search Warrant is completed.

### III. SEARCH WARRANT TIME LIMITATIONS

The Search Warrant must be executed in a timely manner, or the search may be determined to be invalid. There are two types of time limitations of which Officers must be aware:

### A. Statutory Limitations:

Florida Statute 933.05 requires that a Warrant be executed within 10 days of its issuance. Any search executed after the expiration of the stated period will be invalid.

### B. Reasonable Time:

The Statutory limitation referred to above is the maximum period during which a Warrant may be validly executed. In addition, the Warrant must be executed within a reasonable time following its issuance, or it will become "stale," and the search may be determined to be invalid even though it was executed before the expiration of any applicable Statutory period. It is therefore essential that the Warrant be executed as soon as practicable after its issuance, in order to prevent a finding that the warrant had become stale in the interval between issuance and execution.

### C. When Search Warrants may be Executed:

A Search Warrant may be executed at any time of the day or night, including Sundays if expressly authorized in the Warrant by the issuing Judge or Magistrate.

1. The Police can enter and secure a premise without a warrant if they know a warrant has been issued and is in route, but they cannot begin a search until the warrant actually arrives.

2. Anticipatory Search Warrants may be sought when it can be shown

that the evidence in question will be at a specific location at some time in the immediate future.

**D. Length of the Search:**

There is normally no specific limit on the length of time devoted to the search. The search may continue for whatever period of time is reasonably necessary in order for the search to be conducted properly and completely. This will depend upon the circumstances of the case. However, any search which continues for more than a few hours is likely to be scrutinized very closely by the court. Excessive prolongation of the search may result in exclusion of evidence and civil liability.

## IV. EXECUTING THE WARRANT [18.10C]

Obviously, not all Warrants are high risk and will not require the use of specialized tactics and equipment. Development of criteria for categorizing Search Warrants from low to high risk will help in deciding the scope of effort involved in executing the Search Warrant.

All Search and Arrest Warrants, with the exception of Evidentiary Search Warrants, will require the completion of a Risk Analysis/Threat Assessment Form (see **Appendix C**).

**A. Low Risk Search Warrants:**

Low Risk Search Warrants may include situations such as obtaining a Search and Inspection Warrant to search property or items which are secured in Police custody, seizing a suspect's financial records, obtaining a person's hair or genetic sample, or other low risk endeavors.

1. In Evidentiary Search Warrant cases, the necessity to complete the Risk Analysis/Threat Assessment Form will be determined by the appropriate Division Major.

**B. High Risk Search Warrants:**

In high risk Search Warrant situations, the tactical execution of the Search Warrant will be conducted in accordance with the **Strategic Operations Plan SOP # 281, SWAT SOP #290**, and as established in **Section IV-D & E** of this SOP.

**C. Execution by the SWAT Team:**

Once the Strategic Operations Plan Checklist and Risk Analysis/Threat Assessment Form is completed and approved by the appropriate Division Major, the SWAT Commander and/or SWAT Supervisor will review the entire package and complete the Risk Assessment Matrix (see **Appendix D**). Authorization to utilize the SWAT Team for execution of the Arrest and/or Search Warrant will be based upon the score value assigned to each incident. A score value of 12 and over and/or specific predetermined criteria, as described on the Risk Assessment Matrix, mandate the use of the SWAT Team for execution of the Arrest and/or Search Warrant.

**D. Protocol for Electronic Issuance of Warrants:**

Fla. Stat § 901.02 allows for the remote application for, and the electronic issuance of, search warrants and arrest warrants, effective July 1, 2013. The Governor signed the legislation into law on June 28, 2013. These protocols will be followed as agreed upon by the Broward County State Attorney's Office and the Broward County Chief Judge. Accordingly, the Seventeenth Judicial Circuit hereby establishes the following protocol for the issuance of electronic search warrants and arrest warrants:

1. The Criminal Division duty Judge shall consider an application for the electronic issuance of a search warrant or an arrest warrant.

2. A law enforcement officer seeking the electronic issuance of a warrant shall contact the duty Judge telephonically via BSO Communications. The affiant(s) on the affidavit

accompanying the application shall be on the phone to speak with the duty Judge.

3. The law enforcement officer shall forward the application to the Criminal Division Duty Judge at crdj@17th.flcourts.org. The law enforcement officer shall send the email to the Criminal Division duty Judge from an official email address bearing the law enforcement agency's domain name. If approved, the Criminal Division duty Judge shall return the approved warrant to the law enforcement officer at the email address from which the application was sent.

4. Each law enforcement agency in Broward County shall provide the Seventeenth Judicial Circuit's Judicial Information Services (JIS) Department with the domain name to be registered as the official domain name of that law enforcement agency by contacting, the JIS director. No electronic application for a warrant will be accepted from a law enforcement agency until that agency's domain name is formally registered with JIS. The Hollywood Police Department has registered.

5. All communications shall be sent over secure channels.

6. The Criminal Duty Judge will entertain electronic applications for warrants during both normal business hours (9:00 a.m. to 5:00 p.m.) and after the close of business. Applications made outside of normal business hours shall be made electronically unless the duty Judge determines otherwise in exceptional circumstances. Applications for warrants during normal business hours may be made either electronically or consistent with traditional practice.

7. This protocol for electronic issuance of warrants only applies to search warrant and arrest warrants. All applications for orders seeking disclosure of phone records, pursuant to Fla. Stat. § 934.23(5), seeking authorization for a mobile tracking device, pursuant to Fla. Stat. § 934.42, seeking authorization for a pen register or trap and trace, pursuant to Fla. Stat. § 934.32, or seeking authorization for a wiretap, pursuant to Fla. Stat. § 934.09, as well as any duty application not seeking issuance of a search warrant or an arrest warrant, must be made consistent with traditional practice.

8. An announcement identifying the duty Judge is continuously available on the 17th Judicial Circuit's website.

E. **Global Considerations:**

Proper planning and timing is essential to the execution of a Search Warrant. Supervisors should consider the following:

1. Determine if any circumstances have changed since the Warrant was issued which would impede or prevent the execution of the Warrant.

2. The necessity or possibility of multiple simultaneous searches which would require a greater degree of coordination and planning.

3. The possibility that the items or persons to be seized may not have arrived at the search site.

4. The possibility that substantial resistance will be encountered beyond that which was expected.

5. A particular person(s) is absent from the search site, and the Supervisor feels that the search would be best conducted if that person were present.

6. The need to protect an informant's identity.

F. **Property Damage:**

If damage occurs during entry to the premises and the premises will be left vacant and unsecured, arrangements may be made to secure the premises.

If damage occurs, a report will be prepared including a detailed description of the nature and extent of the damage and describing the actions that caused the damage.

A Crime Scene Unit Investigator will be requested to photograph the damage.

G. **Inventory and Return on Search Warrant:** [18.10E,F]

After executing a Search Warrant per Administrative and State Statute, Members will ensure that the original copy of the Search Warrant, the Search Warrant Affidavit and the Inventory and Return on Search Warrant Form (see **Appendix B**) is delivered to the Clerk of the Court within 10 days of its execution. The Clerk of the Court will provide the Member with a receipt as per Statutory requirements.

The Member will make a copy of this receipt and attach it to the Unit's copy of the Search Warrant.  The original receipt will be forwarded to Records and placed in the Case File.

V. **DEFINITIONS:**

A. **SEARCH WARRANT:**

A written order, in the name of the people, signed by a Magistrate or other Judicial Authority, directing a Peace Officer to search for contraband and/or evidence and seize it.

B. **AFFIDAVIT FOR SEARCH WARRANT:**

A written order establishing Probable Cause,     which     contains     the facts/information for the issuance of the Warrant, which has been approved by the Magistrate or other Judicial Authority.

---

APPROVED BY:

**Frank G. Fernandez**              **Date**
**Chief of Police**

03/04/2014

**ATTACHMENTS:**

- **Appendix A:**  Affidavit for Search Warrant.

- **Appendix B:**  Inventory and Return of Search Warrant.

- **Appendix C:** Risk Analysis/Threat Assessment Form.

- **Appendix D:** Risk Assessment Matrix.

---

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY,
FLORIDA

CASE NUMBER:

STATE OF FLORIDA )
            ) SS
COUNTY OF BROWARD )

AFFIDAVIT FOR SEARCH WARRANT

Before me,        , a judge of the Seventeenth Judicial Circuit, in and for

Broward County, Florida, personally appeared Officer/Detective (your name) of the

Hollywood Police Department, who first being duly sworn, deposes and says that he

has probable cause to believe that in the premises described as:

**(Sample)** Entrada Motel located at 509 North Federal Highway, room
number 127, in the City of Hollywood, County of Broward, and the State of Florida. The
complex is a concrete block construction U-shaped two story multi unit complex located
on the northeast portion at the intersection of Fillmore Street and North Federal
Highway. The exterior walls are painted a light orange color with the trim a darker
orange color with teal colored aluminum. Room 127 is the third room along the east
wing of the motel when entering the complex from the south. The only exterior entry
door to room number 127 faces west and is painted the darker orange color similar to
that of the trim. The number 127 is affixed directly to the entry door. A jalousie window
leading to the bathroom at room 127 is located to the north of the entry door. The
location in question can be reached from I-95, east on Sheridan Street to North Federal
Highway, south on North Federal Highway to its intersection with Fillmore Street.

The following grounds for issuance of a Search Warrant, as required by

chapter 933, exist, to wit:  The laws relating to (list the crime, eg. Murder, F.S.S.

782.04) have been violated therein, and evidence relevant to proving that a felony has

been committed and that the laws of the State of Florida have been violated may be

contained therein, to wit:

(example for murder case)

papers, documents, physical objects and trace evidence to include but not limited to hairs, fibers, latent fingerprints, blood and other bodily fluids.

      (example for property crime)

computer equipment, electronic surveillance equipment, specifically described as (describe in as much detail as possible)

Affiant's reason for his belief that the laws of the State of Florida are being violated as stated above and the facts establishing the grounds for this Affidavit and the probable cause for believing that such facts exist are as follows:

(Discuss the facts of the case as if you were doing a probable cause affidavit. No need to put every detail about case. Must use names and requires you to mention "sworn taped statements" taken from victim/witness etc...)

WHEREFORE, your affiant prays that a search warrant be issued commanding the Sheriff of Broward County, Florida, and his Deputies and all Police Officers of the City of Hollywood, and the Director of the Florida Department of Law Enforcement or his duly constituted agents, and all Police Officers in Broward County, and all Officers of the Florida Highway Patrol, with the proper and necessary assistance to search the above-described premises. Regarding the aforesaid property, serving this Search Warrant in the daytime or the nighttime or on Sunday as the exigencies of the occasion

may demand or require, and to search said premises for the evidence heretofore described, and if the same be found within the premises, to seize the same.


Officer/Detective(your name)
Hollywood Police Department


SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ DAY OF

_____, 20___.


_____ CIRCUIT COURT JUDGE

# Hollywood Police Department
## INVENTORY AND RETURN ON SEARCH WARRANT

CASE# _____

Received this warrant on _____, A.D. 2 _____ and executed the same on_____, A.D. 2_____this

original search warrant and reading to _____and explaining to _____ the contents

thereof, and by making diligent search as herein directed, upon which search I found:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I, _____, the Officer by whom this warrant was executed do swear that the above

inventory contains a true and detailed account of all the property, appliances, apparatus, paraphernalia and devices

taken by me on said warrant.

_____

Signature

Sworn to and subscribed before me this

_____day of_____ A.D. 2_____

_____

Witness to the removal of the above items

_____
(Signature)

**WHITE-Clerk's Office    YELLOW-Records    PINK-Owner**



# Risk Analysis / Threat Assessment
# For Search and Arrest Warrants

## Type of Operation / Investigation

**Search Warrant:** ☐          **Arrest Warrant:** ☐                    **Date:**

**Case Number:**          **Location:**

 **Prepared By:**

 **Approved By:**

 **Division Major Approval:**

- ## Primary Suspect(s)

| Last, First, Middle | | | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | | | Tag # | | |
| NOTES | | | | | | | | | |

| Last, First, Middle | | | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | | | Tag # | | |
| NOTES | | | | | | | | | |

| Last, First, Middle | | | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | | | Tag # | | |
| NOTES | | | | | | | | | |

## • <u>Secondary Suspect(s)</u>

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

**\* Copy this page for additional suspects**

## Arrest Warrant

| | Yes | NO | Unknown |
|---|---|---|---|
| Arrest warrant is for property crime(s) only | ☐ | ☐ | ☐ |
| Arrest warrant is for evidence of a crime(s) against a person | ☐ | ☐ | ☐ |
| Arrest warrant is for drug possession and/or distribution | ☐ | ☐ | ☐ |
| Arrest warrant is for a violent offense(s) | ☐ | ☐ | ☐ |

## Search Warrant

| | Yes | NO | Unknown |
|---|---|---|---|
| Search warrant is for evidence of property crime(s) only | ☐ | ☐ | ☐ |
| Search warrant is for evidence of a crime(s) against a person | ☐ | ☐ | ☐ |
| Search warrant is for narcotics | ☐ | ☐ | ☐ |
| Is there a reasonable likelihood of evidence being destroyed or tampered with? | ☐ | ☐ | ☐ |

## Location

| | Yes | NO | Unknown |
|---|---|---|---|
| Does location have guard, vicious or attack dogs? | ☐ | ☐ | ☐ |
| Does location have 4 or more rooms and/or 2 or more levels? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is location fortified? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is the location thought to be a laboratory for narcotics/explosives/hazardous materials? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is the location thought to have any flammable/hazardous materials stored within the residence? | ☐ | ☐ | ☐ |
| Is yes, describe: | | | |

| Is there a possibility of firearms readily available contained within the residence? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If so or known, what type(s)? | | | |

| Is there a possibility or likelihood of other criminal associate(s) or multiple subject(s) present? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If known, how many? | | | |

| Does the location have early warning systems such as; surveillance cameras, perimeter alarms or lookouts in the area? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If yes, describe: | | | |

| Does the location have security doors or windows? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If yes, describe: | | | |

| Will the approach to the location be difficult/compromised due to the fences, open areas etc.? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If yes, describe: | | | |

| Has the location had previous calls for service involving a violent incident(s)? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If yes, describe: | | | |

| Has any SWAT Team previously executed warrants or responded to the location for any reason? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If yes, describe: | | | |

| Are there any known children/elderly present? | ☐ | ☐ | ☐ |
|---|---|---|---|
| If yes, describe: | | | |

## Target Subject(s)(s)

| | Yes | NO | Unknown |
|---|---|---|---|
| Has the subject(s) been identified? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) have military/police background? | ☐ | ☐ | ☐ |
| If yes, give branch/dept, length of service, specialties, etc. | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) of warrant have a criminal history? | ☐ | ☐ | ☐ |
| If yes, describe | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is subject(s) on probation? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Has subject(s) of warrant made statements about resisting arrest? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is subject(s) of warrant known to carry weapons/firearms? | ☐ | ☐ | ☐ |
| If yes, describe | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Did subject(s) of warrant display or make mention a weapon during interactions leading to the warrant? | ☐ | ☐ | ☐ |
| If yes, describe | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) of warrant have a previous arrest(s) for CCW or CCF? | ☐ | ☐ | ☐ |
| If so, when: | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) of warrant have a history of assault on a LEO or resisting arrest? | ☐ | ☐ | ☐ |
| If yes, describe | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is the subject(s) of warrant a known gang member or associate? | ☐ | ☐ | ☐ |
| If yes, describe | | | |

| | | | |
|---|---|---|---|
| Is subject of warrant currently / historically associated with an organization that is known or suspected of violent criminal activity? | ☐ | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Does subject(s) of warrant have any outstanding warrants? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Has subject(s) of warrant been previously arrested during warrants served by SWAT? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Is subject(s) of warrant believed to be armed with explosives or are there explosives contained within the residence? | ☐ | ☐ | ☐ |

## VEHICLE DESCRIPTION & REGISTRATION OF VEHICLES PRESENT

| | | | | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |

| | | | |
|---|---|---|---|
| | ☐ | ☐ | ☐ |
| | | | |

# ARREST/SEARCH WARRANT SERVICE

# Risk Assessment Matrix

**Location:**                              **Arrest Warrant:**

| POINTS | FACTS | SCORE |
|---|---|---|
| **1** | Writ of Habeas Corpus or Court Order | _____ |
| **1** | Arrest warrant is for property crimes | _____ |
| **2** | Arrest warrant is for a crime against a person | _____ |
| **1** | Arrest warrant is for drug possession | _____ |
| **3** | Arrest warrant is for drug delivery/trafficking | _____ |
| **3** | Arrest warrant is for weapons-firearm violation | _____ |

## SEARCH WARRANT:

| POINTS | FACTS | SCORE |
|---|---|---|
| **1** | Search warrant is for evidence of property crimes only | _____ |
| **4** | Search warrant is for narcotics | _____ |
| **2** | Search warrant is for evidence of a crime against a person | _____ |
| **1** | Item to be searched is in Law Enforcement custody | _____ |
| **3** | Search warrant is for weapons | _____ |
| **X** | Search warrant is for firearms | _____ |

## LOCATION:

| POINTS | FACTS | SCORE |
|---|---|---|
| **1** | Service of warrant requires minimal forced entry | _____ |
| **2** | Service of warrant may require the use of a ram | _____ |
| **2** | Location requires special breaching considerations (pry bar) | _____ |
| **4** | Location has indications of being fortified | _____ |
| **3** | Location has guard or attack dogs | _____ |
| **2** | Location has 4 or more rooms and/or 2 or more levels | _____ |
| **4** | Possibility of firearms readily available inside residence | _____ |
| **2** | There are likely other criminal associates present | _____ |
| **3** | Location has surveillance cameras | _____ |
| **2** | Location has alarm systems | _____ |

**LOCATION CONTINUED:**

| | | |
|---|---|---|
| **2** | Location has counter-surveillance | _____ |
| **2** | Location has security doors or windows (hurricane) | _____ |
| **2** | Location presents enhanced approach difficultly | _____ |
| **2** | Location has previous calls for disturbances | _____ |
| **2** | Location has a current premise warning | _____ |
| **3** | Location has had previous calls for service involving a violent incident | _____ |
| **4** | A SWAT Team has served warrants at location previously | _____ |
| **3** | Location is thought to store hazardous materials | _____ |
| **3** | Location is thought to be a laboratory of narcotics | _____ |
| **X** | Location is thought to be mechanically booby-trapped | _____ |
| **X** | Location is thought to be explosively booby-trapped | _____ |
| **X** | Location is thought to be laboratory of explosives | _____ |
| **X** | Location is thought to be a methamphetamine lab | _____ |

**AUXILIARY SUBJECTS:**

| | | |
|---|---|---|
| **2** | Unknown subjects present at the location | _____ |
| **2** | Multiple subjects reported at location | _____ |
| **3** | High probability of small children present | _____ |
| **3** | High probability of elderly present | _____ |
| **3** | High probability of special needs patient present | _____ |

**TARGET SUBJECT(S):**

| | | |
|---|---|---|
| **1** | Subject has been identified | _____ |
| **2** | Subject has not been identified | _____ |
| **1** | Subject has a criminal history | _____ |
| **1** | Subject of warrant has property crimes history | _____ |
| **2** | Subject of warrant has history of crimes against persons' | _____ |
| **2** | Subject of warrant has history of drug arrests | _____ |
| **3** | Subject of warrant has history involving violence | _____ |
| **4** | Subject of warrant has history of resisting arrest/fleeing | _____ |

**TARGET SUBJECT(S) CONTINUED:**

| | | |
|---|---|---|
| **3** | Subject of warrant has made statements about resisting arrest | _____ |
| **3** | Subject of warrant has made statements about possessing a weapon | _____ |
| **3** | Subject of warrant is known to carry weapons | _____ |
| **X** | Subject of warrant has history of using firearms during crimes | _____ |
| **X** | Subject of warrant is known to carry firearms | _____ |
| **X** | A weapon was observed during interactions leading to the warrant | _____ |
| **X** | Subject of warrant has previous conviction for CCW-CCF | _____ |
| **3** | Subject of warrant is a known gang member | _____ |
| **2** | Subject of warrant has gang affiliations | _____ |
| **2** | Subject has outstanding felony warrant | _____ |
| **2** | Subject is on probation | _____ |
| **X** | Subject has outstanding violent warrant | _____ |
| **X** | Subject of warrant is believed to be armed with explosives | _____ |
| **4** | Subject of warrant has had previous warrants served by SWAT | _____ |
| **2** | Subject of warrant is thought to have specialized training | _____ |
| **X** | Subject of warrant is aware of the investigation (warrant) | _____ |
| **4** | Subject of warrant is thought to be associated with an organization suspected of violent behavior | _____ |

## Specialized Breaching:

| | | |
|---|---|---|
| **3** | Execution of the warrant may require deployment of a distraction device(s) | _____ |
| **X** | Execution of warrant will require a tactical energetic entry | _____ |
| **3** | Strong likelihood of evidence being destroyed or tampered with | _____ |

**TOTAL SCORE:** _____

Give the appropriate point value to each category that applies.  If the total score is **12** or more, the SWAT Team will be required for the execution of the warrant. Any point value marked with an **X mandates** the SWAT Team execute the warrant**.** Check all categories that apply.  Double scoring may occur.

**Prepared by:**



| CONFIDENTIAL INFORMANTS | |
|---|---|
| **DEPARTMENT SOP: #273** | **CALEA: 42.2.7 A-D, F,G** |
| **EFFECTIVE DATE: 11/1/2001** <br> **REVIEW: 01/13/2014** | **CFA:** <br> **18.03A-E, G-J** |

**PURPOSE:** The purpose of this SOP is to provide regulations and guidelines for the development, control, use and protection of Confidential Informants, by all sworn personnel of the Hollywood Police Department.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The utilization of Confidential Informants is often essential to assist with properly authorized criminal investigations or intelligence-gathering activities. At the same time, utilization of Confidential Informants (CI) carries with it special challenges and risks that warrant prudent and responsible efforts. Priority will be given to preserving the safety of persons involved, to include the Confidential Informant, agency personnel, target offender(s) and the public. Therefore, it will be the policy of this Department to take necessary precautions in order to ensure such use is in a fair and reasonably safe manner that reduces adverse risk by practicing sound Confidential Informant control procedures.

Members are not permitted to provide inducements such as promises of a grant of immunity, dropped, reduced or waived criminal charges or reduced sentences or placement on probation in exchange for a Confidential Informant's activities without first receiving approval from a prosecuting agency Attorney.

**INDEX:**

**I.   DEVELOPING THE CONFIDENTIAL INFORMANT ..........................2**

A.   Sources:.............................................2
B.   Recruiting Informants: **[18.03B,F]**...........2
C.   Investigative Unit's Responsibility: **[18.03B]** .........................2

D.   Unit Supervisor's Responsibilities: **[18.03B,H]** ...................................3
E.   Utilization of Confidential Informants: **[18.03I]** ...................................3
F.   Training for the Management of Confidential Informants: **[18.03I]** ..........3

**II.   DOCUMENTING CONFIDENTIAL INFORMANTS (CI's) [18.03A] .................3**

A.   Biographical and Background Information Report: **[18.03B]** .................4
B.   Criminal History and other Verifications: **[18.03B]** ...................................4
C.   Consent Agreement: **[18.03G]**...............4
D.   Confidential Informant File Index: .......4
E.   Confidential Informant Activity/Debriefing Report:...................4
F.   Approval and Assignment of Code Numbers: **[18.03B]** ............................4

**III.   MASTER FILE SYSTEM FOR CONFIDENTIAL INFORMANTS [18.03A,C,D,E,G,H] ......................................5**

A.   Informant Master Files: **[18.03A,C]** ........5
B.   Maintenance and Security of the Informant File: **[18.03C]** ........................5
C.   Auditing of the Informant File System: **[18.03J]** ...................................5
D.   Informant File and Related Codes (CI-Numbers) Security, Restrictions, and Controlled Access: **[18.03D]** .................5
E.   Methods to Protect the Identity of Informants: **[18.03D]** ............................6
F.   Precautions to be taken with Informants: **[18.03F]** .............................6
G.   Special Precautions Taken with Juvenile Confidential Informants: **[18.03G]** .................................................7

**IV.   DEFINITIONS:.......................................7**

A.   CONFIDENTIAL INFORMANT (CI): ...7
B.   CONTROLLED BUY: .........................7
C.   CONTROLLED SALE:.........................7

D.   CUSTODIAN OF CONFIDENTIAL AND INVESTIGATIVE FUNDS: ...................7

E.   CONFIDENTIAL INFORMANT FILES: 7

F.   JUVENILE CONFIDENTIAL INFORMANT: .....................................7

G.   RELIABLE CONFIDENTIAL INFORMANT: .....................................7

H.   REVEALING CONFIDENTIAL INFORMANTS:...................................8

**PROCEDURE:**

**I.   DEVELOPING THE CONFIDENTIAL INFORMANT**

**A.   Sources:**

The following are some examples of persons who may be interested in becoming a Confidential Informant:

1.   Arrestees.

2.   Managers of apartment complexes.

3.   Airport employees.

4.   Business owners.

5.   Motel/Hotel Employees.

6.   Letters from citizens.

7.   Associates of known criminals.

8.   Members of Neighborhood Watch Associations.

**B.   Recruiting Informants:**
[18.03B,F,42.2.7B,F]

The first priority when considering the utilization of Confidential Informants is to preserve the safety of the Confidential Informants, Law Enforcement personnel, the target, and the public. Therefore, when any Member comes in contact with an individual who wishes to be a Confidential Informant, the Member will use the following guidelines to assess the suitability of the person's utilization as a CI:

1.   Interview the subject, taking into account the informant's age and maturity.

2.   Determine if the information is useful whether the nature of the matter being investigated is such that the use of the informant is important to, or vital to, the success of the investigation.

3.   Assess the risk of physical harm that may occur to the informant, his or her family, or close associates as a result of providing information or assistance.

4.   Attempt to determine the veracity and validity of the information, taking into account whether or not the person has shown any indication of emotional instability, unreliability, or of furnishing false information.

5.   Assess the risk the informant may pose to adversely affecting a present or potential investigation or prosecution.  **[18.03F,42.2.7F]**

6.   The effect upon the department's effort if the informant's cooperation becomes known to the community.

7.   The person's criminal history and/or criminal record.

8.   Whether the person is a substance abuser, or has such a history, or is known to be involved in a court-supervised drug treatment program or drug-related pretrial intervention program.

9.   Notify their immediate Supervisor.

10. Contact the appropriate Section or Unit Supervisor concerning the nature of information provided.

**C.   Investigative Unit's Responsibility:**

An Officer from the Investigative Unit receiving the information from the Confidential Informant will:

1.   Review all acquired information for accuracy, document potential Confidential Informants, and obtain su-

pervisory approval prior to utilizing a Confidential Informant.

2. Verify all information for truthfulness.

3. Conduct a separate interview with the Confidential Informant to establish veracity.

4. Provide consistent and on-going briefings to Unit Supervisor concerning the progress of any investigation involving a Confidential Informant. Ensure all meetings are properly documented on the CI Activity/Debriefing Report (Appendix E)

**D. Unit Supervisor's Responsibilities: [18.03B,H]**

1. The Unit Supervisor will regularly monitor the utilization of Confidential Informants by Members to ensure compliance with applicable policies.

2. The Unit Supervisor will assess the suitability of the person as a Confidential Informant during the documentation process and throughout the on-going investigation process.

3. The Unit Supervisor will take corrective action, as appropriate, if violations to this policy occur.

4. The Unit Supervisor will assess and approve any use of a juvenile as an informant. **[18.03H]**

**E. Utilization of Confidential Informants: [18.03I]**

1. Each Confidential Informant utilized will be informed the Department cannot promise inducements such as a grant of immunity, dropped or reduced charges, or reduce sentences or placement of probation in exchange for serving as a Confidential Informant.

2. Each Confidential Informant utilized will be informed the value of his or her assistance as a Confidential Informant and any effect that assis-

tance may have on pending criminal matters can be determined only by the appropriate legal authority.

3. Each Confidential Informant utilized will have the opportunity to consult with legal counsel upon request before the person agrees to perform any activities as a Confidential Informant.

4. All personnel who are involved in the use or recruitment of Confidential Informants will be trained in this policy and procedure. **[18.03I]**

**F. Training for the Management of Confidential Informants: [18.03I]**

1. The Section Lieutenant will ensure all personnel involved in the use or recruitment of Confidential Informants receive training in the agency policy requirements and procedures.

2. Only Members who have successfully completed an approved training course in the Management of Confidential Informants are authorized to manage the involvement of documented Confidential Informants during investigations and/or operations.

3. The approved training must include, at a minimum: the guidelines to manage informants, role of the informant and investigator, use and documentation of informants, legal constraints and ramifications, safety and training issues, payment issues, and policy implications.

**II. DOCUMENTING CONFIDENTIAL INFORMANTS (CI's) [18.03A, 42.2.7A]**

Officers assigned to the C.I.D. V.I.N. Unit or Street Crimes Unit are required to establish and maintain Confidential Informant Files properly verifying and documenting each Department Confidential Informant prior to their use by way of the following information. The Lieutenant from each Section will be responsible for reviewing and managing the use of a Confidential Informant.

**A. Biographical and Background Information Report:** [18.03B,42.2.7B]

A Confidential Informant Biographical and Background Report (see **Appendix A**) that includes:

1. Informant's name.

2. Birth information.

3. Identifiers (birthmarks, scars, etc.).

4. Points of contact.

5. A Photograph of the subject.

6. Fingerprints

**B. Criminal History and other Verifications:** [18.03B,42.2.7B]

1. Officers will query the Confidential Informant's criminal history, Driver's License, FCIC/NCIC warrants and other database resources to assist in verification of the subject's identity and personal history.

2. In addition, the Officer will arrange for the Confidential Informant's fingerprints to be taken and checked against the Automated Fingerprint Identification System (AFIS) and the NCIC fingerprint classification. All results will be recorded on the Biographical and Background Report. The fingerprint card will become a permanent record in the Confidential Informant's File.

**C. Consent Agreement:** [18.03G,42.2.7G]

Officers will also obtain one of the following Confidential Informant Policy and Consent Agreements upon initial contact with a proposed informant. If the Confidential Informant, or the parent/guardian in cases of Juveniles, refuses to sign this Agreement, it will be deemed void and the Confidential Informant will not be used.

1. **Adult:** If the Confidential Informant is 18 years or older, the Adult Confidential Informant Policy and Consent Agreement (see **Appendix B**) will be completed.

2. **Juvenile:** If the Confidential Informant is a Juvenile, the Juvenile's parent or guardian must sign a Juvenile Confidential Informant Policy and Consent Agreement (see **Appendix C**). [18.03G, 42.2.7G]

**D. Confidential Informant File Index:**

The Confidential Informant File Index (see **Appendix D**) will be used by Supervisors to briefly index all entries and/or activities of a Confidential Informant or entries into their file such as Payment Receipts and Activity/Debriefing Reports.

**E. Confidential Informant Activity/Debriefing Report:**

Officers will submit to their Supervisor, a Confidential Informant Activity/Debriefing Report each time a CI performs an activity or provides information. The Supervisor will log the Report onto the Index and place the Report into the CI's file.

The Confidential Informant Activity/Debriefing Report (see **Appendix E**) will be used to document, in detail:

1. All information received from the CI such as intelligence, telephone conversations or personal contacts between the CI and suspects.

2. All involvement of the CI in operations such as controlled buys, transactions or taped statements given.

**F. Approval and Assignment of Code Numbers:** [18.03B,42.2.7B]

Upon completion, Officers will submit the Confidential Informant File to their Supervisor who will either approve or disapprove the use of the Confidential Informant. If approved, the Supervisor will affix a Confidential Informant code number and place the File into the Mas-

ter File System for Confidential Informants.

Each CI will be given a sequential number with the following prefix to identify the Police Department and Unit:

1. Vice Intelligence and Narcotics Section: 01-VIN###.

2. Criminal Investigations Division: 01-ISS###.

3. Street Crimes Unit: 01-SCU###.

## III. MASTER FILE SYSTEM FOR CONFIDENTIAL INFORMANTS
[18.03A,C,D,E,G,H,42.2.7A,E]

Members will adhere to the following procedures when establishing and using Confidential Informants:

### A. Informant Master Files:
[18.03A,C,42.2.7A]

All Confidential Informant files will be part of a Master File System, maintained and secured by each Lieutenant within the C.I.D. Section, V.I.N. Unit and Street Crimes Unit. All Informant files contained within the Master File System will be assigned a status:

1. **Active Files:** The Informant is working or continuing to provide information.

2. **Inactive Files:** The Informant has ceased to work, or has left the area.

3. **Deactivated (Terminated) Files:** The informant has violated procedures to such an extent that credibility is totally lost and Members of the Department are not permitted to actively use this informant The Unit Supervisor will document this on the CI index form in bold lettering and add applicable comments with case numbers. The front of the CI file will be marked in bold as well. The VIN Section will note this designation in their Intelligence Database.

4. **Reactivated Files:** Informant begins to function again or moves back into the area and desire to work again. A complete Informant processing procedure is initiated and the files updated.

### B. Maintenance and Security of the Informant File: [18.03C, 42.2.7C]

The Lieutenant from each Section will be responsible for reviewing, managing, and securing the use of a Confidential Informant. All active informants for the entire Department will be added to the VIN Section Intelligence Database. When an informant is deactivated, notification will be made to the VIN Section to update the Intelligence Database.

### C. Auditing of the Informant File System: [18.03J]

The Lieutenant from each Unit will audit the CI Master File System for status and adherence of policies, procedures, and Florida Statute on an annual basis. A memorandum of the annual administrative review will consist of active files, inactive files, deactivated files and reactivated files. The annual administration review will be submitted to the Chief of Police via the Chain of Command by October 15th of each year. A copy will be forwarded to the Accreditation Unit.

### D. Informant File and Related Codes (CI-Numbers) Security, Restrictions, and Controlled Access: [18.03D, 42.2.7D]

Informant files and their related codes (CI-Number) will be secured in a locked cabinet or safe which will be controlled by the Lieutenant in each Unit. Informant files will be restricted and may only be accessed by a Supervisor assigned to the Unit controlling the Confidential Informant, the Officer controlling the Informant through their Supervisor, the Unit Major or a Member authorized by the Chief of Police.

**E. Methods to Protect the Identity of Informants:** [18.03D, 42.2.7D]

Informant identities will be safeguarded as follows:

1. Officers will not release or distribute the identity or personal information of any Confidential Informant without approval of the Unit's Major or Lieutenant controlling the Informant.

2. Any subpoena requesting information on an Informant will be reviewed by the Unit Supervisor controlling the Informant and then delivered to the Legal Advisor.  Every legal attempt will be made to preserve the confidentiality of the Informant.

3. When a Confidential Informant's file is accessed, a notation will be made in the file documenting the date, time and members name.

**F. Precautions to be taken with Informants:** [18.03F, 42.2.7F]

Officers will keep the relationship between themselves and the Informant on an ethical and professional level.  The following precautions will be taken when dealing with Informants.

1. Informants should not meet or associate with Members who do not have investigative need to have contact with them.

2. Officers will not knowingly permit any illegal act to be perpetrated by a Confidential Informant.

3. Members should avoid any personal contact with Confidential Informants outside the on-duty professional relationship established for investigative purposes.  Incidental off-duty contact with Confidential Informants will be reported to the Member's immediate Supervisor as soon as practical and the circumstances will be documented on a Confidential Informant Activity/Debriefing Report.

4. Acceptance of a gift or gratuity from a Confidential Informant is strictly prohibited.

5. All information obtained from Confidential Informants will be carefully screened, documented and corroborated.

6. When contacting a Confidential Informant, Officers will arrange for another Officer to be present.

7. If the Confidential Informant is of the opposite sex, it is mandatory that two Officers be present during the contact.

8. A Confidential Informant will not be provided with an Officer's home address or telephone number.  Providing a business telephone number or pager number is permissible.

9. Contacts with a Confidential Informant should be arranged at an inconspicuous, private location that will not attract unnecessary attention.

10. Every Confidential Informant will be informed that any deviation from the Officer's instructions may result in the cancellation of any agreements and/or contracts.

11. Officers will not proactively work with a Confidential Informant who is on probation or parole without the authorization of their Probation/Parole Officer or approval from the authorized court of jurisdiction.  However, Officers may utilize any historical intelligence information under the guidance of a Unit Supervisor.

12. Members will assess the risk the informant may pose to adversely affecting a present or potential investigation or prosecution.  [18.03F, 42.2.7F]

13. If it is determined the Confidential Informant is currently assisting another agency, that agency will be contacted to determine that no du-

plication or conflict of efforts will occur, as well as to establish the reliability of the Confidential Informant.

**G. Special Precautions Taken with Juvenile Confidential Informants:** [18.03G, 42.2.7G]

When utilizing a Juvenile as a Confidential Informant, Officers will adhere to the following:

1. Obtain written permission from the parent/guardian by utilizing a Juvenile Confidential Informant Policy and Consent Agreement.

2. If the Juvenile is on probation, controlled by the Court System, or has pending charges, the Juvenile's Judge must give the requesting Officer permission to use the Juvenile prior to that Juvenile being used as an Confidential Informant.

3. A Juvenile cannot be used if there is a danger to the Juvenile or the Juvenile's family.

4. A Juvenile cannot be used as a Confidential Informant in areas where he/she may be encourage to participate in delinquent activity; such as the commission of a crime, using narcotics, partaking in sexual activity, etc.

5. An Officer working with a Juvenile of the opposite sex will always be in the presence of another Officer. **There will be no exceptions.**

## IV. DEFINITIONS:

**A. CONFIDENTIAL INFORMANT (CI):**

A person who cooperates with a Law Enforcement Agency confidentially in order to protect the person or the agency's intelligence gathering or investigative efforts and:

1. Seeks to avoid arrest or prosecution for a crime, or mitigate punishment for a crime in which a sentence will be or has been imposed;

2. Makes a controlled buy or controlled sale of contraband, controlled substances, or other items that are material to a criminal investigation;

3. Supplies regular or constant information about suspect or actual criminal activities to a law enforcement agency.

**B. CONTROLLED BUY:**

The purchase of contraband, controlled substances, or other items that are material to a criminal investigation from a target offender which is initiated, managed, overseen, or participated in by law enforcement personnel with the knowledge of a Confidential Informant.

**C. CONTROLLED SALE:**

The sale of contraband, controlled substances, or other items that are material to a criminal investigation to a target offender which is initiated, managed, overseen, or participated in by Law Enforcement personnel with the knowledge of a Confidential Informant.

**D. CUSTODIAN OF CONFIDENTIAL AND INVESTIGATIVE FUNDS:**

The Administrative Bureau Assistant Chief or his designee.

**E. CONFIDENTIAL INFORMANT FILES:**

The written record of biographical information and activity information regarding the Confidential Informant.

**F. JUVENILE CONFIDENTIAL INFORMANT:**

A person under the age of 18, who meets the criteria as set forth in this SOP, after parental or guardian permission is obtained.

**G. RELIABLE CONFIDENTIAL INFORMANT:**

A Confidential Informant who on at least two prior occasions has provided infor-

mation that proved to be accurate, who has been found to be credible through independent sources and investigation, and has satisfactorily fulfilled all other criteria.

**H. REVEALING CONFIDENTIAL IN-FORMANTS:**

The identity of any Confidential Informant is confidential, and will not be revealed to anyone, except by Court Order.

APPROVED BY:

**01/13/2014**

**Frank G. Fernandez          Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Confidential Informant Biographical and Background Report.

- **Appendix B:** Adult Confidential Informant Policy and Consent Agreement.

- **Appendix C:** Juvenile Confidential Informant Policy and Consent Agreement.

- **Appendix D:** Confidential Informant File Index.

- **Appendix E:** Confidential Informant Activity/Debriefing Report.

# HOLLYWOOD POLICE DEPARTMENT
## CONFIDENTIAL INFORMANT
## BIOLOGICAL & BACKGROUND REPORT

| C.I. NUMBER: | DETECTIVE: | BADGE: |
|---|---|---|
| | | |

## PERSONAL INFORMATION

| NAME: | | TELEPHONE: |
|---|---|---|

| ADDRESS: | CITY: | STATE: | ZIP CODE: |
|---|---|---|---|

| OCCUPATION: | A.K.A. | PLACE OF BIRTH: |
|---|---|---|

| D.O.B. | SSN: | TATTOO'S, BIRTHMARKS, ETC.: |
|---|---|---|

| RACE: | SEX: | EYES: | HAIR: | HEIGHT: | WEIGHT: |
|---|---|---|---|---|---|

## EMPLOYER

| NAME: | TELEPHONE: | SUPERVISORS NAME: |
|---|---|---|

| ADDRESS: | CITY: | STATE: | ZIP CODE: |
|---|---|---|---|

## VEHICLE & DRIVERS LICENSE INFORMATION

| YEAR: | MAKE: | MODEL: | COLOR: |
|---|---|---|---|

| TAG #: | V.I.N #: | STATE: |
|---|---|---|

| DRIVERS LICENSE #: | STATE: | DRIVERS LICENSE STATUS |
|---|---|---|
| | | ☐ CURRENT ☐ SUSP ☐ REVOKED ☐ EXP ☐ NONE |

## CRIMINAL HISTORY, NCIC/FCIC WARRANT CHECK & FINGERPRINT INFORMATION

PRIOR CRIMINAL HISTORY: ☐ YES ☐ NO

NCIC/FCIC WARRANT CHECK: ☐ YES ☐ NO  RESULTS:

FINGERPRINTS ON FILE: ☐ YES ☐ NO  AFIS CHECKED: ☐ YES ☐ NO  BY WHO:

AFIS RESULTS:

## FAMILY OR OTHER POINT OF CONTACT

| NAME: | TELEPHONE #: |
|---|---|

| ADDRESS: | CITY: | STATE: | ZIP CODE: |
|---|---|---|---|

| NAME: | TELEPHONE #: |
|---|---|

| ADDRESS: | CITY: | STATE: | ZIP CODE: |
|---|---|---|---|

| APPROVING SUPERVISOR: | BADGE: | DATE: |
|---|---|---|

# HOLLYWOOD POLICE DEPARTMENT ADULT

## CONFIDENTIAL INFORMANT POLICY AND CONSENT AGREEMENT

**I.** I am not an employee, sworn or non-sworn, of any Law Enforcement Agency, and will not represent myself as such under any circumstances.

**II.** I understand I must notify Detectives/Officers whether I am on probation or parole for any local, state or federal crime in any jurisdiction of the United States of America.

**III.** I have been advised and completely understand that I am in no way authorized to carry a firearm or any other weapon contrary to Florida or Federal Law.

**IV.** I have been advised and completely understand I have no special rights or privileges as a Confidential Informant, and further, that no assistance will be afforded to me by any Member of this Department if I violate any State or Federal Law.  I have been warned against participation in any criminal activity.

**V.** I understand the Hollywood Police Department, or its Officers or other City employees, cannot promise inducements, including but not limited to the granting of immunity, the dropping or reducing of criminal cases, charges or civil lawsuits and/or reduced sentence or placement on probation in exchange for serving as a Confidential Informant.

**VI.** I hereby give authority and consent to Members of this Department to attach any electronic and/or mechanical listening, tracking, and/or recording device to my person, vehicles, or telephone for investigative purposes.  I further agree to have any transmissions from such devices, including my voice, to be recorded and used in any civil or criminal proceedings.

**VII.** I have been advised and completely understand that any compensation offered to me by Members of this Department is not in anyway contingent upon successful prosecution in civil or criminal proceedings.  Further, said compensation is not contingent upon any testimony that I may give during said proceedings.

**VIII.** I understand I can consult with an Attorney prior to performing the activities of a Confidential Informant.

**IX.** I can decide to withdraw from participation as a Confidential Informant for the Hollywood Police Department at anytime for any reason upon notice to at least one of the Police Officers or one of their designees in charge of my participation pursuant to this agreement.

**X.** I will not knowingly seek or induce innocent people as targets or participate in criminal activities.

**XI.** I understand the value of my assistance as a Confidential Informant and any effect the assistance may have on pending criminal matters can be determined only by the appropriate legal authority.

**XII.** I agree to abide by the following guidelines under all circumstances:
- **A.** Maintain reasonable contact and communication with Detectives.
- **B.** Notify Detectives before contact with any known criminal target.
- **C.** Follow all instructions given by the Detectives regarding actions before, during, or after contact with possible criminal targets.
- **D.** Notify Detectives about all instances of criminal activity that I know about or that comes to my attention.

**XIII.** The Hollywood Police Department may, at its discretion, terminate my participation as a Confidential Informant with the Hollywood Police Department at any time for any reason.

In consideration of my position as a Confidential Informant of the Hollywood Police Department, paid or unpaid, I have read and completely understand this Policy and Consent Agreement.  Further, no other representations have been made to me by any Member of this Department.  This written agreement is the

sole binding instrument and any other agreements-written, verbal, or implied-are thereby considered invalid and non-binding.  The signature affixed below is my true and lawful name, and the name by which I am commonly known in the community.  I hereby make this consent and agreement to the above terms without coercion, duress, or threats of any kind.

Confidential Informant: _____ C.I. #: _____

Detective: _____ Badge #: _____

Detective: _____ Badge #: _____

Supervisor: _____ Badge #: _____

Date: _____

# HOLLYWOOD POLICE DEPARTMENT
## JUVENILE
## CONFIDENTIAL INFORMANT POLICY AND CONSENT AGREEMENT

**I.**   I am not an employee, sworn or non-sworn, of any Law Enforcement Agency, and will not represent myself as such under any circumstances.

**II.**   I have been advised and completely understand that I am in no way authorized to carry a firearm or any other weapon contrary to Florida or Federal Law.

**III.**   I have been advised and completely understand that I have no special rights or privileges as a Confidential Informant, and further, that no assistance will be afforded to me by any Member of this Department if I violate any State or Federal Law.  I have been warned against participation in any criminal activity.

**IV.**   I hereby give authority and consent to Members of this Department to attach any electronic and/or mechanical listening, tracking, and/or recording device to my person, vehicles, or telephone for investigative purposes.  I further agree to have any transmissions from such devices, including my voice, to be recorded and used in any civil or criminal proceedings.

**V.**   I have been advised and completely understand that any compensation offered to me by Members of this Department is not in anyway contingent upon successful prosecution in civil or criminal proceedings.  Further, said compensation is not contingent upon any testimony that I may give during said proceedings.

**VI.**   I agree to abide by the following guidelines under all circumstances:

    **A.**   Maintain reasonable contact and communication with Detectives.
    **B.**   Notify Detectives before contact with any known criminal target.
    **C.**   Follow all instructions given by the Detectives regarding actions before, during, or after contact with possible criminal targets.
    **D.**   Notify Detectives of all instances of legitimate criminal activity.

In consideration of my position as a Confidential Informant of the Hollywood Police Department, paid or unpaid, I have read and completely understand this Policy and Consent Agreement.  Further, no other representations have been made to me by any Member of this Department.  This written agreement is the sole binding instrument and any other agreements-written, verbal, or implied-are thereby considered invalid and non-binding.  The signature affixed below is my true and lawful name, and the name by which I am commonly known in the community.  I hereby make this consent and agreement to the above terms without coercion, duress, or threats of any kind.

As the Parent or Guardian of said Juvenile, my signature represents that I have given permission to the Hollywood Police Department for the purpose of using said Juvenile as a Confidential Informant and understand all of the terms described above.

Juvenile Confidential Informant: _____ C.I. #: _____

Juvenile's ☐ Parent ☐ Guardian: _____ Date: _____

Detective: _____ Badge #: _____

Detective: _____ Badge #: _____

Supervisor: _____ Badge #: _____

Date: _____

CI #_____



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T

## CONFIDENTIAL INFORMANT FILE INDEX

DATE: _____ / _____ / _____        CASE NUMBER: _____

PAYMENT AMOUNT: _____        CI PAYMENT RECEIPT: ☐ YES    ☐ NO

---

DATE: _____ / _____ / _____        CASE NUMBER: _____

PAYMENT AMOUNT: _____        CI PAYMENT RECEIPT: ☐ YES    ☐ NO

---

DATE: _____ / _____ / _____        CASE NUMBER: _____

PAYMENT AMOUNT: _____        CI PAYMENT RECEIPT: ☐ YES    ☐ NO

---

DATE: _____ / _____ / _____        CASE NUMBER: _____

PAYMENT AMOUNT: _____        CI PAYMENT RECEIPT: ☐ YES    ☐ NO

---

DATE: _____ / _____ / _____        CASE NUMBER: _____

PAYMENT AMOUNT: _____        CI PAYMENT RECEIPT: ☐ YES    ☐ NO

---



# H O L L Y W O O D   P O L I C E   D E P A R T M E N T
## CONFIDENTIAL INFORMANT ACTIVITY/DEBRIEFING LOG

C.I. #: _____     DATE: _____

CASE #: _____ TARGET #: _____

BRIEF SUMMARY OF ACTION:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

OFFICER(S): _____DATE: _____

| | SEARCH & SEIZURE | |
|---|---|---|
|  | **DEPARTMENT SOP: #274** | **CALEA: 1.2.4** **CFA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 04/24/2013** | **2.07C-E,G & H** |

**PURPOSE:** To provide Members with legal guidelines for conducting field interviews, and the search and seizure of persons, vehicles and premises.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to employ measures that safeguard the rights granted in the Fourth Amendment of the United States Constitution relating to search and sei-zures.

**INDEX:**

I. **FIELD INTERVIEWS [2.07D]** ................... 2
  A. Florida "Stop and Frisk Law" (FSS 901.151): ................................................ 2
  B. Justification for Conducting a Field Interview: ............................................. 2
  C. Procedures for Initiating a Field Interview: ................................................ 2

II. **PAT-DOWN SEARCHES** ....................... 3
  A. Justification Criteria for Conducting Pat-Down Searches: ............................... 3
  B. Procedures for Performing a Pat-Down Search: ................................................ 4

III. **MOTOR VEHICLE SEARCHES** ............. 4
  A. When Vehicle Searches may be Conducted: **[2.07E]** .......................... 4
  B. Scope of Vehicle Searches: **[2.07H]** ......... 5
  C. Search of Containers Found in Vehicle: .. 6
  D. Location and Time of Search: ................ 6
  E. Conduct of the Search: ......................... 6
  F. Abandoned Vehicles: ............................. 7
  G. Seizure of Evidence: ............................. 7
  H. Security of Vehicles and Property: .......... 7

IV. **ENTRY OF PREMISES TO AFFECT AN ARREST** ................................................ 7
  A. Providing Notice to Occupants: **[2.07G]** .... 7
  B. Right of Officer to Break Into a Building: . 7
  C. Warrantless and Non-Consensual Entries: ................................................ 7
  D. Exigent Circumstances: **[2.07G]** .............. 8

V. **SEARCH OF PREMISES INCIDENT TO LAWFUL ARREST** ............................... 8
  A. Search Warrant Required: ..................... 8
  B. Lawful Arrest Searches: ........................ 8
  C. Lawful Arrest-No Search Warrant: ......... 8

VI. **CONSENT TO SEARCH: [2.07C]** ............ 9
  A. Consent to Search Form: ...................... 9
  B. Third Party Consent: ............................. 9
  C. Authority to Grant Third Party Consent:.. 9
  D. Withdrawing Consent: ........................... 10

VII. **COMPUTER SEIZURE/ SEARCHES** .. 10
  A. When Computer Seizures/ Searches may be Conducted: ..................................... 10
  B. Consent to Search Form: ...................... 10
  C. Withdrawing Consent: ........................... 10
  D. Seizure of Evidence: ............................ 10

VIII. **DEFINITIONS:** .................................... 11
  A. CONSENSUAL ENCOUNTER: .............. 11
  B. EXIGENT CIRCUMSTANCES: .............. 11
  C. EXTENUATING CIRCUMSTANCE: ..... 11
  D. PLAIN VIEW: ....................................... 11
  E. REASONABLE SUSPICION: ................ 11
  F. SEIZURE (OF A PERSON): ................. 11

## PROCEDURE:

### I. FIELD INTERVIEWS [2.07D]

**A. Florida "Stop and Frisk Law" (FSS 901.151):**

"Whenever any Law Enforcement Officer of this State encounters any person under circumstances which reasonably indicate that such person has committed, is committing, or is about to commit a violation of the Criminal Laws of this State, or the Criminal Ordinances of any Municipality, or of any County, he may temporarily detain such person for the purpose of ascertaining the identity of the person and circumstances surrounding his presence which led the Officer to believe that he has committed, was committing or was about to commit a criminal offense."

**B. Justification for Conducting a Field Interview:**

Law Enforcement Officers may detain individuals for the purpose of conducting a field interview only where reasonable suspicion is present.

1. Reasonable suspicion must be more than a hunch or feeling, but need not meet the test for probable cause sufficient to make an arrest.

2. In justifying the stop, the Officer must be able to point to specific facts that, when taken together with rational inferences, reasonably warrant the detention. Such facts include, but are not limited to, the following:

    a. The appearance or demeanor of an individual suggests that he is part of a criminal enterprise or is engaged in a criminal act.

    b. The actions of the suspect suggest that he is engaged in criminal activity.

    c. The hour of the day or night is inappropriate for the suspect's presence in the area.

    d. The suspect's presence in a neighborhood or location is inappropriate.

    e. The suspect is carrying a suspicious object.

    f. The suspect's clothing bulges in a manner that suggests he is carrying a weapon.

    g. The suspect is located in proximate time and place to the alleged crime or matches the description of a BOLO.

    h. The Officer has knowledge of the suspect's prior criminal record or involvement in criminal activity.

    i. An Officer may approach a person for the purpose of engaging in a voluntary conversation in any situation. This contact is generally referred to as a consensual encounter.

        (1). A Police-citizen encounter remains consensual unless the Police prevent the citizen from walking away, whether by use of intimidating language or display of a weapon.

**C. Procedures for Initiating a Field Interview:**

Based on observance of suspicious circumstances or upon information from an investigation, an Officer may initiate the detention of a suspect if he has articulable, reasonable suspicion to do so. The following guidelines will be followed when making an authorized detention to conduct a field interview:

1. When approaching the suspect, the Officer will clearly identify himself as a Police Officer, if not in uniform, by

announcing his identity and displaying Departmental credentials.

2. The person stopped will be advised of the purpose of the detention.

3. Officers will be courteous during the contact but maintain vigilance for furtive movements to retrieve weapons, conceal or discard contraband, or other suspicious actions.

4. Before approaching more than one suspect, individual Officers should determine whether the circumstances warrant a request for backup assistance and whether the contact should be delayed until such assistance arrives.

5. Officers will confine their questions to those concerning the suspect's identity, place of residence, and other inquiries necessary to resolve the Officer's suspicions. However, in no instance will an Officer detain a suspect longer than is reasonably necessary to make these limited inquiries.

6. Officers are not required to give suspects Miranda warnings in order to conduct field interviews unless the person is in custody and about to be interrogated.

7. Suspects are not required, nor can they be compelled, to answer any questions posed during field interviews. Failure to respond to an Officer's inquiries is not, in and of itself, sufficient grounds to make an arrest although it may provide sufficient justification for additional observation and investigation.

8. Persons will not be transported from the immediate area of the stop unless there are compelling safety concerns, the individuals give their consent to do so, or they are arrested.

9. The Stop and Frisk Statute also applies to persons in automobiles. A subject may be asked to exit the automobile prior to questioning.

10. The Statute does not permit searches of locked or inaccessible areas of the automobile, but you may check for weapons and seize contraband that is in plain view.

## II. PAT-DOWN SEARCHES

A Law Enforcement Officer has the right to conduct a pat-down search of the outer garments of a suspect for weapons if there exists reasonable suspicion to believe that the suspect is armed and dangerous.

### A. Justification Criteria for Conducting Pat-Down Searches:

Clearly, not every field interview poses sufficient justification for conducting a pat-down search. The following criteria may form the basis for establishing justification for performing a pat-down search. These factors are not all inclusive; other factors could and should be considered. The existence of more than one of these factors may be required in order to support reasonable suspicion for the search:

1. The type of crime suspected— particularly in crimes of violence where the use or threat of deadly weapons is involved.

2. Where a single Officer must handle more than one suspect.

3. The hour of the day and the location or neighborhood where the stop takes place.

4. Prior knowledge of the suspect's use of force and/or propensity to carry deadly weapons.

5. The appearance and demeanor of the suspect.

6. Visual or verbal indications that suggest that the suspect is carrying a firearm or other deadly weapon.

## B. Procedures for Performing a Pat-Down Search:

When reasonable suspicion exists to perform a pat-down search, it should be performed with due caution, restraint and sensitivity. These searches are only justified and may only be performed to protect the safety of Officers and others. Pat-down searches should be conducted in the following manner:

1. Whenever possible, pat-down searches should be conducted by at least two Officers.

2. In a pat-down search, Officers are permitted only to externally feel the outer clothing of the suspect. Officers may not place their hands in pockets unless they feel an object that could reasonably be perceived as a weapon; such as a firearm, knife, or other weapon.

3. If the suspect is carrying an object such as a handbag, suitcase, briefcase, or other item that may conceal a weapon, the Officer should not open the item but instead place it out of the suspect's reach.

4. If evidence of a weapon is present, the Officer may retrieve that item only.

   a. If the item is a weapon the possession of which is a crime, the Officer may make an arrest of the suspect and complete a full custody search of the suspect.

   b. If the frisk reveals a firearm or other weapon that is lawfully possessed, it should be returned to the subject upon termination of the questioning.

5. If, during the frisk or pat down for a weapon, narcotics or other contraband articles become immediately and readily apparent by feel/touch, the subject may be searched and arrested on a charge unrelated to weapons.

## III. MOTOR VEHICLE SEARCHES

### A. When Vehicle Searches may be Conducted: [2.07E]

Whenever feasible, a warrant will be obtained for the search of a motor vehicle. Warrantless searches of vehicles are to be conducted when exigencies make it impractical for Officers to obtain a warrant. When there is no significant chance the vehicle will be driven away or that evidence contained within it will be removed or destroyed, the vehicle should be searched only after a warrant has been obtained. Other routine and well-established search warrant exceptions include the following:

1. When probable cause to search the vehicle exists. Probable Cause can be established through:

   a. A certified and well trained narcotics detection canine alert toward the interior of the vehicle;

   b. Plainview observation of contraband in the vehicle, or

   c. Other legally established investigative methods.

2. Reasonable belief that further evidence of the crime that the subject was arrested for will be discovered in the vehicle.

3. Consent to search

4. Pursuant to an inventory search following the arrest of the occupant(s) of the vehicle.

5. When an Officer has a reasonable belief that a vehicle occupant is dangerous and might access the vehicle to obtain a firearm or other weapon.

6. When impounding a vehicle for forfeiture.

7. Stolen or abandoned vehicles.

**8.** When necessary to examine the vehicle identification number or to determine ownership of the vehicle, or

**9.** Under emergency circumstances not otherwise enumerated above, such as the movable vehicle exception rule (Carroll Doctrine). **[2.07E]**

**B.** **Scope of Vehicle Searches:** **[2.07H]**

Members are guided by the following:

**1.** **Searches with a Warrant**.  The search of a vehicle, based upon a valid search warrant, will be executed in accordance with the conditions established in the **Search Warrant SOP**.

    **a.** When searching under a warrant, Officers may search all areas of the vehicle unless the warrant states otherwise.

    **b.** A vehicle search warrant is required when the vehicle to be searched is:

        **(1).** On private property, and/or

        **(2).** Is immobile and not traveling on public roadways.

**2.** **Probable Cause Searches:**  Probable Cause searches may extend to all areas of the motor vehicle, unless the probable cause is limited to a specific area of the vehicle.

**3.** **Incident to Arrest:** **[2.07H]**

    **a.** In accordance  with the Arizona v. Gant decision, Officers may perform a vehicle search incident to an arrest in the following manner:

        **(1).** The Officer has reason to believe that further evidence of the arrestee's offense might be discovered in the vehicle (i.e. the arrest is for narcotics delivery and the attending Officer has reason

to  believe  there  may  be more illegal narcotics in the vehicle), or

        **(2).** The arrestee remains unsecured and within reaching distance of the vehicle's passenger compartment at the time of the subsequent search.

**4.** **Consent Searches:**  The extent of a consent search depends upon the terms of the consent itself.  If the consent is limited to specific areas of the vehicle, Officers may search only portions of the vehicle covered by the consent.   Written consent should be obtained whenever possible  before  conducting  these searches.

**5.** **Inventory Search:**  Officers are authorized to conduct an entire search of a vehicle to include any open or closed containers incident to the arrest of an occupant. **[2.07H]**

**6.** **Search for Weapons:**  Search for weapons normally must be confined to the passenger area of the vehicle. Areas not immediately accessible to the vehicle's occupants, such as a locked glove compartment, may not be searched.

**7.** **Entries to examine a vehicle identification number or to determine ownership of the vehicle:**  Entries made to examine the vehicle identification number or to determine the ownership of the vehicle must be limited to actions reasonably necessary to accomplish these goals.

**8.** **Emergencies:**  Search of a motor vehicle under emergency circumstances not otherwise enumerated above must be co-extensive with the nature of the emergency.   The proper extent of the search must therefore be determined in each specific situation, but in no event will the extent of the search exceed that necessary to respond properly to

the emergency. **Note:** Where the initial search discloses probable cause to believe that other portions of the vehicle may contain fruits, instrumentality's, or evidence of a crime any additional portions of the vehicle that could reasonably contain the items being sought.

## C. Search of Containers Found in Vehicle:

Unless incident to the arrest of the vehicle occupant(s), a container in a motor vehicle will not be searched unless it could contain the item(s) being sought. In addition:

1. An Officer may seize contraband discovered in plain or open view inside a vehicle and any open containers found within the vehicle.

   a. However, an Officer must view the contraband from a legal vantage point, and

   b. The nature of the contraband must be immediately apparent to the Officer.

2. Unlocked containers found in motor vehicles are governed by the nature of the search, as follows:

   a. In a probable cause search, containers such as paper bags, cardboard boxes, wrapped packages, etc., wherever found in the vehicle, may be opened.

   b. When the vehicle is being searched incident to an arrest, such containers found within the passenger compartment may be opened.

   c. Containers discovered during a consent search of the vehicle may be opened provided that the terms of the consent expressly permit or reasonably imply that the particular container may be opened.

d. Containers found in or discarded from a vehicle under circumstances that do not justify their search under probable cause rules or in connection with a search incident to arrest, should be secured but not searched until a warrant is obtained to search them.

3. Locked containers such as brief cases, suitcases, and footlockers found during a vehicle search should be opened only if:

   a. The search is being conducted under a warrant, or

   b. A valid consent to open the locked container is first obtained, or

   c. Pursuant to an inventory search.

   d. Where these conditions are not met, locked containers should be secured and opened only after a warrant has been obtained.

## D. Location and Time of Search:

Whenever possible, a search of a motor vehicle, and containers found therein, should be conducted at the location where the vehicle was discovered or detained.

1. Under exigent circumstances, a search of the vehicle or container may be delayed and/or conducted after the vehicle or container has been moved to another location.

2. However, in all instances, searches will be conducted as soon as is reasonably possible; that is, as soon as adequate personnel are available to conduct a thorough search with due regard for the safety of all Officers, citizens and property concerned.

## E. Conduct of the Search:

Motor vehicle searches will be conducted in a manner that minimizes the intru-

siveness of the search and the inconvenience caused to vehicle owners, occupants, and other persons involved.

1. Where possible, damage to the vehicle or to other property in the course of the search should be avoided.

2. Where unavoidable, such damage should be confined to that which is reasonably necessary to carry out a safe and thorough search.

## F. Abandoned Vehicles:

Examination of a vehicle that has been abandoned on a public thoroughfare is technically not a search.

If an Officer can determine in advance that the vehicle has been abandoned, examination of the interior of the vehicle will be conducted only in accordance with the provisions of this SOP and the Law.

## G. Seizure of Evidence:

Any evidentiary items discovered in the course of a motor vehicle search will be collected, handled, packaged, marked, transported and stored in accordance with the Departments **Property and Evidence SOP**.

Where appropriate and feasible, receipts for seized property will be given to the owner and/or occupants of the vehicle.

## H. Security of Vehicles and Property:

If the search of a vehicle leaves the vehicle or any property contained therein vulnerable to unauthorized entry, theft or damage, Members will take such steps as are reasonably necessary to secure and/or preserve the vehicle or property from such hazards.

## IV. ENTRY OF PREMISES TO AFFECT AN ARREST

### A. Providing Notice to Occupants: [2.07G]

A Law Enforcement Officer must possess legal authority and provide notice to occupants prior to entering a premise (Benefield v. State, 160 So2d 706 Fla. 1964).

Officers are not required to provide notice prior to entry in the following two exigent circumstances. [2.07G]

1. Where the Officers are justified in the belief that persons within are in imminent peril of bodily harm, or

2. Where those within are engaged in activities that justify the Officer's belief that an escape or destruction of evidence is being attempted or would be attempted (Benefield v. State; State v. Kelly 287 So2d 13 Fla. 1974).

### B. Right of Officer to Break Into a Building:

"If a 'Police' Officer fails to gain admittance after he has announced his authority and purpose in order to make an arrest either by warrant or when authorized to make an arrest for a felony without a warrant, he may use all necessary and reasonable force to enter any building or property where the person to be arrested is or reasonably believed to be" (Chapter 901.19(1), Florida Statutes).

### C. Warrantless and Non-Consensual Entries:

Members will be guided by the following when conducting a warrantless and non-consensual entry into a premise to effect an arrest:

1. **Misdemeanor Entry:** A warrantless and non-consensual entry into a suspect's residence to effect an arrest for a misdemeanor, even if the crime is committed in the Officer's presence, is prohibited unless

it is in fresh pursuit. (<u>Guerrie v. State</u> Fla. 1997).

**2. Felony Entry:** FSS 901.19 authorizes an Officer to forcibly make a warrantless and non-consensual entry into a premise to arrest a suspect, including the premise of a third party if:

    **a.** The Officer has probable cause to believe the suspect committed or is committing a felony, **and**

    **b.** The Officer is reasonably certain the suspect is inside the premise to be entered.

    **c.** If the suspect to be arrested is believed to be located at a third party's residence, an arrest warrant is recommended.

**D. Exigent Circumstances: [2.07G]**

There is no single definition describing all situations that may constitute "exigent circumstances," however:

**1.** Any situation in which articulable facts exist which indicate that the safety of Officers or other persons will be jeopardized or where the public safety is endangered or that escape or flight will be likely if an arrest is not made without delay, may constitute exigent circumstances.

**2.** Inconvenience, manpower shortages, or administrative obstacles to procuring a warrant would not be recognized as exigent circumstances.

**V. SEARCH OF PREMISES INCIDENT TO LAWFUL ARREST**

**A. Search Warrant Required:**

If you anticipate an arrest at a subject's home, office, or other premise and you want to conduct a complete search of the <u>entire premises</u> after the arrest, you will obtain a search warrant.

**B. Lawful Arrest Searches:**

When a lawful arrest is made, you may search the person arrested, the area within the subject's immediate presence and those areas within plain view without a warrant to discover weapons and evidence and for the purpose of:

**1.** Ensuring Officer Safety.

**2.** Preventing escape.

**3.** Ensuring the lawful custody of the fruits of a crime or articles used in the commission of a crime.

**C. Lawful Arrest-No Search Warrant:**

If a lawful arrest is made inside, a house or building and you do not have a search warrant:

**1.** You may canvas the entire premises to ensure Officer Safety.

**2.** You may seize items of evidence that are in **plain view** in the room where the arrest occurs, or in other rooms entered while looking for the suspect or accomplices.

**3.** You may not search other rooms, closets and drawers **for evidence**. You may not conduct a search of files, drawers, suitcases, boxes, and cabinets. You may not enter the detached structures or the subject's vehicle parked outside.

**4.** If the suspect is arrested outside his premises, you **may not** take him inside the premises in order to search the inside of the premises.

**5.** You can obtain a valid consent to search the premises. The better practice is to secure the premises, obtain a search warrant, return to the scene, and execute the search warrant.

## VI. CONSENT TO SEARCH: [2.07C]

A valid consent to search is recognized as an exception to a 4th Amendment search warrant requirement.  The search of a premise for a person or property may be conducted following consent without a warrant and without probable cause to obtain a warrant.

Consent must be voluntarily, freely, and intelligently given by an appropriate party having authority to grant consent, and the search must be limited to the terms of the consent.

### A. Consent to Search Form:

When a person with sufficient authority consents to a search of the premises, the investigating Member will make every attempt to have the person, sign a Hollywood Police Department Consent to Search Form (see **Appendix A**). In some instances, the person may be willing to give verbal consent to search, but refuses to sign the Consent to Search Form.  In those circumstances, a Supervisor must be present to witness the verbal consent and ensuing search.

When a written Consent to Search has been obtained, the Member will immediately notify their respective Supervisor.  The affected Supervisor will respond to the scene prior to any searching by the Member(s).  If the affected Supervisor is not immediately available, arrangements will be made to have an available Supervisor respond to witness the search.

### B. Third Party Consent:

Any third party consent must be obtained from one who has equal or greater control/interest in the area to be searched than the person not providing the consent.

A test to apply to third party consent situations is the Matlock Test.  The Matlock Test has three elements:

1. The non-consenting person is absent.

a. The consent of one who possesses common authority over premises or effects is valid against the <u>absent</u> non-consenting person with whom the authority is shared.

b. If the person is present and objecting, the consent obtained from the party not objecting may be invalid.  A present objecting party should not have his constitutional rights ignored because of a property interest shared with another, particularly when the person objecting is the one whose constitutional rights are at stake.

2. The person providing consent could permit the search in his own right.

3. The defendant had, in some manner, assumed that the co-occupant might permit a search or inspection of the place or items.

### C. Authority to Grant Third Party Consent:

The following guidelines concerning the authority to grant third party consent were established in U.S. Supreme Court and Florida Supreme Court rulings.

1. **Person present and objecting to the search:**  A present objecting party should not have his constitutional rights ignored because of a property interest shared with another, particularly when the Police are aware that the person objecting is the one whose constitutional rights are at stake.

2. **Defendant is absent but Police know he objects to the search:**  if the suspect is, absent from the location of the search, and the Police are aware that the suspect objects to a search, third party consent by a person sharing a property interest in the location to be searched is not valid.

3. **Parents consent to search the room occupied by a child:** When seeking parental consent to search a room occupied by a child, carefully determine the parent's right of access to the room. If there are indications of a son or daughter's expectation of privacy in all or part of the room, be very careful in relying on parental consent to search.

4. **Consent is given by a child to search parent's premises:** Officers should not rely upon consent given by minor children to search a parent's house when the parent is the focus of the investigation. A child does not have equal control over the premises of his parents. If someone other than the parent is the focus, a child might be in position to consent.

5. **Consent by girlfriend/boyfriend living under the same roof:** Premises jointly controlled by a girlfriend or a boyfriend may be searched upon the consent of either party, if that area to be searched is not one, which is exclusively controlled by the unavailable party.

6. **Consent obtained from an intoxicated person:** Whether consent obtained from an intoxicated person will be considered valid depends on the degree of intoxication of the subject. Since intoxication can easily be claimed whenever consent is sought, Officers should carefully note the physical and mental condition of the person with whom consent is asked. It is important to note the absence, as well as presence, of alcohol. Note the time that has passed since the person last had a drink and if he was rational and behaving normally.

7. **Landlord's consent to search a tenant's premise:** A landlord cannot consent for Police entry into rooms, homes, and apartments rented by tenants.

8. **A hotel/motel desk clerk's consent to search a guest's room:** A hotel/motel desk clerk cannot consent to a search of a guest's room. However, once a person rents a hotel/motel room, he gives implied permission for maids, janitors, repairman, etc., to enter the room. Whatever that person finds can thereby be utilized by the Police. Nevertheless, the Police cannot purposefully send maids, janitors, etc., into a room to seek evidence.

D. **Withdrawing Consent:**

The person granting consent can withdraw his/her consent at any time. Upon the withdrawal of consent, the search will cease. Any evidence or contraband found before the withdrawal of consent will be retained.

VII. **COMPUTER SEIZURE/ SEARCHES**

A. **When Computer Seizures/ Searches may be Conducted:**

Whenever feasible, a warrant will be obtained for the search/ seizure of a computer. Warrantless seizures are to be conducted when exigencies make it impractical for Officers to obtain a warrant.

B. **Consent to Search Form:**

When a person with sufficient authority consents to a search of his computer, a Hollywood Police Department Consent to Search Form (see Appendix B) must be completed.

C. **Withdrawing Consent:**

The person granting consent can withdraw his consent at any time. Upon the withdrawal of consent, the search will cease. Any evidence or contraband found before the withdrawal of consent will be retained.

D. **Seizure of Evidence:**

Any evidentiary items discovered in the search and seizure of a computer will be

collected, handled, packaged, marked, transported and stored in accordance with the Department's Property and Evidence SOP.

Where appropriate and feasible, receipts for seized property will be given to the owner of the computer.

## VIII.   DEFINITIONS:

### A.   CONSENSUAL ENCOUNTER:

Contact between an Officer and a person in a way that would cause a reasonable person to believe he/she was not subject to detention and free to ignore the contact by the Officer.

### B.   EXIGENT CIRCUMSTANCES:

Demanding conditions that will allow a warrantless search.  Examples include the prevention of destruction of evidence of a crime, the possible escape of a criminal, or when the safety of the public is in jeopardy.

### C.   EXTENUATING CIRCUMSTANCE:

Something arising suddenly out of the current event; any event or occasional action or remedy; a sudden and unexpected happening or an unforeseen occurrence or condition.

### D.   PLAIN VIEW:

Observation of evidence of a crime or contraband, without searching, from a location to which the Member has legal presence.

Officers may seize evidence / contraband in plain view without a warrant. Officers, however, must be legally present and will have to justify that the facts and circumstances necessitated the seizure without a warrant.

### E.   REASONABLE SUSPICION:

Articulable facts that reasonably indicate that such person has committed, is committing, or is about to commit a criminal violation.

### F.   SEIZURE (OF A PERSON):

An indication of detention, or when one's freedom of movement has been restrained by an Officer in a way, which would cause a reasonable person to believe he/she was not free to leave.

APPROVED BY:

**04/24/2013**

**Vincent R. Affanato**              Date
**Office of the Chief of Police**

## ATTACHMENTS:

- **Appendix A:**  Hollywood Police Department Consent to Search Form.



# HOLLYWOOD POLICE DEPARTMENT
## CONSENT TO SEARCH FORM

**CASE #** _____

Date: _____

Name: _____ Race: _____ Sex: _____ DOB: _____

Address: _____ City: _____ State: _____

This is to certify, after having been informed of my Constitutional Right to not have a search made of the premise(s) hereinafter mentioned without a Search Warrant and of my right to refuse to consent to this search, hereby do authorize representative(s) of the Hollywood Police Department, City of Hollywood, Broward County, Florida to conduct a complete search of my ☐ **Residence** ☐ **Automobile** ☐ **Other**: _____

located at: _____ which I either own, have been using, now in my possession or under my control, described as:

_____.

The said search may also be conducted with the assistance of a specially trained police canine.

These representative(s) are authorized by me to remove any letters, papers, materials, or property as desired.

I am giving this written permission to the Hollywood Police voluntarily, without threats or promises of any kind.

_____
Signature

_____
Date

Witnessed by: _____ Date: _____

Witnessed by: _____ Date: _____

*Note: An itemized list of items removed will be documented on the reverse side of this form.*

| ANIMAL INVESTIGATIONS | |
|---|---|
| **DEPARTMENT SOP: #275** | **CFA STANDARDS:** |
| **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:** To provide procedures for dealing with animal abuse, neglect and bite calls.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** Department Members may encounter various incidents involving animals. Members will provide appropriate assistance while protecting themselves and others from unreasonable risks.

**INDEX:**

I.      ANIMAL COMPLAINTS ........................1

   A.     Impounding Animals: ...........................1
   B.     Dog Impoundment: ..............................1
   C.     Dog Care ............................................2
   D.     Animal Abuse/Cruelty: .........................2
   E.     Dangerous Animals: ............................2
   F.     Dog Bites: ...........................................2

II.     ANIMALS (USE OF FORCE) .................3

**PROCEDURE:**

**I.   ANIMAL COMPLAINTS**

  **A.  Impounding Animals:**

Broward County Animal Care and Regulation Division have been designated as the impounding Agent for all stray and abandoned animals:

1. Broward County Animal Care and Regulation Division will also handle sick, injured, and dead animals when the owner is not known.

2. Critter Control is the County's responding Agent for the collection and disposal of dead animals.

3. If the presence of a dead animal poses a traffic hazard, the Member will either remove the animal from the roadway or direct traffic around it until it is removed.

4. Complainants will be advised to contact Broward County Animal Care and Regulation Division between 7:00 a.m. and 5:30 p.m., Monday through Friday for non-dangerous animal violations. The phone number is on file in the Communications Section.

5. Broward County Animal Care and Regulation Division will be available to respond to after hour emergencies when the animal is suspected of being rabid, or poses a threat to itself or others. The contact number is on-file in the Communications Section.

  **B.  Dog Impoundment:**

Members taking custody of dogs will adhere to the following procedures:

1. If Animal Control cannot respond in a timely manner for a stray or abandoned dog, Members may take custody of the dog and place it in the temporary dog kennel located on the southwest side of the Police building adjacent to the motorcycle parking.

**2.** Communications personnel will be notified that a dog has been taken into custody and placed into the kennel.

**3.** Communications personnel will contact Broward County Animal Care and Regulation Division to request a representative to respond to the Department and take custody of the dog.

**4.** Members leaving a dog in the kennel will be responsible for the animal's care until a representative from the Broward County Animal Care and Regulation Division can respond to take possession of the dog.

**5.** If the representative from Broward County Animal Care and Regulation Division does not respond to the Department prior to the end of the responsible Member's shift, the Member must notify his immediate Supervisor. The Supervisor will then assign a Member to care for the dog until the arrival of a Broward County Animal Care and Regulation representative.

**C. Dog Care**

Any Member that has an animal in custody at the Department which is being held for Broward County Animal Care and Regulation Division will:

**1.** Place the dog in the kennel and secure the gate with the metal gate clip.

**2.** Members will be responsible for providing the animal with food and water until a Broward County Animal Care and Regulation representative can respond.

**3.** Dog food and bowls will be available in the storeroom.

**4.** The Department's Laborer will be responsible for cleaning the kennel.

**D. Animal Abuse/Cruelty:**

Officers responding to animal abuse complaints will:

**1.** Investigate all animal abuse complaints thoroughly. A Field Dictation Report will be completed in cases of documented animal abuse/cruelty.

**2.** A copy of the Report will be forwarded to the Investigative Services Section.

**3.** If the abuse occurred in the presence of the Officer, the Officer may arrest under the appropriate Florida Statute or Municipal/County Ordinance.

**4.** If the animal's life is in danger due to abuse, the animal will be impounded and turned over to Broward County Animal Care and Regulation Division.

**E. Dangerous Animals:**

When an animal poses a threat to public safety, Officers will:

**1.** Attempt to contain the animal.

**2.** Request Broward County Animal Care and Regulation Division to respond and take custody of the animal.

**3.** Document all complaints concerning dangerous animals on a Field Dictation Report.

**F. Dog Bites:**

Officers responding to dog bite calls will:

**1.** Summon medical assistance, if needed.

**2.** Advise the victim to contact the Health Department.

    **a.** The phone number is on-file in the Communications Section.

**b.** If the Health Department determines the animal should be quarantined, they will notify Broward County Animal Care and Regulation Division.

**3.** Complete a Field Dictation Report.

**4.** Report the dog bite to Animal Care and Regulation Division within 12 hours. (Weekdays between 10 A.M and 6 P.M. 954-359-1313 Ext. 231 or after hours Broward Fire Central Dispatch 954-765-5124)

**5.** Issue a Notice to Appear (Chapter 92 of the Hollywood Municipal Ordinance Book) if a violation of Municipal/County Ordinances has occurred.

**II. ANIMALS (USE OF FORCE)**

Refer to the **Use of Force SOP**.

<u>**DEFINITIONS:**</u>

None

APPROVED BY:

*Chadwick E. Wagner*  **12/09/2008**
**Chadwick E. Wagner**          **Date**
**Chief of Police**

<u>**ATTACHMENTS:**</u>

None

# AFTER ACTION REPORTS/CRITICAL INCIDENT REVIEW BOARD



| | |
|---|---|
| **DEPARTMENT SOP: 279** | **CALEA: 41.2.2,** |
| **EFFECTIVE DATE: 06/16/2014** **REVIEW: 08/13/2014** | **CFA:** |

**PURPOSE:** To provide guidelines for the preparation of the After Action Reports and for establishing a Critical Incident Review Board.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of the Department to prepare After Action Reports following large-scale emergencies, disasters, unusual occurrences, and any other event the Chief of Police deems appropriate. Where appropriate, the Chief of Police may also convene a Critical Incident Review Board to make recommendations related to modifying existing or adding needed policies subsequent to the review of a critical incident.

**INDEX:**

I.  INCIDENTS/OCCURRENCES REQUIRING AN AFTER ACTION REPORT....................................................1

II.  CONTENTS OF THE AFTER ACTION REPORT....................................................1

III.  CRITICAL INCIDENT REVIEW BOARD .2

**PROCEDURE:**

I.  **INCIDENTS/OCCURRENCES REQUIRING AN AFTER ACTION REPORT**

   A.  An After Action Report will be completed for the below listed incidents/occurrences:

   1.  Man-made and natural disasters:

      a.  Major fires;

      b.  Major aircraft incidents;

      c.  Accidents involving hazardous materials;

      d.  Collapsed buildings;

      e.  Hurricanes; and

      f.  Tornadoes.

   2.  Civil disturbance;

   3.  SRT Operations;

   4.  situations;

   5.  Mass Arrests;

   6.  Bombings/explosives;

   7.  Special Events (Parades, VIP escorts);

   8.  Terrorist Acts;

   9.  Requests for police response to major incidents in other jurisdictions.

   B.  The After Action Report will be a memorandum prepared by the shift commander(s) on duty at the time of the incident.  The report will be prepared within 10 calendar days after the culmination of the event unless otherwise directed by the Chief of Police.

II.  **CONTENTS OF THE AFTER ACTION REPORT**

   A.  The After Action Report may contain all, or part of, the following information:

   1.  Nature of incident/occurrence;

   2.  Date, Time, and location of incident/occurrence;

   3.  Case number(s);

   4.  Original officer(s) involved in the incident (if any);

   5.  Additional units dispatched;

   6.  Time shift commander was advised and by whom;

7. Description of deployment used to handle situation and assessment of its effectiveness;

8. Problems encountered with traffic and crowd control;

9. List of all arrests related to the incident/occurrence;

10. Recommendations;

11. Command Function:

   a. Command post;

   b. Other agencies involved;

   c. Staging area, and;

   d. Media Relations and Public Information.

12. Operations Function:

   a. Perimeters;

   b. Evacuations;

   c. Maintaining command post and scene security;

   d. Provided detainee transportation, processing and confinement;

   e. Traffic Control, and;

   f. Post-Incident Investigation.

13. Planning Function:

   a. Chronological account of events;

   b. Diagrams of scene, if appropriate;

   c. Special equipment required or requested, and;

   d. Damage to city equipment or other property.

14. Logistics Function:

   a. Communications;

   b. Medical Support;

   c. Field Force Team;

   d. SWAT;

   e. Crisis Negotiation Team, and;

   f. Supplies.

15. Finance Function:

   a. Staffing and Cost Factors;

      (1). Number of personnel utilized;

      (2). Number of hours worked by police personnel, including straight time and overtime;

      (3). Breakdown of police personnel by sworn and civilian.

   b. Documenting liability issues;

   c. Procuring additional resources, and;

   d. Injuries to, or deaths of, police personnel and civilians.

## III.  CRITICAL INCIDENT REVIEW BOARD

A. The purpose of the Critical Incident Review Board (CIRB) is to ensure employee compliance with departmental rules and regulations, departmental Standard Operating Procedures and training practices.

   The board will thoroughly review any incidents of major impact to members, the department, or the public. "Critical incident" is intended to be broadly defined so as to include any event deemed worthy of review by the Chief of Police.

   The CIRB will convene within 30 days of the incident.

   The divisional major responsible for the personnel involved in the critical incident shall assist the board chairperson by coordinating collection and delivery of requested documents and materials no later than ten days after the incident.

B. **The CIRB will evaluate and consider:**

   1. The incident's nature and the judgment utilized by the member(s) involved;

   2. The prevailing policy or lack thereof;

   3. Whether training practices were followed;

   4. The role(s) of involved leaders and managers.

It is not the board's purpose to investigate any criminal allegation related to the incident.

**C. Members of the CIRB:**

1. The Professional Standards Division Major, who will be the chairperson;

2. A commander from an outside agency, preferably outside the county.

3. A non-involved lieutenant.

4. A non-involved sergeant.

5. A non-involved officer.

6. A member of the community and/or any other members as deemed by the Chief of Police or chairperson.

**D. Chairperson responsibilities**

The chairperson is responsible for:

1. Setting the date, time, and location for the board meeting;

2. Notifying all board members of the meeting;

3. Facilitating the board meeting;

4. Presenting a final report to the Chief of Police, in memorandum format, indicating the following:

    **a.** Whether the incident was proper and:

    **(1).** Consistent with Training, policy and procedures.

    **(2).** Consistent with the National Incident Management System.

    **(3).** Lacked oversight.

    **(4).** Lessons Learned.

    **b.** Whether the incident was compliant with current departmental rules, regulations and Standard Operating Procedures.

    **c.** Whether the actions taken were necessary and appropriate given the facts, circumstances and information available to the involved member(s) at the time of the occurrence.

    **d.** CIRB recommendations

**(1).** Further administrative action is recommended (i.e. discipline, fitness for duty, duty status evaluation, etc.)

**(2).** A training issue has been identified and noted.

**(3).** No further action is recommended.

**(4).** Whether remedial training is recommended.

**(5).** Additional follow-up action recommended by the board.

APPROVED BY:

_Frank G. Fernandez_    **08/13/2014**
**Frank G. Fernandez**     **Date**
**Chief of Police**

**ATTACHMENTS: none**

| UNUSUAL OCCURRENCES | | |
|---|---|---|
|  | **DEPARTMENT SOP: #280** | **CALEA:** |
| | | **CFA:** |
| | **EFFECTIVE DATE: 11/1/2001** | **20.01A-P,    20.02,    20.04,** |
| | **REVIEW: 02/08/2013** | **21.01D** |

**PURPOSE:** To provide standards and guidelines for a comprehensive emergency management system designed to ensure efficient response to all types of emergencies and natural or manmade disasters.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** It is the policy of this Department to effectively plan for and efficiently deal with unusual occurrences. The primary goal of the Hollywood Police Department is to protect lives and property while maintaining peace and order.

Possible natural or manmade disasters include, but are not limited to, the following:

- Civil Disturbance

- Fires

- Floods

- Plane Crashes

- Tornadoes

- Train Crashes

- Hazardous Materials (see **SOP# 280.2 HAZARDOUS MATERIALS**)

- Hurricanes (see **SOP# 280.1 HURRICANE PLAN**)

- Petroleum Spills (see **SOP# 280.2 HAZARDOUS MATERIALS**)

**INDEX:**

**I.    EMERGENCY MANAGEMENT AND PLANNING** ............................................. 2

   A.    Authority: **[20.01D][20.01E]** ...................... 2
   B.    Emergency Management Director: ..... 2
   C.    Comprehensive Emergency Operations Plan (CEOP): ...................................... 2

**II.    DUTIES AND RESPONSIBILITIES** ....... 2

   A.    First Responder: .................................. 2
   B.    First Responding Supervisor: **[20.01B]** .. 3
   C.    Shift Lieutenant: **[20.01B]** ...................... 3
   D.    Staff Duty Officer: ................................ 3
   E.    Emergency Management Director: **[20.01A,D,G,P][20.03 A,B]** ................... 3
   F.    Emergency Operations Center Locations: ............................................ 4
   G.    E.O.C. Responsibilities: **[20.01A,D] [20.03D]** ............................................... 4

**III.    MOBILIZATION PLAN** .......................... 4

   A.    Emergency Response Levels of Activation: .......................................... 4
   B.    Mobilization Procedures: .................... 5
   C.    Shift Schedules: ................................. 5

**IV.    REPORTING FOR DUTY** ...................... 5

   A.    Member Response: ............................. 5
   B.    Uniforms: ............................................ 6
   C.    Member Entrance to Police Building: .. 6
   D.    Registration Officer: ........................... 6
   E.    Officer Assignments: .......................... 6

**V.    EMERGENCY OPERATIONS** .............. 6

   A.    Communications: **[20.01A]** .................. 6
   B.    Quartermaster: **[20.02]** ........................ 6
   C.    Situation Maps: **[20.01C]** .................... 7
   D.    Transportation: **[20.01N]** ..................... 7
   E.    Evacuations: ....................................... 7
   F.    De-escalation: **[20.01I]** ....................... 7
   G.    Training: **[20.01C,Q]** ............................ 7

H.   Arrests, Processing, and Confinement Procedures: **[20.01L]** ............................7
I.   Medical Treatment: **[20.01M]** .................7
J.   Search and Rescue: **[21.01C]** ...............8

**VI.    LEGAL CONSIDERATIONS:.................8**

A.   Florida Statutes: **[20.01K]** ......................8
B.   Court and Prosecutorial Liaison: **[20.01J]** ..............................................................8

**VII.    DEFINITIONS: .........................................8**

A.   UNUSUAL OCCURRENCE:................8
B.   EMERGENCY OPERATIONS CENTER (EOC):..................................8
C.   FIELD COMMAND POST:...................8
D.   REGISTRATION OFFICER:................8

**PROCEDURE:**

**I.    EMERGENCY MANAGEMENT AND PLANNING**

**A.  Authority: [20.01D][20.01E]**

The Chief of Police or his Designee will exercise command and control over all civil Law Enforcement resources committed to unusual occurrences in the City of Hollywood. This includes any Agencies or components involved in a Mutual Aid request by the City of Hollywood (see **SOP# 145 MUTUAL AID**).

**B.  Emergency Management Director:**

The Assistant Chief of the Patrol Services Bureau is the designated Emergency Management Director (EMD) for the Police Department. The EMD's duties will include:

**1.**  Coordinating the development, distribution, and review of the Agency's emergency management plans.

**2.**  Serving as an advisor for emergency management issues.

**3.**  Maintaining liaison with the County's Director of Emergency Management. The Sheriff's Office and other support Agencies.

**4.**  Analyzing the acquisition requirements of special emergency supplies and equipment, and providing for inspections of equipment designated for use in unusual occurrence situations to ensure operational readiness.

**5.**  Maintaining the Agency's situation maps in a state of readiness.

**6.**  Providing assistance to outside investigative Agencies such as, N.T.S.B., F.A.A., F.B.I., F.D.L.E., etc.

**7.**  Coordinating emergency management and mobilization training for key Agency Members.

**C.  Comprehensive Emergency Operations Plan (CEOP):**

The complexity and variety of potential unusual occurrences makes it impractical to include detailed plans for all types of emergencies. The City of Hollywood has adopted a Comprehensive Emergency Operations Plan (CEOP) which provides guidelines for Citywide Services in the event of a disaster incident. The CEOP outlines a response to a Hurricane and other disasters and will be incorporated as part of this SOP. Copies of the CEOP are available from the Accreditation Unit upon request.

**II.  DUTIES AND RESPONSIBILITIES**

**A.  First Responder:**

The first Officer on the scene of an unusual occurrence will be responsible for the following:

**1.**  Evaluate the nature and scope of the occurrence.

**2.**  Report findings and summon assistance or resources. This is especially important when describing airplane crashes, and any unknown or hazardous materials incidents.

**3.**  Perform the necessary rescue operations until the arrival of support units.

4. Prepare initial reports.

**B. First Responding Supervisor:** [20.01B]

The First Responding Supervisor is responsible for the following:

1. Immediately responding to the scene and assuming command.

2. Evaluating the situation and initiating action to restore order and protect life and property.

3. Informing the Shift Lieutenant.

4. Directing all field operations within the problem area until relieved.

5. Establishing adequate traffic control to provide safety to the public with minimum interruption of normal traffic flow. [20.01F]

6. Establishing a Field Command Post: [20.01B]

    a. Establish an inner and outer perimeter around the affected area in an attempt to contain the situation, preserve evidence, and keep people out of the area, and

    b. Assign an Officer to staff it. This Officer will establish and maintain an incident log, handle communications, and coordinate the deployment of manpower.

7. Establishing safe access routes to the Command Post and staging areas for emergency vehicles.

**C. Shift Lieutenant:** [20.01B]

Upon being notified, the Shift Lieutenant will immediately proceed to the Field Command Post and take control of the situation.

The Shift Lieutenant is responsible for the following:

1. Assessing the situation and determining the operational phase for rapid mobilization if required.

2. Notifying the Patrol Division Major, or Staff Duty Officer.

3. Ensuring that additional Staff notifications are made.

4. Determining the availability of any required supplies or equipment and arranging for their delivery. [20.01H]

5. Initiating requests for Mutual Aid (see **SOP# 145 MUTUAL AID**).

**D. Staff Duty Officer:**

Upon being notified of an unusual occurrence or emergency situation, which requires a Departmental Mobilization, the Staff Duty Officer will respond to the Field Command Post and shall be responsible for the following:

1. Assuming command of Police field operations.

2. Reporting directly to the Chief of Police or his designee concerning the situation and mobilization requirements.

3. Notifying the Emergency Management Director of the situation and requesting the EOC be activated, if appropriate.

4. Continually updating Staff Members of the situation.

**E. Emergency Management Director:** [20.01A,D,G,P][20.03 A,B]

If mobilized, the Emergency Management Director will coordinate the Agency's overall response to the emergency and is responsible for the following:

1. Facilitating the Police Department's response to the emergency by activating and assuming command of the EOC, if necessary.

**2.** Coordinating activities with other Police Department Sections, City Departments, if necessary, and Members of the Emergency Operations Center Core Team.

**3.** Providing for communications with Officers, City personnel and any other Agencies or components as necessary. **[20.01A]**

**4.** Providing the Public Information Officer with information, to include: the state of the emergency, public safety hazards, and casualty and missing person information. **[20.03A]**

**5.** Coordinating Mutual Aid requests (see **SOP# 145 MUTUAL AID**).

**6.** Establishing an emergency Hot Line to provide public information and rumor control. **[20.03B]**

   **a.** The Communications Manager will assign one Member from the Communications Section, per shift to the telephone bank.

   **b.** The appropriate telephone numbers will be released to the public during activation of the Hot Line.

**7.** Ensuring adequate security is provided for the following locations: **[20.01G]**

   **a.** Command Posts

   **b.** EOC

   **c.** Police Facility

   **d.** City facilities and installations.

   **e.** Other facilities as required.

**F. Emergency Operations Center Locations:**

**1.** The Departmental EOC will be located on the 4th Floor of the Police Department and managed by the Department's Emergency Management Director.

**2.** The City's EOC will be located at the Fire Administration Building, 2741 Stirling Road, Fire-Rescue Station #74.

**G. E.O.C. Responsibilities:** **[20.01A,D] [20.03D]**

The EOC will be comprised of a Core Team of Members specially trained in emergency operations. When mobilized, the EOC's primary responsibilities will be the following:

**1.** Emergency management of the event.

**2.** Centralizing and coordinating communications. **[20.01A]**

**3.** Providing resource management.

   **a.** Personnel.

   **b.** Equipment/Supplies.

**4.** Maintaining liaison between Federal, State, County, and other Agencies. **[20.01D]**

**5.** Coordinating the release of public information. **[20.03D]**

**6.** Records retention.

**7.** Archiving documents of the event.

**8.** Submitting a comprehensive After-action Report to the Chief of Police outlining the Agency's response to the emergency. **[20.01P]**

**III. MOBILIZATION PLAN**

**A. Emergency Response Levels of Activation:**

The following Emergency Response Levels of Activation have been adopted by the Hollywood Police Department to assist in Department Mobilization and operational readiness.

1. **Level IV – Monitoring:** This is typically a "monitoring" phase by the Departments Emergency Operations Center Core Team. Notification will be made to those Divisions who would need to take action as part of their everyday responsibilities.

2. **Level III – Standby:** This is a limited Emergency Operations Center Core Team activation. All Departments will be notified to be on "Stand By" status. The Police Department EOC will be staffed by the EOC team and selected Division Personnel. The EOC may require 24 hour a day staffing.

3. **Level II – Partial Mobilization:** Full activation of the Department Emergency Operations Center, EOC team and essential Department personnel. The EOC will be staffed 24 hours a day. A Declaration of a Local State of Emergency may not be in effect, but will be anticipated. Level II activation will be utilized during isolated disasters or emergencies or the possible threat of a Hurricane impacting the City. The City EOC may be activated.

4. **Level I – Full Mobilization:** Full activation of the Departments Emergency Operations Center, Department EOC Team and the City EOC with 24 hour a day staffing. The City will be in a Local State of Emergency. Level I will be utilized during major disasters and the threat of or an actual Hurricane impacting the City.

B. **Mobilization Procedures:**

All Supervisors are required to have current records of their subordinate's addresses, home telephone, cellular telephone and pager numbers.

1. A Shift Lieutenant has the authority to call-out additional Members as needed. The following factors should be considered when determining the appropriate call-out levels:

   a. Nature, scope, and duration of the emergency.

   b. Location.

   c. Number of citizens affected.

   d. Manpower presently committed.

   e. Additional Manpower needs, i.e., crowd control, traffic control, perimeter security.

2. In situations such as a Hurricane, where a pre-warning is available, Members will be notified in advance of a possible mobilization in order to provide for their own emergency preparedness measures.

C. **Shift Schedules:**

If necessary Patrol schedule may be altered:

1. **Alpha Shift:** 1900 hours to 0700 hours.

2. **Bravo Shift:** 0700 hours to 1900 hours

IV. **REPORTING FOR DUTY**

A. **Member Response:**

When mobilized, Members will respond to the Police Facility unless otherwise directed, as soon as possible with the appropriate equipment. This equipment may include:

1. Clothing changes.

2. Sleeping gear.

3. Toiletries.

4. Food and drink.

**B. Uniforms:**

Unless otherwise instructed, all Sworn Members will report in Class "B" uniform, fully equipped. Non-sworn Members will report in their established uniform or recognized work attire.

**C. Member Entrance to Police Building:**

When mobilized, Members will enter the Police Building through the Sally-port door on the south side of the Facility. Members will immediately report to the Registration Officer stationed at this location.

**D. Registration Officer:**

The Registration Officer will note the name, badge number and arrival time of the reporting Member. Each Member will receive a Mobilization Time Sheet, which he will retain throughout the mobilization. The Time Sheet will be completed by the Member and will include the dates and times the Member was mobilized. The Time Sheet will be signed by the Member's Mobilization Supervisor and turned into the Registration Officer when the Member's tour is completed.

**E. Officer Assignments:**

Registration Officers will inform Members to proceed directly to the Second Floor Line-up Room. The Member will remain there until notified of an assignment.

1. Once mobilized, the Emergency Operations Center is responsible for manpower deployment. All assignments will be made through the EOC.

2. During a mobilization, Officer deployment, Supervisor and shift assignments may fall outside the Member's usual assignments.

## V. EMERGENCY OPERATIONS

**A. Communications: [20.01A]**

In the event of an unusual occurrence, emergency situation or mobilization, the Communications Manager will be responsible for the following:

1. Scheduling Communications Section Members to satisfy increased service demands.

2. Ensuring that a radio technician is available to assist the Communications Center during the event.

3. During a full mobilization, providing for Communications Section Members to work 12 hour shifts (Alpha-Bravo).

4. Providing designated radio channels for emergency traffic, inter-City communications and inter-governmental communications. **[20.01A]**

5. Providing personnel to operate the alternate Communications Center located at City Hall (PSAP).

**B. Quartermaster: [20.02]**

The Quartermaster is responsible for providing equipment and supplies for unusual occurrences and emergencies (see **QSOP# 155 Quartermaster**).

1. Sufficient supplies will be kept on hand or readily available through local vendor contracts to supply Members with the necessary equipment, supplies, food, drinks and sanitary items, if necessary.

2. The Quartermaster will assure that all equipment, supplies, systems and back-up systems are inspected, tested and serviced annually. **[20.02]**

**C.  Situation Maps:** [20.01C]

1.  The EOC and the Communications Center have maps of Broward County, including the entire City of Hollywood, available to Command, EOC, and Communications personnel.

2.  The maps are available as hard-copies and as interactive computer maps within the Computer Aided Dispatch system.

3.  The maps contain normal street and terrain references, and are also sectioned into FEMA (Federal Emergency Management Agency) standardized numbered grids which are utilized for identifying individual areas of the City

4.  The maps are available for staffing, incident tracking, damage assessment, and any other function that may assist the Departments response to an incident.

**D.  Transportation:** [20.01N]

The City has a school bus available for transportation needs.  Mass transportation of citizens necessitated by evacuation or other factors is outlined in the CEOP.

**E.  Evacuations:**

There may be situations where an immediate or surrounding area requires the evacuation of occupants.  In these situations, all affected Departments should be consulted to determine the appropriate method of evacuation, size of evacuation and special equipment requirements, (i.e. evacuation of an area exposed to chemical fumes).

Mass evacuations, hurricane evacuations and shelter responsibilities will be conducted as outlined in the CEOP.

**F.  De-escalation:** [20.01I]

Once the unusual occurrence or emergency has ceased, the Emergency Management Director will notify the Chief of Police or his designee and begin the de-escalation process.

If damage has occurred to private or public property, damage assessment and recovery procedures will be implemented in accordance with the CEOP and the Post Disaster Recovery Department Operating Procedures.

**G.  Training:** [20.01C,Q]

Training will be provided in the following manner:

1.  **Member Training:**  Members will receive periodic training in Unusual Occurrences. **[20.01Q]**

2.  **Community Education:**  Members of the EOC Core Team will offer Emergency Preparedness training to Citizens through lectures, handouts, and public service announcements on local cable television and radio. **[20.03C]**

**H.  Arrests, Processing, and Confinement Procedures:** [20.01L]

During unusual occurrences or emergency situations, Members will arrest, process, transport and confine prisoners in the normal manner.

If the situation escalates into a Civil Disturbance or Mass Arrest situation, Members will be guided by the (**SOP# 283 CIVIL DISTURBANCE/MASS ARREST**).

**I.  Medical Treatment:** [20.01M]

During unusual occurrences or emergency situations, the Incident Commander or Emergency Management Director will direct the Communications Section to notify the Fire Department, Fire Rescue and surrounding Hospitals of the situation and of their need to be

prepared to provide medical treatment to individuals.

**J. Search and Rescue:** [21.01C]

The City of Hollywood's Comprehensive Emergency Operations Plan provides for Search and Rescue operations in Emergency Support Function # 9.

1. The Hollywood Fire Department is responsible for directing and coordinating Search and Rescue operations during unusual occurrences and emergency response and recovery efforts.

2. The Hollywood Police Department provides support as needed and as directed by the Fire Department.

## VI. LEGAL CONSIDERATIONS:

**A. Florida Statutes:** [20.01K]

The following are certain Florida Statutes of particular concern in unusual occurrence situations:

1. FSS 252 Emergency Management

2. FSS 870 Affrays, Riots, Unlawful Assemblies

3. FSS 901 Arrests

4. FSS 562.454 Vendors to be closed in time of riot.

**B. Court and Prosecutorial Liaison:** [20.01J]

The need for a Court or Prosecutorial Liaison will be addressed on a case-by-case basis. The Incident Commander or his designee will determine if a Court or Prosecutorial Liaison is necessary, and will arrange for response to location.

## VII. DEFINITIONS:

**A. UNUSUAL OCCURRENCE:**

Any occurrence or condition of an emergency nature, resulting from natural disasters, manmade conditions, civil unrest or mass arrest.

**B. EMERGENCY OPERATIONS CENTER (EOC):**

A Command Post located within Police Headquarters housing core EOC personnel. The purpose of the EOC is to provide a coordinated response in supporting field operations. The EOC is a restricted access area during emergency operations and only authorized personnel will be permitted access.

**C. FIELD COMMAND POST:**

An on-scene field operations and control center that is staffed by designated Members.

**D. REGISTRATION OFFICER:**

A Member of the Emergency Operations Core Team responsible for documenting the arrival of Department Members during a partial or total mobilization.

APPROVED BY:

*Chadwick E. Wagner*     **09/15/2010**
**Chadwick E. Wagner            Date**
**Chief of Police**

**ATTACHMENTS:**

None



| HURRICANE PLAN | |
|---|---|
| **DEPARTMENT SOP: #280.1** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEWED: 01/28/2013** | **CFA:**<br><br>**20.01, 20.02, 20.04** |

**PURPOSE:**   To provide standards and operational guidelines for a comprehensive emergency management response to Hurricanes.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:**   It is the policy of the Hollywood Police Department to adequately prepare for and efficiently respond to Hurricanes.   As such, this SOP is established to define authority and assign responsibility to Members of the Department to assist in the effective and efficient response to Emergency Operations resulting from Hurricanes.

**INDEX:**

I. GOALS AND OBJECTIVES .........................2

   A. Primary:....................................................2
   B. Secondary:...............................................2

II. STORM TERMINOLOGY ...........................2

   A. Hurricane Season:....................................2
   B. Tropical Storm:.........................................2
   C. Tropical Storm Watch: .............................2
   D. Tropical Storm Warning: ..........................2
   E. Hurricane:................................................2
   F. Hurricane Watch: .....................................3
   G. Hurricane Warning: ..................................3

III. DECLARATION OF STATE OF
   EMERGENCY [20.01K]..............................3

   A. State of Emergency: ................................3
   B. Management Rights:..................................3

IV.  AUTHORITY.............................................3

   A. Chief of Police: [20.04][20.01D] .................3
   B. Emergency Management Team:................3
   C. Responsibilities of the Core Emergency
      Management Team: [20.01O-P][20.03C] ........3

   D. Plan Deviation:.........................................4

V. POLICE DEPARTMENT EMERGENCY
   OPERATIONS CENTER ..............................4

   A. Emergency Operations Center (EOC):......4
   B. Activation: ...............................................4
   C. Ancillary Field Command Post as an EOC:
      [20.01B,L-M] ............................................5

VI. MOBILIZATION ..........................................5

   A. Authority:.................................................5
   B. Member Mobilization:................................5
   C. Notifications:............................................5
   D. Reporting Procedures:..............................6
   E. Patrol Function:........................................6

VII. EVACUATIONS..........................................6

   A. Evacuations: ............................................6
   B. Evacuation Zones: ...................................6
   C. Evacuation Teams: ...................................6
   D. Notification Operations: ...........................7
   E. Member Recall:.........................................7
   F. Traffic and Fixed Post Assignment: [20.01F]
      .............................................................7
   G. Transportation for Evacuees: [20.03O] ........8
   H. Flotilla Plan: ............................................8
   I.  Sheltering:................................................8

VIII. INFORMATION DISSEMINATION .............9

   A. Release of Information: [20.03A-B] ..............9
   B. Authority and Coordination: [20.03D] ..........9

IX. HURRICANE HOTLINE [20.03D].................9

   A. Activation: ...............................................9
   B. Purpose: ..................................................9

X.  FACILITY OPERATIONS ...........................9

   A. Quartermaster Responsibility: [20.01H] .......9
   B. Facility Generator: [20.02] .........................9
   C. Facility Security: [20.01G] ..........................9

XI.  COMMUNICATIONS [20.01A] ......................9

A. Loss of Communications:..........................9
B. Alternate Dispatching Center:...................9

**XII.  DE-ESCALATION PROCEDURES [20.01l]**
.................................................................**10**

A. Re-Entry into Impacted Areas:.................10
B. Safety Priorities:........................................10
C. Authority:..................................................10

**XIII. POST DISASTER RECOVERY...............10**

A. Recovery Efforts:......................................10
B. Responsibility:...........................................10

**XIV. POST DISASTER RECOVERY
DEPARTMENT ........................................11**

A. Authority:..................................................11
B. Purpose:....................................................11
C. Temporary Assignment:............................11

**XV.  DEFINITIONS:.........................................11**

A. EMERGENCY MANAGEMENT
     CORRDINATOR:...............................11
B. EMERGENCY MANAGEMENT TEAM:...11

**PROCEDURE:**

**I.  GOALS AND OBJECTIVES**

**A. Primary:**

The primary goals and objectives of the Department during a hurricane will be the protection of life and property.

**B. Secondary:**

Secondary goals and objectives may include:

1. Assisting other City Departments, i.e. Fire-Rescue, Public Works.

2. Responding to requests for Mutual Aid assistance.

3. Safeguarding the resources and assets of the Department to minimize damage that may result from a Hurricane.

4. Exercising strict command and control of Emergency Operations to ensure that Police responses are coordinated with other City Departments.

**II.  STORM TERMINOLOGY**

**A. Hurricane Season:**

The hurricane season begins June 1st and ends November 30th of each year. The National Weather Service tracks tropical storms and hurricanes based upon sustained wind strength.

**B. Tropical Storm:**

A tropical cyclone in which maximum sustained surface wind speeds range from 39 to 73 mph.

**C. Tropical Storm Watch:**

A Tropical Storm Watch occurs when a tropical storm poses a threat to a certain coastal area within 48 hours.

**D. Tropical Storm Warning:**

A warning that sustained winds within the range of 39-73 mph associated with a tropical cyclone are expected in a specific coastal area within 36 hours.

**E. Hurricane:**

Hurricanes are tropical cyclones, which range in wind speeds from 74 mph to over 156 mph.

1. Hurricanes are grouped into five categories dictated by strength and severity, known as the Saffir-Simpson Scale.

2. The following are the categories of hurricanes along with their associated wind speeds.

    a. Category 1:  74-95 mph.

    b. Category 2:  96-110 mph.

    c. Category 3:  111-130 mph.

    d. Category 4:  131-155 mph.

    e. Category 5:  156 mph +

**F. Hurricane Watch:**

A Hurricane Watch indicates that a hurricane is approaching a certain coastal area and may strike within 48 hours

**G. Hurricane Warning:**

A Hurricane Warning indicates sustained winds of 74 mph or higher associated with a hurricane are expected in a specific coastal area within 36 hours or less.

## III. DECLARATION OF STATE OF EMERGENCY [20.01K]

**A. State of Emergency:**

During a hurricane threat, it may be necessary for the City of Hollywood to declare a Local State of Emergency, pursuant to F.S. 870.042 and Chapter 40.01 of the City of Hollywood Municipal Ordinances.

By the declaration of a Local State of Emergency, the City puts in place certain Statutes and Ordinances, which aid in the response and recovery efforts associated with a hurricane.

**B. Management Rights:**

When a Local State of Emergency has been declared, Management maintains certain rights. These rights include, but are not limited to the following:

1. A declaration of a Local State of Emergency supersedes all terms and/or conditions of Collective Bargaining Agreements.

2. During a declared Local State of Emergency, Members of the Department may be subject to:

   a. Disruption in normal work schedules.

   b. Extended duty assignments.

   c. Duty re-assignments.

   d. Loss or temporary re-assignment of take home vehicles.

   e. Change in Supervisory assignments.

   f. Cancellation of scheduled vacations and time off requests.

## IV. AUTHORITY

**A. Chief of Police:** [20.04][20.01D]

The Chief of Police or his Designee will exercise command and control over all civil Law Enforcement resources committed to a hurricane event within the City of Hollywood. This includes all agencies or components involved in a Mutual Aid request by the City of Hollywood.

**B. Emergency Management Team:**

The Chief of Police is the designated Emergency Management Coordinator (EMC) for the City. The Emergency Management Coordinator will be responsible for the overall management of Emergency Operations resulting from a hurricane. The assignments are updated annually by June 1st of each year.

1. The EMC will establish an Emergency Management Team (EMT).

2. The Emergency Management Team will activate at the direction of the Emergency Management Coordinator, or his designee, to prepare for pre-hurricane readiness, impending emergency operations and post-hurricane recovery operations.

**C. Responsibilities of the Core Emergency Management Team:** [20.01O-P][20.03C]

Members of the Emergency Management Team (EMT) will be responsible for coordinating the overall operations and response to a hurricane as directed by the EMC.

**1.** The Core EMT will be responsible for:

    **a.** Monitoring weather conditions of impending hurricanes.

    **b.** Providing situation reports to the EMC.

    **c.** Annually reviewing, updating and revising the Department's Hurricane Plan and the City of Hollywood's Comprehensive Emergency Management Plan (CEMP).

    **d.** Conducting periodic Departmental training on hurricane preparedness and emergency operations. **[20.01Q]**

    **e.** Attending monthly Broward County Emergency Coordinating Council meetings.

    **f.** Staffing of the Police Department's Emergency Operations Center (EOC).

    **g.** Staffing of the City EOC, as required.

    **h.** Staffing a liaison(s) at the Broward County Division of Emergency Management EOC, located at 201 NW 84th Ave. Plantation, FL., as required.

    **i.** Evacuation staffing.

    **j.** Traffic Post and Control staffing.

    **k.** Staffing of area hospitals as required.

    **l.** Staffing of American Red Cross Shelters within the Municipal limits as required.

    **m.** Staffing of City facilities, as directed by the EMC.

    **n.** Staffing of a Field Command Post.

    **o.** Staffing and deployment of Post-Disaster Recovery Team Members.

    **p.** Preparing and submitting an After-action Report to the Chief of Police. **[20.01P]**

**2.** Core EMT Members will also coordinate and facilitate annual community based education programs and presentations. **[20.03C]**

**3.** During a hurricane or other natural disaster, all emergency operational assignments, excluding the Patrol function, will be assigned by the Emergency Management Team through the Department's EOC.

**D. Plan Deviation:**

The Emergency Management Coordinator, or his designee, will have the authority to deviate execution of this plan due to changing weather conditions or other operational factors and/or environmental factors.

Any deviation of this SOP will be reported to the Chief of Police through the Emergency Management Coordinator or his designee as soon as practical.

**V. POLICE DEPARTMENT EMERGENCY OPERATIONS CENTER**

**A. Emergency Operations Center (EOC):**

The Emergency Operations Center (EOC) is an in-house Command Post established to coordinate the Department's response to a hurricane or other unusual occurrence. It also serves as the alternate municipal EOC.

**B. Activation:**

The Emergency Management Coordinator will direct the Core Emergency Management Team to activate the EOC when an emergency situation dictates.

**1.** The authority to activate the City EOC rests with the City Manager.

Generally, the City EOC will activate no less than 36 hours in advance of an impending tropical storm, or 36 hours in advance of an anticipated Hurricane Warning, as declared by the National Weather Service.

2. Access to the EOC during emergency operations is restricted to the Chief of Police, Command Staff, Emergency Management Team and other personnel as determined by the Emergency Management Coordinator.

3. The Departmental EOC is located on the 4th Floor of the Police Department, Training Conference Room.

    The City of Hollywood's EOC is located at Fire-Rescue Station 74, 2741 Stirling Road. Access to the City's EOC is restricted to the Chief of Police, Command Staff, City Manager, Assistant City Manager, City Department Directors and other essential personnel as determined by the Chief of Police.

C. **Ancillary Field Command Post as an EOC:** [20.01B,L-M]

Should it be necessary to establish a secondary Field Command Post during emergency operations, the Emergency Managemen Coordinator, or his designee, will direct the Emergency Management Team to deploy the Mobile Command Vehicle to the designated location. **[20.01B]**

1. The Emergency Management Coordinator, or his designee, will designate a Staff Member to assume command of the Field Command Post.

2. If prisoner transport, arrest processing or medical treatment is required, it will be accomplished in accordance with the procedures set forth in **SOP# 280 UNUSUAL OCCURRENCES** or **SOP# 283 CIVIL DISTURBANCE – MASS ARRESTS**. **[20.01L-M]**

## VI. MOBILIZATION

A. **Authority:**

All Members will be guided by the mobilization procedures established in **SOP# 280 UNUSUAL OCCURRENCES**.

B. **Member Mobilization:**

Members who are mobilized in response to a hurricane should be mindful they might be subjected to extended duty assignments. Therefore, all affected Members should:

1. Closely monitor impending weather conditions in advance of an approaching hurricane.

2. Secure and safeguard their homes and property and provide for the safety and prolonged welfare of their family. The Department will make every effort to assure a reasonable amount of time for Members to provide for their family and property, subject, however to the overriding needs of the Community.

3. Ensure they are equipped with an adequate supply of uniforms, civilian clothing, rain gear, toiletries, and other personal items that may be necessary for an extended duty assignment.

4. Ensure all issued equipment is readily available and operable.

5. Ensure their vehicles are properly secured and protected from potential hazards such as falling trees, limbs, and debris as well as fueled to maximum capacity before and after their tour of duty.

C. **Notifications:**

The Emergency Management Coordinator will notify all Command Staff Members of any mobilization requiring additional personnel resources Command Staff Members are responsible for noti-

fying all Supervisors under their command.

1. Affected Lieutenants, Sergeants, Civilian Managers and Civilian Supervisors are responsible for notifying their subordinates for an Emergency Response Level I or II Mobilization.

2. The decision to send non-essential Members home in advance of deteriorating weather conditions will be determined by the Chief of Police or his designee, under the authority of the City Manager.

D. **Reporting Procedures:**

All Members reporting for duty will immediately check-in with the Registration Officer located next to the First Floor Sally-port elevator.

1. Members will then report to the Second Floor Roll Call Room to await further instruction, unless directed otherwise by a Supervisor.

2. Members will ensure their vehicles have a full tank of gas before reporting for duty, and again at the conclusion of their tour of duty.

E. **Patrol Function:**

Members assigned to the Patrol Division may be subject to work reassignments and changes in their duty hours.

1. During an Emergency Response Level I or II Activation, the Patrol Section may assume a split Alpha-Bravo work rotation at the direction of the Chief of Police.

   a. Alpha Shift: 1900 to 0700 hours.

   b. Bravo Shift: 0700 to 1900 hours.

   c. Staggered Shifts, based upon Departmental necessity.

2. The Patrol Division Major will determine shift assignment.

## VII. EVACUATIONS

A. **Evacuations:**

Evacuations for the City of Hollywood will comply with the Broward County Administrator's Evacuation Order. A pre-determined evacuation plan has been established and will be implemented through the EOC by the Emergency Management Team.

B. **Evacuation Zones:**

The following are established "Evacuation Zones" for the City of Hollywood:

1. **PLAN A: Category I and II Hurricanes:**

   a. All mobile home and trailer parks in the City.

   b. All areas east of the Intra-Coastal Waterway.

2. **PLAN B: Category III, IV and V Hurricanes:**

   a. All mobile home and trailer parks in the City.

   b. All areas east of US 1.

C. **Evacuation Teams:**

Evacuation Teams will be assembled and deployed through the EOC and will be supervised by a pre-designated Sergeant.

1. Teams will be established by geographical considerations:

   a. Mobile Home and Trailer Park Team.

   b. Beach Evacuation Team.

   c. Mainland Evacuation Teams.

2. In most instances, Members assigned to the Neighborhood Services Division and the Special Operations Division will be the primary

resource for staffing evacuation teams.

**3.** Situational factors and environmental factors, such as day of the week and time of day, may necessitate assigning Members from other Divisions.

**D. Notification Operations:**

The time required for a notification evacuation will vary depending upon certain factors such as, time of day, personnel available, and weather conditions.

Beach notifications will generally require 2 to 4 hours to complete, while a full notification may require up to 8 hours.

**1.** All notifications will be completed in advance of a Hurricane Warning declared by the National Weather Service.

**2.** While it is illegal to ignore an Evacuation Order, it will be the policy of this Department to use all other means at our disposal to avoid making an arrest to complete an evacuation. Only in the most extraordinary circumstances, should an arrest be considered.

**3.** Appropriate methods to effect an evacuation may include:

    **a.** Evacuation bulletins posted in the lobby and near elevators of multi-level residential buildings.

    **b.** Coordination with property managers or condominium/homeowners association board members.

    **c.** Use of the public address system or loud speaker.

    **d.** Telephone contact, Mass Messaging.

    **e.** Posting of signage available from the EOC.

    **f.** Announcements issued through the City of Hollywood's Public Access Cable Channel and AM radio station 1640.

**E. Member Recall:**

To ensure the safety and well being of Members assigned to outside posts or Patrol duties, a Mandatory Recall of all Members will be made when sustained wind speeds reach 45 mph.

**1.** When the National Hurricane Center or readings of city owned wind meters establish sustained wind speeds of 45 mph, a tone alert will be made advising all Members.

**2.** All Members will immediately seek shelter at a designated shelter or other pre-arranged safe location.

**3.** All emergency operations will temporarily cease until the wind speeds fall below 45 mph.

**4.** Responses to emergencies of a serious nature will be determined by the Shift Commander.

**F. Traffic and Fixed Post Assignment:**
[20.01F]

Assignments to fixed traffic posts to assist in evacuations during periods of power failure will originate from the EOC.

**1.** The Special Operations Division will be the primary resource for supplying manpower to staff traffic posts. Other Departmental Members may be needed to supplement staffing during extreme situations.

**2.** Fixed posts will be established at all streets that intersect with major thoroughfares within evacuation zones. The fixed posts will be manned during evacuation operations, and again after the storm has passed until an "all clear" designation has been given.

3. Members assigned to fixed posts during an In-force Evacuation Order will make all reasonable efforts to prevent entry into affected areas by the general public.

4. Major roadways utilized during evacuation operations are:

   a. Hallandale Beach Blvd.

   b. Hollywood Blvd.

   c. Sheridan St.

   d. Dania Beach Blvd.

5. Intra-coastal bridges and other designated intersections along these major arteries will also be manned.

6. Situational factors, such as day of the week and time of day, may necessitate assigning Members from other Divisions.

G. **Transportation for Evacuees:** [20.03O]

Citizens residing in evacuation zones without transportation, who require shelter, should be directed to Broward County Transit (BCT) bus stops. BCT will only transport residents to designated Red Cross Shelters and pets are not permitted.

H. **Flotilla Plan:**

The Broward Sheriff's Office has established a Flotilla Plan for Broward County residents with vessels.

1. Citizens requiring information regarding safe harboring of vessels should be directed to the Broward County Sheriff's Office, Marine Patrol on VHF channel 13, or to the Flotilla Command Post at: (954) 761-5440.

   a. All Flotilla operations cease three and one-half hours after an Evacuation Order is given.

   b. All drawbridges will be locked down at that time.

2. The Special Operations Division Lieutenant will oversee all flotilla operations within navigable waterways in the City of Hollywood.

I. **Sheltering:**

The following American Red Cross shelters available for residents residing in evacuation zones requiring shelter during a Hurricane:

1. Watkins Elementary: 3520 SW 56th Ave., Hollywood, FL.

2. Residents with special needs, such as medical infirmities, require advance registration for sheltering and transportation. Residents should be directed to (954) 537-2888 to make arrangements for sheltering.

3. The City of Hollywood may activate short-term shelters throughout the City at pre-designated City facilities.

   a. Locations of City of Hollywood short-term shelters will be disclosed when conditions warrant their opening.

   b. Supervisors should contact the EOC for locations.

4. Police Headquarters will be the primary shelter for Police Members.

5. Secondary Police facilities located outside of established evacuation zones may also be utilized. These will include:

   a. West Hollywood Neighborhood Network Center, 1111 N. 69th Way. Hollywood, FL

   b. Liberia Neighborhood Network Center, 2207 Raleigh Street, Hollywood, FL

    **c.** Southeast Public Safety Complex, 1511 S. Federal Hwy, Hollywood, FL 33019.

**6.** Secondary facilities will only be utilized when Police Headquarters is incapable of adequately housing all mobilized personnel. Supervisory approval is required before Members utilize alternate sheltering facilities.

## VIII. INFORMATION DISSEMINATION

### A. Release of Information: [20.03A-B]

The EOC will coordinate the release of all information as it relates to emergency operations, rumor control and casualty information.  The City's Public Information Officer will facilitate all press releases through the EOC.

### B. Authority and Coordination: [20.03D]

In all instances, the PIO will consult with the Emergency Management Coordinator prior to the public release of information regarding emergency operations of the Department.

All media releases affecting other City Departments will be coordinated with their respective PIO or the City PIO and the Emergency Management Coordinator.

## IX. HURRICANE HOTLINE [20.03D]

### A. Activation:

The Municipal EOC will activate the Hurricane Hotline when a Hurricane Warning is declared by the National Hurricane Center. The Municipal Hurricane Hotline is 954-967-4EOC (4362). The Broward County Hurricane Hotline is 954-831-4000.

### B. Purpose:

The purpose of the Hurricane Hotline is to give timely and accurate information to citizen inquires regarding emergency operations during a Hurricane or natural disaster.

## X. FACILITY OPERATIONS

### A. Quartermaster Responsibility: [20.01H]

The Quartermaster Section will be responsible for all Facility preparations and safeguards necessary for hurricane season and related natural disasters.

**1.** The Quartermaster will ensure the Police Facility is adequately prepared, equipped, and has adequate emergency supplies available. [20.01H]

**2.** The Quartermaster will staff the Storeroom 24 hours a day while the EOC is activated, as directed by Chief of Police or Designee.

### B. Facility Generator: [20.02]

The Quartermaster will ensure quarterly testing and inspection of the Department's back-up generator.

A final inspection will be made prior to June 1st, of each calendar year.

### C. Facility Security: [20.01G]

The EOC will assign Members as needed for any City facility, which requires security during emergency operations.

## XI. COMMUNICATIONS [20.01A]

### A. Loss of Communications:

In the event primary radio communications are temporarily lost, all Members will report to the nearest Fire Department facility or Network Center and telephonically report to the Communications Section.

### B. Alternate Dispatching Center:

The alternate Communications Dispatch Center is located at the Broward Sheriff's Office – 2601 West Broward Boulevard, Fort Lauderdale, Florida 33312.

The Major in charge of Communications will be responsible for an annual review of the alternate Dispatch Center, prior to June 1st of each calendar year and the transfer to the alternate P.S.A.P. (Public Safety Answering Point).

## XII.  DE-ESCALATION PROCEDURES [20.01I]

### A.  Re-Entry into Impacted Areas:

After the passing of a storm, Members will be required to re-enter the impacted areas to assess damage and initiate search and rescue measures.  Many potential threats to the welfare and safety of the Public and Members may exist. Members should exercise extreme caution when re-entering impacted areas.

Members should be aware of the following potential threats:

1. Flooding.

2. Downed power lines.

3. Fallen trees.

4. Debris.

5. Unsafe structures.

6. Rodents, snakes, animals.

### B.  Safety Priorities:

Re-entry into impacted areas should only occur when the probability of a successful rescue exceeds the probability of injury or harm to the Member.

The highest priority for re-entry into effected areas will be the deployment of essential personnel for search and rescue efforts.

### C.  Authority:

After the threat has passed and weather conditions permit, Members of the Patrol Division, will conduct a Rapid Impact Assessment.

1. Areas deemed unsafe for public entry will be manned to restrict re-entry, until the area is determined to be safe for public access.

2. The decision to allow re-entry by the general public will be made by the Emergency Management Coordinator, after consultation with appropriate City Department Directors and the City Manager.

   a. Re-entry into evacuated areas after a storm is prohibited until the Evacuation Order has been lifted.

   b. Enforcement of In-force Evacuation Orders will be strictly adhered to when the safety of the Community and Members of the Department is determined to be at risk.

   c. Members should ensure re-entry is restricted to residents of the impacted area and others with a legitimate purpose, such as property managers of a condominium complex or hotel/motel.  In those instances, valid identification (Florida Drivers License and employment identification, if applicable) should be inspected to verify legitimacy.

## XIII. POST DISASTER RECOVERY

### A.  Recovery Efforts:

Recovery efforts will begin immediately after the threat has passed and it is determined that affected areas are safe for re-entry.

### B.  Responsibility:

All recovery efforts will be coordinated through the EOC.

1. The municipal EOC will remain activated until normal services are restored as determined by the Emergency Management Coordinator.

2. In the event of a catastrophic storm, the guidelines set forth in the City Comprehensive Emergency Management Plan (CEMP) will be followed.

## XIV. POST DISASTER RECOVERY DEPARTMENT

### A. Authority:

Pursuant to F.S. 870.042(2) and Hollywood Municipal Ordinance 40.01, the City has established a Post Disaster Recovery Department, comprised of staff from various Departments within the City.

### B. Purpose:

A temporary Post Disaster Recovery Department is established under the authority of the City Manager or his designee, to respond to restorative efforts necessary in the aftermath of major disasters and emergencies.

1. The term and function of the Post Disaster Recovery Department will be determined by the scope and nature of the disaster or emergency, combined with the general welfare of the City and its residents.

2. All Post Disaster Recovery operations will be coordinated through the designated Police Department Lieutenant.

### C. Temporary Assignment:

The Emergency Management Coordinator will assign Members to the Post Disaster Recovery Department as outlined in the PDRD staffing document, available in the EOC folder on the City's T:\Drive.

1. Assignment to the Post Disaster Recovery Department is considered a temporary duty assignment, and no other benefit is implied or intended.

2. Members assigned to the Post Disaster Recovery Department will activate at the direction of the EOC, and will assume new duties and responsibilities relative to recovery efforts. Normal work assignments will be temporarily discontinued until recovery efforts are complete.

## XV. DEFINITIONS:

### A. EMERGENCY MANAGEMENT COORDINATOR:

The Chief of Police is the Emergency Management Coordinator. The EMC is responsible for the overall management of the emergency operations of the Incident.

### B. EMERGENCY MANAGEMENT TEAM:

Members are designated by the Emergency Management Coordinator to plan, coordinate and affect all Departmental responses to Emergency Operations.

APPROVED BY:

_01/28/2013_

**Vincent R. Affanato      Date**
**Office of the Chief of Police**

### ATTACHMENTS:

None

|  | **HAZARDOUS MATERIALS** | |
|---|---|---|
| | **DEPARTMENT SOP: #280.2** | **CALEA:**<br><br>**CFA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 01/17/2013** | **20.01A-Q,20.02, 20.03, 20.04, 25.01D** |

**PURPOSE:** To establish safe and uniform operational guidelines to reduce the inherent risks to Members during a response to Hazardous Materials incidents.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The safety of our Members and the public that we serve is of paramount importance during a Hazardous Materials incident. As such, it is the policy of the Department to provide operational guidelines and appropriate training to our Members. This will assist in reducing unnecessary exposure to the ever-present threat and risks associated with a hazardous material incident, while increasing safety.

**INDEX:**

I.      GENERAL ..............................................1

A.    Risk Potential:......................................1
B.    Presence:..............................................2
C.    Hazard Identification: ...........................2

II.     AUTHORITY........................................2

A.    Fire Department Response:
        **[20.01N][25.01D]** ......................................2
B.    Law Enforcement:
        **[20.01L][20.02][20.04][25.01D]** ...................2

III.    MEMBER RESPONSIBILITIES ............2

A.    First Arriving Member: **[20.01A]** ............2
B.    First Responding Supervisor:
        **[20.01B][25.01D]** ......................................3
C.    Shift Lieutenant Responsibilities:
        **[20.01D,G-I]**...........................................4

IV.    EVACUATION PROCEDURES ............4

A.    Determination: .....................................4

B.    Police Department Responsibilities:
        **[20.01A-B]** ................................................4

V.     EXPOSURE TO HAZARDOUS
        MATERIAL ...........................................5

A.    Member Exposure: **[20.01M]**.................5
B.    Decontamination: .................................5

VI.    DE-ESCALATION **[20.01I]**.......................5

A.    Incident Downgrade: ...........................5
B.    After Action Report: **[20.01P]** ................5

VII.   BIOHAZARDOUS LETTER AND/OR
        PACKAGE CALLS ...............................5

A.    Communications Section
        Responsibility: .....................................6
B.    Suspicious Letter(s) and/or
        Packages(s): .......................................6
C.    Evidence Process:................................6
D.    Destruction Process: **[20.01O]**..............6
E.    Reporting Requirements: **[20.01P]** ........7

VIII.  TRAINING ............................................7

A.    Member Training: **[20.01Q]**....................7
B.    Community Education: **[20.01A]** .............7

IX.    DEFINITIONS.......................................7

A.    Weapons of Mass Destruction: ..........7

**PROCEDURE:**

**I.    GENERAL**

   **A.    Risk Potential:**

      Hazardous Materials vary widely in form and chemical characteristics.

      **1.    Forms of Hazardous Materials are classified as:**

         **a.    Solid**

    **b.** Liquid

    **c.** Gas

    **d.** Petroleum Products

    **e.** Combination of these forms.

  **2.** Hazardous Materials chemical characteristics may be:

    **a.** Corrosive

    **b.** Toxic

    **c.** Water or air reactive

    **d.** Flammable

    **e.** Explosive

    **f.** Radioactive

  **3.** Some materials may become hazardous when mixed with other substances.

  **4.** A material that may be safe in solid form may become hazardous when converted to a liquid or a gas.

  **5.** All contact with suspected Hazardous Materials should be considered a potential threat, until determined otherwise by qualified Hazardous Materials Team (HAZ-MAT) personnel of the Fire Department.

**B. Presence:**

Members should be aware of the presence and possibility of toxic spills or leaks due to vehicular or rail accidents, negligence, or criminal activity.

**C. Hazard Identification:**

Placards represent the hazard class of the material contained within the freight container, motor vehicle or rail car. All Officers will have available the DOT Chart 9 Hazardous Material Marking, Labeling and Placarding Guide to assist them in hazard identification.

## II. AUTHORITY

**A. Fire Department Response:**
[20.01N][25.01D]

The Fire Department Incident Commander will have full authority for the control and removal of all hazardous material incidents. [25.01D]

  **1.** The Incident Commander can be identified through the use of a green flashing beacon at the Fire Department Command Post.

  **2.** Hollywood Fire Rescue Personnel will administer all medical treatment. [20.01N]

**B. Law Enforcement:**
[20.01L][20.02][20.04][25.01D]

The Chief of Police or his designee will exercise command and control over all Law Enforcement resources committed to a Hazardous Materials Incident in the City of Hollywood. [20.04]

  **1.** Law Enforcement functions will be limited to a support capacity that ensures the safety of the at-risk public, and isolation, containment and control of the affected area. [25.01D]

  **2.** All arrests, processing, confinement procedures, and prisoner transports will be in accordance with **SOP# 203 ARREST PROCEDURES**. [20.01L]

  **3.** Currently there is no equipment specifically designated for Hazardous Materials at the Police Department. [20.02][25.01D]

## III. MEMBER RESPONSIBILITIES

**A. First Arriving Member:** [20.01A]

While the preservation of life is of paramount importance, the safety of the first arriving Member must always be a primary consideration in suspected contamination incidents. The first responding Member will do the following:

1. Park upwind if possible.

2. Approach cautiously.

   a. Take action to prevent loss of life if the immediate circumstances permit.

   b. Lifesaving actions should only be taken when the risks associated with these actions are not outweighed by the probability of substantial harm or death to the Member.

3. Request the Fire Department if they have not yet been dispatched or the incident is on-viewed.

4. Request that a Patrol Sergeant respond to the scene.

5. Communicate to responding Members the safest route to approach the scene along with all available information. **[20.01A]**

6. Make all reasonable attempts to identify the hazardous material through:

   a. Placards,

   b. Shipping papers,

   c. Container labels, or

   d. Identify a person who may be knowledgeable of the material, such as the driver or rail conductor.

7. Request that Rescue stand-by at a reasonably safe distance established by the Patrol Sergeant.

8. Extinguish all smoking materials, if safe to do so.

9. Avoid inhaling smoke, gases and fumes.

10. Minimize potential exposure to obvious hazardous material spills:

    a. Never walk through or touch any spilled material.

    b. Do not touch or turn on or off electrical switches, as any electrical charge could ignite Hazardous Materials.

    c. Keep away from low ground areas where Hazardous Materials tend to accumulate and may pose a higher risk.

**B. First Responding Supervisor:**
**[20.01B][25.01D]**

The first responding Supervisor will assume supervisory responsibility of the affected area and responding subordinates. The first responding Supervisor will:

1. Control the affected area by establishing a safe perimeter that will keep the affected area contained and isolated from pedestrian and vehicular intrusion. **[25.01D]**

2. Establish a Command Post at a safe distance outside of the "hot zones," established by HAZ-MAT personnel. **[20.01B]**

3. Make contact with the Fire Department Incident Commander and determine immediate risk to Officers and the public.

4. Advise the Shift Lieutenant of the situation and request his response.

5. Ensure manning posts are filled at perimeter positions.

6. If it appears that the incident may be a result of criminal activity, notify the Criminal Investigations Division.

7. Assign an Officer to the Fire Department Command Post as a liaison.

**C. Shift Lieutenant Responsibilities:**
[20.01D,G-I]

Upon notification that a potential hazardous material incident exits, the Shift Lieutenant will respond to the scene and immediately take command of the Law Enforcement support function. The Shift Lieutenant will be responsible for the following:

1. Confer with the Fire Department Incident Commander to determine the severity of the incident.

2. Evaluate the need for evacuation.

3. Determine the need for additional personnel.

4. Determine the need for the Mobile Command Vehicle.

5. Notify the Staff Duty Officer.

6. Assume supervisory authority over all Law Enforcement Agencies and components involved. **[20.01D]**

7. Direct Communications to effect an "all page".

8. Provide security for any City facility if required. **[20.01G]**

9. Request the availability of any supplies or equipment needed by Law Enforcement. **[20.01H]**

## IV. EVACUATION PROCEDURES

**A. Determination:**

The determination to evacuate an area effected by Hazardous Materials will be made by the Shift Lieutenant, after consultation with the Fire Department Incident Commander and the Staff Duty Officer.

**B. Police Department Responsibilities:**
[20.01A-B]

The primary responsibility of the Police Department during evacuation procedures will be the prevention of citizen contamination and/or exposure to Hazardous Materials, prevention of looting, and traffic management.

Evacuations will be conducted in the following manner:

1. MIR3 (Reverse 911) is available to assist in notifying residents in the affected areas.

2. Evacuations will be conducted jointly between Fire and Police Personnel when safe to do so, through the use of prepared text over the public address system in Officers vehicles.

3. Only Fire Department personnel will conduct evacuations that require breathing apparatuses.

4. Door to door notifications will be made when the situation permits and only if deemed safe by the Fire Department Incident Commander.

5. The Fire Department Incident Commander will be responsible for soliciting the assistance of the Broward County Emergency Operations Center. This is for broadcasting evacuation information over the Emergency Broadcasting System.

6. All media inquires regarding evacuation, casualty information, and rumor control will be referred to the Fire Department Public Information Officer. **[20.03A-B]**

7. Evacuees will be directed to a predetermined, short-term City of Hollywood shelter.

8. Patrol Supervisor(s) will take all precautions against potential looting and re-entry by unauthorized civilians.

## V.  EXPOSURE TO HAZARDOUS MATERIAL

### A.  Member Exposure: [20.01M]

Hollywood Fire-Rescue will be requested to respond for medical treatment when any Member is exposed to Hazardous Materials.  Members will do the following:  [20.01M]

1.  Remove and isolate all contaminated clothing.

2.  Bathe thoroughly with running water for at least 15 minutes.

3.  Notify a Supervisor as soon as practical.

### B.  Decontamination:

All decontamination procedures will be facilitated through Hollywood Fire-Rescue personnel.

1.  Decontamination procedures not conducted in the field will be conducted at Memorial Regional Hospital.

2.  The decontamination facility is located adjacent to the Emergency Room entrance.

3.  Notification will be directed towards the Charge Nurse, when practical.

4.  The affected Members Sergeant is responsible for notifying the Shift Lieutenant of any exposure incident and completion of the Accident-Injury Report (see **Appendix A**) and First Report of Injury or Illness (see **Appendix C**).

5.  The Shift Lieutenant will notify the Staff Duty Officer of all exposure incidents involving Members of this Department.

## VI.  DE-ESCALATION [20.01I]

### A.  Incident Downgrade:

When a Hazardous Materials incident has been downgraded to "safe" by the Fire Department, the Police Department can start de-escalation procedures. These procedures include the following:

1.  Provide perimeter security as needed.

2.  Provide traffic direction and control as needed. [20.01F]

3.  Assist in the investigation of the events leading up to the Hazardous Material event.

4.  Take over any criminal investigation, which caused the Hazardous Material event.

5.  Investigate any traffic crash, which caused the Hazardous Material event.

6.  MIR3 (Reverse 911) can assist in notifying residents of the downgrade.

### B.  After Action Report: [20.01P]

The Fire Department is responsible for preparing an after action report, if any, for any Hazardous Material event.

## VII. BIOHAZARDOUS LETTER AND/OR PACKAGE CALLS

This section establishes guidelines for Members who respond to calls involving non-suspicious and suspicious letters and/or packages that may or may not be bio-hazardous.  Supervisors and responding Officers must evaluate the facts and circumstances of each situation independently, and should always err on the side of caution to ensure public safety.

**A. Communications Section Responsibility:**

Telecommunicators will evaluate incoming service calls and determine if a Police response is necessary. When a Police response is warranted, Telecommunicators will ascertain all relevant information and provide it to the responding Patrol Officers prior to their arrival on scene.

**B. Suspicious Letter(s) and/or Packages(s):**

Officers handling a call involving a letter and/or package that has been opened and contains a foreign substance or has implications of being suspicious, will request a Supervisor to respond to the scene.

1. The Supervisor will evaluate the facts and circumstances and make a decision to contact the Hollywood Fire Rescue Department's Hazardous Materials Team for assistance.

2. The Hazardous Materials Team will assess the situation and secure the suspicious item. A sample of the suspicious item will be collected and sealed in a container for evidence. The remaining portion of the substance will be safely packaged for destruction.

3. If a person has been exposed to a foreign substance or is located within a contaminated area, the exposed individual(s) will be quarantined and that location secured as a crime scene.

4. The Hazardous Materials Team will provide direction and instructions for decontamination and will handle the scene decontamination according to Federal Standards and Guidelines.

5. If the situation is suspected to be criminal or a "hoax", the on-scene Police Supervisor will establish a crime scene and request an Investigative Services Section Detective to conduct the investigation.

**C. Evidence Process:**

The Officer handling the incident is responsible for submitting all evidentiary items to the Property and Evidence Unit in accordance with **SOP# 270 PROPERTY AND EVIDENCE**.

1. Prior to submitting the evidence sample into Property, the Officer will complete and attach the following documents to the evidence canister:

   a. Biohazard label (see **Appendix B**).

   b. Hollywood Police Department Property Form.

   c. BSO Property Receipt.

2. The Officer will secure the evidentiary sample in the Hazardous Material Temporary Drop Box in accordance with the procedures outlined in **SOP# 270 PROPERTY AND EVIDENCE**.

**D. Destruction Process:** [20.01O]

The Officer handling the incident is responsible for ensuring the proper destruction of the remaining portions of the item.

1. Between the hours of 0700 and 2200, Members will deliver the suspicious item marked for destruction directly to Memorial Regional Hospital's incinerator plant. Memorial Regional Hospital's Environmental Services will facilitate the destruction.

2. Between the hours of 2200 and 0700, Members will place the suspicious item(s) in the Hazardous Material Temporary Drop Box clearly marking the item "FOR DESTRUCTION". A Hollywood Property Form and Biohazard Label must be securely attached to the container.

The Quartermaster Section will facilitate the destruction process. The Officer will document the information on the log posted at the door.

**E. Reporting Requirements:** **[20.01P]**

All calls of this nature will be classified as a Signal 200. The reporting Officer will complete a Mobile Field Report detailing the circumstances of the incident and the disposition of the evidence or property. All Signal 200 calls for service require the completion of a Field Dictation Report.

## VIII. TRAINING

**A. Member Training:** **[20.01Q]**

The Training and Professional Development Unit will be responsible for periodic Hazardous Material training.

**B. Community Education:** **[20.01A]**

The responsibility of providing community education to the public rests with the Hollywood Fire Rescue Department.

## IX. DEFINITIONS:

**A. Weapons of Mass Destruction:**

1. Any device or object designed or intended to cause death or serious bodily injury to any human or animal, or severe emotional or mental harm to any human, through the release, dissemination, or impact of toxic or poisonous chemicals, or their precursors,

2. Any device or object that is designed or intended to release radiation or radioactivity at a level dangerous to human or animal life; or

3. Any biological agent, toxin, vector, or delivery system.

APPROVED BY:

*Chadwick E. Wagner* **09/15/2010**

**Chadwick E. Wagner**       **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Accident-Injury Report.

- **Appendix B:** Biohazard Label.

- **Appendix C: First Report of Injury/Illness Form**

**SECTION ONE**   (must be submitted *immediately* for medical treatment authorization)

# CITY OF HOLLYWOOD, FLORIDA
# ACCIDENT/INJURY REPORT

(PLEASE PRINT)

**TYPE OF ACCIDENT:** ☐ Motor Vehicle   ☐ CDL Vehicle/Operator   **Substance Test Required** ☐YES ☐NO

☐ Personal Injury   ☐ City Property Damage   ☐ Personal Property Damage   ☐ Other

**POLICE INVESTIGATION:** ☐ **YES** ☐ **NO**   POLICE REPORT #   CITY VEHICLE #

## EMPLOYEE INFORMATION

| NAME (Last)                     (First)                     (MI) | BADGE# | DATE OF BIRTH |
|---|---|---|
| HOME ADDRESS (INCLUDE CITY STATE & ZIP CODE) | HOME PHONE | WORK PHONE |
| JOB TITLE | DEPARTMENT | SUPERVISOR NAME (Print) |

## EMPLOYEE ACCIDENT REPORT

LOCATION OF ACCIDENT: _____

DATE & TIME          DATE & TIME                    INJURED ON
OF ACCIDENT: _____   REPORTED: _____   REGULAR JOB: ☐ YES ☐ NO

| DESCRIBE HOW ACCIDENT HAPPENED: |
|---|
| DESCRIBE INJURY: |

_____          _____
**EMPLOYEE SIGNATURE          DATE**          **SUPERVISOR SIGNATURE          DATE**

**INJURED EMP.:**   Taken to Hospital? ☐ YES ☐ NO   Taken to Doctor? ☐ YES ☐ NO   **Lost Time?** ☐ YES ☐ NO

| NAME OF HOSPITAL: | NAME OF DOCTOR: | FIRST DAY LOST (mm/dd/yyyy): |
|---|---|---|

## PROPERTY DAMAGE INFORMATION

| DESCRIBE NATURE AND EXTENT OF VEHICLE OR PROPERTY DAMAGE: |
|---|

## OTHER PARTY INVOLVED/WITNESS INFORMATION

| WITNESSES: (give full name, address, & phone number): |
|---|

**NOTE:** SECTION TWO OF FORM MUST BE COMPLETED WITHIN *24 HRS.* OF OCCURRENCE

**SECTION TWO**                          (must be completed **within *24 hrs.*** of occurrence)

# SUPERVISOR'S INVESTIGATION

CAUSE OF ACCIDENT:

☐ NOT USING PROTECTIVE EQUIPMENT     ☐ UNSAFE ACT     ☐ CARELESSNESS

☐ NOT USING PROPER METHOD OR TOOLS     ☐ UNSAFE CONDITION     ☐ OTHER

☐ FAULTY EQUIPMENT OR FACILITY

EXPLAIN:

SUPERVISOR'S EXPLANATION OF ACCIDENT:

DESCRIBE ACTION TAKEN TO AVOID SIMILAR ACCIDENT:

**SUPERVISOR SIGNATURE**     **DATE**     **LIEUTENANT SIGNATURE**     **DATE**

# DIVISION/DEPARTMENT REVIEW

COMMENTS:

**DIVISION HEAD SIGNATURE**     **DATE**     **DEPARTMENT HEAD SIGNATURE**     **DATE**

# HUMAN RESOURCES/COMMENTS

CONCUR WITH ABOVE: ☐ YES ☐ NO – IF NO EXPLAIN:

**SAFETY DIV. REP. SIGNATURE**     **DATE**

**NOTE:** SECTION TWO SHOULD BE SUBMITTED TO RISK MANAGEMENT WITHIN ***24 HOURS*** OF OCCURRENCE.

Original Date: 11/1/2001       Page 2 of 2
Revised Date: 3/18/2010       Appendix A SOP
#280.2 File Name: Appendix A Accident Injury Report Form.doc

# BIOHAZARD

## Hollywood Police Department

Case No: _____

Contents: _____

Address: _____

Date_____ Time _____

Officer: _____ Badge No: _____

---

# FIRST REPORT OF INJURY OR ILLNESS

| RECEIVED BY CARRIER | SENT TO DIVISION | DIVISION REC'D DATE |
|---|---|---|

**FLORIDA DEPT. OF LABOR & EMPLOYMENT SECURITY**

**DIVISION OF WORKERS' COMPENSATION**

For assistance call 1-800-342-1741
or contact your local EAO Office
Report all deaths within 24 hours (904) 488-3044

## PLEASE PRINT OR TYPE

### EMPLOYEE INFORMATION

| NAME (First, Middle, Last) | Social Security Number | Date of Accident (Month/Day/Year) | Time of Accident ☐ AM ☐ PM |
|---|---|---|---|

HOME ADDRESS

Street/Apt. #

EMPLOYEE'S DESCRIPTION OF ACCIDENT (Include cause of injury)

City:          State:          Zip:

| TELEPHONE | Area Code | Number ( ) |
|---|---|---|

OCCUPATION

INJURY/ILLNESS THAT OCCURRED

PART OF BODY AFFECTED

| DATE OF BIRTH | SEX ☐ M   ☐ F |
|---|---|

## EMPLOYER INFORMATION

| COMPANY NAME:   City Of Hollywood | FEDERAL I.D. NUMBER (FEIN)  596000338 | DATE FIRST REPORTED (Month/Day/Year) |
|---|---|---|

DBA:

| Street:   PO Box 229045 | NATURE OF BUSINESS   Municipality | POLICY/MEMBER NUMBER   Self-Insured |
|---|---|---|

City:   Hollywood   State:   FL   Zip:   33022

| TELEPHONE | Area Code | Number ( 954 ) 921.3218 | DATE EMPLOYED | PAID FOR DATE OF INJURY ☐ YES   ☐ NO |
|---|---|---|---|---|

EMPLOYER'S LOCATION ADDRESS (if different)

LAST DATE EMPLOYEE WORKED

WILL YOU CONTINUE TO PAY WAGES INSTEAD OF WORKERS' COMP?   ☐ YES

LAST DAY WAGES WILL BE PAID INSTEAD OF WORKERS' COMP

Street:

RETURNED TO WORK   ☐ YES   ☐ NO

City:          State:          Zip:

IF YES, GIVE DATE

RATE OF PAY   ☐ HR   ☐ WK
$          PER   ☐ DAY   ☐ MO

LOCATION # (If applicable)

PLACE OF ACCIDENT (Street, City, State, Zip)

DATE OF DEATH (If applicable)

Number of hours per day
Number of hours per week
Number of days per week

Street:

City:          State:          Zip:

AGREE WITH DESCRIPTION OF ACCIDENT?   ☐ YES   ☐ NO

NAME, ADDRESS AND TELEPHONE OF PHYSICIAN OR HOSPITAL

Name:

COUNTY OF ACCIDENT:

Address:

Any person who, knowingly and with intent to injure, defraud, or deceive any employer or employee, insurance company, or self-insured program, files a statement of claim containing any false or misleading information is guilty of a felony of the third degree.  I have reviewed, understand and acknowledge the above statement.

State:          Zip:

Telephone:   ( )

| EMPLOYEE SIGNATURE (If available to sign) | DATE |
|---|---|
| EMPLOYER SIGNATURE | DATE |

## CARRIER INFORMATION

☐ 1. Case Denied – DWC-12, Notice of Denial Attached        ☐ 2. Medical Only which became Lost Time Case (Complete all info in #3)

☐ 3. Lost Time Case – 1st day of disability        Salary continued in lieu of comp?   ☐ YES   Salary End Date

Date First Payment Mailed            AWW _____   Comp Rate _____
☐ T.T.   ☐ T.T. – 80%   ☐ T.P.   ☐ I.B.   ☐ P.T.   ☐ Death

REMARKS:

| CARRIER CODE # | EMPLOYEE'S RISK CLASS CODE | EMPLOYER'S SIC CODE | CARRIER NAME, ADDRESS & TELEPHONE |
|---|---|---|---|
| SERVICE CO/TPA CODE #   6173 | CARRIER FILE # | | EMPLOYERS MUTUAL INC, 700 CENTRAL PARKWAY STUART, FL 34994 1-800-431-2221  PHONE 1-772-220-1637  FAX |

Is employer self-insured?   ☒ YES   ☐ NO

|  | **STRATEGIC OPERATIONS** | |
|---|---|---|
| | **DEPARTMENT SOP: #281** | **CALEA:** |
| | **EFFECTIVE DATE: 02/18/2002**<br><br>**REVIEW DATE: 03/29/2013** | **CFA:**<br><br>**18.13A-G, 17.10** |

**PURPOSE:**   To provide written guidelines for Surveillance, Undercover, Decoy and Raid Operations.

**SCOPE:**   This SOP applies to all Members of the Department.

**POLICY:**   The Hollywood Police Department is committed to the investigation and arrest of persons involved in criminal activity.  Covert investigative methods assist in identifying suspects involved in illicit activities.  Due to the inherent risks associated with Strategic Operations, guidelines and procedures are necessary to ensure the safety of the involved Officers, the public, and the overall success of the operation.

**INDEX:**

**I.     STRATEGIC OPERATIONS ......................1**

A.    Analysis: ................................................1
B.    Providing Close Supervision: **[18.13B]**....2
C.    Identifying Participating Members: ........3
D.    Familiarizing the Member with the Objectives and Details of the operation: ...........................................................3
E.    Supplying Members with Specialized Equipment, Vehicles and Expense Funds: ....................................................3
F.    Establishing Communications: **[18.13C]**..4
G.    Providing Relief, Support Services and Back Up for Members: ..........................5
H.    Identifying and Analyzing Suspects: **[18.13F]** ...............................................5
I.    Making Contact with Suspects: .............5
J.    Arrest Procedures: ................................5
K.    False Identification and Necessary Credentials for Members: .....................6
L.    Maintaining Confidentiality of Members' False Identity: ......................................6
M.    Patrol Supervisors Notification of Target Area: **[18.13D]** ........................................6

N.    Level of Authority for Strategic Operations  Approval: [18.13A] ..........7
O.    Target Confirmation: **[18.13E]**................7
P.    Strategies and Tactics for the Target Area: ....................................................7
Q.    Searching for and Seizing Evidence and/or Contraband: ............................7
R.    Requesting Medical Assistance ..........8
S.    Providing for Documentation: **[18.13G]** . 8
T.    Pre-Planned, High-Risk Situations Which Require the wearing of Body Armor: **[17.10]** .......................................8

**II.    EXECUTION OF A SEARCH OR ARREST WARRANT.............................8**

A.    Determining Legal Sufficiency: ............8
B.    Secure Premise and Individuals: .........9

**PROCEDURE:**

**I.    STRATEGIC OPERATIONS**

For the purposes of this SOP, a Strategic Operation is described as an organized Surveillance, Undercover, Decoy and Raid operation.

Members will adhere to the following guidelines when conducting a Strategic Operation.

**A.  Analysis:**

Prior to conducting a Strategic Operation, an analysis should be conducted of the targeted area if applicable.  The following are the types of analysis, which members may use to assist them.

1.  **Analyzing Crimes and Crime Locations:**

    a.  The Department's Crime Analysts and the Criminal Investigations Division are responsible for evaluating and analyzing crime and intelligence information. This information may include:

        (1). **Victims:** Age, sex, race, clothing, demeanor, and other pertinent factors.

        (2). **Crimes:** Time and day of occurrence, type of weapons, threats of violence, frequency of occurrence, avenues of approach and escape, methodology of the criminal act.

        (3). **Crime Locations:** Street, vehicle, motel room, parking lots, parks, other public areas.

    b.  All Members' are encouraged to forward all pertinent crime and intelligence information to the appropriate Unit or Investigator:

2.  **Identifying and Analyzing Probable Offenders:**

    Members may use intelligence information gathered through various sources to identify and analyze probable offenders and their habits, associates, vehicles, method of operations and other pertinent information. Resources such as: Law Enforcement computer databases, investigative files, informants, other Law Enforcement Agencies and Officers, Public Utility Records, etc. may be queried.

3.  **Analyzing Neighborhood or Target Area where Members will Work:**

    Members involved in a Strategic Operation will familiarize themselves with the neighborhood or target area. Familiarization of the target area may yield information on the neighborhood that is not included in the intelligence files.

    a.  Attention to the area's inhabitants, customs, vehicles, style of dress and language will aid Members in efforts to blend in with the neighborhood.

    b.  A reconnaissance of the area will be made to identify tactical locations for the establishment of operations.

    c.  Traffic conditions should be studied, and Members should familiarize themselves with the names and locations of area streets.

4.  **Disguising Members to Decoy as Victims:**

    Officers engaged in decoy operations often have to play the part of a potential victim or criminal participant. The Decoy Officer should research the disguises and props necessary to ensure a successful operation. Such disguises may include, but are not limited to, wearing wigs, body casts, hats, or other appropriate clothing.

B.  **Providing Close Supervision:** [18.13B]

    Because of the danger and complexity of Strategic Operations, close supervision is a necessity.

    1.  The Division Major in charge of the Unit conducting the Strategic Operation, or his designee will designate an Operation Supervisor who will be the single person to command the operation. [18.13B]

**2.** The Operation Supervisor will be responsible for determining and coordinating operational procedures and approving all tactical action plans concerning Strategic Operations and strategies. Any decisions directly involved with the operation (target selections, Member assignments, equipment use, etc.) must be approved by the Operation Supervisor.

**3.** The Operation Supervisor will be responsible for completing the Strategic Operation Checklist (see **Appendix A**). The Operation Supervisor will also periodically brief the Division Major.

**4.** The Operation Supervisor will designate a "Lead" Detective or Member. The "Lead" Detective or Member responsibilities will include, but are not limited to the following:

**a.** Collection and archiving of daily surveillance or other reports if applicable.

**b.** Ensuring evidence is collected, documented and stored in accordance with Departmental policy.

**c.** Preparing case updates for the Operation Supervisor.

**d.** Forwarding intelligence information to the appropriate personnel.

**C. Identifying Participating Members:**

The Strategic Operation Checklist will include a complete and thorough description of all members involved in the operation. This information will be disseminated to all Members involved in the operation.

**D. Familiarizing the Member with the Objectives and Details of the operation:**

Members involved in a Strategic Operation will familiarize themselves with the objectives and details of the operation.

Prior to conducting a Strategic Operation, the Operation Supervisor will conduct a briefing providing each member with the objectives and details of the operation. The briefing will include information concerning the following:

**1.** Attention to the area's inhabitants, customs, vehicles, style of dress and language will aid Members in efforts to blend in with the neighborhood.

**2.** A reconnaissance of the area will be made if necessary to identify tactical locations for the establishment of operations.

**3.** Traffic conditions should be studied, and Members should familiarize themselves with the names and locations of area streets.

**E. Supplying Members with Specialized Equipment, Vehicles and Expense Funds:**

The Operation Supervisor will confer with the appropriate Members to determine which specialized equipment, vehicles or expense funds best meet the needs of the operation.

**1. Equipment Options:** Equipment options to consider include, but are not limited to the following:

**a.** Concealed Transmitters.

**b.** Binoculars.

**c.** Video and/or Still Cameras.

**d.** Digital or cassette recorders.

**e.** Vehicle Tracking Devices.

**f.**   Ammunition.

**g.**   Chemical agents.

**h.**   Diversionary devices.

**i.**   Weapons.

**j.**   Individual equipment.

**k.**   Unit equipment.

**l.**   Less than lethal munitions.

**m.**   Special equipment is available to assist Undercover Detectives in the performance of their duties.

    **(1).** The equipment will be maintained in a secured area and requisitioned by Detectives as needed.

    **(2).** Detectives are responsible for the equipment's proper care and use.

    **(3).** Detectives will ensure the equipment is returned in working order and properly stored.

    **(4).** Detectives will report any equipment malfunction or failure to the appropriate personnel.

    **(5).** Members should prepare for unexpected circumstances and extended duty hours. Food, raincoats, and sufficient money to cover transportation costs and other items should be carried.

**2.**   **Vehicles:** Vehicles used in a Strategic Operation, especially surveillance, should not be conspicuous. The vehicles should fit the setting in which they will be used.

    **a.**   Vehicles with distinguishing features such a loud exhaust, or bright colors should be avoided.

**b.**   The availability of a specialty vehicle, such as a cargo van or work truck, should be considered.

**3.**   **Expense Funds:** When appropriate, Members may be supplied with investigative expense funds from the Confidential and Investigative Fund Account. Members will adhere to the guidelines and procedures established in the Confidential and Investigative Funds SOP#159.

**F.**   **Establishing Communications:** [18.13C]

The Operation Supervisor will establish methods of routine and emergency communication. Communication options include the following:

**1.**   **Routine:**

    **a.**   The use of a designated radio channel.

    **b.**   The use of cellular phones. Cellular numbers will be distributed to involved Members and the Communications Section as necessary.

    **c.**   Transmitting frequencies for concealed microphones will be established, if necessary.

**2.**   **Emergency Communications:** A contingency plan for communications is an essential part of any undercover operation.

    **a.**   The Operation Supervisor will ensure that a communication contingency plan is discussed prior to any undercover operation.

    **b.**   The contingency plan may include the use of body gestures, key phrases, or a predetermined signal.

**G. Providing Relief, Support Services and Back Up for Members:**

The Operation Supervisor will ensure arrangements are made for the relief, support services, and back up of Members involved in the operation.

**1. Relief:**

  **a.** A prearranged, secure system of communicating with Headquarters, Superiors, and other Members must be established.

  **b.** Plans will be in place to replace the Member requesting relief with another Member familiar with the operation.

**2. Support Services:**

Prior to the commencement of any Strategic Operation, the Operation Supervisor will ensure that contingency security plans are in place. Such security plans may include, but are not limited to, the use of SWAT Officers, Canine, Air Surveillance, or additional support Officers, as needed. The overriding concern in all aspects of planning and executing a decoy operation is safety.

**3. Back Up:**

Prior to any undercover operation, Supervisors will ensure that contingency security plans are in place. Such security arrangements may include, but are not limited to, the use of SWAT Officers, Canine, Air Surveillance, or the assignment of additional Officer's as may be required.

**H. Identifying and Analyzing Suspects:**
**[18.13F]**

Members will use intelligence information gathered through various sources to identify and analyze suspects and their habits, associates, vehicles, method of operations and other pertinent information. Resources such as: Law Enforcement computer databases, investigative files, informants, other Law Enforcement Agencies and Officers, Public Utility Records, etc. may be queried.

**1.** Upon receiving information from a source, identified or anonymous, a Target Sheet will be completed and forwarded to the appropriate Supervisor. The Supervisor will then determine whether the information requires an investigation or is for intelligence purposes only.

**2.** Prior to conducting a Strategic Operation, Member's will, whenever possible, identify the nature of the criminal activity and the suspect's:

  **a.** True Identity.

  **b.** Known address(s).

  **c.** Criminal history.

  **d.** Potential for violence.

  **e.** Involvement in previous incidents.

**I. Making Contact with Suspects:**

In all Strategic Operations, the Department's primary concern is Officer Safety. The Operation Supervisor will ensure the following:

**1.** Whenever possible, the Undercover Detective will have another Detective present when meeting with the suspect.

**2.** The Back-up Team will maintain contact with the Undercover Detective(s).

**J. Arrest Procedures:**

Detectives will be guided by the **Arrest Procedures SOP** and the following procedures:

**1.** Prior to making an arrest, Detectives should consider if alternative methods, besides an immediate arrest, would be more beneficial to the in-

vestigation. Alternatives may include, applying for a warrant, Grand Jury proceedings, or making an arrest at a later date.

2. The Operation Supervisor will ensure that sufficient safeguards are in place, and sufficient manpower exists to affect an arrest safely.

K. **False Identification and Necessary Credentials for Members:**

The issuance of fictitious credentials aids in enhancing the credibility of the Detective's undercover identity. The following documents may be issued:

1. **Fictitious Driver's License:** A Detective requesting the issuance of a fictitious Driver's License must first obtain supervisory approval.

   a. The Detective will complete a Statement of Responsibility Form (Form E-1).

   b. A Departmental letter requesting the issuance of a fictitious Driver's License from the Department of Highway Safety and Motor Vehicles will be prepared and signed by the Police Chief. A copy of the Officer's authentic Driver's License will accompany the letter.

   c. Upon approval from the DHSMV, the Officer to whom the fictitious License was issued will pick-up the License from the District Driver's License Office within 10 days of notification. Failure to do so will result in the license being returned to the DHSMV and the request being cancelled.

2. **Fictitious Credit Cards:** A Detective requesting the issuance of a fictitious credit card must first obtain Supervisory approval.

   a. The Officer will complete a Statement of Responsibility Form (Form 1-F).

   b. The appropriate Division Major, or his designee, will forward a Departmental letter to the bank requesting a fictitious credit card be issued.

3. **Other Fictitious Documents:** All other forms of false identification require prior Supervisory approval.

4. All fictitious documents will be returned to the Unit Supervisor upon request, transfer, retirement or termination.

L. **Maintaining Confidentiality of Members' False Identity:**

The following procedures are designed to protect the identity and safety of the Undercover Detective:

1. Department Members, who observe a Detective who works in a plain-clothes capacity as a part of his normal duties, will not approach the Detective unless that Detective first acknowledges them.

2. Supervisors will be responsible for maintaining all files concerning the false identities of Undercover Detectives.

   a. All information concerning Members' false identities will be secured in a safe.

   b. Access to this information will only be granted with prior permission of the Division Major, or his designee.

M. **Patrol Supervisors Notification of Target Area:** [18.13D]

If applicable prior to the commencement of any Strategic Operation, the Operation Supervisor will notify the On-duty Shift Lieutenant and Communications Center and advise them of the anticipat-

ed hours and location of the operation. At the conclusion of the Strategic Operation, the Operation Supervisor will advise the On-duty Shift Lieutenant and Communications Center that the operation has ended.

**N. Level of Authority for Strategic Operations Approval:** [18.13A]

Strategic Operation approval will be authorized by the Division Major or his designee, by affixing signature to the Strategic Operations Plan Checklist.

**O. Target Confirmation:** [18.13E]

When applicable the Operation Supervisor will appoint two Members to respond to the scene of the proposed Strategic Operation. These Members will:

**1.** Covertly verify, and jointly confirm the address and/or apartment number.

**2.** Verify that the scene has been accurately described to members.

**3.** Prepare an accurate layout of the scene and advise of any special problems that Members may encounter.

**4.** Be prepared to suggest strategies and tactics for approaching, entering, securing and leaving the target area.

**P. Strategies and Tactics for the Target Area:**

The following strategies and tactics are recommended:

**1. Approaching:** A primary and alternate route of approaching a target location will be developed. All Members will be advised of the initial approaching route. If a change is made, all Members will be notified prior to approaching the target.

**2. Entering:** The entry team(s) will be identified during operational brief-

ings. All Members will know the designated entry team(s).

**3. Securing:** The designated entry team(s) will also secure the target location prior to other Members entry. The entry team(s) Supervisor will notify all Members when the target location is secure.

**4. Leaving:** When Members have completed the intended purpose at the target location, the property owner or person authorized by the owner will be responsible for securing the property. If an owner or person authorized to take, control of the property cannot be located; Detectives will secure the scene in accordance with Departmental policy.

**Q. Searching for and Seizing Evidence and/or Contraband:**

The execution of an authorized search is a critical element in a criminal investigation. Failure to establish and follow sound techniques can result in the inadmissibility of evidence seized, as well as allegations of misconduct against the searching Detectives.

**1.** When a person with sufficient authority consents to a search of the premises, the investigating Member will make every attempt to have the person sign a Hollywood Police Department Consent to Search Form (see **Appendix A of SOP #274 Search and Seizure**). In some instances the person may be willing to give verbal consent to search, but refuses to sign the Consent to Search Form. In those circumstances, a Supervisor must be present to witness the verbal consent and ensuing search.

**2.** The Operation Supervisor or his designee will organize the search with emphasis on the area to be searched, and:

**a.** Physical description of the exterior and interior of the structure.

**b.** Descriptions of all suspects/persons that are known.

**c.** Weapons that are known to be available.

**d.** If known, descriptions of evidence or property to be seized.

**3.** The Operation Supervisor, or his designee, will ensure Members are assigned designated areas to search. All items seized will be documented on a Hollywood Police Property Form.

**4.** Members will secure and protect all evidence. The preservation, collection, and documentation of evidence will be conducted in accordance with the **Property and Evidence** and **Criminal Investigations SOP's**.

**R. Requesting Medical Assistance**

The Operation Supervisor, or his designee, will be responsible for summoning Hollywood Fire-Rescue, if required.

**S. Providing for Documentation:** [18.13G]

Following the execution of the Strategic Operation, the Operation Supervisor or designee will prepare records of the incident, which may include, but are not limited to the following:

**1.** Supplemental Report relating to the incident.

**2.** Copies of Communications Section Incident Histories and other pertinent logs.

**3.** Photographs of the incident scene and spent munitions if applicable.

**4.** Diagram of the incident scene if applicable.

**5.** Analysis of operational tactics.

**6.** Record of Officers involved.

**7.** A copy of the Strategic Operation Checklist.

**8.** Provide an after action report if applicable.

The original Strategic Operations Plan Checklist will be forwarded and maintained with each Division Major.

**T. Pre-Planned, High-Risk Situations Which Require the wearing of Body Armor:** [17.10]

Members engaged in pre-planned, high-risk situations are required to wear body armor. These high-risk situations include the following:

**a.** Swat Operations.

**b.** Search/Arrest Warrant Executions.

**c.** Other situations deemed necessary by a Supervisor.

**II. EXECUTION OF A SEARCH OR ARREST WARRANT**

**A.** All Search and Arrest Warrants, with the exception of Evidentiary Search Warrants, will require the completion of Risk Analysis/Threat Assessment Form prior to the warrant being executed **(see Appendix B)**.

**B. Determining Legal Sufficiency:**

The Operation Supervisor will ensure that the provisions of F.S. 933.09 are adhered to.

**1.** F.S. 933.09 authorizes an Officer to break open any outer door, inner door or window of a house or anything therein, to execute a warrant, if after due notice of his authority and purpose he is refused admittance to said house or access to anything therein.

**2.** In accordance with F.S. 933.09, the Unit serving the warrant will announce their authority by knocking

on the door and saying "Hollywood Police, we have a search/arrest warrant, open the door."   The Unit should wait a reasonable time for the door to be opened before using force to enter the premises.

3. The above announcement must be made except:

    **a.** Where the person within already knows of the Officers authority and purpose.

    **b.** Where the Officers are justified in the belief that the persons within are in imminent peril of bodily harm.

    **c.** Where the Officer's peril would be increased if they demand entrance and state their purpose.

    **d.** Where those within are made aware of the presence of someone outside and engage in activities, which justify the Officer in the belief that, an escape or destruction of evidence is being attempted.

**C. Secure Premise and Individuals:**

It is the serving Unit's responsibility to secure all individuals encountered inside the premises, and render the premises safe to prevent the destruction of evidence.

All persons encountered within the location will be secured, and any to be arrested will be turned over to the Affiant of the warrant.

---

APPROVED BY:

**Vincent R. Affarato**    **03/29/2013**
**Chief of Police**      **Date**

**ATTACHMENTS:**

- **Appendix A:**   Strategic Operational Plans Check List.

- **Appendix B:** Risk Analysis/Threat Assessment Form.



# HOLLYWOOD POLICE DEPARTMENT
## STRATEGIC OPERATIONS PLAN CHECKLIST

Date:                          Prepared by:    _____

Time:                          Submitted by:   _____

Location:                      Approved by:    _____

**Type of Operation:**

**Location of Operation:**

**Supervisor In Charge:**

**Units Involved:**

**Members Involved:**

**Special Equipment Used:**

**Outside Agencies Involved:**

## OPERATIONAL GOALS, OBJECTIVES AND PRIORITIES

**Operational Goals:**

**Operational Objectives:**

**Operational Priorities:**

## TARGET SELECTION AND ANALYSIS

**Target Description:**

**Photos Used:**                     **Maps Used:**

**Building Plans:**                   **Video Used:**

**Identifying the Objective:**        **Intelligence Information:**

**Risk Assessment:**

## COMMAND

**Command Structure to Direct Operation:**

**Communications:**

**Logistical Considerations:**

**Intelligence:**

**Documentation:**

**Identifying Agency Elements:**

**Mutual Aid Required:**

## OPERATIONS

**Search, Seizure and Rescue Teams:**

### SECURITY:

**Location:**                          **External Threats:**

**Relief:**                            **Counter-Intelligence Measures:**

**Contingencies:**                     **Investigative Considerations:**

**Demobilization:**

**DEBRIEFING:**



# Risk Analysis / Threat Assessment
# For Search and Arrest Warrants

## Type of Operation / Investigation

**Search Warrant:** ☐     **Arrest Warrant:** ☐          **Date:**

**Case Number:**          **Location:**

**Prepared By:**

**Approved By:**

**Division Major Approval:**

- ## Primary Suspect(s)

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

## • <u>Secondary Suspect(s)</u>

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

| Last, First, Middle | RACE-SEX | AGE | HEIGHT | WEIGHT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | RESIDENCE PHONE | | |
| VEHICLE | | | | | Tag # | | |
| NOTES | | | | | | | |

**\* Copy this page for additional suspects**

## Arrest Warrant

| | Yes | NO | Unknown |
|---|---|---|---|
| Arrest warrant is for property crime(s) only | ☐ | ☐ | ☐ |
| Arrest warrant is for evidence of a crime(s) against a person | ☐ | ☐ | ☐ |
| Arrest warrant is for drug possession and/or distribution | ☐ | ☐ | ☐ |
| Arrest warrant is for a violent offense(s) | ☐ | ☐ | ☐ |

## Search Warrant

| | Yes | NO | Unknown |
|---|---|---|---|
| Search warrant is for evidence of property crime(s) only | ☐ | ☐ | ☐ |
| Search warrant is for evidence of a crime(s) against a person | ☐ | ☐ | ☐ |
| Search warrant is for narcotics | ☐ | ☐ | ☐ |
| Is there a reasonable likelihood of evidence being destroyed or tampered with? | ☐ | ☐ | ☐ |

## Location

| | Yes | NO | Unknown |
|---|---|---|---|
| Does location have guard, vicious or attack dogs? | ☐ | ☐ | ☐ |
| Does location have 4 or more rooms and/or 2 or more levels? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is location fortified? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is the location thought to be a laboratory for narcotics/explosives/hazardous materials? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is the location thought to have any flammable/hazardous materials stored within the residence? | ☐ | ☐ | ☐ |
| Is yes, describe: | | | |

| | | | |
|---|---|---|---|
| Is there a possibility of firearms readily available contained within the residence? | ☐ | ☐ | ☐ |
| If so or known, what type(s)? | | | |

| | | | |
|---|---|---|---|
| Is there a possibility or likelihood of other criminal associate(s) or multiple subject(s) present? | ☐ | ☐ | ☐ |
| If known, how many? | | | |

| | | | |
|---|---|---|---|
| Does the location have early warning systems such as; surveillance cameras, perimeter alarms or lookouts in the area? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Does the location have security doors or windows? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Will the approach to the location be difficult/compromised due to the fences, open areas etc.? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Has the location had previous calls for service involving a violent incident(s)? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Has any SWAT Team previously executed warrants or responded to the location for any reason? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Are there any known children/elderly present? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

## Target Subject(s)(s)

| | Yes | NO | Unknown |
|---|---|---|---|
| Has the subject(s) been identified? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) have military/police background?<br><br>If yes, give branch/dept, length of service, specialties, etc. | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) of warrant have a criminal history?<br><br>If yes, describe | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is subject(s) on probation? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Has subject(s) of warrant made statements about resisting arrest? | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is subject(s) of warrant known to carry weapons/firearms?<br><br>If yes, describe | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Did subject(s) of warrant display or make mention a weapon during interactions leading to the warrant?<br><br>If yes, describe | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) of warrant have a previous arrest(s) for CCW or CCF?<br><br>If so, when: | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Does subject(s) of warrant have a history of assault on a LEO or resisting arrest?<br><br>If yes, describe | ☐ | ☐ | ☐ |

| | Yes | NO | Unknown |
|---|---|---|---|
| Is the subject(s) of warrant a known gang member or associate?<br><br>If yes, describe | ☐ | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Is subject of warrant currently / historically associated with an organization that is known or suspected of violent criminal activity? | ☐ | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Does subject(s) of warrant have any outstanding warrants? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Has subject(s) of warrant been previously arrested during warrants served by SWAT? | ☐ | ☐ | ☐ |
| If yes, describe: | | | |

| | | | |
|---|---|---|---|
| Is subject(s) of warrant believed to be armed with explosives or are there explosives contained within the residence? | ☐ | ☐ | ☐ |

## VEHICLE DESCRIPTION & REGISTRATION OF VEHICLES PRESENT

| | | | | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |
| YEAR | MAKE | MODEL | COLOR | LICENSE |

| | | | |
|---|---|---|---|
| | ☐ | ☐ | ☐ |
| | | | |

| SPECIAL EVENTS | |
|---|---|
|  **DEPARTMENT SOP: #282** | **CALEA:** |
| | **CFA:** |
| **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 01/13/2014** | **21.01A,C, 21.07A-D** |

**PURPOSE:**  To establish procedures for Special Events.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Hollywood Police Department to provide a Coordinator to the Special Events Committee of the City and to issue permits for assemblies, parades, demonstrations, and special events.

**INDEX:**

**I.      SPECIAL EVENTS UNIT [21.01A] ...........1**

A.   Designated Position: **[21.07A]** ...............1
B.   Inside and Outside Coordination: **[21.07D]** ...................................................1
C.   Personnel: ...............................................2
D.   Equipment: ..............................................2
E.   Other Duties: ...........................................2
F.   Notification: .............................................2
G.   Training: ..................................................2

**II.     PROCEDURE FOR PROCESSING OF SPECIAL EVENTS ...............................2**

A.   Application: ..............................................2
B.   Event Recommendation: **[21.07B,C]** ......2
C.   Personnel Requests for Special Events: ...................................................3
D.   Emergency Request: ............................3
E.   Approval/Modification: ...........................3
F.   Recommendations Forwarded: ...........3

**III.    SPECIAL PARKING REQUEST .............3**

A.   Application: ..............................................3
B.   Review: ....................................................4
C.   Approval/Modification: ...........................4

**IV.    ASSEMBLY, PARADES, AND DEMONSTRATIONS ...........................4**

A.   Application: ..............................................4
B.   Approval/Denial: .....................................4
C.   Appeal: ....................................................5
D.   Dispersal: ................................................5

**V.     BLOCK PARTY APPLICATION .............5**

A.   Application: ..............................................5
B.   Review: ....................................................5
C.   Approval/Modification: ..........................6

**VI.    EMERGENCIES OR UNEXPECTED SITUATIONS [21.01C] .............................6**

**VII.   DEFINITIONS: ........................................6**

A.   SPECIAL EVENT: ...............................6
B.   DEMONSTRATION: ..............................6
C.   SPECIAL PARKING PERMIT: ............6
D.   BLOCK PARTY: ....................................6

**PROCEDURE:**

**I.      SPECIAL EVENTS UNIT [21.01A]**

The Hollywood Police Department maintains a Special Events Unit to coordinate events with the City Special Events Committee. The Chief of Police or his designee will approve, deny, or modify the recommendations of the Special Events Unit.

**A.  Designated Position: [21.07A]**

A Police Sergeant assigned to the Special Events Unit and is the Department's designated Supervisor/Coordinator of response to any Special Event.

**B.  Inside and Outside Coordination: [21.07D]**

The Sergeant of the Special Events Unit will be responsible for coordinating all Law Enforcement services within our

Department and with outside vendors, customers, citizen promoters and other City Departments.

**C. Personnel:**

One Sergeant will staff the Special Events Unit. Department personnel will be assigned and coordinated, as needed, per event.

**D. Equipment:**

The Special Events Unit will be responsible for coordinating the deployment of all support equipment required at the event.

**E. Other Duties:**

The Sergeant of the Special Events Unit will:

1. Coordinate the requests for Law Enforcement services between the City Special Events Committee and the Department.

2. Process applications for special parking requests.

3. Process applications for parades.

4. Process applications for demonstrations.

5. Process applications for assemblies.

6. Be available to coordinate any event deemed necessary by the Chief of Police or his designee.

7. Work in coordination with the Off Duty Detail Office when staffing non-City sponsored events.

8. Ensure the appropriate Law Enforcement response is coordinated at all special events.

9. Prepare an after action memorandum to the Chief of Police to include a fiscal overview.

**F. Notification:**

Action Plans for Special Events will be prepared and forwarded to the Patrol Division Major.

**G. Training:**

The Special Events Unit Sergeant will receive training as deemed necessary by the Chief of Police or his designee.

**II. PROCEDURE FOR PROCESSING OF SPECIAL EVENTS**

**A. Application:**

The Special Events Unit will receive applications from the Parks, Recreation, and Cultural Arts Department of the City.

1. The application will state the date, time, location, nature of event, estimated crowd, and other pertinent information.

2. The Sergeant will review the application and attend any scheduled meetings of the Special Events Committee.

**B. Event Recommendation: [21.07B,C]**

The Sergeant will submit his recommendations for the event on a Departmental memorandum form to the Chief of Police or his designee.

1. The memorandum will address the expected problems and issues associated with the event to included: [21.07B]

a. **Traffic control:**

(1). Impact and routing of Traffic flow to and from the event.

(2). Vehicle Parking.

(3). **Roadway modifications needed:**

(a). Barricades.

**(b).** Signage.

**(c).** Cones.

**(d).** Flares.

**(4). Pedestrian Traffic:**

    **(a).** Regulated crossing locations.

    **(b).** Barriers needed.

**b. Crowd control:**

  **(1).** Estimated attendance.

  **(2).** Crowd demographics.

  **(3).** Alcohol served.

  **(4).** Contingency plan for mass arrests.

**c. Crime concerns:**

  **(1).** Historical information.

  **(2).** Intelligence information.

**2. Logistical requirements:** [21.07C]

  **a.** Hours of the event.

  **b.** Officer assignments.

  **c.** Additional equipment required.

  **d. Cost assessment:**

    **(1).** Budgeted /Non-Budgeted.

    **(2).** Number of overtime hours, compensatory time hours or detail hours.

**C. Personnel Requests for Special Events:**

All requests for assistance from another Law Enforcement Agency for upcoming events will be requested in writing. The requesting Agency will submit a letter from the Agency Head to the Chief of Police who will approve or deny the re-

quest. The letter will provide the following information:

  **1.** The nature and scope of the request.

  **2.** The number of Officers requested.

  **3.** The type of vehicles necessary for the assignment.

  **4.** The location of the event.

  **5.** The name of the Supervisor responsible for the Special Event.

**D. Emergency Request:**

A Division Major may approve requests from an outside agency for special event assistance on an emergency basis. The Division Major will provide immediate notification to the Chief of Police or his Designee.

**E. Approval/Modification:**

The Chief of Police or his designee will approve or modify the recommendations made by the Special Events Unit.

**F. Recommendations Forwarded:**

Once approved by the Chief of Police, the recommendations will be forwarded to the City Special Events Committee via the Special Events Sergeant.

**III. SPECIAL PARKING REQUEST**

**A. Application:**

The Special Events Unit receives applications for Special Parking Requests (see **Appendix A**). The application will contain:

  **1.** Name of applicant.

  **2.** Address of applicant.

  **3.** Location of special parking area.

  **4.** Date and time requested.

**B. Review:**

The Special Events Sergeant will review the application.

**C. Approval/Modification:**

The Special Events Sergeant will approve or modify the application.

1. Applicant will be notified by the Sergeant if the request is approved, modified, or denied within five business days.

2. A copy of the approved application will be forwarded to the applicant. The original will be kept on file in the Special Event Unit.

## IV. ASSEMBLY, PARADES, AND DEMONSTRATIONS

Picketing and demonstrations in traditional public forums, such as streets, sidewalks and parks is afforded a significant level of First Amendment protection. Government has the ultimate responsibility to balance these protected rights with the legitimate need to maintain public order. Therefore, the City has adopted a model permitting Ordinance for parades, demonstrations and assemblies containing the following procedures:

**A. Application:**

Permit applications for a parade, public assembly, or demonstration (see **Appendix B**) will be filed with the Special Events Unit, not less than ten business days nor more than 20 business days before the date on which it is proposed to conduct the parade, assembly or demonstration. **Note: Private property applications are not required under this Ordinance.**

The application will contain:

1. The name, address, and telephone number of the person seeking to conduct the parade, public assembly or demonstration.

2. The date and time of the event.

3. The route, including locations by street if applicable.

4. The name, address and telephone number of the event chairperson.

5. If the parade, public assembly, or demonstration proposed is on behalf of, or by, any organization, the name, address, and telephone number of the headquarters of the organization and of the authorized and responsible heads of the organization are required.

6. The Chief of Police will approve or disapprove the application for a permit within three business days of filing.

**B. Approval/Denial:**

No permit will be denied unless the Chief of Police or his designee determines that granting the permit would interfere with the health, safety and/or welfare of the public.

1. In determining whether an event would interfere with the health, safety and/or welfare of the public, the Chief of Police or his designee will consider, but will not be limited to, the following:

   a. Whether the conduct of the parade, public assembly or demonstration will substantially interrupt the safe and orderly movement of other traffic contiguous to its route or location.

   b. Whether the conduct of the parade, public assembly or demonstration will require the diversion of so great a number of Police Officers as to prevent normal Police protection to the remainder of the City.

   c. Whether the concentration of persons, animals or vehicles at assembly points will unduly in-

terfere with Fire, Police, and ambulance services.

**d.** Whether the conduct is reasonably likely to cause injury to persons or property, to provoke disorderly conduct, create an uncontrollable disturbance or attract prohibited weapons.

**2.** If the Chief of Police denies the application, he will mail the applicant a notice of action, stating the reasons for denial of the permit, within three business days.

**3.** The Chief of Police may alter an application and propose reasonable alternatives relating to the conduct of a parade, public assembly or demonstration.

**4.** An applicant desiring to accept an alternative permit will file a written notice of acceptance with the Chief of Police within three business days.

**5.** In the event an applicant is not willing to accept a proposed alternative permit, or fails to accept the alternative permit within three business days, as required, the permit may be denied by the Chief or his designee.

**C. Appeal:**

Applicants will have the right to appeal the denial of a parade, public assembly or demonstration permit by submitting a written request for appeal to the City Manager no later than three business days following the denial of the permit application.

**D. Dispersal:**

In the event that a public assembly, parade or demonstration is a threat to property or safety, by virtue of the participants engaging in disorderly conduct, the persons so assembled can be required to disperse.

**V. BLOCK PARTY APPLICATION**

**A. Application:**

Applications for block parties (see **Appendix C**) will contain:

**1.** The name, address, and telephone number of the person to conduct the block party.

**2.** The date, time and location of the block party.

**3.** The area to be blocked off.

**4.** The number of expected participants.

**5.** Emergency vehicle access.

**6.** A survey of the street, along with the names and addresses of the residents. There will be an indication whether the residents are opposed or support the function.

**7.** What form, if any, musical/Disc Jockey entertainment will be provided at the event.

**8.** Will alcohol be served.

**9.** Parking plans for attendees.

**10.** If and what forum the event has been advertised.

**11.** A copy of the applicant's Driver License or any other official form of identification.

**12.** The applicant's signature, including the date in which the application was submitted.

**B. Review:**

The Special Events Sergeant will review the application to determine the impact to the health, safety and/or welfare of the public.

**C. Approval/Modification:**

The Special Events Sergeant will approve, deny, or modify the application, and will forward the approved/denied permit application to the Special Operations Lieutenant, Special Operations Major, effected Patrol Shift Lieutenants, and Communications Supervisor.

## VI. EMERGENCIES OR UNEXPECTED SITUATIONS [21.01C]

In cases of emergencies or unexpected situations that occur at Special Events, Department Members will be guided as follows:

- The Special Event's Commanding Officer will be notified.

- A "cause of action" will be determined by the Special Events Commander.

## VII. DEFINITIONS:

**A. SPECIAL EVENT:**

An outdoor public celebration or gathering which involves the use of public parks, streets, right-of-ways or other municipal property. The event may include entertainment, dancing, music, dramatic publications, art exhibitions, parades, the sale of merchandise, food or alcohol, or any combination of the foregoing; and which of necessity requires the provision and coordination of municipal services to a degree over and above that which the City routinely provides.

**B. DEMONSTRATION:**

A public gathering of two or more persons, procession or parade, the primary purpose of which is the exercise of the rights of assembly and free speech as guaranteed by the First Amendment to the Constitution of the United States.

**C. SPECIAL PARKING PERMIT:**

A granting of a temporary exception to the normal parking enforcement.

**D. BLOCK PARTY:**

The closing of a street, or portion thereof, for the exclusive use of the immediate neighborhood.

---

APPROVED BY:

_Frank G. Fernandez_                01/13/2014

**Frank G. Fernandez                Date
Chief of Police**

## ATTACHMENTS:

- **Appendix A:** Special Events Application.

- **Appendix B:** Parade, Public Assembly or Demonstration Permit.

- **Appendix C:** Block Party Permit.



# HOLLYWOOD POLICE DEPARTMENT
## CITY OF HOLLYWOD, FLORIDA
## SPECIAL PARKING REQUESTS

I_____residing at _____requests to park approximately _____vehicles in the _____for a period of time between_____ and _____ on _____ in a normally restricted parking area.

I will indemnify and save harmless the City from and against all claims, suits, actions, damages or causes of action arising during the terms of this agreement for any personal injury; loss of life, damage to property or reasons as a result of the use of the premises for which this agreement is entered into, or its agents, employees, invitees, and all other persons, and for and against any orders, judgment's decrees, which may be entered thereto, and for and against all costs, attorney's fees, expenses and liabilities incurred in or by reason of the defense of any such claims, suit or action, and the investigation thereof. Nothing in this agreement will be deemed to affect the rights, privileges and immunities of Cities and Counties as are set forth in Florida Statute Section 768.28.

I also agree to remove any litter from this area and agree to repair any damage caused by the parking of vehicles in the area.

_____
Applicant's Signature

I have reviewed the above request, and I am granting permission as outlined above, providing all vehicles are parked in such a manner not to obstruct the free flow of vehicular traffic or disrupt any of the traveled portion of the street.  Further, the following parking restrictions contained in the City of Hollywood Code of Ordinances and the State Uniform Traffic Control Laws will not be waived by the granting of this request: parking within fifteen feet of a fire hydrant; in a safety zone; in a fire lane or fire zone; within twenty feet of a crosswalk or intersection; in front of a private driveway (if not the owner), by the applicant or any public driveway; in a area designated for handicapped parking.



# HOLLYWOOD POLICE DEPARTMENT

APPLICATION for ASSEMBLY – PARADE or DEMONSTRATION

1. This form, along with any supplementary information that may be requested by the City of Hollywood must be filed with the Special Events Unit of the Hollywood Police Department at least 10 business days prior to the assembly, parade or demonstration date.  The permit will be issued only after the approval of the Chief of Police or his designee.

**1.    Name of Applicant:**

_____

**2.    Name of Organization:**

_____

**3.    If an Organization, are you Incorporated:**
☐ **Yes** ☐ **No**

**4.    Address and Telephone Number of Above:**

_____

**5.    Name, Address and Telephone Numbers of Officers**
      **(If different from above):**

_____

**6.    Parade Marshall's Name, Address, and Telephone Number**
      **(When applicable):**

_____

**7.    Purpose of Assembly, Parade or Demonstration:**

_____

_____

_____

**8.    Requested Assembly, Parade or Demonstration:  Date:_____**

_____

**9.**     **Time will be:**          **From:** _____**to**_____

**10.**     **Describe Place, Area, Route or Location: (Map must be included).**

_____

_____

_____

**11.**     **Estimated number of Participants:**

**(A)     Persons:**          _____
**(B)     Animals:**          _____
**(C)     Floats:**          _____
**(D)     Motor Vehicles:**          _____

**12.**     **Do Organizers plan to sell or distribute any materials.  (If so, what type?)**

_____

_____

**13.**     **Is Police assistance requested?**     ☐ **Yes**     ☐ **No**

**14.**     **Is Fire/Rescue (Emergency Medical) Services required?**  ☐ **Yes**  ☐ **No**

A permit is issued pursuant to and subject to the terms and conditions of the City of Hollywood Code Section 104.02.

The Undersigned has authority to execute this application on their own behalf or on behalf of the above stated Organization and agrees to abide by all the Rules and Regulations of the City of Hollywood, Florida.

All of the statements are true to the best of my knowledge, information and belief.  If any change in fact or method occurs subsequent to the date of this application, or the issuance of a permit, the applicant will notify the Chief of Police or his Designee immediately.

_____     Date:_____
Signature of Authorized Representative Applicant:

 # HOLLYWOOD POLICE DEPARTMENT
## Block Party Application

1. APPLICANTS NAME:_____

2. HOME ADDRESS:_____

3. TELEPHONE NUMBER: (H)_____  (W)_____  (C)_____

4. DATE OF PARTY:_____

5. TIME OF PARTY:  FROM:_____TO:_____

6. LOCATION OF PARTY:_____

7. AREA TO BE BLOCKED OFF:_____

8. HOW WILL AREA BE BLOCKED OFF:_____

9. NUMBER OF EXPECTED PARTICIPANTS:_____

10. SANITARY FACILITIES AVAILABLE:      ☐YES      ☐NO

11. PERSONS TO ALLOW PASSAGE OF EMERGENCY VEHICLES: ☐YES ☐NO

12. NAME AND NUMBER OF CONTACT PERSON:_____

13. ANY MUSICAL/DISC JOCKEY ENTERTAINMENT:_____

14. WILL ALCOHOL BE SERVED:_____

15. PARKING PLANS FOR ATTENDEES VEHICLES:_____

16. HAS EVENT BEEN ADVERTISED, WHAT FORUM:_____

Please provide a brief description of the planned
activities:_____
_____
_____
_____
_____
_____
_____
_____

_____
_____

_____

Attach a survey of the street in question indicating the names and *addresses of* the residents. Also indicate whether these residents are in favor of or against the proposed function.

Return the completed application and survey to *the Hollywood Police Departments Patrol Office*. This office is located on the second floor of the Police Department.

A permit is issued pursuant to and subject to the terms and conditions of the City of Hollywood Code Section 100.02/100.03        All Noise and City Ordinances apply.

The Undersigned has authority to execute this application on their own behalf or on behalf of the above stated Organization and agrees to abide by all the Rules, Regulations,  and Ordinances of the City of Hollywood, Florida.

All of the statements are true to the best of my knowledge, information and belief. If any change in fact or method occurs subsequent to the date of this application, or the issuance of a permit, the applicant will be responsible to notify the Special Events Sergeant via the Patrol Office.

_____
Applicants signature            Date

Copy of applicant's Driver License or Official form of identification, must be attached.

_____
Special Events Sergeant            Date            Approved ☐       Denied ☐

|  | **CIVIL DISTURBANCE – MASS ARRESTS** | |
|---|---|---|
| | **DEPARTMENT SOP: #283** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 03/06/2013** | **CFA:**<br><br>**20.01A-R, 20.02, 20.03, 20.04** |

**PURPOSE:**  To provide a plan for the Agency's response to a civil disturbance and to outline processing procedures for mass arrests.  Establish procedures for the possibility of a mass migration of Caribbean Basin refugees to southern Broward County. This plan may be activated in part, or in whole, as determined by the scope and nature of the incident.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of this Department to effectively plan for and deal with unruly crowds and illegal gatherings.  Officers confronting civil disturbances will follow the procedures of containment, evacuation, communication, use of force, and command and control as enumerated in this policy.

**INDEX:**

**I.    CIVIL DISTURBANCE ..........................2**

A.   Department Objectives:.......................2
B.   Show of Force/Use of Force:...............2

**II.   MEMBER RESPONSIBILITIES ............2**

A.   First Officer on Scene: [20.01A] ..........2
B.   First Responding Supervisor: [20.01B]3
C.   Incident Commander:  [20.01D,H-I,L-N][20.03A-C][20.04].............................3
D.   Communications Center: [20.01A] ......4
E.   Crime Scene Unit Supervisor: .............4

**III.  CROWD DISPERSAL ...........................4**

A.   Unruly Crowd:......................................4
B.   Failure of the Crowd to Disperse:........4
C.   De-escalation: [20.01I,P] .....................4

**IV.   CROWD CONTROL ARREST PROCEDURES ....................................5**

A.   Arrest Guidelines: [20.01L]..................5
B.   Confinement: [20.01M][21.01L]..........5
C.   Transportation Units: [20.01N] ...........5
D.   Prisoner Processing: [20.01L] ............5

**V.    TRAINING AND EQUIPMENT...............5**

A.   Member Training: [20.01Q] .................5
B.   Community Education: [20.03C-D] .....6
C.   Equipment and Supplies: [20.02] ........6

**VI.   MUTUAL AID REQUESTS ....................6**

A.   Emergency Response to a Correctional Facility or Other Institution: .................6
B.   Manpower Deployment: .......................6

**VII.  MASS MIGRATION INCIDENTS ..........6**

A.   First Arriving Officer: ...........................6
B.   Responding Sergeant Responsibilities: ...........................................................6
C.   Shift Lieutenant Responsibilities: ........7
D.   Patrol Section Major/ Staff Duty Officer Responsibilities: ..................................7

**VIII.  EMERGENCY OPERATIONS CENTER (EOC) ................................................7**

**IX.   CELEBRATIONS AND DEMONSTRATIONS .............................7**

A.   Spontaneous celebrations, marches, vehicle caravans and street assemblies could interfere with traffic flow and impact City operations. The PIO will have an integral part in disseminating information in an attempt to minimize the consequences of these incidents by directing citizens to locations of organized celebrations. .......................7
B.   Demonstrations and celebrations could result in violence as a result of tension between conflicting groups. Civil Disturbance procedures outlined within this policy will be followed when confronted with these situations..........7

X.     DEFINITIONS: .........................................7

A.   CIVIL DISTURBANCE: ........................7
A.   FIELD FORCE TEAM: ........................7
B.   MOBILIZATION: ..................................8
C.   MUTUAL AID: .....................................8

<u>**PROCEDURE:**</u>

**I.   CIVIL DISTURBANCE**

**A.  Department Objectives:**

The main objectives of the Department during crowd control incidents are:

**1.** Establish and maintain control of the area,

**2.** Protect persons and property,

**3.** Arrest law violators, if conditions permit,

**4.** Arrest those intent on disrupting non-violent constitutionally protected demonstrations.

**B.  Show of Force/Use of Force:**

At times, a show or use of force will be required to accomplish departmental objectives.   Command Officers should consider these factors when deciding the degree of force required.  The Hollywood Police Department's Field Force Team will be utilized when a show or use of force is required.   The Field Force Commander will provide operational plans for the Incident Commander to consider.  These plans will take into consideration the following:

**1.** Initially, the best recourse is the rapid and impressive display of an organized Police presence.

**2.** The number of Officers on scene must be large enough to demonstrate the ability to disperse the crowd.

**3.** If possible, the Officers should be assembled out of sight of the crowd and then march into view equipped and well organized.

**4.** If possible, an Order to Disperse will be read to the crowd prior to taking enforcement action.

**II.  MEMBER RESPONSIBILITIES**

**A.  First Officer on Scene: [20.01A]**

Upon arrival at the scene of a civil disturbance, the first responding Officer(s) will take action only to prevent death or substantial harm to themselves or others.

**1.** The first responding Officer will make the following assessments of the situation and take the following actions:

**a.** Crowd assessment.

**b.** Is the gathering Lawful or unlawful?

**c.** Crowd's mood-passive, hostile, excitable?

**d.** Size of crowd.

**e.** Known weapons present.

**f.** Potential weapons present.

**g.** Influence of drugs or alcohol?

**h.** Look for signs of organization.

**i.** Identify agitators or leaders in the crowd.

**j.** Advise the most expeditious routes to the scene avoiding roadblocks and congested traffic areas.

**k.** Protection of those persons lawfully engaged in non-violent demonstrations.

**2. Communications Plan:**  Officers will communicate descriptive information concerning crowd assessment to the Communication Center as soon as possible, and continue surveying the scene to obtain addi-

tional information concerning causes, area geography and the desired resolutions of the crowd. **[20.01A]**

**B. First Responding Supervisor: [20.01B]**

Upon arrival at the scene of a demonstration, the first responding Supervisor will assess the situation and make the following determinations:

1. If the necessary permit(s) have been obtained.

2. Whether civil disorder or violence is anticipated.

3. The number of Police and support services required (i.e.: equipment).

4. Establishment of a Field Command Post, if required **[20.01B]**

5. Establishment of an Outer Perimeter.

6. Ensure that avenues of approach to the scene are kept open for emergency and support vehicles.

7. In the event that mass arrests for non-violent minor offenses appear necessary, the Supervisor will approach the demonstration leader(s) and explain the violations, seeking compliance and resolution.

**C. Incident Commander:**
**[20.01D,H-I,L-N][20.03A-C][20.04]**

Once the Command Post is established, the Incident Commander will:

1. Have supervisory authority over all Officers, assisting Agencies, or other components. **[20.01D]**

2. Establish an inner perimeter to funnel crowds towards escape routes, making certain that routes are safe with open access.

3. Provide for security at the Command Post, public facilities, or other locations as needed. **[20.01G]**

4. Designate an area for medical treatment where Fire Rescue personnel can standby for medical emergencies, transportation and fire suppression. **[20.01M]**

5. Exercise command and control over all Law Enforcement resources committed to the operation within Departmental jurisdiction. **[20.04]**

6. Summon a Public Information Officer to act as liaison with the Media. The P.I.O. will be responsible for providing the following:

   a. Current information pertaining to the incident with instructions to the public.

   b. Casualty information, when appropriate. **[20.03A]**

   c. Community education in the form of press releases or press conferences pertaining to Civil Disturbances. **[20.03C]**

   d. Rumor control. **[20.03B]**

7. Assess the incident and request the following assistance, if necessary:

   a. Field Force Team.

   b. Canine Unit.

   c. SWAT Team.

   d. Mutual Aid.

8. Assess supplies and equipment requirements and determine their availability for planned usage by SWAT or Field Force Members. **[20.01H]**

9. Designate an area for the confinement and processing of those arrested. **[20.01L]**

10. Provide for prisoner transportation. **[20.01N]**

**D.   Communications Center:** [20.01A]

The Communications Center will provide the following assistance:

**1.**   Provide an open tactical radio group monitored by Communications Members.

**2.**   Relay all pertinent information to responding Units.

**3.**   Act as a liaison between Field Commanders and Inter-Governmental Agencies.

**E.   Crime Scene Unit Supervisor:**

The Crime Scene Unit Supervisor will be in charge of Crime Scene Technicians who are responsible for assisting with the processing of arrested persons.

## III.   CROWD DISPERSAL

This section applies only if the crowd incites riotous conduct or civil disorder.

**A.   Unruly Crowd:**

If the Crowd is unruly and needs to be dispersed, the on-scene Commander will read the following dispersal orders to the crowd:

**1.**   This is (name and rank) of the City of Hollywood Police Department.

**2.**   In the name of the State of Florida and pursuant to Section 870.04, Florida Statutes, I hereby declare this assembly to be unlawful and command each and all of you to peaceably disperse.

**3.**   The following routes of dispersal are available: (give most expeditious routes).

**4.**   You have (reasonable amount of time) minutes to disperse.

**B.   Failure of the Crowd to Disperse:**

If the crowd does not begin to disperse within a reasonable length of time (not less than five minutes is recommended, ten minutes is preferred), the following Dispersal Order will be read to the crowd:

**1.**   This is (name and rank) of the City of Hollywood Police Department.

**2.**   In the name of the State of Florida and pursuant to Section 870.04, Florida Statutes, I hereby command the assistance of each and all of you in seizing, arresting and securing all persons unlawfully assembled here and,

**a.**   If you and each of you fail, refuse or neglect to obey this command or,

**b.**   If you refuse to disperse and leave this area, you will be deemed unlawfully assembled and you will be subject to immediate arrest.

**3.**   All necessary force will be employed to disperse this assembly.

**4.**   The following routes of dispersal are available (give most expeditious routes).

**5.**   You have (reasonable amount of time) minutes to disperse.

**C.   De-escalation:** [20.01I,P]

When the disturbance has been brought under control, the agency will restore full law enforcement services as quickly as possible while the Incident Commander ensures the following de-escalation and recovery operation measures are taken:

**1.**   All Law Enforcement Officers engaged in the incident will be accounted for and an assessment made of Members injuries.

**2.** All Members will be debriefed, as necessary.

**3.** Witnesses, suspects and others will be interviewed or interrogated by Members of the Criminal Investigations Division.

**4.** All written reports will be completed as soon as possible.

**5.** Prepare an After Action Report, and submit it to the Chief of Police via the chain of command. **[20.01P]**

**6.** Continue to monitor the location for an appropriate time period.

**IV. CROWD CONTROL ARREST PROCEDURES**

**A. Arrest Guidelines: [20.01L]**

The following guidelines govern arrest procedures at crowd control incidents:

**1.** Officers will only arrest or take action in teams of two or more.  A lone Officer should not attempt to make an arrest.

**2. FELONIES:** Enforcement action involving felonies should, in most cases, result in an arrest.  However, the circumstances may dictate a delay in making the arrest.

**3. MISDEMEANORS:** Misdemeanor arrests should be made if the time is appropriate or control is an essential concern.  If an arrest will contribute to control, the action should be taken.

**B. Confinement: [20.01M][21.01L]**

Persons arrested will be taken to a predetermined location away from the disturbance for temporary confinement. This area will be used for processing prior to being transported to a permanent holding facility.

**C. Transportation Units: [20.01N]**

Preparations should be made in order to keep several Units mobile for the purpose of transporting prisoners away from the immediate area.

**D. Prisoner Processing: [20.01L]**

After a person has been arrested, the Crime Scene Unit Supervisor will ensure that the following processing procedures are adhered to:

**1.** Make arrangements for a sufficient supply of digital or 35 mm cameras and film at the Command Post.

**2.** Ensure that a photograph be taken of all arrested persons at the scene of the demonstration.

**3.** Ensure that all arresting Officers are furnished with a pre-numbered envelope on which they will record required information.

**4.** Ensure that a Member of the Crime Scene Unit photographs the Officer with their prisoner while the Officer holds the above mentioned envelope bearing the identifying information.

**5.** Ensure that the prisoner's fingerprint card is placed in the above mentioned envelope. The arresting Officer will make pertinent notes on this envelope for later referral while completing the necessary reports.

**V. TRAINING AND EQUIPMENT**

**A. Member Training: [20.01Q]**

This SOP will serve as a training guide for Members in the topics of Civil Disturbances and Mass Arrests.  Members of the Field Force Team and SWAT Team will receive additional training on the topics twice annually.

**B. Community Education:** [20.03C-D]

The community will be provided information and education prior to, or during a civil disturbance through press releases, press conferences or briefings.

**C. Equipment and Supplies:** [20.02]

All equipment and supplies which the Field Force or SWAT Teams may utilize will be inspected annually for operational readiness.

## VI. MUTUAL AID REQUESTS

**A. Emergency Response to a Correctional Facility or Other Institution:**

The City of Hollywood will only respond to Mutual Aid Requests from a neighboring City or County in an emergency situation, at a correctional facility or other institution.  The request for Mutual Aid assistance must be made by another law enforcement agency and the Chief of Police or his designee will authorize the level of manpower deployment (see **SOP # 145 Mutual Aids**).

**B. Manpower Deployment:**

Unless otherwise directed by the Chief of Police, or his designee, Members responding to Mutual Aid requests for Civil Disturbances will be limited to:

1. Exterior perimeter security.

2. Traffic control.

3. Escapee search.

## VII. MASS MIGRATION INCIDENTS

Due to the geographical proximity and political instability in Cuba, as well as other Caribbean Basin nations, the potential for a mass migration via southeast Atlantic coastal waterways is a constant concern for law enforcement. Cuba's political environment, combined with the large number of Cuban immigrants residing in South Florida will likely result in Cuban refugees seeking asy-

lum in the region. The outlined procedures are intended to provide operational guidelines to all affected Members in the event of an incident of mass migration.

**A. First Arriving Officer:**

The Primary responsibility of the first arriving Officer(s) will:

1. Render assistance and advise on the need for medical assistance.

2. Assess situation and need for additional Officers.

3. Advise affected Sergeant of incident circumstances.

4. Attempt to contain affected area and detain refugees.

5. Attempt to identify group leader to establish communication and gather intelligence.

**B. Responding Sergeant Responsibilities:**

1. Respond to scene.

2. Determine need for additional Officers and resources.

3. Establish inner perimeter and cordon off the affected area.

4. Establish temporary detention location on site.

5. Establish temporary Command Post location.

6. Brief Shift Lieutenant Commander of incident circumstances.

7. Request alternate radio talk group for incident communications.

8. Ensure vessel or other mode of transportation of the Refugees is secured.

**C. Shift Lieutenant Responsibilities:**

1. Respond to scene and assume command.

2. Re- assess the situation.

3. Determine need for additional Officers and/or resources (e.g. Field Force, SWAT, Marine, Canine, Crime Scene Unit).

4. Establish permanent Command Post, staff accordingly.

5. Notify Patrol Section Major and/ or Staff Duty Officer.

6. Initiate a Command page as directed.

7. Request Communications Section Supervisor notify the State Warning Point (Broward Sheriff's Office Communications Duty Officer), Broward County Emergency Management Agency (BEMA), Border Patrol and INS.

8. Notify and brief the PIO and establish temporary staging area for media.

9. Contact Memorial Regional Hospital and advise of possible impact.

10. Assess the need for assistance from the American Red Cross.

**D. Patrol Section Major/ Staff Duty Officer Responsibilities:**

1. Respond to scene and assume command.

2. Determine need for Mutual Aid.

3. Brief Assistant Chief of Patrol Services Bureau Police   of Operations and other affected Command Staff as directed.

4. Contact the Department of Parks, Recreation and Cultural Affairs for availability of municipal buses with drivers for transport to Temporary Collection Point (John U. Lloyd State Park).

5. Determine need for full or partial Department mobilization.

6. Liaison with affected responding Federal Law Enforcement Agencies to determine level of assistance required.

**VIII. EMERGENCY OPERATIONS CENTER (EOC)**

The nature of the event may require activation of the City of Hollywood EOC. The authority to activate the EOC rests with the City Manager.

**IX. CELEBRATIONS AND DEMONSTRATIONS**

A. Spontaneous celebrations, marches, vehicle caravans and street assemblies could interfere with traffic flow and impact City operations. The PIO will have an integral part in disseminating information in an attempt to minimize the consequences of these incidents by directing citizens to locations of organized celebrations.

B. Demonstrations and celebrations could result in violence as a result of tension between conflicting groups. Civil Disturbance procedures outlined within this policy will be followed when confronted with these situations.

**X. DEFINITIONS:**

**A. CIVIL DISTURBANCE:**

An unlawful assembly that constitutes a breach of the peace or any assembly of persons where there is imminent danger of collective violence, destruction of property or other unlawful acts.

**A. FIELD FORCE TEAM:**

An organized Team of Officers trained to respond to incidents of civil disturbances and other emergencies.

**B.  MOBILIZATION:**

An organized emergency assembly of Police Member.

**C.  MUTUAL AID:**

Mutual Aid is an exchange of services, personnel and/or equipment between Law Enforcement Agencies during times of emergency, pursuant to a written agreement.

---

APPROVED BY:

*Chadwick E. Wagner*    **09/29/2009**

**Chadwick E. Wagner          Date**
**Chief of Police**

<u>**ATTACHMENTS**</u>**:**

None

| | INCIDENT COMMAND SYSTEM | |
|---|---|---|
|  | **DEPARTMENT SOP: #284** | **CALEA:     46.1.1,     46.1.2, 46.1.3, 46.1.4, 46.1.5, 46.1.6, 46.1.7** |
| | **EFFECTIVE DATE: 10/03/2005**<br><br>**REVIEW: 06/13/2014** | **CFA:**<br><br>**25.05A-F** |

**PURPOSE:**  To provide a comprehensive emergency management program that will provide for an Incident Command System (ICS) to mitigate the effects of an emergency, specifically to preserve life, minimize damage, provide response guidance during emergencies, provide necessary assistance and establish a recovery system in order to return the community to its normal state of affairs.

**SCOPE:**  This policy applies to all Members of the Department.

**POLICY:** Most incidents involving explosives or hazardous materials will require collaboration between multiple agencies and disciplines. Every effort should be made to establish and adhere to the nationally recognized standard for Incident Command Systems. This will ensure site safety and operational goals and response efforts are developed and effectively implemented. Therefore, it is the policy of the Hollywood Police Department to provide an Incident Command System that will provide a clear outline as to who does what, when, where, and how in order to mitigate, prepare for, respond to, and recover from the effects of man made incidents, natural disaster, technological incidents or accidents, civil disorder, and other major incidents.

**INDEX:**

I.     **SERVICES AND RESOURCES:** ............2

   A.   Florida Department of Community Affairs: ...................................................2
   B.   Mutual Aid: ...............................................2
   C.   System Activation: [20.05A][46.1.3A] ....2

II.    **OVERVIEW:** ...........................................2

   A.   Incident Command System: ...................2
   B.   ICS Organization ....................................2

III.   **ICS FUNCTIONS [20.05B]** ....................2

   A.   Command .............................................2
   B.   Operations Section: .............................3
   C.   Finance Section ...................................3
   D.   Planning Section [20.05C,46.1.1] .........3
   E.   Logistics Section ..................................3

IV.    **INCIDENT COMMAND AND MANAGEMENT [20.05B]** ......................3

   A.   Unified Command Structure .................4
   B.   Multi Agency Coordination Systems (MCS) ....................................................4

V.     **ICS FEATURES** ....................................4

   A.   Common Terminology ...........................4
   B.   Organizational Resources ....................4
   C.   Manageable Span of Control ...............4
   D.   Organizational Facilities.......................4
   E.   Position Titles.......................................4
   F.   Incident Action Plan [20.05C] ..............5
   G.   Integrated Communications .................5

VI.    **INITIAL RESPONSE/COMMAND** ..........5

   A.   First Officer On-Scene ..........................5
   B.   First Supervisor On-Scene ..................5
   C.   Transfer of Command ...........................5
   D.   Command Post: [46.1.3B,E] .................5
   E.   Termination of Command ......................6

VII.   **ACCOUNTABILITY** ..............................6

VIII.  **AFTER ACTION REPORT [20.05E,46.1.3H]** ...............................6

   A.   Incident Commander Responsibility: ....6
   B.   Content and Routing: ............................6

IX.    **TRAINING [20.05D][20.05F]** ................6

   A.   Initial Training:.......................................6
   B.   Annual Training:....................................7

X.     **DEFINITIONS:**.......................................7

A. INCIDENT COMMAND POST [46.1.3B]
..................................................7
B. STAGING AREA [46.1.3E]...................7
C. INCIDENT BASE....................................7
D. CAMPS..................................................7
E. HELIBASE..............................................7
F. HELISPOT ............................................7

**PROCEDURES:**

**I. SERVICES AND RESOURCES:**

    **A. Florida Department of Community Affairs:**

        The Florida Division of Emergency Management has the responsibility of coordinating Federal, State, and Local Law Enforcement resources during any emergency/disaster pursuant to Chapter 252 of Florida State Statutes.

    **B. Mutual Aid:**

        All requests for mutual aid assistance from Local Law Enforcement agencies or from the Florida National Guard will follow the procedures outlined in **SOP# 145 MUTUAL AID**. [46.1.3D]

    **C. System Activation:** [20.05A][46.1.3A]

        The Incident Command System (ICS) may be activated by the First Patrol Supervisor on-scene depending on the nature and severity of the incident.

**II. OVERVIEW:**

    **A. Incident Command System:**

        The Incident Command System (ICS) is a management system that has the flexibility to be applied to a variety of incidents and events both large and small. The Incident Command System can be applied to, but not limited to the following situations:

        **1.** Tactical Incidents (e.g. barricaded subjects)

        **2.** Man Made Occurrences (e.g. terrorist incidents)

        **3.** Natural Disasters (e.g. Hurricanes)

        **4.** Technological Emergencies (e.g. Communications failures)

        **5.** Response to Homeland Security Advisory Threat Levels as needed.

    **B. ICS Organization**

        The management of any incident or event always includes five major functions. The Incident Commander is responsible for all functions, or he/she can delegate the authority for managing certain functions. These functions include:

        **1.** Command

        **2.** Operations

        **3.** Planning

        **4.** Logistics

        **5.** Finance/Administration

        The ICS Structure is delineated in the ICS Table of Organization (see **Appendix A**).

**III. ICS FUNCTIONS** [20.05B]

    **A. Command**

        The ICS function allows for the management of any incident in an organized and controlled environment. Strategic objectives are established and the ordering, accountability and release of resources is documented. The command function consists of the following positions:

        **1. Safety Officer** – is responsible for monitoring all safety conditions at the incident, and develops measures for ensuring the safety of assigned personnel. [46.1.3G]

        **2. Public Information Officer** – handles all media inquiries and coordinates the release of information to the media with the Incident Commander. [46.1.3F]

3. **Liaison Officer** – is the on-scene point of contact for coordination and communication between the various agencies assigned to the incident.

4. **Accountability Officer** – is responsible for accountability of all personnel involved in an incident.

   a. Approves requests for additional resources or the release of resources including the initiating the notification and mobilization of additional agency personnel. **[46.1.3C]**

B. **Operations Section:**

The Operations Section is responsible for the management of all tactical operations directly related to the primary mission. The Operations Section is responsible for the following when it applies:

1. Establishing perimeters; **[46.1.4A]**

2. Conducting Evacuations; **[46.1.4B]**

3. Maintaining command post and scene security; **[46.1.4C]**

4. Providing for detainee transportation, processing and confinement; **[46.1.4D]**

5. Directing and controlling traffic; and **[46.1.4E]**

6. Conducting post-incident investigation. **[46.1.4F]**

C. **Finance Section**

The Finance Officer is responsible for the financial management and accountability of the incident. All records regarding expenditures associated with the incident are maintained by this section. The Finance Section will address the following:

1. Recording personnel time; **[46.1.7A]**

2. Procuring additional resources; **[46.1.7B]**

3. Recording expenses; and **[46.1.7C]**

4. Documenting injuries and liability issues. **[46.1.7D]**

D. **Planning Section [20.05C,46.1.1]**

The Planning Officer is responsible for the collection, evaluation, dissemination, and use of information about development of the incident and status of resources. The Planning Section will address the following:

1. Preparing a documented incident action plan; **[46.1.5A]**

2. Gathering and disseminating information and intelligence; **[46.1.5B]**

3. Planning post-incident demobilization. **[46.1.5C]**

E. **Logistics Section**

The Logistics Section provides manpower, facilities, services, and materials in support of the critical incident. The Logistics Section will address the following:

1. Communications; **[46.1.6A]**

2. Transportation; **[46.1.6B]**

3. Medical Support; **[46.1.6C]**

4. Supplies; and **[46.1.6D]**

5. Specialized team and equipment needs. **[46.1.6E]**

IV. **INCIDENT COMMAND AND MANAGEMENT [20.05B]**

ICS is a standard, on-scene, all-hazard incident management system. ICS allows users to adopt an integrated organizational structure to match the needs of single or multiple incidents.

The National Incident Management System (NIMS) employs two levels of incident management structures, depending on the nature of the incident.

**A. Unified Command Structure**

A Unified Command Structure will be utilized during multi-jurisdictional incidents or when various City Departments (Police, Fire-Rescue and Public Works) come together for a critical incident. Each key official from each jurisdiction or Department will be located at the Command Post and may contribute to the command process by:

1. Determining overall incident objectives.

2. Selection of strategies.

3. Ensuring joint planning for tactical operations.

4. Ensuring integrated tactical operations.

5. Ensuring maximum use of all assigned resources.

   **Under a Unified Command Structure there will be only one Command Post and one Incident Commander.**

**B. Multi Agency Coordination Systems (MCS)**

MCS is a combination of facilities, equipment, personnel, procedures, and communications integrated into a common framework for coordinating and supporting incident management.

**V.  ICS FEATURES**

**A. Common Terminology**

Use of standard terminology is essential to ensuring efficient, clear communications. ICS utilizes "clear text" radio communications, or plain English radio transmissions to ensure clear lines of communication between all disciplines of Local, State and Federal Jurisdictions.

**B. Organizational Resources**

Resources, including all personnel, facilities, major equipment, and supply items used to support incident management activities are assigned common designators.

**C. Manageable Span of Control**

Maintaining an adequate span of control throughout the ICS organization is critical. Effective span of control may vary from three to seven, and a ratio of one supervisor to five reporting elements is recommended.

**D. Organizational Facilities**

Common terminology is used to define facilities, help clarify the activities that take place at a specific facility, and identify the location of all involved Members. Such facilities can include:

1. Incident Command Post

2. Staging Area(s)

3. Base

4. Camp(s)

5. Helibase

6. Helispot

   Map designators are used to depict ICS Facilities (see **Appendix B**).

**E. Position Titles**

ICS positions have distinct titles. Only the Incident Commander is called Commander and there is only one Commander per incident. Only the heads of Sections are called Chiefs.

Learning and using standard terminology helps reduce confusion between day-to-day positions occupied by an individual and his position at the incident.

**F.   Incident Action Plan** [20.05C]

Incident Action Plans (IAPs) provide an effective means to communicate the overall incident objectives in the context of both operational and support activities. IAPs are developed for operational periods that are usually 12 hours long.

IAPs depend on "management by objectives" to accomplish response tactics. These objectives are communicated throughout the organization and are used to develop and issue assignments, plans, procedures and protocols

**G.   Integrated Communications**

Integrated communications ensure the flow of communications between all elements involved in an incident and include:

1. The "hardware" systems that transfer information.

2. Planning for the use of all available frequencies and resources.

3. The procedures and processes for transferring information internally and externally.

**VI.   INITIAL RESPONSE/COMMAND**

**A.   First Officer On-Scene**

The First Officer on-scene will follow the procedures outlined in **SOP# 280 UNUSAL OCCURRENCES, Section II.A.**

**B.   First Supervisor On-Scene**

The first Supervisor on the scene of a Critical Incident will assume command. The Supervisor will announce that they are the Incident Commander and will establish a Command Post in accordance with **SOP #280 UNUSUAL OCCURRENCES, Section II.B.**

**C.   Transfer of Command**

The arrival of a Senior Officer does not automatically cause Command to be transferred. The assumption of Command is based upon potential escalation of the incident, personnel considerations, and the knowledge and capabilities of the present Incident Commander. If a Senior Command Officer makes a determination to assume command of an incident the following will take place:

1. The new Incident Commander shall notify Communications via radio that they are now assuming command of the incident.

2. The relieved Incident Commander may remain with the new Incident Commander and act as an aide.

3. The transfer of command shall include the communication of the following information on a face-to-face basis:

   a. The status of the current situation.

   b. The resources committed to the incident, as well as the present incident organizational structure.

   c. The assessment of the current effect of tactical operations.

**D.   Command Post:** [46.1.3B,E]

Based on the nature of the incident, the following guidelines will be followed when working under a Unified Command Structure.

1. Initially a Patrol Supervisors vehicle may serve as a temporary Command Post/Staging Area until such time that it is determined the Mobile Command Vehicle is necessary. The Mobile Command Vehicle may respond when requested by the Incident Commander.

2. When the Fire-Rescue Department is lead, the Command Post will normally be located in the Fire-Rescue Operations vehicle which will be designated by a green flashing light.

### E.  Termination of Command

Command will be terminated when the Incident has deescalated to a point when all involved members have returned to normal service. The Incident Commander will:

1.  Notify Communications that the incident has been resolved.

2.  Clear the radio channel.

3.  Ensure appropriate members are relieved or returned to service.

4.  Ensure notification to next higher authority if applicable.

## VII. ACCOUNTABILITY

Effective accountability at major incidents is essential to ensure the safety of all personnel assigned. Each first line Supervisor will be issued Police Incident Management Sheets (see **Appendix C**) that will be used for a variety of critical incidents including but not limited to.

- Missing Persons

- Hostage Situations

- Barricaded Subjects

- Hazmat Situations

- Unusual Occurrences

- Multi-Agency Police Responses

## VIII. AFTER ACTION REPORT [20.05E,46.1.3H]

### A.  Incident Commander Responsibility:

The Incident Commander is responsible for ensuring an After-Action Report is completed, critiquing the incident and forwarding it to the next higher authority for review.

### B.  Content and Routing:

The After-Action Report is due within 10 days of an incident and will be forward-

ed via the Chain of Command to the Chief of Police.  An extension may be granted upon request. The After-Action report should include the following:

1.  Type, scope and magnitude of the incident.

2.  Time and location of the incident.

3.  Conditions observed at the time of Police arrival.

4.  Number of Police personnel involved.

5.  Type and amount of Police equipment utilized.

6.  Police action taken.

7.  Assistance provided by other agencies.

8.  Any information deemed appropriate by the Incident Commander.

9.  Recommendations for improvements if required.

## IX.  TRAINING [20.05D][20.05F]

### A.  Initial Training:

The Training and Professional Development Unit will ensure Members of the Police Department complete all mandated NIMS/ICS training as required by Federal and State government and will receive documented annual training on the Department's "All Hazard" approach to management of disasters, major emergencies and unusual occurrences. [46.1.9]

The Training and Professional Development Unit will coordinate appropriate courses which may include:

1.  Classroom/Internet-based instruction;

2.  Table top exercises utilizing realistic and relevant scenarios;

3. Mock exercises utilizing HPD personnel and other agencies;

4. Hosting reputable training courses by recognized experts in the field.

**B. Annual Training:**

1. SWAT, Field Force and the Crisis Negotiation Lieutenants will conduct an annual review of the Incident Command System procedures with affected Members. The lesson plan and attendance rosters will be submitted to Training and Professional Development.

2. SWAT, Field Force and the Crisis Negotiation Teams will conduct an actual exercise annually unless all or a portion of the plan is activated during the year. In such cases, the agency response to that given situation will serve as the annual rehearsal. The lesson plan, attendance roster or after action report will submitted to Training and Professional Development.

**X. DEFINITIONS:**

**A. INCIDENT COMMAND POST** [46.1.3B]

The Incident Command Post (ICP) is the location at which the primary command functions are performed.

**B. STAGING AREA** [46.1.3E]

A Staging Area is a temporary location at an incident where personnel and equipment are kept while awaiting tactical assignments.

**C. INCIDENT BASE**

An Incident Base is used for primary services and support activity. All uncommitted (out-of-service) equipment and personnel support operations are located here.

**D. CAMPS**

Camps are temporary locations within the general incident area which is equipped and staffed to provide sleeping, food, water, and sanitary services to incident personnel.

**E. HELIBASE**

A Helibase is the main location within the general incident area for parking, fueling, maintenance and loading of helicopters.

**F. HELISPOT**

Helispots are temporary locations in the incident area where helicopters can safely land and take off.

APPROVED BY:

_Frank G. Fernandez_ **06/13/2014**

**Frank G. Fernandez**          **Date**
**Officer of the Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** ICS Organizational

- **Appendix B:** Map Designator Symbols

- **Appendix C:** Police Incident Management Sheet.

# HOLLYWOOD POLICE DEPARTMENT
# INCIDENT COMMAND SYSTEM



# Map Designations for ICS Facilities

    Incident Command Post

    Staging Areas

    Incident Base

    Camps

(H)    Helibase

● H-3    Helispot (Number or Name)

---

# APPENDIX C

## POLICE INCIDENT MANAGEMENT SHEET

# THIS PAGE INTENTIONALLY LEFT BLANK PENDING THE DESIGN AND APPROVAL OF THE WORK SHEET.

| | **HONOR GUARD** | |
|---|---|---|
| | **DEPARTMENT SOP: #285** | **CFA STANDARDS** |
| | **EFFECTIVE DATE: 11/1/2001** | **NONE** |

**PURPOSE:**  To provide the Police Department with a well-trained ceremonial Unit to render honors, preserve tradition, stimulate Esprit-De-Corps and instill pride.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  It is the policy of the Department to provide Members with guidance and uniformity in the conduct of Police related ceremonies. It is recognized that a formal method of training be established to address specific sequences of events during ceremonies. The Honor Guard will perform duties as necessary on behalf of the Hollywood Police Department.

**INDEX:**

**I.     STAFFING** ...................................................1

   A.   Honor Guard Membership:......................1
   B.   Chain of Command: ...............................1
   C.   Honor Guard Vacancies:........................1
   D.   Event Assignment: ................................2

**II.    PERSONAL APPEARANCE**.....................2

   A.   Appearance:...........................................2
   B.   Jewelry: .................................................2

**III.    HONOR GUARD UNIFORMS** ................2

**IV.    HONOR GUARD EVENTS** .....................2

   A.   Awards and Promotional Ceremonies:.....2
   B.   Funerals: ................................................2
   C.   Rendering Honors: ..................................3

**PROCEDURE:**

**I.    STAFFING**

   **A.   Honor Guard Membership:**

   The Honor Guard is comprised of Sworn Police Officers who are selected on a volunteer basis.  Membership in the Honor Guard is does not constitute a full-time assignment or position.

   **B.   Chain of Command:**

   When travelling with the Honor Guard, or participating in an Honor Guard event or sanctioned training, Members will be under the direction of the Public Affairs Unit Lieutenant who is designated the Honor Guard Commander.

   **1.**   The Honor Guard Commander may designate a Member of the Honor Guard to fulfill the role of Event Co-ordinator for sanctioned events and training.

   **2.**   This Officer will be responsible for coordinating, scheduling, training and other tasks as assigned by the Public Affairs Unit Lieutenant.

   **C.   Honor Guard Vacancies:**

   When a vacancy on the Honor Guard exists, the following procedure will be followed:

   **1.**   Notice will be posted announcing the vacancy.  Sworn Members will be instructed to submit a Memoran-dum of interest.

**2.** Submissions will be reviewed by the Public Affairs Unit Lieutenant and his designees.

**3.** Members must maintain an acceptable performance evaluation for a minimum of one year and must be able to maintain an acceptable performance evaluation while a Member of the Honor Guard.

**4.** Members must not be on suspension, administrative or medical leave, light duty or under any type of Department disciplinary action.

**5.** Members must have the ability to perform disciplined and coordinated movements, actions and positions at an acceptable level of proficiency and will be tested periodically to ensure that level is maintained.

**6.** Members working in an undercover capacity will not be eligible to participate on the Honor Guard. Members accepting such an assignment in the Department will relinquish their Membership from the Honor Guard.

**7.** Members of the Crime Suppression Team may participate on the Honor Guard. However, their appearance standard must equal that of other Members. This includes hairstyle and length.

**D. Event Assignment:**

Requests for the Honor Guard's participation in an event will be submitted on an Honor Guard Request Form (see **Appendix A**). Members will participate in activities and assignments only after receiving approval from the Public Affairs Unit Lieutenant.

**1.** Assignments will be made based upon the number of personnel needed and the availability of personnel.

**2.** Assignments are made at the discretion of the Public Affairs Unit Lieutenant or his designee.

**3.** An Event Coordinator will be designated for each event, function, ceremony or funeral. The Event Coordinator will be responsible for completing the Honor Guard Event Assignment Sheet (see **Appendix B**).

**II. PERSONAL APPEARANCE**

**A. Appearance:**

Honor Guard Members are expected to represent the Department as an example of Law Enforcement pride and professionalism.

Members are expected to maintain a high level of personal hygiene and grooming.

**B. Jewelry:**

The only jewelry permitted while in the Honor Guard Uniform is a wristwatch, and one ring per hand. Bracelets, earrings, and visible necklaces are not permitted.

**III. HONOR GUARD UNIFORMS**

Refer to the **Appearance Standards Department SOP** and the **Honor Guard Unit SOP**.

**IV. HONOR GUARD EVENTS**

**A. Awards and Promotional Ceremonies:**

Honor Guard duties will include posting of the National, State and City colors.

**B. Funerals:**

The Honor Guard will provide personnel for funeral services of:

**1.** Hollywood Police Officers who have been killed in the line of duty.

**2.** Portions of funeral services for personnel who have died of natural causes while on or off duty.

**3.** Portions of funeral services for Officers who have retired from the City of Hollywood Police Department.

**4.** Funerals of Police Officers from other Law Enforcement Agencies (notifications via NCIC/FCIC of a LEO funeral will require approval of the Public Affairs Unit Lieutenant).

**5.** Any funeral at the direction of the Public Affairs Unit Lieutenant.

**C. Rendering Honors:**

The Hollywood Police Department Honor Guard will render honors at the funerals of Hollywood Police Officers, Retired Hollywood Police Officers or City Elected Officials in accordance with Departmental Policy.

**DEFINITIONS:**

None

APPROVED BY:

*Chadwick E. Wagner*  **05/13/2008**
**Chadwick E. Wagner**          Date
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:** Honor Guard Request Form.

- **Appendix B:** Honor Guard Event Assignment Sheet.



# HOLLYWOOD POLICE DEPARTMENT

## HONOR GUARD REQUEST FORM

Date of Request:_____

Date Received by Honor Guard:_____

Requested by: _____

Phone Number: _____

Event Title: _____

Location of Event: _____

_____

If a Parade, what is the route?

_____

_____

_____

Time requested to arrive: _____ AM PM

Expected completion time of Event: _____AM PM

Additional information or special instructions (special requests or special equipment needed):

_____

_____

_____

Approved by:

PAU Detective_____ Date _____

PAU Major_____Date_____



# HOLLYWOOD POLICE DEPARTMENT

## HONOR GUARD EVENT ASSIGNMENT SHEET

Event: _____

Date: _____ Time: _____ AM PM

Location of Event: _____

Meeting Time: _____ AM PM  Meeting Location: _____

Event Coordinator: _____

Event Commander: _____

Contact Person: _____

Additional Information:

_____

_____

_____

**Honor Guard Members Assigned to Event:**

Position:_____

Position:_____

Position:_____

Position:_____

Position:_____

Position:_____

**The following personnel are responsible for picking up all equipment for the event and returning it to the Honor Guard Storage Room when the assignment is completed.**

Names: _____ and _____

**IMPORTANT:  Honor Guard Members are reminded to notify their immediate Supervisor of this event when assigned.  If unable to attend, it is the assigned Member's responsibility to advise the Honor Guard Commander in writing and to identify a replacement Member.**

|  | **SPECIAL WEAPONS AND TACTICS TEAM** | |
|---|---|---|
| | **DEPARTMENT SOP: #290** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001** **REVIEW: 03/04/2014** | **CFA:** **21.02A-F** |

**PURPOSE:** The Special Weapons and Tactics Team (SWAT) was created in recognition of the Department's need for a cadre of Officers specifically trained for the following tactical deployment incidents; hostage and sniper situations, barricaded persons, dignitary protection, warrant service and building entry, and the protection of the Field Force in times of civil disturbance.

**SCOPE:** This SOP applies to all Members of the Department.

**POLICY:** The preservation of life will always be a fundamental principal which will guide the Department in any operation. The Department will attempt to avoid confrontation in favor of controlling and containing a volatile and/or dangerous situation until the arrival of appropriate tactical personnel specifically trained to defuse such situations. SWAT personnel will be deployed to provide the necessary protection for innocent civilians and Police personnel during volatile and dangerous high-risk incidents.

**INDEX:**

**I.   TEAM CAPABILITIES ................................ 2**

   A.   Primary Responsibilities: [21.02F] ....... 2

**II.   TEAM MEMBER RESPONSIBILITIES [21.02F] ................................................... 2**

   A.   SWAT Commander: [21.02F] ............. 2
   B.   SWAT Sergeant [21.02F] ................... 3
   C.   SWAT Members  [21.02F] ................. 3

**III.   SWAT TEAM ACTIVATION (CALL OUT CRITERIA) [21.02D] ................................... 3**

   A.   Emergency Response: [21.02D] .......... 3
   B.   Non-Emergency Requests: ................. 4

**IV.   SWAT DEPLOYMENT ASSIGNMENTS AND PROCEDURES [21.02E] ....................... 4**

   A.   Scout: .................................................... 4
   B.   Utility Officer: ....................................... 4
   C.   Breacher: .............................................. 5
   D.   Gas Team: ............................................ 5
   E.   Marksman/Observer Team: ................. 5
   F.   Inner Perimeter Deployment: ................ 6
   G.   Reaction Unit: ...................................... 6

**V.   PROCEDURE FOR MUTUAL AID REQUESTS FROM OTHER LAW ENFORCEMENT AGENCIES .......................... 6**

**VI.   SERVICE OF SEARCH/ARREST WARRANTS .................................................... 6**

   A.   Execution by the SWAT Team: .......... 6
   B.   Planning: ............................................... 7
   C.   SWAT Sergeant: ................................. 7
   D.   Legal Provisions: ................................. 7
   E.   SWAT Entry Responsibilities: .............. 7

**VII.   TEAM MEMBER SELECTION CRITERIA [21.02A] .................................................... 7**

   A.   Eligibility: .............................................. 7
   B.   Selection Process: ............................... 8

**VIII.   TEAM TRAINING & READINESS EXERCISES: [21.02C] ............................... 8**

   A.   Formalized Training: ............................ 8
   B.   SWAT Training: ................................... 8
   C.   In-Service Training Criteria: ................ 8
   D.   Weapons Training: .............................. 9

**IX.   PHYSICAL FITNESS .............................. 9**

   A.   Physical Performance Requirements: .. 9
   B.   Failure to Qualify: ............................... 9
   C.   Excused Absences: ............................ 9

**X.   EQUIPMENT [21.02B] .............................. 9**

   A.   Specialized Equipment: ....................... 9
   B.   Ammunition: ....................................... 10

**XI.   WEAPONRY [21.02B] .......................... 10**

   A.    Special Weapons:...............................10
   B.    Special Purpose Munitions: ..............10

**XII.    UNIFORMS [21.02B] ...........................10**

   A.    Approved Uniform:............................10
   B.    Foot Wear: .........................................11

**XIII.   MOBILE COMMAND VEHICLE ...........11**

   A.    Critical Incidents: ...............................11
   B.    Transportation:...................................11

**XIV.   RECORDS & REPORTS .....................11**

   A.    After Action Report: ...........................11
   B.    Training Records: ...............................11
   C.    Equipment Inventory:.........................11

**XV.    DEFINITIONS: .....................................11**

   A.    BREACHING ROUND: ......................11
   B.    SWAT COMMANDER: ......................11

**PROCEDURE:**

**I.    TEAM CAPABILITIES**

   **A.  Primary Responsibilities: [21.02F]**

    The SWAT Team provides specialized services to include:

    **1.**  Service of search and arrest warrants.

    **2.**  High-risk building/dwelling searches.

    **3.**  Sniper/anti-sniper resolution.

    **4.**  Extraction of barricaded subjects.

    **5.**  Dignitary Protection.

    **6.**  Hostage Rescue.

    **7.**  Tactical support to outside Agencies when approved by the Staff Duty Officer.

    **8.**  Any situation that may require specialized tactical training, expertise, and equipment.

**II.    TEAM MEMBER RESPONSIBILITIES [21.02F]**

   **A. SWAT Commander: [21.02F]**

    The SWAT Commander will propose tactical operations to the Commanding Officer of the scene, and acts as a liaison between the Command Post and the SWAT Team.

    The SWAT Commander is also responsible for:

    **1.**  Recommending Officers for appointment to the SWAT Team.

    **2.**  Relieving Members from the SWAT Team.

    **3.**  Recommending training and development of SWAT Officers and Marksman.

    **4.**  Evaluating training and equipment, recommending improvements appropriately.

    **5.**  Scheduling, supervising and ensuring the recording of SWAT and Marksman training.

    **6.**  Logistical records on all SWAT equipment, maintain and ensure accurate auditing processes.

    **7.**  Ensuring documentation of all SWAT operations.

    **8.**  The preparation of the annual SWAT budget and requests for new equipment.

    **9.**  The inspection of Team Members, equipment and weapons prior to deployment at crisis incidents.

    **10.**  Designation of Team positions to SWAT Members.

    **11.**  The inner perimeter Officers.

    **12.**  The Route selection to target locations.

**13.** The selection of entry tactics and breaching methods.

**14.** Determining the use of chemical agents and diversionary devices.

**15.** Ensuring that Fire Rescue personnel have been assigned.

**B. SWAT Sergeant** [21.02F]

The Team Sergeants are responsible for providing supervision in the daily operation of all SWAT activities. In addition, the SWAT Sergeants will assist the SWAT Commander in preparation at crisis situations and are also responsible for the following:

**1.** Assume command of the SWAT Team in absence of the SWAT Commander.

**2.** Schedule, conduct and supervise SWAT training.

**3.** Maintain logistical records on all SWAT equipment, training and operations.

**4.** Inspect Team Members, equipment and weapons during training and prior to deployment at crisis incidents.

**5.** Assist with the designation of team positions.

**6.** Assist with the formulation of assault plans.

**7.** Assist with the selection of entry tactics, breaching methods and use of diversionary devices.

**8.** Ensuring documentation of all SWAT operations.

**C. SWAT Members** [21.02F]

Responsibilities will include but are not limited to:

**1.** Inner perimeter security.

**2.** Building entry and suspect apprehension.

**3.** Hostage rescue.

**4.** Team security.

**5.** Delivery of chemical agents.

**6.** Delivery of special purpose munitions.

**7.** Sniper/Anti-sniper situations.

**8.** Dignitary protection.

**9.** Field Force security.

**10.** Execution of search and arrest warrants in hazardous situations.

**III. SWAT TEAM ACTIVATION (CALL OUT CRITERIA)** [21.02D]

All SWAT Members are on 24-hour availability unless properly relieved by a SWAT Commander or SWAT Sergeant. The SWAT Commander and SWAT Sergeants will be informed of vacation schedules, military leave, incapacitating injuries or other activities that would render a Member unavailable for duty. SWAT Members must recognize the need to be readily available for immediate response.

**A. Emergency Response:** [21.02D]

Upon authorization by the Staff Duty Officer, the Communications Supervisor will initiate the call-out of Members of the SWAT Team, as directed. The Communications Supervisor will initiate a group text via the MIR3 system that contacts all SWAT Members. SWAT Members will then contact Communications for details regarding the call-out. SWAT Members assigned a marked police vehicle may deploy Code 3 when responding to a crisis situation unless otherwise directed by the Incident or SWAT Commander.

**B. Non-Emergency Requests:**

Requests to utilize the SWAT Team will be directed through the Chain of Command to the affected Division Major. Such activities include:

1. Assisting other operational components in the service of hazardous search warrants.

2. Apprehension of dangerous criminals.

3. Dignitary protection.

4. Security for K9 deployments;

   a. All K9 handler requests to utilize off-duty SWAT Personnel to assist them with a search will require authorization from the Shift Lieutenant and/or SWAT Commander.

## IV. SWAT DEPLOYMENT ASSIGNMENTS AND PROCEDURES [21.02E]

**A. Scout:**

Scouts may be sent out ahead of the main body of the Team to ascertain information needed by the SWAT Commander. Scouts will work as a two person team whenever possible. Responsibilities of the Scout Team include:

1. Locate a secure location for the Tactical Command Post.

2. Ensure COP inner perimeter is set and positions are safe.

3. Advise the SWAT Team of a safe route to the Tactical Command Post.

4. The following diagrams will be obtained:

   a. Area.

   b. Building (to include the source of the information).

c. Target location.

5. Obtain intelligence on suspects and hostages including:

   a. Descriptions.

   b. Types of weapons.

   c. Background.

   d. Military experience.

   e. Mental condition, medication and stability.

   f. Criminal History.

6. Maintain information update on the incident.

7. Intelligence information about dogs at the target or within close proximity.

8. Assessment of the evacuation progress, if applicable.

**B. Utility Officer:**

A Utility Officer is responsible for carrying required additional equipment:

1. **Responsibilities:**

   a. Inspecting utility pack for contents.

   b. Act as rear security for the Breacher, if needed.

   c. Ensure gas munitions are readily available for use.

2. **Equipment:**

   a. Loading shotgun with appropriate breaching rounds.

   b. Ensuring leg pouches are loaded appropriately.

**C. Breacher:**

A Breacher will be responsible for carrying either the ram, halogen tool or the Department shotgun:

**1.** Warrant Service:

    **a.** Two Breachers will be assigned.

    **b.** When carrying the two-person ram, each Officer will carry a pry tool (halogen tool) in one hand and the ram with the other.

    **c.** When the one-person ram is carried, one Breacher will carry the ram and the second Breacher will carry the halogen tool.

**2.** During hostage situations, barricaded incidents, and on selected high-risk warrant service, the shotgun will be carried and loaded with breaching rounds, unless otherwise directed.

**3.** Explosive Breaching may be used to gain entry with Incident Commander approval.

**D. Gas Team:**

A Gas Team consists of two SWAT Officers. The Gas Team can be assigned to the inner perimeter or at another location.

**1.** One SWAT Officer will carry a lethal weapon system, acting as the Security Officer.

**2.** The second SWAT Officer will carry a less lethal delivery system designed to deliver special impact munitions and chemical munitions.

**E. Marksman/Observer Team:**

The Marksman/Observer Team is a unique 2-person position that forms the eyes and ears of the Tactical Team. The team will be composed of two qualified snipers. If only one sniper is available, the second person will be filled by a SWAT entry team Member.

**1. Duties of the Marksman:** The Marksman is responsible for engaging a target. He is in a firing position at all times ready to react to a command or threat. Other duties include:

    **a.** Research target folder prior to deployment.

    **b.** Gain the best possible position for engaging a target.

    **c.** Cover the approach and movement of the Assault Team.

    **d.** Identify all subjects.

    **e.** Neutralize a target.

    **f.** Provide supporting fire during assault.

    **g.** Perform the role of observer.

    **h.** Containment of unauthorized persons.

**2. Duties of the Observer:**

Working with the Marksman, the observer provides accurate information critical to developing an assault plan by the Tactical Team Leader. Other duties include:

    **a.** Research target folder.

    **b.** Organize Intelligence:

        **(1).** Maintain Log.

        **(2).** Develop sketch of target site.

        **(3).** Orientates observation post to target site.

        **(4).** Identify suspects, hostages and their location.

**c.** Prepare essential equipment for the task.

**d.** Handle all communication.

**e.** Provide post security.

**f.** Relieve the Marksman.

**3. Marksman/Observer Team Equipment:**

**a. Scoped Rifle:** Team Members will only use the rifle issued to them by the Department.

**b. Ammunition:** Team Members will only use ammunition supplied by the Department.

**4. Marksman's Rifle Qualification Course: Each** Marksman will qualify with their assigned rifle not less than twice each calendar year. This will consist of:

**a.** Cold bore shot – 100 yards, 1 ¼ inch circle face target in, 30 seconds.

**b.** 3 shot group – 100 yards, 2-inch circle face target, in 30 seconds

**5. Marksman/Observer Training:** The Departments Marksman/Observer Teams will train once monthly. Training will be documented and forwarded to the SWAT Lieutenant before the next training date.

**F. Inner Perimeter Deployment:**

The SWAT Team will take control of the inner perimeter upon their arrival on scene of a critical incident.

**1.** Whenever possible, K9 Officers will be utilized at two diagonal corners of the target building along with a SWAT Officer.

**2.** In all cases, the SWAT Officer, due to his specialized training, will be in control of inner perimeter positions.

**G. Reaction Unit:**

Upon the arrival of SWAT Team Members, 4 to 5 Members under the command of a SWAT Supervisor or Team Leader may be called upon to take a tactical position for rendering aid or to engage in a situation that developed prior to the full deployment of the SWAT Team.

**V. PROCEDURE FOR MUTUAL AID REQUESTS FROM OTHER LAW ENFORCEMENT AGENCIES**

In the case of an outside Agency requesting the use of the Hollywood SWAT Team, a request will be made through Teletype from the requesting Agency. The Chief or his designee will contact the requesting Agency's Police Chief to verify the request. Once the request has been confirmed, the Chief or his designee will make a determination if the request will be approved. Requests for the SWAT Team after normal duty hours will be made and coordinated through the Staff Duty Officer.

**VI. SERVICE OF SEARCH/ARREST WARRANTS**

Every warrant service incident requires an evaluation of risk factor (see **Appendix D**).The risk factor is based on information provided in the Strategic Operations Plan checklist and Risk Analysis/Threat assessment form.

**A. Execution by the SWAT Team:**

Once the Strategic Operations Plan Checklist and Risk Analysis/Threat Assessment Form is completed and approved by the affected Division Major, the SWAT Commander and/or SWAT Supervisor will review the entire package and complete the Risk Assessment Matrix (see **Appendix D**). Authorization to utilize the SWAT Team for execution of the Arrest and/or Search Warrant will be based upon the score value assigned to each incident. A score value of 12 and over and/or specific predetermined criteria mandate the use of the SWAT

Team for execution of the Arrest and/or Search Warrant.

**B. Planning:**

When the decision has been made to deploy the SWAT Team, the SWAT Commander will select a SWAT Sergeant to assist him with determining the number of SWAT Members necessary to serve the warrant.

**C. SWAT Sergeant:**

The SWAT Sergeant will appoint Scouts who will respond to the scene of the warrant to:

1. Covertly verify the address and/or apartment number.

2. Verify that the scene is accurately described in the warrant.

3. Prepare an accurate layout of the scene and advise of any special problems the SWAT Team may encounter.

4. Suggest strategies and tactics for approaching, entering, securing and leaving the target area.

**D. Legal Provisions:**

The SWAT Commander and SWAT Sergeant will ensure the following provisions of FS 933 Search Warrants are followed:

1. An Officer may break open any outer door, inner door or window of a house or anything therein, to execute the warrant, if after due notice of his authority and purpose he is refused admittance to said house or access to anything therein.

   Therefore, the SWAT Team serving the warrant will announce their authority by knocking on the door and saying "Hollywood Police, we have a search/arrest warrant, open the door." The SWAT Team should wait a reasonable amount of time for the door to be opened before using force to enter the premises.

2. However, the above announcement may not be required if any of the following exceptions are present:

   a. The person within already knows of the Officers authority and purpose.

   b. Persons within are in imminent peril of bodily harm.

   c. The Officer's risk factor would be increased if they demand entrance and state their purpose.

   d. Increased risk to the preservation of evidence.

   e. Increased risk of escape.

   f. The warrant specifically waives such requirement.

**E. SWAT Entry Responsibilities:**

It is the SWAT Team's responsibility to secure all individuals encountered inside the premises, render the premises safe and prevent the destruction of evidence.

Therefore, all persons encountered within the location will be secured, any evidence will be protected and person(s) identified for arrest will be turned over to the affiant of the warrant.

**VII. TEAM MEMBER SELECTION CRITERIA**
[21.02A]

**A. Eligibility:**

Appointment to the SWAT Team is voluntary and considered a special assignment, not a transfer. When a vacancy exists, an announcement will be posted for the position. A Member requesting to be considered must not be on Limited Duty status and:

1. Must have received a minimum overall rating of acceptable on their

most recent Employee Performance Evaluation.

2. Must be a Hollywood Police Officer in good standing, or

3. Members may be considered for selection to participate in the program based on individual job performance and /or organizational need.

4. Officers assigned to the Vice, Intelligence & Narcotics Unit will not be eligible.

   a. A current SWAT Officer accepting an assignment to the Vice, Intelligence & Narcotics Unit will relinquish their SWAT assignment.

   b. At the request of the affected Division Major, and with appropriate justification, the Chief of Police may approve exceptions that are operationally beneficial to the Department.

**B. Selection Process:**

The list of Members requesting consideration for the SWAT Team will be submitted to the affected Division Major.

Candidates will be required to:

1. Pass the SWAT Physical Agility Test (see **Appendix C**), which will be supervised by the SWAT Commander.  All applicants must complete the course described in Appendix C in thirteen (13) minutes or less to continue the selection process for the Team.

2. Complete the State firearms qualification course with a minimum score of 270.

3. The affected Division Major, along with the SWAT Commander will review the Candidate list and prepare a list for recommendation.

**VIII. TEAM TRAINING & READINESS EXERCISES:** [21.02C]

**A. Formalized Training:**

All Team Members will attend a formalized training class in the area of special weapons and tactics.

1. All requests for such training will be approved according to the Department's **Training and Professional Development SOP**.

2. SWAT Members attending such training will be responsible for forwarding a copy of their certificate to the SWAT Commander and to the Personnel Unit for inclusion in their Training file.

**B. SWAT Training:**

The SWAT Team will train twenty-six days per year with the exception of an approved absence by a Supervisor and/or a manmade or natural disaster. The training schedule will be approved by the affected Division Major.

1. The training will be conducted under the direction of the SWAT Commander/or SWAT Sergeant.

2. The location and curriculum will vary for each training session.

3. Instructors specialized in Unit related functions will be selected in accordance with training needs.

**C. In-Service Training Criteria:**

In-service training criteria will be conducted by Certified instructors or a designee of the SWAT Commander and may include the following:

1. Weapons.

2. Tactics.

3. Sniper/Anti-sniper techniques.

4. Anti-terrorist techniques.

5. Dignitary protection.

6. Physical training and conditioning.

**D. Weapons Training:**

SWAT Members will be required to meet semi-annual qualification standards with assigned Unit firearms.

1. The minimum qualifications score for the 45 caliber H & K will be 270 or higher. The qualification course will be the same course that has been established by the Department's Range Master.

2. Members failing to meet qualification standards established by the SWAT Commander will immediately be suspended from SWAT operations and must re-qualify within a thirty-day period.

3. Members failing to re-qualify will be removed from the Team by the SWAT Commander.

## IX. PHYSICAL FITNESS

**A. Physical Performance Requirements:**

Due to potential physical demands of the assignment, each team Member is expected to maintain a functional level of physical fitness.

1. Physical fitness and agility will be maintained through an approved structured program monitored by the SWAT Commander to include:

   a. Endurance

   b. Strength

   c. Agility.

2. All SWAT Officers will conduct their physical training in accordance with the Wellness program.

3. SWAT Officers will be provided a minimum of 1 hour of physical training per workday.

4. SWAT Team Members will perform and successfully complete the approved SWAT physical fitness test, semi-annually.

5. SWAT physical fitness testing may be conducted at any time of the year, at the discretion of the affected Division Major, without prior notification.

**B. Failure to Qualify:**

Members of the SWAT Team failing to meet physical requirements will:

1. Immediately be suspended from SWAT operations and must re-qualify within a thirty-day period.

2. Any subsequent failure to meet physical requirements may be grounds for removal from the Team.

**C. Excused Absences:**

The affected Division Major may excuse a Team Member from the physical fitness test when the Member is incapacitated by injury or illness properly documented to the SWAT Commander prior to the announcement of the SWAT physical fitness test. In this case, the Member will be tested, as soon as possible, upon recovery of injury or illness.

## X. EQUIPMENT [21.02B]

**A. Specialized Equipment:**

Each Team Member will be responsible for the routine maintenance of individual issued equipment. The SWAT Commander or his designee will issue all equipment. The equipment includes:

1. A specified weapon according to assignment.

2. Ballistic protective vest.

3. Helmet.

4. Face shield.

5. Clothing and other designated equipment.

**B. Ammunition:**

The SWAT Commander, in accordance with the Department's **Firearm SOP,** will designate the standard ammunition utilized by the SWAT Team.  Standard ammunition includes:

1. 45 caliber, SXT and full metal jacket ball ammunition for handguns.

2. 9mm Winchester Ranger SXT and full metal jacket ball ammunition for the MP5 submachine guns.

3. 12 gauge shotgun, 00 buck, slug, frangible rounds and special munitions.

4. .308, 168 grain A- Max TAP, for the Marksman.

5. 223 Soft point, 55 grain.

## XI. WEAPONRY [21.02B]

**A. Special Weapons:**

The SWAT Commander will assign special firearms utilized by the SWAT Team.  These firearms will be carried and utilized only by Members trained in the use and care of such firearms.  They will include;

1. .45 caliber H&K USP Variant 1.

2. .308 caliber rifle.

3. 12-gauge shotgun short barreled.

4. 12 gauge shotgun with magazine extension tube and flashlight attachment.

5. .223 assault rifle, colt M4

6. 37mm and 40 mm Launchers.

7. 9mm H&K MP5 Submachine gun.

**B. Special Purpose Munitions:**

Special purpose munitions utilized by the Team will be carried and delivered only by Members trained in the use and delivery of such devices, and only under the direction of the SWAT Commander. Special purpose munitions include:

1. **Chemical Agents**: Such agents can be utilized to force barricaded subjects from an enclosed structure (CS, OC, Smoke) or used in hostage rescue situations to disorientate and confuse the suspect.

   Chemicals will be utilized upon the approval of the Incident's Commanding Officer.  Chemical agents will only be deployed after all perimeter Officers have masked.

2. **Diversionary Devices:** Such devices are utilized to confuse and disorientate suspects, and provide a safety margin to SWAT Officers. The following devices may be utilized:

   a. Distraction devices.

   b. 12 gauge rubber bullets.

   c. 12 gauge drag stabilized rounds.

   d. 12 gauge aerial diversion rounds.

   e. Various 37mm and 40 mm less-lethal munitions.

## XII. UNIFORMS [21.02B]

**A. Approved Uniform:**

1. The uniform will have the ability to have colored Hollywood Police patches affixed to both sleeves for warrant application, or to remove the patch for hostage rescue.

2. During all operational incidents, SWAT Team Members will wear eye protection, elbow pads, knee/shin guards, ballistic vest, helmet and nomex gloves.

**3.** Goggles or protective gas mask and nomex hoods will be readily accessible for all Members.

**4.** Marksman will be issued a black or olive drab color uniform with the ability to affix a colored Hollywood Police patch to the sleeve.

**B. Foot Wear:**

All SWAT Members will wear military type jungle boots, combat boots or other footwear approved by the SWAT Commander.

## XIII. MOBILE COMMAND VEHICLE

The SWAT Team will be assigned a specially equipped vehicle to transport equipment and personnel.

**A. Critical Incidents:**

SWAT Members will be responsible for loading and unloading all equipment.

**B. Transportation:**

The two SWAT vans will be utilized to transport and house the SWAT Team.

## XIV.   RECORDS & REPORTS

**A. After Action Report:**

Following an operational incident involving SWAT, the SWAT Commander will be responsible for the preparation and maintenance of an After Action Report (see **Appendix A**) which will include:

**1.** A MFR (Mobile Field Report) Supplement report.

**2.** Copies of written or computer logs from Communications.

**3.** Photographs of the incident scene and spent munitions if available.

**4.** Diagram of the incident scene.

**5.** Analysis of operational tactics.

**6.** Officers involved.

**B. Training Records:**

The SWAT Commander will maintain a record of the following SWAT training:

**1.** Attendance records for in-service training and the type of training conducted.

**2.** Firearms qualifications of SWAT Members.

**3.** Physical fitness records of each Member.

**C. Equipment Inventory:**

Equipment inventory (see **Appendix B**) will be conducted semi-annually and the records updated. The inventory should be completed in March and September. The inventory will contain information on the following:

**1.** Ammunition.

**2.** Chemical agents.

**3.** Diversionary devices.

**4.** Weapons.

**5.** Individual equipment.

**6.** Unit equipment.

**7.** Less then lethal munitions.

## XV. DEFINITIONS:

**A. BREACHING ROUND:**

A type of round use to gain entry into locked structures.

**B. SWAT COMMANDER:**

Operations Lieutenant- SWAT Team Commanding Officer.

APPROVED BY:

03/04/2014

**Frank G. Fernandez**          **Date**
**Chief of Police**

**ATTACHMENTS:**

- **Appendix A:**          After Action Report.

- **Appendix B:**          Equipment Inventory.

- **Appendix C:**          SWAT Obstacle Course

- **Appendix D:**          Risk Assessment Matrix



# HOLLYWOOD POLICE DEPARTMENT
## S.W.A.T. TEAM OPERATING LOG

| CASE NO: | | |
|---|---|---|

| Date: | Time: | Location: |
|---|---|---|

| Incident Type: | Time Called Out: |
|---|---|

| Pointer: |
|---|

| ☐ Knock & Announce | ☐ Exigent Circumstances | ☐ Open |
|---|---|---|
| Entry Location: | Breached:<br>☐ Yes  ☐ No | Breaching Method: |

| Supervisory Members and Positions | | |
|---|---|---|
| E4: | E11: | D50: |
| D51: | D52: | D53: |

| Team Members and Positions | | |
|---|---|---|
| G1: | G2: | G3: |
| G4: | G5: | G6: |
| G7: | G8: | G9: |
| G10: | G11: | G12: |
| G13: | G15: | G16: |
| G17: | G18: | G19: |
| G31: | G33: | G34: |
| G35: | G36: | |

| Other Units or Members on Scene Assisting the SWAT Team | | |
|---|---|---|
| | | |
| | | |

| Suspects and their Locations within the Scene | | |
|---|---|---|
| S1: | S2: | S3: |
| S4: | S5: | S6: |

| Weapons Found at the Location | | |
|---|---|---|
| 1. | 2. | 3. |
| 4. | 5. | 6. |

| ☐ Crime Scene Notified for Photographs of ☐ Interior ☐ Munitions ☐ Suspects |
|---|
| Responding Crime Scene Tech: |

| Recording Member: | G | Badge #: |
|---|---|---|

# SWAT Individual Equipment Inventory

Officer: _____ 　　　　　　　G# _____

Hire Date: _____ 　　　SWAT Appointment Date: _____

|  | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|
| SWAT SOP Manual |  |  |  |  |  |  |  |
| Equipment Bag |  |  |  |  |  |  |  |
| Helmet: Size |  |  |  |  |  |  |  |
| Ballistic Face Shield |  |  |  |  |  |  |  |
| T-Shirt (SS/LS) Size: |  |  |  |  |  |  |  |
| Black SWAT Cap |  |  |  |  |  |  |  |
| Flight Suit Size: |  |  |  |  |  |  |  |
| BDU Coat Size: |  |  |  |  |  |  |  |
| BDU Pants Size: |  |  |  |  |  |  |  |
| Elbow Pads |  |  |  |  |  |  |  |
| Knee Pads |  |  |  |  |  |  |  |
| Shin Guards |  |  |  |  |  |  |  |
| Knee-Shin guards |  |  |  |  |  |  |  |
| Rescue IRE4 (Eagle) Belt |  |  |  |  |  |  |  |
| Safariland 6004-1 Holster |  |  |  |  |  |  |  |
| Goggles |  |  |  |  |  |  |  |
| Mask (Type) |  |  |  |  |  |  |  |
| Ballistic Vest |  |  |  |  |  |  |  |
| Ceramic Plate |  |  |  |  |  |  |  |
| Poncho: Black or Cammo |  |  |  |  |  |  |  |
| Nomex Hood: Std or Bib |  |  |  |  |  |  |  |
| Flight Gloves Size: |  |  |  |  |  |  |  |
| Rappell/Fastrope Gloves |  |  |  |  |  |  |  |
| Tuff Ties |  |  |  |  |  |  |  |
| SF6P/SF6Z Flashlight |  |  |  |  |  |  |  |
| ASP Mirror |  |  |  |  |  |  |  |
| Nylon Tubular Web 14' |  |  |  |  |  |  |  |
| First Aid Dressing (Sterile) |  |  |  |  |  |  |  |
| Vaseline Gauze |  |  |  |  |  |  |  |
| Brief Relief Bag |  |  |  |  |  |  |  |
| Plastic Storage Box |  |  |  |  |  |  |  |
| Mini Dry Box (Goggles) |  |  |  |  |  |  |  |
| Patches: Shoulder/Badge |  |  |  |  |  |  |  |
| SWAT Room Key |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| **Sniper Equipment** |  |  |  |  |  |  |  |
| Camel Back Canteen 32 oz |  |  |  |  |  |  |  |
| Power Bar |  |  |  |  |  |  |  |

# HOLLYWOOD POLICE DEPARTMENT
## HOLLYWOOD SWAT TEAM

### LESSON OUTLINE ATTACHMENT

| |
|---|
| **COURSE TITLE: SWAT OPERATIONS**<br>**FILE:**<br>**ATTACHMENT #:**<br>**SUBJECT:    Hollywood SWAT Physical Fitness Obstacle Course** |

**Course Description and Goals:** This course is designed to test SWAT Operators in the Hollywood SWAT Physical Fitness Obstacle Course Standard.

I.   Stage 1 Start at the start/finish line located north of the pavilion on the paved path.
   a.   Run north along the paved path to the Fire Tower.
   b.   Complete 30 air squats at the base of the Fire Tower.
   c.   Stair climb, Fire Tower.
   d.   Run south through the gate to the grassy area.
   e.   Run west along the fence to the white K-9 boxes.
   f.   Run south along K-9 boxes (west boxes).
   g.   Cargo net
   h.   Log walk (must not touch ground during this exercise or have to start over).
   i.   Three 5-foot walls.
   j.   Traverse.
   k.   8-foot wall.
   l.   A-frame.
   m.   Run east to the paved path.

II.   Stage 2 Complete the above course for a second round.

III.   Course ends at the start/finish line.

IV.   The course is to be completed in thirteen (13) minutes or less. The course is run in two man teams; however each obstacle is to be completed individually. As the first operator reaches the Fire Tower they complete 30 air squats while the second operator completes the stair climb.

V.   SWAT Officers who do not meet the time standard, will have the opportunity to complete the course a second, and if needed, a third time to achieve a passing time.

# ARREST/SEARCH WARRANT SERVICE

# Risk Assessment Matrix

**Location:**                              **Arrest Warrant:**

**POINTS**                          **FACTS**                              **SCORE**

| | | |
|---|---|---|
| **1** | Writ of Habeas Corpus or Court Order | _____ |
| **1** | Arrest warrant is for property crimes | _____ |
| **2** | Arrest warrant is for a crime against a person | _____ |
| **1** | Arrest warrant is for drug possession | _____ |
| **3** | Arrest warrant is for drug delivery/trafficking | _____ |
| **3** | Arrest warrant is for weapons-firearm violation | _____ |

## SEARCH WARRANT:

| | | |
|---|---|---|
| **1** | Search warrant is for evidence of property crimes only | _____ |
| **4** | Search warrant is for narcotics | _____ |
| **2** | Search warrant is for evidence of a crime against a person | _____ |
| **1** | Item to be searched is in Law Enforcement custody | _____ |
| **3** | Search warrant is for weapons | _____ |
| **X** | Search warrant is for firearms | _____ |

## LOCATION:

| | | |
|---|---|---|
| **1** | Service of warrant requires minimal forced entry | _____ |
| **2** | Service of warrant may require the use of a ram | _____ |
| **2** | Location requires special breaching considerations (pry bar) | _____ |
| **4** | Location has indications of being fortified | _____ |
| **3** | Location has guard or attack dogs | _____ |
| **2** | Location has 4 or more rooms and/or 2 or more levels | _____ |
| **4** | Possibility of firearms readily available inside residence | _____ |
| **2** | There are likely other criminal associates present | _____ |
| **3** | Location has surveillance cameras | _____ |
| **2** | Location has alarm systems | _____ |

## LOCATION CONTINUED:

| 2 | Location has counter-surveillance | _____ |
| 2 | Location has security doors or windows (hurricane) | _____ |
| 2 | Location presents enhanced approach difficultly | _____ |
| 2 | Location has previous calls for disturbances | _____ |
| 2 | Location has a current premise warning | _____ |
| 3 | Location has had previous calls for service involving a violent incident | _____ |
| 4 | A SWAT Team has served warrants at location previously | _____ |
| 3 | Location is thought to store hazardous materials | _____ |
| 3 | Location is thought to be a laboratory of narcotics | _____ |
| X | Location is thought to be mechanically booby-trapped | _____ |
| X | Location is thought to be explosively booby-trapped | _____ |
| X | Location is thought to be laboratory of explosives | _____ |
| X | Location is thought to be a methamphetamine lab | _____ |

## AUXILIARY SUBJECTS:

| 2 | Unknown subjects present at the location | _____ |
| 2 | Multiple subjects reported at location | _____ |
| 3 | High probability of small children present | _____ |
| 3 | High probability of elderly present | _____ |
| 3 | High probability of special needs patient present | _____ |

## TARGET SUBJECT(S):

| 1 | Subject has been identified | _____ |
| 2 | Subject has not been identified | _____ |
| 1 | Subject has a criminal history | _____ |
| 1 | Subject of warrant has property crimes history | _____ |
| 2 | Subject of warrant has history of crimes against persons' | _____ |
| 2 | Subject of warrant has history of drug arrests | _____ |
| 3 | Subject of warrant has history involving violence | _____ |
| 4 | Subject of warrant has history of resisting arrest/fleeing | _____ |

## TARGET SUBJECT(S) CONTINUED:

**3** Subject of warrant has made statements about resisting arrest \_\_\_\_\_

**3** Subject of warrant has made statements about possessing a weapon \_\_\_\_\_

**3** Subject of warrant is known to carry weapons \_\_\_\_\_

**X** Subject of warrant has history of using firearms during crimes \_\_\_\_\_

**X** Subject of warrant is known to carry firearms \_\_\_\_\_

**X** A weapon was observed during interactions leading to the warrant \_\_\_\_\_

**X** Subject of warrant has previous conviction for CCW-CCF \_\_\_\_\_

**3** Subject of warrant is a known gang member \_\_\_\_\_

**2** Subject of warrant has gang affiliations \_\_\_\_\_

**2** Subject has outstanding felony warrant \_\_\_\_\_

**2** Subject is on probation \_\_\_\_\_

**X** Subject has outstanding violent warrant \_\_\_\_\_

**X** Subject of warrant is believed to be armed with explosives \_\_\_\_\_

**4** Subject of warrant has had previous warrants served by SWAT \_\_\_\_\_

**2** Subject of warrant is thought to have specialized training \_\_\_\_\_

**X** Subject of warrant is aware of the investigation (warrant) \_\_\_\_\_

**4** Subject of warrant is thought to be associated with an organization \_\_\_\_\_
suspected of violent behavior

## Specialized Breaching:

**3** Execution of the warrant may require deployment of a \_\_\_\_\_
distraction device(s)

**X** Execution of warrant will require a tactical energetic entry \_\_\_\_\_

**3** Strong likelihood of evidence being destroyed or tampered with \_\_\_\_\_

**TOTAL SCORE:** _____

Give the appropriate point value to each category that applies.  If the total score is **12** or more, the SWAT Team will be required for the execution of the warrant. Any point value marked with an **X mandates** the SWAT Team execute the warrant. Check all categories that apply.  Double scoring may occur.

**Prepared by:**

Original Date:  06/20/2013       Page **3** of **3**
Revised Date:            Appendix D SOP #290
File Name: Appendix D Risk Assessment Matrix

|  | **CRITICAL INCIDENT RESPONSE** | |
|---|---|---|
| | **DEPARTMENT SOP: #291** | **CALEA:** |
| | **EFFECTIVE DATE: 11/1/2001**<br><br>**REVIEW: 05/16/2012** | **CFA:**<br><br>**21.03A,C,D,F, 21.04 A-L** |

**PURPOSE:**  To provide standards and guidelines for the Agency's response to critical incidents, crisis situations and other emergencies.  Critical incidents would include such scenarios as hostage situations, barricaded persons and other emergency situations.

**SCOPE:**  This SOP applies to all Members of this Department.

**POLICY:**  In all critical incident situations, the protection of human life is the Agency's top priority.  Whenever possible, the Department will attempt to resolve critical incidents through communication and negotiation.  However, the Department will be ever mindful that the protection of human life also requires the operational development, readiness and ability to respond accordingly to deteriorating conditions should the situation dictate.

**INDEX:**

**I.      MEMBER RESPONSIBILITIES ..........1**

A.    First Responding Officer: [21.04B,D-E] .............................................................1
B.    First Responding Supervisor: [21.04C,F] ...........................................2
C.    Shift Lieutenant: ...................................3
D.    Incident Commander: [21.04A,G,I-K] ..3

**II.     OPERATIONAL PLAN .......................4**

A.    Central Command Post: ......................4
B.    Intelligence: ..........................................4
C.    Crisis Negotiation Procedures: [21.03A,C-D,F][21.04A] ......................5
D.    SWAT Team Procedures: ....................6
E.    News Media Policy: [21.04H] ..............7
F.    After Action Reports: [21.04K] .............8
G.    Periodic Review of the Guidelines: [21.04L] ...........................................8

**PROCEDURE:**

**I.     MEMBER RESPONSIBILITIES**

**A.   First Responding Officer: [21.04B,D-E]**

The first responding Officer to a Hostage Situation, Barricaded Person or Critical Incident will be responsible for the following:

**1.**   Taking all necessary precautions to prevent injury to Police personnel.

**2.**   Containing the suspect.

**3.**   Maintaining firearm discipline.

**4.**   Evacuating endangered bystanders from the location and debriefing those evacuated for information about the incident. **[21.04D]**

**a.**   If the immediate need to evacuate to ensure the safety of person(s) is evident, the Officer will react accordingly.

**b.**   If the evacuation does not need to be accomplished immediately, a Supervisor will be advised.

**5.**   Evacuating Injured Persons: **[21.04E]**

**a.**   Arriving Officers will determine the safest evacuation route.

**b.**   Is the injured person in a position of danger due to the suspect's ability to cause additional harm?

c.  Is the injured person conscious?

d.  Does the injured person have the ability to communicate with Officers?

e.  Officers will advise the responding Supervisor of the situation.

f.  Fire Rescue will immediately be summoned to respond to the area.

g.  If it can be accomplished safely, an evacuation attempt will be executed by responding Officers.

h.  Ideally, perimeters will be established, and the SWAT Team will have the responsibility of attempting evacuations.

i.  Evacuated persons with injuries will be turned over to Fire Rescue Personnel for treatment and transportation to the closest medical facility.

6.  Advising responding Police Units of the safest travel route to the scene.

7.  Keeping all unauthorized persons from entering the outside perimeter.

8.  Keeping all non-Police personnel from nearing the inner perimeter.

9.  Attempting to prevent the suspect from contacting anyone except the Police.

10.  Preventing anyone from contacting the suspect.

11.  Establishing a dedicated radio channel for conducting emergency transmissions and communicating with other Agencies. **[21.04B]**

**B.  First Responding Supervisor: [21.04C,F]**

The first Supervisor on scene at a hostage situation, barricaded person or crit-

ical incident will be responsible for the following:

1.  **Establishing Perimeters: [21.04C]**

a.  **Inner Perimeter:**

(1.)  The inner perimeter will encircle the incident location to contain the suspect and monitor his actions.

(2.)  No person will be allowed to access the inner perimeter other than Law Enforcement Personnel without authorization from a Supervisor.

(3.)  Officers staffing perimeter positions will seek proper protective cover. A position allowing an unrestricted view of the scene should be selected.

b.  **Outer perimeter:**

(1.)  The outer perimeter will encircle the entire incident location to restrict access to unauthorized persons, and maintain the integrity of the inner perimeter.

(2.)  Officers staffing outer perimeter positions will not allow any person to enter the perimeter without Supervisory authorization.

(3.)  Persons evacuated from the incident location will not be allowed to return through the outer perimeter without Supervisory authorization.

2.  The first responding Supervisor will establish a Central Command Post. **[21.04F]**

3.  The highest-ranking Supervisor on scene will be in charge of the incident, until an Incident Commander is designated. **[21.04F]**

4. Evaluating the need and making arrangements for the immediate evacuation of the area.

5. If an immediate evacuation of the area is not necessary, an evacuation plan will be developed. If possible, all evacuations will be made by the SWAT Team after an inner perimeter is established.

**C. Shift Lieutenant:**

The On-duty Shift Lieutenant is responsible for the following:

1. Assuming Command of the situation.

2. Advising the On-Call Staff Duty Officer or, if on-duty, a Patrol Division Major of the situation.

3. Insuring that all required duties and responsibilities of subordinates are being complied with.

4. Summoning the Public Information Officer (PIO) to the scene.

5. Responding to the Command Post and assisting the Incident Commander.

**D. Incident Commander: [21.04A,G,I-K]**

During normal duty hours, a Patrol Division Major will assume the duties of Incident Commander. After normal duty hours, the On-Call Staff Duty Officer assumes the duties of Incident Commander.

The Incident Commander is responsible for the following:

1. Responding to the scene and assuming Command of the incident.

2. Evaluating the situation and determining the appropriate Personnel response. These Members will be notified by the Communications Center and may include: **[21.04A]**

a. SWAT Team.

b. Crisis Negotiation Team.

c. Additional Officers and Supervisors.

d. Field Force Team.

e. Canine Unit.

3. **Special Requests:** At all critical incident scenes, the Incident Commander will request the following, if applicable for operational assistance: **[21.04G]**

a. Hollywood Fire Rescue Department.

b. Surveillance Equipment.

4. **Authorizing the Use of Force and Chemical Agents: [21.04I]**

a. The SWAT Commander will submit a tactical plan to the Incident Commander, which contains use of force and chemical agent recommendations.

b. The Incident Commander must approve the tactical plan and authorize the use of force or use of chemical agents before the plan is executed.

c. If the situation deteriorates prior to that approval, Officers will be guided by the Use of Force Continuum.

5. The Incident Commander may designate marked or unmarked Police vehicles to function as Pursuit or Surveillance vehicles should the need arise. **[21.04J]**

a. The decision to use a marked or unmarked vehicle for these purposes will depend on the particular circumstances of the situation.

**b.** The Incident Commander should also consider the availability of vehicle tracking devices and the use of air surveillance.

**6.** The Incident Commander or his designee may direct Officers to control travel routes via the blocking of roadways, intersections and other routes of travel. **[21.04J]**

## II. OPERATIONAL PLAN

### A. Central Command Post:

The Central Command Post will be established in a secure location, out of direct sight of the suspect(s), preferably in close proximity to the outer perimeter.

The Command Post will be staffed by the following personnel, at a minimum:

**1.** Documentation Officer who will prepare the following:

    **a.** Event Log.

    **b.** Personnel Log.

    **c.** Incident Report.

**2.** SWAT Team Commander who will coordinate the activities of the Central Command Post and the Tactical Command Post.

**3.** Public Information Officer.

**4.** Intelligence Officer.

**5.** Any responding Officer without an assignment will report to the Central Command Post for direction and assignment.

**6.** Fire Department and Fire Rescue Personnel.

**7.** Any other Personnel as designated by the Incident Commander.

### B. Intelligence:

The more Intelligence information that can be obtained, the better prepared the Police will be in assessing the situation.

A Member of the Criminal Investigations Division will be assigned to assist in obtaining intelligence information. Any information gathered will be given to the Incident Commander.

**1.** All attempts should be made to obtain the following information on the suspect(s), and/or hostages, and location.

    **a. Suspects:**

        **(1.)** How many suspects?

        **(2.)** Who are the suspects?

        **(3.)** Where are the suspects located?

        **(4.)** Language suspect speaks.

        **(5.)** Do the suspects appear to be organized?

        **(6.)** How are the suspects acting?

        **(7.)** Are the suspects armed and with what?

        **(8.)** Are there any known suspect vehicles?

    **b. Location:**

        **(1.)** Type of location.

        **(2.)** Building plans.

        **(3.)** Entry points.

        **(4.)** Are dangerous materials stored inside?

        **(5.)** Are weapons inside?

        **(6.)** Retrieve all telephone numbers of the location.

**c.** Hostages:

   **(1.)** How many hostages?

   **(2.)** Identity of hostages.

   **(3.)** Where are the hostages being held?

   **(4.)** What is the mental/physical condition of the hostages?

**2. Sources of intelligence information:**

   **a.** Employees of the concerned location.

   **b.** Neighbors familiar with the location.

   **c.** Family Members of the suspect or hostage.

   **d.** Parole/Probation Officers.

   **e.** Police Officers.

   **f.** Medical personnel.

   **g.** Released hostages.

   **h.** Captured suspects.

   **i.** Friends of the suspects.

   **j.** Utility company employees.

**3. Intelligence to consider:**

   **a.** Attempt to measure the emotional stability of the subject:

   **(1.)** Is the person emotionally unstable?

   **(2.)** Is the person speaking rationally or not making sense?

   **b.** Attempt to establish if the person is dedicated to the cause, or is the situation brought on by the incident.

**c.** While awaiting the Crisis Negotiation Team, do not offer suggestions or possible solutions to the suspect(s).

**C. Crisis Negotiation Procedures:** **[21.03A,C-D,F][21.04A]**

The Crisis Negotiation Team will be utilized in an attempt to contact hostage takers, barricaded persons, or other persons involved in a critical incident.

The Crisis Negotiation Team's objective is to resolve the incident peacefully through communication and negotiation.

**1.** The Crisis Negotiation Team will be called-out when there is a need to secure the release of a hostage, negotiate the surrender of a suspect or in any other situation deemed appropriate by Command Personnel. **[21.03D]**

**2. Crisis Negotiation Team Responsibilities: [21.03F]**

   **a.** A Crisis Team Supervisor and a minimum of two Negotiators will be called out on any given incident.

   **b.** The Crisis Negotiation Team Commander, based on the situation at hand, will make the decision to call-out additional Negotiators.

   **c.** The Crisis Negotiation Team Commander will assign specific duties and responsibilities to Unit Members.

**3. Crisis Negotiation Team Notification: [21.04A]**

   **a.** The names and phone numbers of Team Members will be posted in the Communications Center.

   **b.** The Crisis Negotiation Team Commander or his designee will be contacted first.

c. The Crisis Negotiation Team Commander, or his designee, will advise Communications Personnel of the desired call out process.

**4. Crisis Negotiator Selection Criteria:** [21.03A]

a. Open positions for Crisis Negotiator will be announced Department-wide.

b. Candidates will be required to pass an oral interview.

c. A Negotiator is required to possess the following skills and/or training:

(1.) Basic Hostage Negotiations Training School.

(2.) Superior communication skills.

(3.) Active listening skills.

(4.) Good common sense.

(5.) High level of tolerance & patience.

d. Prior to participating in any negotiation, a Member must complete one of the following: [21.03C]

(1.) FBI Negotiator's Course.

(2.) IPTM Negotiator's Course.

(3.) Negotiations Training program provided by Broward County Community College, Criminal Justice Institute, or other recognized colleges or institutions.

**D. SWAT Team Procedures:**

Tactical action is taken only when it appears that all other options have failed, or it appears that the suspect has harmed or will harm the hostage(s).

**1. SWAT Team Activation:**

a. The SWAT Team is available for high-risk situations.

b. SWAT Officers are trained to handle high-risk incidents, minimizing the danger to both Police Personnel and innocent bystanders.

c. When Commanders are faced with a hostage or barricaded suspect situation, every effort will be made to utilize the SWAT Team as outlined within this SOP.

d. When Commanders have determined that a SWAT call out is necessary, the Communications Center will be notified to proceed with the call-out process. [21.04A]

**2. SWAT Team Call Out Response Levels:**

a. Level I

(1.) 8 to 10 Members to include a SWAT Sergeant and SWAT Commander.

b. Level II

(1.) All Entry Members and SWAT Supervisors.

c. Level III

(1.) Full Team activation to include Snipers.

**3. SWAT Members Responsibilities:**

a. The SWAT Team Commander is responsible for, but not limited to the following duties and responsibilities:

(1.) The SWAT Team Commander will liaison and present tactical operations to the Incident Commander.

**(2.)** Inspecting Team Members equipment and weapons prior to deployment.

**(3.)** Designating Team assignments and positions.

**(4.)** Formulating assault plans.

**(5.)** Positioning of inner perimeter Officers, once SWAT is on the scene of a tactical operation.

**(6.)** Selecting travel route(s) to target location.

**(7.)** Developing building entry tactics and breaching methods.

**(8.)** Determining the use of chemical agents and diversionary devices.

**b.** The SWAT Team Sergeants are responsible for, but not limited to the following duties and responsibilities:

**(1.)** Assisting the SWAT Commander in preparation at crisis situations

**(2.)** Assuming Command of the SWAT Team in the absence of the SWAT Commander and performing the duties and responsibilities of the SWAT Team Commander.

**(3.)** Inspecting Team Members, equipment and weapons prior to deployment.

**(4.)** Designating Team assignments and positions.

**(5.)** Formulating assault plans.

**(6.)** Determining the use of chemical agents and diversionary devices.

**c.** SWAT Team Officers are trained in the use of special weapons and tactics. Their duties and responsibilities include the following:

**(1.)** Inner perimeter security.

**(2.)** Building entry and suspect apprehension.

**(3.)** Hostage rescue.

**(4.)** Team security.

**(5.)** Delivery of chemical agents.

**(6.)** Delivery of special purpose munitions.

**(7.)** Anti-sniper techniques.

**E. News Media Policy:** [21.04H]

The PIO will be responsible for the control of media personnel and the dissemination of all information and news releases.

The Department will cooperate as much as possible with the news media and will provide and authorize access by establishing a location where Members of the media will be directed. The following will apply:

**1.** The location will be in a secure area away from an established Command Post.

**2.** Members of the media will not be allowed at a Command Post.

**3.** Members of the media will not be allowed inside the outer perimeter without the approval of the Incident Commander.

**4.** Information will only be released with the approval of the Incident Commander.

**5.** All information distributed to the media will be through the PIO.

**6.** After the incident has ended, all photographs and interviews will be coordinated with the PIO.

**7.** Specific details concerning the tactics or actions of the Crisis Negotiating Team or the SWAT Team will not be released to the media without review of the Crisis Negotiation Team Commander or SWAT Commander.

**F. After Action Reports:** [21.04K]

The following reports will be submitted to the Patrol Division Major, SWAT Commander, Crisis Negotiation Team Commander, and if applicable, the Staff Duty Officer for review.

**1.** After Action Report (Crisis Negotiation Team Incident Report) prepared by a Member of the Crisis Negotiation Team.

**2.** After Action Report prepared by a Member of the SWAT Team.

**3.** All Officer and Investigator reports and statements.

**4.** Other reports as necessary.

**G. Periodic Review of the Guidelines:** [21.04L]

The Crisis Negotiation Team and SWAT Team Commander will conduct a periodic review of these guidelines and make changes as necessary.

**ATTACHMENTS:**

None

**<u>DEFINITIONS:</u>**

**None**

---

APPROVED BY:

*Chadwick E. Wagner*                **05/16/2012**
_____
**Chadwick E. Wagner              Date**
**Chief of Police**

| DIGNITARY PROTECTION | |
|---|---|
|  **DEPARTMENT SOP: #293** | **CALEA:** |
| **EFFECTIVE DATE: 11/1/2001**  **REVIEW: 02/12/2013** | **CFA:**  **21.06A-I, 21.01B** |

**PURPOSE:**  To establish guidelines for the Law Enforcement response to dignitary protection requests.

**SCOPE:**  This SOP applies to all Members of the Department.

**POLICY:**  The Hollywood Police Department will provide escort, increased security, and/or special protection to dignitaries, political figures, or other individuals when potential danger exists for that person because their status or position.

Though the Department favors equal protection to all, regardless of their status, certain visitors to our City require us to take additional security measures to ensure their protection.  Therefore, it becomes incumbent upon the Department to have specific procedures in place for those unique instances when specialized protection is required.

**INDEX:**

I.   **DIGNITARY PROTECTION ORGANIZATION** ......................................1

A.   Chain Of Command: **[21.06A]** ..............1
B.   Request For Services: .........................1
C.   Unit Specific: .........................................2

II.  **DEPARTMENT SECTION AND UNIT RESPONSIBLITIES** ............................2

A.   Special Weapons and Tactics Unit: **[21.06B]** ..................................................2
B.   Criminal Investigations Division: **[21.06B-I]** ..........................................................2
C.   Marine Unit: ........................................3
D.   Traffic Unit: .........................................3
E.   Canine Unit: ........................................3
F.   Field Force: ..........................................3

III.  **TRAINING** .............................................3

A.   Coordination of Training: .....................3
B.   Recommended Training: .....................3

IV.  **OVERVIEW OF A PROTECTIVE SECURITY DETAIL ASSIGNMENT** ......4

A.   Purposes of Protection: .......................4
B.   Crowd Control: ....................................4
C.   Formation Guidelines: .........................4
D.   General Responsibilities: ....................4
E.   Conclusion of Detail: ..........................4

V.   **DEFINITIONS:** ........................................4

A.   CHOKE POINT: ...................................4
B.   COMMAND POST: ..............................4
C.   MOTORCADE: .....................................4
D.   PROTECTEE/DIGNITARY: .................4
E.   PROTECTIVE DETAIL: ........................4
F.   ROUTE SURVEY: ...............................4
G.   SAFE HAVENS: ..................................5
H.   SITE SURVEY: ...................................5

**PROCEDURE:** **[21.01B]**

I.   **DIGNITARY PROTECTION ORGANIZATION**

A.   **Chain Of Command:** **[21.06A]**

Theｍ Chief of Police will be responsible for authorizing those situations when additional security measures are needed.  Upon approval, the Chief will designate the Patrol Division Major to plan, coordinate, and supervise dignitary protection operations.

B.   **Request For Services:**

All requests for dignitary protection will be directed to the Chief of Police via the Chain of Command.  The Chief of Police will then direct the Patrol Divi-

sion Major to provide dignitary protection services as needed.

**C. Unit Specific:**

The Patrol Division Major may utilize the services of any Member, Unit, or outside Law Enforcement Agency to fulfill his responsibilities to include the following Units/Sections within the Department:

1. Special Weapons and Tactics Unit.

2. Investigative Services.

3. South Broward Drug Enforcement Unit.

4. Crime Suppression Unit.

5. Marine Unit.

6. Traffic Unit.

7. Field Force.

## II. DEPARTMENT SECTION AND UNIT RESPONSIBILITIES

**A. Special Weapons and Tactics Team: [21.06B]**

Provides equipment and weapons to the Members providing the protective detail to include:

1. 45 caliber H & K USP Variant 1.

2. .308 caliber rifle.

3. .223 caliber marksman rifle.

4. 12 gauge shotgun.

5. Level Three A vests with ballistic plate, for all dignitaries and security members.

6. Personnel trained in tactics and specialized equipment that will enhance the ability to protect a dignitary.

**B. Criminal Investigations Division: [21.06B-I]**

The Criminal Investigations Division will provide the following:

1. Plainclothes personnel and unmarked vehicles. [21.06B]

2. Enhanced Surveillance Equipment

3. Arrangements for gathering intelligence information to include: [21.06E]

   a. Threat history of the dignitary.

   b. Types of crowds that may be encountered (friendly or unfriendly).

   c. Identification of any person, group, or organization that may be a threat.

4. Plan and reconnoiter travel routes and alternate routes, as well as completing a route survey which will include: [21.06C]

   a. Travel time and distances to and from site.

   b. Events which could interfere, such as, rush hour traffic, parades, demonstrations, etc.

   c. Primary and secondary routes to and from the site, including emergency departure routes, to include:

      (1). Congestion points.

      (2). Choke Points.

      (3). Possible assault and threat sites.

5. The coordination of Department operations with outside Agencies. If required, the Department will delegate a Member to this detail to act as a liaison between the various Agencies involved in the operation. [21.06F]

6. Advanced inspection of sites and facilities to include: **[21.06D]**

   a. A site survey and site diagram specifying:

      **(1).** Geographical location (address).

      **(2).** Motorcade parking and security.

      **(3).** Barricade placement for arrivals and departures, if necessary.

   b. Arranging for technical assistance and bomb sweeps.

   c. Coordinating the following with Hollywood Fire Rescue: **[21.06G]**

      **(1).** Identification of trauma centers and at least two different routes to the closest hospital(s).

      **(2).** Identifying "safe havens" along the routes.

      **(3).** Arranging for a medical helicopter to be placed on standby, if necessary.

7. The Coordination of the following Communication needs: **[21.06H]**

   a. A specific communications channel for the event.

   b. A person to monitor the radio channel.

   c. A common radio channel or exchange of radios for communication with other Agencies involved in the protection detail.

8. Establishment of an identification system to include a designation by either: **[21.06I]**

   a. Lapel pins.

   b. Clothing description.

   c. Verbal codes.

   d. Arm bands.

C. **Marine Unit:**

   Marine Unit may provide:

   1. Vessels for security on necessary waterways.

   2. Specialized vessels, such as waverunners and shallow watercraft.

D. **Traffic Unit:**

   Traffic Unit may provide traffic control support.

E. **Canine Unit:**

   The Canine Unit may provide:

   1. Perimeter/building security.

   2. Bomb detection.

   3. Crowd control.

F. **Field Force:**

   The Field Force may be used if the need for crowd control is anticipated.

### III. TRAINING

A. **Coordination of Training:**

   The Patrol Division Major or his designee will coordinate any training needs for dignitary protection with the Training Unit.

B. **Recommended Training:**

   The following training may be advantageous for the protection of a dignitary:

   1. Dignitary Protection Operations.

   2. Special Weapons and Tactics.

   3. Hostage Negotiation.

## IV. OVERVIEW OF A PROTECTIVE SECURITY DETAIL ASSIGNMENT

### A. Purposes of Protection:

The purpose of the Protective Detail is to provide a safe zone around the dignitary to protect him from physical attack.

### B. Crowd Control:

In the case of an unanticipated crowd, the Commanding Officer should consider:

1. Additional manpower for support.

2. Increasing the size of the security perimeter.

3. Limiting personal contact between the crowd and the dignitary. However, should the dignitary demand contact against the advice of the Commanding Officer, the following may apply:

   a. Any thrown objects should be batted down, not caught.

   b. The Protective Detail should stand between suspicious individuals and the dignitary.

   c. If it appears the crowd may get out of control, the Protection Detail should close in on the dignitary and evacuate them from the area.

### C. Formation Guidelines:

The formation always moves with the protectee when outside a secured area. As a general rule, the Protective Detail should try to stay within arm's length of the protectee.

### D. General Responsibilities:

The following responsibilities will always be adhered to:

1. Do not let a crowd's action affect your concentration.

2. Always cover your sector of responsibility.

3. Always watch the hands of people in the crowd.

### E. Conclusion of Detail:

At the conclusion of the Detail, all involved Members will re-assemble at the pre-determined location established by the Commanding Officer in charge.

## V. DEFINITIONS:

### A. CHOKE POINT:

Any location the protectee must travel through when going from point A to point B. Most choke points are near the residence, office or other site to which the protectee will be going.

### B. COMMAND POST:

An established position which receives all information, communication, and/or questions from the Protective Detail.

### C. MOTORCADE:

A formally organized group of motor vehicles traveling along a specified route in a controlled manner.

### D. PROTECTEE/DIGNITARY:

The individual being protected. Also known as the principal.

### E. PROTECTIVE DETAIL:

An individual or group of individuals designated to the assignment.

### F. ROUTE SURVEY:

The selection of a primary and secondary route of travel for the protectee

and the measures taken to secure the route.

**G. SAFE HAVENS:**

A safe haven is a location/room within a building or residence that will provide temporary refuge to the protectee when additional time is required to respond to an attack.

**H. SITE SURVEY:**

The investigation and resultant plans regarding security for a given location. Generally, this involves all the security measures to be used at a location during a visit by the protectee. The site survey follows a formalized format and is updated as needed. It includes the plans for a specific site (hotels, banquet halls, dinner locations, etc.)

APPROVED BY:

*Chadwick E. Wagner*   **10/20/2008**

**Chadwick E. Wagner          Date**
**Chief of Police**

**ATTACHMENTS:**

None

| | MARINE OPERATIONS |
|---|---|
|  **DEPARTMENT SOP: #294** | **CALEA:** |
| **EFFECTIVE DATE: 06/24/2009**<br><br>**REVIEW DATE: 03/08/2013** | **CFA:** |

**PURPOSE:**  To establish the operational criteria and objectives of the Hollywood Police Department's Marine Unit. The operational criteria will relate to enforcement of Marine Statutes, Ordinances, and investigation of Marine boat accidents.

**SCOPE:**  This SOP applies to all Members.

**POLICY:**  The Hollywood Police Department Marine Unit is the primary law enforcement authority on the waterways within the jurisdictional limits of the City of Hollywood.  The Unit's primary responsibility is the protection of life and property.

**INDEX:**

I.  MARINE UNIT .......................................1

   A.  Responsibilities:.....................................1
   B.  Training:..............................................2

II.  EMERGENCY VESSEL OPERATION...2

   A.  Responsibilities:....................................2
   B.  Emergency Equipment: .......................2
   C.  Officer Initiating a Pursuit: ..................2
   D.  Offensive Tactics: ...............................3

III.  VESSEL STOPS AND BOARDING.......3

   A.  Responsibilities:....................................3
   B.  Safety Checks: ....................................3

IV.  ENFORCEMENT ....................................4

   A.  Violations ............................................4

V.  BOATING ACCIDENTS .........................4

   A.  Response .............................................4

VI.  JURISDICTION ......................................5

VII.  ENHANCED MARINE LAW ENFORCEMNET GRANT (EMLEG)......5

VIII.  WATERCRAFT RENTAL CONCESSIONS .....................................5

   A.  Regulation: ...........................................5
   B.  Application:...........................................5
   C.  Inspection:............................................5

IX.  DEFINITIONS:.........................................6

   A.  VHF RADIO:.........................................6
   B.  U.S. CUSTOMS CROSS CERTIFICATION (BLUE LIGHTNING): ..............................................................6
   C.  NAVIGATIONAL REGULARITY CONTROLS: ..........................................6
   D.  MARINE POLICE TRAINING:.............6
   E.  TYPE IV FLOATATION DEVICE: .......6
   F.  FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION (FWC):.................................................6
   G.  ENHANCED MARINE LAW ENFORCEMNET GRANT (EMLEG):..6

**PROCEDURE:**

**I.  MARINE UNIT**

   **A.  Responsibilities:**

     Officers assigned to the Marine Unit are responsible for the following:

     **1.**  Enforcement of applicable regulatory laws, statutes, and ordinances related to boating safety.

     **2.**  Enforcement of all criminal laws, statutes, and ordinances.

3. Protection of life and property of residents and visitors utilizing all marinas, waterways, and coastal waters of the City.

4. Investigation of all boating and marine related crashes and fatalities. In the event of a fatality or accident with injuries, a minimum of one Marine Officer will respond to investigate.

5. Coordination of vessel movement, and related marine traffic.

6. Investigation of all reports relating to navigation hazards. Hazards will be immediately reported to the appropriate government agency and the hazard will be removed, when possible.

7. Marine Officers will be available during regular work hours via Police radio.

8. Marine Officers scheduled to work a shift past 1800 hours are required to have a second Officer onboard whenever patrolling.

B. **Training:**

1. Sworn Officers will be allowed to operate a Marine Unit Vessel after successfully completing a State of Florida Boating Safety Course.

## II. EMERGENCY VESSEL OPERATION

A. **Responsibilities:**

Officers involved in a vessel pursuit are required to adhere to the following guidelines:

1. Police Officers may engage in emergency vessel operation when responding to emergency calls for assistance, crimes in progress and during the pursuit of those who violate the law and seek to avoid apprehension. Police Officers will be available to respond to emergencies on a continuous basis

within the jurisdictional boundaries of the City.

2. F.S. 327.33(c) recognizes the facets of emergency police vessel operations and specifies the conditions and privileges that operators of authorized emergency vessels may adhere to. However, this statute does not relieve the operator "from the duty to steer with due regard for the safety of all persons, nor will such provisions protect the operator from the consequences of his reckless disregard for the safety of others" while responding to an emergency or engaged in a pursuit.

3. Therefore, it is the policy of the Department to underscore state statutes and balance the seriousness of the offense with the need to safeguard our Members and citizens in emergency and pursuit situations.

B. **Emergency Equipment:**

Officers engaged in an emergency response (Code-3) or a pursuit will utilize the following equipment as instructed:

1. Siren.

2. Emergency lights.

3. Life vests.

C. **Officer Initiating a Pursuit:**

Officers will immediately notify Communications that a pursuit is underway, engage emergency equipment and provide the following:

1. Unit identification.

2. Location, estimated speed, and direction of travel.

3. The specific reason for the pursuit, including known laws violated.

**4.** Vessel description including registration number, if known.

**5.** Number and description of occupants, if known.

**6.** Notify U.S. Coast Guard or other applicable law enforcement agencies via Communications or VHF radio if feasible.

**7.** Notify a supervisor of the pursuit, advising them of all available information.

**D. Offensive Tactics:**

Actions utilized in the pursuit.

**1.** Following: Pursuit will be primarily "a following" action. Police vessels will not be used to box-in, head-off or drive alongside of a pursued vessel while that vessel is in motion.

**2.** Contact Between Vessels: In the course of pursuit, deliberate contact between vessels, ramming or forcing the pursued vessels into any other obstacles while the pursued vessels is in motion is considered using deadly force.

**3.** Reckless Operation: Officers will not duplicate the reckless or hazardous driving maneuvers of the pursued vessel.

**4.** Navigational Regulatory Controls: Pursuant to applicable Florida Statutes, law enforcement vessels may deviate from the navigational rules when such diversion is necessary in the performance of their duties and when such deviation may be safely accomplished.

**III. VESSEL STOPS AND BOARDING**

**A. Responsibilities:**

The following requirements shall be adhered to when a vessel is stopped and boarded:

**1.** Police Officers may stop and board vessels for the following reasons:

**a.** Safety equipment checks.

**b.** Fish and natural resource checks.

**c.** U. S. Customs Stops.

**d.** Observed violations or probable cause arrests.

**2.** During high risk stops, adequate back-up Officers should be present prior to any boarding.

**3.** Large vessel stops or vessel stops in rough or choppy water may necessitate directing the vessel to a dock or more secure area.

**4.** When boarding a vessel, Officers will advise Communications and relay all available vessel information.

**5.** Refer to the Canine SOP for use of a Narcotics Dog on vessels.

**B. Safety Checks:**

The following relates to vessel safety equipment:

**1.** U.S. Coast Guard Officers, (Commissioned, Warrant and Petty) have the authority under Section 89 of Title 14 USC to make inquires, examinations, inspections, searches, seizures and arrests on the high seas and waterway over which they have jurisdiction. Appropriately, F.S. 901.15(9) states that an Officer may make an arrest when probable cause exists that a

misdemeanor has been committed, based upon a signed affidavit provided by a law enforcement Officer of the U.S. Government (Coast Guard).

2. Law enforcement Officers may stop any vessel to conduct a safety and document inspection. A safety inspection is to ensure the vessel has the appropriate equipment, depending upon the vessel size. This equipment may include:

   a. A Life Jacket for each occupant.

   b. Sound producing device.

   c. Fire extinguisher.

   d. Visual distress signal device.

   e. Type IV flotation device.

   f. Navigational light display.

3. Officers may terminate any vessel operation for failure to have any of the necessary safety equipment on board, ordering the operator to return to port or the nearest marina.

4. When Officers observe fishing or diving equipment on board a vessel, closed compartments may be searched for restricted resources. (undersize fish, lobster etc.)

## IV. ENFORCEMENT

### A. Violations

1. All waterway violations are issued on Uniform Boating Citations, Municipal Boating Citations and Notices to Appear.

2. If a verbal warning is issued, a Florida Boating Safety book should be distributed to the vessel operator.

## V. BOATING ACCIDENTS

### A. Response

1. Communications will dispatch an on duty Marine Officer to respond to all boating accidents. If injuries or a fatality has occurred, the Marine Unit Supervisor will be notified and a minimum of one Marine Officer will respond. If a Marine Officer is unavailable, the Florida Wildlife Commission (FWC) will be notified.

2. A Florida Boating Accident Investigation Form (see **Appendix A**) will be completed.

3. If no Marine Officer is on duty and a boating accident with no injuries has occurred, an on duty Patrol Officer will respond. The Officer will ascertain the following information and document the incident as a Signal 44:

   a. Names and contact numbers of all involved, including any witnesses.

   b. Boat registration information to include the Florida Registration Number, Hull Identification Number and length, make and model of the vessel.

   c. Location of incident.

   All information will be forwarded to the Marine Unit Supervisor for follow-up investigation. The Marine Unit Supervisor will ensure a Florida Boating Accident Investigation Form is completed by a Marine Unit Officer.

4. If a boating accident with injuries or fatality has occurred, the Marine Unit Supervisor will be notified. A minimum of one Marine Officer will respond.

## VI.  JURISDICTION

Boundaries - The Hollywood Police Department is the primary law enforcement authority on the waterways within the jurisdictional limits of the City of Hollywood. The Marine Unit patrols approximately 52 miles of navigable waters. Offshore limits are approximately 300 feet from the mean low water mark. FWC is the primary law enforcement agency past 300 feet. The Hollywood Police Marine Unit will assist FWC when requested. The Northern jurisdictional limit is the Port Everglades ocean inlet. From the ocean inlet south to Dania Bridge is a multi-jurisdiction location Patrolled by the Hollywood Police Marine Unit, Broward Sheriff Office Harbor Patrol, and the Florida Fish and Wildlife Commission (FWC). The southern limit is the Hallandale Beach Bridge.

## VII. ENHANCED MARINE LAW ENFORCEMNET GRANT (EMLEG).

The Hollywood Police Marine Unit participates in the Enhanced Marine Law Enforcement Grant (EMLEG) program. This program is a State funded initiative for enhanced patrols of the waterways from Dania Beach Bridge south to Hallandale Beach Bridge (Zone 8). Boat operators are selected from a qualified list of Officers by the Special Operations Division Major or his designee on a rotating basis.

All Officers assigned to work the Grant are required to complete a Marine Unit Daily Report (see **Appendix B**). The report will be forwarded to the Marine Unit Sergeant. This report will be used for statistical purposes and for monthly grant reimbursement requests.

## VIII. WATERCRAFT RENTAL CONCESSIONS

### A.  Regulation:

Hollywood Municipal Ordinance 98.136 outlines the requirements for all Watercraft Rental Concessions.

### B.  Application:

An Application for Watercraft Rental Form (see **Appendix C**) will be completed and forwarded to the City Manager and/or his designee when any of the following applies:

1. The Concession is a new business applying for the first time.

2. The Concession wishes to renew an existing permit.

3. There is an addition to the existing permit.

4. There is a change in location, ownership or business name.

### C.  Inspection:

By August 31st of each calendar year, the Hollywood Police Marine Unit will inspect all businesses which rent watercraft used for active recreation within the City limits. A Boating Safety Informational Package (see **Appendix D**) will be provided. During the inspection, Officers will complete a Watercraft Rental Permit Inspection Check List (see **Appendix E**). If the business is in compliance with Florida State and Hollywood Municipal ordinance, a City of Hollywood Watercraft Rental Permit (see **Appendix F**) will be issued. A check for the applicable Annual Permit Fee will be issued (payable to the City of Hollywood). The Marine Unit Officer will forward the check and permit number to the Fiscal Affairs Unit. Copies of all documentation pertinent to the inspection will be kept on file by the Marine Unit.

## IX.  DEFINITIONS:

### A.  VHF RADIO:

A marine radio utilized world-wide for maritime communications.

### B.  U.S. CUSTOMS CROSS CERTIFICATION (BLUE LIGHTNING):

A Cross-Certification program hosted by U.S. Customs.  This Certification gives participating Officers boarder jurisdictional authority.

### C.  NAVIGATIONAL REGULARITY CONTROLS:

The rules that govern right of way, signs, and signals on the waterway.

### D.  MARINE POLICE TRAINING:

Specialized training relating to vessel operation.

### E.  TYPE IV FLOATATION DEVICE:

Floatation device designated by the U.S. Coast Guard designed to be thrown to a drowning victim.

### F.  FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION (FWC):

The State Law Enforcement Agency which is responsible for managing our State's fish and wildlife and for enforcing the rules and regulations that relate to those resources.

### G.  ENHANCED MARINE LAW ENFORCEMNET GRANT (EMLEG):

A State funded initiative for enhanced patrols of Florida waterways.

---

APPROVED BY:

**03/08/2013**

**Vincent R. Affanato            Date**
**Office of the Chief of Police**

### ATTACHMENTS:

- **Appendix A:**  Florida Boating Accident Investigation Form.

- **Appendix B:** Marine Unit Daily Report.

- **Appendix C:** Application for Watercraft Rental Form.

- **Appendix D:** Boating Safety Informational Package.

- **Appendix E:** Watercraft Rental Permit Inspection Check List.

- **Appendix F:** City of Hollywood Watercraft Rental Permit.

# Florida Boating Accident Investigation

Agency Case Number

Forward copy to: FWC Boating Safety
620 South Meridian Street, Tallahassee, FL 32399-1600
Questions: call (850) 488-5600

Reporting Agency: ☐ FWC  ☐ Police  ☐ Sheriff  ☐ FPP  ☐ Other

| Total Number: | ☐ Fatalities | ☐ Injuries beyond first aid | ☐ Missing Persons | Estimate total property damage $500 or more |
|---|---|---|---|---|

## General and Geographic Information:

Total Vessels/Swimmers ☐  County

Date of Accident  /  /  Time of Accident (mil)  :   Date/Time LEO Arrived (mil)  /  /   :

Nearest City _____  Body of Water _____  State Waters ☐  Offshore ☐

Exact Location _____  ICW ☐  Nearest Marker _____

Accident Site: ☐ Bay/Sound ☐ Inlet/Pass ☐ Ocean/Gulf ☐ Lake/Pond ☐ Marsh/Swamp ☐ River/Creek ☐ Port/Harbor ☐ Canal/Cut

Restricted Area:
☐ Idle Speed  ☐ MPH Limit  ☐ Manatee I.S.  ☐ Other
☐ Slow Speed  ☐ Swimming  ☐ Manatee S.S.  Permit Code

Latitude _____ (Degree) (Min.) (Sec.)
Longitude _____ (Degree) (Min.) (Sec.)

**Weather:**
☐ Clear  ☐ Cloudy
☐ Hazy  ☐ Rain
☐ Fog  ☐ Thunderstorm
(Check all that apply)

**Visibility:**
☐ Good  ☐ Dawn
☐ Fair  ☐ Day
☐ Poor  ☐ Dusk
☐ Night

**Water Conditions:**
☐ Calm (waves less than 6")
☐ Choppy (waves 6" to 2')
☐ Rough (waves 2' to 6')
☐ Very Rough (larger than 6')

**Wind:** ☐ None
☐ Light (0-6 mph)
☐ Moderate (7-14 mph)
☐ Strong (15-25 mph)
☐ Storm (over 25 mph)

**Temperature:**
Air _____ deg F.
Water _____ deg F.

**Strong Current**
☐ River Current
☐ Tidal Current

## Accident Type:
(You may enter a primary, secondary, and tertiary accident type for each vessel/swimmer by placing a 1, 2, or 3 in the appropriate box.)
(Use the Boating Accident Continuation Sheet for additional vessels.)

| V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Capsizing | ☐ | ☐ | Fall overboard | ☐ | ☐ | Grounding | ☐ | ☐ | Struck by boat (Person) |
| ☐ | ☐ | Collision with fixed object | ☐ | ☐ | Fall on PWC | ☐ | ☐ | Sinking | ☐ | ☐ | Struck by skeg/prop (Person) |
| ☐ | ☐ | Collision with floating object or person | ☐ | ☐ | Fire/Explosion (Fuel) | ☐ | ☐ | Skier hit object | ☐ | ☐ | Struck underwater object |
| ☐ | ☐ | Collision with vessel | ☐ | ☐ | Fire/Explosion (Non-Fuel) | ☐ | ☐ | Skier mishap/fall | ☐ | ☐ | Vessel wake damage |
| ☐ | ☐ | Fall in boat | ☐ | ☐ | Flooding (Swamping) | ☐ | ☐ | Starting engine | ☐ | ☐ | Other |

## What Contributed to the Accident: (You may enter up to three contributing causes for each Vessel/Swimmer)

| V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer | V-1 | V-2 | Vessel/Swimmer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Alcohol Use | ☐ | ☐ | Failure to Vent Fumes | ☐ | ☐ | Lack of Vessel Flotation | ☐ | ☐ | Other |
| ☐ | ☐ | Careless/Reckless | ☐ | ☐ | Hazardous Waters | ☐ | ☐ | Machinery Failure (Below) | ☐ | ☐ | Standing/Sitting on Gunwale, Bow or Transom |
| ☐ | ☐ | Congested Waters | ☐ | ☐ | Hull Failure | ☐ | ☐ | No Proper Look-Out | ☐ | ☐ | Skier or Occ. Behavior |
| ☐ | ☐ | Dam or Lock | ☐ | ☐ | Ignition of Fuel Vapor | ☐ | ☐ | Off Throttle Steering-Jet | ☐ | ☐ | Sharp Turn |
| ☐ | ☐ | Drug Use | ☐ | ☐ | Improper Anchoring | ☐ | ☐ | Operator Inattention | ☐ | ☐ | Viol. of Nav. Rule |
| ☐ | ☐ | Equipment Failure (Below) | ☐ | ☐ | Improper Loading | ☐ | ☐ | Operator Inexperience | ☐ | ☐ | Vision Obstructed |
| ☐ | ☐ | Excessive Speed | ☐ | ☐ | Lack of Proper Lights | ☐ | ☐ | Overloading | ☐ | ☐ | Weather |

## Machinery Failure: (Indicate Every System that Failed for Each Vessel)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | Electrical System | ☐ | ☐ | Feed Back Steering |
| ☐ | ☐ | Engine System | ☐ | ☐ | Steering System |
| ☐ | ☐ | Fuel System | ☐ | ☐ | Throttle System |
| ☐ | ☐ | Shift System | ☐ | ☐ | Ventilation System |
| | | | ☐ | ☐ | Starting Eng. in Gear |

## Equipment Failure: (Indicate the Equipment that Failed for each Vessel)

| V-1 | V-2 | Vessel | V-1 | V-2 | Vessel |
|---|---|---|---|---|---|
| ☐ | ☐ | Auxiliary Equipment | ☐ | ☐ | Sail Demasting |
| ☐ | ☐ | Communications | ☐ | ☐ | Seat Broke Loose |
| ☐ | ☐ | Fire Extinguishers | ☐ | ☐ | Sound Producing |
| ☐ | ☐ | PFDs | ☐ | ☐ | Visual Distress |

# Florida Boating Accident Investigation

Agency Case Number

Page 2 of 2

## Type of Boat:

V-1 V-2 Vessel
- Airboat
- Cabin Motorboat
- Canoe/Kayak
- Houseboat
- Open Motorboat
- Personal Watercraft

V-1 V-2 Vessel
- Pontoon Boat
- Mini Jet Boat
- Rowboat (Jon)
- Sail (Aux. Power)
- Sail (Only)
- Seaplane
- Other

## # of Engines:

Vessel 1
Vessel 2

**Total HP:**

Vessel 1
Vessel 2

## Propulsion:

V-1 V-2 Vessel
- Air Thrust
- Manual
- Propeller
- Sail
- Water Jet

## Safety Equipment:

V-1 V-2 Vessel
- Req. PFDs on Board
- PFDs Accessible
- Fire Ext. on Board
- Fire Ext. Used
- Nav. Lights Turned On
- Nav. Lights Operational
- Current Safety Exam

## Hull Material:

V-1 V-2 Vessel
- Aluminum
- Fiberglass
- Other

V-1 V-2 Vessel
- Rubber/Vinyl
- Rigid Hull Infl.
- Steel
- Wood

## Fuel:

V-1 V-2 Vessel
- Diesel
- Electric
- Gasoline
- Propane

## Engine:

V-1 V-2 Vessel
- Airboat
- Inboard
- Outboard
- I/O

## Was Vessel:

V-1 V-2 Vessel
- Rented
- Borrowed (Not in Household)

## Operation at Time of Accident: (Enter up to 3 for Each Vessel)

V-1 V-2 Vessel
- At Anchor
- Being Towed
- Changing Direction
- Changing Speed
- Cruising
- Docked (Moored)
- Docking/Undocking

V-1 V-2 Vessel
- Drifting
- Launching/Loading
- Rowing/Paddling
- Sailing
- Towing a Boat
- Wake/Surf Jumping
- Other

## Activity at Time of Accident: (Enter up to 3 for Each Vessel)

V-1 V-2 Vessel
- Commercial Purpose
- Fishing (Recreational)
- Fueling
- Hunting
- Making Repairs
- Racing (Sanctioned)
- Recreational Cruising
- Tournament (Fishing)

V-1 V-2 Vessel
- Scuba Diving
- Snorkling
- Skiing (Skurfing, etc.)
- Starting Engine
- Swimming
- Boat Pulling Tube
- Other

**V E S S E L 1  O R  S W I M M E R 1**

| Reg. or Doc. Number | | HIN Number | | Name of Vessel | | | Year |
|---|---|---|---|---|---|---|---|
| Length | Make | Model | | Number of POB | Number Fatal | Number Injured | Number Skiers Being Towed |

Estimated Speed:  ☐ Unknown ☐ Stopped ☐ Less than 10 mph ☐ 10-20 mph ☐ 21-40 mph ☐ Over 40 mph

Estimated Damage to this Boat: $

☐ Recreational ☐ Commercial ☐ Government
Federal Definition of Vessel

### Operator or Swimmer Info:

Driver License or Boater ID #

| Last | First Name | MI | DOB / / | State Issued | Status: ☐ Uninjured ☐ Injured  ☐ Missing ☐ Fatality |

Street — Home Phone
City — State — Zip — Work Phone

Fill out injury/fatal data sheet as required

Total Operator Experience: ☐ < 10 Hrs. ☐ 10-100 Hrs. ☐ > 100 Hrs.

Total Hrs. In This Type Vessel: ☐ < 10 Hrs. ☐ 10-100 Hrs. ☐ > 100 Hrs.

Operator Education: ☐ USCG Aux. ☐ Other (Info.) ☐ Online  ☐ USPS ☐ Other (Appr.) ☐ FL (Corresp.)  ☐ USCG License (Master, Mate, Etc.) ☐ FL (Classroom)

BUI Info  BAC
☐ Refused ☐ BUI Arrest
☐ Been Drinking ☐ Drugs

Gender ☐ M ☐ F   PFD Used ☐

Person can Swim ☐  Person was Ejected ☐

Owner Info: Fill in owner's information below. (Check if also operator ☐ or occupant. ☐ If occupant, use occupant section or injury/fatal data sheet.

D.O.B. / /   Driver License #:   State Issued

Name and Address:

Insurance ☐ Yes ☐ No  Insurance Company:   Policy Number

### Non-Fatal or Uninjured Occupant Information: Attach injury/fatal data sheet for each injury or fatality)

| | | | | Gender M F | Person Was Ejected | PFD Used | Person Can Swim |
|---|---|---|---|---|---|---|---|
| Oc1 | Name | Phone ( ) - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |
| Oc2 | Name | Phone ( ) - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |
| Oc3 | Name | Phone ( ) - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |
| Oc4 | Name | Phone ( ) - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |

# Florida Boating Accident Investigation

Agency Case Number

Page 3 of

**V E S S E L 2  O R  S W I M M E R 2**

| Reg. or Doc. Number | | HIN Number | | Name of Vessel | | | | Year |
| Length | Make | | Model | Number of POB | Number Fatal | Number Injured | Number Skiers Being Towed |

**Estimated Speed:**  ☐ Unknown ☐ Stopped ☐ Less than 10 mph ☐ 10-20 mph ☐ 21-40 mph ☐ Over 40 mph

Estimated Damage to this Boat: $

☐ Recreational ☐ Commercial ☐ Government
Federal Definition of Vessel

**Operator or Swimmer Info:**

Driver License or Boater ID #

State Issued

**Status**
☐ Uninjured ☐ Injured
☐ Missing ☐ Fatality

Fill out injury/fatal data sheet as required

Last | First Name | MI | DOB / /

Street | Home Phone

City | State | Zip | Work Phone

**Total Operator Experience**
☐ < 10 Hrs. ☐ 10-100 Hrs. ☐ > 100 Hrs.
**Total Hrs. In This Type Vessel**
☐ < 10 Hrs. ☐ 10-100 Hrs. ☐ > 100 Hrs.

**Operator Education**
☐ USCG Aux. ☐ Other (Info.) ☐ Online
☐ USPS ☐ Other (Appr.) ☐ FL (Corresp.)
☐ USCG License (Master, Mate, Etc.) ☐ FL (Classroom)

**BUI Info** BAC
☐ Refused ☐ BUI Arrest
☐ Been Drinking ☐ Drugs

Gender ☐ M ☐ F  PFD Used ☐
Person can Swim ☐  Person was Ejected ☐

**Owner Info:** Fill in owner's information below. (Check if also operator ☐ or occupant. ☐  If occupant, use occupant section or injury/fatal data sheet.)

D.O.B. | Driver License # | State Issued

Name and Address:

Insurance ☐ Yes ☐ No  Insurance Company | Policy Number

**Non-Fatal or Uninjured Occupant Information:** Attach injury/fatal data sheet for each injury or fatality.

| | | | | Gender M F | Person Was Ejected | PFD Used | Person Can Swim |
| Oc1 | Name | Phone - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |
| Oc2 | Name | Phone - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |
| Oc3 | Name | Phone - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |
| Oc4 | Name | Phone - | DOB / / | ☐ ☐ | ☐ | ☐ | ☐ |

**Brief Synopsis of Accident:** Attach offense incident narrative sheets for more detailed description (Synopsis is for USCG database use)

**Accident Descriptors:**
(Check all that Apply)

☐ Boat Found Capsized
☐ Boat Found Upright Drifting
☐ Boat Struck by Lightning
☐ Carbon Monoxide Involved
☐ Commercial Vessel
☐ Hit and Run (Left the Scene)
☐ Parasailing Accident
☐ Runaway Boat
☐ Victim Entangled in Line
☐ Other

**Non-Vessel Property Damage:**
Damage excluding the vessels involved or their contents. ☐  If yes, the estimated amount  $

Describe Damaged Property

**Property Owner Information**
Last | First | MI | Home Phone
Street | | | Work Phone
City | State | ZIP

## Florida Boating Accident Injury/Fatal Data

Agency Case Number

Page ____ of ____

**V E S S E L**

**O R**

**S W I M M E R**

**Type:** ☐ Injured ☐ Fatality ☐ Missing (body not located)   Person Was Ejected ☐   Gender ☐ M ☐ F

**Victim Information:** ☐ Operator ☐ Swimmer ☐ On Shore/Dock ☐ Occupant ☐ Skier

**Treatment:**
☐ Treatment
☐ Admitted to Hospital
☐ Refused Treatment
☐ Victim can swim

Last ____ First ____ MI ____ DOB __/__/__

Street ____ Work Phone ____

City ____ State ____ Zip ____ Home Phone ____

**Injury Caused By:**
☐ Impact with Boat
☐ Impact with Water
☐ Impact with Fixed Object
☐ Impact with Floating Object
☐ Struck by Boat
☐ Propeller or Skeg
☐ Other ____

**Victim Activity:**
☐ Cruising
☐ Fishing
☐ Hunting
☐ PWC Cruising
☐ Scuba Diving
☐ Snorkeling
☐ Swimming
☐ Waterskiing
☐ Other ____

**Pri. and Sec. Inj:**
☐ Amputation
☐ Back Injury
☐ Broken Bone(s)
☐ Burn(s)
☐ Contusion(s)
☐ Dislocation(s)
☐ Head Injury
☐ Hypothermia
☐ Internal Injury(ies)
☐ Laceration(s)
☐ Neck Injury
☐ Shock
☐ Spinal Injury
☐ Sprain/Strain
☐ Teeth/Jaw

**PFD Use:**
☐ Type I ☐ Type III ☐ Type V
☐ Type II ☐ Type IV
☐ Non-Inflatable ☐ Inflatable

**Physical Condition:**
☐ Unknown ☐ Handicapped
☐ Normal ☐ Under Inf. Alc/Drugs
☐ Sick/Ill ☐ Other ____

**Death Caused By:**
☐ Drowning
☐ Hypothermia
☐ Trauma
☐ Other ____

Injury/Fatal Synopsis:

**L O C A T I O N   O F   I N J U R I E S**

---

**V E S S E L**

**O R**

**S W I M M E R**

**Type:** ☐ Injured ☐ Fatality ☐ Missing (body not located)   Person Was Ejected ☐   Gender ☐ M ☐ F

**Victim Information:** ☐ Operator ☐ Swimmer ☐ On Shore/Dock ☐ Occupant ☐ Skier

**Treatment:**
☐ Treatment
☐ Admitted to Hospital
☐ Refused Treatment
☐ Victim can swim

Last ____ First ____ MI ____ DOB __/__/__

Street ____ Work Phone ____

City ____ State ____ Zip ____ Home Phone ____

**Injury Caused By:**
☐ Impact with Boat
☐ Impact with Water
☐ Impact with Fixed Object
☐ Impact with Floating Object
☐ Struck by Boat
☐ Propeller or Skeg
☐ Other ____

**Victim Activity:**
☐ Cruising
☐ Fishing
☐ Hunting
☐ PWC Cruising
☐ Scuba Diving
☐ Snorkeling
☐ Swimming
☐ Waterskiing
☐ Other ____

**Pri. and Sec. Inj:**
☐ Amputation
☐ Back Injury
☐ Broken Bone(s)
☐ Burn(s)
☐ Contusion(s)
☐ Dislocation(s)
☐ Head Injury
☐ Hypothermia
☐ Internal Injury(ies)
☐ Laceration(s)
☐ Neck Injury
☐ Shock
☐ Spinal Injury
☐ Sprain/Strain
☐ Teeth/Jaw

**PFD Use:**
☐ Type I ☐ Type III ☐ Type V
☐ Type II ☐ Type IV
☐ Non-Inflatable ☐ Inflatable

**Physical Condition:**
☐ Unknown ☐ Handicapped
☐ Normal ☐ Under Inf. Alc/Drugs
☐ Sick/Ill ☐ Other ____

**Death Caused By:**
☐ Drowning
☐ Hypothermia
☐ Trauma
☐ Other ____

Injury/Fatal Synopsis:

**L O C A T I O N   O F   I N J U R I E S**

FWC/DLE-146A (06/00)

## Florida Boating Accident Investigation

Agency Case Number
Page 4 of

### Diagram of Accident

If applicable, diagram exactly what happened. Show the direction of boats involved before, during, and after accident.

**Diagram not to Scale**     Indicate North with an Arrow

N

**Violations:**     **Vessel Priority:** Vessel # ☐ Stand On   Vessel # ☐ Give Way   ☐ N/A

| Yes # | Violator's Name   Just check box if operator | Statute # | Violation | Type | UBC/Warning # |
|---|---|---|---|---|---|
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |
| ☐ Operator | | | | Citation / No Action / Warning / Pending | |

**Officer Completing Report:**   Agency Name and Address   District/Region   Print Supervisor/Reviewer Name & ID#

Officer Signature   Field Supervisor/Reviewer Signature

Print Officer Name & ID#   Phone Number ( )  -   Date Completed / /   ORI Number

**Investigative Time:**   (Include total hours for response, search & rescue and, investigation for officer completing report and officers assisting)

| Boat Hours | Land Hours | Air Hours | Admin. Hours | Total Hours | Car Miles | Boat Engine Hours | Aircraft Engine Hours |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### DO NOT COMPLETE BELOW THIS LINE-FWC BOATING SAFETY REVIEWING AUTHORITY ONLY

**Federal Accident Classification:**   (For Statistical Use)   ☐ Recreational   ☐ Commercial   ☐ Government   ☐ Off-Shore   ☐ Non-Reportable   ☐ Reportable

| Primary Type | Secondary Type | Tertiary Type | Primary Cause | Secondary Cause | Tertiary Cause | Reviewed By: | ID# |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

# HOLLYWOOD POLICE DEPARTMENT
## MARINE UNIT
## DAILY REPORT

DATE _____
PATROL HOURS _____

OFFICER/BADGE _____
BOAT NUMBER _____

Routine patrol
Marine Grant
Pt. Evgl/Dania Bridge:
Dania Bridge/Hindi Bridge:
C-10 Canal:

| Location | Boat type | | | | | | | Signal | | | | | | | | | Action | | | | | Case Number/Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PWC | OF | CC | OTH | BUS | IND | 81 | 83 | 87 | 29 | 44 | 25 | OTH | WRN | CIT | NTA | ARR | OTH | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |

Activity/Patrol Comments:

Hrs. _____

Total _____

CITY OF HOLLYWOOD, FLORIDA

# APPLICATION FOR WATERCRAFT RENTAL

A) REASON FOR SUBMITTING THIS APPLICATION
_____ New business applying for the first time      _____ Renewal
_____ Professional to be added to the existing licensed business
_____ Change one of the following:
_____ Location      _____ Ownership      _____ Name of Business

B) LEGAL FORM OF YOUR BUSINESS
_____ Sole Proprietorship
_____ Partnership
_____ Corporation

C) ABOUT YOUR BUSINESS
1) Name _____
2) Business Location _____
3) Mailing Address _____
4) Phone Number _____

D) CONDITIONS REQUIRED FOR WATERCRAFT RENTAL CONCESSION
1) The vendor shall notify in writing persons renting watercraft of the special operating conditions set forth herein and of the applicable penalties for violating any of those conditions. As a condition precedent to the rental, the watercraft operator shall sign the form, acknowledging that the operator read the form and will comply with the special operating conditions. These forms shall be archived for a minimum period of six months. The forms shall be accessible at all times for inspection.
2) The vendor shall maintain a safety watch whenever any rental watercraft is in operation.
3) The vendor shall ensure that all rental watercraft meet all applicable federal and state safety equipment requirements.
4) At least one rescue watercraft shall be readily available in close proximity to the launch area for use by the vendor whenever any rental watercraft is in operation. Such rescue watercraft shall be clearly identifiable as such with markings and the markings must be approved by the city.
5) The rental watercraft shall be color coded or otherwise plainly marked so as to permit identification of the ownership of the rental watercraft from a distance of 150 yards, and so as to distinguish the rental watercraft from the rescue watercraft.
6) Proof of public liability and property damage insurance coverage in the minimum amount of $1,000,000 combined single limit. A copy of the Certificate of Insurance shall be submitted to the city Police Department.
7) Please describe all activities proposed to be conducted under this permit, including a description of the various types, sizes and approximate numbers of watercraft to be operated and a statement of provisions to be made for the safety of the public during operation
_____
_____
_____
8) For further information refer to City of Hollywood ordinance number 98.136 SPECIAL PERMITS; WATERCRAFT RENTALS.

X_____   RECEIVED BY_____
   Owners Signature                              Date

OFFICE USE ONLY
INSPECTED BY_____   DATE_____

APPROVED_____   DISAPPROVED_____   AUTHORITY_____



# CITY of HOLLYWOOD, FLORIDA

POLICE DEPARTMENT • 3250 HOLLYWOOD BOULEVARD • ZIP 33021-6967

*"A Leading Force in Professional Law Enforcement"*

Accredited by The Commission for Florida Law Enforcement Accreditation



**Chadwick E. Wagner**
Chief of Police

## ATTENTION ALL BOAT RENTAL BUSINESSES

A priority of the Hollywood Police Department's Marine Unit is to educate the boating public thereby bringing compliance with Florida State Statute and Municipal Ordinances. If this goal is reached, the number of boating accidents and citations issued can be greatly reduced.

The attached information is being supplied to you by the Hollywood Police Department's Marine Unit. We hope you will use the information to familiarize yourself and your customers in the interest of boating safety.

- State Statue FSS 327.54(4) requires all watercraft rental businesses to display boating safety information and secure a signature from each lessee acknowledging the receipt of safe boating instructions. Any violation of the statue is a criminal violation.
- Hollywood Municipal Ordinance 98.136 outlines watercraft rental requirements. This ordinance will be strictly enforced.

The Marine Unit will be conducting inspections annually by August 31. Any business that does not adhere to the requirements set forth by City Ordinance will be closed until compliance is met. The enclosed application shall be completed and your annual permit fee must be made (payable to the City of Hollywood). All supporting paperwork is required to be submitted at that time.

If you need assistance please do not hesitate to contact the Hollywood Police Marine Unit - Special Operations Section at 954-967-4567.



Hollywood
All-America City
2007

**Our Mission:** We are dedicated to providing municipal services for our diverse community in an atmosphere of cooperation, courtesy and respect. We do this by ensuring all who live, work and play in the City of Hollywood enjoy a high quality of life.

*"An Equal Opportunity and Service Provider Agency"*



# REQUIRED SAFETY INFORMATION

The pages you just read contain information that is required by State Law and City ordinance. If you did not read the information, please take time now to read over them. It is important that you understand the laws of the waterway. It could save you money or more importantly save your life.

It is also required by State Law that the person renting you the watercraft, must show you information on the safe operation of the watercraft. If he/she has not done that asked them to do so now.

By signing this, you imply that you have been given instruction on the safe operation of the watercraft, and understand the basic laws of the waterway. Failure to comply to these safety operations and laws could result in tickets, **fines, arrests, possible injury or death.**

**THE CITY OF HOLLYWOOD AND THE HOLLYWOOD POLICE DEPARTMENT WANT YOU TO HAVE AN ENJOYABLE DAY ON THE WATER, BUT PLEASE DO IT IN A SAFE MANNER.**

NAME_____
ADDRESS_____
_____
_____
PHONE_____
TYPE OF PHOTO I.D._____
I.D. NUMBER_____

X_____
        SIGNATURE

# WATERCRAFT RENTAL PERMIT
## INSPECTION CHECK LIST

WATERCRAFT RENTAL CONCESSION:

**BUSINESS**

_____ Vendor notifying in writing persons renting watercraft
_____ Vendor has proper safety instructions posted
_____ Vendor has proper waterway safety zones map posted
_____ Vendor is maintaining a safety watch
_____ At least one rescue watercraft (plainly marked)
_____ Rental watercraft plainly marked
_____ Proper fuel storage (separate from other facilities)
_____ Contingency plans for a fuel spill (if dispensed at dock)
_____ Equipment to contain and clean up spills immediately
_____ No major repairs of watercraft on the launch site
_____ Proof of $1,000,000 public liability and damage insurance

**WATERCRAFT**

_____ Contain proper fire extinguisher
_____ Contain proper sound producing device
_____ Contain proper type, size, number of life jackets

Inspection completed by _____
Date _____

