*Suarez v. City of Hollywood*
CASE NO.: 16-62215-CIV-DIMITROULEAS

**DOCUMENT INDEX**

1. Excerpts from the Deposition of Xavier Lesmarie
2. Excerpts from the Deposition of Jessica Auerbach
3. Excerpts from the Deposition of Leonarda Moore
4. Excerpts from the Deposition of Detective Ryan Rillo
5. Excerpts from the Deposition of Roy G. Taylor
6. Dispatch Call
7. City of Hollywood Closeout/In-Custody Death Review Report
8. Detective Rillo's Homicide File
9. Xavier Lesmarie's Call for Assistance
10. Excerpts from the Deposition of Officer Anthony Truntz
11. Excerpts from the Deposition of Officer Alejandro Falcon
12. Excerpts from the Deposition of Officer Kyle Wagner
13. Excerpts from the Deposition of officer Alexis Ramirez
14. Excerpts from the Deposition of Detective Brian Kerns
15. Excerpts from the Deposition of Officer Andreas Pantaloukas
16. Excerpts from the Deposition of Officer Kyle Karl
17. Excerpts from the Deposition of Major Boris Millares
18. Exhibit 7 to Deposition of Andreas Pantaloukas, Taser Download
19. SOP 201
20. SOP 200
21. Excerpts from the Deposition of Daniel Wohlgelernter, M.D.
22. Excerpts from the Deposition of Robert C. Brown
23. Hollywood Fire Rescue Record
24. Plaintiff's October 27, 2014 Hospital Records
25. Excerpts from the Deposition of Mark J. Shuman, M.D.
26. Excerpts from the Deposition of Michael Bell, M.D.
27. Excerpts from the Deposition of Lieutenant Thea Basler
28. Independent Assessment by Charles A. Gruber
29. 2012 Response to Resistance Reports
30. 2012 Internal Affairs Unit Annual Report
31. 2013 Response to Resistance Reports
32. 2013 Internal Affairs Unit Annual Report
33. 2014 Response to Resistance Reports
34. 2014 Internal Affairs Unit Annual Report
35. Excerpts from the Deposition of Jean Suarez
36. Excerpts from the Deposition of Pierre Pean, M.D.
37. Autopsy Report and Records
38. Plaintiff's Responses to Defendant's Amended First Set of Interrogatories
39. Defendant's Responses to Plaintiff's First Set of Interrogatories