# EXHIBIT 5

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF FLORIDA

3              CASE NO.: 0:16-CV-62215-WPD

4

5     JEAN SUAREZ, individually and as

6     Personal Representative of the Estate of

7     Daniel Tyson, deceased,

8     Plaintiff,

9     vs.

10    CITY OF HOLLYWOOD, a Florida Municipal

11    Corporation, and TASER INTERNATIONAL, INC.

12    Defendants.

13    _____/

14

15               DEPOSITION OF

16             LEONARDO MOORE

17       TAKEN ON BEHALF OF THE DEFENDANT

18            MARCH 7, 2018

19         11:40 a.m. - 1:15 p.m.

20

21

22

23   REPORTED BY:

24      JANIS TIERNEY, COURT REPORTER

25      NOTARY PUBLIC, STATE OF FLORIDA

Moore, Leonardo                     March 07, 2018                          Pages 2..5

---

Page 2

1                    INDEX TO APPEARANCES
2
3     ON BEHALF OF THE PLAINTIFF:
4           Denise H. Georges, Esq.
5           Colson Hicks Eidon.
6           255 Alhambra Circle Penthouse
7           Coral Gables, Florida 33134
8           (305) 4765-7400
9
10
11    ON BEHALF OF THE DEFENDANT:
12          Adam M. Hapner, Esq.
13          Weiss Serota Helfman Cole & Bierman
14          200 East Broward Boulevard Suite 1900
15          Fort Lauderdale, Florida 33301
16          (954) 763-4242
17
18
19
20
21
22
23
24
25

---

Page 4

1                    INDEX TO EXHIBITS
2     NUMBER          DESCRIPTION              PAGE
3     1               Signed Statement          9
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1                  INDEX TO EXAMINATIONS
2
3     DIRECT EXAMINATION
4                                          Page
5     Adam M. Hapner ,Esq.                  5
6
7     CROSS EXAMINATION
8                                          Page
9     Denies H. Georges,Esq.               58
10
11    REDIRECT EXAMINATION
12                                          Page
13    Adam M. Hapner ,Esq.                 71
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 5

1                       DEPOSITION OF
2                      LEONARDO MOORE
3                      MARCH 7, 2018
4
5                      LEONARDO MOORE,
6     having first been duly sworn, testified as follows:
7
8                      DIRECT EXAMINATION
9     MR. HAPNER:
10        Q   Are you Leonardo Moore?
11        A   Correct.
12        Q   Can you please spell your name?
13        A   L-E-O-N-A-R-D-A, last name M-O-O-R-E.
14        Q   Do you go by any other names?
15        A   Lenny, L-E-N-N-Y that's my nick name.
16        Q   What about Lekni?
17        A   No.
18        Q   Just Lenny?
19        A   Lenny, yes.
20        Q   My name is Adam Hapner, I represent the City of
21    Hollywood, obviously this is in concerning an incident
22    that occurred with Mr. Daniel Tyson in a -- in your
23    apartment complex.
24        A   Yes.
25        Q   Back on October 27, 2014.

---

Page 6

1  A  Um-hum.
2  Q  Do you know what I'm referring to?
3  A  Yes.
4  Q  Okay.  I like to find out what information do
5  you have and so -- that's the purpose of today's
6  deposition.  I'm going to ask you some questions and for
7  each question, you need to provide a verbal answer out
8  loud, so that The Court Reporter can typewrite it down.
9  If, at any time, my questions are confusing or you would
10  like clarification, please let me know because I'm not
11  trying to trick you or to get you to say anything,
12  it's just for information purposes.
13  A  Okay, yes.
14  Q  Okay, fair?
15  A  Um-hum.
16  Q  Okay.  Have you ever given a deposition before?
17  A  Yes.
18  Q  In what circumstance?
19  A  I had to give one to the attorney, the attorney
20  that was like this working in the beginning with the
21  mom, I guess, it was.
22  Q  Is that Gary Friedman?
23  A  Yes.
24  Q  At one point, was he your attorney?
25  A  Never.

Page 7

1  Q  He was not your attorney?
2  A  No.
3  Q  Okay.  Are you -- and you are not represented
4  by an attorney, right now, I guess?
5  A  No.
6  Q  Are you currently employed?
7  A  Yes.
8  Q  Where are you currently employed?
9  A  DaVita South Broward.
10  Q  And what do you do there?
11  A  I'm the administrative assistant.
12  Q  What do you do as the administrative assistant?
13  A  Patient intake, transportation for patients,
14  directly on the right hand person for the facility
15  administrator and then also filing, sending medical
16  records off to Iron Mountain, just general stuff with
17  the patients.
18  Q  How long have you been in that position?
19  A  In this position, seven to eight years.  I have
20  been in the dialysis field for 25.
21  Q  Okay.
22  A  Um-hum.
23  Q  Where are you from?
24  A  San Diego.
25  Q  When did you move to Florida?

Page 8

1  A  2007.
2  Q  Why is that?
3  A  Change of scenery and, yeah, I was working in a
4  bar over there and then --
5  Q  Good weather to better weather?
6  A  No, just a change, you know.
7  Q  Okay.
8  A  Yeah.
9  Q  Where did you go to school?
10  A  University High School and then Community
11  College, San Diego City College, did about a year.
12  Q  In San Diego?
13  A  In San Diego, that's my home, native.
14  Q  Were you ever in the military?
15  A  No.
16  Q  What is your current address?
17  A  1830 Jackson Street, #7, Hollywood, Florida
18  33020.
19  Q  Is that where you lived back on October 27,
20  2014?
21  A  Yes.
22  Q  Was Mr. Daniel Tyson your neighbor?
23  A  Yes.
24  Q  Do you know when he became your neighbor?
25  A  I'm looking at my deposition that I gave to the

Page 9

1  attorney because this is going to be the most
2  accurate, because this was a few days after.
3  MS. GEORGES:  For the record, that's just a written
4  statement that you signed?
5  THE WITNESS:  I signed, yes, Um-hum.
6  Q  (MR. HAPNER) Why don't we just skip this out
7  right now?
8  A  Um-hum.
9  Q  I brought a copy of the signed statement, which
10  is marked as Defendant's Exhibit 1.
11  (Thereupon, Defendant's Exhibit 1 was entered into
12  the record.)
13  A  Um-hum.
14  Q  (MR. HAPNER) Can you take a look at that for me
15  please?
16  A  Um-hum.  This is -- this is this.
17  Q  Is that the statement you are referring to?
18  A  Yes, um-hum.
19  Q  Is that a true and accurate depiction of your
20  statement?
21  A  The back page, Patrick, I'm not sure who this
22  person is, I don't know what this name is right here,
23  but the guy was Patrick and yeah this is Stacy, number
24  5.  Neither one of them are there anymore.
25  Q  Can you keep that for your reference?

Moore, Leonardo                  March 07, 2018                  Pages 10..13

Page 10

1    A    Okay.  Thank you.
2    Q    And just for the records, you were referring to
3  the two witness' signature?
4    A    Um-hum.
5    Q    Okay.
6    A    Because, you see it has been signed on mine and
7  got it printed in --
8    Q    And you swore to that statement under oath?
9    A    Well, it was -- he came to my home and I wrote
10  -- I mean there was no swearing or anything, but this is
11  the information I gave to him and then he took -- he
12  gave me a copy of it.
13    Q    What were the circumstances of him coming to
14  your home and by him you are referring to Mr. Friedman?
15    A    Mr. Friedman, yeah, Mr. Friedman came to my
16  home.  I think he first called me, I believe, I can't
17  remember how we got in contact and then he -- then he
18  asked to come to my home and will it be more convenient?
19  So, just come to my house and just, you know, I can give
20  you what you need to know and then you can see out my
21  window what I could see.  So, it kind of goes with --
22  with the statement.
23    Q    Did he -- and you gave him a statement?
24    A    Um-hum, this is it.
25    Q    Did you write that statement or did --

Page 11

1    A    I wrote -- I wrote it.  My hand wrote it and
2  I have the handwritten, right here.  This is all the
3  hand written stuff and then he just took it and
4  transposed it into this -- so, it's typed instead of
5  this is handwritten.
6    Q    Do you mind if I make a copy of that today?
7    A    Sure.  I mean, it's pretty much, you know --
8    Q    We'll do it in a -- in a short period.
9    A    Okay, um-hum.
10    Q    So, you handwrote it but the attorney's office
11  typed it up?
12    A    Um-hum.
13    Q    Did they add anything or take out anything?
14    A    No.
15    Q    Did anyone help you edit the statement?
16    A    No.
17    Q    Do you have computer at home?
18    A    Yes.
19    Q    Do you have a printer at home?
20    A    I do.
21    Q    Do you have a word processor at home?
22    A    What's word processor?
23    Q    Microsoft Word where you can type documents?
24    A    I do but at that time, I don't think I had a
25  computer.

Page 12

1    Q    At the time, you wrote the statement, you
2  don't know?
3    A    Yeah, you know that's why it was handwritten
4  because if I did I would have -- I would have typed it
5  out, you know.
6    Q    That's what I wanted to know.
7    A    Yeah.
8    Q    Getting back to Mr. Tyson.
9    A    Um-hum.
10    Q    When did you become neighbor with Mr. Tyson?
11    A    He moved in in October of 2014 that's what I
12  have here.
13    Q    Prior to him becoming your neighbor, had you
14  ever met him before?
15    A    No.
16    Q    Prior to the incident with the police, have you
17  ever met him before?
18    A    He, when I took my dog in the backyard, he
19  would say hi to me and comment on my dog.
20    Q    So, apart from those, just brief encounters,
21  nothing substantive?
22    A    No.
23    Q    What kind of dog you have?
24    A    Siberian Husky.
25    Q    Just the one?

Page 13

1    A    Yes.
2    Q    In your statement regarding the two witnesses,
3  you said you don't know who they are or --
4    A    Well, I don't know like this first name on here
5  is, I don't know if that's B-U-S-H and I guess that's
6  Patrick, he maybe went by his middle name.  I only know
7  him as Patrick.
8    Q    Okay.  And Patrick is another tenant?
9    A    He is another tenant that lived below Daniel in
10  like efficiency and he has since passed away.
11    Q    Did -- did Mr. Friedman have -- you gave him
12  the handwritten statement?
13    A    Um-hum.
14    Q    And then he typed him or had someone in his
15  office typed it up?
16    A    Um-hum.
17    Q    Did they bring it back to you physically at
18  your house?
19    A    Yes, um-hum.
20    Q    And were those witnesses present when you
21  signed it?
22    A    I didn't see this.  Uh-huh didn't see this at
23  all.  I only have this, it was blank and then I put, you
24  know, the names in here.
25    Q    So, you -- that is your signature there, right?

Moore, Leonardo                    March 07, 2018                    Pages 14..17

1     A   Yeah, um-hum.
2     Q   So, you signed it and handed back to him?
3     A   He must have gotten the full, you know, bearer
4  signature because this is not like I said, it was my
5  signature and then these are, you know, I put what that
6  is, so maybe he reprinted I don't know and just put --
7  and had them signed.  I have no idea what he did once he
8  left my establishment -- my home.
9     Q   So, obviously you saw a substantial part of the
10  incident, if not all of it, do you know if anyone else
11  in the apartment complex saw the incident?
12     MS. GEORGES:  Object to the form.
13     A   I'm not sure.  I have no idea.  I don't know
14  who was home, who was not home.  Again, I don't even
15  know if anybody knew I was looking out the window, you
16  know, it was -- because it started earlier in the day,
17  all of this progressed.
18     Q   (MR. HAPNER) But, for example, ever did you
19  talk to anyone after the incident and they said, "hey, I
20  saw that too."
21     A   No.
22     Q   Okay.
23     A   Um-hum.
24     Q   Do you have a cell phone?
25     A   I do.

1     Q   Did you have at the time of the incident?
2     A   Yes, I did.
3     Q   Did you take a video of the incident on your
4  cell phone?
5     A   No, uh-huh.
6     Q   Did you take a video of it in any other -- on
7  any other medium?
8     A   No, I just took pictures of out my window of
9  what my viewpoint was?
10     Q   Do you have those pictures with you today?
11     A   Um-hum.  Okay.  So up above you can see this is
12  Daniel right here, this is starting -- a whole start of
13  it.  So, that's my view of him and his apartment.  This
14  is of my -- my -- there is like a dining area in my
15  house and so -- and then this is Daniel right here too
16  and then obviously this is after when -- where the
17  markers are.  So, this is where Patrick lived, this
18  downstairs apartment and Daniel lived up above.
19     MS. GEORGES:  Okay.  For the record you are showing
20  six photographs, three that are nighttime view depicting
21  some of the crime scene cones.
22     THE WITNESS:  Um-hum.
23     MS. GEORGES:  And another three that are daytime
24  views.
25     THE WITNESS:  Daytime views of the day of the

1  incident and my view.
2     Q   (MR. HAPNER) Do you have any pictures that
3  -- that reflect the actual interaction with the
4  police officers?
5     A   No, uh-huh.
6     Q   And no videos?
7     A   No.
8     Q   And you don't have any knowledge of whether
9  anybody else has any videos or photographs?
10     A   No, I do not.
11     Q   I'd like to go through, I hate to be very
12  detailed about this, but I want to go through your
13  statement somewhat.
14     A   Sure.
15     Q   Line by line.
16     A   Sure.
17     Q   To make sure, I understand everything.
18     A   Okay.
19     Q   And I know that you prepared that essentially
20  for this reason, right?
21     A   Well, I prepared it because I knew that this
22  was something that was -- that needed, I needed to write
23  it down right away what happened in order for it to --
24  because your memory fades over time.
25     Q   When -- when did you write this down?

1     A   I believe this was -- I want to say like
2  three days after -- three or four days after.
3     Q   Your handwritten notes you are referring to?
4     A   Yeah.  No the handwritten notes --
5     Q   When did you write the handwritten notes?
6     A   Let me see if I --
7     Q   And while you are looking at it, I don't want
8  to be a nag about this.
9     A   Um-hum.
10     Q   But I don't want The Court Reporter to get mad
11  at me.  We are going to try to avoid not talking over
12  each other because it is impossible for her to type us
13  both speaking at the same time.
14     A   Okay.
15     Q   So, I'll try to let you finish your answer
16  before I ask the question and try to do the same for me.
17     A   Okay, okay.  It says 9/30, you know, it's just
18  start -- I didn't write -- I didn't write the date
19  there, but it would have been this, the handwritten,
20  would have been me just writing things down the day of
21  or the next day of me doing this handwritten thing.
22  Again, because your memory fades over time, not going to
23  be as accurate as you are going to be the day of or the
24  day after an event.
25     Q   Sure.

