# EXHIBIT 6

**Ryan Rillo**

From: Henry, Lori <Lori_Henry@sheriff.org>
Sent: Tuesday, October 28, 2014 10:31 AM
To: Ryan Rillo
Subject: Fire CAD

# Broward Sheriff's Office
# Communications Division - Fire Rescue Incident
# In-house Summary Sheet*

| | |
|---|---|
| Incident Number: FHW141027022593 | Prio./Disp.: 6 / TFR |
| Signal: S67IJ INJURY | Agency: HW |
| Address: 1836 JACKSON ST | Zone: 105C |
| Caller: 33C07 | Date: 10/27/14 |
| Caller Address: | |
| Dispatch Time: 14:55:40 | Arrival Time: 15:00:21 |
| Primary Unit: R105 | |

**Operator Console Summary**

Time: 14:55:30   Console: PP21   Operator: Mourad,Ameera
Incident Initiated By: Mourad,Ameera
Time: 14:55:30.000   Console: PP21   Operator: Mourad,Ameera
Primary Event: MAIN Opened: 14/10/27 14:55
Incident Initiated By: BS/MOURAD,AMEERA
LACERATION TO AN OFFICER
Time: 14:55:40.000   Console: PP22   Operator: Santana,Tiffany

1

HW/R105 - Dispatched ---> 1836 JACKSON ST --- S67SP
Response Type CHANGED Fr: M To:
Alarm Level CHANGED Fr: 00 To: 01
Primary Unit CHANGED To: HW/R105

Time: 14:55:44.000   Console: PP22   Operator: Santana,Tiffany
Incident Type CHANGED Fr: S67SP To: S67IJ
Response Type CHANGED To: M

Time: 14:56:14.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - USPA ---> 1836 JACKSON ST --- S67IJ

Time: 14:56:31.000   Console: PP22   Operator: Santana,Tiffany
CP105 ACK CALL

Time: 14:57:03.000   Console: PP22   Operator: Santana,Tiffany
Incident Associated to: L33141027143555

Time: 14:57:17.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Enroute ---> 1836 JACKSON ST --- S67IJ

Time: 15:00:12.000   Console: PP22   Operator: Santana,Tiffany
R105 IS APPROACHING THE SCENE
HW/R105 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:05:03.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Dispatched ---> 1836 JACKSON ST --- S67IJ
Response Type CHANGED Fr: M To:
Alarm Level CHANGED Fr: 01 To: 02

Time: 15:05:20.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - USPA ---> 1836 JACKSON ST --- S67IJ

Time: 15:05:47.000   Console: PP22   Operator: Santana,Tiffany
PD REQ ADDTL RESC//CP105 ACK ADV HE IS LL WITH R105 ADV AFFIRM START
ANOTHER RESC FOR A TRAUMA

Time: 15:06:19.000   Console: PP22   Operator: Santana,Tiffany
Response Type CHANGED To: M

Time: 15:06:27.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Dispatched ---> 1836 JACKSON ST --- S67IJ
Response Type CHANGED Fr: M To:
Alarm Level CHANGED Fr: 02 To: 03

Time: 15:06:46.000   Console: PP22   Operator: Santana,Tiffany

TYSON
01172

HW/CP105 - Dispatched ---> 1836 JACKSON ST --- S67IJ
Alarm Level CHANGED Fr: 03 To: 04
HW/CP105 - Enroute ---> 1836 JACKSON ST --- S67IJ

Time: 15:07:09.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - USPA ---> 1836 JACKSON ST --- S67IJ

Time: 15:07:23.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Enroute ---> 1836 JACKSON ST --- S67IJ
R105 ADV REQ ENGINE REF TO WORKING A CODE//

Time: 15:08:13.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Enroute ---> 1836 JACKSON ST --- S67IJ

Time: 15:10:37.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:10:58.000   Console: PP22   Operator: Santana,Tiffany
R105/E105 SEND ME 1X GUY TO THE BACK OF THE RESC AND ANOTHER TO ATTEND TO
PT

Time: 15:12:03.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:12:14.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:16:22.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Medical Unit Enroute to Hospital ---> MRH --- S67IJ

Time: 15:19:23.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Medical Unit Enroute to Hospital ---> MRH --- S67IJ

Time: 15:19:54.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Medical Unit Enroute to Hospital ---> MRH/MAN POWER --- S67IJ

