# EXHIBIT 13

# EXHIBIT D: 1836 Jackson Street In Custody  Death

| ALL TIMES ARE APPROXIMATE | | | TIMES INDICATE CYCLE START TIME | | |
|---|---|---|---|---|---|
| FIRE CAD | POLICE CAD | OFFICERS | TASER | DURATION | TIME GAP |
| | | | TIMES INDICATE SYNCHING TASERS | OF TASER | SECONDS |
| | 14:47:54  DISPATCHED | 33C5 RAMIREZ, 33C7 PONTALOUKAS | ON 10/28/14 TO REAL TIME | USE | BETWEEN |
| | 14:47:59  ENROUTE | 33C5 RAMIREZ, 33C7 PONTALOUKAS | | | USE |
| | 14:48:14  ARRIVED | 33C7 RAMIREZ | | | |
| | | | 14:53:26 RAMIREZ  33C7 | 5 SEC | |
| | 14:53:48 10-94 REQUESTED | PANTALOUKAS REQUESTS BACKUP | (INEFFECTIVE/LOST CONNECTION) | | |
| | | | | | |
| | 14:54:03 AIR 10-03 | | | | |
| 14:54:40 RESCUE REQUESTED | (EMERGENCY TRAFFIC ONLY) | | | | |
| | | | 14:53:55 PANTALOUKAS  33C5 | 9 SEC | 29 SEC |
| | | | | | |
| | | | 14:54:05 PANTALOUKAS  33C5 | 5 SEC | 10 SEC |
| | | | | | |
| | | | 14:54:23 PANTALOUKAS  33C5 | 5 SEC | 18 SEC |
| | | | | | |
| | | | 14:54:56 PANTALOUKAS  33C5 | 5 SEC | 33 SEC |
| | | | | | |
| | 14:55:12 IN CUSTODY | | 106 SECONDS TO IN CUSTODY | 29 SEC | |
| | | | FROM 1ST TASER DEPLOYMENT | | |
| | | | (1 MINUTE 46 SECONDS) | | |
| | 14:55:35 ENROUTE | 33C8 KARL, 33C09 OWENS | | | |
| | | | | | |
| | | | | | |
| | 14:55:39  ARRIVED | 33C10 WAGNER | | | |
| 14:55:40  RESCUE 105 DISPATCHED | | | | | |
| | | | 14:56:15 PANTALOUKAS  33C5 | 5 | 79 |
| | 14:56:53  AIR 1008 | | | | |
| 14:57:17 RESCUE 105 ENROUTE | EMERGENCY TRAFFIC CANCELED | | 14:58:23  PANTALOUKAS  33C5 | 5 | 128 |
| | | | 14:59:03 PANTALOUKAS  33C5 | 5 | 40 |
| | | | 14:59:29  PANTALOUKAS  33C5 | 5 | 26 |
| | | | 14:59:56  PANTALOUKAS  33C5 | 5 | 27 |
| 15:00:12 R105 APPROACHING SCENE | | | | | |
| | | | 284 SECONDS OR 4 MINUTES 44 | 25 SECONDS | |
| | 15:00:33 ARRIVED | 33C8 KARL, 33C9 OWENS | SECONDS FROM I/C TO LAST TASER | | |
| | | | | | |
| 15:01:08 RESCUE 105 ALREADY O/S | 15:01:08  ARRIVED | 33D11 SGT. RUIZ | | | |
| (ARRIVED) | | | | | |
| | | | | | |
| 15:16:22 RESCUE 105 ENROUTE | | | | | |
| TO MEMORIAL HOSPITAL | | | | | |
| | | | | | |
| | LEGEND | | | | |
| CALL SIGN | OFFICER | FTO | | | |
| 33C7 | RAMIREZ | KERNS 33C81  SHADOWING | | | |
| 33C5 | PANTALOUKAS | FLORES 33C82 SHADOWING | | | |
| 33C8 | KARL | SGT RUIZ 33D11 | | | |
| 33C10 | WAGNER | | TIME BETWEEN 1ST AND LAST | | |
| 33C9 | OWENS | | 390 SECONDS | 54 SECONDS | |
| | | . | 6 MINUTES AND 30 SECONDS | TOTAL | |