# EXHIBIT 24

Broward County Medical Examiner
5301 SW 31st Avenue
Fort Lauderdale, FL 33312

| | | | |
|---|---|---|---|
| NAME: | Tyson, Daniel | ME CASE NO.: | 14-2848 |
| SEX: | Male | DATE OF AUTOPSY: | October 28, 2014 |
| RACE: | White | TIME OF AUTOPSY: | 0840 Hours |
| AGE: | 30 Years | EXAMINER: | Marlon S. Osbourne, MD |
| DOB: | June 13, 1984 | | Associate Medical Examiner |

--------------------------------------------------------------

**Circumstances of Death:**   Became unresponsive several minutes after being detained by police following a disturbance.

**Authorization for Autopsy:**   Florida Statute 406

**Identification:**   Visual by police

**Cause of Death:**   Undetermined

**Manner of Death:**   Undetermined

**TYSON 04015**

Tyson, Daniel                    October 28, 2014   840 Hours                    14-2848

## EXTERNAL EXAMINATION

The body is received in a white body bag sealed with a red plastic seal numbered 030581. A body transportation toe tag is removed from the body bag and placed on the on the right great toe. The body is that of a 68 inch, 220 pound, large build young white male who appears compatible with reported age of 30 years. There is blanching purple lividity of the distributed on the posterior surfaces of the body, except in areas exposed to pressure. Rigor mortis is fully developed to an equal degree in all extremities.  The body is cool (refrigerated).

The atraumatic scalp is covered by brown hair. Facial hair consists of a goatee.  The facial bones have no palpable fractures. The irides are brown.  The sclerae are white. The conjunctivae have no petechiae.  The external auditory meatuses have no discharge.  The nares are patent and free of foreign material and abnormal secretions.  The nasal bones and nasal septum are palpably intact.  The lips are atraumatic. The oral cavity has no injuries.   The natural teeth are in fair repair and have no visible dental restorations.

The neck is symmetric and has no palpable masses or injuries.  The chest is symmetric and has no palpable masses.  The abdomen is slightly protuberant. The back is symmetric.  The external genitalia are those of a circumcised adult male.  The testes are within the scrotum.  The anus and perineum have no trauma or abnormalities.

The upper and lower extremities have no deformities or fractures.

## CLOTHING & PERSONAL EFFECTS

No clothing. A yellow metal ring is on the fourth digit of the left hand.

## EVIDENCE OF INJURY

### BLUNT TRAUMA:

### Torso:

The left side of the chest has an irregular 0.8 x0.9 centimeter dark maroon abrasion with a central punctate defect. The epigastric are of the abdomen has a 1 x 0.5 centimeter irregular abrasion. The right upper quadrant of the abdomen has a linear vertically oriented 1.1 x 0.2 centimeter abrasion.

### Extremities:

Small abrasions are on the right knee anteriorly. Parallel linear abrasions are on the medial aspect of the left forearm. A small linear abrasion is on the anteromedial aspect of the left leg.

**TYSON 04016**

Tyson, Daniel                   October 28, 2014   840 Hours                          14-2848

## ELECTOMUSCULAR DISRUPTIVE DEVICE:

The left side of the lower back has two metallic barbs from a conducted electrical device implanted. The superior barb is 50 centimeters below the top of the head and 10 centimeters to the left of midline. The inferior barb is 50 centimeters below the top of the head and 10 centimeters to the left of midline.

## EVIDENCE OF THERAPY

An endotracheal tube protrudes from the mouth. Adhesive defibrillator pads are on the chest. Adhesive electrocardiograph leads are on the chest and abdomen. Intravenous catheters are in the right anticubital fossa and the right forearm. An intraosseous cannula is in the left tibia. Hospital bracelets around the right wrist and right ankle bear the decedent's name and medical record number (5235798).

## RADIOGRAPHS

Full body radiography (LODOX scan) reveals no acute orthopedic abnormalities.

## INTERNAL EXAMINATION

Having been described above, injuries will not be repeated in the remainder of the report.

## BODY CAVITIES:

The body is opened by a Y-shaped incision and the chest plate is removed. No adhesions or abnormal collections of fluid are present in any of the body cavities. All body organs are in the normal anatomical position.

## HEAD: (Central Nervous System)

The reflected scalp has no subgaleal hemorrhages. The calvarium, skull base, and dura are intact. The epidural and subdural spaces have no liquid accumulations. The leptomeninges are thin and transparent. The subarachnoid space is free of blood and exudates. The brain is 1700 grams. The brain is retained for subspecialty consultation. Please refer to neuropathology report for further details.

## NECK:

The tongue is free of bite marks, hemorrhage, or other injury. The firm, brown, muscles of the anterior neck, have no injuries. The hyoid bone and laryngeal cartilages are intact. The adjacent connective tissue and vessels of the anterior aspect of the cervical spine are unremarkable. The larynx is lined by intact mucosa and has no foreign objects or mucous plugs.

3

**TYSON 04017**

Tyson, Daniel          October 28, 2014   840 Hours          14-2848

## CARDIOVASCULAR SYSTEM:

The pericardial sac has a smooth lining contains no excess fluid. The 400 grams heart has a smooth epicardial surface. The heart is retained for subspecialty consultation. Please refer to cardiac pathology report for further details.

The great vessels connect to the heart in a normal fashion and are filled with liquid blood. The aorta arises from its usual position, has a normal branching pattern and no atherosclerosis. The vena cavae and their major tributaries return to the heart in the usual distribution and are free of thrombi. The pulmonary trunk has no thromboembolus.

## RESPIRATORY SYSTEM:

The right and left lungs are 880 grams and 730 grams, respectively. The smooth pink-tan to purple visceral pleural surfaces have mild anthracosis. The red-maroon, edematous and congested lung parenchyma has no emphysema, pneumonia or masses. The tracheobronchial tree has no mucous plugs or foreign objects. The pulmonary vessels are unremarkable.

## LIVER & BILIARY SYSTEM:

The 2520 gram liver has a smooth, glistening, and intact capsule covering dark brown parenchyma and has no focal lesions. The lobular pattern is preserved. The extra and intrahepatic vessels are patent. The gallbladder contains 25 milliliters of green-brown, mucoid bile and no stones. The mucosa is yellow-green and velvety. The extrahepatic biliary tree is patent, without evidence of calculi.

## ALIMENTARY TRACT:

The esophagus is lined by gray-white, smooth mucosa. The small and large intestines have tan, smooth serosa and no perforation, obstruction, or masses. The stomach contains [] milliliters of partially digested food and has no food pieces, pills, or pill fragments. The intact, tan, gastric mucosa has normal rugal folds. The stomach and duodenum have no erosions or ulcers. The appendix is present. The rectum is filled with green stool. The tan, lobulated pancreas has no masses or calcifications.

## GENITOURINARY SYSTEM:

The right and left kidneys are 220 grams and 200 grams, respectively. The renal capsules are smooth, thin, and semi-transparent, covering smooth, red-brown cortical surfaces. The pale cortices are sharply delineated from the red-purple to tan medullary pyramids. The calyces and pelves are not dilated and have no masses or calculi. The ureters are unobstructed and normal in course and caliber to the urinary bladder. The urinary bladder has a smooth mucosa and contains 1 milliliters of yellow urine.

The tan rubbery prostate gland has no nodules and is not enlarged. The seminal vesicles are unremarkable. The testes have a soft brown parenchyma and no masses.

4

**TYSON 04018**

Tyson, Daniel                    October 28, 2014   840 Hours                        14-2848

## RETICULOENDOTHELIAL SYSTEM:

The 250 gram spleen has a lavender intact capsule, and unremarkable red-maroon parenchyma. The lymph nodes and palatine tonsils are not enlarged.

## ENDOCRINE SYSTEM:

The brown, bilobed thyroid gland has no masses, nodules or cysts. The parathyroid glands are inconspicuous. The adrenal glands have thin yellow cortices and brown medullae. The pituitary gland is normal in size and free of masses.

## MUSCULOSKELETAL SYSTEM:

The musculature is firm, red-brown and normally developed. The bony consistency is normal. The soft tissues and muscles of the chest wall, and abdomen have no masses or injuries. The clavicles, sternum, ribs, pelvic bones and vertebra have no fractures.

## MICROSCOPIC EXAMINATION:

Skin, Superior Barb (A-B): Skin with full thickness vertical cleft, fragmentation of collagen in thickened reticular dermis and focal hemorrhage in the hypodermis.

Skin, Inferior Barb (C-D): Skin with full thickness vertical cleft, fragmentation of collagen in thickened reticular dermis and focal hemorrhage in the hypodermis.

