# EXHIBIT 35

# CITY OF HOLLYWOOD, FLORIDA
## INTEROFFICE MEMORANDUM
## POLICE DEPARTMENT

**DATE**: July 15, 2015      **FILE: BAS-15-0046**

**TO:**    **TOMAS SANCHEZ**
**CHIEF OF POLICE**

**FROM:**    **MAJOR THEA BASLER** JB 2670
**INTERNAL AFFAIRS UNIT**

**RECEIVED**
JUL 16 2015
HOLLYWOOD POLICE
CHIEF'S OFFICE

**SUBJECT:**    **2014 INTERNAL AFFAIRS UNIT ANNUAL REPORT**

---

## ISSUE:

2014 Internal Affairs Annual Report.

## EXPLANATION

The following is a comprehensive breakdown of incidents investigated and/or logged by the Internal Affairs Unit, specifically:

|  | 2013 | 2014 |
|---|---|---|
| I. Internal Affairs (IA) Investigations* | 11 | 10 |
| II. Administrative Reviews (R)**/***/**** | 36 | 46 |
| Fact Finding Investigations (FF) | 115 | 267 |
| IV. Supervisor Response to Resistance Reports | 82 | 89 |
| V. City Vehicle Traffic Crashes | 60 | 77 |
| VI. Firearm(s) Discharges | 7 | 3 |
| VII. Unsatisfactory Observed Behaviors | 32 | 25 |
| VIII. Vehicle Pursuits | 1 | 13 |
| IX. Red Light Camera Violations | 7 | 10 |
| X. Early Warning Reports | 4 | 15 |

*In 2014, 3 Members Named in same Internal Affairs Investigation (IA) IA2014-0003, and IA2014-0008

**In 2014, 2 Members Named in same Administrative Reviews (R) R2014-0024, R2014-0027, R2014-0043, and R2013-0046

***In 2014, 3 Members Named in same Administrative Reviews (R) R2014-0012, and R2014-0023

---

2014_Internal_Affairs_Unit_Annual_Report



SCANNED
7/20/15 CA

**TYSON-COH Resp. to 2nd RFP**
**3RD Supp. Resp. 00013**

****In 2014, 4 Members Named in same Administrative Reviews (R) R2014-0002

### I. Internal Complaints Resulting in Internal Affairs Investigations

In 2014, there were 10 initiated Internal Affairs (IA) Investigations.

### II. Internal Complaints Resulting in Administrative Reviews Investigations

In 2014, there were 46 Administrative Reviews (R) Investigations forwarded to the Division Major for review.

### III. Internal Complaints Cleared by Fact Finding (FF) Investigations

In 2014, there were 267 Fact Finding Investigations that revealed there was no violation of the law, departmental written directive and/or procedure. Investigations were classified as Non Complaints, Withdrawn or No Return Contact from Complaint.



2014_Internal_Affairs_Unit_Annual_Report

**TYSON-COH Resp. to 2nd RFP**
**3RD Supp. Resp. 00014**

### IV. Supervisor's Response to Resistance Reports

In 2014, a total of 5,255 *arrests* were made by Members of the Hollywood Police Department. Of these arrests, a *Supervisor's Response to Resistance Report* was completed for 89 incidents. This reflects that our Members were forced by the arrestees' actions to use necessary force to make an arrest approximately 1.7% of these arrest situations. For the remaining 98.3% of all arrest situations, Members' presence and training in the use of verbal commands were sufficient. The chart illustrates the *Adult/Juvenile Physical Arrests vs. Response to Resistance Incidents:*



2014_Internal_Affairs_Unit_Annual_Report

**TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00015**

## Type of Force Required by Members to Obtain Compliance

The following represents the combined 89 incidents of necessary force utilized by Members in order to obtain compliance from the subject in 74 arrests and in 15 Baker Act and/or Marchman Act situations. In several incidents, Members were forced to utilize more than one source of force in regards to the arrestees' refusal to comply. The chart illustrates the *Type of Force* utilized by our Members:



TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00016

**Arrestees' Level of Resistance Encountered by Members**

During the 89 incidents, the following is a breakdown of the 4 categories of resistance Members encountered when not receiving compliance from the arrestee. The following chart further illustrates the *Arrestees' Level of Resistance:*



TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00017

### Response to Resistance Requiring Medical Treatment

During the 89 *Supervisor's Response to Resistance* reported situations, 40 arrestees refused to comply with Members and the arrestee either complained of injury or was required to be transported to a medical facility per Departmental Guidelines (e.g. deployment of Taser, Canine, etc.). The following chart further illustrates the *Arrestees' Complaint of Injury or SOP Required Treatment*:



TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00018

**Officers Requiring Medical Treatment**

Regarding the aforementioned 89 encounters, 12 Members received an injury and/or required medical treatment as a result of the resistance encountered by the arrestee during the lawful execution of the Members' duties. The chart illustrates the medical treatment or complaint of injury sustained by the Member:



TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00019

**Members with Two or More Supervisor's Response to Resistance Reports**

During 2014, Members were documented in the 89 *Supervisor's Response to Resistance Reports* as having to utilize force in response to arrestees' actions in two or more instances. All Members were in full compliance with Departmental Standard Operating Procedures:

| Member | Two or more | Career Total |
|--------|-------------|--------------|
| Officer Robert Marren | 3 | 19 |
| Officer Anthony Flores | 2 | 10 |
| Officer Mileta Djodic | 6 | 12 |
| Officer Isaiah Pitts | 2 | 8 |
| Officer Bernando Osio | 2 | 24 |
| Officer Ryan O'Malley | 2 | 2 |
| Officer Christopher Alban | 3 | 3 |
| Officer James Gibbons | 3 | 29 |
| Officer Daniel McEvoy | 2 | 53 |
| Officer Thomas Hughes | 6 | 28 |
| Sgt. Bryan Campbell | 2 | 17 |
| Officer Alexander Chang | 2 | 10 |
| Sgt. Steve Bolger | 7 | 87 |
| Officer Anthony Truntz | 2 | 16 |
| Officer Andrew Laframboise | 2 | 5 |
| Officer Raul Toledo | 3 | 15 |
| Officer Carlos Idarraga | 2 | 2 |
| Officer Michael Browne | 2 | 2 |
| | | |

**TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00020**

## V. Departmental Vehicle Traffic Crashes

During 2014, 56 Members of the Police Department were involved in 79 documented traffic crashes. Of these crashes, 30 were preventable and the remaining 26 were non-preventable. The following is a breakdown of those Members involved in traffic crashes.

| Member | Preventable | Non-Preventable | Total Career Crashes | Total Career Sustained |
|---|---|---|---|---|
| Officer Patrick Agenor | 0 | 1 | 1 | 0 |
| CSO Erica Studenmund | 0 | 1 | 2 | 0 |
| Officer Ryan Cue | 1 | 0 | 4 | 2 |
| Officer Paul Ingram | 0 | 1 | 3 | 0 |
| Officer Michael O'Bier | 0 | 1 | 1 | 0 |
| Officer John Lorenzo | 0 | 1 | 4 | 1 |
| Officer Juan Monterossa | 2 | 0 | 2 | 1 |
| Officer Donald Hanson | 1 | 0 | 3 | 1 |
| Officer Juan Prieto | 1 | 0 | 1 | 1 |
| Officer Christopher Alban | 1 | 0 | 1 | 1 |
| CSI Tech Justine Barcomb | 1 | 0 | 2 | 1 |
| CSO Jonathan Ortiz | 0 | 1 | 1 | 0 |
| Officer Catlin Giffen | 1 | 2 | 3 | 1 |
| Officer Shawn Fowler | 1 | 1 | 4 | 2 |
| Officer Andrew Laframboise | 2 | 0 | 2 | 2 |
| Lieutenant Derik Alexander | 1 | 0 | 3 | 1 |
| Sergeant Rhett Cady | 0 | 1 | 4 | 0 |
| Sergeant Lyle Bien | 1 | 0 | 4 | 1 |
| Detective John Kidd | 0 | 1 | 9 | 0 |
| Detective Ronald Cannella | 1 | 0 | 7 | 4 |
| Officer Anthony Pimentel | 0 | 1 | 4 | 3 |
| Officer Alejandro Mendoza | 1 | 0 | 3 | 3 |
| Officer Steven Kastner | 0 | 1 | 1 | 0 |
| Officer Ryan O'Malley | 1 | 0 | 3 | 3 |
| Officer Kenyon Powell | 1 | 0 | 1 | 1 |
| Officer Ryan Cue | 0 | 1 | 4 | 2 |
| Officer Christopher Carasa | 1 | 0 | 2 | 2 |
| Officer Travis Morris | 0 | 1 | 4 | 0 |
| Officer Karen LaFrance | 0 | 1 | 6 | 1 |
| Officer Bernando Osio | 1 | 0 | 4 | 4 |
| Officer Blaine Howard | 0 | 1 | 6 | 1 |
| Officer Joshua Triplett | 1 | 0 | 1 | 1 |

**TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00021**

| Member | Preventable | Non-Preventable | Total Career Crashes | Total Career Sustained |
|---|---|---|---|---|
| Officer David Cajuso | 1 | 0 | 1 | 1 |
| Officer Leslie Rodriguez-Roman | 1 | 0 | 1 | 1 |
| Officer Andrew Archer | 0 | 1 | 1 | 0 |
| Officer Kyle Wagner | 1 | 0 | 4 | 2 |
| Officer Michael Moxley | 1 | 0 | 1 | 1 |
| Officer Juan Rios | 1 | 0 | 6 | 3 |
| Detective Lemmie Russ | 0 | 1 | 4 | 1 |
| Officer Julie Graziani | 0 | 1 | 6 | 4 |
| Detective Anthony Adams | 0 | 1 | 6 | 1 |
| Officer Charles Burrows | 0 | 1 | 3 | 2 |
| Officer Rosalyn Lahara | 0 | 1 | 1 | 0 |
| Officer Robert Joseph | 1 | 0 | 1 | 1 |
| Officer Christian Picardo | 1 | 0 | 4 | 3 |
| Officer Maria Yataco | 1 | 0 | 1 | 1 |
| Officer Shawn Charles | 0 | 1 | 6 | 1 |
| Officer William Hammaker | 1 | 0 | 1 | 1 |
| Sergeant Joseph Siple | 1 | 0 | 7 | 3 |
| Officer Kristy DelSalto | 0 | 1 | 1 | 0 |

TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00022

**Police Vehicle Traffic Crashes**

The following illustrates the number of preventable verses non-preventable traffic crashes:



TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00023

## VI. Firearm Discharges

During 2014, 6 Members discharged their firearms in the line of duty in 3 separate incidents. All of the incidents were animal related. 3 Members of the SWAT Team discharged their weapons in the same tactical incident. All firearm discharges were in full compliance of Departmental Standard Operating Procedures.

| Member | Reason | Career Total |
|---|---|---|
| Sgt. John Graham (SWAT) | Dog | 3 |
| Officer Kevin McClintock (SWAT) | Dog | 1 |
| Officer Charles Burrows (SWAT) | Dog | 1 |
| Officer Michael McBride | Dog | 4 |
| Officer Ronald Canella | Dog | 2 |
| Officer Ernie Candelmo | Dog | 3 |

## VII. Unsatisfactory Observed Behavior Reports

For 2014, there were 25 *Unsatisfactory Observed Behavior* reports issued. They were issued to the following Members:

| Member | Reason | Unsatisfactory Observed Career Total | IA Cases Career Total | Referral Cases Career Total |
|---|---|---|---|---|
| Officer Rachel Weiss | Crash | 8 | 3 | 1 |
| Officer Debra Levy | Crash | 5 | 0 | 4 |
| Officer Alejandro Mendoza | Crash | 2 | 0 | 0 |
| Officer Ryan Cue | Crash | 2 | 0 | 3 |
| Officer Shaun Fowler | Crash | 5 | 1 | 0 |
| Officer William Cash | Conduct Unbecoming/Violation of Written Directive | 2 | 1 | 2 |
| Officer Cheri Stabile | SOP Violation #270 | 1 | 0 | 1 |

TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00024

| | | | | |
|---|---|---|---|---|
| Officer Sergio Lopez | Unable to Comply with Subpoena/ SOP Violation #171 | 1 | 2 | 6 |
| Officer Paul Scheel | SOP Violation #3.17and 4.28 | 2 | 0 | 0 |
| **Member** | **Reason** | **Unsatisfactory Observed Career Total** | **IA Cases Career Total** | **Referral Cases Career Total** |
| Officer Danny Polo | Crash | 1 | 0 | 0 |
| Officer Robert Joseph | Crash | 1 | 0 | 0 |
| Officer Alfred Stabile | SOP Violation #216.1 | 2 | 1 | 1 |
| Officer C. Carasa | Crash | 2 | 0 | 1 |
| Sergeant Donald Hanson | Crash | 3 | 0 | 0 |
| Officer David Caruso | Crash | 0 | 2 | 1 |
| Officer Andre Laframboise | Crash | 1 | 0 | 5 |
| Officer Heather Joyner | Crash | 1 | 0 | 0 |
| Officer Leslie Rodriguez-Roman | SOP Violation #216 | 1 | 0 | 1 |
| Officer Kenyon Powell | Crash | 1 | 0 | 0 |
| Officer Catlin Giffen | SOP Violation #270/203 | 1 | 0 | 0 |
| Officer Daniel Villaci | SOP Violation #229 | 2 | 0 | 0 |
| Officer Juan Rios | Crash | 3 | 0 | 1 |
| Officer Dwayne Chung | Crash | 1 | 3 | 7 |
| Officer Justin Lang | Crash | 2 | 0 | 0 |
| Officer Maria Yataco | Crash | 1 | 0 | 0 |

Note: Above includes Unsatisfactory Observed Behaviors forwarded to IA by Personnel

**TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00025**

## VIII. Vehicle Pursuits

For 2014, there were 13 vehicle pursuits, involving 23 Members.

| Member | Career Total |
|---|---|
| Officer Joshua Grotenhuis (Primary) | 1 |
| Officer Ramiro Valdez (Secondary) | 4 |
| Officer Marc Kemp (Primary) | 1 |
| Officer Henry Andrews (Secondary) | 1 |
| Officer Anthony Truntz (Primary) | 2 |
| Officer Andrew Archer (Primary) | 1 |
| Officer Michael Browne (Secondary) | 0 |
| Officer Catlin Giffen (Primary) | 1 |
| Officer Howard Blaine (Secondary) | 1 |
| Officer Daniel McEvoy (Primary) | 4 |
| **Member** | **Career Total** |
| Officer Anthony Pimentel (Secondary) | 0 |
| Officer Thomas Hughes (Secondary) | 1 |
| Officer David Rogers (Primary) | 2 |
| Officer Andrew Laframboise (Secondary) | 1 |
| Officer Joseph Tango (Primary) | 1 |
| Officer Ryan Cue (Primary) | 1 |
| Officer Wilson Gouveia (Secondary) | 1 |
| Detective Toledo (Primary) | 1 |
| Detective Daniel Bromley (Secondary) | 1 |
| Detective Justin Lang (Primary) | 0 |
| Detective Michael McBride (Secondary) | 0 |
| Officer Ronald Cannella (Primary) | 3 |
| Officer Meredith Elrich (Secondary) | 1 |

2014_Internal_Affairs_Unit_Annual_Report

**TYSON-COH Resp. to 2nd RFP**
**3RD Supp. Resp. 00026**

## IX. Early Warning Reports

IAPRO, the Internal Affairs Unit's computer software program includes an Early Warning System that triggers an alert when a Member has reached a preset threshold for various types of incidents. Preset thresholds are as follows:

- Canine – 4 bite incidents during a 12 month period;
- All Other Members – 5 cumulative incidents during a 12 month period;
- 3 or more IA investigations during a 12 month period;
- 2 or more citizen complaints during a 12 month period;
- 2 or more preventative traffic crashes during a 12 month period;
- 2 or more Response to resistance Reports during a 12 month period;
- 2 or more vehicle pursuits during a 12 month period;
- 2 or more Unsatisfactory Observed Behavior Reports during a 12 month period;
- 2 or more Administrative Reviews during a 12 month period;
- 2 or more Firearm Discharge Reports during a 12 month period.

For 2014, 5 Members triggered *Early Warning Alerts.* A Supervisory review of the Members' *Early Warning Alerts* concluded that the Members properly followed all of the Department's Policies, Procedures, Rules and Regulations stipulated in the Operations Manual.

In addition, the incidents requiring Use of Force was determined that the Members acted within the guidelines set forth by the Florida Department of Law Enforcement's Use of Force Continuum and the City of Hollywood Police Department's Use of Force Matrix.

**RECOMMENDATION:**

For your approval.

**For action memoranda only**

☑ Approved     ☐ Disapproved              by: _____
                                                  Signature
                                         7/20/15

2014_Internal_Affairs_Unit_Annual_Report

**TYSON-COH Resp. to 2nd RFP
3RD Supp. Resp. 00027**