*Suarez v. City of Hollywood*
CASE NO.:  16-62215-CIV-DIMITROULEAS

## DOCUMENT INDEX

1. Deposition of Dr. Pierre Pean
2. Deposition of Jessica Auerbach
3. Deposition of John Collette
4. Deposition of Robert Brown
5. Deposition of Leonarda Moore
6. Hollywood Police Department CAD Report
7. Deposition of officer Alexis Ramirez
8. Deposition of Officer Andreas Pantaloukas
9. Dispatch Call
10. Deposition of Detective Brian Kerns
11. Sworn Statement of Officer Alexis Ramirez
12. TASER Analysis
13. Timeline of Events by Det. Ryan Rillo
14. Deposition of Major Boris Millares
15. Deposition of Roy G. Taylor
16. Detective Rillo's Homicide File
17. Deposition of Officer Anthony Truntz
18. Deposition of Officer Alejandro Falcon
19. Deposition of Officer Kyle Wagner
20. Deposition of Officer Kyle Karl
21. Text messages from Leonarda Moore to Xavier LesMarie
22. Sworn Statement of Christine Corbo
23. Sworn Statement of Jennifer Corbo
24. Autopsy Report and Records
25. Deposition of Daniel Wohlgelernter, M.D.
26. Deposition of Michael Bell, M.D.
27. Expert Report of Mark J. Shuman, M.D.
28. Expert Report of Gary Vilke, M.D.
29. Expert Report of Daniel Wohlegelernter, M.D.
30. 2012 Response to Resistance Reports
31. 2012 Internal Affairs Unit Annual Report
32. 2013 Response to Resistance Reports
33. 2013 Internal Affairs Unit Annual Report
34. 2014 Response to Resistance Reports
35. 2014 Internal Affairs Unit Annual Report
36. SOP 200
37. SOP 201
38. SOP 212
39. Independent Audit by Charles A. Gruber
40. Deposition of Lieutenant Thea Basler
41. Commission for Florida Law Enforcement Accreditation, Inc. Accreditation Revocation Letter
42. TASER Annual CEW User Update, v. 19 (April 2013)
43. TASER Certification Course PowerPoint, v. 18 (July 2011)

*Suarez v. City of Hollywood*
CASE NO.: 16-62215-CIV-DIMITROULEAS

44. FTO Reports for Officer Pantaloukas
45. HPD List of Classes Attended by Ramirez
46. HPD List of Classes Attended by Pantaloukas
47. Expert Report of Roy Taylor
48. TASER X26E ECD User Manual
49. Plaintiff's Responses to Defendant's Amended First Interrogatories, June 13, 2018
50. Plaintiff's Responses to Defendant's Second Interrogatories, June 13, 2018