UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-62215-CIV-DIMITROULEAS

JEAN SUAREZ, individually and as Personal
Representative of the Estate of DANIEL TYSON,
deceased,

        Plaintiff,

vs.

CITY OF HOLLYWOOD, a Florida Municipal
Corporation,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING**
**2014 RESPONSE TO RESISTANCE REPORTS**

Plaintiff, JEAN SUAREZ, individually, and as Personal Representative of the Estate of DANIEL TYSON ("Plaintiff"), by and through her undersigned counsel, notifies the Court that Exhibit 33 to Plaintiff's Statement of Material Facts in Support of her Motion for Partial Summary Judgment (ECF No. 105-33) and Exhibit 34 to Plaintiff's Statement of Material Facts in Support of Her Response in Opposition to City of Hollywood's Motion for Summary Judgment (ECF No. 123-34) are being attached hereto. These exhibits, which consist of the City of Hollywood's 2014 Response to Resistance Reports, were previously served via e-mail on all parties and the Court due to their volume and size.

**Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-74447**

2

Respectfully submitted,

*s/JOSEPH J. KALBAC, JR*.
JOSEPH J. KALBAC, JR.
Florida Bar No. 628270
jkalbac@colson.com
STEPHANIE A. CASEY
Florida Bar. No. 97483
scasey@colson.com
DENISE H. GEORGES
Florida Bar No. 55861
denise@colson.com
COLSON HICKS EIDSON
Attorneys for the Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida  33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
E-mail: eservice@colson.com;
nicky@colson.com; mabel@colson.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, this 10th day of September, 2018, and a true and correct copy of the foregoing was served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/JOSEPH J. KALBAC, JR*.
JOSEPH J. KALBAC, JR.
Florida Bar No. 628270

3

**Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-74447**