UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-62215-CIV-DIMITROULEAS

JEAN SUAREZ, individually and as Personal
Representative of the Estate of DANIEL TYSON,
deceased,

    Plaintiff,
vs.

CITY OF HOLLYWOOD, a Florida Municipal
Corporation,

    Defendant.
_____ /

## JOINT NOTICE OF CONDITIONAL SETTLEMENT

Plaintiff, Jean Suarez, and Defendant, City of Hollywood ("the City"), by its undersigned counsel, and pursuant to Local Rule 16.4, hereby file this Joint Notice of Conditional Settlement.

On November 28, 2018, the Parties reached an agreement to settle the case with no admissions of liability. The Parties are now cooperating in drafting an appropriate release and settlement agreement, which must be formally approved by the City Commission during a public meeting. An executive session is scheduled for December 10, 2018. Following the executive session, the matter will be heard publicly on December 19, 2018, which is the earliest possible date the agreement may be approved. Once the agreement is formally approved, the Parties will submit an appropriate stipulation or proposed Order of Dismissal pursuant to Rule 41(a)(1) and this Court's Trial Order, ECF No. 29 ¶ 10.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Electronic Mail on November 29, 2018 on all counsel of record on the attached Service List.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Defendant City of Hollywood*
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL  33301
Telephone:  (954) 763-4242
Telecopier:  (954) 764-7770

By: */s/ Adam M. Hapner*
 DANIEL L. ABBOTT
 Florida Bar No. 767115
 Primary email: dabbott@wsh-law.com
 Secondary email: pgrotto@wsh-law.com
 ADAM M. HAPNER
 Florida Bar No. 112006
 Primary email: ahapner@wsh-law.com
 Secondary email: mboschini@wsh-law.com

## SERVICE LIST

CASE NO.:  0:16-CIV-62215-DIMITROULEAS/SNOW

**Joseph J. Kalbac, Jr., Esq.**
**Stephanie A. Casey, Esq.**
**Denise H. Georges, Esq.**
**Lindsey Lazopoulos Friedman, Esq.**
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: 305-476-7400
Facsimile: 305 476-7444
Email:eservice@colson.com;
nicky@colson.com; mabel@colson.com;
denise@colson.com; scasey@colson.com;
jkalbac@colson.com;

*Attorneys for Plaintiff*

**Daniel L. Abbott, Esq.**
**Adam M. Hapner, Esq.**
WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
200 E. Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301
Telephone: (954) 763-4242
dabbott@wsh-law.com
ahapner@wsh-law.com

*Attorneys for Defendant City of Hollywood*