Moore, Leonardo                    March 07, 2018                    Pages 18..21

Page 18

1    A  So, that's when I wrote that, now as far as
2  him meeting the attorney, contacting me, I'm not exactly
3  sure like the timeframe, there was -- I believe -- it
4  was -- had to be within the following week that he got
5  in contact with me, because I would not talk to any
6  media, I would not talk to anybody, although they came
7  to my door.  I just didn't want to.
8    Q  Well, actually at the beginning of the
9  statement that you said multiple people have contacted -
10  - attempted to contact you.
11    A  Um-hum.
12    Q  Regarding Mr. Tyson's death.
13    A  Um-hum.
14    Q  Who were those people?
15    A  It was, I think, Channel 7 came to my door, the
16  detectives came to my door, my back door first.
17    Q  I was focused on news reporters right now.
18    A  Okay.
19    Q  So, it's Channel 7, when did they come?
20    A  Channel 7, I think it was Andrew Fox guy, I
21  want to say.
22    MS. GEORGES:  Sheldon Fox.
23    THE WITNESS:  Sheldon no, no maybe it's not Andrew
24  Fox.  I can't remember his name.  He looks like Sheldon
25  Fox but it's not him, it may -- I forget who the other

Page 19

1  guys is then, but it was a news reporter.  He, you
2  know, I just didn't want to speak with him.  So, there
3  was that one guy, I don't remember anybody else coming
4  to me, but then two detectives came to my back door
5  after.
6    Q  (MR. HAPNER) Which two detectives, do you know
7  the names?
8    A  Uh-huh.
9    Q  Do you know they were from Hollywood Police
10  Department?
11    A  They have not -- they said that -- they
12  acknowledged that they were from them.
13    Q  Why did you not want to talk to them?
14    A  First, I was upset of what I saw and I didn't
15  feel it was the time to talk.
16    Q  What would be the appropriate time?
17    A  When I talked to the family member, the mom.
18  Even though, I didn't know, I knew he had a mom but I
19  never met her.  But I think there was always two sides
20  to a story and that this is what I saw and that's where
21  that came from.
22    Q  Did anyone ask you to write your handwritten
23  statement?
24    A  No.
25    Q  You just knew that it would be important, so

Page 20

1  you wanted to write it down?
2    A  Yes, just me, sorry.
3    Q  Okay.
4    A  For first talking to you.
5    Q  It's okay, it's normal conversation, but we got
6  to try to do better.
7    A  Yeah.
8    Q  Did any private investigators come and talk to
9  you?
10    A  Attempted to.
11    Q  So, you even refused to talk to private
12  investigators?
13    A  Correct.
14    Q  Every single time?
15    A  Correct.
16    Q  How come you were willing to speak with Gary
17  Friedman?
18    A  He was the attorney that was representing the
19  mom from what I understood.
20    Q  Can you elaborate on that, why did that matter
21  to you?
22    A  No, I never met the mom but if this is the
23  attorney that's representing the mom in a case, I would
24  like him to know what I saw.
25    Q  Is it fair to say you wanted to help her out?

Page 21

1    A  Oh, absolutely.
2    Q  Referring back to your statement.
3    A  Um-hum.
4    Q  What time did you -- about what time did you
5  wake up on October 27, 2014?
6    A  Approximately, I would say 9 -- 8:30 -- 9
7  o'clock usually when I get up.
8    Q  Do you remember what day of the week this was?
9    A  Can I look at my notes, can I refer to my --?
10    Q  Yeah, that's why I have --
11    A  Yeah, okay.
12    Q  Absolutely.
13    A  Monday, October 27th.
14    Q  Is that a normal time you wake up on Monday,
15  around 8:30 to 9.
16    A  Usually around 8.  I woke up because I'm
17  preparing to -- to take my dog out in the yard and run
18  around.
19    Q  When you woke up, did you hear Mr. Tyson
20  talking loudly on the cell phone?
21    A  Yes, I did.
22    Q  Do you know who he was talking to?
23    A  No.
24    Q  Could you overhear what he was saying?
25    A  No.

Moore, Leonardo                    March 07, 2018                    Pages 22..25

Page 22

1    Q   Did he seem angry or agitated at that time?
2    A   No.  He was just pacing while he was talking on
3  the phone like people do, walk back and forth talking,
4  but he was just talking loud.
5    Q   In your statement, you stated that Mr. Tyson
6  had a bottle of beer, which he was drinking from, right?
7    A   Yeah, on that day, yes.
8    Q   About what time did you witness Mr. Tyson
9  holding a bottle of beer?
10   A   Between approximately 9:30 and 10:30 a.m.
11   Q   In your limited experience with him, have you
12 ever seen him drinking that early in the morning before?
13   A   No.
14   Q   Was that unusual to you?
15 MS. GEORGES Object to the form.
16   A   If someone drinks, if anyone drinks early in
17 the morning?
18   Q   (MR. HAPNER) Yes.
19   A   To each his own.
20   Q   Fair enough.  Have you ever seen Mr. Tyson
21 drinking alcohol at all before?
22   A   No.
23   Q   You stated "then I noticed that he had some
24 interaction with my neighbors who live on the property,
25 he was talking loudly at this time."  Is that right?

Page 23

1    A   Um-hum.  Excuse me, let me refer to my
2  notes, yes.
3    Q   And then you went to walk your dog?
4    A   Yes.
5    Q   The Siberian Husky?
6    A   Yes.
7    Q   How much does your Siberian Husky weigh,
8  approximately?
9    A   At that time, probably around 65 pounds.
10   Q   What neighbor was he talking to?
11   A   Let's see -- one second please, I'm looking at
12 my notes.
13   Q   Take your time.  I don't believe it mentions in
14 there, but I could be wrong.
15   A   I'm not sure, the first interaction, though I
16 had words with my neighbor regarding him being agitated
17 too and she lives in the front house.  We have a
18 communal yard in the back, so her back door opens up
19 into that yard.  He is above, Patrick is below, so that
20 apartment -- that whole area there is open.
21   Q   Was this the same neighbor that he was -- Mr.
22 Tyson was previously interacting with and speaking
23 loudly?
24   A   The speaking loudly and everything that was on
25 the phone.  I'm not exactly sure which neighbors he was

Page 24

1  speaking with.
2    Q   Okay.  At some point you said, "I could hear
3  him yelling and saying that he was tired of people
4  judging him."
5    A   Um-hum.
6    Q   What did you take that to mean?
7    A   Yes, I didn't take it to mean anything.  He
8  just likes to talk loudly, sometimes up on the balcony
9  or down where there is like a little seating area on
10 that property.
11   Q   Well, do you know who was judging him?
12   A   No.
13   Q   Do you know what he is being judged for?
14   A   No.
15   Q   At that time based upon your experience with
16 Mr. Tyson, did his behavior seem unusual to you?
17   MS. GEORGES:  Object to form.
18   A   His behavior was of that -- that I thought he
19 was just eccentric.
20   Q   (MR. HAPNER) But you had only known him for
21 less than two weeks, correct?
22   A   Correct.
23   Q   The neighbor you are referring to that you then
24 spoke to, is that Samantha?
25   A   Correct.

Page 25

1    Q   Who is Samantha?
2    A   Samantha is the young lady that lived in the
3  house with the two children.
4    Q   Do you remember her last name?
5    A   No.
6    Q   When you say the house, is that separate and
7  apart from the 1830 and 36 complex?
8    A   Yeah.  I believe the number of that house is
9  1836, I believe that's the house.  Because we are 1830,
10 so there is like 9 units -- 10 units here and then there
11 is the property right next door, there is a lawn and
12 then there is the house and then above is Daniel's where
13 Daniel was, a two bedroom and then below the efficiency.
14   Q   Is Samantha's house, the -- in the building
15 directly north of Mr. Tyson's apartment?
16   A   Directly north, yes.
17   Q   Do you know if she overheard the conversation
18 with Mr. Tyson speaking loudly?
19   A   No, we talked about something else.
20   Q   What did you talk about?
21   A   Can I quote from my statement, I mean, my
22 written statement?
23   Q   Are you referring to the part where you told
24 Samantha that Mr. Tyson seemed agitated?
25   A   Um-hum, yes.

Moore, Leonardo                March 07, 2018                Pages 26..29

Page 26

1    Q   And then she said, "I don't know if he is on
2    something or what."
3    A   Yes.
4    Q   What does that mean, on something or what?
5    A   I -- I would guess maybe with a layperson and
6    it would be indicated that his -- his actions were not
7    of that of what a person would be just talking off the
8    balcony to no one.  So, and he was agitated, I don't
9    know why, maybe he was, you know, he could have had a
10   mental condition.  There have been several things that
11   could have been with him.  We don't know.
12   Q   By on something, does that mean on drugs or
13   alcohol?
14   A   Yes.
15   Q   Then you said "maybe or maybe he didn't take
16   his medication today."
17   A   Yes.
18   Q   How do you know Mr. Tyson took medication?
19   A   I don't know, he took medication, behavior is
20   something I see at my work all the time.  So, the
21   behavior was something like he didn't -- wasn't on
22   medication or he didn't take it or forgot to take it or
23   maybe he mixed it with the alcohol, I have no idea.
24   Q   But you had no knowledge at that time whether
25   or not --

Page 27

1    A   No, no knowledge.
2    Q   Whether he took medication?
3    A   No.
4    Q   At that time, were you familiar with his
5    medical condition?
6    A   No.
7    Q   You don't know whether he was diagnosed with a
8    mental disability or not?
9    A   No.
10   Q   In your statement, you said "she then told me
11   about an incident that just happened with him in her
12   home."
13   A   Yes.
14   Q   What did she tell you?
15   A   She said that he entered -- just came in
16   through the back door of her home and had something, I
17   guess, for the child, one of the children, I'm not sure
18   what it was.  And that she asked him to leave and I'm
19   not sure if her husband was home at that time.
20   Q   Did you get the impression that he wasn't
21   invited in?
22   MS. GEORGES:  Object to the form.
23   A   Okay.  To answer?
24   Q   (MR. HAPNER) Yes.
25   A   Oh okay.  Yes.  She seemed upset, seemed.

Page 28

1    Q   Did this cause you to be concerned for her
2    safety?
3    MS. GEORGES:  Object to the form.
4    Q   (MR. HAPNER) Or her children's safety?
5    MS. GEORGES:  Same objection.
6    A   Not really.
7    Q   (MR. HAPNER) Then why did you ask if she was
8    okay and if her husband was home?
9    A   Because I felt that if her husband was not home
10   that I could kind of help her out if -- so, Daniel would
11   not go try to go back into the home maybe distract him
12   with my dog or whatever.
13   Q   Has Mr. Tyson ever tried to enter your
14   apartment without permission?
15   A   No.
16   MS. GEORGES:  Object to the form.
17   Q   (MR. HAPNER) Then you say "late that morning,
18   Danny started getting really loud."
19   A   Yes.
20   Q   Can you give me the approximate timeframe of
21   how much later?
22   A   Approximately 11 to 11:30.
23   Q   You said he was ranting and graving about
24   injustice to women.  Is that right?
25   A   Correct.

Page 29

1    Q   Then you went outside to brush your dog?
2    A   Yes.
3    Q   And then he approached you and commented on how
4    beautiful your dog was?
5    A   Yes.
6    Q   At that time, did Mr. Tyson seem to be in his
7    right state of mind to you?
8    A   Something was agitating him.
9    Q   Do you know what was agitating him?
10   A   No.
11   Q   Can you give me a little bit more description
12   about what he was like at that time?
13   A   He was just on the, you know, just quoting
14   stuff, not necessarily anything in particular but just
15   yelling and very loud because when I was outside
16   brushing my dog, it was scaring my dog, he was so loud.
17   So, I was just trying to finish brushing my dog and get
18   my dog back inside and try to disengage with him.
19   Q   Is your 65 pound Siberian Husky, he is easily
20   scared?
21   A   No.
22   Q   You could understand what he was saying, Mr.
23   Tyson?
24   A   Yes, it wasn't slurred or anything like that.
25   He was just speaking out and again if it's a self

Apex Reporting Group

Moore, Leonardo                    March 07, 2018                    Pages 30..33

1    expression thing, that's his privilege, right.
2        Q    Was he putting together complete sentences?
3        A    A few of them were complete sentences.
4        Q    Some of them were not?
5        A    Some of them were not, yes.
6        Q    Was everything intelligible, you could
7    comprehend what he was saying?
8        A    Yes, um-hum, yes.
9        Q    Do you know why he was talking about Xena:
10   Warrior Princess?
11       A    No.
12       Q    At that time, were you concerned at all for
13   your safety?
14       A    Never.
15       Q    What about for his safety?
16       A    At that time, no.
17       Q    About how far away from you was Mr. Tyson when
18   he commented on your dog?
19       A    He was up on the balcony.  So, he was talking
20   to me from the balcony down.
21       Q    Where were you?
22       A    Down on the grass area, the common area, so
23   down in this area right here, this common grass area,
24   the outside of my back door.
25       Q    Did he appear intoxicated?

1        A    I couldn't tell.
2        Q    At what point, did you contact your landlord,
3    Xavier?
4        A    Let's see between 11:30 to 1 o'clock p.m., I
5    was on the phone with him, within that time span.
6        Q    Why did you contact him?
7        A    Because things were being thrown off the
8    balcony now, items from inside his home.
9        Q    Anything else?
10       A    He was being loud.
11       Q    Were you concerned at that time for the safety
12   of Mr. Tyson?
13       A    Yes, and property that was going on and I
14   needed to let my landlord know he is being loud.
15       Q    But not the safety of yourself?
16       A    I never worry about the safety of myself, I can
17   handle myself.
18       Q    You then go on to say "in early afternoon, I
19   noticed a lady ride up on her bike and go to Daniel's
20   apartment," correct?
21       A    Correct.
22       Q    Who was that lady?
23       A    I have no idea.  Never seen her before, no
24   idea.
25       Q    Could you overhear them conversing?

1        A    I just heard her saying like "you have to
2    stop Danny, you have stop."
3        Q    Stop what?
4        A    I believe, it was all the screaming and yelling
5    that was going on with him because it got really super
6    loud again.
7        Q    Were they arguing?
8        A    It seemed like they were.
9        Q    Do you know what they were arguing about?
10       A    No, she just said "you just -- you got to stop,
11   you got to stop," that's all I could hear.
12       Q    Could you hear anything else?
13       A    No.
14       Q    Could you hear any commotion in the apartment?
15       A    No.
16       Q    You didn't hear anything breaking?
17       A    Just no -- just when the desk came over the
18   balcony that's when I could start to see it being
19   destructed like the desk broke apart when it fell down
20   from the balcony to here, he also threw a fan out.
21       Q    How -- what kind of desk are we talking about?
22       A    It was just like a particle board desk, maybe
23   about this wide.
24       Q    Was -- is that -- is 4 feet wide?
25       A    Yeah 4 to 6 feet wide, I would say 4 to 6 --

1    more -- more, excuse me, 4 feet wide.
2        Q    So, you actually saw Mr. Tyson throw a particle
3    -- a desk over his balcony?
4        A    Yes.
5        Q    Was the -- the lady, that we were just talking
6    about, there at that time?
7        A    I'm not sure because I never saw her leave that
8    was the weird part.
9        Q    What else did you see him throw over his
10   balcony, you mentioned a fan?
11       A    A box fan, um-hum.
12       Q    Anything else?
13       A    He threw out like, well he didn't throw out --
14   he had curtains that were like his front door, and I
15   think there was like one or two items that kind of went
16   to the curtains and I think one -- one of them might
17   have fallen onto the ground here but basically the big
18   items were the desk and the fan.
19       Q    Anything else?
20       A    And maybe -- like I said, maybe a couple of
21   pieces of clothing, I'm not sure.
22       Q    Was anyone in the courtyard when this was
23   happening?
24       A    No.
25       Q    Were you in the courtyard brushing your dog at

Moore, Leonardo                 March 07, 2018                 Pages 34..37

Page 34

1  that time?
2      A   No.
3      Q   You never saw the -- can we refer to the lady
4  as his friend?
5      A   Sure, the bicycle lady, for sure.
6      Q   Did you ever see her -- you never saw her
7  leave?
8      A   No.
9      Q   Did you ever see Mr. Tyson talking to the wall
10 and the air and then to a tree?
11     A   Yes.
12     Q   Can you describe to me what was going on?
13     A   Well, let me see if this is time that he was
14 naked on the balcony.  Yeah, this was at that time, he
15 came after he was done throwing his stuff out.  I did
16 say in here that it seemed like the lady -- the lady --
17 the bicycle lady was trying to calm him down with that
18 "you have to stop, you have to stop."  Then a few
19 minutes later, Danny appeared on the balcony, he went
20 back in and he came back out and he was naked with one
21 boot on, swinging his legs back and forth and he was
22 talking to the wall because he was facing the wall and
23 talking to the wall and then he was talking just out
24 over the balcony like to the -- the tree, there was --
25 there was a bougainvillea bush that goes up, he was

Page 35

1  talking to that and --
2      Q   On the south side of the property?
3      A   On the -- no the bougainvillea is on the east
4  side of the property.
5      Q   Okay.  Was he throwing anything while he was
6  naked?
7      A   No.
8      Q   So, the throwing all occurred before he came
9  out on the balcony naked?
10     A   Correct.
11     Q   After Mr. Tyson was seen naked on his balcony,
12 did Xavier call the police, to your knowledge?
13     A   I'm not sure, I just -- I know I asked him, you
14 know -- oh, he asked me, did he think that the police
15 should be called and I said -- I said -- I said, well, I
16 think I said to him and please don't put me on this
17 because it's up to him because he is the property owner
18 he -- he would be the one to call.  So, I don't know if
19 he did or not because I was mostly on the phone with
20 Xavier, we hung up a couple of times and I would call
21 him back when things were -- no one was there yet or
22 whatever.
23     Q   Did you personally want the police to be
24 called?
25     A   I wanted somebody to help him.