Time: 15:23:56.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Medical Unit At Hospital ---> MRH --- S67IJ

Time: 15:25:04.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Medical Unit At Hospital ---> MRH --- S67IJ
HW/B5 - Dispatched ---> MRH --- S67IJ
HW/B5 - Arrived ---> MRH --- S67IJ
HW/B5 - Medical Unit At Hospital ---> MRH --- S67IJ

Time: 15:25:09.000   Console: PP22   Operator: Santana,Tiffany

TYSON
01173

Alarm Level CHANGED Fr: 04 To: 05

Time: 15:26:41.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Medical Unit Enroute to Hospital ---> MRH --- S67IJ

Time: 15:34:29.000   Console: PP21   Operator: Mourad,Ameera
IAAssocInc L33141027143555 UPDATE Loc to 10-33 TIME @ 1455

Time: 15:34:35.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Medical Unit At Hospital ---> MRH --- S67IJ

Time: 15:48:15.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Available ---> S67IJ

Time: 15:48:47.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Available ---> S67IJ

Time: 16:00:37.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Available ---> S67IJ
Disposition #1 Changed From: - - - - - - - To: TFR:
Disposition CHANGED To: TFR

Time: 16:11:52.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Available ---> S67IJ
HW/R105 - D ---> Added dispostion: TFR
Disposition CHANGED To: TFR

Time: 16:12:03.000   Console: Error   Operator:
Route Closed: MAIN
Incident Closed: 14/10/27 16:12

Time: 16:12:03.000   Console: PP22   Operator: Santana,Tiffany
HW/B5 - Available ---> S67IJ

Time: 16:12:03.000   Console: PP21   Operator: Mourad,Ameera
Disposition #1 Changed From: TFR: To: TFR:TRANSPORTED BY BCFR

Time: 10/27/2014 22:45:17.000   Console: PP21   Operator: Mcgill, Latarsha
IAAssocInc L33141027143555 UPDATE Dispo to RPT

Generated: 10/28/2014 10:30:01 AM

4

TYSON
01174

**Ryan Rillo**

From: Henry, Lori <Lori_Henry@sheriff.org>
Sent: Tuesday, October 28, 2014 10:31 AM
To: Ryan Rillo
Subject: Fire CAD

# Broward Sheriff's Office
# Communications Division - Fire Rescue Incident
# In-house Summary Sheet*

| | |
|---|---|
| Incident Number: FHW141027022593 | Prio./Disp.: 6 / TFR |
| Signal: S67IJ INJURY | Agency: HW |
| Address: 1836 JACKSON ST | Zone: 105C |
| Caller: 33C07 | Date: 10/27/14 |
| Caller Address: | |
| Dispatch Time: 14:55:40 | Arrival Time: 15:00:21 |
| Primary Unit: R105 | |

### Operator Console Summary

Time: 14:55:30   Console: PP21   Operator: Mourad,Ameera
Incident Initiated By: Mourad,Ameera
Time: 14:55:30.000   Console: PP21   Operator: Mourad,Ameera
Primary Event: MAIN Opened: 14/10/27 14:55
Incident Initiated By: BS/MOURAD,AMEERA
LACERATION TO AN OFFICER
Time: 14:55:40.000   Console: PP22   Operator: Santana,Tiffany

1

HW/R105 - Dispatched ---> 1836 JACKSON ST --- S67SP
Response Type CHANGED Fr: M To:
Alarm Level CHANGED Fr: 00 To: 01
Primary Unit CHANGED To: HW/R105
Time: 14:55:44.000   Console: PP22   Operator: Santana,Tiffany
Incident Type CHANGED Fr: S67SP To: S67IJ
Response Type CHANGED To: M
Time: 14:56:14.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - USPA ---> 1836 JACKSON ST --- S67IJ
Time: 14:56:31.000   Console: PP22   Operator: Santana,Tiffany
CP105 ACK CALL
Time: 14:57:03.000   Console: PP22   Operator: Santana,Tiffany
Incident Associated to: L33141027143555
Time: 14:57:17.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Enroute ---> 1836 JACKSON ST --- S67IJ
Time: 15:00:12.000   Console: PP22   Operator: Santana,Tiffany
R105 IS APPROACHING THE SCENE
HW/R105 - Arrived ---> 1836 JACKSON ST --- S67IJ
Time: 15:05:03.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Dispatched ---> 1836 JACKSON ST --- S67IJ
Response Type CHANGED Fr: M To:
Alarm Level CHANGED Fr: 01 To: 02
Time: 15:05:20.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - USPA ---> 1836 JACKSON ST --- S67IJ
Time: 15:05:47.000   Console: PP22   Operator: Santana,Tiffany
PD REQ ADDTL RESC//CP105 ACK ADV HE IS LL WITH R105 ADV AFFIRM START
 ANOTHER RESC FOR A TRAUMA
Time: 15:06:19.000   Console: PP22   Operator: Santana,Tiffany
Response Type CHANGED To: M
Time: 15:06:27.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Dispatched ---> 1836 JACKSON ST --- S67IJ
Response Type CHANGED Fr: M To:
Alarm Level CHANGED Fr: 02 To: 03
Time: 15:06:46.000   Console: PP22   Operator: Santana,Tiffany