Liver (E): Diffuse sinusoidal congestion with focal mild chronic portal inflammation.

KIDNEY (E): Early autolysis

Skin, Anterior Chest (F): Epidermal coagulation, homogenization of dermal collagen with sub dermal separation and hemorrhage at the dermal-hypodermal junction with focal hemorrhage in the papillary dermis, reticular dermis and hypodermal septa.

## ADDITIONAL PROCEDURES:

1. Documentary photographs are taken by: Ms. Amanda Albertelli
2. Additional personnel present: None
3. Specimens retained for toxicology testing and/or DNA identification are: Blood card, peripheral blood, vitreous fluid, bile, liver, gastric contents, and urine
4. The dissected organs are released with the body.
5. Forensic Technician: Mr. Glen Yerich
6. Additional specimens retained as evidence by OMETS: brain and heart
7. Evidence retained by OMETS: Fingerprint card
8. Evidence submitted directly to law enforcement: Personal effects, a blood card, and two TASER probes

5

**TYSON 04019**

Tyson, Daniel                    October 28, 2014   840 Hours                              14-2848

## FINAL DIAGNOSES:

I.      Severe coronary arteriosclerosis (see Cardiopathology report)

II.     Fibromuscular dysplasia of the cardiac conduction system (see Cardiopathology report)

III.    Abrasions to torso and extremities

IV.     Injuries from electromuscular device implantation

V.      TOXICOLOGY
          a.  Amphetamines/Methamphetamines None detected - Blood (peripheral) GC/MS
          b.  Delta-9 Carboxy THC Positive 7 ng/mL - Blood (peripheral) GC/MS
          c.  Delta-9 THC None detected - Blood (peripheral) GC/MS
          d.  Opiates None detected - Blood (peripheral) GC/MS
          e.  Bath Salts/Designer Stimulants None detected - Blood (peripheral)
          f.  Ethanol None detected - Blood (peripheral) HSGC/FID
          g.  Ethanol Positive 0.03 g/dL - Ocular HSGC/FID

## OPINION:

This 30 year-old, white male, Daniel Tyson, had a history of a psychiatric disorder. The autopsy revealed that the decedent was struck once with an electomuscular disruptive device (EDD) however, police statements and emergency medical documentation indicate that decedent did not immediately become unresponsive after receiving the discharges from the EDD. Toxicology revealed no bath salts or synthetic stimulant drugs. Examination of his heart revealed severe coronary arteriosclerosis as well as congenial disorder involving the cardiac conduction system. Independent of one another either condition could lead sudden cardiac death. It can be discerned to what degree if any the struggle with the police and subsequent discharge from the EDD affect his underlying natural disease. Therefore the cause of death to a reasonable degree of medical certainty is undetermined.

The manner of death is determined to be:    COULD NOT BE DETERMINED

*This opinion as to the cause and manner of death is based on the information available at the date of this report. If additional objective, probative information becomes available, this office reserves the right to consider such information, and if appropriate, amend the report, including the cause and manner of death.*

_____                    6/5/2015
Marlon S. Osbourne, MD                                    Date
Associate Medical Examiner

6

TYSON 04020



**Broward County Office of the Medical Examiner and Trauma Services**

5301 SW 31st Avenue

Fort Lauderdale, Florida  33312    (954) 357-5225

## Final Toxicology Report

**Daniel  Tyson**                       **30 years old White Male**           Date Of Birth:   6/13/1984

Case No:        **BME2014-2848**                          Specimen Collection Date:    10/28/2014 11:22
Submitting Agency:    Broward County Medical Examiner's Office  Specimen Received Date:    10/28/2014 14:53

**Specimen:**
Bile
Blood (peripheral)
Gastric
Liver
Ocular
Serum
Urine

| Specimen | Procedure | Drug Class | Result | Concentration |
|---|---|---|---|---|
| Blood (peripheral) | GC/MS | Amphetamines/Methamphetamines | None detected | |
| Blood (peripheral) | GC/MS | Delta-9 Carboxy THC | Positive | 7 ng/mL |
| Blood (peripheral) | GC/MS | Delta-9 THC | None detected | |
| Blood (peripheral) | GC/MS | Opiates | None detected | |
| Blood (peripheral) | | Bath Salts/Designer Stimulants | None detected | ** |
| Blood (peripheral) | HSGC/FID | Ethanol | None detected | |
| Ocular | HSGC/FID | Ethanol | Positive | 0.03 g/dL |
| Urine | GC/MS | Amphetamines/Methamphetamines | None detected | |
| Urine | GC/MS | Cannabinoids | Specimen QNS | |
| Urine | IA | Opiates | Unconfirmed positive | |
| Urine | IA | Amphetamines/Methamphetamines | Unconfirmed positive | |
| Urine | IA | Cannabinoids | Unconfirmed positive | |

**TYSON 04021**



**Broward County Office of the Medical Examiner and Trauma Services**
5301 SW 31st Avenue
Fort Lauderdale, Florida  33312   (954) 357-5225

## Final Toxicology Report

**Daniel  Tyson**                    **30 years old White Male**         Date Of Birth:   6/13/1984

Case No:            **BME2014-2848**                      Specimen Collection Date:     10/28/2014 11:22
Submitting Agency:   Broward County Medical Examiner's Office   Specimen Received Date:      10/28/2014 14:53

**Specimen:**
Bile
Blood (peripheral)
Gastric
Liver
Ocular
Serum
Urine

**Supplemental Notes**
** Analysis Performed by Reference Laboratory (Report Attached as Associated File)


Gary W. Kunsman, Ph.D., F-ABFT
Toxicologist
Date reviewed:  12/24/2014

Page 2  of 2

**TYSON 04022**

**NMS Labs**

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

## Toxicology Report

**Report Issued**  12/22/2014 16:02

To:  **10011**
Broward Medical Examiner Office
Attn: Dr. Gary Kunsman, Ph.D.
5301 SW. 31St. Ave.
Fort Lauderdale, FL  33312

| | |
|---|---|
| **Patient Name** | TYSON, DANIEL |
| **Patient ID** | BME2014-2848 |
| **Chain** | 11621600 |
| **Age** Not Given | **DOB** Not Given |
| **Gender** | Not Given |
| **Workorder** | 14321725 |

**Page 1 of 2**

### Positive Findings:

| None Detected |
|---|

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| B756B | Bath Salts and Stimulants Designer Drugs - Expanded, Blood |

### Specimens Received:

| ID | Tube/Container | Volume/Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Red Top Tube | 7 mL | Not Given | Peripheral Blood | |

All sample volumes/weights are approximations.

Specimens received on 12/15/2014.

v.14

**TYSON 04023**



CONFIDENTIAL

| | |
|---|---|
| **Workorder** | 14321725 |
| **Chain** | 11621600 |
| **Patient ID** | BME2014-2848 |

Page 2 of 2

**Detailed Findings:**
Examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded one (1) year from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder 14321725 was electronically signed on 12/22/2014 15:48 by:

Daniel S. Isenschmid, Ph.D., F-ABFT
Forensic Toxicologist

**Analysis Summary and Reporting Limits:**

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 8756B - Bath Salts and Stimulants Designer Drugs - Expanded, Blood - Peripheral Blood

-Analysis by High Performance Liquid Chromatography/
Time of Flight-Mass Spectrometry (LC/TOF-MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 2C-B | 10 ng/mL | Flephedrone | 10 ng/mL |
| 2C-C | 10 ng/mL | MBZP | 10 ng/mL |
| 2C-E | 10 ng/mL | MDA | 10 ng/mL |
| 2C-H | 10 ng/mL | MDEA | 10 ng/mL |
| 2C-I | 10 ng/mL | MDMA | 10 ng/mL |
| 2C-N | 10 ng/mL | MDPV | 10 ng/mL |
| 2C-P | 10 ng/mL | Mephedrone | 10 ng/mL |
| 2C-T-2 | 10 ng/mL | Methamphetamine | 10 ng/mL |
| 2C-T-7 | 10 ng/mL | Methcathinone | 10 ng/mL |
| 3,4-DMMC | 10 ng/mL | Methedrone | 10 ng/mL |
| 3-FMC | 10 ng/mL | Methoxetamine | 2.0 ng/mL |
| 4-MEC | 10 ng/mL | Methylone | 10 ng/mL |
| 7-Hydroxymitragynine | 10 ng/mL | Mitragynine | 10 ng/mL |
| Amphetamine | 10 ng/mL | Naphyrone | 10 ng/mL |
| BZP | 10 ng/mL | O-Desmethyltramadol | 10 ng/mL |
| Buphedrone | 10 ng/mL | PMA | 10 ng/mL |
| Butylone | 10 ng/mL | Pentedrone | 2.0 ng/mL |
| Cathinone | 10 ng/mL | Pentylone | 10 ng/mL |
| DBZP | 10 ng/mL | Phenazepam | 10 ng/mL |
| DMAA | 50 ng/mL | Pyrovalerone | 10 ng/mL |
| DOB | 10 ng/mL | TFMPP | 10 ng/mL |
| DOM | 10 ng/mL | alpha-PVP | 2.0 ng/mL |
| Ethylone | 10 ng/mL | mCPP | 10 ng/mL |

v.14

**TYSON 04024**

## Cardiac Pathology Consultation

Your Case Number:   Broward ME #14-2848
My Case Number:     C14-097
Name:               Daniel Tyson
Age, Race, Sex:     30 WM
Date examined:      12/9/14
Pathologist:        Dr. Marlon Osborne