Page 36

1      Q   Would that be the police?
2      A   I wanted someone to help him.  I did a
3  nonemergency number and we discussed that Xavier was
4  going to call the nonemergency number, not the 911
5  number.
6      Q   Did you ever call the police, 911 or otherwise?
7      A   I don't believe so, it was the landlord.
8      Q   Did you ever reach out to anybody in Mr.
9  Tyson's family?
10     A   No, I don't know anybody in his family.
11     Q   Do you know who John Colette is?
12     A   I think, I don't know it's John -- it's not the
13 wife of Samantha, I don't know.  No, I don't know who
14 that is.
15     Q   About how much time elapsed before the officers
16 arrived?
17     A   It was between 5 and 10 minutes of when he
18 suggested "I don't have the time."
19     Q   About 5 to 10 minutes?
20     A   Five to ten minutes, they were very -- pretty
21 quick -- really quick.
22     Q   Did you talk -- there was just one officer that
23 arrived?
24     A   First officer, one officer short, bald guy,
25 very nice, very nice.

Page 37

1      Q   Did you talk to him?
2      A   I did.
3      Q   Tell me about that?
4      A   I explained -- I made contact with him and then
5  I just explained to him what was going on, what I had
6  seen from the beginning and the day till what happened
7  now and -- and he said okay ma'am and he said okay I'll
8  -- I'll take care of it from here and I went back inside
9  my --
10     Q   Where did you talk to the officer, was that on
11 the --
12     A   Right outside my door in the courtyard, in the
13 backyard.
14     Q   Where was Mr. Tyson at that time?
15     A   He was inside.
16     Q   And then you went, what did you do when you
17 went back inside?
18     A   I just watched.
19     Q   From where?
20     A   My window.
21     Q   The dining room window and my back door window.
22         (Thereupon, a short discussion was held off
23         record.)
24             (Deposition resumed.)
25     MR. HAPNER:  Can I have another Exhibit -- please?

Apex Reporting Group

Moore, Leonardo                March 07, 2018                Pages 38..41

Page 38

1    THE COURT REPORTER:  Two?
2    MR. HAPNER:  Yes.
3    (Thereupon, Defendant's Exhibit 2 was entered into
4    the record.)
5    Q   (MR. HAPNER) I'm now showing you a photograph
6    of the scene, do you recognize that photograph?
7    A   This is the -- this is Jackson Street.
8    Q   Can you see your apartment from that
9    photograph?
10   A   Yes.
11   Q   Can you circle the window that you were looking
12   out of in that photograph?  If there is more than one
13   you can make more than one circle.
14   A   Okay.
15   Q   Was officer, that first responded,
16   professional?
17   A   Yes.
18   Q   Did you ever see that officer talking on his
19   cell phone?
20   A   No.
21   Q   You went inside after you spoke with officer?
22   A   Yes.
23   Q   Did you then watch the officer from those
24   windows?
25   A   Yes.

Page 39

1    Q   What did he do?
2    A   Danny came back out to on the balcony, he had a
3    robe on but still naked underneath.  The police officer
4    said to Danny "sir, you can't be outside like that."
5    Danny then replied to him, "no, no, do you know who I
6    am."  The officer said, "sir," and then Danny proceeded
7    to take his robe off.  I may continue with what happened
8    or stop right there.
9    Q   Stop right there, let me just back up a second,
10   was Mr. Tyson -- did you witness Mr. Tyson throwing any
11   objects down from the balcony while the officer was
12   present?
13   A   He didn't throw anything -- he didn't throw
14   anything, he took something off the wall.
15   Q   What did he pick up?
16   A   Black sundial.
17   Q   Do you know if the sundial was metal?
18   A   I couldn't tell you, don't know.
19   Q   Did he also try to rip a shutter off of the
20   wall?
21   A   Yes.
22   Q   And then I think in your statement you say,
23   "then Mr. Tyson proceeded quickly down the stairs with
24   the sundial in his hand."  Is that right?
25   A   Correct.  Just a quick walk -- quick walking

Page 40

1    down the --
2    Q   Where was Mr. Tyson holding the sundial in
3    relation to his body?
4    A   He has got holding it like right here.
5    Q   And for the record you are referring to your
6    chest area?
7    A   I'm sorry, chest area, yes.
8    Q   The officer told him to stop?
9    A   Um-hum.  Stop or I'm going to tase you.
10   Q   What did -- what did Mr. Tyson do?
11   A   Danny charged the officer with the black
12   sundial raised now -- now it's raised above his shoulder
13   towards the officer.
14   Q   So, you actually saw Mr. Tyson holding the
15   sundial.
16   A   Um-hum.
17   Q   Above his head as he was charging the officer?
18   A   Correct.
19   Q   Did the officer deploy his taser?
20   A   The taser -- when he reached the officer, the
21   officer had hip flipped into the ground.  So, I don't
22   even know if the officer even got his taser out, I don't
23   know.
24   Q   You have no knowledge of whether the first
25   officer used his taser?

Page 41

1    A   I said in here the officer tased him and
2    Danny screamed but it must -- I could hear the sound, I
3    couldn't -- see -- see him actually doing it but I could
4    hear the sound and he was the only officer at that time
5    there in the yard.
6    Q   Was the officer standing in a position where
7    you could see him from the window?
8    A   Yes.
9    Q   But you couldn't see whether he had the taser
10   drawn or not?
11   A   I believe, his hand was getting ready to draw
12   the -- the taser but he was moving so fast, Danny, to
13   him that he didn't get out in time that's what it looked
14   like and so he hip flipped him.
15   Q   So, Mr. Tyson kept coming towards the officer?
16   A   Yes.
17   Q   Did you ever see Mr. Tyson hit the officer with
18   the sundial?
19   A   No, uh-huh.
20   Q   Did you hear him hitting the officer with the
21   sundial?
22   A   No.
23   Q   Did you hear the officer yell out in pain?
24   A   No.  There was a lot of -- they were struggling
25   at that time?

Moore, Leonardo                    March 07, 2018                    Pages 42..45

Page 42

1   Q   Did you see any blood on the officer's
2   forehead?
3   A   When the next officers came, one took him and I
4   saw him holding his -- his head and there was blood.
5   Q   How much blood?
6   A   Significant that I could see out of the window.
7   Q   Then you saw the officer and Danny rolling on
8   the ground for about a minute before another officer
9   arrived?
10   A   Um-hum.
11   Q   Is it fair to say, Mr. Tyson was physically
12   resisting at that time?
13   MS. GEORGES:  Object to the form.
14   A   I -- they were just rolling, I don't know if he
15   was resisting.  I couldn't say.
16   Q   (MR. HAPNER) Are you saying that he was fully
17   compliant with the officer's instructions?
18   MS. GEORGES:  Object to the form.
19   A   I would say no.
20   Q   (MR. HAPNER) He was not fully compliant?
21   A   No.
22   Q   Did you ever see Mr. Tyson reach for the
23   officer's gun?
24   A   No.
25   Q   Was Mr. Tyson in handcuffs at that time?

Page 43

1   A   I'm referring to my notes, please.  Okay,
2   when he was hip flipped, Daniel, by the officer; my
3   vision now was from like his elbows down, I could not
4   see anything of Daniel's head, so all I could see just I
5   want to make that very clear, I couldn't see anything
6   about his head, was above from his elbow or his biceps
7   area down, is all I could see at that point.
8   Q   One second, to be clear when you say his
9   elbows, were his arms down?
10   A   They were down, yeah, they were down after the
11   struggle.  I wrote that in the statement, the struggle
12   took them to where I -- at this point, I could only see
13   Danny's body from the elbows down what it looked like
14   because he was laying flat.
15   Q   So, you admit there was a struggle with the
16   police officer?
17   A   Absolutely.
18   Q   How long would you say the struggle took place?
19   A   Maybe less than 60 seconds.
20   Q   And then more officers arrived?
21   A   More officers arrived.
22   Q   But you don't know what was what happening
23   above his elbows?
24   A   Correct.
25   Q   Such as where are the officers were positioned.

Page 44

1   A   Correct.
2   Q   Or what the officers above his head were doing?
3   A   Correct.
4   Q   At some point, Danny is on his stomach, is that
5   right?
6   A   Correct.
7   Q   And the officer who was bleeding from his head
8   went to get medical attention?
9   A   Yes, another officer took him.
10   Q   Where did he get attention from?
11   A   I'm not sure.  I'm not sure, I'm assuming an
12   ambulance arrived because there was a gurney involved
13   later, so must have been some medics or other officers
14   that were medical officers or whatever helping him.
15   Q   So, they were already on scene?
16   A   Correct.  They were all coming.  Now, they were
17   all coming.
18   Q   Could you see the officer being treated?
19   A   No.
20   Q   So, you don't know where they were located?
21   A   Would have been at Jackson Street as that's --
22   this is the front of the house.
23   Q   Okay.
24   A   Everything happened back here in the yard.
25   Q   While the officer is getting medical attention

Page 45

1   for his bleeding head, how many officers were
2   interacting with Mr. Tyson?
3   A   There was two officers and then more officers,
4   they just kept coming.  It was crazy.  The amount I saw
5   was at least at that time anywhere from I put five to
6   six in here, it could have even been more because it
7   could have been something out of my view that I couldn't
8   see but I could only see five or six during this whole
9   scene.
10   Q   Okay.  And at some point they were able to get
11   Mr. Tyson in handcuffs and leg shackles.  Is that right?
12   A   Correct.
13   Q   After Mr. Tyson was in handcuffs and leg
14   shackles, what was he acting like?
15   A   He was still being combative.
16   Q   He wasn't calm?
17   A   No.
18   Q   Was he compliant with officers' commands?
19   A   He was still screaming.
20   Q   Was he fighting with the officers?
21   A   I don't know how much you can fight with
22   handcuffs and shackles, but I mean he was -- his body
23   was moving around and he was just yelling.
24   Q   Did you, at any time, witness Mr. Tyson lifting
25   officers off of the ground, while trying to get up?

Moore, Leonardo                    March 07, 2018                    Pages 46..49

Page 46

1    MS. GEORGES:  Object to the form.
2    A    No.
3    Q    (MR. HAPNER) You didn't tell that Xavier?
4    A    I can't remember my phone call, that's
5    something I can't remember -- the phone call.
6    Q    Okay.  So, it's possible you said that?
7    A    It could be possible, um-hum.
8    Q    So, since you could see from the elbows down,
9    you could see his feet?
10   A    Oh, yes.
11   Q    Could you see Mr. Tyson kicking the officers?
12   A    I didn't see any kicking because his legs were
13   shackled.
14   Q    Was he moving his legs?
15   A    He wasn't -- he was moving around like this, I
16   mean, he was limited in his movements.  He couldn't
17   really do anything and one of the officers had a taser
18   pressed against his calf.
19   Q    During this time, you mentioned he was -- Danny
20   was screaming and yelling.
21   A    Um-hum.
22   Q    Do you know what he was saying?
23   A    No.
24   Q    Were the officers speaking to him?
25   A    Yeah.

Page 47

1    Q    Yelling at him?
2    A    Um-hum.
3    Q    Do you know what they were saying?
4    A    Stop fucking moving, we are going to tase you.
5    Q    They told him to stop moving?
6    A    Um-hum.
7    Q    And then you heard a sound of the taser?
8    A    Yes, the clicking noise.
9    Q    And then what happened?
10   A    I did attempt to go out to talk to one of the
11   officers, because at this point Daniel was contained as
12   far as what I thought.  I'm a civilian, I don't know
13   maybe in their eyes he was not contained but I said that
14   there was a lady up in the apartment, maybe she knew
15   what was going on and/or maybe he's got medication up
16   there, I don't know, but then that officer told me to
17   get back in the house.  He was not pleasant to say the
18   least.
19   Q    You thought he was being a jerk in fact right?
20   A    Oh, absolutely.
21   Q    But did he also tell you that he wanted to get
22   Mr. Tyson in an ambulance?
23   A    He did.  It was his -- he said the only thing
24   he needs to do is getting an ambulance.  He didn't sound
25   like concerned, it just sounded like he needed to just

Page 48

1    shut me up, just get back in the house.
2    Q    But he offered to talk to you later, right?
3    A    Not that same -- he did offer, but he never
4    came.
5    Q    Then you went back inside and proceeded to
6    watch from the window?
7    A    Correct.
8    Q    Did more officers arrive?
9    A    Yes.
10   Q    There was more yelling and screaming?
11   A    Yes.
12   Q    You heard the taser go off more than once?
13   A    Correct.
14   Q    Do you know how many times?
15   A    I would say at max four times.
16   Q    That you heard?
17   A    Yes.
18   Q    Based on the distinct clicking noise?
19   A    Correct.
20   Q    While the taser was making the clicking noise,
21   you saw Danny's leg muscles contract?
22   A    Correct.
23   Q    You saw his legs stretch out.  Is that right?
24   A    Correct.
25   Q    Did it appear to you that the -- the taser was

Page 49

1    causing his muscle to do this?
2    A    Correct.
3    Q    Where was the taser positioned at that time?
4    A    The only one that I could see was the one on
5    his calf with officer had it directly on his calf.
6    Q    He was physically touching the taser to his
7    calf?
8    A    Yes.
9    Q    Then, I think you said in your statement,
10   "about two or three minutes later, there was no yelling
11   or screaming."
12   A    Correct.
13   Q    You saw them turned Danny's body over?
14   A    Correct.
15   Q    Unfortunately, he appeared lifeless?
16   A    Yes.
17   Q    You saw if someone doing CPR?
18   A    I saw someone first remove the leg shackles.
19   Now the -- I can't -- I don't think they were shackles -
20   - shackles, I think they were the plastic ones.
21   Q    You are referring to the ones on his feet?
22   A    On his legs, yeah, I don't know if they were
23   shack, it was just, whatever it was, they were
24   containing, I believe it was the plastic, I'm not sure
25   but I know his legs were contained because I saw them

Moore, Leonardo                    March 07, 2018                    Pages 50..53

Page 50

1  lift his legs to put them on and then obviously I saw
2  them take something off of his legs.
3       Q    So, after the leg shackles removed, you saw
4  someone doing CPR?
5       A    There was something going on with the police
6  and Danny, I can't say what when they flipped him over.
7  All of a sudden then, they all kind of stood up, the
8  officers.  I saw -- and I explained that I saw
9  Danny's knees moving inwards and outwards meaning that
10 you are doing compressions, CPR compressions when are
11 limp and if your legs are, you know, when they flipped
12 him over, they were little bit up.  When you start doing
13 compressions, your body is going to react to the way
14 that the compressions are happening.
15      Q    So, you inferred that they were doing CPR based
16 on --?
17      A    I believe, yes, um-hum.
18      Q    Based on your experience as a nurse or an
19 assistant?
20      A    Well, and also I was a hemodialysis technician.
21 So, we are trained and I -- I have to be CPR certified
22 to work in DaVita and so I mean I just got through a
23 class again but you know it's something that we all have
24 to know how to do and based on my experience and what I
25 have -- what I saw there, somebody was doing CPR on him.