2

HW/CP105 - Dispatched ---> 1836 JACKSON ST --- S67IJ
Alarm Level CHANGED Fr: 03 To: 04
HW/CP105 - Enroute ---> 1836 JACKSON ST --- S67IJ

Time: 15:07:09.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - USPA ---> 1836 JACKSON ST --- S67IJ

Time: 15:07:23.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Enroute ---> 1836 JACKSON ST --- S67IJ
R105 ADV REQ ENGINE REF TO WORKING A CODE//

Time: 15:08:13.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Enroute ---> 1836 JACKSON ST --- S67IJ

Time: 15:10:37.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:10:58.000   Console: PP22   Operator: Santana,Tiffany
R105/E105 SEND ME 1X GUY TO THE BACK OF THE RESC AND ANOTHER TO ATTEND TO
PT

Time: 15:12:03.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:12:14.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Arrived ---> 1836 JACKSON ST --- S67IJ

Time: 15:16:22.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Medical Unit Enroute to Hospital ---> MRH --- S67IJ

Time: 15:19:23.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Medical Unit Enroute to Hospital ---> MRH --- S67IJ

Time: 15:19:54.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Medical Unit Enroute to Hospital ---> MRH/MAN
POWER --- S67IJ

Time: 15:23:56.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Medical Unit At Hospital ---> MRH --- S67IJ

Time: 15:25:04.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Medical Unit At Hospital ---> MRH --- S67IJ
HW/B5 - Dispatched ---> MRH --- S67IJ
HW/B5 - Arrived ---> MRH --- S67IJ
HW/B5 - Medical Unit At Hospital ---> MRH --- S67IJ

Time: 15:25:09.000   Console: PP22   Operator: Santana,Tiffany

3

TYSON
01177

Alarm Level CHANGED Fr: 04 To: 05

Time: 15:26:41.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Medical Unit Enroute to Hospital ---> MRH --- S67IJ

Time: 15:34:29.000   Console: PP21   Operator: Mourad,Ameera
IAAssocInc L33141027143555 UPDATE Loc to 10-33 TIME @ 1455

Time: 15:34:35.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Medical Unit At Hospital ---> MRH --- S67IJ

Time: 15:48:15.000   Console: PP22   Operator: Santana,Tiffany
HW/CP105 - Available ---> S67IJ

Time: 15:48:47.000   Console: PP22   Operator: Santana,Tiffany
HW/E105 - Available ---> S67IJ

Time: 16:00:37.000   Console: PP22   Operator: Santana,Tiffany
HW/R205 - Available ---> S67IJ
Disposition #1 Changed From: - - - - - - - To: TFR:
Disposition CHANGED To: TFR

Time: 16:11:52.000   Console: PP22   Operator: Santana,Tiffany
HW/R105 - Available ---> S67IJ
HW/R105 - D ---> Added dispostion: TFR
Disposition CHANGED To: TFR

Time: 16:12:03.000   Console: Error   Operator:
Route Closed: MAIN
Incident Closed: 14/10/27 16:12

Time: 16:12:03.000   Console: PP22   Operator: Santana,Tiffany
HW/B5 - Available ---> S67IJ

Time: 16:12:03.000   Console: PP21   Operator: Mourad,Ameera
Disposition #1 Changed From: TFR: To: TFR:TRANSPORTED BY BCFR

Time: 10/27/2014 22:45:17.000   Console: PP21   Operator: Mcgill, Latarsha
IAAssocInc L33141027143555 UPDATE Dispo to RPT