**Clinical History:**

This 30-year-old white man had a history of mental illness and was running around an apartment complex in the nude. The police were called and he was struck once in the chest with a Taser®. This was ineffective and he was struck again with a Taser®, but this time in the back. After an unspecified period of time, he collapsed and died.

**Gross Description:**

The 400 gram heart is fixed in formalin and examined at the Broward Medical Examiner office. The fresh heart weight was 400 grams. The victim weighed 220 lbs and was 68 inches in length. The normal heart weight for his body weight is 391 grams with a range of 296-516 grams. The normal heart weight for his body length is 316 grams with a range of 224-446 grams. The epicardial surface is normal. There are no fibrous or fibrinous adhesions. There are no pericardial petechiae.

The heart is neither right nor left coronary dominant. The ostia arise normally from the aortic root and are patent. The right coronary artery has up to 99% intra-luminal narrowing by atherosclerosis. The left main coronary artery has up to 50-60% intra-luminal narrowing by atherosclerosis. The left anterior descending coronary artery has up to 70-80% intra-luminal narrowing by atherosclerosis. The left circumflex coronary artery has up to 70-80% intra-luminal narrowing by atherosclerosis. There are no coronary thrombi or myocardial bridges.

The heart is serially sectioned transversely from apex to base. The free left ventricle (LV) wall is 1.5 centimeter thick. The septum is 1.6 centimeter thick. The right ventricle (RV) wall is 0.4 centimeter thick. The normal LV, septal, and RV wall thickness is 1.3, 1.4, and 0.4 centimeter respectively. The heart has a normal shape. The left ventricular chamber is 1.5 centimeter in diameter. The myocardium is red-brown and firm with no pallor, hemorrhage, or fibrosis. The endocardium is smooth and transparent with no hemorrhage or white thickening. There are no mural thrombi.

The tricuspid (TV), pulmonic (PV), mitral (MV), and aortic valve (AV) circumferences are 14.3, 8.0, 10.2, and 6.5 centimeter respectively. The normal TV, PV, MV, and AV circumferences are 11.3, 6.4, 9.8, and 6.5 centimeter respectively. The valves have no ballooning, deformities, or vegetations. The commissures are normal. The chordae tendinae are neither thickened nor ruptured. There is no calcification of the leaflets or annuli.

The coronary arteries, myocardium, and conduction system are sampled and submitted for microscopic examination.

**Microscopic Findings:**

**TYSON 04025**

I examined 20 microscopic slides on 1/29/15. The right coronary artery has up to 80-90% intraluminal narrowing by atherosclerosis. The left main coronary artery has up to 40-50% intraluminal narrowing by atherosclerosis. The left anterior descending coronary artery has up to 70 to 80% intraluminal narrowing by atherosclerosis. The left circumflex coronary has up to 60 to 70% intraluminal narrowing by atherosclerosis. The right ventricular myocardium is unremarkable. The left ventricular myocardium is unremarkable. Some of the red blood cells appear sickled. No myocarditis is identified. The sinoatrial node artery has moderate fibromuscular dysplasia and narrowing. There are scattered mononuclear cells infiltrating the right atrial myocardium with intact and degranulated eosinophils (slide Z). One small focus of this mononuclear cell infiltration is in the sinoatrial node tissue (slide W). The atrioventricular node is unremarkable. The atrioventricular node artery has moderate-severe fibromuscular dysplasia and narrowing (slides P,Q,T). The His bundle is unremarkable. The left bundle branch is unremarkable.

Final Diagnoses:

1.    Severe coronary atherosclerosis
2.    Fibromuscular dysplasia of the sinoatrial and atrioventricular node arteries
3.    Mononuclear cell infiltration in the right atrial myocardium and sinoatrial node
4.    Dilated tricuspid and pulmonic valve annuli
5.    Sickled red blood cells


Michael Bell, MD
Cardiovascular Pathologist

Date: 1/29/15

TYSON 04026

KENNETH D. HUTCHINS, M.D.
*FORENSIC NEUROPATHOLOGY CONSULTANT*
10275 Collins Avenue
Apartment #1418
Bal Harbour FL 33154
Phone cell:(786)229-8955 Phone home:(305)868-8265
E-mail: kdhutchinsmd@aol.com

## FORENSIC NEUROPATHOLOGY REPORT

NAME: TYSON, Daniel                    CASE NO: BME2014-2848

BRIEF HISTORY: The decedent is a 30 year old man who was involved in an altercation with police officers.

### GROSS DESCRIPTION

A 19.5 x 14.5 centimeter segment of cranial dura mater and a 20 x 14 centimeter segment of base dura mater is submitted. The epidural and subdural surfaces are smooth and white-tan without xanthochromia, membranes, hemorrhages or exudates. There is no dural sinus thrombosis or dural based tumor.

The weight of the brain after formalin fixation is 1740 grams. The leptomeninges are thin and translucent. The cerebral hemispheres are symmetrical. The distribution of gyri and sulci is grossly not unusual. There is slight expansion of gyri and compression of sulci. The arteries at the base of the brain are thin-walled with patent lumina. There are no aneurysms. The cranial nerves are all present and are grossly unremarkable. The cerebellar hemispheres are symmetrical. The midbrain and pons are of the normal size and configuration. The medulla is unremarkable.

Coronal sections of the cerebral hemispheres show good cortical-white matter definition throughout. The center of the brain is pink-red. The centrum semiovale and periventricular white matter have no hemorrhage, necrosis or gliding contusional hemorrhages. There is no periventricular leukomalacia or subependymal hemorrhage. The ventricular system is bilaterally compressed and contain no gross intraventricular hemorrhage or exudate. The ependymal lining is smooth and glistening. There is no evidence of intraventricular obstruction. The basal ganglia including caudate, putamen and globus pallidus are normal in size configuration and coloration. The thalamus is unremarkable. There is no atrophy, hemorrhage or necrosis of the basal ganglia or thalamus. The hypothalamus is unremarkable. The internal capsules are well myelinated. The corpus callosum is well developed. The amygdala and hippocampal

**TYSON 04027**

formations are normally formed and normally placed.  There is no hippocampal anomaly, dysplasia, hemorrhage, necrosis or atrophy.

Transverse sections of the brainstem with the attached cerebellum reveal a patent aqueduct of Sylvius.  The substantia nigra and the locus coeruleus are normally pigmented.  The cerebral peduncles are normal in size and coloration.  The pontine white matter and fourth ventricle are without abnormality.  The cerebellar folia have no atrophy.  The cerebellar deep white matter and dentate nucleus show no abnormality.  The medullary pyramids have no hemorrhage or necrosis.  The inferior olivary complex of the medulla is unremarkable.

GROSS ANATOMIC DIAGNOSES:

1.     Normal brain with cerebral edema

Representative sections of tissue are submitted as follows:

    AA. Dura mater
    BB. Medulla
    CC. Midbrain
    DD. Pons
    EE. Cerebellum
    FF.  Cortex
    GG. Hippocampus
    HH. Basal Ganglia
    II.  Cortex
    JJ.  Hypothalamus

MICROSCOPIC EXAMINATION:

Multiple sections of dura mater and brain are examined in 10 Hematoxylin & Eosin stained slides.  There is cutting chatter in some of the sections.

The dura mater sections have no membrane, hemorrhage or tumor.

The cortex sections show good cortical laminar and columnar organization.  There is good cortical-white matter definition.  There is no neuronal dropout or gliosis.  There are no eosinophilic neurons.