Page 51

1       Q    Okay.  But you are not sure -- 100% sure who
2  that was, whether it was an officer or paramedic?
3       A    Or a paramedic, yeah, no.
4       Q    Did you also see someone "shock him"?
5       A    Yes.
6       Q    What did you mean by that?
7       A    And then while there -- there was one, you
8  know, as they are doing it, when you are doing CPR, if
9  you are doing a two man, it's definitely, I'm seeing --
10 I could see I said that I saw a paramedic, I could see
11 that went over to Danny's body and then I heard the
12 paramedic say "clear."  All the officers backed away
13 from the body, I also heard someone say "back up" and so
14 that's when I knew they were shocking him because they
15 all either say "clear" or "back up."
16      Q    What does that mean shocking him?
17      A    Shocking him with the AED.
18      Q    In order to revive his heart?
19      A    Correct.
20      Q    How much time elapsed from the time that Mr.
21 Tyson stopped moving or you, I guess, in your words
22 stopped yelling or screaming.
23      A    Um-hum.
24      Q    To the time that somebody started assisting him
25 with CPR or shocking him?

Page 52

1       A    I would say it was pretty -- pretty quickly
2  because it seemed like there was all these people where
3  I couldn't see them.  There were so many people over
4  there and because where did the gurney come from?
5       Q    Would you say less than 30 seconds?
6  MS. GEORGES:  Object to the form.
7       A    Yes.
8       Q    (MR. HAPNER) About how long did they try to
9  resuscitate Mr. Tyson?
10      A    From what I saw, just a few minutes.
11      Q    And then he was taken away on the gurney?
12      A    Correct.
13      Q    Later that day someone from internal affairs
14 came to your house?
15      A    Detectives, the two detectives.
16      Q    But you said you don't remember the name or you
17 weren't told the names.
18      A    I might have their card in my -- I have it in
19 here, I have to get it.
20      Q    Can you explain to me again why you didn't want
21 to talk to them?
22      A    I believe there is always two sides to every
23 story and I want -- I like things to be fair and so I
24 know the police have their version and then I know what
25 I saw or -- and I just wanted the family to be able to

Page 53

1  have an unbiased, un -- true story of what I saw.
2  Then you can do with it whatever you want.
3       Q    Did you tell that to the police, though, you
4  are unbiased?
5       A    I felt that that time the police, they didn't
6  care at that time, you know, and now all of a sudden
7  everything is over and done and now you want to speak
8  with me.  At that time, I just really wasn't feeling it
9  right then for the police.
10      Q    I see.  So, you were a little upset because of
11 the prior interaction with the officer who told to you
12 to go back inside?
13      A    Well, that and I was just upset at how it was
14 handled, this -- this whole thing with Daniel.  It could
15 have been -- didn't have to go to that extent, I guess.
16      Q    What do you think could have been done
17 differently?
18      A    I just never understand police coming to a
19 scene and it's like 15-20 police officers, it's one
20 person.  I can understand maybe five or six, but not,
21 you know, the whole -- it's just too much -- too much.
22      Q    You thought the police presence was
23 unnecessary?
24      A    Yeah, and even though the first police officer
25 was very nice, he was very nice.  I -- you know, I just

Moore, Leonardo                    March 07, 2018                    Pages 54..57

Page 54

1  think it could have been handled a different way and
2  did not so much tasing, not so much tasing.
3       Q   Do you know what actually caused Mr. Tyson's
4  death?
5       A   No.
6       Q   Are you aware that he had two very severe heart
7  conditions?
8       A   No.
9       MS. GEORGES:  Form.
10      Q   (MR. HAPNER) Did anyone else try to speak with
11 you after the incident, the news reporters?
12      A   The news reporters were after, yes, the -- we
13 talked already about the two investigators.  They came
14 to my front door as well, I guess they didn't know but
15 that was my front door.  They came to my back door
16 first.  Then they came around and then came to my front
17 door and asked me if I was scared to speak with them.
18      Q   But you didn't -- you didn't want to speak with
19 them?
20      A   Absolutely not.
21      Q   And you didn't speak to any news reporters?
22      A   No.
23      Q   Did you attend Mr. Tyson's funeral?
24      A   No.
25      Q   Do you want to help Mr. Tyson's family in this

Page 55

1  lawsuit?
2       MS. GEORGES:  Object to the form.
3       A   I think I have done my part.
4       Q   (MR. HAPNER) Have you ever had a negative
5  experience with the police prior to this incident?
6       A   No, never.
7       Q   Do you feel that anyone in your family has ever
8  been unfairly treated by the police?
9       A   No.
10      Q   What about in the justice system?
11      MS. GEORGES:  Object to the form.
12      Q   (MR. HAPNER) With your family?
13      A   No.
14      Q   I hate to ask you this but have you ever been
15 arrested before?
16      A   No.
17      MR. HAPNER:  This will be 3.
18      (Thereupon, Defendant's Exhibit 3 was entered into
19 the record.)
20      Q   (MR. HAPNER) I'm showing you a news article
21 about Mr. Tyson's death.
22      A   Yeah, I saw that.  I don't know how he got this
23 because I -- actually Patrick, the gentleman that passed
24 away with cancer, he goes "hey, you know they did an
25 article on you," I'm like "what."  I have no idea how he

Page 56

1  got information about this.
2       Q   Okay.
3       A   Unless he talked to the attorney.
4       Q   For the record, you are referring to a Miami
5  Herald Article from Friday May 29, 2015, written or
6  titled "witness hogtied man was tasered."
7       A   Um-hum.
8       Q   By Dan Christensen.  I believe that's the same
9  article that I produced to you in a different format?
10      A   Yeah, correct.
11      Q   Do you see on the second paragraph of that --
12      A   Um-hum.
13      Q   Article -- second sentence of that second
14 paragraph --
15      A   Yes.
16      Q   -- it says, "in an interview Moore said, she
17 declined to speak with city detectives who sought to
18 question her that day because she was upset and didn't
19 trust them."
20      A   Um-hum.  I didn't trust that they were going to
21 tell the truth, I mean, yeah.
22      Q   But, did you give an interview with the news
23 reporter?
24      A   No.
25      Q   So, how did they get that information?

Page 57

1       A   I have no idea.  Talk to the attorney.
2       Q   Do you think that the attorney spoke with the
3  news reporter on your behalf?
4       A   Maybe because when I wrote -- when I said
5  clearly to Mr. Friedman, this will be my first and last
6  comment, I don't want to be, I'm just giving you my --
7  what I saw and he goes "well, you know it's going to be
8  public record," I said but I don't want to be again.
9  I'm giving you what I have, what I saw and when I --
10 when this was given to me, I was stunned.  How did that
11 person write this and I never talked to anybody, never,
12 not a one.
13      Q   You never gave any interview to any news
14 reporter?
15      A   Never.
16      Q   Okay.  Have you ever been a police officer?
17      A   No.
18      Q   Do you have any usual force training?
19      A   No.
20      Q   Have you ever fired a taser?
21      A   No.
22      Q   Have you ever taken an individual into custody?
23      A   I have handcuffed some people when I was a
24 security guard at a bar but that was about it, just
25 detained them for the police.

Moore, Leonardo                    March 07, 2018                    Pages 58..61

Page 58

1    Q  What was your cell phone number at that
2  time?
3    A  (619) 988-0247
4    Q  Who was your carrier?
5    A  AT&T.
6    THE COURT REPORTER: Can you say that one more time?
7  I am sorry.
8    THE WITNESS: (619) 988-0247.
9    Q  (MR. HAPNER) You spelled that same number?
10   A  Yeah.
11   Q  Just a moment. No further questions.
12                 CROSS EXAMINATION
13  MS. GEORGES:
14   Q  Ms. Moore good afternoon.
15   A  Hi.
16   Q  I introduce myself. My name is Denise Georges
17  and I represent the Estate of Daniel Tyson specifically
18  his mother, Jean Suarez.
19   A  Okay.
20   Q  Is today the first time we are meeting?
21   A  Yes.
22   Q  Have we ever had a conversation prior to your
23  deposition today?
24   A  No.
25   Q  Were you aware prior to today that my firm, the

Page 59

1  law firm of Colson Hicks Eidson represents the Estate
2  of Daniel Tyson?
3    A  No.
4    Q  Have you ever spoken to any member of my law
5  firm prior to your deposition today?
6    A  No.
7    Q  Now you understand that there was an Exhibit
8  here marked and it was a -- it's the typewritten
9  statement that you provided to Gary Friedman?
10   A  Yes.
11   Q  Did you have an opportunity to review that?
12   A  Do you want me to go page by page and make sure
13  the wording is right or --
14   Q  Well, let me ask you this, prior to coming to
15  your deposition today, you have a copy of the
16  typewritten statement, correct?
17   A  Yes.
18   Q  And that was a typewritten statement that was
19  actually transcribed by Gary Friedman but was created
20  based on your handwritten notes which you have present
21  with you today?
22   A  Yes.
23   Q  Okay. Now the only thing that's different
24  between the typewritten statement that is marked as an
25  Exhibit today and the one in your possession is that the

Page 60

1  Exhibit is notarized. Do you see that?
2    A  Yes.
3    Q  And it's notarized by Notary Republic who has a
4  certification and license in the State of Florida.
5    A  Yes.
6    Q  Do you see that as well?
7    A  Yes.
8    Q  And also on page 1 of that Exhibit, do you see
9  a cover letter signed by Gary Friedman?
10   A  Yes.
11   Q  Is it dated?
12   A  Yes.
13   Q  How is it dated?
14   A  November 4, 2014, at the head of the letter.
15   Q  Okay. Who created this letter?
16   A  Friedman & Friedman.
17   Q  And who was it sent to based on this cover
18  letter?
19   A  To Mr. Friedman, no -- no excuse me, I'm sorry,
20  to the fax, it was faxed.
21   Q  To whom, are there names on there?
22   A  Yes, to Frank Fernandez, Detective Steve
23  Sparkman and Sergeant Julio Gonzalez.
24   Q  Do you know who chief Frank Fernandez,
25  Detective Steve Sparkman and Sergeant Julio Gonzalez are

Page 61

1  employed by?
2    A  It says the Hollywood Police Department.
3    Q  So this is the letter that Gary Friedman sent
4  to the Hollywood Police Department that enclosed your
5  written statement?
6    A  Shady.
7    Q  Why is it shady?
8    A  I don't know. I mean if he did this, did he do
9  that.
10   Q  Okay. So, when you spoke to Mr. Friedman, you
11  made it very clear that you didn't want to be involved,
12  correct?
13   A  Yes.
14   Q  You didn't want to deposed, you didn't want to
15  halt into court?
16   A  Um-hum, yes.
17   Q  Okay. But you understood that Mr. Friedman
18  represented Ms. Jean Suarez?
19   A  Yes.
20   Q  Do you know that Mr. Friedman wanted the
21  Hollywood Police Department to have your version of the
22  facts, so then they can conduct a proper investigation?
23   MR. HAPNER: Form.
24   A  Say it, repeat.
25   Q  (MS. GEORGES) Did you understand that Gary

Moore, Leonardo                  March 07, 2018                  Pages 62..65

---

Page 62

1  Friedman attached your written statement to the
2  Hollywood Police Department, so they had a version of
3  your facts that you witnessed, so they can conduct a
4  proper investigation?
5      MR. HAPNER:  Form.
6      A   I would say, once he told that it was going to
7  be public record or other people were going to be
8  involved then at that point, yes, I guess, I knew that
9  then.
10     Q   (MS. GEORGES) But you still don't want to be
11 involved?
12     A   Again, I wanted to give my statement, so there
13 would be some form of closure on this.
14     Q   Okay.  Do you have any interest in this case?
15     A   I don't have any interest -- like I don't have
16 any interest, like I'm not getting paid or anything like
17 that that's -- no, this is just a moral standpoint.
18     Q   Okay.  You don't have any bias towards the City
19 of Hollywood Police Department or my client?
20     MR. HAPNER: Form.
21     A   No, absolutely not, no.
22     Q   (MS. GEORGES) You just wanted to tell the
23 truth?
24     A   Absolutely.
25     Q   And you told the truth in your statement?

Page 63

1      A   Yes.
2      Q   And you are telling the truth here today?
3      A   Absolutely.
4      Q   Now, on that day prior to the police being
5  called, you had a conversation with your landlord,
6  correct?
7      A   Um-hum, yes.
8      Q   And you told your landlord what you had
9  witnessed?
10     A   Yes.
11     Q   Did your landlord, Mr. Les Marie, tell you that
12 Daniel had been off of his medication and that he
13 learned that from another source?
14     A   I can't remember that, it's a phone
15 conversation, I don't remember.
16     Q   Do you ever remember having a conversation with
17 anyone about Mr. Tyson being off of his medication?
18     MR. HAPNER:  Form.
19     A   I don't remember that.
20     Q   (MS. GEORGES) Is there a reason why you
21 attempted to tell police that he needed his medication?
22     A   I didn't -- I said maybe there is medication
23 out there or something or talk to the lady upstairs who
24 is -- you know, is talking and trying to calm him down.
25 Maybe there is something out there that I don't know

Page 64

1  about.  That's the only reason I said that.
2      Q   Did you know that Mr. Tyson was suffering from
3  mental illness on October 27th?
4      MR. HAPNER:  Form.
5      A   No.
6      Q   (MS. GEORGES) Did you have a conversation with
7  Mr. Les Marie about Mr. Tyson suffering from mental
8  illness?
9      MR. HAPNER:  Asked and answered.
10     A   No.  It would have been just speculation on my
11 part, based on my experience with helping.
12     Q   (MS. GEORGES) Do you have experience dealing
13 with people who are decompensating as a result of a
14 mental illness?
15     A   Yes.
16     Q   Do you have a reason to believe that on the day
17 of this incident that Mr. Tyson was decompensating as a
18 result of the mental illness?
19     MR. HAPNER:  Form.
20     A   Something was making him act the way he was
21 acting.
22     Q   (MS. GEORGES) And what was the purpose of you
23 having this conversation with Mr. Les Marie as far as
24 getting police involved?
25     A   He is the owner of the property.

Page 65

1      Q   What did you hope that was going to be
2  accomplished?
3      A   That he would get some help, Daniel.  That
4  Xavier would be able to call whoever he needed to call
5  to get help for Daniel.
6      Q   Now this first officer that arrived on scene,
7  you said he was nice, he was very nice.
8      A   Very nice.
9      Q   Okay.  Did he try to build a rapport with
10 Daniel?
11     A   Well, I think when just addressing him as
12 "sir," the way he said "sir" was not an aggressive
13 "sir," it was just like "sir" you can't be out here.
14 His tone was not elevated.   It was very just even
15 killed.
16     Q   And was his tone effective as far as
17 establishing a rapport with Daniel?
18     MR. HAPNER:  Form.
19     A   No, no.
20     Q   (MS. GEORGES) How about the other officers who
21 arrived after the first officer?
22     A   Um-hum.
23     Q   What was their tone and demeanor like?
24     A   It was a little bit more amped up because their
25 officer was already down, had already hip flipped Daniel

Apex Reporting Group

Moore, Leonardo                    March 07, 2018                    Pages 66..69

Page 66

1  and already been struggling with Daniel.  So, they
2  were -- it was just going.  They were just going, all
3  the excitement and everything that was going on.
4      Q   How big was Daniel on October 27th?
5      MR. HAPNER:  Form.
6      A   Maybe 5 feet 6 inches, maybe about a 175 to 195
7  pounds maybe.
8      Q   (MS. GEORGES) Okay.  This first officer that
9  arrived on scene, you know how tall he was?
10     A   He was a little shorter.
11     Q   Do you know how much he weighed?
12     A   No.
13     Q   Okay.  How about the second officer who arrived
14  on the scene, was he the one that was doing the tasing
15  on Mr. Tyson's ankle?
16     A   Again, he was already hip flipped and out of my
17  view, so all I could see was the -- the elbows down,
18  that guy was just part of the pack that came in that
19  police officer that was tasing Daniel in the calf that
20  was another group of officers that came in.
21     Q   That officer that was tasing Daniel in the
22  calf, you know how tall he was?
23     A   I want to say about 5 feet 6 inches to 5 feet 6
24  inches -- yeah, 5 feet 6 inches.
25     Q   Okay.  And how about the other officers, you

Page 67

1  know what their heights and weight were?
2      A   They were down, so I couldn't tell you.
3      Q   When you say down, what do you mean by that?
4      A   Kneeling down or helping with the struggle that
5  was going on over there, so they were not standing.
6      Q   Okay.  Prior to Mr. Tyson being placed in
7  handcuffs, do you how many times he was tased?
8      MR. HAPNER:  Form.
9      A   Again, I don't know if that first officer got
10  his taser off to him.  Meaning that I, you know, heard
11  the clicking.  Let me refer to my notes please.  Yeah, I
12  don't -- it was a threat that he was going to tase him
13  but I don't -- I didn't physically see him tase, like I
14  said, I could only hear the clicking noise of the taser.
15  And then the other officers just kind of came and I know
16  there was just a lot of clicking noise.
17     Q   (MS. GEORGES) Okay.  Was there a lot of
18  clicking noise prior to handcuffs being placed on or
19  after handcuffs were placed on?
20     A   There definitely was taser's activity after he
21  was handcuffed.
22     Q   And could you see Mr. Tyson handcuffed?
23     A   Yes.
24     Q   Okay.  And where were his hands?
25     A   Behind his back.