Generated: 10/28/2014 10:30:01 AM

4

TYSON
01178

**Ryan Rillo**

From: Henry, Lori <Lori_Henry@sheriff.org>
Sent: Tuesday, October 28, 2014 10:30 AM
To: Ryan Rillo
Subject: Law CAD

# Broward Sheriff's Office
# Communications Division - Law Enforcement Incident
# In-house Summary Sheet*

| | |
|---|---|
| Incident Number: L33141027143555 | Prio./Disp.: 3 / RPT |
| Signal: 20 MENTALLY ILL PERSON | Agency: Hollywood PD |
| Address: 1836 JACKSON ST - 10-33 TIME @ 1455 | Zone: 3307 |
| Caller: XAVIER @ 3057761230 | Date: 10/27/14 |
| Caller Address: MIAMI | |
| Dispatch Time: 14:45:53 | Arrival Time: 14:48:14 |
| Primary Unit: 33C07 | Primary: 3403 |

**Operator Console Summary**

Time: 14:44:07   Console: S3   Operator: Sullivan, Brian
Incident Initiated By: Sullivan, Brian
Time: 14:44:08.000   Console: S3   Operator: Sullivan, Brian
Primary Event: MAIN Opened: 14/10/27 14:44
Incident Initiated By: BS/SULLIVAN, BRIAN

1

TYSON
01179

  2ND HAND 1043...COMP ADV HIS TENAT IS VERY AGGITATED ,,SUBJ IS A WM
  DANIEL TYSON 5'6 NAKED W/ BOOTS TALKING TO TREES ,,ADV SUBJ IS A MANIAC
  DEPESSENT AND DOES NOT HAVE HIS MEDS
  Time: 14:45:53.000   Console: PP21   Operator: Alvarez,Emily
  33/33C07 - USD ---> 1836 JACKSON ST --- 20
  Primary Unit CHANGED To: 33/33C07
  33/33C05 - USD ---> 1836 JACKSON ST --- 20
  Time: 14:46:00.000   Console: S3   Operator: Sullivan, Brian
  Unit Changed From: - - - - - - - To: 3333C07-
  Time: 14:47:59.000   Console: PP21   Operator: Jackson, Satonya
  33/33C05 - Enroute ---> 1836 JACKSON ST --- 20
  33/33C07 - Enroute ---> 1836 JACKSON ST --- 20
  33/33C07 - Arrived ---> 1836 JACKSON ST --- 20
  Time: 14:48:20.000   Console: Error   Operator:
  33/33C07 - UO ---> Overdue: Operator: BS/9153 Console: PP21
  Time: 14:55:35.000   Console: PP21   Operator: Mourad,Ameera
  AIR 1003
  33/33C08 - USD ---> 1836 JACKSON ST --- 20
  Time: 14:55:52.000   Console: PP21   Operator: Mourad,Ameera
  *** AIR 1003 ***
  33/33C09 - USD ---> 1836 JACKSON ST --- 20
  Time: 14:56:10.000   Console: PP21   Operator: Mourad,Ameera
  33/33D11 - USDE ---> 1836 JACKSON ST --- 20
  Time: 14:56:29.000   Console: PP21   Operator: Mourad,Ameera
  OFFICER INJURED*** LACERATIONS...D11 48
  Time: 14:57:02.000   Console: PP22   Operator: Santana,Tiffany
  Incident Associated to: FHW141027022593
  Time: 14:57:35.000   Console: PP22   Operator: Santana,Tiffany
  Norm Mail Attach Dt: 14/10/27 Tm: 14:57 Cons: PP22 Oper: SANTANA,TIFFANY
  Subject: PLS ADV ON SCENE SAFETY FOR R105
  Time: 14:57:39.000   Console: PP21   Operator: Mourad,Ameera
  33/33C10 - USD ---> 1836 JACKSON ST --- 20

TYSON
01180

33/33C10 - UR ---> Reassign: 20 L33141027143552
33/33C10 - Arrived ---> 1836 JACKSON ST --- 20

Time: 14:57:58.000   Console: PP21   Operator: Mourad,Ameera
AIR 1008 **

Time: 14:58:08.000   Console: PP21   Operator: Mourad,Ameera
Rply Mail Attach Dt: 14/10/27 Tm: 14:58 Cons: PP21 Oper:
MOURAD,AMEERA
Subject: PLS ADV ON SCENE SAFETY FOR R105
SAFE
-----Original Message-----