The hippocampus has no dysplasia or sclerosis.  The dentate gyrus is normal.  The regions of the cornu ammonis, subiculum and entorhinal cortex have no neuronal dropout or other abnormality.

The basal ganglia including caudate, putamen, internal capsule and globus pallidus and insular cortex is unremarkable.

TYSON 04028

The pontine white matter and nuclei have no necrosis.  The locus coeruleus is pigmented.  The midbrain tectum, tegmentum and periaqueductal gray have no necrosis.  The substantia nigra neurons are pigmented.  The cerebral peduncles have no necrosis.

The cerebellar white matter and dentate nucleus are unremarkable.  The granule cells are normal.  The Purkinje cells are unremarkable.  The medullary tegmentum and inferior olivary nuclei have no hemorrhage or necrosis.  The medullary pyramids are unremarkable.

<u>FINAL DIAGNOSES:</u>

1.     Normal brain with cerebral edema

_____
Kenneth D. Hutchins, M.D.
Forensic Pathology Consultant

TYSON 04029

<u>Cause of Death  Report</u>

**Office Of the Medical Examiner & Trauma Services , Broward County,**

**5301 SW 31st Ave, Fort Lauderdale, FL 33312**

| | | |
|---|---|---|
| **ME CASE** | BME2014-2848 | **Pathologist:** Marlon Osbourne, M.D. |
| **Name:** | Daniel  Tyson | |
| **Age:** | 30 | |
| **DOB:** | 6/13/1984 | |
| **RACE:** | White | |
| **SEX:** | Male | |

**REPORTED BY 1:**     Hospital                                RN  Farrington

Memorial Regional Hospital

5239758

DATE REPORTED: 10/27/2014          TIME: 16:17

**REPORTED BY 2:**     Police

Hollywood Police

33-1410-143555

**RESIDENCE:**     1836 Jackson St
Suite Rear
Hollywood, FL 33020

LAST SEEN ALIVE DATE: 10/27/2014                          TIME:     Unknown

**INCIDENT:**     1836 Jackson St
Hollywood, FL 33020
DATE: 10/27/2014          TIME:  14:44

**DEATH:**     Memorial Regional Hospital
DATE:  10/27/2014          TIME    15:35
FOUND:     N

**Narrative/Summary:**     HIPAA ☐     Smoker ☐ Drinking History ☐Occupation:
Illicit Drug Use ☐   Prescription Abuse ☐     Suicide Attempts/Ideations ☐

On October 27, 2014 at 1613 hours, RN Alicia Farrington, of Memorial
Regional Hospital, called to report the death of this currently
unidentified, white male.  The nurse reported that the decedent was
involved in an altercation with Hollywood police officers, during which a
Taser was deployed.  The decedent went unresponsive shortly
thereafter, and was transported to MRH ER.  He arrived at 1525 hours,
in PEA, and was pronounced at 1538 hours.  Detective Langley is
investigating the incident, and will provide additional information at a
later time.

ADDENDUM(10/28/14):  Detective Langley reported that the decedent
has been positively identified by police.  On October 27, 2014, at 1444
hours, Hollywood police officers were dispatched to the incident
location, reference an individual, running around the apartment
complex nude (with the exception of one shoe).  Officers made contact

**THE ABOVE INFORMATION IS PRELIMINARY AND SUBJECT TO
CHANGE WITH FURTHER INVESTIGATION**          Page     1 of 2

**TYSON 04030**

### Cause of Death Report

**Office Of the Medical Examiner & Trauma Services , Broward County,**

**5301 SW 31st Ave, Fort Lauderdale, FL 33312**

| | | |
|---|---|---|
| **ME CASE** | BME2014-2848 | **Pathologist:** Marlon Osbourne, M.D. |
| **Name:** | Daniel  Tyson | |
| **Age:** | 30 | |
| **DOB:** | 6/13/1984 | |
| **RACE:** | White | |
| **SEX:** | Male | |

with the decedent, and an altercation ensued.  The decedent was struck once in the chest/abdominal area with a Taser, which was ineffective.  He was subsequently struck again, in the back, at which point he collapsed, and officers summoned Fire-Rescue.  The decedent reportedly suffered from mental illness, and had not been compliant with his medications.

N.O.K:  Gary Tyson, father at (954-376-9813)

**Medical History:**

**Narrative/Summary Prepared By:**   Wendy Crane

**Cause of Death:**   Undetermined

**Due to:**

**Due to:**

**Due to:**

**Contributory Cause:**

**Manner of Death:**   Could not be determined

**Injury Description:**

**Autopsy**   11:22:00 AM   ON   10/28/2014

---

**THE ABOVE INFORMATION IS PRELIMINARY AND SUBJECT TO CHANGE WITH FURTHER INVESTIGATION**   Page   2 of 2

TYSON 04031

**Broward County Medical Examiner**
**& Trauma Services Division**
**Fort Lauderdale, Florida**

**EXTERNAL EXAMINATION**

\# BI-2014-2848

Date: [handwritten]

Time: [handwritten]

name: Hollywood, Unknown

Last _____ First _____   age: _____

- ☑ Natural   ☐ Accident
- ☐ Suicide   ☐ Homicide
- ☐ Pending

☑ white   ☐ black   ☐ hispanic   ☐ asian   ☐ indian   ☐ other   dob: _____
☐ clothed   ☐ naked   ☐ valuables

Height: 68 in.
Weight: 220 lb

PROBABLE CAUSE OF DEATH   Pending _____

**PRESERVATION**
- ☑ good
- ☐ early decomposition
- ☐ advanced decomposition
- ☐ embalmed

**TEMPERATURE**
- ☐ warm   ☑ cool
- ☐ cold   ☐ frozen

**RIGOR**
- ☐ absent   ☐ mild
- ☑ moderate   ☐ frozen

**LIVOR**
- ☐ absent   ☐ facial
- ☐ pink   ☐ purple
- ☐ ventral   ☐ dorsal
- ☐ non-fixed   ☐ fixed

**NUTRITION**
- ☐ adequate   ☐ cachectic
- ☐ obese   ☐ jaundice

**HAIR**
- ☐ black   ☑ brown
- ☐ blond   ☐ gray
- ☐ red   ☐ absent
- ☐ beard   ☐ moustache

**EYES**
- ☐ brown   ☐ blue
- ☐ gray   ☑ hazel\green
- ☐ arcus   ☐ cataract  R  L
- corneas   clear   clouded
- conjunctivae: pale   cong
- ☐ T.N   R  L   petechiae
- Pupil   Rt ___   Lt ___

**TEETH**   upper _____
              lower _____

☑ circumcised

**TRAUMA**
- ☐ contusions (C)   ☐ abrasions (A)
- ☐ lacerations (L)   ☐ incisions (I)
- ☐ punctures( P)   ☐ fractures (F)

CULTURES: _____
OTHER EVIDENCE: _____ Bulbs (2)
PROSECUTOR: _____

CLOTHING: _____
FORENSIC_TECH: _____ Glen

[anatomical diagrams with handwritten annotations]

HT 460
RL 880
LL 730
L 2520
S 250
RK 220
LK 200
Unkel
BL 35
Brain 1700

DF   ET
ELG   Lt ID

**TYSON 04032**

### Investigation Report

**Office Of the Medical Examiner & Trauma Services, Broward County, Florida -District 17**

**5301 SW 31st Ave, Fort Lauderdale, FL 33312**

---

**ME CASE #**     BME2014-2848

**Name:**     Daniel   Tyson

**Age:**     30

**DOB:**     6/13/1984

**RACE:**     White

**SEX:**     Male

**REPORTED BY:**     Hospital                        Police

RN Farrington

Memorial Regional Hospital     Hollywood Police
5239758                        33-1410-143555

DATE REPORTED: 10/27/2014     TIME: 16:17

**RESIDENCE:**     1836 Jackson St
Suite Rear
Hollywood, FL 33020

LAST SEEN ALIVE DATE:     10/27/2014     TIME: Unknown

**INCIDENT:**     1836 Jackson St
Hollywood, FL 33020
DATE:     10/27/2014          TIME: 14:44

**DEATH:**     Memorial Regional Hospital
DATE:   10/27/2014          TIME:  15:35
FOUND: N

**Narrative/Sum**     HIPAA ☐  Smoker ☐ Drinking History ☐  Occupation:

Illicit Drug Use ☐  Prescription Abuse ☐  Suicide Attempts/Ideations ☐

On October 27, 2014 at 1613 hours, RN Alicia Farrington, of Memorial
Regional Hospital, called to report the death of this currently unidentified,
white male.  The nurse reported that the decedent was involved in an
altercation with Hollywood police officers, during which a Taser was
deployed.  The decedent went unresponsive shortly thereafter, and was
transported to MRH ER.  He arrived at 1525 hours, in PEA, and was
pronounced at 1538 hours.  Detective Langley is investigating the incident,
and will provide additional information at a later time.