Page 68

1      Q   Was he ever able to stand up?
2      A   No, because he was -- legs were tied.  There
3  was no way he was going to be able to stand up.
4      Q   Okay.  When you say tied, how close were they
5  tied?
6      A   Side by side -- side by side.
7      Q   And what were they tied with?
8      A   It was, again, visually, I can't remember if it
9  was actually cuffs or the plastic loops.  But I remember
10  them being put on and I remember at the end they were
11  taken off, at the end of all of this commotion when he
12  was not, you know, moving around anymore.
13     Q   Now you said that during this interaction, Mr.
14  Tyson was screaming and yelling?
15     A   Um-hum.
16     Q   Was he screaming and yelling out of pain?
17     MR. HAPNER:  Form.
18     A   I couldn't, you know, that's subjective, I
19  don't know, maybe, I don't know if he screaming and
20  yelling because he was in pain or if he was -- because
21  they were all on him, he could have been not feeling
22  good, because they were -- pressed the weight of the
23  other officers on him.  It could have been a lot of
24  reasons why he was screaming.
25     Q   (MS. GEORGES) When you said that they were all

Page 69

1  on him, who are all we talking about?
2      A   All the officers.
3      Q   How many?
4      A   Well, at this point, there was -- I saw five or
5  six -- five or six that were just trying to contain him
6  and that was only like I said from the elbows down that
7  I could see.  I don't know what was going in his head
8  area.  But I saw five or six officers on him, the one
9  standing with the taser, he was just bending over with
10  the taser on the calf.
11     Q   And when the five or six officers were on him,
12  was Mr. Tyson handcuffed and leg shackled at that
13  period?
14     MR. HAPNER:  Form.
15     A   Yes.
16     Q   (MS. GEORGES) So, he is handcuffed, leg
17  shackled with five police officers on him to contain
18  him?
19     MR. HAPNER:  Form.
20     A   Yes.
21     Q   (MS. GEORGES) Contain him how?
22     A   You would have to ask the police officers
23  that's what I don't understand.
24     Q   Was Mr. Tyson ever able to hop up on his feet
25  after he was cuffed and leg shackled?

Moore, Leonardo                    March 07, 2018                    Pages 70..73

Page 70

1    A   No way.
2    Q   Was Mr. Tyson ever able to roll over after he
3  was handcuffed and leg shackled?
4    A   If the officers weren't on him, maybe, he could
5  have rolled over.
6    Q   But my specific question is, did he ever roll
7  over after he was handcuffed and leg shackled?
8    A   No.  I would have been able to see his penis if
9  that happened, no he was on his stomach the entire time.
10   Q   And at some point, you said there was two to
11 three minutes that have gone by where he wasn't yelling
12 and screaming anymore?
13   A   Yes.
14   Q   And that was a period after he was handcuffed,
15 leg shackled and were five to six police officers still
16 on him when he stopped yelling?
17   A   Let me refer to my notes, the officers were
18 still struggling with him even though Danny was still
19 face down and restrained at the wrist and ankles with
20 officers still on him.  So, yes, he -- they were -- they
21 were just on him.
22   Q   Okay.  So, let me get this right.
23   A   Um-hum.
24   Q   Mr. Tyson is handcuffed, he is leg shackled.
25 He has five to six police officers on him and then the

Page 71

1  yelling and screaming, it just stops?
2    A   After all of the tasers going off and
3  everything, all of a sudden he just stops, there is no
4  more noise.
5    Q   And how long of a period is there no more
6  noise?
7    A   Maybe like, I know seconds seem like hours, I
8  would say like 15 to 30 seconds maybe.
9    Q   That there is no more noise?
10   A   There is no more noise and then he was turned
11 over.
12   Q   Okay.  Do you know why he was turned over?
13   A   I don't want to speculate.
14   Q   Did you hear anything?
15   A   No.
16   Q   Do you ever hear any police officers yelling,
17 get off of him -- get off of him?
18   A   Let me see, no.  They stood up, that's how, you
19 know, once he was quite, they kind of like all stood up.
20 So, then, you know, and then he was turned over and then
21 everything else went started.
22   Q   Well, do you know who brought it to the
23 officer's attention that he was limp and that he was not
24 moving anymore?
25   A   No, I'm not sure.  I just heard the -- I didn't

Page 72

1  hear any term like limp.  I just, you know, could
2  hear the backup, you know, the clear, those are the
3  words that I heard.
4    Q   Did you hear the taser go off after Mr. Tyson
5  was leg shackled?
6    A   Yes.
7    Q   Do you know how many times he was tased after
8  the leg shackles were applied?
9    MR. HAPNER:  Form.
10   A   Again, I am going to say the max was four
11 times.
12   Q   (MS. GEORGES) When they turned Mr. Tyson over,
13 how did he appear?
14   A   His body was fairly limp.  It was limp.
15   Q   Could you see his face?
16   A   No.
17   Q   Could you see the color of his lips?
18   A   No.
19   Q   I don't have anything else for you Ms. Moore,
20 thank you.
21   A   Okay.
22   MR. HAPNER:  Just really quickly.
23   MS. GEORGES:  Yeah, yeah.
24                  RE-DIRECT EXAMINATION
25   MR. HAPNER:

Page 73

1    Q   I think there is some confusion now about
2  when you were saying two to three minutes went by.
3    A   Um-hum.
4    Q   I thought you said two to three minutes went by
5  and then there was no yelling or screaming.  Are you
6  saying that -- that's the case or that there were two or
7  three minutes of no screaming?
8    A   I guess after -- after the legs were
9  contracting and stretched out, after two or three
10 minutes later, I heard no more scream.  Whatever it says
11 here, that's what it is.
12   Q   Are you saying that from the moment there was -
13 - well, let me ask you this.
14   A   Um-hum.
15   Q   Were the officers still struggling with him
16 after there was no yelling or screaming?
17   A   No.
18   Q   That's when they turned his body over.
19   A   Um-hum.
20   Q   To see what was going on?
21   A   I would believe so, yes.
22   Q   Okay.  When you say there were five to six
23 police officers on him, what do you mean on him?
24   A   On him, like trying to control because he was
25 going back and forth and then when he was contracting,

Moore, Leonardo                    March 07, 2018                    Pages 74..76

Page 74

1  the muscles are contracting, they were just trying to
2  push him down.
3      Q   They are using their arms to hold him down?
4      A   And their body and their knees, and their legs.
5      Q   Are any of them laying on him?
6      A   Again I -- I could only see from this part
7  down, from the elbows down, so it was more like they
8  were kneeling and putting pressure to keep his body down
9  and from rolling back and forth.
10     Q   From the waist area down, is what you saw?
11     A   Well, from the upper back down because I can
12 remember -- I can see from this part, so if you go
13 around to the back, so his upper back.  I could see them
14 just trying to contain him.
15     Q   With their hands and their knees?
16     A   Um-hum.
17     Q   No further question.
18     MS. GEORGES:  Before you leave, I would like marked
19 as an Exhibit your handwritten notes as well as a copy
20 of the photographs you have.
21     MR. HAPNER:  I agree.
22     (Deposition ended at 1:15 p.m.)
23     (Reading and signing of the deposition by the
24 witness has been waived.)
25

Page 75

CERTIFICATE OF REPORTER

1
2
3  STATE OF FLORIDA
4  COUNTY OF BROWARD
5
6        I, JANIS TIERNEY, do hereby certify that
7  the foregoing testimony was taken before me; that the
8  witness was duly sworn by me; and that the foregoing
9  pages constitute a true record of the testimony given by
10 said witness.
11       I further certify that I am not a relative
12 or employee or attorney or counsel of any of the parties
13 or a relative or employee of such attorney or counsel,
14 nor financially interested in the action.
15       Under penalties of perjury, I declare that
16 I have read the foregoing certificate and that the facts
17 stated herein are true.
18     Signed this 7th day of March 2016.
19
20
21     _____------
22     JANIS TIERNEY
23
24
25

Page 76

CERTIFICATE OF OATH

1
2
3  STATE OF FLORIDA
4  COUNTY OF BROWARD
5
6        I, the undersigned authority, certify that
7  LEORNARDO MOORE personally appeared before me and was
8  duly sworn.
9
10             Witness my hand and official seal this 16th day
11 of July 2016.
12
13
14     _____
15 Janis Tierney, Court Reporter
16 Notary Public, State of Florida
17 Commission No.: FF 232941
18 Commission Expiration: 06/12/19
19
20
21
22
23
24
25

Moore, Leonardo                    March 07, 2018                           Page 77

**#**

**#7** 8:17

**1**

**1** 9:10,11 31:4 60:8

**10** 25:10 36:17,19

**100%** 51:1

**10:30** 22:10

**11** 28:22

**11:30** 28:22 31:4

**15** 71:8

**15-20** 53:19

**175** 66:6

**1830** 8:17 25:7,9

**1836** 25:9

**195** 66:6

**1:15** 74:22

**2**

**2** 38:3

**2007** 8:1

**2014** 5:25 8:20 12:11 21:5 60:14

**2015** 56:5

**2018** 5:3

**25** 7:20

**27** 5:25 8:19 21:5

**27th** 21:13 64:3

66:4

**29** 56:5

**3**

**3** 55:17,18

**30** 52:5 71:8

**33020** 8:18

**36** 25:7

**4**

**4** 32:24,25 33:1 60:14

**5**

**5** 9:24 36:17,19 66:6,23,24

**6**

**6** 32:25 66:6,23, 24

**60** 43:19

**619 988-0247** 58:3,8

**65** 23:9 29:19

**7**

**7** 5:3 18:15,19,20

**8**

**8** 21:16

**8:30** 21:6,15

**9**

**9** 21:6,15 25:10

**9/30** 17:17

**911** 36:4,6

**9:30** 22:10

**A**

**a.m.** 22:10

**able** 45:10 52:25 65:4 68:1,3 69:24 70:2,8

**above** 15:11,18 23:19 25:12 40:12,17 43:6,23 44:2

**absolutely** 21:1, 12 43:17 47:20 54:20 62:21,24 63:3

**accomplished** 65:2

**accurate** 9:2,19 17:23

**acknowledged** 19:12

**act** 64:20

**acting** 45:14 64:21

**actions** 26:6

**activity** 67:20

**actual** 16:3

**actually** 18:8 33:2

40:14 41:3 54:3 55:23 59:19 68:9

**Adam** 5:20

**add** 11:13

**address** 8:16

**addressing** 65:11

**administrative** 7:11,12

**administrator** 7:15

**admit** 43:15

**AED** 51:17

**affairs** 52:13

**after** 9:2 14:19 15:16 17:2,24 19:5 34:15 35:11 38:21 43:10 45:13 50:3 54:11, 12 65:21 67:19, 20 69:25 70:2,7, 14 71:2 72:4,7 73:8,9,16

**afternoon** 31:18 58:14

**again** 14:14 17:22 29:25 32:6 50:23 52:20 57:8 62:12 66:16 67:9 68:8 72:10 74:6

**against** 46:18

**aggressive** 65:12

**agitated** 22:1 23:16 25:24 26:8

**agitating** 29:8,9

**agree** 74:21

**air** 34:10

**alcohol** 22:21 26:13,23

**all** 11:2 13:23 14:10,17 22:21 26:20 30:12 32:4, 11 35:8 43:4,7 44:16,17 50:7,23 51:12,15 52:2 53:6 66:2,17 68:11,21,25 69:1, 2 71:2,3,19

**already** 44:15 54:13 65:25 66:1, 16

**also** 7:15 32:20 39:19 47:21 50:20 51:4,13 60:8

**although** 18:6

**always** 19:19 52:22

**ambulance** 44:12 47:22,24

**amount** 45:4

**amped** 65:24

**and/or** 47:15

**Andrew** 18:20,23

**angry** 22:1

**ankle** 66:15

**ankles** 70:19

**another** 13:8,9 15:23 37:25 42:8 44:9 63:13 66:20

**anybody** 14:15 16:9 18:6 19:3 36:8,10 57:11

**anymore** 9:24

68:12 70:12 71:24

**anyone** 11:15 14:10,19 19:22 22:16 33:22 54:10 55:7 63:17

**anything** 6:11 10:10 11:13 24:7 29:14,24 31:9 32:12,16 33:12, 19 35:5 39:13,14 43:4,5 46:17 62:16 71:14 72:19

**anywhere** 45:5

**apart** 12:20 25:7 32:19

**apartment** 5:23 14:11 15:13,18 23:20 25:15 28:14 31:20 32:14 38:8 47:14

**appear** 30:25 48:25 72:13

**appeared** 34:19 49:15

**applied** 72:8

**approached** 29:3

**appropriate** 19:16

**approximate** 28:20

**approximately** 21:6 22:10 23:8 28:22

**area** 15:14 23:20 24:9 30:22,23 40:6,7 43:7 69:8 74:10

**arguing** 32:7,9

**arms** 43:9 74:3

**around** 21:15,16, 18 23:9 45:23 46:15 54:16 68:12 74:13

**arrested** 55:15

**arrive** 48:8

**arrived** 36:16,23 42:9 43:20,21 44:12 65:6,21 66:9,13

**article** 55:20,25 56:5,9,13

**assistant** 7:11,12 50:19

**assisting** 51:24

**assuming** 44:11

**AT&T** 58:5

**attached** 62:1

**attempt** 47:10

**attempted** 18:10 20:10 63:21

**attend** 54:23

**attention** 44:8,10, 25 71:23

**attorney** 6:19,24 7:1,4 9:1 18:2 20:18,23 56:3 57:1,2

**attorney's** 11:10

**avoid** 17:11

**aware** 54:6 58:25

**away** 13:10 16:23 30:17 51:12

52:11 55:24

---

## B

**B-U-S-H** 13:5

**back** 5:25 8:19 9:21 12:8 13:17 14:2 18:16 19:4 21:2 22:3 23:18 27:16 28:11 29:18 30:24 34:20,21 35:21 37:8,17,21 39:2,9 44:24 47:17 48:1, 5 51:13,15 53:12 54:15 67:25 73:25 74:9,11,13