Time: 14:59:07.000   Console: PP21   Operator: Mourad,Ameera
*** LACERATION TO THE HEAD ***

Time: 15:00:12.000   Console: PP22   Operator: Santana,Tiffany
R105 IS APPROACHING THE SCENE

Time: 15:00:21.000   Console: Error   Operator:
IAAssocInc FHW141027022593 First Unit Arrived: HW/R105 AR

Time: 15:00:33.000   Console: PP21   Operator: Mourad,Ameera
33/33C08 - Arrived ---> 1836 JACKSON ST --- 20
33/33C09 - Arrived ---> 1836 JACKSON ST --- 20
FD IS 97 **

Time: 15:01:08.000   Console: PP21   Operator: Mourad,Ameera
33/33C07 - Arrived ---> 1836 JACKSON ST --- 20
33/33D11 - Arrived ---> 1836 JACKSON ST --- 20

Time: 15:03:05.000   Console: PP21   Operator: Mourad,Ameera
EVERYBODY IS 1004 FD 1097 D11 97**

Time: 15:03:08.000   Console: PP21   Operator: Mourad,Ameera
DO 1039

Time: 15:04:56.000   Console: PP21   Operator: Mourad,Ameera
33C07 REQ ANOTHER FD UNIT..FD DISP 1039

Time: 15:05:03.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Resp to
IAAssocInc FHW141027022593 UPDATE Cmnt * to 02

Time: 15:05:47.000   Console: PP22   Operator: Santana,Tiffany
PD REQ ADDTL RESC//CP105 ACK ADV HE IS LL WITH
R105 ADV AFFIRM START

3

TYSON
01181

ANOTHER RESC FOR A TRAUMA

Time: 15:06:19.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Resp to M

Time: 15:06:27.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Resp to
IAAssocInc FHW141027022593 UPDATE Cmnt * to 03

Time: 15:06:47.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Cmnt * to 04

Time: 15:07:23.000   Console: PP22   Operator: Santana,Tiffany
R105 ADV REQ ENGINE REF TO WORKING A CODE//

Time: 15:10:47.000   Console: PP21   Operator: Mourad,Ameera
33/33S10 - Arrived ---> 1836 JACKSON ST --- 20

Time: 15:13:38.000   Console: PP21   Operator: Mourad,Ameera
ALL UNITS WORKING THIS INCIDENT STAY ON MAIN CHANNEL.///THE CITY STAYS ON
TAC 2
33/33C05 - Arrived ---> 1836 JACKSON ST --- 20

Time: 15:19:06.000   Console: PP21   Operator: Mourad,Ameera
33D11 1051 TO MEM FD 2X UNITS ESCORTING ..U3336 1039

Time: 15:20:29.000   Console: PP21   Operator: Mourad,Ameera
***COMMAND POST*** 1800 JACKSON ST ***

Time: 15:25:09.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Cmnt * to 05

Time: 15:25:40.000   Console: PP21   Operator: Mourad,Ameera
33/33L10 - USDE ---> 1836 JACKSON ST --- 20

Time: 15:25:52.000   Console: PP21   Operator: Mourad,Ameera
33/33L10 - Arrived ---> MEM --- 20

Time: 15:26:30.000   Console: PP21   Operator: Mourad,Ameera
33E06 REQ LIMA UNIT

Time: 15:26:45.000   Console: PP21   Operator: Mourad,Ameera
***33C09/33C07 1051 TO MEM W/ R205***

Time: 15:33:18.000   Console: PP21   Operator: Mourad,Ameera
33/33C07 - Enroute ---> MEM 1014 W/ FD --- 20
33/33C09 - Enroute ---> MEM 1014 W/ FD --- 20