**TYSON 04033**

## Investigation Report

**Office Of the Medical Examiner & Trauma Services, Broward County, Florida -District 17**

**5301 SW 31st Ave, Fort Lauderdale, FL 33312**

**ME CASE #**

BME2014-2848

ADDENDUM(10/28/14):  Detective Langley reported that the decedent has been positively identified by police.  On October 27, 2014, at 1444 hours, Hollywood police officers were dispatched to the incident location, reference an individual, running around the apartment complex nude (with the exception of one shoe).  Officers made contact with the decedent, and an altercation ensued.  The decedent was struck once in the chest/abdominal area with a Taser, which was ineffective.  He was subsequently struck again, in the back, at which point he collapsed, and officers summoned Fire-Rescue.  The decedent reportedly suffered from mental illness, and had not been compliant with his medications.

N.O.K:  Gary Tyson, father at (954-376-9813)

**Medical History:**

**THE ABOVE INFORMATION IS PRELIMINARY AND SUBJECT TO CHANGE WITH FURTHER INVESTIGATION**

**Narrative/Summary Prepared By:**          Wendy Crane

TYSON 04034

**Broward County**
## HUMAN SERVICES DEPARTMENT
Medical Examiner and Trauma Services Division
5301 S.W. 31st Avenue
Fort Lauderdale, FL 33312
954-327-6500

METS CASE NO.

## PROPERTY RECEIPT

| OTHER AGENCY | OTHER AGENCY CASE NUMBER | TYPE OF CASE |
|---|---|---|
| | | |

| IF SPECIMEN IS SUBMITTED FOR ANALYSIS: | MOTOR VEHICLE CASE | ☐ YES | ☐ NO |
|---|---|---|---|

| DATE & TIME INCIDENT OCCURRED | DATE & TIME SPECIMEN COLLECTED | LOCATION |
|---|---|---|

ANALYSIS REQUESTED
☐ ALCOHOL     ☐ DRUG SCREEN     ☐ OTHER (DESCRIBE)

SUSPECT INFORMATION:

| NAME | RACE/SEX | D.O.B. |
|---|---|---|

VICTIM INFORMATION:

| NAME | RACE/SEX | D.O.B. |
|---|---|---|

OTHER INFORMATION:

| ITEM NO. | QUANTITY | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

SIGNATURE (X) _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty.

CNN: _____     **FOR THE MEDICAL EXAMINER**
DIST: _____     SIGN: _____
DIV: _____      PRINT: _____

| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| FINAL DISPOSITION | AUTHORITY | DATE AND TIME OF DISPOSITION |

302-4 (Rev. 5/06) ME200626312

**TYSON 04035**



Broward County
**HUMAN SERVICES DEPARTMENT**
Medical Examiner and Trauma Services Division
5301 S.W. 31st Avenue
Fort Lauderdale, FL 33312
954-327-6500

METS CASE NO._____

## PROPERTY RECEIPT

| OTHER AGENCY | OTHER AGENCY CASE NUMBER | TYPE OF CASE |
|---|---|---|
| | | |

| IF SPECIMEN IS SUBMITTED FOR ANALYSIS: | MOTOR VEHICLE CASE | ☐ YES | ☐ NO |
|---|---|---|---|

| DATE & TIME INCIDENT OCCURRED | DATE & TIME SPECIMEN COLLECTED | LOCATION |
|---|---|---|
| | | |

ANALYSIS REQUESTED
☐ ALCOHOL  ☐ DRUG SCREEN  ☐ OTHER (DESCRIBE)

SUSPECT INFORMATION:

| NAME | RACE/SEX | D.O.B. |
|---|---|---|

VICTIM INFORMATION:

| NAME | RACE/SEX | D.O.B. |
|---|---|---|

OTHER INFORMATION:

| ITEM NO. | QUANTITY | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

SIGNATURE (X) _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty.

CNN: _____    FOR THE MEDICAL EXAMINER
DIST: _____   SIGN:_____
DIV: _____    PRINT:_____

| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| FINAL DISPOSITION | AUTHORITY | DATE AND TIME OF DISPOSITION |

302-4 (Rev. 5/06) ME200626312

**TYSON 04036**



Broward County
**HUMAN SERVICES DEPARTMENT**
Medical Examiner and Trauma Services Division
5301 S.W. 31st Avenue
Fort Lauderdale, FL 33312
954-327-6500

METS CASE NO. _____

### PROPERTY RECEIPT

| OTHER AGENCY | OTHER AGENCY CASE NUMBER | TYPE OF CASE |
|---|---|---|
| | | |

| IF SPECIMEN IS SUBMITTED FOR ANALYSIS: | MOTOR VEHICLE CASE | ☐ YES   ☐ NO |
|---|---|---|

| DATE & TIME INCIDENT OCCURRED | DATE & TIME SPECIMEN COLLECTED | LOCATION |
|---|---|---|
| | | |

ANALYSIS REQUESTED
☐ ALCOHOL   ☐ DRUG SCREEN   ☐ OTHER (DESCRIBE)

| | NAME | RACE/SEX | D.O.B. |
|---|---|---|---|
| SUSPECT INFORMATION: | | | |
| | NAME | RACE/SEX | D.O.B. |
| VICTIM INFORMATION: | | | 06-15-1982 |

OTHER INFORMATION:

| ITEM NO. | QUANTITY | DESCRIPTION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

SIGNATURE (X) _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty.

CNN: _____
DIST: _____
DIV: _____

FOR THE MEDICAL EXAMINER
SIGN: _____
PRINT: _____

| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| RECEIVED BY | REASON | DATE AND TIME RECEIVED |
| FINAL DISPOSITION | AUTHORITY | DATE AND TIME OF DISPOSITION |

302-4 (Rev. 5/06) ME200626312

**TYSON 04037**

Det Longley

(954) 214-1250

TYSON 04038

Hollywood P.D.

33-1410-143555

1836 Jackson st. Rear.

Dscd. Daniel MARK Tyson w/m 6/13/84
1836 Jackson   Rear.

NOK. GARY Tyson.
Polk street.
(954) 376-9813

- TASOR - Front - (ineffective)
- TASOR - Rear - (Prongs left in)
- Ground fight.

Was on psych medication, but had not taken it
for about a week (per witness statements).

Trauma Room.
Arrival.      15:25
Called.       15:38
Rectal Temp.  39.1c — 102.38°F

**TYSON 04039**

14-2848
wcc
11/4/14

## GENESIS FUNERAL HOME
5749 PEMBROKE RD. HOLLYWOOD, FL. 33023
OFFICE: (954) 962-3017 FAX: (954) 962-3019 TOLLFREE: (877) 962-3017

### Release of Remains Authorization

To Whom It May Concern At:   Broward County Medical Examiner's Office
_____
(Name of the Hospital or House Address)

This Is Your Authority To Release The Remains Of:

Daniel Mark Tyson
_____
(Deceased Name)

To  **Genesis Funeral Home & $495 Cremation Center Inc.**  To Care For and Prepare For
Burial and or Other Disposition.


Jean Marie Suarez                                    Mother
_____              _____
Printed Name of The Person Granting Authorization       Relationship

*Jean M. Suarez*                                      10/31/2014
_____              _____
Signature of Person Granting Authorization              Date

*[signature]*                                         10/31/2014
_____              _____
Witness Signature                                     Date

Type of Service Selected:  Cremation with ID
_____

---

**Information For Medical Examiner Department Record**

Race:  Caucasian                              Sex: M

Date Of Birth:  06/13/1984                    Age:  30

---

Fax To:    ☐ ME          ☐ Hospital         ☐ Pick Up          ☐ Take


**TYSON 04040**

## Investigation Report

**Office Of the Medical Examiner & Trauma Services, Broward County, Florida -District 17**

5301 SW 31st Ave, Fort Lauderdale, FL 33312

| | |
|---|---|
| **ME CASE #** | BME2014-2848 |
| **Name:** | Unknown   Hollywood |
| **Age:** | |
| **DOB:** | |
| **RACE:** | White |
| **SEX:** | Male |

**REPORTED BY:**   Hospital                               Police

RN Farrington

Hollywood Police            Hollywood Police
5239758

DATE REPORTED:  10/27/2014    TIME: 16:17

**RESIDENCE:**

LAST SEEN ALIVE DATE:                     TIME:

**INCIDENT:**   Hollywood, FL
DATE:    10/27/2014               TIME: Unknown

**DEATH:**    Memorial Regional Hospital
Hollywood, FL
DATE:  10/27/2014              TIME:  15:35
FOUND: N

**Narrative/Sum**

HIPAA ☐  Smoker ☐ Drinking History ☐  Occupation:

Illicit Drug Use ☐  Prescription Abuse ☐  Suicide Attempts/Ideations ☐

On October 27, 2014 at 1613 hours, RN Alicia Farrington, of Memorial Regional Hospital, called to report the death of this currently unidentified, white male.  The nurse reported that the decedent was involved in an altercation with Hollywood police officers, during which a Taser was deployed.  The decedent went unresponsive shortly thereafter, and was transported to MRH ER.  He arrived at 1525 hours, in PEA, and was pronounced at 1538 hours.  Detective Langley is investigating the incident, and will provide additional information at a later time.