**backed** 51:12

**backup** 72:2

**backyard** 12:18 37:13

**balcony** 24:8 26:8 30:19,20 31:8 32:18,20 33:3,10 34:14,19,24 35:9, 11 39:2,11

**bald** 36:24

**bar** 8:4 57:24

**based** 24:15 48:18 50:15,18, 24 59:20 60:17 64:11

**basically** 33:17

**bearer** 14:3

**beautiful** 29:4

**became** 8:24

**become** 12:10

**becoming** 12:13

**bedroom** 25:13

**beer** 22:6,9

**before** 6:16 12:14,17 17:16 22:12,21 31:23 35:8 36:15 42:8 55:15 74:18

**beginning** 6:20 18:8 37:6

**behalf** 57:3

**behavior** 24:16, 18 26:19,21

**Behind** 67:25

**being** 23:16 24:13 31:7,10,14 32:18 44:18 45:15 47:19 63:4,17 67:6,18 68:10

**believe** 10:16 17:1 18:3 23:13 25:8,9 32:4 36:7 41:11 49:24 50:17 52:22 56:8 64:16 73:21

**below** 13:9 23:19 25:13

**bending** 69:9

**better** 8:5 20:6

**between** 22:10 31:4 36:17 59:24

**bias** 62:18

**biceps** 43:6

**bicycle** 34:5,17

**big** 33:17 66:4

**bike** 31:19

**bit** 29:11 50:12 65:24

**black** 39:16 40:11

**blank** 13:23

**bleeding** 44:7 45:1

**blood** 42:1,4,5

**board** 32:22

**body** 40:3 43:13 45:22 49:13 50:13 51:11,13 72:14 73:18 74:4, 8

**boot** 34:21

**both** 17:13

**bottle** 22:6,9

**bougainvillea** 34:25 35:3

**box** 33:11

**breaking** 32:16

**brief** 12:20

**bring** 13:17

**broke** 32:19

**brought** 9:9 71:22

**Broward** 7:9

**brush** 29:1

**brushing** 29:16, 17 33:25

**build** 65:9

**building** 25:14

**bush** 34:25

Moore, Leonardo                    March 07, 2018                                    Page 79

---

**C**

---

**calf** 46:18 49:5,7 66:19,22 69:10

**call** 35:12,18,20 36:4,6 46:4,5 65:4

**called** 10:16 35:15,24 63:5

**calm** 34:17 45:16 63:24

**came** 10:9,15 18:6,15,16 19:4, 21 27:15 32:17 34:15,20 35:8 39:2 42:3 48:4 52:14 54:13,15, 16 66:18,20 67:15

**cancer** 55:24

**can't** 10:16 18:24 39:4 46:4,5 49:19 50:6 63:14 65:13 68:8

**card** 52:18

**care** 37:8 53:6

**carrier** 58:4

**case** 20:23 62:14 73:6

**cause** 28:1

**caused** 54:3

**causing** 49:1

**cell** 14:24 15:4 21:20 38:19 58:1

**certification** 60:4

**certified** 50:21

**change** 8:3,6

**Channel** 18:15, 19,20

**charged** 40:11

**charging** 40:17

**chest** 40:6,7

**chief** 60:24

**child** 27:17

**children** 25:3 27:17

**children's** 28:4

**Christensen** 56:8

**circle** 38:11,13

**circumstance** 6:18

**circumstances** 10:13

**city** 5:20 8:11 56:17 62:18

**civilian** 47:12

**clarification** 6:10

**class** 50:23

**clear** 43:5,8 51:12,15 61:11 72:2

**clearly** 57:5

**clicking** 47:8 48:18,20 67:11, 14,16,18

**client** 62:19

**close** 68:4

**closure** 62:13

**clothing** 33:21

**Colette** 36:11

**College** 8:11

**color** 72:17

**Colson** 59:1

**combative** 45:15

**come** 10:18,19 18:19 20:8,16 52:4

**coming** 10:13 19:3 41:15 44:16, 17 45:4 53:18 59:14

**commands** 45:18

**comment** 12:19 57:6

**commented** 29:3 30:18

**common** 30:22, 23

**commotion** 32:14 68:11

**communal** 23:18

**Community** 8:10

**complete** 30:2,3

**complex** 5:23 14:11 25:7

**compliant** 42:17, 20 45:18

**comprehend** 30:7

**compressions** 50:10,13,14

**computer** 11:17, 25

**concerned** 28:1 30:12 31:11

47:25

**concerning** 5:21

**condition** 26:10 27:5

**conditions** 54:7

**conduct** 61:22 62:3

**cones** 15:21

**confusing** 6:9

**confusion** 73:1

**contact** 10:17 18:5,10 31:2,6 37:4

**contacted** 18:9

**contacting** 18:2

**contain** 69:5,17, 21 74:14

**contained** 47:11, 13 49:25

**containing** 49:24

**continue** 39:7

**contract** 48:21

**contracting** 73:9, 25 74:1

**control** 73:24

**convenient** 10:18

**conversation** 20:5 25:17 58:22 63:5,15,16 64:6, 23

**conversing** 31:25

**copy** 9:9 10:12 11:6 59:15 74:19

**correct** 5:11

20:13,15 24:21, 22,25 28:25 31:20,21 35:10 39:25 40:18 43:24 44:1,3,6,16 45:12 48:7,13,19, 22,24 49:2,12,14 51:19 52:12 56:10 59:16 61:12 63:6

**couldn't** 31:1 39:18 41:3,9 42:15 43:5 45:7 46:16 52:3 67:2 68:18

**couple** 33:20 35:20

**court** 6:8 17:10 38:1 58:6 61:15

**courtyard** 33:22, 25 37:12

**cover** 60:9,17

**CPR** 49:17 50:4, 10,15,21,25 51:8, 25

**crazy** 45:4

**created** 59:19 60:15

**crime** 15:21

**CROSS** 58:12

**cuffed** 69:25

**cuffs** 68:9

**current** 8:16

**currently** 7:6,8

**curtains** 33:14,16

**custody** 57:22

Moore, Leonardo                    March 07, 2018                         Page 80

**D**

**Dan** 56:8

**Daniel** 5:22 8:22 13:9 15:12,15,18 25:13 28:10 43:2 47:11 53:14 58:17 59:2 63:12 65:3,5,10,17,25 66:1,4,19,21

**Daniel's** 25:12 31:19 43:4

**Danny** 28:18 32:2 34:19 39:2,4,5,6 40:11 41:2,12 42:7 44:4 46:19 50:6 70:18

**Danny's** 43:13 48:21 49:13 50:9 51:11

**date** 17:18

**dated** 60:11,13

**Davita** 7:9 50:22

**day** 14:16 15:25 17:20,21,23,24 21:8 22:7 37:6 52:13 56:18 63:4 64:16

**days** 9:2 17:2

**daytime** 15:23,25

**dealing** 64:12

**death** 18:12 54:4 55:21

**declined** 56:17

**decompensating** 64:13,17

**Defendant's** 9:10,11 38:3 55:18

**definitely** 51:9 67:20

**demeanor** 65:23

**Denise** 58:16

**Department** 19:10 61:2,4,21 62:2,19

**depicting** 15:20

**depiction** 9:19

**deploy** 40:19

**deposed** 61:14

**deposition** 5:1 6:6,16 8:25 37:24 58:23 59:5,15 74:22,23

**describe** 34:12

**description** 29:11

**desk** 32:17,19,21, 22 33:3,18

**destructed** 32:19

**detailed** 16:12

**detained** 57:25

**Detective** 60:22, 25

**detectives** 18:16 19:4,6 52:15 56:17

**diagnosed** 27:7

**dialysis** 7:20

**didn't** 13:22 17:18 18:7 19:2, 14,18 24:7 26:15,

21,22 32:16 33:13 39:13 41:13 46:3,12 47:24 52:20 53:5, 15 54:14,18,21 56:18,20 61:11, 14 63:22 67:13 71:25

**Diego** 7:24 8:11, 12,13

**different** 54:1 56:9 59:23

**differently** 53:17

**dining** 15:14 37:21

**DIRECT** 5:8

**directly** 7:14 25:15,16 49:5

**disability** 27:8

**discussed** 36:3

**discussion** 37:22

**disengage** 29:18

**distinct** 48:18

**distract** 28:11

**documents** 11:23

**dog** 12:18,19,23 21:17 23:3 28:12 29:1,4,16,17,18 30:18 33:25

**done** 34:15 53:7, 16 55:3

**don't** 9:6,22 11:24 12:2 13:3, 4,5 14:6,13,14 16:8 17:7,10 19:3 23:13 26:1,8,11, 19 27:7 35:16,18

36:7,10,12,13,18 39:18 40:21,22 42:14 43:22 44:20 45:21 47:12,16 49:19, 22 52:16 55:22 57:6,8 61:8 62:10,15,18 63:15,19,25 67:9, 12,13 68:19 69:7, 23 71:13 72:19

**door** 18:7,15,16 19:4 23:18 25:11 27:16 30:24 33:14 37:12,21 54:14,15,17

**down** 6:8 16:23, 25 17:20 20:1 24:9 30:20,22,23 32:19 34:17 39:11,23 40:1 43:3,7,9,10,13 46:8 63:24 65:25 66:17 67:2,3,4 69:6 70:19 74:2, 3,7,8,10,11

**downstairs** 15:18

**draw** 41:11

**drawn** 41:10

**drinking** 22:6,12, 21

**drinks** 22:16

**drugs** 26:12

**duly** 5:6

**during** 45:8 46:19 68:13

**E**

**each** 6:7 17:12

22:19

**earlier** 14:16

**early** 22:12,16 31:18

**easily** 29:19

**east** 35:3

**eccentric** 24:19

**edit** 11:15

**effective** 65:16

**efficiency** 13:10 25:13

**Eidson** 59:1

**eight** 7:19

**either** 51:15

**elaborate** 20:20

**elapsed** 36:15 51:20

**elbow** 43:6

**elbows** 43:3,9,13, 23 46:8 66:17 69:6 74:7

**elevated** 65:14

**employed** 7:6,8 61:1

**enclosed** 61:4

**encounters** 12:20

**end** 68:10,11

**ended** 74:22

**enough** 22:20

**enter** 28:13

**entered** 9:11 27:15 38:3 55:18

Moore, Leonardo                    March 07, 2018                    Page 81

entire 70:9

essentially 16:19

establishing 65:17

establishment 14:8

Estate 58:17 59:1

even 14:14 19:18 20:11 40:22 45:6 53:24 65:14 70:18

event 17:24

every 20:14 52:22

everything 16:17 23:24 30:6 44:24 53:7 66:3 71:3,21

exactly 18:2 23:25

EXAMINATION 5:8 58:12 72:24

example 14:18

excitement 66:3

excuse 23:1 33:1 60:19

Exhibit 9:10,11 37:25 38:3 55:18 59:7,25 60:1,8 74:19

experience 22:11 24:15 50:18,24 55:5 64:11,12

explain 52:20

explained 37:4,5 50:8

expression 30:1

extent 53:15

eyes 47:13

**F**

face 70:19 72:15

facility 7:14

facing 34:22

fact 47:19

facts 61:22 62:3

fades 16:24 17:22

fair 6:14 20:25 22:20 42:11 52:23

fairly 72:14

fallen 33:17

familiar 27:4

family 19:17 36:9, 10 52:25 54:25 55:7,12

fan 32:20 33:10, 11,18

far 18:1 30:17 47:12 64:23 65:16

fast 41:12

fax 60:20

faxed 60:20

feel 19:15 55:7

feeling 53:8 68:21

feet 32:24,25 33:1 46:9 49:21 66:6, 23,24 69:24

fell 32:19

felt 28:9 53:5

Fernandez 60:22, 24

few 9:2 30:3 34:18 52:10

field 7:20

fight 45:21

fighting 45:20

filing 7:15

find 6:4

finish 17:15 29:17

fired 57:20

firm 58:25 59:1,5

first 5:6 10:16 13:4 18:16 19:14 20:4 23:15 36:24 38:15 40:24 49:18 53:24 54:16 57:5 58:20 65:6,21 66:8 67:9

five 36:20 45:5,8 53:20 69:4,5,8, 11,17 70:15,25 73:22

flat 43:14

flipped 40:21 41:14 43:2 50:6, 11 65:25 66:16

Florida 7:25 8:17 60:4

focused 18:17

following 18:4

follows 5:6

force 57:18

forehead 42:2

forget 18:25

forgot 26:22

form 14:12 22:15 24:17 27:22 28:3, 16 42:13,18 46:1 52:6 54:9 55:2,11 61:23 62:5,13,20 63:18 64:4,19 65:18 66:5 67:8 68:17 69:14,19 72:9

format 56:9

four 17:2 48:15 72:10

Fox 18:20,22,24, 25

Frank 60:22,24

Friday 56:5

Friedman 6:22 10:14,15 13:11 20:17 57:5 59:9, 19 60:9,16,19 61:3,10,17,20 62:1

friend 34:4

front 23:17 33:14 44:22 54:14,15, 16

fucking 47:4

full 14:3

fully 42:16,20

funeral 54:23

further 58:11 74:17

—————————

**G**

Gary 6:22 20:16 59:9,19 60:9 61:3,25

gave 8:25 10:11, 12,23 13:11 57:13

general 7:16

gentleman 55:23

Georges 9:3 14:12 15:19,23 18:22 22:15 24:17 27:22 28:3, 5,16 42:13,18 46:1 52:6 54:9 55:2,11 58:13,16 61:25 62:10,22 63:20 64:6,12,22 65:20 66:8 67:17 68:25 69:16,21 72:12,23 74:18

getting 12:8 28:18 41:11 44:25 47:24 62:16 64:24

give 6:19 10:19 28:20 29:11 56:22 62:12

given 6:16 57:10

giving 57:6,9

goes 10:21 34:25 55:24 57:7

gone 70:11

Gonzalez 60:23, 25

good 8:5 58:14 68:22

Moore, Leonardo                    March 07, 2018                          Page 82

**gotten** 14:3

**grass** 30:22,23

**graving** 28:23

**ground** 33:17
40:21 42:8 45:25

**group** 66:20

**guard** 57:24

**guess** 6:21 7:4
13:5 26:5 27:17
51:21 53:15
54:14 62:8 73:8

**gun** 42:23

**gurney** 44:12
52:4,11

**guy** 9:23 18:20
19:3 36:24 66:18

**guys** 19:1

---

**H**

**halt** 61:15

**hand** 7:14 11:1,3
39:24 41:11

**handcuffed** 57:23
67:21,22 69:12,
16 70:3,7,14,24

**handcuffs** 42:25
45:11,13,22 67:7,
18,19

**handed** 14:2

**handle** 31:17

**handled** 53:14
54:1

**hands** 67:24
74:15

**handwritten** 11:2,
5 12:3 13:12
17:3,4,5,19,21
19:22 59:20
74:19

**handwrote** 11:10

**Hapner** 5:9,20
9:6,14 14:18 16:2
19:6 22:18 24:20
27:24 28:4,7,17
37:25 38:2,5
42:16,20 46:3
52:8 54:10 55:4,
12,17,20 58:9
61:23 62:5,20
63:18 64:4,9,19
65:18 66:5 67:8
68:17 69:14,19
72:9,22,25 74:21

**happened** 16:23
27:11 37:6 39:7
44:24 47:9 70:9

**happening** 33:23
43:22 50:14

**hate** 16:11 55:14

**having** 5:6 63:16
64:23

**head** 40:17 42:4
43:4,6 44:2,7
45:1 60:14 69:7

**hear** 21:19 24:2
32:11,12,14,16
41:2,4,20,23
67:14 71:14,16
72:1,2,4

**heard** 32:1 47:7
48:12,16 51:11,
13 67:10 71:25
72:3 73:10

**heart** 51:18 54:6

**heights** 67:1

**held** 37:22

**help** 11:15 20:25
28:10 35:25 36:2
54:25 65:3,5

**helping** 44:14
67:4

**hemodialysis**
50:20

**Herald** 56:5

**here** 9:22 11:2
12:12 13:4,24
15:12,15 25:10
30:23 32:20
33:17 34:16 37:8
40:4 41:1 44:24
45:6 52:19 59:8
63:2 65:13 73:11