Time: 15:34:29.000   Console: PP21   Operator: Mourad,Ameera

4

TYSON
01182

Location CHANGED To: 10-33 TIME @ 1455
Location Text Changed From: - - - - - - - To: 10-33 TIME @ 1455
Time: 15:35:09.000   Console: PP21   Operator: Mourad,Ameera
33/33C04 - Arrived ---> 1836 JACKSON ST --- 20
33/33C06 - Arrived ---> 1836 JACKSON ST --- 20
Time: 15:37:56.000   Console: PP21   Operator: Mourad,Ameera
33/33S4 - USDE ---> 1836 JACKSON ST --- 20
33/33S5 - USDE ---> 1836 JACKSON ST --- 20
33/33S4 - Arrived ---> 1836 JACKSON ST --- 20
33/33S5 - Arrived ---> 1836 JACKSON ST --- 20
Time: 15:40:13.000   Console: PP21   Operator: Mourad,Ameera
33/33C81 - Arrived ---> 1836 JACKSON ST --- 20
Time: 15:43:45.000   Console: PP21   Operator: Mourad,Ameera
33/33C80 - Arrived ---> 1836 JACKSON ST --- 20
33/33C80 - Arrived ---> MEM --- 20
Time: 15:44:24.000   Console: PP21   Operator: Mourad,Ameera
33/U3386 - Arrived ---> 1836 JACKSON ST --- 20
Time: 15:47:32.000   Console: PP21   Operator: Mourad,Ameera
33/33C03 - Arrived ---> 1836 JACKSON ST --- 20
Time: 15:49:36.000   Console: PP21   Operator: Mourad,Ameera
33/33S7 - Arrived ---> 1836 JACKSON ST --- 20
Time: 15:50:16.000   Console: PP21   Operator: Mourad,Ameera
33/33S7 - Arrived ---> MEM --- 20
Time: 15:53:11.000   Console: Error   Operator:
33/33L10 - UO ---> Overdue: Operator: BS/15751 Console: PP21
Time: 16:00:37.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Dispo to TFR MAIN
Time: 16:01:33.000   Console: PP21   Operator: Mourad,Ameera
33/33C07 - Arrived ---> MEM 1014 W/ FD --- 20
33/33C09 - Arrived ---> MEM 1014 W/ FD --- 20
Time: 16:02:32.000   Console: PP21   Operator: Mourad,Ameera
Norm Mail Attach Dt: 14/10/27 Tm: 16:02 Cons: PP21 Oper: MOURAD,AMEERA
Subject: WE NEED A CSO PER D11
Time: 16:03:59.000   Console: PP29   Operator: Howard,Trameka

5

TYSON
01183

Rply Mail Attach Dt: 14/10/27 Tm: 16:03 Cons: PP29 Oper: HOWARD,TRAMEKA
Subject: WE NEED A CSO PER D11
33Z10 JUST WENT 1008
-----Original Message-----
Time: 16:04:54.000   Console: PP21   Operator: Mourad,Ameera
Rply Mail Attach Dt: 14/10/27 Tm: 16:04 Cons: PP21 Oper: MOURAD,AMEERA
Subject: WE NEED A CSO PER D11
1004 THANKS
-----Original Message-----
33Z10 JUST WENT 1008
-----Original Message-----
Time: 16:06:23.000   Console: PP21   Operator: Mourad,Ameera
33/33L3 - USDE ---> 1836 JACKSON ST --- 20
33/33L3 - Arrived ---> 1836 JACKSON ST --- 20
Time: 16:11:52.000   Console: PP22   Operator: Santana,Tiffany
IAAssocInc FHW141027022593 UPDATE Dispo to TFR MAIN
Time: 16:13:57.000   Console: PP21   Operator: Mourad,Ameera
33/33C83 - Arrived ---> 1836 JACKSON ST --- 20
Time: 16:17:27.000   Console: PP21   Operator: Mourad,Ameera
33/33L3 - Arrived ---> 1836 JACKSON ST --- 20
Time: 16:42:17.000   Console: PP21   Operator: Mourad,Ameera
33/33C82 - Arrived ---> 1836 JACKSON ST --- 20
Time: 16:44:32.000   Console: PP21   Operator: Mourad,Ameera
33/33D11 - UR ---> Reassign: 20 L33141027143586
Time: 16:45:12.000   Console: PP21   Operator: Mourad,Ameera
33/33D11 - USDE ---> 1836 JACKSON ST --- 20
33/33D11 - Arrived ---> 1836 JACKSON ST --- 20
Time: 17:01:23.000   Console: PP21   Operator: Archibald, Marlon
33/33D11 - UR ---> Reassign: 20 L33141027143595
Time: 18:00:44.000   Console: Error   Operator:
33/33C10 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 18:04:18.000   Console: 00   Operator: Owens, Michael
33/33C09 - Available ---> 20