**Medical History:**

Page     1 of 2

**TYSON 04041**

## Investigation Report

**Office Of the Medical Examiner & Trauma Services,  Broward County, Florida  -District 17**

**5301 SW 31st Ave, Fort Lauderdale, FL 33312**

---

**ME CASE #**        BME2014-2848

**THE ABOVE INFORMATION IS PRELIMINARY AND SUBJECT TO CHANGE WITH FURTHER INVESTIGATION**

**Narrative/Summary Prepared By:**        Wendy Crane

TYSON 04042

## MEDICAL EXAMINER AND TRAUMA SERVICES DIVISION

5301 SW 31st Avenue, Fort Lauderdale, Florida 33312

### MORGUE INTAKE RECEIPT

Case#: BME2014-2848          NAME  Unknown Hollywood          DATE _10-28-14_

The following items were received with the above remains:

_____     BLOOD  (_____ vials)

_____     OCULAR FLUID

_____     URINE

_____     BILE

_____     GASTRIC

_____     MEDICATION(S)

___✓___     HOSPITAL/NURSING HOME CHARTS

_____     EYEBANK/TISSUE & BONE BANK PAPERWORK

_____     X-RAYS/CAT SCANS

_____     PHOTOGRAPH(S)/CD(S)

_____     EMS/FIRE-RESCUE RUNSHEET

_____     M.E. Report

___✓___     REMOVAL SERVICE RUNSHEET

_____     OTHER (explain) _____

_____

_____


_____          _____
Forensic Technician                      Investigator


**TYSON 04043**

*Removal Transport Services of Broward, Inc.*

1331 S. DIXIE HIGHWAY #4A
Pompano Beach, FL 33060
rtsofbroward@gmail.com
Phone: (954) 943-8844 • Fax: (954) 301-0688
Removal License. F072374
Ref. F072375

Call No. _____ Date _____ Time Received _____ AM PM    Case # _____

Bill To Broward County Medical Examiner _____ Requested By _____

Name of Deceased _____ Race _____ Sex _____

Date of Birth _____ Age _____ SS # _____

Removed From _____ City _____ County _____

Transported To _____ ☐ Inpatient    ☐ Nursing Home    ☐ ER

Time of Death _____ AM PM    Date of Death _____ ☐ Residence    ☐ Other

## NEXT OF KIN INFO

Next of Kin _____ Relation _____

Address _____ City _____

Phone _____ Alternate Phone _____

## PERSONAL EFFECTS REMOVED

_____

_____

_____

## PERSONAL EFFECTS TRANSPORTED

_____

_____

_____

ABOVE WITNESSED AND VERIFIED BY: x _____

Print Name _____ I.D. # _____

Agency _____ Case # _____

PROPERTY RELEASED TO: P.D. _____ Family _____ Funeral Home _____ Other _____

Signature x _____ Print Name _____

Identified to us by: ☐ Tag    ☐ Nurse    ☐ Family    ☐ PD    ☐ Vitas/Hospice    Other _____

Form of I.D. Used _____ Vehicle # _____ Driver _____ Att. _____

| Charts | ☐ Yes | ☐ No | T1 | | Removal | $ |
| Blood | ☐ Yes | ☐ No | T2 | | Extra Person | |
| | | | T3 | | Rsp. Only | |
| | | | T4 | | Disaster Pouch | |
| | | | T5 | | Other | |
| | | | | | Seal # | 030581 |

**TYSON 04044**



Broward County
Medical Examiner and Trauma Services Division
Seventeenth District In and For Broward County, Florida

CASE NO. BME2014-2848
HT 68 in
WT 220 lbs

## PERSONAL EFFECTS

*Tyson, Daniel*

Name of decedent: Unknown Hollywood

Address: _____

Age: _____ Sex: Male _____ Race: White _____

Date body received at the Medical Examiner office: 10/27/2014 _____ Time: 18:57 _____

☐ Clothed
☑ Unclothed

### LIST OF DECEASED'S CLOTHING AND EFFECTS

| | | | |
|---|---|---|---|
| ☐ Bathrobe | ☐ Handkerchiefs | ☐ Pajamas | ☐ Slippers |
| ☐ Belt | ☐ Hat | ☐ Panties | ☐ Socks |
| ☐ Billfold (List contents below) | ☐ Hose | ☐ Purse | ☐ Suspenders |
| ☐ Blouse | ☐ Housecoat | ☐ Raincoat | ☐ Sweater |
| ☐ Bra | ☐ Jacket | ☐ Scarf | ☐ T-Shirt |
| ☐ Coat | ☐ Jewelry (List below) | ☐ Shirt | ☐ Tie |
| ☐ Dress | ☐ Luggage (List contents below) | ☐ Shoes | ☐ Topcoat |
| ☐ Galoshes | ☐ Money (List below) | ☐ Shorts | ☐ Trousers |
| ☐ Garters | ☐ Negligee | ☐ Skirt | ☐ Umbrella |
| ☐ Girdle | ☐ Nightgown | ☐ Slacks | ☐ Undershorts |
| ☐ Gloves | ☐ Overshoes | ☐ Slip | ☐ Vest |
| ☐ | | | |

Billfold or purse contents: _____

☐ Money    Total Amount $: _____

Money (List the number of each denomination)

| Bills: | | | Coins: | | |
|---|---|---|---|---|---|
| $ 100 _____ | $ 10 _____ | | $ 1.00 _____ | $ .10 _____ |
| $ 50 _____ | $ 5 _____ | | $ .50 _____ | $ .05 _____ |
| $ 20 _____ | $ 1 _____ | | $ .25 _____ | $ .01 _____ |

Jewelry:

| Type | Make | Description |
|---|---|---|
| | | |

Luggage contents: _____

Other: _____

Clothing searched by:    Glen Yerich    MY

Valuables Stored (give exact location): None

Date: 10/28/2014 _____ Time: 8:01 _____

REMOVED FROM M.E. OFFICE BY

Body: _Darrell Hines_    Representing: _Genesis_    Date 11/14/14    Time 12:04pm

Clothes: _____    Representing: _____    Date _____    Time _____

Valuables: _____    Representing: _____    Date _____    Time _____

**TYSON 04045**

14-2848
wcc
11/4/14

# GENESIS FUNERAL HOME

### 5749 PEMBROKE RD. HOLLYWOOD, FL. 33023
### OFFICE: (954) 962-3017 FAX: (954) 962-3019 TOLLFREE: (877) 962-3017

## Release of Remains Authorization

To Whom It May Concern At:  __Broward County Medical Examiner's Office__

(Name of the Hospital or House Address)

This Is Your Authority To Release The Remains Of:

Daniel Mark Tyson
_____

(Deceased Name)

To  __Genesis Funeral Home & $495 Cremation Center Inc.__  To Care For and Prepare For
Burial and or Other Disposition.