**hey** 14:19 55:24

**he's** 47:15

**Hicks** 59:1

**High** 8:10

**hip** 40:21 41:14
43:2 65:25 66:16

**hit** 41:17

**hitting** 41:20

**hogtied** 56:6

**hold** 74:3

**holding** 22:9
40:2,4,14 42:4

**Hollywood** 5:21
8:17 19:9 61:2,4,
21 62:2,19

**home** 8:13 10:9,
14,16,18 11:17,
19,21 14:8,14

27:12,16,19 28:8,
9,11 31:8

**hop** 69:24

**hope** 65:1

**hours** 71:7

**house** 10:19
13:18 15:15
23:17 25:3,6,8,9,
12,14 44:22
47:17 48:1 52:14

**hung** 35:20

**husband** 27:19
28:8,9

**Husky** 12:24
23:5,7 29:19

---

**I**

**idea** 14:7,13
26:23 31:23,24
55:25 57:1

**illness** 64:3,8,14,
18

**important** 19:25

**impossible** 17:12

**impression** 27:20

**inches** 66:6,23,24

**incident** 5:21
12:16 14:10,11,
19 15:1,3 16:1
27:11 54:11 55:5
64:17

**indicated** 26:6

**individual** 57:22

**inferred** 50:15

**information** 6:4,
12 10:11 56:1,25

**injustice** 28:24

**inside** 29:18 31:8
37:8,15,17 38:21
48:5 53:12

**instead** 11:4

**instructions**
42:17

**intake** 7:13

**intelligible** 30:6

**interacting** 23:22
45:2

**interaction** 16:3
22:24 23:15
53:11 68:13

**interest** 62:14,15,
16

**internal** 52:13

**interview** 56:16,
22 57:13

**into** 9:11 11:4
23:19 28:11 38:3
40:21 55:18
57:22 61:15

**intoxicated** 30:25

**introduce** 58:16

**investigation**
61:22 62:4

**investigators**
20:8,12 54:13

**invited** 27:21

**involved** 44:12
61:11 62:8,11
64:24

Moore, Leonardo                    March 07, 2018                    Page 83

**inwards** 50:9

**Iron** 7:16

**items** 31:8 33:15, 18

**it's** 6:12 11:4,7 17:17 18:19,23, 25 20:5 29:25 35:17 36:12 40:12 46:6 50:23 51:9 53:19,21 57:7 59:8 60:3 63:14

**I'd** 16:11

**I'll** 17:15 37:7,8

**I'm** 6:2,6,10 7:11 8:25 9:21 14:13 18:2 21:16 23:11, 15,25 27:17,18 33:7,21 35:13 38:5 40:7,9 43:1 44:11 47:12 49:24 51:9 55:20, 25 57:6,9 60:19 62:16 71:25

---

**J**

**Jackson** 8:17 38:7 44:21

**Jean** 58:18 61:18

**jerk** 47:19

**John** 36:11,12

**judged** 24:13

**judging** 24:4,11

**Julio** 60:23,25

**justice** 55:10

---

**K**

**keep** 9:25 74:8

**kept** 41:15 45:4

**kicking** 46:11,12

**killed** 65:15

**kind** 10:21 12:23 28:10 32:21 33:15 50:7 67:15 71:19

**kneeling** 67:4 74:8

**knees** 50:9 74:4, 15

**knew** 14:15 16:21 19:18,25 47:14 51:14 62:8

**knowledge** 16:8 26:24 27:1 35:12 40:24

**known** 24:20

---

**L**

**L-E-N-N-Y** 5:15

**L-E-O-N-A-R-D-A** 5:13

**lady** 25:2 31:19, 22 33:5 34:3,5, 16,17 47:14 63:23

**landlord** 31:2,14 36:7 63:5,8,11

**last** 5:13 25:4 57:5

**late** 28:17

---

**later** 28:21 34:19 44:13 48:2 49:10 52:13 73:10

**law** 59:1,4

**lawn** 25:11

**lawsuit** 55:1

**laying** 43:14 74:5

**layperson** 26:5

**learned** 63:13

**least** 45:5 47:18

**leave** 27:18 33:7 34:7 74:18

**left** 14:8

**leg** 45:11,13 48:21 49:18 50:3 69:12,16,25 70:3, 7,15,24 72:5,8

**legs** 34:21 46:12, 14 48:23 49:22, 25 50:1,2,11 68:2 73:8 74:4

**Lekni** 5:16

**Lenny** 5:15,18,19

**Leonardo** 5:2,5, 10

**Les** 63:11 64:7,23

**less** 24:21 43:19 52:5

**let** 6:10 17:6,15 23:1 31:14 34:13 39:9 59:14 67:11 70:17,22 71:18 73:13

**letter** 60:9,14,15, 18 61:3

---

**Let's** 23:11 31:4

**license** 60:4

**lifeless** 49:15

**lift** 50:1

**lifting** 45:24

**like** 6:4,10,11,20 13:4,10 14:4 15:14 16:11 17:1 18:3,24 20:24 22:3 24:9 25:10 26:21 29:12,24 32:1,8,19,22 33:13,14,15,20 34:16,24 39:4 40:4 41:14 43:3, 13 45:14 46:15 47:25 52:2,23 53:19 55:25 62:15,16 65:13, 23 67:13 69:6 71:7,8,19 72:1 73:24 74:7,18

**likes** 24:8

**limited** 22:11 46:16

**limp** 50:11 71:23 72:1,14

**line** 16:15

**lips** 72:17

**little** 24:9 29:11 50:12 53:10 65:24 66:10

**live** 22:24

**lived** 8:19 13:9 15:17,18 25:2

**lives** 23:17

**located** 44:20

---

**long** 7:18 43:18 52:8 71:5

**looked** 41:13 43:13

**looking** 8:25 14:15 17:7 23:11 38:11

**looks** 18:24

**loops** 68:9

**lot** 41:24 67:16,17 68:23

**loud** 6:8 22:4 28:18 29:15,16 31:10,14 32:6

**loudly** 21:20 22:25 23:23,24 24:8 25:18

---

**M**

**M-O-O-R-E** 5:13

**mad** 17:10

**made** 37:4 61:11

**make** 11:6 16:17 38:13 43:5 59:12

**making** 48:20 64:20

**man** 51:9 56:6

**many** 45:1 48:14 52:3 67:7 69:3 72:7

**MARCH** 5:3

**Marie** 63:11 64:7, 23

**marked** 9:10 59:8,24 74:18

Moore, Leonardo                    March 07, 2018                        Page 84

**markers** 15:17

**matter** 20:20

**max** 48:15 72:10

**may** 18:25 39:7
56:5

**maybe** 13:6 14:6
18:23 26:5,9,15,
23 28:11 32:22
33:20 43:19
47:13,14,15
53:20 57:4 63:22,
25 66:6,7 68:19
70:4 71:7,8

**ma'am** 37:7

**mean** 10:10 11:7
24:6,7 25:21
26:4,12 45:22
46:16 50:22 51:6,
16 56:21 61:8
67:3 73:23

**meaning** 50:9
67:10

**media** 18:6

**medical** 7:15 27:5
44:8,14,25

**medication**
26:16,18,19,22
27:2 47:15 63:12,
17,21,22

**medics** 44:13

**medium** 15:7

**meeting** 18:2
58:20

**member** 19:17
59:4

**memory** 16:24
17:22

**mental** 26:10 27:8
64:3,7,14,18

**mentioned** 33:10
46:19

**mentions** 23:13

**met** 12:14,17
19:19 20:22

**metal** 39:17

**Miami** 56:4

**Microsoft** 11:23

**middle** 13:6

**might** 33:16
52:18

**military** 8:14

**mind** 11:6 29:7

**mine** 10:6

**minute** 42:8

**minutes** 34:19
36:17,19,20
49:10 52:10
70:11 73:2,4,7,10

**mixed** 26:23

**mom** 6:21 19:17,
18 20:19,22,23

**moment** 58:11
73:12

**Monday** 21:13,14

**Moore** 5:2,5,10
56:16 58:14
72:19

**moral** 62:17

**more** 10:18 29:11
33:1 38:12,13
43:20,21 45:3,6
48:8,10,12 58:6

**65:24** 71:4,5,9,10
73:10 74:7

**morning** 22:12,17
28:17

**most** 9:1

**mostly** 35:19

**mother** 58:18

**Mountain** 7:16

**move** 7:25

**moved** 12:11

**movements**
46:16

**moving** 41:12
45:23 46:14,15
47:4,5 50:9 51:21
68:12 71:24

**much** 11:7 23:7
28:21 36:15 42:5
45:21 51:20
53:21 54:2 66:11

**multiple** 18:9

**muscle** 49:1

**muscles** 48:21
74:1

**must** 14:3 41:2
44:13

---

**N**

**nag** 17:8

**naked** 34:14,20
35:6,9,11 39:3

**name** 5:12,13,15,
20 9:22 13:4,6
18:24 25:4 52:16
58:16

**names** 5:14 13:24
19:7 52:17 60:21

**native** 8:13

**necessarily** 29:14

**need** 6:7 10:20

**needed** 16:22
31:14 47:25
63:21 65:4

**needs** 47:24

**negative** 55:4

**neighbor** 8:22,24
12:10,13 23:10,
16,21 24:23

**neighbors** 22:24
23:25

**Neither** 9:24

**never** 6:25 19:19
20:22 30:14
31:16,23 33:7
34:3,6 48:3 53:18
55:6 57:11,13,15

**news** 18:17 19:1
54:11,12,21
55:20 56:22 57:3,
13

**next** 17:21 25:11
42:3

**nice** 36:25 53:25
65:7,8

**nick** 5:15

**nighttime** 15:20

**noise** 47:8 48:18,
20 67:14,16,18
71:4,6,9,10

**nonemergency**
36:3,4

**normal** 20:5
21:14

**north** 25:15,16

**notarized** 60:1,3

**Notary** 60:3

**notes** 17:3,4,5
21:9 23:2,12 43:1
59:20 67:11
70:17 74:19

**nothing** 12:21

**noticed** 22:23
31:19

**November** 60:14

**number** 9:23 25:8
36:3,4,5 58:1,9

**nurse** 50:18

---

**O**

**oath** 10:8

**Object** 14:12
22:15 24:17
27:22 28:3,16
42:13,18 46:1
52:6 55:2,11

**objection** 28:5

**objects** 39:11

**obviously** 5:21
14:9 15:16 50:1

**occurred** 5:22
35:8

**October** 5:25
8:19 12:11 21:5,
13 64:3 66:4

**off** 7:16 26:7 31:7
37:22 39:7,14,19

Moore, Leonardo                    March 07, 2018                    Page 85

45:25 48:12 50:2
63:12,17 67:10
68:11 71:2,17
72:4

**offer** 48:3

**offered** 48:2

**office** 11:10 13:15

**officer** 36:22,24
37:10 38:15,18,
21,23 39:3,6,11
40:8,11,13,17,19,
20,21,22,25 41:1,
4,6,15,17,20,23
42:7,8 43:2,16
44:7,9,18,25
47:16 49:5 51:2
53:11,24 57:16
65:6,21,25 66:8,
13,19,21 67:9

**officers** 16:4
36:15 42:3 43:20,
21,25 44:2,13,14
45:1,3,18,20,25
46:11,17,24
47:11 48:8 50:8
51:12 53:19
65:20 66:20,25
67:15 68:23 69:2,
8,11,17,22 70:4,
15,17,20,25
71:16 73:15,23

**officer's** 42:1,17,
23 71:23

**once** 14:7 48:12
62:6 71:19

**one** 6:19,24 9:24
12:25 19:3 23:11
26:8 27:17 33:15,
16 34:20 35:18,
21 36:22,24
38:12,13 42:3
43:8 46:17 47:10

49:4 51:7 53:19
57:12 58:6 59:25
66:14 69:8

**ones** 49:20,21

**only** 13:6,23
24:20 41:4 43:12
45:8 47:23 49:4
59:23 64:1 67:14
69:6 74:6

**open** 23:20

**opens** 23:18

**opportunity**
59:11

**order** 16:23 51:18

**otherwise** 36:6

**outside** 29:1,15
30:24 37:12 39:4

**outwards** 50:9

**over** 8:4 16:24
17:11,22 32:17
33:3,9 34:24
49:13 50:6,12
51:11 52:3 53:7
67:5 69:9 70:2,5,
7 71:11,12,20
72:12 73:18

**overhear** 21:24
31:25

**overheard** 25:17

**own** 22:19

**owner** 35:17
64:25

**o'clock** 21:7 31:4

---

**P**

**p.m.** 31:4 74:22

**pacing** 22:2

**pack** 66:18

**paid** 62:16

**pain** 41:23 68:16,
20

**paragraph** 56:11,
14

**paramedic** 51:2,
3,10,12

**part** 14:9 25:23
33:8 55:3 64:11
66:18 74:6,12

**particle** 32:22
33:2

**particular** 29:14

**passed** 13:10
55:23

**Patient** 7:13

**patients** 7:13,17

**Patrick** 9:21,23
13:6,7,8 15:17
23:19 55:23

**penis** 70:8

**people** 18:9,14
22:3 24:3 52:2,3
57:23 62:7 64:11,
13

**period** 11:8 69:13
70:14 71:5

**permission** 28:14

**person** 7:14 9:22
26:7 53:20 57:11

**personally** 35:23

**phone** 14:24 15:4
21:20 22:3 23:25
31:5 35:19 38:19

46:4,5 58:1 63:14

**photograph** 38:5,
6,9,12

**photographs**
15:20 16:9 74:20

**physically** 13:17
42:11 49:6 67:13

**pick** 39:15

**pictures** 15:8,10
16:2

**pieces** 33:21

**place** 43:18

**placed** 67:6,18,19

**plastic** 49:20,24
68:9

**pleasant** 47:17

**point** 6:24 24:2
31:2 43:7,12 44:4
45:10 47:11 62:8
69:4 70:10

**police** 12:16 16:4
19:9 35:12,14,23
36:1,6 39:3 43:16
50:5 52:24 53:3,
5,9,18,19,22,24
55:5,8 57:16,25
61:2,4,21 62:2,19
63:4,21 64:24
66:19 69:17,22
70:15,25 71:16
73:23

**position** 7:18,19
41:6

**positioned** 43:25
49:3

**possession**
59:25

**possible** 46:6,7

**pound** 29:19

**pounds** 23:9 66:7

**prepared** 16:19,
21

**preparing** 21:17

**presence** 53:22

**present** 13:20
39:12 59:20

**pressed** 46:18
68:22

**pressure** 74:8

**pretty** 11:7 36:20
52:1

**previously** 23:22

**Princess** 30:10

**printed** 10:7

**printer** 11:19

**prior** 12:13,16
53:11 55:5 58:22,
25 59:5,14 63:4
67:6,18

**private** 20:8,11

**privilege** 30:1

**probably** 23:9

**proceeded** 39:6,
23 48:5

**processor** 11:21,
22

**produced** 56:9

**professional**
38:16

**progressed** 14:17

Moore, Leonardo                  March 07, 2018                            Page 86

proper 61:22 62:4

property 22:24
  24:10 25:11
  31:13 35:2,4,17
  64:25

provide 6:7

provided 59:9

public 57:8 62:7

purpose 6:5
  64:22

purposes 6:12

push 74:2

put 13:23 14:5,6
  35:16 45:5 50:1
  68:10

putting 30:2 74:8

**Q**

question 6:7
  17:16 56:18 70:6
  74:17

questions 6:6,9
  58:11

quick 36:21 39:25

quickly 39:23
  52:1 72:22

quite 71:19

quote 25:21

quoting 29:13

**R**

raised 40:12

ranting 28:23

rapport 65:9,17

RE-DIRECT 72:24

reach 36:8 42:22

reached 40:20

react 50:13

reading 74:23

ready 41:11

really 28:6,18
  32:5 36:21 46:17
  53:8 72:22

reason 16:20
  63:20 64:1,16

reasons 68:24

recognize 38:6

record 9:3,12
  15:19 37:23 38:4
  40:5 55:19 56:4
  57:8 62:7

records 7:16 10:2

refer 21:9 23:1
  34:3 67:11 70:17

reference 9:25

referring 6:2 9:17
  10:2,14 17:3 21:2
  24:23 25:23 40:5
  43:1 49:21 56:4

reflect 16:3

refused 20:11

regarding 13:2
  18:12 23:16

relation 40:3

remember 10:17
  18:24 19:3 21:8
  25:4 46:4,5 52:16
  63:14,15,16,19

68:8,9,10 74:12

remove 49:18

removed 50:3

repeat 61:24

replied 39:5

reporter 6:8
  17:10 19:1 38:1
  56:23 57:3,14
  58:6

reporters 18:17
  54:11,12,21

represent 5:20
  58:17

represented 7:3
  61:18

representing
  20:18,23

represents 59:1

reprinted 14:6

Republic 60:3

resisting 42:12,
  15

responded 38:15

restrained 70:19

result 64:13,18

resumed 37:24

resuscitate 52:9

review 59:11

revive 51:18

ride 31:19

rip 39:19

robe 39:3,7

roll 70:2,6

rolled 70:5

rolling 42:7,14
  74:9

room 37:21

run 21:17

**S**

safety 28:2,4
  30:13,15 31:11,
  15,16

said 13:3 14:4,19
  18:9 19:11 24:2
  26:1,15 27:10,15
  28:23 32:10
  33:20 35:15,16
  37:7 39:4,6 41:1
  46:6 47:13,23
  49:9 51:10 52:16
  56:16 57:4,8
  63:22 64:1 65:7,
  12 67:14 68:13,
  25 69:6 70:10
  73:4