TYSON
01184

Time: 18:24:00.000   Console: Error   Operator:
33/33C05 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 18:24:18.000   Console: Error   Operator:
33/33S10 - UO ---> Overdue: Operator: BS/10448 Console: PP21
33/33S10 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 18:25:23.000   Console: Error   Operator:
33/33C08 - UO ---> Overdue: Operator: BS/10448 Console: PP21
33/33L10 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 18:46:02.000   Console: Error   Operator:
33/33C04 - UO ---> Overdue: Operator: BS/10448 Console: PP21
33/33C06 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 18:47:30.000   Console: Error   Operator:
33/33C80 - UO ---> Overdue: Operator: BS/10448 Console: PP21
33/33C81 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 18:48:43.000   Console: Error   Operator:
33/33C03 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 18:50:19.000   Console: Error   Operator:
33/33S4 - UO ---> Overdue: Operator: BS/10448 Console: PP21
33/33S5 - UO ---> Overdue: Operator: BS/10448 Console: PP21
33/U3386 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 18:51:07.000   Console: Error   Operator:
33/33S7 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 19:02:30.000   Console: Error   Operator:
33/33C07 - UO ---> Overdue: Operator: BS/10448 Console: PP21
Time: 10/27/2014 19:15:12.000   Console: Error   Operator:
33/33C83 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 19:19:34.000   Console: Error   Operator:
33/33L3 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 19:41:12.000   Console: Error   Operator:
33/33C10 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 19:42:25.000   Console: 00   Operator:
Pantaloukas, Andreas
33/33C05 - Comment ---> Comment: MDC Deactivated
Time: 10/27/2014 19:44:07.000   Console: Error   Operator:
33/33C82 - UO ---> Overdue: Operator: BS/17255 Console: PP21

7

Time: 10/27/2014 19:46:51.000   Console: PP21   Operator: Mcgill, Latarsha
33/33C80 - Available ---> 20
Time: 10/27/2014 19:48:15.000   Console: PP21   Operator: Mcgill, Latarsha
33/33C82 - Available ---> 20
Time: 10/27/2014 20:02:33.000   Console: PP21   Operator: Mcgill, Latarsha
33/33C04 - Available ---> 20
Time: 10/27/2014 20:05:50.000   Console: Error   Operator:
33/33C08 - UO ---> Overdue: Operator: BS/17255 Console: PP21
33/33S10 - UO ---> Overdue: Operator: BS/17255 Console: PP21
33/33C05 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 20:07:35.000   Console: Error   Operator:
33/33L10 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 20:28:04.000   Console: 00   Operator: Kerns, Brian
33/33C81 - Comment ---> Comment: MDC Deactivated
Time: 10/27/2014 20:28:17.000   Console: Error   Operator:
33/33C81 - UO ---> Overdue: Operator: BS/17255 Console: PP21
33/33C06 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 20:29:18.000   Console: 00   Operator: Gibbons, James
33/33C06 - Available ---> 20
Time: 10/27/2014 20:29:42.000   Console: Error   Operator:
33/33C03 - UO ---> Overdue: Operator: BS/17255 Console: PP21
Time: 10/27/2014 20:31:28.000   Console: PP21   Operator: Mcgill, Latarsha
33/33S4 - Available ---> 20
33/33S5 - Available ---> 20
33/33S7 - Available ---> 20
Time: 10/27/2014 20:31:54.000   Console: PP21   Operator: Mcgill, Latarsha
33/U3386 - Available ---> 20
Time: 10/27/2014 20:32:38.000   Console: PP21   Operator: Mcgill,