Jean Marie Suarez
_____

Printed Name of The Person Granting Authorization

Mother
Relationship

_Jean M. Suarez_
_____

Signature of Person Granting Authorization

10/31/2014
Date

_____

Witness Signature

10/31/2014
Date

Type of Service Selected:  __Cremation with ID__

### Information For Medical Examiner Department Record

Race: __Caucasian__

Sex: __M__

Date Of Birth: __06/13/1984__

Age: __30__

Fax To:   ☐ ME        ☐ Hospital        ☐ Pick Up        ☐ Take

**TYSON 04046**

# Broward County Medical Examiner – First Call

BME2014-____

| | | |
|---|---|---|
| **Case Type:** | ☑ Medical Examiner's Case (transported)  ☐ Report & Release  ☐ Telephone Case (no transport) | |

| CALL RECEIVED | Time: 1613 HRS | Date: 10/22/14 | Investigator: Wendy K. Crane |
|---|---|---|---|

**Apparent Case Type:**

| NOTIFICATION | Organization: Me Regional ER | Individual: Alicia Farrington |
|---|---|---|

| Phone# | | Case# MR#  5239758  / Elliott Wengler |
|---|---|---|

| DECEDENT | Last Name: Reserve Trama D. | First: | Middle: |
|---|---|---|---|

| Age: | DOB: | SSN: | Race: W | Sex: M |
|---|---|---|---|---|

| RESIDENCE | Street: | | Unit: |
|---|---|---|---|

| City: | State: | Phone# | Zip: |
|---|---|---|---|

| Facility / Community: | Phone# |
|---|---|

| IDENTIFICATION | Name of Identifier: | Relationship: |
|---|---|---|

| How Identified: | Phone# |
|---|---|

| DEATH | Time of Death: 1538 HRS | Date of Death: 10/22/14 | Work / Police related |
|---|---|---|---|

| Arrival Date / Time to facility: | 1525 PEA |
|---|---|

**Admitting Diagnosis:**

| Location of Death: Hospital (Inpatient ER DOA) Hospice NH / ALF Decedent's Residence Other: |
|---|

| Street: | Apartment: |
|---|---|

| City: | State: | Zip: | Phone# |
|---|---|---|---|

| PRIMARY NOK | Name: | Relationship: |
|---|---|---|

| City/State: | Phone# |
|---|---|

**Notes:**

| Notified of death? ☐Yes ☐No | Notification made by: |
|---|---|

| SECONDARY NOK | Name: | Relationship: |
|---|---|---|

| City/State: | Phone# |
|---|---|

| PHYSICIAN | Dr. Eddie Carrillo | Type: |
|---|---|---|

| Notes: | Phone# |
|---|---|

| | Willing to sign D/C: ☐Yes ☐No |
|---|---|

| Covering Physician: Dr. | Notes: |
|---|---|

| MEDICAL HISTORY | Primary Medical Condition Contributing to Death: |
|---|---|

HTN  DM  CAD  CHF  HIV  AIDS  COPD  A-FIB  PVD  ETOHism  ↑Chol  Hepatitis  Renal (disease / failure)  Hepatic (disease / failure)

CA: ____  Obesity  ↓Thy  CVA (acute / remote)  MI (acute / remote)  Seizure Disorder (natural / trauma / drug)

| Other: | Medications: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Recent Complaints: |
|---|
| |
| |

**TYSON 04047**

## Broward County Medical Examiner – First Call

| LAST KNOWN ALIVE | Time: | HRS | Date: | By (relationship): |
|---|---|---|---|---|
| Name: | | | | Phone # |
| Notes: | | | | |

| INCIDENT | Time of Incident: | HRS | Date of Incident: | |
|---|---|---|---|---|

Location type of Incident: Decedent's Residence    Roadway    Other:

| Street: | | | | Apartment: |
|---|---|---|---|---|
| City: | State: | Zip: | Phone# | |

Work Related:                                    Police Related:

Notes:

| SCENE | Response? | Dispatch Time: | HRS | Arrive @ Scene: | HRS |
|---|---|---|---|---|---|
| | ☐Yes  ☐No | Departed Scene: | HRS | Return: | HRS |

Found By:

Position:

Body Location at Scene:

Clothing:

| Rigor Mortis:  ☐Present  ☐Not Present | Livor Mortis:  ☐Present  ☐Not Present |
|---|---|
| Consistent with Position?  ☐Yes  ☐No | Consistent with Position?  ☐Yes  ☐No |

| Decomposition: | Is decedent visually identifiable?  ☐Yes  ☐No | Foul Odor: |
|---|---|---|

Overt Trauma:  ☐Yes  ☐No    Notes:

Foul Play:  ☐Yes  ☐No

Forced Entry:  ☐Yes  ☐No    ☐Attributed to PD / FR

| Scene Climate Controlled?  ☐Yes  ☐No | Thermostat temperature: |
|---|---|

Resuscitative Efforts Performed?  ☐Yes  ☐No

Special Conditions at Scene:

| SOCIAL HISTORY | ETOH Use: |
|---|---|

Tobacco Use:

Prescription Drug Abuse:

Illicit Drug Use:

Suicidal Ideations:

If Apparent Suicide, is a Despondent Note Present?  ☐Yes  ☐No

| TIMELINE | → | Tazed |
|---|---|---|
| | → | |
| | → | Hollywood PD |
| | → | |
| | → | |
| | → | |
| | → | |

| Lead Police Detective: | Lead CSI Detective: |
|---|---|

| FUNERAL HOME | |
|---|---|

**TYSON 04048**

# DEATH RECORD MEDICAL INFORMATION SHEET

**TRACKING NUMBER: 2014155267**                                          **DATE: October 29, 2014**

## DECENDENT INFORMATION

NAME:   Daniel  Tyson

DATE OF DEATH:   October 27, 2014           SEX:   MALE           AGE:
DATE OF BIRTH:                               SSN:   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    BIRTHPLACE:

## PLACE OF DEATH

PLACE WHERE DEATH OCCURRED:  EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS:  Memorial Regional Hospital
LOCATION OF DEATH:  Hollywood, BROWARD COUNTY

## FUNERAL HOME AND DISPOSITION INFORMATION

NAME OF FUNERAL DIRECTOR:   NOT ENTERED

FUNERAL FACILITY: .  **NOT ENTERED**                              PHONE NUMBER:
                     **NOT ENTERED**
                     **NOT ENTERED**

METHOD OF DISPOSITION                    MEDICAL EXAMINER APPROVAL NUMBER:  BME2014-17-2848

## CERTIFIER AND ATTENDING PHYSICIAN INFORMATION

CERTIFYING PHYSICIAN:  MARLON S. OSBOURNE
ATTENDING PHYSICIAN:
ME CASE NUMBER:   14172848                        CERTIFIER'S LICENSE NUMBER: ME121731

## CAUSE OF DEATH AND INJURY INFORMATION

TIME OF DEATH:  1535           MANNER OF DEATH:

CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:            APPROXIMATE INTERVAL

a

b

c

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

WAS AN AUTOPSY PERFORMED? **YES**          WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?   **NO**

IF SURGERY MENTIONED IN PART I OR II, REASON FOR SURGERY:

DATE OF SURGERY:          DID TOBACCO USE CONTRIBUTE TO DEATH?  **NO**

IF FEMALE:   **NOT APPLICABLE**

DATE OF INJURY:            TIME OF INJURY (24 hr):         INJURY AT WORK?
LOCATION OF INJURY

DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:                    Type of Vehicle:

**TYSON 04049**

FOR PREVIEW PURPOSES ONLY

# Broward County Medical Examiner
## Body Release Form

B.M.E.#: _____14-2848_____

Deceased's Name: ___TYSON, DANIEL___

Age: _30_ Race: _W_ Sex: _M_

This is to acknowledge that:

The body received from the Broward County Medical Examiner is that identified above by photograph and/or other means.

[ ] Removal Service has been authorized to transport deceased to Miami Tissue Bank

Removal Service Representative Signature _____

[ ] ____Genesis____ Funeral Home has been authorized by the

____Mother____ (relationship) of the above deceased to handle funeral arrangements.

Printed Name of Funeral Home's representative _X DARRELL HUMES_

Signature of Funeral Home's representative _X Daniell Humes_

*The person making the removal is not identifing the body. He or she is simply agreeing that the photo and deceased person match to the best of their knowledge.*

**The above-named agency agrees that any information obtained from the Broward County Medical Examiner pursuant to this form is obtained in furtherance of the agency's official duties and is subject to the confidentiality provisions set forth in Section 406.135, Florida Statutes.**



PLACE PAPERWORK HERE    PLACE PAPERWORK HERE    PLACE PAPERWORK HERE    PLACE PA

Reorder No. DYND30261

MEDLINE

Decedent: Tyson, Daniel
Unk.

Age 30   Race W   Sex M

14 - 2848

Unknown Hollywood
Pathologist
Body In Date   27-Oct-2014

CTRC141027-0047   BME2014-2848-001

Funeral Home ___ GENESIS ___ (Print)

Picked Up By ___ Daniel thomas ___ (Print)

Date Released ___ 11/4/14 ___

Released By ___ D.Reynolds ___ (Print)

TYSON 04051



**Tissue Techniques**
Pathology Labs, LLC
1850 Crown Dr. Suite 1112
Dallas, TX 75234-9414

BME2014-2848          Date:   12/9/2014
Daniel Tyson
Micro                    Marlon Osbourne, M.D.