Samantha 24:24
  25:1,2,24 36:13

Samantha's
  25:14

same 17:13,16
  23:21 28:5 48:3
  56:8 58:9

San 7:24 8:11,12,
  13

saw 14:9,11,20
  19:14,20 20:24
  33:2,7 34:3,6
  40:14 42:4,7 45:4
  48:21,23 49:13,
  17,18,25 50:1,3,
  8,25 51:10 52:10,

25 53:1 55:22
  57:7,9 69:4,8
  74:10

say 6:11 12:19
  17:1 18:21 20:25
  21:6 25:6 28:17
  31:18 32:25
  34:16 39:22
  42:11,15,19 43:8,
  18 47:17 48:15
  50:6 51:12,13,15
  52:1,5 58:6 61:24
  62:6 66:23 67:3
  68:4 71:8 72:10
  73:22

saying 21:24 24:3
  29:22 30:7 32:1
  42:16 46:22 47:3
  73:2,6,12

says 17:17 56:16
  61:2 73:10

scared 29:20
  54:17

scaring 29:16

scene 15:21 38:6
  44:15 45:9 53:19
  65:6 66:9,14

scenery 8:3

school 8:9,10

scream 73:10

screamed 41:2

screaming 32:4
  45:19 46:20
  48:10 49:11
  51:22 68:14,16,
  19,24 70:12 71:1
  73:5,7,16

seating 24:9

second 23:11

Moore, Leonardo                    March 07, 2018                         Page 87

39:9 43:8 56:11,
13 66:13

**seconds** 43:19
52:5 71:7,8

**security** 57:24

**seem** 22:1 24:16
29:6 71:7

**seemed** 25:24
27:25 32:8 34:16
52:2

**seen** 22:12,20
31:23 35:11 37:6

**sending** 7:15

**sent** 60:17 61:3

**sentence** 56:13

**sentences** 30:2,3

**separate** 25:6

**Sergeant** 60:23,
25

**seven** 7:19

**several** 26:10

**severe** 54:6

**shack** 49:23

**shackled** 46:13
69:12,17,25 70:3,
7,15,24 72:5

**shackles** 45:11,
14,22 49:18,19,
20 50:3 72:8

**shady** 61:6,7

**Sheldon** 18:22,
23,24

**shock** 51:4

**shocking** 51:14,
16,17,25

**short** 11:8 36:24
37:22

**shorter** 66:10

**should** 35:15

**shoulder** 40:12

**showing** 15:19
38:5 55:20

**shut** 48:1

**shutter** 39:19

**Siberian** 12:24
23:5,7 29:19

**side** 35:2,4 68:6

**sides** 19:19 52:22

**signature** 10:3
13:25 14:4,5

**signed** 9:4,5,9
10:6 13:21 14:2,7
60:9

**Significant** 42:6

**signing** 74:23

**since** 13:10 46:8

**single** 20:14

**sir** 39:4,6 65:12,
13

**six** 15:20 45:6,8
53:20 69:5,8,11
70:15,25 73:22

**skip** 9:6

**slurred** 29:24

**somebody** 35:25
50:25 51:24

**someone** 13:14
22:16 36:2 49:17,
18 50:4 51:4,13
52:13

**something** 16:22
25:19 26:2,4,12,
20,21 27:16 29:8
39:14 45:7 46:5
50:2,5,23 63:23,
25 64:20

**sometimes** 24:8

**somewhat** 16:13

**sorry** 20:2 40:7
58:7 60:19

**sought** 56:17

**sound** 41:2,4
47:7,24

**sounded** 47:25

**source** 63:13

**south** 7:9 35:2

**span** 31:5

**Sparkman** 60:23,
25

**speak** 19:2 20:16
53:7 54:10,17,18,
21 56:17

**speaking** 17:13
23:22,24 24:1
25:18 29:25
46:24

**specific** 70:6

**specifically** 58:17

**speculate** 71:13

**speculation**
64:10

**spell** 5:12

**spelled** 58:9

**spoke** 24:24
38:21 57:2 61:10

**spoken** 59:4

**Stacy** 9:23

**stairs** 39:23

**stand** 68:1,3

**standing** 41:6
67:5 69:9

**standpoint** 62:17

**start** 15:12 17:18
32:18 50:12

**started** 14:16
28:18 51:24
71:21

**starting** 15:12

**state** 29:7 60:4

**stated** 22:5,23

**statement** 9:4,9,
17,20 10:8,22,23,
25 11:15 12:1
13:2,12 16:13
18:9 19:23 21:2
22:5 25:21,22
27:10 39:22
43:11 49:9 59:9,
16,18,24 61:5
62:1,12,25

**Steve** 60:22,25

**still** 39:3 45:15,19
62:10 70:15,18,
20 73:15

**stomach** 44:4
70:9

**stood** 50:7 71:18,
19

**stop** 32:2,3,10,11
34:18 39:8,9
40:8,9 47:4,5

**stopped** 51:21,22
70:16

**stops** 71:1,3

**story** 19:20 52:23
53:1

**Street** 8:17 38:7
44:21

**stretch** 48:23

**stretched** 73:9

**struggle** 43:11,
15,18 67:4

**struggling** 41:24
66:1 70:18 73:15

**stuff** 7:16 11:3
29:14 34:15

**stunned** 57:10

**Suarez** 58:18
61:18

**subjective** 68:18

**substantial** 14:9

**substantive**
12:21

**Such** 43:25

**sudden** 50:7 53:6
71:3

**suffering** 64:2,7

**suggested** 36:18

**sundial** 39:16,17,
24 40:2,12,15
41:18,21

**super** 32:5

**swearing** 10:10

**swinging** 34:21

**swore** 10:8

**sworn** 5:6

**system** 55:10

---

**T**

**take** 9:14 11:13 15:3,6 21:17 23:13 24:6,7 26:15,22 37:8 39:7 50:2

**taken** 52:11 57:22 68:11

**talk** 14:19 18:5,6 19:13,15 20:8,11 24:8 25:20 36:22 37:1,10 47:10 48:2 52:21 57:1 63:23

**talked** 19:17 25:19 54:13 56:3 57:11

**talking** 17:11 20:4 21:20,22 22:2,3, 4,25 23:10 26:7 30:9,19 32:21 33:5 34:9,22,23 35:1 38:18 63:24 69:1

**tall** 66:9,22

**tase** 40:9 47:4 67:12,13

**tased** 41:1 67:7 72:7

**taser** 40:19,20,22, 25 41:9,12 46:17 47:7 48:12,20,25 49:3,6 57:20 67:10,14 69:9,10 72:4

**tasered** 56:6

**tasers** 71:2

**taser's** 67:20

**tasing** 54:2 66:14, 19,21

**technician** 50:20

**telling** 63:2

**ten** 36:20

**tenant** 13:8,9

**term** 72:1

**testified** 5:6

**than** 24:21 38:12, 13 43:19 48:12 52:5

**that's** 5:15 6:5 8:13 9:3 12:3,6, 11 13:5 15:13 18:1 19:20 20:23 21:10 25:9 30:1 32:11,18 41:13 44:21 46:4 51:14 56:8 59:23 62:17 64:1 68:18 69:23 71:18 73:6,11,18

**their** 47:13 52:18, 24 65:23,24 67:1 74:3,4,15

**thereupon** 9:11 37:22 38:3 55:18

**thing** 17:21 30:1 47:23 53:14 59:23

**things** 17:20 26:10 31:7 35:21 52:23

**thought** 24:18 47:12,19 53:22

73:4

**threat** 67:12

**three** 15:20,23 17:2 49:10 70:11 73:2,4,7,9

**threw** 32:20 33:13

**through** 16:11,12 27:16 50:22

**throw** 33:2,9,13 39:13

**throwing** 34:15 35:5,8 39:10

**thrown** 31:7

**tied** 68:2,4,5,7

**till** 37:6

**time** 6:9 11:24 12:1 15:1 16:24 17:13,22 19:15, 16 20:14 21:4,14 22:1,8,25 23:9,13 24:15 26:20,24 27:4,19 29:6,12 30:12,16 31:5,11 33:6 34:1,13,14 36:15,18 37:14 41:4,13,25 42:12, 25 45:5,24 46:19 49:3 51:20,24 53:5,6,8 58:2,6, 20 70:9

**timeframe** 18:3 28:20

**times** 35:20 48:14,15 67:7 72:7,11

**tired** 24:3

**titled** 56:6

**today** 11:6 15:10 26:16 58:20,23, 25 59:5,15,21,25 63:2

**today's** 6:5

**together** 30:2

**told** 25:23 27:10 40:8 47:5,16 52:17 53:11 62:6, 25 63:8

**tone** 65:14,16,23

**took** 10:11 11:3 12:18 15:8 26:18, 19 27:2 39:14 42:3 43:12,18 44:9

**touching** 49:6

**towards** 40:13 41:15 62:18

**trained** 50:21

**training** 57:18

**transcribed** 59:19

**transportation** 7:13

**transposed** 11:4

**treated** 44:18 55:8

**tree** 34:10,24

**trick** 6:11

**tried** 28:13

**true** 9:19 53:1

**trust** 56:19,20

**truth** 56:21 62:23, 25 63:2

**try** 17:11,15,16

20:6 28:11 29:18 39:19 52:8 54:10 65:9

**trying** 6:11 29:17 34:17 45:25 63:24 69:5 73:24 74:1,14

**turned** 49:13 71:10,12,20 72:12 73:18

**two** 10:3 13:2 19:4,6,19 24:21 25:3,13 33:15 38:1 45:3 49:10 51:9 52:15,22 54:6,13 70:10 73:2,4,6,9

**type** 11:23 17:12

**typed** 11:4,11 12:4 13:14,15

**typewrite** 6:8

**typewritten** 59:8, 16,18,24

**Tyson** 5:22 8:22 12:8,10 21:19 22:5,8,20 23:22 24:16 25:18,24 26:18 28:13 29:6, 23 30:17 31:12 33:2 34:9 35:11 37:14 39:10,23 40:2,10,14 41:15, 17 42:11,22,25 45:2,11,13,24 46:11 47:22 51:21 52:9 58:17 59:2 63:17 64:2, 7,17 67:6,22 68:14 69:12,24 70:2,24 72:4,12

**Tyson's** 18:12

Moore, Leonardo                    March 07, 2018                    Page 89

25:15 36:9 54:3,
23,25 55:21
66:15

---

**U**

**uh-huh** 13:22
15:5 16:5 19:8
41:19

**um-hum** 6:1,15
7:22 9:5,8,13,16,
18 10:4,24 11:9,
12 12:9 13:13,16,
19 14:1,23 15:11,
22 17:9 18:11,13
21:3 23:1 24:5
25:25 30:8 33:11
40:9,16 42:10
46:7,21 47:2,6
50:17 51:23 56:7,
12,20 61:16 63:7
65:22 68:15
70:23 73:3,14,19
74:16

**un** 53:1

**unbiased** 53:1,4

**under** 10:8

**underneath** 39:3

**understand** 16:17
29:22 53:18,20
59:7 61:25 69:23

**understood**
20:19 61:17

**unfairly** 55:8

**Unfortunately**
49:15

**units** 25:10

**University** 8:10

**Unless** 56:3

**unnecessary**
53:23

**unusual** 22:14
24:16

**upper** 74:11,13

**upset** 19:14 27:25
53:10,13 56:18

**upstairs** 63:23

**used** 40:25

**using** 74:3

**usual** 57:18

**usually** 21:7,16

---

**V**

**verbal** 6:7

**version** 52:24
61:21 62:2

**video** 15:3,6

**videos** 16:6,9

**view** 15:13,20
16:1 45:7 66:17

**viewpoint** 15:9

**views** 15:24,25

**vision** 43:3

**visually** 68:8

---

**W**

**waist** 74:10

**waived** 74:24

**wake** 21:5,14

**walk** 22:3 23:3
39:25

**walking** 39:25

**wall** 34:9,22,23
39:14,20

**want** 16:12 17:1,
7,10 18:7,21
19:2,13 35:23
43:5 52:20,23
53:2,7 54:18,25
57:6,8 59:12
61:11,14 62:10
66:23 71:13

**wanted** 12:6 20:1,
25 35:25 36:2
47:21 52:25
61:20 62:12,22

**Warrior** 30:10

**wasn't** 26:21
27:20 29:24
45:16 46:15 53:8
70:11

**watch** 38:23 48:6

**watched** 37:18

**way** 50:13 54:1
64:20 65:12 68:3
70:1

**weather** 8:5

**week** 18:4 21:8

**weeks** 24:21

**weigh** 23:7

**weighed** 66:11

**weight** 67:1 68:22

**weird** 33:8

**went** 13:6 23:3
29:1 33:15 34:19
37:8,16,17 38:21

44:8 48:5 51:11
71:21 73:2,4

**weren't** 52:17
70:4

**We'll** 11:8

**whatever** 28:12
35:22 44:14
49:23 53:2 73:10

**What's** 11:22

**whether** 16:8
26:24 27:2,7
40:24 41:9 51:2

**while** 17:7 22:2
35:5 39:11 44:25
45:25 48:20 51:7

**whoever** 65:4

**whole** 15:12
23:20 45:8 53:14,
21

**whom** 60:21

**wide** 32:23,24,25
33:1

**wife** 36:13

**will** 10:18 55:17
57:5

**willing** 20:16

**window** 10:21
14:15 15:8 37:20,
21 38:11 41:7
42:6 48:6

**windows** 38:24

**within** 18:4 31:5

**without** 28:14

**witness** 9:5 10:3
15:22,25 18:23
22:8 39:10 45:24

56:6 58:8 74:24

**witnessed** 62:3
63:9

**witnesses** 13:2,
20

**woke** 21:16,19

**women** 28:24

**word** 11:21,22,23

**wording** 59:13

**words** 23:16
51:21 72:3

**work** 26:20 50:22

**working** 6:20 8:3

**worry** 31:16

**wrist** 70:19

**write** 10:25 16:22,
25 17:5,18 19:22
20:1 57:11

**writing** 17:20

**written** 9:3 11:3
25:22 56:5 61:5
62:1

**wrong** 23:14

**wrote** 10:9 11:1
12:1 18:1 43:11
57:4

---

**X**

**Xavier** 31:3
35:12,20 36:3
46:3 65:4

**Xena** 30:9

Moore, Leonardo                    March 07, 2018                    Page 90

**Y**

**yard** 21:17 23:18,
  19 41:5 44:24

**year** 8:11

**years** 7:19

**yell** 41:23

**yelling** 24:3 29:15
  32:4 45:23 46:20
  47:1 48:10 49:10
  51:22 68:14,16,
  20 70:11,16 71:1,
  16 73:5,16

**yet** 35:21

**young** 25:2

**yourself** 31:15