8

TYSON
01186

Latarsha
  33/33C83 - Arrived ---> 1836 JACKSON ST --- 20
  Time: 10/27/2014 20:47:55.000   Console: Error   Operator:
  33/33C07 - UO ---> Overdue: Operator: BS/17255 Console: PP21
  Time: 10/27/2014 20:51:27.000   Console: 00   Operator: Wagner, Kyle
  33/33C10 - Comment ---> Comment: MDC Deactivated
  Time: 10/27/2014 21:04:01.000   Console: PP21   Operator: Mcgill, Latarsha
  33/33L3 - Available ---> 20
  Time: 10/27/2014 21:08:40.000   Console: PP21   Operator: Mcgill, Latarsha
  33/33C06 - USD ---> 1836 JACKSON ST --- 20
  Time: 10/27/2014 21:14:32.000   Console: PP21   Operator: Mcgill, Latarsha
  33/33C06 - Enroute ---> 1836 JACKSON ST --- 20
  Time: 10/27/2014 21:22:22.000   Console: Error   Operator:
  33/33C10 - UO ---> Overdue: Operator: BS/17255 Console: PP21
  Time: 10/27/2014 21:42:38.000   Console: Error   Operator:
  33/33C06 - UO ---> Overdue: Operator: BS/14233 Console: PP21
  Time: 10/27/2014 21:46:39.000   Console: Error   Operator:
  33/33S10 - UO ---> Overdue: Operator: BS/14233 Console: PP21
  33/33C05 - UO ---> Overdue: Operator: BS/14233 Console: PP21
  33/33C08 - UO ---> Overdue: Operator: BS/14233 Console: PP21
  Time: 10/27/2014 21:47:53.000   Console: Error   Operator:
  33/33L10 - UO ---> Overdue: Operator: BS/14233 Console: PP21
  Time: 10/27/2014 21:47:59.000   Console: PP21   Operator: Beasley, Marjorie
  33/33L10 - Available ---> 20
  33/33S10 - Available ---> 20
  Time: 10/27/2014 22:07:25.000   Console: PP21   Operator: Beasley, Marjorie
  33/33C06 - Arrived ---> 1836 JACKSON ST --- 20
  Time: 10/27/2014 22:09:13.000   Console: Error   Operator:
  33/33C81 - UO ---> Overdue: Operator: BS/14233 Console: PP21

9

TYSON
01187

Time: 10/27/2014 22:10:08.000   Console: Error   Operator:
33/33C03 - UO ---> Overdue: Operator: BS/14233 Console: PP21
Time: 10/27/2014 22:31:56.000   Console: Error   Operator:
33/33C07 - UO ---> Overdue: Operator: BS/14233 Console: PP21
Time: 10/27/2014 22:38:20.000   Console: PP21   Operator: Beasley, Marjorie
33/33L3 - USDE ---> 1836 JACKSON ST --- 20
33/33L3 - Arrived ---> 1836 JACKSON ST --- 20
Time: 10/27/2014 22:45:17.000   Console: PP21   Operator: Mcgill, Latarsha
33/33C07 - D ---> Added dispostion: RPT
Disposition #1 Changed From: - - - - - - - - To: RPT:REPORT
Disposition CHANGED To: RPT
Time: 10/27/2014 22:53:08.000   Console: PP21   Operator: Mcgill, Latarsha
33/33C03 - Available ---> 20
Time: 10/27/2014 23:03:15.000   Console: Error   Operator:
33/33C10 - UO ---> Overdue: Operator: BS/16053 Console: PP21
Time: 10/27/2014 23:18:46.000   Console: 00   Operator: Gibbons, James
33/33C06 - Comment ---> Comment: MDC Deactivated
Time: 10/27/2014 23:29:25.000   Console: Error   Operator:
33/33C08 - UO ---> Overdue: Operator: BS/16053 Console: PP21
33/33C05 - UO ---> Overdue: Operator: BS/16053 Console: PP21
Time: 10/27/2014 23:32:55.000   Console: PP21   Operator: Coakley, Sheneka
33/33C08 - Available ---> 20
Time: 10/27/2014 23:38:53.000   Console: PP21   Operator: Coakley, Sheneka
33/33C08 - USDE ---> 1836 JACKSON ST --- 20
33/33C08 - Arrived ---> 1836 JACKSON ST --- 20
Time: 10/27/2014 23:50:56.000   Console: Error   Operator:
33/33C81 - UO ---> Overdue: Operator: BS/16053 Console: PP21
33/33C83 - UO ---> Overdue: Operator: BS/16053 Console: PP21
Time: 10/27/2014 23:51:17.000   Console: PP21   Operator:

TYSON
01188

Coakley, Sheneka
33/33L3 - Available ---> 20

Time: 10/28/2014 00:37:46.000   Console: Error   Operator:
Route Closed: MAIN RPT
Incident Closed: 14/10/28 00:37

Time: 10/28/2014 00:37:46.000   Console: PP21   Operator:
Coakley, Sheneka
33/33C10 - Unit Freed
33/33C81 - Unit Freed
33/33C06 - Unit Freed
33/33C05 - Unit Freed
33/33C07 - Unit Freed
33/33C08 - Unit Freed
33/33C83 - Unit Freed

Time: 10/28/2014 00:38:10.000   Console: PP21   Operator:
Coakley, Sheneka
PER 33D1 ADV 04 TO CODE

Generated: 10/28/2014 10:28:54 AM

11

TYSON
01189