STRC141209-0095        BME2014-2848-001-19

# Histology / Autopsy Requisition Form

Case No: _____

Name: (last) _____ (first) _____ Date: _____

Pathologist: _____

| | Tissue Type | No. of Pcs | Special Stain / Immuno's | Decomp Tissue |
|---|---|---|---|---|
| 1 G | RCA | 5 | | |
| 2 H | LAD | 3 | | |
| 3 I | Left Main | 2 | | |
| 4 J | LCA | 5 | | |
| 5 K | Ventricular Septum | 1 | | |
| 6 L | Posterior LV | 1 | | |
| 7 M | Anterior LV | 1 | | |
| 8 N | Lateral LV | 1 | | |
| 9 O | Right Ventricle | 1 | | |
| 10 P | Conduction System | 2 | | |
| 11 Q | " | 2 | | |
| 12 R | " | 2 | | |
| 13 S | | 2 | | |
| 14 T | | 2 | | |
| 15 U | | 2 | | |
| 16 V | | 2 | | |
| 17 W | | 2 | | |
| 18 X | | 1 | | |
| 19 Y | | 2 | | |
| 20 Z | ✓ | 2 | | |

| | | |
|---|---|---|
| Total # of Cassettes: | Released by ME staff: | Date: |
| # of Cassettes received: | Receiving staff: | Date Rec: |
| # of Slides / Bks Rtd: | Released by T.Tech: | Date Rel: |
| # of Blocks rec'd: | # of Slides rec'd: | Rec: staff: | Date Rec: |

**TYSON 04052**



**Office of Medical Examiner and Trauma Services**
5301 S.W. 31st Avenue • Fort Lauderdale, Florida 33312-6619 • 954-357-5200 • FAX 954-327-6580

## REQUEST TO EXEMPT INFORMATION FROM RELEASE

BME CASE NUMBER: __14-2848__      NAME: _TYSON, DANIEL_

DATE:      September 20, 2012 (Revised)
TO:         Investigators, Pathologists, Investigating Agencies, State's Attorney
FROM:     Office of Broward County Medical Examiner
SUBJECT:  Release of information on criminal investigations
REF:       Florida Statute 119.071(2(c)).

1.   Effective immediately, investigators are instructed to query law enforcement investigators regarding release of information on criminal cases investigated by this office. If information is to be withheld, this form is to be completed and attached to the outside of the case file.

WITHHOLD ALL INFORMATION          ☒ YES      ☐ NO
WITHHOLD VICTIM IDENTIFICATION?    ☒ YES      ☐ NO
WITHHOLD CAUSE OF DEATH?           ☒ YES      ☐ NO (*Maximum 10 days without meeting)

REQUESTING AGENCY: _Hollywood PD_          OFFICER: _Langley_

DATE: _10/27/2014_          M.E. INVESTIGATOR: _W. Crane_

The purpose of this policy is to avoid premature releasing of information if, in the opinion of police assigned to the case or the State's Attorney office, such information could jeopardize their criminal investigation. The name of the detective, police officer or Assistant State Attorney requesting information be withheld is to be indicated as **AUTHORITY**, and all calls for information from the media and or other members of the public are to be referred to that person or the agency's Public Information Office.

2.   Information to be withheld shall not be entered on to the master case log, as that document is public information.

3.   Clerical staff is advised that calls relating to homicides are to be referred to investigators or pathologists assigned to that case.

4.   Questions and comments regarding this police hold are to be directed to the Chief Medical Examiner or Chief Investigator.

5.   This withholding of information is valid for 90 days and must be renewed every 90 days by the requesting officer/agency.  The Medical Examiner will attempt to contact the officer/agency before the 90 day deadline, but it is the responsibility of the officer/agency to renew the request to hold.

Granting release by: _____R. Ho_____        Department: _____

Date: _11.1.17_   Time: _16.15_        ME Investigator: _____Crane_____

*Meeting of Detective, State Attorney and Medical Examiner of record.
cc (via email): Requesting agency or Officer

Broward County Board of County Commissioners
Sue Gunzburger • Dale V.C. Holness • Kristin Jacobs • Chip LaMarca • Ilene Lieberman • Stacy Ritter • John E. Rodstrom, Jr. • Barbara Sharief • Lois Wexler
www.broward.org

**TYSON 04053**



**Office of Medical Examiner and Trauma Services**
5301 SW 31st Avenue · Fort Lauderdale 33312 · 954-357-5200 · Fax 954-327-6581

# FACSIMILE

To:   Vanessa M  Hollywood Police Dept  Legal          From:   L. Johnson records

Fax: 954.967.4493                                      Phone:

Phone:                                                 Pages:  (including cover) 16

Re:    case #14-2848  Daniel Tyson                     Date:  November 21, 2017

❦ Comments:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited.  If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address set forth above via the United States Postal Service.  Thank you.

**TYSON 04054**

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/21/2017 09:42
NAME   : MEDICALEXAMINEROFFIE
FAX    : 9543575952
TEL    :
SER.#  : BROH6J621327
```

| | |
|---|---|
| DATE,TIME | 11/21  09:33 |
| FAX NO./NAME | 99549674493 |
| DURATION | 00:08:52 |
| PAGE(S) | 16 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TYSON 04055

**Johnson, Louise**

| | |
|---|---|
| **From:** | HTU - Ana Guerra <AGuerra@sao17.state.fl.us> |
| **Sent:** | Wednesday, January 25, 2017 3:16 PM |
| **To:** | Johnson, Louise |
| **Subject:** | ME#14-2848 Deceased Daniel Tyson |

Louise:

Please accept this as my request for the ME/tox report on the above referenced case.  The investigator will pick it up tomorrow morning.

Thanks,

*Ana E. Guerra*

*Legal Assistant to Shari Tate*

*Assistant State Attorney in Charge Homicide Trial Unit*

*and to Katya Pisman Assistant State Attorney*

*Broward County Courthouse, Room 670*

*Fort Lauderdale, Fl 33301*

*Email Aguerra@sao17.state.fl.us*

*(954)831-7922*

*"Everything is possible if you can believe"*

*6/5/15*

*A dup -*

*A T Labs BW*

*A T*

*Pick-up*

*1.26.17*

1

**TYSON 04056**



**Office of Broward County Medical Examiner and Trauma Services**
5301 S.W. 31 Avenue • Fort Lauderdale, Florida 33312-6619 • 954-357-5200 • Records FAX 954-327-6581 • TTY 954-357-6100

# AUTOPSY REPORT REQUEST

__Daniel Tyson__
NAME OF DECEASED

__BME2014-2848__
MEDICAL EXAMINER CASE NUMBER (if known)

__10/27/14__
DATE OF DEATH

__Marlon Osbourne, MD__
MEDICAL EXAMINER'S NAME (if known)

## PLEASE SEND A COPY OF THE FOLLOWING REPORT(S):

AUTOPSY: ☒

NARRATIVE SUMMARY: ☒

TOXICOLOGY: ☒

BODY DIAGRAM: ☒

TO:

_____
NAME

_____
ADDRESS                                                UNIT

_____
CITY                          STATE          ZIP CODE

_____
(ASSOCIATION OF REQUESTING PARTY (FAMILY, POLICE, ETC...)

✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕✕

_6.10.15_
DATE OF REQUEST

P.U. 6/10/15
DATE MAILED / REPLIED TO

Submit

**TYSON 04057**

**Johnson, Louise**

| | |
|---|---|
| **From:** | HTU - Ana Guerra <AGuerra@sao17.state.fl.us> |
| **Sent:** | Thursday, June 04, 2015 12:11 PM |
| **To:** | Johnson, Louise |
| **Cc:** | HTU - Shari Tate |
| **Subject:** | ME14-2848-Deceased Daniel Tyson |

Louise:

Please accept this email as our formal request for the above referenced report.   Please let me know when the report  is ready to be picked up by one of our investigators.

Thanks for your help,

*Ana E. Guerra*

*Legal Assistant to Brian T. Cavanagh*

*Assistant State Attorney in Charge Homicide Trial Unit*

*and to Shari Tate, Assistant State Attorney*

*Broward County Courthouse*

*Fort Lauderdale, Fl 33301*

*Room 670*

*Email Aguerra@sao17.state.fl.us*

*(954)831-7922*

*"Everything is possible if you can believe"*

A pick-up 6/5/15

1

**TYSON 04058**